# EXHIBIT A

## Register of Actions

| | | |
|---|---|---|
| ■ Filed by Plaintiff/Petitioner | **Case Number:** 2015CV030160 | **Division:** 5 |
| ■ Filed by Defendant/Respondent | **Case Type:** Other | **Judicial Officer:** Christopher Giles Seldin |
| ■ Filed by Court | **Case Caption:** Rchfu LLC v. Marriott Vacations Worldwide Corporation et al | **Court Location:** Pitkin County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 05/24/2016 4:02 PM | Jonathan Bruce Pototsky | Pitkin County | N/A | Order *(Related Document)* | Order: (Proposed) Order Granting Motion for Extension of Time | Public |
| 3D76F6E9F330D | 05/20/2016 4:30 PM | Daniel F Shea, Jessica Adler Black Livingston | Hogan Lovells US LLP | Aspen Highlands Condominium Association | Motion | Defendant's Unopposed Motion for Extension of Time to Answer or Respond to Plaintiffs' First Amended and Supplemental Class Action Complaint and Jury Demand | Public |
| | | | | | Proposed Order *(Related Document)* | (Proposed) Order Granting Motion for Extension of Time | Public |
| | | | | | Entry of Appearance | Notice of Entry of Appearance of Daniel F. Shea | Public |
| N/A (Details) | 05/11/2016 12:00 AM | Non-Party | N/A | Non-Party | Return Mail | Return Mail Addressed To Welch Excavation Inc | Public |
| FB6DAE7F66CF6 | 05/09/2016 9:55 AM | Matthew Conor Ferguson | The Matthew C Ferguson Law Firm PC | Rchfu Llc | Return of Service | Return of Service Marriott Vacations Worldwide Corporation | Public |
| | | | | | Return of Service | Return of Service Marriott Ownership Resorts, Inc., d/b/a Marriott Vacation Club International | Public |
| | | | | | Return of Service | Return of Service Aspen Highlands Condominium Association | Public |
| | | | | | Return of Service | Return of Service Ritz-Carlton Management Company, LLC | Public |
| | | | | | Return of Service | Return of Service Cobalt Travel Company, LLC | Public |
| | | | | | Return of Service | Return of Service The Lion & Crown Travel Co., LLC | Public |
| 383AA6159164E | 04/26/2016 4:51 PM | Matthew Conor Ferguson | The Matthew C Ferguson Law Firm PC | Rchfu Llc | Complaint - Amended | First Amended and Supplemental Class Action Complaint and Jury Demand | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit B | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit C | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit D | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit E | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit F | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit G | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit H Part 1 | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit H Part 2 | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit H Part 3 | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit I | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit J | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit K | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit L | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit M | Public |
| E256542917031 | 04/04/2016 9:42 AM | Matthew Conor Ferguson | The Matthew C Ferguson Law Firm PC | Rchfu Llc | Report | Plaintiff's Status Report | Public |
| N/A | 03/30/2016 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| N/A (Details) | 01/04/2016 | Jonna Goldstone | Pitkin County | N/A | Order | DELAY REDUCTION ORDER AND ORDER TO SET CASE MANAGEMENT CONFERENCE IN CIVIL CASES ASSIGNED TO JUDGES LYNCH, NEILEY AND SELDIN | Public |
| 40100FBDD0636 | 12/31/2015 7:21 PM | Matthew Conor Ferguson | The Matthew C Ferguson Law Firm PC | RCHFU LLC | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - A Affiliation Agreement | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - B July 17, 2012 Letter from Eveleen Babich | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - C August 3, 2012 Letter from the association board of the Ritz Carlton Club-St. Thomas | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - D August 10, 2012 Letter from the association board of the Ritz Carlton Club-St. Thomas | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - E August 17, 2012 Letter from Lee Cunningham | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - F August 17, 2012 Letter from the AH Condominium Association Board | Public |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - H August 30, 2012 pamphlet Frequently Asked Questions for Members | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - I October 2, 2012 Letter from the AH Condominium Association Board | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - J November 5, 2012 Letter from the Board of the Ritz-Bachelor Gulch to Steven Weisz and Lee Cunningham | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - K April 8, 2013 from the AH Condominium Association Board to Class Members | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit - L April 2014 Letter from the AH Condominium Association Board | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Aspen Highlands Condominium Association | Defendant | Active | Daniel F Shea (Hogan Lovells US LLP) Jessica Adler Black Livingston (Hogan Lovells US LLP) |
| Aspen Highlands Tourist Accommodation Bo | Defendant | Active | N/A |
| Marriott Ownership Resorts Inc | Defendant | Active | N/A |
| Marriott Vacations Worldwide Corporation | Defendant | Active | N/A |
| Rchfu Llc | Plaintiff | Active | Matthew Conor Ferguson (The Matthew C Ferguson Law Firm PC) |
| Ritzcarlton Management Company Llc | Defendant | Active | N/A |
| The Cobalt Travel Company Llc | Defendant | Active | N/A |
| The Lion Crown Travel Co Llc | Defendant | Active | N/A |