# EXHIBIT B2

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | |
| **Plaintiffs**: RCHFU, LLC, a Colorado limited liability company, **JEFFREY A. BAYER** and **GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS** and **THERESA ANN CHIMERAKIS, KEVIN CLARE** and **NANCY LYNNE SHUTE, TOBY L. CONE TRUST** and **TOBY L. CONE**, its Trustee, **RICHARD DAVIS** and **SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR** and **JENNIFER LUCILLE FARQUHAR, KOPPELMAN FAMILY TRUST** and **LARRY KOPPLEMAN**, its Trustee, **DAVID LANCASHIRE and STEPHEN ANDREWS, DAVID LANCASHIRE, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S.** and **LORI LOWELL, EDWARD P. MEYERSON** and **ANDREA C. MEYERSON, JERRY M. NOWELL TRUST** and **JERRY M. NOWELL**, its Trustee, and **DEE ANN DAVIS NOWELL TRUST** and **AND DEE ANN DAVIS NOWELL**, its Trustee, **THOMAS M. PROSE REVOCABLE LIVING TRUST** and **THOMAS M. PROSE, M.D.**, its Trustee, **CASEY M. ROGERS** and **COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST, AND ROBERT A SKLAR**, its Trustee, **C. RICHARD STASNEY, M.D.** and **SUSAN P. STASNEY, C. RICHARD STASNEY, M.D. TSE HOLDINGS, LLC**, a Colorado limited liability company, **STEPHEN WEINSTEIN** and **BRENDA WEINSTEIN, JACK ZEMER**, on behalf of themselves and all others similarly situated<br><br>v.<br><br>**Defendants**: MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation; **MARRIOTT OWNERSHIP RESORTS, INC.**, d/b/a **MARRIOTT VACATION CLUB INTERNATIONAL**, a Delaware corporation; **ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION**, a Colorado non-profit corporation; **RITZ-CARLTON** | **COURT USE ONLY**<br><br>Case Number: 2015 CV 30160<br><br>Division: 5 |

| | |
|---|---|
| MANAGEMENT COMPANY, LLC, a Delaware limited liability company; COBALT TRAVEL COMPANY, LLC, a Delaware limited liability company; and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company<br><br>*Attorneys for Plaintiffs*<br>Michael J. Reiser, # 16161<br>LAW OFFICE OF MICHAEL J. REISER<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>Telephone: (925) 256-0400<br>Facsimile: (925) 476-0304<br>E-mail: reiserlaw@gmail.com<br><br>Matthew C. Ferguson, A.R. #25687<br>THE MATTHEW C. FERGUSON LAW FIRM, P.C.<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288<br>Facsimile: (970) 925-2273<br>E-mail: matt@matthewfergusonlaw.com<br><br>Michael L. Schrag (*Pro Hac Vice to be filed*)<br>GIBBS LAW GROUP LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, CA 94612<br>Telephone (510) 350-9718<br>Facsimile: (510) 350-9701<br>E-mail: mls@classlawgroup.com<br><br>Tyler R. Meade (CA SBN 160838)<br>(*Pro Hac Vice to be filed*)<br>THE MEADE FIRM P.C.<br>1816 Fifth Street<br>Berkeley, CA 94710<br>Telephone (510) 843-3670<br>Facsimile: (510) 843-3679<br>E-mail: tyler@meadefirm.com | |

**SUMMONS**

*RCHFU, LLC et al. v. Marriott Vacations Worldwide Corporation et al.*
Pitkin County District Court Case No. 2015 CV 30160
SUMMONS
Page 3 of 4

### TO THE ABOVE NAMED DEFENDANT: MARRIOTT VACATIONS WORLDWIDE CORPORATION

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

DATED: April 27, 2016

| | |
|---|---|
| LAW OFFICE OF MICHAEL J. REISER | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| /s/ Michael J. Reiser | |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 961 Ygnacio Valley Road | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| Facsimile: (925) 476-0304 | Facsimile: (970) 925-2273 |
| E-mail: reiserlaw@gmail.com | E-mail: matt@matthewfergusonlaw.com |
| | |
| Michael L. Schrag (CA SBN 185832) | Tyler R. Meade (CA SBN 160838) |
| GIBBS LAW GROUP LLP | (Motion for *Pro Hac Vice* Admission to be filed) |
| (Motion for *Pro Hac Vice* Admission to be Filed) | THE MEADE FIRM P.C. |
| 1 Kaiser Plaza, Suite 1125 | 1816 Fifth Street |
| Oakland, CA 94612 | Berkeley, CA 94710 |
| Telephone (510) 350-9718 | Telephone (510) 843-3670 |
| Facsimile: (510) 350-9701 | Facsimile: (510) 843-3679 |
| Telephone (510) 350-9718 | E-mail: tyler@meadefirm.com |
| Facsimile: (510) 350-9701 | |
| E-mail: mls@classlawgroup.com | *Attorneys for Plaintiffs* |

*RCHFU, LLC et al. v. Marriott Vacations Worldwide Corporation et al.*
Pitkin County District Court Case No. 2015 CV 30160
**SUMMONS**
Page 4 of 4


**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.
TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.


4819-7994-4241, v. 1