# EXHIBIT B3

# Affidavit of Process Server

IN THE DISTRICT COURT FOR THE STATE OF COLORADO, COUNTY OF PITKIN

DATE FILED: May 9, 2016 9:55 AM
FILING ID: FB6DAE7F66CF6
CASE NUMBER: 2015CV30160

| RCHFU, LLC, et al. | VS | MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al. | 2015 CV 30160 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.   RECEIVED 4/28/16

**Service:** I served THE LION & CROWN TRAVEL, CO., LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND WITH EXHIBITS A-M; CIVIL CASE COVER SHEET

by leaving with LYNANNE GARES            MANAGING AGENT            At
                        NAME                              RELATIONSHIP

☐ Residence _____    _____
                        ADDRESS                    CITY / STATE

☒ Business   C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC.
                        ADDRESS                    CITY / STATE

On _____ 4/28/16 _____    AT _____ 4:15 PM _____
                DATE                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                        DATE

from_____
            CITY            STATE            ZIP

**Manner of Service:**
☒ **CORPORATE**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ **Unknown at Address**   ☐ **Moved, Left no Forwarding**   ☐ **Service Canceled by Litigant**   ☐ **Unable to Serve in Timely Fashion**
☐ **Address Does Not Exist**   ☐ **Other**_____

**Service Attempts:** Service was attempted on: (1)_____    (2)_____
                                                    DATE   TIME        DATE   TIME

(3)_____   (4)_____   (5)_____
    DATE   TIME     DATE   TIME        DATE   TIME

AGE   45   Sex F   Race W   Height 5'5   Weight 180   HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 28TH day of APRIL ,2016.

_____
SIGNATURE OF NOTARY PUBLIC

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/16/2019

NOTARY PUBLIC for the state of   DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS