# EXHIBIT B4

# AFFIDAVIT OF SERVICE

| Case: 2015 CV 30160 | Court: Pitkin County District Court | County: Pitkin, CO | Job: 858902 (1183.0001) |
|---|---|---|---|
| Plaintiff / Petitioner: RCHFU, LLC, a Colroado limited liability company, et al | | Defendant / Respondent: MARIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, eta l | |
| Received by: Checkmate, Inc. | | For: Matthew C. Ferguson Law Firm | |
| To be served upon: COBALT TRAVEL COMPANY, LLC | | | |

DATE FILED: May 9, 2016 9:55 AM
FILING ID: FB6DAE7F66CF6
CASE NUMBER: 2015CV30160

I, Aaron Stephens, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kurt Plender, Corporation Service Company: 1560 Broadway, Unit 2090, Denver, CO 80202
**Manner of Service:** Registered Agent, Apr 29, 2016, 12:14 pm MDT
**Documents:** Summons, together with First Amended and Supplemental Class Action Complaint and Jury Demand, with Exhibit A, B, C, D, E, F, G, H, I, J, K, L and M, and District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint (Received Apr 29, 2016 at 11:15am MDT)

**Additional Comments:**
1) Successful Attempt: Apr 29, 2016, 12:14 pm MDT at Corporation Service Company: 1560 Broadway, Unit 2090, Denver, CO 80202 received by Kurt Plender. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'9"; Hair: Gray; Eyes: Blue; Relationship: Clerk; Served Cobalt Travel Company, LLC, by serving Kurt Plender, Clerk to the Corporation Service Company, as Registered Agent to Cobalt Travel Company, LLC.

_Aaron Stephens_   4-29-16
Aaron Stephens        Date

Checkmate, Inc.
1177 Grant Street, Suite 104
Denver, CO 80204
303-277-9300

Subscribed and sworn to before me by the affiant who is personally known to me.

_Helen B. Hays_
Notary Public

4-29-16
Date        Commission Expires

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017