# EXHIBIT B8

# Affidavit of Process Server

IN THE DISTRICT COURT FOR THE STATE OF COLORADO, COUNTY OF PITKIN

DATE FILED: May 9, 2016 9:55 AM
FILING ID: FB6DAE7F66CF6
CASE NUMBER: 2015CV30160

| RCHFU, LLC, et al. | VS | MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al. | 2015 CV 30160 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, KEVIN S. DUNN, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 4/28/16

**Service:** I served MARRIOTT VACATIONS WORLDWIDE CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND WITH EXHIBITS A-M; CIVIL CASE COVER SHEET

by leaving with LYNANNE GARES     MANAGING AGENT     At
NAME     RELATIONSHIP

☐ Residence _____
ADDRESS     CITY / STATE

☒ Business C/O CORPORATION SERVICE COMPANY, 2711 CENTERVILLE RD., SUITE 400, WILMINGTON, DE 19808
ADDRESS     CITY / STATE

On 4/28/16 AT 4:15 PM
DATE     TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY  STATE  ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ DATE _____ TIME  (2) _____ DATE _____ TIME
(3) _____ DATE _____ TIME  (4) _____ DATE _____ TIME  (5) _____ DATE _____ TIME

AGE 45  Sex F  Race W  Height 5'5  Weight 180  HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 28TH day of APRIL, 2016.

_____
SIGNATURE OF NOTARY PUBLIC

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/16/2019

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS