# EXHIBIT B9

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | DATE FILED: May 20, 2016 4:30 PM<br>FILING ID: 3D76F6E9F330D<br>CASE NUMBER: 2015CV30160 |
| **Plaintiffs:** RCHFU, LLC, a Colorado limited Liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUST and TOBY L. CONE, its Trustee, RICHARD DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPELMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, DAVID LANCASHIRE, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and AND DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST, AND ROBERT A SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, C. RICHARD STASNEY, M.D. TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, JACK ZEMER, on behalf of themselves and all others similarly situated<br><br>v.<br><br>**Defendants:** MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation; ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation, RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware | ▲COURT USE ONLY▲<br><br>---<br><br>Case No.: 2015CV30160<br>Division: 5 |

| | |
|---|---|
| limited liability company, COBALT TRAVEL COMPANY, LLC; INC., a Delaware limited liability company, and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company. | |
| **Attorneys for Defendant ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION:** <br><br> Daniel F. Shea, #27803 <br> Jessica Black Livingston, #41483 <br> HOGAN LOVELLS US LLP <br> 1200 Seventeenth Street, Suite 1500 <br> Denver, Colorado 80202 <br> Phone: (303) 899-7300 <br> Fax: (303) 899-7333 <br> Email: dan.shea@hoganlovells.com <br> jessica.livingston@hoganlovells.com | |
| **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND** ||

Defendant ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("the Association"), by and through its undersigned counsel, respectfully requests that the Court grant it an extension of time, through and including July 13, 2016, within which to answer or otherwise respond to Plaintiffs' First Amended and Supplemental Class Action Complaint and Jury Demand ("First Amended Complaint").  As grounds therefore, the Association states as follows:

### Rule 121 Certification

**In accordance with Colo. R. Civ. P. 121 § 1-15 ¶ 8, undersigned counsel have conferred in good faith with Mr. Tyler Meade, counsel for Plaintiffs, and Mr. Ian Marx, counsel for all other defendants, regarding this motion.  Plaintiffs' counsel and counsel for all other defendants consent to the extension requested herein.**

1.      Counsel for Defendants MARRIOTT VACATIONS WORLDWIDE CORPORATION, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, RITZ-CARLTON MANAGEMENT COMPANY, LLC, COBALT TRAVEL COMPANY, LLC; INC., and THE LION & CROWN TRAVEL CO., LLC, (together with the Association, the "Defendants"), have represented to the Association that they consent to and join in this motion and respectfully request that the Court grant all Defendants an extension of time, through and including July 13, 2016, within which to answer or otherwise respond to the First Amended Complaint.

2

2. On December 31, 2015, Plaintiff RCHFU, LLC filed a complaint with this Court against Defendants and the Aspen Highlands Tourist Accommodation Board. Plaintiff did not serve this complaint on Defendants.

3. On April 26, 2016, Plaintiffs filed the First Amended Complaint, which they served on Defendants on April 29, 2016. Accordingly, Defendants presently must respond to the First Amended Complaint on or before May 20, 2016.

4. Plaintiffs' First Amended Complaint raises complex legal and factual issues involving class-action allegations, claims of conspiracy, and allegations of breaches of fiduciary duties. Additionally, the First Amended Complaint identifies numerous contracts, documents, and communications allegedly exchanged between the parties since 2012. Defendants are diligently engaged in assessing these issues but require additional time to adequately prepare their answer or other response to the First Amended Complaint.

5. After conferring with counsel for the Association and counsel for all other defendants, counsel for Plaintiffs has consented to an extension of all Defendants' deadline to answer or otherwise respond to the First Amended Complaint. Specifically, Plaintiffs' counsel consented to an extension of seventy-five (75) day from the date of service of the First Amended Complaint, up to and including July 13, 2016.

6. Good cause exists for the requested extension in light of the factual and legal complexities raised by the First Amended Complaint.

7. This is the Association's first request for an extension of time. No party will be harmed or prejudiced by this request. The requested extension will not require the adjustment of any other deadlines.

7. A copy of this motion has been served by undersigned counsel upon Defendant Aspen Highlands Condominium Association pursuant to Colo. R. Civ. P. 121 § 1-11.

**WHEREFORE**, Defendant Aspen Highlands Condominium Association, joined by all other defendants, respectfully requests an extension of time within which all Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint, through and including July 13, 2016.

4

Respectfully submitted this 20th day of May, 2016.

          HOGAN LOVELLS US LLP

          *s/ Jessica Black Livingston*
          Daniel F. Shea, #27803
          Jessica Black Livingston, #41483
          HOGAN LOVELLS US LLP
          1200 Seventeenth Street, Suite 1500
          Denver, Colorado 80202
          Phone: (303) 899-7300
          Fax: (303) 899-7333
          dan.shea@hoganlovells.com
          jessica.livingston@hoganlovells.com

          *ATTORNEYS FOR DEFENDANT*
          *ASPEN HIGHLANDS CONDOMINIUM*
          *ASSOCIATION*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I electronically filed and served the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND** through the Integrated Colorado Courts E-filing System (ICCES), which will send notification of such filing via electronic mail to all parties registered to receive notice, and I served the foregoing by email and regular mail on the following:

Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
E-mail: reiserlaw@gmail.com

Matthew C. Ferguson,
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com

Michael L. Schrag
GIBBS LAW GROUP LLP
1 Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone (510) 350-9718
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com

Tyler R. Meade
THE MEADE FIRM P.C.
1816 Fifth Street
Berkeley, CA 94710
Telephone (510) 843-3670
Facsimile: (510) 843-3679
E-mail: tyler@meadefirm.com

*Attorneys for Plaintiffs*

Ian S. Marx
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-7951
Facsimile: (973) 295-1307
Email: MarxI@gtlaw.com

*Attorney for Defendants MARRIOTT VACATIONS WORLDWIDE CORPORATION; MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL; RITZ-CARLTON MANAGEMENT COMPANY, LLC; COBALT TRAVEL COMPANY, LLC; INC.; and THE LION & CROWN TRAVEL CO., LLC*

*s/ Sarah Miles*

5

\\DE - 045709/000001 - 1140696 v1

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO<br>506 E. Main Street, Suite 300<br>Aspen, Colorado 81611 | DATE FILED: May 20, 2016 4:30 PM<br>FILING ID: 3D76F6E9F330D<br>CASE NUMBER: 2015CV30160 |
| **Plaintiffs:** RCHFU, LLC, a Colorado limited Liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUST and TOBY L. CONE, its Trustee, RICHARD DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPELMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, DAVID LANCASHIRE, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and AND DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST, AND ROBERT A SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, C. RICHARD STASNEY, M.D. TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, JACK ZEMER, on behalf of themselves and all others similarly situated<br><br>v.<br><br>**Defendants:** MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation; ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation, RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware | ▲COURT USE ONLY▲<br><br>Case No.: 2015CV30160<br>Division: 5 |

| | |
|---|---|
| limited liability company, COBALT TRAVEL COMPANY, LLC; INC., a Delaware limited liability company, and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company. | |
| **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND** | |

THIS MATTER is before the Court on Defendant Aspen Highlands Condominium Association's Unopposed Motion for Extension of Time to Answer or Respond to Plaintiffs' First Amended and Supplemental Class Action Complaint and Jury Demand, in which all other Defendants have consented and joined.

The Court, having reviewed the Unopposed Motion and other pleadings in this case, and for good cause shown, hereby GRANTS the Unopposed Motion for the reasons stated therein. All Defendants' answers or responses to the First Amended and Supplemental Class Action Complaint and Jury Demand will be due on or before July 13, 2016.

SO ORDERED THIS ___ day of May, 2016

BY THE COURT

_____
Christopher Giles Seldin, District Court Judge