# EXHIBIT B10

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>Court Address:<br>506 East Main, Suite E, Aspen, CO, 81611 | DATE FILED: May 24, 2016 4:02 PM<br>CASE NUMBER: 2015CV30160 |
| **Plaintiff(s)** RCHFU LLC<br>v.<br>**Defendant(s)** MARRIOTT VACATIONS WORLDWIDE CORPORATION et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2015CV30160 |
| | Division: 5     Courtroom: |
| **Order: (Proposed) Order Granting Motion for Extension of Time** ||

The motion/proposed order attached hereto: GRANTED.


Issue Date: 5/24/2016

JONATHAN BRUCE POTOTSKY
District Court Judge

Page 1 of 1

| | |
|---|---|
| DISTRICT COURT, PITKIN COUNTY, STATE OF COLORADO 506 E. Main Street, Suite 300 Aspen, Colorado 81611 | |
| **Plaintiffs:**   RCHFU, LLC, a Colorado limited Liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUST and TOBY L. CONE, its Trustee, RICHARD DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPELMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, DAVID LANCASHIRE, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and AND DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST, AND ROBERT A SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, C. RICHARD STASNEY, M.D. TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, JACK ZEMER, on behalf of themselves and all others similarly situated  v.  **Defendants:**   MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation; ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation, RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware | ▲COURT USE ONLY▲  ───────────────  Case No.: 2015CV30160 Division: 5 |

Attachment to Order - 2015CV30160

| | |
|---|---|
| limited liability company, COBALT TRAVEL COMPANY, LLC; INC., a Delaware limited liability company, and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company. | |
| **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND** | |

THIS MATTER is before the Court on Defendant Aspen Highlands Condominium Association's Unopposed Motion for Extension of Time to Answer or Respond to Plaintiffs' First Amended and Supplemental Class Action Complaint and Jury Demand, in which all other Defendants have consented and joined.

The Court, having reviewed the Unopposed Motion and other pleadings in this case, and for good cause shown, hereby GRANTS the Unopposed Motion for the reasons stated therein. All Defendants' answers or responses to the First Amended and Supplemental Class Action Complaint and Jury Demand will be due on or before July 13, 2016.

SO ORDERED THIS ___ day of May, 2016

BY THE COURT

_____
Christopher Giles Seldin, District Court Judge