ATTACHMENT TO CIVIL COVER SHEET

**Plaintiffs**

RCHFU, LLC, a Colorado limited liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUSTA and TOBY L. CONE, its Trustee, RICHARD J. DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPLEMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST and ROBERT A. SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, and JACK ZEMER, on behalf of themselves and all Others similarly situated

**Defendants**

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation, ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation, RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company, COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company, and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company

**Counsel**

Plaintiffs:

Michael J. Reiser
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone: (925) 256-0400
E-mail: reiserlaw@gmail.com

Michael L. Schrag
Gibbs Law Group LLP
1 Kaiser Plaza, Suite 1125
Oakland, CA 94612
Telephone (510) 350-9718
E-mail: mls@classlawgroup.com

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
Phone: (970) 925-6288
E-mail: matt@matthewfergusonlaw.com

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
Phone (510) 843-3670
E-mail: tyler@meadefirm.com

Defendant - Aspen Highlands Condominium Assoc.:

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Phone: (303) 899-7300
dan.shea@hoganlovells.com
jessica.livingston@hoganlovells.com

Defendants - Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc. d/b/a
Marriott Vacation Club International, Ritz-Carlton Management Company, LLC, Cobalt Travel
Company, LLC, The Lion and Crown Travel Co., LLC:

Naomi G. Beer
Greenberg Traurig
1200 17th Street, Suite 2400
Denver, Colorado 80202
Phone: (303) 572-6500
beern@gtlaw.com

Philip R. Sellinger
Ian S. Marx
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Phone: (973) 360-7900
sellingerp@gtlaw.com
marxi@gtlaw.com