# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal.

| |
|---|
| 1. Due to space considerations see Notice of Removal |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal.

| |
|---|
| 1. Due to space considerations see Notice of Removal |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |

### Section C - Pending State Court Motions As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Signature

Naomi Beer
Printed Name

Telephone Number  303-572-6500

Date May 27, 2016

State Court Case Number 2015CV30160

(Rev 11/08/2010)