# EXHIBIT B8

# Affidavit of Process Server

IN THE DISTRICT COURT FOR THE STATE OF COLORADO, COUNTY OF PITKIN

DATE FILED: May 9, 2016 9:55 AM
FILING ID: FB6DAE7F66CF6
CASE NUMBER: 2015CV30160

| RCHFU, LLC, et al. | VS | MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al. | 2015 CV 30160 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 4/28/16

**Service:** I served MARRIOTT VACATIONS WORLDWIDE CORPORATION
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS; FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND WITH EXHIBITS A-M; CIVIL CASE COVER SHEET

by leaving with LYNANNE GARES   MANAGING AGENT   At
NAME   RELATIONSHIP

☐ Residence _____
ADDRESS   CITY / STATE

☒ Business C/O CORPORATION SERVICE COMPANY, 2711 CENTERVILLE RD., SUITE 400, WILMINGTON, DE 19808
ADDRESS   CITY / STATE

On 4/28/16 AT 4:15 PM
DATE   TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Canceled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
DATE TIME   DATE TIME

(3) _____ _____ (4) _____ _____ (5) _____ _____
DATE TIME   DATE TIME   DATE TIME

AGE 45   Sex F   Race W   Height 5'5   Weight 180   HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 28TH day of APRIL, 2016.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/16/2019

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS