IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-MEH

RCHFU, LLC, a Colorado limited liability company,
JEFFREY A. BAYER,
GAIL L. BAYER,
ROBERT BUZZETTI,
JULIE C. CANNER,
LEE JAMES CHIMERAKIS,
THERESA ANN CHIMERAKIS,
KEVIN CLARE,
NANCY LYNNE SHUTE,
TOBY L. CONE TRUST
TOBY, L. CONE, Trustee,
RICHARD DAVIS,
SHIRLEY J. DAVIS,
CARL EICHSTAEDT III,
JAMES RICHARD FARQUHAR,
JENNIFER LUCILLE FARQUHAR,
KOPPELMAN FAMILY TRUST,
LARRY KOPPELMAN, Trustee,
DAVID LANCASHIRE,
STEPHEN ANDREWS,
BONNIE LIKOVER,
CRAIG LIPTON,
JEREMY LOWELL, D.D.S.,
LORI LOWELL,
EDWARD P. MEYERSON,
ANDREA C. MEYERSON,
JERRY M. NOWELL TRUST,
JERRY M. NOWELL, Trustee,
DEE ANN DAVIS NOWELL TRUST,
DEE ANN DAVIS NOWELL, Trustee,
THOMAS M. PROSE REVOCABLE LIVING TRUST,
THOMAS M. PROSE, M.D., Trustee,
CASEY M. ROGERS,
COURTNEY S. ROGERS,
ROBERT A. SKLAR TRUST,
ROBERT A SKLAR, Trustee,
C. RICHARD STASNEY, M.D.,
SUSAN P. STASNEY,
C. RICHARD STASNEY, M.D. TSE HOLDINGS, LLC, a Colorado limited liability company,
STEPHEN WEINSTEIN,
BRENDA WEINSTEIN, and
JACK ZEMER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation,
MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation,
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,
RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
COBALT TRAVEL COMPANY, LLC; INC., a Delaware limited liability company, and
THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

Defendants.

## MINUTE ORDER SETTING SCHEDULING CONFERENCE

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2016**.

The above-captioned case has been directly assigned to Magistrate Judge Michael E. Hegarty pursuant to D.C. Colo. LCivR 40.1(c).

It is hereby ORDERED that the Fed. R. Civ. P. 16(b) Scheduling Conference shall be held on **August 4, 2016**, at **10:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. All parties must be present if they wish to change the date of the conference by telephone; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling conferences by telephone. Please contact Chambers at (303) 844-4507 at least five business days prior to the scheduling conference to arrange appearance by telephone. Lawyers appearing by telephone must ensure that the proposed Scheduling Order is filed electronically and by email no later than five business days prior to the scheduling conference, in accordance with the instructions in this minute order.

It is further ORDERED that <u>the Defendants shall notify all parties who have not entered an appearance of the date and time of the Scheduling Conference</u>.

It is further ORDERED that counsel for the parties and any unrepresented non-prisoner parties in this case are to hold a meeting and jointly prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) on or before **July 14, 2016**. Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to

2

such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures V.L., **no later than five (5) business days** prior to the scheduling conference. **The proposed Scheduling Order is also to be submitted in a useable format (<u>i.e., Word or WordPerfect only</u>) by email to Magistrate Judge Hegarty at** *Hegarty_Chambers@cod.uscourts.gov***.**

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded from the Standardized Order Forms section of the Court's website, found at http://www.cod.uscourts.gov. **Please note that the Court will set the deadline for all motions raised pursuant to Fed. R. Evid. 702, 703, and 704 on the same date as the dispositive motions deadline**.

Any out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the Scheduling Conference.

The parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not be vacated by Court order may result in the imposition of sanctions.

In addition, **before filing a motion for an order relating to discovery, the movant must request a telephone conference with the Court** by submitting an email, copied to all parties, to hegarty_chambers@cod.uscourts.gov. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment.

Finally, the parties or counsel attending the Conference should be prepared to informally discuss the case to determine whether early alternative dispute resolution is appropriate. There is <u>no</u> requirement to submit confidential position statements/letters to the Court at the Scheduling Conference or to have parties present who have full authority to negotiate all terms and demands presented by the case.

**Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.** *See* **D.C. Colo. LCivR 83.2(b).**