IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, a Colorado limited liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUSTA and TOBY L. CONE, its Trustee, RICHARD J. DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPLEMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST and ROBERT A. SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, and JACK ZEMER, on behalf of themselves and all Others similarly situated,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation,
MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation,
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,
RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company, and
THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

    Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND**

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC and Aspen Highlands Condominium Association (collectively "Defendants"), by and through their undersigned counsel, file this Unopposed Motion for Extension of Time for All Defendants to Answer, Move or Otherwise Respond to Plaintiffs' First Amended and Supplemental Class Action Complaint and Jury Demand ("Motion") in this matter up to and including July 13, 2016. As grounds therefore, Defendants state as follows:

### Certificate Pursuant to D.C. Colo. LCivR 7.1(a)

1. Counsel for Defendants have conferred with counsel for Plaintiffs, who do not object to this enlargement of time and do not oppose this Motion.

### Certificate Pursuant to D.C. Colo. LCivR 6.1(c)

2. Counsel for Defendants are contemporaneously serving this Motion on each of their clients.

### Factual Basis

3. Certain of the Defendants removed this case from the District Court for Pitkin County, Colorado to this Court on May 27, 2016.

4. Pursuant to Fed.R.Civ.P. 81(c)(2)(C), the deadline for the Defendants to answer, move or otherwise respond to Plaintiffs' First Amended and Supplemental Class Action Complaint and Jury Demand ("First Amended Complaint") is June 3, 2016.

5. Prior to removal, Plaintiffs had agreed that all of the Defendants could have until July 13, 2016 to answer, move or otherwise respond to the First Amended Complaint.

6. The District Court for Pitkin County, Colorado had entered an order granting this extension on May 24, 2016 [Docket No. 12].

7. Defendants respectfully request that the same deadline approved by the District Court for Pitkin County, Colorado - until June 13, 2016 - be approved by this Court.

8. Pursuant to D.C. Colo. LCivR 6.1(a), if a request for an extension of time is more than 21 days from the initial deadline (as it is here), the request must be approved by Court order on motion.

9. No other deadlines will be impacted by this request.

10. This request for extension is in the interest of justice and not made for purposes of delay.

11. Plaintiffs will not be prejudiced by this extension of time and, indeed, have consented hereto.

WHEREFORE, Defendants respectfully request this Court set July 13, 2016 as the deadline for all Defendants to answer, move or otherwise respond to Plaintiffs' First Amended Complaint.

DATED: June 3, 2016

Respectfully submitted,

GREENBERG TRAURIG, LLP

*s/ Naomi G. Beer*
Naomi G. Beer
1200 17th Street, Suite 2400
Denver, Colorado 80202
Phone: (303) 572-6500
Fax: (303) 572-6540
BeerN@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*

and

HOGAN LOVELLS US LLP

*s/ Daniel F. Shea*
Daniel F. Shea
Jessica Black Livingston
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Phone: (303) 899-7300
Fax: (303) 899-7333
dan.shea@hoganlovells.com
jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2016, a true and accurate copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL CLASS ACTION COMPLAINT AND JURY DEMAND** was filed with the Clerk of the Court via the CM/ECF filing system and sent via e-mail to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
reiserlaw@gmail.com

Matthew C. Ferguson
The Matthew C. Ferguson
 Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
matt@matthewfergusonlaw.com

Michael L. Schrag
Gibbs Law Group LLP
1 Kaiser Plaza, Suite 1125
Oakland, CA 94612
mls@classlawgroup.com

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
tyler@meadefirm.com

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
dan.shea@hoganlovells.com
jessica.livingston@hoganlovells.com

*s/ Julie Eaton*
Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

NY 245903624v1

NY 245905363v1