AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| RCHFU, LLC et al, )<br>Plaintiff )<br>v. )<br>Marriott Vacations Worldwide Corporation et al )<br>Defendant ) | Case No.   1:16-cv-01301-PAB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION     .

Date:     06/03/2016

/s/ Jessica Black Livingston
*Attorney's signature*

Jessica Black Livingston, CO #41483
*Printed name and bar number*
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

*Address*

jessica.livingston@hoganlovells.com
*E-mail address*

(303) 899-7300
*Telephone number*

(303) 899-7333
*FAX number*