AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| RCHFU, LLC et al, ) | |
| Plaintiff ) | |
| v. ) | Case No.   1:16-cv-01301-PAB |
| Marriott Vacations Worldwide Corporation et al ) | |
| Defendant ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION    .

Date:   06/03/2016

/s/ Daniel F. Shea
*Attorney's signature*

Daniel F. Shea, CO #27803
*Printed name and bar number*
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

*Address*

dan.shea@hoganlovells.com
*E-mail address*

(303) 899-7300
*Telephone number*

(303) 899-7333
*FAX number*