IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-MEH

RCHFU, LLC, a Colorado limited liability company,
JEFFREY A. BAYER,
GAIL L. BAYER,
ROBERT BUZZETTI,
JULIE C. CANNER,
LEE JAMES CHIMERAKIS,
THERESA ANN CHIMERAKIS,
KEVIN CLARE,
NANCY LYNNE SHUTE,
TOBY L. CONE TRUST
TOBY, L. CONE, Trustee,
RICHARD DAVIS,
SHIRLEY J. DAVIS,
CARL EICHSTAEDT III,
JAMES RICHARD FARQUHAR,
JENNIFER LUCILLE FARQUHAR,
KOPPELMAN FAMILY TRUST,
LARRY KOPPLEMAN, Trustee,
DAVID LANCASHIRE,
STEPHEN ANDREWS,
BONNIE LIKOVER,
CRAIG LIPTON,
JEREMY LOWELL, D.D.S.,
LORI LOWELL,
EDWARD P. MEYERSON,
ANDREA C. MEYERSON,
JERRY M. NOWELL TRUST,
JERRY M. NOWELL, Trustee,
DEE ANN DAVIS NOWELL TRUST,
DEE ANN DAVIS NOWELL, Trustee,
THOMAS M. PROSE REVOCABLE LIVING TRUST,
THOMAS M. PROSE, M.D., Trustee,
CASEY M. ROGERS,
COURTNEY S. ROGERS,
ROBERT A. SKLAR TRUST,
ROBERT A SKLAR, Trustee,
C. RICHARD STASNEY, M.D.,
SUSAN P. STASNEY,
C. RICHARD STASNEY, M.D. TSE HOLDINGS, LLC, a Colorado limited liability company,
STEPHEN WEINSTEIN,
BRENDA WEINSTEIN, and
JACK ZEMER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation,
MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation,
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,
RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
COBALT TRAVEL COMPANY, LLC; INC., a Delaware limited liability company, and
THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2016**.

Defendants' Unopposed Motion for Extension of Time for All Defendants to . . . Respond to Plaintiffs' . . . First Amended [] Complaint [filed June 3, 2016; docket #19] is **granted** as follows. All Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint **on or before July 13, 2016**.