IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-01301-PAB-MEH

RCHFU, LLC, et al.,,

      Plaintiffs,

v.

MARRIOTT OWNERSHIP RESORTS, INC., et al.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

      Pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), it is

      **ORDERED** that the Clerk of the Court reassign this matter to Magistrate Judge Gordon P. Gallagher.

      DATED June 9, 2016.