IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-01301 PAB-MEH

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Philip R. Sellinger hereby enters his appearance in the above-captioned matter as counsel for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC.  I hereby certify that I am a member of good standing of the bar of this Court.

DATED:  June 10, 2016

    GREENBERG TRAURIG, LLP

    *s/ Philip R. Sellinger*
    Philip R. Sellinger
    500 Campus Drive, Suite 400
    Florham Park, New Jersey 07932
    Phone: (973) 360-7900
    Fax: (973) 301-8410
    sellingerp@gtlaw.com

    *Attorneys for Defendants Marriott Vacations*
    *Worldwide Corporation, Marriott Ownership*

2

*Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2016, a true and accurate copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court via the CM/ECF filing system and sent via e-mail to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
reiserlaw@gmail.com

Matthew C. Ferguson
The Matthew C. Ferguson
 Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
matt@matthewfergusonlaw.com

Michael L. Schrag
Gibbs Law Group LLP
1 Kaiser Plaza, Suite 1125
Oakland, CA 94612
mls@classlawgroup.com

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
tyler@meadefirm.com

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
dan.shea@hoganlovells.com
jessica.livingston@hoganlovells.com

*s/Philip R. Sellinger*

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

NY 245903624v1

NY 245914911v1

3