IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB-GPG

RCHFU, LLC, a Colorado limited liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUST and TOBY L. CONE, its Trustee, RICHARD J. DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPLEMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST and ROBERT A. SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, and JACK ZEMER, on behalf of themselves and all Others similarly situated,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation,
MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation,
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,
THE RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company, and
THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

    Defendants.

**JOINT MOTION TO SET DEADLINES FOR PLAINTIFFS TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC and Aspen Highlands Condominium Association (collectively "**Defendants**") and Plaintiffs RCHFU, LLC, Jeffrey A. Bayer and Gail L. Bayer, Robert Buzzetti, Julie C. Canner, Lee James Chimerakis and Theresa Ann Chimerakis, Kevin Clare and Nancy Lynne Shute, Toby L. Cone Trust and Toby L Cone, Richard J. Davis and Shirley J. Davis, Carl Eichstaedt III, James Richard Farquhar and Jennifer Lucille Farquhar, Koppleman Family Trust and Larry Koppleman, David Lancashire Stephen Andrews, Bonnie Likover, Craig Lipton, Jeremy Lowell, D.D.S. and Lori Lowell, Edward P. Meyerson and Andrea C. Meyerson, Jerry M. Nowell Trust and Jerry M. Nowell, and Dee Ann Davis Nowell Trust and Dee Ann Davis Nowell, Thomas M. Prose Revocable Living Trust and Thomas M. Prose, M.D., Casey M. Rogers and Courtney S. Rogers, Robert A. Sklar Trust and Robert A. Sklar, C. Richard Stasney, M.D. and Susan P. Stasney, TSE Holdings, LLC, Stephen Weinstein and Brenda Weinstein, and Jack Zemer, and others similarly situated (collectively, "**Plaintiffs**") by and through their undersigned counsel, file this Joint Motion to Set Deadlines for Plaintiffs to File Second Amended and Supplemental Complaint and for Defendants to Answer, Move or Otherwise Respond ("Motion") in this matter. As grounds therefore, the Parties state as follows:

### Certificate Under D.C. Colo. LCivR 7.1(a)

1. Undersigned counsel for Plaintiffs and Defendants have conferred regarding the relief sought in this motion and are jointly requesting the relief sought in this Motion.

### Certificate Under D.C. Colo. LCivR 6.1(c)

2. Undersigned counsel certifies that they are contemporaneously serving a copy of this Motion on each of their respective clients.

### Factual and Procedural Basis

3. Certain of the Defendants removed this case from the District Court for Pitkin County, Colorado to this Court on May 27, 2016.

4. Prior to removal, on May 24, 2016, the District Court for Pitkin County, Colorado had issued an order allowing the Defendants until July 13, 2016 to answer, move or otherwise respond to the First Amended and Supplemental Complaint. [Doc. 12].

5. After removal, Defendants filed an Unopposed Motion for Extension of Time for All Defendants to Answer, Move or Otherwise Respond to Plaintiffs' First Amended and Supplemental Complaint requesting that this Court adopt the same deadline as had been allowed by the Pitkin County Court. [Doc. 19].

6. On June 9, 2016, this Court issued a Minute Order granting Defendants' Unopposed Motion for Extension of Time and setting July 13, 2016 as the deadline for all Defendants to answer, move or otherwise respond to Plaintiffs' First Amended and Supplemental Complaint. [Doc. 25].

7. Following meet and confer discussions, the Plaintiffs have indicated that they plan to file a Second Amended and Supplemental Complaint dropping the class action allegations and adding certain additional individual plaintiffs. Plaintiffs' plan to file their Second Amended and Supplemental Complaint on or before Monday, July 18, 2016.

8. Defendants assert that the removal of the class action allegations from the First Amended and Supplemental Complaint does not divest the Court of subject matter jurisdiction. In that regard, Plaintiffs have specifically agreed not to seek remand or challenge Defendants' assertion that they properly and timely removed this action based on the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), and that the contents of the First Amended and Supplemental Complaint at the time of such removal gave rise to subject matter jurisdiction in this Court. Plaintiffs also do not challenge Defendants' position that "post-removal amendments are ineffective to divest a federal court of jurisdiction." *Reece v. AES Corp.*, __ Fed. Appx. __, 2016 WL 521247, at *17 (10th Cir. Feb. 9, 2016) (affirming denial of remand motion based on post-removal amendments designed to circumvent CAFA) (citing *In re Burlington N. Santa Fe Ry. Co.*, 606 F.3d 379, 380-81 (7th Cir. 2010) (the filing of a post-removal amended complaint that removes class allegations does not divest the district court of CAFA jurisdiction)); *In Touch Concepts, Inc. v. Cellco P'ship*, 788 F.3d 98, 101 (2d Cir. 2015) (same); *Doyle v. OneWest Bank*, FSB, 764 F.3d 1097, 1098 (9th Cir. 2014) (same).

9. In light of the anticipated Second Amended and Supplemental Complaint, the Parties agree that it is not efficient for Defendants to answer, move or otherwise

4

respond to the First Amended and Supplemental Complaint on July 13, 2016 since the First Amended and Supplemental Complaint will shortly become moot. Defendants have agreed to answer, move or otherwise respond to the Second Amended and Supplemental Complaint on or before Monday, July 25, 2016.

10. No other deadlines will be impacted if this joint motion is granted. In fact, the proposed dates result in Defendants answering the Second Amended and Supplemental Complaint sooner than the fourteen days permitted under the rules.

11. This request for extension is in the interest of justice and not made for purposes of delay.

12. No Party will be prejudiced by this extension of time and, indeed, each party hereto has consented to the requested extension of time.

WHEREFORE, the Parties respectfully request this Court set July 18, 2016 as the deadline for Plaintiffs to file and serve their Second Amended and Supplemental Complaint and set July 25, 2016 as the deadline for all Defendants to answer, move or otherwise respond to Plaintiffs' Second Amended and Supplemental Complaint.

DATED: July 13, 2016

                Respectfully submitted,

                *s/ Naomi G. Beer*
                Naomi G. Beer
                GREENBERG TRAURIG, LLP
                1200 17th Street, Suite 2400
                Denver, Colorado 80202
                Phone: (303) 572-6500
                Fax: (303) 572-6540
                BeerN@gtlaw.com

*s/ Ian S. Marx*
Ian S. Marx
Philip R. Sellinger
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Fax: (973) 301-8410
MarxI@gtlaw.com
SellingerP@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*


*s/ Daniel F. Shae*
Daniel F. Shae
Jessica Black Livingston
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Phone: (303) 899-7300
Fax: (303) 899-7333
dan.shea@hoganlovells.com
jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*


*s/ Matthew C. Ferguson*
Matthew C. Ferguson
THE MATTHEW C. FERGUSON LAW FIRM, P.C.
119 South Spring Street, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
matt@matthewfergusonlaw.com

6

                                                  *s/ Michael J. Reiser*_____
Michael J. Reiser
Lilia Bulgucheva
LAW OFFICE OF MICHAEL J. REISER
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
reiserlaw@gmail.com
lilia.reiserlaw@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2016, a true and accurate copy of the foregoing **JOINT MOTION TO SET DEADLINES FOR PLAINTIFFS TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT AND FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael L. Schrag
Gibbs Law Group LLP
1 Kaiser Plaza, Suite 1125
Oakland, CA 94612

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx
Philip R. Sellinger
GREENBERG TRAURIG
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*s/ Julie Eaton*
Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

NY 245986280v1

8