IN THE UNITED STATE DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-MEH

RCHFU, LLC, a Colorado limited liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUST and TOBY L. CONE, its Trustee, RICHARD DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPELMAN FAMILY TRUST and LARRY KOPPELMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST and ROBERT A. SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, and JACK ZEMER, on behalf of themselves and all Others similarly situated,

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation, ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation, RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company, COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company, and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

      Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFFS**

---

    To:    The clerk of court and all parties of record:

Pursuant to L.CivR 11.1, Michael Schrag of the law firm of GIBBS LAW GROUP LLP, hereby enters his appearance as an attorney of record for all Plaintiffs as listed. Please include the undersigned on the certificate of service of all future pleadings and orders in this case.

Dated this 21st day of July, 2016.

GIBBS LAW GROUP LLP


s/ Michael Schrag
Michael Schrag, California SBN 185832
505 14th Street, Suite 1100
Oakland, CA  94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of July, 2016, a true and correct copy of the above and foregoing **ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** was filed and served *via* CM/ECF upon the following:

Naomi G. Beer, Esq
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
The Tabor Center
Denver, Colorado 80202


s/ Marianne Fogle
Marianne Fogle

2