IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

---

Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") hereby move the Court for permission to file a Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC") that exceeds the page limitation set forth in Rule III.A of the Court's Practice Standards by no more than three pages. As grounds for the Motion, the Marriott Defendants state as follows:

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a), counsel for the Marriott Defendants conferred with counsel for Plaintiffs and Aspen Highlands Condominium Association and obtained their consent to the relief sought in this Motion.

## FACTUAL AND PROCEDURAL BACKGROUND

1. Pursuant to the Court's July 14, 2016 Order (Dkt. No. 38) ("the Order"), Plaintiffs filed the SAC on July 18, 2016 (Dkt. No. 40). The SAC names more than forty Plaintiffs, names six Defendants, contains 94 paragraphs, and asserts four causes of action.

2. Pursuant to the Order, the Marriott Defendants must answer, move against, or otherwise respond to the SAC by July 25, 2016.

3. Throughout the drafting of their Motion to Dismiss the SAC, the Marriott Defendants have been mindful of the Court's fifteen-page limitation for such motions, *see* Rule III.A of Judge Brimmer's Practice Standards (Civil Cases), and have diligently attempted to comply with that page limitation. However, due to the complexity of the allegations asserted in the SAC, the Marriott Defendants respectfully seek leave to file a Motion to Dismiss that exceeds the page limitation by no more than three pages.

4. Counsel for all other parties have consented to the relief sought in this Motion.

5. This Motion is made in the interests of justice and not for purposes of delay.

## CONCLUSION

For all of the foregoing reasons, the Marriott Defendants respectfully request that the Court grant them a short extension of the page limit and permit them to file a Motion to Dismiss the SAC that exceeds the page limit by no more than three pages, for a total of no more than eighteen pages.

Dated: July 22, 2016                Respectfully submitted,

GREENBERG TAURIG, LLP

*s/ Naomi G. Beer*
Naomi G. Beer
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: 303.572.6500
Facsimile: 303.572.6540
Email: BeerN@gtlaw.com

*s/ Ian S. Marx*
Ian S. Marx
Philip R. Sellinger
GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
MarxI@gtlaw.com
SellingerP@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2016, a true and accurate copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
*Counsel for Aspen Highlands Condominium Association*

*s/ Julie Eaton*
Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26*