IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXCEED PAGE LIMITATION**

---

This Court, having considered Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC's (collectively, "Marriott Defendants") Unopposed Motion to Exceed Page Limitation, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Marriott Defendants shall be permitted to file a Motion to Dismiss Plaintiffs' Second Amended Complaint that is up to eighteen pages in length.

Dated this ____ day of _____, 2016

                                            By:_____
                                            Honorable Philip A. Brimmer, U.S.D.J.

NY 246001278v1