IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, a Colorado limited liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUST and TOBY L. CONE, its Trustee, RICHARD J. DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPLEMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST and ROBERT A. SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, and JACK ZEMER, on behalf of themselves and all Others similarly situated,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation,
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation,
THE RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company,
COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company, and
THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

    Defendants.

**ORDER GRANTING MARRIOTT DEFENDANTS'
MOTION TO DISMISS SECOND AMENDED COMPLAINT**

This Court, having considered Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC's (collectively, "Marriott Defendants") Motion to Dismiss the Second Amended Complaint ("Motion"), and being duly advised in the premises thereof, hereby finds that the Motion is meritorious and should therefore be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Marriott Defendants' Motion to Dismiss the Second Amended Complaint is GRANTED, and the Second Amended Complaint is dismissed in its entirety with prejudice and without leave to amend.

[To the extent any portion of the Second Amended Complaint remains or leave to amend is permitted on any claim, then

The Court, having considered all papers filed in support of and in opposition to the Motion, rules as follows with respect to the Motion:

First Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied;

Second Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied;

Third Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied; and

Fourth Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied.]

Dated this ___ day of _____, 2016     By:_____
                                             Honorable Philip A. Brimmer, U.S.D.J.