IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, a Colorado limited liability company, JEFFREY A. BAYER and GAIL L. BAYER, ROBERT BUZZETTI, JULIE C. CANNER, LEE JAMES CHIMERAKIS and THERESA ANN CHIMERAKIS, KEVIN CLARE and NANCY LYNNE SHUTE, TOBY L. CONE TRUSTA and TOBY L. CONE, its Trustee, RICHARD J. DAVIS and SHIRLEY J. DAVIS, CARL EICHSTAEDT III, JAMES RICHARD FARQUHAR and JENNIFER LUCILLE FARQUHAR, KOPPLEMAN FAMILY TRUST and LARRY KOPPLEMAN, its Trustee, DAVID LANCASHIRE and STEPHEN ANDREWS, BONNIE LIKOVER, CRAIG LIPTON, JEREMY LOWELL, D.D.S. and LORI LOWELL, EDWARD P. MEYERSON and ANDREA C. MEYERSON, JERRY M. NOWELL TRUST and JERRY M. NOWELL, its Trustee, and DEE ANN DAVIS NOWELL TRUST and DEE ANN DAVIS NOWELL, its Trustee, THOMAS M. PROSE REVOCABLE LIVING TRUST and THOMAS M. PROSE, M.D., its Trustee, CASEY M. ROGERS and COURTNEY S. ROGERS, ROBERT A. SKLAR TRUST and ROBERT A. SKLAR, its Trustee, C. RICHARD STASNEY, M.D. and SUSAN P. STASNEY, TSE HOLDINGS, LLC, a Colorado limited liability company, STEPHEN WEINSTEIN and BRENDA WEINSTEIN, and JACK ZEMER, on behalf of themselves and all Others similarly situated,

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, a Delaware corporation, ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation, RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company, COBALT TRAVEL COMPANY, LLC, a Delaware limited liability company, and THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company

      Defendants.

---

**DECLARATION OF JEANNETTE GREENE IN SUPPORT OF MARRIOTT DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

---

I, Jeannette Greene, declare and state:

1.      I am Senior Director, Registration and Government Affairs for Defendant Marriott Vacations Worldwide Corporation ("MVWC") and its affiliates and subsidiaries. I make this declaration on the basis of my personal knowledge, my review of certain records maintained by MVWC and my discussions with other employees of MVWC in support of Defendants MVWC, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC ("RCMC"), The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC's (collectively, "Marriott Defendants") Motion to Dismiss the Second Amended Complaint. I have full knowledge of and am competent to testify as to all matters stated herein.

2.      A true and correct copy of the Declaration for Aspen Highlands Village, dated October 13, 1998, and recorded October 15, 1998, under Reception No. 423272 in the Office of the Clerk and Recorder of Pitkin County, Colorado ("Master Declaration"), is attached hereto as Exhibit A.

3.      A true and correct copy of The Ritz-Carlton Management Company, L.L.C. Management Agreement, dated January 12, 2001, between RCMC and the Aspen Highlands Condominium Association, Inc. ("Association") ("Management Agreement") is attached hereto as Exhibit B. Plaintiffs purport to attach the Management Agreement as Exhibit A to the Second Amended Complaint; however, the document they attached pertains to a different Ritz-Carlton Resort (The Ritz-Carlton Club and Residences, San Francisco) that is not relevant to this action.

4.      A true and correct copy of the first amendment to the Management Agreement, dated December 31, 2009, between RCMC and the Association, is attached hereto as Exhibit C.

5.      A true and correct copy of the Second Amendment to Management Agreement, dated July 2, 2012, between RCMC and the Association, is attached hereto as Exhibit D.

6.     A true and correct copy of the Third Amendment to Management Agreement, dated October 11, 2014, between RCMC and the Association, is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _25_ day of July, 2016 in Orlando, Florida.

JEANNETTE GREENE

2