# EXHIBIT B

# THE RITZ-CARLTON MANAGEMENT COMPANY, L.L.C.

## MANAGEMENT AGREEMENT

THIS MANAGEMENT AGREEMENT (the "Agreement"), made and entered into this 12th of January 2001, by and between THE RITZ-CARLTON MANAGEMENT COMPANY, L.L.C., a Delaware limited liability company authorized to do business in the State of Colorado (hereinafter referred to as "Management Company") and ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation (hereinafter referred to as "Association"), which said terms shall be deemed to extend to and include the successors and assigns of the said parties hereto.

WHEREAS, the Association is the corporate entity created pursuant to the Colorado Revised Nonprofit Corporation Act (Title 7, Articles 121-137, Colorado Revised Statutes, as amended and supplemented from time to time) and the Colorado Common Interest Ownership Act (Sections 38-33.3–101, et. seq., Colorado Revised Statutes, as amended and supplemented from time to time, the "Condominium Act"), to operate Aspen Highlands Condominiums (the "Condominium"), a mixed use condominium project created under the Condominium Act, pursuant to its Declaration of Condominium for Aspen Highlands Condominiums and exhibits hereto (the "Declaration");

WHEREAS, the Condominium will include three types of condominium units consisting of Deed Restricted Residential Units, Commercial Units and Tourist Accommodation Units;

WHEREAS, Tourist Accommodation Units of the Condominium shall be divided into fractional ownership interests ("Residence Interests") and a portion of the Condominium shall be operated as a fractional ownership interest plan (the "Plan") pursuant to Sections 38-33-110, et. seq., Colorado Revised Statutes, as amended and supplemented from time to time;

WHEREAS, the parties desire through this Management Agreement to provide for the management of the Condominium and the Plan;

NOW, THEREFORE, in consideration of the premises and mutual covenants made herein, the Management Company and the Association agree as follows:

1. Definitions.

   Unless the context would clearly dictate otherwise, the terms utilized herein are as defined in the Declaration, which is hereby incorporated by reference as if fully set forth herein.

2. Appointment and Acceptance of Agency

   The Association hereby employs the Management Company to act on behalf of the Association and its members as the exclusive managing entity of the Condominium and to manage the daily affairs of the Condominium and the Plan, and the Management Company

AHV - Management Agreement 01092001 cln

1

hereby agrees to so act. In taking any action under this Agreement, the Management Company shall be acting on behalf of the Association, and nothing in this Agreement shall be construed as creating a partnership, joint venture, or any other relationship between the parties to this Agreement, or as requiring Management Company to bear any portion of losses arising out of or connected with the ownership or operation of the Condominium. Neither party shall have the power to bind or obligate the other except as expressly set forth in this Agreement, however, in furtherance of the intentions of the parties hereto, the Management Company is authorized to act with such additional authority and power as may be necessary to carry out the spirit and intent of this Agreement.

3. Term.

The term of this Agreement shall commence either as of the date hereof, the date of recording of the Declaration in the Public Records of Pitkin County, Colorado, or issuance of a certificate of occupancy by Pitkin County, Colorado for the first residential building to be occupied which is subjected to the Declaration, whichever date is the last to occur, and shall continue for a period of five (5) years thereafter. Upon the expiration of said initial five (5) year period, this Agreement shall automatically renew for successive periods of five (5) years each until or unless terminated by a vote a majority of the Residential Directors, a majority of the Commercial Directors and of not less than 60% of the votes entitled to be cast by Owners in the Condominium other than the Declarant as provided in the Declaration. Under no circumstances shall the Association be authorized to terminate this Agreement without such a vote. The Management Company may terminate this Agreement upon ninety (90) days written notice to the Association at any time.

4. Delegation of Authority.

Except to the extent prohibited by applicable law, the Association hereby delegates to Management Company all of the power and authority of the Condominium Association to the extent necessary to perform the Management Company's duties and obligations under this Agreement. The Management Company, on behalf of and at the expense of, the Association, to the exclusion of all other persons including the Association and its members, shall have all the powers and duties of the Executive Board as set forth in the Declaration and the bylaws of the Association (except such thereof as are specifically required to be exercised by its directors or members), and it shall perform, by way of illustration and not of limitation, the following services, the expenses of which will be incurred in substantial conformance with the approved budgets:

(A) Hire, pay, supervise and discharge all persons necessary to be employed in order to properly manage, maintain, administer and operate the Condominium and the Plan. Such persons shall be employees of the Management Company and not employees of the Association or its members. The Management Company shall not knowingly hire any convicted felons for the operation of the Condominium.

(B) Take such action as may be necessary to comply with all insurance requirements affecting the Condominium.

(C)     Contract for utilities, repairs, engineering, housekeeping, loss prevention and other services necessary for the management, maintenance, administration and operation of the Condominium and the Plan. Such contracts may be in the name of the Association or the Management Company, as the Management Company may elect.

(D)     Purchase, lease or rent, on behalf of the Association, equipment, tools, vehicles, appliances, goods, supplies, furnishings, furniture, and materials as shall be reasonably necessary to perform its duties, including the maintenance, upkeep, repair, replacement, refurbishing and preservation of the Condominium. Purchases shall be in the name of the Management Company or the Association, as the Management Company shall elect.

(E)     Place or keep in force all insurance required by the Condominium Act and the Declaration and as the Management Company may deem necessary in its reasonable discretion to be necessary for the protection of a luxury resort; to act on behalf the Association and each Owner; to adjust all claims arising under said insurance policies; to otherwise exercise all of the rights, powers and privileges of the insured parties; to receive, on behalf of the insured parties, all insurance proceeds, subject to the provisions of the Declaration.

(F)     Maintain the Association's financial record books, accounts and other records, and as necessary, issue certificates of account to Owners and their Mortgagees, without liability for errors, unless as a result of gross negligence or wilful misconduct or omissions. Such records shall be maintained in accordance with applicable Colorado Revised Statutes at the expense of the Association and at no cost to the Management Company. These books and records shall be reasonably available for inspection by Owners, their Mortgagees and their authorized representatives at reasonable times and with a minimum of seventy-two (72) hours prior written notice. These records also shall be available for inspection by an expert employed by and at the cost and expense of the Association upon seventy-two (72) hours prior written notice and at such reasonable time as the Management Company may agree. Any of the foregoing inspections shall be conducted without cost to the Management Company and without unreasonable disruption to the employees and operation of the Management Company. Any expense associated with copying records shall be a cost of the Association, unless a request is made by an Owner or group of Owners individually, and in such case the cost shall be borne by such Owner(s).

(G)     If and so long as required by law or requested by the Executive Board, arrange for an annual independent audit of all the books and financial records of the Plan by a certified public accountant in accordance with generally accepted auditing principles. A copy of the audit shall be forwarded to the officers of the Association, or, if no association exists, the Owner of each Unit shall be notified that such audit is available upon request.

(H) Prepare the itemized annual budget for the Association or revisions to the budget, or a combination thereof, the Management Company determines necessary for submission to the Executive Board. The Management Company shall submit the annual budget including a schedule of maintenance fees for each Unit and Club Dues for each Residence Interest to the Executive Board of the Association, setting forth the anticipated income and expenses of the Condominium and the Plan for the year, and shall specify therein each Owner's share thereof for approval by the Executive Board and the members of the Association in compliance with the Condominium Act. In allocating taxes, special assessments, and Common Expenses to individual Owners of Residence Interests, Commercial Units and Deed Restricted Residential Units, the Management Company shall clearly label the portion of any amounts due which are attributable to ad valorem taxes and special assessments. However, unless otherwise provided by law, ad valorem taxes and special assessments will be billed separately and not as part of the maintenance fee. Should an increase in assessments be required or a special assessment be required during the year, the same shall be recommended to the Executive Board by the Management Company for approval in accordance with the Condominium Act.

(I) Have authority and responsibility to maintain and replace the personal property within the Common Elements and the Tourist Accommodation Units, and to determine the maintenance fee, proration of taxes, and other common expenses applicable to those Common Elements and Tourist Accommodations Units, as defined in and provided for in the Declaration. Except to the extent limited by applicable law, the Management Company shall have sole discretion for making determinations as to replacements of personal property located within such Common Elements and Tourist Accommodations Units, decor, and all other judgments relating to the Limited Common Elements for the Tourist Accommodations Units. Notwithstanding the foregoing, all replacements shall be such as to maintain the standard of quality of the furniture and other personal property and decor of a quality substantially comparable to that contained in such Tourist Accommodations Unit at the time it was committed to the Plan.

(J) Receive and deposit all funds collected from the Owners, or otherwise accruing to the Association, in a special account or accounts of the Management Company in banks, savings and loan associations, or other appropriate financial institutions in the state of Colorado or Florida, or a combination thereof, with suitable designation indicating the custodial nature thereof. Association funds shall not be commingled (i) with funds managed by the Management Company on behalf of other associations; or (ii) with its own funds. Reserves shall be maintained in separate accounts designated for such purposes separate and apart from operating accounts. Alternatively, the Management Company is authorized to invest collected funds on behalf of the Association as approved and directed by the Executive Board; provided, however, that such investments are styled so as to indicate the custodial nature thereof. The Management Company is authorized to draw on the Association accounts for any payments to be made by the Management Company to discharge any liabilities or obligations incurred pursuant to this Agreement, for the payment of the management fee or any other disbursements properly incurred on the Association's behalf in substantial accordance with the provisions of the Association's budget. Additionally, if required,

funds received by the Management Company from Owners of any of the Units for ad valorem taxes or special assessment shall be placed in a separate escrow account if required under applicable Colorado Revised Statutes. Receipt of the foregoing funds by Management Company shall not constitute income to it for income tax purposes, since same is received and held in a custodial capacity only.

(K)   Cause a representative of its organization to attend membership meetings of the Executive Board of the Association properly called according to bylaws of the Association.

(L)   Suggest amendments to the Condominium rules and regulations as it deems advisable, in its reasonable discretion, for the use and occupancy of the Condominium for approval by the Executive Board. The Management Company shall have sole authority to promulgate and amend rules and regulations for the Tourist Accommodations Units and Limited Common Elements of the Tourist Accommodations Units subject to the rights of the Tourist Accommodation Directors to revise, repeal or modify such amended rules and regulations and subject to the provisions of the Declaration.

(M)   Cause such alterations and/or additions to be made to the Condominium, as authorized by the Executive Board of the Association and, when required, by the members.

(N)   Retain and employ such professionals and such other experts whose services may be reasonably required to effectively perform its duties and exercise its powers hereunder, and to employ same on such basis as it deems appropriate.

(O)   Contract, upon such terms and conditions and for such purposes as the Management Company deems necessary and grant concessions and licenses to persons to provide facilities and services to or within the Condominium and purchase, rent or cause to be installed coin vending machines and coin-operated equipment and pay-telephones within the Condominium and to purchase same on behalf of and at the cost and expense of the Association. All income derived from the foregoing grant of concessions and licenses shall inure to the benefit of the Association, and all expenses appertaining thereto shall likewise be borne by said Association. The agreements, concessions and licensees may be entered into to provide facilities and services as specified herein for very nominal or no consideration whatsoever. The Management Company shall use its best judgment in entering into such agreements or in granting such concessions or licenses; provided, however, the Management Company shall not be liable because a greater sum might have been obtained or a shorter period contracted for. Except in the case of vending equipment, the Management Company shall not be precluded from dealing with entities affiliated with itself for on-site concessions or other services without conflict or self-dealing. The Management Company is expressly authorized to subcontract with one or more of its affiliates in carrying out its obligations under this Agreement as provided in Section 6, below.

(P) Collect special assessments or charges, or a combination thereof, for such purposes and against such parties as provided for in the provisions of the Declaration.

(Q) Exercise such powers and rights as are reasonably necessary to fulfill the terms of this Agreement and as otherwise delegated to it under the terms and provisions of the Declaration or the bylaws of the Association, or as are specifically authorized by actions of the Executive Board or the members themselves.

(R) If repair to the Condominium or any portion thereof, including any Units or the Common Elements, is required due to loss by Act of God or other cause, which is other than normal wear and tear, comply with the provisions of the Declaration on behalf of the Association in repairing the Condominium and the remainder of this paragraph shall apply except as otherwise provided in the Declaration. Should the loss be covered by insurance, the proceeds thereof shall be applied as a credit against the total costs of said repair and restoration in the proportions in which the assessments were levied. It shall be presumed that the first monies disbursed in payment of costs of repair and restoration shall be from insurance proceeds, where such are received, and then from assessments collected, and, should there be a surplus of such funds, the said surplus shall be distributed to or on behalf of the Owners, as provided in the aforesaid Declaration.

(S) Engage a Program Manager through an affiliation agreement, who shall manage and administer the reservation procedures and exchange program for The Ritz-Carlton Club Membership Program (the "Membership Program") through which Owners of Residence Interests reserve the use of the accommodations at a Club as defined in and pursuant to The Ritz-Carlton Club Membership Program Reservation Procedures ("Reservation Procedures"). The Program Manager shall have the broadest possible delegation of authority regarding administration of the Reservation Procedures. The Program Manager shall be authorized, in its sole discretion, to promulgate, adopt and amend the Reservation Procedures from time to time, in order to maintain uniformity of reservation procedures within Membership Program and to more effectively fulfill reservation requests. The Management Company on behalf of the Association shall assess the Owners of Residence Interests the reasonable cost (as determined by Program Manager) of operating such Reservation Procedures, which cost shall be included as part of the Club Dues.

(T) Provide an integrated telephone line switching system ("PBX") to be utilized by the Tourist Accommodations Units to make local and long distance calls. The Association shall provide a space in the Common Elements in which to locate the PBX equipment and shall pay all costs and expenses to properly maintain such space. In addition, the Association shall charge the Owners of Residence Interests all costs and expenses for the maintenance and operation of the PBX system including, but not limited to, electrical power, wiring, and any related equipment necessary for individual use of the system. The Management Company shall at all times have access to the PBX system without providing notice to the Association. The PBX equipment shall be owned by the Management Company and all revenues from local, if applicable, and long distance telephone calls shall inure to the benefit of the Management Company. Any revenue

collected by the Management Company from the operation of the PBX system shall not be considered a part of the management fee addressed in Paragraph 13 below.

(U)     Perform such duties as may be required of a managing entity under the Condominium Act or the Plan, or as may be reasonably necessary or convenient to function as the managing entity of the Condominium and the Plan and perform the duties required hereunder.

(V)     Enter into the individual Plan Units (subject to the provisions of the Declaration) to perform all activities that the Plan Manager is authorized or required to perform pursuant to the Declaration, including provision of cleaning and maid service, maintenance and repair of the Plan Units and abatement of nuisances or other activities of the owners or occupants of the Plan Units that are prohibited by applicable law or the Declaration.

5.      Garage Keepers Liability Insurance.

To the extent that valet parking is provided by the Managing Agent for the benefit of the Tourist Accommodation Owners, the Managing Agent shall place and keep in force Garage Keepers Legal Liability Insurance in an amount equal to the number of cars in their care, custody, and control multiplied by $100,000 to cover against Collision and Comprehensive hazards, but in no event shall the coverage be less than Two Million Dollars ($2,000,000). The costs of the insurance premiums obtained pursuant to this Section shall be a Common Expense allocated to the Tourist Accommodation Units.

6.      Frequency of Services.

The services, obligations and responsibilities to be performed by the Management Company shall be performed as often as set forth hereinabove; however, if no time frame is specified, then the Management Company shall perform its services, obligations and responsibilities under this Agreement as often as it, in its sole discretion, and in accordance with all applicable laws and regulations, deems necessary. The services, obligations and responsibilities shall be performed in substantial accordance to the provisions provided for in the approved budget.

7.      Contracts for Products and Services.

Subject to the provisions of this Section 6, Management Company shall, on behalf of and as a common expense of the Association (but only to the extent said costs and expenses are reasonably consistent with the provisions of the Association budget), engage such third parties as Management Company deems advisable to provide such services as may be necessary or desirable for the operation and maintenance of the Condominium. Management Company shall administer any contracts for such services on behalf of the Association. Subject to the provisions of this Section 6, Management Company shall not be precluded from executing agreements or granting concessions or licenses to itself or to any affiliate. To the extent not prohibited by the Condominium Act or this Section 6, entering into any contract, agreement,

concession or license by Management Company with an affiliate shall not be considered to be self-dealing; provided that the prices and other terms of such contract, agreement, concession or license are competitive with those obtainable from unrelated vendors or are the subject of competitive bidding. The Management Company shall not be required to obtain the best price available as to any service, material or purchase, but shall purchase or contract for same on such terms and with such person or party as it deems advisable and in the best interest of the Association.

Notwithstanding any contrary provision of this Agreement, Management Company shall not enter into a contract with a third person whereby such person will furnish goods or services for the management, operation, maintenance or repair of the Project for a term longer than one (1) year, without the Association's prior written consent (which Management Company acknowledges will be granted only upon the consent of a majority of Owners other than the Declarant), except for:

(a) a contract with a public utility company; provided, however, that the term of the contract shall not exceed the shortest term for which the supplier will then contract at the regulated rate;

(b) prepaid casualty and/or liability insurance policies not to exceed three (3) years duration provided that the policy permits short-rate cancellation by the insured; and

(c) the following types of contracts, provided that the lessor or provider is not an entity in which Declarant or Management Company has a direct or indirect interest of ten percent (10%) or more:

   i. a lease of furniture, furnishings, appliances and other personal property;

   ii. agreements for cable television services and equipment or satellite television services and equipment;

   iii. agreements for burglar alarm services and equipment; and

   iv. a lease for laundry room fixtures and equipment.

8. Building Compliance.

The Management Company shall not be responsible for the compliance of the Condominium or any of its equipment with the requirements of any building codes or with any statutes, ordinances, laws, rules, or regulations (including those relating to the existence and disposal of solid, liquid, and gaseous wastes, and toxic or hazardous substances) of any city, county, state, or federal governments or agencies, or any public authority or official thereof having jurisdiction over it. However, the Management Company shall notify the Association promptly or forward to the Association promptly any complaints, warnings, notices, or summonses received by the Management Company relating to any such matters. The Association authorizes the Management Company to disclose the ownership of the