# EXHIBIT C



THE RITZ-CARLTON® DESTINATION CLUB

December 31, 2009

Board of Directors
Aspen Highlands Condominium Association, Inc.
75 Prospector Road
Aspen, Colorado 81611

>     Re:     Management Agreement (the "*Management Agreement*") between The Ritz-Carlton Management Company, L.L.C. ("*Management Company*") and Aspen Highlands Condominium Association, Inc. ("*Association*") dated January 12, 2001

Dear Board Members,

In connection with the Association's adoption of a delinquency policy that provides that a delinquent Member's reservations will be cancelled and made available to other Members in good standing on a Space Available basis, the parties desire to amend the Management Agreement in the manner set forth below. All capitalized terms used but not defined in this letter agreement shall have the meanings ascribed to those terms in the Management Agreement.

Section 12 of the Management Agreement is hereby deleted in its entirety and replaced with the following:

> "Section 12.     Denial of Use of Accommodations and Facilities.
>
>> The Management Company is authorized to deny use of the accommodations and facilities of the Plan to any Owner who is delinquent in the payment of any assessment against such Owner for common expenses or for ad valorem real estate taxes and may deny such use to any person claiming under such delinquent Owner. Notwithstanding anything in the Association Documents to the contrary, the Management Company has no obligation to secure a rental for a delinquent Owner's Residence Interest or any use rights appurtenant thereto. In the event the Management Company is directed to make available for use delinquent member inventory, the Management Company may apply any income received from such use towards the Management Company's commission, if any, cleaning charges, agent commissions, or any other commercially reasonable charges and

all costs and expenses incurred by the Management Company in connection with making such inventory available for use, with the balance of such income, if any, applied to such delinquent Owner's account. The Management Company will not be required to obtain the highest nightly rate available, nor any particular rate."

The foregoing provision may not be amended, modified or supplemented without the prior written consent of the Management Company and the Association. Except as set forth herein, all other terms and conditions of the Management Agreement remain in full force and effect.

Sincerely,

The Ritz-Carlton Management Company, L.L.C.

By: *[signature]*
Name: ROBERT PHILIPS
Its: VICE - PRESIDENT


The foregoing amendment to the Management Agreement is accepted and agreed to by the Association and is effective as of the date of the Association's execution hereof. The Association represents and warrants that it has obtained all necessary consents and approvals to amend the Management Agreement, as set forth above, and has full authority to execute this letter agreement.

Aspen Highlands Condominium Association, Inc.

By: *[signature]*
Name: JOHN STERNFIELD
Its: PRESIDENT
Date: _____