IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG
Date: August 1, 2016

RCHFU, LLC, et al.

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,

Defendants.

_____
Minute Order
_____

      The Scheduling Conference set for August 4, 2016 is vacated and re-set for August 18, 2016 at 11:00 a.m. in Room 323 before Magistrate Judge Gordon P. Gallagher.