### IN THE UNITED STATE DISTRICT COURT
### DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al.*
Defendants.

_____

### PLAINTIFFS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE FOR SCHEDULING CONFERENCE

_____

Plaintiffs, as listed in the caption, by and through their undersigned counsel, hereby files this Unopposed Motion to Appear by Telephone for the Scheduling Conference set for Thursday, August 18, 2016, ("Motion").  In support of its Motion, Plaintiffs respectfully state as follows:

1.      On June 9, 2016, this matter was reassigned to Magistrate Judge Gordon P. Gallagher by Minute Order [docket #26].

2.      On June 13, 2011, a Minute Order was entered setting the Scheduling Conference before Magistrate Judge Gordon P. Gallagher for Thursday, August 4, 2016, at 10:45 AM in Room 323 (Grand Junction) at the Wayne Aspinall Federal Building - United States Courthouse, 400 Rood Avenue, Grand Junction, Colorado 81501 [docket #29].

3.      On July 28, 2016, the parties filed their (draft) Scheduling Order [docket #50].

4.      On August 1, 2016, a Minute Order was entered vacating the August 4, 2016, Scheduling Conference and re-set for August 18, 2016, in Room 323 before Magistrate Judge Gordon P. Gallagher [docket #51].

5.      On August 2, 2016, an Amended Minute Order was entered clarifying the Scheduling Conference set August 18, 2016, at 11:00 AM in Room 323 before Magistrate Judge Gordon P. Gallagher [docket #52].

6.      Pursuant to Judge Gallagher's Grand Junction Practice Standards Regarding Personal Appearances & Travel,

> [p]arties with appearances before this judicial officer who would otherwise have to travel to Grand Junction for their Court appearance, may, by way of a motion, request leave to appear by either VTC or telephone. The Court is particularly inclined to grant such motions when the nature of the appearance is essentially ministerial rather than substantive in nature.

Scheduling Conferences for civil cases are considered ministerial.

7.      At least one of Plaintiffs' co-counsel will be present in Court, but also request that the others be allowed to participate by telephone.

8.      Plaintiffs' counsel, Matthew C. Ferguson of Aspen, Colorado, Michael Schrag of Gibbs Law Group, LLP & Tyler Meade of The Meade Firm, P.C. (both out-of-state in California) request that they be allowed to participate telephonically in the Scheduling Conference.

9.      Mr. Ferguson had planned to be present on August 4, 2016, but has a previously scheduled out-of-state wedding requiring him to travel on August 18, 2016. He and the others will be available to participate by telephone.

10.     Michael J. Reiser, of the Law Office of Michael J. Reiser, plans to attend the Scheduling Conference in person on behalf of Plaintiffs.

11.     Mr. Ferguson has conferred with Defendants' counsel *via* e-mail on August 2, 2016. Defendants' counsel do not oppose the request that certain Plaintiff's counsel be permitted to appear by telephone. Therefore, the Motion is unopposed.

12.     Defendants have out-of-state counsel and Plaintiffs, of course, have no objection to their appearance by telephone.  Certain of their counsel plan to attend in person.

13.     The requested enlargement of time will not prejudice any party to this case, as demonstrated by the fact that it is unopposed.

14.     The Court has the technology to accommodate telephonic participation.

15.     As the requesting party, Plaintiffs' counsel will arrange the conference call with Defendants' counsel at the Court.

16.     A proposed order is submitted herewith.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and enter an order allowing certain counsel to appear at the August 18, 2016, Scheduling Conference by telephone.

DATED: August 5, 2016.

                                        Respectfully submitted,

LAW OFFICE OF MICHAEL J. REISER          THE MATTHEW C. FERGUSON LAW FIRM, P.C.

    /s/ Michael J. Reiser                    /s/ Matthew C. Ferguson
Michael J. Reiser, # 16161               Matthew C. Ferguson, #25687
961 Ygnacio Valley Road                  119 South Spring, Suite 201
Walnut Creek, CA  94596                  Aspen, Colorado 81611
Telephone: (925) 256-0400                Telephone:  (970) 925-6288
Facsimile: (925) 476-0304                Facsimile:   (970) 925-2273

3

E-mail: reiserlaw@gmail.com                    E-mail: matt@matthewfergusonlaw.com

GIBBS LAW GROUP, LLP                           THE MEADE FIRM FIRM, P.C.


___/s/ Michael Schrag_____         ___/s/ Tyler Meade_____
Michael Schrag (CA State Bar # 185832)         Tyler Meade (CA State Bar # 160838)
Linda Lam (CA State Bar# 301461)               1816 Fifth Street
505 14th Street, Suite 1110                    Berkeley, CA  94710
Oakland, CA 94612                              Telephone: 510-843-3670
Phone: (510) 350-9718                          E-mail: tyler@meadefirm.com
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com                  (Application for admission to the District of
E-mail: lpl@classlawgroup.com                  Colorado pending).

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of August, 2016, a true and accurate copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE** was filed and served *via* CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.                      Daniel F. Shea, Esq.
The Matthew C. Ferguson Law Firm, P.C.         Jessica Black Livingston, Esq.
119 South Spring, Suite 201                    Hogan Lovells US LLP
Aspen, Colorado 81611                          1200 Seventeenth Street, Suite 1500
                                               Denver, Colorado 80202


Michael J. Reiser, Esq.                        Naomi G. Beer, Esq.
Lilia Bulgucheva, Esq.                         Greenberg Traurig, LLP
Law Office of Michael J. Reiser                1200 17th Street, Suite 2400
961 Ygnacio Valley Road                        Denver, Colorado 80202
Walnut Creek, California 94596
Michael L. Schrag, Esq.                        Ian S. Marx, Esq.
Gibbs Law Group LLP                            Philip R. Sellinger, Esq.
1 Kaiser Plaza, Suite 1125                     Greenberg Traurig, LLP
Oakland, California 94612                       500 Campus Drive, Suite 400
                                               Florham Park, New Jersey 07932

Tyler R. Meade, Esq.
The Meade Firm P.C.                            ____/s/ Robin White_____
1816 Fifth Street                              Robin White
Berkeley, California 94710

4846-7534-4181, v. 1