# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, et al.

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, et al.
Defendants.

_____

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE FOR SCHEDULING CONFERENCE
_____

This matter has come before the Court on Plaintiffs Unopposed Motion to Appear by Telephone for the Scheduling Conference set for Thursday, August 18, 2016, (the "Motion"). The Court, having reviewed the Motion, and being otherwise fully advised in the premises, states as follows:

Plaintiffs' counsel, Matthew C. Ferguson, Michael Schrag, and Tyler Meade are allowed to appeal *via* telephone to the Scheduling Conference scheduled for Thursday, August 18, 2016, at 11:00 AM. Plaintiffs' counsel will arrange a conference call among themselves and then call into the Court.

BY THE COURT:

_____
United States District Court Judge

4829-7556-0758, v. 1