# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

### PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
_____

Plaintiffs hereby move the Court for permission to file an Opposition to Marriott Defendants' Motion to Dismiss that exceeds the page limitation set forth in Rule III.A of the Court's Practice Standards by no more than three pages. As grounds for the Motion, Plaintiffs state as follows:

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs conferred with counsel for Marriott Defendants and obtained their consent to the relief sought in this Motion.

### FACTUAL AND PROCEDURAL BACKGROUND

1.  Pursuant to the Court's July 14, 2016 Order (ECF No. 38) and July 22, 2016 Order (ECF No. 45), the Marriott Defendants filed a Motion to Dismiss Plaintiffs' Second Amended Complaint on July 25, 2016 that was 18 pages in length.

2. Due to the complexity of the legal issues raised by both Plaintiffs and Marriott Defendants, and the fact that the Marriott Defendants' Motion to Dismiss was 18 pages in length, Plaintiffs respectfully seek leave to file an Opposition to the Motion to Dismiss that exceeds the Court's page limitation for such motions (Rule III.A of Judge Brimmer's Practice Standards (Civil Cases)) by no more than three pages.

3. Counsel for the Marriott Defendants has consented to the relief sought in this Motion.

## CONCLUSION

For all of above reasons, Plaintiffs respectfully request the Court grant them an extension of the page limitation and permit them to file an Opposition to Marriott Defendants' Motion to Dismiss that exceeds the page limit by no more than three pages, for a total of no more than 18 pages.

Dated: August 12, 2016                    Respectfully submitted,

                                          GIBBS LAW GROUP LLP

                                          */s/ Michael Schrag*
                                          Michael Schrag (admitted *pro hac vice*)
                                          505 14th Street, Suite 1110
                                          Oakland, CA 94612
                                          Phone: (510) 350-9718
                                          Facsimile: (510) 350-9701
                                          E-mail: mls@classlawgroup.com

                                          *Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 12th day of August, 2016, a true and accurate copy of the foregoing **Plaintiffs' Unopposed Motion to Exceed Page Limitation** was filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Matthew C. Ferguson, Esq.<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611 | Daniel F. Shea, Esq.<br>Jessica Black Livingston, Esq.<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202 |
| Michael J. Reiser, Esq.<br>Lilia Bulgucheva, Esq.<br>Law Office of Michael J. Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, California 94596<br>Michael L. Schrag, Esq.<br>Gibbs Law Group LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, California 94612 | Naomi G. Beer, Esq.<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br><br>Ian S. Marx, Esq.<br>Philip R. Sellinger, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932 |
| Tyler R. Meade, Esq.<br>The Meade Firm p.c.<br>1816 Fifth Street<br>Berkeley, California 94710 | |

                                                  */s/ Linda Lam*
                                                   Linda Lam