IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG          Court Deputy: P. Howell
Date: August 18, 2016          Recorder: Grand Junction

RCHFU, LLC, et al.

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,

Defendants.

___

Minutes-Scheduling Conference
___

10:56 a.m.

Appearing by telephone: Attorney for Plaintiff, Matthew Ferguson.

Appearing in person; Michael Reiser, attorney for Plaintiff.
Daniel Shea and Ian Marx for Defendants.

Discussion held regarding deadlines, experts and depositions.

*ORDER: Scheduling Order (doc. 60) is accepted and adopted by the court.

*ORDER: Status Conference is set for November 28, 2017 at 10:00 a.m. before Magistrate Judge Gordon P. Gallagher.

Hearing concluded at: 11:20 a.m.
Hearing duration: 24 minutes.