# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective August 29, 2016, Hogan Lovells US LLP, counsel for Defendant Aspen Highlands Condominium Association, has moved office locations and has a new address:

HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202

The e-mail addresses, telephone numbers, and facsimile numbers remain the same.

Respectfully submitted this 6th day of September, 2016.

HOGAN LOVELLS US LLP

*/s/ Jessica Black Livingston*
**Jessica Black Livingston**
**Daniel F. Shea**
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Tel.: (303) 899-7300
Fax: (303) 899-7333
E-mail: dan.shea@hoganlovells.com
E-mail:jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2016, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jessica Black Livingston*
**Jessica Black Livingston**

2