## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ADD PLAINTIFFS IN A THIRD AMENDED COMPLAINT
_____

This Court, having considered Plaintiffs' Unopposed Motion to Add Plaintiffs in a Third Amended Complaint, hereby finds the Motion is supported by good cause. The Court's Scheduling Order of August 18, 2016 expressly allows Plaintiffs to move to add additional plaintiffs within 45 days of that Order, and Plaintiffs timely submitted the present motion. Plaintiffs' proposed Third Amended Complaint only adds new plaintiffs and does not add new claims or substantive allegations. Additionally, pursuant to Fed. R. Civ. P. 15(a)(2), the filing of the Third Amended Complaint is in the interest of a just, fair, and efficient resolution of this matter.

IT IS THEREFORE ORDERED that Plaintiffs shall be permitted to file the Third Amended Complaint attached to their Motion.

Dated this ___ day of _____, 2016.

By: _____
Honorable Philip A. Brimmer