**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

**PLAINTIFFS' NOTICE OF RE-FILING OF UNOPPOSED MOTION TO ADD PLAINTIFFS IN A THIRD AMENDED COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**
_____

Plaintiffs, pursuant to the Court's Order [Document 69] striking Plaintiffs' Motion for Leave [Document 67], hereby re-file their Unopposed Motion to Add Plaintiffs in a Third Amended Complaint; Supporting Memorandum of Points and Authority with a Proposed Order to same and the attached Third Amended Complaint ("TAC"), with the new text underlined pursuant to D.C.COLO.LCivR 15.1(b). The court cited this local rule to issue an Order on October, 5 2016, striking Plaintiff unopposed motion filed on October 3, 2016 for not underlining any new text in the TAC. Plaintiff did not believe the requirement applied because the rule only applies to opposed motions. This motion is unopposed. Nonetheless, Plaintiff refiles the motion with an underlining of all new text in the TAC, which in this motion included only the addition of new Plaintiffs.

DATED:  October 7, 2016           Respectfully submitted,

    */s/ Matthew C. Ferguson*
Matthew C. Ferguson, Esq.
THE MATTHEW C. FERGUSON LAW FIRM, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
Phone: (970) 3925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 7th day of October, 2016, a true and accurate copy of the foregoing **PLAINTIFFS' NOTICE OF RE-FILING OF UNOPPOSED MOTION TO ADD PLAINTIFFS IN A THIRD AMENDED COMPLAINT; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** was filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Matthew C. Ferguson, Esq.<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611 | Daniel F. Shea, Esq.<br>Jessica Black Livingston, Esq.<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202 |
| Naomi G. Beer, Esq.<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202 | Michael J. Reiser, Esq.<br>Lilia Bulgucheva, Esq.<br>Law Office of Michael J. Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, California 94596 |
| Michael L. Schrag, Esq.<br>Gibbs Law Group LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, California 94612 | Ian S. Marx, Esq.<br>Philip R. Sellinger, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932 |
| Tyler R. Meade, Esq.<br>The Meade Firm p.c.<br>1816 Fifth Street<br>Berkeley, California 94710 | |

    */s/ Matthew C. Ferguson*
Matthew C. Ferguson

-2-

-3-

4832-9636-9978, v. 1