**IN THE UNITED STATE DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 16-01301 PAB-GPG

RCHFU, LLC, et al.

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

Defendants.

_____

**NOTICE OF CHANGE OF ADDRESS**

_____

     PLEASE TAKE NOTICE that effective October 13, 2016, Law Office of Michael J. Reiser, counsel for Plaintiffs, has moved office locations and has a new address:

     LAW OFFICE OF MICHAEL J. REISER
     1475 N Broadway, Suite 300
     Walnut Creek, CA 94596

The e-mail addresses, telephone numbers, and facsimile numbers remain the same.

Respectfully submitted this 13th day of October, 2016.

     LAW OFFICE OF MICHAEL REISER

     /s/ Michael J. Reiser
     **Michael J. Reiser**
     **Lilia Bulgucheva**
     1475 N Broadway, Suite 300
     Walnut Creek, California 94596
     Tel: (925) 256-0400
     Fax: (925) 476-0304
     E-mail: reiserlaw@gmail.com
     E-mail: lilia.reiserlaw@gmail.com

     *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on October 13, 2016, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      /s/ Karina Bulgucheva
      **Karina Bulgucheva**