IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-MEH

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the motions to dismiss filed by defendants Aspen Highland Condominium Association [Docket No. 46] and by Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Co., LLC [Docket No. 47]. On November 7, 2016, plaintiff filed the Third Amended Complaint [Docket No. 77] pursuant to the Order [Docket No. 74] granting Plaintiffs' Motion to Add Plaintiffs in a Third Amended Complaint [Docket No. 71]. Thus, the Third Amended Complaint became the operative pleading in this action, and the Motions to Dismiss [Docket Nos. 46 and 47] are directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motions to dismiss are moot. It is

    **ORDERED** that defendants' Motions to Dismiss [Docket Nos. 46 and 47] are DENIED as moot.

    DATED November 8, 2016.