IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-01301 PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

## JOINT MOTION REGARDING DEFEDANTS' RESPONSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC and Aspen Highlands Condominium Association (collectively, "**Defendants**") and Plaintiffs, by and through their undersigned counsel, file this Joint Motion Regarding Defendants' Responses to Plaintiffs' Third Amended Complaint ("Motion") in this matter. As grounds therefore, the Parties state as follows:

<u>Certificate Under D.C. Colo. LCivR 7.1(a)</u>

1.    Undersigned counsel for Plaintiffs and Defendants have conferred regarding the relief sought in this Motion and are jointly requesting the relief sought in this Motion.

Factual and Procedural Basis

2. Plaintiffs filed a Second Amended and Supplemental Complaint on July 18, 2016 ("SAC"). (Dkt. No. 40.)

3. Defendants filed Motions to Dismiss the SAC on July 25, 2016 (Dkt. Nos. 46-47); Plaintiffs filed briefs in opposition to the Motions to Dismiss on August 15, 2016 (Dkt. Nos. 58-59); and Defendants filed reply briefs in further support of their Motions to Dismiss on August 29, 2016. (Dkt. Nos. 63-64.) Thus, the Motions to Dismiss have been fully submitted.

4. On October 7, 2016, Plaintiffs filed an unopposed motion for leave to file a Third Amended Complaint ("TAC"), which "only adds new Plaintiffs and does not add new claims or substantive allegations." (Dkt. No. 71.) The Court granted this motion by Order dated October 10, 2016. (Dkt. No. 74.) On November 3, 2016, the Court issued a Minute Order requiring Plaintiffs to file their TAC on or before November 7, 2016. (Dkt. No. 76.)

5. Plaintiffs filed their TAC on November 7, 2016. (Dkt. No. 77.) Because Plaintiffs' TAC became the operative pleading in this action, the Court denied Defendants' pending Motions to Dismiss as moot on November 8, 2016. (Dkt. No. 78.) On November 11, 2016, Plaintiffs filed a Corrected TAC. (Dkt. No. 79.)

6. Due to the fact that the TAC only adds new Plaintiffs and does not alter the substantive allegations or claims asserted in the SAC, the Parties agree that Defendants' Motions to Dismiss the SAC (Dkt. Nos. 46-47), and the respective Response and Reply briefs (Dkt. Nos. 58-59, 63-64), shall be applied to the TAC and

2

shall be considered Defendants' formal responses to the TAC. Defendants shall not otherwise be required to respond to the TAC. The Parties further agree that no additional briefing shall be required and that Defendants' Motions to Dismiss remain fully submitted to this Court and ready for decision. For the Court's convenience, the Aspen Highlands Condominium Association's Motion to Dismiss and accompanying briefing is attached hereto as Exhibit 1, and the Marriott Defendants' Motion to Dismiss and accompanying briefing is attached hereto as Exhibit 2.

7. Counsel for all Parties have consented to the relief sought in this Motion.

8. This Motion is made in the interests of justice and not for purposes of delay.

## CONCLUSION

For all of the foregoing reasons, the Parties respectfully request that the Court apply Defendants' Motions to Dismiss the SAC to the TAC, determine that Defendants shall not otherwise be required to respond to the TAC, and consider Defendants' Motions to Dismiss fully submitted to this Court and ready for decision.

DATED: November 18, 2016

Respectfully submitted,

*s/ Naomi G. Beer*
Naomi G. Beer
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Phone: (303) 572-6500
Fax: (303) 572-6540
BeerN@gtlaw.com

3

*s/ Ian S. Marx*
Ian S. Marx
Philip R. Sellinger
GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Phone: (973) 360-7900
Fax: (973) 301-8410
MarxI@gtlaw.com
SellingerP@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*


*s/ Daniel F. Shea*
Daniel F. Shea
Jessica Black Livingston
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Phone: (303) 899-7300
Fax: (303) 899-7333
dan.shea@hoganlovells.com
jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*


*s/ Matthew C. Ferguson*
Matthew C. Ferguson
THE MATTHEW C. FERGUSON LAW FIRM, P.C.
119 South Spring Street, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
matt@matthewfergusonlaw.com

4

5

       <u>s/ Michael J. Reiser</u>
       Michael J. Reiser
       Lilia Bulgucheva
       LAW OFFICE OF MICHAEL J. REISER
       961 Ygnacio Valley Road
       Walnut Creek, CA 94596
       Telephone: (925) 256-0400
       Facsimile: (925) 476-0304
       reiserlaw@gmail.com
       lilia.reiserlaw@gmail.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of November, 2016, a true and accurate copy of the foregoing **JOINT MOTION REGARDING DEFENDANTS' RESPONSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael L. Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202

*s/ Julie Eaton*
Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*