IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

---

**ORDER GRANTING JOINT MOTION REGARDING DEFENDANTS' RESPONSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

---

This Court, having considered the Parties' Joint Motion Regarding Defendants' Responses to Plaintiffs' Third Amended Complaint ("Motion"), and being duly advised in the premises thereof, hereby finds that the Motion is meritorious and should therefore be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Motions to Dismiss the Second Amended and Supplemental Complaint (Dkt. Nos. 46-47) and all accompanying briefing (Dkt. Nos. 58-59, 63-64) shall be applied to the Third Amended Complaint; and that Defendants shall not otherwise be required to respond to the Third Amended Complaint.

Dated this _____ day of November, 2016

                                          By:_____
                                       United States Magistrate Judge