IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-MEH

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Joint Motion Regarding Defendants' Responses to Plaintiffs' Third Amended Complaint [Docket No. 80]. The parties request that defendants' motions to dismiss [Docket Nos. 46 and 47], which were denied as moot as directed to an inoperative, superseded pleading, *see* Docket No. 78, be "applied to the [Third Amended Complaint]" because the Third Amended Complaint "only adds new Plaintiffs and does not alter the substantive allegations or claims asserted in the [Second Amended Complaint.]" Docket No. 80 at 2, ¶ 6. It is

    **ORDERED** that the Joint Motion Regarding Defendants' Responses to Plaintiffs' Third Amended Complaint [Docket No. 80] is granted in part and denied in part. The parties must file new motions to dismiss, responses, and replies; however, each filing, rather than repeating the previous filing, may state that it incorporates that party's previous filing. It is not necessary for the parties to refile exhibits.

    DATED November 22, 2016.