IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

**DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

Pursuant to Rules 8(a) and 12(b)(6) of the Federal Rule of Civil Procedure, Defendant Aspen Highlands Condominium Association, Inc. ("Association") respectfully moves the Court to dismiss Plaintiffs' Third Amended Complaint against the Association. In support hereof, the Association states as follows:

1. On May 27, 2016, after this case was removed to this Court, Plaintiffs filed a First Amended and Supplemental Class Action Complaint. (Dkt. No. 5.) Plaintiffs filed a Second Amended and Supplemental Complaint on July 18, 2016. (Dkt. No. 40.)

2. The Association moved to dismiss the Second Amended Complaint on July 25, 2016 (Dkt. No. 46).

3. On October 7, 2016, Plaintiffs filed an unopposed motion for leave to file a Third Amended Complaint, which "only adds new Plaintiffs and does not add new claims or substantive allegations." (Dkt. No. 70.) The Court granted this motion by Order dated October 10, 2016. (Dkt. No. 74.)

1

4. Plaintiffs filed their Third Amended Complaint on November 7, 2016. (Dkt. No. 79.) Because Plaintiffs' TAC became the operative pleading in this action, this Court denied the Association's Motion to Dismiss as moot on November 8, 2016. (Dkt. No. 78.) On November 11, 2016, Plaintiffs filed a Corrected TAC. (Dkt. No. 79.)

5. Pursuant to this Court's Minute Order dated November 22, 2016, (Dkt. No. 82), the Association hereby moves to dismiss Plaintiffs' Third Amended Complaint and incorporates all arguments, statements, and bases for dismissal that it raised in its Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. No. 46).[1] For the reasons stated therein, the Association respectfully requests that the Court dismiss Plaintiffs' claims against the Association with prejudice and without leave to amend.

Respectfully submitted this 23rd day of November, 2016.

/s/ Daniel F. Shea
**Daniel F. Shea**
**Jessica Black Livingston**
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
FAX: (303) 899-7333
E-mail: dan.shea@hoganlovells.com
E-mail:jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

---

[1] Because Plaintiffs amended their complaint to add additional Plaintiffs, the Association amends one statement in its Motion to Dismiss, which is not central to and does not alter the substance of its Motion. The Association explained in its Motion that, had it exercised its judgment to preclude the voluntary trading arrangement, a group of the approximately 750 Club members who are not Plaintiffs may have been able to assert claims against the Association. (*See* Dkt. No. 46 at 10.) Although Plaintiffs have added additional fractional unit-holders to their Complaint, there remain over 700 fractional unit-holders who are not Plaintiffs and who may have been able to assert claims against the Association.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2016, I electronically filed the foregoing **DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser**<br>Law Office of Michael J. Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, CA 94596<br>reiserlaw@gmail.com<br><br>**Matthew C. Ferguson**<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>matt@matthewfergusonlaw.com<br><br>**Michael L. Schrag**<br>Gibbs Law Group LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, CA 94612<br>mls@classlawgroup.com<br><br>**Tyler R. Meade**<br>The Meade Firm P.C.<br>1816 Fifth Street<br>Berkeley, CA 94710<br>tyler@meadefirm.com<br><br>*Attorneys for Plaintiffs* | **Naomi G. Beer**<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Phone: (303) 572-6500<br>Fax: (303) 572-6540<br>BeerN@gtlaw.com<br><br>**Ian S. Marx**<br>**Philip R. Sellinger**<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Phone: (973) 360-7900<br>Fax: (973) 301-8410<br>MarxI@gtlaw.com<br>SellingerP@gtlaw.com<br><br>**Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC** |

*/s/ Daniel F. Shea*

3