**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

     Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

     Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANT
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S
MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

---

This Court, having considered Defendant Aspen Highlands Condominium Association's Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion"), and being duly advised in the premises thereof, hereby finds that the Motion is meritorious and should therefore be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Association's Motions to Dismiss the Third Amended and Supplemental Complaint is GRANTED, and the Third Amended Complaint as against the Association is dismissed in its entirety with prejudice and without leave to amend.

Dated this _____ day of November, 2016

By:_____
     United States Magistrate Judge

1