IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-01301 PAB-GPG

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## MARRIOTT DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT

Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") move the Court to dismiss the Third Amended Complaint ("TAC") (Dkt. No. 79), pursuant to Fed. R. Civ. P. 12(b)(6).

The TAC should be dismissed for the same reasons set forth in the filing the Marriott Defendants previously submitted in support of their Motion to Dismiss the Second Amended Complaint. (*See* Dkt. No. 47 (Marriott Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint); Dkt. No. 49 (Declaration of Jeannette Greene in Support of Marriott Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and exhibits) (together, "SAC filing")). For the reasons set forth in the parties' Joint Motion Regarding Defendants' Responses to the TAC (Dkt. No. 80), and pursuant to the Court's November 22, 2016 Order (Dkt. No. 82), the Marriott Defendants hereby incorporate their SAC filing by reference.

1

**CERTIFICATION OF CONFERENCE**

The deficiencies that require dismissal of the TAC against the Marriott Defendants are not correctable by amendment. Thus, the parties have not conferred in an effort to resolve the issues raised in this Motion, pursuant to Rule III.F.2.a of Your Honor's Practice Standards.

Dated:  November 23, 2016

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:   *s/ Naomi G. Beer*
Naomi G. Beer
Philip R. Sellinger
Ian S. Marx
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:     303.572.6500
Fax:    303.572.6540
Email:  BeerN@gtlaw.com
             SellingerP@gtlaw.com
             MarxI@gtlaw.com

*Attorneys for the Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2016, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson
  Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
  Condominium Association*

*s/ Julie Eaton*
    Julie Eaton

*(Original on file at offices of Greenberg Traurig,
LLP, pursuant to C.R.C.P. 121, § 1-26)*