IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-cv-01301 PAB-GPG

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**ORDER GRANTING MARRIOTT DEFENDANTS'
MOTION TO DISMISS THIRD AMENDED COMPLAINT**

---

This Court, having considered Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC's (collectively, "Marriott Defendants") Motion to Dismiss the Third Amended Complaint ("Motion"), and being duly advised in the premises thereof, hereby finds that the Motion is meritorious and should therefore be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Marriott Defendants' Motion to Dismiss the Third Amended Complaint is GRANTED, and the Third Amended Complaint is dismissed in its entirety with prejudice and without leave to amend.

[To the extent any portion of the Third Amended Complaint remains or leave to amend is permitted on any claim, then

The Court, having considered all papers filed in support of and in opposition to the Motion, rules as follows with respect to the Motion:

First Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied;

Second Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied;

Third Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied; and

Fourth Claim for Relief – the Motion is granted with/without leave to amend OR the Motion is denied.]

Dated this ___ day of _____, 2016         By:_____
                                                    Honorable Philip A. Brimmer, U.S.D.J.

*NY 246222633v1*