# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

### ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER
_____

This Court, having considered Plaintiffs' Motion to Modify Scheduling Order ("Motion"), and being duly advised on the premises thereof, hereby finds that the Motion is meritorious and should therefore be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' shall have up to 60 days from this order to join parties and amend pleadings.

Dated this _____ day of December, 2016

By: _____
United States Magistrate Judge

4829-4273-4398, v. 1