# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.
_____

## ORDER GRANTING PLAINTIFFS' MOTION TO STAY CASE
_____

This Court, having considered Plaintiffs' Motion to Stay Case, hereby finds the Motion is supported by good cause. Plaintiffs moved for a 60-day stay, during which Plaintiffs will satisfy a purported condition precedent to filing suit against one of the defendants in the case, the Aspen Highlands Condominium Association ("Association"). This stay is in the interest of judicial economy because it renders moot the Association's argument that Plaintiffs' case against the Association should be dismissed because Plaintiffs failed to satisfy a pre-suit demand requirement. Further, the stay would not result in any prejudice to the Defendants, and would ensure that all claims in this case are litigated together.

IT IS THEREFORE ORDERED that this case be stayed for 60 days. During the stay, Plaintiffs and the Marriott Defendants shall continue meeting and conferring over any outstanding discovery issues.

Dated this ___ day of _____, 2016.

By: _____
Honorable Philip A. Brimmer

-1-