# EXHIBIT 1

| | |
|---|---|
| **From:** | Randy Mercer </O=CB RICHARD ELLIS/OU=FTMYERS-NAPLES/CN=RECIPIENTS/CN=RANDY> |
| **Sent:** | Tuesday, December 18, 2012 7:15 AM |
| **To:** | 'Nicholas DiMeglio (Nicholas.Dimeglio@ritzcarlton.com)' |
| **Cc:** | Joel Alper (SATCOMJOEL1@YAHOO.COM); Philip A. Gosch (pgosch@bhfs.com); Jerry Marsden <rnyjerry@aol.com>; Schneider, Phillip (Aspen Board) <pjschn2351@aol.com>; Tyler Oliver <tsoliver@henzlikoliver.com> |
| **Subject:** | Eblast and hard copy content to AHCA Members |
| **Attach:** | 2012-12 Letter to Members.doc; Ritz Club Aspen - MVW Cease and Desist Letter.pdf |

Nick,

Attached is a Word document which is a letter to the Aspen Highlands Members and a PDF copy of a legal letter. We would like these two documents to be sent together, with the Membership letter as the lead document, in electronic format and in hard copy to the entire Membership.

We would like the blast and mailing to be produced immediately and realize there is a typical setup time involved. Please move this forward and let us know when the release date will be.

Thanks.

Randy Mercer
For the Board

Randal L. Mercer | Founding Partner
**CRE Consultants | Brokerage Services**
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

AHCA00011580

**ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.**
Tourist Accommodation Directors representing the Ritz-Carlton Club Members
75 Prospector Road, Aspen, Colorado  81611
Board of Directors E-mail:   AHCABOARD@gmail.com

| | |
|---|---|
| *PRESIDENT:* | *Randy Mercer* |
| *VICE PRESIDENT:* | *Phillip Schneider* |
| *TREASURER:* | *Gerald Marsden* |
| *SECRETARY:* | *Tyler Oliver* |

*COMMERCIAL DIRECTOR:*     *Joel Alper* *
* Aspen Highlands Condominium Association Director who is a Ritz-Carlton Club Member

{ DATE \@ "MMMM d, yyyy" }

Dear Fellow Member,

In the ongoing tradition of keeping you informed of the Board of Directors' efforts on your behalf regarding your second home at the Aspen Highlands Ritz-Carlton Club - we wanted to share some recent actions, update you on continuing programs and provide you with our perspective on the progress of our current activities, and give you an update on our current year financials.

**Club Management Update**

Nicholas DiMeglio, our Area General Manager reported last week that your Club was open and ready for the Winter Season. Snow is beginning to fall and by the time you read this Aspen Highlands Mountain will be open and in full swing. All of the other mountains are also open and operational. Another great ski season is anticipated.

The CARE (Clean & Repair Everything) process is completed and the Club looks as good as new. On your next visit, you will find much needed upgraded kitchen appliances in your home. These were purchased from the reserve funds and not the operating budget.

Starting in October, we have been installing new built-in humidification systems in each Residence. It has taken three consecutive Boards of Directors over four years of studying, planning, and beta testing different systems to achieve the maximum results with minimum setup and construction. A number of residences are already completed. The humidity will be set to 35%, helping you to better acclimate to the altitude, heat and dry weather, and as an additional bonus preserve the hard wood furniture and floors. This system will replace the individual humidifiers that were located in the bedrooms. We look forward to completing this project by spring 2013. You will notice the difference.

**The Spa** - Ivan Skoric has recently accepted the position as Spa Manager. Ivan has been with The Ritz-Carlton Club, Aspen Highlands, over the last 10 years as a Sales Membership Executive. With his previous fitness background as a certified personal trainer and his knowledge of The Ritz-Carlton Club, Aspen Highlands, we believe he will be a tremendous asset to our team.

**Club Services** - Nikolay Tevekeliyski was recently hired as our newest Club Services Manager. Nikolay has an extensive background in hospitality management. He most recently was the Front Office Manager at the Silverado Resort & Spa in Napa California. Prior to that, he worked for The Hilton Fort Lauderdale Beach Resort in the Front Office, Housekeeping, and F&B Management. From 2005 – 2008, he lived here in Aspen and worked at The St. Regis Resort & Residences.

**Willow Creek** - Scott Lester was recently hired as the Willow Creek Bistro Assistant Restaurant Manager. Scott has an extensive food & beverage management background to include; Eleven Madison Park, NY, Jean-Georges, The Restaurant at Meadowood in Napa Valley, The French Laundry, and The Broadmoor, Colorado Springs.

## Willow Creek Update

The modified winter menu will continue featuring "decadent comfort food" from Chef Matt Sanders. The new "Prime Time" menu offers items including small bites and drink specials that will be offered from 3:30-6:30 p.m. We have taken some of the best items from our favorite local haunts across the country and created this menu. Now you can come in from skiing, kick off your boots and enjoy some great, small bite munchies, your favorite beverages, and very special prices. If there is something special you want please let us know. Before you leave, please make a reservation for dinner. We are here to treat you to great food, great service, and great atmosphere. **If everyone enjoys Willow Creek just one more time each week, our Bistro will be profitable.**

**Willow Creek Bistro is open Wednesday through Thursday, from 7:00 a.m. - 9:00 p.m. and until 10:00 p.m. on Friday and Saturday for breakfast lunch, Prime Time and dinner.**

**Please stop in at least one more time each week of your visit!!**

## Refurbishment

Since we mentioned great atmosphere, the Refurbishment Committee, Chaired by Tyler Oliver with the assistance of Joel Alper and Randy Mercer is beginning the Willow Creek Refurbishment process. The first step is design and conceptual and finally implementation of the plan. We are exploring all of the exciting ways to enhance the look and feel of Willow Creek Bistro. Our goal is to have a total new look ready for the summer season which will compare with the finest atmosphere anywhere in the Valley, but not too stuffy. After all, we are a ski resort. Look for more on that in future communiques.

AHCA00011582

After an extensive analysis of colors, the exterior painting of Elkhorn Lodge and the trim is completed. The property looks refreshed and the brighter colors make the building "pop." We hope you enjoy the change. Other future changes will be the balcony railings of each residence. The maintenance, upkeep, and costs of the wood posts and tile flooring have been a constant source of ongoing aggravation and expense. The Board is exploring other options that have been already approved within the Ritz Brand standards and will last longer with little maintenance costs. Our basis for financial scoring is simple – if a product pays for itself in savings in 5 years or less, it is considered viable.

### Finance

Under the watchful guidance of our Finance Chairman, Gerry Marsden, the Year-to-Date operating fund as of the end of November shows a surplus $276,946 and management's forecast for the final period of the year is hovering around the $200,000.

As has been our custom since developer turnover, there will be an independent audit of the past years activities and assisting Gerry in that effort will be Phil Schneider and Randy Mercer.

Every effort is being made, as in the past administrations, to hold firm on operating expenses and adequately reserve for the future.

### Destination Club

The Destination Club in its latest version was introduced to the Members by Ritz Carlton Club and Marriott in mid-year 2012. The previous Board updated you in July and August 2012 of its concerns, thoughts, and possible effects of the implementation of the program. If you have misplaced the letter, please email the Board at AHCABOARD@gmail.com and the August letter will be resent to you.

After continued monitoring, conversations with other Boards and their Presidents, personal trips to Marriott in Orlando for discussions, the limited benefits remain the same.

1. The allocated time at our home Club will remain the same,
2. Members can trade their allocated time for points and use points for Marriott experiences.

To quote the language of our past communique - specific questions which have been raised with MVW relate to;

1. The number of points a MVW timeshare or points owner would have to utilize in order to reserve time in Aspen Highlands;
2. Whether MVW members will be able to access time in Aspen Highlands on a nightly or more or less transient basis;
3. Whether the Ritz-Carlton Club points and Marriott timeshare points will be marketed jointly; and

4. Whether Aspen Highland members will be competing for space available as well as exchanging time periods with tens of thousands of Marriott timeshare/points members.

We are still awaiting comprehensive responses to these questions.

As additional background, our allotted times will be allegedly be unaffected by the new program as well as our ability to exchange weeks (except that it is not yet clear that we will be able to exchange weeks as to the 13.4% of interests controlled by MVW). It is also not yet clear if or how the "float" weeks relating to the 13.4% of interests will affect our members. We have had no clear answers on these points either.

As of this writing, we remain unsatisfied that Aspen Highlands is appropriately valued (meaning we believe that the owners of Marriott timeshares/points will find it too easy to exchange into Aspen Highlands).

1. It has been our continuing position that our Members bought into a Ritz-Carlton brand and do not want that brand diluted.

2. The Board has concerns that since the core business of MVW has and likely will be the timeshare business (which is appears to be evolving into a points based system), and that the nature of our club will change by opening the club to MVW timeshare/points members who have a much lower cost of entry.

3. The Board is also concerned that there are specific provisions in our Association documents which the Board believes does not permit MVW to conduct a separate program as they currently intend.

4. We are also concerned about our belief that MVW is not currently selling fractional interests (in fact, one of our suggestions is that some of the unsold interests be offered to Aspen Highland members in weekly increments).

As discussed in late summer 2012, the Boards of St. Thomas, Bachelor Gulch, Kapalua, and Jupiter have expressed similar concerns although each Club has very distinct issues that make their circumstances different. To outline their current positions, please note the following;

1. St. Thomas: The Board has the same concerns as Aspen Highlands and is exploring its' options. It is attached to a Ritz Carlton Hotel.

2. Bachelor Gulch: The Board has the same concerns as Aspen Highlands and it is exploring its' options although BG has no unsold units and is attached to a Ritz Carlton Hotel.

3. Kapalua: The real estate foreclosure sale was completed in early December. It is unclear who the ultimate management company will be as this situation is very fluid. As Members of the Ritz Carlton Club, we are hopeful that the property stays in the system and we have full access as Members. That scenario will unfold in the near future although the outcome seems in question and perhaps unlikely.

AHCA00011584

4. Jupiter: The golf club, amenities, and other assets were recently sold to the Trump organization. According to published reports the property will be rebranded as Trump National Golf Club at Jupiter. The Jupiter purchase brings to 10 the number of Trump National golf clubs in the continental US, including the Ferry Point course in The Bronx, which is under development. He also has Trump International clubs in Los Angeles; Palm Beach; Aberdeen, Scotland and Rio Grande, Puerto Rico. Ownership of the Ritz fractional residences were not part of the purchase and the capital infusion into the Golf Club will be an enhancement to our Members.

As a result of all the items mentioned regarding the Destination Club, the lack of communication and discussions with MVW and after deep consideration, your Board of Directors have determined that the Aspen Highland Members are essentially having our program and purchased rights reduced. Comments from a significant number of Members are consistent with this position. In order to fully state that position, the Aspen Highland Board of Directors, through its' counsel, has delivered a Cease and Desist letter to Marriott Vacations Worldwide Corporation, The Cobalt Travel Company and The Ritz Carlton Company, LLC on November 21, 2012. A copy of that communique is attached in this email for your files.

The letter fully identifies our position and the legal positions justifying the position. Since delivery, our counsel has been in communication with counsel retained by MVW in Denver.

We take no joy in this action but to sum it up as succinctly as possible:

1. The Members of Aspen Highlands want the program we were sold to remain the same,

2. The Members of Aspen Highlands want no dilution of time available at reduced prices,

3. The Members of Aspen Highlands do not believe the points system with its' reported benefits are an enhancement to the program,

4. The Members of Aspen Highlands believe there are numerous legal grounds which make this program change an action which cannot be undertaken.

We would like to hear all comments and questions of Members. To facilitate that, we have set up a dedicated email address for communication. That address is AHCABOARD@gmail.com

We look forward to your thoughts and will keep you informed as additional information is available.

Best personal regards!

**ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.**
**TOURIST ACCOMODATION DIRECTORS**

AHCA00011585

# Brownstein | Hyatt
## Farber | Schreck

November 21, 2012

Philip A. Gosch
Attorney at Law
303.223.1170 tel
303.223.0970 fax
pgosch@bhfs.com

**VIA FEDERAL EXPRESS**

Marriott Vacations Worldwide Corporation
Ritz Carlton Destination Club
Marriott Vacation Club
The Ritz Carlton Management Company, L.L.C.
6649 Westwood Boulevard, Suite 500
Orlando, Florida 32821-6090
Attn: Steven Weisz, President and CEO
      Lee Cunningham, EVP and COO

The Cobalt Travel Company, LLC
2711 Centerville Road, #400
Wilmington, Delaware 19808

The Ritz Carlton Development Company, L.L.C.
10400 Fernwood Road
Bethesda, Maryland 20817
Attn: Bhavana Boggs, Esq.

RE:   The Ritz Carlton Club, Aspen Highlands

This firm represents the Aspen Highlands Condominium Association, Inc. (the "Association"). It has come to the Association's attention that Marriott Vacations Worldwide Corporation ("MVW"), through its Marriott Vacations Worldwide program, has begun promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to Marriott Vacation Club members who are non-deeded members of Marriott Vacation Club's timeshare/points/exchange system and are not also members of the Ritz Carlton Destination Club (the "MVC Members"). It has also come to the Association's attention that The Ritz Carlton Management Company, L.L.C., an affiliate of MVW and the manager of the Association (the "HOA Manager"), and The Cobalt Travel Company, LLC, an affiliate of Marriott International, Inc. and the program manager for the Ritz Carlton Destination Club (the "Program Manager"), are active and willing participants in and beneficiaries of such promotion and any resulting use. With this letter, the Association demands that MVW, the HOA Manager, the Program Manager and their respective affiliates immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. Capitalized terms not otherwise defined herein shall have the meanings afforded them under the Declaration of Condominium for Aspen Highlands Condominiums (the "Declaration").

410 Seventeenth Street, Suite 2200 | Denver, CO 80202-4432      303.223.1100 tel
Brownstein Hyatt Farber Schreck, LLP | bhfs.com                 303.223.1111 fax

AHCA00011586

November 21, 2012
Page 2

Any practice of allowing the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums by the MVC Members would violate the express terms of the Declaration and the disclosure documents given to purchasers of units at the Aspen Highlands Condominiums. Further, although MVW, the HOA Manager, the Program Manager and the developer, Ritz Carlton Development Company, L.L.C. or its predecessor, also an affiliate of Marriott International, Inc. (the "Developer"), may attempt to portray these actions as permitted by the Affiliation Agreement, the Reservation Procedures and the HOA Management Agreement, we disagree with that interpretation, and in any event the Declaration is clearly the controlling instrument under Colorado law. Also, ancillary contracts of adhesion which were executed when the developer controlled the Association (such as the HOA Management Agreement and the Affiliation Agreement) are terminable by the Association under Colorado law once control of the Association passes (as it has at the Aspen Highlands Condominiums), and it reasonably and logically follows that any such terminable agreements would in no event supercede the express terms of a recorded declaration. The Association reserves the right to pursue all rights and remedies in the event that MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums.

In addition to violating the Declaration, any practice of allowing the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums by the MVC Members may constitute, among other things, one or more breaches of the fiduciary duties of the HOA Manager to the Association under the HOA Management Agreement as a result of self-dealing among the HOA Manager, the Program Manager, the Marriott licensor entity and their respective affiliates to the detriment of the Association and its members. By permitting MVW and/or the Program Manager to utilize the Tourist Accommodation Units in clear violation of the Declaration, the HOA Manager would be enriching its affiliates and the Marriott licensor entity by creating an attractive offering for the MVC Members, which would increase sales and license fees under Marriott's arrangement with MVW, all at the expense and burden of the Association and its members. The Association reserves the right to pursue all rights and remedies in the event that MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. The Association also reserves the right to inspect and audit the financial records maintained by the HOA Manager to determine whether Association funds were utilized by the HOA Manager or the Program Manager in connection with the promotion or use of the Tourist Accommodation Units by the MVC Members Additionally, the Association reserves the right to inspect and audit the financial records maintained by the HOA Manager to determine whether Association funds were improperly allocated to the corporate overhead of MVW, the HOA Manager, the Project Manager, the Marriott licensor entity or any of their respective affiliates.

Any practice of allowing the use the Tourist Accommodation Units at the Aspen Highlands Condominiums by the MVC Members may also justify, among other things, claims by the owners at the Aspen Highlands Condominium against the Developer for improper disclosure and/or fraudulent inducement. The Colorado Disclosure Statement and the City of Aspen Disclosure Statement contain technical and substantive inaccuracies, inadequacies and omissions, including, significantly no disclosure that the Condominium could be subjected to use by a timeshare/points/exchange system affiliated with a brand or club program other than Ritz Carlton. In fact, the Declaration and the Colorado and Aspen Disclosure Statements make repeated references to Ritz Carlton and the Ritz Carlton Program throughout such documents, and there is no mention of any other hotel brand or affiliation with any other non-Ritz Carlton club. It would have been very easy for the Developer to have caused such

November 21, 2012
Page 3

documents to disclose the availability of the Tourist Accommodation Units to the MVC Members or any other non-Ritz branded association since the Developer controlled the drafting and preparation of such Disclosure Documents, the Declaration and the other governing documents of the Association at the time of formation of the condominium regime, but no such disclosure or authorization exists in such documents. The Association reserves the right to pursue all rights and remedies in the event that MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. In the event such practice is not immediately discontinued, the Association may have no choice but to report the disclosure inaccuracies and inadequacies to DORA (the regulatory agency that reviews and enforces disclosure statements in Colorado) and/or to any other applicable governmental or regulatory agency.

In addition to the foregoing, MVW, the HOA Manager, the Project Manager, the Developer, the Marriott licensor entity and their respective affiliates should be aware that the Association is in active discussions with several other homeowner associations under The Ritz Carlton Destination Club umbrella who also have been or would be damaged by similar prohibited actions. The Association reserves all rights to initiate joint litigation with such other associations and/or the members of such associations in the event that MVW, the HOA Manager, the Program Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. Additionally, MVW, the HOA Manager, the Project Manager, the Developer, the Marriott licensor and their respective affiliates should also be aware that several of the Association's members have retained legal counsel in their individual capacities and are in the process of preparing complaints against some or all of MVW, the HOA Manager, the Project Manager, the Developer, the Marriott licensor entity and their respective affiliates.

We look forward to receiving your collective written confirmation by December 10, 2012 that each of MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates will immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominium to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. In the absence of such written confirmation by such date, the Association will have no choice but to pursue claims regarding the circumstances described in this letter.

Sincerely,

*Philip A. Gosch*

Philip A. Gosch

PAG:lai

cc:   Aspen Highlands Condominium Association, Inc.
      Randy Mercer, President

016168\0001\1732112.5

AHCA00011588