# EXHIBIT 2

| | |
|---|---|
| **From:** | RCDC Member Communications <RCDCCommunications@RitzCarltonClub.com> |
| **Sent:** | Friday, December 21, 2012 1:30 PM |
| **To:** | Randy Mercer <randal.mercer@creconsultants.com> |
| **Subject:** | Aspen Highlands Condominium Association, Inc., Tourist Accommodation Board's Letter to Members |



Dear Randal L. Mercer Trust,

Please find the attached letter from the Board and the attached letter from Association Counsel that we are forwarding on behalf of the Aspen Highlands Condominium Association, Inc. Tourist Accommodation Board of Directors.

Regards,

Member Services