# CORRECTED EXHIBIT 3

to

DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER

| | |
|---|---|
| **From:** | Randy Mercer </O=CB RICHARD ELLIS/OU=FTMYERS-NAPLES/CN=RECIPIENTS/CN=RANDY> |
| **Sent:** | Wednesday, January 16, 2013 2:53 PM |
| **To:** | Jerry Marsden <rnyjerry@aol.com>; Schneider, Phillip (Aspen Board) <pjschn2351@aol.com>; Tyler Oliver <tsoliver@henzlikoliver.com> |
| **Subject:** | Member Comments |
| **Attach:** | Comments to the board as of 2013-01-16.pdf |

Gents,

Here are the Member comments we have received so far. I have replied to all. I have also had numerous phone calls, all with the same message. Thought you would be interested. Does anyone think MVW might be interested in seeing these?

Randy

Randal L. Mercer | Founding Partner
**CRE Consultants | Brokerage Services**
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

Thank you for making these demands. They capture our sentiments as well. We have been extremely disappointed over the Marriott's recent actions and as a lawyer myself, I have wondered when necessary steps would be taken to prevent any further action. I wrote earlier that our decision to purchase was between a fractional with either Ritz Carlton or Four Seasons as luxury high end was what we desired. We didn't even consider Marriott and still would not today. We chose Ritz Carlton because of the Aspen location and don't wish to regret our decision based upon the actions of the Marriott to cheapen the experience. Have you ever stayed in a Marriott? It is absolutely ludicrous to think that it has the same level of refinements and service as the RC brand.
Keep up the hard work.

---

Thank you for the letter to Members dated December 19, 2012. I have to believe that the vast majority of Aspen Ritz Club Members appreciate your efforts in maintaining the "Ritz Brand" ........ the quality, value, tangibles and intangibles of our club. Thank You!

In addition to the above, I have several comments/questions for the Board:

A) While we love Aspen and the Aspen Ritz Club, we have very much enjoyed our stays at other Ritz Club destinations. We also had a great visit at the AK property in Scottsdale. In other words, we consider the variety of luxury destinations to be a big asset of Ritz Club ownership. Marriott properties are not the "Ritz".....we've visited a couple.....but if your expectations are reasonable and the
cost in points is FAIR, they certainly offer additional variety ( in an ever shrinking pool of Ritz Club destinations).
B) Marriott Vacations would not allow future Ritz Club purchasers to participate in the MVW point program. I understand. Marriott
does not want additional competition in selling MVW points-----a Ritz Club seller could in essence be selling MVW points.
Elimination of the purchaser's option to participate in the MVW point program could decrease the market value of the fractional
interest---perhaps significantly. MINIMALLY, a future Ritz Club purchaser should be allowed to participate in a point program
that allows for stays at the other Ritz Club locations (as in the recent past).

C) Lastly, a recent phone conversation with member services indicated that "all Ritz Carlton Clubs with the exception of Bachelor Gulch are onboard" with the MVW program. I don't know if "cease and desist" is being ignored, or if the Board has reached agreement
with MVW, or if member services was misinterpreted.................

In closing, we love the Aspen Ritz Club but we have also enjoyed the flexibility of the point system. And, future purchasers should be
allowed at least some of that flexibility. Please contact me with any questions or comments.

---

AHCA00011645

Just another observation. I tried to get a week in Jupiter this year (put the request in a year ago) and it did not come through. This is the first time ever that I have not gotten the time. I asked the Ritz reservations if the time that is owned by MVC is every released for member use, and they said they don't think so. SO if none of the MVC people use their points for this time, it is my understanding that the units just sit empty and unused. Do you know if that is correct? When I was in Aspen over Christmas, the staff told me that the place was approximately 20% no-shows. Probably from the MVC not getting anyone using their points.

Do you think that there is any way Timbers would want our club as they have 2 locations in Aspen area already?

Thanks again for your efforts on the board and your time to answer my questions.

---

1. As a result of the legal action the association has taken, is there a chance the MVW comes back and just drops us from the Ritz?
2. Have we contacted other high end clubs like Four Seasons. Maybe as a backup.
3. On the conference call in August, they mentioned that if you sell your unit outside of the Ritz, the reciprocal MVC points and other benefits don't carry over to the new owner. This would obviously hurt our resale value. The current RCC sales website doesn't even offer fractional ownership anymore, just the point system. So how would we resell through the Ritz anyway? Anything new on this, on the call this was still undetermined.

After being at the Club over the holidays, most members I talked to don't really know what is going on. There is a lot of confusion regarding how much time the MVC can use for its point members. Is it just their 13% or can they take up per-diem time for their members. What is our club worth in regards to points? Their needs to be another call with the MVC and the board to clarify all of these issues.

On another note, we enjoyed Willow Creek and ate their several times. I realize there was a recent communication asking the members to use the restaurant, but I think we should be more aggressive with marketing to members letting them know that we own the restaurant and should support it, otherwise we lose money. The food was very good and the prices are the most reasonable at Highlands.

---

I just read your summary of the issues with MVW and want you to know that I fully support your efforts to keep Marriott from implementing their plan.

---

Thank you for this recent update. This letter is so informative, succinct, and very accurate in articulating what we as Ritz Aspen homeowners have as concerns. I also

AHCA00011646

appreciate the updates, as well as suggestions (e.g., eating at Willow Creek once more each week). Nice work!

---

Thank you for your good work. My wife and I totally agree with your summation regarding the dilution of our rights as originally represented. This will in addition reduce any resale value.
Is this a crazy thought? Why not investigate the purchase of the remaining 13.4%?

---

Just a note of sincere thanks for your efforts on the owner's behalf. I believe you are representing the majority of the ownership in your letter to MVW.

---

I would like to say thank you for taking the action you have and we're pleased with your efforts.

---

want to thank you for the action you are taking to protect all owners interests. I purchased my interest in Aspen Highlands when the structure was in framing state. I solely relied on the Ritz Carlton brand in making my purchase. I am not a fan of Marriott and only stay in one of those properties when they are the best available for a business trip. I don't even follow how many points I have with them. Please do not let this beautiful property and concept change. I feel as thought I am "home" when I go to Aspen Highlands or any of the other properties. Additionally, I really appreciate the value of the minimal charge for additional nights, when I need them. We are all aware that different clubs and properties have different values for a night -- as experienced with the Abercrombie system (which was so complicated, vague and difficult – that even the agents, on the 2 occasions that I tried to use the program, could not figure out. But one thing wasa clear: Aspen Highlands was the highest value; please make sure this remains the case.

---

Keep up the good work on this very difficult problem. There is no question that there is a dilution of the "Ritz" concept by the Marriott Corporation. We all paid good money to purchase the Ritz name and their actions to date are diminishing the value of our purchase. I am sure the general membership feels the same way. If there is anything we can do on our part please let us know. Merle and Joel Schneider

---

My wife and I fully support your efforts and the opinions you expressed in the above letter. We are familiar with the Brownstein firm that has been retained to represent us and we feel that you have made an excellent choice in choosing them. They are extremely well versed in area of law as well as being very well politically connected nationally and in Colorado.

We look forward to the response from MVWC.

We recently spent several days around Thanksgiving with family at the Vail Ritz Carlton Club, and we were appalled at the number of non-members using the facility and the number of shares sold not only to Marriott but to other vacation clubs. The staff at that location (with the exception of the doormen) fell well below our staff in virtually all areas. The place did not have the same warmth that we are accustomed to at Aspen Highlands.

You mention in your letter that St. Thomas and Bachelor Gulch have expressed concerns similar to ours. What about San Francisco and Lake Tahoe? How were the membership sold at Vail? Did the Ritz members know that multiple vacation clubs could buy units there?

Thank you for your efforts and keep up the good work.

---

I would like to talk to you about the Marriott issues that you shared in today's e mail. Currently I am here at the Ritz, if you are available please call me. But if you are not, I would to speak to somebody in the Board

---

Gentlemen. Any similarity between what exists today and what existed 6 years ago when I bought my fractional interest is pure fiction. I'm sure MOST of the homeowners feel as I do. Our investment is worth 75% less then our purchase price, our annual fees have gone up over 50% and now the mess with Marriot. For me, and I'm sure the majority of the owners, an offer to buy us out would be the only acceptable outcome.. Perhaps Donald Trump might be interested. How can I or anyone feel good about paying $3400.00 per week in homeowner dues. That's almost $500.00 per night which for any week other then X-Mas and New Year's is ridicules. Why don't you do a survey asking all the members if they would like to get a reasonable portion of their investment back... How can I get a list of all the members so that I can initiate a class action law suite. I really don't think the board is looking out for ALL the members. Only for those who don't seem to care about the economics of what is going on.

---

cannot agree more with the Board's position. We supported and enjoyed the Abercrombie Kent partnership, as it represented a comparable brand, in my opinion. There is much value in a smaller membership like ours...simply for the reason of supply and demand....that is what we purchased. I personally work in the branding sector, and this partnership with MVW is a text book example of brand dilution.

I purchased a three bedroom unit in the $ 450,000 price range, so this is a very personal situation for me and my family. In the last six months I've seen my benefit reduced by:
- less point allocation. ( received additional points due to the penthouse purchase price )

that has been rescinded.

- fewer Ritz destinations to choose from (ie Abaco and Kapalua)

- less affiliation with the Ritz Carlton Hotel brand, and its benefits, while promoting the Marriott timeshare program.

Thanks for allowing me to vent, but I feel very passionate about the fairness play here....This is simply not what I bought.

---

It's nice to see that finally, the board is standing up for the members.
It has been so frustrating watching our values plummet
over the past ten years, even prior to the financial collapse of 2008.
We have all stood by and watched as our dollars just
evaporated.
Hopefully you, the leadership, can somehow inject a breath of fresh air and fresh ideas to improve our situation.
You also need to do something about controlling the dues.
It will become impossible to ever sell these units as the expenses keep going up!!

---

I am with the Board completely. Any MVW involvement is a dilution of our interests in the Ritz Carlton and, in my view, is a breach of the representations provided to us when we purchased the fractional ownership interests. I am a commercial litigator in New York and am prepared to litigate if necessary.

---

First let me thank you for all the work you do in looking after our interests at the Ritz Carlton. While it may go unspoken, it is greatly appreciated.

As to the Marriott Vacation fiasco, I cannot explain how greatly this upsets me. Like everyone else, I purchased a Ritz Carlton timeshare, and feel completely infuriated by the Marriott's deceptive bait and switch tactics. At no time was I ever made aware that this sort of point system would be implemented. I can tell you with full candor that I would not even have considered this purchase knowing that these outcomes were possible. There were plenty of other options available to me for vacation residences, and at significantly more affordable prices. I chose this vacation residence specifically because it was a Ritz Carlton, and did not mind paying the additional costs because of the Ritz branding. It is appalling to me that this point system can even remotely be a possibility.

As your attorney has correctly stated, nowhere in our Association Docs, does it even mention Marriott, and/or their vacation club. I believe the Marriott Vacation Club to be fully in the wrong with their latest interpretation of why they can do this. We were

marketed, and sold a property based on a brand, and lifestyle. To see it so completely diluted, to be accessible to any Marriott member at a fraction of the cost, screams unethical, and more than hints at fraud.

I remain disappointed, and stand fully behind you in this battle. I did not buy a Marriott timeshare, and was never marketed a Marriott timeshare. To think that I will now be sharing my Ritz Carlton timeshare with the Marriott Vacationers is completely unacceptable.

---

I completely agree with your letter to Marriott and support your position. Let me know if there is anything else I can do. In conversations with Ivan Skoric, when he was in sales, it seemed that the points system was the only product they were telling him to promote. This severely undermines and cheapens what was promised to us.
We concur completely with the board's position in this matter as outlined in the most recent communication. It is our hope and belief that the board will continue to pursue our interests in this matter and defend against dilution of the asset we purchased at Aspen Highlands.

---

I applaud all that you are doing and are completely supportive of your actions to protect our Aspen Highlands property

---

I want to again thank you for your dedicated and diligent work on behalf of our membership. You are to be commended and please know that your efforts are sincerely appreciated.
As an owner of three Aspen interests, please understand that I am deeply concerned by all of the actions taken by Marriott in connection with the resulting diminution of the value of our ownership .Your summary is well stated and has my concurrence and support:
We take no joy in this action but to sum it up as succinctly as possible:
1. The Members of Aspen Highlands want the program we were sold to remain the same,
2. The Members of Aspen Highlands want no dilution of time available at reduced prices,
3. The Members of Aspen Highlands do not believe the points system with its reported benefits are an enhancement to the program,
4. The Members of Aspen Highlands believe there are numerous legal grounds which make this program change an action which cannot be undertaken.
I would ask, however, for a further update and an equally succinct summary as to what are our real options that might be pursued should negotiations fail with the Marriott. The December 10 deadline given by counsel for Marriott response has obviously passed. Can you also provide a current report as to the status of these talks.
Again, you gentlemen represent us admirably and it is gratifying to watch you level the playing field in these talks.

I would like to thank and support you for the positions you have taken regarding the proposals of the MVWC. Unfortunately many of us have seen the value of our investment substantially decline with the economy. However the value to me of the club has remained the same. The addition of thousands of Marriott members to our community can only diminish that experience and value. Do not give up the fight to keep the Highlands the club that we were promised.

---

As a new member to the Ritz Carlton Destination Club, I was shocked and disappointed by the "re-organization" of the club, to say the least.
I am in complete agreement with the Board's action and position on this matter. I feel quite fortunate that the Board does not take this matter lightly and is aggressively pursuing remedy of this matter to the fullest extent possible.
I believe that the Board is acting in the Club's best interests. You have my total support in this matter.

---

Got the letter, agree w you 110 percent. Thank you for your efforts

---

I concur generally with your letter to the members at Aspen Highlands. I support aggressively defending our rights and financial interests. If the ownership interests of each specific unit band together and take a unified position with a particular unit they then represent total fee ownership and can they possibly bar the use of that unit by MVW. I would encourage Aspen Highlands to similarly mount a campaign in which MVW must be made to understand that the each fractional owner will be encouraged to seek recompense from J.W.Marriott Corporation and possibly the Ritz Corporation for the loss of value to their holding. Another thought – can we, the Aspen unit owners refuse to service any unit not occupied by a member or member invited guest? Again, can we support enforcing that same standard on Ski Storage, Spa Usage, and ski-valet? We, the fractional owners pay for those services

---

Thank you for the update.
We support your Cease and Desist order and legal action.

---

Fully support your legal efforts against their attempt to get a free ride and try and steel our property rights.

---

Having received and read the concerns, positions and actions taken by the Board of Directors on behalf of the members of the Aspen Highlands Club I have to say that I am

AHCA00011651

in total agreement with the Board of Directors as it relates to MVW. You have my full support.

---

I commend the board for their diligent efforts to retain the rights we purchased when we purchased our fractional ownership interests, in the face of the changes that seem to have been arbitrarily made that are strongly adverse to our interests.

Please continue to fight on our behalf!

---

We totally support the action of the Board

---

AHCA00011652