IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**PLAINTIFFS AND THE MARRIOTT DEFENDANTS' UNOPPOSED
JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs RCHFU, LLC, et al. ("Plaintiffs") and Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, The Lion & Crown Travel Co., LLC ("the Marriott Defendants") (collectively, "the Parties") respectfully move this Court for the entry of the proposed Stipulated Protective Order attached hereto as Exhibit A.  In support of this Motion, the Parties state as follows:

**Certificate Pursuant to D.C. Colo. LCivR 7.1(a)**

1.    Counsel for the Parties have conferred with counsel for Defendant Aspen Highlands Condominium Association, who does not object to the entry of the proposed Stipulated Protective Order or otherwise oppose this Motion.

**Factual Basis**

2.      The Parties, through counsel, have negotiated and agreed to entry of the proposed Stipulated Protective Order for the designation of information within the scope of Fed. R. Civ. P. 26(c)(G).  It is attached hereto as Exhibit A.

3.      The proposed Stipulated Protective Order sets forth certain procedures for the Parties to designate and preserve the confidentiality of information and documents they claim are subject to protection under Fed. R. Civ. P. 26(c) that are expected to be produced during the course of discovery in this matter.  The Marriott Defendants assert that such information and documents will include highly sensitive business and technical information related to (a) current trade secrets, (b) current confidential technical information, or (c) highly sensitive information that is of current significance, including without limitation, (i) strategic or price planning; (ii) competitively sensitive business decisions or negotiations; (iii) competitively sensitive marketing studies, distribution, pricing, cost, sales, and marketing information; (iv) financial, budgeting or accounting information; and (v) other current competitively sensitive information.  The Marriott Defendants also assert that the release of such information to competitors or other third parties could be greatly detrimental to them.

4.      Pursuant to Fed. R. Civ. P. 26(c), the Parties have agreed to jointly submit the proposed Stipulated Protective Order so that the Parties can proceed with discovery in the case and undertake the procedures set forth therein to preserve the confidentiality of designated information and documents.

WHEREFORE, for good cause shown, the Parties jointly and respectfully request that the Court enter the attached Stipulated Protective Order.

Dated:  January 13, 2017                    Respectfully submitted,

                                         *s/ Naomi G. Beer*
Naomi G. Beer
Philip R. Sellinger
Ian S. Marx
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:     303.572.6500
Fax:    303.572.6540
Email:  BeerN@gtlaw.com
            SellingerP@gtlaw.com
            MarxI@gtlaw.com

*Attorneys for the Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*
-and-

*s/ Michael J. Reiser*
Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, CA 94596

*s/ Matthew C. Ferguson*
Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

*s/ Tyler R. Meade*
Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710

3

*s/ Linda Pham Lam*
Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on January 13, 2017, a true and accurate copy of the foregoing **PLAINTIFFS AND THE MARRIOTT DEFENDANTS' UNOPPOSED JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** was filed and served with the Clerk of the Court via CM/ECF filing system, which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
1475 North Broadway
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*


*s/ Julie Eaton*
Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*