IN THE UNITED STATE DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al.*

Defendants.

---

**DECLARATION OF MATTHEW C. FERGUSON IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO STAY CASE**

---

I, **MATTHEW C. FERGUSON**, declare and state:

1. I am a member in good standing of the Colorado bar, an officer of this Court and the shareholder of THE MATTHEW C. FERGUSON LAW FIRM, P.C. (the "Firm"), attorneys for Plaintiffs in the above-entitled action.

2. I submit this Declaration as part of the Reply in further support of Plaintiffs' Motion for a Stay of Case. ("Stay Motion").

3. The purpose of this Declaration is to set forth my relevant testimony in further support of the Stay Motion.

4. On September 8, 2016, we served (1) Plaintiffs' Request for Production to Marriott Defendants (Set One) and (2) Plaintiffs' Interrogatories to Marriott Defendants (Set One).

5. On October 13, 2016, the Marriott Defendants objected and responded to the Interrogatory, responding in part but objecting "on the basis that any additional questions concerning this subject matter may be asked at deposition of the relevant witnesses to be produced by the Marriott Defendants."

6. On October 13, 2016, the Marriott Defendants objected and responded to Plaintiffs' first set of document requests stating that they were willing to confer with Plaintiffs' counsel to

narrow the requests and would only produce documents if there was a protective order entered governing confidentiality.

7. Discussions concerning the Marriott Defendants' request for a protective order ensued shortly thereafter culminating in a lengthy meet and confer on October 28, 2016, during which Plaintiffs' counsel walked through the proposed "Protective Order" and comments with Marriott's counsel. Most of the terms were agreed upon at that time with only minor changes still open for the Marriott Defendants' review.

8. Over the next many weeks my co-counsel and I pressed for the Protective Order to be finalized by the Marriott Defendants. It took 77 days for the Marriott Defendants to finish minor editing to the *stipulated* Protective Order.

9. Likewise, my co-counsel and I have had a cooperative but exceedingly prolonged process of meeting and conferring with Marriott Defendants' counsel about the identity of records custodians and search terms. Although in November 2016 the Marriott Defendants proposed a meet and confer process about records custodians and search terms, they have not been able to proceed with any alacrity.

10. My co-counsel and I have responded to that process and agreed to it in large measure. In our letter written on November 25, 2016, and subsequent letters (December 5 and 20, 2016, and January 6, 2017) Plaintiffs have sought to engage in this process including providing custodian names and search terms. Like with the Protective Order, many days and weeks have passed for the Marriott Defendants to respond – slowing the discovery process a great deal.

11. Despite their assertion that Plaintiffs' discovery position is "incongruous", the Marriott Defendants have of late (during the Stay Motion process) been more engaged and relatively more brisk in the conferral and work to be done on the search terms and records custodians.

12. On January 18, 2016, all counsel had a long and productive discussion on these matters. We have learned that the Marriott Defendants have recently retained a litigation support company to assist in searching for requested records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of January, 2017, in Aspen, Colorado.

Matthew C. Ferguson

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 24, 2017, I electronically filed the foregoing **DECLARATION OF MATTHEW C. FERGUSON IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO STAY CASE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser** <br> **Lilia Bulgucheva** <br> Law Office of Michael J. Reiser <br> 1475 N. Broadway, Suite 300 <br> Walnut Creek, CA 94596 <br> michael@reiserlaw.com <br> lilia@reiserlaw.com <br><br> **Matthew C. Ferguson** <br> The Matthew C. Ferguson Law Firm, P.C. <br> 119 South Spring, Suite 201 <br> Aspen, Colorado 81611 <br> matt@matthewfergusonlaw.com <br><br> **Michael L. Schrag** <br> Gibbs Law Group LLP <br> 505 14th Street, Suite 1110 <br> Oakland, CA 94612 <br> mls@classlawgroup.com <br><br> **Tyler R. Meade** <br> The Meade Firm P.C. <br> 1816 Fifth Street <br> Berkeley, CA 94710 <br> tyler@meadefirm.com <br><br> *Attorneys for Plaintiffs* | **Daniel F. Shea, Esq.** <br> **Jessica Black Livingston, Esq.** <br> Hogan Lovells US LLP <br> 1200 Seventeenth Street, Suite 1500 <br> Denver, Colorado 80202 <br> Telephone: (303) 899-7300 <br> Fax: (303) 899-7333 <br> dan.shea@hoganlovells.com <br> jessica.livingston@hoganlovells.com <br> *Attorneys for Defendant Aspen Highlands Condominium Association* <br><br> **Naomi G. Beer** <br> **Ian S. Marx, Esq.** <br> **Philip R. Sellinger, Esq.** <br> Greenberg Traurig, LLP <br> 1200 17th Street, Suite 2400 <br> Denver, Colorado 80202 <br> Phone: (303) 572-6500 <br> Fax: (303) 572-6540 <br> BeerN@gtlaw.com <br> SellingerP@gtlaw.com <br> MarxI@gtlaw.com <br> *Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC* |

                */s/ Tyler R. Meade*
                Tyler R. Meade
                Attorney for Plaintiffs
                The Meade Firm P.C.
                1816 Fifth Street
                Berkeley, CA 94710
                Fax: (510) 843-3679
                tyler@meadefirm.com