**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Gordon P. Gallagher, United States Magistrate Judge

Civil Action No. 16-cv-1301-PAB-GPG

RCHFU, LLC et al,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.,

    Defendants.

**ORDER REGARDING PLAINTIFFS' MOTION TO STAY CASE (ECF #89) and**

**ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER (ECF #87)**

These matters come before the Court on Plaintiffs' motions (ECF #89)[1] and (ECF # 87) (which were referred to this Magistrate Judge (ECF #90 & 88 respectively)).[2] The Court has reviewed each of the aforementioned documents, responses, replies and any attachments. The Court has also considered the entire case file, the applicable law, and is sufficiently advised in

---

[1] "(ECF #89)" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Order.

[2] Any party may object to this non-dispositive Order within fourteen (14) days. Fed.R.Civ.P. 72(a).

1

the premises. Oral argument was held on February 15, 2017 and a ruling was issued from the bench.

I Order as follows:

Plaintiff's motion to stay is DENIED as MOOT as of February 20, 2017 due to the notice provided to the Association. That notice was provided on December 20, 2016.

Plaintiff's motion to modify scheduling order is GRANTED in part and DENIED in part as follows:

Plaintiff may file a fourth amended complaint adding approximately 50 new units;

Plaintiff may file a new claim for constructive fraud;

Plaintiff may not file a new claim for promissory estoppel.

In addition, the parties are Ordered to present the Court with a proposed amended scheduling order within 45 days.

The parties are further Ordered to conduct no depositions prior to April 1, 2017.

Dated at Grand Junction, Colorado, this February 15, 2017.

Gordon P. Gallagher

United States Magistrate Judge