August 10, 2012

Re: Member Service Letter to the Ritz-Carlton Destination Club Members Dated July 17, 2012 Regarding the Evolution of the Ritz-Carlton Destination Club Brand

Dear Eagle Tree Condominium Association, Inc., Members:

Recently, you should have received a letter from Eveleen Babich, General Manager of the Cobalt Travel Company, LLC, describing the "evolution" and changes to the Ritz-Carlton Destination Club "RCDC" System.

First and foremost, we want our Membership to know our Board received notice of this letter approximately twenty-four (24) hours before it was sent to all RCDC Members. Our Board was not given any additional advance indication or notice of the imminent termination of the Kapalua Bay (Maui) Club or the termination of the Abaco Club at Winding Bay (Bahamas) on July 10th from the RCDC portfolio.

Second, your Board similarly had absolutely no knowledge of the RCDC's plans for "new ways to provide a variety of experiences" to the RCDC Membership until it received the Termination Notice regarding Kapalua Bay and Abaco.

We were disappointed as to how Ritz-Carlton, Marriott Vacations Worldwide Corporation, and the Cobalt Travel Company, LLC ("RCDC Parties") separately and collectively chose to communicate these matters they have defined as "evolution of the RCDC brand." No input from your Board of Directors or, to our knowledge, any of the other RCDC Club Boards was ever solicited by these companies while they determined these significant changes to the RCDC system in which we all own a Membership Interest.

Let us take this opportunity to assure you that your Board of Directors is actively studying this situation. We are currently evaluating the changes they have communicated in their letter and how it will affect our Club. We understand that at Jupiter, Units 202, 204, 206, and 216 plus 17 individual interests are owned by the Trust. The developer has also taken back 6 interests. These interests owned by the Trust are used in the operation of the RCDC "points based" system. They have also told us that when a Member gives up his time for points that time can be used by other point users whether Ritz-Carlton Members or Marriott Vacation Club Members. We are very concerned about the potential blurring of the Ritz-Carlton and Marriott time-share brands. We all, as Members, invested in the Ritz-Carlton brand! Therefore your Board is paying careful attention to these changes and how they will likely impact our Club.

We have been in frequent communication with the Presidents of the other RCDC Clubs. Our concern regarding the "evolution" of the RCDC brand as described in Eveleen Babich's letter of July 17th is that this may not be in our Membership's Interest.

Once the Board of Directors has had a chance to further explore and evaluate this situation, we will get back to you. Please rest assured your Board wants to preserve, maintain and enhance the Ritz-Carlton Club product we all own.

On behalf of your Board of Directors, we thank you for your support. We are working diligently to protect the interests of our Club.

Best regards,

David A Oestreich
Gerald Rokoff
Pete Ciccone
Louise Berkman
Thomas Boova

**EXHIBIT "E"**