ASPEN HIGHLANDS TOURIST ACCOMMODATION BOARD

0075 Prospector Road

Aspen, Colorado 81611

October 2, 2012

To the Members of the Aspen Highlands
 Condominium Association

Dear Members:

The purpose of this letter is to update you on discussions which have been underway regarding the plan by Marriott Vacation Worldwide ("MVW") to discontinue the sale of its remaining inventory of unsold membership interests at Aspen Highlands as fractional interests and instead, to incorporate the unsold interests together with the interests owned currently by its points based trust into what the Board believe would be an integrated points based system comprised, primarily of Marriott timeshare resorts and its remaining unsold inventory in Ritz-Carlton fractional clubs. As we have expressed in prior communications to the Members, the Board, given that MVW through its unsold inventory and interests already in a points based trust, controls approximately 13½% of the membership interest in Aspen Highlands is concerned, that an influx of Marriott timeshare owners and members on a less than regular basis, can change the nature of our club.

While the Board is mindful of the enhanced exchange benefits that will be available to each of us as members of Aspen Highlands (purchasers who have bought in the resale market may not be able to take advantage of some or all of the benefits contemplated by MVW), the Board nevertheless remains concerned and has had regular discussions with MVW senior management about the issues presented.

The good news is that MVW appears to be agreeable that the existing Aspen Highlands owners will not be competing with Marriott points based owners for space available with respect to the approximately 86½% of member owned inventory. This is an important step so that we are not competing with potentially hundreds of thousands of Marriott members. Secondly, MVW appears to be agreeable to not jointly market the Ritz-Carlton Clubs and Marriott Vacation Resorts. Rather, it would appear as if MVW will use the "allure" of Ritz-Carlton Clubs to enhance its marketing of what are primarily Marriott timeshare points.

However, the Board so far has not reached agreement with MVW on two important aspects. The first has to do with points equivalency. In other words, how will points needed to visit Aspen Highlands compare with the points needed to visit other timeshare properties in the Marriott system (and how easy it will be for Marriott's timeshare members to exchange their owned time for time in Aspen)? While we have seen limited examples, some of the point equivalency examples we have seen seem appropriate and others simply do not. We are continuing discussions with MVW to gain further clarity and are attempting to achieve a mutually acceptable level of equivalency. The second aspect where our views diverge has to do with minimum stays. It is important to the Board that the Aspen Highlands facility not become transient. Although we are mindful that Aspen is a destination (which limits the number of the guests that will come for one or two nights), we remain concerned that if 13½% of our interests are used primarily by people visiting for only a few nights, that in and of itself will change the nature of our club in addition to increasing operating and reserve costs. Again, we continue to have discussions with MVW on this point.

Further, MVW has been advised that it the view of the Board and its counsel, that in order for MVW to move towards the points based system it is planning on, that the underlying Association documents

KL3 2896247.1

**EXHIBIT "L"**

Members of the Aspen Highlands
  Condominium Association
October 2, 2012
Page 2

would need to be revised as it is in our view that the documents prohibit what MVW is planning. While MVW disputes that interpretation, it is nevertheless an aspect that the Board and MVW will continue to work through.

Inasmuch as Board elections are coming up, several Members have requested that the Board candidates express their views on this issue. We have held an informational call for the Board candidates to permit them to know all that the Board knows at this point. In this regard, enclosed with this letter are the views of the respective candidates on this very important issue.

We will continue to update you as discussions on this very important matter proceed.

We also ask that you vote in the upcoming election (the proxies should be returned as promptly as possible) and for those of you who are able, we invite you to join in person or by telephone the annual meeting which will be held at 6:00 PM mountain time on Saturday, October 13, 2012. The toll free dial number for Members wishing to attend the meeting by conference call is 1-888-380-9638 and the participant code is 125026.

Many thanks.

         Very truly yours,

         Jay A. Neveloff
         (jneveloff@kramerlevin.com)
         Philip Schneider
         (pjschn2351@aol.com)
         Gerald Marsden
         (rnyjerry@aol.com)
         Tyler Oliver
         (tsoliver@henzlikoliver.com)

KL3 2896247.1

Question: Given the issues the Board has written to members about concerning the 'new points based marketing program' Ritz and MVW are considering, certain members have requested the views of the candidates and how they would proceed as to this issue if elected.

### Luis De La Cruz

"I am very concerned about the dilution of our interests when it comes to sharing with Marriott vacation club members. I don't know enough about the discussions that seem to be taking place with our board members, but I got the feeling that our members are mostly marginalized and not being given a valid voice in the dialogue (if there is a valid one).

As a lawyer, I am well aware of the limitations of our legal system in resolving these types of issues and would prefer to do everything possible not to have to litigate them unless we find that there is no other alternative.

In short, I am extremely concerned about our investment and need to study in depth all of the information available, including advice from legal counsel, before being able to give a more definitive and intelligent response."

### Randy Mercer

"As a candidate for the Tourist Accommodation Board of Directors, I wish to thank you for allowing me to express my thoughts on the current mandate of MVW to integrate their remaining unsold assets into yet another points based system.

As a Board Member from 2005-2011 with firsthand knowledge of similar situations, our fellow Members should be aware of the consistent effort of the past and present Boards' to maintain our independence from corporate mandates which do not benefit the individual and balance these with the "Brands Standards" which we all purchased. Make no mistake; it is a recurring theme which requires communication, knowledge, and diligence. It is not an easy task but one of utmost importance to our Members. I am confident the current Board, under the leadership of Jay Neveloff, has continued this tradition of "Members first".

During my career as a real estate professional, I also understand effects of unsold inventory and the creative process needed to adapt tried & true business models to current economic times.

To the question, I am very concerned about the dilution of value which may occur as a result of this latest effort of MVW. A points-based system faced critical evaluation when it was introduced the first time around, despite the high cost of entry with multiple week purchase requirements. The Aspen Highlands Board and all other Boards were very skeptical of the potential success and voiced our opinions. In a nutshell, it was a feeble attempt to turn a refined concept such as fractional ownership into a timeshare model – a model which Marriott perfected in another place and time. We were right and the effort failed in a big way.

This iteration is worse than the first in that the price barrier is broken into far smaller pieces. The effect will be new members (if the effort succeeds) will be paying far less than our current Members because of a shorter time period requirement. If new Members would be required to purchase 28 days as were we, the cost would be more. That is not the case. The result will be a further reduction in our values which have already been cut in half by the economic times and a reduced probability of potential resale of full Memberships.

In addition, the Board has justifiably raised concerns about "the number of points a MVW timeshare or points owner would have to utilize in order to reserve time in Aspen Highlands; whether MVW members will be able to access time in Aspen Highlands on a nightly or more or less transient basis; whether the Ritz-Carlton Club points and Marriott timeshare points will be marketed jointly; and whether Aspen Highlands members will be competing for space available as well as exchanging time periods with tens of thousands of Marriott timeshare/points members." These questions are right on point, are valid, and deserve answers.

There are other side issues which also need to be clarified such as the prohibition of this action in our Association documents and the obvious fact that the on-site sales team are selling only points-based Memberships and not selling fractional shares anymore.

One could speculate that if this system is successful, the "dumbing-down" of our Membership interests could be very real. If timeshare Members can be granted access, the dilution of Member quality could be significant. Personally, had I wanted to purchase a Marriott timeshare, I certainly would have. I purchased a Ritz Carlton Club interest – an interest I trusted would remain intact.

At the end of the day big companies and big government have similar tactics - take a little bit here and a little bit there. Before one realizes it, everything has changed. It is the ongoing responsibility of the Tourist Accommodation Board to stand up for the rights and wishes of the Members. It is not an effort for the inexperienced."


## Michael Pacin

"As a Board candidate I was requested to give my views on the "new points based marketing program" Ritz Carlton Clubs and Marriott Vacations Worldwide (MVW) are considering and how I would want to proceed on this issue if elected. The first thing I would do, I have already done. That is to find out more about Marriott Vacation Clubs' point system and ownership. As you may know Marriott originally started out with ownership just like Hyatt and Ritz Carlton Clubs. They have since graduated to an all points based system where you actually own the points as a legal entity just as we own our units. If a Marriott points owner owns enough points they can trade for the use of a unit at the Ritz in Aspen Highlands. Would they be competing with us for our units? Supposedly not. This is something that needs to be investigated more thoroughly.

What we do know is that based on the communications we have had from Ritz Carlton Clubs, we will not be able to stay at the Kapalua property after October and we can no longer stay at the Abaco property at all. My wife and I did stay at the Abaco property this year and it was lovely. The bottom line is we have less premium properties available and lots of new Marriott properties to choose from. I don't know about the desires of other Ritz Aspen Highlands unit holders, but if I wanted to stay at a Marriott property I would have bought there. As a new Board member I am going to work to see that we get the best value for the money we paid. Thank you......Michael P. Pacin, M.D"


## Tyler Oliver

"Marriott has done a poor job on the roll-out of Ritz / Marriott evolution. The piece meal of information has added confusion to both brands and personally, I am not completely sure how it will affect our ownership in

Aspen. It continues to evolve. Our Ritz property in Aspen is amazing; the property, setting, and service is why I paid a lot of money and I am not interested in going backwards. I paid for Ritz and I want Ritz!

Our board president, Jay Neveloff, on behalf of this board, continues to have conversations with Marriott about our concerns and to this day, nothing has been resolved, good or bad. I want the Ritz in Aspen to remain at the highest level regarding a timeshares/points perspective. So far, Aspen and Vail are at the top, requiring 6500 pts. for a week's stay. Currently, a Premier Membership (one week of ownership as we know it) is $61,750 with annual dues of $2,795 (4 weeks at $247,000 with annual dues of $11,180). Certainly, these values can change, but they are priced higher than re-sale on the open market. So... let's be optimistic. Our deeded interest in a rotating calendar will not change. Certainly, occupancy at all of the Destination Clubs will increase, but that was bound to happen as more deeded interests were sold.

Bottom line, I am interested in protecting the value of our investment. I will not allow the quality of our property to be diminished by the Ritz / Marriott evolution. I will demand that Aspen remains at the top of the points system and I will listen to member feedback."