# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | | |
|---|---|---|
| RCHFU, LLC et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-1301 |
| | ) | |
| MARRIOT VACATIONS WORLDWIDE CORPORATION et al. | ) ) | |
| | ) | Honorable Judge: Philip A. Brimmer |
| | ) | |
| Defendants. | ) | Magistrate: Gordon P. Gallagher |

## [PROPOSED] ORDER GRANTING THE ASSOCIATION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT

THIS MATTER is before the Court on Defendant Aspen Highlands Condominium Association's Motion for Extension of Time to Respond to Plaintiffs' Fourth Amended Complaint.

The Court, having reviewed the Motion and other pleadings in this case, and for good cause shown, hereby GRANTS the Motion for the reasons stated therein. All Defendants' answers or responses to the Fourth Amended Complaint will be due fourteen (14) days after the Court rules on the Association's Objection to Order Regarding Plaintiffs' Motion to Stay Case (ECF # 89) and Order Regarding Plaintiffs' Motion to Modify Scheduling Order (ECF # 87).

SO ORDERED THIS ___ day of March, 2017

BY THE COURT

_____

Hon. Philip A. Brimmer