# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| RCHFU, LLC et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-01301-PAB-GPG |
| ) | |
| MARRIOT VACATIONS WORLDWIDE ) | |
| CORPORATION et al. ) | |
| ) | Honorable Judge: Philip A. Brimmer |
| ) | |
| Defendants. ) | Magistrate: Gordon P. Gallagher |

### DEFENDANT ASPEN HIGHLANDS' NOTICE OF WITHDRAWAL OF ITS OBJECTION TO ORDER REGARDING PLAINTIFFS' MOTION TO STAY CASE (ECF #89) AND ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER (ECF #87)

Defendant Aspen Highlands Condominium Association, Inc. ("Association") hereby notifies the Court and all parties that it withdraws its Objection to the Order Regarding Plaintiffs' Motion to Stay Case (ECF #89) and Order Regarding Plaintiffs' Motion to Modify Scheduling Order (ECF # 87), which allows Plaintiffs to file a Fourth Amended Complaint to allege a constructive fraud claim.

1

Respectfully submitted this 28th day of March, 2017.

*/s/ Daniel F. Shea*
**Daniel F. Shea**
**Jessica Black Livingston**
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
FAX: (303) 899-7333
E-mail: dan.shea@hoganlovells.com
E-mail:jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2017, I electronically filed the foregoing **DEFENDANT ASPEN HIGHLANDS' NOTICE OF WITHDRAWAL OF ITS OBJECTION TO ORDER REGARDING PLAINTIFFS' MOTION TO STAY CASE (ECF #89) AND ORDER REGARDING PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER (ECF #87)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser** <br> Law Office of Michael J. Reiser <br> 961 Ygnacio Valley Road <br> Walnut Creek, CA 94596 <br> reiserlaw@gmail.com <br><br> **Matthew C. Ferguson** <br> The Matthew C. Ferguson Law Firm, P.C. <br> 119 South Spring, Suite 201 <br> Aspen, Colorado 81611 <br> matt@matthewfergusonlaw.com <br><br> **Michael L. Schrag** <br> Gibbs Law Group LLP <br> 1 Kaiser Plaza, Suite 1125 <br> Oakland, CA 94612 <br> mls@classlawgroup.com <br><br> **Tyler R. Meade** <br> The Meade Firm P.C. <br> 1816 Fifth Street <br> Berkeley, CA 94710 <br> tyler@meadefirm.com <br><br> *Attorneys for Plaintiffs* | **Naomi G. Beer** <br> 1200 17th Street, Suite 2400 <br> Denver, Colorado 80202 <br> Phone: (303) 572-6500 <br> Fax: (303) 572-6540 <br> BeerN@gtlaw.com <br><br> **Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC** |

*/s/ Daniel F. Shea*