IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXCEED PAGE LIMITATION**

---

This Court, having considered Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants"), and Aspen Highlands Condominium Association's ("Association") (together with the Marriott Defendants, "Defendants") Unopposed Motion to Exceed Page Limitation, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants shall be permitted to file respective Motions to Dismiss Plaintiffs' Fifth Amended Complaint that are up to twenty pages in length.

Dated this ____ day of April, 2017

                              By:_____
                                 Honorable Philip A. Brimmer, U.S.D.J.