IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on Motions to Dismiss [Docket Nos. 83 and 84]. On March 31, 2017, plaintiffs filed the Fifth Amended Complaint [Docket No. 119], which became the operative pleading in this action, and the Motions to Dismiss [Docket No. 83 and 84] are directed to an inoperative, superseded pleading.  *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted).  As such, the motions to dismiss are moot.  It is

    **ORDERED** that defendants' Motions to Dismiss [Docket Nos. 83 and 84] are DENIED as moot.

    DATED April 6, 2017.