# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, et al.

    Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, et al.

    Defendants.

---

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED NEW SCHEDULING ORDER

---

Plaintiffs, as listed in the caption, by and through undersigned counsel, hereby file this Unopposed Motion to file Proposed New Scheduling Order ("Motion"). In support of its Motion, Plaintiffs respectfully state as follows:

1. On March 29, 2017, Magistrate Judge Gallagher held a telephonic proceeding with counsel for Plaintiffs, Marriott Defendants and Ritz Defendants.

2. A Minute Order [Docket #118] was entered ordering, among other things, that the proposed new scheduling order shall be due to the Court on April 10, 2017.

3. Counsel for Plaintiffs and Marriott/Association Defendants have been jointly working on the proposed new Scheduling Order. Most items have been settled on.

4. Presently, though, extensive conferrals are still occurring between Plaintiffs' counsel and Marriott/Ritz's counsel regarding extensive ESI issues related to Marriott/Ritz's

documents and records. The revised Scheduling Order in large measure hinges upon ESI issues and the timing of production of Marriott/Ritz's ESI, documents and records.

5. Counsel are settling on final search terms to be applied to a very large database of Marriott/Ritz's and hope to complete that process on April 11 or 12, 2017, at which point counsel for all parties will reconvene to complete the revision to the Scheduling Oder to reflect various extended deadlines.

6. All counsel agreed today to file an unopposed motion requesting Magistrate Judge Gallagher extend the time to file the proposed new Scheduling Order until April 13, 2017.

7. The requested enlargement of time will not prejudice any party to this case, as demonstrated by the fact that it is unopposed.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion and enter an order allowing the proposed new Scheduling Order be filed on or before April 13, 2017.

DATED: April 10, 2017

Respectfully submitted,

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

_____/s/ Matthew C. Ferguson_____
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile:  (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 10th day of April, 2017, a true and accurate copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED NEW SCHEDULING ORDER** was filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Matthew C. Ferguson, Esq.<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611 | Daniel F. Shea, Esq.<br>Jessica Black Livingston, Esq.<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202 |
| Michael J. Reiser, Esq.<br>Lilia Bulgucheva, Esq.<br>Law Office of Michael J. Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, California 94596 | Naomi G. Beer, Esq.<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202 |
| Michael L. Schrag, Esq.<br>Linda Lam, Esq.<br>Gibbs Law Group LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, California 94612 | Ian S. Marx, Esq.<br>Philip R. Sellinger, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932 |
| Tyler R. Meade, Esq.<br>Melissa Riess James, Esq.<br>The Meade Firm P.C.<br>1816 Fifth Street<br>Berkeley, California 94710 | __/s/ Robin White_____<br>Robin White |

4850-4227-0790, v. 1