## IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, et al.

      Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, et al.

      Defendants.

---

## NOTICE OF SUBMISSION OF REVISED SCHEDULING ORDER WITH DISPUTED ITEM

---

Plaintiffs, by and through their undersigned counsel, hereby notify the Court that, pursuant to the March 29, 2017, Minute Order [Docket #118] and the related Motion for Enlargement of Time [Docket #126], the parties shall submit a proposed revised Scheduling Order to the Court by April 13, 2017.

The parties submit the revised proposed Scheduling Order. The parties are unable to agree on the item concerning the commencement of depositions. Defendant Association and Plaintiffs have set forth their positions concerning the timing of the commencement of depositions at Section 6 of this revised Scheduling Order. Plaintiffs will initiate Magistrate Judge Gallagher's discovery dispute procedures.

DATED: April 13, 2017

                                                Respectfully submitted,

                                                THE MATTHEW C. FERGUSON LAW FIRM, P.C.

```
            /s/ Matthew C. Ferguson
     Matthew C. Ferguson, #25687
     119 South Spring, Suite 201
     Aspen, Colorado 81611
     Telephone:  (970) 925-6288
     Facsimile:    (970) 925-2273
     E-mail: matt@matthewfergusonlaw.com
     Attorney for Plaintiffs
```

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 13th day of April, 2017, a true and accurate copy of the foregoing **NOTICE OF SUBMISSION OF REVISED SCHEDULING ORDER WITH DISPUTED ITEM** was filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Matthew C. Ferguson, Esq.<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611 | Daniel F. Shea, Esq.<br>Jessica Black Livingston, Esq.<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202 |
| Michael J. Reiser, Esq.<br>Lilia Bulgucheva, Esq.<br>Law Office of Michael J. Reiser<br>961 Ygnacio Valley Road<br>Walnut Creek, California 94596 | Naomi G. Beer, Esq.<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202 |
| Michael L. Schrag, Esq.<br>Linda Lam, Esq.<br>Gibbs Law Group LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, California 94612 | Ian S. Marx, Esq.<br>Philip R. Sellinger, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932 |
| Tyler R. Meade, Esq.<br>Melissa Riess James, Esq.<br>The Meade Firm P.C.<br>1816 Fifth Street<br>Berkeley, California 94710 | __/s/ Robin White_____<br>Robin White |

4841-4587-6806, v. 1