# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

---

### [PROPOSED] ORDER GRANTING DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT

---

This Court, having considered Defendant Aspen Highlands Condominium Association's Motion to Dismiss Plaintiffs' Fifth Amended Complaint ("Motion"), and being duly advised in the premises thereof, hereby finds that the Motion is meritorious and should therefore be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Association's Motions to Dismiss the Fifth Amended Complaint is GRANTED, and the claims in the Fifth Amended Complaint against the Association are dismissed in their entirety with prejudice and without leave to amend.

Dated this \_\_\_\_\_ day of April, 2017.

                                              By:_____