## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC, et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.**

Defendants.

_____

### PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
_____

Plaintiffs hereby move the Court for permission to file Oppositions to both the Marriott Defendants'[1] and Association's Motions to Dismiss that exceed the page limitation set forth in Rule III.A of the Court's Practice Standards by no more than five pages. As grounds for the Motion, Plaintiffs state as follows:

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs conferred with counsel for the Marriott Defendants and the Association and obtained their consent to the relief sought in this Motion.

---

[1] Although only the Marriott Defendants filed a Motion to Exceed Page Limitation, the Court, in its Minute Order [ECF No. 122], ordered that both Marriott Defendants and Aspen Highlands Condominium Association may file motions to dismiss not to exceed 20 pages.

## FACTUAL AND PROCEDURAL BACKGROUND

1.      Pursuant to the Court's March 29, 2017, Order [ECF No. 118],

"…Plaintiffs are allowed to file a Fifth Amended Complaint which contains the additional claim previously granted and they are allowed to add the additional contemplated plaintiffs but this shall be the final amended complaint allowed in this matter. It is FURTHER ORDERED that: The Fifth Amended Complaint shall be due on March 31, 2017; Responsive pleadings to same shall be due on April 14, 2017…"

2.      On April 6, 2017, Marriott Defendants filed an Unopposed Motion to Exceed Page Limitation [ECF No. 120].

3.      On April 6, 2017, this Court entered a Minute Order [ECF No. 122] stating that "[t]he Marriott Defendants and Aspen Highlands Condominium Association may file motions to dismiss not to exceed 20 pages."

4.      Due to the complexity of the legal issues raised by Plaintiffs, on the one hand, and the Marriott Defendants and the Association, on the other hand, and the fact that both the Marriott Defendants' and the Association's Motions to Dismiss were 20 pages in length, Plaintiffs respectfully seek leave to file Oppositions to the Motions to Dismiss that exceed the Court's page limitation for such motion practice (Rule III.A of Judge Brimmer's Practice Standards (Civil Cases)) by no more than five pages.

## CONCLUSION

For all of above reasons, Plaintiffs respectfully request the Court grant them an extension of the page limitation and permit them to file Responses in Opposition to both the Marriott Defendants' and the Association's Motions to Dismiss that exceed the page limit by no more than five pages, for a total of no more than 20 pages.

Dated: May 2, 2017

1

Respectfully submitted,

LAW OFFICE OF MICHAEL J. REISER

____/s/ Michael J. Reiser_____
Michael J. Reiser, # 16161
961 Ygnacio Valley Road
Walnut Creek, California 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
E-mail: reiserlaw@gmail.com
*Attorney for Plaintiffs*


GIBBS LAW GROUP, LLP

___/s/ Michael Schrag_____
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
505 14th Street, Suite 1110
Oakland, California 94612
Phone: (510) 350-9718
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com
*Attorney for Plaintiffs*

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

_____/s/ Matthew C. Ferguson_____
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*


THE MEADE FIRM, P.C.

____/s/ Tyler Meade_____
Tyler Meade (CA State Bar # 160838)
1816 Fifth Street
Berkeley, California 94710
Telephone: 510-843-3670
E-mail: tyler@meadefirm.com
*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 2nd day of May, 2017, a true and accurate copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611


Michael J. Reiser, Esq.
Lilia Bulgucheva, Esq.
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, California 94596

Daniel F. Shea, Esq.
Jessica Black Livingston, Esq.
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202


Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

2

Michael L. Schrag, Esq.                     Ian S. Marx, Esq.
Gibbs Law Group LLP                         Philip R. Sellinger, Esq.
1 Kaiser Plaza, Suite 1125                  Greenberg Traurig, LLP
Oakland, California 94612                   500 Campus Drive, Suite 400
                                            Florham Park, New Jersey 07932
Tyler R. Meade, Esq.
The Meade Firm p.c.
1816 Fifth Street
Berkeley, California 94710


                                        _/s/ Robin White_____
                                        Robin White

4816-0163-0535, v. 2