IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.
_____

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**
_____

This Court, having considered Plaintiffs' Unopposed Motion to Exceed Page Limitation, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED that Plaintiffs shall be permitted to file an Oppositions to the Marriott Defendants' and the Association's Motions to Dismiss Plaintiffs' Fifth Amended Complaint that are up to twenty pages in length.

Dated this ___ day of _____, 2017.

By: _____
Honorable Philip A. Brimmer

4845-4656-2887, v. 1