# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

## NOTICE OF SUBPOENAS TO TESTIFY AT A DEPOSITION

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs RCHFU, LLC, et al., (collectively, "Plaintiffs"), will issue the attached subpoenas to the following persons:

1. **Michael Marino**
   620 Eighth Avenue
   New York, NY 10018

The subpoena will command Mr. Marino to testify at a Deposition on November 20, 2017, at 9:00 a.m. at the location listed on the attached subpoena (**Exhibit 1**).

2. **Nicholas DiMeglio**
   c/o The Ritz-Carlton Hotel Company, LLC
   4445 Willard Avenue, Suite 800
   Chevy Chase, MD 20815

The subpoena will command Mr. DiMeglio to testify at a Deposition on November 8,

2017, at 9:00 a.m. at the location listed on the attached subpoena (**Exhibit 2**).

    **3.**  **Ivan Skoric**
        c/o The Ritz-Carlton Hotel Company, LLC
        4445 Willard Avenue, Suite 800
        Chevy Chase, MD 20815

    The subpoena will command Mr. Skoric to testify at a Deposition on November 8, 2017,

at 1:00 p.m. at the location listed on the attached subpoena (**Exhibit 3**).

    **4.**  **Juan Pablo Cappello**
        Brickell World Plaza
        600 Brickell Avenue, Suite 1725
        Miami, FL 33131

    The subpoena will command Mr. Cappello to testify at a Deposition on October 26, 2017,

at 11:00 a.m. at the location listed on the attached subpoena (**Exhibit 4**).

    These depositions will be taken upon oral examination before a stenographer and

videographer and will continue from day to day until completed.

    Dated: October 19, 2017

                    REISER LAW, p.c.

                    */s/ Lilia Bulgucheva*
                    Michael J. Reiser, Esq., #16161
                    Lilia Bulgucheva (CA Bar # 291374)
                    1475 N. Broadway, Suite 300
                    Walnut Creek, CA 94596
                    Telephone: (925) 256-0400
                    Facsimile: (925) 476-0304
                    E-mail: michael@reiserlaw.com
                    Email: lilia@reiserlaw.com
                    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of October, 2017, a true and accurate copy of the foregoing **NOTICE OF SUBPOENAS TO TESTIFY AT A DEPOSITION** was served via ECF and E-mail upon following:

Daniel F. Shea, Esq.
*dan.shea@hoganlovells.com*
Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Lilia Bulgucheva*
Lilia Bulgucheva