# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

## NOTICE OF FIRM NAME AND ADDRESS CHANGE
---

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the name of the law firm Law Office of Michael J. Reiser, attorneys for Plaintiffs RCHFU, LLC, *et al.*, was changed from:

**Law Office of Michael J. Reiser**     to:     **REISER LAW, p.c.**

IN ADDITION, PLEASE TAKE NOTICE, effective immediately, the address of the law firm REISER LAW, p.c., attorneys for Plaintiffs RCHFU, LLC, et al., will be changed from:

| REISER LAW, p.c. | to: | REISER LAW, p.c. |
| 961 Ygnacio Valley Road | | 1475 N. Broadway, Suite 300 |
| Walnut Creek, CA 94596 | | Walnut Creek, CA 94596 |

Dated: October 19, 2017

                                                                REISER LAW, p.c.

                                                               _____*/s/ Lilia Bulgucheva*
                                                               Michael J. Reiser, Esq., #16161

Lilia Bulgucheva (CA Bar #291374)<br>
1475 N. Broadway, Suite 300<br>
Walnut Creek, CA 94596<br>
Telephone: (925) 256-0400<br>
Facsimile: (925) 476-0304<br>
E-mail: michael@reiserlaw.com<br>
Email: lilia@reiserlaw.com<br>
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of October, 2017, a true and accurate copy of the foregoing **NOTICE OF SUBPOENAS TO TESTIFY AT A DEPOSITION** was served via ECF upon following:

Daniel F. Shea, Esq.
  *dan.shea@hoganlovells.com*
Jessica Black Livingston, Esq.
  *jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
  *BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
  *MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
  *SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

 /s/ Lilia Bulgucheva<br>
Lilia Bulgucheva