# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

### NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO CUSHMAN & WAKEFIELD WESTERN, INC.

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs RCHFU, LLC, et al., (collectively, "Plaintiffs"), will issue the attached subpoenas to the following entity:

1. **CUSHMAN & WAKEFIELD WESTERN, INC.**
   c/o CT Corporation System
   818 West Seventh Street, Suite 930
   Los Angeles, CA 90017

The subpoena will command Cushman & Wakefield Western, Inc. to produce the records listed in the subpoena attached hereto as **Exhibit 1**.

Dated: October 19, 2017

                                                 REISER LAW, p.c.

                                                 _____*/s/ Lilia Bulgucheva*_____
                                                 Michael J. Reiser, Esq., #16161

Lilia Bulgucheva (CA Bar # 291374)
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
E-mail: michael@reiserlaw.com
Email: lilia@reiserlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of October, 2017, a true and accurate copy of the foregoing **NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO CUSHMAN & WAKEFIELD WESTERN, INC.** was served via ECF upon the following:

Daniel F. Shea, Esq.
  *dan.shea@hoganlovells.com*
Jessica Black Livingston, Esq.
  *jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
  *BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
  *MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
  *SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

  _/s/ Lilia Bulgucheva_____
         Lilia Bulgucheva

2