# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

### NOTICE OF SUBPOENA TO TESTIFY AT A DEPOSITION WITH PRODUCTION OF DOCUMENTS TO JOHN C. VAUGHN

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs RCHFU, LLC, et al., (collectively, "Plaintiffs"), will issue the attached subpoenas to the following entity:

1. **John C. Vaughn**
   Newmark Knight Frank
   4675 MacArthur Court, Suite 1600
   Newport Beach, CA 92660

The subpoena will command John C. Vaughn to appear at his deposition on November 27, 2017, at 10:00 a.m., and produce the records listed in the subpoena attached hereto as **Exhibit 1**.

Dated: October 19, 2017

REISER LAW, p.c.

_/s/ Lilia Bulgucheva_
Michael J. Reiser, Esq., #16161
Lilia Bulgucheva (CA Bar # 291374)
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
E-mail: michael@reiserlaw.com
Email: lilia@reiserlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of October, 2017, a true and accurate copy of the foregoing **NOTICE OF SUBPOENA TO TESTIFY AT A DEPOSITION WITH PRODUCTION OF DOCUMENTS TO JOHN C. VAUGHN** was served via ECF upon:

Daniel F. Shea, Esq.
   *dan.shea@hoganlovells.com*
Jessica Black Livingston, Esq.
   *jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
   *BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
   *MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
   *SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

_/s/ Lilia Bulgucheva_
Lilia Bulgucheva