## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

### JOINT REPORT FOR STATUS CONFERENCE ON NOVEMBER 30, 2017 AND REQUEST FOR NINETY (90) DAY EXTENSION OF CERTAIN DISCOVERY AND MOTION DEADLINES
_____

Plaintiffs, the Marriott Defendants and the Association, by and through their undersigned counsel, submit the following Joint Report for Status Conference and Request for Extension of Certain Discovery and Motion Deadlines in advance of the Status Conference set by Magistrate Judge Gordon P. Gallagher for November 30, 2017.

1. The Court has scheduled a Status Conference for November 30, 2017, at 10:30 a.m.

2. The parties report here briefly on the status of ongoing discovery. Discovery is proceeding pursuant to Section 9 of the parties' Revised Scheduling Order [Doc. 136], entered on April 27, 2017.

3. Extensive written discovery has been propounded and responded to by all parties. The Association has produced over 20,500 pages of documents and was able to do so quickly.

Because the Marriott Defendants had a vastly larger population of potentially relevant documents to search, their production was more complex and time-consuming. Plaintiffs and the Marriott Defendants conferred for several months about the complex tasks of identifying records custodians, locating ESI and devising search terms in order to reduce a capture of approximately 5 Million pages of ESI by the Marriott Defendants. Through this comprehensive meet and confer process, the parties were able to reduce the number of documents that the Marriott Defendants processed, reviewed for privilege and produced to approximately 100,000 pages. These documents were produced on a "rolling" basis. The Marriott Defendants' document production processes took at least 90 days longer than anticipated.

4. Plaintiffs have since processed these records into over 1,500 pre-marked deposition exhibits. It was necessary to perform these tasks before commencing depositions early in October 2017. Plaintiffs are presently conducting depositions of the Association, the Marriott Defendants and third parties. To date, Plaintiffs have taken eight substantive depositions all across the country—in New York, Arizona and Florida. The Marriott Defendants have produced 4 witnesses for depositions, including some senior executives. There are several depositions scheduled or being scheduled later this month and next in Florida, California, Maryland, Kansas, New York, Colorado and Utah. There are many additional depositions left to conduct; and the parties are working diligently and cooperatively to schedule these.

5. The Marriott Defendants and Association have each propounded written discovery to the owners of approximately 230 Fractional Interest (there are over 200 Plaintiffs), including documents requests, interrogatories and request for admissions. Likewise, it has taken several months for Plaintiffs to gather information and respond to the written discovery for this

many Plaintiffs. This effort is still ongoing but approaching conclusion.  As of now, there are approximately 35 Fractional Interests who have not yet produced documents and 15 Fractional Interests who have not provided Answers to Interrogatories or responded to Requests for Admissions.

6. Several third-party subpoenas have been served by Plaintiffs and there are several in process. Most of these subpoenas have *duces tecum* components also.

7. The parties, through counsel, have been proceeding with discovery and conferring in good faith throughout and have thus far worked through the vast majority of discovery issues. However, there are unresolved discovery disputes between Plaintiffs and the Marriott Defendants, including with respect to the scope of the aforementioned production, documents requested by Plaintiffs related to damages, and documents relating to "surveys" on the merger with the Marriott Vacation Club. In addition, Plaintiffs have asked that the Marriott Defendants confirm in writing that their "rolling" production is now complete and that they know of no responsive documents not yet produced, but the Marriott Defendants have failed to provide that confirmation. These issues have been the subject of prior letters and telephonic conferences. Plaintiffs are preparing one final meet and confer letter as a prelude to a telephonic meet and confer required by local rules and the other procedures required by this Court's "Discovery Dispute Procedures."   In addition to addressing and resolving the aforementioned issues, Marriott Defendants will address concerns arising from Plaintiffs' discovery responses when the remainder of such responses are finally received.

8. The Marriott Defendants and Plaintiffs have conferred about ways to limit the number of depositions of Plaintiffs without prejudicing either side's rights. Plaintiffs are working

to provide a population of Plaintiffs to be deposed by defendants. Marriott Defendants have identified by Notice the Plaintiffs whom they intend to depose.

9. As previously reported, Plaintiffs' counsel[1] and Marriott's counsel are litigating three similar cases involving the Marriott Defendants: (i) *Reiser v. Marriott Vacations Worldwide Corporation, et al.,* E.D. Cal. Case No.: 2:16-cv-00237-MCE-CKD ("Tahoe Case"); (ii) *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, San Francisco Superior Court Case No. CGC 15-545987 ("San Francisco Case"); and (iii) this case ("Aspen Case"). There is substantial overlap in the claims and issues in these three cases, so the Parties have worked collaboratively to coordinate discovery and avoid undue duplication of effort. For example, the parties agreed on a consolidated production of documents by the Marriott Defendants, and that the relevant witnesses should be deposed only once. Thus far, Marriott Defendant witnesses Lee Cunningham, Lori Phillips, Richard Hayward and Stephanie Sobeck have been deposed in a deposition applicable to all three cases.

10. The parties, through counsel, have conferred in good faith to assess the progress of discovery, including the depositions required, and have determined and agreed that a joint request to extend the discovery and motion deadlines in Section 9 of the Revised Scheduling Order (Doc. 136) be made. As stated in the Revised Scheduling Order, the parties agree that all other portions of the Scheduling Order (Doc. 60) remain in force and effect.

11. The Parties jointly request a ninety (90) day extension of time of the current discovery and motion deadlines set out in Section 9 of the Revised Scheduling Order (Doc. 136). This will promote continued coordination of discovery with the San Francisco Case, in which the

---

[1] Matthew C. Ferguson and Michael Schrag are counsel only in this case.

parties have agreed to a February 16, 2018 close of discovery. (The parties intend to ask the federal court presiding over the Tahoe Case to extend discovery until that date as well.) There is no extension requested for written discovery. A proposed Second Revised Scheduling Order is submitted with this Joint Report and Request.

12. Three of the Plaintiffs' attorneys just finished a two-week jury trial in federal court in Orlando, Florida (*Asokan, et. al. v. American General Life Ins. Co*., Case No. 6:15-cv-02048-PGB-KRS), which has necessarily occupied a great deal of their time over the past few weeks. The fourth attorney recently finished a trial in District Court, Pitkin County.

DATED: November 21, 2017.

Respectfully submitted,

LAW OFFICE OF MICHAEL J. REISER

____/s/ *Michael J. Reiser*_____
Michael J. Reiser, # 16161
961 Ygnacio Valley Road
Walnut Creek, CA 94596
Telephone: (925) 256-0400
Facsimile: (925) 476-0304
E-mail: reiserlaw@gmail.com
*Attorney for Plaintiffs*

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

____/s/ *Matthew C. Ferguson*_____
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*

HOGAN LOVELLS US LLP

_____/s/ *Daniel F. Shea*_____
Daniel F. Shea, Esq.
Jessica Black Livingston, Esq.
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
*Attorneys for the Association*

THE MEADE FIRM, P.C.

____/s/ *Tyler Meade*_____
Tyler Meade (CA State Bar # 160838)
1816 Fifth Street
Berkeley, CA 94710
Telephone: 510-843-3670
E-mail: tyler@meadefirm.com
*Attorney for Plaintiffs*

5

GREENBERG TRAURIG, LLP

____/s/ *Ian S. Marx*_____
Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
*Attorneys for the Marriott Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of November, 2017, a true and accurate copy of the foregoing, was filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Matthew C. Ferguson, Esq.<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611 | Daniel F. Shea, Esq.<br>Jessica Black Livingston, Esq.<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202 |
| Michael J. Reiser, Esq.<br>Lilia Bulgucheva, Esq.<br>Law Office of Michael J. Reiser<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596 | Naomi G. Beer, Esq.<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202 |
| Tyler R. Meade, Esq.<br>The Meade Firm P.C.<br>1816 Fifth Street<br>Berkeley, California 94710 | Ian S. Marx, Esq.<br>Philip R. Sellinger, Esq.<br>Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932 |

*/s/ Raquel Rivera*_____
Raquel Rivera

4818-9485-2435, v. 1