**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-01301 PAB-GPG

**RCHFU, LLC**, et al.

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, et al.

Defendants.

---

**SECOND REVISED SCHEDULING ORDER, SECTION 9**

---

A Scheduling Conference was held on August 18, 2016, before Magistrate Judge Gordon P. Gallagher. A Scheduling Order [Doc #60] was subsequently issued. At a Status Conference/oral argument on motions held on February 15, 2017, the Court directed the parties to present the Court with a proposed amended scheduling order within 45 days [Doc #105]. A Revised Scheduling Order, Section 6 & 9 (GPG additions) [Doc #136] was subsequently issued on April 27, 2017.

On November 21, 2017, the Parties submitted a Joint Status Report and Request for 90 Day Extension of Certain Discovery and Motion Deadlines. In advance of a Status Conference to be held on November 30, 2017, the Court has granted the joint request and this Second Revised Scheduled Order is entered.

All other portions of the Scheduling Order remain in force and effect, except as otherwise altered by prior Court orders.

## 9. CASE PLAN AND SCHEDULE

a. **The parties propose the following case schedule:**

- **Deadline for Serving Interrogatories:** September 21, 2017

- **Deadline for Serving Requests for Production of Documents and/or Admissions:** September 21, 2017

- **Commencement of Depositions:** Depositions may commence after June 1, 2017.

All Plaintiffs will be collectively deemed one party for purposes of determining the duration of any deposition taken pursuant to Fed. R. Civ. P. 30 of any current or former director of Defendant Association or any attorney who provided any advice to Defendant Association. Further, in the event that any Plaintiff moves for an extension of the time limit set by section (d)(1) of that rule for any such deposition, that Plaintiff shall not be able to assert as a reason for granting such motion that any other non-Association Defendant failed timely to produce documents in response to any Request for Production of Documents propounded by any Plaintiff. Up to two Plaintiffs' counsel may inquire at a deposition of a current or former Association director who is represented by Defendant Association's counsel.

- **Fact Discovery Cut-off (except for discovery ordered pursuant to motions to compel):** March 15, 2018

- **Deadline to Serve Initial Expert Reports:** April 16, 2018

- **Deadline to Serve Rebuttal Expert Reports:** June 11, 2018

- **Mediation Deadline:** June 6, 2018

- **Expert Discovery Cut-off:** July 23, 2018

8

- **Dispositive Motions:** September 10, 2018

- **Deadline to File** *Daubert* **Motions:** August 20, 2018

- **Deadline to File Motions** *in Limine***:** October 1, 2018

- **Jury Trial:** Per Section IV C of Judge Brimmer's Practice Standards, because the parties anticipate that this trial will last longer than five days, the trial date is to be set following the Final Pretrial Conference.

b. **Discovery Cut-off:**

Fact discovery cut-off is March 15, 2018

c. **Motion Deadline:** August 20, 2018

d. **Expert Witness Disclosure**

1. As previously set forth.

2. As previously set forth.

3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a) (2) on or before <u>April 16, 2018</u>. The parties shall also file their initial expert reports by this day. (See proposed case schedule above).

    *[This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a) (2) (B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2) (C).]*

4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information

9

specified in Fed. R. Civ. P. 26(a)(2) on or before June 11, 2018.

The parties shall also file their rebuttal expert reports by this day.

(See proposed case schedule above).

*[This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]*

### e.  Identification of Persons to Be Deposed:

*[List the names of persons to be deposed and provide a good faith estimate of the time needed for each deposition. All depositions must be completed on or before the discovery cut-off date and the parties must comply with the notice and scheduling requirements set for in D.C.COLO.LCivR 30.1.]*

Plaintiffs anticipate that they may depose Ivan Skoric, Eveleen Babich, R. Lee Cunningham, Jay Neveloff, Phillip Schneider, Tyler Oliver, Luis De La Cruz, Randy Mercer, Michael Pacin, Nicholas DeMeglio, Frank Mouffe, Steven Weisz, Stephanie Sobeck, Stacy Jackson, John Hearns, Juan Pablo Cappello, Mike Marino and Joel Alper, Mary Lynn Clark, Phil Gosch, David Firmin, Lori Phillips, Mary Ann Woodward and Michael Mullenix. Plaintiffs cannot estimate the length of any deposition until documents are produced. Defendants reserve the right to object to the deposition of some of the foregoing listed witnesses. As previously discussed, Defendants reserve the right to take the deposition of each plaintiff.

The Association also believes it is premature to identify all deponents. Preliminarily, the Association anticipates that it may depose a representative of each Plaintiff, Nicholas DeMeglio, Stephanie Sobeck, R. Lee Cunningham and other individuals or corporate representatives to be identified at a later date.

f.  **Deadline for Interrogatories:**

Interrogatories must be served no later than September 21, 2017. (See proposed case schedule above.

*[The parties are expected to serve interrogatories on opposing counsel or a pro se party on a schedule that allows timely responses on or before the discovery cut-off date.]*

g.  **Deadline for Requests for Production of Documents and/or Admissions**

Requests for Production of Documents and/or Admissions must be served by no later than September 21, 2017. (See proposed case schedule above).

*[The parties are expected to serve requests for production and/or requests for admission on opposing counsel or a pro se party on a schedule that allows timely responses on or before the discovery cut-off date.]*

### 13. AMENDMENTS TO SCHEDULING ORDER

This revised scheduling order may be altered or amended only upon a showing of good cause.

DATED at Grand Junction, Colorado, this __ day of _____, 2017.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| ____/s/ Matthew C. Ferguson____ | ____/s/ Ian S. Marx____ |
| Matthew C. Ferguson, #25687 | Naomi G. Beer, Esq. |
| THE MATTHEW C. FERGUSON LAW FIRM, P.C. | Ian S. Marx, Esq. |
| 119 South Spring, Suite 201 | GREENBERG TRAURIG, LLP |
| Aspen, Colorado 81611 | 1200 17th Street, Suite 2400 |
| Telephone: (970) 925-6288 | The Tabor Center |
| Facsimile: (970) 925-2273 | Denver, Colorado 80202 |
| E-mail: matt@matthewfergusonlaw.comm | Telephone: (303) 572-6500 |
| *Attorneys for Plaintiffs* | Facsimile: (303) 572-6540 |
| | E-mail: beern@gtlaw.com |

11

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc. Aspen Highlands Condominium Association, Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC*

_____*/s/ Daniel F. Shea*_____
Daniel F. Shea, #27803
Jessica B. Livingston, #41483
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: dan.shea@hoganlovells.com
E-mail: jessica.livingston@hoganlovells.com
*Attorneys for Defendant Aspen Highlands Condominium Association*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of November, 2017, a true and accurate copy of the foregoing**,** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael J. Reiser, Esq.
Lilia Bulgucheva, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Daniel F. Shea, Esq.
Jessica Black Livingston, Esq.
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

_____*/s/ Raquel Rivera*_____
Raquel Rivera

4846-6460-0659, v. 1

12