AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| RCHFU, LLC, a Colorado limited liability company, et<br>*Plaintiff*<br>v.<br>MARRIOTT VACATIONS WORLDWIDE CORPORA<br>*Defendant* | )<br>)<br>)  Case No.  1:16-cv-01301-PAB-GPG<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff RCHFU, LLC, a Colorado limited liability company, et al.

Date: 11/21/2017

*Isabella Martinez*
*Attorney's signature*

ISABELLA MARTINEZ 315299
*Printed name and bar number*

1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
*Address*

isabella@reiserlaw.com
*E-mail address*

(925) 256-0400
*Telephone number*

(925) 476-0304
*FAX number*