## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

---

### NOTICE OF WITHDRAWAL OF COUNSEL

---

TO:      The Clerk of Court and All Parties of Record:

   PLEASE TAKE NOTICE THAT Lilia Bulgucheva is no longer associated with Reiser Law, p.c. and should be removed from the Court's service list with respect to the above-referenced action.  The Meade Firm, p.c. and Reiser Law, p.c. continue to serve as counsel for Plaintiffs and all future correspondence and papers in this action should continue to be directed to them.

      DATED at Walnut Creek, California this 28th day of November, 2017.

                                          Matthew Reiser
                                          Name of Attorney

                                          Reiser Law p.c.
                                          Firm Name

                                          1475 N. Broadway Suite 300
                                          Office Address

                                          Walnut Creek, CA 94596
                                          City, State, ZIP Code

                                          925-256-0400
                                          Telephone Number

                                          matthew@reiserlaw.com
                                          Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2017, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser**<br>Reiser Law, p.c.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>michael@reiserlaw.com<br><br>**Matthew C. Ferguson**<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>matt@matthewfergusonlaw.com<br><br>**Michael L. Schrag**<br>Gibbs Law Group LLP<br>1 Kaiser Plaza, Suite 1125<br>Oakland, CA 94612<br>mls@classlawgroup.com<br><br>**Tyler R. Meade**<br>The Meade Firm P.C.<br>1816 Fifth Street<br>Berkeley, CA 94710<br>tyler@meadefirm.com<br><br>***Attorneys for Plaintiffs*** | **Daniel F. Shea, Esq.**<br>**Jessica Black Livingston, Esq.**<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Fax: (303) 899-7333<br>dan.shea@hoganlovells.com<br>jessica.livingston@hoganlovells.com<br>***Attorneys for Defendant Aspen Highlands***<br>***Condominium Association***<br><br>**Naomi G. Beer**<br>**Ian S. Marx, Esq.**<br>**Philip R. Sellinger, Esq.**<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Phone: (303) 572-6500<br>Fax: (303) 572-6540<br>BeerN@gtlaw.com<br>SellingerP@gtlaw.com<br>Marxl@gtlaw.com<br>***Attorneys for Defendants Marriott***<br>***Vacations Worldwide Corporation,***<br>***Marriott Ownership Resorts, Inc., Ritz-***<br>***Carlton Management Company, LLC,***<br>***Cobalt Travel Company, LLC and Lion &***<br>***Crown Travel Company, LLC*** |

/s/ Matthew Reiser
Matthew Reiser
Attorney for Plaintiffs
Reiser Law p.c.
1475 N. Broadway Suite 300
Walnut Creek, CA 94110
Fax: (925) 256-0400
matthew@reiserlaw.com