IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

     Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

     Defendants.

---

**DECLARATION OF MARY HELON NEWMAN IN SUPPORT OF MARRIOTT DEFENDANTS' MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF STEPHEN P. WEISZ**

---

I, Mary Helon Newman, of full age, declare and state:

1.    I am the Executive Assistant to Stephen P. Weisz, who is the President and Chief Executive Officer of Marriott Vacations Worldwide Corporation ("MVWC"). I have held that position for approximately 21 years. I have full knowledge of and am competent to testify as to all matters stated herein.

2.    I have been advised that the Plaintiffs in the captioned case are seeking Mr. Weisz's deposition. As the person responsible for scheduling Mr. Weisz's appointments and calendaring his meetings, conference calls and other work-related tasks and events, I can attest that it would be an extreme hardship for Mr. Weisz to prepare for and attend a deposition.

3.    Although Mr. Weisz's duties as MVWC's top executive are demanding throughout the year, they are particularly onerous during the first and last quarters of each year.

4.      During the last quarter (October through December), Mr. Weisz's appointment calendar is typically filled with year-end meetings with various senior leaders, MVWC's Board of Directors, investors and the like.  This year is no exception:  except for a short family vacation, which he will be taking from Christmas through New Year's (December 22, 2017 through January 1, 2018), Mr. Weisz's work calendar is completely filled.

5.      Mr. Weisz has a similarly full calendar during the first quarter (January through March) of 2018, as that is the period during which the company assesses its performance over the past year, finalizes its strategic goals and plans for the new year, and puts those plans into effect.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___21___ day of December 2017 in Orlando, Florida.

MARY HELON  NEWMAN