IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

**DECLARATION OF IAN S. MARX IN SUPPORT OF
MARRIOTT DEFENDANTS' MOTION FOR PROTECTIVE ORDER PRECLUDING
THE DEPOSITION OF STEPHEN P. WEISZ**

I, Ian S. Marx, declare and state:

    1.    I am an attorney licensed to practice law in the State of New Jersey and a Shareholder with the law firm Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation ("MVWC"), Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC (collectively, "Marriott Defendants") in the above-captioned matter. I respectfully submit this Declaration in support of the Marriott Defendants' motion for a protective order precluding the deposition of Stephen P. Weisz, who is the President and Chief Executive Officer of MVWC. I have full knowledge of and am competent to testify as to all matters stated herein.

    2.    On September 12, 2017, Plaintiffs noticed Mr. Weisz's deposition for October 18, 2017. On September 19, 2017, I wrote to Plaintiffs' counsel to object to the deposition, citing

the "apex" doctrine, which recognizes that high ranking and important executives like Mr. Weisz can easily be subjected to unwarranted harassment and abuse and should therefore be protected. A true and correct copy of my September 19, 2017 letter is attached hereto as Exhibit A.

3. Plaintiffs did not respond to my September 19, 2017 letter; instead, on November 14, 2017, they re-noticed Mr. Weisz's deposition for November 29, 2017. A true and correct copy of a Notice of Videotaped Deposition of Stephen Weisz, dated November 14, 2017, is attached hereto as Exhibit B.

4. On November 21, 2017, I spoke on the telephone with Plaintiffs' counsel concerning their efforts to depose Mr. Weisz. Plaintiffs' counsel continued to insist on Mr. Weisz's deposition, claiming they needed to depose Mr. Weisz (a) concerning an August 28, 2012 webinar for RC Club Aspen Owners in which he appeared along with Mr. Cunningham, who is MVWC's Executive Vice President and Chief Operating Officer and third most senior executive; (b) to clarify alleged confusion that arose during the depositions of other Marriott Defendant employees regarding the identity of each Marriott Defendant's officers and directors; and (c) concerning a September 19, 2012 meeting concerning the effect the MVC Affiliation had on an entirely different RCDC resort, The Ritz-Carlton Club, Bachelor Gulch. Plaintiffs offered no valid reason why Mr. Weisz's deposition should not be precluded by the apex doctrine, however. Accordingly, I advised that the Marriott Defendants would not produce Mr. Weisz for deposition without a Court order, and we jointly agreed that the Marriott Defendants would raise the issue with the Court by moving for a protective order.

5. Plaintiffs subsequently noticed Mr. Weisz's deposition for December 29, 2017. A true and correct of a First Amended Notice of Videotaped Deposition of Stephen Weisz is attached hereto as Exhibit C.

6. A true and correct copy of a script for a webinar that was presented to Ritz Carlton Club Aspen members on August 28, 2012 is attached hereto as Exhibit D.

7. A true and correct excerpt from the November 10, 2017 Deposition of Lee Cunningham is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of December, 2017 in Florham Park, New Jersey.

*/s/ Ian S. Marx*

IAN S. MARX