# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**NOTICE OF VIDEOTAPED DEPOSITION OF STEPHEN WEISZ**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs RCHFU, LLC, et al. will take the deposition of Stephen Weisz at 9:00 a.m. on November 29, 2017, at Veritext, 37 N. Orange Ave., Suite 500, Orlando, FL 32801. The deposition will be recorded stenographically and by video.

This deposition notice is served with the understanding that all parties are in the process of agreeing to jointly request a ninety (90) day extension of discovery and expert deadlines. Plaintiffs are serving this notice in order to preserve their rights pending the entry of a revised Scheduling Order reflecting this agreement.

Dated: November 14, 2017

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

*/s/ Matthew C. Ferguson*
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of November, 2017, a true and accurate copy of the foregoing **NOTICE OF VIDEOTAPED DEPOSITION OF STEPHEN WEISZ** was served via E-mail upon the following:

Daniel F. Shea, Esq.
  *dan.shea@hoganlovells.com*
Jessica Black Livingston, Esq.
  *jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202


Ian S. Marx, Esq.
  *MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
  *SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932



  */s/ Linda Lam*
  Linda Lam

2