# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**FIRST AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEPHEN WEISZ**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs RCHFU, LLC, et al. will take the deposition of Stephen Weisz at 9:00 a.m. on December 29, 2017, at Veritext, 37 N. Orange Ave., Suite 500, Orlando, FL 32801. The deposition will be recorded stenographically and by video.

Dated: November 28, 2017

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

*/s/ Matthew C. Ferguson*
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 28th day of November, 2017, a true and accurate copy of the foregoing **FIRST AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF STEPHEN WEISZ** was served via E-mail upon the following:

Daniel F. Shea, Esq.
   *dan.shea@hoganlovells.com*
Jessica Black Livingston, Esq.
   *jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202


Ian S. Marx, Esq.
   *MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
   *SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932


                                                            */s/ Linda Lam*
                                                              Linda Lam

2