# EXHIBIT D

MARRIOTT VACATIONS WORLDWIDE CORPORATION,
#4561025
RITZ CARLTON CLUB MEMBER UPDATE
August 28, 2012, 4:00 PM EST
Chairperson: Steve Weisz (Mgmt.)

Operator: Welcome to the Ritz Carlton Club Member Update Conference Call. Today's presentation will be in a listen-only mode. We very much appreciate you joining us. This call is being recorded and will be available for replay on the Ritz Carlton Club Member website tomorrow, August 29th, by close of business, Eastern Time.

It is now my pleasure to introduce Steve Weisz, President and CEO of Marriott Vacations Worldwide, who will begin today's call.

Steve Weisz: Thank you, Michaela. My thanks to all of you on today's call for taking the time out of your busy schedules to join us. Joining me on the call is Lee Cunningham, the Executive Vice President and Chief Operating Officer for the Ritz Carlton Club in our North American Timeshare business. During our time today, I'll provide you an overview of the current strategic direction for Marriott Vacations Worldwide. Lee will then provide you a more detailed update on our plans for the Ritz Carlton Club. Lee will also address questions you and several of the Association Boards have provided us over the last several weeks. So, let's get started.

As many of you know, Marriott International spun off its Vacation Ownership business this past November. On November 21st, we launched Marriott Vacations Worldwide, a separate publicly traded Company that is focused on the Vacation Ownership and related businesses. The spin-off was purposeful and strategic. It enables Marriott International to squarely focus on the lodging industry, and, it enables us to place our focus solidly and completely on the vacation ownership industry.

Prior to the spin-off, we operated our Vacation Ownership business with dedication to the standards and practices that have become world renowned for both the Ritz Carlton and the Marriott brands. We continue to operate to those standards today; fundamental to the spin-off strategy, with the assurance that Marriott Vacations Worldwide would have the exclusive rights to the use of the Ritz Carlton and Marriott brands in the Vacation Ownership business. With this assurance also came demanding, contractual brand standards which we know are essential for our long term success.

Personally, I have more than 40 years of Marriott tenure and am dedicated to maintaining the power and prestige of the Ritz Carlton brand, and have a great appreciation for the unique value of that brand in the Luxury segment. That perspective is shared by our executive team who has

Marriott Vacations Worldwide Corporation                Page [FieldPage]                08/28/2012

**SF, AH, LT**

RCDC013119

collectively nearly 250 years of Ritz Carlton and Marriott experience. While the underlying ownership structure of our Company changed with the spin-off, our commitment to the Ritz Carlton and Marriott standards and practices remains unchanged and unwavering. With this, I hope it's evident to you that the leadership of our new public Company is firmly committed to the longstanding values and principles of these two iconic hospitality brands, Ritz Carlton and Marriott.

Allow me to take a moment to orient you on a high level to Marriott Vacations Worldwide's business structure. We have four business segments. Luxury, which focuses on fractional ownership under the Ritz Carlton brand in North America, Europe and Asia-Pacific, which focus on timeshare under the Marriott brand. Our purpose today is to update you on the recent history, current status and planned future direction for our Luxury segment, specifically, the Ritz Carlton Club.

As a result of the severe recession that began in 2008, the real estate market experienced a significant decline, has continued to be depressed over the last four years. The most troubled segment of the depressed real estate market has been the Luxury segment where values have fallen dramatically across the United States. We, too, felt the impact of the severe and abrupt decline in the luxury real estate market. We had great optimism and aggressive plans to grow the Ritz Carlton Club in 2007 and early in 2008. We imagine continued, rapid growth in membership that would lead to new destinations and a growing system of luxury clubs.

The past four years have been especially challenging. Today, luxury demand continues to be very soft, and the forecast for the luxury real estate market shows little near term promise for sustained recovery. Approximately 25% of the inventory in the Ritz Carlton Club system remains unsold and the pace of sales is slow. In this context, additional investment in new inventory is not feasible. As a point of reference, Marriott International, and now Marriott Vacations Worldwide, have collectively recorded losses in the Ritz Carlton Club business of over $600 million from January 2009 through June of this year.

Despite these challenges we know many of you want more travel and exchange options in a growing system of clubs to create more flexibility through exchange. With all of this as a backdrop, we set out to create a plan that attempted to balance the current economic realities of the luxury real estate market with your desires for more locations and experiences. We believe realism, coupled with sound practical direction, is essential for the best interest of our business, and you, our Members.

Lee will share our plans with you shortly. As you'll hear, they're grounded in logic, and are created with the goals to continue to enhance the value of your membership and vacation experiences through affiliations. Call them partnerships, affiliations or alliances, I'm certain you understand the

|  |  |
|---|---|
|  | concept.  The goal is more luxury vacation experiences for you that we believe are consistent with your expectations and lifestyle. |
|  | Reasonably you may ask, what's different today than in the past?  Over the past several years we have worked through a—the complexities of a luxury real estate market, stabilized the system and developed strategic yet actionable plans for the brand; all while navigating through a volatile economic climate.  In short, we are committed to provide you with exceptional experiences at the Ritz Carlton Club locations, new affiliations and the exceptional service you deserve through your dedicated Ritz Carlton Club Member Services Team, while simultaneously meeting the needs of our shareholders.  We are hopeful the luxury real estate market will return to its pre-2008 peak sooner rather than later, and we will once again be able to expand the number of club locations.  In the interim, it is our intention to deliver the world class experiences you, our Members, expect both now and in the future. |
|  | With this, I'll turn the call over to Lee Cunningham.  Lee? |
| Lee Cunningham: | Thanks, Steve.  Good afternoon, everyone.  Thank you for allowing us this opportunity to address the questions and concerns that you've shared with us over the past few weeks.  It has become clear to me through some of your feedback that we did not initially do the best job we could have when we recently communicated changes to the program, and that going forward, we need to share information with you when it's appropriate in a clear and concise manner.  I apologize for any confusion and will oversee future communications to all of our Members. |
|  | To that point, I want to now address the underlying reasons that explain why Kapalua and Abaco are being removed from the Ritz Carlton Club system.  Some of you took exception when we said that nothing had changed within the communication we distributed in mid July.  You're right.  Things have changed.  Unfortunately, some of these changes were beyond our control but, nonetheless, they do affect you, our Members, and therefore, represent changes to the system and require a clear understanding among all of us. |
|  | Let's talk about Kapalua first.  We've been left little choice but to take actions by delivering a notice of default and termination to the associations at the Ritz Carlton Club and Residences at Kapalua Bay, a project we manage in Hawaii.  The developer of the project is a third party in which we have a minority stake.  Unfortunately, the lenders for the project have filed foreclosure action against the developer's interest in the project.  Furthermore, the management company for the project, which is a subsidiary of ours, has not been reimbursed for operating expenses paid on behalf of the Associations, and we understand that the Associations currently do not have sufficient funds to resume funding the operation of the project in accordance with the Ritz Carlton brand standards. |

In light of this, we have provided notice that we will be deflagging the resort in early September.  There is always a possibility that a workout between the developer and the lenders might be achieved that could preempt the deflagging.  But as I'm sure you understand, there is no assurance that a workout can be achieved.  We continue to work closely with the developer, the lenders and the associations to find solutions other than our departure from this world class club.  Please trust, too, that we are working on ways to mitigate the impact of deflagging on our Kapalua Members while we are aggressively pursuing various options to enable the brand to remain.  I hope you appreciate how difficult the decision the—to deflag this Club is for us.  It has been anything but easy.

And now, let's move on to Abaco.  We are deflagging the Abaco Club at Winding Bay due to a number of significant factors: the unfortunate downturn in the economy, soft sales and the unsustainable cost of maintaining the Ritz Carlton brand standards at this property.  These realities have made remaining at this Club untenable.  And as a result, deflagging has become necessary.  Our intent is to eventually sell this project; although the timing of the sale is unknown.  Each Ritz Carlton Club Member at the property has been presented a number of options and we're determined to provide positive outcomes for all those affected.

These announcements have triggered your rightful questions, most notably, what's next?  You've asked, are you planning to remove other clubs from the Home Club system?  The answer is no.  In other words, we have no plans to remove the brand from Aspen Highlands, Bachelor Gulch, Jupiter, San Francisco, St. Thomas, Lake Tahoe or Vail.  With that said, however, each Club is subject to its own set of circumstances.

In order for any Club to maintain the Ritz Carlton brand, there are three overarching requirements.  First, the Club must maintain the Ritz Carlton brand standards in both the physical product and the service levels provided.  Secondly, the Club must be operationally and financially viable.  And finally, funding for the operation and management of the Club must be maintained in accordance with the management agreements in place at each Club location.  We will continue to work closely with each of the Association Boards and the Members with the objective that all of the existing Clubs continue to meet these three requirements.

Now, let me update you on the changes that impact the overall Ritz Carlton Club strategy.  As Steve mentioned earlier, we are well along in plans to provide expanded vacation options to our Members through exchange affiliations.  So you may better understand how the affiliation strategy will work, let me first review the overall exchange structure for the Ritz Carlton Club.

Each of you own a Home Club fractional interest that provides you with allocated time at your Home Club based on that interest Home Club calendar. Additionally, your ownership provides you access to other Ritz Carlton Clubs through the Cobalt Travel Company, and includes the exchanges, wait list and per diem use. The Cobalt Travel Company is the entity that manages the reservation process for the Home Club system. Tying back to our previous discussion about Kapalua and Abaco, the removal of these two Clubs from the Ritz Carlton Club system will not change your ability to use Home Club fractional interest through the Cobalt Travel Company or your access to other participating Clubs.

Here's what will change. These two Clubs will no longer be available for exchange, wait list or the per diem program. Additional benefits of your membership have not changed as well. Specifically, the onsite management of all Ritz Carlton Clubs will continue to be delivered by the Ritz Carlton Hotel Company. The Club's Member Services continue to be provided by our dedicated Ritz Carlton Club Member Services group. Use of the hotel reservation service also remains available subject, as you know, to annual approval by the Ritz Carlton Hotel Company as has been true since inception.

Given your recent questions, I believe it's valuable to provide you a more detailed review of the The Lion & Crown Travel Company and the recent changes we have communicated. In order to manage affiliations with outside entities, we created the The Lion & Crown Travel Company. Membership in the The Lion & Crown Travel Company is, and has always been, completely optional for our Members. If you do not wish to participate in the travel and exchange options provided through Lion & Crown, you simply do not have to enroll in the program. Should you choose to participate in the program, there is no cost to you to enroll, nor is there any ongoing annual cost of membership at this time. It's completely voluntary.

As we let you know, the affiliation with Abercrombie & Kent, was our first affiliation between the Ritz Carlton Club system and an outside company. Unfortunately, as Abercrombie & Kent increased the level of restrictions applied to the use of their inventory, access by Ritz Carlton Club Members became significantly limited to the point where it was unacceptable. Therefore, our affiliation agreement with Abercrombie & Kent will end at the close of 2012.

We recently let you know of a new affiliation between Lion & Crown and the Marriott Vacation Club Destination Exchange Company. This means that Ritz Carlton Club Members who voluntarily enroll in Lion & Crown will have the additional option to take advantage of many of the vacation experiences that are available to Marriott Vacation Club owners. The Ritz Carlton Club Members who enroll will also have access to any usage options that will be created through future affiliations between the Lion &

SF, AH, LT

RCDC013123

Crown Travel Company and others. Members may decide if they would like to use the Marriott Vacation Club portfolio of resorts; again, the choice is yours.

If you would enjoy access to destinations not presently available through the Ritz Carlton Club, then enrollment in Lion & Crown will enable you to enjoy vacation experiences in destinations that include: Marbella, Spain, Newport Coast, California, Oahu, Hawaii, and many more. Starting in 2013, you will have the annual choice to deposit some or all of the weeks you own into Lion & Crown. In addition to access to Marriott Vacation Club locations, those who choose to enroll in exchange through the Lion & Crown will have access to hundreds of vacation experiences through the Marriott Vacation Club Destination Exchange Program's Explore Collection, including: cruises, African Safaris, and other adventure travel. During the upcoming fourth quarter, we plan to add luxury tier options within the Explore Collection; including new six-star cruises, accommodations in select Ritz Carlton Hotels and Resorts, access to premier events and more. Currently, our plans also include new Lion & Crown affiliations that are exclusive to the Ritz Carlton Club Members, with an initial focus on private vacation homes exchange.

I hope this has helped you—I hope this has helped give you a better overview of the upcoming changes.

Over the last few weeks, we have received a number of questions from Members. As you might imagine, there were a number of common themes that emerged from the individual questions posed. I will spend the remainder of our call addressing common themes. My goal is to address the concerns that had been raised and correct the misinformation that exists by providing greater detail in the areas that we believe have caused you, the Members, the greatest concern. There were also a number of questions that were specific to an individual Member. For those, our team will respond directly to the Member. Additionally, we will post a list of frequently asked questions and their corresponding answer to the Member website by the end of the week. So let's get started.

Members have asked whether we plan to sell our developer-owned Ritz Carlton Club inventory through the Marriott Vacation Club Points Program. The answer is yes. As Steve mentioned earlier, we still own a significant amount of the inventory across the Ritz Carlton Club system. We currently project that for 2012 alone we will contribute in excess of $11 million in annual boost (ph) to the Clubs where we own inventory. As we have stated in recent public filings, we intend to sell our remaining unsold Ritz Carlton Club inventory through our Marriott Vacation Club Points Program to the greatest extent possible.

With current market conditions as a backdrop, we considered a number of options, including: liquidated pricing, bulk sale of inventory, transfer to

SF, AH, LT

RCDC013124

Marriott Vacation Club, and others. Given the current state of the luxury fractional market and the markets unlikely recovery in the near term, selling this inventory through the Marriott Vacation Club Program relieves a significant financial burden of this unsold inventory in a balanced way considering the possible impacts to all our Members and owners. Doing so will also create mobility between clubs for those Ritz Carlton Club Members who choose to participate in Lion & Crown on a value-for-value basis, with exchange denominated in points. Ritz Carlton Club Members will continue to be able to participate in Home Club exchange on a time-for-time basis through the Cobalt Travel Company.

We've been asked if affiliation of Lion & Crown with the Marriott Vacation Club Program will further limit Member access to space available inventory. The answer to that question is no. Affiliation has no impact on per diem, as Members can only exchange allocated time. With regard to future Home Club interest at existing clubs, which will be sold through the Marriott Vacation Club Points Program, after considering all factors, we have determined that these interests will not be eligible for per diem usage by Marriott Vacation Club owners. The net result is that the Ritz Carlton Home Club Members' access to space available time will indeed change. It will change for the better. Simply stated, this group of Members will have access to the overwhelming majority of the space available time across the system while only owning approximately 75% of the inventory as a group.

Several Members had questions regarding Ritz Carlton Rewards and the opportunity for Members to earn elite night credits for stays at Ritz Carlton Clubs utilizing your allocated time. As you know, the Ritz Carlton Rewards Program is owned and managed by Marriott International; and therefore, any changes to the program must be approved by them. We have begun discussions with Marriott International concerning this issue and are hopeful that we will be able to get to a positive outcome for all involved. We will follow up with you on this issue in the future as our discussions progress.

One of the most frequently asked questions relates to how the affiliation with Marriott Vacation Club Program impacts the value of your Ritz Carlton Club membership. Allow me to address your concerns by first explaining how the point levels were accessed through the Ritz Carlton Club inventory are determined, and then, by comparing the cost to acquire the number of points necessary to obtain the same access.

Let me step back and tell you how we approached inclusion of the Ritz Carlton Club inventory into the Marriott Vacation Club system. We set the required point levels with many objective factors in mind; factors such as seasonality, size of residence, number of bedrooms, the desirability or strength of the market, location within the market, level of service, access to onsite and market-driven amenities, and more, have been considered

when determining the point values associated with each week within the Ritz Carlton Club system. These factors were favorable for the—our Ritz Carlton Clubs and the point values when compared to similar Marriott Vacation Club Resorts represent a significant premium. It is impossible for us to review all point levels on the call today. So point charts for all Ritz Carlton Clubs will be available for your reference soon. The information relative to how to access these charts will be distributed shortly.

Some Members were concerned that the cost to access the Ritz Carlton Club inventory would be diminished by the affiliation with the Marriott Vacation Club Destination Program. To make this as understandable as possible, we have created an illustration now displayed on your screen. For those of you who don't have access to the accompanying slides, let me describe two examples as a point of reference.

The first property listed is St. Thomas Suites. A typical interest in St. Thomas consists of two weeks in the winter and one week in the summer. The most recent developer price for this inventory was $90,000. If you've purchased the number of Marriott Vacation Club Points necessary to access two weeks in the winter and one week in the summer, it would cost you over $135,000; a premium of 50%.

The second property listed is Aspen. A typical interest in Aspen consists of two weeks in the winter, one week in the summer and one week of floating time. The most recent developer price for this inventory was $168,000. If you've purchased the number of Marriott Vacation Club Points necessary to access the identical time, it would cost you over $220,000; a premium of 31%.

Looking at the remaining Clubs represented on this chart, the price premium required to purchase this inventory would range from 33% to 158%. If I were in your place, I would wonder if you selected weeks to present a more favorable comparison from your Company's perspective. We actually took the opposite approach and were very conservative in our selection of weeks. For instance, we did not select any holiday weeks in the example. We believe this provides a balanced analysis.

So, as you can see, access to Ritz Carlton Club inventory will continue to require a significant financial commitment.

We received several different questions regarding resales. As some of you know, the Ritz Carlton Club is no longer providing assistance for Members who are interested in selling their Home Club interest. However, Members may list their Home Club interest through third party brokers.

|  | |
|---|---|
|  | On a related note, many of you have enquired if Members who purchase externally will be eligible for the new affiliation opportunity.  We will consider reviewing this, but at the present time, memberships purchased externally are not eligible for affiliation.  Keeping the two product (ph) forms (ph) separate allows potential buyers to choose between a Home Club membership, which will be available on the external market and will include allocated time, access to per diem, and the hotel reservation service, or, a points-based ownership, which provides more flexible reservation options, Marriott Vacation Club properties, and other vacation experiences. |
|  | With this, we have now covered the themes we heard from you when you provided us your recent thoughts.  Personally, I find your insights and feedback to be extremely helpful.  While in these uncertain times as we think about the future direction of the Ritz Carlton Club, your feedback is very important to us.  We remain steadfast in our commitment to deliver wonderful vacation experiences for you and your families. |
|  | I believe this wraps up our update and we want to thank you again for your participation on our call today.  We will be sending out an email tomorrow with a link to today's recording and a mechanism to provide additional feedback.  Thank you very much. |
| Operator: | Ladies and gentlemen, this concludes the conference call.  Thank you for your time and participation.  Have an enjoyable remainder of the week.  You may now disconnect. |

END