# EXHIBIT E

Lee Cunningham - November 10, 2017

```
 1    RCHFU, LLC,  et al.,
            Plaintiffs,
 2                            United States District Court
      v.                      District of Colorado
 3                            No.  1:16-cv-09390
      MARRIOTT VACATIONS WORLDWIDE
 4    CORPORATION, et al.,
            Defendants,
 5    _____/
 6    REISER, et al.,
            Plaintiffs,       Eastern District of California
 7    v.                      No. 2:16-cv-00237-MCE-CKD
 8
      MARRIOTT VACATIONS WORLDWIDE
 9    CORPORATION, et al,
            Defendants,
10    _____/
11    PETRICK, et al.,
            Plaintiffs,
12                            San Francisco County
13    vs.                     No. CGC-15-54897
      MARRIOTT VACATION WORLDWIDE
14    CORPORATION, et al.,
15          Defendants.
16    _____/
17
18              VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
19         VOLUME I, commencing between 9:03 a.m.-5:05 p.m.,
20         on Friday, November 10, 2017 Taken on Behalf of
           the Plaintiffs before Lisa Gerlach, Court Reporter,
21         Notary Public in and for the State of Florida at
22         Large, pursuant to Plaintiffs' Notice of Taking
23         Deposition in the above cause.
24
      Job No. 2733753
25    PAGES 1 - 269

                                              Page  1
```

Lee Cunningham - November 10, 2017

1    strike that.

2          Who actually made the decision in 2012, July

3    of 2012, to announce the announcement on July 17, 2012

4    signed by Eveleen Babich, as the general manager of

5    Cobalt, announcing the new affiliation with Marriott

6    Vacation Club, or the proposed affiliation?  Who made

7    that decision to --

8          A.   The ultimate -- sorry.

9          Q.   Go ahead.

10         A.   The ultimate decision was mine.

11         Q.   So you made the decision to evolve the brand,

12   to use the parlance of that July 17, 2012 letter?

13         A.   The decision was to -- yeah -- to use that

14   language, that would be true.  It was my decision to

15   announce the affiliation with Marriott Vacation Club

16   Destinations.

17         Q.   And not just the decision to announce, but

18   who made the decision to actually do it, to propose

19   it -- you?

20         A.   I was the final decision maker.

21         Q.   But wasn't Steve Weisz at all involved in

22   that?

23         A.   I'm certain we consulted with Steve, but it

24   was my decision.

25         Q.   Did you consult with anybody else before

                                          Page 144