

# MATTHEW C. FERGUSON
LAW FIRM

November 27, 2017

**MATTHEW C. FERGUSON**
matt@matthewfergusonlaw.com

*VIA* E-MAIL AND MAIL
Ian S. Marx, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, New Jersey 07932-0677

Re: **RCHFU, LLC,** *et al.* **v. Marriot Vacations Worldwide,** *et al.***: Case No: 1:16-cv-01301-PAB**

Dear Ian:

I am writing to confirm that Plaintiffs will not proceed with appearing in Orlando, Florida for the deposition of Stephen Weisz on November 29, 2017, which was noticed by us provisionally. You have informed us that Mr. Weisz would not be produced.

The Marriott Defendants believe that they have grounds to oppose Plaintiffs' deposition of Mr. Weisz. To the end, the law and procedural posture is for your clients to move for a protective order. While the court's recent order provides the parties with additional time, Plaintiffs must press for resolution of this issue and do not want it to linger. We are willing to push the deposition until December 29, 2017, and will notice it for that day. In reality, as the Marriott Defendants will be moving for protection against this discovery, the date of the deposition will fix the motion practice schedule.

As you know, we will require a trip to Orlando soon to conduct the depositions of Lani Kane-Hanan and Nathan Guikema (SFO). You are looking into those dates.

Mike Reiser will be conducting the deposition of Phil Gosch and it is set to commence on December 1, 2017, at 9:00 am. Mike confirmed that his estimate is 3-5 hours, but it is an estimate.

Very truly yours,

Matthew C. Ferguson

cc: Michael J. Reiser, Esq. (*via* e-mail)
    Michael L. Schrag, Esq. (*via* e-mail)

A PROFESSIONAL CORPORATION | ATTORNEYS AT LAW
119 South Spring Street, Suite 201 | Aspen, Colorado 81611 | 970.925.6288 office | 970.925.2273 fax
WWW.MATTHEWFERGUSONLAW.COM

Letter to Ian S. Marx, Esq.
November 27, 2017
Page 2 of 2

    Tyler R. Meade, Esq. (*via* e-mail)
    Linda Lam, Esq. (*via* e-mail)
    Daniel F. Shea, Esq. (*via* e-mail)
    Jessica Livingston Black, Esq. (*via* e-mail)

4811-0882-5175, v. 1