IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

## DECLARATION OF MICHAEL SCHRAG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF STEPHEN P. WEISZ

I, Michael Schrag, declare as follows:

1. I am a member in good standing of the California bar, and am admitted to practice in the present court. I am an attorney at Gibbs Law Group LLP, and am counsel of record for Plaintiffs in the above-titled action.

2. I submit this declaration in support of Plaintiffs' Opposition to the Marriott Defendants' Motion for Protective Order Precluding the Deposition of Stephen P. Weisz.

3. Attached as Exhibit A is a true and correct copy of the transcript of the August 28, 2012 Ritz Carlton Club Member Update ("Webinar").

4. Attached as Exhibit B is a true and correct copy of the relevant pages of the deposition of Lee Cunningham.

5. Attached as Exhibit C is a true and correct copy of the relevant pages of the Aspen Highlands Offering Plan, dated May 1, 2000.

6. Attached as Exhibit D is a true and correct copy of The Cobalt Travel Company, LLC's "Schedule of Key Operating Statistics," dated December 31, 2011.

7. Attached as Exhibit E is a true and correct copy of the relevant pages of the deposition of Michael Mullenix.

8. Attached as Exhibit F is a true and correct copy of a November 6, 2012 e-mail from Michael Mullenix to John Doyle, Sal Cutrona, Jay Neveloff, and David Oestrich (at Bates nos. AHCA00011170-71).

9. Attached as Exhibit G is a true and correct copy of a November 21, 2012 letter from Philip Gosch.

10. Attached as Exhibit H is a true and correct copy of an August 27, 2012 letter from Juan Pablo Cappello.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2018 in Oakland, California.

_____
Michael Schrag