# EXHIBIT B

Lee Cunningham - November 10, 2017

```
 1   RCHFU, LLC,  et al.,
         Plaintiffs,
 2                              United States District Court
     v.                         District of Colorado
 3                              No.  1:16-cv-09390
     MARRIOTT VACATIONS WORLDWIDE
 4   CORPORATION, et al.,
         Defendants,
 5   _____/
 6   REISER, et al.,
         Plaintiffs,       Eastern District of California
 7   v.                    No. 2:16-cv-00237-MCE-CKD
 8
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al,
         Defendants,
10   _____/
11   PETRICK, et al.,
         Plaintiffs,
12                              San Francisco County
13   vs.                    No. CGC-15-54897
     MARRIOTT VACATION WORLDWIDE
14   CORPORATION, et al.,
15       Defendants.
16   _____/
17
18            VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
19       VOLUME I, commencing between 9:03 a.m.-5:05 p.m.,
20       on Friday, November 10, 2017 Taken on Behalf of
         the Plaintiffs before Lisa Gerlach, Court Reporter,
21       Notary Public in and for the State of Florida at
22       Large, pursuant to Plaintiffs' Notice of Taking
23       Deposition in the above cause.
24
     Job No. 2733753
25   PAGES 1 - 269
```

Page 1

Lee Cunningham - November 10, 2017

```
 1    Appearances:

 2

 3    Counsel for the Plaintiffs:

 4            The Matthew C. Ferguson Law Firm, PC

 5            BY: MATTHEW C. FERGUSON, ESQUIRE

 6            119 South Spring, Suite 201

 7            Aspen, CO 81611

 8            matt@matthewfergusonlaw.com

 9

10            Reiser Law, PC

11            BY: MICHAEL S. REISER, ESQUIRE

12                ISABELLA MARTINEZ, ESQUIRE

13                MATTHEW REISER, ESQUIRE

14            1475 Broadway, Suite 300

15            Walnut Creek, CA 94596

16            michael@reiserlaw.com

17            isabella@reiserlaw.com

18            matthew@reiserlaw.com

19

20

21

22

23

24

25
```

Page 2

Lee Cunningham - November 10, 2017

```
 1   Appearances:
 2
 3   For the Defendant Marriott:
 4         Greenberg Traurig, LLP
 5         BY: PHILIP SELLINGER, ESQUIRE
 6             IAN S. MARX, ESQUIRE
 7         500 Campus Drive, Suite 400
 8         Florham Park, NJ 07932-0677
 9         sellingerp@gtlaw.com
10         marxi@gtlaw.co
11
           Marriott Vacations Worldwide
12         BY: DOUGLAS A. KELLY, ESQUIRE
13             MARK NAGLE, ESQUIRE
14         6649 Westwood Boulevard
15         Orlando, FL 32821
16         douglas.kelly@mvwc.com
17         mark.nagle@mvwc.com
18
19   For the Defendant Aspen Highlands
20   Condominium Association:
21         Hogan Lovells
22         BY: JESSICA BLACK LIVINGSTON, ESQUIRE
23         1601 Wewatta Street, Suite 900
24         Denver, CO 80202
25         jessica.livingston@hoganlovells.com
```

Page 3

```
 1        Q.  Phone or you walk upstairs?
 2        A.  That's correct.
 3        Q.  Is there any type of other internal
 4   communication; for example, a Marriott Vacation
 5   Worldwide internal e-mail system or texting system?
 6        A.  There's an e-mail system.
 7        Q.  Okay.  So it would be by e-mail on your MVW
 8   e-mail?
 9            MR. SELLINGER:  Objection.  What would be
10        by e-mail?
11            MR. FERGUSON:  Communications.
12            MR. SELLINGER:  Generally --
13            MR. FERGUSON:  With Mr. Weisz.
14            MR. SELLINGER:  So let's have a
15        specific --
16            MR. FERGUSON:  Well, I'm talking about
17        Mr. Weisz, Mr. Sellinger --
18        A.  Well, I communicate with Mr. Weisz via
19   e-mail, telephone, in person, and meetings settings.
20   BY MR. FERGUSON:
21        Q.  How many meetings were you with -- were you
22   at where Mr. Weisz attended with anyone -- any officer
23   from a Ritz-Carlton club?
24        A.  An officer from a Ritz-Carlton?
25        Q.  For example, Randy Mercer.
```

Page 17

```
 1        A.  I don't believe I've been in a meeting with
 2   Randy Merer and Steve Weisz.
 3        Q.  How about any of the HOA officers from the
 4   St. Thomas property?
 5        A.  No.
 6        Q.  San Francisco?
 7        A.  No.
 8        Q.  Tahoe?
 9        A.  No.
10        Q.  How about Bachelor Gulch, Colorado?
11        A.  I have had a meeting with Steve --
12   Mr. Weisz -- and Mr. Mullinex.
13        Q.  Okay.  Was there anybody else there?
14        A.  Yes.  Jo-Ann Perfido, I believe, is her name.
15   She's also a member of the board in Bachelor Gulch.
16        Q.  How many in-person meetings were there with
17   people from Bachelor Gulch that Mr. Weisz attended;
18   was it one or was there another one?
19        A.  One.
20        Q.  Where was that meeting, sir?
21        A.  In our offices in Orlando.
22        Q.  Did you arrange that meeting?
23        A.  I coordinated it with Mr. Mullenix.
24        Q.  Had Mr. Mullenix reached out first to someone
25   from Marriott International in connection with setting
```

Page 18

```
 1   up a meeting with you and Mr. Weisz?
 2        A.   Not to my knowledge.
 3        Q.   And was that meeting arranged by you and
 4   Mr. Mullenix well in advance, or was it something that
 5   occurred on the spur of the moment?
 6        A.   Depends on your definition of well in
 7   advance.  It was several weeks in advance.
 8        Q.   Mr. Weisz didn't really want to attend that
 9   meeting, did he?
10        A.   He was certainly interested in being there,
11   or else he wouldn't have been there.
12        Q.   Besides the two of you and the two of them,
13   was there anyone else in attendance -- counsel, any
14   other officers or directors?
15        A.   No.
16        Q.   What was discussed at that meeting?
17        A.   The discussion was around the continued
18   management of the Bachelor Gulch Ritz-Carlton
19   property.
20        Q.   Was there any discussion about affiliating
21   with the Marriott Vacation Worldwide system?
22        A.   Yes.
23        Q.   Was it in 2012?
24        A.   I believe that's correct.
25        Q.   Do you recall what month?
```

Page 19

```
 1   strike that.
 2           Who actually made the decision in 2012, July
 3   of 2012, to announce the announcement on July 17, 2012
 4   signed by Eveleen Babich, as the general manager of
 5   Cobalt, announcing the new affiliation with Marriott
 6   Vacation Club, or the proposed affiliation?  Who made
 7   that decision to --
 8       A.  The ultimate -- sorry.
 9       Q.  Go ahead.
10       A.  The ultimate decision was mine.
11       Q.  So you made the decision to evolve the brand,
12   to use the parlance of that July 17, 2012 letter?
13       A.  The decision was to -- yeah -- to use that
14   language, that would be true.  It was my decision to
15   announce the affiliation with Marriott Vacation Club
16   Destinations.
17       Q.  And not just the decision to announce, but
18   who made the decision to actually do it, to propose
19   it -- you?
20       A.  I was the final decision maker.
21       Q.  But wasn't Steve Weisz at all involved in
22   that?
23       A.  I'm certain we consulted with Steve, but it
24   was my decision.
25       Q.  Did you consult with anybody else before
```

Page 144

```
 1        A.  Yes, that's correct.
 2        Q.  Exhibit 1090.  This is probably out of order,
 3   because it looks like Ms. Clark assisted you in
 4   writing this -- communicating to Mr. Neveloff -- and
 5   you would have made some changes, I guess, before it
 6   went out?
 7        A.  Potentially.
 8        Q.  We're not going to redline that here.
 9            Exhibit 1124 is a two-page letter dated
10   November 5, 2012, from Ritz-Carlton Club, Bachelor
11   Gulch Condominium Association, and it's from
12   Mr. Mullinex, the president of that association, to
13   you and Mr. Weisz.
14            Are you with me?
15        A.  Yes.
16        Q.  It talks about the proposed affiliation
17   between that property, Bachelor Gulch, and Lion &
18   Crown.
19            You said, "I'm writing on behalf of the board
20   of directors to continue our dialogue about the
21   proposed affiliation."  And you're talking about the
22   meeting having been, I think on the second paragraph,
23   a face-to-face meeting September 19, 2012 in Orlando.
24            Is that the meeting we were talking about
25   with Ms. Perfido and you and Mr. Weisz?
```

Page 177

```
 1          A.   That's correct.
 2          Q.   In the third paragraph, you said, "He
 3   explained to you during the meeting that at least they
 4   believe that affiliating Lion & Crown with his club
 5   will depress the already low values of the residence
 6   interests."
 7               Is that something you discussed in that
 8   meeting with Mr. Weisz and Ms. Perfido?  Do you recall
 9   that?
10          A.   Yes.
11          Q.   Did you respond to that concern at that
12   meeting, if you recall?
13          A.   I don't recall.
14          Q.   He said at the end of that paragraph
15   "Perhaps, most importantly, the board has heard from a
16   significant portion of the club's membership that they
17   overwhelmingly oppose affiliation with Lion & Crown
18   for a number of reasons."
19               And, eventually, I take it, you recall that
20   he held a -- his board held a board vote first to exit
21   the Ritz-Carlton brand?
22          A.   Yes.
23          Q.   Then he put that to a membership vote of all
24   his members?
25          A.   That's correct.
```

```
 1                CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF ORANGE
 5
 6             I, Lisa Gerlach, Court Reporter, do hereby
 7   certify that I was authorized to and did
 8   stenographically report the foregoing deposition; and
 9   that the transcript is a true and correct
10   transcription of the testimony given by the witness.
11             I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorney or counsel connected with the action, nor am
15   I financially interested in the action.
16             Dated this 18th day of November, 2017.
17
18
19
20
21
22
23
24        _____
25           Lisa Gerlach, Court Reporter
```

Page 269

```
 1   RCHFU, LLC, et al.,        United States District Court
 2        Plaintiffs,           District of Colorado:
 3   v.                         No. 1:16-cv-09390
 4   MARRIOTT VACATIONS WORLDWIDE
 5   CORPORATION, et al.,
          Defendants,
 6   _____/
     REISER, et al.,
 7        Plaintiffs,           Eastern District of California
 8   v.                         No. 2:16-cv-00237-MCE-CKD
 9   MARRIOTT VACATIONS WORLDWIDE
10   CORPORATION, et al,
          Defendants,
11   _____/
12   PETRICK, et al.,
13        Plaintiffs,           San Francisco County
     vs.                        No. CGC-15-54897
14   MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16        Defendants.
     _____/
17        CONTINUED VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
18   VOLUME II, taken at 450 South Orange Avenue, Suite 650,
19   Orlando, Florida, commencing between 2:06 p.m.-7:27 p.m.,
20   Wednesday, November 15, 2017, before Lisa Gerlach, Court
21   Reporter, Notary Public in and for the State of Florida
22   at Large.
23
24   JOB No. 2733762
25   PAGES 270-479
```

Page 270

```
 1   Appearances:
 2
 3   Counsel for the Plaintiffs:
 4
 5       BY: MATTHEW C. FERGUSON, ESQUIRE
 6       The Matthew C. Ferguson Law Firm, PC
 7       119 South Spring, Suite 201
 8       Aspen, CO 81611
 9       matt@matthewfergusonlaw.com
10
11       BY: MICHAEL J. REISER, SR., ESQUIRE
12           ISABELLA MARTINEZ, ESQUIRE
13           MATTHEW REISER, ESQUIRE
14       Reiser Law, PC
15       1475 Broadway, Suite 300
16       Walnut Creek, CA 94596
17       michael@reiserlaw.com
18       isabella@reiserlaw.com
19       matthew@reiserlaw.com
20
21       BY: TYLER MEADE, ESQUIRE
22       The Meade Firm, PC
23       1816 Fifth Street
24       Berkeley, CA 94710
25       tyler@meadefirm.com
```

Page 271

```
 1    Appearances:

 2

 3    For the Defendant Marriott:

 4

 5        BY: PHILIP SELLINGER, ESQUIRE

 6            IAN S. MARX, ESQUIRE

 7        Greenberg Traurig, LLP

 8        500 Campus Drive, Suite 400

 9        Florham Park, NJ 07932-0677

10        sellingerp@gtlaw.com

11        marxi@gtlaw.com

12

13        BY: DOUGLAS A. KELLY, ESQUIRE

14        Marriott Vacations Worldwide

15        6649 Westwood Boulevard

16        Orlando, FL 32821

17        douglas.kelly@mvwc.com

18

19

20

21

22

23

24

25
```

Page 272

```
 1    Appearances:
 2
 3       For the Defendant Aspen Highlands
 4       Condominium Association:
 5
 6           BY: JESSICA BLACK LIVINGSTON, ESQUIRE
 7           Hogan Lovells
 8           1601 Wewatta Street, Suite 900
 9           Denver, CO 80202
10           jessica.livingston@hoganlovells.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 273

```
 1   BY MR. REISER:
 2        Q.  Fall of 2012.
 3        A.  '12.  A survey -- I'm trying to remember
 4   when -- the survey we spoke about previously.
 5        Q.  Let me remind you of the key dates.  July 17,
 6   2012 is when the initial announcement went out about
 7   a proposed --
 8        A.  I understand.
 9        Q.  April 24th -- around there -- you sent
10   another e-mail out to try to clarify the proposal.
11            You remember that date; right?
12        A.  Yes.
13        Q.  And you remember a webinar taking place on
14   August 30th?
15        A.  Yes.
16        Q.  Where you and Mr. Weisz answered questions by
17   the membership?
18        A.  Yes.
19        Q.  Do you remember, around that time, asking
20   members to respond to their sentiment on whether there
21   affiliation was wanted by the members?
22        A.  I remember, in advance of the webinar, asking
23   for questions and so forth.  I don't recall that exact
24   survey, unless that was the one that we were looking
25   at earlier.  I'm still fuzzy on the date.
```

Page 363

```
 1   Company.
 2       Q.   I'm going to show you Exhibit 1511.  It
 3   actually lists out the officers of the Ritz-Carlton
 4   Development Company.
 5            See if this refreshes your recollection as to
 6   any other officers of the Ritz-Carlton Development
 7   Company.
 8       A.   Okay.
 9       Q.   Does that refresh your recollection that
10   Steve Weisz is the president of the Ritz-Carlton
11   Development Company?
12       A.   Yes.
13       Q.   Does this refresh your recollection as to
14   whether Stephen Weisz is also the president of the
15   Ritz-Carlton Management Company?
16       A.   It doesn't.
17       Q.   So in -- going back to Tahoe -- in 2011, when
18   you took over, the sale had not yet happened at JMA.
19   True?
20       A.   That's correct.
21       Q.   And after you became vice president of the
22   Ritz-Carlton Development Company, the sale closed to
23   JMA -- the 17 units?
24       A.   As of -- this says, as of December 31st, I
25   would've have been an officer.  I don't recall exactly
```

Page 404

```
 1   BY MR. FERGUSON:
 2        Q.  Can you take a look at Exhibit 1356?  This is
 3   a document called "Marriott Vacation Worldwide --
 4   Vacations Worldwide -- Strategic Council, February 20,
 5   2014."
 6            What is the strategic council?
 7        A.  It is a meeting of the executive leaders of
 8   our company that occurs roughly once a month.  At this
 9   time, once every four weeks.
10        Q.  Who is on the strategic council or is it a
11   big group?
12        A.  It's executive officers of our company, so
13   it's Steve Weisz, John Geller, Jim Hunter, myself,
14   Brian Miller, Lani Kane-Hanan, Cliff Delorey, Dwight
15   Smith, Mike Yonker.
16        Q.  Would Sobeck be in that group?
17        A.  No.
18        Q.  Do you have anything to do with evaluating --
19   like, a review of employees?  For example, Ms. Sobeck,
20   do you review her performance at the end of the year
21   as part of a process?
22        A.  Yes.
23        Q.  Do you recall whether or not she had as a
24   goal for 2013 to affiliate all four clubs?
25        A.  I'm sorry.  What year?
```

Page 436

```
 1                CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA
 4    COUNTY OF ORANGE
 5
 6            I, Lisa Gerlach, Court Reporter, do hereby
 7    certify that I was authorized to and did
 8    stenographically report the foregoing deposition; and
 9    that the transcript is a true and correct
10    transcription of the testimony given by the witness.
11            I further certify that I am not a relative,
12    employee, attorney or counsel of any of the parties,
13    nor am I a relative or employee of any of the parties'
14    attorney or counsel connected with the action, nor am
15    I financially interested in the action.
16            Dated this 4th day of December, 2017.
17
18
19            [signature: Lisa Gerlach]
20            Lisa Gerlach, Court Reporter
21
22
23
24
25
```

Page 479