# EXHIBIT C

5

# ASPEN HIGHLANDS

CONTRACTS TO PURCHASE FRACTIONAL OWNERSHIP INTERESTS UNDER THIS OFFERING PLAN MAY BE CANCELLED BY THE PURCHASER WITHIN TEN (10) DAYS OF CONTRACT EXECUTION. SEE PAGE 1.

FRACTIONAL OWNERSHIP INTEREST OFFERING PLAN
THE RITZ-CARLTON DEVELOPMENT COMPANY, INC.
THE RITZ-CARLTON CLUB
ASPEN HIGHLANDS VILLAGE
76 PROSPECTOR ROAD
ASPEN, COLORADO 81611

The amount of the offering is in excess of Twenty Million Dollars ($20,000,000). The Property which is the subject of this offering is to be constructed throughout three (3) buildings containing a maximum of seventy-three (73) Tourist Accommodation Units and eight hundred seventy-six (876) Fractional Ownership Interests (see Section 1 in Part 1).

**Name and Address of Sponsor:**

THE RITZ-CARLTON DEVELOPMENT COMPANY, INC.
6649 WESTWOOD BOULEVARD, SUITE 500
ORLANDO, FLORIDA 32821

**Name and Address of Selling Agent:**

THE RITZ-CARLTON SALES COMPANY, INC.
6649 WESTWOOD BOULEVARD, SUITE 500
ORLANDO, FLORIDA 32821

Date of the Offering Plan: May 1, 2000

This plan may not be used after May 1, 2001 unless extended by amendment.

THIS OFFERING INVOLVES A HIGH DEGREE OF RISK. SEE PAGE 2 FOR A DISCUSSION OF RISK FACTORS.

PURCHASERS UNDER THIS OFFERING ARE REQUIRED TO BECOME MEMBERS OF THE ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION AND THE MEMBERSHIP PROGRAM, AS EACH IS MORE FULLY DISCUSSED IN THIS OFFERING PLAN.

THIS OFFERING PLAN IS THE ENTIRE OFFER TO SELL THESE FRACTIONAL OWNERSHIP INTERESTS. NEW YORK LAW REQUIRES THE SPONSOR TO DISCLOSE ALL MATERIAL INFORMATION IN THIS PLAN AND TO FILE THIS PLAN WITH THE NEW YORK STATE DEPARTMENT OF LAW PRIOR TO SELLING OR OFFERING TO SELL ANY FRACTIONAL OWNERSHIP INTERESTS. FILING WITH THE DEPARTMENT OF LAW DOES NOT MEAN THAT THE DEPARTMENT OR ANY OTHER GOVERNMENT AGENCY HAS APPROVED THIS OFFERING.

Buchanan000043

In the case of Reserved Allocation, an Owner need only confirm his or her intended usage with the Program Manager. Unreserved Allocation may be requested by Owners, and the Program Manager will attempt to satisfy such requests, on a space available basis. In this latter case, a requesting Owner should be able to secure some usage of a Residence, but not necessarily his or her first choice of a possible usage opportunity. As discussed above, in order to exchange a Use Period, an Owner must first confirm or secure a Use Period (to use in the exchange) with or from the Program Manager.

In addition to Reserved and Unreserved Allocation, Residences may occasionally be available on a "space available" basis. Such available usage would be supplemental to both Reserved Allocation usage and Unreserved Allocation usage and would require the payment of a per diem fee by the Member. Space Available usage will be accommodated on a "first-come, first served" basis.

In the event a Member desires to cancel a confirmed reservation for use of a Residence, the cancellation must be received by the Program Manager at least fourteen (14) days prior to the scheduled first day of occupancy. A cancellation not received during that time may result in the assessment of a cancellation fee and/or loss of the opportunity to reserve alternate usage.

All Purchasers are encouraged to review the Reservation Procedures set forth in Part II of this Offering Plan in order to more fully understand the rules and procedures to be followed in order to assure usage of his or her interest in a Residence, from year to year.

The "check-in/check out day" for each Use Period in each Residence could be any day of the week, as may be scheduled each year by the Program Manager. The check-in/check-out day for the initial Reserved Allocations is Saturday. The Program Manager may change the scheduled check-in/check-out day for any Residence during any year. There is no requirement that the check-in/check-out day be identical for each Residence or that any particular Residence have the identical check-in/check-out day each year or during any year, or that the mix of check-in/check-out days among all Residences be identical for each year or during any such year.

## 23. IDENTITY OF PARTIES

The Sponsor, The Ritz-Carlton Development Company, Inc. is a wholly owned subsidiary of Marriott Ownership Resorts, Inc. ("MORI") which, in turn, is a wholly owned subsidiary of Marriott International, Inc. ("MII"). Though the Sponsor is affiliated with The Ritz-Carlton Hotel Company, based in Atlanta, Georgia, it is a separate and distinct company. The Sponsor is a Delaware corporation authorized to do business in the State of Colorado and elsewhere. While the Sponsor is new to the vacation ownership industry, having been created on May 5, 1999, MORI has been a leading participant in the development and operation of fractional interest resorts since April,

Buchanan000128

1984. MORI developed and/or manages in excess of forty such resorts at this time. The principals of the Sponsor are Steve Weisz, President of the Sponsor and of MORI, Peter Watzka, Senior Vice President of each company, and Robert A. Phillips, Vice President of the Sponsor. Each of the principals is directly involved in this fractional interest offering and each has extensive experience within the lodging industry generally and the fractional interest business particularly. These principals are involved in directing the creation, marketing, operation and financing of the Plan of Fractional Ownership. Both Mr. Weisz and Mr. Watzka have been directly involved in similar capacities, on behalf of MORI, with respect to sites in Orlando, Florida, Hilton Head Island, South Carolina, Aruba, Boston, Massachusetts, Palm Desert, California, Hawaii and numerous other locations throughout the United States and Europe, many of which have been registered for sales and marketing with the New York State Department of Law.

The Selling Agent is The Ritz-Carlton Sales Company, Inc., a Delaware corporation which is a wholly owned subsidiary of the Sponsor. The Selling Agent is authorized to do business in Colorado, where it has an office at 419 East Hyman Avenue, Aspen, Colorado 81612. The main principals of the Selling Agent are the same as the primary principals of the Sponsor entity. It is anticipated that the Selling Agent will be involved in sales and marketing efforts for other Ritz-Carlton Club locations, when, and if, they are developed.

The Secretary of the State of New York is designated to receive service of process for the Sponsor.

Owners of Fractional Ownership Interests will manage the Property through an association of owners; referred to herein as the Association. The Association will delegate the day-to-day management and operation of the Residences and the facilities to The Ritz-Carlton Management Company, LLC, referred to herein as the Managing Agent. The Ritz-Carlton Management Company, LLC, is a wholly owned subsidiary of the Sponsor. While the agent will have an office at the Property, its principal place of business is at 6649 Westwood Boulevard, Suite 500, Orlando, Florida 32821. It is anticipated that the Managing Agent will perform similar services at other Ritz-Carlton Club locations as they are developed. While the Managing Agent entity is newly created, the individuals involved with the company, have extensive experience in the management and operation of resort properties. Stephen Bradley is the managing employee of The Ritz-Carlton Management Company. Mr. Bradley is also the managing employee of Marriott Resorts Hospitality Corporation, ("MRHC"), which is the corresponding management company involved with the operation of projects or resorts developed by MORI. MRHC shares the same corporate office location as the Managing Agent. The Managing Agent's responsibilities include, but are not limited to: (i) oversight of the management and maintenance of the Residences and Facilities; (ii) preparing a budget for the Association and assessing and collecting Club Dues and Assessments from each Member; (iii) the administration, management and operation of the reservation system of the Fractional Ownership Interest Plan; (iv) providing Members with an opportunity to review the Project Documents; and (v) keeping a record

Buchanan000129

of receipts and expenditures relating to the Fractional Ownership Interest Plan. Since the Managing Agent is an affiliate of the Sponsor, certain conflicts of interest may arise. For instance, since the Managing Agent must prepare a budget for the Association, it will be faced with making decisions on which items are properly allocable to the Fractional Ownership Interest Plan, and which are not properly allocable to such Plan. Managing Agent may delegate certain of its responsibilities to Marriott Hotel Services, Inc. ("MHSI"), or to MRHC, which are also related entities. If this occurs, MHSI or MRHC will also register and be known as "Managing Agent". MHSI's address is 10400 Fernwood Road, Bethesda, Maryland 20817.

As stated above, the improvements to the Property are being made by Hines Highlands Limited Partnership ("HHLP") pursuant to a contractual arrangement with the Sponsor. HHLP is obligated to complete construction of the Residences and the facilities on behalf of the Sponsor. HHLP is an international real estate firm. It was founded in 1957. It is a privately owned firm that controls a real estate portfolio of office, mixed-use, industrial, retail and residential properties as well as master-planned communities and land developments. Headquartered in Houston, Texas, Hines has major regional offices in New York, Chicago, Atlanta, Aspen, San Francisco and London as well as additional offices in 47 other U.S. cities and nine countries. The firm is one of the largest real estate organizations in the world with assets in excess of eight billion dollars. Hines is perhaps best known as the developer of landmark office buildings in major cities throughout the United States. A few of the firm's best known projects include: The Galleria, Transco Tower, Pennzoil Place, NationsBank Center in Houston; Five Hundred Boylston and Two Twenty Two Berkeley in Boston; 53rd At Third and 450 Lexington in New York; Columbia Square and Franklin Square in Washington, D.C.; 101 California and 343 Sansome in San Francisco; Three First National Plaza n Chicago; and One Ninety One Peachtree and Ravinia in Atlanta.

The Offering Plan was prepared by the Sponsor's corporate law department. Daniel B. Zanini is the attorney within that law department principally responsible for the preparation of the Offering Plan.

The architect of record employed by HHLP for the subject project is Kendall/Heaton Associates, Inc., having their principal office at 3050 Post Oak Boulevard, Suite 1000, Houston, Texas 77056. This firm prepared the Certification by Sponsor's Architect set forth as Exhibit 18 in Part II of this Offering Plan.

## 24. RESTRICTIONS ON SALES AND RENTALS

**THE SALE, RENTAL OR TRANSFER OF FRACTIONAL INTERESTS IS RESTRICTED OR CONTROLLED.**

In the event an Owner desires to sell, convey or transfer a Fractional Ownership Interest, and for so long as the Sponsor has Fractional Ownership Interests to sell in the Project, the Sponsor shall have the right of first refusal to purchase the Fractional

Buchanan000130

## SPONSOR'S CERTIFICATION

RE: The New York Offering Plan for The Ritz-Carlton Club, Aspen Highlands

We are the sponsor and the principals of sponsor of the offering plan for the captioned fractional ownership interest plan.

We understand that we have primary responsibility for compliance with the provisions of Article 23-A of the General Business Law, the regulations promulgated by the Department of Law in Part 24, and such other laws and regulations as may be applicable.

We have read the entire offering plan. We have investigated the facts set forth in the offering plan and the underlying facts. We have exercised due diligence to form a basis for this certification. We jointly and severally certify that the offering plan does, and that documents submitted hereafter by us which amend or supplement the offering plan will:

(1) Set forth the detailed terms of the transaction and be complete, current and accurate;

(2) Afford potential investors, purchasers and participants an adequate basis upon which to found their judgment;

(3) Not omit any material fact;

(4) Not contain any untrue statement of a material fact;

(5) Not contain any fraud, deception, concealment, suppression, false pretense or fictitious or pretended purchase or sale;

(6) Not contain any promise or representation as to the future which is beyond reasonable expectation or unwarranted by existing circumstances;

(7) Not contain any representation or statement which is false, where we: (i) knew the truth; (ii) with reasonable effort could have known the truth; (iii) made no reasonable effort to ascertain the truth; or (iv) did not have knowledge concerning the representation or statement made.

Buchanan000436

This certification is made under penalty of perjury for the benefit of all persons to whom this offer is made. We understand that violations are subject to the civil and criminal penalties of the General Business Law and Penal Law.

SPONSOR:
The Ritz-Carlton Development Company, Inc.

By: _____
Name:   Stephen P. Weisz
Title:   President
Date:   March 10, 2000

PRINCIPALS:

Name:   Stephen P. Weisz
Date:   March 10, 2000

Name:   Peter J. Watzka
Date:   March 10, 2000

Name:   Robert A. Phillips
Date:   March 10, 2000

STATE OF FLORIDA     )
                     )ss
COUNTY OF ORANGE     )

The foregoing instrument was sworn to and subscribed before me this 10th day of March, 2000 by Stephen P. Weisz, President of The Ritz-Carlton Development Company, Inc., a Delaware corporation, on behalf of the corporation. He is personally known to me.

(SEAL)

_____
Print Name:  Mary Helon Newman
Notary Public
My Commission Number: _____
My Commission Expires: _____

*Mary Helon Newman*
*My Commission CC736898*
*Expires April 26, 2002*