# **EXHIBIT D**

# The Cobalt Travel Company, LLC
(A Limited Liability Company and Wholly-Owned Subsidiary of The Ritz-Carlton Development Company, Inc.)

Schedule of Key Operating Statistics
December 31, 2011



EXHIBIT
1511
US D.Colo. 1:16-cv-01301

RCDC Sample11263

1511-0001

## Contents

| | |
|---|---:|
| Independent Accountant's Report | 1 |
| Schedule of Key Operating Statistics | 2 |
| Notes to Schedule of Key Operating Statistics | 3 – 4 |

RCDC Sample11264

1511-0002

**CONFIDENTIAL**



McGladrey LLP

### Independent Accountant's Report

To the Board of Directors
The Cobalt Travel Company, LLC
(A Limited Liability Company and Wholly-Owned Subsidiary of
    The Ritz-Carlton Development Company, Inc.)
Orlando, Florida

We have examined the accompanying schedule of key operating statistics of The Cobalt Travel Company, LLC as of and for the year ended December 31, 2011. The Cobalt Travel Company, LLC's management is responsible for the schedule of key operating statistics. Our responsibility is to express an opinion based on our examination.

Our examination was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants and, accordingly, included examining, on a test basis, evidence supporting the schedule of key operating statistics and performing such other procedures as we considered necessary in the circumstances. We believe our examination provides a reasonable basis for our opinion.

In our opinion, the schedule referred to above presents, in all material respects, the key operating statistics of The Cobalt Travel Company, LLC as of and for the year ended December 31, 2011, in accordance with the applicable Time Sharing Acts of the States of Connecticut, Florida, Georgia, Illinois, Massachusetts, Nevada, and North Carolina as described in Note 1 of the notes to schedule of key operating statistics.

*McGladrey LLP*

Orlando, Florida
May 9, 2012

1

Member of the RSM International network of independent accounting, tax and consulting firms.

RCDC Sample11265

1511-0003

The Cobalt Travel Company, LLC
(A Limited Liability Company and Wholly-Owned Subsidiary of The Ritz-Carlton Development Company, Inc.)

Schedule of Key Operating Statistics
As of and For the Year Ended December 31, 2011
See Independent Accountant's Report

|  | Number or Percentage |
|---|---|
| The number of purchasers enrolled in the exchange program as of December 31, 2011. | 3,782 |
| The number of accommodations and facilities that have affiliation agreements with the exchange program as of December 31, 2011. | 10 |
| The percentage of confirmed exchanges as of December 31, 2011, which is the number of exchanges confirmed by the exchange program divided by the number of exchanges properly applied for. | 96% |
| The number of time-share interests in weeks for which the exchange program has an outstanding obligation to provide an exchange to a purchaser who relinquished a time-share interest during the year ended December 31, 2011 in exchange for a time-share interest in any future year. | 175 |
| The number of exchanges confirmed by the exchange program during the year ended December 31, 2011. | 11,145 |

THE PERCENTAGE OF CONFIRMED EXCHANGES PRESENTED ABOVE IS A SUMMARY OF THE EXCHANGE REQUESTS ENTERED WITH THE EXCHANGE PROGRAM IN THE PERIOD REPORTED AND DOES NOT INDICATE THE PROBABILITY OF PURCHASERS BEING CONFIRMED TO ANY SPECIFIC CHOICE OR RANGE OF CHOICES, SINCE AVAILABILITY AT INDIVIDUAL LOCATIONS MAY VARY.

See Notes to Schedule of Key Operating Statistics.

RCDC Sample11266

1511-0004

CONFIDENTIAL

**The Cobalt Travel Company, LLC**
(A Limited Liability Company and Wholly-Owned Subsidiary of the Ritz-Carlton Development Company, Inc.)

Notes to Schedule of Key Operating Statistics
As of and For The Year Ended December 31, 2011
See Independent Accountant's Report

### Note 1.   Nature of Business and Basis of Presentation

**Nature of business:**  The Cobalt Travel Company, LLC (the "Company") is a Delaware Limited Liability Company and wholly-owned subsidiary of The Ritz-Carlton Development Company, Inc. and is an exchange company offering an exchange program and related travel benefits to owners of timeshare interests at resorts that are affiliated with the Company.

**Basis of presentation:**  The accompanying schedule of key operating statistics includes the exchange statistics of the Company and has been computed and disclosed in accordance with the following Time Sharing Acts:

- Connecticut, 812-12(9)
- Florida, Section 721.18 (1) (q) and (r)
- Georgia, Section 44-3-172. (a) (2) (Q) and (R)
- Illinois, Chapter 765, 101/5-30 (b) (17)
- Massachusetts, Chapter 183B: Section 53. (a) (17) and (18)
- Nevada, Section 119A.590 1. (o)
- North Carolina, Section 93 A-48(a) (17) and (18)

### Note 2.   Membership

Membership in the Company involves an annual fee.

### Note 3.   Exchange Requests

All exchanges are based on space and availability; therefore, the Company does not guarantee members will receive a specific exchange choice.

A request is properly applied for once a member's home time-share interest is deposited in exchange for a time-share interest at another affiliated resort.  Ninety-six percent (96%) of requests that had been properly applied for were confirmed as of December 31, 2011.

### Note 4.   Outstanding Obligations

During the year ended December 31, 2011, members had deposited 175 weeks with the Company exchange program for which they have the right to an exchange opportunity.  The Company's obligation to accept exchange requests against the deposited weeks ends on the respective resort's usage year.  The Company has no obligation to provide a member depositing a time-share interest with exchange accommodations in a subsequent year if: (a) the member fails to submit a valid exchange request listing travel dates no later than 24 months after the commencement date of the deposited interest; or (b) the requested accommodations are not available and any alternative accommodations offered by the Company are not accepted by the member.

### Note 5.   Affiliation Agreements

All affiliation agreements are with developers or associations that are related parties via relationships with the Company.  There are no affiliation agreements with the owners directly.

RCDC Sample11267

1511-0005

CONFIDENTIAL

The Cobalt Travel Company, LLC
(A Limited Liability Company and Wholly-Owned Subsidiary of the Ritz-Carlton Development Company, Inc.)

Notes to Schedule of Key Operating Statistics
As of and For The Year Ended December 31, 2011
See Independent Accountant's Report

Note 6.    Directors and Officers

The Ritz-Carlton Development Company, Inc. is the sole member and manager of The Cobalt Travel Company, LLC. As of December 31, 2011, the directors and officers of The Ritz-Carlton Development Company, Inc. were as follows:

**Directors**

John E. Geller, Jr.
James H Hunter, IV
Stephen P. Weisz

**Officers**

Stephen P. Weisz, President
Bryan K. Blythe, Vice-President & Assistant Secretary
Joseph J. Bramuchi, Vice-President & Treasurer
Ralph Lee Cunningham, Vice-President
John E. Geller, Jr., Vice-President & Assistant Secretary
James H Hunter, IV, Vice-President & Assistant Secretary
Lizabeth Kane-Hanan, Vice-President
Robert A. Miller, Vice-President & Assistant Secretary
Theodorus J. (Dirk) Schavemaker, Vice-President
Dwight D. Smith, Vice-President
Laurie A. Sullivan, Vice-President & Assistant Treasurer
Anthony Terry, Vice-President
Michael E. Yonker, Vice-President
Daniel B. Zanini, Vice-President & Assistant Secretary
Catherine Meeker, Secretary
Michael W. Andrew, Jr., Assistant Secretary
David Chapman, Assistant Secretary
Patricia Christoff, Assistant Secretary
Patricia DePalma, Assistant Secretary
Barbara A. Egolf, Assistant Secretary
Mary Finnell, Assistant Secretary
Ludy Gutierrez, Assistant Secretary
Richard A. Meccariello, Assistant Secretary
Sean J. Roberts, Assistant Secretary
Byron Wiegand, Assistant Secretary