# EXHIBIT E

Michael C. Mullenix - December 12, 2017

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3            Civil Action No. 1:16-cv-01301-PAB-GPG

 4

 5     RCHFU, LLC, et al.,

 6                 Plaintiffs,

 7

 8     vs.

 9

10     MARRIOTT VACATIONS WORLDWIDE

11     CORPORATION, et al.,

12                 Defendants.

13     _____

14

15         Videotaped deposition of MICHAEL C. MULLENIX,

16     taken on behalf of the Plaintiffs, at the offices of

17     Summers Compton Wells, 8909 Ladue Road, in the

18     County of St. Louis, State of Missouri, on the 12th

19     day of December, 2017, before Kristine A. Toennies,

20     RMR, CRR, CRC, CCR (MO), CSR (IL & IA), and Notary

21     Public.

22

23

24     Job No. 2763798

25     Pages 1 - 166
```

Page 1

Michael C. Mullenix - December 12, 2017

```
 1    APPEARANCES OF COUNSEL:
 2    FOR THE PLAINTIFFS:
 3        Mr. Michael Reiser
 4        Mr. Michael Reiser, Jr. (Appearing by phone)
 5        Reiser Law
 6        1475 N. Broadway, Suite 300
 7        Walnut Creek, CA  94596
 8        (925) 256-0400
 9        michael@reiserlaw.com
10
11        Mr. Tyler Meade
12        The Meade Firm
13        1816 Fifth Street
14        Berkeley, CA  94710
15        (510) 843-3670
16        tyler@meadefirm.com
17
18    FOR THE DEFENDANT ASPEN HIGHLANDS
19    CONDOMINIUM ASSOCIATION:
20        Ms. Jessica Black Livingston
21        Hogan Lovells US LLP
22        1601 Wewatta Street, Suite 900
23        Denver, CO  80202
24        (303) 454-2433
25        jessica.livingston@hoganlovells.com
```

Page 2

Michael C. Mullenix - December 12, 2017

```
 1   APPEARANCES CONTINUED:
 2
 3   FOR THE MARRIOTT DEFENDANTS:
 4       Mr. Ian S. Marx
 5       Greenberg Traurig LLP
 6       500 Campus Drive, Suite 400
 7       Florham Park, NJ  07932-0677
 8       (973) 360-7951
 9       marxi@gtlaw.com
10
11   FOR THE DEPONENT:
12       Mr. Daniel J. Welsh
13       Summers Compton Wells
14       8909 Ladue Road
15       St. Louis, MO  63124
16       dwelsh@summerscomptonwells.com
17
18   FOR RCC-BG CONDOMINIUM ASSOCIATION:
19       Mr. Daniel F. Wolf (Appearing by phone)
20       Mountain Law Group
21       953 S. Frontage Road West, Suite 222
22       Vail, CO  81657
23       (970) 476-8865
24       dwolf@mountainlawgroup.com
25
```

Page 3

Michael C. Mullenix - December 12, 2017

```
 1   APPEARANCES CONTINUED:
 2
 3   THE VIDEOGRAPHER:
 4        Mr. Tim Perry, CLVS
 5        Veritext Legal Solutions
 6        515 Olive Street, Suite 300
 7        St. Louis, MO  63101
 8        (314) 241-6750
 9
10    ALSO PRESENT: Michael Toth
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   found out that they had all this inventory, real
 2   estate inventory in the Vacation Club division, that
 3   was a problem, and it just wasn't for Marriott; it
 4   was everybody.  Starwood, everybody had these
 5   things.
 6          So they were trying to improve their
 7   shareholder price, and this was a structure that
 8   Marriott came up with to try to, you know, be a
 9   win-win, do a tax-free spinoff to the shareholders
10   and put the -- separate the vacation club company
11   from the hotel company, and then they both can trade
12   at different or appropriate multiples and be a
13   win-win for Marriott.
14          Marriott has done this many times, you know,
15   with the spinoff of Host, Host Marriott Services.  I
16   mean, if you own Marriott stock over the years, you
17   own a good portfolio of stuff.  It's a great
18   company.
19      Q   So Steve Weisz told you that Marriott
20   Vacation Club Worldwide or VAC was never going to
21   develop another Ritz club?
22      A   Yes.
23      Q   How did that subject come up?
24      A   We were upset.  One of our points was they
25   lost Maui; they lost Abaco.  We also found out about
```

Page 68

```
 1      Q   '63?
 2      A   It cycles.
 3      Q   So you felt that the Marriott -- or that the
 4   folks should just wait out the cycle instead of
 5   trying to merge the club, and then everything would
 6   be okay?
 7      A   Yes, that's my personal opinion.  I didn't
 8   know why the merger of the two systems was so
 9   urgent.  And that's when he started yelling about
10   the fees he has to pay and all this.  It wasn't a
11   great deal for him.  He had to take the Ritz-Carlton
12   properties.
13      Q   So he told you that he had to take the
14   Ritz-Carlton assets as part of the spinoff?
15      A   I believe he said "had," yes.
16      Q   And I think you just mentioned that he
17   wasn't happy about having to take the Ritz assets?
18      A   Gauging from his --
19          MR. MARX:  Object to the form of the
20   question.
21      A   -- tone.
22      Q   (By Mr. Reiser) And I was talking about
23   Steve Weisz.  You understood that?
24      A   Yes.
25      Q   And Steve Weisz also was complaining about
```

Page 70

```
 1   the fees, the annual maintenance fees that he had to
 2   pay on the developer-owned inventory?
 3           MR. MARX:  Object to the form of the
 4   question.
 5       A   Not complaining.  He said it was a matter
 6   of -- a matter of fact.  He paid -- I can't remember
 7   the number.  It was a large number though.
 8       Q   (By Mr. Reiser) Did he tie -- did Steve
 9   Weisz tie together the fees that he had to pay with
10   the fact that they were now trying to combine the
11   two clubs?
12       A   No.  I mean, not specifically did he say
13   that.
14       Q   What else did -- did Steve Weisz say
15   anything else that you recollect from that meeting?
16       A   You know, the meeting happened so long ago,
17   I don't -- you know how memories are.  It was just
18   not a good meeting, and I don't want to say
19   something maybe that I believe is true that is not
20   true.
21       Q   Fair enough.  All right.  But you definitely
22   recollect the meeting because it was, in your
23   career, was a meeting that was, you know, a little
24   bit out of the ordinary, I take it, true, in terms
25   of the pounding and the red face and all that stuff
```

Page 71

Michael C. Mullenix - December 12, 2017

```
 1
 2         I, Kristine A. Toennies, a Notary Public in and
    for the State of Missouri, duly commissioned,
 3  qualified and authorized to administer oaths and to
    certify to depositions, do hereby certify that
 4  pursuant to Notice in the civil cause now pending
    and undetermined in the United States District
 5  Court, for the District of Colorado, to be used in
    the trial of said cause in said court, I was
 6  attended at the offices of Summers Compton Wells,
    8909 Ladue Road, in the County of St. Louis, State
 7  of Missouri, by the aforesaid attorneys; on the 12th
    day of December, 2017.
 8       The said witness, being of sound mind and being
    by me first carefully examined and duly cautioned
 9  and sworn to testify the truth, the whole truth, and
    nothing but the truth in the case aforesaid,
10  thereupon testified as is shown in the foregoing
    transcript, said testimony being by me reported in
11  shorthand and caused to be transcribed into
    typewriting, and that the foregoing pages correctly
12  set forth the testimony of the aforementioned
    witness, together with the questions propounded by
13  counsel and remarks and objections of counsel
    thereto, and is in all respects a full, true,
14  correct and complete transcript of the questions
    propounded to and the answers given by said witness;
15  that signature of the deponent was not waived by
    agreement of counsel.
16       I further certify that I am not of counsel or
    attorney for either of the parties to said suit, not
17  related to nor interested in any of the parties or
    their attorneys.
18       Witness my hand and notarial seal at St. Louis,
    Missouri, this 19th day of December, 2015.
19       My Commission expires February 13, 2018.
20
21
22
23                  [signature: Kristine A. Toennies]
24       Notary Public in and for the
25            State of Missouri
```

Page 166