# EXHIBIT F

| | |
|---|---|
| **From:** | Randy Mercer <> |
| **Sent:** | Friday, November 9, 2012 2:34 PM |
| **To:** | Gosch, Philip A. <PGosch@BHFS.com>; 'Neveloff, Jay A.' <jneveloff@KRAMERLEVIN.com> |
| **Subject:** | RE: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors |

Thanks. I have a face to face on the 29th in Orlando. If we use it before, I won't need to make the trip or I could present the letter in person.

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Gosch, Philip A. [mailto:PGosch@BHFS.com]
**Sent:** Friday, November 09, 2012 2:20 PM
**To:** 'Neveloff, Jay A.'; Randy Mercer
**Subject:** RE: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors

I'll revise our letter early next week and distribute to this group.

**From:** Neveloff, Jay A. [mailto:jneveloff@KRAMERLEVIN.com]
**Sent:** Thursday, November 08, 2012 5:47 AM
**To:** Gosch, Philip A.; 'Randy Mercer'
**Subject:** RE: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors

I totally agree with Philip. I will free up by tomorrow if you want to have a call.

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Gosch, Philip A. [mailto:PGosch@BHFS.com]
**Sent:** Wednesday, November 07, 2012 5:13 PM
**To:** 'Randy Mercer'; Neveloff, Jay A.
**Subject:** RE: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors

I like the approach, although it is slightly softer than our cease and desist letter. I think we should join the fight and send some variation of our cease and desist letter in the near future. When you speak with the BG president, please ask him for a copy of the referenced study.

AHCA00011169

**From:** Randy Mercer [mailto:randal.mercer@creconsultants.com]
**Sent:** Wednesday, November 07, 2012 9:18 AM
**To:** Neveloff, Jay A.; Gosch, Philip A.
**Subject:** FW: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors

Got it. What's your opinion of the approach? I have reached out to the BG President this morning but have not connected yet. 2 Aspen Board Members are all over this.

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Neveloff, Jay A. [mailto:jneveloff@KRAMERLEVIN.com]
**Sent:** Tuesday, November 06, 2012 7:55 PM
**To:** Randy Mercer; 'rnyjerry@aol.com'; 'tsoliver@henzlikoliver.com'; 'pjschn2351@aol.com'; 'pgosch@bhfs.com'
**Subject:** Fw: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors

Jay A. Neveloff

Partner
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9290
Fax: 212-715-8290
Email: jneveloff@KRAMERLEVIN.com
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

------------------------
Sent from my BlackBerry Wireless Handheld

**From**: Mike Mullenix [mailto:MMullenix@equishospitality.com]
**Sent**: Tuesday, November 06, 2012 07:41 PM
**To**: John Doyle <jdoyle@mwe.com>; Mr. Sal Cutrona <salcut@comcast.net>; Neveloff, Jay A.; David Oestreich <dao33@optonline.net>
**Subject**: Fwd: Message from Ritz Carlton Club Bachelor Gulch Board of Directors

Gentlemen,

AHCA00011170

Yesterday we sent a letter to Steve Weisz and Lee Cunningham memorializing the outcome of the meeting Jo-Ann Perfido and I had with them on September 19, 2012 at their Orlando HQ.

Mr Weisz suggested the postponement of the Lion & Crown Affiliation to our Membership, and after reviewing our industry consultant's study and the feedback from many of our Members who participated in our Annual Meeting, the BG Board is accepting his postponement offer.

More importantly, our documents prohibit any affiliation with Lion and Crown due to its timeshare nature of its business.

Below you will find the communication and letter that was sent this afternoon to our entire BG membership directly by the BG Board along with a copy of the letter I sent to Weisz and Cunningham that was also shared with our entire Membership.

I will let you know when I receive any feedback from MVW.

Thanks,

Mike
Sent from my iPhone

Begin forwarded message:

> **From:** "Michael Mullenix RCC-BG Condominium Board" <rccbgcondoboard@gmail.com>
> **Date:** November 6, 2012, 3:41:31 PM CST
> **To:** "Michael Mullenix RCC-BG Condominium Board" <rccbgcondoboard@gmail.com>
> **Subject: Message from Ritz Carlton Club Bachelor Gulch Board of Directors**
>
> Fellow RC Club Bachelor Gulch Members,
>
> Attached please find an update on the Ritz Carlton "Brand Evolution" Matter. For clarity, I would recommend you first read the Letter to the BG Members before reading the Weisz Cunningham letter.
>
> Your Board of Directors appreciates the Membership's support as we work through this matter with Marriott Vacation Worldwide Corporation.
>
> Best Regards,
>
> --
> RCC-BG Condominium Association, Inc.