IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## MARRIOTT DEFENDANTS' MOTION FOR CLARIFICATION CONCERNING SUBMISSION OF REPLY TO OPPOSITION TO THEIR MOTION FOR PROTECTIVE ORDER

Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") hereby move the Court for an Order clarifying that its December 25, 2017 Order granting Plaintiffs' Motion for Extension of Time to File Response/Reply to Defendants' Motion for Protective Order Precluding the Deposition of Stephen P. Weisz supersedes the portion of the Court's December 22, 2017 Order that had stated that "[n]o reply will be accepted without further Order of the Court" and that the Marriott Defendants are permitted to file a reply in accordance with Local Rule 7.1(d)  As grounds for the Motion, the Marriott Defendants state as follows:

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a), counsel for the Marriott Defendants conferred with counsel for Plaintiffs; however, Plaintiffs have refused to consent to the relief sought in this Motion.

**FACTUAL AND PROCEDURAL BACKGROUND**

1. On December 22, 2017, the Marriott Defendants filed a Motion for Protective Order Precluding the Deposition of Stephen P. Weisz, the President and Chief Executive Office of Defendant Marriott Vacations Worldwide Corporation, under the "apex doctrine." (Doc. 166).

2. At the time the Marriott Defendants' motion was filed, Mr. Weisz's deposition had been noticed for December 29, 2017. *See* Declaration of Ian S. Marx submitted in support of motion, Exhibit C ("First Amended Notice of Videotaped Deposition of Stephen Weisz"). (Doc. 168).

3. On December 22, 2017, the Court issued an Order setting forth an expedited briefing schedule for the Marriott Defendants' motion and directing that any opposition to the Marriott Defendants' motion be filed no later than noon on December 26, 2017. (Doc. 170). The Order further stated that "[n]o reply will be accepted without further Order of the Court."

4. On December 25, 2017, Plaintiffs filed an Unopposed Motion for Enlargement of Time to Respond to Marriott Defendants' Motion for Protective Order. (Doc. 171). In their motion, Plaintiffs advised the Court that "[t]here is no deposition of Weisz going forward on December 29, 2017." *See id.* ¶ 5 (emphasis in original). Accordingly, Plaintiffs requested that

2

they be permitted to file their response to the Marriott Defendants' motion on or before January 8, 2018. *See id.* (final "WHEREFORE" clause).

5. Later the same day (December 25, 2017), the Court issued an Order granting Plaintiffs' Motion for Extension of Time to File Response/Reply to on or before January 8, 2017. (Doc. 172).

6. On January 8, 2018, Plaintiffs filed a 10-page Opposition to the Marriott Defendants' Motion for Protective Order Precluding the Deposition of Stephen P. Weisz. (Doc. 174) In support thereof, Plaintiffs also filed a Declaration of Michael Schrag, to which are attached eight (8) exhibits. (Doc. 174-1). This opposition makes legal and factual assertions to which Marriott Defendants wish to reply.

7. Given the Court's December 25, 2017 Order, which recognized the non-emergent nature of the Marriott Defendants' motion and granted Plaintiffs the extension of time to respond that they had requested, the Marriott Defendants believe -- but do not wish to presume -- that the Court's earlier prohibition of a reply no longer applies and that, instead, L. Civ. R. 7.1 (d), which governs the timing of motions and permits a reply to be filed 14 days after the date of service of a response, applies.

8. Accordingly, the Marriott Defendants respectfully request that the Court issue an Order confirming that they are permitted to file a reply on or before January 22, 2018 in accordance with the time set forth in L. Civ. R. 7.1(d).

9. This Motion is made in the interests of justice and not for purposes of delay.

3

## CONCLUSION

For all of the foregoing reasons, the Marriott Defendants respectfully request that the Court issue an Order confirming that they are permitted to file, on or before January 22, 2018, a reply in further support of their Motion for Protective Order Precluding the Deposition of Stephen P. Weisz.

Dated: January 11, 2018                           Respectfully submitted,

                                              By:   *s/ Naomi G. Beer*
Naomi G. Beer
Philip R. Sellinger
Ian S. Marx
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:    303.572.6500
Fax:    303.572.6540
Email:   BeerN@gtlaw.com
         SellingerP@gtlaw.com
         MarxI@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

*s/ Daniel F. Shea*
Daniel F. Shea
Jessica Black Livingston
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Tel:    303.899.7300
Fax:    303.899.7333
Email:   dan.shea@hoganlovells.com
         jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

4

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' MOTION FOR CLARIFICATION CONCERNING SUBMISSION OF REPLY TO OPPOSITION TO THEIR MOTION FOR PROTECTIVE ORDER** was filed and served with the Clerk of the Court via CM/ECF filing system, which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

                                                *s/ Julie Eaton*
                                                  Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*