IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

### SUPPLEMENTAL DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR PROTECTIVE ORDER PRECLUDING THE DEPOSITION OF STEPHEN P. WEISZ

---

I, Ian S. Marx, declare and state:

    1.    I am an attorney licensed to practice law in the State of New Jersey and a Shareholder with the law firm Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation ("MVWC"), Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC (collectively, "Marriott Defendants") in the above-captioned matter. I respectfully submit this Supplemental Declaration in further support of the Marriott Defendants' motion for a protective order precluding the deposition of Stephen P. Weisz, who is the President and Chief Executive Officer of MVWC. I have full knowledge of and am competent to testify as to all matters stated herein.

    2.    A true and correct excerpt from the November 10, 2017 Deposition of Lee Cunningham is attached hereto as Exhibit A.

3. A true and correct excerpt from the December 12, 2017 Deposition of Michael C. Mullenix is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of January, 2018 in Florham Park, New Jersey.

*Ian S. Marx*
IAN S. MARX