# EXHIBIT A

Lee Cunningham - November 10, 2017

```
 1   RCHFU, LLC,  et al.,
         Plaintiffs,
 2                            United States District Court
     v.                       District of Colorado
 3                            No.  1:16-cv-09390
     MARRIOTT VACATIONS WORLDWIDE
 4   CORPORATION, et al.,
         Defendants,
 5   _____/
 6   REISER, et al.,
         Plaintiffs,     Eastern District of California
 7   v.                  No. 2:16-cv-00237-MCE-CKD
 8
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al,
         Defendants,
10   _____/
11   PETRICK, et al.,
         Plaintiffs,
12                            San Francisco County
13   vs.                      No. CGC-15-54897
     MARRIOTT VACATION WORLDWIDE
14   CORPORATION, et al.,
15       Defendants.
16   _____/
17
18           VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
19        VOLUME I, commencing between 9:03 a.m.-5:05 p.m.,
20        on Friday, November 10, 2017 Taken on Behalf of
          the Plaintiffs before Lisa Gerlach, Court Reporter,
21        Notary Public in and for the State of Florida at
22        Large, pursuant to Plaintiffs' Notice of Taking
23        Deposition in the above cause.
24
     Job No. 2733753
25   PAGES 1 - 269
```

Page 1

```
 1        that subject.
 2              MR. REISER:  I don't think it is.
 3   BY MR. REISER:
 4        Q.  If you want to tell me if it is -- is that a
 5   mischaracterization?
 6        A.  Our primary reason was to provide additional
 7   options for Ritz-Carlton Destination Club fractional
 8   owners to be able to have multiple vacation options
 9   through the Marriott Vacation Club Destinations
10   program.
11              The secondary was the one I just mentioned,
12   that we knew that there was inventory that was going
13   into the Destination Club Trust product and points
14   product and, therefore, members of -- owners of that
15   product were going to be able to reserve
16   accommodations into those Ritz-Carlton Destination
17   Clubs, and the -- we wanted to make the counter
18   available to the fractional members of the
19   Ritz-Carlton Club.
20        Q.  So early on -- so after the July 17th
21   announcement, there was no restriction in the
22   governing documents of the Vail Club that prevented
23   the flat-out sale of The Ritz-Carlton Destination Club
24   unsold inventory to the NATO Trust.  True?
25        A.  That's correct.
```

Page 153