# EXHIBIT B

Michael C. Mullenix - December 12, 2017

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3          Civil Action No. 1:16-cv-01301-PAB-GPG

 4

 5   RCHFU, LLC, et al.,

 6                Plaintiffs,

 7

 8   vs.

 9

10   MARRIOTT VACATIONS WORLDWIDE

11   CORPORATION, et al.,

12                Defendants.

13   _____

14

15       Videotaped deposition of MICHAEL C. MULLENIX,

16   taken on behalf of the Plaintiffs, at the offices of

17   Summers Compton Wells, 8909 Ladue Road, in the

18   County of St. Louis, State of Missouri, on the 12th

19   day of December, 2017, before Kristine A. Toennies,

20   RMR, CRR, CRC, CCR (MO), CSR (IL & IA), and Notary

21   Public.

22

23

24   Job No. 2763798

25   Pages 1 - 166
```

Page 1

```
 1      Q   Yeah, on page 1, sorry.  We believe that
 2   affiliating with L&C will depress the already low
 3   values of our residence interests in the club by
 4   permitting hundreds of thousands of Marriott
 5   Vacation Club members to use points to access and
 6   use the club for a fraction of what it cost club
 7   members to purchase their residence interests.
 8          That refreshes your recollection about that
 9   discussion at the September 19th meeting with Weisz
10   and Cunningham; right
11      A   Oh, definitely, yes.
12      Q   Do you remember what their response was to
13   the statement by you that you felt that the
14   affiliation would further depress the values of the
15   residence interests?
16      A   If I remember what Steve said, it was
17   something that's your interpretation, not ours.
18      Q   Steve, as far as you understood at that
19   meeting on the 19th, who was -- who were Steve Weisz
20   and Mr. Cunningham representing?  Marriott Vacation
21   Worldwide Corp.?
22          MR. MARX:  Object to the form of the
23   question.
24      A   I mean, they work for Marriott Vacations
25   Worldwide.  I mean, that's who they -- that's who
```

Page 78