IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG      Court Deputy: A. Barnes
Date: January 12, 2018                   Recorder: Grand Junction

RCHFU, LLC, et al.
Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,
Defendants.

_____
Minutes-Discovery Dispute Hearing
_____

12:17 p.m.

Appearing by telephone: Attorneys for Plaintiffs, Matthew Ferguson, Michael Reiser, and Michael Schrag; Attorney for Marriott Defendants, Ian Marx; and Attorney for Aspen Highlands Defendant, Jessica Livingston.

Discussion held regarding the topics set forth in the Discovery Dispute Chart provided to Gallagher Chambers via email on January 11, 2018 and dated "December [sic] 12, 2018" - ostensibly meant to be marked January 12, 2018 (hereinafter referred to as "Chart").

ORDER: Defense Counsel stated willingness to have further discussion with their clients with regard to the topics set forth in the Chart. The Court heard the arguments of the parties on the topics in the Chart, and given the statements of Defense Counsel, ordered that by January 26, 2018, Defense Counsel shall have discussed with their clients the topics in the Chart which remaining outstanding and especially these topics: sharing of Marriott profit information (generally information requested in Plaintiffs' RFP 6 and 7); the correctness of the initial disclosure of custodians by the Defendants and whether cost-shifting of discovery cost would assist resolution of the issues surrounding Plaintiffs' RFPs 22, 24, and 25; and the topic of Plaintiffs pursuing discovery of an additional (earlier) year of information from Defendants.

ORDER: After Defense Counsel confers with its clients on the above topics, all parties shall again confer on the above topics, plus the topic of the identity of which parties Plaintiff intends to call at trial in their case in chief. It is likewise Ordered that February 9, 2018 shall be the deadline for the parties to provide a Discovery Dispute Chart to the Court - be it the same or updated.

Hearing concluded at: 1:09 p.m.  NOTE: The FTR lost power at minutes 12:46-12:54 p.m.
Hearing duration: 51 minutes