IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**
_____

Plaintiffs hereby move the Court for permission to file a Motion to Amend the Scheduling Order to Amend Complaint to Add a Claim for Exemplary Damages and the Motion to Amend the Complaint ("Motion to Amend") that exceeds the page limitation set forth in Rule III. A of the Court's Practice Standards by no more than three pages. As grounds for the Motion, Plaintiffs state as follows:

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a), counsel for the Plaintiffs conferred with counsel for Marriott Defendants and obtained their consent to the relief sought in this Motion.

**FACTUAL AND PROCEDURAL BACKGROUND**

1. Plaintiffs' exemplary damages claims are governed by Colorado law, which prohibit such claims in the initial complaint and allows them only after a plaintiff establishes *prima facie* evidence of a triable issue.

2. Three prior Scheduling Orders (ECF Nos. 60, 136, and 161) contemplate Plaintiffs moving to add a claim for exemplary damages.

3. Due to the fact that the Plaintiffs have to simultaneously file a Motion to Amend the Scheduling Order and must necessarily include the copious amounts of information establishing the requisite *prima facie* evidence of willful and wanton conduct, Plaintiffs respectfully seek leave to file a Motion to Amend that exceeds the Court's page limitation for such motions by no more than three pages, bringing the total length to 18 pages (signatures inclusive).

4. Counsel for the Marriott Defendants has consented to the relief sought in this Motion to Exceed the Page Limitation.

## **CONCLUSION**

For all of the above reasons, Plaintiffs respectfully request the Court grant them an extension of the page limitation and permit them to file a Motion to Amend that exceeds the page limit by no more than three pages, for a total of no more than 18 pages.

Dated: February 7, 2018

Respectfully submitted,

LAW OFFICE OF MICHAEL J. REISER             THE MATTHEW C. FERGUSON LAW FIRM, P.C.

  */s/ Michael J. Reiser*                                         */s/ Matthew C. Ferguson*
Michael J. Reiser, # 16161                             Matthew C. Ferguson, #25687
961 Ygnacio Valley Road                              119 South Spring, Suite 201
Walnut Creek, CA  94596                             Aspen, Colorado 81611
Telephone: (925) 256-0400                          Telephone: (970) 925-6288
Facsimile: (925) 476-0304                            Facsimile: (970) 925-2273
E-mail: reiserlaw@gmail.com                     E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*                                    *Attorney for Plaintiffs*

GIBBS LAW GROUP, LLP

 /s/ Michael Schrag
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
505 14th Street, Suite 1110
Oakland, CA  94612
Phone: (510) 350-9718
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com
*Attorney for Plaintiffs*

THE MEADE FIRM, P.C.

 /s/ Tyler Meade
Tyler Meade (CA State Bar # 160838)
1816 Fifth Street
Berkeley, CA  94710
Telephone: 510-843-3670
Facsimile: 510-843-3679
E-mail: tyler@meadefirm.com
*Attorney for Plaintiffs*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2018, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser**<br>Reiser Law, P.C.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>michael@reiserlaw.com<br><br>**Matthew C. Ferguson**<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>matt@matthewfergusonlaw.com<br><br>**Michael L. Schrag**<br>Gibbs Law Group LLP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>mls@classlawgroup.com<br><br>**Tyler R. Meade**<br>The Meade Firm p.c.<br>1816 Fifth Street<br>Berkeley, CA 94710<br>tyler@meadefirm.com<br><br>*Attorneys for Plaintiffs* | **Daniel F. Shea, Esq.**<br>**Jessica Black Livingston, Esq.**<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Fax: (303) 899-7333<br>dan.shea@hoganlovells.com<br>jessica.livingston@hoganlovells.com<br>*Attorneys for Defendant Aspen Highlands Condominium Association*<br><br>**Naomi G. Beer**<br>**Ian S. Marx, Esq.**<br>**Philip R. Sellinger, Esq.**<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Phone: (303) 572-6500<br>Fax: (303) 572-6540<br>BeerN@gtlaw.com<br>SellingerP@gtlaw.com<br>MarxI@gtlaw.com<br>*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC* |

                                        */s/ Tyler R. Meade*
                                        Tyler R. Meade
                                        Attorney for Plaintiffs
                                        The Meade Firm p.c.
                                        1816 Fifth Street
                                        Berkeley, CA 94710
                                        Fax: (510) 843-3679
                                        tyler@meadefirm.com

4