# APPENDIX A

APPENDIX A

**Appendix A**

*Statements by Aspen Owners in Response to 8/4/13 Survey sent by Ritz-Carlton Development Club to Ritz-Aspen Highland Members*

| Record # | Comments |
|---|---|
| 56 | We have been losing club destinations - Maui, Beaver Creek, Abaco. The value of my investment has diminished because of the Marriott Timeshare groups can get reservations that I as an owner can not [sic]. They didn't make the level of investment that I have and they are receiving preferential treatment to the use of my facilities. . . . I am very concerned about the affiliation with the Marriott time share group. This has a negative impact on my investment as a "home away from home". The Marriott group can receive preferred days that I as a member cannot. Also, this group has made a minimal investment yet have the same ability to use my club's amenities at a fraction of the cost. This devalues my deeded interest in the club! |
| 108 | [Aspen] is the laughing stock of high end fractionals. St. Regis, Timbers, even Hyatt is holding value much better. It is as if Ritz Carlton has given up and turned it over to Marriott...a lower price point operation. We chose Ritz Carlton, not Marriott when we made our investment. |
| 109 | We do not want any affiliation with Marriott. It is destroying the RCC brand. |
| 110 | I am not pleased by the dilution of the brand at the destination club with the proposed Marriott Timeshare situation. I don't like the way RCDC had communicated proactively with the RCDC members. . . . Don't mess up a good thing by diluting the brand with Marriott timeshare. |
| 251 | Since Marriott took control years ago, the entire experience has been made less desirable, less professional and less personal. Even the thought that they would allow time share buyers who spent a fraction of the money that club members did to join in using our club shows their lack of care for the program. The first few years had the feeling |

|     | |
| --- | --- |
|     | of a great exclusive group program, but now it feels more and more like an over-priced club, with little care from the management. Even the on-site staff complains about it. . . . To repeat, the addition of the Marriott Vacation Club customer use will be the death knell of the RCDC system. I would much rather have a club just at Aspen than to be put into that situation. The values of our units will plummet even further. As a real estate developer of thousands of condos, a number of hotels and other mixed-use projects, I find the idea to be totally irresponsible, disingenuous and completely lacking in any common sense or regard for the RCDC customers. If RC has any hope of saving this program, it should not pollute it by trying to use the remaining inventory in this manner. |
| 431 | My satisfaction is QUICKLY decreasing as the brand name seems to be failing as Abaco, Hawaii and now Bachelors Gultch [sic] are gone, and Aspen has had to fight vigorously to keep Mariott [sic] time shares out. That would be the last straw. I want the value of the investment I made and the brand of the Ritz maintained. This is rapidly decreasing. So far, the Aspen services and in residence experience is stable and very good (concierge experiences a lot more variable), but Aspen and Ritz brand are in acute danger by dilution from the Mariott [sic] time shares and somewhat less acutely from the loss of so many other clubs assets. Mariott [sic] would be a huge final straw breaking Aspen's back for the brand and our experience. Already said it: the brand is losing its stellar reputation. I could not recommend joining to a friend as we lose affiliate sites and the risk of Mariott [sic] time shares looming. I would not join now, but I certainly could not sell now. This is a quote from the end of the letter introducing us to this survey : As always, we appreciate your Membership in The Ritz-Carlton Destination Club. I want you to know that we are absolutely committed to continuing to provide all of our Members |

|     |     |
| --- | --- |
|     | with The Ritz-Carlton's legendary, world-class, personalized services for many more years to come. " How are we to believe  that this is true given the loss of Abaco, Hawaii and Batchelor'sch [sic] and the corporate blindness about to try to ruin Aspen with Mariott [sic] affiliation? Reputation is EVERYTHING, and there must be corporate incompetence to now be in such a threatened position to lose that reputation so that I feel that the quote above is mere verbiage and no one seems to know how much has already been lost. |
| 602 | I hope that our Aspen Highlands Club does not affiliate with Marriott Vacation Clubs as I think it would seriously devalue my investment and not add anything of interest to me. |
| 1411 | Ritz Carlton is trying to change the category and lower the price of the property we bought and that fels [sic] like a fraud. To be exclusive being always Ritz that is what we bought! Never give to Marriot the unsold part giving the opportunity for people paying less money to go and use it lowering the price and category.  To exchange for any Ritz Hotel making it easy to use our 4 weeks if we do not find availability when we want to travel. Not to Marriott – Please understand we bought for $550,000 dlls Fixed including New Years week what Ritz pretend to give for $100,000 or less, this will lower the price for our property . . . . |
| 1829 | We spent over $450,000 on what is currently a depreciating asset and a depreciating brand with fewer clubs to choose from. We bought into the "Ritz" brand, not the "Marriott" brand. We spent as much as one can on our unit without preferential treatment that was promised during the transaction. . . . We miss showing off the "Ritz" the way we used to. It does not feel special anymore. |
| 1870 | Since (1) I am not particularly interested in vacationing at other locations than the Aspen Highlands Destination Club and (2) I am MOST INTERESTED in good availability of |

|  | |
|---|---|
|  | per-diem nights, I am very much AGAINST opening the Aspen Highlands club to Marriott Vacation Club members. It will just be more competition for per-diem nights. |
| 1881 | Marriott has violated the Agreement that was the primary reason we bought our membership. I would not have purchased a membership if the policies Marriott intends to force us to except were the policies in effect at the time of our purchase. The most favorable exchange clubs that influenced our purchase have been removed by Marriott. By Marriott unilaterally and illegally changing the agreement the membership value has been devalued by approximately 80%. I could not be more dissatisfied and Marriott should be held legally and financially responsible. . . . Having an exchange agreement with the Marriott Time Share Owners is a violation of the agreement we bought into. This is totally unacceptable. . . .  Marriott has ruined the program. It has changed my opinion of the Marriott Corp. to one of being a dishonest, non-caring company . . . . |
| 1908 | Hope you will reconsider affiliation with Marriott vacation home program, it will be the end of the Ritz-Carlton Destination Club as most of the home owners will sell its property whenever they will have a chance to recover a portion of our initial investment. |
| 2104 | I definitely do not want to be affiliated with the Marriott and want to continue to be managed by the Ritz-Carlton. |
| 2156 | When I purchased the Ritz Club Property, I thought the Ritz was a premier, World Class brand. In the last two years, the Ritz has greatly reduced the properties available in the Destination club and the service at the existing club properties has declined as well. The Ritz needs to make a concerted effort to restore the Brand and the accompanying services to the Premier brand it once was. The Marriott affiliation has let to severe deterioration in service and access. . . . Until access and service is restored to a Premier level, they should reduce annual costs for |

|  | current members that have experienced a "bait & switch" in recent years. |
|---|---|
| 2183 | I joined to travel to many Ritz club destinations and I am not happy that more have not opened rather we just lost 2. . . . I am very happy about the affiliation between the Ritz and exclusive resorts. Not at all interested in the Marriott. |