# EXHIBIT 1

EXHIBIT 1



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

August 4, 2017

**VIA E-MAIL**

Michael J. Reiser, Esq.
Lilia Bulgucheva, Esq.
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
reiserlaw@gmail.com
lilia.reiserlaw@gmail.com

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
tyler@meadefirm.com

Re: *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Superior Court of the State of California for the County of San Francisco, Case No. CGC-15-545987;
*Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the Eastern District of California, Case No. 2:16-cv-00237-MCE-CKD;
*Bhagat, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the Eastern District of California, Case No. 2:16-cv-01465-MCE-CKD; and
*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We write in connection with the Marriott Defendants'[1] rolling production of documents in response to Plaintiffs' Documents Requests[2] in these matters.

---

[1] The term "Marriott Defendants" is meant to include all parties identified as such in these collective matters.

[2] Unless otherwise defined herein, capitalized terms are as set forth in our letter dated June 15, 2017 ("June 15 Letter").

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive ■ Suite 400 ■ Florham Park, NJ 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410

To: Messrs. Michael J. Reiser and Tyler R. Meade
From: Ian S. Marx
Date: August 4, 2017

Page 2

We have uploaded the following documents to our secure website: (1) documents bearing bates numbers RCDC16845-22183, which are non-privileged documents that are responsive to Plaintiffs' Document Requests; (2) read-only native versions of the 117 Excel spreadsheets previously produced in PDF form; and (3) read-only native versions of the Excel spreadsheets included in today's production in PDF form. The read-only native versions of the Excel spreadsheets described in (2) and (3) above bear the same bates numbers as their PDF counterparts. Under separate cover, a colleague will send you a link by which you may access these documents. The documents are stamped in the same manner as described in the June 15 Letter.

These documents are being produced in accordance with the Parties' agreement regarding electronically stored information, as reflected in our letters of March 17, 2017, April 18, 2017, May 19, 2017, and our emails exchanged on April 21, 2017. In addition, these documents are being produced subject to the Marriott Defendants' Responses and Objections to Plaintiffs' First and Second Sets of Document Requests. The documents within this production that are stamped as "Confidential" are being produced pursuant to the Stipulated Protective Order entered in the *RCHFU* matter on January 13, 2017 (*see* Dkt. No. 100), which shall apply to all of these matters.

We believe that with this production of documents, the Marriott Defendants' production of documents in these matters is substantially complete, though there may be some additional documents that the Marriott Defendants ultimately produce. We are currently in the process of preparing a privilege log, which identifies and describes the documents responsive to Plaintiffs' Document Requests that have been withheld on privilege grounds, and will provide you with the privilege log as soon as it is completed (which we expect will be by August 14, 2017).

Very truly yours,

*Ian S. Marx*

IAN S. MARX