# EXHIBIT 2

EXHIBIT 2



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

September 19, 2017

**VIA E-MAIL**

Michael J. Reiser, Esq.
Lilia Bulgucheva, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
reiserlaw@gmail.com
lilia.reiserlaw@gmail.com

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
tyler@meadefirm.com

Re: *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Superior Court of the State of California for the County of San Francisco, Case No. CGC-15-545987;
*Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the Eastern District of California, Case No. 2:16-cv-00237-MCE-CKD; and
*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We write with respect to the depositions you have requested (in our discussions and emails dated September 1-6, 2017) of 11 individuals, most of whom are current or former employees of our clients.[1] The parties have agreed that you will take the depositions of these

---

[1] There are 7 witnesses (Eveleen Babich, Lori Philips, Stephanie Sobeck, Mary Lynn Clark, Lee Cunningham, Steve Weisz and Lizabeth Kane-Hanan) whose deposition testimony is expected to cover all three cases. There are two witnesses (Richard Hayward and Nathan Guikema) whose testimony is expected to cover both the San Francisco and Lake Tahoe cases. There is one witness (Ken Williams), who is not a current or former employee of our clients, whose testimony is expected to cover the San Francisco case only, and there is one witness (Jennifer Lawler), who is not a current or former employee of our clients, whose testimony is expected to cover the Lake Tahoe case only.

To: Messrs. Michael J. Reiser and Tyler R. Meade
From: Ian S. Marx
Date: September 19, 2017                                                                                           Page 2

witnesses only once and that the depositions may be used, as permitted by the applicable Rules, in all three cases.

As we have previously discussed, two of the foregoing 11 proposed deposition witnesses, Eveleen Babich and Mary Lynn Clark, are no longer employed by our clients. However, our firm will be representing these witnesses in connection with their depositions and we will coordinate their appearances. Ms. Babich lives and works in Utah and we believe that is where she would prefer for the deposition to take place. Ms. Clark lives and works in New Jersey and we believe that is where she would prefer to the deposition to take place. We are working with the witnesses and will provide you with proposed dates and locations for these depositions shortly.

Ken Williams and Jennifer Lawler are believed to be current or former employees of The Ritz-Carlton Hotel Company ("RCHC"). RCHC is a subsidiary of Marriott International, Inc., and not a defendant in any of the pending cases. Assuming you wish to pursue these depositions, at your convenience, we would appreciate the opportunity to discuss these proposed depositions further. Any scheduling of these depositions will have to be coordinated with RCHC.

All of the depositions you have requested, for the most part, are of key senior employees who are significantly involved in many of our clients' day-to-day operations. Thus, it has been challenging to obtain time on their calendars to prepare for and sit for these depositions. We have been able to secure the below, proposed dates for their depositions, to be held in our firm's Orlando office. Four of the witnesses on the below list (Cunningham, Philips, Sobeck and Kane-Hannan) were the subject of the Notices you sent by email on September 12, 2017, with unilaterally set dates (on which the witnesses are not available). The other two witnesses (Hayward and Guikema) were on your initial list of proposed witnesses and we obtained their availability, assuming you still wish to proceed with them (although you did not serve Notices):

1. Lee Cunningham -- Friday, November 10

2. Lori Philips -- Monday, November 13 (afternoon start time)

3. Rich Hayward -- Tuesday, November 14

4. Nate Guikema -- Wednesday, November 15 (afternoon start time)

5. Stephanie Sobeck -- Thursday, November 16

6. Lani Kane-Hanan -- Wednesday, November 29

We would appreciate your confirmation of these dates as soon as possible, so that we can finalize our calendars and plans and ensure the witnesses' continued availability.

Finally, we do not believe that Stephen Weisz, the President and Chief Executive Officer of Marriott Vacations Worldwide Corporation, is an appropriate deposition witness. Mr. Weisz

To: Messrs. Michael J. Reiser and Tyler R. Meade
From: Ian S. Marx
Date: September 19, 2017

Page 3

is an officer at the highest level of corporate management and such depositions are prohibited absent a showing (which has not been made here), that: (1) the executive has unique, non-repetitive, first-hand knowledge of the facts in dispute, and (2) other, less intrusive means of discovery, such as interrogatories or depositions of other employees, have been exhausted without success. *See, e.g., Naylor Farms, Inc. v. Anadarko OGC Co.*, 2011 WL 2535067, at *2-*4 (D. Colo. June 27, 2011) (precluding deposition of President/CEO); *Bicek v. C & S Wholesale Grocers, Inc.*, 2013 WL 5425345, at *4-*6 (E.D. Cal. Sept. 27, 2013) (precluding depositions of CEO and Executive Vice President); *Liberty Mut. Ins. Co. v. Superior Ct. (Frysinger)*, 10 Cal. App. 4th 1282, 1289 (1993) (precluding deposition of CEO). Consequently, while we are willing to meet and confer with respect to this issue, we are not proposing a date for his deposition.

Very truly yours,

*/s/ Ian S. Marx*

IAN S. MARX

ISM/dad