# EXHIBIT 5

EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT
                       DISTRICT OF COLORADO
 2            Civil Action No. 1:16-cv-01301-PAB-GPG
 3
 4     RCHFU, LLC, et al.,
                   Plaintiffs,
 5
            vs.
 6
       MARRIOTT VACATIONS
 7     WORLDWIDE CORPORATIONS,
 8     et al.,
                   Defendants.
 9     _____
                  SUPERIOR COURT OF CALIFORNIA
10            IN AND FOR THE COUNTY OF SAN FRANCISCO
                     CASE NO. CGC-15-545987
11
       WILLIAM P. PETRICK, et al.,
12                 Plaintiffs,
13
            vs.
14
       MARRIOTT VACATIONS
15     WORLDWIDE CORPORATIONS,
       et al.,
16                 Defendants.
17     _____
18
19              VIDEOTAPED DEPOSITION OF:
20                   MARY LYNN CLARK
21                 December 6, 2017
22
23
24     Job No. 2733693
25     Pages 1 - 281
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1       A.     No.  Once again, I was selling out of
 2   Ritz-Carlton Destination Clubs, and I was providing
 3   alternative options that people could use.
 4              The vehicle to do that was Marriott
 5   Vacation Club destination points.  That was the
 6   cash.
 7       Q.     The -- the fact of the matter is, when
 8   somebody came after 2012 and -- to the --
 9       A.     Vail?
10       Q.     -- to Vail --
11       A.     Um-hmm.
12       Q.     -- and were -- and were sold points --
13       A.     Correct.
14       Q.     -- those points -- those were new
15   members; right?  So you weren't trying to give the
16   Ritz members anything.  You were trying to sell new
17   points to new members, weren't you?
18       A.     I was selling new members a product
19   that contained Ritz-Carlton in it, which was Vail,
20   and giving them options of what they can do.
21              The currency was MVCD points.  I was
22   not able to sell the fractionals.  People were not
23   buying fractionals at that time.
24       Q.     Do you know if anybody that was a
25   Ritz-Carlton Aspen -- or I'm sorry -- a Ritz-Carlton
```

Page 189

Clark - Reiser

```
 1      Destination Club member who bought Marriott Vacation
 2      points?
 3              A.      A Home Club member?
 4              Q.      Yes.
 5              A.      We did convert some from Home Club into
 6      MVCD points.
 7              Q.      Convert.  Did you ever -- did you ever
 8      sell any new points to Ritz-Carlton members?
 9              A.      I know that we did have owners and
10      members that owned Marriott Vacation Club and owned
11      Ritz-Carlton.  I don't know if I sold them, what
12      their timing was on either one of those, but I -- I
13      do know there were members.
14              Q.      I'm trying to understand your
15      testimony, because it says here that --
16              A.      Sure.
17              Q.      -- you know, under "What's in it for
18      the company?"
19              A.      Um-hmm.
20              Q.      "Leverage Aspen as an option for
21      points-based sales."
22                      Now, as I understand your testimony,
23      those were -- you were trying to leverage Aspen to
24      sell more points to new members who were there to
25      preview the club.
```

Page 190

Clark - Reiser

1   A.   Correct.  So you are a Ritz-Carlton --
2   I market you through Ritz-Carlton.
3   Q.   But I'm not a member yet.
4   A.   Correct.  You come in, and I'm going to
5   show you -- obviously, you're the right demographic
6   for Ritz-Carlton, you love Ritz-Carlton.  I'm going
7   to show you that, not only do we have Vail, but
8   Aspen would be an option.  And I -- I believe we
9   utilized Aspen through the Explorer Collection.
10  Q.   But, if I'm a Ritz-Carlton type of
11  demographic, and I'm coming to a preview, I'm not
12  buying a Ritz-Carlton Club membership, I'm buying a
13  Marriott Vacation Club points membership that now
14  has access to Ritz clubs; true?
15  A.   You are buying Marriott Vacation Club
16  destination points.  Part of that product, just like
17  you could go to Orlando, I'm not telling you about
18  Hawaii and everything else.  That's a small part of
19  it, but I'm trying to sell you on Orlando, because
20  that's where you want to go.
21      I'm bringing Ritz-Carlton people in to
22  sell them on, hey, this is the product that you
23  could have.  This is the number of points you need
24  in order to buy it, but there are more than just
25  this one right here.

Page 191