# EXHIBIT 7

**EXHIBIT 7**

```
 1    RCHFU, LLC,  et al.,
 2         Plaintiffs,          United States District Court
                                District of Colorado
 3    v.                        No.  1:16-cv-09390
 4
      MARRIOTT VACATIONS WORLDWIDE
 5    CORPORATION, et al.,
           Defendants,
 6    _____/
      REISER, et al.,
 7         Plaintiffs,
                                Eastern District of California
 8    v.                        No. 2:16-cv-00237-MCE-CKD
 9
      MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al,
           Defendants,
11    _____/
      PETRICK, et al.,
12         Plaintiffs,
13                              San Francisco County
      vs.                       No. CGC-15-54897
14
      MARRIOTT VACATION WORLDWIDE
15    CORPORATION, et al.,
16         Defendants.
      _____/
17
18         VIDEOTAPED DEPOSITION OF STEPHANIE SOBECK
19       taken at 450 South Orange Avenue, Suite 650,
         Orlando, Florida, commencing between 9:11 a.m.
20       - 6:20 p.m. on Thursday November 16, 2017
21       before Lisa Gerlach, Court Reporter, Notary
22       Public in and for the State of Florida at Large.
23
24    Job No. 2733702
25    Pages 1 - 374
```

Page 1

```
 1        Q.  On the left, it says "record number" -- the
 2   very top.  Again, this is your spreadsheet, Marriott
 3   Vacation Worldwide's spreadsheet.
 4        A.  Understood.  I'm trying to understand what it
 5   is.
 6            MR. MARX:  Can you shorten it so we can
 7        see the file name?
 8   BY MR. REISER:
 9        Q.  Do you recognize this document?
10        A.  I recognize -- yes, I recognize the
11   questions.  I believe those were the questions when
12   Bachelor Gulch decided they were moving forward with a
13   survey to the members to talk about --
14        Q.  Well, you see the resort column, it says it's
15   a bunch of different resorts?
16        A.  I'm sorry.  This is when Bachelor Gulch
17   talked about going out to RFP, is what I'm
18   representing.
19        Q.  So how is this related to the Bachelor Gulch
20   situation?
21        A.  Because -- so when Bachelor Gulch decided to
22   go out and RFP, we obviously had concerns that, if
23   they were not that happy, we wanted to understand from
24   the rest of the members -- kind of thoughts on the
25   program, thoughts on the future of the program, things
```

Page 83

```
1    that they'd like to see.
2            This was a very -- I mean, this whole period
3    of the club -- I mean, the club was evolving.  We had
4    lost a couple clubs.  Kapalua and Abaco were going
5    away.  There were just a lot of things going on, and
6    we wanted to do a survey of the members to understand
7    their thoughts.
8        Q.  This survey -- the 750-plus responses to this
9    survey -- do you remember a large response to this
10   survey?
11       A.  Yes, I do.
12       Q.  Does the document on the screen appear to be
13   the results of this survey?
14       A.  Does the document -- yes -- the summary of
15   the survey, yes.
16       Q.  Okay.  And these are actual comments by --
17   the actual comments by the members?
18       A.  Yes.
19       Q.  You recall, don't you, Ms. Sobeck, that the
20   overwhelming response to the survey was that the
21   members were not happy?
22           MR. SELLINGER:  Objection to form.
23       A.  There were certainly some comments about
24   members having concerns.  I mean, there were a lot
25   more clubs and now there were fewer.  There were
```

Page 84

```
 1    BY MR. REISER:
 2         Q.   So the Ritz-Carlton/Marriott representatives
 3    agreed that unless the majority of Aspen Highlands
 4    members -- so you would agree that means one half of
 5    the 876 members?
 6         A.   That's what a majority means; but, truly, in
 7    the world of voting, there's a lot of different -- you
 8    can have a majority of people who vote; you can have a
 9    majority of people -- I mean, there's different ways
10    to look at it.
11              I see what the words are there and I can
12    certainly understand what you're saying.
13         Q.   So this looks like a promise to the members
14    that, unless a majority of the 876 vote in favor of
15    doing so, there would be no affiliation.  True?
16              MS. LIVINGSTON:  Object to the form.
17              MR. SELLINGER:  Objection to form.
18    BY MR. REISER:
19         Q.   So that's how you read this paragraph?
20         A.   Can I -- just to be clear -- I understand
21    what the words are.  ==We never would have thought we==
22    ==could get 440 members to vote -- vote, survey,==
23    ==whatever -- for.==
24              You know, when we go out to the members,
25    these are member -- vacation destinations.  They come
```

Page 123

```
 1    properties that they lost, about Abaco.
 2              So, yeah, I see it --
 3         Q.   You're reading now --
 4              MR. SELLINGER:  Hold on.
 5              MR. REISER:  Phil, I mean, I can tell
 6         when she's done.  You don't have to really do
 7         that every time.  I think she was done.  If
 8         she's not, she can --
 9              MR. SELLINGER:  No.  Hold on a minute.
10         No.  She's entitled to answer, and there were
11         still words coming out of her mouth.  I'm not
12         even accusing you of doing it deliberately,
13         but she is entitled to answer.  She's towards
14         the end of her answer -- I agree with you --
15         but I don't know if she's done or not.
16              MR. REISER:  Fair enough.
17    BY MR. REISER:
18         Q.   Were you done?
19         A.   Something really good could have been coming.
20    Yes, I'm done.
21         Q.   I understand that you're reading these now
22    and you don't quite understand why you said that.
23    But, nonetheless, contemporaneous -- that is, in April
24    of 2013, you read the feedback from the members that
25    there was going to be a no vote on the affiliation.
```

Page 138

```
 1    True?
 2            MR. SELLINGER:  Objection to form.
 3       A.   That appears to be -- that appears to be
 4    what -- yes -- what I wrote here.
 5    BY MR. REISER:
 6       Q.   Okay.  It was shortly thereafter that the
 7    decision was made to not hold a vote and to, instead,
 8    insert a survey, which the sole purpose was to gauge
 9    the members' interest in the voluntary exchange
10    program?
11            MR. SELLINGER:  Objection to form.
12       A.   No.  We had always -- it was always -- again,
13    I was always -- for us, it was -- survey, vote -- it
14    was always to try to understand the thoughts of the
15    members.
16            We want members happy.  We want the members
17    to be able to enjoy.  The challenge with any of these
18    things is, you get a vocal few; but at the same time,
19    as things were evolving between April and the end of
20    the year, what was happening is, members knew about
21    this.  You're talking about the members who were
22    unhappy, but there were other members contacting us
23    wanting to access the program.
24            We had Ritz-Carlton members who were Marriott
25    Vacations members as well, and they knew what the
```

Page 139

```
1     to them -- a reason that we wouldn't have wanted them
2     to be on the board.
3     BY MR. FERGUSON:
4         Q.  Michael Mullenix was a bit more of a tiger, I
5     take it, than Mr. Mercer when it came to the brand
6     evolution that started on July 17, 2012?
7             MR. SELLINGER:  Objection to form.
8         A.  They certainly had a different style.
9     BY MR. FERGUSON:
10        Q.  You know Mr. Neveloff as a very experienced
11    New York State real estate attorney?
12        A.  I do.
13        Q.  Do you recall that he, in turn -- withdraw
14    that.  You probably don't know that.
15            Do you recall that there was a
16    cease-and-desist letter that came from a firm in
17    Denver called Brownstein Hyatt & Farber?
18        A.  I remember seeing that, yes.
19        Q.  And I believe that was addressed to Mr. Weisz
20    and Mr. Cunningham.  Was that something that they gave
21    to you?
22        A.  I saw a copy.
23        Q.  Did you ever hear at all again from
24    Brownstein Hyatt & Farber?
25        A.  Did I?  No.
```

Page 247