# EXHIBIT 8

**EXHIBIT 8**

**CONFIDENTIAL**

April 5, 2013

Dear Member,

Positive discussions were held today between the Board of Directors and representatives of The Ritz/Marriott, including Lee Cunningham, Chief Operating Officer of The Ritz-Carlton Destination Club.

The Ritz-Carlton/Marriott representatives agree that unless a majority of Aspen Highlands Members (excluding the Marriott interests and Members not in good standing) vote in favor of doing so, The Ritz-Carlton/Marriott will not include Aspen Highlands in the Marriott Vacation Club affiliation/exchange/points program.

Discussions continue on other important issues affecting Aspen Highlands, including alternatives for divesting the current inventory of Aspen Highlands units owned by The Ritz-Carlton/Marriott. Such inventory will not be sold through the Marriott Vacation Club trust without an additional vote of the Members.

Sincerely,

*Randy Mercer*
President

*Phillip Schneider*
Vice President

*Gerald Marsden*
Treasurer

*Tyler Oliver*
Secretary

Aspen Highlands Tourist Accommodation Board of Directors

AH

RCDC005909

**EXHIBIT**
1180
US D.Colo. 1:16-cv-01301