# EXHIBIT 9

EXHIBIT 9

| | |
|---|---|
| **From:** | Neveloff, Jay A. <jneveloff@KRAMERLEVIN.com> |
| **Sent:** | Saturday, May 18, 2013 12:46 PM |
| **To:** | RNYJERRY@aol.com |
| **Cc:** | Randy Mercer <randal.mercer@creconsultants.com>; pjschn2351@aol.com; toliver@henzlikoliver.com |
| **Subject:** | Re: Update on Lion & Crown Enrollment |

I did and didn't bother to read the fine print which I assumed related solely to the program. Imagine my surprise when I read the BG letters on line.

Jay A. Neveloff

Partner
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9290
Fax: 212-715-8290
Email: jneveloff@KRAMERLEVIN.com
http://www.kramerlevin.com

On May 18, 2013, at 1:30 PM, "RNYJERRY@aol.com" <RNYJERRY@aol.com> wrote:

> did everyone get this letter
>
> **Jay A. Neveloff** | Partner
> T: 212-715-9290  F: 212-715-8290  E: jneveloff@KRAMERLEVIN.com
> Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | New York, New York 10036
> http://www.kramerlevin.com
>
> This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.
>
> From: RCDCCommunications@RitzCarltonClub.com
> To: rnyjerry@aol.com
> Sent: 5/14/2013 9:20:33 P.M. Eastern Daylight Time
> Subj: Update on Lion & Crown Enrollment



## THE RITZ-CARLTON
## DESTINATION CLUB

May 14, 2013

**Dear Mr. and Mrs. Gerald and Linda Marsden,**

It has come to our attention that some Members have questions regarding language within the Lion & Crown enrollment package. We appreciate Members

AHCA00009886

EXHIBIT
1208
US D.Colo. 1:16-cv-01301

1208-0001

letting us know about their concerns, and want to clearly address those issues.

First, we are modifying the language that has been questioned (Section 1e) to more clearly define the intention of the provision. Additionally, in the amended enrollment package, we are providing you a termination provision that allows you the ultimate flexibility with the Exchange Program. You will be able to terminate your enrollment at any time if you so desire. Any reservation that you have within the system at the time of termination will be honored. For those Members that have already enrolled, you will receive an email in the next two days enabling you to accept these modifications.

Second, regarding other potential affiliations, we want to assure you that a Ritz-Carlton Club affiliation with Marriott Vacation Club Destinations will not take place unless there is an affirmative vote of each Club's Membership. We also continue our efforts to expand Member experiences through additional affiliated luxury travel opportunities.

Since 2001, we have been honored to provide The Ritz-Carlton Club Members with world-class experiences and personalized services. We look forward to continuing to serve you and your families for many more years to come.

We encourage you to contact us directly at RCDCcommunications@ritzcarltonclub.com if you have questions or wish to schedule a follow-up call with one of our Ladies and Gentlemen.

Sincerely,

*Lee Cunningham*

**Lee Cunningham**
Executive Vice President and Chief Operating Officer
The Ritz-Carlton Destination Club

AHCA00009887

1208-0002