# EXHIBIT 10

EXHIBIT 10

| | |
|---|---|
| **From:** | RCDC Member Communications <TheRitz-CarltonDestinationClub@email1.theritzcarltondestinationclub.com> |
| **Sent:** | Tuesday, November 19, 2013 7:00 PM |
| **To:** | Tyler Oliver <tyler@colbycapitalllc.com> |
| **Subject:** | Affiliation Information from Your Board and The Ritz-Carlton Destination Club |



THE RITZ-CARLTON CLUB®
ASPEN HIGHLANDS

November 19, 2013

Dear Mr. Tyler Oliver,

As part of ongoing efforts to expand the experiences available to Members, The Ritz-Carlton Destination Club has been exploring affiliation opportunities and announced an arrangement with Exclusive Resorts earlier this year. The initial feedback from our Members who have participated in the Exclusive Resorts exchange has been positive. The Ritz-Carlton Destination Club remains dedicated to The Ritz-Carlton Club, Aspen Highlands, its Members and the fractional ownership experience you have as Members of The Ritz-Carlton Destination Club. The Ritz-Carlton Destination Club looks forward to continuing to deliver the highest quality service to its Members every day.

The Ritz-Carlton Destination Club and your Board have been exploring an additional, voluntary exchange opportunity for The Ritz-Carlton Club, Aspen Highlands with the Marriott Vacation Club Destinations exchange program. As promised earlier this year, Members of The Ritz-Carlton Club, Aspen Highlands will be surveyed on their opinion regarding the potential exchange affiliation with the Marriott Vacation Club Destinations exchange program. The Ritz-Carlton Destination Club and your Aspen Highlands Board have worked collaboratively on this potential opportunity, and you will be receiving more information regarding this survey in the next two weeks. We understand that this exchange opportunity has prompted a number of questions from Members to the Aspen Highlands Board. We would like to share with Members of The Ritz-Carlton Club, Aspen Highlands answers to several initial questions that have been raised about the possible affiliation with the Marriott Vacation Club Destinations exchange program. A more complete Frequently Asked Questions (FAQ) sheet will be included with the survey.

Marriott Vacation Club Destinations Exchange Program

As mentioned above, the sole purpose of the survey is to understand the Aspen Highlands Member's interest in this voluntary exchange program, which would allow Members to exchange a week of their reserved allocated time for points within the Marriott Vacation Club Destinations exchange program. This exchange program is just that – an exchange program. If an Aspen Highlands Member decides to voluntarily exchange one of their weeks of reserved allocated time in Aspen Highlands for points within the Marriott Vacation Club Destinations exchange program, then a Marriott Vacation Club Destinations member could

AHCA00001357

EXHIBIT
1305
US D.Colo. 1:16-cv-01301

1305-0001

reserve a stay in the allocated week that was exchanged using the points that they own. Below please find answers to some of the questions that have been received thus far:

Question 1: What will be available to me, as an Aspen Highlands Member, through enrollment in The Lion & Crown Exchange Program, if the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program?

- The following would be available to all Aspen Highlands Members who enroll in The Lion & Crown Exchange Program if the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program:
    - Secure time at any of the Marriott Vacation Club Resorts available worldwide, which currently includes over 50 resorts in the United States, the Caribbean, Europe and Asia.
    - Bank unused points into the following year.
    - Borrow points from the coming year.
    - Book experiences in the Explorer Collection, which currently includes over 100 experiences to enjoy. The Explorer Collection offers fully escorted tours, safaris, upscale cruises, special events and packages.

Question 2: What are the advantages of exchange with the Marriott Vacation Club Destinations exchange program?

- The exchange program affords a number of new benefits, while still maintaining the legendary world-class experiences of The Ritz-Carlton Destination Club that Members already enjoy.
- Exchange would provide potential access to all destinations participating in the Marriott Vacation Club Destinations exchange program.
- The Premier Plus level of membership in the Marriott Vacation Club Destinations program (the level in which most Aspen Highlands Members are expected to enroll) offers additional membership benefits.
- Some examples of current benefits associated with the Marriott Vacation Club Destinations exchange program include:
    - Access to the Marriott Vacation Club Destinations Explorer Collection, which currently includes:
        - **Ocean Explorer - Cruises**
            - Oceania, Cunard, Windstar, Viking River Cruise, Seabourn, Paul Gauguin, SilverSea, Regent
            - Carnival, Royal Caribbean, Holland America
        - **Epic Explorer – Up to 5 Star Accommodations**
        - **Exclusive "Members Only" Tours**
            - Treasures of Tuscany, Provence & Monaco
            - Taste of Italy, Costa Rica Adventure, Treasures of Italy, Ireland, Africa and Australia
        - **Group Tours – 50 non-exclusive tours**
        - **City Explorer – Hotel Stays**
            - Special Member packages at over 70 Hotels and Resorts, including in select Autograph Hotels – Prague, Venice, Rome, Scrub Island (private island with private villas), Cosmopolitan – Las Vegas, Carlton – New York
    - Access to select Marriott hotels

**AHCA00001358**

1305-0002

- Access to currently over 50 Marriott Vacation Club destinations

**Question 3:** If the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program, am I required to participate?

- No, Members will not be required to participate in the Marriott Vacation Club Destinations exchange program. The survey will only determine whether Members want to have the option to participate. Those Aspen Highlands Members who choose to participate would be able to exchange a portion of their Home Club Reserved Allocation for other vacation experiences.

**Question 4:** When would Aspen Highlands Members have access to the new experiences available through the Marriott Vacation Club Destinations exchange program?

- We will be sending the survey in the next two weeks. If the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program, Aspen Highlands Members will be given an opportunity to enroll in The Lion & Crown Exchange Program as soon as an exchange affiliation agreement is put in place with The Ritz-Carlton Club, Aspen Highlands Board following the survey. Members who enroll in The Lion & Crown Exchange Program would then be able to elect to participate in the Marriott Vacation Club Destinations exchange program.

**Question 5:** Will there be a cost to deposit my Home Club Reserved Allocation into The Lion & Crown Exchange Program for use in the Marriott Vacation Club Destinations exchange program?

- There is currently no cost to enroll in The Lion & Crown Exchange Program. The potential exchange opportunity with the Marriott Vacation Club Destinations exchange program is completely optional for each Member. Each Member can decide if they would like to use the benefits of the exchange program or not.

**Question 6:** Would The Ritz-Carlton Club, Aspen Highlands inventory owned by Aspen Highlands Members become available to all Marriott Vacation Club Destinations members, thereby creating less opportunity for usage by The Ritz-Carlton Club, Aspen Highlands Members?

- Marriott Vacation Club Destinations members would only have access to inventory at The Ritz-Carlton Club, Aspen Highlands owned by Aspen Highlands Members when the Aspen Highlands Members voluntarily deposit a portion of their Home Club Reserved Allocation for exchange in the Marriott Vacation Club Destinations exchange program. As you may be aware, Marriott Vacation Club Destinations members with Premier or Premier Plus status in the Marriott Vacation Club Destinations program already have access to certain inventory at certain The Ritz-Carlton Destination Club locations, including The Ritz-Carlton Club, Aspen Highlands through use of developer-owned inventory so long as developer-owned inventory exists. The Ritz-Carlton Destination Club is in discussions with the Aspen Highlands Board to explore potential disposition strategies for the remaining developer-owned inventory.

**Question 7:** How would the Marriott Vacation Club Destinations exchange program affect the remaining unsold developer-owned inventory at The Ritz-Carlton Club, Aspen

AHCA00001359

1305-0003

Highlands?

- Currently, the developer owns over one hundred unsold fractional interests at The Ritz-Carlton Club, Aspen Highlands and has continued to sell developer-owned fractional inventory. There is currently no plan to convey the remaining developer-owned fractional inventory into the Marriott Vacation Club Destinations Trust. The only way this could happen in the future would be for an official vote of the Aspen Highlands Membership to amend the Declaration to allow for this change.

We deeply appreciate you being a Ritz-Carlton Destination Club Member. The Ritz-Carlton Destination Club and your Aspen Highlands Board look forward to continuing to serve you and your families for many more years to come.

As previously mentioned, you will be provided with more information regarding the survey in the next two weeks. This information will be coming from a third-party company that will be assisting with the voting. We encourage you to contact The Ritz-Carlton Destination Club directly at RCDCcommunications@ritzcarltonclub.com if you have questions or wish to schedule a follow-up call with one of the Ladies and Gentlemen.

Sincerely,

| THE RITZ-CARLTON DESTINATION CLUB | ASPEN HIGHLANDS TOURIST ACCOMODATION BOARD OF DIRECTORS |
|---|---|
| R. Lee Cunningham<br>Executive Vice President &<br>Chief Operating Officer | Randy Mercer, President<br>Phil Snyder, Vice President<br>Tyler Oliver, Secretary<br>Robert Harris, Treasurer |

AHCA00001360

1305-0004