# EXHIBIT 11

EXHIBIT 11

CONFIDENTIAL

| | |
|---|---|
| From: | Babich, Eveleen |
| Sent: | Tuesday, November 04, 2014 12:11:02 PM |
| To: | Bunn, Mitchell; Hicks, Daniel; Ramirez, Fanny; Umney, Mary |
| Cc: | Babich, Eveleen |
| Subject: | San Francisco Affilation |

Team,

Just a quick update on San Francisco from our call this morning. Corporate has indicated that the survey email to vote on affiliation will be sent to San Francisco Members on November 6, 2014, and then we will send the announcement to the Members the week after Thanksgiving to let them know that we will begin to accept their elections starting on December 17, 2014. The will have until the end of February, 2015, to make their elections using 2015 inventory. Thereafter they may use their 2016 inventory to make elections for 2016 until September 30, 2015.

This survey is similar to Aspen in that we are not looking for a majority vote. It's merely a mechanism to get feedback and the affiliation is expected to occur regardless. Please keep that information confidential.

Mitch, could you please work with Danny to put together a communication to our Ladies and Gentlemen informing them of the timing and that we will send a copy of the communication once it is available. In our communication we should include that if the feedback received from the Members is affirmative, they could elect as early as December 17, 2014 ... and then include the timing that I provided above.

It seems inconceivable that we are actually ahead of the game, for the very last Club to affiliate ☺

Eveleen Babich
General Manager, Member Services
The Ritz-Carlton Destination Club
310 Bearcat Drive
Salt Lake City, Utah 84115
Phone : 801.468.4174
Fax : 801.832.4342
eveleen.babich@ritzcarltonclub.com
www.myritzcarltonclub.com

Privileged and/or Confidential: This communication contains information from The Ritz-Carlton Destination Club that may be confidential and/or privileged. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

-----Original Message-----
From: Forth, Patrick
Sent: Tuesday, November 04, 2014 9:47 AM
To: Babich, Eveleen
Subject: RE: SF Affiliation

Sorry, I didn't know if you were on or not because I came to the party late. It's my signature move.

SF, AH

RCDC007723

EXHIBIT
1447
US D.Colo. 1:16-cv-01301

CONFIDENTIAL

Thanks

Patrick B. Forth
Director, Process and Projects
Marriott Vacations Worldwide
310 Bearcat Drive
Salt Lake City, UT 84115
801.468.4182
patrick.forth@mvwc.com

This communication contains information from Marriott Vacations Worldwide Corporation that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

-----Original Message-----
From: Babich, Eveleen
Sent: Tuesday, November 04, 2014 9:16 AM
To: Forth, Patrick
Subject: RE: SF Affiliation

Patrick,

Thank you, I am also on the call.

Eveleen Babich
General Manager, Member Services
The Ritz-Carlton Destination Club
310 Bearcat Drive
Salt Lake City, Utah 84115
Phone : 801.468.4174
Fax : 801.832.4342
eveleen.babich@ritzcarltonclub.com
www.myritzcarltonclub.com

Privileged and/or Confidential: This communication contains information from The Ritz-Carlton Destination Club that may be confidential and/or privileged. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

-----Original Message-----
From: Forth, Patrick
Sent: Tuesday, November 04, 2014 9:08 AM
To: Babich, Eveleen
Subject: SF Affiliation

SF, AH

RCDC007724

**CONFIDENTIAL**

Good morning,

I'm on the RCDC affiliation call, and they indicated that the survey email to vote on affiliation will be sent to SF Members on 11/6 and then we will send the announcement the week after Thanksgiving to tell SF Members that we will accept elections starting on 12/17.

Just wanted to keep you in the loop on that.

Thanks

Patrick B. Forth
Director, Process and Projects
Marriott Vacations Worldwide
310 Bearcat Drive
Salt Lake City, UT 84115
801.468.4182
patrick.forth@mvwc.com

This communication contains information from Marriott Vacations Worldwide Corporation that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

SF, AH

RCDC007725

1447-0003