# EXHIBIT 12

EXHIBIT 12

CONFIDENTIAL

| | |
|---|---|
| **From:** | Sobeck, Stephanie |
| **Sent:** | Friday, April 12, 2013 02:27:24 PM |
| **To:** | Cunningham, Lee; Clark, Mary Lynn |
| **Subject:** | FW: Aspen Board Letter - Member Responses |
| **Attachments:** | Aspen Board Letter sent on 4-5-2013.doc |
| **Categories:** | Red Category |

Interesting feedback from Aspen members regarding the letter sent out last week. Looks like from this letter that vote will be a "no" for affiliation. That being said, you never know when we educate them what will happen.
Steph

Stephanie E. Sobeck
Vice President, Asset Management
The Ritz-Carlton Destination Club
6649 Westwood Blvd. Suite 500
Orlando, FL 32821
Phone: (407)206-6017, Fax: (407)206-6013, Cellular: (407)341-2651
stephanie.sobeck@ritzcarltonclub.com

This communication contains information from The Ritz-Carlton Development Company that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Babich, Eveleen
**Sent:** Friday, April 12, 2013 12:05 PM
**To:** Sobeck, Stephanie
**Subject:** Aspen Board Letter - Member Responses

Good Morning Steph –

Here are the Member responses that we received in our Communications Box.

Eveleen

AH

RCDC006301

EXHIBIT
1188
US D.Colo. 1:16-cv-01301

1188-0001