IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Gordon P. Gallagher**

| | |
|---|---|
| Civil Action No: 16-cv-01301-PAB-GPG | Date:  February 16, 2018 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom A-201 - VTC |

*Parties:*  *Counsel:*

RCHFU, LLC, et al.                    Matthew Ferguson
                                      Linda Lam, by phone
                                      Michael Reiser, by phone
                                      Michael Schrag, by phone

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE          Ian Marx
CORPORATION, et al.                   Jessica Livingston, by phone

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**DISCOVERY CONFERENCE**

**1:03 p.m.     Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes as set forth in the Discovery Dispute Chart revised on February 11, 2018. Disputes labeled one through ten with subparts.

Arguments by counsel.

For the reasons set forth on the record, it is

ORDERED:   Dispute 8: The Court did not intend to limit the scope of Steven Weisz deposition.

        Disputes 2, 3, and 4: Need to be briefed or conferred.

        Dispute 5: Score documents shall be produced by the end of day February 22, 2018.  All remaining documents shall be produced by the end of day March 15, 2018.

        Dispute 6: Documents shall be produced by March 15, 2018.

        The Court will extend the fact discovery cut-off deadline to **May 14, 2018**.

**3:08 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time:   02:05

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.