IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, a Colorado limited liability company,
et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION,
a Delaware corporation, et al.

      Defendants.

---

**NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO GERALD McCARTHY**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC, by and through their undersigned counsel, will issue the attached subpoena to Gerald McCarthy, 3495 Nebo Road, Boulder, Colorado 80302.  The subpoena will command Mr. McCarthy to produce the documents listed in the subpoena attached as Exhibit 1.

Dated:  March 12, 2018.

>
> GREENBERG TRAURIG, LLP
>
> By:  *s/ Naomi G. Beer*
> Naomi G. Beer
> Philip R. Sellinger
> Ian S. Marx
> 1200 Seventeenth Street, Suite 2400
> Denver, Colorado 80202
> Tel:     303.572.6500
> Fax:    303.572.6540
> Email:  BeerN@gtlaw.com
>             SellingerP@gtlaw.com
>             MarxI@gtlaw.com
>
> *Attorneys for the Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12th day of March, 2018, a true and correct copy of the foregoing NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO GERALD McCARTHY was served via ECF upon:

Michael J. Reiser, Esq.
Michael@reiserlaw.com
REISER LAW, p.c.
1475 North Broadway, Suite 300
Walnut Creek, California 94596

Michael Schrag, Esq.
mls@classlawgroup.com
GIBBS LAW GROUP, LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler Meade, Esq.
tyler@meadefirm.com
THE MEADE FIRM, P.C.
1816 Fifth Street
Berkeley, California 94710

Matthew C. Ferguson, Esq.
matt@matthewfergusonlaw.com
THE MATTHEW C. FERGUSON LAW FIRM, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Daniel F. Shea, Esq.
dan.shea@hoganlovells.com
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202

*/s/ Julie Eaton*
Julie Eaton

3