IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, a Colorado limited liability company,
et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION,
a Delaware corporation, et al.

      Defendants.

---

**NOTICE OF SUBPOENA TO PRODUCE
DOCUMENTS TO RCC-BG CONDOMINIUM ASSOCIATION, INC.**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC, by and through their undersigned counsel, will issue the attached subpoena to RCC-BG Condominium Association, Inc., 100 Bachelor Ridge Trail, Avon, Colorado 81620.  The subpoena will command RCC-BG Condominium Association, Inc. to produce the documents listed in the subpoena attached as Exhibit 1.

Dated:  March 12, 2018.

          GREENBERG TRAURIG, LLP

By:    *s/ Naomi G. Beer*
       Naomi G. Beer
       Philip R. Sellinger
       Ian S. Marx
       1200 Seventeenth Street, Suite 2400
       Denver, Colorado 80202
       Tel:    303.572.6500
       Fax:   303.572.6540
       Email:  BeerN@gtlaw.com
                SellingerP@gtlaw.com
                MarxI@gtlaw.com

*Attorneys for the Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 12th day of March, 2018, a true and correct copy of the foregoing NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO RCC-BG CONDOMINIUM ASSOCIATION, INC. was served via ECF upon:

Michael J. Reiser, Esq.
Michael@reiserlaw.com
REISER LAW, p.c.
1475 North Broadway, Suite 300
Walnut Creek, California 94596

Michael Schrag, Esq.
mls@classlawgroup.com
GIBBS LAW GROUP, LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler Meade, Esq.
tyler@meadefirm.com
THE MEADE FIRM, P.C.
1816 Fifth Street
Berkeley, California 94710

Matthew C. Ferguson, Esq.
matt@matthewfergusonlaw.com
THE MATTHEW C. FERGUSON LAW FIRM, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Daniel F. Shea, Esq.
dan.shea@hoganlovells.com
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202

*/s/ Julie Eaton*
Julie Eaton

3