IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, a Colorado limited liability company,
et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION,
a Delaware corporation, et al.

      Defendants.

---

### NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO TIMBERS BG MANAGEMENT, LLC

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC, by and through their undersigned counsel, will issue the attached subpoena to Timbers BG Management, LLC, 225 Main Street, Suite 201, Carbondale, Colorado 81623.  The subpoena will command Timbers BG Management, LLC to produce the documents listed in the subpoena attached as Exhibit 1.

Dated:  March 12, 2018.

        GREENBERG TRAURIG, LLP

    By: _s/ Naomi G. Beer_
      Naomi G. Beer
      Philip R. Sellinger
      Ian S. Marx
      1200 Seventeenth Street, Suite 2400
      Denver, Colorado 80202
      Tel: 303.572.6500
      Fax: 303.572.6540
      Email:  BeerN@gtlaw.com
          SellingerP@gtlaw.com
          MarxI@gtlaw.com

      _Attorneys for the Marriott Vacations_
      _Worldwide Corporation, Marriott Ownership_
      _Resorts, Inc., The Ritz-Carlton Management_
      _Company, LLC, The Cobalt Travel Company, LLC,_
      _and The Lion & Crown Travel Co., LLC_

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of March, 2018, a true and correct copy of the foregoing NOTICE OF SUBPOENA TO PRODUCE DOCUMENTS TO TIMBERS BG MANAGEMENT, LLC was served via ECF upon:

Michael J. Reiser, Esq.  
Michael@reiserlaw.com  
REISER LAW, p.c.  
1475 North Broadway, Suite 300  
Walnut Creek, California 94596  

Michael Schrag, Esq.  
mls@classlawgroup.com  
GIBBS LAW GROUP, LLP  
505 14th Street, Suite 1110  
Oakland, California 94612  

Tyler Meade, Esq.  
tyler@meadefirm.com  
THE MEADE FIRM, P.C.  
1816 Fifth Street  
Berkeley, California 94710  

Matthew C. Ferguson, Esq.  
matt@matthewfergusonlaw.com  
THE MATTHEW C. FERGUSON LAW FIRM, P.C.  
119 South Spring, Suite 201  
Aspen, Colorado 81611  

Daniel F. Shea, Esq.  
dan.shea@hoganlovells.com  
HOGAN LOVELLS US LLP  
1601 Wewatta Street, Suite 900  
Denver, Colorado 80202  

*/s/ Julie Eaton*  
Julie Eaton

3