AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| RCHFU, LLC, et al., <br> *Plaintiff* <br> v. <br> MARRIOTT VACATIONS WORLDWIDE CORP, et al <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   16-01301 PAB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date:    03/26/2018

*Attorney's signature*

Todd L. Schleifstein
*Printed name and bar number*

GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932

*Address*

SchleifsteinT@gtlaw.com
*E-mail address*

(973) 360-7900
*Telephone number*

(973) 301-8410
*FAX number*