AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| RCHFU, LLC, et al.,<br>*Plaintiff*<br>v.<br>MARRIOTT VACATIONS WORLDWIDE CORP, et al<br>*Defendant* | )<br>)<br>)  Case No.   16-01301 PAB<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants

Date:    03/27/2018

*Attorney's signature*

Roger B. Kaplan
*Printed name and bar number*

Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*Address*

kaplanr@gtlaw.com
*E-mail address*

(973) 360-7900
*Telephone number*

(973) 301-8410
*FAX number*