AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| RCHFU, LLC, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-01301 PAB |
| MARRIOTT VACATIONS WORLDWIDE CORP, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 03/28/2018

s/ Jaclyn DeMais
*Attorney's signature*

Jaclyn DeMais
*Printed name and bar number*

Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*Address*

demaisj@gtlaw.com
*E-mail address*

(973) 360-7900
*Telephone number*

(973) 301-8410
*FAX number*