IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-01301 PAB-GPG

**RCHFU, LLC**, *et al*.

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al*.

Defendants.

---

**REVISED SCHEDULING ORDER, SECTION 9**

---

The initial Scheduling Conference was held on August 18, 2016, before Magistrate Judge Gordon P. Gallagher. A Scheduling Order [Doc #60] was subsequently issued. At a Discovery Dispute Conference held on February 16, 2018, the Court directed the parties to present the Court with an amended scheduling order in connection with the extension of fact discovery to May 14, 2018.

All other portions of the Scheduling Order remain in force and effect, except as otherwise altered by prior Court orders.

### 9. CASE PLAN AND SCHEDULE

- **Fact Discovery Cut-off (except for discovery ordered pursuant to motions to compel):** May 14, 2018

- **Deadline to Serve Initial Expert Reports:** June 15, 2018

- **Deadline to Serve Rebuttal Expert Reports:** July 11, 2018

- **Mediation Deadline:** June 6, 2018

- **Expert Discovery Cut-off:** August 23, 2018

- **Dispositive Motions:** September 10, 2018

- **Deadline to File** *Daubert* **Motions:** September 10, 2018

- **Deadline to File Motions** *in Limine***:** October 1, 2018

b.  **Discovery Cut-off:**

Fact discovery cut-off is May 14, 2018

c.  **Motions Deadline:** September 10, 2018

d.  **Expert Witness Disclosure**

1. As set forth above.

2. As set forth above.

3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a) (2) on or before June15, 2018. The parties shall also file their initial expert reports by this day. (See proposed case schedule above).
*[This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a) (2) (B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2) (C).]*

4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before July 11, 2018. The parties shall also file their rebuttal expert reports by this day. (See proposed case schedule above).
*[This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]*

### 13. AMENDMENTS TO SCHEDULING ORDER

This revised scheduling order may be altered or amended only upon a showing of good cause.

DATED at Grand Junction, Colorado, this __day of April, 2018.

BY THE COURT:

_____
United States Magistrate Judge
Gordon P. Gallagher

APPROVED:[1]


_____/s/ Matthew C. Ferguson_____
Matthew C. Ferguson, #25687
THE MATTHEW C. FERGUSON LAW FIRM, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.comm
*Attorneys for Plaintiffs*


_____/s/ Daniel F. Shea_____
Daniel F. Shea, #27803
Jessica B. Livingston, #41483
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
E-mail: dan.shea@hoganlovells.com
E-mail: jessica.livingston@hoganlovells.com
*Attorneys for Defendant Aspen Highlands Condominium Association*

---

[1] Counsel for the Marriott Defendants have not responded.