# EXHIBIT A

**From:** Michael Schrag [mailto:mls@classlawgroup.com]
**Sent:** Friday, February 16, 2018 9:01 PM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** Meade Tyler; 'reiserlaw@gmail.com'; Matthew Ferguson; Sam Ferguson; Linda Lam
**Subject:** Ritz-Aspen Document Production

Ian: I write to follow up on the discussion at the hearing today in Judge Gallagher's court concerning our different positions as to which party should pay for the new search and document production protocol that you, Mike Reiser and I negotiated (i.e. using the new search terms to search the emails of both the prior and newly identified custodians). Plaintiffs propose that the parties follow Judge Gallagher's suggestion that the Marriott Defendants produce the documents now while preserving their right to move for an order that Plaintiffs reimburse the reasonable costs of the search. The agreement would be for the Marriott Defendants to perform the agreed upon search and produce the responsive documents within 21 days. Then the Marriott Defendants would preserve their right to move for reimbursement and Plaintiffs would preserve their right to oppose such a motion. Please let me know by the close of business on **Tuesday February 20, 2018** whether this is acceptable.

Michael Schrag | Attorney
**GIBBS LAW GROUP LLP**
**GIRARD GIBBS LLP (Of Counsel)**
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Fax: (510) 350-9701
www.classlawgroup.com
www.girardgibbs.com

1