# EXHIBIT B

**From:** Marx, Ian (Shld-NJ-LT)
**Sent:** Tuesday, February 20, 2018 8:12 AM
**To:** 'Michael Schrag'
**Cc:** Meade Tyler; 'reiserlaw@gmail.com'; Matthew Ferguson; Sam Ferguson; Linda Lam; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT)
**Subject:** RE: Ritz-Aspen Document Production

Mike:

In response to your inquiry, the Marriott Defendants are amenable to an approach under which we would proceed now with a search and production from the email boxes of both the prior and newly identified custodians pursuant to agreed upon search terms, if Plaintiffs pay the costs associated with the processing, hosting and review of such data, while Plaintiffs would preserve their right to move for an order that the Marriott Defendants reimburse the reasonable costs of the search and Marriott Defendants would reserve the right to oppose such a motion.

We are not amenable to the approach proposed in your email.

Thanks,
Ian

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



1