# EXHIBIT C

**From:** Michael Schrag [mailto:mls@classlawgroup.com]
**Sent:** Tuesday, February 20, 2018 8:19 PM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** tyler@meadefirm.com; reiserlaw@gmail.com; matt@matthewfergusonlaw.com; sam@meadefirm.com; Linda Lam; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT)
**Subject:** RE: Ritz-Aspen Document Production

Ian: Thanks for your timely response about this document production issue. Two things to keep in mind: (1) the cost of a motion will likely exceed the search and hosting costs and (2) in commenting on this interesting ESI issue and suggesting the path that we proposed and you rejected, the court is searching for an efficient solution. With that in mind, we propose the following compromise: Plaintiffs will pay 50% of the reasonable cost to process and host the data up to $12,500. Both sides reserve the right to move that the other side reimburse the amounts spent. Plaintiffs are not amendable to your proposal that we bear all the costs and do not agree to pay for attorney/paralegal time to review the documents. We also believe that the hosting expenses you previewed are not in line with competitors and it seems that hosting would be for a short period of time. The documents would need to be produced by no later than March 15th. Please let us know by close of business EST tomorrow if this is acceptable.

Michael

Michael Schrag | Attorney
GIBBS LAW GROUP LLP
GIRARD GIBBS LLP (Of Counsel)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Fax: (510) 350-9701
www.classlawgroup.com
www.girardgibbs.com

1