# EXHIBIT D

From: MarxI@gtlaw.com [mailto:MarxI@gtlaw.com]
Sent: Thursday, February 22, 2018 5:26 AM
To: Michael Schrag <mls@classlawgroup.com>
Cc: tyler@meadefirm.com; reiserlaw@gmail.com; matt@matthewfergusonlaw.com; sam@meadefirm.com; Linda Lam <lpl@classlawgroup.com>; SellingerP@gtlaw.com; levined@gtlaw.com
Subject: RE: Ritz-Aspen Document Production

Mike:

Your proposal, among other things, does not include any cost-sharing allocation for paralegal/attorney time associated with the review of documents in connection with this process. Accordingly, it is not something to which we can agree. As always, we are available if you'd like to discuss this further.

Thanks,
Ian

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig | 50

From: Michael Schrag [mailto:mls@classlawgroup.com]
Sent: Wednesday, February 21, 2018 10:00 PM
To: Marx, Ian (Shld-NJ-LT)
Cc: tyler@meadefirm.com; reiserlaw@gmail.com; matt@matthewfergusonlaw.com; sam@meadefirm.com; Linda Lam; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle
Subject: RE: Ritz-Aspen Document Production

Ian, We did not receive a response to this proposal today. Please respond tomorrow morning. If we don't hear from you, we will assume no agreement on this issue and push forward.

Michael Schrag | Attorney
GIBBS LAW GROUP LLP
GIRARD GIBBS LLP (Of Counsel)
505 14th Street, Suite 1110

Phone: (510) 350-9718
Fax: (510) 350-9701
www.classlawgroup.com
www.girardgibbs.com

2