# EXHIBIT E

Marx, Ian (Shld-NJ-LT)

From: Marx, Ian (Shld-NJ-LT)
Subject: FW: Ritz-Aspen Document Production

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677

GreenbergTraurig | 50

**From:** Michael Schrag [mailto:mls@classlawgroup.com]
**Sent:** Friday, February 23, 2018 3:45 PM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** tyler@meadefirm.com; reiserlaw@gmail.com; matt@matthewfergusonlaw.com; sam@meadefirm.com; Linda Lam; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT)
**Subject:** RE: Ritz-Aspen Document Production

Ian: We have one final offer of compromise. We will agree to limit the search (using the search terms Mike Reiser previously sent you) to the email files of two custodians: Mr. Weisz and Ms. Kane-Hannon. The search/production would be at Marriott Defendants' expense with documents produced by March 15. Please let me know on Monday February 26 if this is acceptable.

Thanks.
Michael

Michael Schrag | Attorney
GIBBS LAW GROUP LLP
GIRARD GIBBS LLP (Of Counsel)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Fax: (510) 350-9701
www.classlawgroup.com
www.girardgibbs.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (510) 350-9700. Thank you.