# EXHIBIT F

**From:** Michael Schrag [mailto:mls@classlawgroup.com]
**Sent:** Tuesday, February 27, 2018 2:28 PM
**To:** Matthew Ferguson; Marx, Ian (Shld-NJ-LT)
**Cc:** Tyler Meade; Mike Reiser
**Subject:** RE: Ritz Aspen

Ian: As to the document production dispute, I am following up on our call yesterday and confirming that as to the Aspen case, the search I proposed (Weisz and Kane-Hannon emails using Mike Reiser's suggested search terms with the Marriott Defendants bearing all costs) would resolve all pending document disputes except those relating to financial/damages documents. I can't confirm the same with respect to the other two cases.

I understand that your clients have either already sent these documents to your vendor and will run the Reiser search terms and let us know the volume of responsive documents. If the search seems to pick up a high volume of unrelated documents, you said that you may suggest revisions to the search terms. Please report this information to us by the close of business tomorrow, so that we can provide current information to Judge Gallagher if we appear before him on Thursday.

Thanks.

Michael Schrag | Attorney
GIBBS LAW GROUP LLP
GIRARD GIBBS LLP (Of Counsel)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Fax: (510) 350-9701
www.classlawgroup.com
www.girardgibbs.com