# EXHIBIT G

From: Matthew Ferguson [mailto:matt@matthewfergusonlaw.com]
Sent: Tuesday, February 27, 2018 10:46 AM
To: MarxI@gtlaw.com
Cc: Tyler Meade <tyler@meadefirm.com>; Mike Reiser <michael@reiserlaw.com>; Michael Schrag <mls@classlawgroup.com>
Subject: Ritz Aspen

Ian: Please advise on the Weisz deposition. We intend to notice for March 21st – but you were going to check days during the two-week period that the remaining Orlando folks are to be deposed. We do not intend to do three trips as discussed.

Also – please confirm that Marriott will accept Michael Schrag's proposal on the Ritz Aspen document dispute.

Judge Gallagher has time all day Thursday in the event we cannot resolve these matters. We are inclined to select a morning session. Let us know when you land. Thank you.



MATTHEW C. FERGUSON
LAW FIRM

**Matthew C. Ferguson**

matt@matthewfergusonlaw.com

A Professional Corporation | Attorneys at Law

119 South Spring Street l Suite 201

Aspen, Colorado 81611

970.925.6288 office | 970.925.2273 fax

Ext. 121

www.matthewfergusonlaw.com