# EXHIBIT H

**From:** Marx, Ian (Shld-NJ-LT)
**Sent:** Wednesday, February 28, 2018 5:47 PM
**To:** Michael Schrag; Matthew Ferguson
**Cc:** Tyler Meade; Mike Reiser; Levine, Danielle Lesser (Para-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT); Sellinger, Philip R. (Shld-NJ-LT)
**Subject:** RE: Ritz Aspen

Michael:

We have had the email data from the mailboxes of Stephen Weisz and Lani Kane-Hannan uploaded onto our vendor's Early Case Assessment platform.

There are two documents attached to this email.

The first document summarizes the results that were obtained when the search terms proposed in Mike Reiser's email of January 26 (the "Reiser Search Terms") were applied against the email data. By way of summary:

1. The starting amounts of documents for each custodian are as follows:

    a. Lani Kane-Hanan: 1,397

    b. Steve Weisz: 151,372

2. The following number of documents in each custodians' batch were captured by the Reiser Search Terms:

    a. Lani Kane-Hanan: 6

    b. Steve Weisz: 4,183

3. Thus, the total number of documents captured by the Reiser Search Terms is **4,189**. When those documents' family members are added, we have a total of **6,110** documents.

When we reviewed the results, there were three search terms that were overbroad in the sense that they are general terms or phrases that were not specific to the issues in these cases, and thus likely to capture a significant number of wholly irrelevant documents. In an attempt to cure that, and as summarized below, we added some modifying language to those terms. The second document attached to this email reflects the results of the revised search terms, which is comprised of the original Reiser Search Terms, with three revisions (the "Revised Search Terms").

By way of comparison with respect to the three revised terms:

| Old Term | Doc Count | Docs w/ Family | New Term | Doc Count | Docs w/ Family |
|---|---|---|---|---|---|
| "Strategic Council" | 1427 | 1597 | "Strategic Council" and ("Luxury Segment" or Aspen or "San Francisco" or "Lake Tahoe" or NorthStar or "North Star" or Ritz* or RCC or RCDC) | 186 | 485 |
| Appraisal | 558 | 805 | Appraisal and (Aspen or "San Francisco" or "Lake Tahoe" or NorthStar or "North Star" or Ritz* or RCC or RCDC) | 56 | 105 |
| "Fiduciary duty" | 992 | 1943 | "Fiduciary duty" and (Aspen or "San Francisco" or "Lake Tahoe" or NorthStar or "North Star" or Ritz* or RCC or RCDC) | 256 | 547 |

Using the Revised Search Terms, the total number of documents captured is 1770, and when those documents' family members are added in, we have a total of 3,050 documents.

If you agree to use the Revised Search Terms, we are prepared to proceed along the lines proposed in your email of February 23, 2018 and below. However, we do need confirmation that this will resolve all outstanding disputes regarding documents (except any that remain relating to financial/damages documents identified in Issue I on the February 9, 2018 "Issues Chart" submitted to Judge Gallagher) in all three cases, as we have from the outset agreed to proceed with document discovery in a coordinated basis in all three cases and we do not agree to address document-related issues on a piecemeal and disaggregated basis.

We are available at your convenience to discuss.

Thanks,
Ian

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
Marxl@gtlaw.com | www.gtlaw.com

GreenbergTraurig | 50




RCDOCCses

Plaintiffs' Proposed Search Terms

As Applied to Steve Weisz's and Lani Kane-Hanan's Email Data

| Phrase | Total Docs | Docs w/ Family |
|---|---|---|
| Ragatz | 113 | 166 |
| "Oxford Economics" | 30 | 35 |
| "Ernst and Young" OR "Ernst & Young" | 311 | 584 |
| "External Exchange" | 73 | 154 |
| "RCDC Inventory" | 1 | 1 |
| "RCDC Affiliation" | 0 | 0 |
| "Loose Fractions" | 0 | 0 |
| "Luxury Segment" | 92 | 171 |
| "Strategic Council" | 1427 | 1597 |
| "Appraisal" | 558 | 805 |
| "Business Review Report" | 2 | 3 |
| "Enterprise Strategy" | 7 | 12 |
| Affiliation w/5 survey | 0 | 0 |
| Affiliation w/5 vote | 0 | 0 |
| Verrechia | 0 | 0 |
| Explorer w/10 (Ritz or RCC) | 37 | 86 |
| Premier w/10 (Ritz or RCC) | 5 | 10 |
| Cushman | 283 | 305 |
| Wakefield | 305 | 319 |
| "Fiduciary Duty" | 992 | 1943 |
| Reengineer* | 94 | 208 |
| Holistic | 146 | 232 |
| "Strategic Options" | 119 | 133 |
| "RCDC Redesign Initiative" | 0 | 0 |
| "luxury-tier inventory" | 0 | 0 |
| "Rental Strategy" | 0 | 0 |
| "Affiliation Strategy" | 0 | 0 |
| "Resale Strategy" | 3 | 3 |
| "Inventory monetization strategy" | 0 | 0 |
| "Open Market Rental strategy" | 0 | 0 |
| "Explorer collection" w/10 (RCC or RCDC or Ritz) | 2 | 4 |
| | | |
| **Total Distinct Documents: 4189** | | |
| **Total Family Size in MB: 1074.133** | | |
| **Total Distinct Documents with Family: 6110** | | |

RCDC Cases

Revised Search Terms (see last 3 terms)

As Applied to Steve Weisz's and Lani Kane-Hanan's Email Data

| Phrase | Total Docs | Docs w/ Family |
|---|---|---|
| Ragatz | 113 | 166 |
| "Oxford Economics" | 30 | 35 |
| "Ernst and Young" OR "Ernst & Young" | 311 | 584 |
| "External Exchange" | 73 | 154 |
| "RCDC Inventory" | 1 | 1 |
| "RCDC Affiliation" | 0 | 0 |
| "Loose Fractions" | 0 | 0 |
| "Luxury Segment" | 92 | 171 |
| "Business Review Report" | 2 | 3 |
| "Enterprise Strategy" | 7 | 12 |
| Affiliation w/5 survey | 0 | 0 |
| Affiliation w/5 vote | 0 | 0 |
| Verrechia | 0 | 0 |
| Explorer w/10 (Ritz or RCC) | 37 | 86 |
| Premier w/10 (Ritz or RCC) | 5 | 10 |
| Cushman | 283 | 305 |
| Wakefield | 305 | 319 |
| Reengineer* | 94 | 208 |
| Holistic | 146 | 232 |
| "Strategic Options" | 119 | 133 |
| "RCDC Redesign Initiative" | 0 | 0 |
| "luxury-tier inventory" | 0 | 0 |
| "Rental Strategy" | 0 | 0 |
| "Affiliation Strategy" | 0 | 0 |
| "Resale Strategy" | 3 | 3 |
| "Inventory monetization strategy" | 0 | 0 |
| "Open Market Rental strategy" | 0 | 0 |
| "Explorer collection" w/10 (RCC or RCDC or Ritz) | 2 | 4 |
| "Strategic Council" and ("Luxury Segment" or Aspen or "San Francisco" or "Lake Tahoe" or NorthStar or "North Star" or Ritz* or RCC or RCDC) | 186 | 485 |
| Appraisal and (Aspen or "San Francisco" or "Lake Tahoe" or NorthStar or "North Star" or Ritz* or RCC or RCDC) | 56 | 105 |

RCDC Cases

Revised Search Terms (see last 3 terms)

As Applied to Steve Weisz's and Lani Kane-Hanan's Email Data

| | | |
|---|---|---|
| "Fiduciary duty" and (Aspen or "San Francisco" or "Lake Tahoe" or NorthStar or "North Star" or Ritz* or RCC or RCDC) | 256 | 547 |
| Total Distinct Documents: 1770 | | |
| Total Family Size in MB: 686.136 | | |
| Total Distinct Documents with Family: 3050 | | |