# EXHIBIT I

**From:** Marx, Ian (Shld-NJ-LT)
**Sent:** Wednesday, February 28, 2018 6:50 PM
**To:** Michael Reiser (michael@reiserlaw.com)
**Cc:** Tyler Meade; Mike Reiser; Levine, Danielle Lesser (Para-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT); Sellinger, Philip R. (Shld-NJ-LT); Michael Schrag; Matthew Ferguson
**Subject:** RE: Ritz Aspen

Mike:

Following up on our discussion, we added the term "de-annexation" to the Revised Search Terms. Here is a summary of the results:

    Term Results: **13**
    Term Results w/Family: **14**

We are fine with adding that term.

Thanks,
Ian

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Thursday, March 01, 2018 5:57 PM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** Tyler Meade; Levine, Danielle Lesser (Para-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT); Sellinger, Philip R. (Shld-NJ-LT); Michael Schrag; Matthew Ferguson; Seena Forouzan
**Subject:** Re: Ritz Aspen

Ian:

Thank you.

Could you also run a search with an alternative spelling: "deannexation"? With that addition, with the exception of the financial documents, we have a resolution of the document issues presented to Judge Gallagher, (as well as regarding Tahoe and SF). Issues remaining unresolved are:

1) Location of Orlando depositions;
2) Weisz deposition. Although we accept April 4th as the date of Mr. Weisz' deposition for 4 hours in the Aspen matter, and the location in Orlando, (exact location to be determined), we do not agree that the April 4th deposition limits the right to depose Mr. Weisz in the Tahoe and San Francisco case. We will be raising this issue with Judge McCoy as to the San Francisco date during our March 6th conference with him;
3) Financial document production issues raised with Judge Gallagher
4) Privilege log issues, including the Strategic Council documents withheld on the ground of attorney-client privilege.

Please give me a call at your earliest convenience to confer regarding the above issues.

Mike

1