# EXHIBIT J

**From:** Marx, Ian (Shld-NJ-LT)
**Sent:** Thursday, March 01, 2018 6:56 PM
**To:** Michael Reiser
**Cc:** Tyler Meade; Levine, Danielle Lesser (Para-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT); Sellinger, Philip R. (Shld-NJ-LT); Michael Schrag; Matthew Ferguson; Seena Forouzan
**Subject:** RE: Ritz Aspen

Mike:

As you requested, we ran the search with the alternative spelling you suggested. "deannexation," when run on its own, hits on 16 documents (23 w/Family) in the data. However, none of these documents are unique, so when run along with the rest of the search terms the counts are the same as before: 1770 distinct documents and 3050 distinct documents w/family.

This confirms that we now have an agreement that resolves all outstanding disputes regarding documents in all three cases (except any that remain relating to financial/damages documents identified in Issue I on the February 9, 2018 "Issues Chart" submitted to Judge Gallagher). Based on our agreement, we will have the data moved on to our vendor's review platform, review the documents and produce non-privileged responsive documents to you as they become available.

I'll call you with respect to the other issues in your email.

Thanks,
Ian

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



1