# EXHIBIT K

Case No. 1:16-cv-01301-PAB-GPG   Document 213-12   filed 04/02/18   USDC Colorado   pg 1 of 2

**Marx, Ian (Shld-NJ-LT)**

| | |
|---|---|
| From: | Michael Reiser <michael@reiserlaw.com> |
| Sent: | Saturday, March 10, 2018 7:58 AM |
| To: | Marx, Ian (Shld-NJ-LT) |
| Cc: | tyler@meadefirm.com; Levine, Danielle Lesser (Para-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT); Sellinger, Philip R. (Shld-NJ-LT); mls@classlawgroup.com; matt@matthewfergusonlaw.com; seenaforouzan@gmail.com; michaeljr@reiserlaw.com; matthew@reiserlaw.com; isabella@reiserlaw.com; sam@meadefirm.com; lpl@classlawgroup.com |
| Subject: | Re: Ritz Aspen |

Thanks.

Sent from my iPhone

On Mar 10, 2018, at 3:19 AM, <MarxI@gtlaw.com> <MarxI@gtlaw.com> wrote:

> Mike:
>
> As discussed, we prioritized the review of these documents and anticipate producing them to you on Monday.
>
> Thanks,
> Ian
>
> Ian S. Marx, Esq.
> Shareholder
> Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
> Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
> MarxI@gtlaw.com | www.gtlaw.com
>
> <image001.png>
>
> **From:** Michael Reiser [mailto:michael@reiserlaw.com]
> **Sent:** Friday, March 09, 2018 10:06 AM
> **To:** Marx, Ian (Shld-NJ-LT)
> **Cc:** tyler@meadefirm.com; Levine, Danielle Lesser (Para-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT); Sellinger, Philip R. (Shld-NJ-LT); mls@classlawgroup.com; matt@matthewfergusonlaw.com; seenaforouzan@gmail.com; michaeljr@reiserlaw.com; matthew@reiserlaw.com; Isabella Martinez; Sam Ferguson; Linda Lam
> **Subject:** Re: Ritz Aspen
>
> Ian:
>
> You indicated last week that you expected to have these documents produced by today. Can we expect the production today?
>
> Thanks,
> Mike

1