# EXHIBIT L

# GT GreenbergTraurig

Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

March 13, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Superior Court of the State of California for the County of San Francisco, Case No. CGC-15-545987;

*Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the Eastern District of California, Case No. 2:16-cv-00237-MCE-CKD; and

*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website documents bearing bates numbers RCDC067521-68251. These documents consist of certain Strategic Council updates that were previously withheld on the basis of privilege, as well as the non-privileged responsive documents from the recently searched and reviewed set of documents from custodians Steven Weisz and Lani Kane-Hanan.[1] These documents have been stamped in the same manner as described in our letter dated June 15, 2017.

These documents are being produced subject to the Marriott Defendants' Responses and Objections to Plaintiffs' First, Second, and Third Sets of Document Requests, which were served on October 13, 2016 (and amended on November 17, 2016), June 16, 2017, and January 5, 2018,

---

[1] The parties' agreement concerning the search terms to be applied to these custodians' documents is memorialized in emails exchanged among counsel between February 27, 2018 and March 1, 2018.

GREENBERG TRAURIG, LLP . ATTORNEYS AT LAW . WWW.GTLAW.COM
500 Campus Drive, Suite 400 . Florham Park, New Jersey 07932 . Tel 973.360.7900 . Fax 973.301.8410