# EXHIBIT M



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

February 21, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

> Re:  *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

Enclosed is the initial production of documents in response to Plaintiffs' Notice of Subpoena to Produce Documents to Ivan Skoric ("the Subpoena"). The documents in this production set bear bates numbers SKORIC000001-000321. These documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

*/s/ Ian S. Marx*

IAN S. MARX

ISM/rz

Enclosures

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email w/ enclosures)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON•
LOS ANGELES
MEXICO CITY⁺
MIAMI
MILAN••
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH
COUNTY
PHILADELPHIA
PHOENIX
ROME••
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

• OPERATES AS GREENBERG
  TRAURIG MAHER LLP
⁺ OPERATES AS GREENBERG
  TRAURIG, S.C.
^ A BRANCH OF
  GREENBERG TRAURIG, P.A.
  FLORIDA, USA
~ OPERATES AS GREENBERG
  TRAURIG GRZESIAK sp.k.
•• STRATEGIC ALLIANCE