# EXHIBIT N



# MATTHEW C. FERGUSON
## LAW FIRM

February 22, 2018

**MATTHEW C. FERGUSON**
matt@matthewfergusonlaw.com

<u>VIA E-MAIL AND MAIL</u>
Ian S. Marx, Esq.
Greenberg Traurig, LLP
500 Campus Drive
Florham Park, New Jersey 07932-0677

    Re:    RCHFU, LLC, *et al.* v. Marriot Vacations Worldwide, *et al.*: Case No: 1:16-cv-01301-PAB

Dear Ian:

I have your letter concerning a production of documents your firm made on behalf of Ivan Skoric (Skoric 000001-000321) today.

There is not a single e-mail produced. There are no reports to the Tourist Accommodation Board – which are referenced throughout the 2014-2017 documents.

As I wrote to you on February 7, 2018, Mr. Skoric is required to produce all his files, including electronic called for in the subpoena served many months ago. To quote that letter:

> *These will obviously reside in his hard copy files and on his computer. These will relate to listings and sales of Ritz-Aspen Fractional interests and communications, including emails and texts, with owners at the Ritz-Aspen about fractional sales, listings, appraisals, foreclosures, prices/pricing and advice and thoughts shared with owners about sales, values, listing times, comparables, the affiliation, etc.*

We can see his many e-mails in HOA, RCDC and Plaintiff productions. Your letter states that additional documents will be produced "as soon as they become available". As you know, the Court ordered deadline is the close of business today. Please confirm that this will be the case. Presently, the production is very inadequate and the deposition fast approaching. If you foresee a problem, we will need to confer and then speak with Judge Gallagher on Friday.

Thank you.

Very truly yours,

Matthew C. Ferguson

A PROFESSIONAL CORPORATION | ATTORNEYS AT LAW
119 South Spring Street, Suite 201 | Aspen, Colorado 81611 | 970.925.6288 office | 970.925.2273 fax
WWW.MATTHEWFERGUSONLAW.COM

Letter to Ian S. Marx, Esq.
February 22, 2018
Page 2 of 2


cc: Michael J. Reiser, Esq. (*via* e-mail)
    Michael L. Schrag, Esq. (*via* e-mail)
    Tyler R. Meade, Esq. (*via* e-mail)
    Linda Lam, Esq. (*via* e-mail)
    Daniel F. Shea, Esq. (*via* e-mail)
    Jessica Livingston Black, Esq. (*via* e-mail)

4852-9875-1838, v. 1