# EXHIBIT O

Case No. 1:16-cv-01301-PAB-GPG   Document 213-16   filed 04/02/18   USDC Colorado   pg 1 of 6



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

February 22, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website the second set of documents being produced in response to Plaintiffs' Notice of Subpoena to Produce Documents to Ivan Skoric ("the Subpoena"). The documents in this production set bear bates numbers SKORIC000322-016586. Under separate cover, a colleague will send you a link by which you may access these documents, along with instructions for navigating the site.

These documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

*/s/ Ian S. Marx*

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

February 22, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website the second set of documents being produced in response to Plaintiffs' Notice of Subpoena to Produce Documents to Ivan Skoric ("the Subpoena"). The documents in this production set bear bates numbers SKORIC000322-016586. Under separate cover, a colleague will send you a link by which you may access these documents, along with instructions for navigating the site.

These documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

/s/ *Ian S. Marx*

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON•
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN••
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME••
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

• OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
•• STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

February 22, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website the third set of documents being produced in response to Plaintiffs' Notice of Subpoena to Produce Documents to Ivan Skoric ("the Subpoena"). The documents in this production set bear bates numbers SKORIC016587-035466. Included in this production are read-only native versions of six Excel sheets that are also being produced in PDF form. The read-only native versions of the Excel sheets bear the same bates numbers as their PDF counterparts. Under separate cover, a colleague will send you a link by which you may access these documents, along with instructions for navigating the site.

These documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

/s/ Ian S. Marx

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

February 23, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re:  *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website the fourth set of documents being produced in response to Plaintiffs' Notice of Subpoena to Produce Documents to Ivan Skoric. The documents in this production set bear bates numbers SKORIC035467-036780. Under separate cover, a colleague will send you a link by which you may access these documents, along with instructions for navigating the site.

These documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

/s/ *Ian S. Marx*

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

February 23, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, P.C.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm, P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re:  *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website the fifth set of documents being produced in response to Plaintiffs' Notice of Subpoena to Produce Documents to Ivan Skoric. The documents in this production set bear bates numbers SKORIC036781-037464. Under separate cover, a colleague will send you a link by which you may access these documents.

These documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100).

Very truly yours,

/s/ *Ian S. Marx*

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN••
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME••
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
•• STRATEGIC ALLIANCE