# EXHIBIT P

Marx, Ian (Shld-NJ-LT)

| | |
|---|---|
| From: | Matthew Ferguson <matt@matthewfergusonlaw.com> |
| Sent: | Tuesday, February 27, 2018 4:35 PM |
| To: | Marx, Ian (Shld-NJ-LT) |
| Cc: | Courtney Sanders; michael@reiserlaw.com; tyler@meadefirm.com; lpl@classlawgroup.com; Lucie Riviére; dan.shea@hoganlovells.com; jessica.livingston@hoganlovells.com; Levine, Danielle Lesser (Para-NJ-LT); mls@classlawgroup.com; Sellinger, Philip R. (Shld-NJ-LT); Zisek, Rebecca Garibotto (Assoc-NJ-LT) |
| Subject: | RE: Aspen Plaintiff Depositions |
| Attachments: | Matthew C Ferguson Esq .vcf |

I will send you something shortly. I have people ready for Dallas already.



MATTHEW C. FERGUSON
LAW FIRM

Matthew C. Ferguson
**The Matthew C. Ferguson Law Firm, P.C.**
119 South Spring Street
Suite 201
Aspen, Colorado 81611
Tel (970) 925-6288
Fax (970) 925-2273
matt@matthewfergusonlaw.com
www.matthewfergusonlaw.com



\* If you are a client of Matthew C. Ferguson and this electronic mail message is directed to you, please DO NOT FORWARD this transmission to anybody. Strict confidentiality is necessary in order to maintain confidentiality.

**From:** MarxI@gtlaw.com [mailto:MarxI@gtlaw.com]
**Sent:** Tuesday, February 27, 2018 1:22 PM
**To:** Matthew Ferguson <matt@matthewfergusonlaw.com>
**Cc:** Courtney Sanders <courtney@matthewfergusonlaw.com>; michael@reiserlaw.com; tyler@meadefirm.com; lpl@classlawgroup.com; Lucie Riviére <lucie@matthewfergusonlaw.com>; dan.shea@hoganlovells.com; jessica.livingston@hoganlovells.com; levined@gtlaw.com; mls@classlawgroup.com; SellingerP@gtlaw.com; ZisekR@gtlaw.com
**Subject:** Aspen Plaintiff Depositions

Matt:

We are amenable in principle to your proposal that the remaining plaintiff depositions we have noticed proceed in Miami, Dallas and Denver, rather than in Denver, as we have proposed.

1

However, we would appreciate if you could please let us know which witnesses you intend to produce in each location, so that we can ensure that we can adequately cover them.

We could potentially have a coverage issue with the dates for the Dallas week you have proposed. We recognize that it is challenging for you to reach out multiple times to your clients for deposition dates. Thus, we suggest that after you get us the witness lists for each location and we can evaluate our staffing situation, we talk so that we can firm up plans for your three city approach.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com

On Feb 22, 2018, at 2:30 PM, Matthew Ferguson <matt@matthewfergusonlaw.com> wrote:

> Dallas -- I meant week of March 19 (not March 16 – a Friday)
>
> <IMAGE001.JPG>
> Matthew C. Ferguson
> **The Matthew C. Ferguson Law Firm, P.C.**
> 119 South Spring Street
> Suite 201
> Aspen, Colorado 81611
> Tel (970) 925-6288
> Fax (970) 925-2273
> matt@matthewfergusonlaw.com
> www.matthewfergusonlaw.com
>
> <image003.png>
>   * If you are a client of Matthew C. Ferguson and this electronic mail message is directed to you, please DO NOT FORWARD this transmission to anybody. Strict confidentiality is necessary in order to maintain confidentiality.
>
>
> **From:** Matthew Ferguson
> **Sent:** Thursday, February 22, 2018 2:19 PM
> **To:** 'MarxI@gtlaw.com' <MarxI@gtlaw.com>
> **Cc:** Courtney Sanders <courtney@matthewfergusonlaw.com>; michael@reiserlaw.com; tyler@meadefirm.com; lpl@classlawgroup.com; Lucie Riviére <lucie@matthewfergusonlaw.com>; dan.shea@hoganlovells.com; jessica.livingston@hoganlovells.com; levined@gtlaw.com; Michael Schrag <mls@classlawgroup.com>
> **Subject:** RE: Second Letter 2.22.18 re://RCHFU, LLC, et al. v. Marriott Vacations Worldwide, et al.
> **Importance:** High
>
> Ian – 16,500 pages (produced electronically) two ½ business days before a depo with a subpoena dating back to November 2017 is not a very square deal. Additionally – I have two clients to prepare and defend (and as you know my kid in playoffs!). Plan on the 7 hours – and/or a break to come back if it

2

proves impossible with Skoric and this volume. I will do my level best as always – but this falls into the category of unfair and not appreciated. Just locating and copying exhibits from this corpus is near impossible. I'll have my revenge at trial. This unfairness is especially in focus when your team gives our clients a rash of "you-know-what" when there is a missing or late produced record or two – amounting to a few pages of documents Marriott usually already has.

I am proposing Miami, Dallas and Denver for the remaining 35 Plaintiffs' depositions. Our Australia client and those sick will need accommodations – video tape proposed. An email has gone out to the 35 clients setting this up as follows below.  As with anything this short noticed and complex – there are bound to be some impossible situations. I trust that we can figure those out in good faith. Also – we are arranging this with a full reservation of rights to seek protection if necessary.

**MIAMI -- Week of March 11, 2018**

**DALLAS -- Week of March 16, 2018**

**DENVER – Week of April 2, 2018**

Let me know if you need anything in Aspen. Matt

<IMAGE005.JPG>
Matthew C. Ferguson
**The Matthew C. Ferguson Law Firm, P.C.**
119 South Spring Street
Suite 201
Aspen, Colorado 81611
Tel (970) 925-6288
Fax (970) 925-2273
matt@matthewfergusonlaw.com
www.matthewfergusonlaw.com

<image006.png>
* If you are a client of Matthew C. Ferguson and this electronic mail message is directed to you, please DO NOT FORWARD this transmission to anybody. Strict confidentiality is necessary in order to maintain confidentiality.

From: Marxl@gtlaw.com [mailto:Marxl@gtlaw.com]
Sent: Thursday, February 22, 2018 1:51 PM

Cc: Courtney Sanders <courtney@matthewfergusonlaw.com>; michael@reisewise.com; tyler@mendefirm.com; ini@classlawgroup.com; Lucie Rivière <lucie@matthewfergusonlaw.com>; dan.shea@hoganlovells.com; jessica.livingston@hoganlovells.com; livined@gtlaw.com
Subject: Re: Second Letter 2.22.18 re://RCHFU, LLC, et al. v. Marriott Vacations Worldwide, et al.

Thanks Matt.

Danielle Levine of my office, copied on this email, can coordinate payment, etc.

From earlier today, more documents, including emails, are on the way, if not already there.

3