# EXHIBIT Q



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

March 16, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.,* United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

Enclosed are documents bearing Bates numbers RCDC068289-68347 which contain data and information pertaining to the sales of fractional interests at The Ritz-Carlton Club, Aspen Highlands by The Ritz-Carlton Development Company, Inc., including sales facilitated by Lore Institute.

Very truly yours,

*s/ Ian Marx*

IAN S. MARX

ISM/dl
Enclosures
cc: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands
    Condominium Association (via email w/ enclosures)