# EXHIBIT R


**GT GreenbergTraurig**

Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

March 29, 2018

<u>VIA E-MAIL</u>

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website a production of documents in response to Plaintiffs' Subpoenas to Produce Documents to John Hearns, dated November 22, 2017, The Ritz-Carlton Hotel Company, LLC, dated November 28, 2017, and Nicholas DiMeglio, dated November 28, 2017. The documents in this production set bear bates numbers RCHC007063-RCHC008505. Under separate cover, a colleague will send you a link by which you may access these documents.

Documents within this production set have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

/s/ Ian S. Marx

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via e-mail)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN••
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME••
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
•• STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

March 29, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website a production of documents in response to Plaintiffs' Subpoenas to Produce Documents to John Hearns, dated November 22, 2017, The Ritz-Carlton Hotel Company, LLC, dated November 28, 2017, and Nicholas DiMeglio, dated November 28, 2017. The documents in this production set bear bates numbers RCHC000001-007062. Under separate cover, a colleague will send you a link by which you may access these documents.

Documents within this production set have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100). Additional documents will be produced as soon as they become available.

Very truly yours,

/s/ *Ian S. Marx*

IAN S. MARX

ISM/dl

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via e-mail)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON•
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN••
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME••
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
•• OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
~ STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410



**GT GreenbergTraurig**

Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

March 31, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We have uploaded to our secure website a production of documents in response to Plaintiffs' Subpoenas to Produce Documents to John Hearns, dated November 22, 2017, The Ritz-Carlton Hotel Company, LLC, dated November 28, 2017, and Nicholas DiMeglio, dated November 28, 2017. The documents in this production set bear bates numbers RCHC008506-RCHC012209. Under separate cover, a colleague will send you a link by which you may access these documents.

Documents within this production set have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in this matter on January 13, 2017 (*see* Dkt. No. 100).

Very truly yours,

*/s/ Ian S. Marx*

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via e-mail)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN··
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME··
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

\* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
" OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
·· STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410