# EXHIBIT S

**Marx, Ian (Shld-NJ-LT)**

From: Michael Reiser <michael@reiserlaw.com>
Sent: Sunday, April 01, 2018 9:31 AM
To: Marx, Ian (Shld-NJ-LT)
Cc: Michael Reiser Jr.; Matthew Reiser; Bianca Torres; Tyler Meade; Raquel Rivera; Michael Schrag; Matthew Ferguson; Linda Lam; Shea, Daniel F.; Black Livingston, Jessica; Hartley, Danielle; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT)
Subject: Re: Ritz: Kane-Hanan and Weisz Depositions

Ian:

Thank you for the email. We will take you up on the offer. Please provide alternate dates by end of day tomorrow. And, to avoid a similar issue, we also need a complete set of unredacted:

1) Strategic Council documents;
2) "Business Review Reports" (See, eg, RCDC 005716)

Regarding the Business Review Reports, according to Stacy Jackson-Rauso's testimony last week, these "Business Review Reports" were prepared every month by Stephanie Sobeck and Stacy Jackson Rauso for Lee Cunningham and Tony Terry.

We will be seeking an Order from the Court regarding the Strategic Council documents and Business Review Reports this week, absent your agreement, by end of day tomorrow, to provide these documents with sufficient time to review prior to the rescheduled depositions of Mr. Weiss and Ms. Kane-Hanon.

Thank you,
Mike Reiser



On Sun, Apr 1, 2018 at 5:34 AM, <MarxI@gtlaw.com> wrote:

Mike:

First off, we apologize for writing to you on Easter Sunday. We are not doing so out of disrespect for religious observance but because this email could impact your travel plans for this coming week.

In light of your position that the recently produced Ritz Hotel Company documents are germane to the upcoming depositions of Mr. Weisz and Ms. Kane-Hanan that are scheduled for April 3 and 4, please let us know if you would like to reschedule these depositions so that you have more time to review the documents. If so, we will work quickly to find some alternative dates.

1

Thanks,

Ian

Ian S. Marx, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845

MarxI@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

--
Michael Reiser
Trial Lawyer
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
(925) 256-0400 (Office)
(925) 476-0304 (Fax)

NOTICE OF CONFIDENTIALITY The information contained in this e-mail is information protected by attorney-client and/or the attorney work product privilege. This communication is intended ONLY for the recipient(s) identified in the message, and may contain information that is confidential, privileged, or otherwise protected by law. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (925) 256-0400

**Marx, Ian (Shld-NJ-LT)**

| | |
|---|---|
| **From:** | Matthew Ferguson <matt@matthewfergusonlaw.com> |
| **Sent:** | Sunday, April 01, 2018 10:28 AM |
| **To:** | Marx, Ian (Shld-NJ-LT); michael@reiserlaw.com |
| **Cc:** | michaeljr@reiserlaw.com; matthew@reiserlaw.com; bianca@reiserlaw.com; tyler@meadefirm.com; raquel@meadefirm.com; mls@classlawgroup.com; lpl@classlawgroup.com; jessica.livingston@hoganlovells.com; danielle.hartley@hoganlovells.com; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT) |
| **Subject:** | RE: Ritz: Kane-Hanan and Weisz Depositions |

Dear Ian: It's okay – we are all working this Easter, including working on motions. Our work had also included uploading and processing documents for our subpoenas served in November2017and provided 15-16 days after a court ordered deadline. These were produced not only after several depositions in Orlando (and minutes after Judge Brimmer's order) but also on Good Friday (8000 pages) and Saturday (4000). This was before Mike and I had to leave on the Monday after Easter – and our staffs could hardly be pulled in on this weekend. Moreover, there is no way to tell if all requests were responded to – they do not appear to have been. This is in the context of defense lawyers having conniptions if a Plaintiffs does not have a document or a video from 17 years ago (all from your side in the 1st place).

Your side has done nothing to delineate what subpoena these nearly 13K pages of document (so far) are responsive to. Not proceeding with these depositions is a major problem necessitated by not only this latest late document dump, but also by the concealment of the affiliation agreements and their production 18 months after the initial disclosures. Moreover, none of the ancillary documents related to them have been received. The November 14, 2013 affiliation agreement for example could not have been immaculately conceived one night in Cunningham's mind. Please immediately produce all records concerning the November 14, 2013 and August 8, 2010 affiliation agreements.

Mike Reiser has already (and repeatedly) demanded all unredacted Strategic Council records.

When we reschedule these John Hearns will need to go to Orlando – we just incurred cancellations and our own schedules have been seriously impacted.

In having to postpone these depositions, we continue to reserve all rights for these discovery problems, violations and abuses.

We will be in touch. Matt

P.s. Jess – Please send this to Dan on Monday.



**MATTHEW C. FERGUSON**
LAW FIRM

Matthew C. Ferguson
matt@matthewfergusonlaw.com
A Professional Corporation | Attorneys at Law
119 South Spring Street | Suite 201
Aspen, Colorado 81611
970.925.6288 office | 970.925.2273 fax
Ext. 121

1