IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**MARRIOTT DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST
FOR ENTRY OF A PROPOSED SCHEDULING ORDER**

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "the Marriott Defendants") respectfully submit this Response to Plaintiffs' Request for Entry of a Proposed Scheduling Order (Doc. 211).

The Marriott Defendants request two modifications to the "status report" and proposed Scheduling Order Plaintiffs sent last Friday evening. We will ignore Plaintiffs' inflammatory and ad hominem allegations, other than to note our denial, since we trust the Court does not wish to hear or become embroiled in such improper advocacy and it is irrelevant to the task at hand.

Our two requests as to the Proposed Revised Scheduling Order are:

    1. *In the second bullet point item*: We suggest for clarity that words "Initial Expert Reports" be changed to "affirmative expert reports on issues as to which the party bears the burden of proof."

2. *In the third bullet point item*:  We suggest changing the deadline to serve rebuttal expert reports from July 11 to July 16, 2018.

The Marriott Defendants have acted in good faith in discovery and will continue to do so. By now, the Court has seen that Plaintiffs have embarked on a determined effort to prejudice the Marriott Defendants with repeated and provocative accusations (which are denied) and unwarranted demands for sanctions, rather than allow the parties and the Court to concentrate on the merits and moving this case through the discovery process. We will respond further to Plaintiffs if necessary in our papers answering their motions, and respectfully ask the Court to reserve "judgment" on such matters until the Marriott Defendants can be heard.  But, of course, if the Court wishes us to respond instead at this time and so advises us, we will do so.

In the meantime, the Marriott Defendants are continuing to discuss the various discovery issues with Plaintiffs' counsel, and are hopeful that agreement can be reached for a process to complete discovery without the necessity for court intervention.

Dated:  April 6, 2018                                          Respectfully submitted,

 *s/ Naomi G. Beer*
Naomi G. Beer
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:    303.572.6500 / Fax:    303.572.6540
Email:  BeerN@gtlaw.com

Philip R. Sellinger
Ian S. Marx
GREENBERG TRAURIG, LLP
500 Campus Drive, Suit 400
Florham Park, New Jersey 07932
Tel:    973.443.3242 / Fax:    973.295.1356
Email:  SellingerP@gtlaw.com, MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR ENTRY OF A PROPOSED SCHEDULING ORDER** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Reiser Law, P.C.
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

*s/ Karen Loveland*
    Karen Loveland

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

3