I IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**MARRIOTT DEFENDANTS' OPPOSED MOTION FOR LEAVE TO SUBMIT A SHORT SUR-REPLY AND UNOPPOSED MOTION TO SET ORAL ARGUMENT**

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "the Marriott Defendants") respectfully submit this request: (a) for leave to submit a short sur-reply in opposition to Plaintiffs' Motion to Compel Discovery and for Sanctions Against the Marriott Defendants (Docket Entry 202) (the "Motion"); and (b) that the Court hold oral argument in connection with the Motion.

Plaintiffs have submitted reply papers (Docket Entry 215), in further support of the Motion, which make assertions not made in the moving papers, to which the Marriott Defendants wish to respond. The proposed sur-reply is attached as Exhibits A (Sur-Reply) and B (Supplemental Declaration).

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), the Marriott Defendants' counsel conferred with Plaintiffs' counsel regarding the Marriott Defendants' request for leave to submit a short sur-reply and regarding the request to set oral argument. Plaintiff's counsel does not consent to filing a sur-reply but does consent to the request for oral argument.

Dated:  April 23, 2018

Respectfully submitted,

GREENBERG TRAURIG, LLP

*s/ Naomi Beer*
Naomi Beer
Ian S. Marx
Philip R. Sellinger
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:  303.572.6500/Fax:  303.572.6540
BeerN@gtlaw.com, MarxI@gtlaw.com
SellingerP@gtlaw.com

*Attorneys for the Marriott Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' OPPOSED MOTION FOR LEAVE TO SUBMIT A SHORT SUR-REPLY AND UNOPPOSED MOTION TO SET ORAL ARGUMENT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

*s/ Julie Eaton*
   Julie Eaton

3