# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
_____

This Court, having considered Plaintiffs' Unopposed Motion to Exceed Page Limitation, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED that Plaintiffs shall be permitted to file a Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants that is up to eighteen pages in length. The Marriott Defendants shall also be permitted to file an opposition to that motion that is up to eighteen pages in length.

Dated this ___ day of _____, 2018.

By: _____
Honorable Philip A. Brimmer