# EXHIBIT F

Monday, March 26, 2018 at 10:07:18 AM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | RE: "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013". |
| **Date:** | Thursday, March 15, 2018 at 2:40:41 PM Pacific Daylight Time |
| **From:** | MarxI@gtlaw.com |
| **To:** | michael@reiserlaw.com |
| **CC:** | jessica.livingston@hoganlovells.com, matt@matthewfergusonlaw.com, Tyler Meade, mls@classlawgroup.com, levined@gtlaw.com, lpl@classlawgroup.com, Sam Ferguson, seenaforouzan@gmail.com, matthew@reiserlaw.com, michaeljr@reiserlaw.com, isabella@reiserlaw.com, SellingerP@gtlaw.com |
| **Attachments:** | image001.png, RCDC068252-68288.pdf |

Mike:

The agreement is attached.

As far as the production of agreements, we produced copies of all agreements that you requested in your document requests and our responses to your document requests identified the agreements that we were intending to produce.   We did not intentionally withhold any agreements from you and have always endeavored to provide you with copies of relevant documents, even if they were not the subject of  formal discovery  requests, when you have asked for them, as we have done here.  We do not believe there is any basis for you to seek follow-up depositions as you have suggested.

As always we are willing to meet and confer concerning these issues.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845

MarxI@gtlaw.com  | www.gtlaw.com



**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Thursday, March 15, 2018 5:08 PM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** Black Livingston, Jessica; Matthew Ferguson; Tyler Meade; Michael Schrag; Levine, Danielle Lesser (Para-NJ-LT); Linda Lam; Sam Ferguson; Seena Forouzan; Matthew Reiser; Michael Reiser Jr.; Isabella Martinez; Sellinger, Philip R. (Shld-NJ-LT)
**Subject:** Re: "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

Ian:

Nothing is attached.

Also, what is your explanation for producing these Affiliations Agreements, (without drafts or related correspondence), after the depositions of many of the key witnesses have already been taken, (including but not limited to Lee Cunningham, Stephanie Sobeck, ML Clark, Jay Neveloff, Randy Mercer, etc.).

We continue our offer to confer on these issues. At this point, given your recent unexplained late production of these key documents it appears likely we will have to take follow-up depositions of at least Lee Cunningham, Stephanie Sobeck and ML Clark.

Mike Reiser

On Thu, Mar 15, 2018 at 1:56 PM, <MarxI@gtlaw.com> wrote:
Mike:

A copy of the affiliation agreement between Cobalt and Lion & Crown is attached.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Wednesday, March 14, 2018 6:26 PM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** Black Livingston, Jessica; Matthew Ferguson; Tyler Meade; Michael Schrag; Levine, Danielle Lesser (Para-NJ-LT); Linda Lam; Sam Ferguson; Seena Forouzan; Matthew Reiser; Michael Reiser Jr.; Isabella Martinez
**Subject:** Re: "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

Ian:

Thanks for producing RCDC067469-RCDC067520 today. This new production includes:

The Affiliation Agreement dated November 14, 2013 "providing MEMBERS enrolled with THE LION & CROWN TRAVEL CO., LLC access to MARRIOTT VACATION CLUB DESTINATIONS EXCHANGE PROGRAM and MARRIOTT RESORTS, TRAVEL COMPANY, INC. D/B/A/ MVC EXCHANGE COMPANY MEMBERS access to ACCOMODATIONS RECEIVED FROM PARTICIPATING L&C MEMBERS AND LION AND CROWN; as well as Exhibit A to the above, titled Marriott Vacation Club Destinations Exchange Program - Exchange Procedures.

**We have not received any other documents relating to the November 14, 2013 "Affiliation Agreement", including drafts, or** documents related to the drafting or negotiation of this document.

In addition, it appears you have failed to produce the Affiliation Agreement, (or any other agreements) between Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC. Please produce these documents immediately.

Further, you have produced no correspondence between Cobalt and Lion & Crown pertaining to their affiliation;  or the affiliation between Lion & Crown and Marriott Resorts, Travel Company, Inc. Please produce these documents immediately.

**Finally, the wholesale redactions in the Strategic Counsel documents produced yesterday are**

Page 2 of 5

**improper. Please provide unredacted copies of these documents immediately.**

Thank you,
Mike Reiser


On Tue, Mar 13, 2018 at 9:24 AM, <MarxI@gtlaw.com> wrote:
Mike:

A copy of the Agreement is attached.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Monday, March 12, 2018 10:17 PM
**To:** Marx, Ian (Shld-NJ-LT); Black Livingston, Jessica
**Cc:** Matthew Ferguson; Tyler Meade; Michael Schrag
**Subject:** "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

Ian/Jess

I cannot locate in either of your clients' production of documents a copy of the "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

This agreement is referenced in the "Acknowledgment of and Joinder to Affiliation Agreement between the Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc.", signed by the Aspen Highlands Condominium Association, Inc. on April 24, 2014. (Ian, it is also referenced in the Acknowledgement and Joinder agreements signed by the Tahoe and SF boards.)

Please produce this document, (i.e., the Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013), as well as any document related to the drafting or negotiation of this document, immediately.

Thank you,

--
Michael Reiser
Trial Lawyer
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, CA  94596
(925) 256-0400 (Office)

(925) 476-0304 (Fax)

NOTICE OF CONFIDENTIALITY The information contained in this e-mail is information protected by attorney-client and/or the attorney work product privilege. This communication is intended ONLY for the recipient(s) identified in the message, and may contain information that is confidential, privileged, or otherwise protected by law. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (925) 256-0400

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.


--
Michael Reiser
Trial Lawyer
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, CA  94596
(925) 256-0400 (Office)
(925) 476-0304 (Fax)

NOTICE OF CONFIDENTIALITY The information contained in this e-mail is information protected by attorney-client and/or the attorney work product privilege. This communication is intended ONLY for the recipient(s) identified in the message, and may contain information that is confidential, privileged, or otherwise protected by law. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (925) 256-0400


--
Michael Reiser
Trial Lawyer
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, CA  94596
(925) 256-0400 (Office)
(925) 476-0304 (Fax)

NOTICE OF CONFIDENTIALITY The information contained in this e-mail is information protected by attorney-client and/or the attorney work product privilege. This communication is intended ONLY for the recipient(s) identified in the message, and may contain information

that is confidential, privileged, or otherwise protected by law. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (925) 256-0400