# EXHIBIT H

Monday, March 26, 2018 at 10:07:18 AM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | RE: "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013". |
| **Date:** | Thursday, March 15, 2018 at 2:40:41 PM Pacific Daylight Time |
| **From:** | MarxI@gtlaw.com |
| **To:** | michael@reiserlaw.com |
| **CC:** | jessica.livingston@hoganlovells.com, matt@matthewfergusonlaw.com, Tyler Meade, mls@classlawgroup.com, levined@gtlaw.com, lpl@classlawgroup.com, Sam Ferguson, seenaforouzan@gmail.com, matthew@reiserlaw.com, michaeljr@reiserlaw.com, isabella@reiserlaw.com, SellingerP@gtlaw.com |
| **Attachments:** | image001.png, RCDC068252-68288.pdf |

Mike:

The agreement is attached.

As far as the production of agreements, we produced copies of all agreements that you requested in your document requests and our responses to your document requests identified the agreements that we were intending to produce.  We did not intentionally withhold any agreements from you and have always endeavored to provide you with copies of relevant documents, even if they were not the subject of formal discovery requests, when you have asked for them, as we have done here.  We do not believe there is any basis for you to seek follow-up depositions as you have suggested.

As always we are willing to meet and confer concerning these issues.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com


