# EXHIBIT L

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 FOR THE COUNTY OF SAN FRANCISCO
 3                     Case No. CGC 15-545987
 4
 5    WILLIAM P. PETRICK, and
 6    SHARON F. PETRICK, et al.,
          Plaintiffs
 7
      v.
 8
 9    MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al.,
11         Defendants.
12    _____/
13
14         VIDEOTAPED DEPOSITION OF NATHAN GUIKEMA
15         held at Greenberg Traurig, 450 South Orange
16         Avenue, Suite 650, Orlando, Florida commencing
17         between 9:09 a.m.-12:57 p.m. on Wednesday,
           March 28, 2018 Taken on Behalf of the Plaintiffs
18         before Lisa Gerlach, Court Reporter, Notary
19         Public in and for the State of Florida at Large,
20         pursuant to Plaintiffs' Notice of Taking
21         Deposition in the above cause.
22
23
24    Job No. 2853554
25    Pages 1 - 154
```

Page 1

```
 1       Appearances:
 2
 3       Counsel for the Plaintiffs:
 4           MICHAEL J. REISER, SR., ESQUIRE
 5           Reiser Law, PC
 6           1475 Broadway, Suite 300
 7           Walnut Creek, CA 94596
 8           michael@reiserlaw.com
 9
10       For the Defendant Marriott:
11           IAN S. MARX, ESQUIRE
12           Greenberg Traurig, LLP
13           500 Campus Drive, Suite 400
14           Florham Park, NJ 07932-0677
15           marxi@gtlaw.com
16
17           KIM NGUYEN GRAY, ESQUIRE
18           Marriott Vacations Worldwide
19           6649 Westwood Boulevard
20           Orlando, FL 32821
21           407-206-6403
22           kim.gray@mvwc.com
23
24
25
                                              Page 2
```

```
 1         Q.  So I'm going to ask you if you've ever seen a
 2   copy of what was marked at the last deposition as
 3   Exhibit 1856.  I'll represent to you, Mr. Guikema,
 4   that this agreement was not produced in this case
 5   until March 13, 2018.
 6         A.  Okay.  Okay.
 7         Q.  Have you seen this before today?
 8         A.  I'm not sure.  You said -- when was it
 9   produced?
10         Q.  It was produced to us in this litigation on
11   March 13, 2018, several weeks ago.
12         A.  I don't remember if I've seen this.
13         Q.  Do you know whether the acknowledgement of
14   and joinder to affiliation agreement was acknowledging
15   Exhibit 1856, which is the document dated November 14,
16   2013?
17         A.  That's what it says.
18         Q.  Yet, you don't remember ever seeing it?
19         A.  I don't recall.  I don't remember.
20         Q.  This document was not given to you prior to
21   you signing the acknowledgement -- prior to you voting
22   for the acknowledgement in December 2014.  True?
23         A.  I don't remember.  I don't remember if it was
24   or not.
25         Q.  Okay.  Is this affiliation agreement amongst
```

Page 68

```
 1    the documents that are on your -- amongst your
 2    records?
 3            MR. MARX:  Object to the form of the
 4        question.
 5    BY MR. REISER:
 6        Q.  Strike that.  Do you have a copy of this
 7    affiliation agreement in your files?
 8        A.  I don't know.  I don't know.
 9        Q.  Can you think of any reason why it wasn't
10    produced when your counsel produced documents related
11    to this case?
12        A.  I don't know.
13        Q.  You can think of no reason why it wouldn't
14    have been produced?
15        A.  I don't know.  I don't know if it was or
16    wasn't.  I don't know.
17        Q.  It wasn't.  So I'm asking you, can you think
18    of any reason why it wasn't?
19        A.  No, no.
20        Q.  So after seeing Exhibit 1856 and comparing it
21    to Exhibit 1870, which affiliation agreement was the
22    board deciding to acknowledge in December 2014?
23            MR. MARX:  Object to the form of the
24        question.
25        A.  I believe the board was acknowledging the
```

Page 69

```
 1   affiliation with the Marriott points.  That's what we
 2   were acknowledging.
 3   BY MR. REISER:
 4        Q.  You were acknowledging an affiliation
 5   agreement, were you not?
 6        A.  Right.
 7        Q.  Which affiliation agreement were you
 8   acknowledging?
 9        A.  Well, it states we were acknowledging the
10   November 14, 2013.
11        Q.  And as you sit here today, you don't remember
12   ever seeing that --
13        A.  I don't remember, no.
14        Q.  And you don't believe that by having the
15   board vote to acknowledge of and join the affiliation
16   agreement -- you don't believe there was a joinder to
17   any affiliation agreements?
18            MR. MARX:  Object to the form of the
19        question.
20        A.  I really believe that we voted to acknowledge
21   the affiliation agreement.  I really believe that.
22   BY MR. REISER:
23        Q.  Okay.  You really believe that.  Nobody ever
24   told you that you were also voting to join an
25   affiliation agreement.  Is that true?
```

Page 70

```
 1                CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA
 4    COUNTY OF ORANGE
 5
 6            I, Lisa Gerlach, Court Reporter, do hereby
 7    certify that I was authorized to and did
 8    stenographically report the foregoing deposition; and
 9    that the transcript is a true and correct
10    transcription of the testimony given by the witness.
11            I further certify that I am not a relative,
12    employee, attorney or counsel of any of the parties,
13    nor am I a relative or employee of any of the parties'
14    attorney or counsel connected with the action, nor am
15    I financially interested in the action.
16            Dated this 10th day of April, 2018.
17
18
19
20
21
22
23
24
25         Lisa Gerlach, Court Reporter
```

Page 154