# EXHIBIT M

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF CALIFORNIA
 3                Case No. 2:16-cv-00237-MCE-CKD
 4
 5   THOMAS F. REISER, JR., and
 6   LINDA T. REISER, et al.,
          Plaintiffs,
 7
 8   v.
 9
     MARRIOTT VACATIONS WORLDWIDE
10   CORPORATION, et al,
11        Defendants,
12   _____/
13
14       VIDEOTAPED DEPOSITION OF GREGORY CAMPBELL
15       held at Greenberg Traurig, 450 South Orange
16       Avenue, Suite 650, Orlando, Florida, commencing
17       between 12:11 p.m.-2:17 p.m. on Thursday,
         March 22, 2018, Taken on Behalf of the Plaintiffs
18       before Lisa Gerlach, Court Reporter, Notary
19       Public in and for the State of Florida at Large,
20       pursuant to Plaintiffs' Notice of Taking
21       Deposition in the above cause.
22
23
24   Job No. 2853317A
25   Pages 1 - 75
```

Page 1

```
 1            Appearances:
 2         Counsel for the Plaintiffs:
 3              MICHAEL J. REISER, SR., ESQUIRE
 4              Reiser Law, PC
 5              1475 Broadway, Suite 300
 6              Walnut Creek, CA 94596
                michael@reiserlaw.com
 7
                TYLER MEADE, ESQUIRE
 8              The Meade Firm, PC
 9              1816 Fifth Street
10              Berkeley, CA 94710
11              tyler@meadefirm.com
12
13         For the Defendant Marriott:
14              PHILIP SELLINGER, ESQUIRE
15              IAN S. MARX, ESQUIRE
                Greenberg Traurig, LLP
16              500 Campus Drive, Suite 400
                Florham Park, NJ 07932-0677
17              sellingerp@gtlaw.com
18              marxi@gtlaw.com
19
20              KIM NGUYEN GRAY, ESQUIRE
21              Marriott Vacations Worldwide
22              6649 Westwood Boulevard
23              Orlando, FL 32821
24              407-206-6403
25              kim.gray@mvwc.com
```

Page 2

```
 1                            INDEX
 2   WITNESS          EXAMINATION                         PAGE
 3   Gregory Campbell
 4         Direct by Mr. Reiser                             5
 5
 6
 7
 8
 9                           EXHIBITS
10   Exhibit 1441   previously marked
11   Exhibit 1850   The Ritz-Carlton Club, Lake Tahoe
12                  Membership Program, Affiliation
13                  Agreement                              55
14   Exhibit 1851   Letter, Mattson 000594                 57
15   Exhibit 1852   E-Mail, HRCA 0230                      64
16   Exhibit 1853   E-Mail, HRCA 0237 through 0238         67
17   Exhibit 1854   Marriott Vacations Worldwide
18                  Affiliation, HRCA 0249 through
19                  0253                                   70
20
21
22
23
24
25
```

```
 1    The Ritz-Carlton Club Tahoe?
 2         A.   No.
 3         Q.   And you never looked at any affiliation
 4    agreements between Cobalt Travel Company, LLC and Lion
 5    & Crown Company, LLC?
 6         A.   I don't believe so.
 7         Q.   Have you ever looked at any affiliation
 8    agreements between the Lion & Crown Travel Company,
 9    LLC, and the Marriott Vacation Club Destinations
10    Exchange program?  Let me re-ask the question.
11              I'll actually show you -- see if you remember
12    ever seeing it.  I'm not going to mark this.  I'm
13    going to just show it to you.  It's got a Bates stamp
14    number on it, RCDC 068252.  It's marked confidential.
15    And it states that "The Lion & Crown Travel Company,
16    LLC affiliation agreement providing the Cobalt Travel
17    Company, LLC members access to the Lion & Crown
18    exchange program, and Lion & Crown Travel Company,
19    LLC's members access to the Ritz-Carlton membership
20    program."
21              I'll ask you if you've ever seen that
22    document before.
23         A.   I don't believe so.
24         Q.   Okay.  Thank you.  I'm going to ask you the
25    same question about a different affiliation agreement.
```

Page 51

```
 1   It's got a Bates stamp number RCDC 067469.  It's
 2   titled "Affiliation agreement providing members
 3   enrolled with The Lion & Crown Travel Company, LLC,
 4   access to Marriott Vacation Club Destinations Exchange
 5   program and Marriott Resorts Travel Company, Inc.'s
 6   d/b/a MVC Exchange Company members access to
 7   accommodations received from participating L&C members
 8   and Lion & Crown."
 9           I'll ask if you've ever seen this document
10   before.
11       A.  I don't believe so, no.
12       Q.  Do you even know what Lion & Crown Travel
13   Company, LLC does?
14       A.  No.
15       Q.  Do you know what the Cobalt Travel Company,
16   LLC does?
17       A.  No.
18       Q.  Do you know what the Marriott Resorts Travel
19   Company, Inc. does?
20       A.  Yes.
21       Q.  What do they do?
22       A.  We operate the Marriott Vacation Club
23   resorts.
24       Q.  I want to be fair.  It says, "The Marriott
25   Resorts Travel Company, Inc., d/b/a Marriott VC
```

Page 52

```
 1                CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF ORANGE
 5
 6            I, Lisa Gerlach, Court Reporter, do hereby
 7   certify that I was authorized to and did
 8   stenographically report the foregoing deposition; and
 9   that the transcript is a true and correct
10   transcription of the testimony given by the witness.
11            I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorney or counsel connected with the action, nor am
15   I financially interested in the action.
16            Dated this 4th day of April, 2018.
17
18
19
20
21
22
23
24                    [signature: Lisa Gerlach]
25         Lisa Gerlach, Court Reporter
```

Page 75