# EXHIBIT N

```
 1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
 2

                   Case No. 2:16-cv-00237-MCE-CKD
 3

      THOMAS F. REISER, JR., and
 4    LINDA T. REISER, et al.,
 5        Plaintiffs,
      v.
 6
      MARRIOTT VACATIONS WORLDWIDE
 7    CORPORATION, et al,
 8        Defendants,
      _____/
 9
10
                             Greenberg Traurig
11                           450 South Orange Avenue
                             Suite 650
12                           Orlando, Florida
                             Friday, 1:41 p.m.-2:42 p.m.
13                           March 23, 2018
14
15        VIDEOTAPED DEPOSITION OF CHARLES BARON
16
17    Taken on Behalf of the Plaintiffs before Lisa
18    Gerlach, Court Reporter, Notary Public in and
19    for the State of Florida at Large, pursuant
20    to Plaintiffs' Notice of Taking Deposition in
21    the above cause.
22
23
24
25

                                            Page 1
```

```
 1            Appearances:
              [
 2            Counsel for the Plaintiffs:
 3                MICHAEL J. REISER, SR., ESQUIRE
                  Reiser Law, PC
 4                1475 Broadway, Suite 300
                  Walnut Creek, CA 94596
 5                michael@reiserlaw.com
 6                TYLER MEADE, ESQUIRE
                  The Meade Firm, PC
 7                1816 Fifth Street
                  Berkeley, CA 94710
 8                tyler@meadefirm.com
 9
              For the Defendant Marriott:
10
                  PHILIP R. SELLINGER, ESQUIRE
11                Greenberg Traurig, LLP
                  500 Campus Drive, Suite 400
12                Florham Park, NJ 07932-0677
                  973-360-7910
13                sellingerp@gtlaw.com
14
                  KIM NGUYEN GRAY, ESQUIRE
15                Marriott Vacations Worldwide
                  6649 Westwood Boulevard
16                Orlando, FL 32821
                  407-206-6403
17                kim.gray@mvwc.com
18
19
20
21
22
23
24
25
                                                    Page 2
```

```
 1                           INDEX
 2    WITNESS           EXAMINATION                    PAGE
 3    Charles Baron
 4           Direct by Mr. Reiser                         5
 5    Certificate of Oath                                43
 6    Certificate of Reporter                            45
 7
 8
 9                          EXHIBITS
10    Exhibit 1869   Letter to the Reisers,
                     Dated 8/20/14                       22
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                    Page 3
```

```
 1      read the affiliation agreement; right?
 2              MR. SELLINGER:  A long question.  Object
 3          to form.
 4      BY MR. REISER:
 5          Q.  I'll strike that.  I know the answer, but
 6      just for the record -- you never read the affiliation
 7      agreement between Lion & Crown and the Marriott
 8      Vacation Club; right?
 9          A.  Correct.
10          Q.  And the only thing you heard about as to the
11      terms and benefits of the affiliation agreement that
12      was being proposed was from Stephanie Sobeck; right?
13              MR. SELLINGER:  Objection to form.
14          A.  What I know about the program was the
15      presentation that was shared with the board.
16      BY MR. REISER:
17          Q.  By Stephanie Sobeck on July 15th?
18          A.  Correct.
19          Q.  Were you present at a meeting on October 20,
20      2000 -- I'll show you Exhibit 1863.  It was actually
21      1862.  That was the general meeting.  It's actually
22      the board meeting on October 20th, so Exhibit 1862.
23      These are the minutes where the vote was made for the
24      affiliation.
25              On the bottom of it --
```

Page 39

```
 1                    CERTIFICATE OF REPORTER
 2
        STATE OF FLORIDA
 3      COUNTY OF ORANGE
 4
                 I, Lisa Gerlach, Court Reporter, do hereby
 5      certify that I was authorized to and did
 6      stenographically report the foregoing deposition; and
 7      that the transcript is a true and correct
 8      transcription of the testimony given by the witness.
 9               I further certify that I am not a relative,
10      employee, attorney or counsel of any of the parties,
11      nor am I a relative or employee of any of the parties'
12      attorney or counsel connected with the action, nor am
13      I financially interested in the action.
14               Dated this 5th day of April, 2018.
15
16
17
18
19
           Lisa Gerlach, Court Reporter
20
21
        The foregoing certification of this transcript does
22      not apply to any reproduction of the same by any means
        unless under the direct control and/or discretion of
23      the certifying reporter.
24
25
```

Page 45