# EXHIBIT O

```
 1         SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              FOR THE COUNTY OF SAN FRANCISCO
 3                  Case No. CGC 15-545987
 4
     WILLIAM P. PETRICK, and
 5   SHARON F. PETRICK, et al.,
 6        Plaintiffs
 7
     v.
 8
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al.,
10        Defendants.
11   _____/
12
13         VIDEOTAPED DEPOSITION OF BRAD BRADFORD
14        held at Greenberg Traurig, 450 South Orange
15        Avenue, Suite 650, Orlando, Florida commencing
16        between 9:06 a.m.-11:41 p.m. on Thursday,
17        March 29, 2018 Taken on Behalf of the Plaintiffs
          before Lisa Gerlach, Court Reporter, Notary
18        Public in and for the State of Florida at Large,
19        pursuant to Plaintiffs' Notice of Taking
20        Deposition in the above cause.
21
22
23
24   Job No. 2853544A
25   Pages 1 - 88
```

Page 1

```
 1        Appearances:
 2
 3      For the Plaintiffs:
 4           MICHAEL J. REISER, SR., ESQUIRE
 5           Reiser Law, PC
 6           1475 Broadway, Suite 300
 7           Walnut Creek, CA 94596
 8           925-256-0400
 9           michael@reiserlaw.com
10
11      For the Defendant Marriott:
12           IAN S. MARX, ESQUIRE
13           Greenberg Traurig, LLP
14           500 Campus Drive, Suite 400
15           Florham Park, NJ 07932-0677
16           973-360-7951
17           marxi@gtlaw.com
18
19           KIM NGUYEN GRAY, ESQUIRE
20           Marriott Vacations Worldwide
21           6649 Westwood Boulevard
22           Orlando, FL 32821
23           407-206-6403
24           kim.gray@mvwc.com
25
                                               Page 2
```

```
 1                          INDEX
 2   WITNESS            EXAMINATION                     PAGE
 3   Brad Bradford
 4         Direct by Mr. Reiser                           5
 5
 6
 7
 8
 9
10
11                         EXHIBITS
12   Exhibit 1893  Marriott Vacations Worldwide Corp.
13                 Document, RCDC 005698 through
14                 RCDC 0057707                          59
15   Exhibit 1894  Meeting Minutes, 690MKT 000350
16                 through 690MKT 000351                 82
17
18
19
20
21
22
23
24
25
```

```
 1   agreement that was being joined by the board?
 2        A.  Did anyone -- can you repeat -- just repeat
 3   it.  When you say anyone, I'm not sure who...
 4        Q.  Did any of the board members at the
 5   December 15th meeting ask for a copy of the exhibit
 6   you just read, the 51-page -- the actual affiliation
 7   agreement?
 8        A.  I can't recall whether someone did or did not
 9   request that.
10        Q.  As you sit here, you don't remember anybody
11   requesting to review it?
12        A.  I don't remember anyone specifically
13   requesting to review it.
14        Q.  Is today the first time you've seen the full
15   document, to the best of your knowledge, that's 1856
16   -- Exhibit 1856?
17        A.  To the best of my knowledge right now,
18   correct, yes.
19            MR. REISER:  That's all I have.  Thank
20        you very much.
21            MR. MARX:  I have no questions.
22            THE VIDEOGRAPHER:  The time is 11:41 a.m.
23        That concludes today's testimony given by
24        Brad Bradford.
25               (The reading and signing of the
```

Page 86

```
 1                CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF ORANGE
 5
 6             I, Lisa Gerlach, Court Reporter, do hereby
 7   certify that I was authorized to and did
 8   stenographically report the foregoing deposition; and
 9   that the transcript is a true and correct
10   transcription of the testimony given by the witness.
11             I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorney or counsel connected with the action, nor am
15   I financially interested in the action.
               Dated this 13th day of April, 2018.
16
17
18
19
20
21
22
23
24
25        Lisa Gerlach, Court Reporter
```

Page 88