# EXHIBIT P

```
 1        SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              FOR THE COUNTY OF SAN FRANCISCO
 3                   Case No. CGC 15-545987
 4

    WILLIAM P. PETRICK, and
 5  SHARON F. PETRICK, et al.,
 6        Plaintiffs
 7
 8  v.
 9
    MARRIOTT VACATIONS WORLDWIDE
10  CORPORATION, et al.,
11        Defendants.
12  _____/
13
14         VIDEOTAPED DEPOSITION OF BILL WHELIHAN
15      held at Greenberg Traurig, 450 South Orange
16      Avenue, Suite 650, Orlando, Florida, commencing
17      between 12:25 p.m.-2:21 p.m. on Thursday,
        March 29, 2018 Taken on Behalf of the Plaintiffs
18      before Lisa Gerlach, Court Reporter, Notary
19      Public in and for the State of Florida at Large,
20      pursuant to Plaintiffs' Notice of Taking
21      Deposition in the above cause.
22
23
24  Job No. 2853544B
25  Pages 1 - 74
```

Page 1

```
 1        Appearances:
 2
 3     For the Plaintiffs:
 4         MICHAEL J. REISER, SR., ESQUIRE
 5         Reiser Law, PC
 6         1475 Broadway, Suite 300
 7         Walnut Creek, CA 94596
 8         925-256-0400
 9         michael@reiserlaw.com
10
11     For the Defendant Marriott:
12         IAN S. MARX, ESQUIRE
13         Greenberg Traurig, LLP
14         500 Campus Drive, Suite 400
15         Florham Park, NJ 07932-0677
16         973-360-7951
17         marxi@gtlaw.com
18
19         KIM NGUYEN GRAY, ESQUIRE
20         Marriott Vacations Worldwide
21         6649 Westwood Boulevard
22         Orlando, FL 32821
23         407-206-6403
24         kim.gray@mvwc.com
25
```

```
 1                          INDEX
 2   WITNESS          EXAMINATION                    PAGE
 3   Bill Whelihan
 4          Direct by Mr. Reiser                        5
 5
 6
 7
 8
 9                         EXHIBITS
10   Exhibit 1895  Appraisal, RCDC 012647 through
11                 RCDC 12727                          57
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              Is this something you've seen before today?
 2       A.  No, it is not.  I have not seen this before.
 3       Q.  You realize, do you not, that the agreement
 4  that Nathan Guikema signed on December 15, 2014 was an
 5  actual joinder in the 51-page affiliation agreement
 6  that I just mentioned that's been marked as
 7  Exhibit 1856?
 8              MR. MARX:  Object to the form of the
 9       question.
10       A.  I don't know if I made that connection.
11  BY MR. REISER:
12       Q.  Okay.  Do you know how long the affiliation
13  agreement -- the term of the affiliation agreement
14  between members enrolled in The Lion & Crown Travel
15  Company -- well, how long the term of the agreement
16  that's marked as 1856, the affiliation agreement, that
17  was joined?
18       A.  No, I do not.
19       Q.  So you don't know if it was a one-year term
20  or a ten-year term.  True?
21       A.  True.
22       Q.  Just to be clear, I want to make sure that
23  your testimony is clear.  You're absolutely positive
24  that you've never seen the affiliation agreement
25  marked as 1856 prior to today?
```

Page 71

```
 1        A.  Correct, yes.  I have not seen this prior to
 2   today.
 3        MR. REISER:  Thank you.  That's all I
 4   have.
 5        MR. MARX:  We have no questions.  Thanks.
 6        THE VIDEOGRAPHER:  The time is 2:21 p.m.
 7   That concludes today's testimony given by
 8   Bill Whelihan.
 9        (The reading and signing of the
10   transcript were not waived, and these
11   proceedings concluded at 2:21 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 72

```
 1                CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF ORANGE
 5
 6            I, Lisa Gerlach, Court Reporter, do hereby
 7   certify that I was authorized to and did
 8   stenographically report the foregoing deposition; and
 9   that the transcript is a true and correct
10   transcription of the testimony given by the witness.
11            I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorney or counsel connected with the action, nor am
15   I financially interested in the action.
16            Dated this 13th day of April, 2018.
17
18
19
20
21
22
23
24
25       Lisa Gerlach, Court Reporter
```

Page 74