IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.
_____

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AND A DEFAULT JUDGMENT AGAINST CERTAIN MARRIOTT DEFENDANTS**
_____

This Court, having considered Plaintiffs' Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants, hereby finds that the Motion should be granted. The Marriott Defendants' withholding of a key document, the 2013 Affiliation Agreement, thwarted Plaintiffs' efforts to uncover important information about the Ritz-Aspen's affiliation with Marriott Vacation Club – the issue at the heart of this case. Further, the Marriott Defendants have made arguments throughout the case that rely on the non-existence of the 2013 Affiliation Agreement. These arguments have now proven to be false. Sanctions against the Marriott Defendants are appropriate to remedy the harm they have caused by withholding key evidence and making false arguments to the Court.

IT IS THEREFORE ORDERED that:

(1) Default judgment against Ritz-Carlton Management Company ("RC Management") is hereby entered on the first cause of action for breach of fiduciary duty;

(2) Default Judgment is hereby entered against RC Management, Lion & Crown and Marriott Vacation Club Worldwide Corp. ("MVW") on the third cause of action for aiding and abetting the Association's breach of fiduciary duty and constructive fraud,

(3) Plaintiffs shall be allowed to take additional depositions of Stephanie Sobeck, Richard Hayward, and Lee Cunningham at the location of Plaintiffs' choosing with the Marriott Defendants paying all associated attorneys' fees and costs;

(4) Plaintiffs shall be allowed to take additional depositions of current or former Association Board members Randy Mercer, Tyler Oliver, Phillip Schneider and Gerald Marsden with the Marriott Defendants paying all associated attorneys' fees and costs.

(5) The Court hereby orders the Marriott Defendants to pay Plaintiffs' attorneys fees associate with this motion and orders the following additional sanctions under Rule 26(g) for false discovery responses

Plaintiffs shall retake the depositions of the above-mentioned witnesses within 45 days of this order.

Dated this ___ day of _____, 2018.

By: _____
    Honorable Philip A. Brimmer