IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

___

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND A DEFAULT JUDGMENT AGAINST CERTAIN MARRIOTT DEFENDANTS**
___

Pursuant to Federal Rule of Evidence 201, Plaintiffs request that this Court take judicial notice of the following documents for purposes of Plaintiffs' Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants:

1. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Motion and Stipulation to Issue an Amended Scheduling Order in *Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, E.D. Cal. Case No. 2:16-CV-00237-MCE-CKD. "A court may also take judicial notice of other courts' files and records from the Electronic Court Filing ("ECF") system … [a]nd the court may take judicial notice of filings in related cases." *Horton v. Davis*, 2015 WL 7294815, *1 (D. Colo. Nov. 19, 2015).

2. Attached hereto as Exhibit 2 is a true and correct copy of the Defendants' Memorandum of Points and Authorities in Support of Demurrer to Fourth Amended Complaint

1

in *Petrick v. Marriott Vacations Worldwide Corporation, et al.*, San Francisco Superior Court, Cal., Case No. CGC 15-545987. *See Horton*, 2015 WL 7294815 at *1.

   3. Attached hereto as Exhibit 3 is a true and correct copy of the Statement of Decision re Defendants' Demurrer to Fourth Amended Complaint in *Petrick. See Horton*, 2015 WL 7294815 at *1.

   4. Attached hereto as Exhibit 4 is a true and correct copy of the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Second Amended Complaint Under Fed. R. Civ. P. 12(b)(6) in *Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, E.D. Cal. Case No. 2:16-CV-00237-MCE-CKD. *See Horton*, 2015 WL 7294815 at *1.

Dated: April 27, 2018         Respectfully submitted,

                   GIBBS LAW GROUP LLP

                   */s/ Michael Schrag*
                   Michael Schrag (admitted *pro hac vice*)
                   505 14th Street, Suite 1110
                   Oakland, CA 94612
                   Phone: (510) 350-9718
                   Facsimile: (510) 350-9701
                   E-mail: mls@classlawgroup.com

                   *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 27th day of April, 2018, a true and accurate copy of the foregoing **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND A DEFAULT JUDGMENT AGAINST CERTAIN MARRIOTT DEFENDANTS** was filed and served via CM/ECF filing system upon following:

Daniel F. Shea, Esq.
Jessica Black Livingston, Esq.
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Linda Lam*
Linda Lam