IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al*.

Defendants.

---

**PLAINTIFFS' APRIL 30, 2018 STATUS REPORT, AND REQUESTS FOR ENTRY OF REVISED SCHEDULING AND STATUS CONFERENCE**

---

Plaintiffs, by and through their undersigned counsel, submit the following Status Report and Request for Entry of Revised Status Report. Plaintiffs refer to their last Status Report dated April 2, 2018 (Dkt. 211).

Plaintiffs report on the status of this matter as of April 30, 2018, and to request that a revised Scheduling Order be entered. The Court entered a revised Scheduling Order on April 30, 2018, before this report went out. Dkt. No. 225. This report was being drafted at time said order was entered. Plaintiffs respectfully request that a status conference should be scheduled before Magistrate Judge Gordon P. Gallagher to adjust the schedule again in light of the report below.

**A. PENDING MOTIONS:**

The following motions are pending before this Court:

1. Plaintiffs' Motion to Amend Scheduling Order to Allow Plaintiffs to Amend Complaint to Add Claim for Punitive Damages and Motion to Amend

Complaint (referred to Magistrate Judge Gallagher; fully briefed Dkt. Nos. 185, 193 and 199).

2.	Plaintiffs' F.R.C.P. 37(b)(2)(A) Motion to Compel Discovery and For Sanctions Against the Marriott Defendants for Failure to Obey This Court's Discovery Order (referred to Magistrate Judge Gallagher; fully briefed Dkt. Nos. 202, 213, 215 and 221).

3.	Plaintiffs' Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants (filed on April 27, 2018, Dkt. No. 223)[1].

**B. DISCOVERY STATUS:**

The following is the status of discovery:

1.	Plaintiffs are still conducting depositions which include:

a.	<u>May 16 and 17, 2018</u> (Orlando, Florida), Depositions of Marriott Vacation Worldwide's (i) Executive Vice President and Chief Growth and Inventory Officer Lizabeth Kane-Hanan and (ii) Chief Executive Officer Steven Weisz (<u>see</u> Magistrate Judge Gallagher's orders, entered on January 28, 2018 and February 20, 2018 – Dkt. Nos. 183 and 189). Recently, these two depositions had to be postponed in mid-April due to the Marriott Defendants' late production of Ritz-Carlton Hotel Company, LLC documents (*see* motion 1, above). These depositions are scheduled beyond the current discovery cut off date of March 14, 2018, which the parties have agreed to do.

b.	<u>May 17 and 18, 2018</u> (Orlando, Florida), *Reconvened* depositions of Marriott Vacation Worldwide's (i) Chief Operating Officer Lees S. Cunningham and (ii) Senior Vic President Stephanie Sobeck. Both Cunningham and Sobeck were deposed in November 2017. Relative to the issues in Plaintiffs' Motion for Sanctions and a Default

---

[1] This sanctions motion may well result in a motion to amend complaint to make clear that claim against Association includes duty of competence and care, as well as potentially add a civil RICO claim.

Judgment Against Certain Marriott Defendants (*i.e.*, the withheld 2013 Affiliation Agreement), on April 2, 2018, the Marriott Defendants through counsel, offered to make both executives available to conduct examination about this document and related matters. Plaintiffs have agreed to do so – while reserving all their rights for the sanctions requested, including the monetary sanctions for the costs and fees associated with these depositions.

        c.        <u>March 7, 2018</u> (White Plains, New York) Deposition of non-party witness Nicole Verrechia, of Morrow and Co. -- Marriott Defendants' vendor for votes and surveys (this deposition was continued due to surgery of undersigned' counsel's son).

        d.        <u>Week of May 21, 2018</u> (Salt Lake City, UT) Deposition of non-party witness Christopher T. Donaldson – Cushman & Wakefield Valuation Group - Marriott Defendants' vendor for appraisals. Deposition continued from May 11, 2018, due to a commitment of Marriott Defendants' counsel – Plaintiffs' counsel agreed with request.

        e.        <u>Yet to be scheduled May or June 2018</u> (Washington, D.C./Bethesda, MD) Depositions of Marriott International's (i) Vice President, Global Residential Operations John Hearns and (ii) General Manager, The Ritz-Carlton Club Aspen Highlands at The Ritz-Carlton Hotel Company, LLC Nicholas DiMeglio. These depositions have been scheduled and then rescheduled due to various issues, including that the three November 2017, subpoenas for documents relating to these witnesses were not responded to until late March 2018, and are the subject of the motion to compel. Dkt. No. 202. More recently, the deposition of DiMeglio had to be continued when the judge in *Petrick, et al. v. Marriott Vacations Worldwide, et al.*, Case No. CGC 15-545987 (Superior Court of

3

California, San Francisco) ordered Marriott Defendants' counsel to a status conference in a related California case on the same date. Coverage for the deposition could not be obtained due to surgery of another lawyer who would normally have been able to cover one of the commitments.

      f.    <u>Yet to be scheduled May or June 2018.</u>  Depositions to be scheduled pending Plaintiffs' second motion for sanctions against the Marriott Defendants and a discovery dispute with Defendant Association: Board of Directors Randy Mercer and Tyler Oliver, and possibly Gerald Marsden and Phil Schneider.  Plaintiffs intend to conduct 2-4 depositions in light of the withheld 2013 Affiliation Agreement (<u>see</u>, Dkt. No. 223). Plaintiffs and Association also presently have a discovery dispute with respect to   a continuation of deposition of Board President Randy Mercer, which will be either resolved or brought before the Court by Magistrate Judge Gallagher's rules.

2.    Plaintiffs are pursuing and completing document subpoenas of several non-parties.

3.    The Marriott Defendants can report on the status of their discovery, but in general terms there are 5-6 Plaintiffs who Defendants had on a list to depose. These Plaintiffs have difficulties travelling to depositions due to age, illness or illness of a spouse. Another Plaintiffs resides in Sydney, Australia. Several weeks ago, Plaintiffs' offered videotaping as a method to complete these depositions.

### C.  REVISED SCHEDULING ORDER AND REQUEST FOR STATUS CONFERENCE

The Marriott Defendants and Plaintiffs, through counsel, have agreed to seek additional time beyond the current cut-off date as to the depositions listed above, with the exception of

4

depositions of the Association directors. Additionally, these depositions are needed in two related cases: *Petrick, et al. v. Marriott Vacations Worldwide, et al.*, Case No. CGC 15-545987 (Superior Court of California, San Francisco) and *Reiser, et al. v. Marriott Vacations Worldwide, et al.*, Case No. 2:16-cv-00237-MCE-CKD. Counsel in those cases are also seeking an extension of discovery in those cases.

As of the filing of this Status Report, the parties have not yet agreed upon a specific request for extended dates. Plaintiffs and the Marriott Defendants have agreed to conduct the above deposition into at least late May 2018.

Plaintiffs respectfully request that a status conference should be held with the Court regarding the necessary revisions. Plaintiffs believe that a forty-five (45) – sixty (60) day extension of discovery dates and related expert disclosures is in order in this case and are willing to take into account the scheduling in the related California cases to an extent.

DATED: April 30, 2018

Respectfully submitted,

| | |
|---|---|
| REISER LAW, p.c. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| ____*/s/ Michael J. Reiser*_____ | _____*/s/ Matthew C. Ferguson*_____ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | E-mail: matt@matthewfergusonlaw.com |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| ___*/s/ Michael Schrag*_____ | ____*/s/ Tyler Meade*_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 1816 Fifth Street |
| 505 14th Street, Suite 1110 | Berkeley, CA 94710 |
| Oakland, CA 94612 | Telephone: 510-843-3670 |
| Telephone: (510) 350-9718 | E-mail: tyler@meadefirm.com |

5

E-mail: mls@classlawgroup.com                    *Attorneys for Plaintiffs*
E-mail: lpl@classlawgroup.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on this 30th day of April, 2018, a true and accurate copy of the foregoing **PLAINTIFFS' APRIL 30, 2018 STATUS REPORT, AND REQUESTS FOR ENTRY OF REVISED SCHEDULING AND STATUS CONFERENCE,** was filed and served via CM/ECF filing system upon following:

> Daniel F. Shea, Esq.
> Jessica Black Livingston, Esq.
> Hogan Lovells US LLP
> 1200 Seventeenth Street, Suite 1500
> Denver, Colorado 80202
>
> Naomi G. Beer, Esq.
> Greenberg Traurig, LLP
> 1200 17th Street, Suite 2400
> Denver, Colorado 80202
>
> Ian S. Marx, Esq.
> Philip R. Sellinger, Esq.
> Greenberg Traurig, LLP
> 500 Campus Drive, Suite 400
> Florham Park, New Jersey 07932
>
>   */s/ Linda Lam*
>   Lucie Riviere

4826-0771-6196, v. 1