**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al*.

Defendants.

___

**PLAINTIFFS' NOTICE OF FILING OF REVISED SCHEDULING AND STATUS CONFERENCE**
___

Plaintiffs, by and through their undersigned counsel, submit a Revised Scheduling Order, as requested by the Honorable Gordon P. Gallagher at the May 2, 2018, Status Conference. The Revised Scheduling accompanies this Notice and it conforms to the dates directed by the Court.

DATED: May 2, 2018

                                                             Respectfully submitted,

| REISER LAW, p.c. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
|---|---|
| ____*/s/ Michael J. Reiser*_____ | _____*/s/ Matthew C. Ferguson*_____ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | E-mail: matt@matthewfergusonlaw.com |

| | |
|---|---|
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| __/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 1816 Fifth Street |
| 505 14th Street, Suite 1110 | Berkeley, CA 94710 |
| Oakland, CA 94612 | Telephone: 510-843-3670 |
| Telephone: (510) 350-9718 | E-mail: tyler@meadefirm.com |
| E-mail: mls@classlawgroup.com | *Attorneys for Plaintiffs* |
| E-mail: lpl@classlawgroup.com | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 2nd day of May 2018, a true and accurate copy of the foregoing **PLAINTIFFS' STATUS REPORT AND REQUEST FOR ENTRY OF REVISED SCHEDULING ORDER,** was filed and served via CM/ECF filing system upon following:

> Daniel F. Shea, Esq.
> Jessica Black Livingston, Esq.
> Hogan Lovells US LLP
> 1200 Seventeenth Street, Suite 1500
> Denver, Colorado 80202
>
> Naomi G. Beer, Esq.
> Greenberg Traurig, LLP
> 1200 17th Street, Suite 2400
> Denver, Colorado 80202
> Ian S. Marx, Esq.
> Philip R. Sellinger, Esq.
> Greenberg Traurig, LLP
> 500 Campus Drive, Suite 400
> Florham Park, New Jersey 07932
>
>  */s/ Lucie Rivere*
>  Lucie Riviere

4849-1895-0500, v. 1