IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-01301 PAB-GPG

**RCHFU, LLC**, *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al.*

Defendants.

 **REVISED SCHEDULING ORDER, SECTION 9**

The initial Scheduling Conference was held on August 18, 2016, before Magistrate Judge Gordon P. Gallagher. A Scheduling Order [Doc #60] was subsequently issued. At a Status Conference held on May 2, 2018, the Court directed the parties to present the Court with an amended scheduling order in connection with the extension of fact discovery to July 16, 2018.

All other portions of the Scheduling Order remain in force and effect, except as otherwise altered by prior Court orders.

### 9. CASE PLAN AND SCHEDULE

- **Fact Discovery Cut-off (except for discovery ordered pursuant to motions to compel):** July 16, 2018

- **Deadline to Serve Initial Expert Reports:** August 13, 2018

- **Deadline to Serve Rebuttal Expert Reports:** September 17, 2018

- **Mediation Deadline:** August 6, 2018

- **Expert Discovery Cut-off:** October 15, 2018

- **Dispositive Motions:** October 9, 2018

- **Deadline to File Daubert Motions:** November 9, 2018

- **Deadline to File Motions *in Limine*:** December 3, 2018

b.   **Discovery Cut-off:**

Fact discovery cut-off is July16, 2018

c.   **Motions Deadline:** October 9, 2018

d.   **Expert Witness Disclosure**

1.   As set forth above.

2.   As set forth above.

3.   The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a) (2) on or before <u>August 13, 2018.</u> The parties shall also file their initial expert reports by this day. (See proposed case schedule above).
*[This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a) (2) (B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2) (C).]*

4.   The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before <u>September 17, 2018</u>. The parties shall also file their rebuttal expert reports by this day. (See proposed case schedule above).
*[This includes disclosure of information applicable to "Witnesses Who Must Provide A Written Report" under Rule 26(a)(2)(B) and information applicable to "Witnesses Who Do Not Provide a Written Report" under Rule 26(a)(2)(C).]*

8

## 13. AMENDMENTS TO SCHEDULING ORDER

This revised scheduling order may be altered or amended only upon a showing of good cause.

DATED at Grand Junction, Colorado, this 3rd day of May, 2018.

BY THE COURT:

United States Magistrate Judge
Gordon P. Gallagher

4836-9405-2192, v. 1