IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG                Court Deputy: A. Barnes
Date: May 2, 2018                                  Recorder: Grand Junction

RCHFU, LLC, et al.
Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,
Defendants.

_____
Minutes–Status Conference
_____

3:05 p.m.

Appearing by telephone: Attorneys for Plaintiffs, Matthew Ferguson, Michael Reiser, and Tyler Meade; Attorneys for Marriott Defendants, Ian Marx and Philip Sellinger; and Attorneys for Aspen Highlands Defendant, Daniel Shea and Jessica Livingston.

Discussion held regarding outstanding motions.

ORDER: Finding good cause, the Court will change the current Scheduling Order deadlines as set forth on the record. Plaintiff to submit new proposed Order.

ORDER: The Court frames the issue as follows: There are a significant number of Plaintiffs in this action, of which 40-50 have been deposed. No party necessarily believes, at this time, that all Plaintiffs need to be deposed. However, there is a possible issue as to whether each and every Plaintiff would have to testify at trial on the constructive fraud claim. If each must/will testify, additional depositions may be warranted. In the interest of R.1 and efficiency, it may be practical to wait until later in the action-particularly post summary judgment-to make this determination. The parties want to consider this strategy. Therefore it is Ordered that the parties shall have one week to respond with regard to opening depositions of Plaintiffs if further rulings indicate that more/all Plaintiffs will be testifying at trial.

ORDER: Discussion held on deposition of association president and vice president; the Court declines to rule on this topic at this juncture.

Hearing concluded at: 3:52 p.m.
Hearing duration: 47 minutes