# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAG-GPG

RCHFU, LLC, et al

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al,

      Defendants.

---

## ENTRY OF APPEARANCE

---

David L. Masters enters his appearance in this case as counsel for: Marriott Vacations Worldwide Corporation; Marriott Ownership Resorts, Inc.; Ritz-Carlton Management Company, LLC; Cobalt Travel Company, LLC; and Lion & Crown Travel Company, LLC.  I hereby certify that I am a member in good standing of the bar of this court.

      DATED: May 9, 2018.

                           MASTERS & VINER, P.C.

                           David L. Masters
                           Masters & Viner, P.C.
                           152 Colorado Avenue
                           Montrose, Colorado 81401
                           970-249-2622
                           dlm@mastersviner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm,
P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202

David L. Masters