IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' RESPONSE TO THE COURT'S ORDER DIRECTING THE PARTIES TO STATE THEIR POSITIONS WITH RESPECT TO CERTAIN PLAINTIFF DEPOSITIONS**

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "the Marriott Defendants") respectfully submit this Response to the Court's Order, entered on May 3, 2018, directing the parties to set forth their positions with regard to opening depositions of Plaintiffs if further rulings indicate that more/all Plaintiffs will be testifying at trial (Doc. 234).

As of the date of this Response, Marriott Defendants have taken the deposition of approximately 43 plaintiffs. With respect to the approximately 163 plaintiffs who have not yet been deposed, the Marriott Defendants would agree to the Court's entry of an Order providing that:

    (1) the need for these depositions will be assessed after: (a) the Court rules upon a motion Plaintiffs intend to make (as discussed in the May 2, 2018 conference with the Court)

that is expected to clarify whether individualized reliance is an element of their claim for constructive fraud; and (b) Plaintiffs advise whether they intend to call each plaintiff as a witness at trial; and

(2) if following the Court's decision on that motion, Marriott Defendants wish to take the deposition of a plaintiff who has not yet been deposed, that witness will be made available for deposition, before the case is set for trial or any final pretrial proceedings occur, regardless of whether the deadline for fact discovery has otherwise passed.

Dated:  May 10, 2018

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  s/ Jaclyn DeMais
Naomi G. Beer
Philip R. Sellinger
Ian S. Marx
Jaclyn DeMais
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel:     303.572.6500 / Fax:     303.572.6540
Email:  BeerN@gtlaw.com,
SellingerP@gtlaw.com,  MarxI@gtlaw.com,
DeMaisJ@gtlaw.com

*Attorneys for the Marriott Defendants*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of May, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' RESPONSE TO THE COURT'S ORDER DIRECTING THE PARTIES TO STATE THEIR POSITIONS WITH RESPECT TO CERTAIN PLAINTIFF DEPOSITIONS** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
  Condominium Association*

*s/ Jaclyn DeMais*
    Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

3