IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' INITIAL RESPONSE TO PLAINTIFFS' MOTION TO COMPEL *IN CAMERA* REVIEW OF AN UNREDACTED VERSION OF MARRIOTT'S STRATEGIC PLAN MEMORANDUM AND REQUEST FOR EXPEDITED RELIEF**

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "the Marriott Defendants") respectfully submit this Initial Response to Plaintiffs' Motion to Compel *In Camera* Review of an Unredacted Version of Marriott's Strategic Plan Memorandum and Request for Expedited Relief (ECF#239).

The Marriott Defendants do not object to providing the Court, for *in camera* review, an unredacted version of the May, 24 2012 Corporate Growth Committee Memorandum that is the subject of Plaintiffs' motion, subject to the following request.  Specifically, in order to give the Court the necessary contextual basis for evaluating the privileged nature of the redactions, the Marriott Defendants request permission to submit, along with the unredacted Memorandum, a Declaration that establishes the factual predicate for the assertion of privilege, additional documents demonstrating the involvement of counsel and the privileged nature of the document,

and a short Memorandum that identifies the relevant legal authority supporting the claim of privilege and responds to the authority upon which Plaintiffs rely.

Dated:  May 13, 2018

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  *s/ Ian S. Marx*
 Naomi G. Beer
 Philip R. Sellinger
 Ian S. Marx
 1200 Seventeenth Street, Suite 2400
 Denver, Colorado 80202
 Tel:     303.572.6500 / Fax: 303.572.6540
 Email:  BeerN@gtlaw.com, SellingerP@gtlaw.com,  MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*


CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' INITIAL RESPONSE TO PLAINTIFFS' MOTION TO COMPEL IN CAMERA REVIEW OF AN UNREDACTED VERSION OF MARRIOTT'S STRATEGIC PLAN MEMORANDUM AND REQUEST FOR EXPEDITED RELIEF** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

*s/ Jaclyn DeMais*
   Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

3