IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

---

## MARRIOTT DEFENDANTS' RESPONSE TO THE COURT'S ORDER OF MAY 14, 2018 CONCERNING THE IDENTIFICATION OF DOCUMENTS ON A PRIVILEGE LOG

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Response to the Court's Order, entered on May 14, 2018 (ECF#245), directing them to identify exactly where the CGC Strategic Plan was listed on any privilege log.

On January 5, 2018, the Marriott Defendants provided Plaintiffs' counsel with an initial Privilege Log (it has since been updated several times). Various iterations of the memorandum dated May 24, 2012, which was sent by Lee Cunningham and Tony Terry to the "Corporate Growth Committee ('CGC')" and was entitled "Ritz-Carlton Destination Club Proposed

Strategic Plan" ("May 24 Memo"), are identified on the Marriott Defendants' initial Privilege Log, served on January 5, 2018.[1]

Specifically, the May 24 Memo (which Plaintiffs refer to as "Marriott's Strategic Plan Memorandum") and which is the subject of Plaintiffs' motion to compel the Court's *in camera* review of an unredacted version of that document, was identified in the following entries on the Marriott Defendants' Privilege Log:

> Document Id.  Number: 31892
> Privilege Asserted:  Attorney-Client Privilege
> Nature/Description of Document:  Draft memorandum to Corporate Growth Committee regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.
>
> Document Id.  Number: 31906
> Privilege Asserted:  Attorney-Client Privilege
> Nature/Description of Document:  Draft memorandum to Corporate Growth Committee regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.
>
> Document Id.  Number: 32015
> Privilege Asserted:  Attorney-Client Privilege
> Nature/Description of Document:  Draft memorandum to Corporate Growth Committee regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.
>
> Document Id.  Number: 32053
> Privilege Asserted:  Attorney-Client Privilege
> Nature/Description of Document:  Draft memorandum to Corporate Growth Committee regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.
>
> Document Id.  Number: 32080
> Privilege Asserted:  Attorney-Client Privilege

---

[1] Plaintiffs misleadingly suggest that the Marriott Defendants were unwilling to identify where on their Privilege Log the May 23 Memo was listed.  This request was conveyed by Plaintiffs' counsel on Friday, May 11, 2018: "Ian; what document number is this on the initial privilege log? Let me know – thanks m."  At the time, counsel for the Marriott Defendants was off-site during a Firm meeting held every several years, and responded later that day as follows:  "Matt:  We will get you a list of the document numbers relating to this document on our privilege log but it will take some time to compile that information as we don't have that list readily available (as you can see from the log, there are many drafts of the document).  We will have someone work on it and get back to you as soon as we can (which may have to be over the weekend).  Thanks, Ian."

Nature/Description of Document:  Draft memorandum to Corporate Growth Committee Regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.

Document Id.  Number: 32104
Privilege Asserted:  Attorney-Client Privilege
Nature/Description of Document:  Draft memorandum to Corporate Growth Committee Regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.

Document Id.  Number: 32114
Privilege Asserted:  Attorney-Client Privilege
Nature/Description of Document:  Draft memorandum to Corporate Growth Committee Regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.

Document Id.  Number: 32115
Privilege Asserted:  Attorney-Client Privilege
Nature/Description of Document:  Draft memorandum to Corporate Growth Committee Regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.

Document Id.  Number: 32144
Privilege Asserted:  Attorney-Client Privilege
Nature/Description of Document:  Draft memorandum to Corporate Growth Committee Regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.

Document Id.  Number: 50904
Privilege Asserted:  Attorney-Client Privilege
Nature/Description of Document:  Draft memorandum to Corporate Growth Committee Regarding "Ritz-Carlton Destination Club Proposed Strategic Plan," prepared with the assistance of legal counsel.

Dated:  May 15, 2018                    Respectfully submitted,

                                       GREENBERG TRAURIG, LLP

                                       By:  *s/ Ian S. Marx*
                                       Naomi G. Beer
                                       Philip R. Sellinger
                                       Ian S. Marx
                                       1200 Seventeenth Street, Suite 2400

Denver, Colorado 80202
Tel: 303.572.6500 / Fax: 303.572.6540
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  BeerN@gtlaw.com,
SellingerP@gtlaw.com,  MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of May, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' RESPONSE TO THE COURT'S ORDER OF MAY 14, 2018 CONCERNING THE IDENTIFICATION OF DOCUMENTS ON A PRIVILEGE LOG** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
  Condominium Association*

<u>s/ Jaclyn DeMais</u>
   Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig,
LLP, pursuant to C.R.C.P. 121, § 1-26)*