# GREAT BAY CONDOMINIUM OWNERS ASSOCIATION, INC.
# THE NEIGHBORHOOD ASSOCIATION, INC.
### 6900 Great Bay
### St. Thomas, USVI, 00802

TO: Members of the Great Bay Condominium Owners Association, Inc.
  Members of the Neighborhood Association, Inc.

August 3, 2012

      Re: *Member Service Letter to the Ritz Carlton Destination Club Members dated July 17, 2012 regarding the Evolution of the Ritz Carlton Destination Club Brand*

Dear Members:

      Recently, you should have received a letter from Eveleen Babich, General Manager of the Cobalt Travel Company, LLC, describing the "evolution" and changes to the Ritz-Carlton Destination Club System ("RCDC").

      First and foremost, we want our Members to know that the St. Thomas Club Board Presidents received notice of this letter during a conference call with the RCDC and the Ritz-Carlton Management Company ("RCMC"), only **one day before** it was sent to all RCDC Members. We were not given any additional advance indication or notice of the imminent termination of the Kapalua Bay (Maui) Club or the termination of the Abaco Club at Winding Bay (Bahamas) from the RCDC portfolio.

      Second, your Board similarly had absolutely no knowledge of the RCDC's plans for "new ways to provide a variety of experiences" to the RCDC Membership until it received the Termination Notice regarding Kapalua Bay and Abaco.

      While this development is disconcerting, we believe the situation in these two clubs is substantially different from ours in St. Thomas. We believe that a majority of the whole residences and fractional interests at Kapalua were never sold and instead remained the responsibility of the Developer. We understand that the Abaco property, which was not fully developed, was also undersold and underutilized.

      All the Residences in St. Thomas have now been sold and the Development Company retains only approximately 75 interests – a little more than 6 physical residences -- in the Suites. For years the St. Thomas Club has enjoyed the highest occupancy of any of the RCDC locations. Also, with Kapalua and Abaco no longer part of the Ritz-Carlton Club system, the St. Thomas club remains the only beach location in the Ritz-Carlton Destination Club.

**EXHIBIT "D"**

TO: Members of the Great Bay Condominium Owners Association, Inc.
Members of The Neighborhood Association, Inc.
Page 2

We were surprised, shocked and extremely disappointed as to how Ritz Carlton, Marriott Vacations Worldwide, Inc. and Cobalt Travel Company, LLC ("RCDC Parties") separately and collectively chose to characterize these matters as the "evolution of the RCDC brand." No input from your Boards of Directors or, to our knowledge, any of the other RCDC Club Boards was ever solicited by these companies while they determined these significant changes to the RCDC system in which we all own a Membership Interest.

Let us take this opportunity to assure you that your Boards of Directors are not taking this "evolution" notice lightly from the RCDC Parties. We are currently evaluating the systemic changes they have communicated in their letter as to how it will affect our Club and, together with all of the other remaining RCDC Club Associations, assessing the impact on the entire RCDC system. However we are not in possession of any other written material describing the "systemic evolution" and its impact on our interests.

We have been in frequent communication with each other and the Presidents of the other RCDC Clubs since this announcement. Our general but preliminary consensus regarding the "evolution" of the RCDC brand as described in Eveleen Babich's letter of July 17th is that we are concerned that this may not be an enhancement to our Memberships' Interests. We all, as members, invested in the Ritz Carlton brand!

We plan to have more extensive, detailed communication with the RCDC Parties about this matter and will try to sort out the many issues involved in this "evolution." In the meantime, your Boards of Directors invite you to submit your comments, questions and/or concerns regarding this matter to: boardstthomas@aol.com as soon as possible, as we would like as much Member input as possible.

Once the Board of Directors have had a chance to further explore and evaluate the "evolution" situation with the RCDC Parties and the other remaining RCDC Club Associations, we will communicate back to our Membership. Please rest assured that your Board will hold the RCDC Parties accountable to preserve, maintain, and continually enhance the Ritz-Carlton Destination Club product they developed and sold to all of us.

We thank you for your support, and welcome your immediate input on this matter. We take this situation seriously and are working diligently to protect the interests of our Club.

TO: Members of the Great Bay Condominium Owners Association, Inc.
     Members of The Neighborhood Association, Inc.
Page 3

Best regards,

GREAT BAY CONDOMINIUM OWNERS ASSOCIATION, INC.

| | |
|---|---|
| John Doyle, Esq. | President |
| Steve Redan | Vice President |
| Abbey Chung | Treasurer |
| Thomas J. Doyle Jr. | Director |

THE NEIGHBORHOOD ASSOCIATION, INC.

| | |
|---|---|
| Sal Cutrona | President |
| Gino Orsini | Vice President & Treasurer |
| Henry Troy | Secretary |
| Marc Betesh, Esq. | Director |
| Ken Cooke | Director |