RCC-BG Condominium Association, Inc.
100 Bachelor Ridge Trail
P.O. Box 3379
Avon, Colorado 81620

November 5, 2012

Mr. Steven Weisz, President & CEO
Mr. R. Lee Cunningham, Executive Vice President & COO
Marriott Vacations Worldwide Corporation
6649 Westwood Blvd.
Orlando, Florida 32821

*Re. Proposed Affiliation of Ritz-Carlton Club Bachelor Gulch with Lion & Crown*

Dear Gentlemen:

I am writing on behalf of the Board of Directors to continue our dialogue about the proposed affiliation of Ritz-Carlton Club Bachelor Gulch (the ("Club") Members with Lion & Crown ("L&C") in 2013 and beyond and to request that such proposed affiliation be canceled. At a minimum, the proposed affiliation should be delayed until January 1, 2014 and the status quo should be maintained until that time.

As we discussed during our face-to-face meeting on September 19, 2012 in Orlando, the Board and membership of the Club have serious concerns that the Club's affiliation with L&C is contrary to the Club's governing documents and, in any event, will have permanent negative impacts on the Club, including most importantly to the value of our Residence Interests. Since our meeting in Orlando, the Club has intensified its review and evaluation of the proposed affiliation with L&C as well as the Club's overall relationship with Marriott Vacations Worldwide Corporation ("MVW") and its affiliates. While our evaluation is continuing, our initial conclusions about negative impacts on our Club of the proposed L&C affiliation have been significantly supported.

As we explained to you during our meeting, we believe that affiliating with L&C will depress the already low values of our Residence Interests in the Club by permitting hundreds of thousands of Marriott Vacation Club members to use ("points") to access and use the Club for a fraction of what it cost Club Members to purchase their Residence Interests. Our evaluation also shows that L&C affiliation will unfairly and disproportionately burden Club Members with the cost of upkeep of the Club and will result in significant increased use of the Club, and thus increased maintenance costs. These are just some of our concerns with affiliating the Club Members with L&C. Perhaps most importantly, the Board has heard from a significant portion of the Club's membership that they overwhelmingly oppose affiliation with L&C for a number of reasons.

We have also made it no secret that we are evaluating the Club's overall relationship with MVW and its affiliates in view of troubling recent developments including the shrinking, as opposed to promised expansion, of Ritz-Carlton Destination Club system, and the proposed affiliation with L&C and thus the Marriott Vacation Club time-share system. We anticipate that further evaluation will likely culminate with a vote of the Club membership on whether to end management of the Club by MVW's affiliate, Ritz-Carlton Management

**EXHIBIT "M"**

Company, and related issues. Such a vote may also determine whether the Club's Members will be able to affiliate with the L&C system. It would be premature and detrimental to the Club, its Members and MVW for the proposed affiliation with L&C to start, only to possibly be terminated in the near future. It is therefore important to all involved that the proposed L&C affiliation not be offered at all, and at a minimum that it not be offered until we all know for certain whether the Club is going to have a long-term future relationship with MVW and its affiliates.

Finally, but perhaps most importantly, the Board believes that the new use of Club Units that would result from the L&C affiliation and thereby basically becoming part of the points-based Marriott Vacation Club time-share system is prohibited by the Club's Declaration of Condominium. Section 19.5 of the Declaration, entitled "Limit on Timesharing," specifically provides that other than the right to create Residence Interests as set forth in the Declaration:

> **no Unit shall be used for the operation of a timesharing, fraction-sharing, interval ownership, private residence club, membership program, vacation club, exchange network or system or similar program whereby the right to exclusive use of the Unit is alternated or scheduled among participants in the program on a fixed or floating time schedule over a period of years whether by written, recorded agreement or otherwise.**

The proposed new use of Units in the Club as part of the Marriott Vacation Club time-share system falls within the broad time-sharing uses expressly prohibited by Section 19.5 of the Declaration.

I understand we discussed at our meeting the possibility of holding a vote of the Club membership on the issue of affiliation with L&C. Although that is our intention, we do not believe such a vote is necessary in light of our Club's governing documents (including without limitation the Declaration), nor do we believe such a membership vote is required for this requested delay. Moreover, given that a likely future vote of the Members will be held as discussed above, incurring the significant expense to hold another vote of the Club Members now would be unnecessary and unwise.

For at least the foregoing reasons, we believe it is in the best interests of both the Club and MVW to cancel the proposed affiliation by the Club with L&C, or at a minimum to delay any affiliation by Club Members with L&C for one year through January 1, 2014. Please advise no later than Thursday, November 15, 2012 whether MVW will agree to this requested delay of affiliation. If MVW will not voluntarily agree to this delay and insists on permitting affiliation with L&C now, the Board may have no alternative but to enforce the Club's Declaration's prohibition on time-sharing through formal legal action. We do not believe that should be necessary given our aligned interest on this issue. Feel free to contact me to discuss this.

Best Regards,

RCC-BG Condominium Association, Inc.

Michael C. Mullenix
President