IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

### MARRIOTT DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND TO EXCEED THE PAGE LIMITATION

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Unopposed Motion for an Extension of Time and to Exceed the Page Limitation in response to Plaintiffs' Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants (ECF #223) (the "Motion"). The Marriott Defendants' are requesting the Court's permission to (1) file their response to the Motion up to and including June 1, 2018, and (2) exceed the page limitation set forth in Rule III(A) of this Court's Practice Standards by no more than three pages. As grounds therefore, the Marriott Defendants state as follows:

<u>Certificate Under Local Rule 7.1(a)</u>

1.    Counsel for the Marriott Defendants has conferred with counsel for Plaintiffs, who do not object to this enlargement of time and page limitation.

Certificate Under Local Rule 6.1

2. A copy of this motion has been provided to all counsel of record.

3. The extensions of the page limitation and the deadline are requested because of the Marriott Defendants' need to adequately (a) set forth the facts at issue; (b) counter and respond to Plaintiffs' presentation of the interactions between Plaintiffs' counsel and counsel for the Marriott Defendants; and (c) explain why Plaintiffs are not entitled to the requested relief. In addition, the Marriott Defendants have recently retained additional counsel, who needs additional time to become fully familiar with the issues relating the Motion.

4. This is the Marriott Defendants' first request for an extension to respond the Motion. No other deadlines will be impacted by the request for an extension of the deadline.

5. The request for an extension of the deadline is in the interest of justice and not made for purposes of delay.

6. Plaintiffs will not be prejudiced by this extension of time and, indeed, have consented hereto.

Factual Basis

7. On April 27, 2018, Plaintiffs filed the Motion in addition to an Unopposed Motion to Exceed Page Limitation (ECF #222).

8. In Plaintiffs' Unopposed Motion to Exceed Page Limitation, Plaintiffs indicated that they "consent to affording the Marriott Defendants the same extension of the page limitation for their opposition to the Sanctions Motion (for an opposition brief of no more than 18 pages)." ECF #222, p. 2, ¶ 3.

9. In addition, counsel for the Marriott Defendants requested an additional two weeks to oppose the Motion from Plaintiffs' counsel Michael Reiser and Matthew Ferguson. Counsel consented on behalf of Plaintiffs for an extension up to and through June 1, 2018.

WHEREFORE, the Marriott Defendants respectfully request that this Court allow an expansion of the page limitation by three pages and set June 1, 2018, as the deadline for the Marriott Defendants to file its oppose to Plaintiffs' Motion.

Dated: May 16, 2018                     Respectfully submitted,

                                        GREENBERG TRAURIG, LLP

                                        By: *s/ Ian S. Marx*
                                        Naomi G. Beer
                                        Philip R. Sellinger
                                        Ian S. Marx
                                        1200 Seventeenth Street, Suite 2400
                                        Denver, Colorado 80202
                                        Tel: 303.572.6500 / Fax: 303.572.6540
                                        500 Campus Drive, Suite 400
                                        Florham Park, New Jersey 07932
                                        Tel: 973.360.7900 / Fax: 973.301.8410
                                        Email: BeerN@gtlaw.com,
                                        SellingerP@gtlaw.com, MarxI@gtlaw.com

                                        *Attorneys for the Marriott Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME AND TO EXCEED THE PAGE LIMITATION** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

                                        *s/ Jaclyn DeMais*
                                            Jaclyn DeMais

                                        *(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

4