IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' SUPPLEMENTAL RESPONSE TO THE COURT'S ORDER OF MAY 14, 2018 CONCERNING THE IDENTIFICATION OF DOCUMENTS ON A PRIVILEGE LOG**

---

    Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Supplemental Response to the Court's Order, entered on May 14, 2018 (ECF#245), directing them to identify exactly where the CGC Strategic Plan (a Memorandum dated May 24, 2012, from Lee Cunningham and Tony Terry to the "Corporate Growth Committee ('CGC')" entitled "Ritz-Carlton Destination Club Proposed Strategic Plan" ("May 24 Memo")), was listed on any privilege log.

    On May 15, 2018, the Marriott Defendants filed a Response to the Court's Order of May 14, 2018, which identified the 10 entries on the Marriott Defendants' Privilege Log where various iterations of the May 24 Memo were identified (the "May 15 Response"). Later in the day on May 15, 2018, Plaintiffs' filed a Reply, complaining that while the May 15 Response

identified 10 drafts of the May 24 Memo that are listed on the Marriott Defendants' Privilege Log, it did not disclose that the final version of the May 24 Memo was not listed on the Privilege Log.

In response, the Marriott Defendants state that the final version of the May 24 Memo is listed on their Privilege Log (and thus is referenced in the May 15 Response), but it is mis-identified as a "draft." Specifically, the document listed as "Document Id. Number 32144" is the final version of the May 24 Memo. However, it was described as a draft on the Privilege Log based on the information and understanding at the time the Privilege Log was prepared.

Dated:  May 16, 2018                               Respectfully submitted,

                                                   GREENBERG TRAURIG, LLP

                                                   By: _s/ Ian S. Marx_
                                                   Naomi G. Beer
                                                   Philip R. Sellinger
                                                   Ian S. Marx
                                                   1200 Seventeenth Street, Suite 2400
                                                   Denver, Colorado 80202
                                                   Tel: 303.572.6500 / Fax: 303.572.6540
                                                   500 Campus Drive, Suite 400
                                                   Florham Park, New Jersey 07932
                                                   Tel: 973.360.7900 / Fax: 973.301.8410
                                                   Email:  BeerN@gtlaw.com,
                                                   SellingerP@gtlaw.com,  MarxI@gtlaw.com

                                                   *Attorneys for the Marriott Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' SUPPLEMENTAL RESPONSE TO THE COURT'S ORDER OF MAY 14, 2018 CONCERNING THE IDENTIFICATION OF DOCUMENTS ON A PRIVILEGE LOG** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Lilia Bulgucheva
Law Office of Michael J. Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
  Condominium Association*


*s/ Jaclyn DeMais*
    Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

3