IN THE UNITED STATE DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

**DECLARATION OF JESSICA BLACK LIVINGSTON IN SUPPORT OF THE ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS AND A DEFAULT JUDGMENT AGAINST CERTAIN MARRIOTT DEFENDANTS**

I, Jessica Black Livingston, declare and state as follows:

1. I am an attorney at the law firm of Hogan Lovells US LLP, counsel for the Aspen Highlands Condominium Association ("AHCA") in the above-captioned action. I am a member of the Colorado bar and of this Court. I am a competent witness and can testify truthfully as to the facts set forth herein.

2. I respectfully submit this declaration in support of the AHCA's Response in Opposition to Plaintiffs' Motion for Sanctions and a Default Judgment against Certain Marriott Defendants.

3. Plaintiffs' counsel deposed Mr. Randal Mercer for seven hours and ten minutes on October 24, 2017. Plaintiffs thus already deposed Mr. Mercer for the full time permitted by the Rules and this Court's scheduling order. Plaintiffs have not shown good cause for exceeding

1

this limit on the basis of wanting additional time to examine Mr. Mercer on topics and areas of inquiry they knew about at the time of the deposition.

4. Plaintiffs' counsel acted disrespectfully toward Mr. Mercer during the deposition, as evidenced by certain excerpts from the deposition transcript.

5. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Randal Mercer on October 24, 2017.

6. The AHCA produced to Plaintiffs the Acknowledgement of and Joinder to Affiliation Agreement Between the Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., dated April 24, 2014, ("Acknowledgement and Joinder Agreement"), among many other documents, as an electronic load file on October 21, 2016. At Plaintiffs' request, the AHCA reproduced the documents, including the Acknowledgement and Joinder Agreement, in .PDF format on October 26, 2016.

7. Attached hereto as **Exhibit 2** is a true and correct copy of the Acknowledgement and Joinder Agreement.

8. Plaintiffs' counsel voluntarily chose not to ask Mr. Randy Mercer, Mr. Philip Schneider, Mr. Gerald Marsden, or Mr. Tyler Oliver about the 2013 Affiliation Agreement referenced in the Acknowledgement and Joinder at their depositions.

9. The AHCA did not have the 2013 Affiliation Agreement in its possession, custody, or control until the document was produced by the Marriott Defendants. Ms. Stephanie Sobeck, who was re-deposed on May 14, 2018 concerning the 2013 Affiliation Agreement, testified that she never provided a copy of the 2013 Affiliation Agreement to the AHCA Board. A formal copy of the transcript from her deposition is not yet available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of May, 2018 in Denver, Colorado

*/s/ Jessica Black Livingston*
Jessica Black Livingston
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
FAX: (303) 899-7333
E-mail:jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 18th day of May, 2018, a true and accurate copy of the foregoing **DECLARATION OF JESSICA BLACK LIVINGSTON IN SUPPORT OF THE ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS AND A DEFAULT JUDGMENT AGAINST CERTAIN MARRIOTT DEFENDANTS** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                                                       */s/ Greg Apt*