# EXHIBIT  1

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF COLORADO

3        Civil Action No. 1:16-cv-01301-PAB-GPG

4

5     RCHFU, LLC, et al.,

               Plaintiffs,

6     vs.

7     MARRIOTT VACATIONS WORLDWIDE

8     CORPORATION, et al.,

9               Defendants.

10    _____/

11

12          VIDEOTAPED DEPOSITION OF

13             RANDAL MERCER

14        Tuesday, October 24, 2017

15         9:02 a.m. - 5:32 p.m.

16            CRE Consultants

17     12140 Carissa Commerce Court, Suite 103

18         Fort Myers, Florida  33966

19

20    Reported By:

21    Yvonne Corrigan, RPR, CRR

22    Notary Public, State of Florida

23    Job No. 2728895

24

25    Pages 1 - 335

                                    Page 1

Randal Mercer - October 24, 2017

```
 1    APPEARANCES:
 2
 3    On behalf of Plaintiffs:
          THE MATTHEW C. FERGUSON LAW FIRM, P.C.
 4        119 South Spring, Suite 201
          Aspen, Colorado  81611
 5        BY:  MATTHEW C. FERGUSON, ESQ.
          matt@matthewfergusonlaw.com
 6
 7        REISER LAW, P.C.
          1475 Broadway, Suite 300
 8        Walnut Creek, California  94596
          BY:  MICHAEL J. REISER, ESQ.
 9        mreiser@reiserlaw.com
10
11    On behalf of Defendant - Aspen Highlands Condominium
12    Association:
          HOGAN LOVELLS US, LLP
13        1601 Wewatta Street, Suite 900
          Denver, Colorado  80202
14        BY:  DANIEL F. SHEA, ESQ.
          BY:  JESSICA BLACK LIVINGSTON, ESQ.
15        dan.shea@hoganlovells.com
16        jessica.livingston@hoganlovells.com
17
      On behalf of Defendant - Marriott:
18        GREENBERG TRAURIG, P.A.
          500 Campus Drive, Suite 400
19        Florham Park, New York  07932
20        BY:  IAN S. MARX, ESQ.
21        marxi@gtlaw.com
22
23    ALSO PRESENT:  Michael Reiser, Jr.
24                   Timothy Lenz, Videographer
25                   Chris Hanlon, Document Technician
```

Page 2

Randal Mercer - October 24, 2017

```
 1                    I N D E X

 2   WITNESS                                        PAGE

 3   RANDAL MERCER

 4     Direct Examination by Mr. Ferguson...............10

 5                  DEPOSITION EXHIBITS

 6

 7

 8   NUMBER            DESCRIPTION                   PAGE
     Exhibit 1020   RCDC Re-Engineering Update         55
 9   Exhibit 1021   Email to Sobeck - 6/11/12          72
10                  Re: Board filing documents
11   Exhibit 1023   Babich letter - July 2012          78
12   Exhibit 1026   Babich letter - July 2012          97
13   Exhibit 1034   Email to Marsden, Schneider,      100
                    Oliver - 7/26/12, Re: Letter
14                  to Members of Aspen Highlands
15   Exhibit 1035   Letter to AHCA - 7/26/12          110
16                  Re: Letter to members
17                  regarding the evolution
     Exhibit 1042   Email from Neveloff - 8/7/12      110
18                  Re: Fw: Ritz-Carlton Destination
19                  Clubs Newest Offering
     Exhibit 1043   Email to Mercer - 8/8/12          114
20                  Re: Fw: Ritz-Carlton Destination
21                  Clubs Newest Offering
22   Exhibit 1053   Letter to AHCA - 8/17/12          126
23                  Re: Evolution of RCDC Brand
24   Exhibit 1058   Email to Clark - 8/20/12          134
25                  Re: Feedback


                                         Page 3
```

Randal Mercer - October 24, 2017

```
 1                    DEPOSITION EXHIBITS
 2    NUMBER            DESCRIPTION                PAGE
 3    Exhibit 1061   Cunningham letter - August 2012    137
 4    Exhibit 1060   Email to Mercer - 8/21/12          143
                     Re: A message from Lee
 5                   Cunningham
 6    Exhibit 1064   Email to Mercer - 8/21/12          149
                     Re:  Aspen Highlands Ritz
 7    Exhibit 1066   Email to Mercer - 8/21/12          153
 8                   Re:  Ritz-Carlton member,
 9                   Nowell #8106
10    Exhibit 1072   Email to Mullenix - 8/21/12        155
                     from Neveloff
11    Exhibit 1075   Email to Joel - 8/26/12            156
12                   Re: Evolution of RCDC brand
13    Exhibit 1104   Letter to Members of              162
                     AHCA - 9/2012 from Neveloff,
14                   Schneider, Marsden, Oliver
15    Exhibit 1097   Draft Memorandum - 9/21/12        165
                     to AHCA Board of Directors
16    Exhibit 1108   AHCA Minutes of Annual            166
17                   Meeting 10/13/12
      Exhibit 1110   Email to Mercer - 10/16/12        168
18                   Re: Ritz Club Aspen
19    Exhibit 1103   Question to members document      178
20    Exhibit 1113   Email to Mercer - 10/22/12        188
21                   with attached Gosch invoice
22    Exhibit 1114   Email to Oliver - 10/25/12        189
23                   Re: Marriott Vacation Club
24    Exhibit 1116   Email to Sobeck - 11/10/12        193
25                   Re: Meeting in Orlando
```

Page 4

Randal Mercer - October 24, 2017

```
 1                    DEPOSITION EXHIBITS
 2    NUMBER              DESCRIPTION              PAGE
 3    Exhibit 1117   Email to Oliver - 11/4/12      198
                     Re: Meeting in Orlando
 4    Exhibit 1118   Email to Oliver - 11/5/12      201
 5                   Re: Meeting in Orlando
      Exhibit 1120   Email to Neveloff - 11/6/12    204
 6                   Re: Message from RCC BG
      Exhibit 1122   Email to Mercer - 11/7/12      208
 7                   Re: Message from RCC BG
 8                   with attachments
      Exhibit 1124   Letter to Weisz - 11/5/12      209
 9                   Re: Proposed Affiliation
10    Exhibit 1126   Email to Gosch, Mercer -       216
                     11/8/12, Re: Message from
11                   RCC BG
12    Exhibit 1130   Email to Mercer, Neveloff -    217
                     11/28/12, Re: Response to
13                   11-5 Correspondence
14    Exhibit 1135   Gosch cease and desist         219
15                   letter - 11/21/12
      Exhibit 1137   Email to Mercer - 11/28/12     220
16                   Re: Response to 11-5
17                   Correspondence
      Exhibit 1145   Memorandum - 12/19/12 to       222
18                   membership
19    Exhibit 1146   Email to Oliver, Marsden       227
                     and Schneider - 12/12/12
20                   Re: Monday meeting
21    Exhibit 1150   Letter to Gosch - 12/21/12     229
22                   from Waller, Baker Hostetler
23    Exhibit 1151   Draft Letter to Mercer -       237
24                   12/21/12, Re: Follow-up
25                   from 11/29/12 meeting


                                            Page 5
```

Randal Mercer - October 24, 2017

```
 1              DEPOSITION EXHIBITS

 2   NUMBER          DESCRIPTION              PAGE

 3   Exhibit 1152  Signed letter to Mercer -   242

 4                 12/22/12, Re: Follow-up

 5                 from 11/29/12 meeting

 6   Exhibit 1155  Email to Oliver - 12/28/12  247

 7                 Re: Points program and

                   MVCI and Kapalua

 8   Exhibit 1157  Email to Marsden, Schneider 249

                   and Oliver - 1/16/13

 9                 Re: Member comments

10   Exhibit 1158  Member comments             249

11   Exhibit 1500  Vacation Points Chart       253

12   Exhibit 1161  Letter to members - 2/3/13  259

                   Update

13   Exhibit 1168  Email to Mullenix - 3/22/13 261

14                 Re: Need your help

15   Exhibit 1169  Email to Mercer - 3/28/13   263

                   Re: Unintentionally forgot

16                 to mention

17   Exhibit 1172  Email to Martino - 3/28/13  266

18                 Re: Privileged and

19                 Confidential - BG Notes

20   Exhibit 1175  Email to Jenson - 4/5/13    272

21                 Re: Test

22   Exhibit 1176  Memo to DL-RCDC SLC Member   277

23                 Services - 4/5/13, Re:

24                 Member Services Update -

25                 Aspen Board of Directors Letter


                                       Page 6
```

Randal Mercer - October 24, 2017

```
 1              DEPOSITION EXHIBITS

 2    NUMBER          DESCRIPTION              PAGE

 3    Exhibit 1180  Confidential letter -       279
                    4/5/13

 4    Exhibit 1178  Aspen Board Letter Sent -   280
 5                  Member Responses - 4/5/13

      Exhibit 1202  Letter - 5/3/13, "Dear Mr.  283
 6                  & Mrs. Aspen Member"

 7    Exhibit 1203  Email to Marino - 5/4/13    284
                    Re: BG Letter

 8    Exhibit 1207  Email to Oliver - 5/11/13   287
                    Re: Aspen board vote

 9    Exhibit 1208  Email to Marsden - 5/18/13  288
                    Re: Update on Lion & Crown
10                  Enrollment

11    Exhibit 1210  Email to Mercer - 5/15/13   291
12                  Re: Update on Lion & Crown
13                  Enrollment

14    Exhibit 1212  Email to Marsden, Schneider 294
15                  and Oliver - 5/18/13
16                  Re: A comment regarding the
17                  Exchange Resorts documents

18    Exhibit 1218  Email to Schneider - 5/18/13 296
19                  Re: Urgent: RCC-BG Board
20                  seeks approval

21    Exhibit 1219  Email to Mullenix - 5/18/13  298
22                  Re: Urgent: RCC-BG Board
23                  seeks approval

24

25

                                            Page 7
```

Randal Mercer - October 24, 2017

```
 1              DEPOSITION EXHIBITS

 2    NUMBER          DESCRIPTION              PAGE

 3    Exhibit 1223  Email to Mercer - 5/24/13      301

 4                  Re: Update: Important

 5                  Enrollment Information

 6    Exhibit 1234  Email to Mercer, Cunningham -  304

                    6/3/13, Re: Lion & Crown

 7                  Enrollment

 8    Exhibit 1235  Email to Sobeck - 6/3/13       306

 9                  Re: Aspen Letter to Members

                    CLEAN

10    Exhibit 1251  Email to Neveloff - 7/6/13     309

11                  Re: BG

12    Exhibit 1255  Draft letter - 7/13, "Dear     310

13                  Mr. & Mrs. XXX"

14    Exhibit 1274  Home Club Members - Frequently 314

                    Asked Questions

15    Exhibit 1282  Draft letter - 9/13, "Dear     315

16                  Mr. & Mrs. XXX"

      Exhibit 1313  Email to Mercer - 12/5/13      318

17                  Re: Fw:

18    Exhibit 1314  Spreadsheet of member          320

19                  comments

20    Exhibit 1316  Email to Mercer, Schneider,    324

                    Harris, Oliver - 12/6/13

21                  from Alper Re: Board short

22                  letter to Members (last page

23                  of exhibit)

24    Exhibit 1380  Email to Mercer - 4/1/14       327

25                  Re: Fw: Exchange Agreement


                                        Page 8
```

Randal Mercer - October 24, 2017

```
 1                P R O C E E D I N G S

 2                     *  *  *  *  *

 3           THE VIDEOGRAPHER:  Good morning.  We are going

 4      on the record at 9:02 a.m., on Tuesday, October 24,

 5      2017, and this is media unit one of the video

 6      recorded deposition of Randy Mercer, taken by the

 7      plaintiff in the matter of RCHFU, LLC versus, et al.

 8      versus Marriott Vacations Worldwide Corporation, et

 9      al., filed in the U.S. District Court, District of

10      Colorado, Case Number 1:16-cv-01301-PAB-GPG.

11           This deposition is being held at CRE

12      Consultants, located at 12140 Carissa Commerce Court,

13      Suite 102, Fort Myers, Florida 33966.

14           My name is Timothy Lenz from the firm Veritext,

15      and I'm videographer.

16           The court reporter is Yvonne Corrigan, also from

17      Veritext.

18           If the court reporter will please swear in the

19      witness.

20           THE COURT REPORTER:  Off the record for a

21      second, please.

22           THE VIDEOGRAPHER:  Okay.  We're going off the

23      record.  The time is 9:03.

24           (There was a discussion off the record.)

25           THE VIDEOGRAPHER:  We are on the record.  The
```

Page 9

Randal Mercer - October 24, 2017

```
 1        time is 9:03.
 2             Will the court reporter please swear in the
 3        witness.
 4   Whereupon,
 5                     RANDAL MERCER,
 6   was called as a witness and having been first duly sworn
 7   and responding, "I do," was examined and testified as
 8   follows:
 9             THE VIDEOGRAPHER:  We may proceed.
10                  -- DIRECT EXAMINATION --
11   BY MR. FERGUSON:
12        Q.   Good morning, Mr. Mercer.
13        A.   Good morning.
14        Q.   My name is Matt Ferguson, and I'm from the law
15   firm of Matthew Ferguson Law Firm in Aspen, Colorado.
16   Thank you for introducing yourself to me a couple of days
17   ago at your annual meeting.
18             As you know, I represent about 206 of your
19   fellow owners that own about 230 units at the Ritz-Carlton
20   in Aspen.  You're generally aware of that?
21        A.   Yes, sir.
22        Q.   Okay.  You have been an owner for -- of a unit
23   at the Ritz-Carlton in Aspen for how long?
24        A.   Fifteen years, approximately.
25        Q.   You purchased the unit in approximately 2004?
```

Page 10

Randal Mercer - October 24, 2017

```
 1        Q.   Okay.

 2        A.   I think they all probably all came from that.

 3        Q.   But it's the Lion & Crown -- some company that

 4   allows Marriott Vacation Club people to come and utilize

 5   Aspen Highlands, right?

 6        A.   I do not know.

 7        Q.   Okay.  Why don't you know that?  Isn't that

 8   something you have been in charge with, of, for the

 9   last --

10        A.   No.

11        Q.   -- five and a half years?

12        A.   I never signed up for it.  I don't know what the

13   name of the program is.

14        Q.   Yeah, but you signed a document that allowed

15   some population within the 450,000 Marriott Vacation Club

16   people that have enough points, but some population of

17   those people can now utilize your club at Aspen Highlands,

18   right?

19        A.   I signed a document that allows Ritz-Carlton

20   Club members of Aspen Highlands to trade their week into

21   another vehicle.

22        Q.   Right.

23        A.   That's it.

24        Q.   Based upon 74 people answering a survey?

25        A.   It gave us a very good indication and gave us a
```

Page 88

Randal Mercer - October 24, 2017

1    glimpse as to what the people wanted.

2         Q.   Really?  So it's your testimony --

3              MR. SHEA:  Objection.  Sarcastic remark that

4         isn't warranted.

5    BY MR. FERGUSON:

6         Q.   Is that really what you're saying?

7              MR. SHEA:  That's not the way you treat a

8         witness.

9    BY MR. FERGUSON:

10        Q.   Is that really what you're saying, that based on

11   74 or so people responding to a survey, that based upon

12   that, you believe you had a green light to go forward with

13   this affiliation?

14        A.   I believe that the survey gave us a glimpse into

15   what the members wanted.

16        Q.   And what type of studies, analysis, did you look

17   at that, you know, less than 10 percent of the people or

18   the members of the RCDC Aspen Highlands, what did you look

19   at that said those 74 people are actually projecting a

20   glimpse of what everybody else wants?

21        A.   There are very few members that respond to

22   anything, annual meetings, proxies, things like -- the

23   number of people who responded were always very, very low.

24        Q.   Right.  But Mr. Mullenix was able to pull off an

25   election, was he not?

                                                    Page 89

Randal Mercer - October 24, 2017

```
 1        A.   No, sir.

 2        Q.   Oh, it's 1058.  I'm sorry.  Exhibit 1058 I'm

 3   showing you.  Sorry.

 4             It talks about, Mr. Hawk told Mr. Neveloff here

 5   about -- he thinks it is important -- this is the second

 6   page of Exhibit 1058, "I think it is important to note

 7   that we are a Ritz program and not the Marriott program

 8   and the brands are very different."

 9             Do you generally agree that the brands are very

10   different, Marriott and Ritz?

11        A.   Are you referring to the hotels, or are you

12   referring to the fractional and the timeshare?  What are

13   you referring to?

14        Q.   Let's refer to the hotel facilities themselves.

15        A.   Okay.  I believe there is a certain difference,

16   Ritz being more upscale than some of the older Marriotts,

17   yes.  The Marriott Renaissance, for example, yes.

18        Q.   Are there Marriott Hotels in their system that

19   you think are on par with any Ritz-Carlton hotels?

20        A.   I have not been to any of the newer ones.  I

21   have been to Marriott Courtyard.  I have been to Marriott

22   Renaissance.

23        Q.   Have you -- and you've never been to a Marriott

24   Vacation -- one of these 51 Marriott Vacation Club

25   Destinations?
```

                                              Page 135

Randal Mercer - October 24, 2017

```
 1            A.   No, sir.
 2            Q.   Do you know whether any of those are on par with
 3    Ritz-Carlton brand standards?
 4            A.   I have not been to any, so I don't know.
 5            Q.   Do they call their service people "The Ladies
 6    and Gentlemen," at the Marriott?
 7            A.   I don't know.
 8            Q.   You know what I'm talking about, "The Ladies and
 9    Gentlemen"?
10            A.   Absolutely.
11            Q.   And the Ritz-Carlton staff, from top to bottom,
12    are trained and expected to afford their guests a certain
13    high level of service?
14            A.   Yes.
15            Q.   And you do not have people similarly trained at
16    Marriott-branded hotels, do you?
17            A.   I stayed at a Marriott Renaissance in Columbus,
18    Ohio two weeks ago, and no one referred to me as a lady or
19    a gentleman.
20            Q.   Okay.  So the standard wasn't the same as you
21    would -- if you walked into the Denver Ritz or the Ritz in
22    Naples you like to go to?
23            A.   In the context of staff addressing, me, no.
24            Q.   So it's a different level of service, and a
25    different level of facility?
```

Page 136

Randal Mercer - October 24, 2017

1      A.   The facility was different.  It was a business

2    hotel.  The service was great, and the food was great.

3      Q.   Okay.

4      A.   I was pleasantly surprised, and so were my

5    guests.

6      Q.   Okay.  Now --

7      A.   And Ohio State won, too, by about 60 points, so

8    that helped.

9      Q.   Okay.  I'd like to get you out today.  So I

10   don't need to hear about Ohio State.

11            MR. SHEA:  Well, don't ask questions about other

12        things that have nothing to do with this case then.

13   BY MR. FERGUSON:

14      Q.   The RCDC program and the Marriott program,

15   referred that Mr. Hawk, to your predecessor president,

16   those programs are different, too, are they not?

17      A.   A timeshare is different than a fractional, yes.

18      Q.   Thank you.

19            (Exhibit 1061 previously marked for

20        identification produced to the witness.)

21   BY MR. FERGUSON:

22      Q.   Exhibit 1061 (handing).  That's a letter from a

23   fellow named Lee Cunningham, Executive Vice President and

24   Chief Operating Officer of the Ritz-Carlton Destination

25   Club.  That's the club system that Aspen Highlands is part

                                              Page 137

Randal Mercer - October 24, 2017

1    BY MR. FERGUSON:

2         Q.   I'll just show you Exhibit 1175, and this is a

3    sample of a letter that went from the Aspen Highlands

4    board of directors to a Lori Phillips, and it's a test,

5    Aspen Highlands Condominium Association Tourist

6    Accommodation Board letter to members, and this one's

7    addressed to a fellow named Mr. Richard Hegberg.  Do you

8    know Mr. Richard Hegberg?

9         A.   No, sir.

10         Q.   And it says, "Positive discussions were held

11    today between the board of directors and representatives

12    of Ritz/Marriott, including Lee Cunningham, COO of the

13    Ritz-Carlton Destination Club."

14              Mr. Cunningham and Ms. Sobeck came out to your

15    mid-year board meeting, did they not?

16         A.   Mm-hmm.

17         Q.   Is that right?

18         A.   We only have two on-sites, April and September.

19         Q.   And my question was pretty simple,

20    Mr. Cunningham and Ms. Sobeck were at the mid-year one in

21    April?

22         A.   Mid year is June.  Spring meeting is April.

23         Q.   Spring meeting.  All right, I'll use that.  I'm

24    sorry.

25         A.   Thank you.

Page 273

Randal Mercer - October 24, 2017

1        Q.   It says, "Ritz-Carlton representatives agree

2   that unless a majority of Aspen Highlands members,

3   excluding the Marriott interests and members not in good

4   standing" -- so a majority less the Marriott-owned

5   inventory and less people who aren't paying their dues,

6   okay -- "vote in favor of doing so, the Ritz/Marriott will

7   not include Aspen Highlands in the Marriott Vacation Club

8   affiliation/exchange/points program."

9        Okay?  So they told you that at the April spring

10  meeting of your board, and you immediately turned around

11  and wrote a letter to all your members saying, they

12  promised us a vote.

13       A.   Mm-hmm.

14       Q.   Right?

15       A.   Okay.

16       Q.   You didn't use the word "survey," did you?

17       A.   Show me the letter.

18       Q.   I'm showing you the letter right there, sir.

19  This is to Mr. Hegberg.  That's a letter that's going to

20  be signed by the president, vice president, treasurer, and

21  secretary, and you were the president at the time, sir.

22       A.   Okay.

23       Q.   You didn't use the word "survey" or "discussion"

24  in your letter, did you?

25       A.   Once again, I was repeating what they told us.

Page  274

Randal Mercer - October 24, 2017

1        Q.    All right.   And they told you that they were

2   going to have a vote of the majority of the members, and

3   if there wasn't a vote of the majority of members, there

4   would be no affiliation, exchange, or points program with

5   the Marriott Vacation Club?

6        A.    Fine.

7        Q.    That came out of their mouths at your board

8   meeting in April of 2013?

9        A.    Right.   And there is none.

10       Q.    All right.   That's your position, there is none

11  today?

12       A.    There is none.

13       Q.    "Discussions continue on other important issues

14  affecting Aspen Highlands, including alternatives for

15  divesting the current inventory of Aspen Highlands units

16  owned by Ritz/Marriott.   Such inventory will not be sold

17  through the Marriott Vacation Club trust without an

18  additional vote of the members."

19       A.    Mm-hmm.

20       Q.    So they were talking about a separate vote on

21  the issue of what they could do or not do with the

22  inventory.

23       A.    And there was none.

24       Q.    So my question, sir, was whether or not they

25  told you, and you turned around and told your members,

Page 275

Randal Mercer - October 24, 2017

 1      that there would be a vote about that, right?  That was my

 2      question.

 3           A.   If there was a vote about joining the points

 4      program required, we would have done that.

 5           Q.   My question, Mr. Mercer -- and it's gone on all

 6      day, but you don't like to answer my questions.

 7                I asked you whether or not the Ritz people,

 8      Cunningham and Sobeck, said they would not have a vote of

 9      the members unless -- they would not -- they would not put

10      the Marriott Vacation Club inventory into the -- into the

11      trust unless there was a vote.  Do you remember me asking

12      you that?

13           A.   Certainly.

14                MR. SHEA:  This is not professional.  Stop it.

15      BY MR. FERGUSON:

16           Q.   And what you --

17                MR. SHEA:  Stop.  We're going to walk out if --

18                MR. FERGUSON:  Okay.

19                MR. SHEA:  -- you don't lower your voice.

20                MR. FERGUSON:  Let me ask my question.

21                MR. SHEA:  No, lower your voice first or we're

22      walking out.

23                MR. FERGUSON:  Your voice is a lot higher than

24      mine, sir.

25           Q.   Your answer to that question was, and there

Veritext Legal Solutions
866 299-5127

Randal Mercer - October 24, 2017

1   hasn't been any.  So you didn't answer my question.  All

2   right?  Is there a reason you're not answering my

3   questions today, sir?

4        A.   I'm not even sure what your question is.  Would

5   you repeat it, please?

6        Q.   I'd ask you to answer my questions from now on

7   today, sir.

8             MR. SHEA:  He's just being argumentative and

9        unprofessional.

10            And if you continue it, we're going to call the

11       magistrate and we'll have him listen to the video and

12       the tone of voice.  It's unprofessional.  We don't do

13       that in Colorado.

14            (Exhibit 1176 previously marked for

15       identification produced to the witness.)

16   BY MR. FERGUSON:

17       Q.   Let me show you Exhibit 1176.

18            MR. SHEA:  It's called bullying.  And if you

19       look at the Ethic Code in Colorado, it doesn't permit

20       it.

21   BY MR. FERGUSON:

22       Q.   This is a letter from RCDC SLC, I guess that's

23   Salt Lake Leadership, something like that, and it's

24   regarding Member Services.  And it says, "Ladies and

25   Gentlemen," -- there they go -- "A few hours ago we

                                            Page  277

Randal Mercer - October 24, 2017

```
 1              CERTIFICATE OF COURT REPORTER

 2

 3   STATE OF FLORIDA      )

 4   COUNTY OF LEE         )

 5

 6       I, YVONNE CORRIGAN, Registered Professional Reporter,

 7   Certified Realtime Reporter, certify that I was authorized

 8   to and did stenographically report the foregoing

 9   deposition of RANDAL MERCER, the witness herein on October

10   24, 2017; that a review of the transcript was requested;

11   that the foregoing pages numbered 1 through 333 inclusive

12   is a true and complete record of my stenographic notes.

13       I FURTHER certify that I am not a relative, employee,

14   attorney, or counsel of any of the parties, nor am I a

15   relative or employee of any of the parties' attorney or

16   counsel connected with the action, nor am I financially

17   interested in the action.

18       Dated this 31st day of October, 2017.

19

20

21

22

23

24          YVONNE CORRIGAN, RPR, CRR

25

                                              Page 335
```