# EXHIBIT 2

ACKNOWLEDGMENT OF AND JOINDER TO
AFFILIATION AGREEMENT BETWEEN
THE LION & CROWN TRAVEL CO., LLC
AND
MARRIOTT RESORTS, TRAVEL COMPANY, INC.

This Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC, and Marriott Resorts, Travel Company, Inc. ("**Acknowledgment**") is entered into on ~~February~~ APRIL 24 2014, but shall be effective as of the Effective Date set forth below, by and among Marriott Resorts, Travel Company, Inc. a Delaware corporation, whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090 ("**MRTC**"); The Lion & Crown Travel Co., LLC, a Delaware limited liability company, whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090 ("**Lion & Crown**"); and Aspen Highlands Condominium Association, Inc., a Colorado nonprofit corporation, whose address is 0075 Prospector Road, Aspen, Colorado 81611 ("**Association**"). MRTC, Lion & Crown, and Association are sometimes individually referred to as a "**Party**" or collectively as "**Parties**", and said terms shall also include the respective successors and assigns of any Party or Parties. Capitalized terms used in this Acknowledgment and not defined herein shall be ascribed the meanings set forth in that certain Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013 (as the same may be amended or otherwise modified from time to time solely by Lion & Crown and MRTC in their sole discretion, the "**Affiliation Agreement**"). This Acknowledgment shall be effective as of the date set forth in a written notice provided by Lion & Crown to Association and MRTC ("**Effective Date**"), which Effective Date shall be no less than thirty (30) days after the date of such written notice.

RECITALS

**WHEREAS**, MRTC has established an exchange program and other related benefits and services known as Marriott Vacation Club Destinations Exchange Program (the "**MVCD Program**") for the purpose of providing a means for members of the MVCD Program to reserve the use of accommodations that are part of the MVCD Program ("**MVCD Accommodations**"); and

**WHEREAS**, Lion & Crown has established an exchange program and other related benefits and services known as The Lion & Crown Exchange Program ("**L&C Program**") for the purpose of providing a means for members of the L&C Program to reserve the use of accommodations that are part of the L&C Program ("**L&C Accommodations**"); and

**WHEREAS**, MRTC and Lion & Crown entered into the Affiliation Agreement in order to affiliate the MVCD Program and the L&C Program so that (i) each member of the L&C Program who elects to participate in the MVCD Program ("**Participating L&C Member**") shall have the right to participate in the MVCD Program and make use of the MVCD Accommodations in accordance with the terms of the Affiliation Agreement and the Marriott Vacation Club Destinations Exchange Program Exchange Procedures ("Exchange Procedures"); and (ii) members in the MVCD Program ("**MVCD Member**") shall have the ability to make use of those

654349v7

AHCA00009608

L&C Accommodations that are committed to the MVCD Program by Lion & Crown or a Participating L&C Member; and

**WHEREAS**, Association is the owners' association for that certain club known as The Ritz-Carlton Club, Aspen Highlands ("**Club**"); and

**WHEREAS**, the Affiliation Agreement contemplates that Lion & Crown will obtain an acknowledgment of and joinder to the Affiliation Agreement from any owners' association that desires its club to participate in the MVCD Program; and

**WHEREAS**, the Parties have agreed as a special accommodation to allow Association to determine whether (by a survey of the Association's members or such other method as the Association and Lion & Crown mutually agree upon) to enter into this Acknowledgment, even though Lion & Crown is not required to obtain the Association's consent, joinder, or acknowledgment in connection with the affiliation with an Affiliate Program; and

**WHEREAS**, Association desires to make the MVCD Program available to its members and acknowledges that entering into this Acknowledgment will enable the members of the Association to voluntarily participate in the MVCD Program by becoming Participating L&C Members, and further acknowledges that MVCD Members will have access to L&C Accommodations that are committed to the MVCD Program by Participating L&C Members or Lion & Crown.

**NOW, THEREFORE,** in consideration of the mutual covenants and obligations contained in this Acknowledgment, the parties hereby agree as follows:

## AGREEMENT

1. By execution of this Acknowledgment, the Parties agree that the above recitals are true and correct and are hereby incorporated into this Acknowledgment.

2. Association hereby acknowledges the terms of the Affiliation Agreement and joins in such Affiliation Agreement by execution of this Acknowledgment for the purpose of acknowledging and agreeing that the Club constitutes an Affiliate Program. In addition, Association agrees that Association will cooperate with Lion & Crown and MRTC in order to facilitate the L&C Program and the MVCD Program to the extent reasonably necessary to ensure that the Participating L&C Members and the MVCD Members are able to fully enjoy the L&C Program and the MVCD Program as contemplated in the Exchange Company Documents (as defined in the Exchange Procedures). In this regard, Association agrees to cooperate in all respects to assist MRTC and Lion & Crown in connection with facilitating and fulfilling the reservation, check-in, and use of Use Periods in the Accommodations at the Club, and agrees to ensure that Participating L&C Members and MVCD Members are able to reserve, check-in, and use Use Periods in the Accommodations at the Club. Further, Association agrees to honor all confirmed exchanges at the Club, including providing all Participating L&C Members and MVCD Members and their Guests (as defined in the Exchange Procedures) and Family Members (as defined in the Exchange Procedures) with similar rights and privileges and at similar rates afforded to Association members. In return, MRTC will make reasonable efforts to ensure that

2

654349v7



Association members who are Participating L&C Members are able to fully enjoy the MVCD Program as contemplated in the Exchange Company Documents (as defined in the Exchange Procedures), including providing all Association members who are Participating L&C Members, as well as their Guests (as defined in the Exchange Procedures) and Family Members (as defined in the Exchange Procedures), with similar rights and privileges afforded to other exchange participants in the MVCD Program.

3. Association hereby acknowledges that MRTC has all of the rights and duties with regard to the operation of the MVCD Program and that Lion & Crown has all of the rights and duties with regard to the operation of the L&C Program. Association further acknowledges that the L&C Program and MVCD Program may impact usage patterns at the Club.

4. If the Affiliation Agreement is terminated or not renewed, Association hereby agrees to abide by and comply with the requirements of Sections 10.5(a), 10.5(c), 10.5(e) of the Affiliation Agreement that are imposed on Lion & Crown, and Association agrees that it will implement such provisions to the same extent such provisions are applicable to Lion & Crown and agrees to be bound by such provisions as if they were set forth herein. In addition, Association agrees that Association will implement the following provisions of the Affiliation Agreement to the same extent such provisions are applicable to Lion & Crown and agrees to be bound by such provisions as if they were set forth herein: Sections 4.3, 6.6, 6.8, 6.11, 7.4, 9.1, 9.3, 10.6, 10.7, and 10.8.

5. Association acknowledges and agrees that, as a special accommodation, Lion & Crown has allowed Association to determine whether (by a survey of the Association's members or such other method as the Association and Lion & Crown mutually agree upon) to enter into this Acknowledgment, even though Lion & Crown is not required to obtain the Association's consent, joinder, or acknowledgment in connection with the affiliation with an Affiliate Program.

6. This Acknowledgment shall have a term that is coterminous with the Affiliation Agreement.

7. This Acknowledgment shall be governed by, and shall be construed in accordance with, the laws of the State of Florida without regard to its conflict of law provisions. All disputes under this Acknowledgment shall be addressed in accordance with the procedures set forth in Sections 11.7 and 11.8 of the Affiliation Agreement.

8. This Acknowledgment may be executed by the Parties in separate counterparts and via electronic means, and each part will be deemed an original and all of which together will be deemed to be one and the same instrument.

*Signatures on following page.*

3

654349v7



AHCA00009610

**IN WITNESS WHEREOF**, the Parties have caused this Acknowledgment to be executed as of the date set forth above.

**MRTC:**

**MARRIOTT RESORTS, TRAVEL COMPANY, INC.,**
a Delaware corporation

By: _____

Print Name: C. DELANEY

As its: Vice President

**LION & CROWN:**

**THE LION & CROWN TRAVEL CO., LLC,**
a Delaware limited liability company

By: _____

Print Name: RALPH LEE CUNNINGHAM

As its: VICE PRESIDENT

**Association:**

**ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.,**
a Colorado nonprofit corporation

By: _____

Print Name: BANTAN L. MERCER

As its: PRESIDENT

4

654349v7



AHCA00009611