IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

     Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

     Defendants.

---

## MARRIOTT DEFENDANTS' CORRECTED ANSWER AND AFFIRMATIVE DEFENSES TO SIXTH AMENDED COMPLAINT

---

Defendants Marriott Vacations Worldwide Corporation ("MVWC"), Marriott Ownership Resorts, Inc. ("MORI"), The Ritz-Carlton Management Company, LLC ("RCMC"), The Cobalt Travel Company, LLC ("Cobalt") and The Lion & Crown Travel Co., LLC ("L&C") (collectively, the "Marriott Defendants"), by and through their undersigned counsel, Greenberg Traurig, LLP, as and for their Corrected Answer to Plaintiffs' Sixth Amended Complaint[1] (the "Complaint"), respond as follows:

### I.    INTRODUCTION AND BACKGROUND

1.  Deny the allegations of paragraph 1, except admit that this lawsuit concerns fractional interests in the Ritz-Carlton Club Aspen Highlands, located in Aspen, Colorado.

2.  Deny the allegations of paragraph 2, except admit that Marriott Ownership Resorts Inc. ("MORI") was created in 1984 to, among other things, operate certain timeshare properties, that

---

[1] This Corrected Answer will replace and supersede the document filed earlier today (ECF# 266).

The Monarch on Hilton Head Island Report became the first MORI resort in 1984, and that by 2009, there were over 400,000 persons who owned timeshare interests in Marriott Resorts.

3.   Deny the allegations of paragraph 3, except admit that The Ritz-Carlton Club was established in 1999, and that fractional interests were sold at The Ritz-Carlton Club, Aspen Highlands and at certain other properties.

4.   Deny the allegations of paragraph 4, except admit that, between 2001 and 2012, fractional ownership interests were sold at one or more of the Resorts identified in this paragraph.

5.   Deny the allegations of paragraph 5, except deny knowledge or information sufficient to form a belief as to the truth as to those allegations concerning the actions of certain unidentified non-parties.

6.   Deny the allegations of paragraph 6, except deny knowledge or information sufficient to form a belief as to the truth of those allegation concerning Plaintiffs' purchases of fractional interests at the Resort.

7.   Admit the allegations of paragraph 7.

8.   Deny the allegations of paragraph 8, and state that the document referenced in paragraph 8 speaks for itself and is the best evidence of its contents.

9.   Deny the allegations of paragraph 9.

10. Deny the allegations of paragraph 10.

## II.   JURISDICTION AND VENUE

11. Paragraph 11 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants admit the allegations of paragraph 11.

12. Paragraph 12 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants admit that venue in this action was properly laid.

### III.   PARTIES

**A. Plaintiffs**

13.

  a) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(a), except admit that the transaction described in this paragraph took place on or about the date alleged.

  b) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(b), except admit that the transaction described in this paragraph took place on or about the date alleged.

  c) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(c), except admit that the transaction described in this paragraph took place on or about the date alleged.

  d) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(d), except admit that the transaction described in this paragraph took place on or about the date alleged.

  e) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(e), except admit that the transaction described in this paragraph took place on or about the date alleged.

  f) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(f), except admit that the transaction described in this paragraph took place on or about the date alleged.

g) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(g), except admit that the transaction described in this paragraph took place on or about the date alleged.

h) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(h), except admit that the transaction described in this paragraph took place on or about the date alleged.

i) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(i), except admit that the transaction described in this paragraph took place on or about the date alleged.

j) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(j), except admit that the transaction described in this paragraph took place on or about the date alleged.

k) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(k), except admit that the transaction described in this paragraph took place on or about the date alleged.

l) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(l), except admit that the transaction described in this paragraph took place on or about the date alleged.

m)Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(m), except admit that the transaction described in this paragraph took place on or about the date alleged.

n) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(n), except admit that the transaction described in this paragraph took place on or about the date alleged.

o) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(o), except admit that the transaction described in this paragraph took place on or about the date alleged.

p) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(p), except admit that the transaction described in this paragraph took place on or about the date alleged.

q) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(q), except admit that the transaction described in this paragraph took place on or about the date alleged.

r)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(r), except admit that the transaction described in this paragraph took place on or about the date alleged.

s)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(s), except admit that the transaction described in this paragraph took place on or about the date alleged.

t)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(t), except admit that the transaction described in this paragraph took place on or about the date alleged.

u) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(u), except admit that the transactions described in this paragraph took place on or about the dates alleged.

v) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(v), except admit that the transaction described in this paragraph took place on or about the date alleged.

w) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(w), except admit that the transaction described in this paragraph took place on or about the date alleged.

x) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(x), except admit that the transaction described in this paragraph took place on or about the date alleged.

y) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(y), except admit that the transaction described in this paragraph took place on or about the date alleged.

z) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(z), except admit that the transaction described in this paragraph took place on or about the date alleged.

aa)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bb)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bb), except admit that the transaction described in this paragraph took place on or about the date alleged.

cc)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dd)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dd), except admit that the transaction described in this paragraph took place on or about the date alleged.

ee)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ff) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ff), except admit that the transaction described in this paragraph took place on or about the date alleged.

gg)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(gg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hh)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hh), except admit that the transaction described in this paragraph took place on or about the date alleged.

ii) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jj) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kk)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kk), except admit that the transaction described in this paragraph took place on or about the date alleged.

ll) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ll), except admit that the transactions described in this paragraph took place on or about the dates alleged.

mm)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nn)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oo)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pp)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qq)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rr) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rr), except admit that the transaction described in this paragraph took place on or about the date alleged.

ss) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tt) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uu)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vv)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vv), except admit that the transaction described in this paragraph took place on or about the date alleged.

ww)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xx)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xx), except admit that the transactions described in this paragraph took place on or about the dates alleged.

yy)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zz)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaa)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaa), except admit that the transactions described in this paragraph took place on or about the dates alleged.

bbb)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

ccc)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

ddd)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eee)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eee), except admit that the transaction described in this paragraph took place on or about the date alleged.

fff)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(fff), except admit that the transaction described in this paragraph took place on or about the date alleged.

ggg)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhh)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iii)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjj)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkk)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

lll)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(lll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmm)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmm), except admit that the transactions described in this paragraph took place on or about the dates alleged.

nnn)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

ooo)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

ppp)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqq)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrr)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

sss)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(sss), except admit that the transaction described in this paragraph took place on or about the date alleged.

ttt)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuu)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvv)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

www)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(www), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxx)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyy)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzz)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaa)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbb)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbb), except admit that the transactions described in this paragraph took place on or about the dates alleged.

cccc)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dddd)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eeee)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ffff)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

gggg)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(gggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhh)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiii)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjj)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkk)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

llll)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(llll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmm)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnn)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oooo)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pppp)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pppp), except admit that the transactions described in this paragraph took place on or about the dates alleged.

qqqq)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrr)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrr), except admit that the transactions described in this paragraph took place on or about the dates alleged.

ssss)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tttt)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tttt), except admit that the transactions described in this paragraph took place on or about the dates alleged.

uuuu)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvv)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwww)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxx)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyy)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzz)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaa)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbb)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

ccccc)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

ddddd)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ddddd), except admit that the transactions described in this paragraph took place on or about the dates alleged.

eeeee)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

fffff)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(fffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

ggggg)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggggg), except admit that the transactions described in this paragraph took place on or about the dates alleged.

hhhhh)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiii)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjj)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkk)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

lllll)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(lllll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmmm)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnnn)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

ooooo)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

ppppp)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqq)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrr)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

sssss)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(sssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

ttttt)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuu)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvv)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvv), except admit that the transactions described in this paragraph took place on or about the dates alleged.

wwwww) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxx)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyy)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyy), except admit that the transactions described in this paragraph took place on or about the dates alleged.

zzzzz)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaa)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbbb)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

cccccc)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dddddd)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dddddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eeeeee)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ffffff)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ffffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

gggggg)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(gggggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhhhh)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiiii)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjjj)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkkk)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

llllll)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(llllll), except admit that the transactions described in this paragraph took place on or about the dates alleged.

mmmmmm)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnnnn)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oooooo)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pppppp)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqqq)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrrr)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

ssssss)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ssssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tttttt)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuuu)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvvv)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwwwww)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwwwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxxx)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyyy)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzzzz)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaaa)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbbbb) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbbbb), except admit that the transactions described in this paragraph took place on or about the dates alleged.

ccccccc)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ccccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

ddddddd) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ddddddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eeeeeee)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

fffffff)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(fffffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

ggggggg) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggggggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhhhhh) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiiiii)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjjjj)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkkkk) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

lllllll)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(lllllll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmmmmm)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmmmm), except admit that the transactions described in this paragraph took place on or about the dates alleged.

nnnnnnn) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

ooooooo) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ooooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

ppppppp) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ppppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqqqq) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrrrr)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

sssssss)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(sssssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

ttttttt)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ttttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuuuu) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvvvv) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwwwwww)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13, except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxxxx) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13, except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyyyy) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzzzzz)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaaaa) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbbbbb)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbbbbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

cccccccc) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cccccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dddddddd)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dddddddd), except admit that the transactions described in this paragraph took place on or about the dates alleged.

eeeeeeee) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeeeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ffffffff)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ffffffff), except admit that the transactions described in this paragraph took place on or about the dates alleged.

ggggggggg)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggggggggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhhhhhh)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiiiiii)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiiiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjjjjj)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkkkkk)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

llllllll)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(llllllll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmmmmmm)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmmmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnnnnnn)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oooooooo)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oooooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pppppppp)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pppppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqqqqq)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrrrrr)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

ssssssss)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ssssssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tttttttt)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tttttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuuuuu)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvvvvv)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvvvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwwwwwww)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwwwwwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxxxxx)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxxxxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyyyyy)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyyyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzzzzzz) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaaaaa)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

B.  **Defendants**

14. Deny the allegations of paragraph 14, except admit those allegations specifically concerning the state of incorporation and address of MVW.

15. Deny the allegations of paragraph 15, except admit those allegations specifically concerning the state of incorporation, address, and authorization of MORI.

16. Admit the allegations of paragraph 16.

17. Admit the allegations of paragraph 17.

18. Admit the allegations of paragraph 18.

19. Admit the allegations of paragraph 19.

## IV.  FACTUAL ALLEGATIONS

20. Paragraph 20 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

21. Admit the allegations of paragraph 21.

22. Refer to the document referenced in paragraph 22, which speaks for itself and is the best evidence of its contents.

23. Refer to the document referenced in paragraph 23, which speaks for itself and is the best evidence of its contents.

24. Paragraph 24 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23, except state that the documents referenced in paragraph 25 speak for themselves and are the best evidence of their contents.

26. Refer to the document referenced in paragraph 26, which speaks for itself and is the best evidence of its contents.

27. Refer to the document referenced in paragraph 27, which speaks for itself and is the best evidence of its contents.

28. Refer to the document referenced in paragraph 28, which speaks for itself and is the best evidence of its contents.

29. Refer to the document referenced in paragraph 29, which speaks for itself and is the best evidence of its contents.

30. Refer to the document referenced in paragraph 30, which speaks for itself and is the best evidence of its contents.

31. Refer to the document referenced in paragraph 31, which speaks for itself and is the best evidence of its contents.

32. Refer to the document referenced in paragraph 32, which speaks for itself and is the best evidence of its contents.

33. Refer to the document referenced in paragraph 33, which speaks for itself and is the best evidence of its contents.

34. Refer to the document referenced in paragraph 34, which speaks for itself and is the best evidence of its contents.

35. Refer to the document referenced in paragraph 35, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 35.

36. Refer to the document referenced in paragraph 36, which speaks for itself and is the best evidence of its contents.

37. Paragraph 37 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 37.

38. Paragraph 38 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 38.

39. Refer to the document referenced in paragraph 39, which speaks for itself and is the best evidence of its contents, and otherwise admit the allegations of paragraph 39.

40. Refer to the document referenced in paragraph 40, which speaks for itself and is the best evidence of its contents.

41. Refer to the document referenced in paragraph 41, which speaks for itself and is the best evidence of its contents, and otherwise admit the allegations of paragraph 41.

42. Paragraph 42 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 42.

43. Paragraph 43 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 43.

44. Paragraph 44 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 44.

45. Paragraph 45 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 45.

46. Defendants deny the allegations of paragraph 46.

47. Paragraph 47consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 47.

48. Refer to the document referenced in paragraph 48, which speaks for itself and is the best evidence of its contents.

49. Refer to the document referenced in paragraph 49, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 49.

50. Refer to the document referenced in paragraph 50, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 50.

51. Refer to the document referenced in paragraph 51, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 51 except admit that RC Management no longer manages the Ritz-Carlton, Bachelor Gulch and the Ritz-Carlton, Jupiter Resorts.

52. Refer to the document referenced in paragraph 52, which speaks for itself and is the best evidence of its contents , and otherwise deny the allegations of paragraph 52.

53. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53 and refer to the document referenced in paragraph 53, which speaks for itself and is the best evidence of its contents.

54. Refer to the document referenced in paragraph 54, which speaks for itself and is the best evidence of its contents.

55. Refer to the documents referenced in paragraph 55, which speak for themselves and are the best evidence of their contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55.

56. Refer to the document referenced in paragraph 56, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 56.

57. Refer to the documents referenced in paragraph 57, which speak for themselves and are the best evidence of their contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57.

58. Refer to the document referenced in paragraph 58, which speaks for itself and is the best evidence of its contents.

59. Refer to the document referenced in paragraph 59, which speaks for itself and is the best evidence of its contents.

60. Refer to the document referenced in paragraph 60, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 60.

61. Refer to the document referenced in paragraph 61, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61.

62. Refer to the document referenced in paragraph 62, which speaks for itself and is the best evidence of its contents.

63. Refer to the document referenced in paragraph 63, which speaks for itself and is the best evidence of its contents.

64. Refer to the document referenced in paragraph 64, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64.

65. Refer to the document referenced in paragraph 65, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65.

66. Refer to the document referenced in paragraph 66, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66.

67.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67.

68. Refer to the document referenced in paragraph 68, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68.

69. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69.

70. Refer to the document referenced in paragraph 70, which speaks for itself and is the best evidence of its contents.

71. Refer to the document referenced in paragraph 71, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 71.

72. Refer to the document referenced in paragraph 72, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72.

73. Refer to the document referenced in paragraph 73, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 73.

74. Refer to the document referenced in paragraph 74, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74.

75. Refer to the document referenced in paragraph 75, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 75.

76. Refer to the document referenced in paragraph 76, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76.

77. Refer to the document referenced in paragraph 77, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 77.

78. Refer to the document referenced in paragraph 78, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 78.

79. Refer to the document referenced in paragraph 79, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79.

80. Admit that there was not a vote to provide the Plaintiffs and all Aspen Highlands Members the opportunity to exchange a week of their allocated time for points within the MVCD exchange program because Plaintiffs and all Aspen Highlands Members were provided with a survey with respect to whether the Aspen Highlands Members would like such opportunity. Also admit that there was no vote concerning the sale of Defendants' unsold inventory of Aspen

Highlands units through the Marriott Vacation Club trust, and otherwise deny the allegations of paragraph 80.

81. Deny the allegations of paragraph 81.

82. Refer to the document referenced in paragraph 82, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 82.

83. Deny the allegations of paragraph 83, except admit that an affiliation has taken place to provide the Plaintiffs and all Aspen Highlands Members the opportunity to exchange a week of their allocated time for points within the MVCD exchange program.

84. Deny the allegations of paragraph 84.

85. Deny the allegations of paragraph 85.

86. Deny the allegations of paragraph 86.

### V.   CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### (Breach of Fiduciary Duty)

87. Repeat and re-allege the responses in paragraphs 1 through 86 as if fully set forth herein.

88.  Paragraph 88 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

89. Deny the allegations of paragraph 89, and state the allegations in this claim that are based on the alleged failure to enforce, violation of, and failure to disclose a violation of certain provisions of the Master Declaration and Declaration of Condominium were dismissed by Order dated March 29, 2018; therefore no response to these allegations is required.

90. Deny the allegations of paragraph 90, and state the allegations in this claim that are based on the alleged failure to enforce, violation of, and failure to disclose a violation of certain

provisions of the Master Declaration and Declaration of Condominium were dismissed by Order dated March 29, 2018; therefore no response to these allegations is required.

91. Deny the allegations of paragraph 91.

92. Deny the allegations of paragraph 92.

93. Deny the allegations of paragraph 93.

94. Deny the allegations of paragraph 94.

95. Deny the allegations of paragraph 95.

96. Deny the allegations of paragraph 96.

### SECOND CAUSE OF ACTION
### (Constructive Fraud)

97. Repeat and re-allege the responses in paragraphs 1 through 96 as if fully set forth herein.

98. Paragraph 98 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

99. Deny the allegations of paragraph 99, and state the allegations in this claim that are based on provisions in certain governing documents which purportedly entitled Plaintiffs to vote on the affiliation between the Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program were dismissed by Order dated March 29, 2018; therefore no response to these allegations is required.

100. Deny the allegations of paragraph 100, except deny knowledge or information sufficient to form a belief as to the truth of those allegations concerning the actions or intentions of Plaintiffs.

101. Deny the allegations of paragraph 101.

102. Deny the allegations of paragraph 102.

103.       Deny the allegations of paragraph 103.

104.       Deny the allegations of paragraph 104.

105.       Deny the allegations of paragraph 105.

### THIRD CAUSE OF ACTION
### (Aiding and Abetting Breach of Fiduciary Duty and Constructive Fraud)

106.       Repeat and re-allege the responses in paragraphs 1 through 105 as if fully set forth herein.

107.       Deny the allegations of paragraph 107.

108.       Deny the allegations of paragraph 108.

109.       Deny the allegations of paragraph 109.

110.       Deny the allegations of paragraph 110.

111.       Deny the allegations of paragraph 111.

112.       Deny the allegations of paragraph 112.

113.       Deny the allegations of paragraph 113.

### FOURTH CAUSE OF ACTION
### (Conspiracy)

114.       Repeat and re-allege the responses in paragraphs 1 through 113 as if fully set forth herein.

115.       Deny the allegations of paragraph 115.

116.       Deny the allegations of paragraph 116.

117.       Deny the allegations of paragraph 117.

118.       Deny the allegations of paragraph 118.

119.       Deny the allegations of paragraph 119.

120.       Deny the allegations of paragraph 120.

### FIFTH CAUSE OF ACTION
### (Unjust Enrichment)

121.     Repeat and re-allege the responses in paragraphs 1 through 120 as if fully set forth herein.

122.     Deny the allegations of paragraph 122.

123.     Deny the allegations of paragraph 123.

124.     Deny the allegations of paragraph 124.

125.     Deny the allegations of paragraph 125.

### RESERVATION OF RIGHTS

126.     No response to paragraph 126 is required.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have not suffered any injury or damages, and the Marriott Defendants are not liable to them for any injury or damage, or in the alternative, any damages that Plaintiffs may have suffered were caused by their own conduct, or by supervening, intervening or alternative causes or parties over which the Marriott Defendants did not have control.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have failed to take reasonable steps to mitigate, alter, reduce, or otherwise diminish their alleged damages, including without limitation, any alleged damages that they have suffered as a result of the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program (including without limitation, by indicating approval of such affiliation on surveys or failing to respond to surveys concerning such affiliation), and accordingly, are barred from recovery of any damages that might have been prevented by such mitigation.

### FOURTH AFFIRMATIVE DEFENSE

All of the Marriott Defendants' alleged conduct was permitted by the parties' contractual documents and by governing law, including without limitation, the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Marriott Defendants' conduct has at all times been undertaken with legitimate business justification and in reasonable and good faith belief in the lawfulness of their actions.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any form of equitable relief because they have adequate remedies at law.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any form of equitable relief pursuant to the doctrine of laches, including without limitation, by failing to respond to surveys concerning the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the limitations of liability and limitation of remedies provisions in their Purchase Contracts, which prohibit recovery for diminution in the market value of their fractional ownership interests.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrines of waiver and estoppel, including without limitation, by failing to raise any objection to the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program.

<u>**ELEVENTH AFFIRMATIVE DEFENSE**</u>

Plaintiffs' claims for breach of fiduciary duty and aiding and abetting breach of fiduciary duty are barred because no fiduciary relationship existed between any Marriott Defendant and any Plaintiff, and therefore no fiduciary duties arose.

<u>**TWELFTH AFFIRMATIVE DEFENSE**</u>

The Marriott Defendants are not liable to Plaintiffs for exemplary damages because Plaintiffs have not suffered any injury or damages, and to the extent Plaintiffs have suffered any injuries, they were not attended by circumstances of fraud; any damages Plaintiffs may have suffered were caused by their own conduct, or by supervening, intervening or alternative causes or parties over which the Marriott Defendants did not have control; and the Marriott Defendants' conduct was not willful, wanton, or without regard to the rights of Plaintiffs.

<u>**THIRTEENTH AFFIRMATIVE DEFENSE**</u>

Defendants intend to rely on any additional affirmative defenses that become available or apparent during discovery, and thus reserve the right to amend this Answer to assert such additional defenses.

<u>**RESPONSE TO PLAINTIFFS' DEMAND FOR JURY TRIAL**</u>

Marriott Defendants object to Plaintiffs' demand for a jury trial on the basis that it is barred by agreement of the parties.

<u>**PRAYER FOR RELIEF**</u>

WHEREFORE, the Marriott Defendants demand judgment:

(a)     Dismissing the Complaint with prejudice;

(b)     Awarding the Marriott Defendants the reasonable attorneys' fees and costs that they have incurred in connection with this action; and

(c)     Granting the Marriott Defendants such other and further relief as this Court may deem just and proper.

Dated:  May 29, 2018                    Respectfully submitted,

                                        GREENBERG TRAURIG, LLP

                                By:     *s/ Ian S. Marx*
                                        Naomi G. Beer
                                        Philip R. Sellinger
                                        Ian S. Marx
                                        1200 Seventeenth Street, Suite 2400
                                        Denver, Colorado 80202
                                        Tel: 303.572.6500 / Fax: 303.572.6540
                                        500 Campus Drive, Suite 400
                                        Florham Park, New Jersey 07932
                                        Tel: 973.360.7900 / Fax: 973.301.8410
                                        Email:  BeerN@gtlaw.com,
                                        SellingerP@gtlaw.com, MarxI@gtlaw.com

                                        *Attorneys for the Marriott Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' CORRECTED ANSWER AND AFFIRMATIVE DEFENSES TO SIXTH AMENDED COMPLAINT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
Condominium Association*

*s/ Jaclyn DeMais*
    Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig,
LLP, pursuant to C.R.C.P. 121, § 1-26)*