# EXHIBIT B



Ian S. Marx, Esq
Tel. 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

November 10, 2016

**VIA EMAIL**

| Michael J. Reiser, Esq. | Matthew C. Ferguson, Esq. |
| --- | --- |
| LAW OFFICE OF MICHAEL J. REISER | THE MATTHEW C. FERGUSON LAW |
| 961 Ygnacio Valley Road | FIRM, P.C. |
| Walnut Creek, CA 94596 | 119 South Spring Street, Suite 201 |
| | Aspen, Colorado 81611 |

Re: *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corp., et al.*
Case No.: 16-01301 PAB

Dear Mike:

In connection with our production of documents in this matter, we are producing, pursuant to our previously served Responses and Objections, documents that have been marked with Bates numbers RC 000001 – 004871. Please note there are some documents marked CONFIDENTIAL.

These documents have been saved as PDF files and are being maintained on a Greenberg Traurig server. You will receive an FTP link in a separate email to access these documents. The link is specific to the addressee, so if you require someone additional to receive the documents, please let me know. When you open the link to access the documents, your username will be your email address and you will then be prompted to set your own password by following the directions for "Non-GT Employees".

If you have any questions, please don't hesitate to reach out to either me or our paralegal Danielle Lesser. Her email address is lesserd@gtlaw.com and her direct number is 973.443.3279. Please let us know if you have any questions or if you have any issues in gaining access to the documents.

Very truly yours,

IAN S. MARX

cc: Michael Schrag, Esq.
    Tyler Meade, Esq.
    Daniel Shea, Esq.
    Jessica Black Livingston, Esq.

NY 246189572v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive ■ Suite 400 ■ Florham Park, NJ 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410