# EXHIBIT E

```
 1    RCHFU, LLC,  et al.,
 2         Plaintiffs,          United States District Court
                                District of Colorado
 3    v.                        No.  1:16-cv-09390
 4
      MARRIOTT VACATIONS WORLDWIDE
 5    CORPORATION, et al.,
           Defendants,
 6    _____/
      REISER, et al.,
 7         Plaintiffs,
                                Eastern District of California
 8    v.                        No. 2:16-cv-00237-MCE-CKD
 9
      MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al,
           Defendants,
11    _____/
      PETRICK, et al.,
12         Plaintiffs,
13                              San Francisco County
      vs.                       No. CGC-15-54897
14
      MARRIOTT VACATION WORLDWIDE
15    CORPORATION, et al.,
16         Defendants.
      _____/
17
18         VIDEOTAPED DEPOSITION OF STEPHANIE SOBECK
19         taken at 450 South Orange Avenue, Suite 650,
           Orlando, Florida, commencing between 9:11 a.m.
20         - 6:20 p.m. on Thursday November 16, 2017
21         before Lisa Gerlach, Court Reporter, Notary
22         Public in and for the State of Florida at Large.
23
24    Job No. 2733702
25    Pages 1 - 374
```

Page 1

| | |
|---|---|
| 1  Appearances:<br>2<br>3  Counsel for the Plaintiffs:<br>4    BY: MATTHEW C. FERGUSON, ESQUIRE<br>5    The Matthew C. Ferguson Law Firm, PC<br>6    119 South Spring, Suite 201<br>7    Aspen, CO 81611<br>8    matt@matthewfergusonlaw.com<br>9<br>10   BY: MICHAEL J. REISER, SR., ESQUIRE<br>11       ISABELLA MARTINEZ, ESQUIRE<br>12       MATTHEW REISER, ESQUIRE<br>13   Reiser Law, PC<br>14   1475 Broadway, Suite 300<br>15   Walnut Creek, CA 94596<br>16   michael@reiserlaw.com<br>17   isabella@reiserlaw.com<br>18   matthew@reiserlaw.com<br>19<br>20   BY: TYLER MEADE, ESQUIRE<br>21   The Meade Firm, PC<br>22   1816 Fifth Street<br>23   Berkeley, CA 94710<br>24   tyler@meadefirm.com<br>25<br>Page 2 | 1  Appearances:<br>2<br>3  For the Defendant Aspen Highlands<br>4  Condominium Association:<br>5<br>6    BY: JESSICA BLACK LIVINGSTON, ESQUIRE<br>7    Hogan Lovells<br>8    1601 Wewatta Street, Suite 900<br>9    Denver, CO 80202<br>10   jessica.livingston@hoganlovells.com<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>Page 4 |
| 1  Appearances:<br>2<br>3  For the Defendant Marriott:<br>4<br>5    BY: PHILIP SELLINGER, ESQUIRE<br>6       IAN S. MARX, ESQUIRE<br>7    Greenberg Traurig, LLP<br>8    500 Campus Drive, Suite 400<br>9    Florham Park, NJ 07932-0677<br>10   sellingerp@gtlaw.com<br>11   marxi@gtlaw.com<br>12<br>13   BY: DOUGLAS A. KELLY, ESQUIRE<br>14   Marriott Vacations Worldwide<br>15   6649 Westwood Boulevard<br>16   Orlando, FL 32821<br>17   douglas.kelly@mvwc.com<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>Page 3 | 1               INDEX<br>2  WITNESS      EXAMINATION         PAGE<br>3  Stephanie Sobeck<br>4      Direct by Mr. Reiser         6<br>5      Direct by Mr. Ferguson       161<br>6<br>7<br>8<br>9<br>10             EXHIBITS<br>11  EXHIBIT      DESCRIPTION         PAGE<br>12  Exhibit 1701   E-Mail Chain, RCDC Sample<br>13            00841 through 00849      95<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>Page 5 |

2 (Pages 2 - 5)

| | |
|---|---|
| 1  iPSM or revenue management.<br>2    Q. They manage inventory?<br>3    A. Yes.<br>4    Q. Are you aware of any types of contractual<br>5  relationships between Cobalt -- what's the full name<br>6  of that company? Cobalt Management --<br>7    A. Cobalt Travel.<br>8    Q. Cobalt Travel. Were you aware of any<br>9  contracts between Cobalt -- or contractual<br>10 relationships that have been documented between Cobalt<br>11 Travel and Lion & Crown?<br>12    A. Yeah. I think there's an affiliation<br>13 agreement between the two. Cobalt Travel affiliates<br>14 with each of the associations, and then Cobalt Travel<br>15 affiliates with Lion & Crown, and then Lion & Crown<br>16 affiliates with others, I believe.<br>17    Q. Do you consider Lion & Crown to have somehow<br>18 stepped into the shoes of Cobalt as a program manager?<br>19      MR. SELLINGER: Objection to form.<br>20    A. Do I think they stepped --<br>21      MR. FERGUSON: Is that a legal question?<br>22      MR. SELLINGER: I have no idea.<br>23      MR. FERGUSON: Okay. Yeah -- I got it.<br>24    Objection. I don't know what you're talking<br>25    about.<br>Page 230 | 1    A. Yes.<br>2    Q. Does Marriott Vacations Worldwide ever use it<br>3  as a consultant?<br>4    A. I don't use them as a consultant. They<br>5  certainly could.<br>6    Q. How do you know about HVS? Let me ask you<br>7  this. What knowledge do you have about what they do?<br>8    A. I believe they go in and look at hotels -- my<br>9  guess -- we would use them as a company -- I'll give<br>10 you an idea of what my understanding is of what they<br>11 do.<br>12       I think our feasibility team uses them when<br>13 they go and they look at new properties and they do<br>14 valuations on the new properties.<br>15    Q. Did you ever see a report by HVS in<br>16 connection with the Bachelor Gulch RCDC, Ritz-Carlton<br>17 Destination Club?<br>18    A. A report?<br>19    Q. Yeah. Have you seen any reports that HVS has<br>20 done or had done for Mike Mullenix and the association<br>21 up at Bachelor Gulch?<br>22    A. On the property? Like a valuation on the<br>23 property?<br>24    Q. Just to report -- let me get real specific.<br>25 I can see I'm confusing you and that's not my intent<br>Page 232 |
| 1      THE WITNESS: Makes two of us.<br>2  BY MR. FERGUSON:<br>3    Q. You believe that there is some type of<br>4  affiliation agreement?<br>5    A. Yes. My non-legal opinion or understanding<br>6  is yes.<br>7      MR. MEADE: Can I just interrupt, Matt?<br>8    I don't believe that that agreement has been<br>9    produced, and we would ask that it be<br>10   produced.<br>11     MR. FERGUSON: We looked for it.<br>12     MR. MARX: Okay. If it has -- we'll<br>13   produce it whether it has or hasn't.<br>14     MR. MEADE: Thank you.<br>15     MR. FERGUSON: Rather than ask Ms. Sobeck<br>16   about what it might say, we'll read it<br>17   ourselves.<br>18     THE WITNESS: Yeah.<br>19 BY MR. FERGUSON:<br>20    Q. You went to Cornell for hotel school and went<br>21 for an MBA and we went to law school to read<br>22 contracts.<br>23    A. Right.<br>24    Q. Have you ever seen a report by a hospitality<br>25 hotel company called HVS? Do you know HVS?<br>Page 231 | 1  at all.<br>2       Have you ever seen a report that was<br>3  commissioned by the board of directors at the Bachelor<br>4  Gulch Ritz-Carlton Destination Club that was<br>5  commissioned by Mr. Mullenix and his board?<br>6    A. No, I don't think so.<br>7    Q. Were you ever aware of a report that was done<br>8  by HVS for that board?<br>9    A. I don't think I am. Was that when they were<br>10 still with us? Now I'm interested.<br>11    Q. Yeah. When they were still with you.<br>12    A. When they were with Ritz-Carlton?<br>13    Q. Yeah.<br>14    A. I don't believe I did.<br>15    Q. That didn't come up in meetings with<br>16 Mr. Mullenix and Ms. Perfido up there in Avon,<br>17 Colorado, or Beaver Creek?<br>18    A. The HVS study that they had done?<br>19    Q. Yeah.<br>20    A. I don't remember.<br>21    Q. So today is the first time you've heard about<br>22 HVS --<br>23    A. I know about HVS. I didn't know there was an<br>24 HVS report. Maybe I have and have forgotten. I don't<br>25 remember one.<br>Page 233 |