# EXHIBIT F

**RCDC Cases (*Petrick, RCHFU, Reiser*)**
**Marriott Defendants' Privilege Log**

| Doc ID | Privilege Type | Description of Document | Document Type | Custodian Name |
|---|---|---|---|---|
| 10450 | Attorney-Client | 1. Nature/Description of Document: Draft of First Amendment to Bylaws of 690 Market Club Owners Association (addressing, among other things, the election of Directors), prepared with the assistance of legal counsel<br>2. Matter(s): San Francisco | Email Attachment | Stacey Jackson-Rauso |
| 10451 | Attorney-Client | 1. Nature/Description of Document: Draft 690 Market Club Owners Association Solicitation Letter for Ballot on Bylaw Amendment, prepared with the assistance of legal counsel<br>2. Matter(s): San Francisco | Email Attachment | Stacey Jackson-Rauso |
| 10510 | Attorney-Client | 1. Nature/Description of Document: Draft brochure for The Ritz-Carlton Club, Aspen Highlands, prepared with the assistance of legal counsel<br>2. Matter(s): Aspen | Email Attachment | Stephanie Sobeck |
| 10598 | Attorney-Client | 1. Nature/Description of Document: Draft brochure for The Ritz-Carlton Club, Aspen Highlands, prepared with the assistance of legal counsel<br>2. Matter(s): Aspen | Email Attachment | Stephanie Sobeck |
| 10714 | Attorney-Client | 1. Author/Originator: Kathi Borkholder, Esq.<br>2. Addressee(s) and/or recipient(s): Dawn Kelly, Stephanie Sobeck<br>3. Date: 5/12/15 at 9:30:01 AM<br>4. Nature/Description of Document: Attorney-client privileged email communication re: affiliation and Ritz-Carlton Club members' access to inventory and exchange opportunities in connection with question from auditors<br>5. Matter(s): Aspen, Tahoe, San Francisco<br><br>1. Author/Originator: Dawn Kelly<br>2. Addressee(s) and/or recipient(s): Kathi Borkholder, Esq., Stephanie Sobeck<br>3. Date: 5/12/15 at 9:16 AM<br>4. Nature/Description of Document: Attorney-client privileged email communication re: affiliation and Ritz-Carlton Club members' access to inventory and exchange opportunities in connection with question from auditors<br>5. Matter(s): Aspen, Tahoe, San Francisco<br><br>1. Author/Originator: Kathi Borkholder, Esq.<br>2. Addressee(s) and/or recipient(s): Dawn Kelly and Stephanie Sobeck<br>3. Date: 5/12/15 at 8:59 AM<br>4. Nature/Description of Document: Attorney-client privileged email communication re: Affiliation Agreement between Lion & Crown and Marriott Vacation Club Destinations<br>5. Matter(s): Aspen, Tahoe, San Francisco<br><br>1. Author/Originator: Dawn Kelly<br>2. Addressee(s) and/or recipient(s): Kathi Borkholder, Esq., Stephanie Sobeck<br>3. Date: 5/11/15 at 4:56 PM<br>4. Nature/Description of Document: Attorney-client privileged email communication re: Affiliation Agreement between Lion & Crown and Marriott Vacation Club Destinations<br>5. Matter(s): Aspen, Tahoe, San Francisco<br><br>1. Author/Originator: Dawn Kelly<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck, Kathi Borkholder, Esq.<br>3. Date: 5/11/15 at 4:39 PM<br>4. Nature/Description of Document: Attorney-client privileged email communication re: Affiliation Agreement between Lion & Crown and Marriott Vacation Club Destinations<br>5. Matter(s): Aspen, Tahoe, San Francisco | Email | Stephanie Sobeck |
| 10810 | Attorney-Client | 1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Lori Phillips, cc: Stacey Jackson-Rauso, Barbara Egolf, Esq.<br>3. Date: July 27, 2015 at 5:54:20 PM | Email | Lori Phillips |

21

**RCDC Cases (*Petrick, RCHFU, Reiser*)**
**Marriott Defendants' Privilege Log**

| Doc ID | Privilege Type | Description of Document | Document Type | Custodian Name |
|---|---|---|---|---|
| | | Dee Dinda; Rita Daniel, Esq.<br>3. Date: November 18, 2013 at 4:03 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MVC<br>5. Matter(s): Aspen, Lake Tahoe, San Francisco<br>1. Author/Originator: Kathi Borkholder, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Mary Lynn Clark; Nick Rossi; Ron Essig; Eveleen Babich; Teresa Andrus; Patrick Forth; cc: Barbara Egolf, Esq.; Trisha Wetmore, Esq.; John McGowan; Dee Dinda; Rita Daniel, Esq.<br>3. Date: November 15, 2013 at 9:22 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MVC<br>5. Matter(s): Aspen, Lake Tahoe, San Francisco | | |
| 63297 | Attorney-Client | 1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): To: Patrick Forth; CC: Barbara Egolf, Esq., Kathi Borkholder, Esq., Eveleen Babich<br>3. Date: December 17, 2013 – 11:40 AM<br>4. Nature/Description of Document: Attorney-client privileged email communication regarding the affiliation between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc.<br>5. Matter(s): Aspen, Lake Tahoe, San Francisco<br>1. Author/Originator: Patrick Forth<br>2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; CC: Barbara Egolf, Esq., Kathi Borkholder, Esq., Eveleen Babich<br>3. Date: December 16, 2013 – 4:53 PM<br>4. Nature/Description of Document: Attorney-client privileged email communication regarding the affiliation between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc.<br>5. Matter(s): Aspen, Lake Tahoe, San Francisco<br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Patrick Forth; CC: Barbara Egolf, Esq., Kathi Borkholder, Esq.<br>3. Date: December 16, 2013 – 7:20 AM<br>1. Nature/Description of Document: Attorney-client privileged email communication regarding the affiliation between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc.<br>4. Matter(s): Aspen, Lake Tahoe, San Francisco | Email | Eveleen Babich |
| 63388 | Attorney-Client Privilege | 1. Author/Originator: Dee Mooney<br>2. Addressee(s) and/or recipient(s): Barbara Egolf, Esq.; John McGowan; Trisha Wetmore, Esq.; Amanda Caruso, Esq.; Kathi Borkholder, Esq.; cc: Stephanie Sobeck; Patrick Forth; Eveleen Babich<br>3. Date: November 14, 2014 at 01:36:54 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Affiliation follow-up<br>5. Matter(s): San Francisco<br>1. Author/Originator: Dee Mooney<br>2. Addressee(s) and/or recipient(s): Barbara Egolf, Esq.; John McGowan; Trisha Wetmore, Esq.; Amanda Caruso, Esq.; Kathi Borkholder, Esq.; cc: Stephanie Sobeck; Patrick Forth<br>3. Date: November 12, 2014 at 12:10 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Affiliation follow-up<br>5. Matter(s): San Francisco<br>1. Author/Originator: Dee Mooney<br>2. Addressee(s) and/or recipient(s): Ron Essig; Patrick Forth; Eveleen Babich; Kednra Johnson; Nick Rossi; Barbara Egolf, Esq.; Amanda Caruso, Esq.; Kathi Borkholder, Esq.; John McGowan; Helms, Tonya; Stephanie Sobeck<br>3. Date: November 10, 2014 at 7:17 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Affiliation follow-up | Email | Eveleen Babich |

112

**RCDC Cases (*Petrick, RCHFU, Reiser*)**
**Marriott Defendants' Privilege Log**

| Doc ID | Privilege Type | Description of Document | Document Type | Custodian Name |
|---|---|---|---|---|
| | | 1. Author/Originator: Barbara Egolf, Esq. <br> 2. Addressee(s) and/or recipient(s): Patrick Forth; Trisha Wetmore, Esq.; Dee Dinda; cc: Kathi Borkholder, Esq.; Eveleen Babich; Teresa Andrus <br> 3. Date: 11/12/2013 at 8:27 PM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MVCD <br> 5. Matter(s): Aspen, Lake Tahoe, San Francisco | | |
| | | 1. Author/Originator: Patrick Forth <br> 2. Addressee(s) and/or recipient(s): Barbara Egolf, Esq.; Trisha Wetmore, Esq.; Dee Dinda; cc: Kathi Borkholder, Esq.; Eveleen Babich; Teresa Andrus <br> 3. Date: 11/12/2013 at 8:09 PM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MVCD <br> 5. Matter(s): Aspen, Lake Tahoe, San Francisco | | |
| 63243 | Attorney-Client Privilege | 1. Author/Originator: Trisha Wetmore, Esq. <br> 2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda <br> 3. Date: November 15, 2013 at 05:56:09 PM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC <br> 5. Matter(s): San Francisco | Email | Eveleen Babich |
| | | 1. Author/Originator: Stephanie Sobeck <br> 2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda <br> 3. Date: October 02, 2013 at 10:37 AM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC <br> 5. Matter(s): San Francisco | | |
| | | 1. Author/Originator: Trisha Wetmore, Esq. <br> 2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq. <br> 3. Date: September 23, 2013 at 6:04 PM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC <br> 5. Matter(s): San Francisco | | |
| 63245 | Attorney-Client Privilege | 1. Author/Originator: Ron Essig <br> 2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Stephanie Sobeck; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda <br> 3. Date: November 15, 2013 at 06:14:28 PM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC <br> 5. Matter(s): San Francisco | Email | Eveleen Babich |
| | | 1. Author/Originator: Trisha Wetmore, Esq. <br> 2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda <br> 3. Date: November 15, 2013 3:56 PM <br> 4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC <br> 5. Matter(s): San Francisco | | |
| | | 1. Author/Originator: Stephanie Sobeck | | |

**RCDC Cases *(Petrick, RCHFU, Reiser)*  
Marriott Defendants' Privilege Log**

| Doc ID | Privilege Type | Description of Document | Document Type | Custodian Name |
|---|---|---|---|---|
| | | 2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: October 02, 2013 at 10:37 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.<br>3. Date: September 23, 2013 at 6:04 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco | | |
| 63246 | Attorney-Client Privilege | 1. Author/Originator: Kathi Borkholder, Esq.<br>2. Addressee(s) and/or recipient(s): Ron Essig; Trisha Wetmore, Esq.; Stephanie Sobeck; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 15, 2013 at 07:05:37 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Ron Essig<br>2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Stephanie Sobeck; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 15, 2013 at 06:14 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 15, 2013 at 3:56 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Stephanie Sobeck<br>2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: October 02, 2013 at 10:37 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.<br>3. Date: September 23, 2013 at 6:04 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco | Email | Eveleen Babich |

**RCDC Cases (*Petrick, RCHFU, Reiser*)**
**Marriott Defendants' Privilege Log**

| Doc ID | Privilege Type | Description of Document | Document Type | Custodian Name |
|---|---|---|---|---|
| 63247 | Attorney-Client Privilege | 1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 18, 2013 at 08:57:47 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 15, 2013 at 5:56 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Stephanie Sobeck<br>2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: October 02, 2013 at 10:37 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.<br>3. Date: September 23, 2013 at 6:04 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco | Email | Eveleen Babich |
| 63248 | Attorney-Client Privilege | 1. Author/Originator: Stephanie Sobeck<br>2. Addressee(s) and/or recipient(s): Trisha Wetmore, Esq.; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 18, 2013 at 09:09:52 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 18, 2013 at 08:58 AM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC<br>5. Matter(s): San Francisco<br><br>1. Author/Originator: Trisha Wetmore, Esq.<br>2. Addressee(s) and/or recipient(s): Stephanie Sobeck; Ron Essig; Mary Lynn Clark; Eveleen Babich; Nick Rossi; Chris Martin; cc: Barbara Egolf, Esq.; John McGowan; Kathi Borkholder, Esq.; Rita Daniel, Esq.; Dee Dinda<br>3. Date: November 15, 2013 at 5:56 PM<br>4. Nature/Description of Document: Attorney-Client privileged email communication regarding Lion & Crown Affiliation with MRTC | Email | Eveleen Babich |