# EXHIBIT G

## Marx, Ian (Shld-NJ-LT)

| | |
|---|---|
| From: | Michael Reiser <michael@reiserlaw.com> |
| Sent: | Monday, March 12, 2018 10:17 PM |
| To: | Marx, Ian (Shld-NJ-LT); Black Livingston, Jessica |
| Cc: | Matthew Ferguson; Tyler Meade; Michael Schrag |
| Subject: | "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013". |

Ian/Jess

I cannot locate in either of your clients' production of documents a copy of the "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

This agreement is referenced in the "Acknowledgment of and Joinder to Affiliation Agreement between the Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc.", signed by the Aspen Highlands Condominium Association, Inc. on April 24, 2014. (Ian, it is also referenced in the Acknowledgement and Joinder agreements signed by the Tahoe and SF boards.)

Please produce this document, (i.e., the Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013), as well as any document related to the drafting or negotiation of this document, immediately.

Thank you,

--
Michael Reiser
Trial Lawyer
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
(925) 256-0400 (Office)
(925) 476-0304 (Fax)

NOTICE OF CONFIDENTIALITY The information contained in this e-mail is information protected by attorney-client and/or the attorney work product privilege. This communication is intended ONLY for the recipient(s) identified in the message, and may contain information that is confidential, privileged, or otherwise protected by law. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or the taking of any action in reliance on this communication is strictly prohibited. If you are not the intended recipient, please immediately delete this communication and destroy any copies and notify the sender by responsive e-mail or by telephone at (925) 256-0400