# EXHIBIT H

| | |
|---|---|
| **From:** | Marx, Ian (Shld-NJ-LT) |
| **To:** | "Michael Reiser"; Black Livingston, Jessica |
| **Cc:** | Matthew Ferguson; Tyler Meade; Michael Schrag; Levine, Danielle Lesser (Para-NJ-LT) |
| **Subject:** | RE: "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013". |
| **Date:** | Tuesday, March 13, 2018 12:25:03 PM |
| **Attachments:** | image001.png<br>RCDC067469-67520.pdf |

Mike:

A copy of the Agreement is attached.

Thanks,

Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Monday, March 12, 2018 10:17 PM
**To:** Marx, Ian (Shld-NJ-LT); Black Livingston, Jessica
**Cc:** Matthew Ferguson; Tyler Meade; Michael Schrag
**Subject:** "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

Ian/Jess

I cannot locate in either of your clients' production of documents a copy of the "Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013".

This agreement is referenced in the "Acknowledgment of and Joinder to Affiliation Agreement between the Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc.", signed by the Aspen Highlands Condominium Association, Inc. on April 24, 2014. (Ian, it is also referenced in the Acknowledgement and Joinder agreements signed by the Tahoe and SF boards.)

Please produce this document, (i.e., the Affiliation Agreement between MRTC and Lion & Crown dated November 14, 2013), as well as any document related to the drafting or negotiation of this document, immediately.

Thank you,

--
Michael Reiser
Trial Lawyer
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, CA  94596