# EXHIBIT I

| | |
|---|---|
| **From:** | Marx, Ian (Shld-NJ-LT) |
| **To:** | Michael Reiser |
| **Cc:** | Michael Reiser Jr.; Matthew Reiser; Bianca Torres; Tyler Meade; Raquel Rivera; Michael Schrag; Matthew Ferguson; Linda Lam; Shea, Daniel F.; Black Livingston, Jessica; Hartley, Danielle; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT) |
| **Subject:** | Ritz/Aspen: Discovery Issues |
| **Date:** | Monday, April 02, 2018 6:14:11 PM |
| **Attachments:** | image001.png |

Mike:

We write with respect to several issues:

1. Our client has been working to get alternate dates for the Weisz and Kane-Hanan depositions.  We are not likely to have them for you by the end of today; but  we expect to be able to do so tomorrow/Wednesday at the latest and will provide them as soon as we have them.

2. Strategic Council Reports:
    a. We have a few additional Reports (from the earlier date range you have identified) and will produce them to you.

    b. We continue to believe that our approach of redacting the portions of the Reports that do not concern the Luxury Segment, or anything pertaining to this case,  is appropriate and justified by the authority we previously provided to you, particularly in view of the sensitivity of such information.  As discussed in those cases, we would be pleased to submit the un-redacted Reports to the Court for its *in camera* review to resolve the issue.

3. Business Review Reports:

    We will review our production to ensure that all responsive Business Review Reports have been produced.  If they have not, we will supplement our production with additional Reports on or before the end of this week (April 6).

4. With respect to the Affiliation Agreement Between Lion & Crown and Cobalt dated August 8, 2010 and Affiliation Agreement Between MRTC and Lion & Crown dated November 14, 2013:
    a. As previously discussed, we have never intentionally withheld any relevant documents or evidence, and have worked extremely  hard to produce a large volume of documents and to accommodate your requests.  We promptly provided you with copies of these two agreements when requested.  The 2013 MRTC Agreement is specifically identified in the  Acknowledgement of and Joinder to that Affiliation Agreement that was produced to you at the outset of the case and about which you have questioned several witnesses during depositions. You certainly had every opportunity to request that Agreement  if you believed it was relevant.

    b. There are privileged emails and drafts of the Affiliation Agreement Between MRTC and Lion & Crown dated November 14, 2013.  We will provide you with a privilege log by

    the end of this week (April 6).

  c. While we disagree that you have been prejudiced in any way, we will make Lee Cunningham and Stephanie Sobeck available for deposition concerning these agreements. They are the two specific witnesses you have stated that you would have asked questions about these agreements.

  d. As previously discussed, we believe a meet and confer is warranted and would be appropriate prior to your filing the motion you have threatened. Please let us know when you are available.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com

**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Sunday, April 01, 2018 9:31 AM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** Michael Reiser Jr.; Matthew Reiser; Bianca Torres; Tyler Meade; Raquel Rivera; Michael Schrag; Matthew Ferguson; Linda Lam; Shea, Daniel F.; Black Livingston, Jessica; Hartley, Danielle; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT)
**Subject:** Re: Ritz: Kane-Hanan and Weisz Depositions

Ian:

Thank you for the email. We will take you up on the offer. Please provide alternate dates by end of day tomorrow. And, to avoid a similar issue, we also need a complete set of unredacted:

1) Strategic Council documents;
2) "Business Review Reports" (See, eg, RCDC 005716)

Regarding the Business Review Reports, according to Stacy Jackson-Rauso's testimony last week, these "Business Review Reports" were prepared every month by Stephanie Sobeck and Stacy Jackson Rauso for Lee Cunningham and Tony Terry.

We will be seeking an Order from the Court regarding the Strategic Council documents and Business Review Reports this week, absent your agreement, by end of day tomorrow, to provide these documents with sufficient time to review prior to the rescheduled depositions of Mr. Weiss and Ms. Kane-Hanon.

Thank you,

Mike Reiser