# EXHIBIT J

| | |
|---|---|
| **From:** | Marx, Ian (Shld-NJ-LT) |
| **To:** | Michael Reiser |
| **Cc:** | matt@matthewfergusonlaw.com; mls@classlawgroup.com; tyler@meadefirm.com; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT); DeMais, Jaclyn (Assoc-NJ-LT) |
| **Subject:** | RE: Ritz: Richard Hayward and Remaining MVW Depositions |
| **Date:** | Thursday, May 31, 2018 4:43:48 PM |
| **Attachments:** | image001.png |

Mike:

Thanks for getting back to us as to Richard Hayward.

We propose the following for the remaining Marriott Vacations Worldwide depositions that you have indicated a desire to take.  During the week beginning June 25, we can make available in Orlando: Ben Pierce, Kim Frates-Mazzilli, Nick Rossi, Richard Hayward and the witness (or witnesses) we produce in response to your recently-served Notice pursuant to Rule 30(b)(6).  As for the remaining MVW witness, Dan Hicks, we are thinking that he can be produced in Salt Lake City the same time that Mr. Donaldson of Cushman & Wakefield is completed; but if that proves to be unworkable, we can revisit and possibly see if he'd fit into the Orlando week.

Please let us know if that Orlando week works and we'll go ahead and firm up the exact days, etc.

Thanks,

Ian

**Ian S. Marx**, Esq.
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com



---

**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Thursday, May 31, 2018 8:21 AM
**To:** Marx, Ian (Shld-NJ-LT)
**Cc:** matt@matthewfergusonlaw.com; mls@classlawgroup.com; tyler@meadefirm.com; Sellinger, Philip R. (Shld-NJ-LT); Levine, Danielle Lesser (Para-NJ-LT); DeMais, Jaclyn (Assoc-NJ-LT)
**Subject:** Re: Ritz: Richard Hayward Deposition -- Available on June 8 in Irvine

Ian. Let's find an alternative date on him. June 8 does not work. The following week is wide open for Hayward, Frates-Mazzilli, Pierce, Hearns, Demeglio, K Williams, and Lawler.

Thanks,
Mike

Sent from my iPhone

On May 30, 2018, at 2:52 PM, <MarxI@gtlaw.com> <MarxI@gtlaw.com> wrote:

Counsel:

By way of follow-up to earlier discussions, we can make Richard Hayward available for deposition in Irvine, California on June 8, 2018.

We would appreciate if you would please let us know as soon as possible if you would like to confirm that deposition.  If that does not work, we will work to find an alternative date.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com

<image001.png>

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.