Lee Cunningham - November 10, 2017

```
 1   RCHFU, LLC,  et al.,
          Plaintiffs,
 2                              United States District Court
     v.                         District of Colorado
 3                              No.  1:16-cv-09390
     MARRIOTT VACATIONS WORLDWIDE
 4   CORPORATION, et al.,
          Defendants,
 5   _____/
 6   REISER, et al.,
          Plaintiffs,      Eastern District of California
 7   v.                    No. 2:16-cv-00237-MCE-CKD
 8
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al,
          Defendants,
10   _____/
11   PETRICK, et al.,
          Plaintiffs,
12                              San Francisco County
13   vs.                        No. CGC-15-54897
     MARRIOTT VACATION WORLDWIDE
14   CORPORATION, et al.,
15        Defendants.
16   _____/
17
18           VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
19      VOLUME I, commencing between 9:03 a.m.-5:05 p.m.,
20      on Friday, November 10, 2017 Taken on Behalf of
        the Plaintiffs before Lisa Gerlach, Court Reporter,
21      Notary Public in and for the State of Florida at
22      Large, pursuant to Plaintiffs' Notice of Taking
23      Deposition in the above cause.
24
     Job No. 2733753
25   PAGES 1 - 269
```

Page 1

Lee Cunningham - November 10, 2017

```
 1   Appearances:
 2
 3   Counsel for the Plaintiffs:
 4          The Matthew C. Ferguson Law Firm, PC
 5          BY: MATTHEW C. FERGUSON, ESQUIRE
 6          119 South Spring, Suite 201
 7          Aspen, CO 81611
 8          matt@matthewfergusonlaw.com
 9
10          Reiser Law, PC
11          BY: MICHAEL S. REISER, ESQUIRE
12             ISABELLA MARTINEZ, ESQUIRE
13             MATTHEW REISER, ESQUIRE
14          1475 Broadway, Suite 300
15          Walnut Creek, CA 94596
16          michael@reiserlaw.com
17          isabella@reiserlaw.com
18          matthew@reiserlaw.com
19
20
21
22
23
24
25
```

Lee Cunningham - November 10, 2017

```
 1   Appearances:
 2
 3   For the Defendant Marriott:
 4          Greenberg Traurig, LLP
 5          BY: PHILIP SELLINGER, ESQUIRE
 6              IAN S. MARX, ESQUIRE
 7          500 Campus Drive, Suite 400
 8          Florham Park, NJ 07932-0677
 9          sellingerp@gtlaw.com
10          marxi@gtlaw.co
11
            Marriott Vacations Worldwide
12          BY: DOUGLAS A. KELLY, ESQUIRE
13              MARK NAGLE, ESQUIRE
14          6649 Westwood Boulevard
15          Orlando, FL 32821
16          douglas.kelly@mvwc.com
17          mark.nagle@mvwc.com
18
19   For the Defendant Aspen Highlands
20   Condominium Association:
21          Hogan Lovells
22          BY: JESSICA BLACK LIVINGSTON, ESQUIRE
23          1601 Wewatta Street, Suite 900
24          Denver, CO 80202
25          jessica.livingston@hoganlovells.com
```

Page 3

```
 1   BY MR. REISER:
 2        Q.   To the board that was forwarded to you for
 3   your review.
 4        A.   Okay.
 5        Q.   You're aware of the overwhelming positive
 6   response that the members felt they were going to get
 7   a vote because that was sent to you?
 8        A.   Okay.
 9        Q.   True?
10        A.   Yes.
11        Q.   Okay.  And you knew that it was going to be
12   difficult for members to -- strike that.  You knew
13   that it was going to be difficult for Marriott
14   Vacation Worldwide Corporation to get a vote of the
15   Aspen members to affiliate by May 29, 2013 as well.
16   True?
17             MR. SELLINGER:  Objection to form.
18        A.   At that time, that was, as documented here --
19   would've been our sentiment, yes -- our belief.
20   BY MR. REISER:
21        Q.   Okay.  And isn't it true, Mr. Cunningham, the
22   reason you switched from a vote to a survey was
23   because you knew you weren't going to get a vote from
24   the Aspen members and you wanted to affiliate anyway?
25        A.   No.
```

Page 249

```
 1        Q.   What was the reason for changing to the
 2   survey?
 3        A.   I think I've covered this ground.  Upon
 4   advice from counsel, they said -- informed us that a
 5   vote was the appropriate form for this type of
 6   communication, and that's when we chose to go with the
 7   survey.
 8             MR. REISER:  So, Philip, are you relying
 9        on advice of counsel on this point or are you
10        going to waive the privilege?  He's relying
11        on advice of counsel for the decision.
12             MR. SELLINGER:  We're not relying on the
13        advice of counsel.  We're not putting the
14        advice of counsel at issue.
15             You asked the witness a question and he
16        answered the question factually, that they
17        took the position of advice of counsel.
18             What we're relying on are the agreements,
19        which give unfettered discretion to Cobalt to
20        affiliate without regard to anything else.
21        So the witness has testified to the facts
22        you're asking, but there is no advice of
23        counsel defense.
24   BY MR. REISER:
25        Q.   So is this a communication from Cobalt to
```

Page 250