# EXHIBIT 3

**CONFIDENTIAL**

Page 1 of 3

## ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION INC.

**April 2017**

SUBJECT:     A SPECIAL MESSAGE FROM THE ASPEN HIGHLAND'S ASSOCIATION BOARD CONCERNING MEMBERS' LITIGATION

Dear Aspen Highlands Ritz-Carlton Destination Club Owner:

The following special communication from the Aspen Highlands Condominium Association is being sent directly to you as an Owner at the Ritz-Carlton Destination Club, Aspen Highlands, concerning a legal Complaint and Notice filed by some several owners of the Aspen Highlands Club against Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc. dba Marriott Vacation Club International, Ritz Carlton Management Company, LLC, Cobalt Travel Company, LLC, The Lion&Crown Travel Company, Ltd and your Condominium Association, of which every Owner such as yourself is a Member.

On December 31, 2015 the initial Complaint was filed by one owner as a purported class action but was never served on the Association. That and every subsequent version of the Complaint asserts that the Association breached fiduciary duties to the fractional owners of the Aspen Highlands Club by allowing an affiliation with the Marriott Vacation Club, aided and abetted breaches by various Marriott entities of fiduciary duties they owed, and conspired with Marriott. The Complaint was removed from state court to federal court by Marriott in early 2016 and the lawyers for plaintiff owners withdrew the class action allegations. The latest version of the Complaint, a Fifth Amended Complaint, filed on March 29, 2017, also contains a constructive fraud charge, alleging that the Association failed to conduct a promised vote of members before allowing any affiliation with the Marriott Vacation Club.

The plaintiffs in the case currently represent owners of approximately 227 interests, or approximately 26% of the total 876 interests in the Club.

Some background information is necessary. On November 21, 2012, more than three years before the initial Complaint was filed, the Association's Executive Board retained a lawyer who sent a "cease and desist" letter (CLICK HERE FOR DOCUMENT #1) to Marriott Vacations Worldwide Corporation, Ritz-Carlton Destination Club, Marriott Vacation Club, and The Ritz-Carlton Management Company, L.L.C., requesting that they *"and their respective affiliates ... immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums."* This was to stop the Marriott entities from allowing Marriott Vacation Club members from using unoccupied units at Aspen Highlands. A link to this letter was sent to each Aspen Highland's owner on December 19, 2012 by the Association, and some of you sent comments back to the Executive Board.

During 2013, the Executive Board continued to negotiate with Marriott and attempted to poll owners regarding their feelings about the Marriott Vacation Club. You may recall

**EXHIBIT 3**

http://img.vacationclubsurvey.com/images/RCDC/2017_Adhoc/Aspen_BOD_Letter.html    4/17/2017

Ex 3

SKORIC014955

CONFIDENTIAL

Page 2 of 3

having received a survey in December 2013 concerning the issue, with 74 of you responding that you would prefer having the opportunity to trade with a Marriott Vacation Club member and 67 of you did not. In April 2014, following the survey and negotiations with Marriott, the Association's Executive Board entered into a *Memorandum of Understanding* with Marriott that allows Marriott Vacation Club members to use Aspen Highlands only in the situation where one of us decides to trade a week with a particular Marriott Vacation Club destination. The *Memorandum of Understanding* provides that (1) individual owners of fractional interests at Aspen Highlands, who voluntarily elect to participate, can trade a week or weeks with a member of the Marriott Vacation Club through The Lion & Crown Exchange Program, and (2) Marriott Resorts, Travel Company, Inc., The Lion & Crown Travel Co., L.L.C. cannot otherwise allow Marriott Vacation Club members access to Space Available at Aspen Highlands. This Memorandum of Understanding was summarized in letters dated May 2, 2014 and May 15, 2014 from The Ritz-Carlton Destination Club to all Aspen Highlands Club owners, and nearly 400 of you have since decided to take advantage of this program, just as some of you have decided to rent your unit or exchange a week with an owner at *Third Home* or *Exclusive Resorts*, neither of which affiliations have been challenged in the Complaint. **These trades of weeks with members of other clubs did not decrease space available at the Club; rather, the decrease in space available at the Club has resulted from the developer selling most of the remaining units, thus making it more difficult for all of us to obtain winter and summer weeks.**

Returning to the lawsuit, the Association in 2016 moved to dismiss the Second and Third Amended Complaints. We argued, among other things, that the Condominium Declaration required that plaintiffs notify the Association before filing suit and that the Association's decision to enter into the April 2014 *Memorandum of Understanding* was lawful conduct under the business judgment rule applicable to such Colorado non-profit associations. In response, a lawyer for the plaintiffs in the action sent a Notice to the Association's Executive Board. That notice, attached to this communication, indicated that the lawyer believed that the Board had violated the Condominium Declaration by allowing the affiliation with the Marriott Vacation Club. The Notice states: *"the owners intend to seek legal relief to enforce the provisions of the Declarations as well as the Bylaws of the Association."*

On February 16, 2017, within sixty days of receiving the Notice, an independent committee of Aspen Highlands' owners delegated authority by the Executive Board to respond to the Notice (CLICK HERE FOR DOCUMENT #2), received an opinion from a Colorado lawyer, Wendell Porterfield. **Mr. Porterfield, who specializes in condominium law, concluded that the actions of the Executive Board of the Association in connection with the complaint about affiliation with the Marriott Vacation Club were within its power and authority under the business judgment rule and under the governing documents of the Association.** Mr. Porterfield's opinion is attached for your review (CLICK HERE FOR DOCUMENT #3), as is the independent committee's letter to the Executive Board adopting Mr. Porterfield's opinion (CLICK HERE FOR DOCUMENT #4).

As mentioned above, plaintiffs representing approximately 227 fractional interests filed a Fifth Amended Complaint alleging that the Association also engaged in a constructive fraud by not conducting a vote of the members before entering into the April 2014

SKORIC014956

CONFIDENTIAL

Page 3 of 3

*Memorandum of Understanding.* The complaint cites two April 2013 letters from the Association to members indicating that there would be a vote regarding an affiliation with the Marriott Vacation Club at the time when Marriott was insisting on a widespread affiliation that would have permitted such Club members to use space available at Aspen Highlands. We believe that the constructive fraud charge also is without merit and will present our arguments to the Court in a motion to dismiss the Fifth Amended Complaint. It is the position of the Association that no vote was necessary because the April 2014 *Memorandum of Understanding* precludes Marriott from allowing Marriott Vacation Club members to use available space. Likewise, there was no vote of members before the Association arranged similar programs with Third Home and Exclusive Resorts to provide those of you who choose to do so the opportunity to exchange a portion of your interest to gain access to other destinations.

The current status of the litigation is thus as follows: (1) the Association will soon file a motion to dismiss the Fifth Amended Complaint, (2) fact discovery is scheduled to end in August and expert discovery in December 2017, and (3) no trial date has been set.

The Executive Board continues to believe that its actions on behalf of the Association were lawful and did not cause any damage to any individual owner of a fractional interest at Aspen Highlands. We, as you, are free to trade a week or weeks with a member of any of three other clubs, Marriott, Third Home or Exclusive Resorts, and we do not believe that any of these programs have diminished the value of any of our interests. As we have continually said in our regular Member communications, any exchange is totally optional, and, if you as an Owner wish to exchange, there is absolutely no difference than renting your week on the open market or sharing with a family friend, which virtually every Owner has done at one time or another. The Association thus intends to defend vigorously the claims advanced in the Complaint.

We have seen a letter from the attorneys representing the 227 owners in the lawsuit representing to Club members that the attorneys have obtained "positive results" in "similar cases". We know of no similar case, where members of a Ritz Carlton Club have sued for damages that they claim were caused by an affiliation with the Marriott Vacation Club or where the Association of condominium owners was sued.

We ask that if you still have questions or comments concerning this important message from the Aspen Highlands Association's Executive Board that you address them to the Board at ahcaboard@gmail.com.

Sincerely,

ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION INC.
Executive Board of Directors              Email: ahcaboard@gmail.com

Randal Mercer                - President
Robert Harris                - Vice President&Treasurer
Joel Alper                   - Secretary
Salvatore M. Cutrona, Sr.    - Director

http://img.vacationclubsurvey.com/images/RCDC/2017_Adhoc/Aspen_BOD_Letter.html    4/17/2017

SKORIC014957