# EXHIBIT 4

| | |
|---|---|
| **From:** | Marino, Michael <MMarino@seyfarth.com> |
| **Sent:** | Monday, March 3, 2014 7:45 PM |
| **To:** | Randy Mercer <randal.mercer@creconsultants.com> |
| **Cc:** | Tyler Oliver <tsoliver@henzlikoliver.com> |
| **Subject:** | Re: TC Barbara Egolf |

Will update I could hear the clenching of teeth

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Randy Mercer
Sent: Monday, 3 March 2014 20:36
To: Marino, Michael
Cc: Tyler Oliver; Marino, Michael
Subject: Re: TC Barbara Egolf


nice. good setup. Remember we are the crown jewel in the platform from a cooperation perspective and a location/member experience position. We have be delinquency and nothing to bail out. Top of the heap. Special consideration is warranted. They have no trouble with us. Reward us.

Regards,

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800<tel:239%20481%203800> | F 239 482 3228<tel:239%20482%203228>
randal.mercer@creconsultants.com<mailto:randal.mercer@creconsultants.com> |
www.creconsultants.com/go/randalmercer<http://www.creconsultants.com/go/randalmercer>

[Description: Description: Description: CRE_Consultants_logo2_web small]

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

On Mar 3, 2014, at 3:20 PM, "Marino, Michael" <MMarino@seyfarth.com<mailto:MMarino@seyfarth.com>> wrote:

We got all the preliminaries out of the way. I explained position. I got complete debriefing from St Thomas Board including watching (painfully) the webinar w Lee and John explaining the program.

Barbara as usual downplayed everything. I told her one sided--all about assuring Marriott experience and aspen wanted "Platinium" experience for its Members. We speak again tomorrow at 4pm.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any

AHCA00014679

EXHIBIT 4

EXHIBIT 1364
US D.Colo. 1:16-cv-01301

1364-0001

dissemination, distribution or copying of this communication is strictly prohibited.

---

Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

---

AHCA00014680

1364-0002