IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**NOTICE PURSUANT TO COURT'S ORDER (ECF #265) REGARDING PLAINTIFFS' MOTION TO COMPEL (ECF #239)**

As per the Court's "Order Regarding Plaintiffs' Motion to Compel (ECF #239)," which was docketed on May 23, 2018, as ECF #265 (the "Order"), Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC, are hereby providing notice that they will not be objecting to the Order and have produced the unredacted May 24, 2012 CGC Strategic Plan Memo to the parties.

Dated: June 6, 2018

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _s/ Ian S. Marx_
Naomi G. Beer
Philip R. Sellinger
Ian S. Marx
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel: 303.572.6500 / Fax: 303.572.6540
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email: BeerN@gtlaw.com,
SellingerP@gtlaw.com, MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2018, a true and accurate copy of the foregoing **NOTICE PURSUANT TO COURT'S ORDER (ECF #265) REGARDING PLAINTIFFS' MOTION TO COMPEL (ECF #239)** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands*
 *Condominium Association*


s/ Jaclyn DeMais
   Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*