IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al*.

Defendants.

_____

**PLAINTIFFS' JUNE 14, 2018 STATUS REPORT AND JOINT REQUEST TO EXTEND TIME TO REPORT TO COURT ON MEET AND CONER PER THE MAGISTRATE JUDGE GALLAGHER'S MINUTE ORDER OF MAY 29, 2018**
_____

Plaintiffs, by and through their undersigned counsel, submit the following Status Report and Joint Request to Extend Time to Report to Court on the Meet and Confer about Plaintiffs' first filed and pending motion to compel and for sanctions. (Dkt. Nos. 202, 213, 215 and 221).

Plaintiffs report on the status of this matter as of June 13, 2018, and to request that the Plaintiffs and the Marriott Defendants be allowed additional time to finally report on the Parties' ongoing meet and confer efforts in compliance with the Court's directive. Dkt. No. 263

Om May 29, 2018, Magistrate Judge Gordon P. Gallagher to adjust the schedule again in directed that the Parties confer about the motion to compel to attempt to narrow issues – and to do so within 14 days. *Id.* This has been done extensively and is ongoing.  Counsel have met and conferred on several occasions including lengthy conferrals on May 29, 2018, and June 13, 2018 – as well as calls in between as well as intermeshed in other discussions There have been

additional calls and conferrals of shorter duration and negotiation by emails too. Significant headway has been made and efforts to resolve disputes are ongoing.

Since the last Status Report and Status Conference, the Marriott Defendants and Plaintiffs have agreed to engage in mediation and will do so on June 21, 2018, in San Francisco, California. The companion California cases will be mediated on June 22, 2018. Significant effort has been and still is being put into the mediation and addressing other pending deadlines, discovery disputes and motion practice.

On June 13, 2018, following a lengthy and good faith conferral, Matthew Ferguson and Ian Marx agreed to jointly request additional time to make a final report on Plaintiffs' first motion to compel and for sanctions, and the final outcome of their efforts to bring any remaining discrete items before the Court.   Given the deadlines on other filings,  including extensive work on the mediation, the parties to the motion jointly request the extension. Plaintiffs suggest and request that it be extended to June 29, 2018. Either this case is being resolved or there is a busy deposition schedule the week of June 25, 2018 and counsel can finish their conferral efforts then.

DATED: June 14, 2018

Respectfully submitted,

| | |
|---|---|
| REISER LAW, p.c. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| _/s/ Michael J. Reiser_ | _/s/ Matthew C. Ferguson_ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | E-mail: matt@matthewfergusonlaw.com |

| | |
|---|---|
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| __/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 1816 Fifth Street |
| 505 14th Street, Suite 1110 | Berkeley, CA 94710 |
| Oakland, CA 94612 | Telephone: 510-843-3670 |
| Telephone: (510) 350-9718 | E-mail: tyler@meadefirm.com |
| E-mail: mls@classlawgroup.com | *Attorneys for Plaintiffs* |
| E-mail: lpl@classlawgroup.com | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of June, 2018, a true and accurate copy of the foregoing **PLAINTIFFS' JUNE 14, 2018 STATUS REPORT AND JOINT REQUEST TO EXTEND TIME TO REPORT TO COURT ON MEET AND CONER PER THE Magistrate Judge Gallagher's Minute Order of May 29, 2018,** was filed and served via CM/ECF filing system upon following:

> Daniel F. Shea, Esq.
> Jessica Black Livingston, Esq.
> Hogan Lovells US LLP
> 1200 Seventeenth Street, Suite 1500
> Denver, Colorado 80202
>
> Naomi G. Beer, Esq.
> Greenberg Traurig, LLP
> 1200 17th Street, Suite 2400
> Denver, Colorado 80202
> Ian S. Marx, Esq.
> Philip R. Sellinger, Esq.
> Greenberg Traurig, LLP
> 500 Campus Drive, Suite 400
> Florham Park, New Jersey 07932
>
> */s/ Lucie Rivière*
> Lucie Rivière

4811-6089-4823, v. 1