# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

## DECLARATION OF MICHAEL SCHRAG IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR SANCTIONS AND A DEFAULT JUDGMENT AGAINST CERTAIN MARRIOTT DEFENDANTS

---

I, Michael Schrag, declare and state:

1. I am an attorney and a partner at Gibbs Law Group LLP, co-counsel for Plaintiffs in the above-captioned action. I am a competent witness and can testify as to the facts set forth herein. I am a member of the Colorado bar and of this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Reply in Further Support of Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants.

3. Attached hereto as Exhibit A is a true and correct copy of an e-mail chain between Stephanie Sobeck and Richard Hayward. Although the document is marked "Confidential," counsel for the Marriott Defendants has advised that the Marriott Defendants will not file a motion to restrict the document under Local Rule 7.2.

1

4. Attached hereto as Exhibit B is a true and correct copy of an August 26, 2012 e-mail chain between Juan Pablo Cappello and several Association board members, including Jay Neveloff and Randall Mercer.

5. Attached hereto as Exhibit C is a true and correct copy of a November 21, 2012 letter from Philip Gosch of Brownstein Hyatt Farber Schreck to Marriott Vacations Worldwide, The Cobalt Travel Company, and the Ritz-Carlton Development Company.

6. Attached hereto as Exhibit D is a true and correct copy of the Ritz-Carlton Destination Club Member Survey (Detailed Report).

7. Attached hereto as Exhibit E is a true and correct copy of the Ritz-Carlton Destination Club Research Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2018 in Oakland, CA.

*/s/ Michael Schrag*
Michael Schrag

2