# EXHIBIT B

| | |
|---|---|
| **From:** | Randy Mercer <randal.mercer@creconsultants.com> |
| **Sent:** | Sunday, August 26, 2012 12:25 PM |
| **To:** | SATCOMJOEL1@YAHOO.COM |
| **Subject:** | FW: Evolution of the Ritz-Carlton Destination Club Brand |

Joel----FOR YOUR EYES ONLY, PLEASE. There are bigger issues at play than the appetizer menu. Stay dry. Randy

**Please note our new address as of September 1, 2012.**
Randal L. Mercer | Founding Partner
**CRE Consultants | Brokerage Services**
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Neveloff, Jay A. [mailto:jneveloff@KRAMERLEVIN.com]
**Sent:** Sunday, August 26, 2012 1:03 PM
**To:** Randy Mercer
**Subject:** Fw: Evolution of the Ritz-Carlton Destination Club Brand

FYI

**Jay A. Neveloff**

Partner
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: 212-715-9290
Fax: 212-715-8290
Email: jneveloff@KRAMERLEVIN.com
http://www.kramerlevin.com

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

-------------------------
Sent from my BlackBerry Wireless Handheld

**From**: Neveloff, Jay A.
**Sent**: Sunday, August 26, 2012 01:02 PM
**To**: 'jpc@gtlaw.com' <jpc@gtlaw.com>

AHCA00002550

**Cc:** 'pjschn2351@aol.com' <pjschn2351@aol.com>; 'rnyjerry@aol.com' <rnyjerry@aol.com>; 'tsoliver@henzlikoliver.com' <tsoliver@henzlikoliver.com>
**Subject:** Re: Evolution of the Ritz-Carlton Destination Club Brand

Juan, thanks for your email. It captures my sentiments quite well.
I'd like your permission to share your email with the Presidents of the other owner controlled Ritz Carlton Clubs, who are each making the points you did, albeit not quite as eloquent as you did.
Thanks again.
--------------------------
Sent from my BlackBerry Wireless Handheld

---

**From:** jpc@gtlaw.com [mailto:jpc@gtlaw.com]
**Sent:** Sunday, August 26, 2012 11:15 AM
**To:** Member.inquiry@ritzcarltonclub.com <Member.inquiry@ritzcarltonclub.com>
**Cc:** Neveloff, Jay A.; pjschn2351@aol.com <pjschn2351@aol.com>; rnyjerry@aol.com <rnyjerry@aol.com>; tsoliver@henzlikoliver.com <tsoliver@henzlikoliver.com>
**Subject:** Evolution of the Ritz-Carlton Destination Club Brand


Lee Cunningham
Executive Vice President & Chief Operating Officer
The Ritz-Carlton Destination Club

Dear Lee, the recent communications from the Marriott Vacations Worldwide Corp. are both insulting and disingenuous. I encourage you and your team to communicate with the Ritz-Carlton Destination Club members in an earnest and forthright manner.

First, let's start how you sign your letter. You are the Executive Vice President and Chief Operating Officer of the Marriott Vacations Worldwide Corporation. I assume you sign your August 20th letter under the "The Ritz-Carlton Destination Club" to provide us the RCDC members comfort that you have our best interests at heart. I would encourage you to be upfront that you work for the Marriot Vacations Worldwide Corp., of which only a small fraction of its members belong/bought into the RCDC brand. Such honesty will suggest you understand that there are competing interests at play.

Second, you start your August 20th letter with an absurd and patently false statement: "We would like to assure you that nothing that you originally purchased has changed or will change as a result of the announcement mentioned above." Sir, in one fell swoop RCDC members lost access to the Ritz Carlton Clubs in Abaco and Kapalua Bay. We also lost access to the upscale Abercrombie and Kent properties. And "Based on The Ritz-Carlton Destination Club Member feedback," (ha-ha) RCDC members will see their properties being marketed to and being made available to MVW timeshare/points members who have a much lower cost of entry. We, the RCDC members, are not idiots. Please do not treat us as if we were.

Third, beyond the obvious spin you try to put on the Marriot Vacation Club efforts to "expand its luxury experience options", the reality is that Marriot Vacations Club properties cater to a consumer with a different price point with different expectations. To be clear, if any RCDC member wanted to be part of the the Marriot Vacation Club, he or she would have saved one hundred or two hundred thousand dollars and bought into the Marriot Vacation Club.

Lastly, your recent communications fail to acknowlege the underlying issue which all RCDC members need to understand. The Marriot Vacations Worldwide Corp. has a huge incentive to dilute the RCDC brand to further its greater interest of selling more Marriot Vacation Club memberships. The growth

of Marriott Vacations Worldwide Corp. as a public company it tied with growth of the sales of more and more Marriot Vacation Club memberships. The sale of more RCDC memberships is not currently relevant for this public company. Thus the value of the investment made by each RCDC members is at jeopardy.

The recent communications by you and your team have undermined your credibility with the RCDC membership. Unless the Marriot Vacations Worldwide Corp. changes its attitude and begins to address the clear conflict of interest that will destroy the value of our investment, I continue to encourage the RCDC Aspen Highlands board to explore exiting from the Marriot relationship and cancel all management contracts.

Best regards,

Juan Pablo Cappello

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

AHCA00002552