# EXHIBIT D

# Ritz-Carlton Destination Club

## Member Study

# Detailed Report



August 2013 | **APCO** insight ®

**FOR INTERNAL USE ONLY**

# Research Background

**PRIMARY OBJECTIVES:**

- Determine what members want from the Club.

- Understand perceived value of the Club.

- Provide members with a vehicle to provide feedback and express their needs and wants.

**METHODOLOGY:**

- Online survey among 797 members

- July 8 - August 16, 2013

- 34 percent response rate

- Sampling error of ±2.9 percentage points at the 95 percent confidence interval

| CLUB | ASPEN | JUPITER | SAN FRANCISCO | ST. THOMAS | TAHOE | VAIL |
|------|-------|---------|---------------|------------|-------|------|
| n = | 255 | 119 | 54 | 323 | 30 | 16 |

**APCO** insight®

2

# APCO insight® | EXECUTIVE SUMMARY

# Key Findings

- **While Members say they are generally satisfied once onsite, overall, members are frustrated with the Ritz-Carlton Destination Club.** Satisfaction with Club membership overall is neutral, at best. In fact, more Members at San Francisco, Tahoe and Jupiter express dissatisfaction rather than satisfaction. Furthermore, members express dissatisfaction with six of the eleven assessed membership elements, including those that are seen as most important – availability and dues/fees. Indeed, open ended responses reflect these frustrations.

- **There is a real sense among the Members that they are not getting "Ritz-Carlton value" anymore; many members believe the Marriott partnership dilutes the brand**. The open end responses reveal that Members have seen their fractional ownership investment erode in both real and perceived value and they are unhappy with the introduction of Marriott Vacation properties and members into "their" (Ritz-Carlton) system. For Members, Marriott properties are not as attractive and do not offer the same value or benefits as does a Ritz-Carlton property; some Members resent Marriott owners having access to the RCDC properties, feeling it devalues their Ritz-Carlton membership.

- **Frustrations with the Club leave Ritz-Carlton's brand equity vulnerable.** Most Members currently have strong positive impressions of the Ritz-Carlton brand, suggesting there is still appeal among members. However, there is a clear correlation between satisfaction with the Club and impressions of the Ritz-Carlton brand and those who are most dissatisfied with the Club view Ritz-Carlton in a much less positive light than do others.

- **Members express a desire for clearer communication and transparency.** Satisfaction with frequency and helpfulness of communication is only marginally positive. Open end responses reveal a plea for honest communication and transparency. Members genuinely want to know the business' strategy moving forward. They would prefer to receive an E-brochure and/or letter regarding Marriott Vacation affiliation information.

- **Luxury condos and hotels in Europe, North America, the Caribbean and Hawaii are of most interest to members.** These property types and regions (especially Europe) should be the focus for the Club moving forward.

**APCO** insight®

4

# Strategic Implications

- Members want a clearly communicated plan that will provide them with value and an experience that they perceive as consistent with the Ritz-Carlton brand.

- Dissatisfaction with Ritz-Carlton Destination Club could end up hurting the Ritz-Carlton brand.

- Affiliation with Marriott Vacation Club Destinations will deepen Member mistrust and dissatisfaction with Ritz-Carlton Destination Club.

- Ritz-Carlton Destination Club decisions will be met with skepticism by many Members.

- Member satisfaction has to be measured against a sustainable business plan for Ritz-Carlton Destination Club.

**APCO**
i n s i g h t ®

5

**APCO** insight®  |  **DETAILED FINDINGS**

# The Ritz-Carlton brand remains strong, but satisfaction with the Destination Club is not as high



**Overall Impression of RC brand**

| 6% | 4% | 14% | 76% |

■ Unfavorable (0-4)  ■ Netural (5)  ■ Somewhat favorable (6-7)  ■ Favorable (8-10)

0 — Very unfavorable ...... Mean (ALL) **8.2** ...... 10 — Very favorable

7.9 Jupiter
7.4 San Fran
8.0 Tahoe
8.3 St. Thomas
8.4 Aspen
9.1 Vail

**Satisfaction with RCDC membership**

| 43% | 6% | 24% | 27% |

■ Dissatisfied (0-4)  ■ Neither dissatisfied nor unstatisfied (5)  ■ Somewhat satisfied (6-7)  ■ Satisfied (8-10)

0 — Extremely unsatisfied ...... Mean (ALL) **5.1** ...... 10 — Extremely satisfied

3.2 San Fran
3.9 Tahoe
4.9 Jupiter
5.0 Vail
5.2 St. Thomas
5.5 Aspen

- The Ritz-Carlton brand receives very strong positive ratings, a testament to the power and appeal of the brand for Members.

- There is a clear divide among Members regarding their satisfaction with the club – 51 percent say they are at least somewhat satisfied while 43 percent say they are dissatisfied.

- Satisfaction with the Club impacts perceptions of the Ritz-Carlton brand. While dissatisfied members still have positive impressions of the RC brand, the mean rating (7.3) is significantly lower than those who are neutral (8.6) or satisfied (9.0).

Q1 Please indicate your overall impression of The Ritz-Carlton brand. (Scale: 0 = very unfavorable, 5= neutral, 10 = very favorable)
Q2. Please indicate how satisfied you are with your The Ritz-Carlton Destination Club membership. (Scale: 0 = extremely dissatisfied, 5 = neither dissatisfied nor satisfied, 10 extremely satisfied)

**APCO** insight®

7

# Satisfaction with frequency and content of RCDC communications is marginally positive



***Satisfaction with the frequency of RCDC communication***



***Helpfulness of communication content***

- San Francisco Home Club Members have the lowest satisfaction ratings for RCDC overall as well as communication frequency and content (below average mean ratings on all three measurements).

- Aspen Home Club Members have the highest satisfaction ratings on the same three measurements, but satisfaction is still low (ranges from 5.5 to 6.6 mean satisfaction ratings).

Q4. Please indicate how satisfied you are with the frequency of communication you receive from The Ritz-Carlton Destination Club.  (Scale: 0 = extremely dissatisfied, 5 = neither dissatisfied nor satisfied, 10 extremely satisfied)
Q5. Please indicate how helpful you find the content of communication you receive from The Ritz-Carlton Destination Club.  (Scale: 0 = not helpful, 5 = neither helpful or not helpful, 10 extremely helpful)



# All aspects are seen as important; most important are availability, onsite experiences, services and dues



Direct Comparison

| | 1st | Top 3 |
|---|---|---|
| Availability of the days you want (AVAILABILITY) | **33%** | **64%** |
| In-Residence experience (ONSITE) | **14%** | **34%** |
| Services provided by the club (SERVICES) | 4% | 17% |
| Dues and maintenance fees (COSTS) | **19%** | **47%** |
| Ability to access a wide variety of locations (VARIETY) | 11% | 32% |
| Sister Club Exchange program (EXCHANGE) | 6% | 31% |
| Access to per diem nights at home club (PER DIEM HOME CLUB) | 5% | 22% |
| Access to per diem nights at sister club destinations (PER DIEM SISTER CLUB) | 2% | 17% |
| Member Experience Concierge (CONCIERGE) | 1% | 6% |
| Access to the Hotel Reservation Service (RESERVATIONS) | 1% | 10% |
| Ability to exchange allocated time to Exclusive Resorts (EXCLUSIVE RESORTS) | 5% | 21% |

76% Extremely Important (10)
93%  3% 1% 1%
65%
90%  5% 2% 2%
52%
85%  7% 4% 3%
58%
79%  10% 6% 3%
54%
75%  8% 5% 11%
51%
74%  9% 5% 9%
51%
73%  11% 7% 7%
43%
67%  12% 9% 10%
35%
67%  17% 7% 9%
30%
55%  16% 9% 18%
35%
53%  11% 7% 22%

■ Important (10-8)   ■ Somewhat important (7-6)   ▨ Neutral (5)   ■ Not at all (4-0)

BOLD BLACK DATA SHOW 3 MOST IMPORTANT ELEMENTS WHEN COMPARED DIRECTLY

Q6. Here is a list of some items that many people associate with The Ritz-Carlton Destination Club membership. For each one, please indicate how important that item is to you. (Scale: 0 = not at all important to 10 extremely important, no opinion)
Q7. Please indicate which of these items are most important to you.

**APCO** insight®   9

# Members from differing home clubs have similar opinions on what is important

- In almost all Home Clubs, a plurality of members agree that *availability* is their priority item. The exception is in San Francisco, where 2 in 5 believe that *costs* (41%) outweigh *availability* (24%). In St. Thomas *availability* (27%) just narrowly outranks *costs* (24%) as the biggest priority.

| MEAN RATING (IMPORTANCE) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ALL | Aspen | Jupiter | San Francisco | St. Thomas | Tahoe | Vail |
| Availability | 9.5 | **9.4** | **9.5** | 9.6 | **9.4** | **10.0** | **9.8** |
| Onsite | 9.2 | 9.2 | 9.4 | 9.4 | 9.2 | 9.1 | 9.7 |
| Services | 8.8 | 8.9 | 8.9 | 8.3 | 8.9 | 8.6 | 9.4 |
| Costs | 8.8 | 8.5 | 8.6 | **9.5** | 9.0 | 8.7 | 9.0 |
| Exchange | 8.3 | 8.6 | 7.8 | 7.2 | 8.5 | 8.3 | 8.1 |
| Per Diem Home Club | 8.3 | 8.0 | 8.1 | 8.7 | 8.4 | 9.2 | 8.1 |
| Variety | 8.3 | 8.2 | 7.7 | 7.7 | 8.5 | 9.3 | 8.8 |
| Concierge | 7.9 | 7.9 | 8.0 | 8.0 | 7.9 | 8.0 | 9.0 |
| Per Diem Sister Club | 7.9 | 8.0 | 7.2 | 7.1 | 8.2 | 7.8 | 8.1 |
| Reservations | 7.1 | 7.1 | 6.9 | 6.9 | 7.0 | 7.2 | 8.8 |
| Exclusive Resorts | 6.9 | 7.0 | 6.2 | 5.3 | 7.3 | 7.7 | 8.2 |

Significantly higher than all other home clubs (caution: small base size)

**BOLD BLACK DATA SHOW ELEMENTS SELECTED AS MOST IMPORTANT WHEN COMPARED DIRECTLY**

Q6. Here is a list of some items that many people associate with The Ritz-Carlton Destination Club membership. For each one, please indicate how important that item is to you. (Scale: 0 = not at all important to 10 extremely important, no opinion)
Q7. Please indicate which of these items are most important to you.

APCO
insight®

# Members express dissatisfaction with 6 of 11 assessed attributes



Mean

| | ALL | ASP | JUP | SF | STT | TH | Vail |
|---|---|---|---|---|---|---|---|
| In-Residence experience (ONSITE) | 7.4 | 7.6 | 7.4 | 6.5 | 7.3 | 7.5 | 8.7 |
| Services provided by the club (SERVICES) | 6.9 | 7.3 | 6.9 | **5.0** | 6.8 | 6.6 | 7.9 |
| Member Experience Concierge (CONCIERGE) | 6.9 | 6.9 | 7.0 | 6.4 | 6.8 | 6.9 | 6.8 |
| Access to the Hotel Reservation Service (RESERVATIONS) | 5.8 | 5.8 | 5.6 | 5.7 | 5.8 | 5.4 | 6.0 |
| Access to per diem nights at home club (PER DIEM HOME CLUB) | 5.1 | 5.1 | 5.4 | 3.2 | 5.5 | 2.9 | 3.1 |
| Availability of the days you want (AVAILABILITY) | 4.3 | 4.4 | 4.5 | 3.2 | 4.6 | 2.3 | 3.2 |
| Access to per diem nights at sister club destinations (PER DIEM SISTER CLUB) | 4.0 | 4.6 | 3.7 | 2.8 | 4.0 | 3.6 | 3.1 |
| Sister Club Exchange program (EXCHANGE) | 3.8 | 4.0 | 3.8 | 3.5 | 3.6 | 3.5 | 4.3 |
| Dues and maintenance fees (COSTS) | 3.7 | 4.3 | 4.3 | **1.1** | 3.4 | 3.4 | 3.9 |
| Ability to exchange allocated time to Exclusive Resorts (EXCLUSIVE RESORTS) | 3.4 | 3.9 | 3.2 | 3.0 | 3.4 | 2.2 | 2.9 |
| Ability to access a wide variety of locations (VARIETY) | 2.7 | 3.0 | 2.7 | 1.5 | 2.8 | 2.0 | 2.5 |

DISSATISFACTION

Bar chart percentages:
- In-Residence experience (ONSITE): Exceed 57%, Met 12%, Neutral 22%, Fell short 6%
- Services provided by the club (SERVICES): Exceed 48%, Met 15%, Neutral 25%, Fell short 10%
- Member Experience Concierge (CONCIERGE): Exceed 47%, Met 12%, Neutral 26%, Fell short 11%
- Access to the Hotel Reservation Service (RESERVATIONS): Exceed 26%, Met 8%, Neutral 31%, Fell short 17%
- Access to per diem nights at home club (PER DIEM HOME CLUB): Exceed 21%, Met 13%, Neutral 24%, Fell short 30%
- Availability of the days you want (AVAILABILITY): Exceed 17%, Met 14%, Neutral 17%, Fell short 52%
- Access to per diem nights at sister club destinations (PER DIEM SISTER CLUB): Exceed 10%, Met 9%, Neutral 19%, Fell short 40%
- Sister Club Exchange program (EXCHANGE): Exceed 11%, Met 10%, Neutral 16%, Fell short 49%
- Dues and maintenance fees (COSTS): Exceed 9%, Met 6%, Neutral 29%, Fell short 55%
- Ability to exchange allocated time to Exclusive Resorts (EXCLUSIVE RESORTS): Exceed 5%, Met 4%, Neutral 13%, Fell short 33%
- Ability to access a wide variety of locations (VARIETY): Exceed 5%, Met 6%, Neutral 13%, Fell short 65%

■ Exceed expectations (10-8)  ■ Met expectations (7-6)  ■ Neutral (5)  ■ Fell short of expectations (4-0)

Q8. Now here is the same list again. This time, please indicate how well you think The Ritz-Carlton Destination Club is performing on each item with respect to your expectations.
(Scale: 0 = fall well short of expectations, 5 = meet expectations, 10 = greatly exceed expectations, no opinion)

BOLD RED DATA SHOWS MEANS WHICH ARE SIGNIFICANTLY LOWER THAN ALL OTHER HOME CLUBS

**APCO**
insight®

11

# On the whole, members perceive numerous vulnerabilities



6.0

Extremely

Importance

Less

**Availability**
**[4.3, 9.5]**

**Onsite**
**[7.4, 9.2]**

**Costs**
**[3.7, 8.8]**

**Services**
**[6.9, 8.8]**

**Variety**  **Exchange**
**[2.7, 8.3]**  **[3.8, 8.3]**

**Per Diem**
**Home Club**
**[5.1, 8.3]**

**Per Diem Sister Club**
**[4.0, 7.9]**

**Concierge**
**[6.9, 7.9]**

**Reservations**
**[5.8, 7.1]**

**Exclusive Resorts**
**[3.4, 6.9]**

Less ← **Performance** → More

[Performance (Mean), Importance (Mean)]

- RCDC does well with in-residence experiences (*onsite*) and providing *services*. In these areas, both importance and satisfaction are high.

- The biggest vulnerabilities appear to be *availability* and *costs*. These are seen as very important attributes, but members express dissatisfaction with their ability to use their membership on their desired dates and the increasing dues and maintenance fees.

- *Variety*, *exchange* and *per diem home club* are treading water. These three attributes are middling in terms of their ranking in importance and members aren't satisfied.

Q6 Here is a list of some items that many people associate with The Ritz-Carlton Destination Club membership. For each one, please indicate how important that item is to you. (Scale: 0 = not at all important to 10 extremely important, no opinion) (No opinion % not shown)
Q8 Now here is the same list again. This time, please indicate how well you think The Ritz-Carlton Destination Club is performing on each item with respect to your expectations.(Scale: 0 = fall well short of expectations, 5 = meet expectations, 10 = greatly exceed expectations, no opinion) (No opinion % not shown)

# Open end responses further demonstrate Members frustrations and dissatisfaction

- At best, members express they are satisfied once at their resort. At worst, they accuse RCDC of fraud and remark on whether there are legal remedies available.
- Frustrations with purchase / investment value lost, high fees, and lack of availability are mentioned unaided in the open ends as well (before these questions are asked directly).

*"1. DUES - Dues are too high with no end in sight.  2. BOARD - We want to have more voice, but the board is very incestuous. Same people just switch chairs. Hard for new people to become involved 3. EXCHANGE OF TIME WITHIN HOME CLUB – very difficult to get time outside of allocation. This is getting increasingly harder.  4. OPENING UP AVAILABILITY TO MARRIOTT TIMESHARE OWNERS - It is VERY disturbing that they are opening up the Club to Marriott timeshare owners, which further erodes our availability. We are very dissatisfied with our own ability to exchange time and this just further exacerbates the problem." – Female, St. Thomas*

*"There's a lot of speculation that with the defections of RCDC locations, Marriott might be thinking of abandoning this activity; presumably the remaining properties could be abandoned, or more professionally transitioned to another management company.  Future correspondence might want to address this issue, and if it's not the case, then present a clear statement of Marriott's strategy with regard to these Clubs." – Male, Aspen*

*"I have been a member at Ritz St. Thomas from Day 1.   Just one time I want to feel someone is working for me and not against me. " – Male, St. Thomas*

*"It started out great, but has become a total losing proposition.  No one is even interested in purchasing our unit even though it's been listed for over one year at 50% of the purchase price!  Not one offer.  I will not be paying the annual dues this year.  I'm very tired of throwing good money after bad!" Male, Aspen*

APCO insight

13

Q3. You rated your satisfaction at [INSERT RATING]. Please list some of the reasons you gave that rating. [OPEN END]

# Moving forward, Members make a plea to return to the promises originally made and the Ritz-Carlton standard

- Members also ask for transparency and the chance to provide input during important deliberations.

*"Care about your existing members and do the right thing by them!! Nobody from the Ritz side wants or cares about being part of the Marriott vacation club, if they did they wouldn't be Ritz members!! apples and oranges." – Male, Jupiter*

*"What I want most of all is HONESTY and COMMUNICATION from the parent co regarding. What are their short and long term intentions? Give us the opportunity to actually talk with senior management to constructively discuss the issues. Stop cutting back on amenities, deferred maintenance, and staffing." – Male, San Francisco*

*"The club has to return to Ritz standards. Service and amenities. If not don't charge me the out of control dues now charged." – Male, St. Thomas*

*"Please turn it around to be the Ritz Carlton. The iconic brand of the past not just a high end Marriott. We invested a lot of money and do so each year. Please do not take that away from us just to sell your timeshares. We trusted you when you sold us fractional ownership in luxury locations and if you open it up to even the top tier MVC then it will soon be followed by every MVC owner. Save RCDC or dissolve it but do not let it go down this path." Male, Jupiter*

*"The most important question has not been asked and that concerns the major changes going on with the Club in Kapalua, Abaco, Jupiter and Bachelor Gulch. No real information of the impact on members has been forthcoming. The attempt to introduce a points system of ownership and the Marriott Vacation Club is a dilution of the value of our investment and the experience which we bought into… We bought into it and our so to speak investors in it… Some clear open and honest information would be appreciated rather than the sales pitch telling us how good something is for us when we repeatedly say we don't want it." – Male, Aspen*

Q9. Please list what you would like to see in the future from The Ritz-Carlton Destination Club. Please feel free to include things like amenities, experiences or anything else that comes to mind.

APCO insight®   14

# Luxury condos and hotels are of most interest to members



**Interest in additional future travel opportunities**

- Most Tahoe members are also interested in private homes (87%), significantly more than any other Home Clubs.

Q10 Please indicate your interest in experiencing the following additional travel opportunities in the future with The Ritz-Carlton Destination Club.

APCO insight®   15

# Members are most interested in Europe vacation properties, but also NA, the Caribbean and Hawaii



**Interest in traveling to vacation properties located in the following regions…**

- Perhaps not surprisingly, St. Thomas members are more likely to favor the Caribbean (84% say they are interested in this region).

- Younger members (33-44 year olds) are more likely to favor North America (94%) and Hawaii (90%).

Q11 Still thinking about the future of the Club, please indicate your interest in traveling to vacation properties located in the following regions.

APCO insight®

16

# Members would prefer to hear about the RCDC and MVC affiliation via E-brochures, letters or your website

**Preferred communication channels for affiliation info**



- Just over 1 in 10 say they are not interested in learning more.
- Members from Aspen (16%), Jupiter (17%) and San Francisco (17%) tend to have a stronger aversion to being contacted on this effort.

Open end responses reveal that many are strongly against such an affiliation

*MULTIPLE RESPONSE*

Q12 Shortly you will be hearing more about a possible affiliation of The Ritz-Carlton Destination Club with the Marriott Vacation Club Destinations Exchange Program. Please indicate which of the following ways you would like to learn about this possible exchange affiliation.

**APCO** insight®

17

# Members clearly prefer to make reservations via member services' personal service

*Preferred method of making reservations*



Q14 What is your preferred method of making reservations?

# Family members are most common vacation companions

*Who do you MOST commonly vacation with…*



- Members who selected "other" commonly express multiple family members (spouses, children and grandchildren).

Q13 Who do you most commonly vacation with when vacationing at The Ritz-Carlton Destination Clubs?

**APCO** insight®   **19**

# Demographics



