# EXHIBIT E

Member Focus Group Interviews

# Ritz-Carlton Destination Club Research Report

JANUARY 2014



**APCO** insight

# Table of Contents

Objectives ........................................................................................................................................ 1

Methodology .................................................................................................................................... 1

Key Findings .................................................................................................................................... 1

Initial Club Changes Conversation ................................................................................................. 3

    Impressions of the Club from the Survey ................................................................................. 3

    Other Thoughts About Membership ........................................................................................ 6

    Plan to Put Developer Inventory into Marriott Vacation Club Trust ....................................... 8

    What Changes Would You Like to See in the Club ............................................................... 10

Potential Experiences ................................................................................................................... 11

    On-site Experiences and Special Access or Privileges ........................................................ 11

    Member-only Trips ................................................................................................................ 12

    Exclusive Events .................................................................................................................. 12

Appendix ....................................................................................................................................... 14

    Member Introductions and Why They Joined RCDC ............................................................ 14



## OBJECTIVES

The Ritz-Carlton Destination Club (RCDC) engaged APCO Worldwide in order to follow-up on the recent member survey to obtain further feedback and input from RCDC Members regarding their membership. The sessions were developed to demonstrate increased transparency in communications by the Club and gain insights through facilitated brainstorming. Specifically, the research covered the following topics:

- Impressions of the Club with a focus on home and sister club availability, access to locations in the UK and Europe, enhanced Membership benefits, and transparent communications

- Reaction to the plan to put the remaining developer inventory into the Marriott Vacation Club Trust

- Changes Members would like to see in the Club

- Potential experiences they would like to see through the Club

## METHODOLOGY

APCO conducted four focus group sessions among RCDC Members between January 13 and 16, 2014; sessions were held in San Francisco, Vail and Aspen. Each session followed a discussion guide developed in partnership between APCO and RCDC. Each conversation lasted approximately 90 minutes.

Members interviewed were identified and contacted by RCDC and invited to participate in the sessions. A total of 13 Members representing home clubs in San Francisco, Lake Tahoe, Vail, Aspen and St. Thomas participated in the sessions.

Please note that, by nature, qualitative research does not allow for statistical analysis and interpretation. All findings included in this report are meant to provide insight and direction into decision making and should not be regarded as ultimate truths. Any statements made in this report, including findings, conclusions and recommendations, are based upon the attitudes and opinions of the participants and are not necessarily projectable to the population-at-large.

## KEY FINDINGS

**For most Members, RCDC is a second home, not a travel club**. This is especially true for the Members with whom we spoke who own in Lake Tahoe, Vail and Aspen. Your Members have the means to plan trips to other areas and gain access to events and these benefits do not appeal to them. They want access to their home club and the ability to use other Ritz-Carlton clubs on a per diem or trade basis.

**They bought the Ritz-Carlton Destination Club because of the Ritz name and standards**. These Members typically evaluated other fractional ownership and club programs. They chose RCDC because of the Ritz promise of service and high quality. Members experience both of these when onsite. However, the offsite Member services are rated poor and do not seem to meet the Ritz standards. Most do not know who their personal member services representative is and many point out that the quality has declined since the call center moved from Orlando to Salt Lake City. Members want to speak with someone who knows who they are, what their family is like, what their preferences are and can assist them in making reservations and maximizing their membership. They don't want to have to calculate how their weeks convert to points and what they can get for those points; Members want someone who will provide solutions and make it easy for them to plan their vacation, to demystify the MVC and Exclusive Resorts affiliations, and make their experience enjoyable.

**There is a real potential for brand damage to the Ritz-Carlton hotel**. We noted this finding in the survey and these interviews have reinforced this concern. Moreover, the lost favorable sentiment toward Ritz-Carlton may translate into lost revenue as Members deselect Ritz-Carlton and begin to stay with Four Seasons,

Peninsula, and other premium hotel brands. As one Member noted, "I will take my hotel business away from Ritz-Carlton and give it to the Four Seasons if Ritz-Carlton Club is not honest with me."

**Members want to know what the Club's vision is**. The survey also noted the low ratings for communications and the transparency (or lack thereof) in the communications they receive from the club. Members spoke about how most of the communications they receive are full of legalese and that they don't understand them; they would like a summary of what the main point of the communication is and how it affects them. They also spoke about how bad news is delivered in a happy tone ("We just lost BG, but look at all these great opportunities for you!") and this makes some Members mad because they don't feel they are getting the truth. Communications should be brutally honest – Members feel they are in the dark but are willing to give RCDC credit for making sound business decisions that will strengthen the Club and secure their asset.

**Concern about the "Marriott-ization" of the Club**. Members raise a number of concerns about allowing Marriott Vacation Club members access to Ritz-Carlton Club. One of the key concerns is whether or not the Ritz-Carlton quality standards will be maintained or if service and property quality will slip as a result. A related concern is whether or not allowing MVC members access to the Clubs will result in devaluing their asset; many spoke about the loss of clubs impairing the value of their asset and question if this new affiliation will result in a further decline. Another concern is competing for Club inventory with thousands of MVC members. Finally, as we heard in the survey, several of the members flat out said they do not want MVC members in their clubs.

**Members generally do not like the MVC affiliation and proposed membership tier within MVC.** Ritz-Carlton Members see how MVC members will benefit by gaining access to Ritz Carlton properties but they struggle to see how they will benefit. Your Members feel like they would be trading down in staying at an MVC property. They do not feel that trading their weeks for points will result in a better experience nor are they confident that they will receive a premium in terms of what their week is worth at a high end property versus going to a MVC property. They also question how they can be compensated for the loss of services once onsite at an MVC property (e.g., weekly housekeeping service versus twice a day, dishes washed versus not, transportation, etc.). They are aware of the differences in dollar terms of both buying into each club and ongoing dues and want to make sure their significantly greater investment is valued appropriately. To have any shot at placating Members, this new tier will have to recognize RCDC Members at a very high premium level and find ways to continue to deliver the value they expect from Ritz-Carlton. This would likely include point premiums for use within the MVC system, significant discounts at Ritz-Carlton hotels and special treatment while on property.

**Members are unaware of the structure behind the Ritz-Carlton hotels and the Club**. In their mind, they bought into the Ritz-Carlton. They believe they should be recognized at hotels as RCDC Members and be treated as a premium guest. They expect to enjoy "meaningful discounts" off published rates (i.e., 25 to 30 percent) and receive upgrades and the ability to book well in advance. Members are willing to trade weeks to get suites at hotels in destinations where there isn't a club. They are irritated when they can't get into a hotel or receive a discount similar to what they can get with American Express or some other affiliation. In their mind, both are owned by Marriott so they should be coordinating with each other with respect to RCDC Members.

**Members are interested in communicating with each other and having a sanctioned online trading site**. Longer-term Aspen members recall the website group that enabled Members to trade weeks among themselves and help each other out when something threw a wrench in their travel plans. In one Aspen session a woman noted that she bought bikes in Aspen only to be told that there wasn't storage available for her to use or rent; a Member with three units noted that he had plenty of excess storage and would make some available to her. This accommodation would not have happened without the focus group but may have if there were a Member community online. Members welcome RCDC facilitating such a site.

**APCO**
worldwide®

## INITIAL CLUB CHANGES CONVERSATION

### IMPRESSIONS OF THE CLUB FROM THE SURVEY

Many of the Members with whom we spoke expressed concern about their ability to get their desired weeks at their home club and the difficulty associated with trading weeks for sister clubs. Some Members spoke about the tactics they employ to get access and how much work it is. There were some conversations about the wait list (here and in other sections of the sessions) and how they would like more transparency with the reservation system. Few Members expressed satisfaction with availability; those who did tend to have more flexibility and no children's vacation schedules to consider.

Here are some representative comments regarding home and sister club availability:

> *"I want to have access to my property when I bought it." (Get the weeks promised / purchased)*

> *"Impossible – Lake Tahoe sold the majority of its units."*

> *"I know Ritz-Carlton has seven units here and the other thirty-five are empty. Why can't we get access to those units?"*

> *"We want to be able to use the thirty-five units on a per diem basis."*

> *"I am concerned about availability in Aspen. There already seems to be limited trading ability at my home property. We (Aspen owners) should have top priority over Marriott people trying to get in."*

> *"Maybe they can set aside the developer units for Ritz-Carlton Members and give us early access, say a 60-day booking window and then Marriott after that window expires."*

> *"If you can time exactly when you need to call you can get in."*

> *"I know what day I need to call to book the property 13 months out."*

> *"I book a year ahead to get in."*

> *"I check availability every Saturday morning to see where I can go and when."*

> *"When we ask at the desk about extending our stay by a day or two they tell me they are full. I say, 'I know these units aren't full' but they say they can't tell me anything onsite. They say you have to call the 800 number to check availability."*

> *"If I am trying to get into my home club I should go to the top of the list, ahead of any other Members trying to get in."*

> *"The Marriott Vacation Club works easier. I have no problem getting into those properties." (MVC and RCDC Member)*

> *"I don't understand the language of 'wait list' or 'filled' because that is all I seem to get. If I'm 'top five' I know I'll probably be 'cleared' but otherwise the wait list is a joke."*

> *"I don't find it at problem in Aspen, but I have more flexibility as I don't have kids and can go more off-peak."*

> *"I have been to Bachelor Gulch, Hawaii, Lake Tahoe and San Francisco. I have enjoyed being able to visit all the clubs. Of course, we don't have Hawaii or Bachelor Gulch anymore. That's disappointing."*

Consistent with the survey findings, there was considerable discussion about the lack of transparency in communications from the Club. As the survey found, Members want to know where the Club is headed and how that affects them. Many expressed frustration with the barrage of bad news – lost clubs and the MVC affiliation – and are particularly peeved by both the "happy tone" employed in the initial communication and the

APCO
worldwide®

"legalese" contained in subsequent communications. We spent time in each session answering questions about why some resorts left the Club and in all cases the explanation was news to these people.

Your Members are sophisticated; they understand that a poor economy can negatively affect the Club and are willing to hear you out so long as you give it to them straight and tell them what you plan to do about it.

Members are interested in being able to get information directly from the Club, either via email (some talked about having email folders set up to catalog their RCDC correspondence) or the website. They are also interested in having a contact person at the Club who can answer their questions (and most agree that their customer service representative is not equipped to do so).

Representative comments regarding transparent communications:

*"Let us know the plan for the Club and the direction we are headed."*

*"I want to understand the Club's vision for the Club and where everything is headed."*

*"Why is Ritz-Carlton not selling?"*

*"I met a Marriott Vacation Club person in the club in Vail. I hadn't heard anything from Ritz-Carlton about the affiliation."*

*"With Bachelor Gulch we never heard why they opted out. Same thing with Hawaii."*

*"The letters I get from Ritz-Carlton always seem to be a happy but the information isn't happy news. This adds to my distrust."*

*"Bad news is written with a happy tone. Just give it to me straight."*

*"There's too much legalese in the communications."*

*"I couldn't read the changes to the rules and regulations – there was too much legalese. Give me a one-page summary."*

*"The Member services person when I call doesn't understand the rules, either, so I can't get any help."*

*"Give me access to a decision-maker at Ritz-Carlton. No one I speak with seems to be able to answer my questions or help fix my problem."*

*"I want to hear from them by email. I'd like to be able to email them a question and get an answer back."*

*"Have a contact person for each Member so that we can get answers from the Club.'*

*"Remember when we had that website (Aspen) where Members could trade weeks and discuss the Club?"*

*"There should be an official Ritz-Carlton blog to share questions and answers with each other. And to get information from the Club."*

*"I go to the Ritz-Carlton Club website to get information."*

*"What's up with the computer system? Why is it easier me to get access to the Ritz-Carlton with Marriott Vacation Club points than as a Ritz-Carlton member?"*

> *"If we are becoming the Marriott Vacation Club, let me pay those prices."*

> *"If buyouts are happening, then make that available to all."*

There is some interest in having Ritz-Carlton Club locations in Europe or access to comparable properties there, but that is not a prime focus of Members. Yes, they like to have RCDC resorts where they can go if they want, but providing access to others' properties through affiliation is less of a priority. Many stated they can plan and coordinate their own vacations to alternate properties in locations where Ritz-Carlton Clubs are not located. That said, they do want access to Ritz-Carlton hotels.

Representative comments regarding access to luxury locations in the UK and Europe:

> *"I'd like to see more options in Europe, the more the better. They need to be at comparable levels."*

> *"I want three bedrooms with a similar set-up to Vail or Aspen."*

> *"I'm interested in properties in Italy, France and Germany."*

> *"Tuscany, Champagne."*

> *"They should use the affiliation with Ritz-Carlton hotels or Exclusive Resorts."*

> *"I would take a suite at a Ritz-Carlton hotel anywhere in the world rather than stay at a Marriott Vacation property."*

> *"I have to work to get a discount at the Ritz-Carlton hotels. I shouldn't have to work hard for that."*

> *"It would be nice if we could use a week to trade for these (Ritz-Carlton hotel) locations."*

> *"We shouldn't have to give up our week until we know what's available and can make an informed decision about whether or not to put my week in play."*

> *"I can do that on my own. I belong to the Ritz-Carlton to get access to my home club."*

Most Members initially said that the benefits they receive at the clubs are "outstanding" and that their on-site treatment is "excellent." Members were quick to note how positive their experiences with club staff are.

When pressed a bit, they noted a wide range of benefits that they might enjoy, as well as a caution that that special events should be reserved for peak times to ensure a good payback for the money spent.

Representative comments regarding enhanced membership benefits at clubs:

> *"It's not that important to me."*

> *"The staff has always been great."*

> *"Staff are great at Aspen."*

> *"I just want to say that the staff is wonderful."*

> *"The San Francisco experience is great."*

> *"I bring a group of guys up in December. We call it the MOOSE group. We've been doing this for years and the staff knows about it. This year they made up a sign welcoming the MOOSE group and making up bottles of wine with the MOOSE label. It was great and very personal. They hit a home run with that one."*

**APCO**
worldwide®

Here are some specific benefits mentioned:

*"First Tracks is great. We are able to get on the mountain first before anyone else."*

*"Bi-lingual baby-sitting service would be helpful at somewhere like Vail or Aspen."*

*"Access to private clubs in the areas where the resorts are."*

*"Wine-tastings."*

*"They had a gingerbread class for us here (Vail) and it was a lot of fun."*

*"Mabe they could have a special spa night."*

*"It's essential to have a concierge who can do it all for me and call me back."*

*"I'd like to see brighter lights in the San Francisco gym."*

*"I'd like to see a once a day shuttle to Snowmass. It can be at a dedicated time, say leave at 9 am and return at 4 pm."*

*"They could market that (Snowmass shuttle) to the rest of the Highlands community."*

*"The Suburbans are great locally, taking us into town and such. But, it would be nice to provide transportation between Eagle/Vail airport and the resort. It doesn't have to be free. The Ritz could contract with someone."*

*"I'd like to see a way to track what a Member spends at the resort if they don't charge it to their unit."*

*"They could give us a $100 food credit for each visit to encourage us to use the –member-owned restaurant. It could be included in the annual dues."*

*"It makes sense to have special events during high occupancy times, otherwise don't waste the money."*

**OTHER THOUGHTS ABOUT MEMBERSHIP**

Members were very free and open with their opinions on the Club and what they believe it does and doesn't do well. A primary theme raised was the "Marriott-ization" of the Club and the perception that affiliating with MVC will be a "step down" for RCDC Members. Many Members expressed concern that the affiliation will further dilute the value of their asset in RCDC. Members get very animated speaking about the MVC affiliation and what it means to them.

Members spoke about how one benefit they want from RCDC is ease of travel and that this is becoming more of an issue and challenge rather than a benefit. We had conversations about the customer service representatives (or lack thereof) and how this off-site service has declined in recent years. Underlying the conversation was a sense that this lack of focus on delivering great off-site experience and treating Members well is symptomatic of the decline of the entire Club, including the loss of resorts, and validates a general sense that Marriott has "written off" the RCDC.

The complexity of trading weeks and the wait list system was also noted and also signals a deficit in off-site customer service and concern about Members' well-being. Members again noted how they expect reciprocal premium standing with Ritz-Carlton hotels and how these properties may be incorporated into inventory for Club Members.

6

**APCO**
worldwide®

The notion of having a way to communicate with other Members surfaced here as well.

Representative comments:

*"I pay a premium to be a Ritz-Carlton Club Member and don't want Marriott Vacation Club members at my property."*

*"The Marriott presence dilutes the value of the Club."*

*"I am concerned about Marriott – the quality of the properties, the types of guests. I can see that coming here is a trade-up for the Marriott person."*

*"I would rather have Marriott sell Ritz-Carlton to another high-end developer rather than have the Marriott affiliation."*

*"Ritz-Carlton Club has impaired the value of my asset."*

*"Make what I bought the same or better."*

*"I can't sell my property at this point – the loss in value is too great."*

*""With this new affiliation, there are a lot of Marriott people to compete for space here at the Ritz-Carlton."*

*"I believe that home club members should have priority over all others at their home club. This should apply to per diem as well."*

*"Why doesn't the Club affiliate with Four Seasons or some comparable brand that is of the same quality and caliber as the Ritz-Carlton?"*

*"I would be interested in a merger with another high-end fractional company."*

<span style="color:red">What brands do you find comparable?</span>

*Four Seasons*

*Trump*

*Timbers*

*"I am concerned about how they use the sellers inventory – people taking tours / thinking of buying from MVC who are in my club at a rate that is less than I am paying (per diem or otherwise)."*

*"I was sold flexibility but that has not been delivered."*

*"I travel 100 days a year, so it is important to me for travel to be easy."*

*"I love the hotel reservation system. It is so easy to book online at the Ritz."*

*"The Ritz-Carlton is first class, the customer service is first rate – they make it easy to relax on vacation."*

*"Partnering with the Ritz-Carlton has been great. It's a real treat for the children. We get special treatment as Club Members. The upgrades are very beneficial."*

*"My customer service person has turned over six times. I have no idea who to call to get someone who knows anything about me."*

*"I have no idea who my member services person is."*

**APCO**
worldwide®

*"When I call my members services person I don't feel like I'm getting the service I used to."*

*"I'm not even sure I still have a member services person."*

*"Affiliations seem difficult to negotiate."*

*"Exclusive Reports is very restrictive. I have to give my dedicated week versus a floating week."*

*"It has been easy for me to convert weeks to MVC points."*

*"I don't understand the waiting list. It seems whenever I call I'm always in the 'top 5' whatever that means. I'm trying to make plans and need to know if I should book airfare and other arrangements."*

*"The majority of the time, being placed on the wait list doesn't mean anything. We don't plan on getting the time when they say we're on the list."*

*"Why can't they tell you your exact position on the wait list?"*

*"I know that if I'm told I'm in the top five then chances are we'll get it, but would prefer some sort of guarantee so that I don't lose out."*

*"I have to surrender my week in order to trade. Then I get on the wait list or am told it's not available, or lose points if I don't clear the wait list. How can I get that time back?"*

*"There are a lot of restrictions. It seems as bad as the airlines with trying to redeem miles."*

*"If you know the rules and how to operate, you really benefit."*

*"I know that the Ritz-Carlton hotels and clubs are separate, but we should get some benefits for being in the Club."*

*"Maybe they could do some conversions at hotel sites where some suites are set aside for Club Members. We get the service and the Ritz-Carlton experience along with access to different properties."*

*"I'm not sure that I am getting a meaningful discount at the Ritz-Carlton hotels. It sends a poor message."*

<span style="color:red">What's a meaningful discount?</span> *25-30 percent*

*"I would like to see an online marketplace for Ritz-Carlton members to talk to each other and trade weeks among ourselves."*

*"It would be great if that was approved by Ritz-Carlton."*

<span style="color:red">Why would you want this?</span>

*-Connect with other Members with children*

*-Find common interests*

## PLAN TO PUT DEVELOPER INVENTORY INTO MARRIOTT VACATION CLUB TRUST

We told Members that "the developer plans to put the remaining developer inventory into the Marriott Vacation Club Trust to the extent that it can do so, and to allow exchanges between the Club and the Marriott Vacation Club Exchange Program, thereby giving Members more vacation choices."

Members mainly dismissed this plan and reacted negatively to the introduction of Marriott Vacation Club Members into the Ritz-Carlton Destination Club. The chief concern is that the properties, amenities and

**APCO**
worldwide®

services are not comparable between the two clubs, particularly given the cost differential. There is a sense that this move would benefit MVC Members but not RCDC Members. One Member went so far as to say that he would rather have his weeks at RCDC go unused than trade them for a Marriott property.

As noted in the executive summary and demonstrated in the rest of this section, seamlessly integrating RCDC Members into the MVC program will be very challenging. A primary hurdle is the differences in property and service levels and the cost differential of joining each Club and the annual dues. Moreover, there is a sense that premium accommodations would need to be made for RCDC Members, but even then what MVC may be willing or able to offer may not placate the RCDC Members. This whole situation is set up in Members' minds as very much "us versus them" and will be difficult to navigate.

Representative comments on what's appealing about the plan:

> *"Nothing, really."*

> *"Not one thing."*

> *"I'd rather not use my Ritz-Carlton weeks than go to a Marriott Club."*

> *"I don't stay at Marriott and I don't want Marriott people coming into Ritz-Carlton clubs."*

> *"The comingling of the hotel and Club people in St. Thomas is not attractive to me. You don't have a sense of exclusivity there that has been promised by Ritz-Carlton."*

> *"I want privileges – I should always be able to cut in front of Marriott Vacation Club members at any Ritz-Carlton property."*

> *"We can only trade down in level of service. We should get more nights at a Marriott when we trade in our Ritz-Carlton time."*

> *"Marriott will be appealing when I have grandkids and want to take them on vacation."*

Members are very interested in access to their home club and Ritz-Carlton hotels and would like to see increased availability (at discounted rates). As has been noted, Members do not differentiate between the Club and hotels and are upset at the perceived slights when trying to book at Ritz-Carlton properties (not being recognized as a RCDC Member and not receiving preferential treatment).

There are some who are so anti-MVC that they would prefer to see the RCDC continue to shrink in order to maintain the high standards they purchased into; again, recall that for most of the Members with whom we spoke, the RCDC provides a second home and their home club is primarily where they wish to spend time (within the RCDC system).

Comments about changes Members would like to see:

> *"I want to be able to pay per diem rates to get into my home club."*

> *"I'd like discounted rates at Ritz-Carlton hotels."*

**APCO**
worldwide®

*"How is it worth pissing off the Ritz-Carlton Club people and damaging the whole Ritz-Carlton hotel chain?"*

*"I will take my hotel business away from Ritz-Carlton and give it to the Four Season if Ritz-Carlton Club is not honest with me."*

*"They should do what they do really well and let me get the Ritz-Carlton experience."*

*"They should get rid of the Marriott affiliation; just keep it as Ritz-Carlton."*

*"I would prefer to go in the other direction and keep the Club exclusive, not affiliate with Marriott."*

*"The Club should sell to the Four Seasons."*

Members strongly expressed their desire to be given priority and preferential treatment with respect to how inventory from The Ritz-Carlton Destination Club locations should be managed within the Marriott Vacation Club Trust. They even recommended limiting MVC Members' access and see nothing wrong with that.

*"We should get priority access to our home club."*

*"Perhaps put limited availability for Marriott people to get in."*

*"Give preference to Ritz-Carlton Members, especially home club Members."*

*"Dedicate a certain amount of units for Ritz-Carlton Members and we get earlier access to that property."*

### WHAT CHANGES WOULD YOU LIKE TO SEE IN THE CLUB

We asked Members what they'd most like to see change in the Club. By this point, we had heard most of the complaints and issues they have. Four key themes arose with this catch-all question:

1) Make it easy for me to access the system and everything available
2) Provide access to high-end properties through affiliation (not MVC)
3) Have Ritz-Carlton provide resale services
4) Make me feel special

Representative comments on desired changes:

*"I want flexibility at my home club. I don't want to have to raise hell to get my week."*

*"Let me convert my weeks to some currency that lets me go to any Ritz-Carlton hotel."*

*"I'd like to see discounts at Ritz-Carlton hotels around the world."*

*"I want my week back if an affiliation doesn't pan out."*

*"Or don't make us give up our week until an affiliation trade is confirmed."*

*"How do we find out which (Marriott) clubs have gone into the system?"*

*"I'd be interested in vacations at other sites, through affiliations."*

What affiliations would you like to see?

*"Those with comparable values to Ritz-Carlton."*

*Aman*

10

**APCO**
worldwide®

*Taj*

*Four Seasons*

*Montage*

*A&K*

*Tauck*

*"If I want to sell my residence, I have to go to an outside broker. Why can't we sell thought Ritz-Carlton?"*

*"It seems like having Ritz-Carlton involved in the resale would be more attractive to the buyer and help us keep the value up."*

*"I feel like I am paying for mistakes the Ritz-Carlton Destination Club made when building the Club."*

*"The Peninsula knows you. The welcome me by name and know my preferences. That doesn't happen at a Ritz-Carlton (hotel)."*

*"Marriott Rewards Platinum Plus has more draw with the Ritz-Carlton (hotels) than being a Ritz-Carlton Destination Club Member. That's not right."*

## POTENTIAL EXPERIENCES

### ON-SITE EXPERIENCES AND SPECIAL ACCESS OR PRIVILEGES

Consistent with what we heard earlier in the session, Members are generally pleased with the on-site amenities and service. New ideas expressed here are focused on where the Club may locate new resorts, the notion of Ritz-Carlton facilitating Member units rental or assist in facilitating swaps within their home club, and access to storage bins in Aspen and Vail. Having a club website so that Members can communicate with one another is again mentioned.

Representative comments regarding on-site experiences and privileges:

*"I'd like to have another urban club – South Beach or Chicago."*

*"Banff for skiing."*

*"Fractional rentals – there's currently no opportunity to do that through Ritz-Carlton. It'd be nice if we could have Ritz handle this for us."*

*"Christmas week is not that important to me. I heard I could get $5,000 a night and would love to have Ritz-Carlton handle that for me."*

*"The ability to swap weeks with other Members and have Ritz-Carlton facilitate that."*

*"I'd like to see access to more storage bins in Aspen and Vail."*

*"I don't really use them, but if more were available that would be a benefit."*

*"A home club website to communicate with other members."*

11

**APCO**
worldwide®

## MEMBER-ONLY TRIPS

Most Members are not interested in this having Member-only trips through the RCDC. While it appealed to one Member very much, especially being able to design family only trips or custom groups, the majority of Members interviewed said this is not why they joined the Club and that they are able to get these trips from other sources.

Representative comments:

> *"I can get access from somewhere else like my Centurion card."*

> *"I belong to YPO (Young Presidents Organization) and have access to many different resorts through them."*

> *"I can organize my own trip."*

> *"They would have to make it very easy."*

> *"If I could use seven floating days, maybe."*

> *"Maybe if they made available the premium Marriott Vacation properties in Hawaii or a Ritz-Carlton hotel, then it would be a benefit."*

> *"Where are the Marriott premium properties? They should have a list we can review."*

We asked the Vail Members about the potential affiliation with 3rd Home and they expressed some interest so long as the locations and properties are appealing.

> *"It would be interesting to see their locations and learn more about them."*

> *"If they have similar values and properties as Ritz-Carlton, it might be interesting to hear more."*

## EXCLUSIVE EVENTS

Members didn't really have any interest in these events either, again noting how they have access to the events from other sources. The San Francisco Members diverted the conversation to talk about how what they really want are options presented to them and someone who takes care of them and contacts them when she or he has something they believe the Member may enjoy (based on the Member's profile). Again, they don't see RCDC as a travel club, but what they did sign up for is personalized service and high quality so services and experiences that fit with this might be of interest. In Vail, one person thought it would be nice to get access to the summer concert series there, but was not interested in the other options presented.

Representative comments:

> *"I want customized options presented to me and dates so that someone looks into this for me and I can make a decision to release my time in exchange for the trade or not."*

> *"Yes, that is the type of service I expect from the Ritz-Carlton."*

> *"Give us options and choices. Provide me with informed consent and guaranteed access to the trade with all the details spelled out so that I can make a choice to trade or not."*

APCO
worldwide®

*"Make me feel that my priority and investment is appreciated."*

*"Give me at least Platinum Plus value, like an upgrade at the Ritz-Carlton hotel."*

*"Here on the West Coast, losing Hawaii is a huge problem. It is much too difficult to get to St. Thomas from California. What options are available in Hawaii?"*

*"Maybe if they provide a personal concierge for you. Someone who is educated about you and demonstrates some initiative and flexibility to satisfy my travel needs."*

*"It might be nice to have tickets available to the summer concert series in Vail. Have some set aside and let Members know they are available."*

## APPENDIX

**MEMBER INTRODUCTIONS AND WHY THEY JOINED RCDC**

Following are the primary points that Members made when introducing themselves. You will see that some just "stuck to the facts" while others took the opportunity to criticize RCDC or otherwise comment on the membership experience.

The San Francisco comments are not delineated by person but the Vail and Aspen introductions are.

**San Francisco**

Wanted to explore other clubs

Hoped it would increase in value

Bedrooms versus a hotel

Maui property was attractive (3 Members mentioned this)

More space than a hotel room

Kitchen in the residence

Marketed to me as a growing club (2 mentioned this)

Flexibility to get into my home club – can get additional nights on per diem

Difficult to get to the East Coast (St. Thomas – really miss the Hawaii property)

Utilize San Francisco a lot because of the ability to get in on per diem

Onsite staff and experience is excellent

(NOTE: Ritz-Carlton hotel and Destination Club are seen as the same brand; Members do not differentiate as two separate publicly traded companies; they expect to receive reciprocal benefits at the hotel because they are a RCDC Member)

**Vail**

We had been looking at fractional ownership for 10 years across a number of companies

We have used other Ritz-Carlton clubs and hotels

We found Ritz-Carlton more flexible than Four Seasons

The facility here in Vail is awesome

We were also looking at Excusive Resorts as well

I own in Aspen as well as Vail since 2000

I was attracted by the Ritz-Carlton name

I like the 4 weeks that I get at the resort

We can give our children a week if we want

When we joined Ritz-Carlton was promising more clubs, including Europe

**Aspen**

Bought in 2001; wanted something rather than a hotel room

Bought home in Aspen in 2005

APCO
w o r l d w i d e ®

Been trying to sell since then

Bought 5-6 years ago

Wanted a place to have a great time

We are very active and wanted a place to match that

Also looked at Vail

"It's been fantastic. I have been to St. Thomas, Hawaii, and San Francisco."

"I'm disappointed about the Marriott-ization of the Club. We lost the 800 number where we could call and they knew me. The person had all the relevant information on me and knew what I was looking for in a vacation."

Bought 2½ years ago

Have used Lake Tahoe and San Francisco as well

Lost Hawaii in the first year after we had visited that property

"My family owns a Marriott timeshare in Hawaii but I feel that Marriott affiliation with Ritz-Carlton is devaluing my investment because the service level is nowhere near the same. I am going from twice a day housekeeping to once a week and having to make our own beds."

Bought in summer of 2010

Visited friends with a home is Aspen Highlands

Fell in love with Aspen

Love the Ritz-Carlton

Joined because of opportunities to go to other places was appealing even though husband prefers Aspen

Would like to have the opportunity to go to as many different places as possible

Have been to Vail and St. Thomas clubs as well

"I am not opposed to Marriott in Hawaii or Europe if it gets us access to these areas, but would expect to have premium properties available."

Owns three units in Aspen

Bought the first in 2005 at the top of the market

Purchased second unit from an outside broker for half the price of the first but then found out after the fact that he was not eligible to trade or have access to A&K

Third unit was a steal at $55,000 for a 3 bedroom unit with a winter week

"I am concerned about integrating Marriott, but excited about the options."

"There needs to be equity – Ritz-Carlton needs to look at the value ratio to equalize the prices and expenses that we (RCDC Members) pay versus what it costs to going to a Marriott property versus a Ritz-Carlton property."