**Appendix "A"**

| | | |
|---|---|---|
| Jay Neveloff[1] | October 4, 2017 | New York, New York |
| Gerald Marsden[2] | October 5, 2017 | New York, New York |
| Philip Schneider[3] | October 18, 2017 | Scottsdale, Arizona |
| Randal Mercer[4] | October 24, 2017 | Fort Myers, Florida |
| Juan Pablo Cappello[5] | October 26, 2017 | Miami, Florida |
| Lee Cunningham[6] | November 10 & 15, 2017 | Orlando, Florida |
| Lori Phillips[7] | November 13, 2017 | Orlando, Florida |
| Stephanie Sobeck[8] | November 16, 2017 | Orlando, Florida |
| Philip Gosch[9] | December 1, 2017 | Denver, Colorado |
| Michael Marino[10] | December 6, 2017 | New York, New York |
| Mary Lynn Clark[11] | December 6, 2017 | Florham Park, New Jersey |
| Michael Mullinex[12] | December 12, 2017 | Ladue, Missouri |
| Tyler Oliver[13] | January 12, 2017 | Kansas City, Missouri |
| Evelyn Babich[14] | March 7, 2018 | Salt Lake City, Utah |
| Stacey Jackson-Rauso[15] | March 29, 2018 | Orlando, Florida |
| Nicole Verrechia[16] | May 7, 2018 | White Plains, New York |
| Stephanie Sobeck[17] | May 15, 2018 | Orlando, Florida |
| Lizabeth Kane-Hanan[18] | May 16, 2018 | Orlando, Florida |
| Steven Weisz[19] | May 17, 2018 | Orlando, Florida |
| Lee Cunningham[20] | May 18, 2018 | Orlando, Florida |
| Ivan Skoric[21] | April 27, 2018 | Aspen, Colorado |

---

[1] Former Association Board Member and President
[2] Former Association Board Member and Treasurer.
[3] Former Association Board Member.
[4] Current Association Board Member and President.
[5] Former Greenberg Traurig partner and Unit Owner.
[6] MVW's Chief Operating Officer
[7] MVW's senior vice president of asset management
[8] MVW's former vice president.
[9] Outside counsel to Association from Brownstein Scheck Farber.
[10] Lawyer asked by Association to work on Affiliation documents.
[11] MVW's senior vice president of product development.
[12] Former Board Member and President of the Association for the RCDC at Bachelor's Gulch; led the break away from RCDC.
[13] Current Association Board Member.
[14] MVW General (former) Manager, Member Services Ritz Carlton Destination Club
[15] MVW Senior Director - Asset Management
[16] Morrow & Co. Consultant on Survey to MVW
[17] Re-deposed on withheld documents.
[18] MVW Executive Vice President, Revenue and Inventory Management and Product Innovation
[19] MVW Chief Executive Officer
[20] Re-deposed on withheld documents.
[21] Real Estate Broker. Former Managing Broker, The Ritz-Carlton Destination Club, Aspen

| | | |
|---|---|---|
| Christopher T. Donaldson[22] | May 23, 2018 | Salt Lake City, Utah |
| Nicholas DiMeglio[23] | June 20, 2018 | Aspen, Colorado |
| Christopher T. Donaldson | June 25, 2018 | Salt Lake City, Utah |
| John Hearns, personal[24] | June 26, 2018 | Orlando, Florida |
| John Hearns, 30(b)(6) | June 26, 2018 | Orlando, Florida |
| Nick Rossi[25] | June 28, 2018 | Orlando, Florida |
| Richard Hayward[26] | July 6, 2018 | Irvine, California |
| Kim Frates-Mazzilli[27] | July 6, 2018 | Orlando, Florida (video conf.) |
| Daniel Hicks[28] | July 6, 2018 | Orlando, Florida (video conf.) |

---

[22] Cushman & Wakefield Appraiser
[23] General Manager, Ritz-Carlton Destination Club, Aspen, Ritz-Carlton Hotel Company, LLC
[24] Marriott International, Inc. Vice President, Global Residential Operations at Marriott International
[25] MVW Senior Vice President Inventory & Revenue Mgmt
[26] MVV Vice President Asset Management
[27] MVW Senior Director, Financial Analysis and Business Support
[28] MVW