# EXHIBIT A



Ian S. Marx
Tel 973.360.7951
Fax 973.301.8410
MarxI@gtlaw.com

July 9, 2018

**VIA E-MAIL**

| | |
|---|---|
| Michael J. Reiser, Esq.<br>Reiser Law, p.c.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596 | Tyler R. Meade, Esq.<br>The Meade Firm P.C.<br>1816 Fifth Street<br>Berkeley, California 94710 |
| Matthew C. Ferguson, Esq.<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611 | Michael Schrag, Esq.<br>Gibbs Law Group<br>505 14th Street<br>Oakland, CA 94612 |

Re:   *RCHFU, LLC v. Marriott Vacations Worldwide Corp.*
        **Civil Case No. 16-01301 PAB (D. Colo.)**

Dear Counsel:

      We write with respect to the Court's Order, entered on May 21, 2018, which required the parties to take certain actions with respect to Plaintiffs' Motion to Compel/Sanction (ECF#202).  Specifically, the parties were directed to meet and confer on the matter, narrow the issues as to what documents or other information have not been provided and determine what other issues surrounding this discrete dispute still exist.

      We had an initial meet and confer call on May 29, 2018, during which you identified and discussed the following issues, that believed required follow-up (since then, as we advised the Court, we have had a number of follow-up discussions concerning these issues).  Here is a summary as to the current status of these issues:

A.  <u>Subpoena to The Ritz-Carlton Development Company</u>

1.  With respect to the two previously produced spreadsheets of sales data:

    a.  You asked us to confirm that the Chart titled "RQ Aspen Sales" (RCDC 68339-47) captures resales and sales of "reacquired" fractions and that "RQ" stands for "Reacquired."

    **Marriott Defendants' Response:**   *Confirmed.*

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS
* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP  ■  ATTORNEYS AT LAW  ■  WWW.GTLAW.COM
500 Campus Drive, Suite 400  ■  Florham Park, New Jersey 07932  ■  Tel 973.360.7900  ■  Fax 973.301.8410
NY 247406549v1

Michael J. Reiser, Esq. and Tyler R. Meade, Esq.
July 9, 2018
Page 2

_____

    b.  You asked us to confirm whether there are any sales by Lore Institute that are reflected on the chart that has the title DEV Aspen sales (RCDC 68289-338).

        **Marriott Defendants' Response:**  *We believe there are sales by Lore Institute that are reflected on this chart.  We believe we can identify those sales on or before July 13, 2018.*

2.  With respect to the Lore Institute/Jamie Klein:

    a.  You asked whether there was a contract with Lore/Klein and, if so, can we produce it.

    b.  You asked if there is a "Lore File" concerning the work that Lore/Klein did and, if so, can we produce it?

        **Marriott Defendants' Response**:  *Documents RCDC075861 through RCDC075965 were produced on July 9, 2018.*

3.  In connection with deposition testimony concerning an "Owners Modification Group" whose involvement was necessary in connection with resales, you asked:

    a.  Is there such a group?

    b.  If so, does that Group have information relating to resales and can we generate a report that would reflect such sales information?

        **Marriott Defendants' Response:**  *Although the Owners Modification Group handles transfers of fractional interests, this department does not collect purchase contracts or contract prices.  However, there is a Resales Department, which compiles information relating to resales contracts.  Document RCDC 75963, produced on July 9, 2018, is a spreadsheet containing information concerning purchase contract prices, prepared by the Resales Department.*

4.  You asked for us to investigate whether there were any training materials used in connection with the sale of Aspen fractions and if so, whether we can we compile and produce copies of them.

Michael J. Reiser, Esq. and Tyler R. Meade, Esq.
July 9, 2018
Page 3

_____

**Marriott Defendants' Response:** *Marriott Defendants have been working to determine whether any such materials have been retained and can be retrieved and believe they can produce any such materials on or before July 13, 2018.*

5. Although the subpoena was not directed at The Ritz-Carlton Sales Company, you have asked whether there are any studies, compilations or statistics regarding sales of Aspen Fractions and, if so, whether we can produce them.

    **Marriott Defendants' Response:** *Marriott Defendants produced such information in connection with the deposition of its witness pursuant to Rule 30(b)(6) and again on July 9, 2018 (RCDC 75826-60).*

6. Is there data and can we provide a summary (and/or records) concerning the total costs to develop and build the Aspen Highlands resort?

    **Marriott Defendants' Response:** *Marriott Defendants produced such information in connection with the deposition of its witness pursuant to Rule 30(b)(6) and again on July 9, 2018 (RCDC 75687-89).*


B. <u>Subpoena to The Ritz-Carlton Hotel Company</u>

    1. You asked that we produce a chart that, for each document produced by RCHC, identifies the custodian of the document.

**Response:** *We provided you with such a chart on June 19, 2018.*

GREENBERG TRAURIG, LLP

NY 247406549v1

Michael J. Reiser, Esq. and Tyler R. Meade, Esq.
July 9, 2018
Page 4

_____

*    *    *

      We believe that this accurately reflects the status concerning the issues you previously identified concerning Plaintiffs' Motion to Compel/Sanction (ECF#202) and the parties' meet and confer efforts in response to the Court's Order entered on May 21, 2018.

      Sincerely yours,

      /s/ Ian S. Marx

      IAN S. MARX

ISM/dad
cc:  Matthew C. Ferguson, Esq. (via e-mail)
     Linda Pham Lam, Esq. (via e-mail)
     Michael Schrag, Esq, (via e-mail)
     Daniel F. Shea, Esq, (via e-mail)
     Jessica Black Livingston, Esq. (via e-mail)