IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG   Court Deputy: A. Barnes
Date: July 11, 2018   Recorder: Grand Junction

RCHFU, LLC, et al.
Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,
Defendants.

---

Minutes and Orders – Status Conference of July 11, 2018

---

3:52 p.m.

Appearing for Plaintiffs: In person: Matthew Ferguson and Tyler Meade and via telephone: Michael Reiser and Matthew Reiser and Michael Schrag; Appearing for Marriott Defendants: In person: Ian Marx and David Masters; and Appearing for Aspen Highlands Defendant, Jessica Livingston, via telephone.

Discussion held regarding outstanding motions and various discovery topics – each party (other than Aspen Highlands) submitted its report to the Court before-hand as well as a summarizing the most immediate items to the Court.

All parties agree that the Motion to Compel Discovery and for Sanctions [at ECF #202] is moot insofar as the discovery portions. The Plaintiffs orally moved to re-file a shortened motion re-addressing the sanction portions, which they believe is still outstanding. Defendants did not object to the plan.

ORDER: The Motion at [ECF #202] (and Responses and Replies associated therewith) is/are Ordered withdrawn. Plaintiff may re-file with regard to those portions which they still consider outstanding.

With regard to issues of depositions which the parties still believe are necessary and which would likely take place after the date of formal close of discovery, the parties agreed to confer and provide to the Court a report or a plan to accommodate these remaining discovery needs – and which plan would hopefully obviate the need to greatly modify the Scheduling Order or preclude modifying it altogether save for perhaps an Addendum. The parties agreed that this same method would be utilized to discuss which documents must be treated as Confidential.

ORDER: Within ten days, the parties shall submit to the Court a report, plan, or proposed Addendum, as the case may be, or alternatively notify the Court if agreement is not reached, with

regard to treatment of the outstanding discovery/deposition issues set forth in their status reports as well as address treatment of the topic regarding documents marked as Confidential.

ORDER: With regard to the document at [ECF #282], noting agreement of the parties to an extended deadline, the Court Orders that the Response date for all defendants to this document shall be July 31, 2018.

Discussion held on topic of deposition of an association board member; however, the parties do not request Court involvement or a ruling at time.

Hearing concluded at: 4:45 p.m.
Hearing duration: 53 minutes