IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

### DECLARATION OF IAN S. MARX IN FURTHER SUPPORT OF MARRIOTT DEFENDANTS' OPPOSITION TO PLAINTIFFS' F.R.C.P. 37(b)(2)(A) MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

---

I, Ian S. Marx, declare and state:

    1.    I am a Shareholder with the law firm Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz- Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC (collectively, "Marriott Defendants") in the captioned matter. I respectfully submit this Declaration in further support of the Marriott Defendants' opposition to Plaintiffs' Motion to Compel Discovery and for Sanctions (ECF##223, 278).

    2.    Attached hereto as **Exhibit A** is a true and correct copy of a fully-executed ACKNOWLEDGMENT OF AND JOINDER TO AFFILIATION AGREEMENT BETWEEN THE LION & CROWN TRAVEL CO., LLC AND MARRIOTT RESORTS, TRAVEL COMPANY, INC., dated April 24, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July, 2018, in Florham Park, New Jersey.

_____
IAN S. MARX