IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Unopposed Motion for an Extension of Time to respond to Plaintiffs' Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants Based on APCO Documents (ECF #282) (the "Motion"). The Marriott Defendants are requesting the Court's permission to file their response to the Motion up to and including August 6, 2018; Plaintiffs' counsel agree to this request. In support of their motion, the Marriott Defendants state the following.

<u>Certificate Under Local Rule 7.1(a)</u>

1.    On July 30, 2018, Counsel for the Marriott Defendants conferred with counsel for Plaintiffs, who do not object to this enlargement of time.

## Certificate Under Local Rule 6.1

2. A copy of this motion has been provided to all counsel of record.

3. This is the Marriott Defendants' first request for an extension of the initially agreed upon July 31 date by which to respond the Motion. No other deadlines will be impacted by the request for an extension of the deadline.

4. The request for an extension of the deadline is in the interest of justice and not made for purposes of delay.

5. Plaintiffs will not be prejudiced by this extension of time and, indeed, have consented hereto.

## Factual Basis

6. Plaintiffs filed the Motion on July 3, 2018.

7. Pursuant to the parties' agreement and the Court's Order, the Marriott Defendants' response is currently due on July 31, 2018.

8. Counsel for the Marriott Defendants requested consent to this request for an additional six days to respond to the Motion from Plaintiffs' counsel Matthew Ferguson. Counsel consented on behalf of Plaintiffs to this request for an extension up to and through August 6, 2018.

WHEREFORE, the Marriott Defendants respectfully request that this Court set August 6, 2018, as the deadline for the Marriott Defendants to file its response to Plaintiffs' Motion.

DATED: July 31, 2018.

        MASTERS & VINER, P.C.

        /s David L. Masters
        David L. Masters
        Masters & Viner, P.C.
        152 Colorado Avenue
        Montrose, Colorado 81401
        970-249-2622
        dlm@mastersviner.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of July, 2018, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Daniel F. Shea
Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands Condominium Association*

/s David L. Masters
David L. Masters

4