# EXHIBIT B

Lee Cunningham - 11/15/2017

```
 1   RCHFU, LLC, et al.,        United States District Court
 2        Plaintiffs,           District of Colorado:
 3   v.                         No.  1:16-cv-09390
 4   MARRIOTT VACATIONS WORLDWIDE
 5   CORPORATION, et al.,
          Defendants,
 6   _____/

     REISER, et al.,
 7        Plaintiffs,           Eastern District of California
 8   v.                         No. 2:16-cv-00237-MCE-CKD
 9   MARRIOTT VACATIONS WORLDWIDE
10   CORPORATION, et al,
          Defendants,
11   _____/
12   PETRICK, et al.,
13        Plaintiffs,           San Francisco County
     vs.                        No. CGC-15-54897
14   MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16        Defendants.
     _____/
17       CONTINUED VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
18   VOLUME II, taken at 450 South Orange Avenue, Suite 650,
19   Orlando, Florida, commencing between 2:06 p.m.-7:27 p.m.,
20   Wednesday, November 15, 2017, before Lisa Gerlach, Court
21   Reporter, Notary Public in and for the State of Florida
22   at Large.
23
24   JOB No. 2733762
25   PAGES 270-479
```

Page 270

Lee Cunningham - 11/15/2017

**Page 315**

1 point?
2   A. We were still discussing a vote at that time.
3   Q. And you also had requested beforehand --
4 before this memo went out, you requested -- or you
5 sent out a survey to take the temperature of the
6 people about affiliation before this day?
7      MR. SELLINGER: Objection to form.
8   A. Can you repeat the question?
9 BY MR. FERGUSON:
10  Q. Yeah. It talks about a survey here, sir. It
11 says, "survey results."
12     Do you recall that, prior to July 27, 2013,
13 you had sent out a survey; did you not?
14  A. Prior to July -- I'm still...
15  Q. Prior to July 27th.
16  A. I don't recall having sent out a survey to
17 the Aspen members. The survey -- are you talking
18 about the affiliation survey?
19  Q. Yes.
20  A. That went out in -- it did not go out until
21 December of 2013.
22  Q. I'm actually not talking about that. I'm
23 talking about a survey that was done in July of 2013.
24  A. I don't recall that survey. We could have
25 done a general survey out to the membership at that

**Page 316**

1 time.
2   Q. Let me show you what's been marked as
3 Exhibit 1266. This is a -- it says, "RCDC open-ended
4 responses, 8/4". I believe this is '13.
5      Does this look like a survey that had gone
6 out in July of 2013?
7      MR. SELLINGER: Objection to form.
8   A. I don't know when it went out. This looks
9 like the compilation of verbatim open-ended responses
10 from a survey or from a group of surveys.
11 BY MR. FERGUSON:
12  Q. Have you looked through this document in
13 preparation for your deposition here today?
14  A. I did not.
15  Q. Did you look at it when it came in?
16  A. I don't recall.
17  Q. If you look at the first page of
18 Exhibit 1266, it has gender, age, resort --
19  A. That's not my first page.
20  Q. You know what? I flipped over --
21  A. It's backwards. Okay.
22  Q. I actually copied it on two sides because it
23 was so thick.
24     Just real quickly about this. This says,
25 "RCDC satisfaction." Those are all zeros. Do you

**Page 317**

1 know what that's about? Does that mean anything to
2 you?
3   A. I do not know why that column is all zeros.
4   Q. Do you know what the sentiment was in August
5 of 2013 for affiliation among the members surveyed in
6 that particularly long document?
7   A. I do not.
8   Q. I'll show you Exhibit 1265. This is a --
9 real quickly -- a document -- or an e-mail sent by
10 Rasol Parvaresh, from the San Francisco Club, to you,
11 Mr. Cunningham. He says, "This is not the first
12 survey conducted. After speaking to several members,
13 it's clear to us that the surveys conducted are not to
14 better serve the members, but to enhance or to protect
15 Ritz Club membership" -- I'm sorry -- "but to enhance
16 or to protect Ritz Club membership business
17 opportunity." He wrote you how discouraged he was.
18     Does this refresh your recollection that
19 there was a good deal of negativity from your members
20 regarding what was going on in the summer of 2013?
21     MR. SELLINGER: Objection to form. I
22 have no idea what you're referring to in your
23 question.
24 BY MR. FERGUSON:
25  Q. Did you understand it, sir?

**Page 318**

1   A. Does this -- this doesn't refresh -- this
2 refreshed my memory that Mr. Parvaresh was negative
3 about the club. Let me finish reading here, though.
4   Q. I'm going to withdraw that exhibit. Don't
5 worry about it.
6      You do know that there was a survey, though?
7 Have you seen that document?
8   A. Yes.
9   Q. Moving into late August here real quickly.
10 This is Exhibit 1271. Here you are, sir. This is
11 another report from Sobeck and Rauso to you,
12 August 22, 2013, for the 8th period of 2013.
13     Are you with me?
14  A. Yes.
15  Q. If you look at the bullet points, it talks
16 about bullet point two. Let me ask you this. There
17 was a position on the board up for election.
18     Did you have anything to do with -- do you
19 know Sal Cutrona?
20  A. Yes, I do know Mr. Cutrona.
21  Q. In what capacity do you know him?
22  A. I know him as the board president of the
23 neighborhood association in St. Thomas.
24  Q. Did you know he also became a board member in
25 Aspen?

13 (Pages 315 - 318)

Lee Cunningham - 11/15/2017

**Page 363**

1  BY MR. REISER:
2    Q. Fall of 2012.
3    A. '12. A survey -- I'm trying to remember
4  when -- the survey we spoke about previously.
5    Q. Let me remind you of the key dates. July 17,
6  2012 is when the initial announcement went out about
7  a proposed --
8    A. I understand.
9    Q. April 24th -- around there -- you sent
10 another e-mail out to try to clarify the proposal.
11       You remember that date; right?
12   A. Yes.
13   Q. And you remember a webinar taking place on
14 August 30th?
15   A. Yes.
16   Q. Where you and Mr. Weisz answered questions by
17 the membership?
18   A. Yes.
19   Q. Do you remember, around that time, asking
20 members to respond to their sentiment on whether there
21 affiliation was wanted by the members?
22   A. I remember, in advance of the webinar, asking
23 for questions and so forth. I don't recall that exact
24 survey, unless that was the one that we were looking
25 at earlier. I'm still fuzzy on the date.

**Page 364**

1    Q. Well, there's survey results that your
2  counsel has produced in this litigation. It's got 750
3  rows on an Excel spreadsheet -- more than that. Every
4  one of those rows is a comment from a club member.
5        I can't produce it today because it's a
6  native spreadsheet. If I tried to print it out, it
7  would be impossible.
8    A. Is that -- okay.
9    Q. I can give you the Bates stamp number. It's
10 RCDC7337_nav.xls. It was produced by your counsel.
11 It's dated 8/17/12. It's communications regarding the
12 OSAT, the owner survey.
13   A. Okay.
14   Q. You don't remember looking at any of the
15 comments -- it's 750 -- that were contemporaneous with
16 the announcement of the affiliation as you sit here
17 today. Is that what you're saying?
18   A. I'm trying to recall. I'm not disputing
19 whether it did or didn't go out. I just can't bring
20 it to my memory at this moment.
21   Q. Well, I mean, I'm just trying to get your
22 testimony, because it seems to me that you're saying
23 you really just wanted to know the members' position
24 on the affiliation, and you were going to try to
25 follow the members' positions.

**Page 365**

1        Isn't that your testimony?
2    A. No.
3        MR. SELLINGER: Objection to form.
4    A. We wanted to know the sentiment of our owners
5  relative to the affiliation, and then we would use
6  that as one of the data points, one of the pieces of
7  information, to make the decision.
8  BY MR. REISER:
9    Q. Okay. And one of the data points would've
10 been a major survey that was contemporaneous with the
11 announcement of the affiliation; that you would want
12 to view that. True?
13       MR. SELLINGER: Objection to form.
14 BY MR. REISER:
15   Q. In making your data point comparisons?
16   A. And we may have.
17   Q. Did you?
18   A. I don't recall.
19   Q. All right. And if you had reviewed it, I
20 think you would have noticed that over 90 percent of
21 the members in that survey were extremely negative in
22 terms of the affiliation.
23       You don't remember reviewing that
24 spreadsheet?
25   A. I don't --

**Page 366**

1        MR. SELLINGER: Hold on. Objection to
2  form.
3    A. I don't recall reviewing the survey results.
4  BY MR. REISER:
5    Q. And then this letter that we just saw from
6  Steve Andrews that you received, where he informs his
7  members that 81 percent of the San Francisco members
8  who would rather terminate the Marriott relationship
9  than proceed with the affiliation -- in that letter --
10       MR. REISER: If you could pull it up?
11       THE TECHNICIAN: 1531?
12       MR. REISER: Yes. Second page. I'm
13 sorry. The first page.
14 BY MR. REISER:
15   Q. You see on the first page, it says, "Please
16 note, the recent communication from Lee Cunningham
17 regarding the survey was not reporting on this survey,
18 but a web-based survey that the RCDC invited owners to
19 respond to in July."
20       Do you remember a survey in July 2013?
21       MR. SELLINGER: Objection to form.
22   A. I don't recall it. I'm sure it went out.
23 BY MR. REISER:
24   Q. How many surveys did you take with regard to
25 the affiliation? We, at least, know about the

25 (Pages 363 - 366)

Lee Cunningham - 11/15/2017

Page 367

1  August 2012 one we've been discussing, Bates-stamped
2  7337. There's this one in July that's mentioned.
3  There's the San Francisco survey that you were aware
4  of in August 2013.
5     A. That we didn't do.
6     Q. Yeah, you didn't do that, but you got notice
7  of what the responses were, didn't you?
8     A. Yes.
9         MR. SELLINGER: Objection to form.
10 BY MR. REISER:
11    Q. And then there was -- I believe there was
12 focus groups going on in December of 2013. Do you
13 remember anything about that?
14    A. No.
15    Q. None of those went into your decision making
16 in terms of whether to affiliate?
17        MR. SELLINGER: Objection to form.
18    A. I don't recall all the discussions and all
19 the factors that we put into the decision.
20 BY MR. REISER:
21    Q. Is it your testimony, Mr. Cunningham, that
22 you believe that a majority of the members of The
23 Ritz-Carlton Destination Club were in favor of the
24 affiliation?
25    A. The majority of the ones that responded to

Page 368

1  the surveys at each of the clubs.
2     Q. Okay. Isn't it true that you selectively
3  used that one survey and ignored every other survey we
4  just mentioned in order to justify your decision to
5  affiliate?
6         MR. SELLINGER: Objection to form.
7     A. That's a mischaracterization of what I've
8  said.
9  BY MR. REISER:
10    Q. How is that mischaracterizing it?
11    A. We looked at a number of things -- I can't
12 recall each and everything that we looked at -- and
13 that was one of them.
14    Q. That's the only one you remember as you sit
15 here today; isn't it true?
16    A. That's correct.
17    Q. You don't remember anything about the
18 August 2012 survey as you sit here; right?
19    A. That's correct.
20    Q. So did you just selectively review that
21 survey so that you could testify here that you relied
22 on just that survey?
23        MR. SELLINGER: Objection to form.
24    A. No. I just --
25 BY MR. REISER:

Page 369

1     Q. Why didn't you review --
2         MR. SELLINGER: Hold on. Let him finish.
3  BY MR. REISER:
4     Q. I'm sorry. I thought you were finished.
5     A. I reviewed the information that was available
6  to me prior to this, and I don't recall the results of
7  those surveys or that being part of that.
8     Q. Now, let me ask you this. Why was Marriott
9  Vacation Club involved in any way in surveying the
10 members about what they wanted to do?
11    A. Marriott Vacation Club wasn't.
12    Q. You didn't have any participation in these
13 surveys that we've been discussing?
14    A. It was a survey from the -- from each of the
15 associations or each of the -- from The Ritz-Carlton
16 Destination Club to get some information about the
17 owners' sentiment.
18    Q. And the Marriott Vacation Club Worldwide, who
19 was the person that was going to have The Ritz Club --
20 the corporate person that was going to have the Ritz
21 Clubs affiliated with, they were involved in creating
22 those surveys; were they not?
23        MR. SELLINGER: Object to the form of the
24 question.
25    A. I'm not following that question.

Page 370

1  BY MR. REISER:
2     Q. Isn't it true that it was Marriott Vacation
3  Club Worldwide that helped Morrow & Company create
4  that survey?
5     A. No.
6     Q. Who created it?
7     A. It was created with -- collaboratively,
8  with -- I believe with Morrow, Stephanie Sobeck, and
9  the individual boards.
10    Q. And Stephanie Sobeck worked for Marriott
11 Vacation Club; right?
12    A. Stephanie Sobeck is employed by Marriott
13 Ownership Resorts, Inc.; and, at the time, was --
14 100 percent of her efforts were against The
15 Ritz-Carlton Destination Club.
16    Q. Okay. And Marriott Ownership Resorts
17 International, that's the sole owner of Ritz-Carlton
18 Development Company. True?
19    A. That's correct.
20    Q. So MORI is actually the parent of the
21 Ritz-Carlton Development Company?
22    A. I believe that's correct.
23    Q. And she works for MORI?
24    A. That's correct.
25    Q. So why was the developer, through MORI,

26 (Pages 367 - 370)

Lee Cunningham - 11/15/2017

| | |
|---|---|
| 1  A. The points were being used -- | 1  That's the one I'm talking about. |
| 2     MR. SELLINGER: Hold on. Objection to | 2     MR. SELLINGER: This is Exhibit 1314? |
| 3  form. | 3     MR. FERGUSON: It's the one they couldn't |
| 4  A. The inventory was available. Points were | 4  find before, Philip. |
| 5  being used. The inventory -- inventory somewhere | 5     MR. REISER: We could find it, but it's |
| 6  associated with those points was being rented to pay | 6  in native format. It's RCDC004876_nav.xlsx. |
| 7  for the cost of accessing that inventory in Aspen. | 7     MR. SELLINGER: Well, this certainly is |
| 8  BY MR. REISER: | 8  not -- |
| 9     Q. Okay. That's a little different than | 9     MR. REISER: It's your production. |
| 10 somebody taking his one week, renting it to somebody, | 10    MR. SELLINGER: I didn't say it wasn't |
| 11 and then getting the benefit of that one week as a | 11 our production. I was about to say that |
| 12 member of the club. That's a little different, don't | 12 that's certainly a cross relating to the |
| 13 you think, or is that just the same to you? | 13 examination that I did of a particular |
| 14    A. It's a difference -- different steps, but | 14 document. |
| 15 it's the same outcome. It's the same process of | 15    MR. REISER: Well, I'm just going to ask |
| 16 making that inventory available for rent. | 16 him about comments. You asked him about |
| 17    Q. Okay. And you understood that this letter | 17 comments that he didn't review, so I'm going |
| 18 was one of the letters that the attorneys for the | 18 to ask him about other comments he may not |
| 19 association sent a cease-and-desist letter? | 19 have reviewed. So it's a fair use of time |
| 20    A. That's correct. | 20 here. |
| 21    Q. So the lawyers at Brownstein Hyatt, hired by | 21 BY MR. REISER: |
| 22 the association, took a different view by your ability | 22    Q. Why don't we go to the top? The first one, |
| 23 to, quote, unquote, rent this inventory through | 23 the RCDC satisfaction -- by the way, this was in |
| 24 putting it into Marriott Vacation Club's pool of | 24 August of 2012 after your webinar. We can go through |
| 25 available units? | 25 it, but I'll just go through the first couple. |
| Page 467 | Page 469 |
| 1     MS. LIVINGSTON: Object to form. | 1     "The Marriott has abandoned the concept and |
| 2     A. They took a different opinion, and our | 2  totally cheapened the product, destroying the value of |
| 3  response from our attorneys pointed out the fallacy in | 3  these memberships." |
| 4  their opinion and pointed to the rights that we had to | 4     The second one is, "You foolishly and |
| 5  rent that inventory. | 5  stubbornly lost BG by diluting our membership with |
| 6  BY MR. REISER: | 6  Marriott. What next?" |
| 7     Q. So you believe your lawyers at Baker | 7     The third one is, "I was flat out lied to by |
| 8  Hostetler were better than the lawyers the board hired | 8  sales representatives in the purchase of the Kapalua |
| 9  at Brownstein Hyatt, I guess? | 9  property purchased in particular -- Michael Cornelius. |
| 10    A. They were our attorneys giving us advice, and | 10 Now I see half of your properties crumbling under poor |
| 11 that was the advice we went with. | 11 financial planning and foresight. I really hope you |
| 12    Q. So you were relying on advice of counsel? | 12 can turn the relationship with your club members |
| 13    A. Yeah, and confirming our read of the rights | 13 around by treating us the way you originally promised |
| 14 as an owner of that inventory. | 14 us using the resources we know you have available." |
| 15    MR. REISER: I was going to put on -- I | 15    Did you read any of those comments, |
| 16 did find the spreadsheet and the ability | 16 Mr. Cunningham? |
| 17 to -- since you read some straight comments | 17    A. I don't recall whether I read it. |
| 18 from some members of the survey, I think I'd | 18    Q. Do you think Stephanie Sobeck read it in her |
| 19 like to ask the COO about the 750 comments | 19 duties to review comments by the members? |
| 20 that are displayed on the screen here. About | 20    A. I would imagine. |
| 21 98 percent of them are extremely negative. | 21    Q. You would imagine she did? |
| 22    MR. SELLINGER: Are we talking about the | 22    A. Yes. |
| 23 exhibit that I asked him about, because -- | 23    Q. Fourth one, "Ritz brand diluted by Jet |
| 24    MR. REISER: I'm talking about the | 24 Setter, the Marriott Vacation users, way overpriced |
| 25 exhibit you produced in native format. | 25 for value, Ritz Clubs going away -- Hawaii, Bachelor |
| Page 468 | Page 470 |

51 (Pages 467 - 470)

Lee Cunningham - 11/15/2017

**Page 471**

1 Gulch, and Bahamas, sold off most of Tahoe."
2         Next one, "Extreme cost-cutting measures were
3 taken which severely detract from any enjoyment. No
4 juice or croissants available in the lounge anymore.
5 No bath soap available." We can go on from that one.
6         The one after that says, "The selloff of
7 Jupiter to Trump without due consideration to
8 homeowners' interest has damaged our unit's value.
9 Cannot sell it." I'll skip it.
10        "It's difficult to book SF when the company
11 has now expanded its reach with the Marriott. They're
12 also renting out unsold nights, making it difficult
13 for members to trade or sell their nights for other
14 properties of their own. Also, many clubs have
15 closed, reducing attractiveness and the flexibility of
16 the program. Lastly, the fees are extremely high."
17        The next one, "What we purchased is not what
18 we have. There was no point system. Now there is.
19 There is no resort. There is no exclusivity.
20 Eliminate the points system."
21        It goes on and on. This goes on for 750
22 lines and I think I read ten of them.
23        Did you read any of these comments at the
24 time they were given?
25    A. I may have. I don't recall.

**Page 472**

1    Q. If you had read these, would you have
2 considered them in making the decision to affiliate
3 the Marriott Vacation Club with The Ritz-Carlton
4 Destination Club?
5    A. Sure.
6    Q. Would you have considered them as a pro or a
7 con?
8    A. They would've been a con.
9    Q. So did you get any reports from anybody as to
10 the nature of the comments that were made in response
11 to your affiliation?
12   A. I don't recall.
13   Q. Did you have any system in place at Marriott
14 Vacation Clubs so that you would find out, as the
15 person who was making the decision, and gauging the
16 sentiment of the members in terms of the affiliation?
17 Was there any kind of system set up so that somebody
18 would report to you the comments that you weren't
19 reading?
20   A. No.
21   Q. Why not?
22   A. Didn't -- it wasn't set up. I don't recall
23 why it wasn't set up.
24   Q. Didn't you want to know the comments of the
25 members, or, at least, a high-level report of them?

**Page 473**

1    A. Yes.
2    Q. Did you ever get any reports of this
3 spreadsheet?
4    A. I don't recall.
5    Q. I find it hard to believe you wouldn't recall
6 something this negative in such a volume.
7        MR. SELLINGER: Objection to form.
8 BY MR. REISER:
9    Q. You truly don't recall --
10   A. I don't recall having seen or reviewed that
11 spreadsheet.
12       MR. REISER: Okay. That's all I have.
13       MR. FERGUSON: I just have three on 1314.
14              REDIRECT EXAMINATION
15 BY MR. FERGUSON:
16   Q. Mr. Cunningham, I'm almost done. Just a few
17 moments on 1314.
18   A. Got it.
19   Q. Mr. Sellinger took you through some of the
20 comments by people who were interested in the
21 exchange -- exchanges that might be made available
22 under affiliation. Do you recall that?
23   A. Yes.
24   Q. And I think you said -- you were reading one
25 person that said they would like exchange

**Page 474**

1 opportunities, and you read St. Thomas and Jupiter.
2        Do you recall that?
3    A. That I read it?
4    Q. That you read, yeah, or maybe Mr. Sellinger
5 read it.
6    A. I didn't read any of them.
7    Q. Let me do it this way. If they did mention
8 Jupiter amongst the other properties, within a few
9 months after this survey was done, you lost the
10 Jupiter Club?
11   A. That's correct.
12   Q. And you talked about Mr. and Mrs. Schaeffer.
13 Do you recall them?
14   A. Let me find them here.
15   Q. When did the Schaeffers make a comment to
16 you? What's the date of that?
17   A. It's the earlier -- just a moment. The
18 Schaeffers were on 12/20/2013.
19   Q. Did you know that, a year later, they sold
20 their unit for about $41,000?
21   A. No.
22   Q. Did you know they paid $295,000 for it in
23 2007?
24   A. No.
25   Q. So within a year of you pointing out that

52 (Pages 471 - 474)

Veritext Legal Solutions
866 299-5127

Lee Cunningham - 11/15/2017

```
 1           CERTIFICATE OF REPORTER
 2
 3  STATE OF FLORIDA
 4  COUNTY OF ORANGE
 5
 6          I, Lisa Gerlach, Court Reporter, do hereby
 7  certify that I was authorized to and did
 8  stenographically report the foregoing deposition; and
 9  that the transcript is a true and correct
10  transcription of the testimony given by the witness.
11          I further certify that I am not a relative,
12  employee, attorney or counsel of any of the parties,
13  nor am I a relative or employee of any of the parties'
14  attorney or counsel connected with the action, nor am
15  I financially interested in the action.
16          Dated this 4th day of December, 2017.
17
18
19     [signature]
20     Lisa Gerlach, Court Reporter
21
22
23
24
25
                                              Page 479
```