# EXHIBIT C

```
 1   RCHFU, LLC, et al.,
 2       Plaintiffs,              United States District Court
                                  District of Colorado
 3   v.                           No. 1:16-cv-09390
 4
     MARRIOTT VACATIONS WORLDWIDE
 5   CORPORATION, et al.,
         Defendants,
 6   _____/
     REISER, et al.,
 7       Plaintiffs,
                                  Eastern District of California
 8   v.                           No. 2:16-cv-00237-MCE-CKD
 9
     MARRIOTT VACATIONS WORLDWIDE
10   CORPORATION, et al,
         Defendants,
11   _____/
     PETRICK, et al.,
12       Plaintiffs,
13                                San Francisco County
     vs.                          No. CGC-15-54897
14
     MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16       Defendants.
     _____/
17
18       VIDEOTAPED DEPOSITION OF STEPHANIE SOBECK
19       taken at 450 South Orange Avenue, Suite 650,
         Orlando, Florida, commencing between 9:11 a.m.
20       - 6:20 p.m. on Thursday November 16, 2017
21       before Lisa Gerlach, Court Reporter, Notary
22       Public in and for the State of Florida at Large.
23
24   Job No. 2733702
25   Pages 1 - 374
```

Page 1

**Page 78**

1  A. I do not.
2     MR. SELLINGER: Same objection.
3  BY MR. REISER:
4     Q. You have no knowledge that the term limits
5  were ever amended to allow more than two terms for a
6  director?
7     MR. SELLINGER: Objection to form.
8     MS. LIVINGSTON: Object to the form.
9     A. I do not know what the term limits are for
10 the Aspen board, and I don't know if Randy was -- if
11 he had termed out or not.
12 BY MR. REISER:
13    Q. You believe it would be inappropriate for a
14 termed out director to be voted in using the
15 developer's shares?
16    A. Somebody who had already been through their
17 time, through their term limit, I don't believe they
18 would be eligible to run again.
19    Q. Right. You're not telling me that he ran --
20 he was on the board for two consecutive terms, '05 to
21 '11, he was termed out. Then this letter comes in and
22 the developer voted their shares for Randy Mercer, who
23 had previously been termed out.
24    So I'm asking you, do you think it would be
25 appropriate to vote the developer's shares for a

**Page 79**

1  termed-out board member?
2     MS. LIVINGSTON: Object to the form.
3     MR. SELLINGER: Objection to form.
4     A. But, I'm sorry, you said that he termed out
5  in 2011?
6  BY MR. REISER:
7     Q. Correct.
8     A. This is in 2012. So if somebody is -- if
9  you're off the board for a period of time, you can go
10 back on a board and your term starts again. It's not
11 that you can only have so many years for your -- for
12 life. You just have to be off the board for a period
13 of time and then you can go back on.
14    Q. So where do you glean that understanding of
15 the Aspen bylaws?
16    A. That's my understanding of how all the term
17 limits work, frankly. If there's a term limit in
18 place, my understanding is that you just have to go
19 off the board for a period of time; that you can't run
20 consecutive terms. You can't run back to back. So if
21 you're off the board for a period of time, then you
22 can go back onto a board, as long as you've been off
23 and not continuously on for a period.
24    Q. So that's how the Ritz-Carlton Management
25 Company interpreted the bylaws at Aspen; that it was

**Page 80**

1  okay for a termed-out director to take a time off and
2  come back on the board?
3     A. That would've been -- that's my understanding
4  of how -- yes.
5     Q. Okay. We marked as Exhibits 1023 and 1026 at
6  previous depos the two letters that went out on
7  July 17, 2012 on the brand evolution. I'm going to
8  probably show you the marked ones. Let me just show
9  you 1023.
10    MR. SELLINGER: What's 1026?
11    MR. REISER: 1026 is the second letter
12 that has the folks who had already joined.
13 It's the same letter, but there's an
14 additional paragraph in 1026.
15 BY MR. REISER:
16    Q. Can I actually just replace that with these?
17    A. Sure.
18    Q. You can read these letters, if you want, in
19 full, but I presume you're familiar with these letters
20 that announced the evolution of the brand?
21    A. I am.
22    Q. Did you have any role in preparing these
23 letters?
24    A. I might have read them before they went, but
25 I didn't write it.

**Page 81**

1     Q. Do you remember the reaction of any club
2  members to the receipt of these letters?
3     A. Yes.
4     Q. What was the overall reaction from the club
5  members that you recall?
6     MR. SELLINGER: Objection to form.
7     A. The overall reaction --
8  BY MR. REISER:
9     Q. Do you have a feel for the majority
10 opinion -- reaction -- to these letters from the club
11 members or not? Maybe you don't.
12    A. The majority opinion, no --
13    MR. SELLINGER: Objection to form.
14    A. There were a few select members who had
15 concerns about this, who had concerns about Marriott
16 Vacation Club -- any affiliation with The Ritz-Carlton
17 Destination Club. I certainly had no thought it was a
18 majority of members who felt that way.
19 BY MR. REISER:
20    Q. We actually were provided with a spreadsheet
21 by your counsel in this litigation that is a native
22 spreadsheet. It's an Excel spreadsheet. So it's 790
23 or so lines of comments by -- it's up on the big
24 screen there. That's the only way we can show it.
25    If the screen can kind of scroll down and

21 (Pages 78 - 81)

1  move to the left-hand side, you can see the number of
2  rows. This spreadsheet, I'll represent to you, has
3  over 750 comments by members of The Ritz-Carlton
4  Destination Club. This was provided, again, to us by
5  your counsel.
6      Do you recollect reviewing any of these
7  reactions to the proposed affiliations by any of the
8  members?
9      A. Yeah -- I'm not sure -- what is the basis of
10 this?
11     Q. The basis is --
12     A. I'm sorry. What's it a summary of?
13     Q. Oh. It's actually the actual comments by
14 members --
15     A. From what?
16     Q. From a survey that Marriott Vacation Club did
17 on the affiliation.
18     A. Is this the survey from Bachelor Gulch?
19     Q. No. The survey across all clubs.
20         MR. MARX: In fairness, could you give
21     the witness the opportunity to see the title
22     of the document -- the top of it -- just so
23     it provides her with context?
24         MR. REISER: Sure. No problem.
25 BY MR. REISER:

Page 82

1      Q. On the left, it says "record number" -- the
2  very top. Again, this is your spreadsheet, Marriott
3  Vacation Worldwide's spreadsheet.
4      A. Understood. I'm trying to understand what it
5  is.
6          MR. MARX: Can you shorten it so we can
7      see the file name?
8  BY MR. REISER:
9      Q. Do you recognize this document?
10     A. I recognize -- yes, I recognize the
11 questions. I believe those were the questions when
12 Bachelor Gulch decided they were moving forward with a
13 survey to the members to talk about --
14     Q. Well, you see the resort column, it says it's
15 a bunch of different resorts?
16     A. I'm sorry. This is when Bachelor Gulch
17 talked about going out to RFP, is what I'm
18 representing.
19     Q. So how is this related to the Bachelor Gulch
20 situation?
21     A. Because -- so when Bachelor Gulch decided to
22 go out and RFP, we obviously had concerns that, if
23 they were not that happy, we wanted to understand from
24 the rest of the members -- kind of thoughts on the
25 program, thoughts on the future of the program, things

Page 83

1  that they'd like to see.
2      This was a very -- I mean, this whole period
3  of the club -- I mean, the club was evolving. We had
4  lost a couple clubs. Kapalua and Abaco were going
5  away. There were just a lot of things going on, and
6  we wanted to do a survey of the members to understand
7  their thoughts.
8      Q. This survey -- the 750-plus responses to this
9  survey -- do you remember a large response to this
10 survey?
11     A. Yes, I do.
12     Q. Does the document on the screen appear to be
13 the results of this survey?
14     A. Does the document -- yes -- the summary of
15 the survey, yes.
16     Q. Okay. And these are actual comments by --
17 the actual comments by the members?
18     A. Yes.
19     Q. You recall, don't you, Ms. Sobeck, that the
20 overwhelming response to the survey was that the
21 members were not happy?
22         MR. SELLINGER: Objection to form.
23     A. There were certainly some comments about
24 members having concerns. I mean, there were a lot
25 more clubs and now there were fewer. There were

Page 84

1  things that had changed that members were concerned
2  about. But I don't think all the comments were
3  necessarily negative.
4  BY MR. REISER:
5      Q. I'm not saying a hundred percent of them.
6  But I've gone through it and I'm sure you have too.
7  My reading of this is probably 95 percent or so of
8  these 750 responses are not only negative, but
9  gratuitously negative.
10         MR. SELLINGER: Objection to form.
11 BY MR. REISER:
12     Q. Is that your recollection too?
13     A. Members were concerned when Abaco went away
14 and Kapalua went away, and there was definitely --
15     Q. And they were also --
16         MR. SELLINGER: Hold on a minute. Finish
17     your answer.
18 BY MR. REISER:
19     Q. Sorry.
20     A. Yeah. There was concern. But through this,
21 we actually saw members were saying good things, too,
22 about how they liked their -- liked their time at
23 their home club and other things.
24     Q. Right. But you didn't see very many comments
25 that were happy with the direction that Marriott

Page 85

22 (Pages 82 - 85)

Page 86:

1  Vacation Club was going, at least with the loss of the
2  clubs; right?
3     A. Yes. There was concern because the club was
4  shrinking.
5     Q. And there was also great concern about the
6  affiliation that was proposed too; correct?
7     MR. SELLINGER: Objection to form.
8     A. There were some comments made as well about
9  the affiliation, yes.
10 BY MR. REISER:
11    Q. And would you agree in this -- by the way,
12 this spreadsheet has been marked as Exhibit 1700 for
13 future reference.
14    Would you agree this spreadsheet,
15 Exhibit 1700, the vast majority of the members that
16 commented on the affiliation commented in a negative
17 way?
18    MR. SELLINGER: Objection to form.
19    A. The vast majority -- I can't say the vast
20 majority did.
21 BY MR. REISER:
22    Q. What would you say? Again, let me just
23 establish foundation.
24    This is something that the club was relying
25 on in terms of getting feedback from the members as to

Page 87:

1  whether to proceed with the affiliation. True?
2     A. This, no --
3     MR. SELLINGER: Objection to form.
4     A. -- no. This didn't have to do with the
5  affiliation. This was more kind of the general
6  reading of the club. You know, this talked about --
7  why are you giving RCDC a rating? I think those were
8  actually questions we asked. What would you like to
9  see in RCDC in the future? It wasn't specific to
10 affiliation.
11 BY MR. REISER:
12    Q. The very first comment on here says -- you
13 asked him, "Please feel free to include any comments
14 you would like to make about RCDC." The first one
15 says, "Again, we bought Ritz-Carlton and not Marriott.
16 If you insist on cheapening the experience, then buy
17 us out." There's about 20 exclamation points.
18    Do you see that?
19    A. I do.
20    Q. And the second one actually says, "You
21 foolishly and stubbornly lost Bachelor Gulch by
22 diluting our membership with Marriott. What next?"
23 Then the comment to that is "Disgusting."
24    Those are the first two comments on the
25 spreadsheet; yeah?

Page 88:

1     MR. SELLINGER: Objection to form.
2     A. I see those two.
3  BY MR. REISER:
4     Q. And it doesn't get much better --
5     MR. MARX: Actually, Mike, I think the
6  first two comments on the spreadsheet that
7  you sorted by negative comments first and
8  positive comments at the very bottom of the
9  document --
10    MR. REISER: That's a false statement. I
11 didn't touch this spreadsheet. It's exactly
12 as produced.
13 BY MR. REISER:
14    Q. The third one says, "I was flat out lied to
15 by the sales representatives in the purchase of the
16 Kapalua property,"
17    And then the comment to that about the other
18 comments says, "Really need to make it up to the
19 remaining members with first-class service that has
20 not occurred in the last few years."
21    The fourth one is, "Ritz brand diluted by Jet
22 Setter. Marriott Vacation users way overpriced for
23 value. Ritz Clubs going away. Sold off most of
24 Tahoe."
25    Then the comment for additional comments,

Page 89:

1  "What a joke. You ask about new locations when you
2  are losing the locations you have now."
3     So this goes on and on. There's 750 lines of
4  this. You reviewed this spreadsheet in determining
5  what the members were thinking at the time Bachelor
6  Gulch actually left the club system. True?
7     A. We looked at the survey, yes. That's what --
8  we wanted the members' feedback.
9     Q. Did this feedback you got from the members
10 give you any pause about proceeding with the
11 affiliation?
12    MR. SELLINGER: Objection to form.
13    A. It didn't have to do -- I mean, really, from
14 those comments -- just the ones that you just read,
15 it's more that the club was shrinking more than
16 affiliation.
17    The reality is, we wanted to give people more
18 destination options. We wanted to give them more
19 vacation places to go.
20 BY MR. REISER:
21    Q. The second one says, "You foolishly and
22 stubbornly lost BG by misleading our membership with
23 the Marriott. What next? Disgusting."
24    You think that does not have anything to do
25 with the affiliation?

23 (Pages 86 - 89)

**Page 90**

1  A. I didn't say it didn't have anything to do
2  with it. I'm just saying, you said what it was about,
3  and there's other things that this was about, not the
4  affiliation.
5  Q. The last column on the spreadsheet asked for
6  comments by the members that could help you inform
7  their feeling about the affiliation. True?
8      MR. SELLINGER: Objection to form. The
9  last column?
10     MR. REISER: Column J.
11 BY MR. REISER:
12 Q. That's "Please feel free to include any
13 comments you would like to make about RCDC." That was
14 just a general questioning of the membership about
15 their feelings about RCDC?
16 A. Correct.
17 Q. I take it you read the comments by the
18 members that you asked them to provide. True?
19 A. I did. We did.
20 Q. I think you'll see, if you review -- did you
21 review this prior to today's deposition?
22 A. No. I saw it, but I didn't review it.
23 Q. When was the last time you reviewed it?
24 A. Reviewed it?
25 Q. Yeah.

**Page 91**

1  A. Years ago.
2  Q. At the time it was created, do you think? Is
3  that --
4  A. Probably.
5  Q. Did you ever discuss any of these comments by
6  these members with Lee Cunningham?
7  A. Specifically these comments, I don't
8  remember.
9  Q. What about with Mary Lynn Clark?
10 A. Yeah. ML -- we call her ML -- ML would have
11 talked about the comments.
12 Q. Did the overall volume and nature of the
13 comments give you and ML Clark any pause in deciding
14 to proceed with the affiliation between RCDC and the
15 Marriott Vacation Club?
16     MR. SELLINGER: Objection to form.
17 A. It didn't give -- I think the comments, which
18 it was meant to do, helped us understand what was
19 going on in the membership and concerns that the
20 members had.
21     Like we always see in dealing with any member
22 issue or other, there's always a vocal few members who
23 have concerns and troubles. We try to look for larger
24 themes. We try to look for issues that exist amongst
25 the majority of the membership.

**Page 92**

1  What happens sometimes is -- I mean, you pull
2  out the comment "disgusting" -- yeah, that's a
3  terrible comment, and it would have made us very
4  unhappy to see that. We wanted to do whatever we
5  could for those members.
6      But when, thematically, you look at what was
7  happening at the club -- when we were losing clubs and
8  losing vacation options for members -- and affiliation
9  was a way to give members other options. It wasn't
10 taking things away. It was giving options. It was a
11 voluntary way to allow members to go other places.
12     Thematically, what I see in these comments is
13 that members were concerned about a shrinking club,
14 that the club was getting small, the locations they
15 could go was getting smaller.
16     So, I guess, you keep bringing this back to
17 affiliation, but that's not what this survey was meant
18 to talk about.
19 BY MR. REISER:
20 Q. Okay. So you chose to focus on the loss of
21 the clubs and the opportunity to affiliate with a club
22 that didn't have the -- quite the luxury standards as
23 Ritz. Is that fair?
24     MR. SELLINGER: Objection to form.
25 A. No, it's not actually fair, because there

**Page 93**

1  were opportunities within -- there are opportunities
2  within the Marriott Vacation Club exchange program
3  that are very commensurate with Ritz.
4      There's actually Ritz-Carlton Hotels that you
5  can access through the Marriott Vacation Club program
6  that, if the affiliation agreement and the exchange
7  didn't -- wasn't available -- that members couldn't go
8  to using the time. The actual way of accessing them
9  wouldn't be available to a Ritz-Carlton Destination
10 Club member through their original ownership if the
11 MVC affiliation hadn't occurred.
12 BY MR. REISER:
13 Q. So you're saying that it was of value to the
14 Ritz-Carlton members to pay dues at their club of --
15 let's say, San Francisco -- the average dues per night
16 were over a thousand dollars. You've heard that
17 figure?
18 A. Uh-huh.
19 Q. What's the average room rate of a
20 Ritz-Carlton Hotel?
21 A. I can't tell you that.
22 Q. Is it over a thousand dollars?
23 A. I don't know.
24 Q. You think that there was a bonus for the
25 folks at the Ritz-Carlton Club San Francisco who were

24 (Pages 90 - 93)

**Page 94**

1  paying a thousand dollars a night in maintenance fees
2  to be able to trade a night at the Ritz-Carlton
3  Destination Club in San Francisco for a night at a
4  Ritz-Carlton Hotel? That's your thinking?
5      A. I think it provided the San Francisco members
6  an opportunity they didn't have before. So a San
7  Francisco member who had 21 nights, who did pay over a
8  thousand dollars a night, if they weren't able to use
9  those 21 nights in a year, if they actually affiliated
10 with Marriott Vacation Club, they could actually bank
11 those nights and use them in the future.
12     So time that they could have lost in a year
13 and not gotten any value to, they actually could have
14 put into this program and taken those points that they
15 would have received and used them in another year for
16 a different way.
17     Would it have been good value? Would they
18 have gotten a thousand dollars of value for those
19 points? Maybe not, but they would have lost it
20 altogether if they didn't have the ability to do it.
21     And it was voluntary. They could certainly
22 do it if they wanted to or they didn't have to.
23     Q. Okay. So I'm going to show you next in
24 order -- I don't know if this has ever been marked, so
25 I'm going to mark it as 1701.

**Page 95**

1      (Exhibit 1701 was marked for
2  identification.)
3  BY MR. REISER:
4      Q. Do you remember a club member, Juan Pablo
5  Cappello?
6      A. No, I don't specifically.
7      Q. Is it true that the Marriott Vacation Club
8  would follow the comments on Facebook related to the
9  members' reaction to the proposed affiliation?
10     A. Our PR department, who this -- Jackie
11 Ader-Grob works in -- does follow Marriott Vacation
12 Club and Ritz-Carlton Facebook pages.
13     Q. She also follows the comments that are made
14 on the TUG user group -- Timeshare Users Group -- too?
15     A. I believe she does.
16     Q. She would be aware of what the members are
17 saying on the TUG and then she would relay that
18 information to you folks at the operations side?
19     A. Yeah, she normally -- I don't know if she
20 does all the time; but, certainly, when certain
21 comments come up, she sends them to us.
22     Q. Part of her job responsibilities are to
23 monitor what members are saying on the internet.
24 True?
25     A. I don't know if that's part of her job

**Page 96**

1  responsibility. She certainly does it and
2  communicates with us on it, but I don't know if it's
3  part of her job responsibilities. I appreciate her
4  doing that, though.
5      Q. You were aware that the chatter on Facebook
6  was extremely negative in reaction to the proposal by
7  Eveleen Babich on July 17, 2012?
8      MR. SELLINGER: Objection to form.
9      A. I was aware there were some negative comments
10 made on Facebook after the letter.
11 BY MR. REISER:
12     Q. What about on the TUG user group?
13     A. I believe there were some comments there as
14 well.
15     Q. And they were as well negative; do you
16 remember?
17     A. I believe there were some concerned members,
18 yes, who were posting them.
19     Q. And Juan Pablo Cappello was one of those
20 concerned members?
21     A. It appears that he was.
22     Q. Do you remember that gentleman was a partner
23 at the time at Greenberg Traurig law firm in Miami?
24     A. Juan Pablo Cappello?
25     Q. Yes.

**Page 97**

1      A. No, I don't remember. I don't know if he was
2  a partner.
3      Q. He wrote a pretty serious letter that we're
4  going to get to in a minute, and we'll see if maybe
5  that refreshes your recollection.
6      A. Okay.
7      Q. Next in order is 1042. So take a minute to
8  read it if you wouldn't mind. I'm going to be asking
9  you about the e-mail that starts on the bottom of
10 page 1 from Linda Sciberras.
11     Do you know her?
12     A. Sciberras. She used to be a sales executive
13 with the company.
14     Q. Did she work with you in Jupiter? I mean --
15     A. No. She worked -- I think she was in, like,
16 a telesales capacity.
17     Q. Why was The Ritz-Carlton Destination Club
18 announcing a new offering that would allow Marriott
19 Vacation Worldwide folks to trade into the Ritz
20 properties on August 7, 2012, before any affiliation
21 vote or anything else that happened?
22     A. I have no idea why she would've been
23 announcing this. There's one point in time -- and,
24 truly, kind of through this whole thing -- we had
25 developer inventory that were owned at these

25 (Pages 94 - 97)

**Page 246**

1  something that -- it's not really that abnormal.
2  Randy had been on the board before, had relationships.
3       And then, from John's e-mail -- you know --
4  Jay was interested in having continuity. Jay had been
5  a very good -- I say partner, but he's not really a
6  partner. I mean, he was a very tough negotiator; but,
7  at the same time, he was somebody you could work with.
8  He was business-minded, you know. Through all of
9  these things between the management company and the
10  board, he was good to work with, and they -- you
11  know -- a very good advocate of the members, but
12  still, you know, you were able to work with him
13  through these issues.
14       So Jay wanted consistency in that. He had
15  come a long way since Sal Cutrona, who was before Jay,
16  and I think Jay wanted to make sure that that kind of
17  productive relationship continued between the
18  management of the company and the association.
19     Q. And then somehow it was -- Mercer and Oliver
20  were then acceptable to Marriott Vacation Worldwide --
21  acceptable enough for you to vote for?
22       MR. SELLINGER: Objection to form.
23     A. Again, I'm not really sure if we voted for
24  them or not. They certainly had -- I had no -- there
25  was nothing glaring as I talk about them or think back

**Page 247**

1  to them -- a reason that we wouldn't have wanted them
2  to be on the board.
3  BY MR. FERGUSON:
4     Q. Michael Mullenix was a bit more of a tiger, I
5  take it, than Mr. Mercer when it came to the brand
6  evolution that started on July 17, 2012?
7       MR. SELLINGER: Objection to form.
8     A. They certainly had a different style.
9  BY MR. FERGUSON:
10    Q. You know Mr. Neveloff as a very experienced
11  New York State real estate attorney?
12    A. I do.
13    Q. Do you recall that he, in turn -- withdraw
14  that. You probably don't know that.
15       Do you recall that there was a
16  ccase-and-desist letter that came from a firm in
17  Denver called Brownstein Hyatt & Farber?
18    A. I remember seeing that, yes.
19    Q. And I believe that was addressed to Mr. Weisz
20  and Mr. Cunningham. Was that something that they gave
21  to you?
22    A. I saw a copy.
23    Q. Did you ever hear at all again from
24  Brownstein Hyatt & Farber?
25    A. Did I? No.

**Page 248**

1     Q. Did you ever speak with Brownstein Hyatt &
2  Farber? There's a lawyer named Phil Gosch there.
3     A. It doesn't sound familiar.
4     Q. Can you put up Exhibit 1700? That's that
5  salacious document.
6     A. The spreadsheet.
7     Q. I'm just going to have you --
8       MR. FERGUSON: Can you get it so it's
9  column J, I believe? Can you blow that up,
10  so we can scroll through some of those?
11  BY MR. FERGUSON:
12    Q. Can you see that column J?
13    A. I can see it. Certainly now I can see it.
14    Q. You passed your driver's test?
15    A. I passed my eye test, yes.
16    Q. And I'm just going to scroll through this.
17  I'm not going to go through all 1,700 lines, but --
18  700 lines. Otherwise, you would kill me.
19       But I've written down that -- when Mr. Reiser
20  was asking you about any kind of pushback or position
21  to affiliation, you said that -- and I wrote it
22  down -- there may have been some select members who
23  did that.
24       Do you recall that?
25    A. Uh-huh.

**Page 249**

1     Q. Is that a yes?
2     A. Yes.
3     Q. When you said "select members," does that
4  mean they were select like Mr. Cappello? They were a
5  forceful, experienced attorney type of select member,
6  or were you saying select in the context of
7  numerosity?
8     A. Who is Mr. Cappello?
9     Q. I'm sorry. I thought they covered that with
10  you. That's the lawyer from Greenberg Traurig that
11  wrote the letter to Mr. Weisz.
12    A. Oh, Juan.
13    Q. Juan Pablo Cappello.
14    A. Yes. Okay. Sorry.
15    Q. You're referring to someone as select because
16  of their position or were you saying select in terms
17  of numerosity?
18    A. I was saying select more in numerosity. I
19  mean, we had over 3,000 members, so...
20    Q. At least with respect to this, the first
21  comment you had under the "please feel free to include
22  any other comments" was, "We bought Ritz-Carlton and
23  not Marriott. If you insist on cheapening the
24  experience, then buy us out."
25       You would agree with me, would you not, that

**Page 250**

1  that has to do with the concept of affiliation?
2      A. I do.
3      Q. The next person says, "Disgusting."
4         MR. FERGUSON: Just scroll with your
5      button. I'll tell you when to stop.
6  BY MR. FERGUSON:
7      Q. There's one that says, in the middle of that
8  page, "I have absolutely no interest in being
9  affiliated with MVC or their properties. I believe
10 Marriott created Ritz as their premium brand" -- and
11 they didn't create it, but it is your premium brand?
12     A. Ritz-Carlton?
13     Q. Yes.
14     A. Ritz-Carlton Club, yes.
15     Q. There's nothing higher?
16     A. No.
17     Q. "Are they now merging a brand just simply to
18 dilute it for Ritz? How does anyone at Marriott
19 believe a Ritz-Carlton member would expect the same
20 resort service for the premium dues we pay?"
21        So this was another person that was at least
22 alluding to affiliation; correct? They actually use
23 the word.
24     A. Yes.
25        MR. FERGUSON: Just hit your button a

**Page 251**

1  couple of times.
2  BY MR. FERGUSON:
3      Q. Somebody wrote there on item 8,
4  "Disappointed, disappointed, disappointed."
5         I take it, you wouldn't know one way or
6  another if they were talking about affiliation or
7  brand evolution?
8      A. I don't.
9      Q. Was this survey the result of -- withdraw
10 that. Was this survey in any way related to the brand
11 evolution letter that Ms. Babich sent out on July 17,
12 2012, and the letter that was followed up by
13 Mr. Cunningham on August 17, 2012?
14     A. It was -- it was, yes. I mean, it was part
15 of that, and then also the additional properties. So
16 the evolution letter, as you know, included the
17 properties' announcement of elimination of Kapalua and
18 Abaco as well.
19     Q. And then the next person said, "I'm
20 uninterested in the exchange program, which gives me
21 very little credit for my property that I pay dearly
22 for in St. Thomas, but gives The Ritz another
23 profit-seeking opportunity."
24        That exchange would be related to the
25 affiliation; correct?

**Page 252**

1      A. Yes, sir.
2      Q. The next person, they're very happy with the
3  present and future of the lovely Ritz-Carlton Clubs.
4         So you would get some positive comments here
5  and there?
6      A. Hmm?
7      Q. Oh, it says, "We are unhappy with the present
8  and future" -- I failed my driver's test. That person
9  was unhappy. Would you agree with that? He said it
10 or she said it?
11     A. Yeah.
12        MR. FERGUSON: Can you scroll down a few
13     more times?
14 BY MR. FERGUSON:
15     Q. At the top of the page, that person said,
16 "Ritz-Carlton really needs to get their act together.
17 Nobody is happy with this program when they are on
18 trips." It says, "Properties are dropping left and
19 right, and a new program with ER" -- that's Exclusive
20 Resorts?
21     A. Yes.
22     Q. That person went on to say, "that we will
23 never be able to use. The new Marriott timeshare
24 affiliation is not something we have an interest in."
25        Correct? It has to do with that?

**Page 253**

1      A. That's what it says, yes.
2      Q. There's one there. It says "Lay out a
3  compelling vision or shut it down. Merging with
4  Marriott lower-end clubs is not a viable option in my
5  opinion."
6         That would be related to the affiliation?
7      A. Yes.
8      Q. If you look at the one that says, "This has
9  been a disastrous investment with liquidity options.
10 Real estate is an investment, but The Ritz has
11 contributed to this poor investment through its
12 actions. The Ritz brand is forever damaged goods as a
13 result."
14        Would it be a fair statement that your
15 Ritz-Carlton Destination Club owners would express to
16 you their knowledge that the brand meant something --
17 that the brand name had value?
18        MR. SELLINGER: Objection to form.
19     A. Certainly, the Ritz-Carlton, many of them --
20 many of them loved the brands, like we all do.
21 BY MR. FERGUSON:
22     Q. All right. If you go a few more, then we'll
23 stop. It says -- the next one says, "Sorry to see
24 this once great brand in such a state of decline."
25        You don't know what that is relating to. It

**Page 254**

1  could be losing clubs or affiliation or something
2  else, like the soap. Right? You don't know what that
3  one is?
4      A. Yes.
5      MR. FERGUSON: Can you go down a few
6  more? Keep going. There was one I was
7  looking for.
8  BY MR. FERGUSON:
9      Q. "2008 blew up your brand and you're holding
10 onto fantasy development. Prior to that, has hurt
11 your image. Lee Cunningham is a terrible
12 businessman."
13     This person, obviously, is not happy with
14 Mr. Cunningham; correct?
15     A. Does not appear to.
16     Q. One or two more. There's one at the top of
17 the page, "continue to downgrade by joining Marriott."
18     Do you see that?
19     A. Yes, I do.
20     Q. The next one is, "Bought ten years ago. Been
21 at home club once." Someone says, "Very
22 dissatisfied." Next one, "Very unhappy." Next one,
23 "Something substantial needs to be done fast to
24 satisfy Ritz members, as the news --
25     MR. SELLINGER: Actually, you misread

**Page 255**

1  the -- you didn't complete the very unhappy
2  one that you read.
3  BY MR. FERGUSON:
4      Q. "Very unhappy with sister club closures and
5  inability to exchange."
6      That's because Abercrombie & Kent had been
7  available to them, and that was no longer available to
8  them; correct?
9      A. I'm not sure that's what that is about. The
10 exchange happened. The sister club exchange was
11 through all the different properties.
12     Q. So the people would have an ability to
13 exchange with sister clubs through Cobalt?
14     A. Correct.
15     Q. They did have some time -- a little bit of
16 time -- the ability to exchange into the Abercrombie &
17 Kent stable of properties?
18     A. Correct.
19     Q. And there was some ability to do it through
20 Exclusive Resorts?
21     A. Correct.
22     Q. And that person is referring to some
23 inability to use one of those exchanges?
24     A. Right.
25     Q. The next one says, "Something substantial

**Page 256**

1  needs to be done fast to satisfy Ritz members, as news
2  has been misleading and disappointing for the past
3  couple of years."
4      So we've only been through line 51. Would
5  you agree with me that, at least with the first --
6  with respect to the first 51 -- I know you've been
7  able to read some of those -- at least more people
8  were dissatisfied than were happy?
9      A. I agree. I agree. But I also do have to
10 say -- can I --
11     Q. You want to add something?
12     A. I do want to add something. Honestly, I
13 mean, that breaks my heart to see those. I mean, I've
14 seen them before and I see them again.
15     But the reality is, we -- it is certainly
16 more than we would ever want to see, and we knew that
17 there were people who weren't happy.
18     But this is, again, trying to figure out what
19 to do at this point, where we had thrown the Marriott
20 Vacation Club out as an option. It was out to the
21 membership, where then -- had members who were
22 interested in it. Some of them felt like it was the
23 worst thing ever, and us trying to figure out what to
24 do and how to move forward.
25     Because we had this exchange company. People

**Page 257**

1  are yelling that there's not as many exchange options
2  as before. So we're trying to figure out, how do we
3  move forward and how do we do the right thing. In our
4  minds, it was a completely voluntary program, so -- to
5  allow members to use it. If they didn't want to use
6  it, then they didn't have to use it.
7      So it just -- this is part of the whole --
8  I'm sorry -- the word "evolution" -- but this is how
9  the evolution was really coming about. Because we
10 were hearing from members and trying to figure out the
11 right thing. And, you know, we got to the point where
12 we went to the board; they went to the members; and
13 then we decided, in all of them, based on the feedback
14 we got, to move forward.
15     Q. Thank you for all that. You do call your
16 owners valued members; correct?
17     A. I do, yes.
18     Q. And you value their feedback?
19     A. We do.
20     Q. In fact, if I look at Ms. Babich's letters --
21 and this letter -- and Mr. Cunningham's letters, you
22 say repeatedly in those letters -- when I see you --
23 the royal you -- Marriott Vacation Worldwide --
24 although, some people sign it RCDC -- they say that
25 you're relying upon feedback, right, to do the brand

65 (Pages 254 - 257)

**Page 258**

```
 1  evolution?
 2       MR. SELLINGER: Objection to form.
 3       A. We say we welcome feedback, yes.
 4  BY MR. FERGUSON:
 5       Q. Do you just ignore the feedback?
 6       A. No. Of course not.
 7       Q. The first 30 or 40 people here who gave you
 8  pretty, if I can say, glowing bad reports and
 9  pretty -- they're pretty -- you know -- some are
10  personal. Some are disgusting, disgusting. Is that
11  feedback you just ignored?
12       MR. SELLINGER: Objection to form.
13       A. No, we certainly didn't ignore it. But at
14  the same time, again, we have -- at the time, we had
15  3,000 members, so we were trying to do the best thing
16  for all the members, which is very difficult. We
17  always have members who are unhappy, unfortunately.
18  It's a bit of the nature of the product.
19       And when you have so many members with very
20  high standards and who are very particular, and,
21  granted, they should be, but it's not uncommon that
22  you're not going to be able to please and do the right
23  thing by everyone.
24  BY MR. FERGUSON:
25       Q. Is Marriott Vacation Worldwide, in the last
```

**Page 259**

```
 1  two or three years, performing well in terms of, let's
 2  say, the volume of its points sales? Has it gone up,
 3  gone down?
 4       MR. SELLINGER: Objection to form.
 5  BY MR. FERGUSON:
 6       Q. Marriott Vacation Worldwide. Did I say --
 7       A. No. You mean the company?
 8       Q. Yeah.
 9       A. The company, yes, sales are going well.
10       Q. So sales are up?
11       A. Sales are -- yes.
12       Q. In terms of dollars up?
13       A. Year over year, probably not this year
14  because we had big hurricanes.
15       Q. So people weren't exposed to the product, as
16  they weren't able to travel as well as --
17       A. We had sales centers that were closed due to
18  Irma and Maria.
19       Q. I understand St. Thomas is closed till March?
20       A. Yes.
21       Q. So volume of sales is up. Are the dollars up
22  also over that period? I know there might have been
23  some fluctuation this year, but are they generally up?
24       A. The sales revenue or --
25       Q. Yeah. Revenue.
```

**Page 260**

```
 1       A. Overall revenue for the company or sales
 2  revenue?
 3       Q. Sales revenues for points.
 4       A. I don't know where it is year over year. We
 5  can certainly look.
 6       Q. Is EBITDA up?
 7       A. EBITDA is up.
 8       Q. Are profits up?
 9       A. Profits are -- yeah -- I think they grew a
10  little bit. I think we're on the path to grow
11  compared to last year, yes.
12       Q. And is the share price up?
13       A. Yes.
14       Q. It's a public company?
15       A. It's a public company. VAC.
16       Q. In terms of all those positive, I guess,
17  trends or results, are salaries up?
18       A. Salaries?
19       Q. Yeah. Has anybody been frozen out or are
20  people generally getting salary increases every year?
21       MR. SELLINGER: Objection to form.
22       A. It's the normal kind of merit increases that
23  we get. We can say they're up. Right, Doug?
24  BY MR. FERGUSON:
25       Q. Because we have a jury watching this, can you
```

**Page 261**

```
 1  explain, with your MBA, as simply as possible what
 2  EBITDA means to you?
 3       A. Earnings before debt service, taxes, and
 4  amortization.
 5       Q. So it's a way of looking at a company's
 6  performance without -- before you put a lot of
 7  variables on top of it?
 8       A. Correct.
 9       Q. Thank you. With respect to you, do you work
10  on a system that gives you bonuses for performance?
11       A. Not for performance. It's not like sales.
12  When I was in the sales organization, it was much more
13  performance-based. But those of us who are working
14  kind of the corporate office are much more just kind
15  of standard -- standard bonuses.
16       Q. And did you ever have as a -- withdraw that.
17       So, generally, the trending at Marriott
18  Vacation Worldwide since 2014-'15 has been fairly
19  positive?
20       A. For the company?
21       Q. Yeah.
22       A. Yes.
23       Q. Shareholders are probably happy because their
24  stock prices went up?
25       A. I would think they would be happy.
```

**Page 334**

1  the RCDC home members."
2      Was there a PDF generated as a result of the
3  agency, your internal marketing people?
4      A. I don't think there was ever. We ended up
5  doing what we used to call -- what we ended up calling
6  a how to use guide, which had the pretty pictures and
7  those type of things of how the program worked, but I
8  don't think we had a one-page PDF.
9      Q. All right. You talked about it, but you
10 don't think it was done?
11     A. I don't think it was ever done. If you have
12 it, I'd like to see it.
13     Q. No. I don't, I don't think.
14     A. You might. You've got a lot of the folders
15 back there.
16     Q. I might, yeah. Do you recall a survey going
17 out in the summer of 2013 -- as opposed to an
18 affiliation vote or a survey, but an actual survey
19 going out in the summer?
20     MR. MARX: Object to the form of the
21     question.
22     A. A survey about what?
23 BY MR. FERGUSON:
24     Q. I don't know. I'm going to show it to you
25 then.

**Page 335**

1      A. Okay.
2      Q. 1266. Just a few questions about 1266. This
3  is the one we copied on two sides. It's a --
4      A. Oh, this is the one we looked at before.
5      Q. Is it?
6      A. I don't know. It looks like it to me.
7      Q. It could be.
8      A. It looks the same to me. It has the same
9  information -- female, male -- which I thought was
10 very funny that they were...
11     Q. Yeah. If you go then to page -- sorry -- if
12 you do this -- one, two, three, four -- fourth page in
13 on Exhibit 1266, you'll see that the line 22 down --
14     A. "Disgusting." There it is.
15     Q. So this is the same document?
16     A. Yeah.
17     Q. Hallelujah. So it looks different because
18 it's not in landscape like the one on the computer?
19     A. Exactly.
20     Q. All right. So this survey was done in the
21 summer of 2013?
22     A. 2013, yeah, I believe it was.
23     Q. Just a quick few questions about it. On the
24 first page of Exhibit 1266, it has some sort of a
25 table, A through G columns. Under RCDC satisfaction,

**Page 336**

1  it has all zeros.
2      Do you know what that means?
3      A. I don't know.
4      Q. Do you know what -- on section F, Ritz brand
5  impression, it has eight, eight, ten, nine, four,
6  zero, five, ten, five.
7      Do you know what's high and what -- I guess
8  ten is probably the best, would you guess? Would you
9  know that?
10     A. I would think that ten was the best. I
11 should probably look at how the questions were
12 written.
13     Q. Question F.
14     MR. MARX: We've spent, like, at least an
15 hour on this document.
16     MR. FERGUSON: Yeah, but I didn't have
17 this, Mr. Marx. Well, we had it on the
18 board. Mr. Cunningham didn't know what this
19 was. All I'm focusing on is matching the
20 table with the answers to the survey. That's
21 all I was trying to do. I'm pretty much
22 done.
23     THE WITNESS: Can I just make --
24     MR. FERGUSON: Remember how you said they
25 were sorted?

**Page 337**

1      MR. MARX: Yeah, you can --
2  BY MR. FERGUSON:
3      Q. Can you explain this document and how it's --
4      A. No -- I was just going to say, there was a
5  discussion before that they were sorted so that the
6  bad ones were at the top, and this "disgusting" was
7  number three on your screen, and it's number 22 on
8  here.
9      Q. It's been changed?
10     A. Yes.
11     Q. Well, we didn't do that. Whoever was in
12 charge of the document was --
13     A. Monkeying with it.
14     Q. -- monkeying with it.
15     Did I show you Exhibit 1270? I don't think
16 we used this one before.
17     A. Okay.
18     Q. Exhibit 1270 is a memorandum from Mary Lynn
19 Clark to you, August 20, 2013, and she's telling you
20 some options, option one and option two, for RCDC
21 thoughts.
22     Do you see that?
23     A. Yes.
24     Q. And she said, "I think I have two viable
25 options -- three, but no one will go out of

```
 1              CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA
 4   COUNTY OF ORANGE
 5
 6          I, Lisa Gerlach, Court Reporter, do hereby
 7   certify that I was authorized to and did
 8   stenographically report the foregoing deposition; and
 9   that the transcript is a true and correct
10   transcription of the testimony given by the witness.
11          I further certify that I am not a relative,
12   employee, attorney or counsel of any of the parties,
13   nor am I a relative or employee of any of the parties'
14   attorney or counsel connected with the action, nor am
15   I financially interested in the action.
16          Dated this 16th day of November, 2017.
17
18
19
20
21
22
23          [signature]
24          Lisa Gerlach, Court Reporter
25
                          Page 374
```



95 (Page 374)