# EXHIBIT D

1              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF COLORADO
2           Civil Action No. 1:16-cv-01301-PAB-GPG

3

4    RCHFU, LLC, et al.,
                      Plaintiffs,

5

          vs.

6

     MARRIOTT VACATIONS
7    WORLDWIDE CORPORATIONS,

8    et al.,
                      Defendants.

9    _____

                   SUPERIOR COURT OF CALIFORNIA
10          IN AND FOR THE COUNTY OF SAN FRANCISCO
                    CASE NO. CGC-15-545987

11

     WILLIAM P. PETRICK, et al.,
12                    Plaintiffs,

13

          vs.

14

     MARRIOTT VACATIONS
15   WORLDWIDE CORPORATIONS,
     et al.,
16                    Defendants.

17   _____

18

19              VIDEOTAPED DEPOSITION OF:
20                   MARY LYNN CLARK
21                   December 6, 2017

22

23

24   Job No. 2733693
25   Pages 1 - 281

                                              Page 1

Clark - Reiser

1  it.
2      A.   I apologize.
3      Q.   All right.
4      A.   When you say -- you use "affiliation"
5  in a lot of different ways, so I didn't hear the
6  agreement part. I -- I was going back to the
7  Eveleen affiliation letter.
8      Q.   Fair enough.
9           What documents did you review?
10     A.   I remember a -- the PowerPoint.
11 They -- they asked me to explain the --
12          MR. MARX: Wait. Don't -- I don't want
13 you to reveal -- if the "they" you're referring to
14 are the lawyers, then I don't want you to reveal
15 what we discussed.
16          If the "they" you're referring to is --
17 has to do with a document that you remember looking
18 at, then that's fine. Do you understand what I'm
19 saying?
20     A.   Okay. Yes. The document was -- I
21 remember looking at one, because I had to
22 recalibrate my brain, that showed the affiliation
23 that said, you know, what do you get -- it was the
24 education document we talked about.
25     Q.   That's -- that's what you remember? Is

Page 254

1  that went out in August of 2013 on -- on certain
2  things?
3          MR. MARX: Object to the form of the
4  question.
5      A.   It shows here that Alan Maharaj --
6      Q.   He worked for you?
7      A.   He worked -- yes, in my organization,
8  not directly for me.
9      Q.   Okay. So you forwarded his summary of
10 the survey over to Stephanie Sobeck, and said, "Our
11 call volume was slow so I gave Alan to do a summary.
12 May be helpful." And you summarized -- and he
13 summarized for you the results of a survey that was
14 taken by Marriott on the affiliation; true?
15          MR. MARX: Object to the form of the
16 question.
17     A.   Can -- can you blow this up so I know
18 what survey you're talking about? We've had a lot
19 of those; so I can see what the questions were.
20     Q.   I could probably give you the survey if
21 you want. It's pretty -- 750 lines, but this is a
22 summary of it.
23     A.   Yeah, I'd just like to read it, so I
24 under -- you know --
25     Q.   Sure.

Page 256

1  there anything else that you remember?
2      A.   I remember seeing the letter that --
3  that Eveleen wrote.
4           I remember seeing the -- one of these
5  that you showed me. Not that -- I don't remember
6  any of these.
7           Oh, I remember seeing this one, the
8  options.
9      Q.   Do you remember -- I'm going to pull up
10 an exhibit here, next Exhibit 1905. I just marked
11 it today, so you're going to have to review it on
12 the screen. RCDC 6532.
13          (Exhibit 1905, Document, RCDC 6532-35
14 will be received and marked for identification.)
15          THE WITNESS: Can you blow that up a
16 little bit, please? Sorry. When you get old, this
17 is what happens.
18     Q.   That's the best -- I guess that's the
19 best we can do.
20     A.   Okay. I can see this.
21     Q.   Okay.
22     A.   I've not seen this in the last two
23 days, whatever, sessions.
24     Q.   Do you remember having your -- somebody
25 working for you prepare a summary of a major survey

Page 255

1      A.   -- I'm not sure what survey you're
2  talking about, and I don't want to say the wrong
3  things and give you something that's not true.
4          THE WITNESS: Like, that -- what's on
5  the screen, does it say -- like, I need the top
6  columns to understand what this was.
7      A.   So site, I wonder what age meant.
8          So this was in August of 2013.
9          I vaguely remember, but I'm not -- I am
10 not sure what the questions were.
11     Q.   Okay.
12     A.   So you can go down.
13     Q.   So if you can turn the page, there's a
14 summary by Mr. Maharaj that you forwarded to
15 Stephanie Sobeck, and I want to focus your attention
16 on a few of these.
17          MR. REISER: If you can just blow up
18 the first one that says "NATO Exchange."
19     Q.   Do you see that the -- his summary of
20 the sentiments of the club were that, with regard to
21 the NATO Exchange, that the members "Bought
22 Ritz-Carlton instead of NATO because they wanted the
23 exclusive feel," and that "allowing MVW takes away
24 that exclusivity?
25     A.   I see that.

Page 257

65 (Pages 254 - 257)

Clark - Reiser

1    Q.    And you -- you knew that that was the
2  result of the survey as summarized by your -- your
3  subordinate, Mr. Maharaj?
4    A.    Well, at the very top of this, what
5  he's saying is he is doing the major themes on the
6  negative responses.  So this is only half the
7  picture.
8    Q.    Would you -- would you like to see the
9  entire survey to get the full picture, because I
10  don't think you're going to be too impressed with
11  the positive responses on it.
12        MR. MARX:  Object to the form of the
13  question.
14    A.    Is there a question in there?
15    Q.    Yeah.  Would you like to see the full
16  survey, is the question.
17    A.    Not -- not particularly.
18    Q.    Okay.
19    A.    Because we may never get out.
20    Q.    On the "NATO Exchange," the second
21  thing he says is the "Quality of guests in Marriott
22  is lower," and "MVW Owners do not take as good care
23  of the property as owners do."
24        Have you ever heard that feedback from
25  any of the members?

Page 258

1    A.    Yes, I did.  And my response to that
2  was, I'm a Marriott Vacation Club owner, so you're
3  saying that I couldn't stay at a Ritz-Carlton?
4    Q.    This is the feedback by your members,
5  Ms. Clark.
6    A.    And I'm telling you what I said to the
7  members that actually said that to me.
8        And the other piece of that was that I
9  also would tell them that there were Ritz-Carlton
10  members out there renting their units for a really
11  low price, and the Marriott guests were paying a lot
12  more than what they had it there on the -- on the
13  street to rent it for.
14    Q.    The fourth bullet point under "NATO
15  Exchange" states, "Marriott resorts do not meet the
16  physical of service standard expected od the Ritz."
17        Did you hear that feedback from the
18  members?
19    A.    Yes.
20    Q.    And can you highlight on the next page
21  the other section?
22        And the -- the last bullet point -- the
23  second to the last bullet point reads, "Aspen -
24  Highlands - Very high dislike for the NATO
25  Exchange."

Page 259

1        You knew that, right, that the Aspen
2  members had a very robust opposition to the
3  Affiliation Agreement as of August 2013?
4        MR. MARX:  Object to the form of the
5  question.
6    A.    Once again, I don't know the timing,
7  but there was a time when they did not like the
8  NATO, when they were uneducated about it.  All of
9  this helped us understand what our members' views
10  were and made sure that they understood the facts.
11    Q.    And all of this actually helped you
12  make the decision not to give them a true vote, but
13  rather a survey that was a rigged survey, true?
14        MR. MARX:  Object to the form of
15  question.
16    A.    I -- am I allowed to object?  Objection
17  to your question.
18        As we talked about before, it was --
19  there was no preconceived notion.  This was a
20  feedback mechanism to understand, and what that --
21  what resulted in that is for us to really understand
22  how do we educate them.
23        Once again, my job was to provide them
24  with options.  There were some places in Third Home
25  that nobody wanted to stay either.  It was an option

Page 260

1  and a choice.  What they purchased did not change.
2  It was a choice.
3    Q.    Let me show you Exhibit 1547.
4        (Exhibit 1547, E-mail dated 7/14/14,
5  RCDC 009108 was marked for identification.)
6        MR. REISER:  9108, the RCDC.
7    Q.    So this is dated July 14, 2014, and it
8  is Stephanie Sobeck forwarding some Facebook posts
9  to you, as well as others.
10        And it's from Susan Feldman Davis, who
11  wrote: "Does anyone know what's going on with the
12  Marriott Vacation Club?  I just asked Member
13  Services and told -- and was told that the vote
14  happened and we will be a points based property.  I
15  have been unsuccessful in getting any response from
16  my E-mails to Randy Mercer.  I think this is a very
17  bad thing.  We will lose the entire 'monetary' value
18  of our units."
19        Did it surprise you that on July 14 --
20  July of 2014 that members at Aspen hadn't realized
21  that a vote had taken place?
22        MR. MARX:  Object to the form of the
23  question.
24    A.    This is the first time that I'm -- I'm
25  seeing this.

Page 261

66 (Pages 258 - 261)

Clark - Reiser

| | |
|---|---|
| 1 asset that I knew, and is there a way to utilize it. | 1        J U R A T |
| 2     I don't -- from a purely -- was it ML | 2 |
| 3 that came and told everybody that, I don't want to | 3     I DO HEREBY CERTIFY that I have read the |
| 4 say that, I don't recall. I don't know. | 4 foregoing transcript of my deposition testimony and I |
| 5    Q.   It was actually part of the | 5 certify that is it true and correct to the best of my |
| 6 reengineering -- the reengineering of the luxury | 6 knowledge. |
| 7 product; right? | 7 |
| 8    A.   Well, 47 Park wasn't. | 8 |
| 9    Q.   Not 47 Park, but the affiliation with | 9   _____ |
| 10 the full Marriott Vacation Club was part of the | 10     Mary Lynn Clark |
| 11 reengineering that was decided to be undertaken | 11 |
| 12 after the spin-off; right? | 12 |
| 13    A.   As well as exclusive resorts and all | 13 SWORN AND SUBSCRIBED |
| 14 those others. We were looking for options for | 14 BEFORE ME ON THIS _____ |
| 15 owners and members. | 15 DAY OF _____, 2017 |
| 16    Q.   Okay. Did you ever consider -- because | 16 |
| 17 47 Park was one Marriott Vacation property, not 51. | 17 |
| 18    A.   Um-hum. | 18   _____ |
| 19    Q.   Now it's 50. Did you ever consider | 19 Notary Public of the State of |
| 20 just affiliating Marbella and Majorca and the other | 20 |
| 21 two European properties high end, and maybe Newport | 21 |
| 22 Coast, rather than all the other ones? | 22 |
| 23    A.   I personally didn't, because that would | 23 |
| 24 be limiting people's choices. The same way with | 24 |
| 25 Exclusive Resorts. I didn't pick which ones, | 25 |
| Page 278 | Page 280 |
| 1 because different members wanted different products. | 1     CERTIFICATE |
| 2 So I -- I, just like with Third Home and everybody, | 2 |
| 3 I went for everything. | 3     I, CAROL ANN SHEPARD, a Certified |
| 4     MR. MARKS: Okay. Thanks. That's all | 4 Court Reporter of the State of New Jersey, License |
| 5 I got. | 5 No. 30X100101900, do hereby certify that prior to |
| 6     MR. REISER: Thank you. | 6 the commencement of the examination, MARY LYNN CLARK |
| 7     THE WITNESS: Thanks so much. Great | was duly sworn by me to testify the truth, the whole |
| 8 meeting you. | 7 truth and nothing but the truth. |
| 9     THE VIDEOGRAPHER: We are going off the | 8     I DO FURTHER CERTIFY that the foregoing |
| 10 record. The time is 4:24 P.M. This is the end of | 9 is a true and accurate transcript of the testimony |
| 11 Media 4 and today's deposition. All media will be | 10 as taken stenographically by and before me at the |
| 12 retained by Veritext. | 11 time, place and on the date hereinbefore set forth. |
| 13     (Proceedings concluded at 4:24 p.m.) | 12     I DO FURTHER CERTIFY that I am neither |
| 14 | 13 a relative nor employee nor attorney nor counsel of |
| 15 | 14 any of the parties to this action, and that I am |
| 16 | 15 neither a relative nor employee of such attorney or |
| 17 | 16 counsel, and that I am not financially interested in |
| 18 | 17 the action. |
| 19 | 18 Dated: December 19, 2017 |
| 20 | 19 |
| 21 | 20 |
| 22 | 21 |
| 23 | 22 |
| 24 | 23     CAROL ANN SHEPARD |
| 25 | 24 |
| Page 279 | 25 Certified Court Reporter of the State of New Jersey |
| | Page 281 |

71 (Pages 278 - 281)