# EXHIBIT F



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

June 29, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael Schrag, Esq.
Gibbs Law Group
505 14th Street, Suite 1100
Oakland, CA 94612

Re:     *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, **Superior Court of the State of California for the County of San Francisco, Case No. CGC-15-545987;**

        *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, **United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG**

Dear Counsel:

We have uploaded documents bearing Bates numbers RCDC073103 through RCDC073359 to our secure website to which you will receive a link in a separate email. These documents include APCO's August 2013 Survey Report and a January 2014 Focus Group Report and documents concerning those Reports.

The documents within this production are stamped as "Confidential" and are being produced pursuant to the Stipulated Protective Order entered in the *RCHFU* matter on January 13, 2017 (*see* Dkt. No. 100), which shall apply to all of these matters.

Very truly yours,

*s/ Ian S. Marx*

IAN S. MARX

Enclosures
cc: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq. (via email w/ enclosures)