# EXHIBIT G

CONFIDENTIAL



THE RITZ-CARLTON DESTINATION CLUB

| | | |
|---|---|---|
| TO: | Lee Cunningham | Tony Terry |
| FROM: | Stephanie Sobeck | Stacey Jackson-Rauso |
| DATE: | May 31, 2012 | |
| SUBJECT: | Business Review Report – Ritz-Carlton Destination Club – Period 5, 2013 | |

[illegible section]

### Aspen
- **Under Review / Work Underway**
  *Board*
  - All communications drafted for the Member MVC Affiliation Survey. Reviewed preface letter with Board, edited per their request, have not received final approval on letter to move forward. Sent follow-up email to the Board on May 29, 2013.
  - Randy Mercer inquired about Sal Cutrona's nomination form to run for the Tourist Accommodation Board.
  - Member – Dockser met with John Hearns personally on May 28, 2013. We are researching the Member's concerns on room blocking.

[illegible section]

Marriott Confidential and Proprietary Information
The contents of this material are confidential and proprietary to Marriott International, Inc. and may not be reproduced, disclosed, distributed or used without the express permission of an authorized representative of Marriott. Any other use is strictly prohibited.

SF, AH, LT

RCDC005712

**EXHIBIT**
**1230**
US D.Colo. 1:16-cv-01301

1230-0001