# EXHIBIT A

# GT GreenbergTraurig

## Memorandum

**TO:** Ritz Carlton Review Team

**FROM:** Ian S. Marx

**DATE:** April 26, 2017

**RE:** *Ritz Carlton ESI Document Review/Data Review Protocol*

---

## INDEX OF MATERIALS

1. ESI Discovery Review Case Summary

2. ESI Document Review / Initial Sample Set Data Review Protocol Memo

3. ESI Document Review / Data Review Protocol Memo

4. ESI Discovery Review Coding Protocol / Explanations and FAQs

5. *Petrick, et al. v. Marriott Vacations Worldwide Corporation*

    A. Third Amended Complaint
    B. Plaintiffs' Requests for Production of Documents
    C. Marriott Defendants' Responses and Objections to Document Requests

6. *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation*

    A. Fifth Amended Complaint
    B. Marriott Defendants' Initial Disclosures
    C. Plaintiffs' Requests for Production of Documents
    D. Marriott Defendants' Responses and Objections to Document Requests
    E. Marriott Defendants' Amended Responses and Objections to Document Requests

7. *Reiser, et al. v. Marriott Vacations Worldwide Corporation*

    A. Second Amended Complaint
    B. Marriott Defendants' Answer to Plaintiffs' Second Amended Complaint
    C. Plaintiffs' Requests for Production of Documents
    D. Marriott Defendants' Responses and Objections to Document Requests
    E. Marriott Defendants' Amended Responses and Objections to Document Requests

8. List of Relevant Legal Counsel