IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-01301 PAB-GPG

**RCHFU, LLC**, *et al*.

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al*.

Defendants.

---

## ADDENDUM TO REVISED SCHEDULING ORDER, SECTION 9
---

At a Status Conference held on July 12, 2018, the Court directed the parties to present a plan and an addendum to the current Revised Scheduling Order in connection with the extension of certain limited fact discovery after the fact discovery cut-off of July 16, 2018. The parties' counsel have met and conferred and present the plan below as a stipulated Addendum to Revised Scheduling Order to the include the following items to be completed and/or extended:

- Plaintiffs have withdrawn their motion to compel as to the discovery portions and will file a revised motion to compel on the issue of attorney fees and costs (Dkt. Nos. 202, 213, 215 and 221).

- Plaintiffs and the Marriott Defendants have met and conferred on the issue of Plaintiffs' challenge to the assertions of attorney client privilege with respect to 47 documents withheld from production on or before July 16, 2018 and will continue to meet and confer. If the privilege issue is not resolved by August 30, 2018, Plaintiffs may file a motion by October 1, 2018.

- Plaintiffs and the Marriott Defendants have met and conferred on the issue of Plaintiffs' challenge to the Marriott Defendants assertions of confidentially for their documents so designated under the Stipulated Protective Order on or before

> July 16, 2018 and will continue to meet and confer. If the matters is not resolved by August 30, 2018, Plaintiffs may file a motion by October 1, 2018.

- The following depositions may be conducted by Plaintiffs after the discovery cut-off:

    o APCO Worldwide, Inc., by September 15, 2018.

    o Ben Pierce, Marriott Vacation Worldwide, by October 15, 2018.

    o Stephanie Sobeck, Marriott Vacation Worldwide, concerning APCO documents produced by APCO or the Marriott Defendants concerning APCO, by October 15, 2018.

- Plaintiffs raised the depositions of John Vaughn and the Fed.R.Civ.P. 30(b)(6) deposition of Marriott International, Inc. Plaintiffs' counsel and Marriott Defendants' counsel have met and conferred and have agreed not to pursue these depositions.

- Plaintiffs and the Association have met and conferred about the continued deposition of Randall Mercer and/or other directors. They have agreed on resolution as set forth in Plaintiffs' Status Report, dated August 28, 2018..

- The Marriott Defendants may depose Plaintiffs (not previously deposed), if Plaintiffs express an intention to call them as witnesses at trial, after the issue of individualized reliance is resolved by the Court in a motion for summary judgment Plaintiffs will make on or before November 9, 2018.

- The Marriott Defendants may continue to supplement their disclosures pursuant to Rule 26 through September 30, 2018.

The parties have also met and conferred and have agreed to request an extension of the Expert Discovery deadlines as below.

All other portions of the Scheduling Order remain in force and effect, except as otherwise altered by prior Court orders.

### 9. CASE PLAN AND SCHEDULE

- **Fact Discovery Cut-off (except for discovery set forth above**

The parties are in the process of separately addressing a dispute over depositions which will be briefed pursuant to a schedule set during the hearing on 9/7/2018.

**and as may be ordered pursuant to motions to compel):** July 16, 2018

- **Deadline to Serve Initial Expert Reports:** October 5, 2018
- **Deadline to Serve Rebuttal Expert Reports:** November 5, 2018
- **Mediation Deadline:** August 6, 2018
- **Expert Discovery Cut-off:** November 30, 2018
- **Dispositive Motions**: December 17, 2018
- **Deadline to File Daubert Motions:** December 14, 2018
- **Deadline to File Motions** *in Limine***:** December 21, 2018

b.   **Discovery Cut-off:**

Fact discovery cut-off is July 16, 2018, except as set forth above.

c.   **Motions Deadline:** As above.

d.   **Expert Witness Disclosures**

As set forth above.

As set forth in the Revised Scheduling Order and as amended above.

### 13. AMENDMENTS TO SCHEDULING ORDER

This revised scheduling order may be altered or amended only upon a showing of good cause.

DATED at Grand Junction, Colorado, this __9__ day of ___Sept.___ 2018.

BY THE COURT:

_____
United States Magistrate Judge
Gordon P. Gallagher