IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG            Court Deputy: A. Barnes
Date: September 7, 2018                                    Recorder: Grand Junction

RCHFU, LLC, et al.
Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,
Defendants.

_____
Minutes and Orders – Status Conference of September 7, 2018
_____

3:01 p.m.

Appearing via Telephone: For Plaintiffs:  Matthew Ferguson, Michael Reiser; Matthew Reiser; Michael Schrag; and Lam.  Appearing for Marriott Defendants: Ian Marx and Philip Sellinger; and Appearing for Aspen Highlands Defendant, Daniel Shea.

Discussion held regarding outstanding discovery topics – each party (other than Aspen Highlands) submitted its report to the Court before-hand as well as a summarizing the most immediate items to the Court.

ORDERED: The Court will enter an Addendum to the revised Scheduling Order with the most pertinent changes being that the date to supplement disclosures shall be extended to September 30, 2018; the Dispositive Motions Deadline shall be extended to December 17, 2018; the deadline for filing a motion concerning assertions of attorney-client privilege and assertion of confidentiality shall be extended to October 1, 2018; and with regard to which plaintiffs, if any, that Defendants may additionally depose or conduct discovery with respect to, the Defendants shall have until September 14,2018 to make a list of individuals they would seek to depose and a paragraph statement as to why; the response deadline to that list shall be September 21, 2018; and the reply deadline shall be September 24, 2018.  Also, the parties are to contact Gallagher Chambers to set a hearing on the outstanding motions concerning sanctions.

Hearing concluded at: 3:42 p.m.
Hearing duration: 41 minutes