IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

___

**PLAINTIFFS' SEPTEMBER 20, 2018 STATUS REPORT AND REQUEST TO MAGISTRATE JUDGE GORDON P. GALLAGHER TO ENTER A *CORRECTION* TO ADDENDUM TO REVISED SCEDULING ORDER**
___

Plaintiffs, by and through their undersigned counsel, submit the following status report (as of September 20, 2018) and request to Magistrate Judge Gordon P. Gallagher to enter a correction to the addendum to Scheduling Order (Dkt. 303).

On September 7, 2018, the parties held a status conference with Magistrate Judge Gordon P. Gallagher to address the outstanding discovery matters raised in their Status Report filed on August 28, 2018 (Dkt. No. 300); in response to which the Marriott Defendants filed their own report on September 6, 2018. Dkt. No. 302.

A. CORRECTIONS REQUESTED TO ADDENDUM TO SCHEDULING ORDER.

After the status conference, on September 10, 2018, the Court revised the proposed Addendum to Revised Scheduling Order to reflect the dates discussed at the status conference. (Dkt. No. 303). The new dispositive motion deadline is now December 17, 2018. However, as

noted in Plaintiffs' counsel's September 10, 2018 e-mail to Judge Gallagher's clerk, the seventh bullet point of the Addendum (which is on page 2) incorrectly states that Plaintiffs will file a summary judgement motion on or before November 9, 2018. Plaintiffs respectfully request that this be corrected to state December 17, 2018.

In addition, the meet and confer date of August 30, 2018 in the second and third bullet points should both be changed to September 14, 2018. This is consistent with the Court's directives.

Plaintiffs submit a proposed corrected Addendum along with this status report.

**B. DEPOSITIONS**

On September 5, 2018, Plaintiffs conducted the Fed.R.Civ.P. 30(b)(6) deposition of APCO Worldwide, Inc. and APCO Insight in Washington, D.C. – meeting the Court's September 15, 2018 deadline.

On October 9, 2018, Plaintiffs will need to travel back to Orlando, Florida to conduct the continued depositions of Stephanie Sobeck (of MVW) and Mary Lynn Clark (former MVW executive), both necessitated by the withheld and then late production of APCO documents -- meeting the Court's October 15, 2018 deadline. On the same day, Plaintiffs are scheduled to also conduct the deposition of Ben Pierce (MVW) -- a witness noticed and scheduled to be deposed before the fact discovery cut-off, but reserved at the July 12, 2018 status conference.

On September 13, 2018, Plaintiffs conducted the continued deposition of Association President Randall Mercer on the discrete issues of the concealed November 14, 2013 Affiliation Agreement and the concealed APCO records. The Association made Mr. Mercer available in Aspen, Colorado. As demanded by the Association, Plaintiffs conducted the deposition in one

hour. As agreed and discussed with the Court, Plaintiffs will propound written discovery to the Association in lieu of depositions of other board members pertaining to the same issues.

### C. SANCTIONS HEARING AND SETTING.

Per the Court's Minutes and Orders dated September 11, 2018, Plaintiffs contacted the Court's clerk to obtain dates for a hearing on Plaintiffs pending sanctions motions. The Marriott Defendants' counsel were only available on three of the October 2018 dates and Plaintiffs' counsel were not available on those three dates. Plaintiffs have asked whether the Marriott Defendants will be available on November 2, 2018. Pursuant to the Court's September 20, 2018, Order, Plaintiffs will contact the Court on September 25, 2018, at 11:00 a.m. to set the hearing.

### D. THE MARRIOTT DEFENDANTS' ATTEMPTS TO CONDUCT POST FACT DISCOVERY CUT-OFF DEPOSITIONS.

Per the Court's directive, on September 14, 2018, the Marriott Defendants provided to Plaintiffs a letter with a list of Plaintiffs they would seek permission to depose after the fact discovery cut-off with a statement as to their reasons. Plaintiffs responded by letter on September 20, 2018 (a day before the deadline) stating their positions that they will work cooperatively with the Marriott Defendants to provide ownership status information but will not agree to post cut-off depositions. The Marriott Defendants' reply letter is expected on September 24, 2018.

### E. DISPUTE CONCERNING THE MARRIOTT DEFENDANTS' PRIVILEGE ASSERTIONS

At the September 7, 2018 Status Conference, the Court directed that the time to confer on the Marriott Defendants' assertions of privilege and then for any motion Plaintiffs file on those challenges were extended until September 14, 2018 and October 1, 2018, respectively. The Marriott Defendants have had the issue in their "court" since mid-July 2018; and while they took

the time to provide a list of the post-fact discovery cut-off depositions they wish to take, they have prduced none of the promised documents or explanations for their continued privileged assertions. As a result, Plaintiffs will now move for an *in camera* inspection of documents that they believe are not privileged.

DATED: September 20, 2018

                                                Respectfully submitted,

GIBBS LAW GROUP LLP

*/s/ Michael Schrag*
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar # 301461)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Facsimile: (510) 350-9701
E-mail : mls@classlawgroup.com
E-mail : lpl@classlawgroup.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 20th day of September 2018, a true and accurate copy of the foregoing **PLAINTIFFS' SEPTEMBER 20, 2018 STATUS REPORT AND REQUEST TO MAGISTRATE JUDGE GORDON P. GALLAGHER TO ENTER A *CORRECTION* TO ADDENDUM TO REVISED SCEDULING ORDER,** was filed and served via CM/ECF filing system upon following:

Daniel F. Shea, Esq.
Jessica Black Livingston, Esq.
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

David Masters
dlm@mastersviner.com
Masters & Viner, P.C.
970.249.2622
152 Colorado Avenue
Montrose, CO 81401

                                            */s/ Linda Lam*
                                            Linda Lam

4848-2526-0145, v. 1