## ADDITIONAL DISCOVERY SCHEDULE ADDENDUM

- Plaintiffs and the Marriott Defendants have met and conferred on the issue of Plaintiffs' challenge to the assertions of attorney client privilege with respect to 47 documents withheld from production on or before July 16, 2018 and will continue to meet and confer. If the privilege issue is not resolved by October 5, 2018, Plaintiffs may file a motion by October 8, 2018.

- The Marriott Defendants may continue to supplement their disclosures pursuant to Rule 26 through October 8, 2018.

- The parties agree to confer and agree upon a reasonable briefing schedule with respect to the Dispositive Motions identified below.

## 9. CASE PLAN AND SCHEDULE

- **Fact Discovery Cut-off (except for discovery set forth above and as may be ordered pursuant to motions to compel):** July 16, 2018

- **Deadline to Serve Initial Expert Reports:** October 12, 2018

- **Deadline to Serve Rebuttal Expert Reports:** November 20, 2018

- **Mediation Deadline:** August 6, 2018

- **Expert Discovery Cut-off:** December 14, 2018

- **Dispositive Motions**: December 17, 2018

- **Deadline to File Daubert Motions:** January 11, 2019

- **Deadline to File Motions *in Limine*:** January 18, 2019