IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT

Defendant Aspen Highlands Condominium Association (the "AHCA"), by and through its undersigned counsel, Hogan Lovells US LLP, respectfully moves the Court to allow the AHCA to file a Motion for Summary Judgment that exceeds the page limit in Rule III.F.3.a. of the Court's Practice Standards (civil cases) by no more than 15 pages. As grounds for this motion, the AHCA states as follows:

1.     Pursuant to Local Rule 7.1(a), counsel for the AHCA conferred with counsel for Plaintiffs. The AHCA obtained the consent of Plaintiffs, and the AHCA also consented to allow Plaintiffs 35 pages for their response brief to the AHCA's motion for summary judgment. Counsel for the AHCA also conferred with the Marriott Defendants and obtained their consent to file a motion for summary judgment in excess of this Court's 20-page limit.

2.     Plaintiffs assert five separate claims against the AHCA, including (1) breach of fiduciary duty and (2) constructive fraud, (3) conspiracy and (4) aiding and abetting the Marriott

Defendants' breaches of fiduciary duty, and (5) aiding and abetting the Marriott Defendants' constructive fraud.  Plaintiffs' numerous claims against the AHCA, though subject to summary disposition, require detailed legal and factual analyses.

3. Specifically, the AHCA contends that judgment is proper on all of Plaintiffs' claims on multiple grounds, including that the business judgment rule insulates the AHCA from Plaintiffs' breach-of-fiduciary duty and constructive-fraud claims; the economic loss rule bars Plaintiffs' claims; the undisputed material facts prove that the Plaintiffs' constructive fraud claim fails; Plaintiffs' constructive fraud claim is barred by the statute of limitations; the AHCA is not secondarily liable to the Plaintiffs; and the Plaintiffs have failed to adduce facts establishing proximate causation for their constructive-fraud and breach-of-fiduciary duty claims.

4. Given the multiple bases for summary disposition of the Plaintiffs' claims, the AHCA respectfully requests that the Court grant the AHCA's unopposed motion for leave to exceed the 20-page limit for a motion a motion for summary judgment. The AHCA's motion will exceed the 20-page limit by no more than 15 pages.

Dated this 12th day of October, 2018.

                                             */s/ Daniel F. Shea*
                                             Daniel F. Shea
                                             Jessica Black Livingston
                                             HOGAN LOVELLS US LLP
                                             1601 Wewatta Street, Suite 900
                                             Denver, Colorado 80202
                                             Telephone: (303) 899-7300
                                             FAX: (303) 899-7333
                                             E-mail: dan.shea@hoganlovells.com
                                             E-mail:jessica.livingston@hoganlovells.com

                                             *Attorneys for Defendant Aspen Highlands Condominium Association*

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 12th day of October, 2018, a true and accurate copy of the foregoing **ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                                              */s/ Greg Apt*