IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

---

**[PROPOSED] ORDER GRANTING ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

---

This Court, having considered the Aspen Highlands Condominium Association's (the "AHCA") Unopposed Motion to Exceed Page Limitation, finds that the Motion is supported by good cause. **IT IS THEREFORE ORDERED** that the AHCA may file a Motion for Summary Judgment that is up to 35 pages in length.

Dated this __ day of _____, 2018

By: _____
Hon. Philip A. Brimmer, U.S. District Judge