# EXHIBIT G

| | |
|---|---|
| **From:** | RCDC Member Communications <TheRitz-CarltonDestinationClub@email1.theritzcarltondestinationclub.com> |
| **Sent:** | Tuesday, April 22, 2014 7:02 AM |
| **To:** | Sobeck, Stephanie <Stephanie.Sobeck@ritzcarltonclub.com> |
| **Subject:** | New Affiliation Opportunity with 3RD HOME |



# THE RITZ-CARLTON
# DESTINATION CLUB

Dear Stephanie Sobeck:

The Ritz-Carlton Destination Club is pleased to announce our affiliation with 3RD HOME, the premier reciprocal travel club for luxury second home owners. This new affiliation provides you, as a Ritz-Carlton Destination Club Member, the opportunity, for a limited time, to expand your travel options by using your Reserved Allocation to exchange within the 3RD HOME system.

The 3RD HOME portfolio is comprised of over 1,850 luxury properties covering 70 countries. These properties have an average value of $2.3 Million. In addition to private homes, 3RD HOME provides access to over 20 full-service residences clubs.

3RD HOME is simple and easy to use. When you deposit a week of your Reserved Allocation with 3RD HOME you will earn "Keys" for each week you deposit. The more desirable the week(s) you deposit, the more "Keys" you earn. Once earned, "Keys" may be used in the 3RD HOME system to reserve any available property, 24/7, online.

The Ritz-Carlton Destination Club Members who join by October 22, 2014 will have their initiation fee waived and will enjoy complimentary access to 3RD HOME's top tier Chairman's Club Membership benefits for three years.

The cost of initiation is normally $2,500 and the annual fee for Chairman's Club membership is $995 per year. We are pleased to extend this amazing opportunity to our Members at no cost. There is an exchange fee payable to 3RD HOME based on the number of "Keys" required to visit the desired destination.

Enroll now at www.ritzcarltonclub.3rdhome.com/signup.

If you have any questions while establishing your account, a 3RD HOME team member may be reached at 855.693.7346 and would be delighted to assist you. The Ritz-Carlton Destination Club is pleased to extend this opportunity with 3RD HOME as we feel this new benefit will add to your portfolio of vacations.

Warmest regards,

AHCA00017956

**R. Lee Cunningham**
Executive Vice President & Chief Operating Officer
The Ritz-Carlton Destination Club

AHCA00017957