# EXHIBIT H

# ASPEN HIGHLANDS TOURIST ACCOMMODATION BOARD

**0075 Prospector Road**
**Aspen, Colorado  81611**

August 17, 2012

To the Members of the Aspen Highlands
 Condominium Association

Re:     <u>Evolution of the Ritz-Carlton Destination Club Brand</u>

Dear Members:

We wanted to follow up on our letter of July 26, 2012 and provide you with an update. As mentioned in our July 26th letter, we have been paying close attention (together with the other owner controlled boards of other Ritz-Carlton clubs), to the program that is being introduced by Ritz-Carlton Club and Marriott. We are particularly concerned about and focused on what impact there may be to our club as a result of the unsold fractional interests owned by a subsidiary of Marriott Vacations Worldwide ("MVW") and interests owned by a points based trust affiliated with MVW* (which together aggregate approximately 13.4% of our Aspen Highlands membership based on information provided to us). Specific questions we have raised with MVW relate to the number of points a MVW timeshare or points owner would have to utilize in order to reserve time in Aspen Highlands; whether MVW members will be able to access time in Aspen Highlands on a nightly or more or less transient basis; whether the Ritz-Carlton Club points and Marriott timeshare points will be marketed jointly; and whether Aspen Highlands members will be competing for space available as well as exchanging time periods with tens of thousands of Marriott timeshare/points members. These issues are very important to us. We have raised these issues with MVW and are awaiting comprehensive responses.

Our allotted times will be unaffected by the new program as well as our ability to exchange weeks (except that it is not yet clear that we will be able to exchange weeks as to the 13.4% of interests controlled by MVW). It is also not yet clear if or how the "float" weeks relating to the 13.4% of interests will affect our members.

In the most recent phone conversation with senior executives of MVW, they are actively considering our suggestions including the imposition of minimum night stays. They will continue to keep us advised as they work through the point valuations between Aspen Highlands and other timeshare facilities in the MVW system and are mindful of the desirability for all concerned to market the Ritz-Carlton and Marriott timeshare properties separately. To date, we are not satisfied that Aspen Highlands is appropriately valued (meaning we believe that the owners of Marriott timeshares/points will find it too easy to exchange into Aspen Highlands). Frankly, it has been our position that our members bought into a Ritz-Carlton brand and do not want that brand diluted. The Board has concerns that since the core business of MVW has and

---

* MVW is now a separate company which was spun off from Marriott International, which is the parent company of Ritz-Carlton Hotels (whose personnel manage our facility).

likely will be the timeshare business (which is appears to be evolving into a points based system), and that the nature of our club will change by opening the club to MVW timeshare/points members who have a much lower cost of entry. The Board is also concerned that there are specific provisions in our Association documents which the Board believes does not permit MVW to conduct a separate program as they currently intend. We are also concerned about our belief that MVW is not currently selling fractional interests (in fact, one of our suggestions is that some of the unsold interests be offered to Aspen Highlands members in weekly increments).

The same concerns have also been expressed by the other member controlled Ritz-Carlton Club boards (St. Thomas, Bachelor's Gulch, Jupiter and Kapalua). In addition, we are monitoring, as best as possible, the events relating to the potential termination by Ritz-Carlton Hotels of its management agreement at Kapalua and the lost affiliation within the system. We understand that discussions are ongoing but in any real estate restructuring, it is hard to predict an outcome. We continue to compare concerns and communicate directly with the presidents of the other owner-controlled fractional clubs.

On a different note, we wanted to provide you with a brief financial overview of the financial strength of our Association. Our Association continues to be operating on budget, the few members who are in arrears for 2012 (or prior years) are either now current or legal action is being actively pursued and since Willow Creek is on all of our minds, it is performing essentially as expected and we expect that by year-end, the operating loss for the amenities acquired (Willow Creek, Caffé Sienna, the spa and the telephone system) will operate at a net loss of less than $200,000 which is approximately what this Board projected in its consideration of the proposed acquisition. We have replaced the major kitchen appliances in each of the units and during the off season, will be installing wood panel covers on the new refrigerators to match the rest of the kitchen.

We at Aspen Highlands are fortunate to be operating as well as we are and we thank our Aspen Highlands staff and our managers for another great year of outstanding performance.

Best regards,

Jay A. Neveloff
(jneveloff@kramerlevin.com)
Philip Schneider
(pjschn2351@aol.com)
Gerald Marsden
(rnyjerry@aol.com)
Tyler Oliver
(tsoliver@henzlikoliver.com)

AHCA00015595