# EXHIBIT K

ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.
Tourist Accommodation Directors representing the Ritz-Carlton Club Members
75 Prospector Road, Aspen, Colorado 81611
E-mail:   AHCABOARD@GMAIL.COM

PRESIDENT:              Randy Mercer
VICE PRESIDENT:         Phillip Schneider
TREASURER:              Gerald Marsden
SECRETARY:              Tyler Oliver

COMMERCIAL DIRECTOR:            Joel Alper
* Aspen Highlands Condominium Association Director who is a Ritz-Carlton Club Member

July 2, 2013

Dear Fellow Member,

In the ongoing effort to keep you informed of your Board of Directors' efforts on your behalf regarding your second home in Aspen – the Ritz-Carlton Destination Club in Aspen Highlands - we wanted to share some recent actions, update you on continuing programs and provide you with our perspective on the progress of our current programs, while providing you an update on our current year financials.

## Willow Creek

The Willow Creek remodeling is almost complete with new chairs, tables, carpet, and a pizza oven. It looks great and the final touches on paint & lighting will be made throughout the summer.

The menu at Willow Creek also has been updated for the summer. New offerings abound such a kale & beet salad, peach walnut salad, summer soups, stuffed quail, salmon burgers, buffalo flank steak, multiple flatbreads freshly prepared in the pizza oven as well as some old favorites.

Prime Time bites are available with a full menu for those late afternoon cravings. Tacos, salads, elk meatballs, calamari and of course the Club's famous lamb lollipops are some of the favorites.

The great news is that Members love the changes and are spending more time at Willow Creek, helping to make it more successful than ever. Please join your fellow Members in supporting Willow Creek.

## Aspen Club Business

The balcony railing project and patio furniture replacement is almost completed and looks fantastic. The ongoing maintenance costs will be minimal, holding that portion of the budget down.

The Elkhorn exterior building and trim painting is completed. The results are significant.

The 2014 budget meetings will be starting in late July. The finance committee and management team will be working hard to add value to the Club ever mindful of keeping costs down.

The fiscal position of the Aspen Club remains strong with very few delinquencies' and budget variances for 2013. The onsite Management team led by Nicholas DiMeglio is doing an excellent job with cost management and Member experience.

A Member survey will be distributed to all Aspen Members shortly. The question will be asked in essence, "Do you want the Aspen Ritz-Carlton Club to have an exchange affiliation with the Marriott Vacation Club Destinations exchange program, and do you want Marriott Vacation Club Destination Members to have access to our Aspen Club?" This is not as simple as it sounds (with approximately 3,500 RCDC Members and over 400,000 MVCD members), a detailed FAQ (Frequently Asked Questions), and letter is being finalized as well as other information which may answer some of our mutual questions. Also, depending on the outcome of this survey, there may be another member vote that would involve changes to the Condominium Association documents to allow the Developer to place their Aspen inventory into the MVCD trust.  Please pay close, diligent attention to the communication, ask questions and be informed. Your opinion will make a difference!

**Other Club Business**

In December, the Trump organization purchased the amenities (golf course, Club, and spa) of the Jupiter Club, rebranding it as a Trump facility. The Ritz-Carlton Club Members have continued access to the facilities and beautiful fractional residences.

In December (after the real estate developer experienced financial problems) The Ritz-Carlton Club, Kapalua was rebranded as a Timbers Resort. In May, it was announced that the management company would change again from Timbers to Montage in the next couple months.

In April, facing the renewal of The Ritz-Carlton Club management contract at the end of 2013, the Bachelor Gulch Board of Directors unanimously voted to terminate the Ritz management agreement and hire Timbers Resorts as their new management company. The Members will ultimately decide the outcome of this action and are currently democratically voting their preference. The results will become available in July.

More communication will be coming very soon.