# EXHIBIT L

ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.
Tourist Accommodation Directors representing the Ritz-Carlton Club Members
75 Prospector Road, Aspen, Colorado 81611
E-mail:   AHCABOARD@GMAIL.COM

*PRESIDENT:*               *Randy Mercer*
*VICE PRESIDENT:*          *Phillip Schneider*
*TREASURER:*               *Robert Harris*
*SECRETARY:*               *Tyler Oliver*

---

*COMMERCIAL DIRECTOR:*     *Joel Alper*
* Aspen Highlands Condominium Association Director who is a Ritz-Carlton Club Member

---

October 23, 2013

Dear Fellow Member,

In the ongoing effort to keep you informed of your Board of Directors' efforts on your behalf regarding your second home in Aspen - the Ritz-Carlton Destination Club in Aspen Highlands - we wanted to share some recent actions, update you on continuing programs and provide you with our perspective on the progress of our current programs, while providing you an update on our current year financials.

<u>Willow Creek</u>
The Willow Creek remodeling is a success with new chairs, tables, carpet, and a pizza oven.  It looks great and the additional painting and lighting will be made throughout the off-season.

The menu at Willow Creek will be updated for the winter season.  Recent favorites such as kale and beet salad, peach walnut salad, hearty soups, salmon burgers, buffalo flank steak, multiple flatbreads freshly prepared in the pizza oven as well as some old favorites.

Prime Time bites are available with a full menu for that late afternoon hunger after a great day of outdoor experiences.  Tacos, salads, elk meatballs, calamari and of course the Club's famous lamb lollipops are some of the favorites.  Pair our bites with an excellent glass of wine or beverage for a great way to ease into the evening.

The great news is that Members love the changes and are spending more time at Willow Creek, helping to make it more successful than ever.  Please stop in many times each visit.  Please join your fellow Members in supporting Willow Creek.

<u>Aspen Club Business</u>
The annual meetings were held on September 21, 2013.

Property highlights for 2013 included painting and installation of railings in Elkhorn Lodge and humidification of all Residences.  The results are significant.  Major projects that will be considered in 2014 are: painting and rail replacement in Trail Head Lodge, phone upgrades, and DirecTV upgrades.

The 2014 Budget was approved.  The budgeted amount including Reserves is $13,251,018.  This represents a slight decrease from 2013.

The Annual Dues including Reserves are $13,604.78 for a two-bedroom Interest and $14,965.26 for a three-bedroom Interest. Your payment reminder will be sent shortly. The Finance Committee and Management Team are continuing to add value to the Club ever mindful of keeping costs down.

The fiscal position of the Aspen Club remains strong with very few delinquencies and budget variances for 2013. The onsite Management Team led by Nicholas DiMeglio is doing an excellent job with cost management and Member experience.

## Other Club Business

As previously communicated, Bachelor Gulch Members approved hiring Timbers Resorts as their new management company. If you have any questions regarding the transition please contact Member Services at 888-639-1948.

A Member survey regarding an additional voluntary exchange program will be distributed to all Aspen Members in November. The sole purpose of the survey is to understand the Aspen Highlands Member's interest in this voluntary exchange program, which would allow Members to exchange a week of their reserved allocated time for points within the Marriott Vacation Club Destinations exchange program. Please pay close, diligent attention to the communication, ask questions, and be informed. Your opinion will make a difference!

The Board wishes to welcome its newest member, Robert Harris, who will act as the Treasurer. Mr. Harris has a long history at the Aspen Highlands Club since first buying in 2005 and has considerable board experience having served as the Chairman of the American Institute of Certified Public Accountants (AICPA) 2009-2010. He currently serves as the Chairman of the Governance and Audit Committee of the International Federation of Accountants (IFAC) where he is also a member of the Board.

We also wish to thank our outgoing Board member, Gerry Marsden for legendary service to the Members in an advisory capacity and as the Treasurer for a number of years. His perspective and knowledge has been critical in leading the finance team to success and stability.

Thanks also for the many Member communications received this year. We look forward to additional conversations.

<u>More communication will be coming very soon.</u>