# EXHIBIT P

MEMORANDUM OF UNDERSTANDING
BETWEEN
THE LION & CROWN TRAVEL CO., LLC AND
ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.

This Memorandum of Understanding ("MOU") is entered into as of April 17, 2014, between The Lion & Crown Travel Co., LLC, a Delaware limited liability company, whose address for purposes hereof is 6649 Westwood Boulevard, Orlando, Florida 32821 ("Lion & Crown"), and Aspen Highlands Condominium Association, Inc., a Colorado non-profit corporation, whose address is 0075 Prospector Road, Aspen, Colorado 81611 ("Association"). Lion & Crown and Association are sometimes referred to as a "Party" or collectively as "Parties" and said terms shall also include the respective successors and assigns of any Party or Parties. "Executive Board" shall refer to the Executive Board of the Association, which has authority to act on behalf of the Association.

**RECITALS**

WHEREAS, the Executive Board, on behalf of the Association, previously met with representatives of The Ritz Carlton Destination Club on several occasions to discuss the potential opportunity for members of the Association ("Members") to voluntarily participate in the exchange opportunity with the Marriott Vacation Club Destinations Exchange Program ("MVCD Exchange Program") through The Lion & Crown Exchange Program;

WHEREAS, the Parties agreed that a survey of Members should be conducted to determine the interest of Members to voluntarily participate in the MVCD Exchange Program opportunity; and

WHEREAS, a majority of Members who responded to the survey responded affirmatively for the MVCD Exchange Program opportunity for those individuals voluntarily enrolled in The Lion & Crown Exchange Program.

NOW, THEREFORE, in consideration of the mutual covenants and obligations contained in this MOU, the Parties agree as follows:

**BACKGROUND AND TERMS**

1. The Parties acknowledge that the above recitals are true and correct.

2. The Parties acknowledge that the Executive Board, on behalf of the Association, and representatives of The Ritz-Carlton Destination Club previously had a number of discussions regarding The Ritz-Carlton Destination Club continuing to explore additional voluntary exchange opportunities.

3. As a result of the mutual interest of the Parties and the demonstrated interest of Members in the current opportunity available with Exclusive Resorts through The Lion & Crown Exchange Program, the Association agreed to survey its Members to determine interest in a possible exchange opportunity with the MVCD Exchange Program through The Lion & Crown Exchange Program, as an additional voluntary exchange option.







4. The Parties acknowledge that the survey resulted in a majority of Members who responded to the survey desiring to have the opportunity to participate on a voluntary basis in the MVCD Exchange Program.

5. Acknowledgement by the Association of participation in an exchange opportunity with the MVCD Exchange Program for individual Members simply results in the opportunity for an eligible Member to elect voluntarily to participate in an exchange opportunity with the MVCD Exchange Program through The Lion & Crown Exchange Program, for so long as such Member is enrolled in The Lion & Crown Exchange Program and the MVCD Exchange Program opportunity exists.

6. For those eligible Members electing to participate in an exchange opportunity with the MVCD Exchange Program through The Lion & Crown Exchange Program, an individual Member who is enrolled in The Lion & Crown Exchange Program may currently elect, on an annual basis, to deposit his/her/its reserved allocated week in Aspen Highlands Condominium in exchange for a distribution of points in the MVCD Exchange Program ("MVCD Exchange Points"), allowing such Member to use his/her/its MVCD Exchange Points for time to stay at a MVCD resort location, subject to availability and for so long as such Member is enrolled in The Lion & Crown Exchange Program and the MVCD Exchange Program opportunity exists. Members voluntarily determine whether or not to participate in an exchange opportunity with the MVCD Exchange Program.

7. The Parties agree as follows:

(a) Participation by individual Members in The Lion & Crown Exchange Program is voluntary.

(b) As of the date of this MOU, there are no costs associated with enrolling in The Lion & Crown Exchange Program.

(c) Access by MVCD Members to Aspen Highlands Condominium through The Lion & Crown Exchange Program is limited to reserved allocated time exchanged by Association Members. Space Available time at Aspen Highlands Condominium is currently available through The Cobalt Travel Co., LLC and not The Lion & Crown Exchange Program. Members of the MVCD Exchange Program will not have access to Space Available time at The Ritz-Carlton Club, Aspen Highlands through The Lion & Crown Exchange Program.

(d) As of the date of this MOU, Members enrolled in The Lion & Crown Exchange Program would elect on an annual basis, whether to participate in an exchange opportunity with the MVCD Exchange Program.

(e) As of the date of this MOU, Members enrolled in The Lion & Crown Exchange Program currently continue to be permitted to participate in the Exclusive Resorts opportunity, subject to availability of the inventory and the continued affiliation of such opportunity with The Lion & Crown Exchange Program.





(f) While subject to change and availability, there currently are over 50 Marriott Vacation Club resorts in the United States, Caribbean and Europe, and currently Members enrolled in The Lion & Crown Exchange Program and participating in the MVCD Exchange Program may book experiences in the Explorer Collection through the MVCD Exchange Program.

(g) As of the date of this MOU, unused MVCD Exchange Points may be banked for use in the next usage year up until June 30 of the use year prior to the use year that the MVCD Exchange Points are being banked into, subject to terms and conditions of the MVCD Exchange Program, as may be changed from time to time.

(h) As of the date of this MOU, MVCD Exchange Points may be borrowed from a future use year for use in the current use year up to 25 months in advance of the first day of the use year that the MVCD Exchange Points are being banked into, subject to terms and conditions of the MVCD Exchange Program, as may be changed from time to time.

8. This MOU shall be governed by, and shall be construed in accordance with, the laws of the State of Florida without regard to its conflict of law provisions. Any controversy or claim arising out of or relating to this MOU, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The place of arbitration shall be Orlando, Florida.

9. This MOU may be executed by the Parties in separate counterparts and via electronic means, and each part will be deemed an original and all of which together will be deemed to be one and the same instrument.

**IN WITNESS WHEREOF**, the Parties have caused this Memorandum of Understanding to be executed as of the date set forth above.

**LION & CROWN:**

**THE LION & CROWN TRAVEL CO., LLC,** a Delaware limited liability company

By: [signature]

Print Name: RALPH LEE CUNNINGHAM

As its: VICE PRESIDENT

**ASSOCIATION**

**ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.,** a Colorado non-profit corporation

By: [signature]

Print Name: Randal L. Mercer

As its: President



INITIAL