# EXHIBIT S

```
 1      IN THE UNITED STATES DISTRICT COURT
 2             DISTRICT OF COLORADO
 3     Civil Action No. 1:16-cv-01301-PAB-GPG
 4
 5     RCHFU, LLC, et al.,
 6                      Plaintiffs,
 7
               - against -
 8
       MARRIOTT VACATIONS WORLDWIDE CORPORATION,
 9     et al.,
10                      Defendants.
11     -------------------------------------------x
12
13
14        VIDEOTAPED DEPOSITION of MICHAEL
15     MARINO, held at the offices of Seyfarth Shaw
16     LLP, located at 620 8th Avenue, New York,
17     New York 10018, commencing at 11:32 a.m. on
18     December 6, 2017, before Anthony Giarro, a
19     Registered Professional Reporter and a Notary
20     Public of the State of New York.
21
22
23
24     Job No. 2732223
25     Pages 1 - 182
```

Page 1

```
 1    dispute as he refers to it here?
 2         A        I don't believe that I was
 3    yet involved; in other words, I think that
 4    this was the Colorado counsel that you had
 5    been referring to now.  But you're right.
 6    I don't recall whether it was 2013 or 2014
 7    that the meeting took place.
 8         Q        Do you recall ever
 9    negotiating with Marriott Vacation
10    Worldwide or its Ritz-Carlton affiliates
11    directly?
12                  Let me do it this way.
13                  Do you recall that sometime
14    about a year later that you got involved
15    in drafting and negotiating a memorandum
16    of understanding with Barbara Egolf?
17         A        Yes, sir.
18         Q        In connection, what was put
19    into that memorandum of understanding,
20    the business points and whatnot, were you
21    involved directly in negotiations prior
22    to being asked to draft that MOU?
23         A        No, sir.
24                  MR. FERGUSON:  1816.
25                  (The above-referred-to
```

Page 71

```
 1        document was marked as Exhibit 1816
 2        for identification, as of this date.)
 3                MR. RESNIK:  This is your
 4     Bates number on the bottom right-hand
 5     corner?
 6                MR. FERGUSON:  Yes.  We put
 7     those on, I believe.
 8        Q     This is a letter,
 9   March 26th, 2013, from you, Mr. Marino,
10   to Mr. Mercer.  And it's March 26th.  So
11   I think that probably helps you pinpoint
12   when you got involved.
13                Is this about when you got
14   back, reengaged actively, somewhat
15   actively with Mr. Mercer?
16        A     Yes, sir.
17        Q     Do you recall, generally,
18   what he was retaining you or asking you
19   to come on board for at this point in
20   time?
21        A     I recall receiving a
22   telephone call from Mr. Mercer, basically
23   again kind of just chitchatting and then
24   saying, hey, Sternfield -- I believe you
25   referred to Mr. Sternfield -- saying this
```

Page 72