# EXHIBIT U

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF COLORADO

 3      RCHFU, LLC, et al.,            )

 4                                     )

 5           Plaintiffs,               )

 6                                     )

 7      vs.                            ) No. 1:16-cv-01301-PAB-GPG

 8                                     )

 9      MARRIOTT VACATIONS             )

10      WORLDWIDE CORPORATION, et      )

11      al.,                           )

12                                     )

13           Defendants.               )

14      _____)

15

                 VIDEOTAPED DEPOSITION OF PHILIP SCHNEIDER was

16      taken on October 18, 2017, commencing at 11:12 a.m. at The

17      Landmark, 15802 N. 71st Street, Scottsdale, Arizona,

        before YVONNE L. WHITEFIELD, a Certified Court Reporter in

18      the States of Arizona and California.

19

20      Reported by:

21      YVONNE L. WHITEFIELD, CSR

22      Certificate No. 50611

23      Job No. 2728901

24

25      Pages 1 - 225
```

Page 1

```
 1          MR. MARX:  Object to the form to the question.
 2          THE WITNESS:  Only as to the time that they give
 3   up.  And they could do that anyway because it's a
 4   fractional interest.  They can do whatever they want to
 5   with their property.  They can let anybody use their         11:16
 6   property.
 7          So it doesn't make any difference.  If I want to
 8   put my one week or my four weeks into the Marriott
 9   Vacation, then they can -- somebody from Marriott
10   Vacation, all those people would have access, but only to   11:16
11   that month or that week, whatever I put in the pool.
12      Q.  But not -- without the affiliation program, they
13   wouldn't have access to a system where they could use
14   their points, correct?
15      A.  No.  They probably couldn't because one person       11:17
16   probably wouldn't -- Marriott probably wouldn't accept one
17   person from Aspen affiliating, but maybe they would.  I
18   don't know what their rules are.
19      Q.  So in your view, affiliating with member
20   interests is equivalent to renting?                         11:17
21      A.  Yes, or giving it away or letting someone else
22   use it without pay or whatever they want to do with it.
23      Q.  So it didn't matter to you that Marriott could
24   market that affiliation in order to sell more Marriott
25   Vacation Club member points and things like that?           11:17
```

```
 1        A.   No, I don't.
 2        Q.   So it looks like she sent that e-mail to Tyler
 3   Oliver who is a fellow board member of yours at the time?
 4        A.   Yes.
 5        Q.   And that he then forwarded it to you?              04:45
 6        A.   Correct.
 7        Q.   Do you recall now having seen this, does it
 8   refresh your recollection that there was at least one
 9   member who had that view that you couldn't vote away a
10   member's fee simple rights to do what they wanted to do     04:45
11   with their property?
12        A.   Yes.  I don't recall having received this, but I
13   agree with what it says.
14        Q.   So Mr. Schrag took you through a number of
15   internal e-mails back and forth between Marriott, internal 04:46
16   Marriott correspondence and then letters that were sent to
17   the members of the Aspen Highlands Vacation Club -- or
18   Aspen Highlands Condominium Association by either Marriott
19   or by the board where it indicated some vote might be
20   taken at some point.  You remember all that?                04:46
21             MR. SCHRAG:   Objection; misstates what the
22   documents say.
23   BY MR. SHEA:
24        Q.   So do you agree, I believe, that some of those
25   documents are imprecise in explaining to the members        04:46
```

Page 217