## ADDITIONAL CASE SCHEDULE ADDENDUM

- The Marriott Defendants produced a significant number of additional documents on October 5 and 8, 2018 (consistent with the deadline for making such productions). Plaintiffs also deposed 3 Marriott executives on October 9, 2018. Because Plaintiffs believe that some of these documents (and potentially, some of the deposition testimony) are relevant to Plaintiffs' expert reports and the experts needed additional time to review and analyze them, Plaintiffs and the Marriott Defendants have met and conferred, and agree to the below amended case schedule.

- The parties agree to confer and agree upon a reasonable briefing schedule with respect to the Dispositive Motions identified below.

### 9. CASE PLAN AND SCHEDULE

- **Fact Discovery Cut-off (except for discovery set forth above and as may be ordered pursuant to motions to compel):** July 16, 2018

- **Deadline to Serve Initial Expert Reports:** October 26, 2018

- **Deadline to Serve Rebuttal Expert Reports:** December 7, 2018

- **Mediation Deadline:** August 6, 2018

- **Expert Discovery Cut-off:** January 15, 2019

- **Dispositive Motions:** January 20, 2019

- **Deadline to File Daubert Motions:** February 4, 2019

- **Deadline to File Motions *in Limine*:** February 11, 2019