IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I, Andrew C. Lillie, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Aspen Highlands Condominium Association.

Respectfully submitted this 17th day of October, 2018.

>  */s/ Andrew C. Lillie*
> Andrew C. Lillie
> HOGAN LOVELLS US LLP
> 1601 Wewatta Street, Suite 900
> Denver, Colorado 80202
> Telephone: (303) 899-7300
> FAX: (303) 899-7333
> Email: andrew.lillie@hoganlovells.com
> *Attorneys for Defendant Aspen Highlands Condominium Association*

1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 17th day of October, 2018, a true and accurate copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                                                                   */s/ Greg Apt*