# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## DECLARATION OF RANDY MERCER

I, Randy Mercer, declare as follows:

1. I am over the age of 18, under no disability, and competent to testify about the matters in this declaration. I have personal knowledge of the facts in this declaration, all of which are true and correct to the best of my knowledge, information, and belief.

2. I am a resident of the State of Florida.

3. I have been the President of the Aspen Highlands Condominium Association since being elected as a Tourist Accommodation Director in October 2012.

4. My wife and I have been members of the Aspen Highlands Club since 2004.

5. We bought a four-week deeded interest to a two-bedroom unit at the Club in 2004, and we bought an interest in a three-bedroom unit in 2015, at about the time that we sold our two-bedroom unit.

6. Prior to 2014, Ritz-Carlton announced to members of the Aspen Highlands Club that it was affiliating with Abercrombie & Kent and later Exclusive Resorts to enable Club

1

\\DE - 045709/000001 - 3260015 v1

members to exchange one or more of their four annual allocated weeks for time at a property under the control of each such entity.

7. No vote of the members of the Club was taken prior to either affiliation nor were members of the Club surveyed by the Association or any Ritz-Carlton or Marriott entity prior to either affiliation.

8. To the best of my knowledge, no member of the Club complained to the Association about either affiliation or the absence of any vote or survey preceding either affiliation.

9. Also, in April 2014, Ritz-Carlton announced to members of the Club that it was affiliating with Third Home to enable Club members to exchange allocated weeks for time at a property under the control of Third Home.

10. Once again, no vote of the members of the Club was taken or survey of them conducted before this affiliation occurred and, to the best of my knowledge, no member of the Club complained to the Association about this affiliation or the absence of any vote or survey.

11. In April 2014, I and the other three Tourist Accommodation directors agreed to enter into a Memorandum of Understanding (MOU) with The Lion & Crown Travel Co., LLC, allowing a limited affiliation with the Marriott Vacation Club (MVC) subsequent to receiving the results of a survey sent to Club members in December 2013 regarding the affiliation.

12. That MOU applies to individual members only, precluding Marriott from exchanging any allocated weeks that it owns.

13. The MOU also prohibits MVC members from accessing space available. Space available comprises unused nights at the Club, created for example when a member fails to use all or part of an allocated week by reserving it by the required deadline.

2

14. Other Club members and members of Ritz-Carlton sister clubs can reserve this space available, and we as board members desired that the MVC exchange program be limited so that MVC members could access Aspen Highlands only when an owner of a deeded interest at Aspen Highlands exercised his or her fee-simple right to exchange an allocated week of time that he or she owned.

15. Attached to this declaration are annual reports prepared by Marriott and disseminated to me and the other Tourist Accommodation directors showing the amount of space available created each year and usage of the Club by Club members, members of sister Ritz-Carlton Clubs as well as the number of nights that Club members exchanged for use at sister Ritz-Carlton Clubs and Abercrombie & Kent, Exclusive Resorts, Third Home, and Marriott Vacation Club properties.

16. They are maintained by the board as business records of the Association and, as I understand from representations made by Marriott representatives, prepared in the regular course of its business as manager of the Club.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2018.

Randy Mercer