# EXHIBIT D

| | |
|---|---|
| **From:** | Randy Mercer </O=CB RICHARD ELLIS/OU=FTMYERS-NAPLES/CN=RECIPIENTS/CN=RANDY> |
| **Sent:** | Monday, April 22, 2013 7:53 AM |
| **To:** | Mike Mullenix <MMullenix@equishospitality.com>; Cunningham, Lee <lee.cunningham@mvwc.com> |
| **Cc:** | Sobeck, Stephanie <Stephanie.Sobeck@ritzcarltonclub.com>; John Doyle <jdoyle@mwe.com>; Jo-Ann Perfido <jperfido@live.com>; Scott P. McBride <SMCBRIDE@mcandrews-ip.com>; Scott Factor <scottfactor@comcast.net>; Mr. Jeff Austin III <JEFF3@austinbank.com> |
| **Subject:** | RE: Members Announcement - Exclusive Resorts |

A call would be very conducive to understanding.

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

---

**From:** Mike Mullenix [mailto:MMullenix@equishospitality.com]
**Sent:** Monday, April 22, 2013 8:43 AM
**To:** Cunningham, Lee
**Cc:** Sobeck, Stephanie; Randy Mercer; John Doyle; Jo-Ann Perfido; Scott P. McBride; Scott Factor; Mr. Jeff Austin III
**Subject:** Re: Members Announcement - Exclusive Resorts

Lee,

Thank you for the email. I would ask that you please have a live call with the Club Presidents to summarize the deal before any letter is sent to our Members. I have deep concerns that if this ER affiliation is similar to the "ER Light" program that was tried in Kapalua, it may be just another complexity that our Members will not perceive as valuable as you are presenting. Limiting locations, and modifying the agreement based on actual membership exchange also sound a bit concerning as well. Please, I ask, let's all have a call to discuss this before anything is sent to our Members today.

Thank you.

Mike
Sent from my iPhone

On Apr 22, 2013, at 6:56 AM, "Cunningham, Lee" <lee.cunningham@mvwc.com> wrote:

Dear RCDC Association Presidents,

Later today, an email will be sent to the membership announcing a new partnership with Exclusive Resorts. The Ritz-Carlton Destination Club members will have access to sixteen of the Exclusive Resorts locations. I have personally mentioned to most of you that we have been working on affiliation options with luxury tier vacation providers specifically for The Ritz-Carlton Destination Club members. This is one of those providers that we believe is an excellent fit for our membership, as they offer luxury accommodations in demanded vacation destinations. There is a three year term on the agreement which can be modified based on member usage. The developer is depositing approximately 1,200 nights of time to help facilitate exchange. While I would have liked to announce this to you well in advance of the member communication, the confidentiality provision within the contract would not allow me to do so.

AHCA00009703

If you have any question, please contact Stephanie Sobeck at 407-206-6017.


Regards,

Lee

**Lee Cunningham**
Executive Vice President & Chief Operating Officer

Marriott Vacations Worldwide Corporation
6649 Westwood Boulevard, Suite 500
Orlando, Florida  32821
Phone: (407) 206-6306
Fax:  (407) 206-6013
Email:  lee.cunningham@mvwc.com

*This communication contains information from Marriott Vacations Worldwide Corporation that may be confidential.  Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.*

AHCA00009704