# EXHIBIT F

| | |
|---|---|
| From: | Aspend Highlands Board of Directors <Aspenboard@ritzcarltonclub.com> |
| Sent: | Friday, April 5, 2013 5:07 PM |
| To: | satcomjoel1@yahoo.com |
| Subject: | Aspen Highlands Condominium Association, Inc., Tourist Accommodation Board Letter to Members |

April 5, 2013

Dear Joel and Louise Alper,

Positive discussions were held today between the Board of Directors and representatives of the Ritz/Marriott, including Lee Cunningham, COO of The Ritz-Carlton Destination Club.

Ritz/Marriott representatives agree that unless a majority of Aspen Highlands Members (excluding the Marriott interests and Members not in good standing) vote in favor of doing so, the Ritz/Marriott will not include Aspen Highlands in the Marriott Vacation Club affiliation/exchange/points program.

Discussions continue on other important issues affecting Aspen Highlands, including alternatives for divesting the current inventory of Aspen Highlands units owned by Ritz/Marriott. Such inventory will not be sold through the Marriott Vacation Club trust without an additional vote of the Members.

Sincerely,

Aspen Highlands Tourist Accommodation Board of Directors

*Randy Mercer*
President

*Phillip Schneider*
Vice President

*Gerald Marsden*
Treasurer

*Tyler Oliver*
Secretary



AHCA00002598