# EXHIBIT G

May X, 2013

Dear Mr. & Mrs. XXX,

As a follow-up to the letter dated April 8, 2013 (a copy of which is enclosed) from the Board of Directors at The Ritz Carlton Club, Aspen ("Aspen"), we are writing today to explain the process to conduct the member survey regarding potential exchange access to the Marriott Vacation Club system.

The Ritz-Carlton Destination Club ("RCDC") has proposed allowing Aspen members to be able to exchange a week of their reserved allocation for points to use through the Marriott Vacation Club System which includes: stays at Marriott Vacation Club resort locations and the Explorer Collection which is comprised of experiences such as cruises, guided tours, access to special events, and more. For more information about these different options please refer to www.marriottvacationclub.com.

This potential exchange option is in no way related to the to the Exclusive Resorts exchange affiliation that was communicated on April 22.. The Exclusive Resorts program will be made available to all Ritz-Carlton Destination Club Members in June and you should have received information last week about how to enroll and take advantage of this exciting new opportunity.

The Marriott Vacation Club exchange program would be just that - an exchange program.  If an Aspen Member decided to exchange one of their weeks of allocated time for points within the Marriott Vacation Club exchange system, then a Marriott Vacation Club member could reserve a stay in the allocated week that was exchanged using the points that they own.   On average, the points it takes to stay at The Ritz-Carlton Club properties for a week are much higher than the points owned by the average Marriott Vacation Club owner. In the current Marriott Vacation System there are over 400,000 owners. Additionally, based on the member survey, if the member's decide that they would like to have this exchange option, RCDC return at a later date to ask the Aspen members to  vote to allow   the remaining developer inventory to be placed in the Marriott Vacation Club points system.

Based on some Member and Board feedback, it is clear that there is concern about opening The Ritz-Carlton Club, Aspen to that Marriott Vacation Club owners which is why we believe a survey of the members is the best way to determine if The Ritz-Carlton Club, Aspen (and the members) will be affiliated in anyway with The Marriott Vacation Club system.

RCDC Executive leadership and the Board of Directors in Aspen have agreed that they will allow Members of Aspen the chance to indicate their thoughts before any final decisions regarding this affiliation are made. If the majority (50% + 1) of the Aspen Members (not including Marriott owned units (approximately 13% of the total units) respond affirmatively that they want Members of The Ritz-Carlton Club, Aspen to have the ability to voluntarily access the Marriott Vacation Club system and Marriott Vacation Club owners to have the ability to vacation at The Ritz-Carlton Club, Aspen, then we will move forward to provide that opportunity all Aspen Members on an individual basis.  If we do not hear affirmatively back from a majority of the Aspen membership, then this exchange option will not be made available to the Aspen Members.

A letter will be sent to you in the next two weeks which will include a link to the survey website, your survey password and a Frequently Asked Questions compiled from member feedback we have received thus far.   There will also be a telephone number included in case you would rather receive a paper copy of the survey rather than responding to the survey on-line.  Lastly, if you have any questions you can email RCDCMemberCommunications.ritzcarltonclub.com.

Best Regards

Aspen Highlands Tourist Accommodation Board of Directors
Randy Mercer                    Tyler Oliver
Phillip Schneider               Gerald Marsden

Lee Cunningham
Executive Vice President & Chief Operating Officer
The Ritz-Carlton Destination Club

AHCA00000845