# EXHIBIT K

| **From:** | The Ritz-Carlton Club, Bachelor Gulch <RitzCarltonClub@morrowco.com> |
| **Sent:** | Wednesday, December 4, 2013 9:21 AM |
| **To:** | pjschn2351@aol.com |
| **Subject:** | The Ritz-Carlton Club, Aspen Highlands Affiliation Survey |
| **Attach:** | The Ritz-Carlton Club, Aspen Highlands FAQ's.pdf |



THE RITZ-CARLTON DESTINATION CLUB®

*December 4, 2013*

*Dear Mr. & Mrs. Philip & Elana Schneider,*

*As promised earlier this year, The Ritz-Carlton Club, Aspen Highlands ("Aspen") Members are being surveyed regarding their interest in a potential optional exchange affiliation with the Marriott Vacation Club Destinations ("MVCD") program. We have worked collaboratively with your Board of Directors on this potential opportunity, and you should have received a series of letters on April 5, 2013 and November 19, 2013 regarding this Member survey. We are writing today to provide you with additional information and instructions on how to take the survey.*

*We want you to know that we remain committed to providing Members of The Ritz-Carlton Destination Club voluntary access to unique, luxury vacation experiences built upon The Ritz-Carlton's legendary, world-class, personalized services and amenities. We continue to evaluate other opportunities with luxury vacation partners, much like the current optional exchange opportunity with Exclusive Resorts. These exchange opportunities with luxury vacation partners are not related to or affected by this survey.*

*The sole purpose of this survey is to understand whether the Aspen Highlands Members would like the opportunity to voluntarily exchange a week of their allocated time for points within the MVCD exchange program. The MVCD exchange program is just that - an optional exchange program. If an Aspen Highlands Member decides to exchange one of their weeks of allocated time for points within the MVCD exchange program, then a MVCD member could reserve a stay in the allocated week that was exchanged using the points that they own. The Board would like to understand the Members' interest in this voluntary exchange opportunity through the MVCD program. We encourage each Member to participate in the survey. The survey will close on 1/13/14, so please take the opportunity to fill out the survey at your earliest convenience.*

*Please click on [RCCSurvey.com/RCCAspen](RCCSurvey.com/RCCAspen) to view more details of your options and to complete the survey.*

*Your personal Control Number is 76753121*

*If you have any questions about the survey or you would like to receive a paper copy of the survey, please contact [ritzcarltonclub.info@morrowco.com](ritzcarltonclub.info@morrowco.com). If you have any questions about The Ritz-Carlton Destination Club and the Marriott Vacation Club Destinations exchange opportunity, please email [RCDCcommunications@ritzcarltonclub.com](RCDCcommunications@ritzcarltonclub.com).*

*Best regards,*

AHCA00018319

Lee Cunningham
Executive Vice President & Chief Operating Officer
The Ritz-Carlton Destination Club

AHCA00018320