# EXHIBIT L

| | |
|---|---|
| **From:** | Sobeck, Stephanie |
| **Sent:** | Tuesday, January 14, 2014 02:12:20 PM |
| **To:** | Cunningham, Lee |
| **Subject:** | FW: Aspen Vote Update |

Final vote information for Aspen

Stephanie E. Sobeck
Vice President, Asset Management
The Ritz-Carlton Destination Club
6649 Westwood Blvd. Suite 500
Orlando, FL 32821
Phone: (407)206-6017, Fax: (407)206-6013, Cellular: (407)341-2651
stephanie.sobeck@ritzcarltonclub.com

This communication contains information from The Ritz-Carlton Development Company that may be confidential.  Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Verrechia, Nicole [mailto:NVerrechia@morrowco.com]
**Sent:** Tuesday, January 14, 2014 2:14 PM
**To:** Dinda, Dee; Sobeck, Stephanie
**Subject:** RE: Aspen Vote Update

Good Afternoon,

*No change in the numbers from yesterday.

The final vote count by interest:
**FOR: 74**
**AGAINST: 67**

The final vote count by number of owners:
There are **66** owners who voted FOR and **58** owners who voted AGAINST.

**The survey closed yesterday 1/13/14 at midnight.**

Thanks,
Nicole


Nicole Verrechia
Morrow & Co., LLC
470 West Avenue
Stamford, CT 06902

RCDC006094

Phone: 845.440.3018
Fax: 845.765.0568
Email: nverrechia@morrowco.com

RCDC006095