# EXHIBIT Q

# Document Produced in Native

Morrow000333

EXHIBIT
1314
US D.Colo. 1:16-cv-01301

vwRCC_Aspen

| ControlNumber | Name | FeedBack | PropVote | EndTime |
|---|---|---|---|---|
| 76004294 | Mrs. Jennifer Colson | I am voting "no" because my biggest issue is the question of valuation. If the weeks are exchanged week for week I think it really devalues our investment in the Ritz Carlton brand. Why would anyone pay the expense and maintenance fees for the Ritz brand when we could get the same by buying a Marriott and cheaper? I do enjoy the Marriott vacation clubs and my family owns a few. But, they are on a very different level than the Ritz properties. No question they're a different caliber. So, until the exchange is further explored, I have to say 'No"... | A | 12/5/2013 |
| 76086430 | PITCHFORD/MCCABE TRUST | For those of us who purchased very early on, could you provide additional information on how our ownership is different? I know that if we sell our ownership, then the buyer doesn't get the same benefits that we do - but not sure what the difference is. This clarity would help in these kinds of discussions. Thank you | F | 1/5/2014 |
| 76225166 | HANSON FAMILY PARTNERSHIP | Would we still go through the destination club in Salt Lake City for itineraries? When would this option start? November of 2014? Thank you. | F | 1/8/2014 |

Page 1

1314-0002

| Account | Owner | Comment | | Date |
|---|---|---|---|---|
| 76396622 | OSBORNE J DYKES III & ANN D DYKES | My wife and I would like to keep the arrangement as it was when we bought our unit in 2006, and we oppose the change. I do not want to open up use of the Club to more people, such as the MVCD members. It think that entering the proposed affiliation relationship will cheapen the Ritz Carlton brand (even though Marriot owns Ritz Carlton) and hurt the value of our units in Aspen; will likely increase the use of and traffic in the Aspen properties, which is undesirable; and will bring in "strangers" to our Club, making the Club more like a public hotel.<br><br>One important topic omitted from the FAQs is the anticipated financial impact of the affiliation, if it were to be adopted, on Marriott and on the current owners. I suspect that Marriott believes, and perhaps correctly, that the proposed affiliation would maximize value of the properties to Marriott, but I do not want to convert our current relatively exclusive arrangement to one that will open our units to MVCD people and drive our values down. It appears to me that Marriott is trying to rearrange things to make more money, at the expense of the current owners. The FAQs and other information distributed about the proposed change seem calculated to get a "yes" vote for Marriott. Also omitted from FAQs was Marriott's ownership of 150 unsold units. It would have been appropriate in my view to disclose fully Marriott's ownership interest and | A | 1/6/2014 |
| 76014606 | MR & MRS BILL & LINDA SCHAEFFER | We greatly appreciate Marriot working with RCDC-Aspen Highlands Board and developing this Affiliate Exchange Program. I believe it addresses the concerns of our members, maintains the value of our ownership and provides the expanded travel opportunities most of us want.<br><br>Suggestion: Provide an opportunity to use our unallocated time in the Marriot Vacation Club Destinations exchange program as well, recognizing it may be at a different value level.<br><br>Thank you! | F | 12/20/2013 |

1314-0003

vwRCC_Aspen

| ID | Name | Comment | Code | Date |
|---|---|---|---|---|
| 76004294 | Mrs. Jennifer Colson | I am voting "no" because my biggest issue is the question of valuation. If the weeks are exchanged week for week I think it really devalues our investment in the Ritz Carlton brand. Why would anyone pay the expense and maintenance fees for the Ritz brand when we could get the same by buying a Marriott and cheaper? I do enjoy the Marriott vacation clubs and my family owns a few. But, they are on a very different level than the Ritz properties. No question they're a different caliber. So, until the exchange is further explored, I have to say 'No"... | A | 12/5/2013 |
| 76079835 | Ms. Hilarie Bass | Would the exchannge be limited to one week per year out of four? If not, will we be allowed to give up our shoulder week for this exchange? Thanks. | F | 12/4/2013 |
| 76110871 | Mr. & Mrs. Alejandro & Balbina Ruiz | Marriot Vacation feels like a fraud from the company who sold us this property it is not what we paid for!<br>I paid $550,000 dlls for my weeks and this partnership automatically lowers my investment because it is worth $150,000 in points or the cost for Marriot Vacation Club buyers<br>I prefer that we all buy the unsold part from Ritz Carlton | A | 12/5/2013 |
| 76110871 | Mr. & Mrs. Alejandro & Balbina Ruiz | Marriot Vacation feels like a fraud from the company who sold us this property it is not what we paid for!<br>I paid $550,000 dlls for my weeks and this partnership automatically lowers my investment because it is worth $150,000 in points or the cost for Marriot Vacation Club buyers<br>I prefer that we all buy the unsold part from Ritz Carlton | A | 12/5/2013 |

1314-0004

vwRCC_Aspen

| Account | Name | Comment | Vote | Date |
|---|---|---|---|---|
| 76137165 | Dr. and Mrs. Patrick & Dee Lattore | I voted no because I could have bought into the Marriott system and did not. This survey is doing everything possible to get a yes response. I enjoy using the aspen highlands with like minded people who return year after year at the same time. I do not want aspen to become over run by folks who do not have an owners mind set and a commitment to the property. I think merging the systems is a significant branding mistake and I am fearful that we are close to the collapse of the ritz system. What I purchased several years ago is looking more like a time share in the Marriott system. I feel this survey should be asking do we want to stay in a "collapsing" and failing ritz system? | A | 12/4/2013 |
| 76163846 | Mr. & Mrs. Garrett & Tara Hofer | Need more high quality access to resorts on East Coast and Caribbean to make up. For numerous lost resorts (Kapalua, Abaco. Etc) | F | 12/6/2013 |
| 76196956 | HOUSSIERE HOLDINGS LMTD PTNSHP | The most important thing to me is participation with The World Residences at Sea. It is a part of the Exclusive Resorts program, but not available to us??? Please work on this improvement! | F | 12/18/2013 |
| 76219636 | WILLIAM & SAUNDRA DOCKSER | The affiliation with the Marriott Vacation Club Resorts negatively affects the value of our ownership | A | 12/10/2013 |
| 76249316 | Mr. & Mrs. Edward and Nancy White | We need other destinations since loss of Maui etc. | F | 12/4/2013 |
| 76257646 | WILLIAM & SAUNDRA DOCKSER | The affiliation negatively affects the value of our unit | A | 12/10/2013 |

1314-0005

| ID & Name | Comment | | Date |
|---|---|---|---|
| 76303150 Mr. Donald Askin | I really don't think this is fairly presented in a balanced fashion. This does not address fairly the notion that Marriott folks get access to a much higher end product without the capital investment. It will most likely change the demographics of the Aspen property. Some of this was discussed in your earlier correspondence but this is more of marketing piece than addressing a very concerning issue. | A | 12/5/2013 |
| 76306090 Mr. & Mrs. Keith and Sarah Faller | We are very interested in having more vacation options than the current line up of ritz destination clubs. We have enjoyed visits to st. Thomas and Jupiter, Fla. The marriot vacation club has several properties that we would be interested in visiting and are particularly interested in European sites! Plus, it is nice to be able to get there with a direct flight. However, we very much enjoy aspen and do not want the services there to lessen. | F | 12/9/2013 |
| 76313193 Mr. Joel Schneider | Depends on how many points you get for exchange. | F | 12/4/2013 |
| 76325572 Mr. & Mrs. Charles and Julie Sonson | I am strongly opposed to participation in the Marriott Vacation Club Destination Program. What I purchased was a fractional share program with the Ritz Carlton not a Destination Club membership program with Marriott. There are distinct differences between the models and it has translated, in my opionion, and from my personal experiences, in a reduction of value, and a significantly degraded experience. I would strongly urge the board to consider completely eliminating the exchange program affliation with Marriott and would personally consider paying increased annual fees, and a change in management companies to do so. | A | 12/4/2013 |
| 76351800 Dr. & Mrs. Scott and Laurie Dorfman | It would seem that you all are trying to bribe us to participate in the MVCD program by offering other incentives. I do not want our property opened to MVCD members. | A | 12/4/2013 |

1314-0006

vwRCC_Aspen

| ID | Name | Comment | | Date |
|---|---|---|---|---|
| 76366986 | Mr. Nicolas Karalis | I think the affiliation adds flexibility to the deeded owners. The issue is what happens to the value of the property? The Ritz Carlton Destination Club was sold as an exclusive club with deeded real estate that would hold value and could be passed down through generations. Now that the Ritz Carlton does not sell or promote our properties for sale, it leaves the homeowners with a depreciating asset. I have seen RCDC loose 3 locations in two years since I have become a member. My family was promised the ability to vacation in the Bahamas and Hawaii as part of the RCDC and this will never happen unless I participate in the affiliation program. The real estate agent for RCDC was saying and promising one thing as the Marriott company was planning and promoting something totally different. For example, I just received a dedicated customer service representative, which I did not have seen the department was moved to Utah. I would like to see a fair and amicable resolution were the deeded homeowners are kept whole with their investment and trust in the RCDC.<br><br>Sincerely<br>Nicholas Karalis | F | 12/4/2013 |
| 76387776 | Dr. & Mrs. Daniel and Jane Miller | I am wondering what my Ritz weeks are worth in points in the Marriott system | F | 12/8/2013 |
| 76387776 | | At this point I just want the opportunity to exchange not even knowing how many points I have. May never do it but definitely want the possibility open. | F | 12/5/2013 |
| 76408135 | Mr. & Mrs. Richard & Shirley Davis | I could have bought Marriott time for a hell of a lot less than what we have invested in the Ritz. Marriott needs to buy us out for what we paid in 2002. It further cheapens the Ritz. | A | 12/4/2013 |

vwRCC_Aspen

| | | | | |
|---|---|---|---|---|
| 76519505 | Mr. & Mrs. Charles & Diana Romito | I am still at a loss as to why owner approval is required for this voluntary program. This was to have been accomplished two years ago! | F | 12/4/2013 |
| 76549421 | Dr. & Mrs. Bruce and Susan Adelman | The value of the fractional ownership has already tanked on the resale market. This will just serve to further decrease the value of ownership. | A | 12/5/2013 |
| 76578073 | Mr. & Mrs. Michael Schonbrun | I purchased the Aspen property in large part to use Bachelor Gulch and Hawaii. No longer having the use of those prime properties has eroded the value of the investment for our family considerably and we remain very disappointed with this situation. Allowing us to use Marriott real estate which was developed at a much lower price point does little to make us happy and in fact would severely erode the value of the Ritz Property by having it used by Marriott vacation club people. That is not what we signed up for and I don't feel it is an equitable solution. | A | 12/4/2013 |
| 76591981 | Mr. Sharam Honari | points in the marriot system. we obviously paid a larger premium for our fractional unit and want to know what type of compensation we would receive for swapping our aspen time for another location within | F | 12/4/2013 |

1314-0008

vwRCC_Aspen

| | | | | |
|---|---|---|---|---|
| 76615151 | Mr. & Mrs. Robert & Ellen Skolnick | This is a terrible survey and not indicative of anything - extremely biased in how it is presented. I am in the survey business and would not offer such a survey to any of my clients.<br><br>Despite the "benefits" of joining the Marriott program, it is clear to me that this will make it harder for a Ritz member to exchange time within the RCC network, as more people will have opportunities to secure time at RCC properties. That is the deal killer for me. Marriott should have been much more forthcoming about the consequences of what is proposed.<br><br>In my view, it is Marriott's responsibility to continually look for ways to enhance the RCC program, not water it down. There are now fewer RCC properties. Already Marriott members can secure time at RCC using the inventory owned by Marriott/Ritz. Flexibility at the Ritz standard is already declining, and the value of our ownership interest has significantly declined. Joining the Marriott program will only make matters worse. I was about to purchase a second interest, but would certainly not consider it now. | A | 12/4/2013 |
| 76622092 | Mr. David Perry & Ms. Mary O'brien | Mediterranean, Europe, and ca coast. or even luxury townhomes or condos. Italy, Ireland and spain would be wonderful. I am concerned that the Marriott program is a step down from the luxury I expected from caliber of Ritz Carlton which I bought into ten years ago. How do I know how luxurious these properties are under the Marriott umbrella? I do like | F | 12/5/2013 |

1314-0009

Page 8


vwRCC_Aspen

| ID | Name | Comment | | Date |
|---|---|---|---|---|
| 76654631 | Mr. & Mrs. Daniel Schwartz | Not only do i not want to participate in Marriot Vacation Club Destinations exchange program, I also do not want members of Marriot Vacation Club members to be able to participate in The Ritz Carlton Club, Aspen Highlands or any of the other Ritz Carlton Clubs. We spent $250,000 to become members of this exclusive Club! We spend additionally approximately $15,000/year to maintain our exclusive membership. What you are proposing is a further dilution of the exclusivity of our membership in The Ritz Carlton Club. You have already reduced the value of my membership by ending your affiliations with Abaco, Hawaii, and Batcheler's Gulch. This association with the Marriot Vacation Club would further damage the value of our ownership in Aspen and our membership in The Ritz Carlton Club. What i would like to see occur is the addition of more Ritz Carlton Clubs in interesting, exotic locations. When we were being romanced to purchase our current ownership at the Ritz Club in Aspen, we were lead to believe that more Clubs would be added. | A | 12/6/2013 |
| 76675060 | Ms. Patricia Travers | The question should be asking if we want the Marriott Vacation Club to have access to the Ritz Carlton Aspen Highlands and my answer is DEFINITELY NOT. | A | 12/4/2013 |
| 76699873 | Dr. Michael Pacin & Dr. Amy Ronner | it needs to be more open. I don't know if you gave them access to all of our properties and dates, but I do know we don't have access to all of theirs. The access to their properties and dates is limited. I don't like the fact that we can't use our floats. To top it off we did an exchange and got 5 days for the price of 7 of our days. I have sent numerous emails asking to discuss this with someone who can do something and have not even had the courtesy of a response. I will ask again, "could someone please call me to discuss this matter." And, I don't just want to | X | 12/4/2013 |

vwRCC_Aspen

| ID | Name | Comment | Vote | Date |
|---|---|---|---|---|
| 76707820 | Dr. Scott Fross | The entity that I purchased has morphed significantly over time, and this I believe has eroded the value of my ownership significantly. I am proud to have an ownership in the Aspen Highlands Ritz-Carlton Club, and I paid a premium to have access to this club and I continue to pay annual dues that help continue the operational costs and upgrades. I strongly believe that diluting this brand further by allowing Marriott Vacation Club members will even further erode the value associated with this fractional ownership. I do not want to compete for space available at this club or any other club with MVC members. You have done enough damage already, return this fractional ownership | A | 12/4/2013 |
| 76718084 | Mr. & Mrs. Robert & Jeanine Harris | This seems like a win win | F | 12/5/2013 |
| 76741486 | Mr. & Mrs. Robert and Pam Taylor | I want the Ritz Carlton Club to be the Ritz Carlton Club not part of the Marriott Vacation Club I bought these two units with the Ritz Carlton Club value and just want what I bought since the Marriott has been involved my value has gone down. | A | 12/5/2013 |
| 76750004 | Dr. Michael Bornstein | As long as it doesn't affect my ability to make exchanges with my current Ritz properties. | F | 12/4/2013 |
| 76770934 | Mr. & Mrs. Danny and Nancy Lackey | The current affiliation program with Exclusive Resorts is not a good one. The Sea Island, Georgia resort has many residences, yet it is not available for the affiliation program at all during the summer. The program could have been a positive but has been a negative thus far. | F | 12/6/2013 |
| 76783232 | Mrs. Carol Hidalgo | I have already given up a week of my allocated time to stay at a Destination Club location in the coming year. If the members vote NO, does this mean that I won't be able to proceed with my plans? | F | 12/4/2013 |

1314-0011

vwRCC_Aspen

| | | | | |
|---|---|---|---|---|
| 76792984 | Mr. & Mrs. Mark and Cheryl Ravich | It is already to difficult to get time at aspen even with 2 units. I do not want the project affiliated with anyone other than Ritz club's as has always been the case. That is how the units were sold to me | A | 12/5/2013 |
| 76825571 | Mr. & Mrs. Gary & Sally Eisenreich | Marriott is not a comparable product to Ritz Carlton and affiliation would cheapen our holdings. Recently we ran into some Marriott owners that were occupying accommodations at the Ritz Carlton Club in St Thomas at a time we would have liked to been there ourselves but were not able to as it was booked (by Marriott Vacation club members). | A | 12/4/2013 |
| 76826260 | Mr. & Mrs. Charles & Joan Lohrfink | Our feedback and suggestions are contained in emails sent to Lee Cunningham and the Board at Aspen Highlands. | A | 12/7/2013 |
| 76827240 | Mr. Craig Altman | We pay/paid for Ritz Carlton accommodations and service not Marriott. This would be a downgrade from what is expected. There would be even less time available for Ritz Carlton owners at our properties. | A | 12/4/2013 |
| 76849883 | Mr. & Mrs. Merlin and Gail Schulze | I would like the ability to bank and/or draw time from year to year, but am not interested in any of the other benefits of the "affiliation" program. | A | 12/7/2013 |
| 76874884 | Mr. & Mrs. Rocky and Janet Mountain | We own shares of two residences. Please count our 'no' vote for both ownership interests. Thanks!! | A | 12/14/2013 |

vwRCC_Aspen

| ID | Name | Comment | Code | Date |
|---|---|---|---|---|
| 76881840 | MR PHILIPPE G. & LORI BERENGER | I find the above presentation and description deceptive. The way the information is depicted is such to "bundle" other opportunities with the Mariott affiliation that aren't described in the no affiliation side (e.g. Explorer" including RC hotels.) Can't we stop pushing the Mariott Club on the RC club owners and start to address the real issue: building additional RC clubs around the world or at least affiliating with other luxury brands (one should never think Mariotts rise to the level of luxury). | A | 12/17/2013 |
| 76894871 | Mr. Brian Enns | What is the RCC doing to restore the value of our purchase? IF you are going to expand the club through affiliations instead of new development, these benefits need to be transferable upon resale, otherwise our future value is in jeopardy. | F | 12/4/2013 |
| 76897236 | Ms. Lynne Celia | I think this is a great option! Thank you. Lynne Celia Aspen Member since Year 1 | F | 12/4/2013 |
| 76906373 | Mr. & Mrs. David and Amy Kite | I have no interest in having access to MVCD, and I definitely do not want MVCD members to have access to the Ritz Clubs. For over 100 years the Ritz name has been synonymous with the highest levels of luxury and service...ideas like this will quickly change that perception. | A | 12/5/2013 |
| 76910886 | Mr. & Mrs. James Farquhar | Does deeded reserved allocation include our floating week? Any system to more freely use our floating week would be much appreciated | F | 12/6/2013 |
| 76955944 | Mr. & Mrs. Howard & Elizabeth Simon | It would be good to be able to carry over weeks. I also think we should be able to exchange more than one week and also exchange weeks or days for Ritz Hotel space. | F | 12/8/2013 |

vwRCC_Aspen

| ID & Name | Comment | | Date |
|---|---|---|---|
| 76975264 Mr. Mark Bloom | I see the opportunity to participate in the MVCD exchange program as potentially useful, but NOT if it affords MVCD members a reciprocal right to compete with Ritz Carlton Club members for unallocated or released time at Aspen Highlands and other Ritz Carlton Club locations. We paid a premium for our interests and pay significant maintenance expense every year, and should not have to compete with MVCD members for that inventory. Addition of MVCD privileges to our benefits is in my view no more than partial compensation for the loss of our privileges at Maui, Abaco Club and Bachelor Gulch, as well as the abandonment of further Ritz Carlton Club development. | F | 12/6/2013 |
| 76975264 Mr. Mark Bloom | I see the opportunity to participate in the MVCD exchange program as potentially useful, but NOT if it affords MVCD members a reciprocal right to compete with Ritz Carlton Club members for unallocated or released time at Aspen Highlands and other Ritz Carlton Club locations. We paid a premium for our interests and pay significant maintenance expense every year, and should not have to compete with MVCD members for that inventory. Addition of MVCD privileges to our benefits is in my view no more than partial compensation for the loss of our privileges at Maui, Abaco Club and Bachelor Gulch, as well as the abandonment of further Ritz Carlton Club development. | F | 12/6/2013 |

1314-0014