# EXHIBIT S



# THE RITZ-CARLTON CLUB
## ASPEN HIGHLANDS

# ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION
Tourist Accommodation Board Meeting

# Section 5: The Ritz-Carlton Destination Club Member Services Update

425

AHCA00026670

# The Ritz-Carlton Club, Aspen Highlands
## Member Services Overview
## Board of Directors Meeting

_____

APRIL 2018

AHCA00026671

# TODAY'S TOPICS

Key Areas of Discussion

- Member Elections for The Ritz-Carlton Destination Club
- Member Elections for The Ritz-Carlton Club, Aspen Highlands Members
- Sister Club Exchange for The Ritz-Carlton Club, Aspen Highlands Members
- Space Available Usage
- Member Enrollments for Marriott Vacation Club Destinations
- Member Elections for Marriott Vacation Club Destinations
- **THIRDHOME** Update for The Ritz-Carlton Club, Aspen Highlands Members
- The Ritz-Carlton Club, Aspen Highlands: 2018 Sister Club Exchange Cap

427

# MEMBER ELECTIONS FOR
# THE RITZ-CARLTON DESTINATION CLUB
# EVENINGS BY CLUB CALENDAR YEAR

|  | 2016 | 2017 | % Δ | 2018 | % Δ |
|---|---|---|---|---|---|
| Reserved Allocation | 23,387<br>49.4% | 23,484<br>48.8% | 0.4% | 17,360<br>34.2% | -26.1% |
| Home Club Same Season | 6,915<br>14.6% | 6,012<br>12.5% | -15.0% | 3,035<br>6.0% | -49.5% |
| Home Club Different Season | 4,262<br>9.0% | 4,723<br>9.8% | 9.8% | 3,017<br>5.9% | -36.1% |
| Club System Exchange | 2,816<br>6.0% | 2,494<br>5.2% | -12.9% | 1,889<br>3.7% | -24.3% |
| External Exchange - THIRDHOME | 1,554<br>3.3% | 1,827<br>3.8% | 14.9% | 1,519<br>3.0% | -16.9% |
| External Exchange – Exclusive Resorts | 787<br>1.7% | 521<br>1.1% | -51.1% | 279<br>0.5% | -46.4% |
| Point Election | 1,841<br>3.9% | 1,883<br>3.9% | 2.2% | 2,079<br>4.1% | 10.4% |
| Released Unreserved Allocation and Float Unused | 5,762<br>12.2% | 7,140<br>14.8% | 19.3% | 21,578<br>42.5% | 202.2% |
| Allocation Total | 47,324 | 48,084 | 1.6% | 50,756 | 5.6% |
| Space Available Confirmed | 3,240 | 2,874 | -12.7% | 713 | -75.2% |

428
Numbers are approximate as of 03/31/2018

# MEMBER ELECTIONS FOR
## THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS MEMBERS EVENINGS BY CLUB CALENDAR YEAR

|  | 2016 | 2017 | % Δ | 2018 | % Δ |
|---|---|---|---|---|---|
| Reserved Allocation | 10,730 <br> 45.0% | 11,086 <br> 45.7% | 3.2% | 11,764 <br> 48.0% | 6.1% |
| Home Club Same Season | 3,007 <br> 12.6% | 2,875 <br> 11.9% | -4.6% | 2,189 <br> 8.9% | -23.9% |
| Home Club Different Season | 1,207 <br> 5.1% | 1,405 <br> 5.8% | 14.1% | 2,114 <br> 8.6% | 50.5% |
| External Exchange - THIRDHOME | 742 <br> 3.1% | 819 <br> 3.4% | 9.4% | 812 <br> 3.3% | -0.9% |
| External Exchange – Exclusive Resorts | 238 <br> 1.0% | 274 <br> 1.1% | 13.1% | 153 <br> 0.6% | -44.2% |
| Point Election | 973 <br> 4.1% | 945 <br> 3.9% | -3.0% | 1,078 <br> 4.4% | 14.1% |
| Club System Exchange | 1,885 <br> 7.9% | 1,706 <br> 7.0% | -10.5% | 1,023 <br> 4.2% | -40.0% |
| Released Unreserved Allocation and Float Unused | 5,045 <br> 21.2% | 5,137 <br> 21.2% | 1.8% | 5,382 <br> 22.0% | 4.8% |
| **Allocation Total** | **23,827** | **24,247** | *1.7%* | **24,515** | *1.1%* |

Numbers are approximate as of 03/31/2018

THE RITZ-CARLTON DESTINATION CLUB CONFIDENTIAL & PROPRIETARY INFORMATION    | 4

AHCA00026674

# SISTER CLUB EXCHANGE FOR
# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS MEMBERS
# EVENINGS BY CLUB CALENDAR YEAR

|  | 2016 | 2017 | % Δ | 2018 | % Δ |
|---|---|---|---|---|---|
| Club System Exchange | 1,885 7.9% | 1,706 7.0% | -10.5% | 1,023 4.2% | -40.0% |
| St. Thomas | 1,112 | 952 | -16.8% | 270 | -71.6% |
| Vail | 96 | 173 | 44.5% | 97 | -43.9% |
| San Francisco | 523 | 371 | -41.0% | 496 | 33.7% |
| Lake Tahoe | 154 | 210 | 26.7% | 160 | -23.8% |

Numbers are approximate as of 03/31/2018

430

AHCA00026675

# SPACE AVAILABLE USAGE
## THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS

## Space Available Usage at The Ritz-Carlton Club, Aspen Highlands:

|  | 2016 | 2017 | % Δ | 2018 | % Δ |
|---|---|---|---|---|---|
| RCC Aspen Highlands Members | 379 | 373 | -1.6% | 137 | -63.3% |
| Sister Club Members | 117 | 122 | 4.1% | 55 | -54.9% |

## Space Available by The Ritz-Carlton Club, Aspen Highlands Members:

|  | 2016 | 2017 | % Δ | 2018 | % Δ |
|---|---|---|---|---|---|
| RCC Aspen Highlands Members | 337 | 223 | -51.1% | 166 | -25.6% |

Numbers are approximate as of 03/31/2018     THE RITZ-CARLTON DESTINATION CLUB CONFIDENTIAL & PROPRIETARY INFORMATION     | 6

AHCA00026676

# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS
## ENROLLMENTS FOR MARRIOTT VACATION CLUB DESTINATIONS

## Marriott Vacation Club Destinations Exchange Program Member Enrollments

### RCC Aspen Highlands Members
382 Members
446 Interests

### RCDC Members Total
850 Members
981 Interests

### Historical Enrollments

#### Q4 2017

### RCC Aspen Highlands Members
379 Members
437 Interests

### RCDC Members Total
840 Members
964 Interests

#### Q4 2016

### RCC Aspen Highlands Members
342 Members
392 Interests

### RCDC Members Total
763 Members
868 Interests

# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS MEMBER ELECTIONS FOR MARRIOTT VACATION CLUB DESTINATIONS

2017 Elections
- 139 Weeks Elected

2018 Elections
- 160 Weeks Elected

2019 Elections
- 75 Weeks Elected

The Ritz-Carlton Club Aspen Highlands Members have successfully used MVCD points to reserve stays in various locations including Aruba, Hawaii, New York City, Newport Coast, Lake Tahoe, and The Ritz-Carlton Club, San Francisco

Note:
- For 2017, a total of 275 RCDC weeks have been elected
- For 2018, a total of 324 RCDC weeks have been elected
- For 2019, a total of 119 RCDC weeks have been elected

Numbers are approximate as of 03/31/2018

# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS MEMBERS
## THIRD**HOME** UPDATE

- Member Registrations
  - 560 Total Members
  - 175 – 2 Bedroom Residences
  - 385 – 3 Bedroom Residences

- Member Participation 2016 – 176 Deposits
  - 54 – 2 Bedroom Residences
  - 122 – 3 Bedroom Residences

- Member Participation 2017 – 191 Deposits
  - 66 – 2 Bedroom Residences
  - 125 – 3 Bedroom Residences

- Member Participation 2018
  - 41 – 2 Bedroom Residences
  - 76 – 3 Bedroom Residences

Numbers are approximate as of 03/31/2018

# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS
## 2018 SISTER CLUB EXCHANGE CAP

| 2017 Actuals | |
|---|---:|
| Maximum Allocated Nights | 24,528 |
| Number of Allocated Nights used by RCC Aspen Highlands Members in 2017 | (17,928) |
| Unused Allocated Nights by RCC Aspen Highlands Members in 2017 | 6,600 |
| Final Sister Club Cap for 2018 | 6,600 |
| Allocated Nights Booked By Sister Club Members as of 4/2/2018 | 233 |
| **Sister Club Exchange Cap Allocated Nights Remaining as of 4/2/18** | **6,367** |

THE RITZ-CARLTON DESTINATION CLUB CONFIDENTIAL & PROPRIETARY INFORMATION | 10

AHCA00026680