# EXHIBIT T

**Brownstein | Hyatt
Farber | Schreck**

Philip A. Gosch
Attorney at Law
303.223.1170 tel
303.223.0970 fax
pgosch@bhfs.com

November 21, 2012

**VIA FEDERAL EXPRESS**

Marriott Vacations Worldwide Corporation
Ritz Carlton Destination Club
Marriott Vacation Club
The Ritz Carlton Management Company, L.L.C.
6649 Westwood Boulevard, Suite 500
Orlando, Florida 32821-6090
Attn: Steven Weisz, President and CEO
     Lee Cunningham, EVP and COO

The Cobalt Travel Company, LLC
2711 Centerville Road, #400
Wilmington, Delaware 19808

The Ritz Carlton Development Company, L.L.C.
10400 Fernwood Road
Bethesda, Maryland 20817
Attn: Bhavana Boggs, Esq.

RE:   The Ritz Carlton Club, Aspen Highlands

This firm represents the Aspen Highlands Condominium Association, Inc. (the "Association"). It has come to the Association's attention that Marriott Vacations Worldwide Corporation ("MVW"), through its Marriott Vacations Worldwide program, has begun promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to Marriott Vacation Club members who are non-deeded members of Marriott Vacation Club's timeshare/points/exchange system and are not also members of the Ritz Carlton Destination Club (the "MVC Members"). It has also come to the Association's attention that The Ritz Carlton Management Company, L.L.C., an affiliate of MVW and the manager of the Association (the "HOA Manager"), and The Cobalt Travel Company, LLC, an affiliate of Marriott International, Inc. and the program manager for the Ritz Carlton Destination Club (the "Program Manager"), are active and willing participants in and beneficiaries of such promotion and any resulting use. With this letter, the Association demands that MVW, the HOA Manager, the Program Manager and their respective affiliates immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. Capitalized terms not otherwise defined herein shall have the meanings afforded them under the Declaration of Condominium for Aspen Highlands Condominiums (the "Declaration").

AHCA00000607

**EXHIBIT
1135**
US D.Colo. 1:16-cv-01301

1135-0001

November 21, 2012
Page 2

Any practice of allowing the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums by the MVC Members would violate the express terms of the Declaration and the disclosure documents given to purchasers of units at the Aspen Highlands Condominiums. Further, although MVW, the HOA Manager, the Program Manager and the developer, Ritz Carlton Development Company, L.L.C. or its predecessor, also an affiliate of Marriott International, Inc. (the "Developer"), may attempt to portray these actions as permitted by the Affiliation Agreement, the Reservation Procedures and the HOA Management Agreement, we disagree with that interpretation, and in any event the Declaration is clearly the controlling instrument under Colorado law. Also, ancillary contracts of adhesion which were executed when the developer controlled the Association (such as the HOA Management Agreement and the Affiliation Agreement) are terminable by the Association under Colorado law once control of the Association passes (as it has at the Aspen Highlands Condominiums), and it reasonably and logically follows that any such terminable agreements would in no event supercede the express terms of a recorded declaration. The Association reserves the right to pursue all rights and remedies in the event that MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums.

In addition to violating the Declaration, any practice of allowing the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums by the MVC Members may constitute, among other things, one or more breaches of the fiduciary duties of the HOA Manager to the Association under the HOA Management Agreement as a result of self-dealing among the HOA Manager, the Program Manager, the Marriott licensor entity and their respective affiliates to the detriment of the Association and its members. By permitting MVW and/or the Program Manager to utilize the Tourist Accommodation Units in clear violation of the Declaration, the HOA Manager would be enriching its affiliates and the Marriott licensor entity by creating an attractive offering for the MVC Members, which would increase sales and license fees under Marriott's arrangement with MVW, all at the expense and burden of the Association and its members. The Association reserves the right to pursue all rights and remedies in the event that MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. The Association also reserves the right to inspect and audit the financial records maintained by the HOA Manager to determine whether Association funds were utilized by the HOA Manager or the Program Manager in connection with the promotion or use of the Tourist Accommodation Units by the MVC Members Additionally, the Association reserves the right to inspect and audit the financial records maintained by the HOA Manager to determine whether Association funds were improperly allocated to the corporate overhead of MVW, the HOA Manager, the Project Manager, the Marriott licensor entity or any of their respective affiliates.

Any practice of allowing the use the Tourist Accommodation Units at the Aspen Highlands Condominiums by the MVC Members may also justify, among other things, claims by the owners at the Aspen Highlands Condominium against the Developer for improper disclosure and/or fraudulent inducement. The Colorado Disclosure Statement and the City of Aspen Disclosure Statement contain technical and substantive inaccuracies, inadequacies and omissions, including, significantly, no disclosure that the Condominium could be subjected to use by a timeshare/points/exchange system affiliated with a brand or club program other than Ritz Carlton. In fact, the Declaration and the Colorado and Aspen Disclosure Statements make repeated references to Ritz Carlton and the Ritz Carlton Program throughout such documents, and there is no mention of any other hotel brand or affiliation with any other non-Ritz Carlton club. It would have been very easy for the Developer to have caused such

AHCA00000608

1135-0002

November 21, 2012
Page 3

documents to disclose the availability of the Tourist Accommodation Units to the MVC Members or any other non-Ritz branded association since the Developer controlled the drafting and preparation of such Disclosure Documents, the Declaration and the other governing documents of the Association at the time of formation of the condominium regime, but no such disclosure or authorization exists in such documents. The Association reserves the right to pursue all rights and remedies in the event that MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. In the event such practice is not immediately discontinued, the Association may have no choice but to report the disclosure inaccuracies and inadequacies to DORA (the regulatory agency that reviews and enforces disclosure statements in Colorado) and/or to any other applicable governmental or regulatory agency.

In addition to the foregoing, MVW, the HOA Manager, the Project Manager, the Developer, the Marriott licensor entity and their respective affiliates should be aware that the Association is in active discussions with several other homeowner associations under The Ritz Carlton Destination Club umbrella who also have been or would be damaged by similar prohibited actions. The Association reserves all rights to initiate joint litigation with such other associations and/or the members of such associations in the event that MVW, the HOA Manager, the Program Manager, the Marriott licensor entity and their respective affiliates do not immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominiums to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. Additionally, MVW, the HOA Manager, the Project Manager, the Developer, the Marriott licensor and their respective affiliates should also be aware that several of the Association's members have retained legal counsel in their individual capacities and are in the process of preparing complaints against some or all of MVW, the HOA Manager, the Project Manager, the Developer, the Marriott licensor entity and their respective affiliates.

We look forward to receiving your collective written confirmation by December 10, 2012 that each of MVW, the HOA Manager, the Project Manager, the Marriott licensor entity and their respective affiliates will immediately cease and desist from promoting the use of the Tourist Accommodation Units at the Aspen Highlands Condominium to the MVC Members and permanently refrain from implementing any such program at the Aspen Highlands Condominiums. In the absence of such written confirmation by such date, the Association will have no choice but to pursue claims regarding the circumstances described in this letter.

Sincerely,

*Philip A. Gosch* (signature)

Philip A. Gosch

PAG:lai

cc: Aspen Highlands Condominium Association, Inc.
    Randy Mercer, President

016168\0001\1732112.5

**AHCA00000609**

1135-0003