# EXHIBIT U

```
                                                    Page 249

 1    IN THE UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO
 2    ------------------------------------------x
      RCHFU, LLC, et al.,
 3
                             Plaintiffs,
 4
            - against -
 5
      MARRIOTT VACATIONS WORLDWIDE CORPORATION,
 6    et al.,
 7                           Defendants.
 8    ------------------------------------------x
 9                     January 30, 2018
                       10:06 a.m.
10
11
12         CONTINUED DEPOSITION of JAY NEVELOFF,
13    held at the offices of Kramer Levin
14    Naftalis & Frankel LLP, located at 1177
15    Avenue of the Americas, New York, New York
16    10036, before Anthony Giarro, a Registered
17    Professional Reporter and a Notary Public
18    of the State of New York.
19
20
21
22
23
24
25    Job No. NJ2805161
```

Page 253

1  Q  Signed by you and Mr. Gosch
2  on the second page?
3  A  Signed by Mr. Gosch and
4  myself on behalf of the Condominium
5  Association.
6  Q  If you could please just
7  review the first sentence of the letter
8  and see whether his description of the
9  matters that he was being asked to
10  perform is consistent with your
11  understanding.
12  A  Broadly speaking, it does.
13  I'm just reading the words.  It's in
14  connection with a dispute regarding the
15  sale of unsold club membership units.
16  And then it says in other matters that
17  are -- that I may request the firm be
18  involved in from time to time.  So
19  broadly speaking, yes.
20  Q  So let me ask you this.
21  Did you ever ask Mr. Gosch
22  to opine on whether the Association Board
23  could enter into an agreement with
24  Marriott to set up the framework, whereby
25  individual club members, not Marriott,

```
                                                      Page 254
 1    but individual club members could
 2    exchange a week of their time for points
 3    in the Marriott Vacation Club program?
 4         A     If I asked them that sort of
 5    question, it was just a sideshow.  And it
 6    wasn't -- the only thing that I asked
 7    them to really focus on was, again, as I
 8    said, using the unsold inventory to
 9    create some sort of fractional or a
10    timesharing plan.  That doesn't mean I
11    didn't ask them questions from time to
12    time.  But I don't recall what I asked
13    them.
14               But as I recall, the
15    critical analysis he did, he did a memo
16    and a cease and desist letter.  That's
17    what I wanted him to do.
18         Q     I'm going to next ask you to
19    look at what's been marked as Exhibit
20    A-5.  It's a September 25th, 2012 e-mail
21    from Philip Gosch to Jay Neveloff, dated
22    4:53 p.m.  That's the most current of the
23    string of e-mails that extend for four
24    pages, marked as AHCA00016503 through 06.
25    Would you please review that?
```

Page 255

1      A     Okay.
2      Q     Do you see the last e-mail
3  in the chain?  What I mean by the last
4  one is the one that's on the first page
5  at the top of the page.
6            Do you see the topic that
7  Mr. Gosch is addressing in that e-mail
8  which seems to be the possible transient
9  use of the facility by Marriott Vacation
10 Club members; is that correct?
11     A     What I see is the chain of
12 e-mails that I obviously forwarded to
13 Phil Gosch.  And I obviously asked him
14 his reaction to that, the facts and
15 circumstances leading up to that string
16 of e-mails.  And the string of e-mails
17 was where the Association had made an
18 arrangement with a brokerage firm in
19 Aspen, Frias Properties, to rent out --
20 primarily rent out the inventory that we
21 claim from defaulting owners.
22           And they had it for rent.
23 And Frias or Frias, I don't remember the
24 pronunciation, was also probably the most
25 active in renting out weeks or days for