# EXHIBIT V

Philip Gosch - December 1, 2017

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF COLORADO
 3                Civil Action No. 1:16-cv-01301-PAB-GPG
 4
 5   RCHFU, LLC, et al.,
 6        Plaintiffs,
 7
 8   v.
 9
10   MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,
11        Defendants.
12   _____
13
                    PURSUANT TO SUBPOENA, the videotape
14   deposition of PHILIP GOSCH was taken on behalf of the
15   Plaintiffs at 410 17th Street, Suite 2200, Denver,
16   Colorado 80202, on December 1, 2017, at 9:08 a.m.,
17   before Barbara Birger, Registered Merit Reporter,
18   Certified Realtime Reporter and Notary Public within
19   Colorado.
20
21
22
23
24   Job No. 2757650
25   Pages 1 - 76
```

Page 1

| | | |
|---|---|---|
| 1 | MR. PRAY:  Is that a yes? | 11:20:40 |
| 2 | THE DEPONENT:  Yes. | 11:20:42 |
| 3 | Q.   (BY MR. SHEA)  Did you ever evaluate | 11:20:43 |
| 4 | whether either of those events, either the rentals by | 11:20:48 |
| 5 | the members or the exchange into the Abercrombie & | 11:20:54 |
| 6 | Kent program, were permitted by the condominium | 11:20:57 |
| 7 | declaration? | 11:21:03 |
| 8 | A.   I did not. | 11:21:04 |
| 9 | Q.   Did you ever evaluate whether a program | 11:21:05 |
| 10 | whereby individual members of the Aspen Highlands | 11:21:09 |
| 11 | Condominium Association voluntarily traded a week of | 11:21:12 |
| 12 | their time with somebody in the Marriott Vacation Club | 11:21:17 |
| 13 | or some other program could violate the condominium | 11:21:20 |
| 14 | declarations? | 11:21:26 |
| 15 | A.   I did not. | 11:21:27 |
| 16 | MR. SHEA:  No further questions. | 11:21:33 |
| 17 | MR. MARX:  I have no questions. | 11:21:36 |
| 18 | THE DEPONENT:  I like him the best. | 11:21:40 |
| 19 | MR. MARX:  You're the first person who | 11:21:43 |
| 20 | said that in this case. | 11:21:44 |
| 21 | THE VIDEOGRAPHER:  Going off the record. | 11:21:46 |
| 22 | This concludes the videotaped deposition of Philip | 11:21:47 |
| 23 | Gosch.  The total number of media used is two.  The | 11:21:51 |
| 24 | time is 11:21 a.m.  We are off the record. | 11:21:55 |
| 25 | /// | |

Page 73