# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**STIPULATION ON BRIEFING SCHEDULE FOR DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**

---

Plaintiffs and Defendant Aspen Highlands Condominium Association ("the Association"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the Association filed a motion for summary judgment on October 22, 2018 (Dkt. No. 319) ("the Motion");

WHEREAS, under Local Rule 7.1(d), Plaintiffs' deadline to file an opposition to the Motion would be November 12, 2018, and the Association's deadline to file a reply in support of the Motion would be November 26, 2018;

WHEREAS, Thanksgiving is on November 22, 2018 and Plaintiffs must prepare for a hearing on their two sanctions motions set for November 20, 2018 (Dkt. No. 309);

WHEREAS, the Court issued an addendum to the case scheduling order allowing "[t]he parties … to confer and agree upon a reasonable briefing schedule with respect to the Dispositive Motions …" (Dkt. No. 316);

1

WHEREAS, the deadline for filing dispositive motions under the current case schedule is not until January 20, 2019 (Dkt. No. 316);

WHEREAS, Plaintiffs and the Association have met and conferred on a reasonable briefing schedule with respect to the Motion;

NOW, therefore, the parties agree and stipulate, subject to the Court's approval:

1. Plaintiffs' deadline to file an opposition to the Motion will be December 10, 2018.

2. The Association's deadline to file a reply in support of the Motion will be December 21, 2018.

A proposed order accompanies this stipulation.

**IT IS SO STIPULATED.**

Dated: November 2, 2018                           Respectfully submitted,

*/s/ Linda Lam*
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com
*Attorney for Plaintiffs*

*/s/ Jessica Black Livingston*
Daniel F. Shea
Jessica Black Livingston
Andrew C. Lillie
Andrew M. Nussbaum
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
Fax: (303) 899-7333
E-mail:dan.shea@hoganlovells.com
E-mail:jessica.livingston@hoganlovells.com
E-mail:andrew.lillie@hoganlovells.com
E-mail:andrew.nussbaum@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 2nd day of November 2018, a true and correct copy of the foregoing **STIPULATION ON BRIEFING SCHEDULE FOR DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** was served via ECF filing upon:

Daniel F. Shea, Esq.
dan.shea@hoganlovells.com
Jessica Black Livingston, Esq.
jessica.livingston@hoganlovells.com
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

David Masters
dlm@mastersviner.com
Masters & Viner, P.C.
970.249.2622
152 Colorado Avenue
Montrose, CO 81401

*/s/ Linda Lam*
Linda Lam

4