IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**[PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**

---

This Court, having considered Plaintiffs' and Defendant Aspen Highlands Condominium Association's ("the Association's) stipulation on a briefing schedule with respect to the Association's motion for summary judgment ("the Motion"), hereby grants the stipulated belief.

IT IS SO ORDERED that:

1. Plaintiffs' deadline to file an opposition to the Motion will be December 10, 2018.

2. The Association's deadline to file a reply in support of the Motion will be December 21, 2018.

Dated this ___ day of _____, 2018.

By: _____
Honorable Philip A. Brimmer