IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

     Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

     Defendants.

---

## [PROPOSED] ORDER RE: SECOND ADDITIONAL CASE SCHEDULE ADDENDUM

---

The Court, having considered Plaintiffs and the Marriott Defendants' jointly proposed Second Additional Case Schedule Addendum (which was submitted to the Court on November 15, 2018), and finding good cause shown, hereby ORDERS that:

1. The seventh bullet point in the [*Corrected*] Addendum to Revised Scheduling Order, Section 9 (Dkt. No. 307) shall be revised to state that:

> The Parties anticipate that the issue of individualized reliance will be resolved by the Court in a motion for summary judgment Plaintiffs will make on or before February 11, 2019 (the "Reliance Motion"). Other than depositions of plaintiffs that may be compelled before then by Court Order, the Marriott Defendants' right to depose Plaintiffs (not previously deposed), will be addressed after the Reliance Motion is decided.

2. The Case Plan and Schedule set forth in the Additional Case Schedule Addendum (Dkt. No. 316) shall be revised as follows:

1

- **Deadline to Serve Rebuttal Expert Reports:** December 21, 2018

- **Expert Discovery Cut-off:** January 31, 2019

  The parties agree that after rebuttal reports are served, Plaintiffs will take the depositions of the Marriott Defendants' NYC-based experts. Following that, the Marriott Defendants will take the depositions of Plaintiffs' California-based experts. The parties will then work cooperatively to schedule any remaining expert depositions.

- **Dispositive Motions:** February 11, 2019

- **Deadline to File Daubert Motions:** February 25, 2019

- **Deadline to File Motions *in Limine*:** March 4, 2019

3. The parties shall confer and agree upon a reasonable briefing schedule with respect to the motions identified in section 2 above.

Dated this 20th day of November, 2018          By:_____

Magistrate Judge Gordon P. Gallagher

2