IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 16-cv-1301-PAB-GPG          Court Deputy: A. Barnes
Date: November 20, 2018                                    Recorder: Grand Jct - FTR

RCHFU, LLC et al.,

Plaintiffs,


v.


Marriott Vacations Worldwide Corporation et al.,
Defendants.

_____
Minutes and Orders - Hearing on Motions at ECF #223 and ECF #282
_____

12:38 p.m.       Court in Session

Appearances: For Plaintiffs, in person: Matthew Ferguson; Tyler Meade; Michael Reiser, Sr.;
Michael Schrag; and Linda Lam.  For Defendants other than Aspen Highlands, in person: Ian
Marx and David Masters.  For Plaintiffs via telephone: Isabella Martinez; Matthew Reiser;
Michael Reiser, Jr.; Annie Decker, and Sam Ferguson.  For Defendants other than Aspen
Highlands via telephone: Philip Sellinger.  There was not a representative appearing for Aspen
Highlands, Defendant.

This matter came before the Court on Plaintiffs' Motions found at [ECF #223] and [ECF #282].

However, as an initial matter, the Court had been asked to enter an Order for a "Second
Additional Case Schedule Addendum" to which no party objected.   So Ordered.

12:44 p.m.       Opening Statement by Mr. Ferguson

12:51 p.m.       Opening Statement by Mr. Masters

12:58 p.m.       Argument by Mr. Meade.  Court accepts Demonstrative **Exhibit #1.**

1:30 p.m.        Argument by Mr. Ferguson. Court accepts Demonstrative **Exhibit #2.**

2:00 p.m.        Break
2:13 p.m.        Court resumes

2:13 p.m.      Argument by Mr. Masters

2:49 p.m.      Response Argument by Mr. Reiser, Sr.

3:06 p.m.      Reply Argument by Mr. Masters

3:07 p.m.      Hearing Concludes

ORDERED:   The Court took the matter under advisement and will issue its ruling at a later date.

**The Court will transmit the exhibits presented in this case to the USDC Clerk's Office together with these minutes.  This includes Plaintiff's Exhibits 1 and 2.**

Hearing concluded at: 3:07 p.m.
Hearing duration: 2 hours 29 minutes