| Affiliation Agreement Version.Date | Date | |
|---|---|---|
| | 11/21/2011 | MI spins off MVWC (MVC and RCC) |
| | 12/1/2011 | First MVWC Corporate Growth Committee (CGC) Meeting |
| 4/3/2012 | | |
| 5/24/2012 | 5/24/2012 | Second MVWC CGC Meeting |
| 5/29/2012 | | |
| 5/31/2012 | | |
| | 6/4/2012 | All RCC Sales Stop |
| | 7/17/2012 | Cobalt announces Evolution - Plan MVC Affiliation |
| | 8/17/2012 | Cunningham Letter |
| | 7/26/2012 | Neveloff Sends Members Notice of Board Objection to Affiliation |
| 9/10/2012 | | |
| 9/11/2012 | | |
| 9/26/2012 | | |
| 10/3/2012 | | |
| 10/11/2012 | | |
| | 10/16/2012 | Randy Mercer Elected |
| | 11/21/2012 | Board send Brownstein Hyatt/Phil Gosch authored Cease and Desist letter to MVCW |
| | | Warns Marriott that proceeding as planned would BREACH FIDUCIARY DUTIES |
| | 11/29/2012 | Mercer Meets solo with Sobeck and Cunninham |
| | 12/3/2012 | St. Thomas Board warns that Affiliation would be breach of fiduciary duty |
| | 12/11/2012 | Hoyt Litigation Commenced |
| | 12/18/2012 | Bachelor Gulch Board send cease and desist |
| | 12/22/2012 | Sobeck -- MVW will delay Inventory into Trust |
| | 3/31/2013 | APCO HIRED -- Hawaii Litigation |
| | 4/5/2013 | MVC and HOA Board send Joint letter stating no affiliation without MAJORITY VOTE |
| | 4/12/2013 | Clark -- LeverageAspen as option for Points-Based Sales 1189 -APCO |
| | 4/12/2013 | Sobeck -to Cunningham and Clark -- Member Feed back looks like no vote for affiliation |
| | 4/29/2013 | APCO working with MVW on Aspen affiliation vote |
| | 5/15/2013 | Bachelor Gulch votes to terminate Ritz Management because of Affiliation Proposal |
| | 5/1/2013(?) | MWV Hunter and Nagle tell APCO it's a Majority Vote |
| 5/30/2013 | | APCO Assisting in Vote Language |
| | | APCO RETAINED TO DO SURVEY |
| | 7/6/2013 | BG Vote 89% of 76% Members Vote to Leave MVW/RCDC |
| | 7/8/2013 | BG Vote Triggers APCO Survey Start |
| | 7/6/2013 | Sobeck -- Results - re "the question" - Not for wide distribution |
| | 8/26/2013 | APCO REPORT - 255 Aspen/797 RCDC |
| | 8/28/2013 | APCO Survey Results forwarded to Lee Cunningham - Never sent to Boards |
| | 9/6/2013 | Member Letter Edits |
| | 9/19/2013 | Member Letter Edits |
| | 9/20/2013 | Member Letter Edits |
| 9/23/2013 | | |
| | 13-Oct | Member Letter Edits Survey - Vote |
| 13-Oct | | |
| 11/14/2013 | 11/14/2013 | Final Affiliation Agreement |
| | 11/19/2013 | Letter from Aspen Board re: Upcoming Survey |
| | | Cunningham and Mercer Lie -- As promised April 5, 2013 -- Vote |
| | 12/2/2013 | APCO planning with MVW on Focus Groups - Receptive Memebrs form Survey |
| | 12/4/2013 | Letter from MVC and Aspen Board re: Survey Opening |
| | 12/5/2013 | Neveloff Warning |
| | 12/6/2013 | Sobeck edits Mercer's pro yes vote letter |
| | 1/14/2013 | Survey Ends |
| | 1/25/2014 | Date of Focus Group Report - not shared with the Board |
| | | Not Shared s - Clark remarks that message against affilaition is clear and consistent |
| 2/1/2014 | | "Negotiations" Affiliation Agreement WITHHELD and Concealed |
| 3/1/2014 | | WITHHELD and Concealed |
| 4/1/2014 | | WITHHELD and Concealed |

| | |
|---|---|
| **4/17/2014** | MOU Signed by Randy Mercer |
| **4/24/2014** | **Acknowledgement and Joinder signed by Randy Mercer without being shown or reviewing the Affiliation Agreement** |
| **Dec-14** | Affiliations Effectuated by MVW |
| **2015-2019** | MVW Points people access RCDC's/MVW Profits |
| **12/31/2015** | Aspen Lawsuit Filed |
| **2016** | Motion to Dismiss - Reiser |
| | Motion to Dismiss - Petrick |
| | Motion to Dismiss Aspen |
| **Nov-16** | Production of Documents without Affiliation Agreement |