IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**ORDER RE: THIRD ADDITIONAL CASE SCHEDULE ADDENDUM**

The Court, having considered Plaintiffs and the Marriott Defendants' jointly proposed Third Additional Case Schedule Addendum (which was submitted to the Court on December __, 2018), and finding good cause shown, hereby ORDERS that:

The Case Plan and Schedule set forth in the Additional Case Schedule Addendum (Dkt. No. 316) shall be revised as follows:

- **Deadline to Serve Rebuttal Expert Reports:** December 28, 2018
- **Expert Discovery Cut-off:** February 14, 2019
- **Dispositive Motions:** February 25, 2019
- **Deadline to File Daubert Motions:** March 11, 2019
- **Deadline to File Motions *in Limine*:** March 18, 2019

Dated this __19th__ day of December, 2018            By:_____

1

2

Magistrate Judge Gordon P. Gallagher