# EXHIBIT Z

1        IN THE UNITED STATES DISTRICT COURT

2              DISTRICT OF COLORADO

3      Civil Action No. 1:16-cv-01301-PAB-GPG

4

5      RCHFU, LLC, et al.,

6                        Plaintiffs,

7

            - against -

8

       MARRIOTT VACATIONS WORLDWIDE CORPORATION,

9      et al.,

10                       Defendants.

11     ----------------------------------------x

12

13

14        VIDEOTAPED DEPOSITION of MICHAEL

15     MARINO, held at the offices of Seyfarth Shaw

16     LLP, located at 620 8th Avenue, New York,

17     New York 10018, commencing at 11:32 a.m. on

18     December 6, 2017, before Anthony Giarro, a

19     Registered Professional Reporter and a Notary

20     Public of the State of New York.

21

22

23

24     Job No. 2732223

25     Pages 1 - 182

                                      Page 1

```
 1            document was marked as Exhibit 1824
 2            for identification, as of this date.)
 3        Q        So there's a document here
 4    called Acknowledgment of Joinder to
 5    Affiliation Agreement between Lion and
 6    Crown Travel and Marriott Resorts.
 7                 So it looks like someone is
 8    drafting an agreement that's going to be
 9    a joinder of the association with this
10    Lion and Crown and Marriott Resorts
11    travel company relationship.
12                 Is this a document that you
13    were preparing or was this something that
14    you were given to look at?
15        A        I was given to look at.
16    Clearly, those squiggles, that's my
17    handwriting, yeah, like I didn't even know
18    MVCD.  I didn't know what that was.
19        Q        If you look at page 2 of
20    this partial document, I guess it's a
21    draft that you're making notes on, the
22    third whereas clause reads, "The parties
23    have agreed to a special accommodation to
24    allow the association to determine
25    whether (by a survey of the association's
```

Page 158

```
 1    members or such other method as the
 2    association in Lion and Crown mutually
 3    agree upon)."
 4                    By this point, the
 5    situation, there had been a survey?
 6         A       I don't know the time -- I
 7    don't know the timeline of this.
 8         Q       And you hadn't been involved
 9    at all -- let me withdraw that.
10                    You had indicated before
11    that Ms. Egolf said that they could do
12    what they wanted to do?
13         A       I shouldn't attribute those
14    specific words to her.  What I said was in
15    my prior dealings with her, often her
16    response was words to the effect of, if
17    you look at the agreement, we have the
18    right to do that and, in fact,
19    unilaterally.
20         Q       To do the affiliation?
21         A       I can't say affiliation, no,
22    specifically.  I just meant that was kind
23    of her general lawyer approach.
24         Q       That was her default
25    position?
```

Page 159

```
 1        A        That was her default on
 2   everything.   Read the documents.
 3        Q        The reason I'm asking that
 4   is because a part of this case -- and we
 5   saw it before with Gosch's letter and
 6   Weili's letter back and forth -- was what
 7   Marriott was allowed and not allowed to
 8   do under the various documents.  I just
 9   wanted to see if there was a connection
10   specific to those issues or was it more
11   of a general observation?
12              MR. SCHLEIFSTEIN:  Objection.
13        That's not a question.
14              MR. FERGUSON:  I said, "Or is
15        it a general observation?"  That's a
16        question, sir.
17        A        That was a general
18   observation by me unrelated to specific
19   affiliation.
20        Q        1374, this is Mercer and
21   Marino, you.  Just dates to insert an
22   MOU.
23              Looks like you're looking
24   for some -- what us lawyers do, what us
25   litigation guys are trying to do, trial
```

Page 160

```
 1   lawyers do in transactional work.
 2              But you're just trying to
 3   get some background here for the MOU; is
 4   that what you think happened here?
 5        A       Yes, sir.  Let me just take a
 6   second.  I attended.  So that was the
 7   Aspen meeting, 2013 spring, gained
 8   momentum at the annual meeting, which I
 9   did not attend and wrapped up in Orlando
10   January 14th, which I did not attend.
11        Q       This is information being
12   given to you because you're drafting?
13        A       Yes.  My tasking is they
14   obviously already had a working draft.
15   And they tried to make sure the language
16   reflected it, yes, sir.
17        Q       Do you recall generally that
18   you negotiated with Mr. Egolf on language
19   in the MOU for the next several days and
20   weeks?
21        A       Generally, yes, sir.  And my
22   point, of course, is just Barbara's a very
23   nice person.  She's just a zealous
24   advocate for her client.
25              MR. FERGUSON:  1825.
```

Page 161

```
 1                    (The above-referred-to
 2          document was marked as Exhibit 1825
 3          for identification, as of this date.)
 4          Q        Just briefly on this, it
 5   looks like what we sometimes do, we send
 6   kind of a follow-up letter for a new
 7   matter with an existing client.
 8          A        Yes, sir.
 9          Q        Is that what's going on
10   here?
11          A        Yes, because, again, I had no
12   really ongoing relationship as counsel.
13   So we just wanted to make sure this is
14   just a very specific thing to come out.
15   This is the timing, March 31st.  So Randy
16   had called and said, Hey, can you come out
17   to the meeting?  Can you talk to Barbara?
18   Et cetera.
19          Q        So when it says, "The
20   negotiation of various agreements," at
21   least it was at this time documented
22   relating to the affiliation?
23          A        I didn't necessarily know
24   that at the time but yes.
25          Q        Let me just show you this
```

Page 162

```
 1    then.
 2                    You were working on the MOU?
 3        A         Yes, sir.  I was working on
 4    the MOU.  The affiliation I guess was a
 5    part of that.
 6                    MR. FERGUSON:  Mark that one.
 7                    (The above-referred-to
 8        document was marked as Exhibit 1826
 9        for identification, as of this date.)
10                    MR. FERGUSON:  1827.
11                    (The above-referred-to
12        document was marked as Exhibit 1827
13        for identification, as of this date.)
14        Q         So 1826 is in your file.
15        A         Yes.
16        Q         And it's a memorandum of
17    understanding.  And if you could just
18    page over to 1827 which looks to be the
19    same document.  But you'll see that
20    someone -- you'll see at the bottom,
21    there's a word processing data,
22    Nomenclature 658377 Version 2.
23                    Does that look like your
24    firm?
25        A         Yes, sir.  This is definitely
```

Page 163

```
1    my handwriting.
2         Q       But then you'll see that the
3    difference in these two documents aside
4    from your handwriting is the word
5    "processing."  I'm just trying to figure
6    out who drafted some of the language in
7    here.
8         A       Oh, okay.  It looks like --
9    well, I mean -- these look like they're my
10   changes as to whether they got
11   incorporated or not.  Are they in the
12   later one?
13        Q       The body of this agreement
14   was written by Marriott?
15        A       Was written by Marriott.  I
16   think it was sent to me.  And then I --
17   okay, yes.  So these were my changes.  And
18   I think that the -- the second, 17022,
19   that looks like ours.
20        Q       I got you.  Okay.
21                So you're saying that the
22   nomenclature that begins with 17022 is
23   probably the Seyfarth word processing?
24        A       Yes.
25        Q       Let's just use 1826 because
```

Page 164

```
 1    it's clean.

 2                 So the recitals here, third

 3    recital here is, "A majority of members

 4    who responded to the survey responded

 5    affirmatively for the MVCD exchange

 6    opportunity for those individuals

 7    voluntarily enrolled in the Lion and

 8    Crown program."

 9                 I take it that was provided

10    by Marriott or do you know that

11    information?

12        A        Well, I don't know with

13    certainty.  I thought that this was

14    something probably that was originally

15    drafted.  They had received comments from

16    the Aspen board members before it got to

17    me.  So those were already givens, yes.

18        Q        So you have that recital.

19                 And then the next page of

20    Exhibit 1826, Section 4 says, "The

21    parties acknowledge that the survey

22    resulted in a majority of members who had

23    responded to the survey, desiring to have

24    the opportunity to participate on a

25    voluntary basis in the MVCD exchange
```

Page 165

# SEYFARTH
**ATTORNEYS** SHAW LLP

400 Capitol Mall
Suite 2350
Sacramento, California 95814-4428
(916) 448-0159
fax (916) 558-4839
www.seyfarth.com

Writer's direct phone
(212) 218-5505

Writer's e-mail
mmarino@seyfarth.com

April 14, 2009

### VIA FEDERAL EXPRESS

EXHIBIT
1815
12/6/17 AG
PENGAD 800-631-6989

Ritz Carlton Club Aspen Highlands Association
c/o Mr. John Sternfield
Managing Director – Co-Head of
   Technology Investment Banking
Cantor Fitzgerald
203 Redwood Shores Parkway, Suite 200
Redwood Shores, CA  94065

Dear John:

It is my privilege to respond to your requests for information on behalf of the Board on the capabilities and experience of Seyfarth Shaw in the hospitality industry, along with my own experience in representing the Association, the Board, and its Members.

As you know, I have had the opportunity to serve as Board counsel to the Association Boards of the Ritz Carlton Club, Aspen Highlands, Great Bay Condominium Owners Association (GBCOA) at the Ritz Carlton Club St. Thomas; and the Ritz Carlton Club, Bachelor's Gulch. Over the last several years my involvement has evolved significantly and I have handled many sensitive matters for these Associations and their Members. Of the many issues that have faced the Associations and in dealing with the challenges of the club concept, the Boards have often faced the prospect of litigation (costly and often non-productive) or "the WSJ option", using negative publicity (potentially productive but also the possibility of an adverse impact on owners and valuations to get the attention of Ritz management). Neither "nuclear" option ultimately was determined as the best alternative to serve the club members.

Instead, the strategy and focus for addressing Association issues has emphasized building constructive relationships with the operations personnel and the legal departments at the Ritz Carlton and Marriott. This focus has allowed us to get projects accomplished that are in the mutual best interest of all parties, with the objective of reaching solutions. We have made progress. While there are still many outstanding challenges facing the Associations and their members, we have established good channels of dialogue and communication, and I have been able to assist the Boards in these efforts.

On a personal and professional level, I have developed ongoing working relationships with the General Counsel of the Ritz, J. Weili Chang; the Ritz Club Assistant General Counsel, Bhavanna Boggs, the Marriott counsel responsible for daily operations, compliance and oversight, Barbara Egolf, and the Marriott Finance Counsel, Doug Kelly. These relationships have enabled the Boards to expedite solutions of various issues and ensure to responsiveness, even when disagreements continue to exist over duties, rights, and responsibilities among the various parties. In addition, I have also fostered personal and professional

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

NY1 26560063.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

Marino000115



April 14, 2009
Page 2

relationships with numerous operational personnel, including Pete Watska, the COO of the Ritz Clubs (and my Cornell classmate); Dirk Sharenmaker, the overall Club Operations Manager, in addition to Ron Parker, the current CM at St. Thomas, John Santaniello, the General Manager at Bachelor's Gulch and Nick Dimeglio, the General Manager at Aspen Highlands. The established relationships have assisted me in developing creditability with operations management and to work on problem solving.

In addition to these relationships, I now have another great legal team at Seyfarth. Of our 800 plus lawyers, over 100 are practicing sophisticated real estate and hotel development law. As you can see in the enclosed brochure, their practice includes all aspects of development, including condominium and resorts. I am therefore confident that the same high level of expertise we enjoyed at Hunton will be available when needed from Seyfarth counsel.

As I did at Hunton, I intend to use lawyers with specialized expertise as needed by the Association. As a full service national law firm, Seyfarth has the ability to provide experienced resources as needed in all aspects of contract and finance. On the fee issues, as a member owner in St. Thomas, I am extremely sensitive to the legal costs to the Association. At Hunton I was charging a $695 per hour rate, with many additional hours spent unbilled to the Association as needed. Going forward, I propose that for Board meetings, I offer a fixed fee of $2,500.00, per day plus expenses per diem as exists under the Boards' existing expense reimbursement policy. On special assignments not under fixed fee arrangements my rate would be reduced to $595 per hour. My "regular rate" at Hunton was $900 per hour. My regular rate at Seyfarth is $700. I would also advocate for specific projects we discuss the cost in advance with an agreed upon rate, especially when specialized attorneys are used. We can be flexible, creative, and adjust as needed.

If these terms are satisfactory, I would request a $5,000.00 retainer payable to Seyfarth. Thank you for your attention to these matters. I look forward to our ongoing relationship.

As always, please let me know of any specific questions or follow-up.

Very truly yours,

SEYFARTH SHAW LLP

Michael F. Marino, III

Seen and Agreed:

_____
Ritz Carlton Club Aspen Highlands
c/o Mr. John Sternfield

NY1 26560063.1 .

# SEYFARTH
### ATTORNEYS
# SHAW LLP

620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5505

Writer's e-mail
mmarino@seyfarth.com

March 26, 2013



**VIA E-MAIL**

Randal L. Mercer
Founding Partner
CRE Consultants Brokerage Services
12140 Carissa Commerce Court, Suite 102
Fort Myers, FL 33966

     Re:   Ritz Carlton Club Aspen Highlands Association

Dear Randy:

     It was a pleasure speaking with you yesterday afternoon. As I mentioned in my email, I am attaching a copy of the original engagement letter sent to John Sternfield on April 14, 2009. Please advise if these original terms are sufficient and I will send along an addendum for your signature.

     I look forward to working with you and the Board again.

          Very truly yours,

          SEYFARTH SHAW LLP

          Michael F. Marino

MFM:msl

Enclosure

LONDON · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

15410543v.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

May 22, 2013

Invoice No. 2131211
4143 66926 / 66926-000002
W6S

Ritz Carlton Club Aspen Highlands
0075 Prospector Road
Aspen, CO 81611
Attention: Frank Mouffe

For legal services rendered through April 30, 2013

**Board of Directors**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/13 | M. Marino | 8.00 | Fixed Fee - $2,500 - attend Board meeting in Aspen, CO |

| Total Hours | | 8.00 | |

Total Fees                                                        $2,500.00

**EXHIBIT**
1817
12/6/17 AG

Total Fees And Disbursements This Statement                      $2,500.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000080



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

May 22, 2013

Invoice No. 2131211
4143 66926 / 66926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
0075 Prospector Road
Aspen, CO 81611
Attention: Frank Mouffe

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $2,500.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $2,500.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

Marino000079



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 23, 2014

Invoice No. 2267221
4143 66926 / 66926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
0075 Prospector Road
Aspen, CO 81611
Attention: Frank Mouffe

---

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $7,500.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $7,500.00 |

**EXHIBIT**
1821
12/6/17 AB
PENGAD 800-631-6989

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

Marino000081



SEYFARTH SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 23, 2014

Invoice No. 2267221
4143 66926 / 66926-000002
W6S

Ritz Carlton Club Aspen Highlands
0075 Prospector Road
Aspen, CO 81611
Attention: Frank Mouffe

For legal services rendered through March 31, 2014

**Board of Directors**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/21/14 | M. Marino | 2.00 | Conference call(s) with R. Mercer regarding Board follow up |
| 02/22/14 | M. Marino | 2.00 | Conference call(s) with R. Mercer; develop background |
| 02/28/14 | M. Marino | 2.00 | Review of Affiliation Agreement; background and review of agreements |
| 03/01/14 | M. Marino | 2.00 | Overview call with randy mercer re management agreement |
| 03/02/14 | M. Marino | 2.00 | Review documents regarding management and proposed acknowledgement from Ritz |
| 03/06/14 | M. Marino | 2.00 | Review and analysis of board goals and documents |
| 03/07/14 | M. Marino | 2.00 | Conference call with Ritz Board members and Marriott officials |
| 03/25/14 | M. Marino | 2.00 | Drafting and follow up |
| 03/26/14 | M. Marino | 2.00 | Drafting final documents, review by board members |

Total Hours        18.00

Total Fees                              $7,500.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000082

# SEYFARTH
ATTORNEYS SHAW LLP

Ritz Carlton Club Aspen Highlands

**Total Fees And Disbursements This Statement**                    $7,500.00



SEYFARTH
ATTORNEYS SHAW LLP

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 20, 2014

Invoice No. 2319674
4143 66926 / 66926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $705.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $705.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:
Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

Marino000084



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

August 20, 2014

Invoice No. 2319674
4143 66926 / 66926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through July 31, 2014

**Board of Directors**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/14 | M. Marino | 0.50 | Review and analysis of document(s) and management agreement, issues for Board |
| 06/09/14 | M. Marino | 0.50 | Conference call(s) with R. Mercer review of the Board regarding options for Aspen Club Bond under existing agreement. |

| Total Hours | 1.00 |
|-------------|------|

Total Fees                                                     $705.00

| Disbursements | Value |
|---------------|-------|
| Out-of-Town Travel | 0.00 |

Total Fees And Disbursements This Statement                    $705.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 14, 2014

Invoice No. 2359463
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $10,000.00 |
| Total Disbursements | 65.29 |
| Total Fees and Disbursements This Statement | $10,065.29 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

Marino000086



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 14, 2014

Invoice No. 2359463
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through October 31, 2014

### Board of Directors

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 09/05/14 | M. Marino | 0.50 | Review of amendments and proposed talking points to Ritz |
| 09/08/14 | M. Marino | 2.00 | Review Management Agreement proposals; prepare comments for Board call (1.0); attend conference call(s) with Board Members to review strategy and follow up with Ritz Club executives (1.0) |
| 09/08/14 | M. Marino | 1.00 | Board call to review presentations |
| 09/16/14 | M. Marino | 1.00 | Board call regarding memorandum presentations; responses from Ritz |
| 09/19/14 | M. Marino | 0.50 | Follow up on Agreements between Aspen Board and Ritz Club on Management Agreements |
| 09/30/14 | M. Marino | 1.00 | Review of substantive Agreements; conference call(s) with R. Mercer |
| 09/30/14 | M. Marino | 2.00 | Prepare for call with R. Mercer; prepare for Board meeting |
| 10/01/14 | M. Marino | 0.50 | Ongoing review of issues; prepare for telephone call(s) with B. Egolf |
| 10/02/14 | M. Marino | 1.00 | Prepare for conference call(s) on Board issues |
| 10/06/14 | M. Marino | 1.00 | Board conference call(s) on Management Agreements; revisions and updates |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

# SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 2359463

Page 2

Ritz Carlton Club Aspen Highlands

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/06/14 | M. Marino | 1.20 | Review and revise Ritz Agreements |
| 10/07/14 | M. Marino | 1.20 | Review of drafts provided by Ritz regarding Management Agreement; revisions and follow up |

Total Hours    12.90

Total Fees    $10,000.00

| Disbursements | Value |
|---|---|
| Courier/Messenger | 65.29 |
| Total Disbursements | 65.29 |

Total Fees And Disbursements This Statement    $10,065.29

Marino000088



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 14, 2014

Invoice No. 2359463
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $10,000.00 |
| Total Disbursements | 65.29 |
| Total Fees and Disbursements This Statement | $10,065.29 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

Marino000089



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

November 14, 2014

Invoice No. 2359463
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through October 31, 2014

## Board of Directors

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 09/05/14 | M. Marino | 0.50 | Review of amendments and proposed talking points to Ritz |
| 09/08/14 | M. Marino | 2.00 | Review Management Agreement proposals; prepare comments for Board call (1.0); attend conference call(s) with Board Members to review strategy and follow up with Ritz Club executives (1.0) |
| 09/08/14 | M. Marino | 1.00 | Board call to review presentations |
| 09/16/14 | M. Marino | 1.00 | Board call regarding memorandum presentations; responses from Ritz |
| 09/19/14 | M. Marino | 0.50 | Follow up on Agreements between Aspen Board and Ritz Club on Management Agreements |
| 09/30/14 | M. Marino | 1.00 | Review of substantive Agreements; conference call(s) with R. Mercer |
| 09/30/14 | M. Marino | 2.00 | Prepare for call with R. Mercer; prepare for Board meeting |
| 10/01/14 | M. Marino | 0.50 | Ongoing review of issues; prepare for telephone call(s) with B. Egolf |
| 10/02/14 | M. Marino | 1.00 | Prepare for conference call(s) on Board issues |
| 10/06/14 | M. Marino | 1.00 | Board conference call(s) on Management Agreements; revisions and updates |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000090

# SEYFARTH SHAW LLP
ATTORNEYS

Invoice No. 2359463

Page 2

Ritz Carlton Club Aspen Highlands

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/06/14 | M. Marino | 1.20 | Review and revise Ritz Agreements |
| 10/07/14 | M. Marino | 1.20 | Review of drafts provided by Ritz regarding Management Agreement; revisions and follow up |

Total Hours            12.90

Total Fees                                                         $10,000.00

| Disbursements | Value |
|---------------|-------|
| Courier/Messenger | 65.29 |
| Total Disbursements | 65.29 |
| Total Fees And Disbursements This Statement | $10,065.29 |

Marino000091



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 30, 2015

Invoice No. 2430668
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $115.00 |
| Total Disbursements | 0.00 |
| Total Fees and Disbursements This Statement | $115.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

Marino000092



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 30, 2015

Invoice No. 2430668
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through March 31, 2015

**Board of Directors**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/28/15 | E. Santiago | 0.50 | Review of audit checklist package; prepare memorandum regarding audit disclosure; review response received; prepare draft audit letter; research title for F. Mouffe. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.50 | |
| Total Fees | | | $115.00 |

Total Fees And Disbursements This Statement                    $115.00

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000093



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

May 20, 2015

Invoice No. 2439149
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $452.50 |
| Total Disbursements | 16.51 |
| Total Fees and Disbursements This Statement | $469.01 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

PAYMENT BY CHECK VIA STANDARD MAIL:
Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY CHECK VIA OVERNIGHT MAIL:
Bank of America Lockbox Services
3807 Collections Center Drive
Chicago, IL 60693

PAYMENT BY WIRE TO:

Bank Name: Bank of America
Account Name: Seyfarth Shaw LLP Operating Account
Account Number: 5201743357
ABA Wire Payment Number: 026-009-593
ABA ACH Payment Number: 081-904-808
Swift Code: BOFAUS3N

Marino000094



**SEYFARTH SHAW** LLP
A T T O R N E Y S

131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

May 20, 2015

Invoice No. 2439149
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through April 30, 2015

## Board of Directors

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/15 | E. Santiago | 0.10 | Sent audit letter to Audit committee for review. |
| 04/08/15 | E. Santiago | 0.10 | Obtain audit letter approval and provide same to M. Leahy. |
| 04/08/15 | S. Crainer | 0.30 | Review and comment on audit letter response. |
| 04/10/15 | M. Marino | 0.30 | Review audit letter |

**Total Hours**     0.80

**Total Fees**          $452.50

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000095



Ritz Carlton Club Aspen Highlands

| | Value |
|---|---|
| **Disbursements** | |
| Courier/Messenger Inv#: 500398529 Date Sent: 04/10/2015 Sender: Michael F. Marino Airbill: 773342784001 Brianna Calnan PricewaterhouseCoopers, LLP 420 So. Orange Ave ORLANDO, FL  32801 | 16.51 |
| | 16.51 |
| **Total Disbursements** | |
| **Total Fees And Disbursements This Statement** | $469.01 |



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

May 20, 2015

Invoice No. 2439149
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $452.50 |
| Total Disbursements | 16.51 |
| Total Fees and Disbursements This Statement | $469.01 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

Marino000097



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

May 20, 2015

Invoice No. 2439149
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through April 30, 2015

### Board of Directors

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/06/15 | E. Santiago | 0.10 | Sent audit letter to Audit committee for review. |
| 04/08/15 | E. Santiago | 0.10 | Obtain audit letter approval and provide same to M. Leahy. |
| 04/08/15 | S. Crainer | 0.30 | Review and comment on audit letter response. |
| 04/10/15 | M. Marino | 0.30 | Review audit letter |
| **Total Hours** | | 0.80 | |
| **Total Fees** | | | $452.50 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Invoice No. 2439149

Page 2

Ritz Carlton Club Aspen Highlands

| Disbursements | Value |
|---|---|
| | 16.51 |
| Courier/Messenger Inv#: 500398529 Date Sent: 04/10/2015 Sender: Michael F. Marino Airbill: 773342784001 Brianna Calnan PricewaterhouseCoopers, LLP 420 So. Orange Ave ORLANDO, FL 32801 | |
| **Total Disbursements** | 16.51 |
| **Total Fees And Disbursements This Statement** | $469.01 |

Marino000099



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

March 9, 2017

Invoice No. 2762993
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $8,460.00 |
| Less Discount | ($1,000.00) |
| Total Fees after Discount | $7,460.00 |
| Total Disbursements | $0.00 |
| Total Fees and Disbursements This Statement | $7,460.00 |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

Marino000100



131 SOUTH DEARBORN
SUITE 2400
CHICAGO, ILLINOIS 60603-5577
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

March 9, 2017

Invoice No. 2762993
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through February 28, 2017

**Board of Directors**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/08/17 | M. Marino | 1.00 | Email from S. Cutrona regarding class action Complaint; review background notes from Board meetings |
| 02/09/17 | M. Marino | 1.00 | Review background document(s) forwarded by S. Cutrona to determine Board handling of Memorandum of Understanding agreement |
| 02/09/17 | M. Marino | 1.00 | Continue to review document(s) and background on Memorandum of Understanding |
| 02/11/17 | M. Marino | 4.00 | Consultations with S. Cutrona regarding chronology, developments, begin issues and notices leading to Memorandum of Understanding with Marriott |
| 02/12/17 | M. Marino | 1.00 | Ongoing follow up |
| 02/13/17 | M. Marino | 1.00 | Follow up on Board issues |
| 02/14/17 | M. Marino | 3.00 | Emails on summary legal positions |

Total Hours          12.00

Total Fees                                                    $8,460.00

Less Discount                                                ($1,000.00)

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000101

# SEYFARTH
### ATTORNEYS SHAW LLP

Ritz Carlton Club Aspen Highlands

$7,460.00

**Total Fees After Discount**

$7,460.00

**Total Amount Due**



233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 27, 2017

Invoice No. 2788494
4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## INVOICE SUMMARY

| | |
|---|---|
| | $0.00 |
| Total Fees | |
| | $2,341.30 |
| Total Disbursements | |
| | $2,341.30 |
| Total Fees and Disbursements This Statement | |

### PLEASE RETURN THIS COPY WITH YOUR PAYMENT

### IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593 |
| PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

Marino000103



233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 27, 2017

4143 066926 / 066926-000002
Board of Directors

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

## ACCOUNTS RECEIVABLE SUMMARY

A review of our records reflects the following invoice(s) remain unpaid. Please remit your payment promptly.

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|------|---------|----------------|------------------|---------|
| 03/09/17 | 2762993 | $7,460.00 | $0.00 | $7,460.00 |

If you have any questions with regard to the amount as stated, please contact Kathy Hobbs in our Finance Department at 312-460-6046.

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name: Bank of America<br>Account Name: Seyfarth Shaw LLP Operating Account<br>Account Number: 5201743357<br>ABA Wire Payment Number: 026-009-593<br>ABA ACH Payment Number: 081-904-808<br>Swift Code: BOFAUS3N |

Marino000104



233 S. WACKER DRIVE
SUITE 8000
CHICAGO, ILLINOIS 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
SAN FRANCISCO
WASHINGTON, D.C.
LONDON

April 27, 2017

Invoice No. 2788494
4143 066926 / 066926-000002
W6S

Ritz Carlton Club Aspen Highlands
13350 Metro Parkway, Suite 102
Fort Myers, FL 33966
Attention: Randy Mercer

For legal services rendered through March 31, 2017

**Board of Directors**

| Disbursements | Value |
|---|---|
| Local Travel - EAST COAST EXECUTIVE - Air port Transport | 104.40 |
| Meals Michael Marino; Food at airport (Midnight on the 14th)  Ritz Carlton Aspen, CO Board Meeting; Meals - Other; on 02/14/17 | 15.18 |
| Meals Michael Marino; Lunch (2 receipts)  Ritz Carlton Aspen, CO Board Meeting; Lunch; on 02/13/17 | 17.00 |
| Other Michael Marino; Advice and Counsel at Board Meeting at Ritz Carlton Aspen, CO (telephone charge); Hotel - Fax/Business Center; on 02/13/17 | 36.52 |
| Out-of-Town Travel - AMERICAN EXPRESS - Marino/Michael F Aspen Los Angeles 02/13/2017 | 443.20 |
| Out-of-Town Travel - AMERICAN EXPRESS - Marino/Michael F Los Angeles -Aspen 02/10/2017 | 714.20 |
| Out-of-Town Travel Michael Marino; Advice and Counsel at Board Meeting at Ritz Carlton Aspen, CO (for stay over on 2/12 but they listed it as 2/13 on the folio); Hotel - Lodging; on 02/13/17 | 336.13 |
| Out-of-Town Travel Michael Marino; Advice and Counsel at Board Meeting at Ritz Carlton Aspen, CO; Hotel - Lodging; on 02/11/17 | 291.61 |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING

Marino000105



| Disbursements | Value |
|---|---|
| Out-of-Town Travel Michael Marino; Advice and Counsel at Board Meeting at Ritz Carlton Aspen, CO; Hotel - Lodging; on 02/10/17 | 291.61 |
| Out-of-Town Travel Michael Marino; Taxi to LAX Airport for transportation to Ritz Carlton Aspen, CO Board Meeting; Taxi/Car Service - Out of Town; on 02/10/17 | 91.45 |
| **Total Disbursements** | 2,341.30 |
| **Total Fees And Disbursements This Statement** | $2,341.30 |

Marino000106