# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL DANIEL SHEA

I, Daniel Shea, hereby withdraw as counsel for Defendant Aspen Highlands Condominium Association because I will be retiring from Hogan Lovells US LLP in 2019. Jessica Black Livingston, Andrew C. Lillie, and Andrew M. Nussbaum of Hogan Lovells US LLP remain as counsel for Defendant Aspen Highlands Condominium Association, and all future correspondence and papers in this action should continue to be directed to them.

Respectfully submitted this 8th day of January, 2019.

> */s/ Daniel Shea*
> Daniel Shea
> HOGAN LOVELLS US LLP
> 1601 Wewatta Street, Suite 900
> Denver, Colorado 80202
> Telephone: (303) 899-7300
> Fax: (303) 899-7333
> Email: daniel.shea @hoganlovells.com
> *Attorneys for Defendant Aspen Highlands Condominium Association*