# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

---

### [PROPOSED] ORDER GRANTING DANIEL SHEA'S MOTION TO WITHDRAW AS COUNSEL FOR ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION

---

This Court, having considered Dan Shea's Motion to Withdraw as Counsel for Aspen Highlands Condominium Association, finds that the Motion is supported by good cause. **IT IS THEREFORE ORDERED** that Mr. Shea is hereby withdrawn as counsel of record in this case.

Dated this __ day of _____, 2019

By: _____
Hon. Philip A. Brimmer, U.S. District Judge