# Exhibit 3



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

March 13, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

    Re:    *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Superior Court of the State of California for the County of San Francisco, Case No. CGC-15-545987;

*Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the Eastern District of California, Case No. 2:16-cv-00237-MCE-CKD; and

*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

    We have uploaded to our secure website documents bearing bates numbers RCDC067521-68251. These documents consist of certain Strategic Council updates that were previously withheld on the basis of privilege, as well as the non-privileged responsive documents from the recently searched and reviewed set of documents from custodians Steven Weisz and Lani Kane-Hanan.[1] These documents have been stamped in the same manner as described in our letter dated June 15, 2017.

    These documents are being produced subject to the Marriott Defendants' Responses and Objections to Plaintiffs' First, Second, and Third Sets of Document Requests, which were served on October 13, 2016 (and amended on November 17, 2016), June 16, 2017, and January 5, 2018,

---

[1] The parties' agreement concerning the search terms to be applied to these custodians' documents is memorialized in emails exchanged among counsel between February 27, 2018 and March 1, 2018.

To: Messrs. Michael J. Reiser, Tyler R. Meade, Matthew C. Ferguson, and Michael Schrag
From: Ian S. Marx
Date: March 13, 2018                                                                                                         Page 2

respectively.  In addition, these documents have been stamped "Confidential" and are thus being produced pursuant to the Stipulated Protective Order entered in the *RCHFU* matter on January 13, 2017 (*see* Dkt. No. 100), which the parties have agreed applies in all of these matters.

Under separate cover, a colleague of mine will send you a link by which you may access these documents.

Very truly yours,

*/s/ Ian S. Marx*

IAN S. MARX

ISM/rz

CC: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq., Attorneys for Aspen Highlands Condominium Association (via email)



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

May 8, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

    Re:    *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.*, Superior Court of the State of California for the County of San Francisco, Case No. CGC-15-545987;

*Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the Eastern District of California, Case No. 2:16-cv-00237-MCE-CKD; and

*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

    We write in connection with the Marriott Defendants'[1] rolling production of documents in response to Plaintiffs' Documents Requests[2] in these matters.

    Enclosed please find documents bearing Bates-numbers RCDC070195 through RCDC070222. These documents have been redacted for Attorney/Client Privilege and are marked Confidential.

---

[1] The term "Marriott Defendants" is meant to include all parties identified as such in these collective matters.

[2] Unless otherwise defined herein, capitalized terms are as set forth in our letter dated June 15, 2017 ("June 15 Letter").

To:     Messrs. Michael J. Reiser, Tyler R. Meade, Matthew C. Ferguson, and Michael Schrag
From:   Ian S. Marx
Date:   May 8, 2018                                                                  Page 2

      These documents are being produced subject to the Marriott Defendants' Responses and Objections to Plaintiffs' Document Requests. The documents within this production are stamped as "Confidential" and are being produced pursuant to the Stipulated Protective Order entered in the *RCHFU* matter on January 13, 2017 (*see* Dkt. No. 100), which shall apply to all of these matters.

                                                  Very truly yours,

                                                  *s/ Ian S. Marx*

                                                  IAN S. MARX

Enclosures
cc: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq. (via email w/ enclosures)



Ian S. Marx
Tel 973.360.7900
Fax 973.301.8410
marxi@gtlaw.com

June 22, 2018

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, p.c.
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael Schrag, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612

Re:   *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*,
       United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG

Dear Counsel:

We write in connection with the production of documents being made by Marriott International, Inc. in response to Plaintiffs' Rule 30(b)(6) Subpoena to Testify at a Deposition in a Civil Action and Subpoena *Duces Tecum*, dated May 30, 2018.

We have uploaded documents bearing Bates-numbers MI000001 through MI000430 to our secure website to which you will receive a link in a separate email.

These documents are being produced subject to Marriott International's Responses and Objections to Plaintiffs' Document Requests, served on June 12, 2018. The documents within this production are stamped as "Confidential" and are being produced pursuant to the Stipulated Protective Order entered on January 13, 2017 (*see* Dkt. No. 100).

Very truly yours,

*s/ Ian S. Marx*

IAN S. MARX

Enclosures
cc: Daniel F. Shea, Esq. & Jessica B. Livingston, Esq. (via email w/ enclosures)