# MATTHEW CONOR FERGUSON

## THE MATTHEW C. FERGUSON LAW FIRM, P.C.

A PROFESSIONAL CORPORATION | ATTORNEYS AT LAW

119 S. Spring Street #201 | Aspen CO 81611 | T 970.925.6288 | F 970.925.2273 | matt@matthewfergusonlaw.com

## EDUCATION

FORDHAM UNIVERSITY SCHOOL OF LAW
| Doctor of Law (J.D.), Law | 1980 – 1983 |

COLLEGE OF THE HOLY CROSS
| Bachelor of Arts (B.A.), History | 1976 – 1980 |

## WORK EXPERIENCE

FOUNDING PARTNER
| The Matthew C. Ferguson Law Firm, P.C.
| *Aspen, CO* | 2012 – Present |
Martindale Hubbell AV Rating

PARTNER/SHAREHOLDER
| Garfield & Hecht, P.C.
| *Aspen, CO* | 1995 – 2012 |

COUNSEL
| Nixon Peabody, LLP
| *New York, NY* | 1992 – 1995 |

ASSOCIATE
| Windels, Marx, Lane & Mittendorf, LLP
| *New York, NY* | 1987 – 1991 |

ASSOCIATE
| Mendes & Mount, LLP
| *New York, NY* | 1984 – 1986 |

## MEMBERSHIPS

MATTHEW FERGUSON IS OR WAS A RECENT MEMBER OF THE FOLLOWING ASSOCIATIONS:

AMERICAN BAR ASSOCIATION
| Former Member, Sections on: Litigation & Air and Space |

COLORADO BAR ASSOCIATION

PITKIN COUNTY BAR ASSOCIATION

FACULTY OF FEDERAL ADVOCATES

## ADMISSIONS

| 2012 | U.S. Supreme Court | 1995 | Colorado | 1990 | U.S. Court of Appeals, Second and Tenth Circuits | 1985 | U.S. District Court, Southern & Eastern Districts of New York & District of Colorado | 1984 | New York

## COMMUNITY INVOLVEMENT

MATTHEW C. FERGUSON & THE MATTHEW C. FERGUSON LAW FIRM HAVE SUPPORTED THE FOLLOWING ORGANIZATIONS:

BASALT EDUCATION FOUNDATION
ASPEN JUNIOR HOCKEY
ASPEN VALLEY MEDICAL FOUNDATION
ST. BENEDICTS MONASTERY
SPONSOR OF ASPEN SCHOLARS AWAR

EXHIBIT A