

EXHIBIT B

# Michael L. Schrag Bio

Michael L. Schrag graduated from the University of California Berkeley Law School (Boalt Hall) and was admitted to the bar in 1996. He over 20 years of experience in complex class and multi-plaintiff actions. He began his career prosecuting complex securities fraud class actions at Milberg Weiss (now Robbins Geller) in San Diego, California. Later at Schrag & Baum, P.C., he was part of the trial team in *Schwartz v. Visa, et al.*, (Alameda County Case No. 822404-4), a UCL action against Visa and MasterCard for failing to disclose a currency conversion fee charged to cardholders who used credit cards in foreign countries. He also prosecuted a parallel case on behalf of debit cardholders (*Shrieve v. Visa USA*, Inc., *et. al.*, Alameda County Case No. RG04155097) and an antitrust action alleging a conspiracy to fix the price of currency conversion fees (*In Re Currency Conversion Fee Litigation*, MDL No. 1409). These cases resulted in a $336 million-dollar settlement to resolve all currency conversion fee actions. He also worked on *In re Hip Replacement Cases* (JCCP 4165) a case in which his firm recovered over $10 million for its clients from Sulzer Orthopedics, a company that manufactured defective hip and knee implants.

From 2006 to 2104, he was a founding partner, along with Tyler Meade, at Meade & Schrag LLP. There he also worked on several other class actions including *Ammari Electronics v. Pacific Bell Directory*, Alameda County Sup. Ct. Case No. RG05198014. Mr. Meade and he were co-Lead Class Counsel in *Ammari* and represented consumers who overpaid an AT&T subsidiary for advertising in Yellow Pages directories. Plaintiffs prevailed at trial and on two appeals to obtain a $27 million judgment for class members, a result the National Law Journal deemed as one of the top 100 verdicts in 2009. Some of the other class actions he has played a leading role in while at Meade & Schrag were: *The Regents of the University of California, et al. v. Ameriprise Financial Services, Inc., et al.* (San Francisco Superior Case No. PTR-11-294230) ($3 million settlement in class action brought on behalf of 75 charities and nonprofit organizations that were beneficiaries of a multimillion dollar living trust but were unlawfully removed as beneficiaries); *International Brotherhood of Electrical Workers Local 234, et al. v. The Ryan Company Inc.* (Monterey County Case No. M87384) ($2 million settlement in wage and hour class action) and *Rundberg v. Intrawest Napa Development Company* (Napa County Case No. 26-56986) ($1.4 million settlement in ILSA class action).

From 2015 to the present Mr. Schrag has been a partner at the Gibbs Law Group working on class actions such as *In Re Disposable Contact Lens Antitrust*

*Litigation* (M.D. Fla. Case No. 3:15-md-2626-HES-JRK), where he serves on the Expert Committee. He also works on multi-plaintiff actions involving insurance fraud (*Smith et al. v. American General Life Insurance Co.,* C.D. Cal. Case No. 5:16-cv-01893-JLS (JPRx) and *Asokan et al. v American General Life Insurance Co.,* M.D. Fla. Case No. 6:15-cv-2048-Orl-40KRS), real estate breach of contract and fiduciary duties (*Gillespie v. St. Regis Residence Club New York, Inc.*, S.D.N.Y Case No. 16-cv-09390) and toxic torts (*Southern California Gas Leak Cases*; Los Angeles Sup. Ct., JCCP No. 4861).

Mr. Schrag's normal billing rate is $725-850 per hour.

# Linda Lam Bio

Linda Lam, an associate at Gibbs Law Group. She graduated *magna cum laude* from the University of California Hastings College of the Law in 2014 where she is a member of the Order of the Coif. In law school, she served as the Production Editor for the Hastings Race and Poverty Law Journal. She also worked as a research assistant to Professor Reuel Schiller, on his book *Forging Rivals: Race, Class, Law, and the Collapse of Postwar Liberalism* (Cambridge University Press, 2015). She received her B.A. in international development studies from the University of California, Los Angeles in 2011.

Ms. Lam was an associate attorney at a national employment law firm. While there, she represented individuals and retirees in cases arising under wage and hour laws, ERISA, and the Americans with Disabilities Act. She now focuses her practice on representing individuals who have been harmed by corporate misconduct. She has prosecuted fraud, employment, breach of contract, breach of fiduciary duty, and medical malpractice claims brought under federal and state laws. Linda is also involved in the investigation and development of new cases, including disputes involving major real estate developments throughout the country. She was named a Rising Star by Northern California Super Lawyers. Ms. Lam's billing rate is $395.00 per hour,