

# Lucie Rivière

1122 Vine Street
Aspen CO, 81611
+1 (347) 515 3816 (US)
lja.riviere@gmail.com

## BAR ADMISSION

**California State Bar, 2017**

## EDUCATION

University of Southern California, CA, LLM (Masters of Law) | August 2016—May 2017 **GPA: 3.67 (Top 10%)**
Sorbonne School of Law, France, JD in business and employment law | September 2012—September 2014, with honors
Lille 2 school of law, France, LLB of law | September 2009 –September 2012, with honors

## EXPERIENCE

- **Litigation Paralegal**                                                                                              12/2017-today

The Matthew Ferguson Law Firm, 119 S. Spring Street, Suite 201, Aspen CO 81611

Writes and file motions and other pleadings in both State and Federal Courts;
Prepares attorney case briefs for depositions and hearings involving civil law issues;
Assists attorneys in preparing for trial and researches legal precedents.
Responds to clients' phone, mail, and electronic inquiries.

- **Legal consultant/Transactional Lawyer in Telecom, Satellite and Space Law (part time)**

LMI advisors, 2250 M Street, NW, Suite 300, Washington, DC 20037                          01/2018— 01/2019

Legal research on regulations related to remote sensing, telecom and Satellite launching for our French clients;
Translation from English to French of Legal documents et application to become new telecom operator;
Guide clients through steps to become new telecom operator in France.
Responds to clients' phone, mail, and electronic inquiries.

- **Paralegal**                                                                                                         10/2015—05/2016

The Harman Firm, LLP, 220 5th avenue, #900, New York, NY 10001

Researched legal precedents and wrote complaint, memoranda, motions, or appeal briefs;
Wrote official letters to answer clients, judges, and opposing counsel;
Prepared attorney case briefs for meetings, hearings and trials involving discrimination & harassment, unfair wages, etc.;
Editor for the weekly company legal online blog.

- **Business and Employment Law Lawyer**                                                                                9/2013 –7/2015

Cofidis (Crédit Mutuel group), Villeneuve d'Ascq, France
Reviewed managerial actions to verify their legality;
Represented the company in all legal negotiations with the labor
unions; Legal advisor for Human Resources service;

## SKILLS AND INTERESTS

French (Native), English (Fluent), Spanish (Intermediate)
Word, Excel, PowerPoint, WestLaw, LexiNexis

Athletic tracks: Heptathlon, Pole-vault (champion of France 2008), Endurance races (record time for 6.2 miles: 45 min, 13 miles: 1h48).