# Reiser Law, P.C. List of cases

A. *Keefe v. Base Village Owners, LLC*, Pitkin County Colorado District Court, Case Number 2009 CV 273. In March 2011, co-counsel and I successfully achieved, on summary judgment, the rescission of approximately $100 million worth of purchase contracts for 60 slope-side condo-hotel unit owners at the Viceroy Hotel in Snowmass, Colorado, and the return of $15.3 million in deposits, based upon ILSA claims, including those arising under 15 U.S.C. §§ 1703(a)(1)(C) and 1703(d)(1).

B. *CGJ Investments, LLC, et al. v. Intrawest Napa Development Company, et al.* — Napa County Superior Court Case Number 26-47855. Lead counsel in an ILSA and UCL based rescission action seeking deposits retained by defendants pertaining to 7 condominium units at the Westin-Verasa in Napa, California. Status: Confidential settlement reached in 2011.

C. *Ham, et al. v. Intrawest Napa Development Company, et al.* — Napa County Superior Court Case Number 26-50708. Lead counsel in an ILSA and UCL based rescission action pertaining to 26 closed condominium hotel units at the Westin-Verasa in Napa, California. Status: Confidential settlement reached in 2012.

D. *Lakin, et al. v. R.C. Chronicle Building, LP, et al.* — San Francisco Superior Court Case Number CGC-11-511958. Lead counsel in an ILSA and UCL based rescission action pertaining to 10 closed condominium units at the Ritz Carlton Residences in San Francisco, California. Status: Confidential settlement reached in 2012.

E. *Rundberg, et al. v. Intrawest Napa Development Company, et al.* — Napa County Superior Court Case Number 27-56986. A class action filed and litigated by the five firms appointed Class Counsel herein seeking deposits retained by defendants involving approximately 80 condominium unit purchase and sale agreements at the Westin-Verasa in Napa, California. Status: Settlement class approved and settlement reached in 2014.

F. *Bruce L. Smith, et al. v. The Related Companies, LP, et al.* — Pitkin County Colorado District Court Case Number 2011 CV168. Co-Lead counsel in an ILSA and common-law based rescission action pertaining to 29 closed condominium units at the Capitol Peak Lodge Condominiums in the Town of Snowmass Village, Colorado. Status: Confidential settlement reached in 2015.

EXHIBIT A

G. *Petrick, et al. v. Marriott Vacations Worldwide Corporation, et al.* —San Francisco Superior Court Case Number CGC-15-545987. Co-Lead counsel with Tyler Meade representing owners of approximately 70 deeded fractional-interest units at the San Francisco Ritz Carlton Residence Club in a common law and UCL based rescission action.

H. *Reiser, et al. v. Marriott Vacations Worldwide Corporation, et al.* —United States District Court, Eastern District of California Case Number 16-CV-00237-MCE-CKD. Co-Lead counsel with Tyler Meade representing owners of over 20 deeded fractional-interest units at the Lake Tahoe Ritz Carlton Residence Club in a common law and UCL based rescission action. Status: Discovery stage. Recently consolidated with *Bhagat, et al. v. Marriott Vacations Worldwide Corporation*, United States District Court, Eastern District Of California, 2:16-CV-00237-MCE-CKD.

I. *Gillespie, et al. v. St. Regis Residence Club New York, Inc. , et al.* —United States District Court, Southern District of New York Case Number 16-cv-09390-GHW. Co-Lead counsel with Tyler Meade and Michael Schrag representing 107 deeded fractional-interest units at the St. Regis Residence Club in a breach of implied covenant of good faith and fair dealing, rescission and unjust enrichment action.

J. *Ulti-Mate Connectors, Inc., et al. v. American General Life Insurance Company, et al.* — United States District Court, Central District of California Case Number 14-cv-1051-JLS-JPR. Co-Lead counsel with Tyler Meade and Michael Schrag representing 3 whole-life policy holders and their employer in a RICO, RICO Conspiracy, Fraud, UCL and common law rescission action arising out of the marketing of an illegal tax-shelter by among others, American General Life Insurance Company. Status: Settlement reached in July 2016.

K. *Asokan et al. v American General Life Insurance Co., et al.* — United States District Court, Middle District Florida Case Number 15-cv-2048-PGB-KRS. Co-Lead counsel with Tyler Meade, Michael Schrag (and others) representing 6 whole-life policy holders and their employers in a common law Fraud and Breach of Fiduciary Duty action arising out of the marketing of an illegal tax-shelter by among others, American General Life Insurance Company.

L. *Smith et al. v. American General Life Insurance Co., et al.* — United States District Court, Central District of California Case Number 16- cv-01893-JLS

(JPRx). Co-Lead counsel with Tyler Meade and Michael Schrag representing 9 whole-life policy holders and their employers in a RICO, RICO Conspiracy, Fraud, UCL and common law rescission action arising out of the marketing of an illegal tax-shelter by among others, American General Life Insurance Company.