**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Matthew Ferguson<br>The Matthew Ferguson Law Firm<br>119 South Spring<br>Suite 201<br>Aspen, CO, 81611 | **Invoice #:** SF3164296<br>**Invoice Date:** 11/27/2017<br>**Balance Due:** $2,812.20 |

| | |
|---|---|
| Case: | RCHFU v. Marriott |
| Job #: | 2733753 \| Job Date: 11/10/2017 \| Delivery: Normal |
| Billing Atty: | Matthew Ferguson |
| Location: | Greenberg Traurig |
| | 450 South Orange Avenue \| Suite 650 \| Orlando, FL 32801 |
| Sched Atty: | \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham | Original with 1 Certified Transcript | Page | 322.00 | $1,593.90 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 7.00 | $350.00 |
| | Exhibits - Color | Per Page | 1.00 | $1.50 |
| | Exhibits | Per Page | 6.00 | $3.90 |
| | Rough Draft | Page | 322.00 | $627.90 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| | |
|---|---|
| Notes: | **Invoice Total:** $2,812.20 |
| | **Payment:** $0.00 |
| | **Credit:** $0.00 |
| | **Interest:** $0.00 |
| | **Balance Due:** $2,812.20 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**EXHIBIT 4**

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** SF3164296<br>**Job #:** 2733753<br>**Invoice Date:** 11/27/2017<br>**Balance:** $2,812.20 |
|---|---|---|

160469

**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Matthew C. Ferguson<br>Matthew C. Ferguson Law Firm, PC<br>119 South Spring St.<br>Suite 201<br>Aspen, CO, 81611 | **Invoice #:** SF3172398<br>**Invoice Date:** 12/6/2017<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2733753 \| Job Date: 11/10/2017 \| Delivery: Normal |
| **Billing Atty:** | Matthew C. Ferguson |
| **Location:** | Greenberg Traurig<br>450 South Orange Avenue \| Suite 650<br>Orlando, FL 32801 |
| **Sched Atty:** | \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham | Video - Services | | 9.25 | $1,831.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Exhibit Capture | 1 | 1.00 | $650.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,539.25 |
| **Payment:** | ($2,539.25) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more Information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

160469

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | SF3172398 |
| Job #: | 2733753 |
| Invoice Date: | 12/6/2017 |
| Balance: | $0.00 |

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| | |
|---|---|
| **Bill To:** Matthew C. Ferguson<br>The Matthew C. Ferguson Law Firm P.C.<br>119 South Spring<br>Aspen, CO, 81611 | **Invoice #:** SF3204122<br>**Invoice Date:** 1/4/2018<br>**Balance Due:** $1,100.00 |

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2733753 \| Job Date: 11/10/2017 \| Delivery: Normal |
| **Billing Atty:** | Matthew C. Ferguson |
| **Location:** | Greenberg Traurig |
| | 450 South Orange Avenue \| Suite 650 \| Orlando, FL 32801 |
| **Sched Atty:** | \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham | Video-Advanced Set-up/Technical Support | Hour | 1.00 | $1,100.00 |

Notes:  * Consulting fee - Includes presentation of documents & native capture.

| | |
|---|---|
| **Invoice Total:** | $1,100.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,100.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

162243

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF3204122 |
| **Job #:** | 2733753 |
| **Invoice Date:** | 1/4/2018 |
| **Balance:** | $1,100.00 |

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Matthew C. Ferguson<br>The Matthew C. Ferguson Law Firm P.C.<br>119 South Spring<br>Aspen, CO, 81611 | Invoice #: | SF3204136 |
|---|---|---|---|
| | | Invoice Date: | 1/4/2018 |
| | | Balance Due: | $1,100.00 |

| Case: | RCHFU v. Marriott |
|---|---|
| Job #: | 2733762 | Job Date: 11/15/2017 | Delivery: None |
| Billing Atty: | Matthew C. Ferguson |
| Location: | Greenberg & Traurig |
| | 450 South Orange Avenue | Sutie 650 | Orlando, FL 32801 |
| Sched Atty: | Michael J. Reiser, Esq. | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham, Vol 2 | Video-Advanced Set-up/Technical Support | Hour | 1.00 | $1,100.00 |
| Notes: | * Consulting fee - Includes presentation of documents & native capture | | Invoice Total: | $1,100.00 |
| | | | Payment: | $0.00 |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $1,100.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | SF3204136 |
|---|---|---|---|
| To pay online, go to<br>www.veritext.com | | Job #: | 2733762 |
| | | Invoice Date: | 1/4/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,100.00 |

162243



**Veritext, LLC**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Matthew C. Ferguson<br>Matthew C. Ferguson Law Firm, PC<br>119 South Spring St.<br>Suite 201<br>Aspen, CO, 81611 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF3175723<br>12/6/2017<br>$0.00 |

**Case:** RCHFU v. Marriott
**Job #:** 2733762 | Job Date: 11/15/2017 | Delivery: Normal
**Billing Atty:** Matthew C. Ferguson
**Location:** Greenberg & Traurig
450 South Orange Avenue | Sutie 650
Orlando, FL 32801
**Sched Atty:** Michael J. Reiser Esq. | Michael Reiser Law Office

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham, Vol 2 | Original with 1 Certified Transcript | Page | 256.00 | $1,267.20 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 2.00 | $100.00 |
| | Surcharge - Extended Pages | Page | 1.50 | $127.50 |
| | Exhibits | Per Page | 25.00 | $16.25 |
| | Litigation Package (all Electronic Files) | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Veritext Exhibit Package (ACE) | Package | 1.00 | $45.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,790.95 |
| **Payment:** | ($1,790.95) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

160469

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| Invoice #: | SF3175723 |
| Job #: | 2733762 |
| Invoice Date: | 12/6/2017 |
| Balance: | $0.00 |



**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Matthew C. Ferguson<br>The Matthew C. Ferguson Law Firm P.C.<br>119 South Spring<br>Aspen, CO, 81611 | Invoice #: | SF3196193 |
|---|---|---|---|
| | | Invoice Date: | 12/28/2017 |
| | | Balance Due: | $2,641.50 |

| Case: | RCHFU v. Marriott |
|---|---|
| Job #: | 2733762 | Job Date: 11/15/2017 | Delivery: Normal |
| Billing Atty: | Matthew C. Ferguson |
| Location: | Greenberg & Traurig |
| | 450 South Orange Avenue | Sutie 650 | Orlando, FL 32801 |
| Sched Atty: | Michael J. Reiser, Esq. | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham, Vol 2 | Video - Services | | 8.75 | $1,732.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Video-Native Capture | 1 | 1.00 | $650.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |
| | Video - Extended Hours Surcharge | Hour | 1.75 | $201.25 |

| Notes: | | Invoice Total: | $2,641.50 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,641.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to<br>www.veritext.com<br><br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | SF3196193 |
|---|---|---|---|
| | | Job #: | 2733762 |
| | | Invoice Date: | 12/28/2017 |
| | | Balance: | $2,641.50 |

162243