**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | SF3170833 |
| **Invoice Date:** | 12/1/2017 |
| **Balance Due:** | $3,718.88 |

Bill To:  Matthew Ferguson
The Matthew Ferguson Law Firm
119 South Spring
Suite 201
Aspen, CO, 81611

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2733702 | Job Date: 11/16/2017 | Delivery: Normal |
| **Billing Atty:** | Matthew Ferguson |
| **Location:** | Greenberg Traurig |
| | 450 South Orange Avenue | Suite 650 | Orlando, FL 32801 |
| **Sched Atty:** | | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 446.00 | $2,207.70 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 7.00 | $350.00 |
| | Surcharge - Extended Hours | Hour | 0.50 | $42.50 |
| Stephanie Sobeck | Exhibits | Per Page | 11.00 | $7.15 |
| | Rough Draft | Page | 446.00 | $869.70 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $41.83 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,718.88 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,718.88 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information



EXHIBIT
5

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF3170833 |
| **Job #:** | 2733702 |
| **Invoice Date:** | 12/1/2017 |
| **Balance:** | $3,718.88 |

160469

## Veritext Corp
## Western Region

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Matthew C. Ferguson<br>The Matthew C. Ferguson Law Firm P.C.<br>119 South Spring<br>Aspen, CO, 81611 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF3178585<br>12/8/2017<br>$3,708.25 |

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2733702 \| Job Date: 11/16/2017 \| Delivery: Normal |
| **Billing Atty:** | Matthew C. Ferguson |
| **Location:** | Greenberg Traurig |
| | 450 South Orange Avenue \| Suite 650 \| Orlando, FL 32801 |
| **Sched Atty:** | \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Video - Services | | 10.50 | $2,079.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Video-Native Capture | | 1.00 | $650.00 |
| Stephanie Sobeck | Parking Expense | Per hour | 1.00 | $89.00 |
| | Transportation Expenses: Air, Train & Taxi | 1 | 1.00 | $660.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |
| | Video - Extended Hours Surcharge | Hour | 1.50 | $172.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $3,708.25 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $3,708.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

### To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | SF3178585 |
| **Job #:** | 2733702 |
| **Invoice Date:** | 12/8/2017 |
| **Balance:** | $3,708.25 |

162243