**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Matthew C. Ferguson, Esq. | | Invoice #: | SF3159554 |
|---|---|---|---|---|
| | The Matthew Ferguson Law Firm | | Invoice Date: | 12/8/2017 |
| | 119 South Spring | | Balance Due: | $3,093.70 |
| | Suite 201 | | | |
| | Aspen, CO, 81611 | | | |

| Case: | RCHFU v. Marriott |
|---|---|
| Job #: | 2728895 \| Job Date: 10/24/2017 \| Delivery: Normal |
| Billing Atty: | Matthew Ferguson |
| Location: | CRE Consultants |
| | 12140 Carissa Commerce Court \| Suite 102 \| Fort Myers, FL 33966 |
| Sched Atty: | \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Randal Mercer | Video - Services | | 9.75 | $1,930.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Video-Native Capture | 1 | 1.00 | $650.00 |
| | Transportation Expenses: Air, Train & Taxi | 1 | 1.00 | $369.20 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |
| | Video - Extended Hours Surcharge | Hour | 0.75 | $86.25 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $3,093.70 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $3,093.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**EXHIBIT**
6

| | | |
|---|---|---|
| To pay online, go to | Please remit payment to: | Invoice #: SF3159554 |
| www.veritext.com | Veritext | Job #: 2728895 |
| | P.O. Box 71303 | Invoice Date: 12/8/2017 |
| Veritext accepts all major credit cards | Chicago IL 60694-1303 | Balance: $3,093.70 |
| (American Express, Mastercard, Visa, Discover) | | |

160469

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| Bill To: | Matthew Ferguson<br>The Matthew Ferguson Law Firm<br>119 South Spring<br>Suite 201<br>Aspen, CO, 81611 | | Invoice #: | SF3146236 |
|---|---|---|---|---|
| | | | Invoice Date: | 11/7/2017 |
| | | | Balance Due: | $4,144.94 |

| Case: | RCHFU v. Marriott |
|---|---|
| Job #: | 2728895 | Job Date: 10/24/2017 | Delivery: Expedited |
| Billing Atty: | Matthew Ferguson |
| Location: | CRE Consultants |
| | 12140 Carissa Commerce Court | Suite 102 | Fort Myers, FL 33966 |
| Sched Atty: | | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Randal Mercer | Original with 1 Certified Transcript | Page | 407.00 | $3,235.65 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 7.50 | $375.00 |
| | Exhibits | Per Page | 450.00 | $292.50 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $41.79 |

| Notes: | | Invoice Total: | $4,144.94 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $4,144.94 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

160469

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | SF3146236 |
|---|---|
| Job #: | 2728895 |
| Invoice Date: | 11/7/2017 |
| Balance: | $4,144.94 |