**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** | Matthew C. Ferguson |
| | Matthew C. Ferguson Law Firm, PC |
| | 119 South Spring St. |
| | Suite 201 |
| | Aspen, CO, 81611 |

| | |
|---|---|
| **Invoice #:** | SF3365808 |
| **Invoice Date:** | 5/31/2018 |
| **Balance Due:** | $3,028.35 |

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2911163 \| Job Date: 5/15/2018 \| Delivery: Normal |
| **Billing Atty:** | Matthew C. Ferguson |
| **Location:** | Greenberg Traurig, LLP |
| | 450 South Orange Avenue \| Suite 650 \| Orlando, FL 32801 |
| **Sched Atty:** | Michael J. Reiser Esq. \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Stephanie Sobeck | Original with 1 Certified Transcript | Page | 329.00 | $1,628.55 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 6.50 | $325.00 |
| | Exhibits | Per Page | 305.00 | $198.25 |
| | Rough Draft | Page | 329.00 | $641.55 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $3,028.35 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $3,028.35 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**EXHIBIT 7**

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF3365808 |
| **Job #:** | 2911163 |
| **Invoice Date:** | 5/31/2018 |
| **Balance:** | $3,028.35 |

160469

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



VERITEXT
LEGAL SOLUTIONS

| Bill To: | Matthew C. Ferguson<br>Matthew C. Ferguson Law Firm, PC<br>119 South Spring St.<br>Suite 201<br>Aspen, CO, 81611 | Invoice #: | SF3367159 |
|---|---|---|---|
| | | Invoice Date: | 6/4/2018 |
| | | Balance Due: | $2,588.75 |

| Case: | RCHFU v. Marriott |
|---|---|
| Job #: | 2911163 | Job Date: 5/15/2018 | Delivery: Normal |
| Billing Atty: | Matthew C. Ferguson |
| Location: | Greenberg Traurig, LLP |
| | 450 South Orange Avenue | Suite 650 | Orlando, FL 32801 |
| Sched Atty: | Michael J. Reiser Esq. | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Stephanie Sobeck | Video - Services | | 9.50 | $1,881.00 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Exhibit Capture | 1 | 1.00 | $650.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,588.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,588.75 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| | Please remit payment to: | Invoice #: | SF3367159 |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | **Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | Job #: | 2911163 |
| | | Invoice Date: | 6/4/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $2,588.75 |

160469

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Matthew C. Ferguson<br>Matthew C. Ferguson Law Firm, PC<br>119 South Spring St.<br>Suite 201<br>Aspen, CO, 81611 | | Invoice #: | SF3420081 |
|---|---|---|---|---|
| | | | Invoice Date: | 7/23/2018 |
| | | | Balance Due: | $1,500.00 |

| Case: | RCHFU v. Marriott |
|---|---|
| Job #: | 2911163 | Job Date: 5/15/2018 | Delivery: None |
| Billing Atty: | Matthew C. Ferguson |
| Location: | Greenberg Traurig, LLP |
| | 450 South Orange Avenue | Suite 650<br>Orlando, FL 32801 |
| Sched Atty: | Michael J. Reiser Esq. | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Stephanie Sobeck | Video-Advanced Set-up/Technical Support | Hour | 1.00 | $1,500.00 |

| Notes: | Additional Billing for Consulting fee : Includes presentation of documents, system setup, maintenance & breakdown. |
|---|---|

| | |
|---|---|
| Invoice Total: | $1,500.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,500.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| To pay online, go to<br>www.veritext.com | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | SF3420081 |
|---|---|---|---|
| | | Job #: | 2911163 |
| | | Invoice Date: | 7/23/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,500.00 |

160469