**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Matthew C. Ferguson | | |
|---|---|---|---|
| | Matthew C. Ferguson Law Firm, PC | **Invoice #:** | SF3364141 |
| | 119 South Spring St. | **Invoice Date:** | 5/31/2018 |
| | Suite 201 | **Balance Due:** | $1,275.90 |
| | Aspen, CO, 81611 | | |

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2911171 \| Job Date: 5/18/2018 \| Delivery: Normal |
| **Billing Atty:** | Matthew C. Ferguson |
| **Location:** | Greenberg Traurig, LLP |
| | 450 South Orange Avenue \| Suite 650 \| Orlando, FL 32801 |
| **Sched Atty:** | Michael J. Reiser Esq. \| Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 166.00 | $821.70 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 |
| | Attendance Fee - Addl Hours | Hour | 3.50 | $175.00 |
| Lee Cunningham | Exhibits | Per Page | 68.00 | $44.20 |
| | Litigation Package | 1 | 1.00 | $55.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $1,275.90 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,275.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**EXHIBIT**

8

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF3364141 |
| **Job #:** | 2911171 |
| **Invoice Date:** | 5/31/2018 |
| **Balance:** | $1,275.90 |

**Veritext Corp**
**Western Region**

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | SF3375047 |
| **Invoice Date:** | 6/12/2018 |
| **Balance Due:** | $2,795.25 |

**Bill To:** Matthew C. Ferguson
Matthew C. Ferguson Law Firm, PC
119 South Spring St.
Suite 201
Aspen, CO, 81611

| | |
|---|---|
| **Case:** | RCHFU v. Marriott |
| **Job #:** | 2911171 | Job Date: 5/18/2018 | Delivery: Normal |
| **Billing Atty:** | Matthew C. Ferguson |
| **Location:** | Greenberg Traurig, LLP |
| | 450 South Orange Avenue | Suite 650 |
| | Orlando, FL 32801 |
| **Sched Atty:** | Michael J. Reiser Esq. | Michael Reiser Law Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Lee Cunningham | Video - Services | | 6.25 | $1,237.50 |
| | Video - Media and Cloud Services | Per disk | 1.00 | $22.75 |
| | Video-Advanced Set-up/Technical Support | Hour | 1.00 | $1,500.00 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

**Notes:** * Consulting fee – Includes presentation of documents, system setup, maintenance & breakdown. Air/Ground travel (if applicable)

| | |
|---|---|
| **Invoice Total:** | $2,795.25 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,795.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF3375047 |
| **Job #:** | 2911171 |
| **Invoice Date:** | 6/12/2018 |
| **Balance:** | $2,795.25 |

160469