

Corporate Headquarters
111 SW Fifth Avenue
Suite 2020
Portland, OR 97204

# NAEGELI
*Expect Excellence*

DEPOSITION AND TRIAL
NAEGELIUSA.COM
(800) 528-3335

**MATTHEW C. FERGUSON ESQUIRE**
FERGUSON LAW FIRM PC
119 SOUTH SPRING STREET, SUITE 201
ASPEN, CO 81611

| | | | |
|---|---|---|---|
| Asg. Date: | 09/13/2018 | | |
| Case\Assg No. | 27769-1 | Invoice # | 83762 |
| Case Caption: | RCHFU LLC vs. MARRIOTT VACATIONS WORLDWIDE CORPORATION - IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO | Invoice Date | 09/28/2018 |

### *ORIGINAL / INDEX / CONDENSED DEPOSITION OF RANDY MERCER*

**Remarks**
FREE ENCRYPTED REPOSITORY!

APPEARANCE $720.35, TRANSCRIPT $570.15, EXHIBITS $42.75, DELIVERY $30.00.

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,363.25 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,363.25 |

**EXHIBIT 9**

**\*\*INVOICE RESENT ON: 11-27-2017\*\***

Phone: (800) 528-3335
Fax: (503) 227-7123

Invoice Due Upon Receipt
Tax Number: 93-1079908

Clients are responsible for a late charge at the rate of 1.5% per month, compounded every 30 days, on an invoice more than 30-days delinquent.

**Method of Payment:**
☐ Check Enclosed
Please Make Checks Payable to:
**NAEGELI DEPOSITION AND TRIAL**

Charge My Credit Card:
☐ VISA  ☐ MasterCard
☐ American Express

SIGNATURE (AS IT APPEARS ON **CREDIT CARD**)

PRINT NAME (AS IT APPEARS ON **CREDIT CARD**)

CREDIT CARD #       EXPIRATION DATE       SECURITY CODE

ADDRESS WITH ZIP CODE (AS IT APPEARS ON BILLING STATEMENT)

Corporate Headquarters
111 SW Fifth Avenue
Suite 2020
Portland, OR 97204



**NAEGELI**
*Expect Excellence*

DEPOSITION AND TRIAL
NAEGELIUSA.COM
(800) 528-3335

**MATTHEW C. FERGUSON ESQUIRE**
FERGUSON LAW FIRM PC
119 SOUTH SPRING STREET, SUITE 201
ASPEN, CO 81611

| | |
|---|---|
| Asg. Date: | 09/13/2018 |
| Case\Assg No. | 27769-1 |
| Case Caption: | RCHFU LLC vs. MARRIOTT VACATIONS WORLDWIDE CORPORATION - IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLORADO |

Invoice #   83763
Invoice Date   09/28/2018

**VIDEOGRAPHER APPEARANCE FEE / DEPOSITION OF RANDY MERCER**

**Remarks**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Total Amount $ | $1,099.45 |
| Interest | $.00 |
| Total Tax | $.00 |
| Less Paid To Date | $.00 |
| Balance Due | $1,099.45 |

**\*\*INVOICE RESENT ON: 11-27-2017\*\***

Phone: (800) 528-3335
Fax: (503) 227-7123

Invoice Due Upon Receipt
Tax Number: 93-1079908

Clients are responsible for a late charge at the rate of 1.5% per month, compounded every 30 days, on an invoice more than 30-days delinquent.

Method of Payment:
☐ Check Enclosed
Please Make Checks Payable to:
**NAEGELI DEPOSITION AND TRIAL**

Charge My Credit Card:
☐ VISA  ☐ MasterCard
☐ American Express

SIGNATURE (AS IT APPEARS ON **CREDIT CARD**) _____

PRINT NAME (AS IT APPEARS ON **CREDIT CARD**) _____

CREDIT CARD #    EXPIRATION DATE    SECURITY CODE

ADDRESS WITH ZIP CODE (AS IT APPEARS ON BILLING STATEMENT)