Matthew C. Ferguson Law Firm, P.C.

**EXHIBIT 11**

## FROM MARCH 13, 2018 TO DECEMBER 31, 2018

| Client # | Date | Time Keeper | Rate in $ | Hours to Bill | Amount in $ | |
|---|---|---|---|---|---|---|
| **Matthew C. Ferguson (MCF)** | | | | | | |
| 1183.0001 | 03/14/2018 | MCF | 650.00 | 1.30 | $845 | Emails and calls to M. Reiser and M. Schrag; review withheld documents |
| 1183.0001 | 03/15/2018 | MCF | 650.00 | 1.50 | $975 | Call to M. Reiser re: review Marriott production; review M. Reiser's email to Greenberg Taurig |
| 1183.0001 | 03/16/2018 | MCF | 650.00 | 1.80 | $1170 | Review emails from M. Reiser to Marx; review documents productions |
| 1183.0001 | 03/18/2018 | MCF | 650.00 | 1.00 | $650 | Review affiliation agreement issues; analyze failure to produce documents; |
| 1183.0001 | 03/20/2018 | MCF | 650.00 | 0.30 | $195 | Calls with opposing counsel re: conferral and possibly retake depositions |
| 1183.0001 | 03/24/2018 | MCF | 650.00 | 0.60 | $390 | Conference calls on case with entire team about withheld documents |
| 1183.0001 | 03/25/2018 | MCF | 650.00 | 1.00 | $650 | Research documents and privilege log; emails with M. Reiser re: motion on withholding agreement |
| 1183.0001 | 03/26/2018 | MCF | 650.00 | 0.50 | $325 | Work on privilege log; work on discovery |
| 1183.0001 | 03/27/2018 | MCF | 650.00 | 1.50 | $975 | Team call problems caused by more late productions and no productions of Affiliation Agreement; obtain evidence of withholding and depositions |
| 1183.0001 | 03/28/2018 | MCF | 650.00 | 0.30 | $195 | Calls to M. Reiser |
| 1183.0001 | 03/29/2018 | MCF | 650.00 | 0.30 | $195 | Conference calls on strategy |
| 1183.0001 | 03/30/2018 | MCF | 650.00 | 1.00 | $650 | Prepare for Orlando deposition |
| 1183.0001 | 03/31/2018 | MCF | 650.00 | 0.7 | $455 | Calls to Reiser; prepare for depositions; emails to GT by M. Reiser; attend team meeting on case; |
| 1183.0001 | 04/02/2018 | MCF | 650.00 | 0.50 | $325 | Work on case law with M. Reiser |
| 1183.0001 | 04/03/2018 | MCF | 650.00 | 0.30 | $195 | Emails with Marx re: Stephanie Sobeck deposition |
| 1183.0001 | 04/04/2018 | MCF | 650.000 | 0.30 | $195 | Call M. Reiser; call I. Marx |
| 1183.0001 | 04/06/2018 | MCF | 650.00 | 2.50 | $1625 | Review new Affiliation Agreement and privilege log, work with M. Reiser Jr. on same; work on review of last productions; review I. Marx argument; work on run of new disclosures and exhibits and privilege logs; emails from I. Marx; calls to various team members; work on deposition scheduling |
| 1183.0001 | 04/07/2018 | MCF | 650.00 | 3.0 | $1950 | Review all 13,000 of production in order to try to determine what has been produced; what is responsive - necessary due to improper production |
| 1183.0001 | 04/11/2018 | MCF | 650.00 | 0.50 | $325 | Review new privilege log; emails with M. Reiser |
| 1183.0001 | 04/14/2018 | MCF | 650.00 | 1.20 | $780 | Work on preparing for final depositions; teleconference with M. Reiser; teleconference M. Schrag; work on discovery dispute chart with HOA |
| 1183.0001 | 04/15/2018 | MCF | 650.00 | 0.40 | $260 | Work on deposition scheduling and preparation; emails with I. Marx; calls to M. Reiser |
| 1183.0001 | 04/17/2018 | MCF | 650.00 | 0.70 | $455 | Calls and emails with I. Marx re: depositions and discovery; prepare for depositions; teleconference with M. Reiser; emails to team |
| 1183.0001 | 04/18/2018 | MCF | 650.00 | 0.50 | $325 | Team calls; emails with I. Marx; work on deposition scheduling; work with Lucie Riviere |
| 1183.0001 | 04/20/2018 | MCF | 650.00 | 0.60 | $390 | Calls to team re: Affiliation and depositions |
| 1183.0001 | 04/25/2018 | MCF | 650.00 | 0.50 | $325 | Teleconference with M. Reiser and M. Schrag re: case |
| 1183.0001 | 05/01/2018 | MCF | 650.00 | 1.00 | $650 | Team call on various issues; prepare depositions and review documents; work on discovery |
| 1183.0001 | 05/02/2018 | MCF | 650.00 | 1.50 | $975 | Work on MVW depositions; work on exhibits with L. Riviere |

| 1183.0001 | 05/09/2018 | MCF | 650.00 | 2.00 | $1300 | Prepare Sobeck deposition; work on privileged records; teleconference with M. Reiser |
| --- | --- | --- | --- | --- | --- | --- |
| 1183.0001 | 05/10/2018 | MCF | 650.00 | 2.00 | $1300 | Teleconference with GT lawyers; work on discovery, prepare for depositions |
| 1183.0001 | 05/11/2018 | MCF | 650.00 | 3.50 | $2275 | Research logs; calls to M. Reiser; prepare for Orlando depositions |
| 1183.0001 | 05/12/2018 | MCF | 650.00 | 5.80 | $3770 | Prepare for depositions in Orlando; prepare exhibits; calls and emails with team |
| 1183.0001 | 05/13/2018 | MCF | 650.00 | 9.00 | $5850 | Prepare for depositions; travel to Orlando; prep for depositions; meetings M. Reiser and M. Reiser Jr (12.0) |
| 1183.0001 | 05/14/2018 | MCF | 650.00 | 12.50 | $8125 | Meetings with M. Reiser, M. Reiser Jr. and T. Meade re: case and depositions; prepare for S. Sobeck deposition; work on timeline with team |
| 1183.0001 | 05/15/2018 | MCF | 650.00 | 10.50 | $6825 | Prepare for deposition of Stephanie Sobeck; continue deposition of S.Sobeck; work on exhibits; meetings with T. Meade, M. Reiser, M. Reiser Jr; travel to same; work on motion to compel CGS; review responses (12.0) |
| 1183.0001 | 05/16/2018 | MCF | 650.00 | 5.00 | $3250 | Prepare for deposition of Lee Cunningham; continue depositions of MVW executive; work on exhibits; meetings with T. Meade, M. Reiser, M. Reiser Jr. (14.0) |
| 1183.0001 | 05/17/2018 | MCF | 650.00 | 6.00 | $3900 | Prepare for deposition of Lee Cunningham; continue deposition of MVW executive; work on exhibits; meetings with T. Meade, M. Reiser, M. Reiser Jr. (14.0) |
| 1183.0001 | 05/18/2018 | MCF | 650.00 | 10.00 | $6500 | Prepare for depositions of L. Cunningham; continue depositions of L. Cunningham; work on exhibits; meetings with T. Meade, M. Reiser, M. Reiser Jr; travel back to Colorado (14.0) |
| 1183.0001 | 06/01/2018 | MCF | 650.00 | 0.20 | $130 | Calls to Shea |
| 1183.0001 | 07/08/2018 | MCF | 650.00 | 0.20 | $130 | Calls with D. Shea and J. Livingston re: depositions |
| 1183.0001 | 08/09/2018 | MCF | 650.00 | 0.10 | $65 | Emails to D. Shea |
| 1183.0001 | 08/10/2018 | MCF | 650.00 | 0.20 | $130 | Calls and Emails with D. Shea re: Randy Mercer deposition |
| 1183.0001 | 08/16/2018 | MCF | 650.00 | 0.20 | $130 | Email Shea re: depositions |
| 1183.0001 | 08/17/2018 | MCF | 650.00 | 0.30 | $195 | Calls and emails to Dan Shea |
| 1183.0001 | 08/18/2018 | MCF | 650.00 | 0.30 | $195 | Work on depositions, discover issues and exhibits |
| 1183.0001 | 08/28/2018 | MCF | 650.00 | 0.20 | $130 | Call with D. Shea |
| 1183.0001 | 08/30/2018 | MCF | 650.00 | 0.50 | $325 | Work on HOA discovery issues |
| 1183.0001 | 08/31/2018 | MCF | 650.00 | 0.70 | $455 | Emails re: HOA issues |
| 1183.0001 | 09/01/2018 | MCF | 650.00 | 0.40 | $260 | Review D. Shea letter re: Mercer depo |
| 1183.0001 | 09/08/2018 | MCF | 650.00 | 0.30 | $195 | Emails re: Mercer depositions; prepare for same; emails to D. Shea |
| 1183.0001 | 09/11/2018 | MCF | 650.00 | 1.00 | $650 | Work on Mercer depositions |
| 1183.0001 | 09/12/2018 | MCF | 650.00 | 5.50 | $3575 | Prepare for R. Mercer deposition; review documents and prepare exhibits; work on depositions |
| 1183.0001 | 09/13/2018 | MCF | 650.00 | 4.40 | $2860 | Prepare for deposition of Randy Mercer on concealed documents; conduct deposition of Mercer; meet with Mr Shea; calls with team and MJR; prepare exhibits |
| 1183.0001 | 09/17/2018 | MCF | 650.00 | 0.20 | $130 | Emails Shea |
| 1183.0001 | 09/25/2018 | MCF | 650.00 | 0.20 | $130 | Emails Shea |
| 1183.0001 | 11/04/2018 | MCF | 650.00 | 2.20 | $1430 | Draft discovery to HOA and letter to Shea |
| 1183.0001 | 12/03/2018 | MCF | 650.00 | 0.30 | $195 | Emails with J. Livingston re: responses to discovery and affidavit agreement and need for MSJ |
| 1183.0001 | 12/04/2018 | MCF | 650.00 | 1.00 | $650 | Calls and emails to J. Livingston re: responses to discovery and affiliation agreement; review responses and calls and emails to M. Reiser re: same |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1183.0001 | 12/10/2018 | MCF | 650.00 | 0.30 | $195 | Email verifications with J. Livingston |
| 1183.0001 | 12/31/2018 | MCF | 650.00 | 0.30 | $195 | Review verified responses to discovery; calls to M. Reiser re: same |
| **Total MCF:** | | | | **110.6 hours** | **$71,890** | |
| **Lucie Riviere (LR), Paralegal** | | | | | | |
| 1183.0001 | 05/02/2018 | LR | 175.00 | 2.10 | $367.5 | Saved additional documents for Defendants deposition in Dropbox. Printed and stapled for counsel review. converted to PDF, printed and stapled documents |
| 1183.0001 | 05/08/2018 | LR | 175.00 | 0.50 | $87.5 | Converted, drafted and saved Notice of deposition of several defendants (1.2) |
| 1183.0001 | 05/09/2018 | LR | 175.00 | 2.0 | $350 | Docketed all Defendant depositions in Florida for the following week. Email counsel about preparing for those depositions. Docketed new documents filed. Clean up all defendants' documents from previous chron file |
| 1183.0001 | 05/10/2018 | LR | 175.00 | 3.20 | $560 | Helped counsel prepare for Defendant depositions in Florida: exchanged with co-counsel about setting court reporter and videographer, cleaned and classified Exhibits, printed Defendant privilege logs/scanned/sent to team, printed deposition of two other defendants/put them in binder. Printed all documents reviewed by counsel from the Drive, ordered them. Contacted co-counsel's paralegal to update the google drive. Created a folder with information about each deponent. Conference with co-counsel to create Drive with all documents (3.6) |
| 1183.0001 | 05/11/2018 | LR | 175.00 | 3.20 | $560 | Helped counsel prepare for Defendant depositions in Florida (continued): found marked exhibits in the drive, ordered exhibits/ordered them in a binder, created a Ritz SF binder, a Marriott privilege logs binder and an important docs binder. Searched in Drive additional exhibits for counsel. Saved them, uploaded them in the Drive, Printed another Defendant's transcript deposition, added it to the Binder (3.2) |
| 1183.0001 | 05/14/2018 | LR | 175.00 | 2.0 | $350 | Uploaded and saved in the Drive and Google Drive Deposition transcripts and exhibits for two Defendants. Researched for April 2014 Board letter for counsel's deposition in Florida, sent it to him. Created a new folder on the Google Drive, uploaded exhibits in order for counsel to review (3.1) |
| | **Total LR:** | | | **13 hours** | **$2,275** | |
| | **TOTAL FERGUSON LAW:** | | | **hours** | **$74,165** | |