Reiser Law, P.C.

EXHIBIT

12

| Client # | Date | Time Keeper | Rate in $ | Hours to Bill | Amount in $ | |
|----------|------|-------------|-----------|---------------|-------------|---|
| **Michael J. Reiser (MJR)** | | | | | | |
| Ritz | 03/13/2018 | MJR | 650.00 | 1.2 | $780 | Review newly produced Affiliation Agreement |
| Ritz | 03/15/2018 | MJR | 650.00 | 0.8 | $520 | Calls with M Ferguson re: withheld doc |
| Ritz | 03/24/2018 | MJR | 650.00 | 2.3 | $1,495 | Prepare lengthy Memo re: Newly Produced Affiliation Agreement |
| Ritz | 03/24/2018 | MJR | 650.00 | 0.6 | $390 | Conference Call re: Withheld Affiliation Agreement |
| Ritz | 03/25/2018 | MJR | 650.00 | 0.8 | $520 | Prepare 2nd Memo re: Newly Produced Affiliation Agreement |
| Ritz | 03/27/2018 | MJR | 650.00 | 0.6 | $390 | Calls with Meade and M. Ferguson re: late production of docs |
| Ritz | 03/28/2018 | MJR | 650.00 | 0.3 | $195 | Call with M. Ferguson re: late production of aff agreement |
| Ritz | 05/10/2018 | MJR | 650.00 | 3.5 | $2,275 | Prepare for Sobeck and Cunningham follow-on depositions |
| Ritz | 05/11/2018 | MJR | 650.00 | 2.5 | $1,625 | Prepare for Depos in Orlando/calls with M. Ferguson re: same as above |
| Ritz | 05/12/2018 | MJR | 650.00 | 4 | $2,600 | Prepare fpr Depos in Orlando/Conference Calls with legal team re: same |
| Ritz | 05/13/2018 | MJR | 650.00 | 12 | $7,800 | Travel to Orlando for depositions of Sobeck and Cunningham; Prepare for depositions, Meetings with MCF re: depositions |
| Ritz | 05/14/2018 | MJR | 650.00 | 9.5 | $6,175 | Sobeck Depo Prep with Team in Orlando |
| Ritz | 05/15/2018 | MJR | 650.00 | 9 | $5,850 | Sobeck Depo; Prep/Meetings with Team in Orlando |
| Ritz | 05/16/2018 | MJR | 650.00 | 12.5 | $8,125 | Sobeck Depo; Prep for Cunningham depo |
| Ritz | 05/17/2018 | MJR | 650.00 | 3.5 | $2,275 | Prep for Cunningham Deposition |
| Ritz | 05/18/2018 | MJR | 650.00 | 4 | $2,600 | Prepare and take Cunningham Deposition |
| Ritz | 05/18/2018 | MJR | 650.00 | 8 | $5,200 | Return travel from Orlando |
| **Total MJR:** | | | | **75.1 hours** | **$48,815** | |
| **Michael Reiser Jr. (MR)** | | | | | | |
| Ritz | 05/13/2018 | MR | 225.00 | 12 | $2,700 | Travel to Orlando for Depositions of Cunningham and Sobeck; Prepare for Depos; Meetings with MCF and MJR re: depositions |
| Ritz | 05/14/2018 | MR | 225.00 | 4 | $900 | Sobeck Depo Prep with Team in Orlando |
| Ritz | 05/15/2018 | MR | 225.00 | 4 | $900 | Sobeck Depo Prep/Meetings with MCF and MJR in Orlando |
| Ritz | 05/16/2018 | MR | 225.00 | 6.5 | $1,462.5 | Attend Sobeck Deposition; Prep for Cunningham deposition |
| Ritz | 05/17/2018 | MR | 225.00 | 1.5 | $337.5 | Prepare for Cunningham Deposition and assist with exhibits |
| Ritz | 05/18/2018 | MR | 225.00 | 4 | $900 | Prepare for and attend Cunningham Deposition |
| **Total MR:** | | | | **32 hours** | **$7,200** | |
| **TOTAL REISER LAW:** | | | | **107.1 hours** | **$56,015** | |