Gibbs Law Group

EXHIBIT 13

| Matter | Date | Time Keeper | Rate in $ | Hours to Bill | Amount in $ | |
|---|---|---|---|---|---|---|
| **Michael L. Shrag (MLS)** | | | | | | |
| Ritz | 03/14/2018 | MS | 650.00 | 1.00 | $650 | Conf. call Team re [pivoting fiduciary duty theory and motion to compel], and new discovery abuses |
| Ritz | 03/19/2018 | MS | 650.00 | 1.20 | $780 | Tel. call review newly produced Affiliation agreements and tel. call M. Reiser re same; |
| Ritz | 03/24/2018 | MS | 650.00 | 0.80 | $520 | Conf. call Team re new Affiliation Agreement produced and motions for Issue Sanctions (1.5) |
| Ritz | 03/25/2018 | MS | 650.00 | 1.30 | $845 | Review prior motions to dismiss and analyze issue of Association not Cobalt having authority to affiliate; draft email to Team re same |
| Ritz | 04/14/2018 | MS | 650.00 | 0.30 | $195 | Teleconference M. Ferguson re: discovery dispute chart with HOA |
| Ritz | 04/25/2018 | MS | 650.00 | 0.50 | $325 | Teleconference with M. Reiser and M. Ferguson re: case and affiliation agreement |
| Ritz | 05/14/2018 | MS | 650.00 | 1.00 | $650 | Conf. call Team re mediation and this week's depos in Orlando (1.3) |
| **Total MLS:** | | | | 6.10 hours | $3,965 | |
| **Linda Lam (LL)** | | | | | | |
| Ritz | 03/14/2018 | LL | 350.00 | 0.5 | $175 | Conference call with team re: overall case strategy and staffing, new hot documents and evidence (1.0) |
| Ritz | 03/14/2018 | LL | 350.00 | 0.2 | $70 | Review and analyze e-mails between co-counsel and defense counsel re: Marriott Defendants' deficient document production and the possibility of sanctions |
| **Total LL:** | | | | 0.7 hour | $245 | |
| **TOTAL GIBBS GROUP:** | | | | 6.8 hours | $4,210 | |