MEADE LAW OFFICE, P.C.

**EXHIBIT 14**

| Matter | Date | Time Keeper | Rate in $ | Hours to Bill | Amount in $ | |
|---|---|---|---|---|---|---|
| **Tyler Meade (TM)** | | | | | | |
| Ritz | 03/24/2018 | TM | 650.00 | 0.60 | $390 | Conference calls on case with entire team about withheld documents |
| Ritz | 05/14/2018 | TM | 650.00 | 1.25 | $812.5 | Prep with co-counsel re: further depositions for Sobeck & Cunningham |
| Ritz | 05/15/2018 | TM | 650.00 | 5.0 | $3,250 | Further deposition of Stephanie Sobeck; meeting with co-counsel re: same (8.5) |
| Ritz | 05/16/2018 | TM | 650.00 | 1.0 | $650 | Meeting with co-counsel re: depositions of MVW executives |
| Ritz | 05/18/2018 | TM | 650.00 | 5.0 | $3,250 | Further deposition of Lee Cunningham; meeting with co-counsel re: same (6.5) |
| **TOTAL TYLER MEADE:** | | | | **12.85 hours** | **$8,353** | |