Detail Fee Transaction File List
Matthew C. Ferguson Law Firm, P.C.

EXHIBIT 15

## JANUARY 2019 – Fee Application

| Client # | Date | Time Keeper | Rate in $ | Hours to Bill | Amount in $ | |
|---|---|---|---|---|---|---|
| **Matthew C. Ferguson (MCF)** | | | | | | |
| 1183.0001 | 1/4/2019 | MCF | 650.00 | 3.3 | $2,145 | Work on MCF Firm Fees and Costs for Sanctions Order application; go through all billing and begin to organize costs with LR; calls to other forms; begin shell motion and affidavit with LR); team calls on experts; pay experts in letters; work on issues related to amending complaint; calls with T Meade; emails with clients re Sanctions Order |
| 1183.0001 | 1/7/2019 | MCF | 650.00 | 1.0 | $650 | Team call on court order; work on Marriott's continuing production issues and discuss new motions for sanctions; send team call; work on fees motion. |
| 1183.0001 | 1/8/2019 | MCF | 650.00 | 5.6 | $3,640 | Work with L. Riviere on finishing review of the MCF firm fees and costs for application; direct collection of correct time entries and costs related to extra discovery; work on hourly rate research; research orders D.C. COLO. Locate Judge Brimmer Orders and GT Orders with R. Dougherty; draft motion; work on affidavit; teams calls on fees application ; team calls on Expert issues and GT late productions; review and revise letter to Ian Marx by Tyler Meade; emails re Hawaii litigation; emails with various clients; emails and calls re Stephanie Sobeck |
| 1183.0001 | 1/9/2019 | MCF | 650.00 | 7.2 | $4,680 | Continue to draft and research fees application under sanctions order; draft lengthy affidavit; continue to pull hours and time entries with L. Riviere; work on affidavits for co-counsel; draft motion; research fee rates; discuss with R. Dougherty; read cases briefly; emails to co-counsel to collect hours; work with Veritext invoices and calculate damages from first depositions |
| 1183.0001 | 1/10/2019 | MCF | 650.00 | 6.8 | $4,420 | Continue drafting fee application; draft motion and costs and rate sections; research 10th circuit cases; discuss fee surveys with R. Dougherty; telecon and emails with Reiser firm and prepare affidavits; same T. Meade firm and GIBBS group; work in 3 affidavits and careful review of tasks and hours to come to reasonably hours expended; with M. Reiser jr.; work with L. Riviere on fees and hours charts; draft section on Veritext issues and ruined technology |
| 1183.0001 | 1/11/2019 | MCF | 650.00 | 6.0 | $3,900 | Continue drafting fee application and Affidavit. Work on exhibits with L. Riviere |
| 1183.0001 | 1/12/2019 | MCF | 650.00 | 6.0 | $3,900 | Continue work on fee application; draft and revise affidavits; draft MJR affidavit based on prior testimony and interview; work with exhibits; review exhibit spreadsheets; continue research case law and revise my affidavit; continue review and revisions and drafting of motion; calls to MJR and MJR, jr. to discuss billings and research on 10 th cir. cases (7.5) |
| 1183.0001 | 1/12/2019 | MCF | 650.00 | 6.0 | $3,900 | Continuing drafting, editing, researching and pulling billing data together for final review and "winnowing"; draft Reiser affidavit for his review and discuss; discuss his task and time entries; draft Meade affidavit for his review and discuss; discuss his task and time entries; work on charts; work with LR and VOK on final exhibits; work on law and motion; work with LR on finalizing and filing. |
| **Total MCF** | | | | **41.9 hours** | **$27,235** | |

Case No. 1:16-cv-01301-PAB-GPG   Document 339-19   filed 01/14/19   USDC Colorado   pg 2 of 3

Detail Fee Transaction File List
Matthew C. Ferguson Law Firm, P.C.

| Lucie Riviere (LR) | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1183.0001 | 1/4/2019 | LR | 175.00 | 5.3 | $927.5 | | Meeting w/ counsel re: fee Motion. Went through billing statements with counsel to highlights all attorney's fees related to fixing discovery issues from March 2018 through May 2018. Research on reasonable attorneys' fees in Colorado. Started drafting Motion for Attorney's fees and costs. Scanned highlighted billing and sent email to co-counsel. |
| 1183.0001 | 1/7/2019 | LR | 175.00 | 4.1 | $717.5 | | Drafted Motion for Attorney's fees and costs. and MCF Fee and Costs Affidavit. Communications with counsel and team re: same. |
| 1183.0001 | 1/8/2019 | LR | 175.00 | 6.2 | $1,085 | | Motion for Attorney's fees and costs (researched case law and reviewed draft with counsel. Went through billing statements with counsel to add numbers to highlighted attorney's fees from March 13, 2018 through December 2018. re: Motion for Attorney's fees. Further drafted MCF Fee and Costs Affidavit. Saved video deposition and Plaintiff discovery in the Google Drive. Followed up w/ co-counsel about drafting their billing for Motion for Attorney's fees. Scanned and highlighted costs and expenses for Orland depo. Sent to bookkeeper for review. Researched in counsel's email airplane tickets for Defendant deposition in Orlando and invoice from Court reporter. Scanned and printed. Conference call with the Ritz team re: Motion for Fees and Costs and other Motions and actions in the case and discussion with counsel on costs. |
| 1183.0001 | 1/9/2019 | LR | 175.00 | 6.7 | $1,172.5 | | Drafted detailed costs to be added to the Motion for Fees and Costs. Went through counsel's credit card statements to add all fees for the Orlando deposition. Modified the costs after counsel's review. Emailed final version to counsel. Emailed missing Veritext invoice to counsel and legal assistant. Added in Tabs 3 all changes made by counsel on his time. Saved all data to PDF, converted to word and deleted all non-needed data for Motion for Fees and Costs. Emailed the Ritz team the detailed costs sample for them to add their costs for Motion. Emailed co-counsel's secretary to get co-counsel Resume for Affidavit to Motion and worked on co-counsel affidavit. Meeting with counsel re: same |
| 1183.0001 | 1/10/2019 | LR | 175.00 | 7.2 | $1,260 | | Created a new word document from the Tabs' documents with all attorneys and paralegals' time spent on Ritz. Deleted all unnecessary fees and added only fees needed for the Fees Motion. Meeting with counsel re: same. Modified billing rate and made calculations with $550 rate. Made modifications after counsel's review. Made calculation again with $650 rate. Meetings with counsel re: same |
| 1183.0001 | 1/11/2019 | LR | 175.00 | 6.9 | $1,207.5 | | Used the fees sample made on 1/10 to draft M. Schrag, T. Meade, and L. Lam's. Emailed Mike Jr. about Reiser's costs. Meeting with counsel re: same. Made changes after counsel's review. Drafted M. Reiser sr. and Jr.'s. Made calculation. Read through Application for Fees and started printing/converting to PDF/organizing all exhibits. Made changes to M. Reiser's Affidavit after counsel's review. Printed doc, meeting with counsel re: same. Created an Exhibit with all main cases handled by M. Reiser; followed upwith co-counsel about their costs to Motion; (7.4) |

Detail Fee Transaction File List
Matthew C. Ferguson Law Firm, P.C.

| 1183.0001 | 1/14/2019 | LR | 175.00 | 7.3 | $1,277.5 | Added Reiser costs to Motion; pulled out Tyler's resume information from previous Motion for his Affidavit to the Motion, sent it to counsel for revie; Meeting with counsel re: fee statements for Gibbs Law, Meade Law, and MCF law. Made changes after counsel's review. Last read and last changes made. Call with Reiser re: same; Updated my resume to attach to MCF fee Affidavit. Added MCF's time for 11/12 and 11/14 to the Fee Report (exhibit to Affidavit); Research rules for pleadings and documents format in federal court in Colorado. Meeting with counsel re: same. Read through Motion and MCF Affidavit final drafts for typos. |
|---|---|---|---|---|---|---|
| | **Total LR:** | | | 43.7 hours | $7,647.5 | |
| | **TOTAL FERGUSON LAW:** | | | 85.6 hours | 34,882.5$ | |