# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

**DECLARATION OF JESSICA BLACK LIVINGSTON**

I, Jessica Black Livingston, declare as follows:

1. I am over the age of 18, under no disability, and competent to testify about the matters in this declaration. I have personal knowledge of the facts in this declaration, all of which are true and correct to the best of my knowledge, information, and belief.

2. Since 2016, I have served as litigation counsel for the Aspen Highlands Condominium Association ("Association") in *RCHFU, LLC v. Marriott Vacations Worldwide Corp.*, 16-CV-01301-PAB-GPG (D. Colo.).

3. While Plaintiffs' motions for sanctions against the Marriott defendants in the above-referenced action were pending, Plaintiffs and the Association resolved their dispute over some of the Plaintiffs' requested sanctions—namely to depose four former Association Board Directors—by agreeing to allow Plaintiffs to re-depose only Randy Mercer, the President of the Association's Board of Directors, and to conduct additional written discovery of the Association even though the deadline for fact discovery had past.

2

4. The purpose of re-deposing Mr. Mercer was to permit Plaintiffs to ask Mr. Mercer about the 2013 Affiliation Agreement between the Marriott Vacation Club Destinations program and Lion & Crown and the 2014 Acknowledgment and Joinder executed by the Association, among other topics.

5. Mr. Mercer was re-deposed on September 13, 2018.

6. The Association also agreed to allow Plaintiffs to submit a second set of interrogatories and their first set of requests for admission ("Requests") to all former Association Directors from 2013 to the present regarding the 2013 Affiliation Agreement, the Acknowledgment and Joinder, and the APCO survey documents.

7. The Association provided complete responses to Plaintiffs' Requests.

8. Despite opposing Plaintiffs' motions for sanctions against the Marriott Defendants, the Association allowed Plaintiffs to re-depose Mr. Mercer and to submit their Requests to the Association to resolve the issues posed by Plaintiffs' motions for sanctions against the Marriott Defendants.

\*   \*   \*

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of February 2019.

*/s/ Jessica Black Livingston*
Jessica Black Livingston