# EXHIBIT 5

Randal Mercer - October 24, 2017

```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF COLORADO
 3           Civil Action No. 1:16-cv-01301-PAB-GPG
 4
 5    RCHFU, LLC, et al.,
                    Plaintiffs,
 6    vs.
 7    MARRIOTT VACATIONS WORLDWIDE
 8    CORPORATION, et al.,
 9                    Defendants.
10    _____/
11
12                 VIDEOTAPED DEPOSITION OF
13                      RANDAL MERCER
14                Tuesday, October 24, 2017
15                   9:02 a.m. - 5:32 p.m.
16                      CRE Consultants
17          12140 Carissa Commerce Court, Suite 103
18                  Fort Myers, Florida  33966
19
20    Reported By:
21    Yvonne Corrigan, RPR, CRR
22    Notary Public, State of Florida
23    Job No. 2728895
24
25    Pages 1 - 335
```

Page 1

Randal Mercer - October 24, 2017

```
 1   APPEARANCES:
 2
 3   On behalf of Plaintiffs:
         THE MATTHEW C. FERGUSON LAW FIRM, P.C.
 4       119 South Spring, Suite 201
         Aspen, Colorado  81611
 5       BY:  MATTHEW C. FERGUSON, ESQ.
         matt@matthewfergusonlaw.com
 6
 7       REISER LAW, P.C.
         1475 Broadway, Suite 300
 8       Walnut Creek, California  94596
         BY:  MICHAEL J. REISER, ESQ.
 9       mreiser@reiserlaw.com
10
11   On behalf of Defendant - Aspen Highlands Condominium
12   Association:
         HOGAN LOVELLS US, LLP
13       1601 Wewatta Street, Suite 900
         Denver, Colorado  80202
14       BY:  DANIEL F. SHEA, ESQ.
         BY:  JESSICA BLACK LIVINGSTON, ESQ.
15       dan.shea@hoganlovells.com
16       jessica.livingston@hoganlovells.com
17
     On behalf of Defendant - Marriott:
18       GREENBERG TRAURIG, P.A.
         500 Campus Drive, Suite 400
19       Florham Park, New York  07932
20       BY:  IAN S. MARX, ESQ.
21       marxi@gtlaw.com
22
23   ALSO PRESENT:  Michael Reiser, Jr.
24                  Timothy Lenz, Videographer
25                  Chris Hanlon, Document Technician
```

Page 2

Randal Mercer - October 24, 2017

```
 1                      I N D E X
 2    WITNESS                                           PAGE
 3    RANDAL MERCER
 4       Direct Examination by Mr. Ferguson.................10
 5                   DEPOSITION EXHIBITS
 6
 7
 8    NUMBER           DESCRIPTION                      PAGE
      Exhibit 1020   RCDC Re-Engineering Update          55
 9    Exhibit 1021   Email to Sobeck - 6/11/12           72
10                   Re: Board filing documents
11    Exhibit 1023   Babich letter - July 2012           78
12    Exhibit 1026   Babich letter - July 2012           97
13    Exhibit 1034   Email to Marsden, Schneider,       100
                     Oliver - 7/26/12, Re: Letter
14                   to Members of Aspen Highlands
15    Exhibit 1035   Letter to AHCA - 7/26/12           110
16                   Re: Letter to members
17                   regarding the evolution
      Exhibit 1042   Email from Neveloff - 8/7/12       110
18                   Re: Fw: Ritz-Carlton Destination
19                   Clubs Newest Offering
      Exhibit 1043   Email to Mercer - 8/8/12           114
20                   Re: Fw: Ritz-Carlton Destination
21                   Clubs Newest Offering
22    Exhibit 1053   Letter to AHCA - 8/17/12           126
23                   Re: Evolution of RCDC Brand
24    Exhibit 1058   Email to Clark - 8/20/12           134
25                   Re: Feedback


                                                    Page 3
```

Randal Mercer - October 24, 2017

```
 1        I thought we had agreement to go to 5:35 here, so --
 2              MR. SHEA:  We don't have any agreement to go
 3        tomorrow.  We never had an agreement to go beyond
 4        seven hours.  So seven hours is specified in the
 5        scheduling order.
 6              MR. FERGUSON:  Very well.
 7              MR. REISER:  For the record, I'm going to say
 8        that there was an agreement made to us to go
 9        tomorrow, and we were relying on that agreement all
10        day today in asking our questions.
11              MR. FERGUSON:  Let's talk about this later.  We
12        have a disagreement.  We have a disagreement.  It's
13        okay.  We'll get over it.
14              THE VIDEOGRAPHER:  We are approximately five
15        minutes past seven hours of run time.
16              MR. FERGUSON:  You will walk out the door at
17        5:35.  Does that give you enough time?
18              MR. SHEA:  Yes.
19              THE WITNESS:  Thank you.
20              MR. FERGUSON:  All right.
21              (Exhibit 1380 previously marked for
22        identification produced to the witness.)
23   BY MR. FERGUSON:
24        Q.  So this is -- jumping ahead, you had enlisted
25   Mike Marino a second time to assist in connection with the
```

```
 1   drafting of the exchange agreement?
 2        A.   Mm-hmm.
 3        Q.   And if you look at 12- -- sorry, 1383, it has a
 4   memorandum of understanding between the Lion & -- it had
 5   said Marriott, I guess, the Lion & Crown Travel company,
 6   and Aspen Highlands Condominium Association.
 7             So this is a red line of the draft of the
 8   agreement that you ultimately signed sometime later in
 9   April, correct?
10        A.   It is a draft of that agreement, yes.
11             THE VIDEOGRAPHER:  Mr. Ferguson, your mic,
12        please.
13             MR. FERGUSON:  Oh, sorry.
14             THE VIDEOGRAPHER:  Down on the floor, I believe.
15   BY MR. FERGUSON:
16        Q.   I'm going to go quickly through the recitals,
17   and then we'll let you get off to greener pastures.
18             It says, "Whereas, the Executive Board on behalf
19   of the Association" -- that would be you guys, you and
20   Marsden, and Harris now, and Oliver, and I guess Schneider
21   -- "previously met with representatives of" -- and it
22   doesn't say MVCD anymore, it says, "the Ritz-Carlton
23   Destination Club on several occasions to discuss the
24   potential opportunity for members of the association to
25   participate," and then it took that out, and it says,
```

Page 328