# EXHIBIT 6

Case No. 1:16-cv-01301-PAB-GPG Document 342-6 filed 02/04/19 USDC Colorado pg 2 of 147
Case 1:16-cv-01301-PAB-GPG Document 169-8 Filed 03/10/17 USDC Colorado Page 1 of 147
CASE 0:12-cv-03093-DSD-JJK Document 49-7 Filed 05/10/13 Page 2 of 74

# DECLARATION OF CONDOMINIUM

## FOR

## ASPEN HIGHLANDS CONDOMINIUMS

## ASPEN HIGHLANDS VILLAGE

## CITY OF ASPEN

## PITKIN COUNTY

## COLORADO

Declarations AHC 01102001 cln



450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
1 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO

**EXHIBIT "H"**



```
450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
2 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO
```

# TABLE OF CONTENTS

ARTICLE 1. IMPOSITION OF COVENANTS ................................................................................. 1
    Section 1.1    Purpose. ........................................................................................................ 1
    Section 1.2    Residential Units. ......................................................................................... 1
    Section 1.3    Commercial Units. ....................................................................................... 1
    Section 1.4    Plan of Fractional Ownership. ...................................................................... 1
    Section 1.5    Intention of Declarant. .................................................................................. 2
    Section 1.6    Development and Use. .................................................................................. 2
    Section 1.7    Mixed Use. .................................................................................................... 2
    Section 1.8    Submission of Property. ............................................................................... 2
    Section 1.9    Master Declaration. ...................................................................................... 2
    Section 1.10    Covenants Running with the Land. ............................................................. 3
ARTICLE 2. DEFINITIONS ................................................................................................................. 3
    Section 2.1    "Allocated Interest". ..................................................................................... 3
    Section 2.2    "Allocated Interest-Commercial". ................................................................ 3
    Section 2.3    "Allocated Interest-Deed Restricted Residential". ...................................... 3
    Section 2.4    "Allocated Interest-General". ....................................................................... 3
    Section 2.5    "Allocated Interest-Tourist Accommodation" ............................................ 3
    Section 2.6    "Allocated Interest-Residential". .................................................................. 3
    Section 2.7    "Amenities" ................................................................................................... 3
    Section 2.8    "Amenities Association" ............................................................................... 4
    Section 2.9    "Aspen Highlands Village". ......................................................................... 4
    Section 2.10    "Assessments". ............................................................................................ 4
    Section 2.11    "Association". .............................................................................................. 4
    Section 2.12    "Association Documents" ........................................................................... 4
    Section 2.13    "Building(s)" ................................................................................................ 4
    Section 2.14    "Category". .................................................................................................. 4
    Section 2.15    "Class". ......................................................................................................... 4
    Section 2.16    "Commercial Directors". ............................................................................. 4
    Section 2.17    "Commercial Owners". ............................................................................... 5
    Section 2.18    "Commercial Unit". ..................................................................................... 5
    Section 2.19    "Common Elements". .................................................................................. 5
    Section 2.20    "Common Expense(s)". ............................................................................... 5
    Section 2.21    "Condominium Map" or "Map". .................................................................. 6
    Section 2.22    "Declarant". .................................................................................................. 6
    Section 2.23    "Declarant Control Period" ......................................................................... 6
    Section 2.24    "Declaration". ............................................................................................... 6
    Section 2.25    "Deed Restricted Residential Directors". ................................................... 6
    Section 2.26    "Deed Restricted Residential Owners" ...................................................... 6
    Section 2.27    "Deed Restricted Residential Unit". ........................................................... 6
    Section 2.28    "Director". .................................................................................................... 6
    Section 2.29    "District" ....................................................................................................... 6
    Section 2.30    "Eligible Mortgagee" ................................................................................... 7
    Section 2.31    "Executive Board". ...................................................................................... 7
    Section 2.32    "Expansion Property". ................................................................................. 7
    Section 2.33    "First Mortgage" .......................................................................................... 7
    Section 2.34    "First Mortgagee". ....................................................................................... 7
    Section 2.35    "Fractional Ownership Interest" or "Residence Interest". ........................ 7

Case No. 1:16-cv-01301-PAB-GPG Document 160-8 filed 02/04/19 USDC Colorado pg 4 of 11
Case 1:16-cv-01301-PAB-GPG Document 169-8 Filed 03/10/17 USDC Colorado Page 3 of 147
CASE 0:12-cv-03093-DSD-JJK Document 49-7 Filed 05/10/13 Page 4 of 74



450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
3 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO

| | | |
|---|---|---|
| Section 2.36 | "Fractional Ownership Plan," "Plan of Fractional Ownership" or "Plan" | 7 |
| Section 2.37 | "General Common Elements" | 7 |
| Section 2.38 | "Individual Air Space Unit" | 7 |
| 2.38.1 | "unfinished perimeter wall" | 7 |
| 2.38.2 | "unfinished perimeter ceiling" | 7 |
| 2.38.3 | "unfinished perimeter floor" | 7 |
| Section 2.39 | "Limited Common Elements" | 8 |
| Section 2.40 | "Management Agreement" | 8 |
| Section 2.41 | "Managing Agent" | 8 |
| Section 2.42 | "Master Association" | 9 |
| Section 2.43 | "Master Association Documents" | 9 |
| Section 2.44 | "Master Declaration" | 9 |
| Section 2.45 | "Maximum Rate" | 9 |
| Section 2.46 | "Mortgage" | 9 |
| Section 2.47 | "Mortgagee" | 9 |
| Section 2.48 | "Owner" | 9 |
| Section 2.49 | "Parking Association" | 9 |
| Section 2.50 | "Parking Association Documents" | 9 |
| Section 2.51 | "Parking Declaration" | 9 |
| Section 2.52 | "Parking Facility" | 9 |
| Section 2.53 | "Plan Assessment" or "Club Dues" | 10 |
| Section 2.54 | "Plan Member" | 10 |
| Section 2.55 | "Plan Unit" or "Residence" | 10 |
| Section 2.56 | "Plan Unit Furnishings" | 10 |
| Section 2.57 | "Plan Year" | 10 |
| Section 2.58 | "Property" | 10 |
| Section 2.59 | "PUD Plan" | 10 |
| Section 2.60 | "Reservation Procedures" | 10 |
| Section 2.61 | "Reserve Account" | 10 |
| Section 2.62 | "Residential Directors" | 10 |
| Section 2.63 | "Residential Owners" | 10 |
| Section 2.64 | "Residential Unit" | 10 |
| Section 2.65 | "Restricted Common Elements" | 10 |
| Section 2.66 | "Successor Declarant" | 10 |
| Section 2.67 | "Supplemental Declaration" | 11 |
| Section 2.68 | "Supplemental Map" | 11 |
| Section 2.69 | "Tourist Accommodation Directors" | 11 |
| Section 2.70 | "Tourist Accommodation Owners" | 11 |
| Section 2.71 | "Tourist Accommodation Unit" | 11 |
| Section 2.72 | "Unit" | 11 |
| Section 2.73 | "Use Periods" | 11 |
| Section 2.74 | "Village Core Plat" | 11 |
| ARTICLE 3. DIVISION OF PROJECT INTO CONDOMINIUM OWNERSHIP | | 11 |
| Section 3.1 | Division into Units. | 11 |
| Section 3.2 | Commercial Units. | 12 |
| Section 3.3 | Residential Units. | 13 |
| Section 3.4 | Delineation of Unit Boundaries. | 13 |
| Section 3.5 | Inseparability of Unit. | 13 |
| Section 3.6 | Nonpartitionability of Common Elements. | 14 |
| ARTICLE 4. CONDOMINIUM MAP | | 14 |
| Section 4.1 | Condominium Map. | 14 |

Case No. 1:16-cv-01301-PAB-GPG Document 342-6 filed 02/04/19 USDC Colorado pg 5 of 147
Case 1:16-cv-01301-PAB-GPG Document 159-8 Filed 03/10/17 USDC Colorado Page 4 of 11
CASE 0:12-cv-03093-DSD-JJK Document 49-7 Filed 05/10/13 Page 5 of 74

450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
4 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO

| | | |
|---|---|---|
| Section 4.2 | Amendment. | 15 |
| ARTICLE 5. OWNERS' PROPERTY RIGHTS IN COMMON ELEMENTS | | 15 |
| Section 5.1 | General Common Elements. | 15 |
| Section 5.2 | Limited Common Elements. | 15 |
| Section 5.3 | Parking. | 16 |
| 5.3.1 | Association Regulation. | 16 |
| 5.3.2 | Parking Documents. | 16 |
| Section 5.4 | Amenities. | 17 |
| Section 5.5 | Rights of Owners of Fractional Ownership Interests. | 18 |
| ARTICLE 6. MEMBERSHIP AND VOTING RIGHTS IN ASSOCIATION | | 18 |
| Section 6.1 | Association Membership. | 18 |
| Section 6.2 | Categories of Membership. | 18 |
| 6.2.1 | Tourist Accommodation Owners. | 18 |
| 6.2.2 | Deed Restricted Residential Owners. | 19 |
| 6.2.3 | Commercial Owners. | 19 |
| Section 6.3 | Voting Rights. | 19 |
| 6.3.1 | General Common Elements. | 19 |
| 6.3.2 | Limited Common Elements. | 19 |
| Section 6.4 | Voting of Fractional Ownership Interest. | 19 |
| Section 6.5 | Election of Directors. | 20 |
| Section 6.6 | Declarant Control. | 20 |
| Section 6.7 | Executive Board. | 20 |
| Section 6.8 | Fairness Standard. | 21 |
| Section 6.9 | Voting by Association Members. | 22 |
| Section 6.10 | Owner's and Association's Address for Notices. | 22 |
| ARTICLE 7. ASSOCIATION DUTIES | | 23 |
| Section 7.1 | Association Management Duties. | 23 |
| Section 7.2 | Reserve Account. | 24 |
| Section 7.3 | Owner's Negligence. | 24 |
| Section 7.4 | Delegation of Management and Maintenance Duties. | 25 |
| Section 7.5 | Acquiring and Disposing of Personal Property. | 25 |
| Section 7.6 | Cooperation with District, Master Association and Other Associations. | 25 |
| Section 7.7 | Issuance of Rules and Regulations. | 26 |
| Section 7.8 | Enforcement of Association Documents. | 26 |
| Section 7.9 | Identity of Executive Board and Managing Agent. | 27 |
| Section 7.10 | Implied Rights. | 27 |
| Section 7.11 | Books and Records of the Association. | 27 |
| Section 7.12 | Compliance with Liquor Laws. | 27 |
| Section 7.13 | LIMITATION OF LIABILITY OF ASSOCIATION. | 27 |
| Section 7.14 | Financial Statements. | 27 |
| Section 7.15 | Limitation on Power of Managing Agent. | 28 |
| ARTICLE 8. ASSESSMENTS | | 29 |
| Section 8.1 | Covenant of Personal Obligation of Assessments. | 29 |
| Section 8.2 | Purpose of Assessments. | 29 |
| Section 8.3 | Commencement of Assessments. | 30 |
| Section 8.4 | Amount of Total Annual Assessments. | 30 |
| Section 8.5 | Apportionment of Annual Assessments. | 30 |
| Section 8.6 | Annual Budget. | 31 |
| Section 8.7 | Special Assessments. | 33 |
| Section 8.8 | Due Dates for Assessment Payments. | 34 |
| Section 8.9 | Personal Assessments. | 34 |

Case No. 1:16-cv-01301-PAB-GPG Document 342-6 filed 02/04/19 USDC Colorado pg 6 of 11
Case 1:16-cv-01301-PAB-GPG Document 160-8 Filed 03/10/17 USDC Colorado Page 5 of 147
CASE 0:12-cv-03093-DSD-JJK Document 49-7 Filed 05/10/13 Page 6 of 74

450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
5 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO

| | | |
|---|---|---|
| Section 8.10 | Declarant's Obligation to Pay Assessments. | 34 |
| Section 8.11 | Default Assessments. | 35 |
| Section 8.12 | Lien for Assessments. | 35 |
| Section 8.13 | Effect of Nonpayment of Assessments. | 35 |
| Section 8.14 | Successor's Liability for Assessments. | 36 |
| Section 8.15 | Waiver of Homestead Exemption; Subordination of Association's Lien for Assessments. | 36 |
| Section 8.16 | Statement of Status of Assessments. | 37 |
| Section 8.17 | Liens. | 38 |
| Section 8.18 | Declarant's Obligations to the Project. | 38 |
| **ARTICLE 9. MAINTENANCE RESPONSIBILITY** | | **41** |
| Section 9.1 | Owner's Rights and Duties with Respect to Interiors. | 41 |
| Section 9.2 | Responsibility of the Owner. | 41 |
| Section 9.3 | Responsibility of the Association. | 41 |
| Section 9.4 | Owner's Failure to Maintain or Repair. | 41 |
| Section 9.5 | Owner's Responsibility for Limited Common Elements. | 42 |
| **ARTICLE 10. INSURANCE AND FIDELITY BONDS** | | **42** |
| Section 10.1 | General Insurance Provisions. | 42 |
| Section 10.2 | Cancellation. | 43 |
| Section 10.3 | Policy Provisions. | 43 |
| Section 10.4 | Insurance Proceeds. | 43 |
| Section 10.5 | Association Policies. | 44 |
| Section 10.6 | Insurer Obligation. | 44 |
| Section 10.7 | Repair and Replacement. | 44 |
| Section 10.8 | Common Expenses. | 44 |
| Section 10.9 | Fidelity Insurance. | 45 |
| Section 10.10 | Worker's Compensation Insurance. | 45 |
| Section 10.11 | Other Insurance. | 45 |
| Section 10.12 | Insurance Obtained by Owners. | 45 |
| **ARTICLE 11. CONVEYANCES AND TAXATION OF CONDOMINIUM UNITS** | | **46** |
| Section 11.1 | Contracts to Convey Entered into Prior to Recording of Condominium Map and Declaration. | 46 |
| Section 11.2 | Contracts to Convey and Conveyances Subsequent to Recording of Condominium Map and Declaration. | 46 |
| Section 11.3 | Conveyance Deemed to Describe an Undivided Interest in Common Elements. | 46 |
| Section 11.4 | Separate Tax Assessments. | 47 |
| **ARTICLE 12. MECHANICS' LIENS** | | **47** |
| Section 12.1 | Mechanics' Liens. | 47 |
| Section 12.2 | Enforcement by the Association. | 47 |
| **ARTICLE 13. USE RESTRICTIONS** | | **48** |
| Section 13.1 | Use of Units. | 48 |
| Section 13.2 | Commercial Uses. | 48 |
| Section 13.3 | Residential Uses. | 48 |
| Section 13.4 | Conveyance of Units. | 49 |
| Section 13.5 | Use of Common Elements. | 49 |
| Section 13.6 | Prohibition of Increases in Insurable Risks and Certain Activities. | 49 |
| Section 13.7 | Use of Commercial Unit as Health Club Facility. | 50 |
| **ARTICLE 14. EASEMENTS** | | **51** |
| Section 14.1 | Easement of Enjoyment. | 51 |
| Section 14.2 | Delegation of Use. | 51 |
| Section 14.3 | Access to Commercial Units. | 51 |

```
450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
6 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO
```

| | | |
|---|---|---|
| Section 14.4 | Recorded Easements. | 51 |
| Section 14.5 | Easements for Encroachments. | 51 |
| Section 14.6 | Utility Easements. | 52 |
| Section 14.7 | Reservation of Easements, Exceptions and Exclusions. | 52 |
| Section 14.8 | Emergency Access Easement. | 52 |
| Section 14.9 | Maintenance Easement. | 53 |
| Section 14.10 | Drainage Easement. | 53 |
| Section 14.11 | Easements of Access for Repair, Maintenance, and Emergencies. | 53 |
| Section 14.12 | Declarant's Rights Incident to Construction and Marketing. | 53 |
| Section 14.13 | Right of Declarant and Association to Own Units and to Use Common Elements. | 53 |
| Section 14.14 | Remodeling Easement. | 54 |
| Section 14.15 | Reservation for Expansion. | 54 |
| Section 14.16 | Easement for Master Common Areas. | 54 |
| Section 14.17 | Easement for Access to Amenities. | 54 |
| Section 14.18 | Easements Deemed Created. | 54 |

ARTICLE 15. ASSOCIATION AS ATTORNEY-IN-FACT ... 55
- Section 15.1 Appointment. 55
- Section 15.2 General Authority. 55

ARTICLE 16. DAMAGE OR DESTRUCTION ... 55
- Section 16.1 The Role of the Executive Board. 55
- Section 16.2 Estimate of Damages or Destruction. 56
- Section 16.3 Repair and Reconstruction. 56
- Section 16.4 Funds for Repair and Reconstruction. 56
- Section 16.5 Insurance Proceeds Sufficient to Repair. 56
- Section 16.6 Insurance Proceeds Insufficient to Repair; Special Assessment; Remedies for Failure to Pay Special Assessment. 56
- Section 16.7 Repairs. 57
- Section 16.8 Notice of Damage or Destruction. 57

ARTICLE 17. OBSOLESCENCE ... 58
- Section 17.1 Adoption of Plan; Rights of Owners. 58
- Section 17.2 Sale of Obsolete Units. 58

ARTICLE 18. CONDEMNATION ... 58
- Section 18.1 Consequences of Condemnation. 58
- Section 18.2 Complete Taking. 58
- Section 18.3 Partial Taking. 59
- Section 18.4 Reorganization. 59
- Section 18.5 Repair and Reconstruction. 60
- Section 18.6 Notice of Condemnation. 60
- Section 18.7 Limitations on Actions of Association. 60

ARTICLE 19. OTHER ASSOCIATION MATTERS ... 60
- Section 19.1 Master Association Matters. 60
- Section 19.2 Enforcement of Master Association Documents. 60
- Section 19.3 Aspen Highlands Village Residential Amenities Association. 61
- Section 19.4 Aspen Highlands Village Parking and Loading Dock Facility Association. 61
- Section 19.5 Architectural Control. 61
- Section 19.6 General Reservation. 62
- Section 19.7 No Use of Trademark. 62
- Section 19.8 Limit on Timesharing. 62
- Section 19.9 Acknowledgments. 62

ARTICLE 20. DECLARANT'S RIGHTS REGARDING TRANSFER ... 64

Case No. 1:16-cv-01301-PAB-GPG Document 342-6 filed 02/04/19 USDC Colorado pg 8 of 11
Case 1:16-cv-01301-PAB-GPG Document 109-8 Filed 03/10/17 USDC Colorado Page 7 of 147
CASE 0:12-cv-03093-DSD-JJK Document 49-7 Filed 05/10/13 Page 8 of 74

ARTICLE 21. PHASING, EXPANSION AND WITHDRAWAL ........................................................ 65
    Section 21.1    Phasing. .......................................................................................... 65
    Section 21.2    Reservation of Expansion and Withdrawal Rights. ....................... 65
    Section 21.3    Supplemental Declarations and Supplemental Maps. .................. 65
    Section 21.4    Expansion of Definitions. .............................................................. 66
    Section 21.5    Declaration Operative on New Units. .......................................... 66
    Section 21.6    Effect of Expansion. ..................................................................... 66
    Section 21.7    Termination of Expansion and Development Rights. .................. 67
ARTICLE 22. MISCELLANEOUS .................................................................................................... 67
    Section 22.1    Restriction on Declarant Powers. ................................................. 67
    Section 22.2    Term. ............................................................................................. 67
    Section 22.3    Amendment. .................................................................................. 67
    Section 22.4    Unilateral Amendment Rights Reserved by Declarant. ............... 68
    Section 22.5    Recording of Amendments. .......................................................... 68
    Section 22.6    Enforcement. ................................................................................ 68
    Section 22.7    Severability. .................................................................................. 68
    Section 22.8    Conflict of Provisions. ................................................................. 69
    Section 22.9    Nonwaiver. ................................................................................... 69
    Section 22.10    Number and Gender. .................................................................. 69
    Section 22.11    Captions. .................................................................................... 69
    Section 22.12    Exhibits. ..................................................................................... 69
ARTICLE 23. PLAN OF FRACTIONAL OWNERSHIP ................................................................... 69
    Section 23.1    Right to Submit Tourist Accommodation Units to a Plan of Fractional Ownership. ................................................................................. 69
    Section 23.2    Definitions. ................................................................................... 70
        23.2.1    "Affiliation Agreement". ................................................................. 70
        23.2.2    "Allocation" or "Allocated Use Periods". ..................................... 70
        23.2.3    "Fractional Ownership Interest," "Residence Interest" or "Membership". .......... 70
        23.2.4    "Membership Calendar". ................................................................ 71
        23.2.5    "Membership Program" or "The Ritz-Carlton Club Membership Program". ...... 71
        23.2.6    "Membership Program Documents". ............................................. 71
        23.2.7    "Plan Assessment" or "Club Dues". .............................................. 71
        23.2.8    "Plan Member". .............................................................................. 71
        23.2.9    "Plan Unit" or "Residence". ........................................................... 71
        23.2.10    "Plan Unit Furnishings". ............................................................... 71
        23.2.11    "Plan Year". .................................................................................. 71
        23.2.12    "Program Manager". .................................................................... 71
        23.2.13    "Reservation Procedures". ........................................................... 71
        23.2.14    "Use Periods". .............................................................................. 71
    Section 23.3    Submission of Tourist Accommodation Unit to the Plan of Fractional Ownership. ................................................................................. 72
    Section 23.4    Conveyance by Purchaser. .......................................................... 72
    Section 23.5    Legal Description of a Fractional Ownership Interest. ............... 72
    Section 23.6    Administration and Management. ............................................... 73
    Section 23.7    Membership Program. ................................................................. 73
    Section 23.8    Powers and Duties of the Tourist Accommodation Directors with Respect to Fractional Ownership Interests. ................................................. 73
    Section 23.9    Plan Assessment. ......................................................................... 74
    Section 23.10    Declarant Subsidy. .................................................................... 75
    Section 23.11    Acceptance; Enforcement; Indemnification. ............................. 76
    Section 23.12    Right of First Refusal to Purchase Fractional Ownership Interests. ........ 77

450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
7 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO

Section 23.13 Cross Use Easements Pertaining to Fractional Ownership Interests................... 77
  23.13.1 Cross Use Easement Rights............................................................................. 77
  23.13.2 Expansion of Use Right Easement. ................................................................ 78
  23.13.3 Reservation Procedures. .................................................................................. 78
  23.13.4 Space Available Use Periods........................................................................... 79
  23.13.5 Rental. .............................................................................................................. 79
Section 23.14 Easement for Cleaning and Maintenance........................................................... 79
Section 23.15 Appointment of Directors as Agent for Service of Process. .............................. 80
ARTICLE 24. AGREEMENT TO PARTITION PROPERTY .............................................................. 80

**LIST OF EXHIBITS**

| | |
|---|---|
| EXHIBIT A | LEGAL DESCRIPTION OF PROPERTY |
| EXHIBIT B | ALLOCATED INTERESTS |
| EXHIBIT C | EXPANSION PROPERTY |
| EXHIBIT D | EASEMENTS, LICENSES AND OTHER TITLE MATTERS |
| EXHIBIT E | CITY DISCLOSURE STATEMENT |
| EXHIBIT F | THE RITZ-CARLTON CLUB MEMBERSHIP PROGRAM AFFILIATION AGREEMENT |
| EXHIBIT G | THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS MEMBERSHIP CALENDAR |
| EXHIBIT H | UNIT OWNERSHIP |

450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
8 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY CO

act. After expiration of the Declarant Control Period, all members of the Executive Board shall be entitled to participate in Association affairs which affect the Project in its entirety, both the Residential Units and the Commercial Units, both the Residential Owners and the Commercial Owners, or the Common Expenses affecting both the Residential Units and the Commercial Units. Except as otherwise provided in this Declaration, the Tourist Accommodation Directors shall have the sole and exclusive authority to vote with respect to all matters which relate solely to (i) the Tourist Accommodation Units, or (ii) the Limited Common Elements-Tourist Accommodation. Except as otherwise provided in this Declaration, the Residential Directors shall have the sole and exclusive authority to vote with respect to all matters which relate to (i) the Deed Restricted Residential Units or both the Deed Restricted Residential Units and the Tourist Accommodation Units, or (ii) the Limited Common Elements-Residential or the Limited Common Elements-Deed Restricted Residential. Except as otherwise provided in this Declaration, the Commercial Directors shall have the sole and exclusive authority to vote with respect to all matters that relate solely to the Commercial Units and the Limited Common Elements-Commercial. Notwithstanding the foregoing, amendments to the rules and regulations of the Association shall require the majority vote of the Executive Board and the majority vote of each Class of Directors.

The provisions of this Section 6.7 above describe the intent of this Declaration regarding allocation of decision-making regarding various issues that may arise under this Declaration. In the event of a bona fide dispute among members of the Executive Board as to whether a matter relates solely to an individual Class or its Units or Limited Common Elements, or, if applicable, the Category of Tourist Accommodation Units, the Directors shall use their good faith, reasonable judgment in determining such matter and the determination as to whether a matter should be for the independent consideration of a single Class of Directors or, in the case of Tourist Accommodation Directors, a Category, and not for consideration of the entire Executive Board, shall require the affirmative vote of a majority of each Class of Directors.

If (a) a vote by the Executive Board to determine whether a matter should be for the consideration of the entire Executive Board results in an affirmative vote of a majority of one Class of Directors, but fails to result in the affirmative vote of least a majority of both Classes of Directors, and (b) a majority of one Class of Directors vote within fifteen (15) days thereafter to submit such issue to arbitration, then the issue of whether a matter should be considered by the entire Executive Board shall be submitted to binding arbitration in Pitkin County, Colorado, in accordance with the rules of the American Arbitration Association then in effect. The decision of the arbitration shall be final and binding on the parties and judgment may be entered thereon in a court having jurisdiction over the Association. The arbitrator shall be appointed by the Executive Board, which appointment shall require the affirmative vote of a majority of each Class of Directors. In the event the Executive Board is unable to do so within ten (10) days of submitting this matter to arbitration, the arbitrator shall be designated by the chief judge in the District Court of Pitkin County, Colorado. The cost and expense of the arbitrator shall be deemed an expense of the Association.

Notwithstanding any other provision in this Declaration to the contrary, in the event of an emergency requiring immediate action by the Executive Board, the entire Executive Board shall participate in the decision to take such action as is necessary to advance the interest of the Project as a whole pending a determination as to whether the matter should be independently considered by a single Class or if applicable, a Category, of Directors, at which time such Directors as are determined to be entitled to participate in the decision shall resolve the issue.

Section 6.8    Fairness Standard.

The Executive Board, the officers of the Association and the Association shall have the duty to represent the interest of the Tourist Accommodation Owners, the Deed Restricted Residential Owners,

21



450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
29 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY C(

and the Commercial Owners in a fair and just manner on all matters that may affect any or all Categories of Owners. In upholding their duties, the Executive Board, the officers and the Association shall be held in their decisions, including, without limitation the determination of whether a matter should be for the independent consideration of the Commercial Directors or the Residential Directors, or both, as described in Section 6.7 above, to the standards of good faith and reasonableness with respect to such matters, taking into account the effect, if any, of the matter on the Project as a whole.

Section 6.9  Voting by Association Members.

To the extent a matter is required by this Declaration, the bylaws of the Association or the Act to be submitted to the vote of the members of the Association, all members shall be entitled to participate in the vote on such matters unless a majority of the voting Directors of the Executive Board, including the affirmative vote of a majority of the Commercial Directors and a majority of the Residential Directors, determine that a particular matter affects exclusively either the membership Class of Residential Owners (including the Owners of Fractional Ownership Interests therein, if any) or Commercial Owners, in which case the Executive Board may give notice of a meeting of either the Residential Owners (including the Owners of Fractional Ownership Interests therein, if any) or the Commercial Owners and conduct a vote on the matter affecting only that Class in order to protect the legitimate, valid interest of such Class.

Section 6.10  Owner's and Association's Address for Notices.

All Owners of each Unit or Fractional Ownership Interest shall have one and the same mailing address to be registered with the Association and used by the Association or other Owners for notices, demands and all other communications regarding Association matters. The Owner or Owners of a Unit or Fractional Ownership Interest shall furnish such address to the Secretary of the Association within five (5) days after transfer of title to the Unit or Fractional Ownership Interest to such Owner or Owners. Such registration shall be in written form and signed by all of the Owners of the Unit or Fractional Ownership Interest or by such persons as are authorized by law to represent the interests of all Owners of the Unit or Fractional Ownership Interest. Notwithstanding the foregoing, the Association shall be entitled to rely upon any such registration or other notice of a change in address of the Owners of the Unit or Fractional Ownership Interest which is signed by less than all of the Owners of such Unit or Fractional Ownership Interest.

If no address is registered or if all of the Owners cannot agree, then the address set forth in the deed to the Unit or Fractional Ownership Interest shall be deemed their registered address until another registered address is furnished as required under this Section.

Any notice delivered to a First Mortgagee in accordance with the terms of this Declaration shall be sent to the address for such party specified in the First Mortgage unless the First Mortgagee notifies the Association in writing of a different address.

All notices and demands intended to be served upon the Executive Board shall be sent to the following address or such other address as the Executive Board may designate from time to time by notice to all of the Owners:

> Executive Board
> Aspen Highlands Condominium Association, Inc.
> c/o The Ritz-Carlton Club
> Attention: Director of Operations
> 6649 Westwood Boulevard, Suite 500
> Orlando, Florida 32821

22


450454 01/11/2001 03:02P CONDO DE DAVIS SILVI
30 of 147 R 735.00 D 0.00 N 0.00 PITKIN COUNTY C(