# EXHIBIT - D



# The Ritz-Carlton Club®

## Aspen Member Update

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION
The contents of this material are confidential and proprietary to Marriott Vacations Worldwide Corporation and may not be reproduced, disclosed, distributed or used without the express permission of an authorized representative of Marriott Vacations Worldwide. Any other use is expressly prohibited.

629401-1

AHCA00010911

EXHIBIT
1106
US D.Colo. 1:16-cv-01301

1106-000



AHCA00010

110

## Planned for 2013......

### Aspen Usage Options

- Deeded Reserved Allocation
- Cobalt Travel
- Access to:
  - Home Club and Club System Exchange
  - The Hotel Reservation Service
  - Waitlist
  - Per Diem

### Lion & Crown Usage Options

- Access to:
  - Developer Inventory at The Ritz-Carlton Clubs
  - Home Club Inventory deposited by Members
- Marriott Vacation Club Destinations
  - Ocean Explorer – Cruises
    - Luxury Cruises with over 5,000 sailings
      - Oceania, Cunard, Windstar, Viking River Cruise, Seabourn, Paul Gauguin, SilverSea, Regent
    - Family Cruises with over 25,000 sailings
      - Carnival, Royal Caribbean, Holland America
  - Epic Explorer – 5 Star Accommodations
    - Exclusive tours for Members Only – 7 tours
      - Treasures of Tuscany, Provence & Monaco
      - Taste of Italy, Costa Rica Adventure, Treasure of Italy, Ireland, Arica and Australia
    - Group Tours – 71 non exclusive tours
  - City Explorer – Hotel Stays
    - Special Member packages at over 70 Hotels and Resorts
    - Autograph Hotels
      - Prague, Venice, Rome, Scrub Island (private island with private villas), Cosmopolitan – Las Vegas, Carlton – New York
    - 47 Park Street, London
  - Over 50 Marriott Vacation Club resort locations
  - Ability to Bank and Borrow Points

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010913

1106-00

# Future Luxury Alliances in Process[1]......

## Aspen Usage Options

- Deeded Reserved Allocation
- Cobalt Travel
- Access to:
  - Home Club and Club System Exchange
  - The Hotel Reservation Service
  - Waitlist
  - Per Diem

## Lion & Crown Usage Options

- Access to:
  - All 2013 usage rights from previous slide
  - **Potential Future Luxury alliances – Ritz-Carlton Members Only**
    - Luxury Private Homes
    - Luxury Ritz-Carlton Residences
    - Ritz-Carlton Member only tours
    - Exclusive behind the scenes events
    - Other opportunities based on Member feedback
  - **Potential Future Marriott Vacation Club Destinations alliances - Both Ritz-Carlton Members and MVC Owners**
    - Yacht Charters
    - Select Ritz-Carlton Hotels
    - Exclusive access to behind the scenes events
    - Other opportunities based on Member feedback

(1) These potential future alliances are not guaranteed.

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010914

1106-00(

## Sample Itinerary – 2 Bedroom Aspen Winter Week [1], [2], [3]

### 7,200 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| Taste of Italy Exclusive Members only Tour | 8 Nights | 5 Star Accommodation | March | 6,000 |
| Tuscany Renaissance il Ciocco Resort & Spa | 2 Nights | Hotel room with Breakfast for 2 complimentary daily | March | 1,100 |
| Bank for Next Year | | | | 100 |
| Total | 10 Nights | | | 7,200 |

*MARRIOTT VACATIONS WORLDWIDE*
*CONFIDENTIAL AND PROPRIETARY INFORMATION*

AHCA00010915

1106-00(

## Sample Itinerary – 2 Bedroom Aspen Winter Week [1], [2], [3]

### 6,050 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| Transatlantic Cruise from NY to London Cunard | 8 Nights | Cabin with Balcony | March | 5,000 |
| Bank for Next Year | | | | 1,050 |
| Total | 8 Nights | | | 6,050 |

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010916

1106-0(

### Sample Itinerary – 2 Bedroom Aspen Summer Week [1], [2], [3]

#### 4,825 Point Package
(off season Aspen to peak season Playa)

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| Marriott's Playa Andaluza Costa del Sol, Spain | 13 Nights | 2 Bedroom Garden View Daily Maid Service | July | 4,825 |
| | | | | 4,825 |
| Total | 13 Nights | | | |

#### 3,575 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| The Ritz-Carlton Club St. Thomas | 8 Nights | 2 Bedroom | November | 3,250 |
| | | | | 325 |
| Bank for Next Year | | | | 3,575 |
| Total | 8 Nights | | | |

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010917

1106-0C

## Sample Itinerary – 3 Bedroom Aspen Winter Week [1], [2], [3]

### 9,625 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| The Ritz-Carlton San Francisco | 4 Nights | 1 Bedroom | April | 1,800 |
| Sanya Renaissance Resort & Spa | 4 Nights | Hotel room | April | 1,800 |
| The Portman Ritz-Carlton Shanghai | 4 Nights | Hotel room | April | 2,600 |
| JW Marriott Hong Kong | 4 Nights | Hotel room | April | 3,000 |
| Bank for Next Year | | | | 425 |
| Total | 16 Nights | | | 9,625 |

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010918

1106-0C

## Sample Itinerary – 3 Bedroom Aspen Winter Week [1], [2], [3]

### 7,750 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| Marriott's Ko Olina Beach Club | 11 Nights | 3 Bedroom Mountain View | January | 7,700 |
|  |  |  |  | 50 |
| Bank for Next Year |  |  |  | 7,750 |
| Total | 11 Nights |  |  |  |

*MARRIOTT VACATIONS WORLDWIDE*
*CONFIDENTIAL AND PROPRIETARY INFORMATION*

AHCA0001091S

1106-0

## Sample Itinerary – 3 Bedroom Aspen Summer Week [1], [2], [3]

### 6,100 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| Marriott's Lakeshore Reserve Orlando, FL | 7 Nights | 3 Bedroom | July | 4,175 |
| The Ritz-Carlton Jupiter | 4 Nights | 4 Bedroom | July | 1,900 |
| Bank for Next Year | | | | 25 |
| Total | 11 Nights | | | 6,100 |

### 4,825 Point Package

| Destination | Length of Stay | Room Type | Time of Year | Points |
|---|---|---|---|---|
| Marriott's Crystal Shores, Marco Island | 7 Nights | 3 Bedroom Penthouse | September | 3,300 |
| Marriott's Boston Custom House | 4 Nights | 1 Bedroom | 4th of July Holiday | 1,300 |
| Bank for Next Year | | | | 225 |
| Total | 11 Nights | | | 4,825 |

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010920

1106-001

### Endnotes

(1) The experiences described herein are examples of potential vacation opportunities and are subject to change. The total number of points attributable to the noted week are subject to change and is provided herein as an example.

(2) The vacation examples depicted herein are for illustrative purposes only and should not be considered a guarantee that specific resorts or destinations will be available for specific dates. The points necessary to occupy specific resorts or certain destinations on specific dates are not guaranteed and may change from time to time. Please see the applicable Exchange Program documents for more information.

(3) Marriott Vacation Club Destinations Exchange Program's ability to confirm a specific exchange request is dependent upon the timeshare interests and use periods available or as provided by the provider of accommodations or services. Therefore, Marriott Vacation Club Destinations Exchange Program cannot guarantee specific resort choices, dates of travel, or types or sizes of accommodations. The earlier an exchange is requested, the better the possibility that a specific request may be confirmed. Access to the Marriott Collection is provided via membership in the Marriott Rewards® program, and is subject to the Marriott Rewards Terms & Conditions and the terms and conditions as outlined in the applicable Marriott Vacation Club Destinations Exchange Program documents. Actual participating resorts and hotels are subject to change. The Marriott Rewards program may be discontinued at any time. Access to the Explorer Collection is made available through the Marriott Vacation Club Destinations Exchange Program and is subject to the terms and conditions as outlined in the applicable Marriott Vacation Club Destinations Exchange Program documents. Actual experiences will be provided via contractual arrangements with third party providers and may require the payment of additional fees. The experiences described herein are examples of potential vacation opportunities and are subject to change. Marriott International, Inc., Marriott Vacation Club International, The Ritz-Carlton Destination Club and their respective affiliates and subsidiaries, make no warranty, express or implied, as to the condition, capacity, performance or any other aspect of the activities, events, or service providers listed herein. No inquiry has been made into the activities or events, or the qualifications or the quality of services offered by the providers. Do not consider this an endorsement of or recommendation for any of the activities, events, or providers. The Marriott Vacation Club Collection is comprised of timeshare interests owned by the MVC Trust and are available for usage through the Marriott Vacation Club Destinations timeshare plan as well as timeshare interests available for usage through the MVC Exchange Company. Please see the applicable Marriott Vacation Club Destinations Exchange Program documents for more information.

MARRIOTT VACATIONS WORLDWIDE
CONFIDENTIAL AND PROPRIETARY INFORMATION

AHCA00010921

1106-00



AHCA00010922
1106-0012



AHCA00010923

1106-0013



AHCA00010924

1106-0014