# EXHIBIT - B

**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Clark, Mary Lynn |
| **Sent:** | Friday, June 28, 2013 10:52:11 PM |
| **To:** | Bennis, Colleen; Sobeck, Stephanie; marylynn.clark@vacationclub.com |
| **Cc:** | Frates-Mazzilli, Kim |
| **Subject:** | RE: Strategic Council Package - Luxury Segment Reengineering |

---

**From:** Bennis, Colleen
**Sent:** Thursday, June 27, 2013 11:54 AM
**To:** Clark, Mary Lynn
**Cc:** Frates-Mazzilli, Kim
**Subject:** Strategic Council Package - Luxury Segment Reengineering

Hi ML!

I am updating the Strategic Council package, and wanted to see if you wanted to make any changes to what we presented last period. Here is what we had:

- Luxury Segment Reengineering
    - Unwind of the Bleu Florida Land Trust
        - We are down to 1 outstanding member. Following up weekly with Mr. Schmelz.....just not on his priority list to do.
        - We will need to resolve the strategy for the use of the SFO units in the Trust in order to transfer them out and allow for the legal unwind of the trust.
    - Current go-forward strategy:
        - Place remaining inventory from Vail in the NATO Trust.
        - Move forward with putting NorthStar the NATO Trust.
        - Evaluating several options related to the San Franscisco inventory (place in NATO trust, sell as whole ownership, some combination).
        - Negotiating Declaration changes with St. Thomas that would result in inventory going into the NATO Trust.
        - Continue discussions with Aspen. If Aspen chooses to affiliate then we will work to change condo docs to allow inventory into the NATO Trust. If they do not choose to affiliate we will develop inventory disposition strategy (fire sale, sale to membership, sale to association, etc...).
        - BG has sent a recommendation to the BG Members that the Board is recommending Timbers to be the new Management Company. They are currently in a voting process to determine who will be the Management Company. Voting ends July 5th and I decision will follow shortly. There will be NO affiliation with MVCD and BG. We own very little inventory (mortgage foreclosures).
        - We are working with the Jupiter Association regarding proceeding with a Member Vote on affiliation. If the members vote for Affiliation we will

AH

EXHIBIT
1530
US D.Colo. 1:16-cv-01301

RCDC007349

1530-0001

**CONFIDENTIAL**

- work to transfer the remaining developer inventory into the trust. If a no vote we will develop an inventory disposition strategy.
- Completed a three year affiliation with Exclusive Resorts and announced to Members. ER and RCDC Member bookings are strong and equal between brands.

Colleen Bennis Swanson
Global Operational Finance
Marriott Vacations Worldwide
6649 Westwood Blvd
Orlando, FL 32821
Phone: (407) 513-6707

*This communication contains information from Marriott Vacations Worldwide Corporation that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.*