EXHIBIT - A

Case No. 1:16-cv-01301-PAB-GPG   Document 346-2   filed 02/04/19   USDC Colorado   pg 2 of 12

MARRIOTT VACATIONS WORLDWIDE℠

CONFIDENTIAL

# Marriott Vacations Worldwide Corporation

Marriott International Update

September 12, 2012

MARRIOTT VACATIONS WORLDWIDE CONFIDENTIAL AND PROPRIETARY INFORMATION. The contents of this material are confidential and proprietary to Marriott Vacations Worldwide Corporation and may not be reproduced, disclosed, distributed or used without the express permission of an authorized representative of Marriott Vacations Worldwide. Any other use is expressly prohibited.

SF, AH, LT

RCDC005698

EXHIBIT 1089
US D.Colo. 1:16-cv-01301

CONFIDENTIAL

MARRIOTT VACATIONS WORLDWIDE

# Ritz-Carlton Destination Club (RCDC) – Unwind / Product Re-engineering

- MVW's strategy to sell the remaining Luxury unsold inventory through the North America points program includes the unwind of the RCDC trust by converting the existing 109 members to the North America points program or to RCDC home club fractional ownership by the end of 2012.
  - Conversion to the North America points program was designed to be favorable to RCDC members as it provides increased usage options as well as lower overall maintenance fee obligations.

- Current status on offers (addresses all 109 members):
  - 93 members have agreed to become members in the North America points program,
  - 1 member is exchanging their interest for an RCDC home club fractional ownership,
  - 3 members requested a refund,
  - 8 members are working through options (between North America points program and RCDC Home Club), and
  - 4 members have not yet been reached.

- Communication to the members regarding our plans to include Ritz-Carlton Club inventory in the Marriott Vacation Club Destinations Trust product has occurred.

- Communications to the members regarding our plans to affiliate the Ritz-Carlton Clubs to the Marriott Vacation Club Destinations Exchange program has occurred.

- Member reaction has been mixed, however reaction has been limited to a small number of members. We held a webinar 8/28 to provide clarity to the membership and had less than 100 participants.

Marriott Vacations Worldwide Confidential and Proprietary Information

SF, AH, LT

RCDC005699

1089-0002

CONFIDENTIAL

**MARRIOTT VACATIONS WORLDWIDE**

# Luxury Sales Center Conversions

- MVW's strategy for RCDC called for the closure of several Ritz-Carlton Destination Club sales distributions while others are expected to remain open and sell the North America points product.

- The sites expected to remain open and sell the North America points product include:
  - Aspen
  - San Francisco
  - St. Thomas
  - Vail
  - Jupiter (TBD)

- All other RCDC sites have been closed to date.

- Jupiter remains open today selling Ritz-Carlton home club product for the remainder of 2012.

Marriott Vacations Worldwide Confidential and Proprietary Information
SF, AH, LT
RCDC005700
1089-0003

MARRIOTT VACATIONS WORLDWIDE

CONFIDENTIAL

## Abaco Club - Unwind

- The implementation of the unwind / de-flag of the Abaco Club on Winding Bay is underway. The effort is being coordinated with the overall plan for Ritz-Carlton Destination Club in order to create a comprehensive communication message for all RCDC members.
  - Current owners would be given the option of either receiving 100% cash back for their interest, or an equity conversion (100% of equity plus original transaction costs) to either real estate on Abaco, RCDC Home Club, or into the North America points program.

- Current status on offers (addresses all 32 Abaco Club members).
  - 24 members requested a refund;
  - 4 members requested an equity upgrade to RCDC home fractional ownership;
  - 2 members expect to purchase a cottage;
  - 2 members in discussion on options.

- Removal of the Ritz-Carlton flag is scheduled for January 5, 2013.
  - Staffing and technology changes being coordinated with RC.
  - Communications with the members has been going well.

CONFIDENTIAL

**MARRIOTT VACATIONS WORLDWIDE**

## Jupiter Golf / Spa Disposition

- Member conversion has been officially terminated by the Member Acquisition Committee.
- MVW has engaged a broker (Marcus & Millichap) to list the property for sale.
  - Offering memorandum is complete and the property is currently listed for sale, including the assumption of membership liabilities.
  - Marketing efforts officially commenced 8/27.
  - Received four credible offers within a week.
- Signed LOI with Trump 9/11/12.
  - 30 day due diligence
  - 15 day close
- The Membership Acquisition Committee has committed to keep their entity in place to facilitate communications on behalf of the members to potential buyers.
- Discussions on hold with the original joint venture parties regarding a potential disposition. Marriott International has been engaged to complete a due diligence study to determine if a 70-unit lodge is sustainable in the Jupiter market; initial indications are positive.
- Work continues on potential insolvency proceedings on the property to understand all potential disposition options.

Marriott Vacations Worldwide Confidential and Proprietary Information

SF, AH, LT

RCDC005702

1089-0005

CONFIDENTIAL

# Kapalua Bay

MARRIOTT VACATIONS WORLDWIDE

- Lender group (which includes Lehman Brothers) gave the JV formal notice of default for failure to repay the construction loan (March 2012). The lenders have initiated foreclosure proceedings.

- Lender group also ceased advancing funds to support the project (September 2011 – M&S; January 2012 – Operations). LBBW (Landesbank Baden-Württemberg) has replaced Lehman as the agent for the lender group.

- The JV has communicated an inability to pay the AOAO association (whole ownership condo association) and has a significant outstanding balance with the club association (fractional).

- Given the mounting receivables with these associations, The Ritz-Carlton Management Company (RCMC) has issued notices of default to both associations and outlined its intent to terminate both management agreements effective September 10, 2012.

- We were able to agree to an extension of the management agreements for both the AOAO and the VOA until 10/29 to allow for continued work on an acceptable work-out.

- We are working on a potential deed in lieu of foreclosure transaction (DIL) which would result in MVW purchasing the remaining interests in the 39 broken fractional units and transferring them to the North America points program (equates to ~24 units in the North America points program). RCMC would retain the management agreement for the club association (fractional).

MARRIOTT Vacations Worldwide Confidential and Proprietary Information

SF, AH, LT

RCDC005703

1089-0006

**CONFIDENTIAL**

**MARRIOTT VACATIONS WORLDWIDE**

## Kapalua Bay

- Lehman would purchase the unsold whole ownership units. The whole ownership association would be managed by Replay Resorts who desires to enter into a Shared Services agreement for most areas of the association which involve personnel.
  - Currently working with Replay, Lehman and Ritz-Carlton Hotel Company on the structure of that arrangement.

- Several residential owners have filed suit in Hawaii against several parties involved in the project, including two MVW entities, the JV, the JV participants, Marriott International, and the condo association.

- The court issued a temporary restraining order (TRO) that, among other things, prohibits payment from the association's bank accounts to MVW for fees or reimbursements pending the court's consideration of a preliminary injunction motion. The TRO also requires MVW to segregate payments received from the association within 30 days immediately prior to the TRO into a separate bank account. We filed our opposition to the preliminary injunction motion on June 29th.

Marriott Vacations Worldwide Confidential and Proprietary Information

SF, AH, LT

RCDC0057704

1089-0007



CONFIDENTIAL

# St. Thomas / Bachelor Gulch

## St. Thomas

- Bank account control issues at St. Thomas are currently quiet, not resolved, but quiet.
- The Neighborhood Association which is responsible for the members lounge in the suites component of the product has file suit against us alleging a number of code violations.
- The issue first surfaced over two years ago, but communications with the Board have been sporadic.
- Recently communicated a resolution process to the Board President, but have not heard back from him as to his acceptance of our proposed process.

## Bachelor Gulch

- The Association BOD at Bachelor Gulch has been the most vocal opposition to our plans to affiliate the Ritz-Carlton Clubs with the Marriott Vacation Club Destination Exchange program.
- The Board President, Mike Mullenix has requested a face to face meeting with me, Steve and Bill Shaw next week. We will respond to his request by the end of the week.

Marriott Vacations Worldwide Confidential and Proprietary Information

SF, AH, LT

RCDC005705

1089-0008

CONFIDENTIAL



MARRIOTT VACATIONS WORLDWIDE

# Sales and Marketing Initiative Update

- Meeting held recently between the MVW and MI Sales and Marketing teams.
- By all reports on our end the meeting was productive and the dialogue remains open and partnering in nature.
- There were a number of initiatives that were discussed and work will continue to progress for each.
- Initiatives to be aware of:
  — Premier Elite Upgrades
    - There has been a test program in place since spin.
    - The program has performed well from MVW's perspective, but the take up was greater than originally contemplated at the time of the spin.
    - MI/MR has agreed to extend the program and the limits for an additional year to allow for an analysis of the impact of the program to occur.
  — Ritz-Carlton Members ability to receive Elite night credits for their stays using allocated time.
    - This is a request we have had for a number of years on the RC side but is of greater focus with the advent of the Ritz-Carlton Rewards program.
    - We have a similar program on the MVC side.
  — Call transfer program
    - We requested consideration of this program within the Marriott call centers earlier this year, but were unable to reach agreement.
    - We plan to test with some of our other partners later this year and into next year.
    - We'll be back.

Marriott Vacations Worldwide Confidential and Proprietary Information

RCDC005706

SF, AH, LT

1089-0009

CONFIDENTIAL

# MVCD Exchange Update

- To date we have enrolled over 122K weeks owners into the MVCD Exchange program or 35% of the 346,000 owners who were eligible to enroll. Those owners have enrolled over 210K weeks into the program which is nearly 47% of the weeks that were eligible to enroll.

- We rolled out the program to the owners of European weeks at the beginning of the summer. Enrollment pick-up has been a little slower. Efforts have been hampered by some translation timelines as well as some registration approvals. The take-up rate for those who have been contacted has been very similar to our North America experience.

- Explorer package usage continues to be a positive for the program.
  - Ocean Explorer (cruises) offers over 5,000 departures with 500 in Europe, 60 in Asia Pacific and over 100 planned in the luxury tier for early 2013.
  - Epic Explorer (tours) offers nearly 100 different itineraries and over 1,200 departures.
  - City Explorer (hotels) offers nearly 150 packages including a strong representation in Europe and Asia Pacific. Several Autograph hotels added this year.
  - Active Explorer focused on golf at this point, but we are exploring a number of new options.

- 2013 Focus
  - Building out a Luxury Collection to help facilitate the evolution of the Ritz-Carlton Club product.
    - Luxury Cruise
    - Premier Events
    - VIP Weekends (special access to events such as backstage at Broadway Show)
  - Air and Car
    - Working with MI
    - Working with our cruise provider

Marriott Vacations Worldwide Confidential and Proprietary Information

SF, AH, LT

RCDC005707

1089-0010