# EXHIBIT - E

| | |
|---|---|
| From: | Neveloff, Jay A. </O=EXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JNEVELOFF> |
| Sent: | Friday, August 24, 2012 10:02 AM |
| To: | 'PGosch@BHFS.com' |
| Subject: | Fw: Fwd: New Ritz-Carlton Club Options | New Treasures Tours |

Sent from my BlackBerry Wireless Handheld

**From:** Sal Cutrona, Sr. [mailto:salcut@comcast.net]
**Sent:** Thursday, August 16, 2012 08:41 AM
**To:** Mullenix Michael C. <mmullenix@equishospitality.com>; Doyle John <jdoyle@mwe.com>; Neveloff, Jay A.; Oestreich David <dao33@optonline.net>
**Cc:** Marc E. Betesh MCR. h Esq. <mbetesh@kbalease.com>; Orsini Gino <ginoorsini@hotmail.com>; Troy Henry <hptroy@embarqmail.com>; Cooke Ken <kbc46@bellsouth.net>
**Subject:** Fwd: New Ritz-Carlton Club Options | New Treasures Tours

Fyi
Sal M. Cutrona, Sr.
Cell: 917-543-8529
Email: salcut@comcast.net

Begin forwarded message:

> **From:** "Robin Morgan" <robinmorgan@cox.net>
> **Date:** August 15, 2012 10:07:35 PM EDT
> **To:** "'St. Thomas Board of Directors'" <boardstthomas@aol.com>
> **Cc:** "'Ken Morgan'" <kem@morganskenderian.com>
> **Subject: FW: New Ritz-Carlton Club Options | New Treasures Tours**
>
> Dear Board,
>
> We wrote to you recently about concerns that the Ritz Carlton Club was going to now allow Marriott members or Marriott timeshare owners to use our clubs. Since we are also Marriott timeshare owners, today, we got the following email confirming this. Please see below.
>
> Thanks, Robin and Ken Morgan 1502/02

**From:** Marriott Vacation Club Insider [mailto:marriottvacationclub@email1.marriott-vacations.com]
**Sent:** Wednesday, August 15, 2012 6:03 PM
**To:** robinmorgan@cox.net
**Subject:** New Ritz-Carlton Club Options | New Treasures Tours



MARRIOTT VACATION CLUB INSIDER
Exclusive Resource For Owners

AHCA00015737

**EXHIBIT**
**1049**
US D.Colo. 1:16-cv-01301

1049-0001



## Explore your newest benefits!

From luxury resort stays to Owner-exclusive tours, you can now enjoy even more vacation choices through the Marriott Vacation Club Destinations™ Exchange Program. Beginning this month, Owners with Premier or Premier Plus status can use Vacation Club Points to stay in an expanded selection of Ritz-Carlton Club® resorts. Plus, we're introducing Treasure Tours — exclusive Epic Explorer tours that are only available to Marriott Vacation Club® Owners! These guided tours have been created with you in mind, featuring more luxurious accommodations, smaller group sizes and upscale dining opportunities. Discover the details about these great new options below.

**Important Dates**
Remember these upcoming deadlines.
Learn More


FriendShare
Learn More

<!--[if !vml]--><!--[endif]-->



**Special Premier Benefit:
Ritz-Carlton Club® Stays**

Now Owners with Premier and Premier Plus status can use Vacation Club Points to stay at additional Ritz-Carlton Club resorts.

Learn More

<!--[if !vml]--><!--[endif]-->



**Exclusive Owner Tour:
Treasures of Ireland Tour**

Discover the allure of the Emerald Isle during this special Epic Explorer tour, exclusively for Owners!

Learn More

AHCA00015738

1049-0002

<!--[if !vml]--><!--[endif]-->



**Exclusive Owner Tour:**
**Treasures of Italy Tour**

Experience an upscale, Owners-only Epic Explorer tour with stops in Rome, Florence and more!

:: Learn More

Internet Privacy Statement | Terms of Use | State and Legal Disclosures MDC-12-178

This is neither an offer to sell nor a solicitation to buy to residents in jurisdictions in which registration requirements have not been fulfilled, and your eligibility to purchase will depend upon your residency.

© Copyright 2012, Marriott Vacation Club International. All rights reserved.

Marriott Vacation Club International and the programs and products provided under the Marriott Vacation Club brands are not owned, developed, or sold by Marriott International, Inc. Marriott Vacation Club International uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

AHCA00015739

1049-0003