## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01301-PAB-GPG

**RCHFU, LLC, et al.**
Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** et al.
Defendants.

## ENTRY OF APPEARANCE

To the clerk of the court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Plaintiffs, RCHFU, LLC, a Colorado Limited Liability Company, et al.

Dated at Walnut Creek, California this 5th day of February, 2019.

                                                      Michael J. Reiser, Jr._____
                                                      NAME OF ATTORNEY

                                                      Reiser Law, p.c._____
                                                      FIRM NAME

                                                      1475 N. Broadway, Suite 300
                                                      Walnut Creek, CA  94596_____
                                                      FIRM ADDRESS

                                                      925-256-0400_____
                                                      FIRM TELEPHONE NUMBER

                                                      michaeljr@reiserlaw.com_____
                                                      Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Andrew Nussbaum, Esq.<br> *andrew.nussbaum@hoganlovells.com*<br>Jessica Black Livingston, Esq.<br> *jessica.livingston@hoganlovells.com*<br>Andrew Lillie, Esq.<br> *andrew.lillie@hoganlovells.com*<br>Daniel F. Shea, Esq.<br> *dan.shea@hoganlovells.com*<br>HOGAN LOVELLS US, LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO  80202<br><br>***Attorneys for Defendants, Aspen Highlands Condominium Association***<br><br><br>Naomi G. Beer, Esq.<br> *beern@gtlaw.com*<br>GREENBERG TRAURIG, LLP<br>1200 17th Street, Suite 2400<br>Denver, CO  80202<br><br>Ian S. Marx, Esq.<br> *marxi@gtlaw.com*<br>Philip R. Sellinger, Esq.<br> *sellingerp@gtlaw.com*<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br><br>***Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*** | Matthew C. Ferguson, Esq.<br> *matt@matthewfergusonlaw.com*<br>MATTHEW C. FERGUSON LAW FIRM<br>119 S. Spring St., #201<br>Aspen, CO  81611<br><br>Michael Schrag, Esq.<br> *mls@classlawgroup.com*<br>Linda Lam, Esq.<br> *lpl@classlawgroup.com*<br>GIBBS LAW GROUP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br><br>Tyler Meade, Esq.<br> *tyler@meadefirm.com*<br>Sam Ferguson, Esq.<br> *sam@meadefirm.com*<br>Annie Decker, Esq.<br> *annie@meadefirm.com*<br>Seena Forouzan, Esq.<br> *seena@meadefirm.com*<br>THE MEADE FIRM<br>12 Funston, Suite A<br>San Francisco, CA 94129<br><br>***Attorneys for Plaintiffs*** |

                                      *s/Debbie Swinford*_____
                                          Debbie Swinford