# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01301-PAB-GPG

**RCHFU, LLC, et al.**
Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** et al.
Defendants.

## ENTRY OF APPEARANCE

To the clerk of the court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Plaintiffs, RCHFU, LLC, a Colorado Limited Liability Company, et al.

Dated at Chicago, Illinois this 8th day of February, 2019.

Anne Decker
NAME OF ATTORNEY

The Meade Firm, p.c.
FIRM NAME

12 Funston Ave., Suite A | San Francisco, CA  94129

FIRM ADDRESS

415-724-9600
FIRM TELEPHONE NUMBER

annie@meadefirm.com
Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Andrew Nussbaum, Esq.<br>andrew.nussbaum@hoganlovells.com<br>Jessica Black Livingston, Esq.<br>jessica.livingston@hoganlovells.com<br>Andrew Lillie, Esq.<br>andrew.lillie@hoganlovells.com<br>Daniel F. Shea, Esq.<br>dan.shea@hoganlovells.com<br>HOGAN LOVELLS US, LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, CO  80202<br><br>***Attorneys for Defendants, Aspen Highlands Condominium Association***<br><br><br>Naomi G. Beer, Esq.<br>beern@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1200 17th Street, Suite 2400<br>Denver, CO  80202<br><br>Ian S. Marx, Esq.<br>  marxi@gtlaw.com  Philip R. Sellinger, Esq.<br>sellingerp@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br><br>***Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*** | Matthew C. Ferguson, Esq.<br>matt@matthewfergusonlaw.com<br>MATTHEW C. FERGUSON LAW FIRM<br>119 S. Spring St., #201<br>Aspen, CO  81611<br><br>Michael Schrag, Esq.<br>mls@classlawgroup.com<br>Linda Lam, Esq.<br>lpl@classlawgroup.com<br>GIBBS LAW GROUP<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br><br>Michael J. Reiser<br>michael@reiserlaw.com<br>Reiser Law, PC<br>1475 N. Broadway, Suite 300<br>Walnut Creek, California 94596<br>Telephone: (925) 256-0400<br><br>Tyler Meade, Esq.<br>tyler@meadefirm.com<br>Sam Ferguson, Esq.<br>sam@meadefirm.com<br>Seena Forouzan, Esq.<br>seena@meadefirm.com<br>THE MEADE FIRM<br>12 Funston, Suite A<br>San Francisco, CA 94129<br><br>***Attorneys for Plaintiffs*** |

            *s/Anne Decker*      
            Anne Decker