**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

___

**FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ROBERT A. SKLAR'S CLAIMS AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("AHCA") WITH PREJUDICE**

___

Plaintiff, Greg Jacobson, by and through his co-counsel, and Defendant Aspen Highlands Condominium Association ("AHCA"), and Marriott Vacations Worldwide Corporation, et al., by and through their counsel, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of his claims against AHCA, in the above-captioned matter, with each party to bear his/its own costs and fees. A Proposed Order Dismissing Plaintiff Robert A. Sklar's Claims Against AHCA with Prejudice is filed concurrently with this Stipulation.

Dated: February 12, 2019

| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
|---|---|
| ___/s/ Michael J. Reiser_____<br>Michael J. Reiser, # 16161<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>Telephone: (925) 256-0400<br>E-mail: michael@reiserlaw.com<br>*Attorney for Plaintiffs* | _____/s/ Matthew C. Ferguson_____<br>Matthew C. Ferguson, #25687<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288<br>Facsimile: (970) 925-2273<br>E-mail: matt@matthewfergusonlaw.com<br>*Attorney for Plaintiffs* |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| ___/s/ Michael Schrag_____<br>Michael Schrag (CA State Bar # 185832)<br>Linda Lam (CA State Bar# 301461)<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Phone: (510) 350-9718<br>Facsimile: (510) 350-9701<br>E-mail: mls@classlawgroup.com<br>E-mail: lpl@classlawgroup.com<br>*Attorney for Plaintiffs* | ___/s/ Tyler Meade_____<br>Tyler Meade (CA State Bar # 160838)<br>1816 Fifth Street<br>Berkeley, CA 94710<br>Telephone: 510-843-3670<br>E-mail: tyler@meadefirm.com<br>*Attorney for Plaintiffs* |
| GREENBERG TRAURIG, LLP | HOGAN LOVELLS US LLP |
| /s/ *Ian S. Marx*_____<br>Ian S. Marx<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Phone: (303) 572-6500<br>Facsimile: (303) 572-6500<br>Email: *marxI@gtlaw.com*<br>*Attorneys for Defendant Marriott* | */s/ Jessica Black Livingston__*<br>Jessica Black Livingston<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Phone:303-899-7300<br>Facsimile: (303) 899-7301<br>Email:*Jessica.livingston@hoganlovells.com*<br>*Attorneys for Defendant Association* |

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day of February 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF filing system upon following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                                   */s/ Virginia O'Keeffe*
                                                    Virginia O'Keeffe