IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

**[PROPOSED] ORDER DISMISSING PLAINTIFF ROBERT A. SKLAR'S CLAIMS AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("AHCA") WITH PREJUDICE**
_____

This Court, having considered Fed. R. Civ. 41(a)(1)(A)(ii) Stipulation for Dismissal with Prejudice ("Stipulation"), hereby grants the Stipulation.

IT IS THEREFORE ORDERED that Plaintiff Robert A. Sklar's claims against AHCA shall be dismissed with prejudice, with each party to bear his/its own fees and costs.

Dated this ___ day of _____, 2019.

By: _____
Honorable Philip A. Brimmer
United States District Court Judge