**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

**FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF GREG JACOBSON'S CLAIMS AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("AHCA") WITH PREJUDICE**
_____

Plaintiff, Greg Jacobson, by and through his co-counsel, and Defendant Aspen Highlands Condominium Association ("AHCA"), and Marriott Vacations Worldwide Corporation, et al., by and through their counsel, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of his claims against AHCA, in the above-captioned matter, with each party to bear his/its own costs and fees. A Proposed Order Dismissing Plaintiff Greg Jacobson's Claims Against AHCA with Prejudice is filed concurrently with this Stipulation.

Dated: February 12, 2019

| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
|---|---|

___/s/ Michael J. Reiser_____  
Michael J. Reiser, # 16161  
1475 N. Broadway, Suite 300  
Walnut Creek, CA 94596  
Telephone: (925) 256-0400  
E-mail: michael@reiserlaw.com  
*Attorney for Plaintiffs*

_____/s/ Matthew C. Ferguson_____  
Matthew C. Ferguson, #25687  
119 South Spring, Suite 201  
Aspen, Colorado 81611  
Telephone: (970) 925-6288  
Facsimile: (970) 925-2273  
E-mail: matt@matthewfergusonlaw.com  
*Attorney for Plaintiffs*

| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
|---|---|

___/s/ Michael Schrag_____  
Michael Schrag (CA State Bar # 185832)  
Linda Lam (CA State Bar# 301461)  
505 14th Street, Suite 1110  
Oakland, CA 94612  
Phone: (510) 350-9718  
Facsimile: (510) 350-9701  
E-mail: mls@classlawgroup.com  
E-mail: lpl@classlawgroup.com  
*Attorney for Plaintiffs*

___/s/ Tyler Meade_____  
Tyler Meade (CA State Bar # 160838)  
1816 Fifth Street  
Berkeley, CA 94710  
Telephone: 510-843-3670  
E-mail: tyler@meadefirm.com  
*Attorney for Plaintiffs*

| GREENBERG TRAURIG, LLP | HOGAN LOVELLS US LLP |
|---|---|

/s/ *Ian S. Marx*_____  
Ian S. Marx  
500 Campus Drive, Suite 400  
Florham Park, New Jersey 07932  
Phone: (303) 572-6500  
Facsimile: (303) 572-6500  
Email: *marxI@gtlaw.com*  
*Attorneys for Defendant Marriott*

*/s/ Jessica Black Livingston*__  
Jessica Black Livingston  
1200 Seventeenth Street, Suite 1500  
Denver, Colorado 80202  
Phone:303-899-7300  
Facsimile: (303) 899-7301  
Email:*Jessica.livingston@hoganlovells.com*  
*Attorneys for Defendant Association*

2

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 12th day of February 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF filing system upon following:

    Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

    Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

    Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                             */s/ Virginia O'Keeffe*
                                               Virginia O'Keeffe