# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

### [PROPOSED] ORDER DISMISSING PLAINTIFF GREG JACOBSON'S CLAIMS AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("AHCA") WITH PREJUDICE
_____

This Court, having considered Fed. R. Civ. 41(a)(1)(A)(ii) Stipulation for Dismissal with Prejudice ("Stipulation"), hereby grants the Stipulation.

IT IS THEREFORE ORDERED that Plaintiff Greg Jacobson's claims against AHCA shall be dismissed with prejudice, with each party to bear his/its own fees and costs.

Dated this ___ day of _____, 2019.

By: _____
    Honorable Philip A. Brimmer
    United States District Court Judge