**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

**AMENDED FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL
WITH PREJUDICE OF PLAINTIFF ROBERT A. SKLAR'S CLAIMS
AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM
ASSOCIATION ("AHCA") WITH PREJUDICE**
_____

Plaintiff, Robert A. Sklar, by and through his co-counsel, and Defendant Aspen Highlands Condominium Association ("AHCA"), and Marriott Vacations Worldwide Corporation, et al., by and through their counsel, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of his claims against AHCA, in the above-captioned matter, with each party to bear his/its own costs and fees. A Proposed Order Dismissing Plaintiff Robert A. Sklar's Claims Against AHCA with Prejudice is filed concurrently with this Stipulation.

Dated: February 14, 2019

| | |
|---|---|
| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| | |
| ___/s/ Michael J. Reiser_____ | _____/s/ Matthew C. Ferguson_____ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | Facsimile: (970) 925-2273 |
| *Attorney for Plaintiffs* | E-mail: matt@matthewfergusonlaw.com |
| | *Attorney for Plaintiffs* |
| | |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| | |
| ___/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 1816 Fifth Street |
| 505 14th Street, Suite 1110 | Berkeley, CA 94710 |
| Oakland, CA 94612 | Telephone: 510-843-3670 |
| Phone: (510) 350-9718 | E-mail: tyler@meadefirm.com |
| Facsimile: (510) 350-9701 | *Attorney for Plaintiffs* |
| E-mail: mls@classlawgroup.com | |
| E-mail: lpl@classlawgroup.com | |
| *Attorney for Plaintiffs* | |
| | |
| GREENBERG TRAURIG, LLP | HOGAN LOVELLS US LLP |
| | |
| /s/ *Ian S. Marx*_____ | */s/ Jessica Black Livingston__* |
| Ian S. Marx | Jessica Black Livingston |
| 500 Campus Drive, Suite 400 | 1200 Seventeenth Street, Suite 1500 |
| Florham Park, New Jersey 07932 | Denver, Colorado 80202 |
| Phone: (303) 572-6500 | Phone:303-899-7300 |
| Facsimile: (303) 572-6500 | Facsimile: (303) 899-7301 |
| Email: *marxI@gtlaw.com* | Email:*Jessica.livingston@hoganlovells.com* |
| *Attorneys for Defendant Marriott* | *Attorneys for Defendant Association* |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of February 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF filing system upon following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202


Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932


                                                          */s/ Virginia O'Keeffe*
                                                            Virginia O'Keeffe