IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.
_____

### PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
_____

Plaintiffs hereby move the Court for permission to file up to a 15-page Reply to the Marriott Defendants' and Association's Responses in opposition to Plaintiffs' Motion to Amend Scheduling Order and Amend Complaint ("Motion to Amend")(Dkt. No. 337) that exceeds the page limitation set forth in Rule III.A of the Court's Practice Standards by no more than five pages. The Motion to Amend is likely being heard by Judge Gordon P. Gallagher. As grounds for the Motion, Plaintiffs state as follows:

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs conferred with counsel for the Marriott Defendants and the Association and obtained their consent to the relief sought in this Motion.

1

## FACTUAL AND PROCEDURAL BACKGROUND

1. In connection with the Judge Gordon P. Gallagher's December 31, 2018, Order Regarding Plaintiffs Motions for Default Judgment [Dkt. No. 330] ("Sanctions Order"),

> Therefore. Plaintiffs shall have fourteen days to do the following:
> \*\*\*
> Request any other remedies being sought by Plaintiffs meant to correct the prejudice suffered by non-provision of the Affiliation Agreement, e.g., amendment of claims, additional depositions, etc. The Court understands Plaintiffs to not want to proceed with amendment due to: the current posture of the case, e.g., summary judgment motions have been filed; the expense involved in attempting to amend; and the fact that amendment may protract the litigation. Yet, the pleadings did not completely foreclose Plaintiffs wanting to argue this point. *So, if Plaintiffs wish to attempt to amend, now is the time.*

2. In connection with the Sanctions Order, on January 15, 2019, Plaintiffs filed their 14-page Motion to Amend [Dkt. No. 337].

3. On February 4, 2019, the Marriott Defendants and the Association their Responses with 30 + pages of briefing [Dkt. Nos. 342 and 344].

4. Due to the complexity of the legal issues raised by Plaintiffs, on the one hand, and the Marriott Defendants and the Association, on the other hand, and the fact that both the Marriott Defendants' and the Association's Motions to Dismiss were 18[1] and 15 pages in length, Plaintiffs respectfully seek leave to file a Reply for their Motion to Amend that exceeds the Court's page limitation for such motion practice (Rule III.A of Judge Brimmer's Practice Standards (Civil Cases)) by no more than five pages.

## CONCLUSION

For all of above reasons, Plaintiffs respectfully request the Court grant them an extension of the page limitation and permit them to file a Reply in connection with the Motion to Amend that exceeds the page limit by no more than five pages, for a total of no more than 15 pages.

---

[1] Plaintiffs have no objections to page lengths.

2

Dated: February 14, 2019

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF MICHAEL J. REISER | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| ___/s/ Michael J. Reiser_____ | _____/s/ Matthew C. Ferguson_____ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 961 Ygnacio Valley Road | 119 South Spring, Suite 201 |
| Walnut Creek, California 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| Facsimile: (925) 476-0304 | Facsimile: (970) 925-2273 |
| E-mail: reiserlaw@gmail.com | E-mail: matt@matthewfergusonlaw.com |
| *Attorney for Plaintiffs* | *Attorney for Plaintiffs* |
| | |
| GIBBS LAW GROUP, LLP | THE MEADE FIRM, P.C. |
| ___/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 12 Funston Avenue, Suite A |
| 505 14th Street, Suite 1110 | San Francisco, CA 94129 |
| Oakland, California 94612 | Telephone: (415) 724-9600 |
| Phone: (510) 350-9718 | Facsimile: (415) 510-2544 |
| Facsimile: (510) 350-9701 | E-mail: tyler@meadefirm.com |
| E-mail: mls@classlawgroup.com | *Attorney for Plaintiffs* |
| E-mail: lpl@classlawgroup.com | |
| *Attorney for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 14th day of February 2019, a true and accurate copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** was filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Ian S. Marx, Esq. | Jessica Black Livingston, Esq. |
| Philip R. Sellinger, Esq. | Hogan Lovells US LLP |
| Greenberg Traurig, LLP | 1200 Seventeenth Street, Suite 1500 |
| 500 Campus Drive, Suite 400 | Denver, Colorado 80202 |
| Florham Park, New Jersey 07932 | |
| | |
| | */s/ Virginia O'Keeffe_____* |
| | Virginia O'Keeffe |

4812-4482-5194, v. 1

3