# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**DECLARATION OF MICHAEL SCHRAG IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER AND COMPLAINT**

---

I, Michael Schrag, declare and state:

1. I am an attorney and a partner at Gibbs Law Group LLP, co-counsel for Plaintiffs in the above-captioned action. I am a competent witness and can testify as to the facts set forth herein. I am a member of the Colorado bar and of this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Reply in Support of Motion to Amend Scheduling Order and Complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Association's objections and responses to Plaintiffs' second set of interrogatories and first set of requests for admission, dated December 4, 2018.

4. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts from the expert report of Maurice Robinson.

1

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts from the expert report of Jon Simon.

6. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from the expert report of Dr. Chekitan Dev.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2019 in Oakland, CA.

*/s/ Michael Schrag*
Michael Schrag