# EXHIBIT 2

**Maurice Robinson & Associates LLC**
28 Dover Place
Manhattan Beach, CA 90266

October 26, 2018

Mr. Michael Reiser
Reiser Law P.C.
1475 N. Broadway, Suite 300
Walnut Creek, CA 94546

Re: Summary of Economic Damages to the Fractional Unit Owners of the Ritz-Carlton Residence Club, Aspen Highlands from the Diminution of Value of their interests (RCHFU et al v. Marriott Vacations Worldwide Corp., et al; D. Colo. Case No. 16-cv-01301-PAB-GPG)

Dear Mr. Reiser:

## I.      Introduction

I, Maurice Robinson, CRE, ISHC, ASA, the President of Maurice Robinson & Associates LLC ("MR&A"), have been a financial consultant to the hospitality and real estate industry for forty years, including sixteen with Public Accounting firms. I have spoken over two dozen times at various industry conferences, written articles and textbook chapters, and for many years have lectured at an MBA program. I am a trained and experienced arbitrator, mediator, and licensed general real estate appraiser. My expertise includes advising clients on development planning, market feasibility, real estate valuation, deal structures, lost profits estimation, and financial issues related to hospitality development and investment. Additionally, since 2000 I have testified over 70 times in a range of venues, including jury trials in California, Illinois, Florida and Texas Courts, several AAA- and JAMS-sponsored arbitrations, Federal Bankruptcy Court, and mediations. I have also been the recipient of the top awards from my peers at the most prestigious hospitality and real estate professional organizations. My CV and testifying experience since 2014 are contained in Appendix A.

I have been retained by you to estimate the Diminution of Value damages ("DoV Damages") suffered by 234 fractional interest owners (the "Plaintiffs") of the Ritz-Carlton Residence Club, Aspen Highlands (the "Property"). The damages are alleged to have been caused by Marriott

- The Residences at Little Nell have 26 units, started selling in 2005, and sells 1/8th interests (42 days of use per year). It is the highest-priced comp in the market, and is adjacent to the luxury Little Nell Hotel.

- The Hyatt Grand Residence Club in Aspen has 53 units, started selling in 2005, and sells $1/20^{th}$ interests (about 17 days of use per year). Owners have access to Hyatt Hotels worldwide through the Hyatt "points" system.

Additionally, as a secondary indicator, I compiled sales data for the West Aspen whole-ownership condominium sales, of which there were 152 transactions in the period from 1/1/2011 through July of 2018.

## IV.   Discussion of DoV Damages Analysis

### A.   Alleged Actions by Defendants that led to the Diminution of Value at the Property

The Plaintiffs allege that a series of actions by the Defendants, beginning in 2011, caused a severe reduction in the sales prices (and thus, for the purposes of this analysis, diminution of value) of the fractional Interests at the subject Property, which continues today.

I also note that the Defendants' Appraisal firm, Cushman & Wakefield, in their December 16, 2013 appraisal of 65 of the Property's unsold fractional Interests[2], came to similar conclusions regarding the significant reduction in sales prices at the subject Property. Their opinion of value of the 65 unsold fractional Interests at the Property as of 12/3/2013 averaged $39,769, a reduction of about 86% from the original sales prices realized in 2007. Some of their appraisal report's conclusionary comments are noted below:

- "While providing greater flexibility to owners, the conversion to a points system has been perceived by existing fractional owners as diluting the exclusivity of the Ritz Carlton Club by opening specific resorts to the Marriott Vacation Club." (Cushman II 00233)

---

[2] Appraisal of Real Property, dated 12/16/2013, by Cushman & Wakefield Western, Inc. Valuation & Advisory.

Alternative Start Date C: 1/1/2014: **Table 1C**

| Total DoV Damages as of Oct-30-18 | | | |
|---|---|---|---|
| | **Principal** | **Interest to Oct-30-18** | **Total Damages** |
| For 205 Plaintiff(s) who have not sold their interest | $16,317,813 | $2,719,526 | $19,037,338 |
| For 11 Plaintiff(s) who sold between Jan-2014 and Dec-2014 | $796,877 | $182,629 | $979,505 |
| For 5 Plaintiff(s) who sold between Jan-2015 and Dec-2015 | $226,467 | $57,336 | $283,803 |
| For 6 Plaintiff(s) who sold between Jan-2016 and Dec-2016 | $286,341 | $70,061 | $356,403 |
| For 4 Plaintiff(s) who sold between Jan-2017 and Dec-2017 | $188,817 | $45,844 | $234,661 |
| For 2 Plaintiff(s) who sold between Jan-2018 and Oct-2018 | $160,251 | $22,801 | $183,051 |
| | | | |
| | | | |
| | | | |
| **Total Damages (w/Interest) as of Oct-30-18** | **$17,976,565** | **$3,098,196** | **$21,074,762** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This concludes the summary of my DoV Damages analysis at this time. If additional information becomes available, I reserve the right to revise my analysis accordingly. If you have any questions or comments about my work, please contact me at (310) 640-9656 or Maurice@MauriceRobinson.com.

Sincerely,

Maurice Robinson & Associates LLC,

By its President,

R. Maurice Robinson, ISHC, CRE, ASA