# EXHIBIT 4

IN THE UNITED STATE DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, et al,

Defendants.

EXPERT REPORT OF

CHEKITAN S. DEV, PH.D.

OCTOBER 26, 2018

1

I.  SCOPE OF REPORT

1. I have been retained by Plaintiffs' counsel as a person with specialized knowledge in this matter. I am prepared to testify to the analyses and opinions herein.

2. I have examined the co-branding[1] of the Ritz-Carlton and Marriott brands in conjunction with the cross-marketing and affiliation between the Marriott Vacation Club ("MVC") and Ritz-Carlton Destination Club ("RCDC"). Marriott International, Inc. owns both the Marriott and the Ritz-Carlton brands. Marriott International licenses the Ritz-Carlton brand to Marriott Vacations Worldwide Corporation ("MVW" or "VAC"), a defendant in this case.[2]

3. In the latter half of 2011, MVW began to use RCDC to enhance the appeal of purchasing MVC points. MVW began offering MVC members access to previously exclusive RCDC properties, and eventually permanently affiliated the Ritz-Aspen with the less exclusive and less expensive MVC points-based product. As set forth below, this "co-branding" benefits Marriott while diluting the Ritz-Carlton brand attached to the RCDC.

4. In this report, I examine this co-branding through the lens of well-known concepts in my field of expertise: the "halo effect" and the "horn effect." The halo effect is the positive impact that co-mingling a less prestigious brand with a more prestigious brand can have on the former. Conversely, the horn effect is the negative impact that this same affiliation can have on the more prestigious brand.

---

[1] Co-branding is defined here as "pairing two or more branded products (constituent brands)." *See* Washburn, Judith, Brian D. Till and Randi Priluck (2000), "Co-branding: Brand Equity and Trial Effects," *Journal of Consumer Marketing*, 17(7), p.591.
[2] VAC is Marriott Vacations Worldwide Corporation's NASDAQ symbol. Today, VAC, through its brands, Marriott Vacation Club, Ritz-Carlton Destination Club, and Grand Residences by Marriott, operates 65 resorts.

2

of the Ritz-Carlton brand and access by MVC points-based customers to RCDC, including Ritz-Aspen, benefitted MVW and harmed Plaintiffs. This blurring of the brands has diluted and tarnished the value attached to the RCDCs, consequently harming Plaintiffs.

33. Based on my extensive work in and knowledge of the hospitality industry, I know Marriott International in general, and MVW in particular, to be sophisticated about brand management. Typically, industry participants with the level of sophistication I know to exist at MVW are familiar with the halo and horn effects, and thus would have known of the consequences of marketing access to RCDC to MVC members and affiliating the MVC with Ritz Aspen.

34. Evidence shows MVW was well aware of this halo effect. For instance, in a July 2011 e-mail to MVC members, MVW announced that "[MVC] Owners with Premier and Premier Plus status can enjoy even more fabulous benefits, including access to Ritz-Carlton Destination Club resorts . . . ." Exh. MVWC29 to Deposition of Richard Hayward. MVW continued to send promotional e-mails such as this one in the following years.[24] In and around 2011 and 2012, most of MVW's promotional e-mails to MVC members (not including any e-mails to potential members or any other form of advertisement) reached over 300,000 members.[25]

35. Marriott International and Deutsche Bank had marketed the RCDC business in 2010 by stating: "With the Ritz Carlton brand as the foundation, one of the most powerful and trusted luxury brands in the world, RCDC has the expertise and capabilities to grow the [RCDC]

---

[24] *See, e.g.*, 7/26/2012 E-mail re: Marriott Destination Club Point Schedule for Ritz-Carlton Destinations, AHCA00015533-37 (stating that Premier and Premier Plus owners may "[e]njoy an exclusive vacation at one of the many remarkable locations of The Ritz-Carlton Destination Club" and listing the number of MVC points required to stay at each RCDC location); 8/24/2012 Marriott Vacation Club Insider bulletin, AHCA00018893-94 (stating that MVC members "can now enjoy even more vacation choices through the Marriott Vacation Club Destinations Exchange Program . . . Owners with Premier and Premier Plus status can use Vacation Club Points to stay in an expanded selection of Ritz-Carlton Club resorts").
[25] *See* RCDC Sample09166-76 at RCDC Sample 09176.

13

integration of the Marriott Vacation Club has had a negative impact on the market value of existing fractional interests in the Ritz Carlton Club."[43]

41. Marriott had already decided and would continue implementing its co-branding and affiliation. *See, e.g.*, 7/18/2012 "Current Assumptions," RCDC016915-16 (listing multiple RCDC properties, including the Ritz-Aspen, that would be available to [MVC] Premier and Premier Plus members); 8/24/2012 Promotional Document, AHCA00018895-97 ("The Ritz-Carlton Destination Clubs and Marriott Vacations Worldwide are pleased to announce *our* newest offering . . . ." (emphasis added)); April 2014 Letter from Aspen Board to Members, AHCA00013867-69 at AHCA00013868 (announcing the MVC Destination Exchange Program available to Ritz-Aspen members). The 2014 affiliation between the Ritz-Aspen and MVC allowed MVC members' access to the club – and thus the halo and horn effects – to become permanent.[44]

42. Co-branding the Marriott Vacation Club and Ritz-Carlton Destination Club brands has tarnished the Ritz-Carlton Destination Club brand and diminished its value. In a study of brand dilution, defined as "the lessening of the capacity of a famous mark to identify and distinguish good or services," researchers found that such dilution leads to loss of brand meaning and reduced economic value.[45]

---

[43] *Id.* at Cushman000222.
[44] *See, e.g.*, "Job Aide – Lion & Crown and MVCD Affiliation – Frequently Asked Questions," RCHC008102-8112 at RCHC008102 ("Beginning Friday, December 5, 2014 Members of The Ritz-Carlton Club, Aspen Highlands, The Ritz-Carlton Club, St. Thomas and The Ritz-Carlton Club, Lake Tahoe will have the ability to exchange through the Marriott Vacation Club Destinations exchange program (MVCD)."; 7/30/2014 e-mail from Dinda Dee, RCDC073759 ("Sales is aware of the new reservation windows. We will need to make them aware of the affiliations, (maybe in their huddles) but since they are not permitted to discuss RCDC inventory until 5/15/15, we need to create scripting for them to address questions about RCDC inventory being available to MVC owners.")
[45] Pullig, Chris, Carolyn J. Simmons, and Richard G. Netemeyer (2006), "Brand Dilution: When Do New Brands Hurt Existing Brands?," *Journal of Marketing*, 70(2), pp. 52-66.

17

43. Conversely, this co-branding has benefitted MVC by allowing it to enjoy a halo effect from its association with RCDC. *See, e.g.*, 4/12/13 E-mail from Mary Lynn Clark to Kent Jarrell and Caleb Weaver (stating that "What's In It for [MVW]" was that it could "[l]everage Aspen as an option for points-based sales") (RCDC004731); Sobeck Depo. at 227:24-228:9 (stating that MVC salesmen could tout buying MVC points as a means to stay at the Ritz-Aspen).

44. In summary, it is my professional opinion that, as a consequence of the MVC-RCDC affiliation and co-branding, MVW benefitted from a halo or positive spillover effect. At the same time, in my opinion, the affiliation caused a horn or negative spillover effect to the Ritz-Carlton branded destination club at Aspen Highlands (and others) and was thus detrimental to those who purchased Ritz-Carlton Destination Club fractional units.

Chekitan S. Dev