## **FOURTH ADDITIONAL CASE SCHEDULE ADDENDUM**

- Counsel for all parties have met and conferred, and agree to the below amended case schedule with respect to issues relating to expert disclosures and their subsequent impact on other deadlines.

### 9. CASE PLAN AND SCHEDULE

- **Plaintiffs' Deadline to Serve Supplemental Affirmative Reports of Dr. Dev and Mr. Simon concerning the SMS Survey, SMS Reports and the MVC Points pricing spreadsheets produced on December 28, 2018**: March 13, 2019

- **Defendants' Deadline to Serve Supplemental Rebuttal Reports of Dr. Israel and Dr. King**:  April 10, 2019

- **Expert Discovery Cut-off**:  May 23, 2019

- **Dispositive Motions**: June 6, 2019

- **Deadline to File Daubert Motions**: June 14, 2019

- **Deadline to File Motions *in Limine***: June 21, 2019