IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

___

**PLAINTIFFS' RESPONSE TO THE MARRIOTT DEFENDANTS' STATUS REPORT AND REQUEST OF ENTRY OF ORDER IMPLEMENTING FOURTH ADDITIONAL CASE SCHEDULE ADDENDUM**

___

Plaintiffs request a conference with the Court to discuss the schedule to complete expert discovery and prepare this case for trial.

With certain exceptions, Section B of the Marriott Defendants' recent status report (Dkt. No. 361), lays out the background concerning recently produced SMS survey data.[1] The Marriott Defendants' recently produced data captured from six years of surveys (and includes over 160,000 data points) about the factors that influence the decision of whether or not to purchase MVC points. This data is highly relevant in that it supports and enhances one of Plaintiffs' damages theories. Recognizing this, the parties agree that Plaintiffs must be allowed to serve

---

[1] Plaintiffs dispute some of the characterizations regarding the production of this SMS survey data and will be prepared to discuss these mischaracterizations at the conference, if necessary.

1

supplemental expert reports. Defendants proposed that Plaintiffs serve supplemental reports from Dr. Dev and Mr. Simon by March 13, 2019.  During a March 11, 2019 meet and confer with Marriott's counsel, Plaintiffs explained that (1) due to the voluminous amount of data, they need until March 20, 2019 to serve supplemental expert reports; and (2) in addition to reports from Mr. Simon and Dr. Dev, they intend to serve a report from an additional expert who will provide statistical modeling and analysis of the new data.  Marriott's counsel said he would consider Plaintiffs' proposal and respond, but has not responded yet.  Therefore, Plaintiffs request a brief conference with the court to resolve this matter and set the schedule for the remainder of the action. Plaintiffs propose the following schedule:

• **Plaintiffs' Deadline to Serve Supplemental Affirmative Reports of Dr. Dev and Mr. Simon (as well as a report from an additional expert) concerning the SMS Survey, SMS Reports and the MVC Points pricing spreadsheets produced on December 28, 2018**: March 20, 2019

• **Defendants' Deadline to Serve Supplemental Rebuttal Reports of Dr. Israel and Dr. King**: April 17, 2019

• **Expert Discovery Cut-off**: May 30, 2019

• **Dispositive Motions**: June 13, 2019

• **Deadline to File Daubert Motions**: June 21, 2019

• **Deadline to File Motions *in Limine***: June 28, 2019

Dated: March 13, 2019                                      Respectfully submitted,

*/s/ Michael Schrag*
Michael Schrag (CA State Bar # 185832)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
E-mail: mls@classlawgroup.com