# PLAINTIFFS' RESPONSE REGARDING SUPPLEMENTAL EXPERT CONCERNING THE MARRIOTT DEFENDANTS' LATE PRODUCTION OF STATISTICAL DATA

## Exhibit "A"



Ian S. Marx
Tel 973.360.7951
Fax 973.301.8410
MarxI@gtlaw.com

December 28, 2018

**VIA E-MAIL**

| | |
|---|---|
| Michael J. Reiser, Esq. | Tyler R. Meade, Esq. |
| Reiser Law, P.C. | The Meade Firm P.C. |
| 1475 North Broadway, Suite 300 | 1816 Fifth Street |
| Walnut Creek, California 94596 | Berkeley, California 94710 |

Re: **RCHFU, LLC v. Marriott Vacations Worldwide Corp.
Civil Case No. 16-01301 PAB (D. Colo.)**

Dear Counsel:

The Marriott Defendants will be producing today rebuttal reports by Dr. Mark Israel, Dr. Cerdwyn King and Mark Dunec, in response to plaintiffs' affirmative expert reports, which were served on October 12, 2018. As agreed, due to the changes to plaintiffs' expert report of Mr. Robinson, which we first received on December 21, 2018, the deadline for the rebuttal expert report of Alan Tantleff, in response to Mr. Robinson's report, has been adjourned for one week, and will now be produced on January 4, 2019.

The rebuttal reports of Dr. Israel and Dr. King contain certain references to information and documents the Marriott Defendants did not reasonably anticipate as using or being relevant to their defenses until after receipt of plaintiffs' expert reports and the preparation of Dr. Israel's and Dr. King's reports. As a result, this letter will supplement the Marriott Defendants' disclosures with respect to discoverable information and documents that Defendants may use to support their defenses to Plaintiffs' claims. Specifically, below is a summary of additional documents pertaining to the Marriott Defendants' defenses and the identity of persons who are likely to have discoverable information concerning them. Each individual identified below is associated with the Marriott Defendants and may be contacted only through Marriott Defendants' counsel, Ian S. Marx, Esq., Greenberg Traurig LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932, (973) 360-7900.

A. <u>Documents</u>

(i) Documents concerning surveys completed by some purchasers of MVC Points (known as an SMS survey), including the questionnaire and the

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

\* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410
NY 247803421v1

NY 247811089v1

Exhibit "A"

Michael J. Reiser, Esq. and Tyler R. Meade, Esq.
December 28, 2018
Page 2

_____

                survey results;

(ii)    Documents concerning the historical gross and net pricing of MVC Points by period (providing additional details with respect to previously produced pricing data);

(iii)   An excel spreadsheet compiled from source data concerning projections regarding pricing and sales made on or about April 30, 2010 in advance of the launch of the MVC Points product; and

(iv)   Documents concerning First Day Benefits (FDB) provided to purchasers of MVC Points, reflecting additional discounts off of the gross prices.

B.    <u>Individuals</u>

(i)     Urcil Peters, Vice President, Consumer Insights and Research, Marriott Ownership Resorts, Inc. – has knowledge concerning category A(i), above.

(ii)    Zach Sonberg – Vice President, Operational Finance, Marriott Ownership Resorts, Inc. – has knowledge concerning categories A(ii)-(iv), above.

                                            Sincerely yours,

                                            /s/ Ian S. Marx

                                            IAN S. MARX

cc:  Matthew C. Ferguson, Esq. (via e-mail)
     Linda Pham Lam, Esq. (via e-mail)
     Michael Schrag, Esq, (via e-mail)
     Daniel F. Shea, Esq, (via e-mail)
     Jessica Black Livingston, Esq. (via e-mail)

                                                                Exhibit "A"