IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG           Court Deputy: A. Barnes
Date: March 18, 2019                          Recorder: Grand Junction

RCHFU, LLC, et al.
Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,
Defendants.

_____
                        Minutes-Scheduling Conference
_____

9:00 a.m.

Appearing by telephone: Attorneys for Plaintiffs, Matthew Ferguson, Michael Reiser, and Michael Schrag; Attorneys for Marriott Defendants, Ian Marx and Philip Sellinger; and Attorney for Aspen Highlands, Jessica Livingston.

Discussion held regarding pending matters and deadlines.

ORDER: Although the Court issued an Order at ECF #368 addressing fees and costs, if the parties can agree on the amount of costs which Defendant/s shall pay to Plaintiff at an earlier time, the Court is not precluding that.

ORDER: With regard to a new expert, the Court did not rule at the hearing, but rather Orders that the parties have 10 days within which to file briefs, if they choose, to address this topic which briefs shall not exceed 10 pages in length and attachments to same shall not exceed 20 pages.

ORDER: Scheduling dates remaining in this case are held in abeyance until further Orders by the Court.

ORDER: Additional telephonic Status Conference is set for April 3, 2019 at 10:00 a.m. in Room 323/Grand Junction before Magistrate Judge Gordon P. Gallagher.

ORDER: Parties ordered to provide the Court with a written update on areas of agreement and disagreement by March 29, 2019.

Hearing concluded at: 9:50 a.m.
Hearing duration: 50 minutes