

Ian S. Marx
Tel 973.360.7951
Fax 973.301.8410
MarxI@gtlaw.com

January 4, 2019

**VIA E-MAIL**

Michael J. Reiser, Esq.
Reiser Law, P.C.
1475 North Broadway, Suite 300
Walnut Creek, California 94596

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Re: *RCHFU, LLC v. Marriott Vacations Worldwide Corp.*
    **Civil Case No. 16-01301 PAB (D. Colo.)**

Dear Counsel:

We are writing to propose dates for the depositions of the seven expert witnesses whose depositions must be completed, under the current Case Management Order, by February 14, 2019.

### FTI Depositions (Alan Tantleff and Mark Dunec)

We would like to produce Messrs. Dunec and Tantleff on consecutive (or near consecutive) days in our offices in New Jersey. We can produce Mr. Dunec for his deposition on January 15 or 16; Mr. Tantleff is available January 17 (Mr. Dunec is unavailable on the 17th and 18th).

### Depositions of Maurice Robinson and Jon Simon

Based on preliminary discussions with Linda, we assume you will be able to produce Messrs. Robinson and Simon for their depositions at an agreeable location in California on consecutive days. We have offices and can accommodate the depositions in Los Angeles, San Francisco or Irvine. We propose doing the depositions on January 24 and 25 (in whichever order works for you), or Mr. Robinson on January 28 and Mr. Simon on January 29.

### Depositions of Chekitan Dev and Ceridwyn King

We propose taking the depositions of these two east-coast based witnesses (Ithaca and Philadelphia) in our office in New Jersey, on consecutive days. We propose taking Dr. Dev on February 5 and can make Dr. King available for her deposition on February 6.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
500 Campus Drive, Suite 400 ■ Florham Park, New Jersey 07932 ■ Tel 973.360.7900 ■ Fax 973.301.8410
NY 247803421v

EXHIBIT B