# Ritz/Aspen: Update re: Peters, Sonberg Depositions, SMS Survey Documents

**MarxI@gtlaw.com**  Thu, Jan 31, 3:27 PM

to me, matt, SellingerP, levined

Mike & Matt:

This is by way of follow up concerning the depositions of Urcil Peters and Zach Sonberg.

We are continuing to work on the potential production of any summary level reports relating to the SMS surveys and expect to have an update on that shortly. Our goal is to report to you as to what documents exist, and provide them to you, so that you can review them and we can be in agreement as to the document production prior to the deposition of Mr. Peters, as it is our intention (and we understand yours too), that he be produced for deposition only once.

Assuming that we are in agreement concerning our document production as to the surveys, we can produce Messrs. Peters and Sonberg for deposition in our Orlando office on **Wednesday, February 13** (Mr. Peters can begin at 10am and Mr. Sonberg at 1pm).  As previously discussed, we can arrange for them to be available by videoconference if you would prefer that as well.

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
**Greenberg Traurig, LLP**
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T 973.360.7951  |  F 973.295.1307  |  C 917.969.1845
MarxI@gtlaw.com   |  www.gtlaw.com   |  View GT Biography



PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAI

EXHIBIT E