1    A.  Along with other attributes of the product.
2 BY MR. REISER:
3    Q.  Okay.  Out of those that answered the
4 question that was asked, if it was addressed, there
5 was a very high percentage of folks who said it was
6 important to them that they -- I'm sorry -- it was
7 important -- it was -- they were satisfied with the
8 attribute.  In other words, they were satisfied with
9 the use of the Ritz-Carlton Club?
10       MR. SELLINGER:  Objection to form.
11    A.  The question does not indicate use.  The
12 question here, as it relates to addressed, is talking
13 about communication of this feature to potential
14 customers.  So usage is not a factor in this
15 satisfaction answer.  Communication is a factor in
16 this answer.
17 BY MR. REISER:
18    Q.  Can you explain that?  How can they be
19 satisfied with it if they haven't used it?
20    A.  They're satisfied with how it was represented
21 to them during the sales presentation.
22    Q.  How do you glean that?  The question states,
23 "Next, for each feature that is important to you,
24 please indicate how satisfied you are with Marriott
25 Vacation Club for that particular feature."

Page 50

1    A.  Yeah.  It does not -- it's not asking:  How
2 satisfied are you with your experience of that?  How
3 satisfied are you with Marriott Vacation Club for
4 having that feature?  Because, again, it follows, "If
5 this topic was not addressed, indicate it did not come
6 up."
7       So they're talking about how it's represented
8 to them during the sales presentation.  They're
9 satisfied with how it was presented.  They're either
10 highly satisfied or not highly satisfied.
11    Q.  So you read this question to seek how
12 satisfied they are with the presentation at the sales
13 presentation rather than a particular feature.  Okay.
14    A.  I'm sorry.  Was there a question for me?
15    Q.  No.  Strike that question.  Sorry.
16       So turning now to the second-question
17 spreadsheets, those are starting with Exhibit 6006.
18 There was a supporting data spreadsheet that was given
19 to us in January that I've looked at.  It's really a
20 huge spreadsheet.  I didn't see anything in there
21 actually about whether -- let me ask you this.
22       Let's take 2013, 1st quarter.  In 2013, in
23 the 1st quarter, it says that 7.4 percent of the
24 people listed "use of points to stay at the
25 Ritz-Carlton Club" as an important -- as one of their

Page 51

1 top five important factors in purchasing.
2       Is that true?
3    A.  So the -- remember, there's a series of
4 questions.  What's important -- the ranking.  So not
5 everyone who answered the first may have answered the
6 second or then answered the third.
7       So this one is, of those who at least
8 identified the top five, where was Ritz-Carlton
9 placed?  Was it one of their top five?  Right?
10 Therefore, those who responded or saw the list of
11 important features -- it would've had to have been on
12 the list of the important features from the prior
13 question -- then they also had to answer, provide an
14 importance for at least one of the attributes that
15 they indicated from the first question.
16       This is the 7.4 percent who have it in their
17 top five.  And one of the top five was, "How does that
18 reflect?"  7.4 percent are those.  Again, it is in the
19 low category of top five selections.
20    Q.  What I'm asking you now, is there any way to
21 determine how many of these 7.4 percent put it as the
22 number-one choice versus the second, third, fourth, or
23 fifth?
24    A.  Not from this data I have at the moment.  And
25 regardless of whether indicated first, second , third,

Page 52

1 fourth, fifth, the top five piece, as an indicator,
2 again, we're looking at product attributes.  We're not
3 looking at promotion that helped decide the purchase.
4 We're not seeing other factors that were part of the
5 overall marketing mix that came in to address why they
6 purchased.
7       Top five is a useful signifier of potential
8 importance.  Regardless if it's number one,
9 altogether, it's still much lower than the 20 other
10 attributes above that.
11    Q.  It's actually tied with reasonable
12 maintenance fees; isn't it?
13    A.  It may be.
14    Q.  Sometimes it's higher, sometimes it's lower,
15 but they average at the end of the day as a tie.  Is
16 that --
17    A.  It may be.  But we go back to MVC resort
18 locations and destinations I'm interested in --
19 variety of MVC resort locations, ability to stay at
20 Marriott hotels and resorts, ability to check in any
21 day -- far more of those are in top fives than use of
22 points for Ritz-Carlton.
23    Q.  But the use of points to stay at the
24 Ritz-Carlton Club showed up as the top five in the
25 same percentage over time -- these five years -- as

Page 53

14 (Pages 50 - 53)