**From:** Marx, Ian (Shld-NJ-LT)
**Sent:** Thursday, February 7, 2019 5:49 PM
**To:** Michael Reiser <michael@reiserlaw.com>; Michael Schrag <mls@classlawgroup.com>
**Subject:** RE: FW: Ritz/Aspen: Update re: Peters, Sonberg Depositions, SMS Survey Documents

That's fine. If our representations in the agreement are inaccurate; you have not waived your rights to receive any such reports.

---

**From:** Michael Reiser [mailto:michael@reiserlaw.com]
**Sent:** Thursday, February 7, 2019 5:44 PM
**To:** Marx, Ian (Shld-NJ-LT) <MarxI@gtlaw.com>; Michael Schrag <mls@classlawgroup.com>
**Subject:** Fwd: FW: Ritz/Aspen: Update re: Peters, Sonberg Depositions, SMS Survey Documents

Ian:
With the change suggested by Michael Schrag below, we are good to go. Can you confirm?

Thank you,
Mike
---------- Forwarded message ---------
From: **Michael Schrag** <mls@classlawgroup.com>
Date: Thu, Feb 7, 2019 at 2:36 PM
Subject: FW: Ritz/Aspen: Update re: Peters, Sonberg Depositions, SMS Survey Documents
To: reiserlaw@gmail.com <reiserlaw@gmail.com>
Cc: Tyler Meade <tyler@meadefirm.com>, Matthew Ferguson <matt@matthewfergusonlaw.com>

> *This looks good, but you may want to add that if we learn through the other deponent or other source or document* that other reports prepared by the CIS Department exist, (which discuss the accessibility to RCDC properties), then Plaintiffs have not waived their rights to receive such reports from Defendants;

---

**From:** MarxI@gtlaw.com [mailto:MarxI@gtlaw.com]
**Sent:** Thursday, February 07, 2019 2:22 PM
**To:** michael@reiserlaw.com
**Cc:** matt@matthewfergusonlaw.com; SellingerP@gtlaw.com; levined@gtlaw.com; tyler@meadefirm.com; Michael Schrag <mls@classlawgroup.com>
**Subject:** RE: Ritz/Aspen: Update re: Peters, Sonberg Depositions, SMS Survey Documents

 Mike:

 We believe your email accurately summarizes our agreement, with the following caveats set forth in bold and italics below:

    1)    You will provide the November 2012 report promptly after we reach agreement;

    ***Response: Agreed.***

    2)    MVC is compiling a report (similar to those others provided on the first two questions) on the third question on the SMS Survey that addresses the RCDC (ie, "Next, for each figure that is important to you, please indicate how satisfied you are with MVC for that particular feature"), and will provide the report asap, but at least 24 hours before the deposition of Mr. Peters;

*Response: Agreed.*

3)      You agree and represent that the electronic storage files of the CIS Department" (or Mr. Peter's department) were searched for further reports relative to accessibility to RCDC properties, but that no additional reports were found;

*Response: We agree and represent that the CIS Department's electronic archive folder was searched for any reports summarizing survey data that concern MVC purchasers' or potential purchasers' perception of the importance or lack of importance of the ability to access RCDC properties in making a decision to purchase MVC points and that no additional reports were found.*

4)      Except for the search described in paragraph 3 above, we agree with your determination to not search for and produce any other ESI, including emails, concerning the SMS Surveys;

*Response: Agreed.*

5)      This will also confirm your representation that the November 2012 Report is the only summary report prepared by the CIS Department of which your client is aware that concerns MVC purchasers' or potential purchasers' perception of the importance or lack of importance of the ability to access RCDC properties in making a decision to purchase MVC points. Your client has undertaken a reasonable search for any such reports within the CIS Department (which included discussions with relevant members of the CIS Department and a search of CIS Department files, including the CIS Department's electronic files); but this search did not include the collection and review of Department members' other ESI. In the event it is discovered at the deposition of Mr. Peters that other reports prepared by the CIS Department exist, (which discuss the accessibility to RCDC properties), then Plaintiffs have not waived their rights to receive such reports from Defendants;

*Response: We agree and represent that the November 2012 Report is the only report summarizing survey data prepared by the CIS Department of which the CIS Department is aware that concerns MVC purchasers' or potential purchasers' perception of the importance or lack of importance of the ability to access RCDC properties in making a decision to purchase MVC points. The CIS Department has undertaken a reasonable search for any such reports within the CIS Department (which included discussions with relevant members of the CIS Department and a search of CIS Department files, including the CIS Department's electronic archive folder); but this search did not include the collection and review of Department members' other ESI. We agree that in the event it is discovered at the deposition of Mr. Peters that any of the representations made in this agreement are inaccurate, then Plaintiffs have not waived their rights to receive such reports from Defendants;*

6) We can keep both of the depositions on calendar at your Orlando office on February 13th.

*Response: Agreed.*

Please confirm that we are in agreement and we will proceed as outlined above.

Thanks,
Ian