IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

_____

**PLAINTIFFS AND THE MARRIOTT DEFENDANTS' JOINT REPORT
ON AREAS OF AGREEMENT AND DISAGREEMENT**

_____

Plaintiffs and Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Joint Report on Areas of Agreement and Disagreement in advance of the telephonic conference scheduled for April 3, 2019.

The parties are in disagreement concerning the following:

1.  Plaintiffs' Motion for Additional Remedies (ECF # 338) (the "Motion for Additional Remedies") is fully briefed and awaiting decision.  The Marriott Defendants oppose the relief sought therein.

2. Plaintiffs seek leave to identify and serve an expert report (ECF # 376).  The issue has been briefed in accordance with the Court's instructions and the Marriott Defendants oppose the relief sought by Plaintiffs.

3. Plaintiffs have filed a motion seeking leave to file a Seventh Amended Complaint (ECF # 379). The Marriott Defendants are considering whether they oppose this relief (the motion was filed during the overnight hours last night) and anticipate arriving at their position in advance of the upcoming conference.

4. The Parties agree that the Case Management Schedule needs to be amended but disagree as to the scope of the Amendment.

5. Plaintiffs request the entry of an Addendum to the Case Management Schedule as follows:

    **a. Plaintiffs' Deadline to Serve an Expert Report of Jason Bass limited to analyzing and opining on recently produced SMS survey data/reports and Supplemental Affirmative Reports of Dr. Dev and Mr. Simon concerning the recently produced SMS Survey, SMS Reports and the MVC Points pricing spreadsheet information produced on December 28, 2018**:  April 5, 2019

    **b. Defendants' Deadline to Serve Supplemental Rebuttal Reports of Dr. Israel and Dr. King**:  May 3, 2019

    **c. Expert Discovery Cut-off**:  June 14, 2019

    **d. Dispositive Motions**: June 28, 2019

    **e. Deadline to File Daubert Motions**: July 12, 2019

    **f. Deadline to File Motions *in Limine***: July 19, 2019

6. The Marriott Defendants request the entry of an Addendum to the Case Management Schedule as follows:

- **Plaintiffs' Deadline to Serve Supplemental Affirmative Reports of Dr. Dev and Mr. Simon limited to the SMS Survey, SMS Reports and the MVC Points pricing spreadsheet information produced on December 28, 2018**:  April 5, 2019

- **Defendants' Deadline to Serve Supplemental Rebuttal Reports of Dr. Israel and Dr. King**:  May 3, 2019

- **Expert Discovery Cut-off**: June 14, 2019

- **Dispositive Motions**: June 28, 2019

- **Deadline to File Daubert Motions**: July 12, 2019

- **Deadline to File Motions** *in Limine*: July 19, 2019

If Plaintiffs are permitted to serve a report from a new expert, then the Marriott Defendants would propose a revised schedule, which would allow them sufficient time to identify and submit the report of a rebuttal expert.

Dated:  March 29, 2019                      Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  *s/ Ian S. Marx*
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

GIBBS LAW GROUP LLP
By:  *s/ Michael Schrag*
Michael Schrag
505 14th Street, Suite 1100
Oakland, CA 94612
Tel: 510.350.9718 / Fax: 510.350.9701
Email:  mls@classlawgroup.com
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2019, a true and accurate copy of the foregoing **PLAINTIFFS AND THE MARRIOTT DEFENDANTS' JOINT REPORT ON AREAS OF AGREEMENT AND DISAGREEMENT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, California 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
  Condominium Association*

s/ Rebecca Zisek
    Rebecca Zisek

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*