IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## MARRIOTT DEFENDANTS' AND PLAINTIFFS' JOINT REPORT REGARDING CERTAIN PLAINTIFF DEPOSITIONS PURSUANT TO THE COURT'S APRIL 5, 2019 MINUTE ORDER

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") and Plaintiffs respectfully submit this Report in response to the Court's Minute Order entered on April 5, 2019.

1. On November 20, 2018, the Court entered an Order (Dkt. No. 322), addressing the Marriott Defendants' right to take depositions of Plaintiffs not previously deposed, providing that:

   > The Parties anticipate that the issue of individualized reliance will be resolved by the Court in a motion for summary judgment Plaintiffs will make on or before February 11, 2019 (the "Reliance Motion"). Other than depositions of plaintiffs that may be compelled before then by Court Order, the Marriott Defendants' right to depose Plaintiffs (not previously deposed), will be addressed after the Reliance Motion is decided.

2. The Reliance Motion referenced in the Court's November 20, 2018 Order is now scheduled to be made on or before July 5, 2019.

3. Plaintiffs and the Marriott Defendants agree that the Court's November 20, 2018 Order accurately reflects their agreement and understanding, that the issue of whether the Marriott Defendants have the right to take the depositions of Plaintiffs who have not yet been deposed will be addressed after the Reliance Motion is decided, and that there is nothing currently requiring the Court's resolution at this time, until the Court issues a decision on the forthcoming Reliance Motion.

Dated:  April 15, 2019

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  *s/ Ian S. Marx*
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

GIBBS LAW GROUP LLP
By:  *s/ Michael Schrag*
Michael Schrag
505 14th Street, Suite 1100
Oakland, CA 94612
Tel: 510.350.9718 / Fax: 510.350.9701
Email:  mls@classlawgroup.com
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2019, a true and accurate copy of the foregoing MARRIOTT DEFENDANTS' AND PLAINTIFFS' JOINT REPORT CONCERNING was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, California 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands Condominium Association*

s/ Rebecca Zisek
  Rebecca Zisek

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

3