IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**MARRIOTT DEFENDANTS' MEMORANDUM IN SUPPORT OF
ITS MOTION TO RESTRICT ACCESS**

Pursuant to Local Civil Rules 7.2(c) and (e), Defendants Marriott Vacations Worldwide Corporation ("MVWC"), Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Motion to Restrict Access regarding ECF #395-8 and ECF #395-9.

On April 22, 2019, Plaintiffs filed Objections to the Magistrate Judge's Order Denying their Request to Designate a New Expert to Analyze New Data (ECF #395) ("Plaintiffs' Objections"). Before filing their Objections, Plaintiffs advised that they intended to attach as exhibits to their Objections a Sales and Marketing Survey ("SMS Survey") and a November 2012 report by MVWC's Customer Intelligence Solutions Department, which analyzed the

results of the SMS Survey ("November 2012 Report").[1]  The Marriott Defendants advised at that time that they intended to move to restrict public access to these documents.  Plaintiffs' Objections were thus filed under a Level 1 restriction.  The Marriott Defendants now file this Motion to Restrict Access to ensure that the confidentiality of the SMS Survey and the November 2012 Report (which were filed at ECF #395-8 and ECF #395-9, respectively) remains protected.

Related documents concerning the SMS Survey, including an excerpted version of the SMS Survey (collectively, "SMS Documents"), were previously filed by the Marriott Defendants under a Level 1 restriction in opposition to Plaintiffs' underlying Request for Supplemental Expert Reports to Analyze Newly Produced Data.  *See* ECF #378 and its attachments.  On April 11, 2019, the Marriott Defendants filed a Motion to Restrict Access to the SMS Documents, which set forth in detail the reasons why the SMS Documents should retain their restricted status (ECF #388) ("April 11 Motion to Restrict").[2]  For the same reasons, the SMS Survey and the November 2012 Report should remain restricted from public access.

For the reasons set forth in the April 11 Motion to Restrict, which is incorporated herein by reference, the Marriott Defendants respectfully request that this Court maintain the Level 1 restriction of the SMS Survey and the November 2012 Report.

---

[1] The Marriott Defendants produced both of these documents to Plaintiffs subject to a Confidential designation under the Protective Order entered in this case (ECF #100), which Plaintiffs have not challenged.

[2] The April 11 Motion to Restrict remains pending.

Dated:  May 6, 2019					Respectfully submitted,

							GREENBERG TRAURIG, LLP

							By:  _s/ Ian S. Marx_
							Philip R. Sellinger
							Ian S. Marx
							500 Campus Drive, Suite 400
							Florham Park, NJ 07932
							Tel: 973.360.7900 / Fax: 973.301.8410
							Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com

							*Attorneys for the Marriott Defendants*

3

CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of May, 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO RESTRICT ACCESS** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, California 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands*
  *Condominium Association*

      *s/ Rebecca Zisek*
        Rebecca Zisek

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

4