IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

**DECLARATION OF IAN S. MARX IN SUPPORT OF THE MARRIOTT DEFENDANTS' RULE 37(c) MOTION TO STRIKE THE EXPERT REPORT OF JASON BASS AND THE PORTIONS OF THE SUPPLEMENTAL EXPERT REPORT OF JON SIMON THAT RELY ON THE BASS REPORT**

I, Ian S. Marx, declare and state:

    1.     I am an attorney and a Shareholder with Greenberg Traurig, LLP, attorneys for the Marriott Defendants.[1]  I have full knowledge of and am competent to testify to all matters stated herein.  I respectfully submit this Declaration in support of the Marriott Defendants' Rule 37(c) Motion to Strike the Expert Report of Jason Bass and the Portions of the Supplemental Expert Report of Jon Simon that Rely on the Bass Report.

    2.     Attached as **Exhibit A** is a true and correct copy of the Expert Report of Jason Bass, dated April 12, 2019 ("Bass Report"), without its exhibits.

    3.     Attached as **Exhibit B** is a true and correct copy of the Supplemental Expert Report of Jon Simon, dated April 12, 2019 ("Supplemental Simon Report"), without its exhibits.

---

[1] The term "Marriott Defendants" is defined in the accompanying Motion.

4.      Attached as **Exhibit C** is a true and correct copy of an April 12, 2019 letter from Plaintiffs' counsel Linda Lam, which enclosed the Supplemental Simon Report, Bass Report, and other documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2019                         _/s/ Ian S. Marx_____
Florham Park, New Jersey                         IAN S. MARX