

April 12, 2019

**VIA E-MAIL**

| | |
|---|---|
| Ian Marx | Jessica Black Livingston |
| Greenberg Traurig, LLP | Hogan Lovells LLP |
| 500 Campus Drive, Suite 400 | 1601 Wewatta St., Suite 900 |
| Florham Park, NJ 07932 | Denver, CO 80202 |
| marxi@gtlaw.com | jessica.livingston@hoganlovells.com |

Re:   *RCHFU, LLC et al. v. Marriott Vacations Worldwide Corp. et al.*
      **Case No. 1:16-cv-01301-PAB-GPG (District of Colorado)**
      Plaintiffs' Supplemental Expert Reports

Counsel,

Pursuant to the Court's 4/4/2019 order (Dkt. No. 384), Plaintiffs are producing their supplemental expert reports. Attached please find the following:

- Supplemental Expert Report of Dr. Chekitan Dev
- Supplemental Expert Report of Jon Simon, with supporting exhibits (including an analysis by Jason Bass and an updated Excel model of Mr. Simon's analysis).

Please feel free to e-mail me at lpl@classlawgroup.com or call me at 510-350-9722 with any questions.

Regards,

*/s/ Linda Lam*

Linda Lam