# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

### FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ROBERT A. SKLAR'S CLAIMS AGAINST DEFENDANTS MARRIOTT VACATIONS WORLDWIDE CORPORATION, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, RITZ-CARLTON MANAGEMENT COMPANY, LLC, COBALT TRAVEL COMPANY, LLC, INC. AND THE LION & CROWN TRAVEL CO., LLC, WITH PREJUDICE

---

Plaintiff, Robert A. Sklar, by and through his counsel, and Defendants, Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., d/b/a Marriott Vacation Club International, Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, Inc. and The Lion & Crown Travel Co., LLC, by and through their counsel, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of his claims against the above Defendants in the above-captioned matter, with each party to bear his/its own costs and fees. A Proposed Order Dismissing Plaintiff Robert A. Sklar's Claims Against Defendants with Prejudice is filed concurrently with this Stipulation.

Dated: May 16, 2019

| | |
|---|---|
| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |

| | |
|---|---|
| ___/s/ Michael J. Reiser___ | ___/s/ Matthew C. Ferguson___ |
| Michael J. Reiser, (CA State Bar #133621) | Matthew C. Ferguson, #25687 |
| Isabella Martinez, (CA State Bar #315299) | 119 South Spring, Suite 201 |
| Matthew W. Reiser, (CA State Bar #315301) | Aspen, Colorado 81611 |
| Michael J. Reiser, Jr., (CA State Bar #320452) | Telephone: (970) 925-6288 |
|  | Facsimile: (970) 925-2273 |
| 1475 N. Broadway, Suite 300 | E-mail: matt@matthewfergusonlaw.com |
| Walnut Creek, CA 94596 | *Attorney for Plaintiffs* |
| Telephone: (925) 256-0400 | |
| E-mail: michael@reiserlaw.com | |
| *Attorney for Plaintiffs* | |

| | |
|---|---|
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |

| | |
|---|---|
| */s/ Michael Schrag* | */s/ Tyler Meade* |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 12 Funston, Suite A |
| 505 14th Street, Suite 1110 | San Francisco, CA 94129 |
| Oakland, CA 94612 | Telephone: 415-724-9600 |
| Phone: (510) 350-9718 | E-mail: tyler@meadefirm.com |
| Facsimile: (510) 350-9701 | *Attorney for Plaintiffs* |
| E-mail: mls@classlawgroup.com | |
| E-mail: lpl@classlawgroup.com | |
| *Attorney for Plaintiffs* | |

| | |
|---|---|
| GREENBERG TRAURIG, LLP | HOGAN LOVELLS US LLP |

| | |
|---|---|
| /s/ *Ian S. Marx*_____ | */s/ Jessica Black Livingston*__ |
| Ian S. Marx | Jessica Black Livingston |
| 500 Campus Drive, Suite 400 | 1200 Seventeenth Street, Suite 1500 |
| Florham Park, New Jersey 07932 | Denver, Colorado 80202 |
| Phone: (303) 572-6500 | Phone: 303-899-7300 |
| Facsimile: (303) 572-6500 | Facsimile: (303) 899-7301 |
| Email: *marxI@gtlaw.com* | Email: *Jessica.livingston@hoganlovells.com* |
| *Attorneys for Defendant Marriott* | *Attorneys for Defendant Association* |

2

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of May 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ROBERT A. SKLAR'S CLAIMS AGAINST DEFENDANTS MARRIOTT VACATIONS WORLDWIDE CORPORATION, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, RITZ-CARLTON MANAGEMENT COMPANY, LLC, COBALT TRAVEL COMPANY, LLC, INC. AND THE LION & CROWN TRAVEL CO., LLC, WITH PREJUDICE** was served via CM/ECF filing system upon following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

　　　　　　　　　　　　　　　　　　　　 */s/ Debbie Swinford*
　　　　　　　　　　　　　　　　　　　　　Debbie Swinford

3