# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

### FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF GREG JACOBSON'S CLAIMS AGAINST DEFENDANTS MARRIOTT VACATIONS WORLDWIDE CORPORATION, MARRIOTT OWNERSHIP RESORTS, INC., d/b/a MARRIOTT VACATION CLUB INTERNATIONAL, RITZ-CARLTON MANAGEMENT COMPANY, LLC, COBALT TRAVEL COMPANY, LLC, INC. AND THE LION & CROWN TRAVEL CO., LLC, WITH PREJUDICE

---

The Plaintiff, Greg Jacobson, by and through his counsel, and Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., d/b/a Marriott Vacation Club International, Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, Inc. and The Lion & Crown Travel Co., LLC, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of his claims against the above Defendants in the above-captioned matter, with each party to bear his/its own costs and fees.

Dated:  May 16, 2019

| | |
|---|---|
| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| | |
| ___/s/ Michael J. Reiser_____ | |
| Michael J. Reiser, (CA State Bar # 133621) | _____/s/ Matthew C. Ferguson_____ |
| Isabella Martinez, (CA State Bar #315299) | Matthew C. Ferguson, #25687 |
| Matthew W. Reiser, (CA State Bar #315301) | 119 South Spring, Suite 201 |
| Michael J. Reiser, Jr., (CA State Bar #320452) | Aspen, Colorado 81611 |
| 1475 N. Broadway, Suite 300 | Telephone: (970) 925-6288 |
| Walnut Creek, CA 94596 | Facsimile: (970) 925-2273 |
| Telephone: (925) 256-0400 | E-mail: matt@matthewfergusonlaw.com |
| E-mail: michael@reiserlaw.com | *Attorney for Plaintiffs* |
| *Attorney for Plaintiffs* | |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| | |
| __/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 12 Funston, Suite A |
| 505 14th Street, Suite 1110 | San Francisco, CA 94129 |
| Oakland, CA 94612 | Telephone: 415-724-9600 |
| Phone: (510) 350-9718 | E-mail: tyler@meadefirm.com |
| Facsimile: (510) 350-9701 | *Attorney for Plaintiffs* |
| E-mail: mls@classlawgroup.com | |
| E-mail: lpl@classlawgroup.com | |
| *Attorney for Plaintiffs* | |
| | |
| GREENBERG TRAURIG, LLP | HOGAN LOVELLS US LLP |
| | |
| /s/ *Ian S. Marx*_____ | */s/ Jessica Black Livingston__* |
| Ian S. Marx | Jessica Black Livingston |
| 500 Campus Drive, Suite 400 | 1200 Seventeenth Street, Suite 1500 |
| Florham Park, New Jersey 07932 | Denver, Colorado 80202 |
| Phone: (303) 572-6500 | Phone:303-899-7300 |
| Facsimile: (303) 572-6500 | Facsimile: (303) 899-7301 |
| Email: *marxI@gtlaw.com* | Email:*Jessica.livingston@hoganlovells.com* |
| *Attorneys for Defendant Marriott* | *Attorneys for Defendant Association* |

2

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 16th day of May, 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF filing system upon following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                                   */s/ Debbie Swinford*
                                                   Debbie Swinford