IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' MEMORANDUM IN SUPPORT OF
ITS MOTION TO RESTRICT ACCESS REGARDING
THE DOCUMENTS FILED AT ECF #406**

---

Pursuant to Local Civil Rules 7.2(c) and (e), Defendants Marriott Vacations Worldwide Corporation ("MVWC"), Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Motion to Restrict Access regarding two documents filed at ECF #406.

On May 10, 2019, the Marriott Defendants filed a Motion to Strike the Expert Report of Jason Bass and the Portions of the Supplemental Expert Report of Jon Simon that Rely on the Bass Report ("Motion to Strike") (ECF #405). In connection with the Motion to Strike, the Marriott Defendants submitted the Expert Report of Jason Bass (the "Bass Report") and the Supplemental Expert Report of Jon Simon (the "Supplemental Simon Report") under a Level 1 restriction (ECF #406) because the Bass Report and the Supplemental Simon Report discuss,

analyze, and rely on the Marriott Defendants' confidential and competitively sensitive data, including a Sales and Marketing Survey and documents related to the Sales and Marketing Survey (collectively, the "SMS Documents").

The SMS Documents previously have been filed with the Court in connection with prior motion practice and have been the subject of two prior motions to restrict, filed by the Marriott Defendants on April 11, 2019, and May 6, 2019. *See* ECF #388 and ECF #403, respectively. The Court granted both of Marriott's motions on May 15, 2019. *See* ECF #408 and ECF #409. In support of those prior motions to restrict, the Marriott Defendants set forth in detail the reasons why the SMS Documents should retain their restricted status. *See, e.g.*, ECF #388. For the same reasons, the Bass Report and the Supplemental Simon Report, which discuss, analyze, and rely on the SMS Documents, contain sensitive and confidential business information and should remain restricted from public access.

Accordingly, for the reasons set forth in the April 11 and May 6 motions to restrict, which are incorporated by reference herein, the Marriott Defendants respectfully request that this Court, consistent with its prior Orders (ECF #408 and 409) maintain the Level 1 restriction of the Bass Report and Supplemental Simon Report.

Dated: May 24, 2019   Respectfully submitted,

GREENBERG TRAURIG, LLP

By: *s/ Ian S. Marx*
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION TO RESTRICT ACCESS REGARDING THE DOCUMENTS FILED AT ECF #406** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, California 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

*s/ Jaclyn DeMais*
   Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

3