IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

### MARRIOTT DEFENDANTS' STATUS REPORT AND REQUEST FOR ENTRY OF ORDER IMPLEMENTING FIFTH ADDITIONAL CASE SCHEDULE ADDENDUM

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Status Report and Request for Entry of Order Implementing Fifth Additional Case Schedule Addendum.

### STATEMENT OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)

Counsel have been working together to agree upon revised case management deadlines. On May 30, 2019, counsel for the Marriott Defendants circulated the proposed revised deadlines described in Paragraph 10 of this Status Report, which are set forth in the parties' Fifth Additional Case Schedule Addendum (which attached as an Exhibit to this submission). On May 31, 2019, Michael Reiser, counsel for Plaintiffs, and Jessica Black Livingston, counsel for Defendant AHCA, both indicated their agreement to these deadlines and to the entry of an Order implementing them (a proposed Order is also attached).

\* \* \*

1. On March 12, 2019, Plaintiffs requested to serve an expert report from Jason Bass, a previously undisclosed expert in statistical analysis, regarding the alleged impact of certain survey results on their damage claims. This lead to Plaintiffs' motion for leave to serve a report from Mr. Bass (ECF #376 and ECF # 377) (the "Bass Report Motion"). On April 7, 2019, the Court entered an Order denying the Bass Report Motion (ECF # 386)(the "April 7 Order"). Pursuant to the Court's Order entered on April 4, 2019, Plaintiffs were permitted to serve supplemental affirmative reports of Dr. Dev and Mr. Simon.

2. On April 12, 2019, Plaintiffs served supplemental reports from Dr. Dev and Mr. Simon. Plaintiffs also served the Bass Report, which was attached as "Exhibit A" to the Supplemental Expert Report of Jon Simon. The Supplemental Simon Report relies upon the Bass Report in reaching conclusions and opinions.

3. On April 22, 2019, Plaintiffs filed an Objection to the April 7 Order (ECF#396).

4. On May 10, 2019, the Marriott Defendants filed a motion (ECF#405) to exclude the Bass Report and, to the extent that it relies upon the Bass Report, the Supplemental Simon Report (the "Motion to Strike").

5. On May 16, 2019, the Court entered an Order (ECF#412) overruling Plaintiffs' Objections to the April 7 Order.

6. On May 24, 2019, Plaintiffs filed a response to the Motion to Strike (ECF#417), in which they indicated they were withdrawing the Bass Report and the portions of the Supplemental Simon Report that rely upon the Bass Report. Since then, the Marriott Defendants and Plaintiffs have been conferring and it appears they will be able to resolve the Motion to Strike.

7. In light of the foregoing, the parties have been meeting and conferring to arrive at an agreed upon framework to complete expert discovery and set deadlines for post-discovery

motions. Specifically, the deadline for expert depositions is currently June 21. There are seven expert witnesses to be deposed, in various locations, including the New York City area, Southern California, Philadelphia, Washington, DC and Ithaca, New York. The parties have been working together and it appears they have agreed upon a schedule that works for the witnesses and counsel, pursuant to which the first expert deposition will be on June 18, 2019 and the last one will be July 17, 2019. Thus, there is a need to extend the deadline for expert depositions from June 21 to July 17, 2019 and based upon that, the deadlines for dispositive, *Daubert* and *in limine* motions will require similar extensions.

8. The parties have thus agreed upon the following deadlines, which are reflected in the Fifth Additional Case Schedule Addendum:

| **Event** | **Current Deadline** | **Proposed Revised Deadline** |
|---|---|---|
| Defendants' Deadline to Serve Supplemental Rebuttal Reports | June 3, 2019 | June 14, 2019 |
| Expert Discovery Cut Off | June 21, 2019 | July 17, 2019 |
| Dispositive Motions | July 5, 2019 | July 29, 2019 |
| Deadline to File Daubert Motions | July 19, 2019 | August 12, 2019 |
| Deadline to File Motions in Limine | July 29, 2019 | August 19, 2019 |

9. We respectfully request that the Court enter the proposed order submitted herewith, which implements the Fifth Additional Case Schedule Addendum.

Dated: May 31, 2019

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: *s/ Ian S. Marx*

Philip R. Sellinger

3

        Ian S. Marx
        1200 Seventeenth Street, Suite 2400
        Denver, Colorado 80202
        Tel: 303.572.6500 / Fax: 303.572.6540
        500 Campus Drive, Suite 400
        Florham Park, New Jersey 07932
        Tel: 973.360.7900 / Fax: 973.301.8410
        Email:  BeerN@gtlaw.com,
        SellingerP@gtlaw.com,  MarxI@gtlaw.com

        *Attorneys for the Marriott Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of May, 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' STATUS REPORT AND REQUEST FOR ENTRY OF ORDER IMPLEMENTING FIFTH ADDITIONAL CASE SCHEDULE ADDENDUM** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, California 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

      s/ Jaclyn DeMais
        Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig,
LLP, pursuant to C.R.C.P. 121, § 1-26)*