## FIFTH ADDITIONAL CASE SCHEDULE ADDENDUM

- Counsel for all parties have met and conferred, and agree to the below amended case schedule with respect to issues relating to expert disclosures and their subsequent impact on other deadlines.

### 9. CASE PLAN AND SCHEDULE

- **Defendants' Deadline to Serve Supplemental Rebuttal Reports of Dr. Israel and Dr. King**:  June 14, 2019

- **Expert Discovery Cut-off**:  July 17, 2019

- **Deadline to File Dispositive Motions**: July 29, 2019

- **Deadline to File Daubert Motions**: August 12, 2019

- **Deadline to File Motions *in Limine***: August 19, 2019