IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## ORDER RE: FIFTH ADDITIONAL CASE SCHEDULE ADDENDUM

The Court, having considered the proposed Fifth Additional Case Schedule Addendum (which was submitted to the Court on May 31, 2019 in connection with a Status Report submitted by the Marriott Defendants), and having been advised by the parties that the AHCA Defendant and the Plaintiffs agree to the entry of this Order; and finding good cause shown, hereby ORDERS that:

The Case Plan and Schedule set forth in the Additional Case Schedule Addendum (Dkt. No. 328) shall be revised as follows:

- **Defendants' Deadline to Serve Supplemental Rebuttal Reports of Dr. Israel and Dr. King**:  June 14, 2019
- **Expert Discovery Cut-off**:  July 17, 2019
- **Deadline to File Dispositive Motions**: July 29, 2019
- **Deadline to File Daubert Motions**: August 12, 2019
- **Deadline to File Motions *in Limine***: August 19, 2019

1

Dated this  31   day of May, 2019  By:_____
                                                                                              Gordon P. Gallagher
                                                                                             United States Magistrate Judge

2