IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

### MARRIOTT DEFENDANTS' NOTICE TO WITHDRAW THEIR RULE 37(c) MOTION TO STRIKE THE EXPERT REPORT OF JASON BASS AND THE PORTIONS OF THE SUPPLEMENTAL EXPERT REPORT OF JON SIMON THAT RELY ON THE BASS REPORT (ECF#405)

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Notice to Withdraw Their Rule 37(c) Motion to Strike the Expert Report of Jason Bass and the Portions of the Supplemental Expert Report of Jon Simon that Reply upon the Bass Report (ECF#405)(the "Motion to Strike"), and state as follows:

1. On March 12, 2019, Plaintiffs requested to serve an expert report from Jason Bass, a previously undisclosed expert in statistical analysis, regarding the alleged impact of certain survey results on their damage claims. This led to Plaintiffs' motion for leave to serve a report from Mr. Bass (ECF #376 and ECF # 377) (the "Bass Report Motion"). On April 7, 2019, the Court entered an Order denying the Bass Report Motion (ECF # 386) (the "April 7 Order").

Pursuant to the Court's Order entered on April 4, 2019, Plaintiffs were permitted to serve supplemental affirmative reports of Dr. Dev and Mr. Simon.

2. On April 12, 2019, Plaintiffs served supplemental reports from Dr. Dev and Mr. Simon. Plaintiffs also served the Bass Report, which was attached as "Exhibit A" to the Supplemental Expert Report of Jon Simon. The Supplemental Simon Report relies upon the Bass Report in reaching conclusions and opinions.

3. On April 22, 2019, Plaintiffs filed an Objection to the April 7 Order (ECF#396).

4. On May 10, 2019, the Marriott Defendants filed the Motion to Strike, to exclude the Bass Report and, to the extent that it relies upon the Bass Report, the Supplemental Simon Report.

5. On May 16, 2019, the Court entered an Order (ECF#412) overruling Plaintiffs' Objections to the April 7 Order.

6. On May 24, 2019, Plaintiffs filed a response to the Motion to Strike (ECF#417), in which they indicated they were withdrawing the Bass Report and the portions of the Supplemental Simon Report that rely upon the Bass Report.

7. The parties then reached an agreement pursuant to which, on June 7, 2019, Plaintiffs served a Supplemental Expert Report of Jon Simon, which replaced the Supplemental Simon Report that had been previously served on April 12, 2019.

8. As per the parties' agreement, the June 7 Supplemental Simon Report deletes from the April 12 Report (and the Excel spreadsheets served with it) all of the objectionable portions that rely on the Bass Report (specifically, the following text of the April 12 Supplemental Simon Report has been deleted: all of page 2 (including footnote 4); the first two lines on page 3 (including footnote 5); all of section B on pages 7¬9 and, in addition, portions or

sections of the following Tabs on the Excel Model concerning volume halo damages have been deleted: Exhibit A - Summary Base; Exhibit B - Alternative 2013; Exhibit C - Alternative 2014; Exh. D & E - Damages Analysis; Exh. J - DEDUCT. Exp; and the entirety of Exh. G - Regression Results)).

9. Based on the foregoing, the Marriott Defendants withdraw their Motion to Strike (ECF#405) and respectfully request that it be removed from the docket.

Dated: June 11, 2019

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: *s/ Ian S. Marx*

Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

3

CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of June 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' NOTICE TO WITHDRAW THEIR RULE 37(c) MOTION TO STRIKE THE EXPERT REPORT OF JASON BASS AND THE PORTIONS OF THE SUPPLEMENTAL EXPERT REPORT OF JON SIMON THAT RELY ON THE BASS REPORT (ECF#405)** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 North Broadway, Suite 300
Walnut Creek, California 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands*
 *Condominium Association*

*s/ Rebecca Zisek*
   Rebecca Zisek

*(Original on file at offices of Greenberg Traurig,*
*LLP, pursuant to C.R.C.P. 121, § 1-26)*