IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-GPG

RCHFU, LLC, a Colorado limited liability company, et al.,

　　　　Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

　　　　Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

　　　　This matter is before the Court on the Stipulations for Dismissal With Prejudice [Docket Nos. 410 and 411] pursuant to Fed. R. Civ. P. 41(a)(1).

　　　　Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant).

　　　　Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to dismissal with prejudice. Therefore, all claims of plaintiffs Robert A. Sklar and  Greg Jacobson against Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC were dismissed with prejudice as of the entry of the Stipulations for Dismissal [Docket Nos. 410 and 411].

　　　　DATED June 18, 2019.