

THE RITZ-CARLTON DESTINATION CLUB

Dear Member,

In the past several years we evolved The Ritz-Carlton Destination Club for the greater enjoyment of our Members. As you are aware, three years ago, we launched a new product offering known as Portfolio, providing a flexible membership option which allows Members to enjoy participating in Ritz-Carlton Destination Club locations within the Portfolio program. As a result of the Portfolio program offering, we also extended Home Club Members the opportunity to enjoy more flexible travel by exchanging their allocated time for points through The Lion & Crown Exchange Company.

In response to Member feedback, we sought ways to provide exceptional usability through a variety of destinations and experiences. As a result, we have some changes to share with you. Not surprisingly, with the decline of the economic climate, some adjustments had to be made but in other areas we are continuing to advance forward. Rest assured that as we advance forward, nothing about your Home Club Membership has changed.

After careful consideration, The Ritz-Carlton Destination Club has made the strategic business decision to remove The Ritz-Carlton brand from The Abaco Club at Winding Bay. The unforeseen deterioration of and uncertainty surrounding global economic conditions have not only rendered this location unsustainable from a business perspective, but have limited the prospects of any enhancements in the near term.

On July 10, 2012, The Ritz-Carlton Management Company, LLC, as manager of the property known as The Ritz-Carlton Club, Kapalua Bay, exercised its right to issue a default notice pursuant to its management agreement with the Kapalua Bay Vacation Owners Association. As a result, it is the intention of The Ritz-Carlton Management Company, LLC to terminate its management agreement for The Ritz-Carlton Club, Kapalua Bay and to remove The Ritz-Carlton brand from the property at the conclusion of the applicable notice period, with termination to be effective on September 10, 2012 at 11:59 P.M. HST. Concurrently with the termination of the management agreement for The Ritz-Carlton Club, Kapalua Bay, the Kapalua Bay Condominium will no longer be a Ritz-Carlton Destination Club location. If you have future reservations or waitlist requests for Kapalua Bay, Member Services is available to assist you with making alternate arrangements.

While we understand that it may be disappointing not having The Abaco Club at Winding Bay or Kapalua Bay Condominium within the collection of Ritz-Carlton Destination Club locations, we have determined new ways to provide a variety of experiences.

Based on The Ritz-Carlton Destination Club Member feedback, additional benefits and experiences will be available through a new affiliation with Marriott Vacation Club Destinations. This affiliation will enable Ritz-Carlton Destination Club Members to expand their options.

Affiliation will extend you the opportunity to deposit your Reserved Allocation on an annual basis. Once you deposit, the following will be available for you:

- Secure available Ritz-Carlton Destination Club locations while enjoying the ability to choose the appropriate size accommodation and length of travel
- Secure any of the 51 worldwide Marriott Vacation Club Resorts, including Europe

EXHIBIT "C"

- Bank unused points into the following year
- Borrow points from the coming year
- Book any experience in the Explorer Collection which includes over 100 experiences to enjoy. The Explorer Collection will replace the current affiliation with Abercrombie & Kent Residence Club; however, the new offering will include fully escorted tours, upscale cruises, special events and packages.

To clarify, nothing about the Home Club Membership that you purchased has changed. If you wish to continue to use your Membership as you do today, you maintain the opportunity to:

- Reserve your allocated time
- Exchange your Reserved Allocation with fellow Home Club Members via the existing The Cobalt Travel Company, LLC
- Retain the ability to purchase additional Space Available Time at the prevailing per diem fee
- Continue to enjoy The Ritz-Carlton 2012 Hotel Reservation Service

Initially access to the enhancements made available through the new affiliation with Marriott Vacation Club Destinations will be complimentary and easily added to your Membership for you to enjoy. We encourage you to participate, as we feel that you will be delighted with the additional destinations and countless experiential excursions available to you when you choose not to visit your Home Club during your allocated time.

We are enthusiastic about the future of The Ritz-Carlton Destination Club and look forward to assisting you with your travel planning.

Warmest Regards,

Eveleen Babich
General Manager
The Cobalt Travel Company, LLC

628691-7