# The Ritz-Carlton Club

### Frequently Asked Questions for Members
### AUGUST 30, 2012

1. Please explain the difference between Cobalt Travel Company and The Lion & Crown Company.

   Home Club interests provide you with Allocated Time at your Home Club, based on your Interest's club calendar. The Cobalt Travel Company provides access to Club System Exchange at other Ritz-Carlton Clubs and also provides the annual Ritz-Carlton Hotel Reservation Service for participating Clubs. As Program Manager, the Cobalt Travel Company facilitates Home Club per diem usage and waitlist management and also provides dedicated Ritz-Carlton Club Member Services. Through its latest affiliation, The Cobalt Travel Company has affiliated with The Lion & Crown Travel Company, allowing Members who wish to participate the ability to access additional vacation options with their Home Club Membership.

   The Lion & Crown Travel Company manages exchange reservations and other vacation alliances outside of the Home Club system. It is through this alliance that the Abercrombie & Kent affiliation was managed, and it is through The Lion & Crown system that the planned external vacation options will be facilitated, including access to the Explorer Collection of experiences in the Marriott Vacation Clubs Destination program. Specific information will be announced in the coming fiscal quarter, but it generally will include access to private and group tours, African safaris, private vacation homes, 6-Star ocean and river cruises, accommodations in select Ritz-Carlton Hotels & Resorts, access to premier events and the ability, if a Member chooses, to access resorts that are part of the Marriott Vacation Club system.

2. Do I have to join the Lion & Crown Program?

   No. The Lion & Crown Travel program is, and has always been, completely optional for our Members. Should you choose to participate in the program, there is no cost to you to enroll, nor is there any ongoing annual cost of membership at this time. We cannot guarantee there will never be a charge but at this time it is free. If this changes in the future, you will have the option to opt out of the program.

3. Are there plans to put the remaining Ritz-Carlton Club inventory into the Marriott Vacation Club Destinations program?

   Yes. Marriott Vacations Worldwide intends to sell most of its remaining unsold Ritz-Carlton Club inventory through the Marriott Vacation Club Destinations program. A number of options were considered for this inventory, including liquidated pricing, bulk sale of inventory, transfer to the Marriott Vacation Club Destinations program and others.

   Given the current state of the luxury fractional market and the market's unlikely recovery in the near term, selling this inventory through the Marriott Vacation Club Destinations program relieves the significant financial burden of this unsold inventory in a balanced way, considering the possible impacts to all of our Members and Owners. Doing so will also create mobility between clubs for those Ritz-Carlton Club Members who choose to participate in Lion & Crown on a value for value basis with exchange denominated in points. Ritz-Carlton Members will continue to be able to participate in Home Club exchange on a time for time basis through the Cobalt Travel Company.

**EXHIBIT "J"**

4. Will Home Club Per Diem be affected by affiliation?

   No. The per diem, space available inventory will not be accessible through the Marriott Vacation Club Destinations program.

5. Will Home Club Members earn elite night credits for stays at Ritz-Carlton Clubs utilizing our allocated time?

   The Ritz-Carlton Rewards© program is owned and managed by Marriott International; therefore, any changes to the program must be approved by Marriott International. We have begun discussions with Marriott International concerning this issue and we will follow up with you on this issue in the future as our discussions progress.

6. Why can't we trade our Home Club interest in for points to stay at Ritz-Carlton Hotels?

   Marriott Vacations Worldwide will discuss this issue with Marriott International. As stated above, the Ritz-Carlton Rewards© program is owned and managed by Marriott International and therefore any changes to the program must be approved by Marriott International.

7. What are my options for resales?

   Members may list their Home Club interest for sale through third party brokers.

8. Does affiliation with Lion & Crown transfer if I resale?

   No. At this time, Home Club Memberships purchased externally are not eligible for affiliation.

9. If no, why not?

   Keeping the two product forms separate allows potential buyers to choose between a Home Club Membership which will be available on the external market and includes allocated time, access to per diem and access to the Ritz-Carlton Hotel Reservation Service OR Points Based Ownership, which provides more flexible reservation options, access to Marriott Vacation Club properties and other vacation experiences.

10. How does the Marriott Vacation Club program compare to the purchase price and points for a comparable Home Club interest?

    The programs are very different. A Ritz-Carlton Club Home Club Interest assures the Member access to a single, Home Club, pursuant to an established calendar in which certain weeks are allocated to that Member each year (along with certain other benefits). In contrast, the Marriott Vacation Club program is intended for a customer looking for a variety of travel options each year, with the comfort of established and consistent brand experience. As such, it is difficult to compare the two directly

    The point levels for access to Ritz-Carlton Club inventory were determined using many objective factors. Factors such as seasonality, size of residence, number of bedrooms, desirability or strength of the market, location within the market, level of service, and access to onsite and market driven amenities, among others were considered in determining the point values associated with each week within the Ritz-Carlton Club system. These factors were favorable for our Ritz-Carlton Clubs and the corresponding point values when compared to similar Marriott Vacation Club resorts, representing a significant premium for use of the Ritz-Carlton Club inventory. Point values will be on the website in a few weeks.

For comparison purposes, the chart below shows a sampling of typical weeks based upon the last Developer-list price for the Identified Inventory and the Developer-price for the Marriott Vacation Club Destination program. As illustrated below, the cost of entry through the Marriott Vacation Club Destination program for the same usage as compared to the comparable Home Club interest is significantly higher. In the example shown below, the price premium to purchase an equivalent amount of usage through the Marriott Vacation Club Destination program is 31% - 158% higher.

These are representative examples for illustrative purposes. Comparisons may vary based on weeks selected.

| Club | Usage | Ritz-Carlton Developer Price | MVC Destination Price |
|---|---|---|---|
| St. Thomas Sirenusa | 3 weeks (2 winter/1 summer) 2 bedroom | $65,000 | $136,000 |
| Aspen | 4 weeks (2 winter/1 summer/1 float) 2 bedroom | $168,000 | $221,000 |
| San Francisco | 5 weeks unallocated (2 prime/2 prime/1 offseason) 2 bedroom | $112,000 | $166,000 |
| Jupiter | 5 weeks (4 winter/1 summer) 2 bedroom | $90,000 | $232,000 |
| Tahoe | 3 weeks (2 winter/1 summer) 2 bedroom | $114,000 | $162,000 |
| Bachelor Gulch | 3 weeks (2 winter/1 summer) 2 bedroom | $126,060 * *(Highest Resales price 2012) | $211,000 |

Please note: While we understand that some of you purchased at a higher price point, the foregoing analysis is properly based on current market conditions.

11. Where are the Marriott Vacation Club properties located?

There are over 50 Marriott Vacation Club resorts in which you may have access, if you so choose. Please click on the link below to view: http://www.marriottvacationclub.com/vacation-resorts/marriott-vacation-club-collection.shtml

- Please note at this time you would not have access to the following:
    - Phuket, Thailand
    - 47 Park Street, London

12. Why are these changes being made now?

From mid-2009 through June, 2012, Marriott International, Inc. and Marriott Vacations Worldwide recorded losses in excess of six hundred million dollars ($600,000.00) on the Ritz-Carlton Destination Club business line. This was driven primarily by the global recession and collapsing real estate market over that period, factors none of us foresaw or could have headed off. You, our Members, have similarly seen the values from your original purchase decline. Marriott Vacations Worldwide currently owns nearly twenty-five percent (25%) of all Ritz-Carlton Club inventory, with sales pace at any reasonable price slowing to unprecedented and unsustainable level. In the meantime, Marriott Vacations Worldwide is paying club dues on these unsold fractions in excess of eleven million dollars a year, plus continues to subsidize the operating costs at a number of clubs for an additional four million dollars a year.

Over the same period, an increasing number of our Members expressed interest in expanded vacation options through their Ritz-Carlton Club Home Club interest. Demand was very high, for example, for the Abercrombie & Kent affiliation that expires at the end of this year. The addition of the voluntary Lion & Crown product enhancement allows us to quickly expand those offerings in a manner that maintains high standards for services and experiences to those Members who choose to take advantage of the program without affecting a Member's Home Club Interest. Moreover, the inclusion of the unsold inventory in the Marriott Vacation Club Destinations program is, for many reasons, more desirable than options such as liquidated pricing, broad-scale bulk sales or similar strategies being used by distressed real property developers and owners in the current market economy.

13. I don't see the question I forwarded in the FAQ's?

There were a number of questions that were either specific to a Member or asked by only one Member. For those, our team will respond directly to the Member.