Michael Reiser <reiserlaw@gmail.com>

# Fwd: Aspen Highlands Condominium Association, Inc., Tourist Accommodation Board Letter to Members

1 message

**Jen Kaplan** <jenikaplan@gmail.com>  
To: michaeljreiser@gmail.com, Reiserlaw <reiserlaw@gmail.com>

Mon, Dec 14, 2015 at 7:32 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Aspend Highlands Board of Directors <Aspenboard@ritzcarltonclub.com>
> **Date:** April 5, 2013 at 3:07:03 PM PDT
> **To:** jenikaplan@gmail.com
> **Subject: Aspen Highlands Condominium Association, Inc., Tourist Accommodation Board Letter to Members**
> **Reply-To:** Aspenboard@ritzcarltonclub.com

April 5, 2013

Dear Mr and Mrs Alexander Busansky,

Positive discussions were held today between the Board of Directors and representatives of the Ritz/Marriott, including Lee Cunningham, COO of The Ritz-Carlton Destination Club.

Ritz/Marriott representatives agree that unless a majority of Aspen Highlands Members (excluding the Marriott interests and Members not in good standing) vote in favor of doing so, the Ritz/Marriott will not include Aspen Highlands in the Marriott Vacation Club affiliation/exchange/points program.

Discussions continue on other important issues affecting Aspen Highlands, including alternatives for divesting the current inventory of Aspen Highlands units owned by Ritz/Marriott. Such inventory will not be sold through the Marriott Vacation Club trust without an additional vote of the Members.

Sincerely,

Aspen Highlands Tourist Accommodation Board of Directors

President

Vice President

Treasurer

Secretary  *Randy Mercer*     *Phillip Schneider*     *Gerald Marsden*

*Tyler Oliver*

**EXHIBIT "O"**

April 8, 2013

Dear Member:

Positive discussions were held today between the Board of Directors and representatives of the Ritz/Marriott, including Lee Cunningham, COO of The Ritz-Carlton Destination Club.

Ritz/Marriott representatives agree that unless a majority of Aspen Highlands Members (excluding the Marriott interests and Members not in good standing) vote in favor of doing so, the Ritz/Marriott will not include Aspen Highlands in the Marriott Vacation Club affiliation/exchange/points program.

Discussions continue on other important issues affecting Aspen Highlands, including alternatives for divesting the current inventory of Aspen Highlands units owned by Ritz/Marriott. Such inventory will not be sold through the Marriott Vacation Club trust without an additional vote of the Members.

Sincerely,

Aspen Highlands Tourist Accommodations Board of Directors

*Randy Mercer*
President

*Phillip Schneider*
Vice President

*Gerald Marsden*
Treasurer

*Tyler Oliver*
Secretary