# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

# NOTICE OF ERRATA
---

    Plaintiffs RCHFU, LLC et al. file this notice of errata as to the Seventh Amended Complaint filed on June 28, 2019. Dkt. No. 428. Paragraph 49 of that amended complaint includes some language that Plaintiffs intended to delete. Plaintiffs will promptly file a Corrected Seventh Amended Complaint.

Dated: July 9, 2019　　　　　　　　　　　　　　Respectfully submitted,

                                                 GIBBS LAW GROUP LLP

                                                 */s/ Linda Lam*
                                                 Michael Schrag (CA State Bar # 185832)
                                                 Linda Lam (CA State Bar# 301461)
                                                 505 14th Street, Suite 1110
                                                 Oakland, CA 94612
                                                 Telephone: (510) 350-9700
                                                 E-mail: mls@classlawgroup.com
                                                 E-mail: lpl@classlawgroup.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on July 9, 2019, I electronically filed the foregoing **Notice of Errata** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

**Jessica Black Livingston, Esq.**
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Telephone: (303) 899-7300
Fax: (303) 899-7333
jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

**Naomi G. Beer, Esq**
**Ian S. Marx, Esq.**
**Philip R. Sellinger, Esq.**
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Phone: (303) 572-6500
Fax: (303) 572-6540
BeerN@gtlaw.com
SellingerP@gtlaw.com
MarxI@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*

                    */s/ Linda Lam*