

THE RITZ-CARLTON DESTINATION CLUB

Dear Valued Members,

We are writing to provide you further information regarding certain changes announced on July 17th to the Lion & Crown Travel Company and The Ritz-Carlton Destination Club system.

First of all, we would like to assure you that nothing that you originally purchased has changed or will change as a result of the announcement mentioned above. As a Member of The Ritz-Carlton Destination Club, you will continue to enjoy at your Home Club the service levels that you have come to expect from The Ritz-Carlton brand. Rest assured that our other Ritz-Carlton Club locations will also continue to deliver on these exacting brand standards.

Access to the Home Club product you purchased — a deeded interest in a fixed unit with a rotating calendar — along with the exchange and per diem programs in your Home Club and sister Ritz-Carlton Clubs remain unchanged. Additionally, The Hotel Reservation Service remains in place with no change, subject to annual review and approval of The Ritz-Carlton Hotel Company in accordance with past practice.

We also would like to make it clear that we value you as a Member and look forward to providing the world-class service you have come to expect for your member services needs through our dedicated Ritz-Carlton Club Member Services staff and The Ritz-Carlton Hotel Company during your Club stays for many years to come.

Based on prior Member feedback, The Ritz-Carlton Destination Club team has been exploring ways to broaden the experiences available to all Ritz-Carlton Destination Club Members through external exchange affiliations. As you may know, our first outside affiliation was with Abercrombie & Kent which began over two years ago. While the experiences that affiliation provided were attractive, the imbalance in size between the two groups proved to be too great and ultimately led to the cancellation of that arrangement.

The affiliation option announced in our July 17, 2012 letter regarding the evolution of The Ritz-Carlton Destination Club is the next step in providing significantly more vacation options for our Ritz-Carlton Destination Club Members. This new option is being offered with no additional cost to current Home Club Members and participation is completely optional. Should Members decide to participate in this opportunity, they would be able to exchange one or more weeks for Lion & Crown points. This choice is an annual decision in the same way that utilizing the current sister Club exchange program is an annual decision.

**EXHIBIT "F"**

Members choosing to take advantage of the exchange program would receive points in their account that they could then use to access all of the options within the Marriott Vacation Club Destinations program. Prior to the launch of the program for Ritz-Carlton Destination Club Members, the Destinations exchange club is working to expand its luxury experience options. We anticipate that participants will be able to use their points to access oceans and river cruises on luxury lines as well as premier events such as the Masters, Fashion Week in New York City, the Kentucky Derby and more. These new options are in addition to opportunities already provided through the Destinations exchange club which offers access to more than 50 Marriott Vacation Club locations around the world, including locations such as Newport Coast, California, Aruba and Marbella, Spain. The service levels provided at these locations are aligned with standards befitting the Marriott brand and provide numerous new destinations for Members to experience through the use of their Ritz-Carlton Destination Club Membership. This affiliation option will be available for you to choose in 2013 with usage in 2014.

We are also continuing to explore exchange affiliation options that would be available exclusively to Ritz-Carlton Destination Club Members through their Membership in the Lion & Crown exchange program, such as Member access to private luxury vacation homes, affiliation with other club networks, and a variety of other experiences provided through select luxury partners.

We understand our original communication generated questions for a number of our Members and may not have fully anticipated all of your questions regarding the changes to The Ritz-Carlton Destination Club. We have received initial feedback from a few Members and your Board and would appreciate hearing from you with your comments and questions. Your feedback will allow us to communicate with you and the other Members in the upcoming weeks. We would love to hear from you directly at Member.inquiry@ritzcarltonclub.com.

We have scheduled a webinar for Members of The Ritz-Carlton Destination Club with myself and the President and Chief Executive Officer of Marriott Vacations Worldwide on August 28th at 4:00 PM Eastern Standard Time to help address questions we have received from our Members. So that we can address as many questions as possible during the webinar, please provide any feedback or questions by August 24th. To access this event please follow one of the methods below:

Via phone:
Local: 1-480-629-9645
Toll-free: 1-866-225-8754
Conference ID: 4561025

Via live webcast:
Webcast URL:
http://event.on24.com/r.htm?e=506272&s=1&k=C03EF2022A5A681002887D3AB3218910
Webcast Password: mvwc0828

Regards,

*Lee Cunningham*

Lee Cunningham
Executive Vice President & Chief Operating Officer
The Ritz-Carlton Destination Club