# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

Marriott Vacations Worldwide Corporation, et al.,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>All Plaintiffs</u>

    DATED at Oakland, California this 11th day of July 2019.

    Respectfully submitted,

By: */s/ Sam Ferguson*
Sam Ferguson, Esq.
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Tel: (415) 724-9600
sam@meadefirm.com

1

2

## **CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that on this 11th day of July 2019, a true and accurate copy of the foregoing **ENTRY OF APPEARANCE OF COUNSEL** will be filed and served via CM/ECF filing system upon following:

| | |
|---|---|
| Philip R. Sellinger, Esq. | Naomi G. Beer, Esq. |
| Ian S. Marx, Esq. | Greenberg Traurig, LLP |
| Roger B. Kaplan, Esq. | 1200 17th Street, Suite 2400 |
| Todd Lawrence Schleifstein, Esq. | Denver, CO 80202 |
| Jaclyn DeMais, Esq. | beern@gtlaw.com |
| Greenberg Traurig, LLP | |
| 500 Campus Drive, Suite 400 | David L. Masters |
| Florham Park, N\|J 07932 | Masters Viner P.C. |
| SellingerP@gtlaw.com | 152 Colorado Avenue |
| KaplanR@gtlaw.com | Monstrose, CO 81401 |
| MarxI@gtlaw.com | dlm@mastersviner.com |
| schleifsteinT@gtlaw.com | |
| demaisj@gtlaw.com | |

                                            */s/ Sam Ferguson*