# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

    Plaintiffs,

v.

Marriott Vacations Worldwide Corporation, et al.,

    Defendants.

_____

## ENTRY OF APPEARANCE OF COUNSEL
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>All Plaintiffs</u>

    DATED at San Francisco, California this 11th day of July 2019

    Respectfully submitted,

    By: */s/ Seena Forouzan*
    Seena Forouzan, Esq.
    THE MEADE FIRM p.c.
    12 Funston Ave., Suite A
    San Francisco, CA 94129
    Tel: (415) 724-9600
    seena@meadefirm.com

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 11th day of July 2019, a true and accurate copy of the foregoing **ENTRY OF APPEARANCE OF COUNSEL** will be filed and served via CM/ECF filing system upon following:

Philip R. Sellinger, Esq.
Ian S. Marx, Esq.
Roger B. Kaplan, Esq.
Todd Lawrence Schleifstein, Esq.
Jaclyn DeMais, Esq.
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, N|J 07932
SellingerP@gtlaw.com
KaplanR@gtlaw.com
MarxI@gtlaw.com
schleifsteinT@gtlaw.com
demaisj@gtlaw.com

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
beern@gtlaw.com

David L. Masters
Masters Viner P.C.
152 Colorado Avenue
Monstrose, CO 81401
dlm@mastersviner.com

*/s/ Seena Forouzan*

2