IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

     Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

     Defendants.

---

## MARRIOTT DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO SEVENTH AMENDED COMPLAINT

Defendants Marriott Vacations Worldwide Corporation ("MVWC"), Marriott Ownership Resorts, Inc. ("MORI"), The Ritz-Carlton Management Company, LLC ("RCMC"), The Cobalt Travel Company, LLC ("Cobalt") and The Lion & Crown Travel Co., LLC ("L&C") (collectively, the "Marriott Defendants"), by and through their undersigned counsel, Greenberg Traurig, LLP, as and for their Answer to Plaintiffs' Seventh Amended Complaint (the "Complaint"), respond as follows:

### I.  INTRODUCTION AND BACKGROUND

1.  Deny the allegations of paragraph 1, except admit that this lawsuit concerns fractional interests in the Ritz-Carlton Club Aspen Highlands, located in Aspen, Colorado.

2.  Deny the allegations of paragraph 2, except admit that Marriott Ownership Resorts Inc. ("MORI") was created in 1984 to, among other things, operate certain timeshare properties, that The Monarch on Hilton Head Island Report became the first MORI resort in 1984, and that by 2009, there were over 400,000 persons who owned timeshare interests in Marriott Resorts.

3.   Deny the allegations of paragraph 3, except admit that The Ritz-Carlton Club was established in 1999, and that fractional interests were sold at The Ritz-Carlton Club, Aspen Highlands and at certain other properties.

4.   Deny the allegations of paragraph 4, except admit that, between 2001 and 2012, fractional ownership interests were sold at one or more of the Resorts identified in this paragraph.

5.   Deny the allegations of paragraph 5, except deny knowledge or information sufficient to form a belief as to the truth as to those allegations concerning the actions of certain unidentified non-parties.

6.   Deny the allegations of paragraph 6, except deny knowledge or information sufficient to form a belief as to the truth of those allegations concerning Plaintiffs' purchases of fractional interests at the Resort.

7.   Admit the allegations of paragraph 7.

8.   Deny the allegations of paragraph 8, and state that the document referenced in paragraph 8 speaks for itself and is the best evidence of its contents.

9.   Deny the allegations of paragraph 9.

10. Deny the allegations of paragraph 10.

## II.   JURISDICTION AND VENUE

11. Paragraph 11 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants admit the allegations of paragraph 11.

*ACTIVE 44417688v3*

12. Paragraph 12 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants admit that venue in this action was properly laid.

### III.   PARTIES

**A. Plaintiffs**

13.

 a) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(a), except admit that the transaction described in this paragraph took place on or about the date alleged.

 b) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(b), except admit that the transaction described in this paragraph took place on or about the date alleged.

 c) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(c), except admit that the transaction described in this paragraph took place on or about the date alleged.

 d) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(d), except admit that the transaction described in this paragraph took place on or about the date alleged.

 e) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(e), except admit that the transaction described in this paragraph took place on or about the date alleged.

 f)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(f), except admit that the transaction described in this paragraph took place on or about the date alleged.

3

g) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(g), except admit that the transaction described in this paragraph took place on or about the date alleged.

h) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(h), except admit that the transaction described in this paragraph took place on or about the date alleged.

i) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(i), except admit that the transaction described in this paragraph took place on or about the date alleged.

j) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(j), except admit that the transaction described in this paragraph took place on or about the date alleged.

k) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(k), except admit that the transaction described in this paragraph took place on or about the date alleged.

l) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(l), except admit that the transaction described in this paragraph took place on or about the date alleged.

m) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(m), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

n) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(n), except admit that the transaction described in this paragraph took place on or about the date alleged.

o) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(o), except admit that the transaction described in this paragraph took place on or about the date alleged.

p) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(p), except admit that the transaction described in this paragraph took place on or about the date alleged.

q) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(q), except admit that the transaction described in this paragraph took place on or about the date alleged.

r)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(r), except admit that the transaction described in this paragraph took place on or about the date alleged.

s)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(s), except admit that the transaction described in this paragraph took place on or about the date alleged.

t)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(t), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

u) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(u), except admit that the transactions described in this paragraph took place on or about the dates alleged.

v) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(v), except admit that the transaction described in this paragraph took place on or about the date alleged.

w) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(w), except admit that the transaction described in this paragraph took place on or about the date alleged.

x) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(x), except admit that the transaction described in this paragraph took place on or about the date alleged.

y) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(y), except admit that the transaction described in this paragraph took place on or about the date alleged.

z) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(z), except admit that the transaction described in this paragraph took place on or about the date alleged.

aa) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aa), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

bb)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bb), except admit that the transaction described in this paragraph took place on or about the date alleged.

cc)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dd)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dd), except admit that the transaction described in this paragraph took place on or about the date alleged.

ee)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ff) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ff), except admit that the transaction described in this paragraph took place on or about the date alleged.

gg)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(gg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hh)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hh), except admit that the transaction described in this paragraph took place on or about the date alleged.

ACTIVE 44417688v3

ii) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jj) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kk)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kk), except admit that the transaction described in this paragraph took place on or about the date alleged.

ll) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ll), except admit that the transactions described in this paragraph took place on or about the dates alleged.

mm)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nn)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oo)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oo), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

pp)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qq)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rr) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rr), except admit that the transaction described in this paragraph took place on or about the date alleged.

ss) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tt) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uu)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vv)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vv), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

ww)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xx)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xx), except admit that the transactions described in this paragraph took place on or about the dates alleged.

yy)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zz)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaa)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaa), except admit that the transactions described in this paragraph took place on or about the dates alleged.

bbb)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

ccc)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

ddd)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eee)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eee), except admit that the transaction described in this paragraph took place on or about the date alleged.

fff)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(fff), except admit that the transaction described in this paragraph took place on or about the date alleged.

ggg)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhh)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iii)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjj)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

kkk)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

lll)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(lll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmm)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmm), except admit that the transactions described in this paragraph took place on or about the dates alleged.

nnn)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

ooo)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

ppp)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqq)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

rrr)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

sss)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(sss), except admit that the transaction described in this paragraph took place on or about the date alleged.

ttt)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuu)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvv)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

www)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(www), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxx)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyy)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzz)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaa)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbb)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbb), except admit that the transactions described in this paragraph took place on or about the dates alleged.

cccc)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dddd)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eeee)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ffff)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

gggg)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(gggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhh)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiii)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjj)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkk)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

llll)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(llll), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

mmmm)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnn)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oooo)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pppp)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pppp), except admit that the transactions described in this paragraph took place on or about the dates alleged.

qqqq)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrr)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrr), except admit that the transactions described in this paragraph took place on or about the dates alleged.

ssss)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

tttt)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tttt), except admit that the transactions described in this paragraph took place on or about the dates alleged.

uuuu)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvv)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwww)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxx)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyy)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzz)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

aaaaa)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbb)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

ccccc)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

ddddd)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ddddd), except admit that the transactions described in this paragraph took place on or about the dates alleged.

eeeee)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

fffff)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(fffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

ggggg)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggggg), except admit that the transactions described in this paragraph took place on or about the dates alleged.

*ACTIVE 44417688v3*

hhhhh)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiii)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjj)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkk)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

lllll)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(lllll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmmm)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnnn)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

19

ooooo)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

ppppp)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqq)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrr)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

sssss)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(sssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

ttttt)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuu)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

vvvvv)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvv), except admit that the transactions described in this paragraph took place on or about the dates alleged.

wwwww) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxx)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyy)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyy), except admit that the transactions described in this paragraph took place on or about the dates alleged.

zzzzz)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaa)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbbb)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

cccccc)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dddddd)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dddddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

eeeeee)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ffffff)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ffffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

gggggg)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(gggggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhhhh)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiiii)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjjj)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkkk)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

llllll)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(llllll), except admit that the transactions described in this paragraph took place on or about the dates alleged.

mmmmmm)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

nnnnnn)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oooooo)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pppppp)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

qqqqqq)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrrr)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

ssssss)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ssssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tttttt)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuuu)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvvv)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwwwww)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwwwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxxx)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyyy)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzzzz)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaaa)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbbbb)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbbbb), except admit that the transactions described in this paragraph took place on or about the dates alleged.

ccccccc)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ccccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

ddddddd)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ddddddd), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

eeeeeee)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

fffffff)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(fffffff), except admit that the transaction described in this paragraph took place on or about the date alleged.

ggggggg)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggggggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhhhhh)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiiiii)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjjjj)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkkkk)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

lllllll)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(lllllll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmmmmm)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmmmm), except admit that the transactions described in this paragraph took place on or about the dates alleged.

nnnnnnn) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

ooooooo) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ooooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

ppppppp) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ppppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqqqq) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrrrr)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

sssssss)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(sssssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

ttttttt)     Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ttttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

uuuuuuu) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvvvv) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwwwwww)      Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13, except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxxxx) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13, except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyyyy) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

zzzzzzz)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaaaa) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

bbbbbbbb)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(bbbbbbbb), except admit that the transaction described in this paragraph took place on or about the date alleged.

cccccccc) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(cccccccc), except admit that the transaction described in this paragraph took place on or about the date alleged.

dddddddd)        Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(dddddddd), except admit that the transactions described in this paragraph took place on or about the dates alleged.

eeeeeeee) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(eeeeeeee), except admit that the transaction described in this paragraph took place on or about the date alleged.

ffffffff)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ffffffff), except admit that the transactions described in this paragraph took place on or about the dates alleged.

*ACTIVE 44417688v3*

ggggggggg)         Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ggggggggg), except admit that the transaction described in this paragraph took place on or about the date alleged.

hhhhhhhh)         Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(hhhhhhhh), except admit that the transaction described in this paragraph took place on or about the date alleged.

iiiiiiii)         Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(iiiiiiii), except admit that the transaction described in this paragraph took place on or about the date alleged.

jjjjjjjj)         Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(jjjjjjjj), except admit that the transaction described in this paragraph took place on or about the date alleged.

kkkkkkkk)         Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(kkkkkkkk), except admit that the transaction described in this paragraph took place on or about the date alleged.

llllllll)         Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(llllllll), except admit that the transaction described in this paragraph took place on or about the date alleged.

mmmmmmmm)  Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(mmmmmmmm), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

nnnnnnnn)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(nnnnnnnn), except admit that the transaction described in this paragraph took place on or about the date alleged.

oooooooo)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(oooooooo), except admit that the transaction described in this paragraph took place on or about the date alleged.

pppppppp)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(pppppppp), except admit that the transaction described in this paragraph took place on or about the date alleged.

qqqqqqqq)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(qqqqqqqq), except admit that the transaction described in this paragraph took place on or about the date alleged.

rrrrrrrr)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(rrrrrrrr), except admit that the transaction described in this paragraph took place on or about the date alleged.

ssssssss)   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(ssssssss), except admit that the transaction described in this paragraph took place on or about the date alleged.

tttttttt)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(tttttttt), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

uuuuuuuu)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(uuuuuuuu), except admit that the transaction described in this paragraph took place on or about the date alleged.

vvvvvvvv)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(vvvvvvvv), except admit that the transaction described in this paragraph took place on or about the date alleged.

wwwwwwww)    Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(wwwwwwww), except admit that the transaction described in this paragraph took place on or about the date alleged.

xxxxxxxx)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(xxxxxxxx), except admit that the transaction described in this paragraph took place on or about the date alleged.

yyyyyyyy)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(yyyyyyyy), except admit that the transaction described in this paragraph took place on or about the date alleged.

zzzzzzzz) Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(zzzzzzzz), except admit that the transaction described in this paragraph took place on or about the date alleged.

aaaaaaaaa)       Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13(aaaaaaaaa), except admit that the transaction described in this paragraph took place on or about the date alleged.

*ACTIVE 44417688v3*

**B.   <u>Defendants</u>**

14. Deny the allegations of paragraph 14, except admit those allegations specifically concerning the state of incorporation and address of MVW.

15. Deny the allegations of paragraph 15, except admit those allegations specifically concerning the state of incorporation, address, and authorization of MORI.

16. Admit the allegations of paragraph 16.

17. Admit the allegations of paragraph 17.

18. Admit the allegations of paragraph 18.

19. Admit the allegations of paragraph 19.

## IV.   <u>FACTUAL ALLEGATIONS</u>

20. Paragraph 20 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

21. Admit the allegations of paragraph 21.

22. Refer to the document referenced in paragraph 22, which speaks for itself and is the best evidence of its contents.

23. Refer to the document referenced in paragraph 23, which speaks for itself and is the best evidence of its contents.

24. Paragraph 24 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23, except state that the documents referenced in paragraph 25 speak for themselves and are the best evidence of their contents.

26. Refer to the document referenced in paragraph 26, which speaks for itself and is the best evidence of its contents.

27. Refer to the document referenced in paragraph 27, which speaks for itself and is the best evidence of its contents.

28. Refer to the document referenced in paragraph 28, which speaks for itself and is the best evidence of its contents.

29. Refer to the document referenced in paragraph 29, which speaks for itself and is the best evidence of its contents.

30. Refer to the document referenced in paragraph 30, which speaks for itself and is the best evidence of its contents.

31. Refer to the document referenced in paragraph 31, which speaks for itself and is the best evidence of its contents.

32. Refer to the document referenced in paragraph 32, which speaks for itself and is the best evidence of its contents.

33. Refer to the document referenced in paragraph 33, which speaks for itself and is the best evidence of its contents.

34. Refer to the document referenced in paragraph 34, which speaks for itself and is the best evidence of its contents.

35. Refer to the document referenced in paragraph 35, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 35.

36. Refer to the document referenced in paragraph 36, which speaks for itself and is the best evidence of its contents.

34

37. Paragraph 37 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 37.

38. Paragraph 38 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 38.

39. Refer to the document referenced in paragraph 39, which speaks for itself and is the best evidence of its contents, and otherwise admit the allegations of paragraph 39.

40. Refer to the document referenced in paragraph 40, which speaks for itself and is the best evidence of its contents.

41. Refer to the document referenced in paragraph 41, which speaks for itself and is the best evidence of its contents, and otherwise admit the allegations of paragraph 41.

42. Paragraph 42 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 42.

43. Paragraph 43 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 43.

44. Paragraph 44 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 44.

45. Refer to the document referenced in paragraph 45, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 45.

46. Refer to the document referenced in paragraph 46, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 46.

47. Paragraph 47 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 47.

48. Paragraph 48 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 48.

49. Defendants deny the allegations of paragraph 49, except admit that, to the best of the Defendants' knowledge, the Association never requested a copy of the 2013 Affiliation Agreement.

50. Paragraph 50 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 50.

51. Defendants deny the allegations of paragraph 51.

52. Paragraph 52 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, Defendants deny the allegations of paragraph 52.

53. Refer to the document referenced in paragraph 53, which speaks for itself and is the best evidence of its contents.

54. Refer to the document referenced in paragraph 54, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 54.

55. Refer to the document referenced in paragraph 55, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 55.

56. Refer to the document referenced in paragraph 56, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 56 except admit that RC Management no longer manages the Ritz-Carlton, Bachelor Gulch and the Ritz-Carlton, Jupiter Resorts.

57. Refer to the document referenced in paragraph 57, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 57.

58. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58 and refer to the document referenced in paragraph 58, which speaks for itself and is the best evidence of its contents.

59. Refer to the document referenced in paragraph 59, which speaks for itself and is the best evidence of its contents.

60. Refer to the documents referenced in paragraph 60, which speak for themselves and are the best evidence of their contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60.

61. Refer to the document referenced in paragraph 61, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 61.

62. Refer to the documents referenced in paragraph 62, which speak for themselves and are the best evidence of their contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62.

63. Refer to the document referenced in paragraph 63, which speaks for itself and is the best evidence of its contents.

*ACTIVE 44417688v3*

64. Refer to the document referenced in paragraph 64, which speaks for itself and is the best evidence of its contents.

65. Refer to the document referenced in paragraph 65, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 65.

66. Refer to the document referenced in paragraph 66, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66.

67. Refer to the document referenced in paragraph 67, which speaks for itself and is the best evidence of its contents.

68. Refer to the document referenced in paragraph 68, which speaks for itself and is the best evidence of its contents.

69. Refer to the document referenced in paragraph 69, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69.

70. Refer to the document referenced in paragraph 70, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70.

71. Refer to the document referenced in paragraph 71, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 71.

72.   Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72.

*ACTIVE 44417688v3*

73. Refer to the document referenced in paragraph 73, which speaks for itself and is the best evidence of its contents.

74. Deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74.

75. Refer to the document referenced in paragraph 75, which speaks for itself and is the best evidence of its contents.

76. Refer to the document referenced in paragraph 76, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 76.

77. Refer to the document referenced in paragraph 77, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77.

78. Refer to the document referenced in paragraph 78, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 78.

79. Refer to the document referenced in paragraph 79, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79.

80. Refer to the document referenced in paragraph 80, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 80.

81. Refer to the document referenced in paragraph 81, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81.

*ACTIVE 44417688v3*

82. Refer to the document referenced in paragraph 82, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 82.

83. Refer to the documents referenced in paragraph 83, which speak for themselves and are the best evidence of their contents, and otherwise deny the allegations of paragraph 83.

84. Admit that there was not a vote to provide the Plaintiffs and all Aspen Highlands Members the opportunity to exchange a week of their allocated time for points within the MVCD exchange program because Plaintiffs and all Aspen Highlands Members were provided with a survey with respect to whether the Aspen Highlands Members would like such opportunity. Also admit that there was no vote concerning the sale of Defendants' unsold inventory of Aspen Highlands units through the Marriott Vacation Club trust, and otherwise deny the allegations of paragraph 84.

85. Deny the allegations of paragraph 85.

86. Deny the allegations of paragraph 86.

87. Deny the allegations of paragraph 87.

88. Refer to the document referenced in paragraph 88, which speaks for itself and is the best evidence of its contents.  Admit that the Acknowledgement and Joinder was signed on or about April 24, 2014 and that, to the best of the Defendants' knowledge, the 2013 Affiliation Agreement was not requested, and otherwise deny the allegations of paragraph 88.

89. Paragraph 89 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

90. Refer to the document referenced in paragraph 90, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 90.

*ACTIVE 44417688v3*

91. Refer to the document referenced in paragraph 91, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 91.

92. Refer to the document referenced in paragraph 92, which speaks for itself and is the best evidence of its contents, and otherwise deny the allegations of paragraph 92.

93. Refer to the document referenced in paragraph 93, which speaks for itself and is the best evidence of its contents, and otherwise deny knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 93.

94. Deny the allegations of paragraph 94, except admit that an affiliation has taken place to provide the Plaintiffs and all Aspen Highlands Members the opportunity to exchange a week of their allocated time for points within the MVCD exchange program.

95. Deny the allegations of paragraph 95.

96. Deny the allegations of paragraph 96.

### V.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### (Breach of Fiduciary Duty)

97. Repeat and re-allege the responses in paragraphs 1 through 96 as if fully set forth herein.

98.  Paragraph 98 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

99. Deny the allegations of paragraph 99, and state the allegations in this claim that are based on the alleged failure to enforce, violation of, and failure to disclose a violation of certain provisions of the Master Declaration and Declaration of Condominium were dismissed by Order dated March 29, 2018; therefore no response to these allegations is required.

100.     Deny the allegations of paragraph 90, and state the allegations in this claim that are based on the alleged failure to enforce, violation of, and failure to disclose a violation of

41

certain provisions of the Master Declaration and Declaration of Condominium were dismissed by Order dated March 29, 2018; therefore no response to these allegations is required.

101.     Deny the allegations of paragraph 101.

102.     Deny the allegations of paragraph 102.

103.     Deny the allegations of paragraph 103.

104.     Paragraph 104 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.  The document referenced in paragraph 104 speaks for itself and is the best evidence of its contents.

105.     Deny the allegations of paragraph 105.

106.     Deny the allegations of paragraph 106.

107.     Deny the allegations of paragraph 107.

## SECOND CAUSE OF ACTION
### (Constructive Fraud)

108.     Repeat and re-allege the responses in paragraphs 1 through 107 as if fully set forth herein.

109.     Paragraph 109 consists of legal conclusions to which no response is required, but to the extent those conclusions are based on factual allegations, those allegations are denied.

110.     Deny the allegations of paragraph 110.

111.     Deny the allegations of paragraph 111, and state the allegations in this claim that are based on provisions in certain governing documents which purportedly entitled Plaintiffs to vote on the affiliation between the Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program were dismissed by Order dated March 29, 2018; therefore no response to these allegations is required.

42

112.     Deny the allegations of paragraph 112, except deny knowledge or information sufficient to form a belief as to the truth of those allegations concerning the actions or intentions of Plaintiffs.

113.     Deny the allegations of paragraph 113.

114.     Deny the allegations of paragraph 114.

115.     Deny the allegations of paragraph 115.

116.     Deny the allegations of paragraph 116.

117.     Deny the allegations of paragraph 117.

### THIRD CAUSE OF ACTION
### (Aiding and Abetting Breach of Fiduciary Duty and Constructive Fraud)

118.     Repeat and re-allege the responses in paragraphs 1 through 117 as if fully set forth herein.

119.     Deny the allegations of paragraph 119.

120.     Deny the allegations of paragraph 120.

121.     Deny the allegations of paragraph 121.

122.     Deny the allegations of paragraph 122.

123.     Deny the allegations of paragraph 123.

124.     Deny the allegations of paragraph 124.

125.     Deny the allegations of paragraph 125.

126.     Deny the allegations of paragraph 126.

### FOURTH CAUSE OF ACTION
### (Conspiracy)

127.     Repeat and re-allege the responses in paragraphs 1 through 126 as if fully set forth herein.

*ACTIVE 44417688v3*

128.      Deny the allegations of paragraph 128.

129.      Deny the allegations of paragraph 129.

130.      Deny the allegations of paragraph 130.

131.      Deny the allegations of paragraph 131.

132.      Deny the allegations of paragraph 132.

133.      Deny the allegations of paragraph 133.

### FIFTH CAUSE OF ACTION
### (Unjust Enrichment)

134.      Repeat and re-allege the responses in paragraphs 1 through 133 as if fully set forth

herein.

135.      Deny the allegations of paragraph 134.

136.      Deny the allegations of paragraph 135.

137.      Deny the allegations of paragraph 136.

138.      Deny the allegations of paragraph 137.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have not suffered any injury or damages, and the Marriott Defendants are not

liable to them for any injury or damage, or in the alternative, any damages that Plaintiffs may

have suffered were caused by their own conduct, or by supervening, intervening or alternative

causes or parties over which the Marriott Defendants did not have control.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have failed to take reasonable steps to mitigate, alter, reduce, or otherwise

diminish their alleged damages, including without limitation, any alleged damages that they have

44

suffered as a result of the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program (including without limitation, by indicating approval of such affiliation on surveys or failing to respond to surveys concerning such affiliation), and accordingly, are barred from recovery of any damages that might have been prevented by such mitigation.

### FOURTH AFFIRMATIVE DEFENSE

All of the Marriott Defendants' alleged conduct was permitted by the parties' contractual documents and by governing law, including without limitation, the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Marriott Defendants' conduct has at all times been undertaken with legitimate business justification and in reasonable and good faith belief in the lawfulness of their actions.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any form of equitable relief because they have adequate remedies at law.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to any form of equitable relief pursuant to the doctrine of laches, including without limitation, by failing to respond to surveys concerning the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the limitations of liability and limitation of remedies provisions in their Purchase Contracts, which prohibit recovery for diminution in the market value of their fractional ownership interests.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of accord and satisfaction.

### TENTH AFFIRMATIVE DEFENSE

*ACTIVE 44417688v3*

Plaintiffs' claims are barred by the doctrines of waiver and estoppel, including without limitation, by failing to raise any objection to the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations program.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims for breach of fiduciary duty and aiding and abetting breach of fiduciary duty are barred because no fiduciary relationship existed between any Marriott Defendant and any Plaintiff, and therefore no fiduciary duties arose.

### TWELFTH AFFIRMATIVE DEFENSE

The Marriott Defendants are not liable to Plaintiffs for exemplary damages because Plaintiffs have not suffered any injury or damages, and to the extent Plaintiffs have suffered any injuries, they were not attended by circumstances of fraud; any damages Plaintiffs may have suffered were caused by their own conduct, or by supervening, intervening or alternative causes or parties over which the Marriott Defendants did not have control; and the Marriott Defendants' conduct was not willful, wanton, or without regard to the rights of Plaintiffs.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendants intend to rely on any additional affirmative defenses that become available or apparent during discovery, and thus reserve the right to amend this Answer to assert such additional defenses.

### RESPONSE TO PLAINTIFFS' DEMAND FOR JURY TRIAL

Marriott Defendants object to Plaintiffs' demand for a jury trial on the basis that it is barred by agreement of the parties.

### PRAYER FOR RELIEF

WHEREFORE, the Marriott Defendants demand judgment:

(a)    Dismissing the Complaint with prejudice;

(b)    Awarding the Marriott Defendants the reasonable attorneys' fees and costs that they have incurred in connection with this action; and

*ACTIVE 44417688v3*

(c)     Granting the Marriott Defendants such other and further relief as this Court may deem just and proper.

Dated:  July 12, 2019                    Respectfully submitted,

                                         GREENBERG TRAURIG, LLP

                                  By:    *s/ Ian S. Marx*
                                         Ian S. Marx
                                         1200 Seventeenth Street, Suite 2400
                                         Denver, Colorado 80202
                                         Tel: 303.572.6500 / Fax: 303.572.6540
                                         500 Campus Drive, Suite 400
                                         Florham Park, New Jersey 07932
                                         Tel: 973.360.7900 / Fax: 973.301.8410
                                         Email:  MarxI@gtlaw.com

                                         *Attorneys for the Marriott Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of July 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO SEVENTH AMENDED COMPLAINT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler Meade
The Meade Firm P.C.
12 Funston Avenue, Suite A
San Francisco, California 94129
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Andrew Nussbaum
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Aspen Highlands
 Condominium Association*

<u>*s/ Jaclyn DeMais*</u>
    Jaclyn DeMais

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

48