# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION

Plaintiffs hereby move the Court for permission to file a motion for partial summary judgment against the Association and the Marriott Defendants that exceeds the page limitation set forth in Rule III(F)(3)(a) of this Court's Practice Standards by no more than five pages. As grounds for the present motion, Plaintiffs state as follows:

### CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a), counsel for Plaintiffs conferred with counsel for the Association as well as counsel for the Marriott Defendants, who do not oppose this motion.

### RELEVANT BACKGROUND

1. Plaintiffs' motion for partial summary judgment concerns several claims against the Marriott Defendants as well as the Association, including the breach of fiduciary duty and constructive fraud claims. The complexity of the motion against both defendants necessitates a longer brief.

2.     In their motion, Plaintiffs will need to lay out the undisputed material facts relating to both sets of defendants that are essential to summary judgment. The motion will include facts gleaned from a years-long discovery period in this case, including tens of thousands of documents that both defendants produced. Plaintiffs will need to explain to the Court why these material facts justify summary judgment against the Marriott Defendants as well as the Association (which are subject to different sets of causes of action in Plaintiffs' complaint).

3.     Plaintiffs consent to affording the Association and the Marriott Defendants the same extension of the page limitation (25 pages) for their oppositions to the motion for partial summary judgment.

## CONCLUSION

For the above reasons, Plaintiffs respectfully request the Court grant them an extension of the page limitation and permit them to file a motion for partial summary judgment that exceeds the page limit by no more than five pages, for a total of no more than 25 pages. Plaintiffs consent to the same extension of the page limitation being granted to the Association and the Marriott Defendants on their oppositions to the motion.

Dated: July 22, 2019                               Respectfully submitted,

GIBBS LAW GROUP LLP

*/s/ Linda Lam*
Michael Schrag (admitted *pro hac vice*)
Linda Lam (admitted *pro hac vice*)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9700
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com

E-mail: lpl@classlawgroup.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 22nd day of July 2019, a true and accurate copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** was served via CM/ECF filing system upon the following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Linda Lam*
Linda Lam