# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC et al.**

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.**

Defendants.

_____

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
_____

This Court, having considered Plaintiffs' Unopposed Motion to Exceed Page Limitation, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED that Plaintiffs shall be permitted to file a motion for partial summary judgment that is up to 25 pages in length. The Association and the Marriott Defendants shall also be permitted to file oppositions to that motion that are up to 25 pages in length.

Dated this ___ day of _____, 2019.

By: _____
Honorable Philip A. Brimmer