IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**ORDER GRANTING MARRIOTT DEFENDANTS'
UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

This Court, having considered the Marriott Defendants' Unopposed Motion to Exceed Page Limitation, finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED that the Marriott Defendants shall be permitted to file a motion for summary judgment that is up to 25 pages long. Plaintiffs shall also be permitted to file a response to the motion for summary judgment that is up to 25 pages long.

Dated this ___ day of July, 2019.


By:_____
    Honorable Philip A. Brimmer