IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, *et al*.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, *et al*.,

Defendants.

---

## ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY ASSOCIATION'S DEADLINES

Aspen Highlands Condominium Association (the "Association") and Plaintiffs respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter with respect to all claims brought by all Plaintiffs against the Association. Counsel for Plaintiffs and the Association are in the process of preparing and finalizing their settlement agreement. Plaintiffs' counsel will need sufficient time to obtain the signatures of all Plaintiffs but anticipate being able to achieve full execution of the settlement agreement by August 15, 2019. Therefore, to allow sufficient time for the execution of the settlement agreement, and to avoid any prejudice while execution occurs, the Association respectfully requests that the Court stay the following deadlines only as they apply to the Association:

- **July 30, 3019** deadline to file the Association's supplemental motion for summary judgment (ECF 439),

- **August 12, 2019** deadline to file *Daubert* motions, and
- **August 19, 2019** deadline to file motions *in limine*.

For the avoidance of doubt, because Plaintiffs are continuing their case against the remaining defendants, they intend to file their respective motions as permitted by the current case schedule.

Plaintiffs and the Association will notify the Court immediately upon full execution of the settlement agreement. If a settlement agreement is not executed by August 15, 2019, Plaintiffs and the Association will jointly submit a status report and inform the court if additional time is needed to execute the settlement agreement or if the above deadlines should be reset.

Plaintiffs represented to counsel for the Association that they join in the notice of settlement to this Court and consent to the Association's request to stay the above deadlines. Counsel for the Association conferred with counsel for the Marriott Defendants with regard to the Association's request to stay the above deadlines. The Marriott Defendants' position is as follows: For reasons explained below, the Marriott Defendants would agree to the requested stay if the Marriott Defendants were to be afforded an additional six pages and an additional week to supplement their summary judgment motion on the duty of care claim. However, absent that relief, the Marriott Defendants are constrained to oppose a stay of the AHCA's July 30, 2019 deadline in which to file a six-page supplemental motion for summary judgment on Plaintiffs' newly-pleaded claim for breach of the duty of care (which the Marriott Defendants are alleged to have aided and abetted). In preparing their motion for summary judgment due on July 29, 2019, the Marriott Defendants relied upon arguments they anticipated AHCA would make concerning the duty of care claim only to learn imminently before their motion was due (and too late to modify their submission) that the AHCA is seeking a stay of its deadline to file its supplemental

2

motion. The AHCA agreed to the foregoing proposal by the Marriott Defendants; the Plaintiffs did not. Therefore, the Marriott Defendants oppose the stay request.

WHEREFORE, Plaintiffs and the Association respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter with respect to all claims brought by all Plaintiffs against the Association, and the Association respectfully requests a stay of the above-referenced case deadlines while the parties finalize and execute their settlement agreement.

Respectfully submitted this 29th day of July, 2019.

           */s/ Jessica Black Livingston*
           Jessica Black Livingston
           HOGAN LOVELLS US LLP
           1601 Wewatta Street, Suite 900
           Denver, Colorado 80202
           Telephone: (303) 899-7300
           FAX: (303) 899-7333
           E-mail: jessica.livingston@hoganlovells.com

*Attorney for Defendant Aspen Highlands Condominium Association*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 29th day of July, 2019, a true and accurate copy of the foregoing **ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO STAY ASSOCIATION'S DEADLINES** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
12 Funston Ave., Suite A
San Francisco, California 94129

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

/s/ Jessica Black Livingston

4