# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## ORDER GRANTING ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S MOTION TO STAY ASSOCIATION'S DEADLINES

This Court having considered Aspen Highlands Condominium Association's ("Association") Notice of Settlement in Principle and Motion to Stay Association's Deadlines, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Association's July 30, 2019 deadline to file its supplemental motion for summary judgment, August 12, 2019 deadline to file *Daubert* motions, and August 19, 2019 deadline to file motions *in limine* are stayed as to the Association only, pending the finalization of the settlement agreement between the Association and all Plaintiffs.

Dated this \_\_\_\_ day of _____, 2019

By: _____
Honorable Philip A. Brimmer, U.S.D.J.