# EXHIBIT M

| | |
|---|---|
| **From:** | RCDC Member Communications [TheRitz-CarltonDestinationClub@email1.theritzcarltondestinationclub.com] |
| **Sent:** | Thursday, November 20, 2014 09:30:41 PM |
| **To:** | Jackson-Rauso, Stacey |
| **Subject:** | Follow-up on the Timeline for the Marriott Vacation Club Destinations Exchange Opportunity |

# The Lion & Crown Travel Co., LLC



Dear Stacey Jackson-Rauso,

Please allow me to follow up regarding the new exchange opportunity that Members will have access to through enrollment in The Lion & Crown Exchange Program. As previously communicated, this opportunity will give you, as a Member who is enrolled in The Lion & Crown Exchange Program, the ability to deposit a week or more of your allocated time, on a completely voluntary basis, and receive exchange points for use within the Marriott Vacation Club Destinations Exchange Program.

As a Member who has previously enrolled in The Lion & Crown Exchange Program, you will be able to make deposits of allocated time for exchange within the Marriott Vacation Club Exchange Program beginning **December 5, 2014**. At that time, we will begin accepting deposits of use rights associated with allocated time occurring in the **2015 CALENDAR** year. Although the deadline to deposit such use rights would normally have closed on September 30, 2014, this deadline is being extended to February 28, 2015 for Members for use rights associated with allocated time occurring in the 2015 calendar year; however, the deposit window to deposit such allocated time will be closed no less than 45 days in advance of the arrival date of the allocated time to be deposited. For all future years, the deposit windows will be as set forth in the applicable exchange documents in place from time to time.

If you have any questions, please contact Member Services at 1.888.220.2084. In addition, if you would like to learn more about the options that you have access to through exchange with the Marriott Vacation Club Destinations Exchange Program, including the Explorer Collection, they will be delighted to provide you with additional information.

Warmest Regards,



Eveleen Babich
General Manager
The Lion & Crown Travel Co., LLC

SF, AH, LT                                                                                                  RCDC000111