# EXHIBIT S

November 14, 2013 Affiliation Agreement between Lion & Crown and Marriott Vacation Club Destinations Exchange Program

# AFFILIATION AGREEMENT
providing


## MEMBERS

enrolled with

### THE LION & CROWN TRAVEL CO., LLC
access to

## MARRIOTT VACATION CLUB DESTINATIONS EXCHANGE PROGRAM

and

### MARRIOTT RESORTS, TRAVEL COMPANY, INC.
#### D/B/A/ MVC EXCHANGE COMPANY
#### MEMBERS


access to

## ACCOMMODATIONS RECEIVED FROM
### PARTICIPATING L&C MEMBERS
### AND LION & CROWN

AH, LT, SF                                                                RCDC067469

# TABLE OF CONTENTS

Page

I. RECITALS AND L&C MEMBER COVENANTS ................................................ 2

II. DEFINITIONS ................................................................................................ 2

III. LION & CROWN'S RELATIONSHIP WITH THE MVCD PROGRAM. ..................... 4

IV. COVENANTS OF LION & CROWN ..................................................................... 6

V. COVENANTS OF MVCD .................................................................................... 6

VI. OPERATION AND MANAGEMENT OF THE MVCD PROGRAM AND L&C
     PROGRAM ....................................................................................................... 7

VII. ASSESSMENTS, COLLECTIONS AND TRANSACTION COSTS .............................. 9

VIII. AFFILIATION AND DELETION OF COMPONENTS FROM MVCD
      PROGRAM AND L&C DESTINATIONS FROM L&C PROGRAM ..................... 11

IX. MVCD PROGRAM MARKS, LION & CROWN MARKS,  AND MVCD
     PROGRAM MATERIALS ................................................................................ 12

X. TERM, EARLY TERMINATION, RENEWAL AND REMEDIES ............................. 13

XI. MISCELLANEOUS ......................................................................................... 16

AH, LT, SF

RCDC067470

**THIS AFFILIATION AGREEMENT** ("**Agreement**") is made and entered this 14th day of November, 2013, by and between Marriott Resorts, Travel Company, Inc. a Delaware corporation, whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090 ("**MVCD**") and The Lion & Crown Travel Co., LLC, a Delaware limited liability company, whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090 ("**Lion & Crown**"). MVCD and Lion & Crown are sometimes individually referred to as a "**Party**" or collectively as "**Parties**", and said terms shall also include respective successors and assigns of any Party or Parties. The terms of this Agreement shall be effective beginning November 14, 2013 unless earlier agreed to by the Parties.

**R E C I T A L S**

**WHEREAS**, MVCD has established an exchange program and other related benefits and services known as Marriott Vacation Club Destinations Exchange Program (the "**MVCD Program**") for the purpose of providing a means for members of the MVCD Program ("**MVCD Members**") to reserve the use of accommodations that are part of the MVCD Program ("**MVCD Accommodations**"), in accordance with and as restricted by the terms of the MVCD Program as set forth in the Affiliation Agreements (as defined in **Exhibit "A"**) and the Marriott Vacation Club Destinations Exchange Program Exchange Procedures which are attached as **Exhibit "A"** to this and incorporated into this Agreement by this reference, as the same are amended by MVCD in MVCD's sole and absolute discretion, from time to time ("**Exchange Procedures**"); and

**WHEREAS**, MVCD has reserved the right to affiliate the MVCD Program with another exchange program as an Affiliate Program (as defined in **Exhibit "A"**); and

**WHEREAS**, Lion & Crown has established an exchange program and other related benefits and services known as The Lion & Crown Exchange Program ("**L&C Program**"); and

**WHEREAS**, Lion & Crown has reserved the right to affiliate the L&C Program with another exchange program; and

**WHEREAS**, MVCD and Lion & Crown desire that (i) the L&C Program become affiliated with the MVCD Program as an Affiliate Program; and (ii) except as otherwise provided in this Agreement, certain members of the L&C Program (who are not members of Bleu Florida Land Trust) whose owners' association has executed an Acknowledgment Agreement (as defined in Article II) ("**L&C Member**") shall have the right to elect to become a participant in the MVCD Program and have the ability to make use of the MVCD Program in accordance with the terms of this Agreement and the Exchange Procedures; and

**WHEREAS**, MVCD and Lion & Crown desire that (i) the MVCD Program become affiliated with the L&C Program as an L&C Affiliate Program (as defined below); and (ii) that each MVCD Member shall have the ability to make use of the L&C Accommodations (as defined below) which are committed to the MVCD Program by Lion & Crown or a Participating L&C Member who has elected to participate in the MVCD Program in accordance with the terms of this Agreement and the Exchange Procedures; and

WHEREAS, Lion & Crown and MVCD desire to coordinate the L&C Program's and the MVCD Program's activities with one another and for each to perform services associated therewith in accordance with the provisions of this Agreement; and

WHEREAS, MVCD and Lion & Crown acknowledge that Lion & Crown shall have all of the duties, obligations and responsibilities for facilitating the operation of the L&C Program regarding the use of the accommodations which are part of the L&C Program ("**L&C Accommodations**") in accordance with the terms of this Agreement, the Exchange Procedures and applicable law, so as to ensure and facilitate the availability and use of the L&C Program's Accommodations by MVCD Members; and

WHEREAS, MVCD and Lion & Crown acknowledge that MVCD shall have all of the duties, obligations and responsibilities for the operation of the MVCD Program, regarding the use of Accommodations (other than L&C Accommodations) as part of the MVCD Program in accordance with the terms of this Agreement, the Exchange Procedures and applicable law, so as to ensure and facilitate the availability and use of the Accommodations by Participating L&C Members (as defined in Article II); and

WHEREAS, access to the MVCD Program is not an appurtenance to ownership interests of Participating L&C Members (as defined in Article II). In order to enjoy the benefits of the MVCD Program as a Participating L&C Member, such Participating L&C Member (as defined in Article II) must voluntarily make a Deposit (as defined in Article II) of Use Rights (as defined in Article II) with Lion & Crown and enter into an exchange with MVCD.

NOW, THEREFORE, in consideration of the mutual covenants and obligations contained in this Agreement, the parties hereby agree as follows:

## AGREEMENT

## I.  RECITALS AND L&C MEMBER COVENANTS

1.1    By execution of this Agreement, the Parties agree that the above recitals are true and correct and are hereby incorporated into this Agreement.

1.2    By making a Deposit (as defined in Article II) of Use Rights (as defined in Article II), each Participating L&C Member (as defined in Article II) is deemed to have consented to the terms and conditions of this Agreement and the Exchange Company Documents (as defined in **Exhibit "A"**). Wherever Lion & Crown acknowledgment, consent, understanding and/or agreement is stated or implied in this Agreement, such acknowledgment, consent, understanding and/or agreement shall be deemed to also have been given by each Participating L&C Member, if applicable.

## II.  DEFINITIONS

Capitalized terms used in this Agreement and not defined herein shall be ascribed the meanings set forth in the Exchange Procedures, which document is attached as **Exhibit "A"** to this Agreement. The following terms are defined as follows:

2

642049v7

**AH, LT, SF**                                                                                          **RCDC067472**

      <u>Acknowledgment Agreement</u> means an Acknowledgment of and Joinder to Affiliation Agreement among MVCD, Lion & Crown, and an applicable Participating L&C Association in the form attached to this Agreement as **Exhibit "B"**.

      <u>Deposit</u> means the submission to Lion & Crown by a Participating L&C Member of the Participating L&C Member's Use Rights during the applicable Deposit Window.

      <u>Deposited Use Rights</u> means Use Rights that have been Deposited with Lion & Crown by a Participating L&C Member and accepted by Lion & Crown.

      <u>L&C Affiliate Program</u> means an "Affiliate Program" as defined in the L&C Exchange Company Documents.

      <u>L&C Destination</u> means those resorts available for use through the L&C Program where the owners' association for the L&C Destination has executed an Acknowledgment Agreement.

      <u>L&C Exchange Company Documents</u> mean those instruments governing the use and operation of the L&C Program, including, but not limited to, an Affiliation Agreement, Disclosure Guide, Enrollment Agreement, and the L&C Program Exchange Procedures, as such L&C Exchange Company Documents are promulgated, executed, or amended by Lion & Crown from time to time.

      <u>L&C Interest</u> means the ownership interest held by the L&C Member.

      <u>Lion & Crown Marks</u> include, but are not limited to, all trademarks, trade names, symbols, logos, slogans, designs, insignia, emblems, devices, service marks and distinctive designs of buildings and signs, architectural plans, drawings, specifications, computer files, or combinations thereof, which are used to identify Lion & Crown, or any of its affiliates with respect to L&C Destinations. All works in which copyright rests in Lion & Crown or any affiliate of Lion & Crown or any other and all patents registered or applied for in the name of Lion & Crown or any affiliate of Lion & Crown shall be considered "Lion & Crown Marks." The term "Lion & Crown Marks" shall include all present and future Lion & Crown Marks, whether they are now or hereafter owned by Lion & Crown or any affiliate of Lion & Crown, and whether or not they are registered under the laws of the United States, or any other country. The name "The Ritz-Carlton Destination Club" used separately or in conjunction with other words, names, or logos, is an example of a Lion & Crown Mark.

      <u>MVCD Program Marks</u> include, but are not limited to, all trademarks, trade names, symbols, logos, slogans, designs, insignia, emblems, devices, service marks and distinctive designs of buildings and signs, architectural plans, drawings, specifications, computer files, or combinations thereof, which are used to identify MVCD, Marriott Ownership Resorts, Inc., or any of its affiliates. All works in which copyright rests in MVCD or any affiliate of MVCD or any other and all patents registered or applied for in the name of MVCD or any affiliate of MVCD shall be considered "MVCD Program Marks." The term "MVCD Program Marks" shall include all present and future MVCD Program Marks, whether they are now or hereafter owned by MVCD or any affiliate of MVCD, and whether or not they are registered under the laws of the United States, or any other country. The name "Marriott Vacation Club Destinations" used

3

642049v7

**AH, LT, SF**                                              **RCDC067473**

separately or in conjunction with other words, names, or logos, is an example of a MVCD Program Mark.

MVCD Program Materials mean those reservation services, promotional and/or informational materials developed by MVCD for the MVCD Program from time to time.

Participating L&C Association means the owners' association for an L&C Destination (*i.e.*, an owners' association that has executed an Acknowledgment Agreement).

Participating L&C Member means an L&C Member who has made a Deposit of Use Rights and elected to receive Exchange Points, in accordance with the terms of the L&C Exchange Company Documents, and who owns at an L&C Destination. Members of Bleu Florida Land Trust are not eligible to participate in the MVCD Program.

Use Period shall have the meaning set forth in the Exchange Procedures or the L&C Program Exchange Procedures, as applicable.

Use Rights means the use rights associated with a consecutive seven (7) evening use period allocated to or reserved by a Participating L&C Member pursuant to the governing documents of the L&C Destination or L&C Affiliate Program in which the Participating L&C Member owns an L&C Interest.

### III.   LION & CROWN'S RELATIONSHIP WITH THE MVCD PROGRAM.

3.1   The L&C Program is hereby affiliated with the MVCD Program as an Affiliate Program in accordance with the terms and conditions of the Exchange Company Documents. During the term of this Agreement and any renewal terms, Lion & Crown shall cooperate fully with MVCD in the promotion and operation of the MVCD Program, and Lion & Crown will use Lion & Crown's best efforts to obtain the cooperation of the Associations and Affiliate Program Managers for the various L&C Destinations.

3.2   The MVCD Program is hereby affiliated with the L&C Program as an L&C Affiliate Program in accordance with the terms and conditions of Lion & Crown's Affiliate Program Documents (as defined in the L&C Exchange Company Documents). During the term of this Agreement and any renewal terms, MVCD shall cooperate fully with Lion & Crown in the promotion and operation of L&C Program, and MVCD will use MVCD's best efforts to obtain the cooperation of the Associations and management companies for the various Affiliate Programs.

3.3   Lion & Crown hereby acknowledges the following:

a.   Membership in the MVCD Program is not an appurtenance to an L&C Interest, however, for so long as this Agreement is in effect, Participating L&C Members will have the right and privilege to reserve the use of MVCD Accommodations (including L&C Accommodations that have been made available by Lion & Crown or Participating L&C Members), in accordance with the terms and conditions of the Exchange Procedures and this Agreement. Participating L&C Members will have the right to reserve Accommodations during

4

the Priority 3 Period, Priority 2 Period, Priority 1 Period, or Open Reservation Period pursuant to the Exchange Procedures.

b.     In the event MVCD affiliates the MVCD Program with an Affiliate Program in accordance with Article VIII below, the Exchange Members in such Affiliate Program may reserve, subject to availability and the Exchange Procedures, through participation in the MVCD Program, any L&C Accommodations that are available through the MVCD Program during certain Reservation Windows.

c.     The MVCD Program is not a legal entity nor an association of any kind, but instead is comprised of the reservation and exchange services and other benefits currently offered and the restrictions currently imposed through MVCD.  Participating L&C Members do not acquire any interest in the MVCD Program as part of their L&C Interest or through their enrollment agreement with Lion & Crown.  The services provided by MVCD do not include operation, management and assessment collection duties for Lion & Crown or a particular L&C Destination, which are provided for and governed by separate agreements.

d.     For so long as this Agreement is in effect, MVCD Members will have the right and privilege to reserve the use of L&C Accommodations which have been made available by Lion & Crown or Participating L&C Members in accordance with the terms and conditions of the Exchange Procedures and this Agreement.

e.     Participating L&C Members will not have access to Marriott Rewards®, Interval International exchange program (or any other external exchange program), or certain Special Benefits.

3.4    MVCD hereby acknowledges the following:

a.     MVCD Members do not receive membership in the L&C Program; however, for so long as this Agreement is in effect, MVCD Members will have the right and privilege to reserve the use of L&C Accommodations which have been made available by Lion & Crown and Participating L&C Members in accordance with the terms and conditions of the Exchange Procedures and this Agreement.

b.     In the event MVCD affiliates the MVCD Program with an Affiliate Program in accordance with Article VIII below, the Exchange Members in such Affiliate Program may reserve, subject to availability and the Exchange Procedures, through participation in the MVCD Program, any L&C Accommodations that are available through the MVCD Program during the Reservation Windows.

c.     The L&C Program is not a legal entity nor an association of any kind, but instead is comprised of the reservation and exchange services and other benefits currently offered and the restrictions currently imposed through Lion & Crown.  MVCD Members do not acquire any interest in the L&C Program as part of their Interest or through their Enrollment Agreement.  The services provided by Lion & Crown and the L&C Program do not include operation, management and assessment collection duties for MVCD or the MVCD Program or a particular Affiliate Program, which are provided for and governed by separate agreements.

5

**AH, LT, SF**

**RCDC067475**

d.      For so long as this Agreement is in effect, Participating L&C Members will have the right and privilege to reserve the use of MVCD Accommodations in accordance with the terms and conditions of the Exchange Procedures and this Agreement.

e.      MVCD Members will not have access to any Program Services (as such term is defined in the L&C Exchange Company Documents).

f.      MVCD Members will not have access to those resorts available through the L&C Program that are not L&C Destinations (*i.e.*, where an Acknowledgment Agreement was not executed).

## IV.   COVENANTS OF LION & CROWN

4.1     In connection with the L&C Program, Lion & Crown agrees to fully and accurately describe the MVCD Program to Participating L&C Members (including any limitations of rights under the MVCD Program).   Lion & Crown shall not in any way misrepresent the MVCD Program or Lion & Crown's or the L&C Program's relationship with MVCD and the MVCD Program to Participating L&C Members or prospective purchasers of Interests.   Lion & Crown shall not amend, summarize, change or modify any MVCD Program Materials without the prior express written consent of MVCD, and shall provide such MVCD Program Materials, the Exchange Company Documents and L&C Exchange Company Documents, as amended from time to time, to Participating L&C Members upon their reasonable request and/or as required by applicable law.

4.2     Lion & Crown agrees to immediately notify MVCD of any change in any material fact or circumstance affecting the operation of the L&C Program and/or the MVCD Program with respect to an L&C Destination, including the termination of any existing Component Manager.

4.3     Lion & Crown agrees to perform its functions in the MVCD Program in accordance with the terms of this Agreement.   Further, Lion & Crown agrees to honor all MVCD Program confirmed exchanges at an L&C Destination, including providing all MVCD Members and their Guests and Family Members with similar rights and privileges and at similar rates afforded to Participating L&C Members.   MVCD Members may be required to pay additional charges to use some amenities at L&C Destinations.

## V.   COVENANTS OF MVCD

5.1     In connection with the MVCD Program, MVCD agrees to fully and accurately describe the ability to access L&C Accommodations (that have been made available to the MVCD Program by Lion & Crown or Participating L&C Members) to MVCD Members and prospective purchasers of Interests that will be affiliated with the MVCD Program (including any limitations of rights to access L&C Destinations or restrictions on L&C Program benefits). MVCD shall not in any way misrepresent the L&C Program or MVCD's or the MVCD Program's relationship with Lion & Crown and the L&C Program to MVCD Members or prospective purchasers of Interests.

6

642049v7

**AH, LT, SF**                                                                                          **RCDC067476**

5.2     MVCD agrees to immediately notify Lion & Crown of any change in any material fact or circumstance affecting the operation of the MVCD Program.

5.3     MVCD agrees to perform its functions in the MVCD Program in accordance with the terms of this Agreement.  Further, MVCD agrees to honor all MVCD Program confirmed exchanges at a Component affiliated with the MVCD Program, including providing all Participating L&C Members and their Guests and Family Members with similar rights and privileges and at similar rates afforded to MVCD Members.  Participating L&C Members may be required to pay additional charges to use some amenities of Components.

## VI.   <u>OPERATION AND MANAGEMENT OF THE MVCD PROGRAM AND L&C PROGRAM</u>

6.1     Upon the Deposit of Use Rights by a Participating L&C Member with Lion & Crown and such Participating L&C Member's election to participate in the MVCD Program, Lion & Crown will immediately relinquish the right to use such Use Rights to MVCD so that the Participating L&C Member will receive a Distribution of Exchange Points relating to Participating L&C Member's Deposited Use Rights.

6.2     By execution of this Agreement, the Parties hereby acknowledge that MVCD has all of the rights and duties with regard to the operation of the MVCD Program and that Lion & Crown has all of the rights and duties with regard to the operation of the L&C Program.  In this regard, the Parties agree to cooperate in all respects to assist the other Party in connection with (i) facilitating and fulfilling the reservation, check-in, and use of Use Periods in the MVCD Accommodations, including the L&C Accommodations made available to the MVCD Program by Lion & Crown or Participating L&C Members; and (ii) implementing the Exchange Procedures and the Exchange Company Documents.

6.3     MVCD shall have the right to adopt and amend those portions of the Exchange Company Documents which MVCD, in its sole and absolute discretion, determines are necessary or desirable to amend from time to time in order to operate and manage the MVCD Program.  Lion & Crown agrees that each Participating L&C Member's participation in the MVCD Program shall be governed by the provisions of the Exchange Company Documents as adopted and amended from time to time by MVCD; however, with the exception of L&C Accommodations reserved through the MVCD Program, a Participating L&C Member's reservation and use of L&C Destinations shall be governed by the L&C Program's reservation system and L&C Exchange Company Documents.

6.4     Lion & Crown shall have the right to adopt and amend those portions of the L&C Exchange Company Documents which Lion & Crown, in its sole and absolute discretion, determines are necessary or desirable to amend from time to time in order to operate and manage the L&C Program.  MVCD and Lion & Crown agree that each MVCD Member's reservation of L&C Accommodations that have been made available by Lion & Crown or Participating L&C Members shall be governed by the provisions of the Exchange Procedures, subject to a Participating L&C Member properly reserving the L&C Accommodation pursuant to the L&C Exchange Company Documents and properly making a Deposit.

7

AH, LT, SF                                                                                    RCDC067477

6.5     Lion & Crown agrees that MVCD shall have the right, subject to the Exchange Procedures, to reserve any unreserved use of Accommodations in the MVCD Program for its own promotional use, or any other purpose as MVCD determines in its sole and absolute discretion.  MVCD agrees that Lion & Crown shall have the right, subject to the L&C Exchange Company Documents, to reserve any unreserved use of Accommodations in the L&C Program for its own promotional use, or any other purpose as L&C determines in its sole and absolute discretion.

6.6     Lion & Crown acknowledges and agrees that all personal and intellectual property (including the property set forth in Section 9.1) related to MVCD's operation of the MVCD Program, including any and all computer hardware and software, is and always shall be the personal property of MVCD.  In the event that this Agreement is terminated, irrespective of whether the termination is voluntary or involuntary and irrespective of the cause of such termination, MVCD will continue to own and control the MVCD Program, subject to, and in accordance with applicable law.

6.7     MVCD acknowledges and agrees that all personal and intellectual property (including the property set forth in Section 9.2) related to Lion & Crown's operation of the L&C Program, including any and all computer hardware and software, is and always shall be the personal property of Lion & Crown.  In the event that this Agreement is terminated, irrespective of whether the termination is voluntary or involuntary and irrespective of the cause of such termination, Lion & Crown will continue to own and control the L&C Program, subject to, and in accordance with applicable law.

6.8     By execution of this Agreement, Lion & Crown hereby acknowledges that MVCD is responsible for exercising all of the rights and duties associated with the affiliation of the MVCD Program with any Affiliate Program or other program which provides use rights to Participating L&C Members and to MVCD Members and other various locations through exchange of use rights or other means.  MVCD shall have the right, but not the obligation, to manage all such use rights made available through any such Affiliate Program or other program on behalf of Participating L&C Members in coordination with the provider of such Affiliate Program or other program.

6.9     By execution of this Agreement, MVCD hereby acknowledges that Lion & Crown is responsible for exercising all of the rights and duties associated with the affiliation of the L&C Program with any other resorts or programs which provide use rights to L&C Members and other various locations through exchange of use rights or other means.  Lion & Crown shall have the right, but not the obligation, to manage all such use rights made available through any such L&C Affiliate Program on behalf of L&C Members in coordination with the provider of such L&C Affiliate Program.  Notwithstanding anything contained herein to the contrary, MVCD Members will not be entitled to the use and benefit of any (i) Accommodations at a L&C Destination without an Acknowledgment Agreement in place; and (ii) Program Services (as such term is defined in the L&C Exchange Company Documents) offered by Lion & Crown, unless MVCD receives written affirmation to the contrary.  For clarification, as of the date of this Agreement, MVCD Members may not use or benefit from L&C Destinations or L&C Affiliate Programs which were not developed by an affiliate of Lion & Crown.

8

AH, LT, SF                                                                                                      RCDC067478

6.10    The Parties agree and acknowledge that upon renewal of this Agreement, any and all claims against the other Party are waived by the claiming Party, and the offending Party is released from all liability, if any, arising out of this Agreement that occurred prior to the renewal of same.

6.11    If a Party shall fail or be delayed in the performance of any duty or obligation under this Agreement, including providing exchange Accommodations or L&C Accommodations that have been made available by Lion & Crown or Participating L&C Members, due to causes beyond the reasonable control of and without the fault or negligence of such Party, then that Party shall be excused from such failure or delay upon delivery of written notice to the affected MVCD Member or Participating L&C Member providing the reason for such nonperformance. Among the causes which may excuse a Party's performance include, but are not limited to, Acts of God or public enemy, fire, strikes, lock-out or other labor unrest, riot, explosion, civil disobedience, declared or undeclared war, revolution, insurrection, boycotts, acts of piracy, acts of terrorism, acts of public authorities, blockade, embargo, accident, epidemic or quarantine, and delay or defaults caused by public or common carriers.

6.12    The Parties are prohibited from doing business with certain entities, individuals and groups of individuals as may be set forth from time to time on the U.S. Department of Homeland Security's Specially Designated Nationals and Blocked Persons List and the Terrorism List (collectively, "**Blocked Parties**"). If a Party receives a request from an MVCD Member or Participating L&C Member who is defined as a Blocked Party, such Party reserves the right to refuse Membership or participation for such person(s) or entity(ies).

## VII.    ASSESSMENTS, COLLECTIONS AND TRANSACTION COSTS

7.1    Currently, MVCD does not charge Participating L&C Members Exchange Company Dues or charge renewal fees or exchange fees; however, MVCD reserves the right to charge exchange fees and renewal fees and impose Exchange Company Dues on Participating L&C Members in the future. In the event that MVCD begins to charge Participating L&C Members Exchange Company Dues, renewal fees, or exchange fees, MVCD will notify such Participating L&C Members at least thirty (30) days prior to the imposition of Exchange Company Dues, renewal fees, or exchange fees. Exchange Company Dues may include the Participating L&C Member's share of the costs and expenses incurred by MVCD in connection with the operation of the MVCD Program and the delivery of other MVCD Program services and benefits. Exchange Company Dues, exchange fees, and renewal fees will be assessed by MVCD directly to the Participating L&C Member. In this regard, MVCD reserves the right to establish the Exchange Company Dues, renewal fees, or exchange fees as determined by MVCD, in its sole and absolute discretion, and based on those factors that MVCD determines to be reasonable, as determined in the sole and absolute discretion of MVCD. MVCD may, in MVCD's sole and absolute discretion, utilize a method of varying the Exchange Company Dues, renewal fees, or exchange fees among different Affiliate Programs or Participating L&C Members. In addition, the Exchange Company Dues, renewal fees, or exchange fees may contain a reasonable profit factor. Any extraordinary or special costs and expenses incurred by MVCD with respect to a given Participating L&C Member or group of Participating L&C Members, may be assessed by MVCD only to the affected L&C Member or group of L&C Members, or in addition to their Exchange Company Dues; provided; however, Lion & Crown will not be assessed any Exchange

9

Company Dues, renewal fees, or exchange fees or charges by MVCD.  Except as provided in this Agreement, Lion & Crown is not entitled to approve increases in Exchange Company Dues, renewal fees, or exchange fees.  Lion & Crown agrees that Lion & Crown will not charge MVCD or the MVCD Members any dues in connection with this Agreement.

7.2     Exchange Company Dues, if any, are payable no more than thirty (30) days after they are assessed.

7.3     Lion & Crown agrees to use commercially reasonable efforts to ensure that the Associations for L&C Destinations annually assess and collect all amounts due from Participating L&C  Members for the maintenance and operation of the L&C Destination, as required by the L&C Exchange Company Documents.  All Exchange Company Dues, if any, owed to MVCD from Participating L&C Members will be assessed and collected separately by MVCD, unless Lion & Crown and MVCD agree otherwise.

7.4     Lion & Crown acknowledges and agrees that any Participating L&C Member making a reservation pursuant to the Exchange Procedures, other than a reservation by an L&C Member to use a L&C Accommodation at the Participating L&C Member's L&C Destination or through Lion & Crown's reservation procedures, shall be personally liable for any transaction charges assessed to the Participating L&C Member by MVCD from time to time as set forth in the Exchange Procedures, if any.

7.5     A Participating L&C Member shall only be permitted to use a reservation pursuant to the Exchange Procedures if all assessments, including taxes, Exchange Company Dues and other charges attributable to the applicable Interest for the year for which the reservation is requested have been paid in full.  In the event such amounts have not yet been assessed, then, as a condition to acceptance by MVCD of the reservation request, the Participating L&C Member may be required to remit to MVCD an amount equal to the estimated amounts to become due, as determined by MVCD.  All such monies shall be held by MVCD as required by applicable law.  In no event shall any interest on such monies be due and payable to the Participating L&C Member.  In the event the amount remitted to MVCD for the estimated amounts due is in excess of the actual amounts due, the excess amount shall be returned to the Participating L&C Member or applied to the following year's, month's, or quarter's assessments, as applicable, at MVCD's sole and absolute discretion.  In the event the amount remitted to MVCD is less than the actual amount due, Participating L&C Member shall remain liable for the deficiency and in no event shall be forgiven for said deficiency.

7.6     Lion and Crown acknowledges and agrees that MVCD is entitled to retain for MVCD's benefit all amounts collected from Participating L&C Members in connection with (i) any Exchange Points that MVCD receives from Participating L&C Member in exchange for Special Benefits provided by MVCD; (ii) Single Use Points; (iii) fees or charges related to Special Benefits; (iv) daily fees; (v) cancellation fees; and (vi) administrative fees, if any.  Lion & Crown acknowledges and agrees that during the Open Reservation Period (as pertains to the MVCD Program), MVCD has the right to reserve available Use Periods for the reasonable purposes of customer relations, public relations, employee relations, and marketing and sales of Interests, vacation ownership interests at other resort condominiums or club resorts, or such other vacation ownership or multisite vacation ownership or membership plans developed or marketed

10

**AH, LT, SF**                                                                                                      **RCDC067480**

by MVCD or its affiliates from time to time.  Any amounts collected by MVCD in connection with the rights reserved in this paragraph shall belong to MVCD.  Notwithstanding anything in this Agreement to the contrary, MVCD will not make Single Use Points available to Participating L&C Members.  The rights reserved to MVCD in this paragraph may be assigned by MVCD.

7.7    Lion & Crown acknowledges and agrees that MVCD has the exclusive right to utilize L&C Accommodations provided by Lion & Crown or Participating L&C Members to the MVCD Program for any purpose, including, without limitation, in MVCD's sole and absolute discretion, any purpose related to marketing, selling, or promoting the MVCD Program or other timeshare or fractional projects developed, marketed, or offered by MVCD's affiliates, extending rights for purposes of employee, customer or public relations or utilizing Use Periods or Lion & Crown Exchange Points in manners which will enhance or expand the MVCD Program.

7.8    Lion & Crown acknowledges and agrees that MVCD has the right to charge an increased or decreased number of Exchange Points to make reservations during certain portions of the Reservation Window, in the event MVCD, in its sole and absolute discretion, deems such markups or discounts beneficial.

## VIII.   AFFILIATION AND DELETION OF COMPONENTS FROM MVCD PROGRAM AND L&C DESTINATIONS FROM L&C PROGRAM

8.1    The Parties agree that the Parties shall have the following rights with respect to the addition of locations:

a.    Either MVCD or Lion & Crown may, in its sole and absolute discretion, elect to affiliate other accommodations with the MVCD Program or L&C Program, respectively, from time to time.  Neither Party shall be entitled to participate in or consent to the other Party's decision in this regard.  The Parties acknowledge and understand that in the event other accommodations are affiliated with the MVCD Program or L&C Program, respectively, the addition of such accommodations will result in the addition of new MVCD Members (and may result in the addition of new L&C Members), who will also reserve, subject to availability, the use of MVCD Accommodations and L&C  Accommodations (that have been made available by Lion & Crown or Participating L&C Members).

b.    Either Party may, in its sole and absolute discretion, create a separate exchange program, develop individual resort properties as residential, transient or other use, or enter into management agreements with resort properties without the approval of the other Party.  Neither Party is under any obligation to affiliate any specific location.

8.2    In addition to the provisions of Article X below, the Parties agree MVCD or Lion & Crown may add or delete (i) an MVCD Accommodation in any Component or L&C Accommodation in any L&C Destination; (ii) a Component or L&C Destination; or (iii) an Affiliate Program or L&C Affiliate Program, as the case may be, in such Party's sole and absolute discretion.  In the event that (x) an MVCD Accommodation or L&C Accommodation; (y) a Component or L&C Destination; or (z) an Affiliate Program or L&C Affiliate Program is deleted from the MVCD Program or L&C Program, all who own Interests (or ownership

11

AH, LT, SF                                                                                                RCDC067481

interests) in the deleted MVCD Accommodation, L&C Accommodation, L&C Destination or Component will also be deleted from the MVCD Program. In addition, the Parties agree that Lion & Crown may delete an L&C Destination if the L&C Destination no longer has an Acknowledgment Agreement in effect.

8.3     While the Parties do not currently intend to substitute new locations for existing (i) MVCD Accommodations or L&C Accommodations; (ii) L&C Destinations or Components; or (iii) Affiliate Programs or L&C Affiliate Program, the Parties shall have the right to exercise substitution rights, from time to time, in accordance with applicable law.

8.4     The Parties understand and acknowledge that the accommodations and facilities of Affiliate Programs and the L&C Affiliate Program are voluntarily affiliated with the MVCD Program or the L&C Program, as the case may be, and there is no guarantee that Accommodations and facilities at an Affiliate Program or the L&C Affiliate Program will ever be available for reservation or use by MVCD Members.

## IX.  MVCD PROGRAM MARKS, LION & CROWN MARKS, AND MVCD PROGRAM MATERIALS

9.1     MVCD and its affiliates and subsidiaries are the owners of all rights in the MVCD Program Marks. Neither Lion & Crown nor the L&C Members have any license to use or other interest in the MVCD Program Marks. MVCD Program Marks shall remain the exclusive property of MVCD or one of its affiliates. Upon termination of this Agreement, Lion & Crown shall have no right to use the MVCD Program Marks and any use of the MVCD Program Marks by Lion & Crown pursuant to this Agreement shall immediately cease. In addition, upon termination, neither Lion & Crown nor the L&C Members shall be entitled to participate in or have access to any additional benefit or program provided or sponsored by MVCD or any of its affiliates. The provisions of this Section 9.1 and the enforceability thereof shall survive the expiration or termination of this Agreement.

9.2     Lion & Crown and its affiliates and subsidiaries are the owners of all rights in the Lion & Crown Marks. Neither MVCD nor the MVCD Members have any license to use or other interest in the Lion & Crown Marks. Lion & Crown Marks shall remain the exclusive property of Lion & Crown or one of its affiliates. Upon termination of this Agreement, MVCD shall have no right to use the Lion & Crown Marks and any use of the Lion & Crown Marks by MVCD pursuant to this Agreement shall immediately cease. In addition, upon termination, neither MVCD nor the MVCD Members shall be entitled to participate in or have access to any additional benefit or program provided or sponsored by Lion & Crown or any of its affiliates. The provisions of this Section 9.2 and the enforceability thereof shall survive the expiration or termination of this Agreement.

9.3     Lion & Crown acknowledges that:

a.     MVCD has the right to exclude others from using the MVCD Program Marks and MVCD Program Materials and any variant or combination of said marks or materials that MVCD determines, in its sole and absolute discretion, to be confusingly similar to the MVCD Program Marks or MVCD Program Materials;

12

      b.     MVCD has the right to control the use of the MVCD Program Marks and MVCD Program Materials in connection with the MVCD Program; and

      c.     all uses of the MVCD Program Marks and MVCD Program Materials inure exclusively to the benefit of MVCD.

    9.4    MVCD acknowledges that:

      a.     Lion & Crown has the right to exclude others from using the Lion & Crown Marks and L&C Exchange Company Documents for the L&C Program and any variant or combination of said marks or materials that Lion & Crown determines, in its sole and absolute discretion, to be confusingly similar to the Lion & Crown Marks or the L&C Exchange Company Documents;

      b.     Lion & Crown has the right to control the use of the Lion & Crown Marks and L&C Exchange Company Documents for the L&C Program in connection with the L&C Program; and

      c.     all uses of the Lion & Crown Marks and L&C Exchange Company Documents for the L&C Program inure exclusively to the benefit of Lion & Crown.

## X.   TERM, EARLY TERMINATION, RENEWAL AND REMEDIES

    10.1   This Agreement shall have a term commencing on the Effective Date (as defined in Article XI) and shall continue until ten (10) years after the Effective Date.  Notwithstanding the foregoing, this Agreement may otherwise be terminated as provided for below in this Article X.

    10.2   Termination of this Agreement, the result of which is that the L&C Program is no longer affiliated with the MVCD Program and the MVCD Program is no longer affiliated with the L&C Program, can occur as follows:

      a.     This Agreement will automatically terminate upon:

      (1)    the declaration of bankruptcy or insolvency of either Party according to law or if any general assignment shall be made of such Party's property for the benefit of creditors; provided, however, the non-bankrupt Party shall have the right, in its sole and absolute discretion, to continue the Agreement determined by such Party in its sole and absolute discretion; or

      (2)    the termination of the L&C Program or the MVCD Program.

      b.     The Parties may terminate this Agreement:

      (1)    by the mutual written agreement of the Parties, effective upon the date agreed to by the Parties; or

642049v7

AH, LT, SF

RCDC067483

(2)    in the event of a material breach of any of the terms, conditions, covenants, representations or warranties contained in this Agreement without the breaching Party curing the asserted breach to the reasonable satisfaction of the Party giving such notice within thirty (30) days of the date of written notice to the breaching Party stating the grounds for such termination.

        c.    Either Party may terminate or suspend its participation in this Agreement, immediately upon written notice to the other Party, in the event that a Party determines, in its sole and absolute discretion, that the other Party has failed in such Party's efforts to ensure that the Components, as to MVCD, and L&C Destinations, as to Lion & Crown, affiliated with such Party are managed, operated and maintained in a manner consistent with the standards of quality and customer service established by MVCD or the L&C Program, as the case may be, from time to time.

        d.    A Party may terminate or suspend the participation of a Component(s), as to MVCD, and a L&C Destination(s), as to Lion & Crown in the MVCD Program and L&C Program, respectively, immediately upon written notice to the other Party, in the event that a Party determines, in its sole and absolute discretion, that the (i) other Party has failed in such Party's efforts to ensure that the Component(s), as to MVCD, and L&C Destination(s), as to Lion & Crown, affiliated with such Party are managed, operated and maintained in a manner consistent with the standards of quality and customer service established by MVCD or the L&C Program, as the case may be, from time to time; (ii) Component or L&C Destination is unavailable due to casualty or condemnation; or (iii) Component or L&C Destination is no longer managed by an affiliate of MVCD or Lion & Crown, or such affiliate has been notified by the owners' association governing such Component or L&C Destination of its intent to terminate the management agreement.  During the time that a Component or L&C Destination is suspended or terminated as contemplated in this paragraph, the (y) Accommodations at such Component or L&C Destination will not be accessible or available for reservation by the MVCD Members or Participating L&C Members, however, pending reservations must be honored; and (z) MVCD Members or Participating L&C Members who own at such terminated or suspended Component or L&C Destination will not be entitled to obtain an exchange into a L&C Destination or Component, respectively, through the MVCD Program.  It is specifically understood and acknowledged by Lion & Crown and MVCD that the L&C Program and the MVCD Program are operated under different standards and Lion & Crown and MVCD will each be responsible for maintaining the standards of the L&C Program and MVCD Program respectively.

    10.3    Any Party's exercise of its right to terminate pursuant to this Agreement shall in no way limit or impair its right to seek other legal or equitable remedies in connection with a breach by any other Party.

    10.4    This Agreement will automatically be renewed for additional five (5) year terms unless either Party provides notice to the other Party of its desire not to renew this Agreement at least one hundred twenty (120) days prior to the end of the then-current term.

    10.5    Upon termination of this Agreement, the following events shall occur:

14

AH, LT, SF        RCDC067484

a.     Lion & Crown and the Participating L&C Association shall immediately cease using and thereafter cease using all the MVCD Program Marks and any name or mark similar thereto and all MVCD Program Materials including all of MVCD's personal and intellectual property utilized in connection with the operation, promotion, identification and management of the MVCD Program, except as specifically authorized by this Agreement. No property right in or privilege to use the MVCD Program Marks or MVCD Program Materials is created by this Agreement that will extend beyond the expiration or termination of this Agreement, except as specifically permitted by this Agreement. Failure to cease using the MVCD Program Marks or MVCD Program Materials following termination of this Agreement shall entitle MVCD to receive liquidated damages from Lion & Crown or the Participating L&C Association in the amount of One Thousand Dollars ($1,000) per day in addition to any other injunctive or equitable relief available to MVCD. This paragraph shall survive the termination of this Agreement.

b.     MVCD will honor all reservations and reservation privileges of Participating L&C Members or MVCD Members from other Affiliate Programs reserving Accommodations in Components that are confirmed or accrued prior to termination or suspension. This requirement shall survive the termination of this Agreement.

c.     Participating L&C Members shall no longer be affiliated with the MVCD Program.

d.     MVCD shall immediately cease using and thereafter cease using all the Lion & Crown Marks and any name or mark similar thereto and all of L&C Exchange Company Documents pertaining to L&C Program including all of Lion & Crown's personal and intellectual property utilized in connection with the operation, promotion, identification and management of the L&C Program, except as specifically authorized by this Agreement. No property right in or privilege to use the Lion & Crown Marks or L&C Exchange Company Documents pertaining to the L&C Program is created by this Agreement that will extend beyond the expiration or termination of this Agreement, except as specifically permitted by this Agreement. Failure to cease using the Lion & Crown Marks or L&C Exchange Company Documents pertaining to the L&C Program following termination of this Agreement shall entitle Lion & Crown to receive liquidated damages from MVCD in the amount of One Thousand Dollars ($1,000) per day in addition to any other injunctive or equitable relief available to Lion & Crown. This paragraph shall survive the termination of this Agreement.

e.     Lion & Crown will honor all reservations and reservation privileges of MVCD Members reserving Accommodations in L&C Destinations that are confirmed or accrued prior to termination or suspension. This requirement shall survive the termination of this Agreement.

f.     MVCD Members shall no longer be affiliated with the L&C Program.

10.6   In the event that a Party fails to perform its duties under this Agreement to the extent that a Participating L&C Member, MVCD Member, or other authorized person with a confirmed reservation of Accommodations in a Component (including an L&C Destination) is wrongfully denied access to the Accommodations of the Component (including an L&C

15

Destination), then the failing Party shall immediately correct such denial of access at its own reasonable expense.

10.7    Each Party acknowledges that, unless specifically stated otherwise in this Agreement, damages cannot adequately compensate the other Party for a breach of any of the provisions of this Agreement, and therefore the Parties agree that each Party shall be entitled to a remedy of specific performance or injunctive relief, as appropriate, in the event of a breach or threatened breach of any such provisions by any other Party, in addition to any other appropriate legal or equitable remedies.

10.8    Each Party agrees to indemnify, defend and hold harmless the other Party from and against any and all claims, demands, obligations, deficiencies, judgments, damages, suits, losses, penalties, expenses, costs (including reasonable attorneys' fees at the trial and appellate levels) and liabilities of any kind, type or nature whatsoever directly or indirectly resulting from, arising out of or in connection with this Agreement or the operation of its business as a result of any acts or omissions by it or any of its directors, officers, partners, employees, representatives, agents, brokers, salesmen or associates.

# XI.  MISCELLANEOUS

11.1    This Agreement shall become effective on the date set forth on page 1 (the "**Effective Date**"), and shall continue in force and effect until its scheduled termination or until such time as it is otherwise terminated pursuant to the terms hereof.

11.2    Either Party has the right to assign its rights and duties under this Agreement.

11.3    Except as may be otherwise provided in this Agreement, any notice, demand, request, consent, approval or communication under this Agreement must be in writing and shall be deemed duly given or made:  (a) when deposited, postage prepaid, in the United States mail, certified or registered mail with a return receipt requested, addressed to the Party at the address shown above; (b) when delivered personally to the Party at the address specified above; or (c) when deposited with a nationally recognized overnight courier service, fee prepaid, with receipt of confirmation requested, addressed to the Party as specified above.  A Party may designate a different address for receiving notices hereunder by giving notice thereof to the other Party pursuant to this Section 11.3.

11.4    The headings in this Agreement are intended solely for convenience of reference and shall be given no effect in the construction or interpretation of this Agreement.  All references in this Agreement to particular recitals, articles, sections and subsections are references to recitals, articles, sections and subsections of this Agreement.  The term "include" and similar terms (e.g., includes, including, included, comprises, comprising, such as, e.g., and for example), when used as part of a phrase including one or more specific items, are used by way of example and not of limitation.

11.5    In the event that any clause or provision of this Agreement is held to be invalid by any court of competent jurisdiction, the invalidity of such clause or provision shall not affect any other provision of this Agreement.  Failure of any Party to insist on strict compliance with the

16

provisions of this Agreement shall not constitute waiver of that Party's right to demand later compliance with the same or other provisions of this Agreement.

11.6    This Agreement constitutes the entire understanding and agreement among the Parties concerning the subject matter of this Agreement.  All understandings between the Parties are merged into this Agreement, and there are no representations, warranties, covenants, obligations, understandings or agreements, oral or otherwise, in relation thereto between the Parties other than those incorporated herein.

11.7    This Agreement shall be governed by, and shall be construed in accordance with, the laws of the State of Florida without regard to its conflict of law provisions. Except as provided in Section 11.8, in the event any such suit or legal action is commenced by either Party, the other Party hereby agrees, consents and submits to the personal jurisdiction of the Circuit Court of the Ninth Judicial Circuit of Florida in and for Orange County, Florida, with respect to such suit or legal action, and each Party also hereby consents and submits to and agrees that venue in any such suit or legal action is proper only in said court and county, and each Party hereby waives any and all personal rights under applicable law or in equity to object to the jurisdiction and venue of said court and county.  Such jurisdiction and venue shall be exclusive of any other jurisdiction and venue.

11.8    A dispute under this Agreement shall be governed exclusively by the laws of the State of Florida and shall be controlled and decided by arbitration. Except as otherwise provided in this Agreement, if any claim, dispute, controversy or other matter in question between the Parties, arising out of, or relating to this Agreement, or the breach thereof, including the right of any Party to terminate this Agreement, which cannot be resolved by the Parties (each, a "**Dispute**") arises under this Agreement that is not settled promptly in the ordinary course of business, the Parties shall seek to resolve any such Dispute between them, first, by negotiating promptly with each other in good faith.  If the Parties are unable to resolve the Dispute between them within ten (10) business days (or such period as the Parties shall otherwise agree) through these negotiations, then any such Dispute shall be resolved through binding arbitration.  Except for the right of either Party to apply to a court for a temporary restraining order, preliminary injunction, or other equitable relief to preserve the status quo or prevent irreparable harm, any dispute between or among the Parties arising out of or relating to this Agreement, including any dispute for which a Party could but does not elect to terminate this Agreement in accordance with its terms, shall be resolved by binding arbitration conducted under and governed by the arbitration rules of the American Arbitration Association (the "**AAA**") and the Federal Arbitration Act.  Judgment upon any arbitration award may be entered in the Courts of Orange County, Florida.  Any Party to this Agreement may bring an action, including a summary or expedited proceeding, to compel arbitration of any controversy or claim to which this Agreement applies in any court having jurisdiction over such action.  Arbitration will be conducted in the following manner:

(a)    The arbitration shall be conducted in Orange County, Florida and administered by the AAA.

(b)    One arbitrator mutually agreeable to the parties will be selected.  If the parties are unable to agree on an arbitrator, the AAA will appoint one.

17

**AH, LT, SF**                                                                                                            **RCDC067487**

       (c)    If the AAA is unable or legally precluded from administering the arbitration or fulfilling any role given to it by this Agreement, then J.A.M.S./Endispute will serve.

       (d)    The dispute will be subject to expedited arbitration. All arbitration hearings will be commenced within thirty (30) days of the demand for arbitration; further, the arbitrator shall only, upon a showing of cause, be permitted to extend the commencement of such hearing for up to an additional fourteen (14) days.

       (e)    No provision in this Agreement regarding submission to jurisdiction and/or venue in any court is intended or shall be construed to be in derogation of the provisions for arbitration of any controversy or claim.

       (f)    The authority of the arbitrator to award damages or other relief shall be limited to relief provided for in this Agreement and shall not include any relief excluded by this Agreement. The arbitrator shall be bound to apply Florida law to all disputes. The decision or award of the arbitrator shall be accompanied by a reasoned opinion, which shall include findings of fact, and shall include a breakdown as to specific claims.

       (g)    Consistent with the expedited nature of the arbitration provided for in this Agreement, each Party will, upon the written request of the other Party, promptly provide the other with copies of documents relevant to the issues raised by any claim or counterclaim. Any dispute regarding discovery, or the relevance or scope thereof, shall be determined by the arbitrator, whose determination shall be conclusive. All discovery shall be completed within fifteen (15) days of a demand for arbitration; further, the arbitrator shall only, upon a showing of cause, be permitted to extend the completion of discovery for up to an additional ten (10) days.

       (h)    Each Party in any arbitration will be responsible for its own costs and fees as provided, including the Party's pro-rata share of the arbitrator's fee and administrative fees.

       (i)    Except as may be required by law, neither a Party nor an arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of each Party.

    11.9    This Agreement and all of its provisions shall be binding upon and inure to the benefit of the Parties and their successors and permitted assigns. In no event shall the terms and conditions of this Agreement be deemed in any way to inure to the benefit of any person or party not expressly made a Party to this Agreement except for successors or permitted assigns to Parties to this Agreement.

    **11.10**   **THE PARTIES HEREBY WAIVE ANY RIGHT THEY MAY HAVE UNDER ANY APPLICABLE LAW TO A TRIAL BY JURY WITH RESPECT TO ANY SUIT OR LEGAL ACTION WHICH MAY BE COMMENCED BY OR AGAINST THE OTHER CONCERNING THE INTERPRETATION, CONSTRUCTION, VALIDITY, ENFORCEMENT OR PERFORMANCE OF THIS AGREEMENT OR ANY OTHER AGREEMENT OR INSTRUMENT EXECUTED IN CONNECTION WITH THIS AGREEMENT, INCLUDING THE EXCHANGE PROCEDURES.**

642049v7

**AH, LT, SF**           **RCDC067488**

11.11   Except for changes to this Agreement or provisions within this Agreement which a Party may make in its sole and absolute discretion pursuant to the terms of this Agreement, neither this Agreement nor any of its provisions can be changed, waived, discharged, terminated or otherwise altered, except by an instrument in writing signed by the Party against whom enforcement of the change, waiver, discharge, termination or alteration is sought.

11.12   This Agreement may be executed by the Parties in separate counterparts and via electronic means, and each part will be deemed an original and both of which together will be deemed to be one and the same instrument.

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed as of the date set forth above.

<u>**MVCD**</u>:

**MARRIOTT RESORTS, TRAVEL COMPANY, INC.,**
a Delaware corporation

By: _____

Print Name: _____

As its: _____


<u>**LION & CROWN**</u>:

**THE LION & CROWN TRAVEL CO., LLC,**
a Delaware limited liability company

By: _____

Print Name: _RALPH LEE CUNNINGHAM_

As its: _VICE PRESIDENT_

642049v7

**AH, LT, SF**                                                                 **RCDC067489**

# EXHIBIT "A"

### EXCHANGE PROCEDURES

AH, LT, SF                                                                    RCDC067490

Marriott Vacation Club Destinations™
Exchange Program



# EXCHANGE PROCEDURES

# EXCHANGE PROCEDURES
## FOR
## MARRIOTT VACATION CLUB DESTINATIONS EXCHANGE PROGRAM

### Introduction

These Exchange Procedures for Marriott Vacation Club Destinations Exchange Program ("**Exchange Procedures**") are specifically promulgated for the Marriott Vacation Club Destinations Exchange Program ("**Program**") by Marriott Resorts, Travel Company, Inc. d/b/a MVC Exchange Company, a Delaware corporation, as Exchange Company (as defined in Schedule "1"). These Exchange Procedures have been designed to facilitate Members' (as defined in Schedule "1") ability to reserve and exchange the use of Accommodations (as defined in Schedule "1"), facilities, services, and experiences offered through the Program each year, and corresponding exchange of access to any Accommodations, facilities, services, and experiences that are a part of any other Affiliate Program (as defined in Schedule "1").

**Exchange Company has the specific right to implement procedures which will facilitate the exchange of the Accommodations that are part of Components (as defined in Schedule "1"), other Affiliate Programs affiliated with the Program, or Special Benefits (as defined in Schedule "1").** There may be different methods or procedures by which Exchange Points (as defined in Schedule "1") are assigned at a particular Component or within a particular Affiliate Program. Exchange Company, subject to the terms of these Exchange Procedures, may further modify these Exchange Procedures in its sole discretion and in a manner it deems for the benefit of the Members as a whole.

## I.      DEFINITIONS

Capitalized terms shall have the meaning set forth on **Schedule "1."**

## II.     EXERCISE OF MEMBERSHIP PRIVILEGES; MEMBER'S DISTRIBUTION

A.      <u>Trust Members</u>. This section only applies to Trust Members. Membership in the Program is not an appurtenance to Interests. In order to enjoy the benefits of Membership in the Program as a Trust Member, the Affiliate Program Manager and/or Association of your Affiliate Program must have voluntarily entered into an Affiliation Agreement with Exchange Company, where the Affiliate Program Manager and/or Association is a member of the Program. Trust Members must comply with all of the terms and conditions of Membership in the Program. During the term of the Affiliation Agreement, Trust Members will have the right to reserve and use the Accommodations, facilities, services, and experiences that are a part of the Program or an Affiliate Program in accordance with these Exchange Procedures. Unless otherwise provided pursuant to the applicable Affiliation Agreement, Trust Members have the right to reserve and use the Accommodations, facilities, services, and experiences that are a part of the Trust Member's Affiliate Program in accordance with that Affiliate Program's Affiliate Program Reservation System. If a Trust Member desires to use the Special Benefits that may be offered by Exchange Company from time to time, the Trust Member may voluntarily participate in the Program as described in these Exchange Procedures.

Membership in the Program automatically terminates for a given Trust Member if the Trust Member voluntarily or involuntarily transfers the Trust Member's Interest and owns no other Interest, or if the Trust Member's Affiliate Program ceases to be affiliated with the Program because such Affiliate Program's Affiliation Agreement is terminated or is not renewed.

B.      <u>Exchange Members</u>. This section only applies to Exchange Members. Membership in the Program is not an appurtenance to Interests. In order to enjoy the benefits of Membership in the Program as an Exchange Member, an owner of an Interest must have voluntarily entered into an Enrollment Agreement with Exchange Company, or be an enrolled member in good standing of an Affiliate Program which has voluntarily entered into and maintains an Affiliation Agreement with Exchange Company ("**Affiliated Member**"). Exchange Members must comply with all of the terms and conditions for Membership in the Program. During the term of the Exchange Member's Enrollment Agreement with Exchange Company and so long as an Exchange Member remains

1

AH, LT, SF                                                                                      RCDC067492

enrolled in the Program, or so long as the Affiliated Member is a member of the Affiliate Program and an Affiliation Agreement between Exchange Company and such Affiliate Program is in effect, Exchange Members will have the right to reserve and use the Accommodations, facilities, services, and experiences that are a part of the Program in accordance with these Exchange Procedures. In addition, an Affiliation Agreement may also require that the Association for a Component execute an Acknowledgment. If an Exchange Member desires to use the Accommodations outside the Exchange Member's Affiliate Program or access Special Benefits (to the extent offered), from time to time, the Exchange Member may voluntarily participate in the Program described in the Disclosure Guide and these Exchange Procedures.

Membership in the Program automatically terminates for a given Exchange Member if the Exchange Member voluntarily or involuntarily transfers the Exchange Member's Interest and owns no other enrolled Interest.

### III.  PROGRAM OPERATION AND EXCHANGE POINTS

A.  <u>Management</u>.  The Program shall be operated and managed by Exchange Company pursuant to the terms of the Exchange Company Documents. Exchange Company is expressly authorized to take such actions as it deems are necessary or appropriate for the operation of the Program, including, without limitation, the performance of all duties outlined in these Exchange Procedures and the delegation to a third party of any such duties. In addition, Exchange Company reserves the right, to be exercised in Exchange Company's sole discretion from time to time, to limit reservations of Use Periods made: (i) for Accommodations in a particular Affiliate Program or Component; (ii) from the Program into a particular Affiliate Program; or (iii) from a particular Affiliate Program into the Program, in order to adequately balance demand and use of the Accommodations.

The Program currently utilizes software, hardware, and related equipment and technology owned, licensed, or leased by the Exchange Company. The rights granted to Exchange Members to use the Program pursuant to these Exchange Procedures do not create for Exchange Members or any other party any ownership interest or other right, title, or interest in or to any software, hardware, equipment or technology utilized by or in connection with the Program.

B.  <u>Distribution</u>.

1.  <u>Trust Members</u>.  For administrative convenience in the operation of the Program and for determination of the respective rights of Members to enjoy the benefits of the Program, each Member will be assigned a Distribution each Use Year. The Distribution represents the reservation rights of the Member's Interests during a particular Use Year in relation to other Interests participating in the Program during that Use Year. A Member will be permitted to use his or her Affiliate Program points each Use Year to make a reservation for Accommodations that are part of the Member's Affiliate Program or the Member may voluntarily participate in the Program by converting all or a portion of his or her Affiliate Program points into Exchange Points for the purpose of making a reservation through the Program. Unless otherwise provided by Exchange Company, Members may not convert his or her Affiliate Program points into Exchange Points except in connection with making a reservation through the Program. Currently, the conversion of Affiliate Program points into Exchange Points is one-to-one; however, Exchange Company reserves the right to vary the conversion ratio in Exchange Company's sole discretion, including, but not limited to, on an Affiliate Program-by-Affiliate Program basis.

2.  <u>Exchange Members</u>.  Each calendar year, an Exchange Member may Deposit Use Periods associated with the Exchange Member's Interest with the Exchange Company during the applicable Deposit Window. Exchange Members are required to Deposit Use Periods in 7-consecutive evening increments (in accordance with the governing documents associated with the Exchange Member's Component). Lock-off portions of an Accommodation are not eligible to be deposited. Deposits may only be made during the Deposit Window for the Use Period that the Exchange Member desires to Deposit. With respect to an Exchange Member who owns an alternate year Interest, unless the Exchange Member banks or borrows Exchange Points as may be permitted by these Exchange Procedures, such Exchange Member will be entitled to Deposit Use Periods associated with his or her Interest for usage of Exchange Points only during the calendar year in which such Exchange Member's use rights occur, and will be required to use their Exchange Points during the same calendar year; provided, however, such Exchange Member will be assessed Exchange Company Dues on an annual basis (as applicable).

2

AH, LT, SF                                                                                                          RCDC067493

For administrative convenience in the operation of the Program and for determination of the respective rights of Exchange Members to enjoy the benefits of the Program, the Exchange Company will assign a Distribution of Exchange Points to each Exchange Member for Use Periods Deposited by the Exchange Member for exchange each Use Year. The number of Exchange Points in a Distribution for a particular Use Period is based on various factors such as relative daily and seasonal demand, Accommodation capacity, size, view, and furnishings, and other valuation parameters established by the Exchange Company and may vary periodically by such factors. The number of Exchange Points in a Distribution is not in any way intended to be reflective of the economic value of any Interest.

**When an Exchange Member Deposits a Use Period with Exchange Company, such Exchange Member assigns and Exchange Company will automatically have all of such Exchange Member's rights to reserve and use such Use Period for the given Use Year. Once such Use Period has been Deposited with Exchange Company, it may not be withdrawn.**

3.    <u>All Members</u>.   The Exchange Points necessary to reserve a Use Period are identified on the Exchange Point Schedule. **Exchange Company will review the Exchange Point Schedule at least annually and amend the Exchange Point Schedule as necessary to maintain an equitable distribution of the usage requirements based on various factors such as relative daily and seasonal demand, Accommodation capacity, size, view, and furnishings, and other valuation parameters established by Exchange Company or as might be required by law. Any such modification to the Exchange Point Schedule shall not require approval by the Members or amendment of these Exchange Procedures.** Exchange Company may also temporarily discount the number of Exchange Points otherwise required on the Exchange Point Schedule from time to time to reduce the number of Exchange Points required to reserve specific Use Periods at specific Accommodations in the event Exchange Company deems such discounts beneficial to the Program. Such temporary adjustments of the Exchange Point Schedule shall not require an increase in the number of Exchange Points required to reserve other Use Periods within the Program.

**Unless banked into the following Use Year as may be permitted by these Exchange Procedures, if a Member fails to use any or all of a Member's Distribution during a given Use Year the Exchange Points allocated during such Use Year will expire and the Member shall not have use of that Use Year's unused Exchange Points during succeeding Use Years. A Member may use borrowed Exchange Points from the following Use Year's Distribution and any banked Exchange Points to reserve a Use Period(s) during the appropriate Reservation Window.**

Each Member may use the Member's Distribution each Use Year in order to reserve Use Period(s) or other products or programs during that Use Year in accordance with these Exchange Procedures, as they may be amended from time to time. A Member who is unable to use any available Use Period is not relieved of the obligation to remain a Member in Good Standing at all times. When confirming a reservation, Exchange Points will be deducted from the Exchange Points that will expire soonest.

C.    <u>Use of Exchange Points for Use Periods</u>.   Members may use their Distribution of Exchange Points with respect to a given Use Year to reserve available Use Periods that occur during such Use Year. **With the exception of Exchange Points that have been banked for use in the immediately following Use Year, Exchange Points that are from a particular Use Year's Distribution shall only be used before they expire.**

All or a portion of the Distribution may be used to make reservations for one or more of: (i) the Member; (ii) Family Members or Guests staying in separate Accommodations at the same Component during the same period as a Member residing there; or (iii) Family Members or Guests staying in an Accommodation without the Member present. All reservations must be made by a designated Delegate. Exchange Company retains the right, to be exercised in Exchange Company's reasonable discretion, to limit the number of Accommodations a Member may reserve for use by Family Members or Guests, regardless of the number of Exchange Points the Member has available for use. No additional Exchange Points are required to reserve Accommodations for a Member accompanied by Family Members or Guests in the same Accommodation as the Member.

3

**AH, LT, SF**                                                                                          **RCDC067494**

Exchange Company (or its designees) shall have the exclusive right to utilize Exchange Points assigned to Exchange Company's Interests or any other Exchange Points that Exchange Company is entitled to use for any purpose in its sole discretion, including, but not limited to, (i) the purposes of customer relations, public relations and employee relations; (ii) marketing, promoting, and selling of the Program, Interests, vacation ownership interests, programs, or vacation products at other resort condominiums or club resorts, or such other vacation ownership, multisite vacation ownership and membership or exchange plans developed or marketed by Exchange Company or its affiliates from time to time; (iii) utilizing Use Periods or Exchange Points in manners which will enhance or expand the Program or Affiliate Program; or (iv) the purpose of renting unreserved Use Periods to third parties, the revenue for which shall benefit the Exchange Company.  Exchange Company (or its designees) is specifically entitled to charge Members for the use of any Exchange Points that are owned by, allocated to or controlled by Exchange Company for the use of the Accommodations or other benefits offered or made available through the Affiliate Program Reservation System.  If Single Use Points are offered by Exchange Company, Exchange Company may fulfill a Member's request to access Accommodations or other benefits by the use of Single Use Points in accordance with the following priorities (in the order provided): (i) Exchange Company's right to charge for any Single Use Points allocated to or controlled by Exchange Company; and (ii) the Affiliate Program developer's right to charge for any Single Use Points allocated to or controlled by such developer. The ability to reserve Accommodations by utilizing Single Use Points is a Special Benefit through the Program offered by Exchange Company.  The Affiliation Agreement for a particular Affiliate Program may contemplate that Single Use Points will not be available for Exchange Members of such Affiliate Program.  An Exchange Member who does not make a Deposit in a given calendar year is not entitled to utilize Single Use Points in such calendar year.  The ability to utilize Single Use Points for reservations may not be available for all Accommodations.  If Single Use Points are used to make a reservation, additional fees may be required to complete the reservation.  The ability to use Single Use Points to reserve Accommodations is not available for Guests' reservations if unaccompanied by a Member or a Family Member of the Member.  The rights reserved to Exchange Company in this paragraph may be assigned by Exchange Company.

D.  <u>Limitations on Banking and Borrowing</u>.  In limitation of any privileges afforded to Members pursuant to Sections III.E. and III.F. of these Exchange Procedures, the ability of Members to bank or borrow Exchange Points, including, without limitation, the number of Exchange Points that may be banked or borrowed at any time by Members and the number of banking and borrowing transactions that may occur for any given Use Year, may be limited by Exchange Company in its sole discretion.  Exchange Company also reserves the rights to suspend, terminate, or limit all banking and borrowing of Exchange Points at any time and to charge fees to Members for each banking or borrowing transaction conducted by the Members.

E.  <u>Banking Exchange Points</u>.  Exchange Points assigned to a Member for a given Use Year may be banked by the Member for use during the immediately following Use Year.  If Exchange Points have been banked for use during a subsequent Use Year, the banked Exchange Points may only be used to make reservations during the Use Year for which the Exchange Points were banked and may not be withdrawn by the Member for use during any other Use Year.  Failure to use Exchange Points during the Use Year for which they are banked will result in the expiration of those Exchange Points as set forth in Section III.B. of these Exchange Procedures.

Unless further restricted or limited as provided in Section III.D., a Member may bank the Member's Exchange Points from twelve (12) months until six (6) months before the expiration date of such Exchange Points.  Exchange Points may not be banked any less than six (6) months prior to their expiration date. Members must be current on all purchase money payments owed, if any, and all fees, dues, and other amounts owed by the Member to the Association and Exchange Company, if any, to be eligible to bank any Exchange Points. Banked Exchange Points may not be transferred and purposes for which banked Exchange Points may be used may be limited by Exchange Company from time to time in Exchange Company's sole discretion.  Exchange Points transferred into a Member's Holding Account and Single Use Points are not eligible for banking.

F.  <u>Borrowing Exchange Points</u>.  Unless restricted or limited as provided in Section III.D., a Member may borrow all or a portion of the Exchange Points allocated for a particular Use Year up to twenty-five (25) months prior to the first day of such Use Year.  Borrowed Exchange Points may be used to make reservations for Use Periods that occur during the Use Year for which the Member is currently entitled to make reservations. Borrowed Exchange Points may be used for a wait list reservation as set forth in these Exchange Procedures.  In the

4

event that a reservation request using borrowed Exchange Points is not confirmed, the borrowed Exchange Points must be utilized during the Use Year for which they were borrowed and will expire at the end of such Use Year as set forth in Section III.B. of these Exchange Procedures. A Member who desires to borrow Exchange Points may be required to remit an amount to be applied against the following year's purchase money payments, maintenance fees, and ad valorem taxes, as determined by Exchange Company in its sole discretion from time to time and such amounts shall be held in escrow as required by applicable law. Borrowed Exchange Points may not be banked for use in a subsequent Use Year. A Member may borrow Exchange Points in order to make an Advance Priority Reservation. Borrowed Exchange Points may not be transferred to other Members and purposes for which borrowed Exchange Points may be used may be limited by Exchange Company from time to time in Exchange Company's sole discretion. When an Exchange Member borrows Exchange Points, the Exchange Member will be deemed to have Deposited the Use Period designated by the Exchange Member with Exchange Company, and Exchange Company will automatically have all of such Exchange Member's rights to reserve and use such Use Period for the given Use Year.

G. _Transfer of Exchange Points_. Subject to limitations implemented from time to time by Exchange Company, in Exchange Company's sole discretion, Members may transfer Exchange Points, excluding Single Use Points and banked or borrowed Exchange Points, for immediate use in any increment, to other Members. Transferred Exchange Points will retain their original expiration date and transferred Exchange Points may not be banked for future use and may not be transferred to another Member after the initial transfer. If a reservation made with transferred Exchange Points is cancelled, the transferred Exchange Points will be subject to the cancellation policies set forth in these Exchange Procedures. Single Use Points are not eligible to be transferred. Both the transferring and receiving Members must be current on all purchase money payments owed, if any, and fees and dues owed by the Member to the Association and Exchange Company, if any, to facilitate a transfer of Exchange Points pursuant to this Section. Exchange Company may require written confirmation from the transferring Member of any transfer of Exchange Points. Exchange Company, in Exchange Company's sole discretion may limit, condition, suspend, terminate, or charge a fee for transfers of Exchange Points.

H. _Wait Lists_. If offered by Exchange Company, and, only then, subject to availability and Exchange Company's right to limit or eliminate wait list requests, in the event a reservation requested by a Member is not available at the time of request, the Member may request to be placed on a wait list for such reservation. Wait list requests may include, but shall not be limited to, Accommodation size, number of Accommodations, and view type, if applicable. Wait list requests shall be subject to minimum Exchange Point requirements and Reservation Window requirements as set forth in these Exchange Procedures. If a wait list requested reservation becomes available, the reservation will be confirmed upon availability and notification of the confirmation will be sent to the requesting Member by electronic mail or by telephone in accordance with these Exchange Procedures. Cancellation of any wait list reservation that is confirmed must occur within forty-eight (48) hours of the Member being notified of the confirmation and any such cancellation shall be subject to the terms and conditions of Section IV.D. of these Exchange Procedures. Upon the cancellation of a confirmed wait list reservation, all remaining wait list requests can be reinstated. Members may enter a wait list request for a single Use Period which lists more than one (1) Component that will be acceptable to the Member for the requested Use Period, subject to any limitations placed on the number of Components that may be included in such requests. A request for multiple Components for a single Use Period shall be considered a single request for purposes of determining the number of concurrent wait list requests that a Member has at any given time. If multiple Components are listed on a single request, the Member must have available for use a sufficient number Exchange Points to reserve the Component requiring the highest number of Exchange Points. Wait list requests will be held until the expiration date of such wait list request as determined by the Member at the time the wait list request is made. Upon the expiration of the wait list request, the wait list request will be cancelled; provided, however, if the wait list request was for additional nights at a Component already reserved by the Member, the wait list request will be honored if such additional nights become available any time prior to the Member's check-in at the Component and Member possesses sufficient Exchange Points. Members may have multiple wait list requests for different Use Periods provided that the total number of Exchange Points of all such requests may not exceed the total Exchange Points available for use by the Member at the time such requests are made. Notwithstanding anything in these Exchange Procedures to the contrary, Exchange Company reserves the right to limit wait list requests to certain levels of membership from time to time. Exchange Company reserves the right to establish priority policies which grant priority to wait list requests entered by certain levels of membership or other specified groups of Members. Any such priority policies will be subject to

5

any limits, parameters, terms or conditions established by Exchange Company for such policies from time to time. Members must be current on all purchase money payments owed, if any, and all fees and dues owed by the Member to the Association and Exchange Company, if any, to make or maintain any wait list requests and Exchange Company may cancel any pending requests if a Member is more than ten (10) days delinquent on any fees or dues owed by the Member.

I.      Use of Remaining Exchange Points.  **There is no guarantee that a Member will be able to use all of the Exchange Points in a Member's Distribution each Use Year because the ability of a Member to use all of the Member's Exchange Points in a given Use Year will depend on: (i) the Use Periods reserved by the Member, (ii) the Use Periods reserved by other Members, and (iii) the number of Exchange Points banked for use in the immediately following Use Year.  Consequently, Exchange Points may remain in the Member's Distribution at the end of a given Use Year which are insufficient to reserve any Use Period and, thus, the Member will not be able to use such Exchange Points, and will not be permitted to carry over the unused, unbanked Exchange Points to the next Use Year's Distribution.**

**A Member's ability to reserve a Use Period in a particular Accommodation or Component will depend on, among other factors, the number of Exchange Points required to reserve the various Accommodations that have been affiliated with the Program, the number of Exchange Points available to the Member at the time of the reservation request, and other Member reservations that may have preceded the requested reservation.  Additionally, the ability of a Member to reserve a Use Period at a particular Component may be severely limited due to the limited number of Accommodations that may be committed to the Program at that Component.  Please refer to the Exchange Point Schedule for more information regarding the number of Accommodations available at any particular Component, from time to time. Neither Exchange Company, Developer, nor any other party can guarantee the fulfillment of a specific reservation request.**

J.      Affiliate Program Reservation System Operations.  Exchange Company will, from time to time, operate and manage reservation systems or exchange programs for other vacation ownership programs and facilitate usage by members of such programs, in addition to operation of the exchange facilities and related services in the Program.  When providing reservation services for another program, which is also an Affiliate Program, Exchange Company shall provide the reservation services and exchange services in a manner consistent with the applicable Affiliation Agreement and the applicable Affiliate Program Reservation Procedures.  The Affiliate Program Reservation Systems may vary and have priority windows or reservation restrictions that are different from those of the Program or other Affiliate Programs.  In such cases, Exchange Company will use commercially reasonable efforts to integrate all Affiliate Programs into the Program.

## IV.     PROCEDURES FOR RESERVING USAGE

A.      Reservation Services.  Members must contact Exchange Company to make reservations in accordance with the reservation request priorities applicable to the Member.  Members shall be required to deposit with Exchange Company the total number of Exchange Points, Use Periods, or Interests, as applicable, necessary to make a reservation for requested Use Periods based on the Exchange Point Schedule, and Member's available Distribution will be reduced by the total number of Exchange Points required for such Use Periods.

1.      Reservation Requests.  To reserve a Use Period, a Member must determine if the Member has the necessary Exchange Points to reserve the desired Use Period.  To determine the number of Exchange Points necessary to make a reservation, the Member may either visit the Exchange Company's internet web site at www.my-vacationclub.com or utilize the then-current Exchange Point Schedule.  Next, a Member must submit a reservation request to Exchange Company by such means of communication as may be made available by Exchange Company from time to time.  Such means of communication may, but will not necessarily, include the following: U.S. mail, facsimile, e-mail, internet, and telephone.  Details of such means of communication will be made available to Members by Exchange Company from time to time or will be available at www.my-vacationclub.com.

526828-8 (12.18.13)

AH, LT, SF                                                                                                              RCDC067497

2.    Designation of Delegates.  The owner(s) of an Interest owned by more than one person or by an entity such as a family trust, limited liability company, or the like, shall designate at least one (1) and up to four (4) Delegates from time to time by notifying Exchange Company through written notice or other approved means.  Individual owners of Interests may, but are not required to, designate at least one (1) and up to four (4) Delegates from time to time by notifying Exchange Company through written notice or other approved means.  Notices of Delegates shall be executed (or verified to the satisfaction of Exchange Company if delivered by means other than in writing) by all individuals holding the Interest or by an authorized representative of the business entity, as applicable.  Delegates shall be authorized to make reservations, receive confirmations and other services, perform administrative functions with respect to the Interest owned, and exercise other privileges as permitted by Exchange Company from time to time.  Exchange Company may rely, without liability, on the requests made by Delegates of record with the Exchange Company.  Exchange Company may charge an administrative fee, as Exchange Company may determine from time to time, for each request to change, add, or delete a Delegate designation.  In the event of a conflict among the owners of an Interest with respect to the designation of Delegate, Exchange Company may make its determination based on the Exchange Company's files and records.  In the event a designated Delegate owns Interests other than the Interest for which the Delegate has been designated, the Exchange Points assigned to the Delegate's Interests may not be combined with the Exchange Points assigned to the Interest for which the Delegate has been designated for any purposes including, without limitation, making reservations.

B.    Delinquency; Advance Payments.

1.    Delinquency.  Subject to applicable law and the provisions of the Affiliate Program Documents, only Members in Good Standing may exercise Membership privileges.  Exchange Company has the right to deny or cancel a reservation request if the Member is not a Member in Good Standing.  A Member who is not a Member in Good Standing has no right to reserve a Use Period, and any previously confirmed Use Period reservation may be cancelled by Exchange Company.  No further reservations may be made until any delinquency is satisfied in full.  Exchange Company may collect any delinquent fees and dues, special assessments, or purchase money payments owed by the Member, by credit card or other form of payment as determined by Exchange Company from time to time.

2.    Advance Payments.  If the Member has not yet been assessed such maintenance fees and ad valorem taxes, the Member may be required to remit to Exchange Company, as a condition to acceptance by Exchange Company of the reservation request, an amount equal to the estimated maintenance fees and ad valorem taxes which ultimately will become due, as determined by Exchange Company in its sole discretion.  Exchange Company shall remit such estimated amounts collected to the Affiliate Program Manager.

C.    Confirmations; Accommodation Preferences.  Confirmations for reservations will be sent to the appropriate Delegate by Exchange Company by such means of communication as determined by Exchange Company in its sole discretion from time to time (which may include the following: U.S. mail, facsimile, e-mail, internet, or telephone).  Exchange Company will attempt to accommodate all requests to reserve particular Use Periods and Accommodations based upon availability, on a first-come, first-served basis (and any other procedures determined by Exchange Company).  **Exchange Company does not guarantee that any particular Use Period will be available.  Reservation requests for exchange of Use Periods will be taken on a first-come, first-served, subject-to-availability basis, within the applicable Reservation Window, in accordance with the reservation priorities set forth on Schedule "2".**

**From time to time, certain Use Periods or Accommodations may not be available for reservation or use by Members as a result of maintenance being performed by the Affiliate Program Manager or Component Manager.  Moreover, in the case of extended maintenance or major renovations, certain Accommodations or Components may not be available for use for extended periods of time.**

Exchange Company reserves the right to create alternative confirmation periods with regard to Components which may in the future become a part of a program.  Additionally, there may be different methods by which interests and allocations are assigned within a particular Component.  Exchange Company has the specific right to implement procedures which will facilitate reciprocal, exchange, or similar uses by and among the Components affiliated with the Program offered by Exchange Company.

7

526828-8 (12.18.13)

AH, LT, SF                                                                                                      RCDC067498

D.      Cancellations and No-Shows.

1.      If a Member wishes to cancel or release a confirmed reservation of a Use Period, and Exchange Company receives written cancellation (or other means of verifiable communication acceptable to Exchange Company) at least sixty-one (61) days prior to the first day of such confirmed Use Period, no cancellation fee will apply, and such cancellation will result in unrestricted restoration of the related Exchange Points to the Member for further use during that Use Year; provided, however, that in the case of an Advance Priority Reservation, Exchange Points required to obtain such Advance Priority Reservation over and above the number of Exchange Points that would be required to reserve the same Accommodations during the Priority 2 Period, Priority 3 Period, or Open Reservation Period will be restored to the Member's Holding Account, subject to the restrictions on Holding Accounts as set forth in these Exchange Procedures.

2.      If Exchange Company receives written cancellation sixty (60) days or less prior to the first day of a confirmed Use Period, no cancellation fee will apply; however, such cancellation will result in assignment of the related Exchange Points to the Member's Holding Account, subject to the restrictions on Holding Accounts as set forth in these Exchange Procedures; provided, however, that in the case of an Advance Priority Reservation, Exchange Points required to obtain such Advance Priority Reservation over and above the number of Exchange Points that would be required to reserve the same Accommodations during the Priority 2 Period, Priority 3 Period, or Open Reservation Period will not be restored and will be forfeited by the Member.

3.      If a Standard Owner makes an Advance Priority Reservation, but becomes a Premier Owner or Premier Plus Owner prior to the first day of the confirmed Use Period reserved and prior to cancelling the Advance Priority Reservation, all of the Exchange Points required to obtain the Advance Priority Reservation (including the Exchange Points premium that was required to allow the Advance Priority Reservation) will be restored to the Member's Holding Account.

4.      If a reservation is modified prior to the first day of a confirmed Use Period to result in a shorter duration than would have been permitted at the time the reservation was made, any Exchange Points restored to the Member shall be placed into the Member's Holding Account, subject to the restrictions on Holding Accounts as set forth in these Exchange Procedures.

5.      If a Member cancels a reservation or modifies a reservation by shortening the duration of the reservation on or after the first day of a confirmed Use Period, all Exchange Points utilized for such reservation (if cancelled) or attributed to the days that were eliminated from the reservation (if shortened) shall be forfeited by the Member and will not be restored to the Member or the Member's Holding Account.  If the Member does not cancel the reservation, but does not check in on the first day of a confirmed Use Period, the reserved Use Period will be held for the Member so that the Member may check in at any time during the reserved Use Period.

6.      If a Member sells, assigns, or otherwise transfers ownership of any of Member's Interests, and the Exchange Points allocated to such Interests have been used to make a reservation, or the Member provides notice to Exchange Company of a pending sale, assignment, or transfer of such Interest, Exchange Company may cancel all pending reservations made with the Exchange Points allocated to such Interest.

**Exchange Company, in its sole discretion, is entitled to amend these Exchange Procedures to modify or establish additional cancellation policies and charge cancellation fees from time to time.**

E.      Check-In and Check-Out; Early Check-Out.  Each Component may have the right to establish the check-in and check-out times for such Component.  Consequently, each Component may have different check-in and check-out times, and Members will be restricted to the established times.  All of the Exchange Points applied to a confirmed reservation are considered used starting on the first day of the reserved Use Period.  Members are not entitled to a partial refund of Exchange Points if the Member checks in after the first day of the confirmed Use Period or checks out before the scheduled departure date.

F.      Pre-Arrival Notification.  Exchange Company will confirm Use Period dates at the time a reservation is confirmed for a Member.  A Member requesting Accommodations for a Family Member or Guest

8

AH, LT, SF                                                                    RCDC067499

must provide Exchange Company with such Family Member's or Guest's name, e-mail address, address, and telephone number at least thirty (30) days prior to the requested Use Period, or, for Open Reservation Time usage, at the time of such confirmation if it occurs within thirty (30) days of arrival, so that Exchange Company can forward an appropriate confirmation notice to the Member, Family Member, or Guest, as applicable. Failure to provide the Family Member's or Guest's name, e-mail address, address, and telephone number by such time may result in cancellation of the reserved Use Period by Exchange Company. The pre-arrival notification set forth in this paragraph is only required if a Family Member or Guest is utilizing an Accommodation other than the Accommodation in which the Member is staying.

G.     Fees or Charges.   As set forth in the Affiliation Agreement with Exchange Company or Enrollment Agreement, in addition to Exchange Company Dues, Exchange Company has the right to charge transaction fees (including, but not limited to, cancellation fees) as it deems appropriate in its sole discretion from time to time. Members shall be responsible for all unpaid fees assessed in accordance with these Exchange Procedures or any charges resulting from use of a Use Period including charges relating to damage or otherwise, and including those fees not paid by Family Members or Guests.

**Currently, the only transaction fee charged by Exchange Company is the initiation fee as detailed in Section VII.D.**

H.     Base Exchange Benefits, Base Plus Exchange Benefits, and Special Benefits. Exchange Company may offer Special Benefits through the Program to certain Members, from time to time. Such Special Benefits may vary, are not part of the Affiliate Program (or its reservation system), and are provided solely as part of the Program at the sole discretion of Exchange Company.  Exchange Company has the right to establish such rules and regulations as it deems necessary to adequately govern Member access to such Special Benefits, which may include certain fees. In addition, Exchange Company has the right to restrict use of any Base Plus Exchange Benefits and Special Benefits offered by Exchange Company to certain Members, including, without limitation, only to those Members who (i) purchase an Interest from or through an "**Approved Broker**" which includes: (a) the developer of the Member's Affiliate Program or Component; or (b) such other entity approved by Exchange Company, from time to time; (ii) acquire the Interest by virtue of being a Family Member by gift, will, divorce decree, testamentary disposition, intestate succession or trust from a Member; or (iii) is otherwise granted Membership by Exchange Company, upon the terms and conditions then determined by Exchange Company in Exchange Company's sole discretion. If a Member does not purchase the Member's Interest from an Approved Broker, such Member may be limited to only Base Exchange Benefits, or upon payment of the initiation fee, if permitted in Exchange Company's sole discretion, Base Plus Exchange Benefits.  Any offered Special Benefits are subject to separate terms and conditions, which may be changed, substituted, or eliminated without prior notice.  Some Special Benefits may be provided by independent third parties and Exchange Company expressly disclaims responsibility for the acts or omissions of any persons or entities providing such Special Benefits.  Special Benefits are only available to Guests that are accompanied by a Member or a Family Member of the Member.

## V.     RESERVATION REQUEST PRIORITIES

Subject to any applicable limitations in an Affiliate Program Reservation System and the Affiliation Agreement applicable to an Affiliate Program, reservation requests for exchange of Use Periods will be taken on a first-come, first-served, subject to availability basis, within the applicable Reservation Window, in accordance with the reservation priorities set forth on **Schedule "2"**.  **ANY PRIORITY A MEMBER MAY HAVE FOR THE RESERVATION OF USE PERIOD(S) WILL END UPON THE BEGINNING OF THE SUBSEQUENT RESERVATION WINDOW.**

**Prior to confirmation of a reservation of a specific Use Period in an Accommodation at a specific Component, a reservation cannot be assured as availability will vary.  The earlier a reservation request is submitted within the relevant Reservation Window, the better the chance that a reservation confirmation will be secured.  Members are encouraged to submit requests as far in advance as possible, within the Reservation Window, to obtain the best choice of Accommodations.**

526828-8 (12.18.13)

**AH, LT, SF**                                                                                                 **RCDC067500**

**Exchange Company shall have the right to forecast anticipated reservations and use of the Accommodations and is authorized to demand balance, reserve, deposit, or rent the Accommodations for the purpose of facilitating the use or future use of the Accommodations or other benefits made available to Members through the Program in its sole discretion.**

Unless the Affiliate Program Documents provide otherwise, Exchange Company has the right to establish priority lists, lottery systems, or other alternative methods of reserving Accommodations in an effort to ensure the fair and equitable reservation and use of Accommodations during holidays, events, and other high demand periods. If implemented, access to certain Use Periods by a Member may be restricted in a given year based upon the Member's ranking in a lottery or some other allocation methodology established by Exchange Company. Exchange Company may establish an administrative fee for this service. Exchange Company may restrict the number of weeks or days that may be reserved by a Member during holidays, events, or other high demand periods and Exchange Company may create alternate reservation procedures and the Exchange Point Schedule may be revised on a Market-specific or Component-by-Component basis to account for discrepancies in Markets, legal structures, travel patterns, or other factors as determined by Exchange Company from time to time. Exchange Company also has the right to establish certain priorities or alternate methods of reserving Accommodations for, or designate specific Accommodations or Use Periods that may only be reserved by Members during, the first twelve (12) months of the Members' participation in the Program, for purposes of educating and facilitating the use of the Program by such new Members.

Advance Priority Reservations may be made by Standard Owners who were granted the right to make an Advance Priority Reservation by Exchange Company in exchange for the number of Exchange Points required for the exercise of such right. The number of Exchange Points required to reserve a Use Period with an Advance Priority Reservation may be up to twenty-five percent (25%) greater than the number of Exchange Points that would otherwise be required to reserve the same Use Period during the Priority 2 Period, Priority 3 Period, or Open Reservation Period. The number of Exchange Points required for Advance Priority Reservations may be adjusted by Exchange Company from time to time to account for particular Components, seasonality, demand patterns, or other factors.

Exchange Company may apply additional weekend reservation restrictions on a Market-specific or Component-by-Component basis and may restrict the number of Accommodations that may be reserved by a Member for weekend-only reservations at any one time.

## VI.   EXCHANGE COMPANY DUES

1.   <u>Trust Members</u>. As further described in the Affiliation Agreement for each Affiliate Program, Exchange Company may charge Exchange Company Dues to each Affiliate Program Manager or Association. In accordance with the Affiliation Agreement for each Affiliate Program, Exchange Company reserves the right to establish distinct Exchange Company Dues from Affiliate Program to Affiliate Program as determined by Exchange Company, and based on those factors that Exchange Company determines, in its sole discretion, to be reasonable.

2.   <u>Exchange Members</u>. Other than Affiliated Members who may be assessed by the Affiliate Program Manager for such Affiliate Program, Exchange Company will assess each Exchange Member directly for each Exchange Member's share of the Exchange Company Dues on an annual basis. In accordance with the Enrollment Agreement for an Exchange Member, or Affiliation Agreement, where applicable, Exchange Company reserves the right to establish the Exchange Company Dues, as determined in the sole discretion of Exchange Company, and based on factors Exchange Company determines to be reasonable, as determined in its sole discretion. Exchange Members will be personally responsible for paying the Exchange Member's annual Exchange Company dues and fees, if any.

## VII.   MISCELLANEOUS

A.   <u>Membership Recognition Levels</u>. Members meeting the qualifications established by Exchange Company from time to time shall be eligible to become Premier Owners or Premier Plus Owners, as applicable, and shall be entitled to the benefits and privileges afforded to Premier Owners and Premier Plus Owners as determined

526828-8 (12.18.13)

**AH, LT, SF**                                                                                      **RCDC067501**

by Exchange Company. In addition to other qualifications as may be established by Exchange Company from time to time, to become a Premier Owner or Premier Plus Owner a Member will be required to own Interests with an aggregated minimum number of Exchange Points assigned to such Interests as established by Exchange Company from time to time. The number of Exchange Points or other criteria required to render a Member eligible to become a Premier Owner or Premier Plus Owner may be revised by Exchange Company from time to time (any such revisions to be applicable to all Members, whether or not previously enrolled in the Program) and Exchange Company reserves the right to eliminate or add any ownership recognition levels or benefits and privileges as Exchange Company may determine in its sole discretion. **In the event the minimum number of Exchange Points required to maintain Premier Owner or Premier Plus Owner eligibility is raised above the number of Exchange Points allocated to a Member's Interests at any given time, the Member will be entitled to enjoy the benefits and privileges afforded to Premier Owners or Premier Plus Owners, as applicable, until the end of the calendar year following that in which the Member no longer meets the respective Premier Owner or Premier Plus Owner eligibility requirements.** If the Member purchases Interests with sufficient Exchange Points to reestablish Premier Owner or Premier Plus Owner eligibility prior to the end of such calendar year, the Member shall maintain eligibility to be a Premier Owner or Premier Plus Owner, as applicable. **In the event that the minimum number of Exchange Points required to maintain Premier Owner or Premier Plus Owner eligibility is greater than the number of Exchange Points allocated to a Member's Interests due to the transfer of any of Member's Interests, Member's eligibility to enjoy the benefits and privileges afforded to Premier Owners and Premier Plus Owner shall not be extended for any period and shall be terminated on the first day of the month following the applicable transfer of the Member's Interests.** Any Exchange Points assigned to an Interest that is owned by more than one Member shall be included in calculating the number of Exchange Points attributed to each Member owning such Interest when determining whether such Members are eligible to become Premier Owners or Premier Plus Owners. Premier Owners and Premier Plus Owners may be assessed additional fees or charges for certain benefits and privileges granted to Premier Owners and Premier Plus Owners, as applicable, and as determined by Exchange Company from time to time. Exchange Company reserves the right to deny Premier or Premier Plus status to any Owner or group of Owners which Exchange Company determines in Exchange Company's sole discretion has structured its ownership in a manner to achieve such status by circumventing the intent of only recognizing Owners or groups of Owners who are joined by customarily recognized affinities.

      B.    <u>Residential Use and Prohibition on Commercial Use</u>. Accommodations, Base Exchange Benefits, Base Plus Exchange Benefits, Special Benefits, and Use Periods may not be used for any commercial purpose. This prohibition on commercial use includes, but is not limited to, any illegal activity or a pattern of occupancy, rental, leasing, or use by a Member that Exchange Company, in its reasonable discretion, could conclude constitutes a commercial enterprise or practice. In the event a Member is determined to be reserving or using the Accommodations, Base Exchange Benefits, Base Plus Exchange Benefits, Special Benefits, and Use Periods for any commercial purpose Exchange Company may immediately cancel any current reservation(s) made by such Member and may impose such additional penalties or restrictions as determined by Exchange Company, in its sole discretion, from time to time. The restrictions of this paragraph do not apply to Exchange Company or its affiliates or designees.

      C.    <u>Amendments</u>. These Exchange Procedures may be amended by Exchange Company from time to time in accordance with applicable law, which amendments may include, but are not limited to, the items set forth in this Section VII.C. Amendments may be adopted by Exchange Company in Exchange Company's sole discretion for purposes of:

      (1)    creating additional levels or types of memberships and creating or modifying the reservation rights and other privileges granted to the different membership levels;

      (2)    modifying or restricting the benefits and privileges granted to Standard, Premier, and Premier Plus Owners;

      (3)    assessing additional fees or charges to Premier and Premier Plus Owners for benefits and privileges granted to such Members and revising the amount of such fees and charges from time to time;

526828-8 (12.18.13)

AH, LT, SF                                                                RCDC067502

(4)   modifying the Exchange Point-level requirements or other criteria established for qualification for Standard, Premier, and Premier Plus membership levels;

(5)   merging the ownership, membership, recognition, or affinity levels of other timeshare plans, vacation clubs, exchange programs, or similar programs with the Program;

(6)   restricting the number of weeks or days that may be reserved for holiday, weekend, event, or other high demand Use Periods;

(7)   modifying or cancelling the availability of Open Reservation Time;

(8)   modifying the Exchange Point Schedule or modifying the number and types of Exchange Point Schedules available from time to time;

(9)   restricting the number of Members that are permitted to check-in on certain days at a given Component;

(10)   modifying current check-in times, creating additional check-in times or creating check-in days;

(11)   modifying the start of a Member's Use Year or otherwise amending such Use Year;

(12)   creating alternative confirmation periods with regard to Components or Affiliate Programs which may in the future become a part of the Program, and implementing procedures to facilitate reciprocal, exchange or similar uses with the Program;

(13)   modifying or limiting the number of requests for any wait list and creating additional wait list restrictions or requirements or eliminating wait lists;

(14)   using electronic methods to communicate with Members, including, without limitation, communications regarding confirmed reservations and notification of amendments to these Exchange Procedures;

(15)   creating additional usage products for current or future Components or Accommodations, including, without limitation, fixed, holiday, or event usages;

(16)   creating or modifying penalties and fees applicable to cancellation or modification of reservations;

(17)   assessing a special charge or annual fee to Members residing in countries other than the United States, Canada, and Puerto Rico and/or Members who reside in the United States, Canada, or Puerto Rico but who have mailing addresses, telephone numbers or facsimile numbers outside of the United States, Canada, or Puerto Rico;

(18)   creating system-wide reservation procedures which may be applicable to all Affiliate Programs and Components;

(19)   creating special exchange relationships between the Program and any other system pursuant to which Members access selected non-affiliated resorts;

(20)   establishing priority lists or other alternative reservation methods other than first-come, first-served for high demand Use Periods at a given Component or regional market for the purpose of more equitably permitting Members to have an opportunity to reserve certain high demand Use Periods;

(21)   amending Reservation Windows;

(22)   establishing a reservation priority system based on, among other things, length of stay;

(23)   establishing requirements to reserve certain days in combination with one another (*e.g.*, requiring Members to reserve Friday in order to reserve the following Saturday);

(24)   creating special Guest of Member programs (which may include fees) where a Member's Guest(s) may only occupy certain Accommodations or Use Periods while the Member is not in residence;

12

AH, LT, SF

RCDC067503

(25)    creating corporate membership programs;

(26)    allowing Members from Affiliate Programs to make reservations; provided, however, that such access can not be granted earlier than the Reservation Windows applicable to such Affiliate Programs;

(27)    adding fixed week reservation preferences, priorities, or rights;

(28)    restricting the number of Accommodations or Use Periods that may be reserved by a single Member at any one time;

(29)    creating restrictions or limitations on the reservation of weekend days on a Component-by-Component basis;

(30)    creating additional conditions, limitations, or restrictions with respect to Exchange Points that are transferred between Members;

(31)    altering the minimum length of stay required for reservations of certain Use Periods and requiring minimum length of stay for certain Accommodations;

(32)    limiting the characteristics of, and creating restrictions on, the use of transferred Exchange Points within various reservation windows;

(33)    revising the days, length-of-stay categories, or other provisions of the Call-In Calendar as set forth in these Exchange Procedures; and

(34)    taking any other action or implementing any such change as Exchange Company deems, in its reasonable discretion, to be beneficial to the Program as a whole or to more equitably allocate the benefits and privileges of the Program among the categories of Members.

Notice of any amendment shall be delivered by Exchange Company to each Member at the Member's last known mailing address on record with Exchange Company.  Notices of amendment may also be made by newsletter, electronic mail, annual mailings or other appropriate means.  In the case of more than one Member or ownership by a business entity, such notice may be provided only to a designated Delegate.

D.    Effect of Transfer of Member's Interest.  Unless otherwise agreed to in writing by the parties to a sale, assignment, or transfer, if a Member ("**Selling Member**") sells, assigns, or transfers the Selling Member's Interest to another party ("**New Member**"), the Selling Member will lose any and all rights to utilize the Exchange Points associated with such Interest to reserve the use of a Use Period or to use any previously-reserved Use Period. Each New Member will be required to remit to the Exchange Company an initiation fee; provided, however, an initiation fee shall not be required to be paid if the New Member is an existing Member or a Family Member of the Selling Member.  (The current initiation fee is $200 per Interest with a $2,000 minimum initiation fee; however, Exchange Company reserves the right to adjust the amount of the initiation fee from time to time and to waive the initiation fee on a case-by-case basis in Exchange Company's sole discretion.)  Exchange Company will, within ten (10) business days of receipt from a New Member of the initiation fee, if required, and a certified copy of the recorded deed transferring an Interest to the New Member, change Exchange Company's official records to reflect such transfer of an Interest from a Selling Member to a New Member.  Further, with respect to Trust Members, until payment of any required initiation fee is received (or waived by Exchange Company), the New Member may not be entitled to Base Plus Exchange Benefits or Special Benefits in Exchange Company's sole discretion; however, payment of the initiation fee (or waiver by Exchange Company) will allow access to the Base Plus Exchange Benefits.  With respect to Exchange Members, until payment of the initiation fee, the New Member will not be entitled to participate in the Program.  If the purchase of an Interest is not made from an Approved Broker, then the owner of such Interest(s) may not be entitled to Special Benefits in Exchange Company's sole discretion, even if the initiation fee is paid.  Unless otherwise agreed to in writing by the parties, all existing reservations previously made by the Selling Member will be cancelled.  The New Member will also be given possession of the Selling Member's Exchange Points remaining as of the date of Exchange Company's recognition of such transfer.  Exchange Company shall, from time to time, within ten (10) business days after receipt of written request from any Member execute, acknowledge and deliver to such Member or to any existing or prospective purchaser or mortgagee designated by such Member, a certificate stating the number of Exchange Points that the Member has used and/or

13

526828-8 (12.18.13)

AH, LT, SF                                                                RCDC067504

has available for use during the current Use Year, any borrowed Exchange Points, and the details of any reservations currently held by the Member.  Exchange Company may charge a fee in connection with providing such a certificate.

E.      Taxes.   Some jurisdictions have imposed a tax on the occupant of resort accommodations. Consequently, any bed tax, transient occupancy tax, or similar tax or imposition that is payable shall, in those circumstances, be the responsibility of the Member.  **Exchange Company makes no representations regarding taxes or other impositions due in connection with any reservations, exchanges made through the Program or the use of Accommodations.**  Additionally, Members are responsible for all personal charges (e.g., telephone calls and meals) at the host Component, and any utility surcharge or other charge imposed by a Component, as well as any damage, loss, or theft to the host Component Accommodations or facilities that is caused by the Member or the Member's Guest or Family Member.  Fees, if any, charged by a Component for the use of some of the amenities or facilities are determined and levied by each Component.  Should the Member desire to use such amenities or facilities, the fees charged by the Component are the responsibility of the Member.  These fees vary from Component to Component, and may be increased from time to time without notice.

F.      Limitations on Liability.   Exchange Company's liability in the event that any Accommodations reserved by or on behalf of the Member are not available for occupancy on the specified check-in date shall be limited to amounts necessary to obtain comparable alternate accommodations, if available, for the Member or the Member's Guests or Family Members, as applicable.  Exchange Company shall not be liable for any additional costs or expenses incurred by a Member or the Member's Guest or Family Members including, but not limited to, travel, lodging, meals, or similar expenses.

G.      Waiver.   No failure of Exchange Company to enforce any provision under these Exchange Procedures, exercise any power given under these Exchange Procedures, or to insist upon strict compliance with any obligation specified in these Exchange Procedures, and no custom or practice at variance with the terms of these Exchange Procedures, shall constitute a waiver of Exchange Company's right to demand exact compliance with the terms and conditions of these Exchange Procedures.

**H.      Intent of Rules.   The intent of these Exchange Procedures and the design of the Program(s) is to facilitate broad flexibility and utilization across a broad range of varied Accommodations, Components, facilities and Affiliate Programs.   These Exchange Procedures are not designed or intended to afford any specific rights in or access to any particular Accommodation or to guarantee that any variable, including Exchange Point levels, check-in days or times, or access will remain constant over time.**

526828-8 (12.18.13)

**AH, LT, SF**

RCDC067505

## SCHEDULE "1"

<u>Accommodation</u> means any condominium unit, apartment, cooperative unit, single family home, efficiency cabana, cottage, attached or free standing townhome or villa, fee interest, leasehold interest, unit located in a multi-unit building, and any other similar type of sleeping accommodation affiliated with or offered through the Program.

<u>Acknowledgment</u> means that certain Acknowledgment of and Joinder to Affiliation Agreement among a Component Association, The Lion & Crown Travel Co., LLC, and Marriott Resorts, Travel Company, Inc., that a Component Association may be required by an Affiliation Agreement to execute and maintain in effect in order for the Exchange Members in such Component to participate in the Program.

<u>Advance Priority Reservation</u> means a confirmed reservation made during the Priority 1 Period by a Standard Owner who was granted the right to make such Advance Priority Reservation by Exchange Company in exchange for the number of Exchange Points required for an Advance Priority Reservation as established by Exchange Company from time to time.

<u>Affiliate Program</u> means a program of benefits and services, as they may exist from time to time, the operator of which has entered into an agreement with Exchange Company through which the Affiliate Program's members participate in the Program.  Participation in the Program is made available on a voluntary basis to Members of an Affiliate Program in accordance with the terms and conditions established by Exchange Company from time to time, in its sole discretion.  Members have the right to reserve and use the Accommodations, facilities, services, and experiences that are a part of the Members' Affiliate Program in accordance with the Affiliate Program Reservation System for that Member's Affiliate Program.  If a Member desires to use the Accommodations, facilities, services, and experiences that are a part of another Affiliate Program, the Member may voluntarily participate in the Program described in these Exchange Procedures.

<u>Affiliate Program Documents</u> mean those documents governing the reservation, use, and occupancy of the Accommodations of a particular Affiliate Program.

<u>Affiliate Program Manager</u> means a company offering the Affiliate Program opportunities.

<u>Affiliate Program Reservation System</u> means the method, means or system by which Members of a particular Affiliate Program are required to compete against other members of that Affiliate Program in order to reserve the use of any Accommodations, facilities, services, and experiences of a particular Affiliate Program pursuant to the applicable Affiliate Program Documents.

<u>Affiliated Member</u> has the meaning set forth in Section II.B. of these Exchange Procedures.

<u>Affiliation Agreement</u> means the contract among Exchange Company, the developer of an Affiliate Program, any applicable Association, and the applicable Affiliate Program Manager, as the case may be, as such contract is amended from time to time, pursuant to which Accommodations, facilities, services, and experiences of the  Affiliate Program are included as a part of the Program and Membership in the Program is made available on a voluntary basis to Members in the Affiliate Program.

<u>Approved Broker</u> has the meaning set forth in Section IV.H. of these Exchange Procedures.

<u>Association</u> means the governing body or owners' association, if any, of a particular Affiliate Program's Members, whether incorporated, unincorporated, or voluntary.

<u>Base Exchange Benefits</u> mean the limited ability to make exchanges during the Open Reservation Period and access to such other programs and services defined and offered by Exchange Company as Base Exchange Benefits, from time to time, in Exchange Company's sole discretion.

15

**AH, LT, SF**                                                                                           **RCDC067506**

Base Interest shall have the same meaning as such term is defined in a Trust Member's Affiliate Program Documents.

Base Plus Exchange Benefits mean the ability to make exchanges during all the Reservation Windows subject to these Exchange Procedures and access to such other programs and services defined and offered by Exchange Company as Base Plus Exchange Benefits, from time to time, in Exchange Company's sole discretion. The ability to utilize a Base Plus Exchange Benefit may not be available to all Members.

Call-in Calendar means the schedule promulgated from time to time by Exchange Company that establishes the days during any given month that a Member may first determine the availability of any Use Period as further described in these Exchange Procedures.

Component means the location containing Accommodation(s) of a site or resort that is part of the Program or an Affiliate Program. Exchange Company retains the right to determine what constitutes a Component, in Exchange Company's sole discretion from time to time.

Component Manager means the person or entity responsible for the management and operation of a particular Component.

Delegate means a designated individual with whom Exchange Company may deal with for purposes of making reservations, sending confirmations, and providing other services with respect to a particular Interest.

Deposit means the submission to the Exchange Company by an Exchange Member of a 7-consecutive evening Use Period that is part of the Member's Interest during the applicable Deposit Window. In exchange for each Deposit, Exchange Company will assign the Member with a Distribution of Exchange Points for use during the Use Year for the Deposited Use Period. The number of Exchange Points that a Member receives for the Deposited Use Period will be determined by the Exchange Company in Exchange Company's sole discretion. Members are required to submit Use Periods in 7-consecutive evening increments.

Deposit Window means the period during which an Exchange Member may Deposit a Use Period in exchange for a Distribution. The Deposit Window begins at such time as Exchange Company begins accepting Deposits as determined by Exchange Company, in Exchange Company's sole discretion, and ends September 30 of the year prior to the year that contains the first evening of the Use Period being Deposited. Notwithstanding anything herein to the contrary, for Affiliated Members of the Lion & Crown Exchange Program whose Association has signed an Acknowledgment, Exchange Company will extend the Deposit Window to accept Deposits of Use Periods occurring prior to December 31, 2014 and, for those Use Periods being Deposited, the extended Deposit Window shall be closed no less than forty-five (45) days prior to the check-in day, but in any case not later than September 30, 2014. The extended Deposit Window may differ for each Lion & Crown Exchange Program Component and Members of the Lion & Crown Exchange Program must check with reservation services for any extended Deposit Window applicable to their Lion & Crown Exchange Program Component.

Distribution means the total number of Exchange Points assigned to a Member, based on the number of Interests offered for exchange by the Member through the Program, excluding the receipt of Single Use Points.

Enrollment Agreement means the agreement between an Exchange Member of an Interest in an Affiliate Program and the Exchange Company, whereby the owner agrees to become a Member (as an Exchange Member) in the Program subject the Exchange Company Documents.

Exchange Company means Marriott Resorts, Travel Company, Inc. d/b/a MVC Exchange Company, a Delaware corporation, or its successors and assigns, which is the company offering the Program through

16

AH, LT, SF                                                                                          RCDC067507

Membership to Members of Affiliate Programs.  Exchange Company is an Exchange Company for the purpose of offering exchange and reservation services and related vacation and travel benefits to Members.

Exchange Company Documents mean those instruments governing the use and operation of the Program, including, but not limited to, an Affiliation Agreement (for Trust Members), Disclosure Guide, Enrollment Agreement (for certain Exchange Members), Exchange Point Schedule, and these Exchange Procedures, as such Exchange Company Documents are promulgated, executed, or amended by Exchange Company from time to time in its sole discretion.

Exchange Company Dues mean the charges assessed by Exchange Company in connection with the operation of the Program that are assessable to the applicable Exchange Member, Association, or Affiliate Program Manager, as the case may be, each calendar year.  For Trust Members, the Exchange Company Dues shall be determined in accordance with the Affiliation Agreement, and may be charged in different amounts for each Affiliate Program.

Exchange Member means (i) a Member who is the owner of an Interest in an Affiliate Program which is not a trust who has voluntarily entered into an Enrollment Agreement with Exchange Company, or (ii) an Affiliated Member who is a member of an Affiliate Program which has voluntarily entered into an Affiliation Agreement with the Exchange Company.

Exchange Point means the symbolic use measurement assigned to a Member's Interest(s) (or membership in an Affiliate Program) which enables the Member to access Program Accommodations, services, and benefits.

Exchange Point Schedule means the annual schedule(s) promulgated by Exchange Company which identifies the pertinent information for the Program in a given year, including setting forth the number of Exchange Points required to reserve Use Periods, all as amended by Exchange Company from time to time. If Single Use Points are used to make a reservation, additional Single Use Points or fees may be required to complete the reservation in order to offset any applicable taxes.

Exchange Procedures mean these Exchange Procedures for Marriott Vacation Club Destinations Exchange Program, as further defined on page 1 of this document.

Family Member means a Member's spouse (if the spouse does not jointly own an Interest with the Member), and the Member's and Member's spouse's parents, children, and grandchildren.

Guest means a person who, as an invited guest of a Member, stays in an Accommodation, and is not a Family Member of the Member.  Special Benefits and the ability to reserve Accommodations are not available for Guests' reservations if unaccompanied by a Member or the Member's Family Member.

Holding Account means an account established for purposes of depositing Exchange Points that are restored to a Member after the cancellation or modification of a confirmed reservation.  Exchange Points deposited in a Member's Holding Account shall be available for further use during that same Use Year, but the further use of such restored Exchange Points shall only be confirmed by Exchange Company for Use Periods beginning no more than sixty (60) days after the date of the request, subject to availability, or other Special Benefits as may be made available for such purposes by Exchange Company from time to time.  Exchange Points deposited in a Holding Account may not be transferred to other Members, banked for future use, or used for wait list requests.

Interest means the ownership interest(s) in an Affiliate Program or in a Component or Accommodations affiliated with the Affiliate Program that is created pursuant to the governing documents of such Affiliate Program, Component, or Accommodations, as the case may be.

Market means a specific geographic region, Component, or group of Components as designated by Exchange Company.

526828-8 (12.18.13)

AH, LT, SF

RCDC067508

Member means a person (natural or otherwise) who owns an Interest in an Affiliate Program, a Component or Accommodation that is affiliated with the Program.  For Trust Members, a Member has Membership privileges in the Program as described in his/her/its Affiliation Agreement and these Exchange Procedures. In the case of an Exchange Member, to become a Member, such Exchange Member must execute an Enrollment Agreement or be an Affiliated Member of an Affiliate Program which has voluntarily entered into an Affiliation Agreement with the Exchange Company.  Trust Members have Membership privileges in the Program as described in the purchase agreements for their Interests and these Exchange Procedures.

Member in Good Standing means a Member who is current with all payments to the Affiliate Program Manager, Component Manager, Exchange Company, and Affiliate Program developer relating to the Member's ownership of the Interest or Membership in the Program, including, as applicable, assessments, ad valorem taxes, and mortgage and purchase money payments.

Membership means participation in the Program.

Open Reservation Period means the period beginning sixty (60) days before the first day of a given unreserved Use Period.

Open Reservation Time means that period or periods of time when Members or Guests of Exchange Company can use Accommodations on a space available, first-come, first-served subject to availability basis as described in these Exchange Procedures.

Premier Owner means a Member who, together with other Premier Owners, shall represent the largest holdings of Exchange Points, as determined by Exchange Company in its sole discretion, that collectively represent no more than twenty percent (20%) of the aggregate of all Exchange Points that are held by all Members.  For the purpose of determining Premier Owner status, Members shall be deemed to hold all Exchange Points related to Interests that are titled in their name, either independently or as a named titleholder among a group of titleholders, which are enrolled with Exchange Company if required to do so. In the event a Member transfers any of the Member's Interests, only the Interests retained by the Member after the transfer shall be considered in determining the number of Exchange Points deemed held by the Member.  Initially, and until Exchange Company has determined that a sufficient base of ownership has been established which permits Exchange Company to perform more meaningful calculations based on tiers of actual ownership, it is anticipated that a holding of 6,500 Exchange Points shall qualify a Member for Premier Membership.  Exchange Company shall have the reserved right to add further qualification criteria from time to time such as, for example, qualifying status based on the manner in which and from whom Exchange Points were acquired.  Exchange Company shall have the right to determine who constitutes a Premier Owner based on criteria and conditions set forth in this definition, all of which shall remain subject to modification by Exchange Company from time to time in its sole discretion.  With respect to an Affiliated Member of the Lion & Crown Exchange Program who owns an Interest(s) in a Component with an annual reservation calendar which provides for use and occupancy of such Interest(s) on a rotating basis, the number of Exchange Points deemed held by such Member for the purpose of determining Premier Owner status  may  be  either  (i) the actual number of Exchange Points allocated to the Member's Interest(s) with respect such reservation calendar for the current year, or (ii) the average of the number of Exchange Points allocated to the Member's Interest(s) for all of the Component's reservation calendars that have been prepared pursuant to the governing documents of the Component and/or as filed with governmental authorities for approval, as applicable, at the time of such determination, all as determined by the Exchange Company in its sole  discretion;  provided, however, with respect to an Affiliated Member of the Lion & Crown Exchange Program who owns an Interest(s)  in a Component that requires the Member to reserve specific dates for use and occupancy for a portion of that Interest(s) each year, with respect  to that portion of such Interest(s) only,  the number of Exchange Points deemed held by such Member shall  be determined based on the weekly average number of points assigned for  all weeks available for  reservation  in the applicable year with respect to  such portion of that Interest(s), all as determined by the Exchange Company  in its reasonable discretion.   With respect to an Affiliated Member of the Lion & Crown Exchange  Program  who owns an Interest(s) in a  Component  with such Member having to reserve specific dates for use and occupancy for the entire Interest(s) each year, the number of

18

**AH, LT, SF**                                                                                          **RCDC067509**

Exchange Points deemed held by such Member for the purpose of determining Premier Owner status shall be the Exchange Points allocated to the Member's Interest(s) determined based on the daily average number of points assigned to an Accommodation of the same type as the Interest(s) owned by such Member and multiplied by the number of days of usage attributed to such Member's Interest(s) on an annual basis, as determined by the Exchange Company in its reasonable discretion.

Premier Plus Owner means a Member who, together with other Premier Plus Owners, shall represent the largest holdings of Exchange Points, as determined by Exchange Company in its sole discretion, that collectively represent no more than five percent (5%) of the aggregate of all Exchange Points that are held by all Members. For the purpose of determining Premier Plus Owner status, Members shall be deemed to hold all Exchange Points related to Interests that are titled in their name, either independently or as a named titleholder among a group of titleholders, which are enrolled with Exchange Company if required to do so. In the event a Member transfers any of the Member's Interests, only the Interests retained by the Member after the transfer shall be considered in determining the number of Exchange Points deemed held by the Member. Initially, and until Exchange Company has determined that a sufficient base of ownership has been established which permits Exchange Company to perform more meaningful calculations based on tiers of actual ownership, it is anticipated that a holding of 13,000 Exchange Points shall qualify a Member for Premier Plus Membership. Exchange Company shall have the reserved right to add further qualification criteria from time to time such as, for example, qualifying status based on the manner in which and from whom Exchange Points were acquired. Exchange Company shall have the right to determine who constitutes a Premier Plus Owner based on criteria and conditions set forth in this definition, all of which shall remain subject to modification by Exchange Company from time to time in its sole discretion. With respect to an Affiliated Member of the Lion & Crown Exchange Program who owns an Interest(s) in a Component with an annual reservation calendar which provides for use and occupancy of such Interest(s) on a rotating basis, the number of Exchange Points deemed held by such Member for the purpose of determining Premier Plus Owner status may be either (i) the actual number of Exchange Points allocated to the Member's Interest(s) with respect such reservation calendar for the current year, or (ii) the average of the number of Exchange Points allocated to the Member's Interest(s) for all of the Component's reservation calendars that have been prepared pursuant to the governing documents of the Component and/or as filed with governmental authorities for approval, as applicable, at the time of such determination, all as determined by the Exchange Company in its sole discretion; provided, however, with respect to an Affiliated Member of the Lion & Crown Exchange Program who owns an Interest(s) in a Component that requires the Member to reserve specific dates for use and occupancy for a portion of that Interest(s) each year, with respect to that portion of such Interest(s) only, the number of Exchange Points deemed held by such Member shall be determined based on the weekly average number of points assigned for all weeks available for reservation in the applicable year with respect to such portion of that Interest(s), all as determined by the Exchange Company in its reasonable discretion. With respect to an Affiliated Member of the Lion & Crown Exchange Program who owns an Interest(s) in a Component with such Member having to reserve specific dates for use and occupancy for the entire Interest(s) each year, the number of Exchange Points deemed held by such Member for the purpose of determining Premier Plus Owner status shall be the Exchange Points allocated to the Member's Interest(s) determined based on the daily average number of points assigned to an Accommodation of the same type as the Interest(s) owned by such Member and multiplied by the number of days of usage attributed to such Member's Interest(s) on an annual basis, as determined by the Exchange Company in its reasonable discretion.

Premier Reservation means a confirmed reservation made during the Priority 1 Period by a Premier Owner or Premier Plus Owner.

Priority 1 Period means period beginning 395 days (+/- 6 days based on the applicable Call-in Calendar) before the first day of a given unreserved Use Period and ending 28 days (4 weeks) later.

Priority 2 Period means the period beginning 365 days (+/- 6 days based on the applicable Call-in Calendar) before the first day of a given unreserved Use Period and ending 56 days (8 weeks) later.

Priority 2 Reservation means a confirmed reservation made during the Priority 2 Period.

526828-8 (12.18.13)

AH, LT, SF

RCDC067510

<u>Priority 3 Period</u> means the period beginning 300 days (+/- 6 days based on the applicable Call-in Calendar) before the first day of a given unreserved Use Period and ending one hundred and sixty-one (61) days before the first day of a given unreserved Use Period.

<u>Priority 3 Reservation</u> means a confirmed reservation made during the Priority 3 Period.

<u>Program</u> means the Marriott Vacation Club Destinations Exchange Program.

<u>Reservation Window</u> means the method and timing whereby the use of each Use Period is available for reservation for a given Use Year.  The Reservation Windows consist of the Priority 1 Period, Priority 2 Period, Priority 3 Period, and Open Reservation Period.

<u>Single Use Points</u> means the Exchange Points within the control of, and made available by, Exchange Company (or its designees) from time to time which permit the Member or Family Member to use an Accommodation or Use Period that would otherwise require Exchange Points in excess of the Member's Distribution.  The ability to reserve Accommodations by utilizing Single Use Points is a Special Benefit through the Program offered by Exchange Company.  The utilization of any Single Use Points will be subject to any terms and conditions under which such Single Use Points are granted including, without limitation, any applicable expiration dates on such Single Use Points.  The Affiliation Agreement for a particular Affiliate Program may contemplate that Single Use Points will not be available for Exchange Members of such Affiliate Program.

<u>Special Benefits</u> mean special products, services, benefits, and vacation/recreational experiences offered by Exchange Company, including, without limitation, the ability to reserve hotel accommodations, cruises, other travel services, and to receive Single Use Points.  The ability to utilize a Special Benefit may not be available to all Members including, specifically, Members who are entitled only to Base Exchange Benefits.  If Special Benefits are available and a Member is eligible to purchase or utilize any Special Benefits, separate terms and conditions shall apply to the purchase and use of such Special Benefits.

<u>Standard Owner</u> means a Member other than a Premier Owner or a Premier Plus Owner.

<u>Trust Member</u> means a Member who is the owner of an Interest in an Affiliate Program which is a trust and for whom a separate enrollment agreement with Exchange Company is not required.

<u>Use Period</u> means the time period(s) during which each Member has reserved the use and occupancy of an Accommodation in accordance with the provisions of these Exchange Procedures.  All Use Periods shall be subject to the minimum and maximum number of evenings identified in these Exchange Procedures.

<u>Use Year</u> means with respect to Trust Members, the annual period of time established in accordance with a Member's Affiliate Program Documents.  With respect to Exchange Members, Use Year means the calendar year.  A Member is entitled to use the Member's Exchange Points Distribution for a particular Use Year to reserve and use Accommodations in accordance with these Exchange Procedures.

526828-8 (12.18.13)

**AH, LT, SF**                                                                                         **RCDC067511**

**SCHEDULE "2"**

**Summary of Reservation Windows**

| Reservation Priority | Priority 1 | Priority 2 | Priority 3 | Open Reservation |
|---|---|---|---|---|
| Owner Type | 13 months[1] | 12 months[1] | 10 months[1] | 60 – 0 days[1] |
| **Premier Plus** | 1+ nights | | | |
| **Premier** | 7+ nights | | | |
|  | | | 1+ nights | |
|  | | | | 1 + nights |
| **Standard** | 7+ nights[2] | | | |
|  | | 7+ nights[3] | | |
|  | | | 1+ nights | |
|  | | | | 1+ nights |
| **All Members**<br>Members with less than Base Interest<br>Members who cancel a reservation less than sixty (60) days prior to the check-in date.<br>Members who do not pay the initiation fee for a transferred Interest. | | | | 1+ nights |

[1] Subject to the Call-in Calendar.
[2] With additional Exchange Points (no refund of additional Exchange Points if cancelled).
[3] With no additional Exchange Points.

  A. Priority 1 Period. During the Priority 1 Period, Premier and Premier Plus Owners, and other Members reserving through an Advance Priority Reservation, have the right to request a reservation, subject to the Call-in Calendar, on a first-come, first-served subject to availability basis for the use of Use Periods in Accommodations available through the Program and other Special Benefits made available by Exchange Company from time to time during the Use Year for which Premier and Premier Plus Owners hold sufficient Exchange Points, in accordance with these Exchange Procedures. The number of Exchange Points which must be released by the Member for such Premier Reservations and Advance Priority Reservations shall be determined in accordance with the then-current Exchange Point Schedule. During the Priority 1 Period, Exchange Company shall immediately confirm all Premier Reservations and Advance Priority Reservations made pursuant to these Exchange Procedures, if available, on a first-come, first-served basis. **Any Exchange Points required to obtain an Advance Priority Reservation (over and above the number of Exchange Points that would be required to reserve the same Accommodations during the Priority 2 Period, Priority 3 Period, or Open Reservation Period) will not be restored to the Member in the event that the Advance Priority Reservation is cancelled by the Member.** Notwithstanding any rights granted to Members pursuant to this Section A., Exchange Company reserves the right to limit or restrict the number of reservations that may be made (including, without limitation, the number of Members who may make reservations and the number of reservations that may be made) at any particular Component during the Priority 1 Period to further the best interests of the Members as a whole as determined by Exchange Company in its sole discretion. Except as otherwise provided in these Exchange Procedures, Use Periods reserved by Standard Owners and Premier Owners during the Priority 1 Period must have a minimum of seven (7) consecutive evenings, and all reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Exchange Point Schedule. In the event a Standard Owner or Premier Owner requests a Use Period during the Priority 1 Period and Exchange Company is only able to confirm a portion of such requested Use Period because less than seven (7) consecutive evenings are available, Exchange Company

21

may, upon Member's request, confirm such reservation in Exchange Company's sole discretion. Except as otherwise provided in these Exchange Procedures, and subject to applicable minimum duration of stays for certain Markets or at certain Components as shown on the Exchange Point Schedule, there are no minimum length-of-stay requirements for Use Periods reserved by Premier Plus Owners during the Priority 1 Period. Exchange Company may limit the Use Periods and the Accommodations on a Component-by-Component basis that are available for reservation during the Priority 1 Period, and may withhold up to fifty percent (50%) of the Use Periods and Accommodations at any particular Component for reservation during other Reservation Windows, all as determined from time to time in Exchange Company's sole discretion. Priority 1 Reservations are available only to those Members who are entitled to Base Plus Exchange Benefits.

      B.    <u>Priority 2 Period</u>. During the Priority 2 Period, Members have the right to request a reservation, subject to the Call-in Calendar, on a first-come, first-served, subject to availability basis for the use of Use Periods in Accommodations available through the Affiliate Program Reservation System and other Special Benefits made available by Exchange Company from time to time during the Use Year for which Premier and Premier Plus Owners hold sufficient Exchange Points, in accordance with these Exchange Procedures. The number of Exchange Points which must be released by the Member for such Priority 2 Reservations shall be in accordance with the then-current Exchange Point Schedule. Except as otherwise provided in these Exchange Procedures, Use Periods reserved by Standard Owners and Premier Owners during the Priority 2 Period must have a minimum of seven (7) consecutive evenings, and all reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Exchange Point Schedule. In the event a Standard Owner or Premier Owner requests a Use Period during the Priority 2 Period and Exchange Company is only able to confirm a portion of such requested Use Period because less than seven (7) consecutive evenings are available, Exchange Company may, upon Member's request, confirm such reservation in Exchange Company's sole discretion. Except as otherwise provided in these Exchange Procedures, and subject to applicable minimum duration of stays for certain Markets or at certain Components as shown on the Exchange Point Schedule, there are no minimum length-of-stay requirements for Use Periods reserved by Premier Plus Owners during the Priority 2 Period. Priority 2 Reservations are available only to those Members who are entitled to Base Plus Exchange Benefits.

      C.    <u>Priority 3 Period</u>. During the Priority 3 Period, Members have the right to request reservations, subject to the Call-in Calendar, on a first-come, first-served, subject to availability basis for the use of Use Periods in Accommodations available through the Affiliate Program Reservation System and other Special Benefits made available by Exchange Company from time to time during the Use Year for which the Member holds sufficient Exchange Points, in accordance with these Exchange Procedures. The number of Exchange Points which must be released by the Member for such Priority 3 Reservations shall be in accordance with the then-current Exchange Point Schedule. Priority 3 Reservation confirmation into any Accommodation shall be based on a first-come, first-served basis, subject to availability and on any other procedures determined by Exchange Company. Except as otherwise provided in these Exchange Procedures, Use Periods reserved by Standard Owners and Premier All Priority 3 Reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Exchange Point Schedule. Except as otherwise provided in these Exchange Procedures, and subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Exchange Point Schedule, there are no minimum length-of-stay requirements for Use Periods during the Priority 3 Period. Priority 3 Reservations are available only to those Members who are entitled to Base Plus Exchange Benefits.

      D.    <u>Open Reservation Period</u>. During the Open Reservation Period, Members or Exchange Company can reserve use of an Accommodation at any Component for the current Use Year, subject to the Call-in Calendar, on a space available, first-come, first-served, subject to availability basis as set forth in these Exchange Procedures. Family Members and Guests may also stay in an Accommodation at any Component as Open Reservation Time, subject to availability; however, the sponsoring Member (or a designated Delegate of the sponsoring Member) must make the reservations for such use. In no event shall Open Reservation Time be used for any commercial purpose (including, but not limited to, the rental of an Accommodation reserved as Open Reservation Time). Members who are determined, in the sole discretion of Exchange Company, to have violated this restriction on commercial use may be subject to penalties within the sole discretion of Exchange Company, including, but not limited to, the loss of such Member's access to Open Reservation Time and cancellation of existing Open Reservation Time reservations. Members owning less than a Base Interest and Members utilizing

22

526828-8 (12.18.13)

**AH, LT, SF**                                                                   **RCDC067513**

Exchange Points deposited in a Holding Account shall only be permitted to make reservations for Use Periods during the Open Reservation Period.  Except as otherwise provided in these Exchange Procedures, there is no minimum number of consecutive evenings for Use Periods during the Open Reservation Period; however, all reservations are subject to applicable minimum durations of stay for certain Markets or at certain Components as shown on the Exchange Point Schedule.

During the Open Reservation Period, Exchange Company has the right to reserve available Use Periods for (i) the purposes of customer relations, public relations and employee relations; (ii) marketing, promoting, and selling of the Program, Interests, vacation ownership interests, programs, or vacation products at other resort condominiums or club resorts, or such other vacation ownership, multisite vacation ownership and membership or exchange plans developed or marketed by Exchange Company or its affiliates from time to time; (iii) or utilizing Use Periods or Exchange Points in manners which will enhance or expand the Program or Affiliate Program; or (iv) the purpose of renting unreserved Use Periods to third parties, the revenue for which shall benefit the Exchange Company.

E.      Call-in Calendar.  For purposes of facilitating the operation of the Affiliate Program Reservation System and the convenience of Members, Exchange Company will establish a Call-In Calendar from time to time.  The Call-In Calendar establishes the days during any given month that a Member may first determine the availability of any Use Period.  The time that Members may access the Affiliate Program Reservation System to determine availability on any given day shall be 9:00 a.m. Eastern Time of that day, unless otherwise specified by Exchange Company in the Exchange Company's sole discretion from time to time.  **Because of the Call-In Calendar, the exact start date of each Reservation Window may vary by up to seven (7) days.**  Although, Members should refer to the actual Call-in Calendar promulgated by Exchange Company for the applicable year, the following is a summary of the Call-in Calendar:

| If you are reserving: | And your desired Check-in is: | The first day to check availability is: | |
|---|---|---|---|
| 7 or more nights **and** are calling for a Priority 1 Reservation | Wednesday – Tuesday | Tuesday | 13 months prior to check-in |
| 1 or more nights **and** are calling for a Priority 1 Reservation (**Premier Plus Owners only**) | Wednesday – Tuesday | Tuesday | 13 months prior to check-in |
| 7 or more nights **and** are calling for a Priority 2 Reservation | Wednesday – Tuesday | Friday | 12 months prior to check-in |
| 1 or more nights **and** are calling for a Priority 2 Reservation (**Premier Plus Owners only**) | Wednesday – Tuesday | Friday | 12 months prior to check-in |
| 1 or more night(s) **and** are calling for a Priority 3 Reservation | Wednesday – Tuesday | Tuesday | 10 months prior to check-in |

23

AH, LT, SF                                                                                                      RCDC067514

| 1 or more night(s) **and** are calling for Open Reservation Time | Wednesday – Tuesday | Tuesday | 60 days prior to check-in |
| --- | --- | --- | --- |

24

**AH, LT, SF**                                                                 **RCDC067515**

# EXHIBIT "B"

## FORM ACKNOWLEDGMENT OF AND JOINDER TO AFFILIATION AGREEMENT

642049v7

**AH, LT, SF**

**RCDC067516**

ACKNOWLEDGMENT OF AND JOINDER TO
AFFILIATION AGREEMENT BETWEEN
THE LION & CROWN TRAVEL CO., LLC
AND
MARRIOTT RESORTS, TRAVEL COMPANY, INC.

This Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC, and Marriott Resorts, Travel Company, Inc. ("**Acknowledgment**") is entered into on _____, 201\_\_ ("**Effective Date**"), by and among Marriott Resorts, Travel Company, Inc. a Delaware corporation, whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090 ("**MRTC**"); The Lion & Crown Travel Co., LLC, a Delaware limited liability company, whose address is 6649 Westwood Boulevard, Orlando, Florida 32821-6090 ("**Lion & Crown**"); and _____, a _____ not-for-profit corporation, whose address is _____ ("**Association**"). MRTC, Lion & Crown, and Association are sometimes individually referred to as a "**Party**" or collectively as "**Parties**", and said terms shall also include the respective successors and assigns of any Party or Parties.  Capitalized terms used in this Acknowledgment and not defined herein shall be ascribed the meanings set forth in that certain Affiliation Agreement between MRTC and Lion & Crown dated _____ ("**Affiliation Agreement**").

## R E C I T A L S

**WHEREAS**, MRTC has established an exchange program and other related benefits and services known as Marriott Vacation Club Destinations Exchange Program (the "**MVCD Program**") for the purpose of providing a means for members of the MVCD Program to reserve the use of accommodations that are part of the MVCD Program ("**MVCD Accommodations**"); and

**WHEREAS**, Lion & Crown has established an exchange program and other related benefits and services known as The Lion & Crown Exchange Program ("**L&C Program**") for the purpose of providing a means for members of the L&C Program to reserve the use of accommodations that are part of the L&C Program ("**L&C Accommodations**"); and

**WHEREAS**, MRTC and Lion & Crown entered into the Affiliation Agreement in order to affiliate the MVCD Program and the L&C Program so that (i) each member of the L&C Program who elects to participate in the MVCD Program ("**Participating L&C Member**") shall have the right to participate in the MVCD Program and make use of the MVCD Accommodations in accordance with the terms of the Affiliation Agreement and the Exchange Procedures; and (ii) members in the MVCD Program ("**MVCD Member**") shall have the ability to make use of those L&C Accommodations that are committed to the MVCD Program by Lion & Crown or a Participating L&C Member; and

**WHEREAS**, Association is the owners' association for that certain club known as _____ ("**Club**"); and

642046v5

**AH, LT, SF**

**WHEREAS**, the Affiliation Agreement contemplates that Lion & Crown will obtain an acknowledgment of and joinder to the Affiliation Agreement from any owners' association that desires its club to participate in the MVCD Program; and

**WHEREAS**, the Parties have agreed as a special accommodation to allow Association to determine whether (by a survey of the Association's members or such other method as the Association and Lion & Crown mutually agree upon) to enter into this Acknowledgment, even though Lion & Crown is not required to obtain the Association's consent, joinder, or acknowledgment in connection with the affiliation with an Affiliate Program; and

**WHEREAS**, Association desires to make the MVCD Program available to its members and acknowledges that entering into this Acknowledgment will enable the members of the Association to voluntarily participate in the MVCD Program by becoming Participating L&C Members, and further acknowledges that MVCD Members will have access to L&C Accommodations that are committed to the MVCD Program by Participating L&C Members or Lion & Crown.

**NOW, THEREFORE,** in consideration of the mutual covenants and obligations contained in this Acknowledgment, the parties hereby agree as follows:

**AGREEMENT**

1.      By execution of this Acknowledgment, the Parties agree that the above recitals are true and correct and are hereby incorporated into this Acknowledgment.

2.      Association hereby acknowledges the terms of the Affiliation Agreement and joins in such Affiliation Agreement by execution of this Acknowledgment for the purpose of acknowledging and agreeing that the Club constitutes an Affiliate Program.  In addition, Association agrees that Association will cooperate with Lion & Crown and MRTC in order to facilitate the L&C Program and the MVCD Program to the extent reasonably necessary to ensure that the Participating L&C Members and the MVCD Members are able to fully enjoy the L&C Program and the MVCD Program as contemplated in the Exchange Company Documents.  In this regard, Association agrees to cooperate in all respects to assist MRTC and Lion & Crown in connection with facilitating and fulfilling the reservation, check-in, and use of Use Periods in the Accommodations at the Club, and agrees to ensure that Participating L&C Members and MVCD Members are able to reserve, check-in, and use Use Periods in the Accommodations at the Club. Further, Association agrees to honor all confirmed exchanges at the Club, including providing all Participating L&C Members and MVCD Members and their Guests and Family Members with similar rights and privileges and at similar rates afforded to Association members.

3.      Association hereby acknowledges that MRTC has all of the rights and duties with regard to the operation of the MVCD Program and that Lion & Crown has all of the rights and duties with regard to the operation of the L&C Program.  Association further acknowledges that the L&C Program and MVCD Program may impact usage patterns at the Club.

4.      If the Affiliation Agreement is terminated or not renewed, Association hereby agrees to abide by and comply with the requirements of Sections 10.5(a), 10.5(c), 10.5(e) of the

2

642046v5

Affiliation Agreement that are imposed on Lion & Crown, and Association agrees that it will implement such provisions to the same extent such provisions are applicable to Lion & Crown and agrees to be bound by such provisions as if they were set forth herein. In addition, Association agrees that Association will implement the following provisions of the Affiliation Agreement to the same extent such provisions are applicable to Lion & Crown and agrees to be bound by such provisions as if they were set forth herein: Sections 4.3, 6.6, 6.8, 6.11, 7.4, 9.1, 9.3, 10.6, 10.7, and 10.8.

5.      Association acknowledges and agrees that, as a special accommodation, Lion & Crown has allowed Association to determine whether (by a survey of the Association's members or such other method as the Association and Lion & Crown mutually agree upon) to enter into this Acknowledgment, even though Lion & Crown is not required to obtain the Association's consent, joinder, or acknowledgment in connection with the affiliation with an Affiliate Program.

6.      This Acknowledgment shall have a term that is coterminous with the Affiliation Agreement.

7.      This Acknowledgment shall be governed by, and shall be construed in accordance with, the laws of the State of Florida without regard to its conflict of law provisions. All disputes under this Acknowledgment shall be addressed in accordance with the procedures set forth in Sections 11.7 and 11.8 of the Affiliation Agreement.

8.      Each Party agrees to indemnify, defend and hold harmless the other Party from and against any and all claims, demands, obligations, deficiencies, judgments, damages, suits, losses, penalties, expenses, costs (including reasonable attorneys' fees at the trial and appellate levels) and liabilities of any kind, type or nature whatsoever directly or indirectly resulting from, arising out of or in connection with this Acknowledgment or the operation of its business as a result of any acts or omissions by it or any of its directors, officers, partners, employees, representatives, agents, brokers, salesmen or associates.

9.      This Acknowledgment may be executed by the Parties in separate counterparts and via electronic means, and each part will be deemed an original and all of which together will be deemed to be one and the same instrument.

*Signatures on following page.*

3

642046v5

**AH, LT, SF**                                                                 **RCDC067519**

**IN WITNESS WHEREOF**, the Parties have caused this Acknowledgment to be executed as of the date set forth above.

**MRTC:**

**MARRIOTT RESORTS, TRAVEL COMPANY, INC.,**
a Delaware corporation


By:_____

Print Name:_____

As its:_____


**LION & CROWN:**

**THE LION & CROWN TRAVEL CO., LLC,**
a Delaware limited liability company


By:_____

Print Name:_____

As its:_____


**Association:**

_____,
a _____ not-for-profit corporation


By:_____

Print Name:_____

As its:_____

4

642046v5