IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**[RESTRICTED] SUPPLEMENTAL DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

I, **Ian S. Marx**, declare and state:

1.    I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Supplemental Declaration based upon personal knowledge and in support of the Marriott Defendants' motion, pursuant to Fed. R. Civ. P. 56(a), for partial summary judgment (1) precluding Plaintiffs from recovering, as damages, (a) any amounts unrelated to or pre-dating the affiliation of The Ritz-Carlton Club, Aspen Highlands ("RC Club Aspen") with the Marriott Vacation Club Destinations Exchange Program (the "MVCD Program"), or (b) any profits allegedly earned by any of the Marriott Defendants in connection with or pre-dating the aforementioned affiliation (the "MVC Affiliation"); (2) dismissing Plaintiffs' unjust enrichment claim (Count V of the Seventh Amended Complaint ("7AC")), in which such disgorgement of

profits is sought; and (3) dismissing Counts I, II and III of the 7AC to the extent they pertain to the November 13, 2013 affiliation agreement between L&C and Marriott Resorts, Travel Company (the "2013 Affiliation Agreement").

2. I submit this supplemental Declaration on a Restricted basis because it attaches Confidential expert reports and two exhibits that were filed on a Restricted basis in this case.

3. The following exhibits are submitted in further support of the Marriott Defendants' assertion that throughout Plaintiffs' numerous submissions to this Court, Plaintiffs have consistently characterized this case as being about the affiliation:

A. Attached as Supplemental Exhibit A is a true and correct copy of Plaintiffs' Motion For Sanctions And A Default Judgment Against Certain Marriott Defendants Based On APCO Documents; And Motion To Consolidate (ECF # 282), filed on July 3, 2018, in which Plaintiffs state that the APCO documents "go to the heart of this case" and "show that Marriott imposed the *affiliation* for its own profit, knowing full well that the *affiliation* would be at the expense of Plaintiffs, thereby breaching its fiduciary duty to Plaintiffs," ECF # 282 at 5, 2 (emphasis added).

B. Attached as Supplemental Exhibit B is a true and correct copy of Plaintiffs' Reply In Support Of Motion For Sanctions And A Default Judgment Against Certain Marriott Defendants Based On APCO Documents (ECF # 297), filed on August 20, 2018, in which Plaintiffs state that "[a]nyone with minimal familiarity and training about the issues in this case -- *a case about how the MVC affiliation devalued Ritz-Aspen interests* -- would find most of these APCO documents relevant." ECF # 297 at 2 (emphasis added).

4. Attached as Supplemental Exhibit C is a true and correct copy of the expert rebuttal report of Mark Israel, dated December 28, 2018, which was designated as confidential.

5. Attached as Supplemental Exhibit D is a true and correct copy of the Supplemental Expert Report of Jon Simon dated June 7, 2019, with Exhibit A, which was designated as confidential.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of July, 2019, in Florham Park, New Jersey.

_____
IAN S. MARX