IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC** et al.

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION** et al.

### PLAINTIFFS' NOTICE OF ERRATA

    Plaintiffs RCHFU, LLC et al. file this notice of errata to Plaintiffs' Partial Motion for Summary Judgment and the accompanying Declaration of Michael Reiser, Dkt. Nos. 443-445. Plaintiffs' Statement of Undisputed Material Fact No. 77 erroneous failed to note the exhibit number of the Amended and Restated Articles of Incorporation of Aspen Highlands Condominium Association, Inc. ("The Articles"), Dkt. No. 443, p. 15, and erroneously failed to include and attach The Articles with the Declaration of Michael Reiser, Dkt. No 445.

    Plaintiffs will promptly file a Corrected Partial Motion for Summary Judgment, Declaration of Michael Reiser and Exhibit 59.

Dated: July 30, 2019

    Respectfully submitted,

    REISER LAW p.c.

    */s/ Michael J. Reiser*
    Michael Reiser
    Reiser Law, P.C.
    1475 N. Broadway, Suite 300
    Walnut Creek, California 94596
    *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on this 30 day of July 2019, a true and accurate copy of the foregoing **PLAINTIFFS' NOTICE OF ERRATA** was served via CM/ECF filing system upon the following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                          */s/ Michael Reiser*
                                          Michael Reiser