IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' UNOPPOSED
MOTION TO EXCEED PAGE LIMITATION**

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully seek leave to exceed the page limitation set forth in Rule III(A) of this Court's Practice Standards with respect to their forthcoming motion to exclude certain expert testimony pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) (the "*Daubert* Motion"), by submitting a single, consolidated motion, rather than three separate motions.  In support of this motion, the Marriott Defendants state as follows:

Certificate Under Local Rule 7.1(a)

1.    Counsel for the Marriott Defendants has conferred with Linda Lam, counsel for Plaintiffs, who agreed to the submission of a consolidated *Daubert* Motion and the requested enlargement of the page limitation in an e-mail message sent on July 23, 2019.

Certificate Under Local Rule 6.1

2.     A copy of this motion has been provided to all counsel of record.

3.     The Marriott Defendants intend to move to preclude any expert testimony from three witnesses proffered by Plaintiffs: Chekitan Dev, Jonathan Simon and R. Maurice Robinson. Rather than submit three separate *Daubert* Motions, the Marriott Defendants respectfully submit that it would be more efficient to present their arguments in a single, consolidated *Daubert* Motion. In particular, doing so would eliminate the need to repeat facts and legal arguments common to all three of Plaintiffs' proposed experts across three separate *Daubert* Motions.

4.     Accordingly, rather than submit three *Daubert* Motions of 15 pages apiece (the maximum number of pages permitted by Rule III(A) of this Court's Practice Standards), for a total of 45 pages, the Marriott Defendants propose that they submit a single, consolidated *Daubert* Motion of no more than 35 pages. This number of pages is requested because of the Marriott Defendants' need to adequately (a) set forth the facts and expert opinions at issue; (b) analyze several technical or industry-specific issues that underlie the grounds upon which the Marriott Defendants will be seeking to exclude the expert testimony; and (c) explain why the Marriott Defendants are entitled to such relief. In addition, the complexity of the motion, and its inclusion of the opinions of three separate experts, necessitates a longer submission than that likely contemplated by the Court's Practice Standard.

5.     The Marriott Defendants consent to allowing Plaintiffs to submit a consolidated response to the *Daubert* Motion of no more than 35 pages.

WHEREFORE, the Marriott Defendants respectfully request that this Court allow them to submit a consolidated *Daubert* Motion of no more than 35 pages.

Dated:  August 6, 2019		Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  *s/ Ian S. Marx*
Naomi G. Beer
Philip R. Sellinger
Ian S. Marx
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tel: 303.572.6500 / Fax: 303.572.6540
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  BeerN@gtlaw.com, SellingerP@gtlaw.com,  MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Defendant*
*Aspen Highlands Condominium Association, Inc.*

                                                          *s/ Jaclyn DeMais*
                                                            Jaclyn DeMais

                                                   *(Original on file at offices of Greenberg Traurig,*
                                                   *LLP, pursuant to C.R.C.P. 121, § 1-26)*