IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

---

**ORDER GRANTING MARRIOTT DEFENDANTS'
UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

---

      This Court, having considered the Marriott Defendants' Unopposed Motion to Exceed Page Limitation, finds the Motion is supported by good cause and should therefore be granted.

      IT IS THEREFORE ORDERED that the Marriott Defendants shall be permitted to submit a single, consolidated motion to exclude certain expert testimony pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) (the "*Daubert* Motion") that is up to 35 pages long, rather than three separate motions. Plaintiffs shall also be permitted to file a consolidated response to the *Daubert* Motion that is up to 35 pages long.

Dated this ___ day of August, 2019      By:_____
                                                                       Hon. Philip A. Brimmer