IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**DEFENDANT THE RITZ-CARLTON MANAGEMENT
COMPANY, INC.'S MOTION FOR EXTENSION OF TIME
TO OPPOSE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Defendant The Ritz-Carlton Management Company, LLC ("RC Management") respectfully seeks an 11-day extension of time to respond to Plaintiffs' motion for partial summary judgment with respect to certain aspects of its claims for breach of fiduciary duty and constructive fraud (ECF #443). In support of this motion, RC Management states as follows:

**CERTIFICATE OF CONFERENCE**

1. Pursuant to Local Rule 7.1(a), RC Management's counsel conferred with Plaintiffs' counsel in an August 6-7, 2019 e-mail exchange and an August 7, 2019 telephone conference before making this motion and made a reasonable and good faith effort to resolve this dispute. The details of those communications are set forth in paragraphs 3 through 5 below. Plaintiffs' counsel advised that they oppose any extension of time to respond to their motion for partial summary judgment, and counsel for Defendant Aspen Highlands Condominium Association, Inc. advised that they consent to the requested 11-day extension of time.

## GROUNDS FOR MOTION

2. The Court's May 31, 2019 Scheduling Order (ECF #423) sets forth a number of deadlines for upcoming pretrial motions, including motions for summary judgment. Pursuant to that Order, on July 29, 2019, RC Management and its fellow Marriott Defendants moved for partial summary judgment precluding Plaintiffs from recovering certain categories of damages, dismissing their claim for unjust enrichment, and dismissing their claims for breach of fiduciary duty, constructive fraud and aiding and abetting breaches of fiduciary duty to the extent that those claims pertain to a November 13, 2013 affiliation agreement (ECF #441). On the same day, Plaintiffs filed their motion for partial summary judgment, which includes an 84-paragraph Statement of Undisputed Material Facts, to which RC Management must respond with citations to record evidence, as appropriate. ECF #441 at 2-17.

3. Pursuant to L. Civ. R. 7.1(d), RC Management's response to Plaintiffs' motion is due on August 19, 2019. During that same time period, RC Management's counsel must also (a) file the Marriott Defendants' motion, pursuant to Fed. R. Evid. 702, to preclude any expert testimony from three witnesses proffered by Plaintiffs (Chekitan Dev, Jonathan Simon and R. Maurice Robinson), which they must do by Monday, August 12, 2019 (ECF #423); (b) file all of the motions *in limine* that the Marriott Defendants intend to pursue at trial, which they must also do by August 19, 2019 (ECF #423); and (c) address a number of imminent deadlines in other timeshare-related litigation brought by the same counsel representing Plaintiffs here, including the submission of a motion to stay and bifurcate discovery in one of those cases. In light of these deadlines, the need to prepare a full and effective response to Plaintiffs' motion for partial summary judgment, and the previously-made vacation plans and personal commitments of some

of the attorneys working on the above motions, RC Management asked Plaintiffs for a modest 11-day extension of the response date, from August 19 to 30, 2019.

4. Plaintiffs' counsel initially refused to provide any extension in an August 6, 2019 e-mail. RC Management counsel Ian Marx followed up and renewed the request in an August 7, 2019 telephone conference with Plaintiffs' counsel Michael Schrag. Following that request, Mr. Marx received the following August 7, 2019 e-mail from Mr. Schrag:

> Ian:
>
> Thanks for meeting and conferring this morning. While we are always willing to adjust deadlines based on unexpected scheduling issues, especially when they involve personal matters such as vacation, the situation here is very different. It was Defendants who proposed the current deadlines in the attached May 30, 2019 email. See also Dkt. No. 442 at p. 1. We agreed to this schedule even though members of our team have vacations scheduled in August and two of us are dropping three children off at college this month. You undoubtedly were aware of your side's vacation and college drop off plans too at the time you proposed this schedule. We have worked diligently to make the existing deadlines work, and we believe that you should do the same. Given the number of times the expert and summary judgment motion schedule has been extended, we feel obligated to our clients and the court to move this case toward trial without further delay; so we do not consent to the requested extension. Another factor in our decision is that you waited until now to make this request.
>
> Michael

5. At no time in either his e-mail correspondence or in his telephone conference with Mr. Marx did Mr. Schrag explain how Plaintiffs could possibly be prejudiced by a brief 11-day extension – in the heart of the summer – of RC Management's time to respond to Plaintiffs' motion for partial summary judgment.

6. No other deadlines will be impacted by this short extension.

WHEREFORE, RC Management respectfully requests that this Court extend its time to respond to Plaintiffs' motion for partial summary judgment from August 19, 2019 to August 30, 2019.

Dated:  August 8, 2019                                    Respectfully submitted,

                                                          GREENBERG TRAURIG, LLP

                                                          By: *s/ Ian S. Marx*
                                                          Naomi G. Beer
                                                          Philip R. Sellinger
                                                          Ian S. Marx
                                                          1200 Seventeenth Street, Suite 2400
                                                          Denver, Colorado 80202
                                                          Tel: 303.572.6500 / Fax: 303.572.6540
                                                          500 Campus Drive, Suite 400
                                                          Florham Park, New Jersey 07932
                                                          Tel: 973.360.7900 / Fax: 973.301.8410
                                                          Email:  BeerN@gtlaw.com,
                                                          SellingerP@gtlaw.com,  MarxI@gtlaw.com

                                                          *Attorneys for Defendant*
                                                          *The Ritz-Carlton Management Company, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2019, a true and accurate copy of the foregoing **DEFENDANT THE RITZ-CARLTON MANAGEMENT COMPANY, INC.'S MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Defendant*
*Aspen Highlands Condominium Association, Inc.*

                                                      *s/ Jaclyn DeMais*
                                                       Jaclyn DeMais

                                                      *(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*