IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF CHEKITAN DEV, JONATHAN SIMON AND R. MAURICE ROBINSON**

---

I, **Ian S. Marx**, declare and state:

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Declaration based upon personal knowledge and in support of the Marriott Defendants' motion to preclude Plaintiffs' experts Chekitan Dev, Jonathan Simon and R. Maurice Robinson from offering expert testimony at trial.

2. A true and correct copy of the expert report of Dr. Dev, dated October 26, 2018, is attached as Exhibit A.

3. A true and correct copy of portions from the transcript of the June 24, 2019 deposition of Dr. Dev is attached as Exhibit B.

4. A true and correct copy of the expert report of Mr. Simon, dated October 26, 2018, is attached as Exhibit C.

5. A true and correct copy of portions from the transcript of the July 17, 2019 deposition of Mr. Simon is attached as Exhibit D.

6. A true and correct copy of the rebuttal expert report of Alan Tantleff, dated January 4, 2019, is attached as Exhibit E.

5. A true and correct copy of the expert report of Mr. Robinson, dated October 26, 2018, is attached as Exhibit F(1).

6. True and correct copies of the supplemental expert reports of Mr. Robinson, dated December 19, 2018, and June 17, 2019, are attached as Exhibit F(2) and (3), respectively.

7. A true and correct copy of portions from the transcript of the June 18, 2019 deposition of Mr. Robinson is attached as Exhibit G.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2019, in Florham Park, New Jersey.

_____
IAN S. MARX

2