# EXHIBIT A

# Expert Report of
# Dr. Dev
# 10.26.2018

**IN THE UNITED STATE DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, et al,

Defendants.

**EXPERT REPORT OF**

**CHEKITAN S. DEV, PH.D.**

**OCTOBER 26, 2018**

## I.   SCOPE OF REPORT

1.      I have been retained by Plaintiffs' counsel as a person with specialized knowledge in this matter. I am prepared to testify to the analyses and opinions herein.

2.      I have examined the co-branding[1] of the Ritz-Carlton and Marriott brands in conjunction with the cross-marketing and affiliation between the Marriott Vacation Club ("MVC") and Ritz-Carlton Destination Club ("RCDC"). Marriott International, Inc. owns both the Marriott and the Ritz-Carlton brands. Marriott International licenses the Ritz-Carlton brand to Marriott Vacations Worldwide Corporation ("MVW" or "VAC"), a defendant in this case.[2]

3.      In the latter half of 2011, MVW began to use RCDC to enhance the appeal of purchasing MVC points. MVW began offering MVC members access to previously exclusive RCDC properties, and eventually permanently affiliated the Ritz-Aspen with the less exclusive and less expensive MVC points-based product. As set forth below, this "co-branding" benefits Marriott while diluting the Ritz-Carlton brand attached to the RCDC.

4.      In this report, I examine this co-branding through the lens of well-known concepts in my field of expertise: the "halo effect" and the "horn effect." The halo effect is the positive impact that co-mingling a less prestigious brand with a more prestigious brand can have on the former. Conversely, the horn effect is the negative impact that this same affiliation can have on the more prestigious brand.

---

[1] Co-branding is defined here as "pairing two or more branded products (constituent brands)." *See* Washburn, Judith, Brian D. Till and Randi Priluck (2000), "Co-branding: Brand Equity and Trial Effects," *Journal of Consumer Marketing*, 17(7), p.591.

[2] VAC is Marriott Vacations Worldwide Corporation's NASDAQ symbol. Today, VAC, through its brands, Marriott Vacation Club, Ritz-Carlton Destination Club, and Grand Residences by Marriott, operates 65 resorts.

5.      In my opinion, the co-mingling of the Ritz-Carlton and Marriott brands, first by allowing MVC members to access RCDCs (including Aspen), co-marketing the two, and then systematically affiliating the distinct RCDC and MVC products, has provided MVC with a halo effect -- and conversely burdened Plaintiffs' RCDC fractional interests with the horn effect. While I have not measured or estimated the dollar impacts of these effects, it is my opinion that MVW and MVC would expect to profit from the halo effect, while the horn effect would cause the values of Plaintiffs' Ritz-Carlton-branded interests to decline.

6.      The opinions contained in my report are based on my education, teaching, research, and work experience—including prior work in connection with the Ritz-Carlton and Marriott brands and the evidence and testimony from this case that I have reviewed. A detailed description of my experience is contained in my curriculum vitae, which is attached hereto as Exhibit 1.[3] A list of the documents and testimony that I reviewed in connection with my work on this case is attached hereto as Exhibit 2.

7.      I am being compensated at a rate of $800 per hour for my work on this matter, including for my deposition and trial testimony.

II.    STATEMENT OF QUALIFICATIONS

8.      I am a tenured full professor, the highest attainable academic rank at Cornell University's School of Hotel Administration, the world's first and most respected university hospitality management program. I earned my undergraduate degree in 1979 with a major in economics (with honors) and minors in philosophy and history from the University of Delhi, India.

---

[3] *See, e.g.,* Dev, Chekitan S., John H. Thomas, John D. Buschman and Eric Anderson (2010), "Brand Rights and Hotel Management Agreements," *Cornell Hospitality Quarterly*, 51(2), pp. 215-230.

I then earned a post-graduate diploma from the Oberoi School of Hotel Management in Delhi, India. After that, I earned a master's degree in 1985 from the Institut de Management Hotelier International (IMHI), Groupe ESSEC, Paris, France. In 1988, I was awarded a Ph.D. degree in hospitality management from Virginia Polytechnic Institute and State University in Blacksburg, Virginia. In 2003, I completed a Certificate in Brand Management from the Kellogg School of Management at Northwestern University.

9.      I have taught courses and seminars on brand management, strategic marketing, marketing planning, marketing management, and marketing principles. I have been recognized four times with teaching excellence honors. My research expertise includes marketing and brand management. I have published over 125 articles in marketing and business journals, including the *Harvard Business Review*, *MIT Sloan Management Review*, *Journal of Marketing*, *Journal of Marketing Research*, *Journal of Service Research*, *Journal of Retailing*, *Journal of International Business Studies*, *Cornell Hospitality Quarterly*, and *Journal of Services Marketing*. In addition, I have published the world's only book on the subject of hospitality branding.[4]

10.      I currently serve as a reviewer for peer-reviewed publications such as *Cornell Hospitality Quarterly* and *Cornell Hospitality Research Reports*. I have also been recognized with several research awards, including a 2016 Academic Excellence Award, a 2016 Industry Relevance Award, a 2014 INFORMS Best Paper (Runner Up) Award, the 2005 University of Delaware Michael D. Olsen Research Achievement Award, and the 2002 John Wiley & Sons Research Award for lifetime contribution to hospitality and tourism research.

---

[4] Dev, Chekitan (2012), HOSPITALITY BRANDING, Cornell University Press: Ithaca, New York and London.

11.     I have been associated with the lodging and hospitality industry for 39 years. I have experience as a former corporate marketing executive with a leading international lodging firm, an operations analyst at a hotel, and an assistant to the president of a resort property management company. Currently, I am an active consultant, seminar leader, and keynote speaker. I have served business, educational, and governmental organizations in over 40 countries. During these past four decades, as part of my education, work experience, teaching, research and consulting, I have been intimately involved with the marketing and branding strategies of hospitality companies. My research has been presented at some of the world's highest-ranked business schools (Harvard, Wharton, Chicago, Oxford, and others) and at leading national and international conferences. In early 2010, Hospitality Sales and Marketing Association International named me among the Top 25 Most Extraordinary Minds in Hospitality, Travel and Tourism Sales and Marketing.

12.     I thus have extensive experience in hospitality marketing and branding. In addition to my general expertise, my opinions in this case are based on academic research, case studies, workshops, and seminars that I have conducted, including a panel on brand management that I moderated at an American Resort Development Association ("ARDA") conference at Cornell University in 2000. I have also reviewed a significant number of case-related documents and testimony.

13.     In connection with my work in this field, I have long been familiar with Marriott International, its various subsidiaries and affiliated entities, including MVW, and the brands these entities control and have licensed (e.g., licensing the *Marriott* brand to MVC and *Ritz-Carlton* brand to RCDC).

### III. BACKGROUND

The following background summarizes some of the key touchpoints for my analysis. Section III.A describes how branding in the hospitality industry works and concludes with ways a brand can be damaged. Section III.B provides background on the growth of the Ritz-Carlton brand.

#### A.  Branding in the Hospitality Industry

14.    Branding is the process involved in creating a unique name and image for a product in the consumer's mind, mainly through advertising campaigns with a consistent theme. "Branding aims to establish a significant and differentiated presence in the market that attracts and retains loyal customers."[5] Branding, in any industry, is as much an art as it is a science. Every business has its own dynamics when it comes to branding. Because branding is both an art and a science, knowledge of the subject as it specifically applies to any industry is important.

15.    Branding in hospitality has its own unique issues. From my research, teaching, consulting, and experience over 39 years, it has become clear to me that marketing and branding hospitality (a service) is a different art and science from that of marketing and branding tangible products (goods) in at least four key ways. First, because services are intangible, customers cannot sample them the way they can sample goods. Second, services are *perishable*. Unlike a bar of soap, if a hotel room is not sold on one day, it cannot be kept on the shelf, and the opportunity to sell that room is lost forever. Third, services, such as a haircut, generally are simultaneously produced and consumed with the customer's involvement. Therefore, marketing and branding of services need to take this simultaneous nature into account. Finally, unlike bars of soap, services are heterogeneous in that no two service experiences are exactly alike. This fourth and last factor

---

[5] Business Dictionary, "Branding," http://www.businessdictionary.com/definition/branding.html (last accessed Oct. 24, 2018).

speaks to the importance of standardizing operating policies and procedures—sometimes referred to as brand standards—to ensure service consistency. These four fundamental differences require applying hospitality knowledge and experience to the marketing and branding of lodging.

16.     Lodging brands operate at primarily two levels: global and local. Globally, the value of a lodging brand can be measured in terms of awareness, position, pricing, and performance. For example, Ritz-Carlton is among the world's most recognized luxury lodging brands.[6] Locally, a brand manifests itself in terms of its physical product as well as its service systems and protocols (i.e., "brand standards") which exemplify and distinguish the brand.

17.     The desire to become a recognized lodging hotel brand presents a difficult marketing challenge for many of today's lodging operators for at least two reasons.[7] Unlike a retail business such as a barber shop, where the customers come from a geographical area close to the business, lodging guests usually come from anywhere but nearby. Carefully targeting this demand and competing with numerous other lodging establishments to attract guests, which usually comes under the purview of a marketing department, is a key responsibility for local lodging marketers and global brand managers. From my research, training, and experience, I understand that brand performance is related to brand awareness, which consists of brand recognition and recall. The value of a brand is enhanced when the consumer has a high level of awareness and familiarity with the brand and holds some strong, favorable, and unique associations with it.[8]

18.     The unique selling proposition for a brand—the argument it makes to convince travelers to buy it instead of another brand—is known as its "market position." A brand's market

---

[6] http://www.ritzcarlton.com/en/about/awards (citing major awards) (last accessed Sept. 29, 2018).
[7] Kotler, Philip, John T. Bowen and James C. Makens (2010), MARKETING FOR HOSPITALITY AND TOURISM, Upper Saddle River, NJ: Prentice Hall, p. 504.
[8] Prasad, Keshav, and Chekitan S. Dev (2000), "Managing Hotel Brand Equity: A Customer-centric Framework for Assessing Performance," *Cornell Quarterly,* 41(3), pp. 22-31.

position is composed of the bundle of attributes that the brand offers in an effort to meet guests' expectations and needs. A brand's market position can be viewed from two perspectives: that of the brand's management and that of the guests. The brand's management must have a firm concept of the property's intended position, and its promotional efforts must articulate not only what the brand offers but also how its offerings are distinct from those of other brands. Ultimately, however, a brand's position is determined by its customers.[9]

19.     Many lodging operations in the world today are affiliated with branded multi-unit chains that operate hundreds or even thousands of rooms under one "flag" or brand. These brands have increasingly evolved from simply being hotel operating companies to being brand management and franchise administration organizations.[10] Marriott International, for example, acquired Starwood Hotels to increase its stable of brands, including the luxury St. Regis brand. MVW has done the same through its recent acquisition of ILG, Inc. and ILG's own vacation ownership brands -- Vistana Signature Experiences, Sheraton, Westin, Hyatt, and Aqua Aston Hospitality.

20.     This "branding" of the lodging industry is a global phenomenon for a number of reasons, the principal ones being the customer's desire for a predictable product and service experience, economies of scale in advertising and distribution, and market power in negotiations with high-volume buyers.

---

[9] Dev, Chekitan S., Michael Morgan and Stowe Shoemaker (1995), "A Positioning Analysis of Hotel Brands Based on Travel Manager Perceptions," *Cornell Quarterly*, 36(6), pp. 48-55.

[10] Dev, Chekitan S., M. Krishna Erramilli and Sanjeev Agarwal (2002), "Brands Across Borders: Choosing Between Franchising and Management Contracts for Entering International Markets," *Cornell Quarterly*, 43(6), p. 91.

21.     Branded lodging businesses rely on their brand to position their properties in the marketplace,[11] provide a strategic direction for their system, develop coherent system-wide brand standards, sell their services, and monitor their system to help ensure that their properties are upholding the brand's quality standards. On the other hand, the brands also must rely on their individual properties to deliver the lodging services that the brand promotes to its customers.[12]

**B. The Ritz-Carlton Brand and Creation of the RCDC**

22.     Over the past hundred years, the word Ritz has become synonymous with luxury, memorialized most notably in the Irving Berlin song: *Puttin' on the Ritz*.

23.     The original Ritz Paris hotel was created by Cesar Ritz, the famed Swiss hotelier, in 1898. Ritz is "credited with influencing luxury hotel design and service standards that persist to this day."[13] His wife, Marie, permitted the use of the Ritz name on acceptable properties in Europe and America after Cesar Ritz died in 1918. American real estate developer Albert Keller thereafter secured the rights to the Ritz brand to create the Ritz-Carlton Boston in 1927.[14]

24.     In *The New Gold Standard*, a book about the Ritz-Carlton Hotel Company, author Joseph Michelli quotes the advice of marketing researcher Kathryn Fry-Ramsdell from *Circulation Management* magazine:

> Based on customers' perception and knowledge of your brand, there are certain types of products that they would expect you to sell. These are products that fit well with your brand. Products that … are natural extensions of the expertise or information you already provide…. Likewise, there are many products that they

---

[11] Dev, Morgan and Shoemaker, *supra*.

[12] Brown, J.R., and Chekitan S. Dev (1997), "The Franchisor-Franchisee Relationship: A Key to Franchise Performance," *Cornell Quarterly,* 38(6), pp. 30-38.

[13] Michelli, Joseph A. (2009), THE NEW GOLD STANDARD – 5 LEADERSHIP PRINCIPLES FOR CREATING A LEGENDARY CUSTOMER EXPERIENCE COURTESY OF THE RITZ-CARLTON HOTEL COMPANY, McGraw-Hill, pp. 3-4 (noting that "The book was prepared with the assistance of the Ritz-Carlton Hotel Company, LLC").

[14] http://www.ritzcarlton.com/en/about/history (last accessed October 26, 2018).

want and need, but for various reasons don't expect to get—or don't want to get—from your brand.[15]

25.     Michelli goes on to quote Bob Phillips, senior vice president of business development for The Ritz-Carlton Clubs,[16] as explaining the genesis of the Ritz-Carlton Clubs:

> We at Ritz-Carlton started brand extension work by first talking to loyalists. We sampled business travelers, leisure guests, and those who have used the hotels for business meetings or significant life events such as weddings. We wanted to understand what our offerings meant to them.[17]

Michelli notes further that:

> Since the leadership believed that the core competencies of Ritz-Carlton were linked to service excellence and the creation of high-quality hospitality experiences, customers were asked about possible real estate ventures associated with leisure travel. According to Bob, "As we went through our research process, we found very deep emotional reactions emerging from the hotel customer. For many, Ritz-Carlton was such an important part of their lives that they eagerly wanted to reconnect with the company whenever possible. For example, they looked forward to scheduling future business meetings or vacations at the hotel properties. In essence, we were hearing that many of our guests wanted Ritz-Carlton to play an even bigger part of their lives. This let us know that our ideas for fractional ownership or full ownership ventures would be well received."

> Given this customer data, the Ritz-Carlton Club concept was launched in 1999, representing an expansion of the Ritz-Carlton brand from a hotel/resort company into an exclusive, luxury-tier, deeded fractional ownership real estate management firm.[18]

26.     Ritz-Carlton's ongoing brand value, or "equity," accrues to anyone or anything associated with the brand. Marriott International, as the brand's owner, would profit by using the Ritz-Carlton brand for its hotels and real estate products.[19] In a memorandum marketing RCDC for a sale to potential investors in 2010, Deutsche Bank, wrote: "Operating under the Ritz-Carlton name, one of the world's most powerful and respected luxury brands, RCDC is the leader in the

---

[15] *Id.* at p. 207.
[16] RCDC were originally called The Ritz-Carlton Clubs by Marriott International.
[17] *Id.* at pp. 207-08.
[18] *Id.* at p. 208.
[19] Michelli, THE NEW GOLD STANDARD, at p. 208.

worldwide luxury ownership segment." "This brand strength translates into pricing premiums as well as enhanced marketing effectiveness . . . ." Confidential Information Memorandum, June 2010, Deutsche Bank, Exh. MVWC49 at RCDC75699 and RCDC075709. Indeed, Marriott International pioneered the branded luxury segment of vacation ownership under the Ritz-Carlton brand. *Id*. at RCDC075718.

27.     Deutsche Bank put the financial importance of branding of the RCDCs this way:

As the first branded, luxury destination club in the industry, The Ritz- Carlton Destination Club has the unique opportunity to leverage and partner with Ritz-Carlton Hotels through marketing and sales programs targeted to Ritz-Carlton hotel guests. The Ritz-Carlton Destination Club's approximately 3,200 members are also leveraged for referrals and additional purchases.

**C. Brand Damage Generally**

28.     Several studies on brand crises and resulting brand damage exist in academic literature. In one such study, the authors found that brand familiarity and relevance are key moderators of the brand crisis-brand damage relationship. Subjects familiar with the brand were more likely to pay attention to the damage if the brand was relevant to them. What this means for the purpose of this report is that current fractional unit owners familiar with Ritz-Carlton and Marriott (i.e., current owners who are brand-familiar) *and* those who intend to purchase (the brand-relevant group) would be affected by the co-branding of the luxury Ritz-Carlton Destination Clubs and Marriott Vacation Club points-based system.

29.     Co-branding (including affiliating) a less prestigious brand with a more prestigious brand creates a halo effect,[20] or a positive spillover effect, for the less prestigious brand, and a horn effect or negative spillover effect for the more prestigious brand.[21]

## V.     OPINIONS AND BASES FOR OPINIONS

30.     As a person with experience and specialized knowledge in hospitality branding and a professor at the Cornell University School of Hotel Administration, I have personal knowledge independent of my work as a retained expert in this case that MVW[22] affiliated the Ritz-Carlton Destination Club with the MVC through an exchange program. I have also reviewed documents produced in this case and deposition testimony that describe the affiliation as well as pre-affiliation access to RCDC properties that was marketed to MVC members.

31.     My halo effect opinion is based on the fact that by co-mingling and affiliating the Ritz-Aspen (along with other RCDCs) with MVC, MVW benefits because it can market its MVC points program by telling prospective buyers that MVC members may now access the more luxurious and "exclusive" RCDCs.

32.     My review of evidence, as well as my specialized knowledge and experience, shows that the co-branding and the affiliation have blurred the distinction between the two brands.[23] Thus, given the distinct luxury status of the Ritz-Carlton brand, it is my opinion that MVW's use

---

[20] https://en.wikipedia.org/wiki/Halo_effect; Leuthesser, Lance, Chiranjeev S. Kohli, and Katrin R. Harich, (1995) "Brand Equity: The Halo Effect Measure," *European Journal of Marketing*, 29(4), pp. 57-66.

[21] Simonin, B. L., & Ruth, J. A. (1998). Is a Company Known by the Company It Keeps? Assessing the Spillover Effects of Brand Alliances on Consumer Brand Attitudes," *Journal of Marketing Research*, 35(1), 30-42; Burton, Cook, Howlett, and Newman (2014).

[22] Marriott International owns the Ritz-Carlton Hotel Company, LLC, which is the retained manager of the RCDC at Aspen Highlands.

[23] *See, e.g.*, Deposition of Randal Mercer ("Mercer Depo.") at 113:14-24; Deposition Exhibit 1042 (Neveloff writes "let the blurring of the lines between Ritz-Carlton and Marriott begin".).

of the Ritz-Carlton brand and access by MVC points-based customers to RCDC, including Ritz-Aspen, benefitted MVW and harmed Plaintiffs. This blurring of the brands has diluted and tarnished the value attached to the RCDCs, consequently harming Plaintiffs.

33.    Based on my extensive work in and knowledge of the hospitality industry, I know Marriott International in general, and MVW in particular, to be sophisticated about brand management. Typically, industry participants with the level of sophistication I know to exist at MVW are familiar with the halo and horn effects, and thus would have known of the consequences of marketing access to RCDC to MVC members and affiliating the MVC with Ritz Aspen.

34.    Evidence shows MVW was well aware of this halo effect. For instance, in a July 2011 e-mail to MVC members, MVW announced that "[MVC] Owners with Premier and Premier Plus status can enjoy even more fabulous benefits, including access to Ritz-Carlton Destination Club resorts . . . ." Exh. MVWC29 to Deposition of Richard Hayward. MVW continued to send promotional e-mails such as this one in the following years.[24] In and around 2011 and 2012, most of MVW's promotional e-mails to MVC members (not including any e-mails to potential members or any other form of advertisement) reached over 300,000 members.[25]

35.    Marriott International and Deutsche Bank had marketed the RCDC business in 2010 by stating: "With the Ritz Carlton brand as the foundation, one of the most powerful and trusted luxury brands in the world, RCDC has the expertise and capabilities to grow the [RCDC]

---

[24] *See, e.g.*, 7/26/2012 E-mail re: Marriott Destination Club Point Schedule for Ritz-Carlton Destinations, AHCA00015533-37 (stating that Premier and Premier Plus owners may "[e]njoy an exclusive vacation at one of the many remarkable locations of The Ritz-Carlton Destination Club" and listing the number of MVC points required to stay at each RCDC location); 8/24/2012 Marriott Vacation Club Insider bulletin, AHCA00018893-94 (stating that MVC members "can now enjoy even more vacation choices through the Marriott Vacation Club Destinations Exchange Program . . . Owners with Premier and Premier Plus status can use Vacation Club Points to stay in an expanded selection of Ritz-Carlton Club resorts").
[25] *See* RCDC Sample09166-76 at RCDC Sample 09176.

Business domestically and internationally. . . . RCDC believes there is significant global demand for a Ritz-Carlton branded luxury vacation ownership product . . . ." Exh. MVWC49 at RCDC75718. That "foundation" is now being used to market MVC.

36.     Initially, Marriott intended to keep the luxury Ritz-Carlton brand separate from other Marriott brands under which Marriott runs its resorts so as not to dilute Ritz-Carlton's "equity" as an exclusive brand.[26] In an interview with Forbes, Bill Marriott of Marriott International said the following: " . . . Ritz-Carlton has no tie directly with Marriott, in terms of being in the same ad or anything like that. So, we really try and present a different picture of each brand and keep it as separate[] as we can."[27] Despite this statement, MVC sales associates had already begun actively marketing MVC using RCDC collateral (e.g., murals) displayed prominently in their offices[28] and on their website.[29]

37.     There is substantial evidence that RCDC owners, including Plaintiffs, did not want to affiliate their clubs with MVC. For example, MVW hired APCO Worldwide, Inc., a corporate communication consulting firm, to conduct an extensive owner survey and owner focus groups. RCDC owners stated that any affiliation (i.e., co-branding) would dilute the Ritz-Carlton brand. For instance, an APCO executive in charge of the survey and focus groups reported in an e-mail to MVW executives that owners "bought the Ritz Carlton Destination Club because of the Ritz name

---

[26] Dev, Thomas, Thomas, Buschman, and Anderson, *supra*.

[27] *See* Interview with Bill Marriott, Executive Chairman of Marriott International, "Marriott: From Root Beer Stand To Ritz-Carlton,"  Forbes, https://www.youtube.com/watch?v=FRRBDaNxLLQ&feature=youtu.be (accessed September 29, 2018); https://www.forbes.com/sites/steveforbes/2014/01/08/how-bill-marriotts-putting-employees-first-transformed-a-family-root-beer-stand-into-14b-hotel-giant/#6e2e87f13615.

[28] *See* RCDC010761.

[29] Deposition of Jay Neveloff ("Neveloff Depo.") at 57:9-21 (recalling that he was concerned about Marriott marketing RCDC on its MVC website).

and standards," and that there was "[c]oncern about the 'Marriott-ization' of the Club."[30] The e-mail explained that RCDC owners "see how MVC members will benefit by gaining access to Ritz Carlton properties but they struggle to see how they will benefit."[31] Indeed, APCO's studies revealed that RCDC owners were concerned about "whether or not allowing MVC members access to the [RCDC] Clubs will result in devaluing their asset."[32]

38.     In a detailed report on a survey APCO conducted among all RCDC members, APCO stated one of its key findings: "There is a real sense among the Members that they are not getting 'Ritz-Carlton value' anymore; many members believe the Marriott partnership dilutes the brand."[33] The report continued: "Members have seen their fractional ownership investment erode in both real and perceived value and they are unhappy with the introduction of Marriott Vacation properties and members" into the RCDC system.[34] In feedback that board members separately obtained from RCDC owners, those owners expressed the same sentiment.[35]

39.     There is additional evidence that MVW executives knew, as did the RCDC owners, that Ritz-Carlton had its own exclusive cachet[36] and that co-branding the Marriott and Ritz-Carlton brands would dilute the Ritz-Carlton brand and cause RCDC fractional interests to lose value.[37]

---

[30] 1/17/2014 E-mail from Bill Dalbec to Mary Lynn Clark, RCDC073118-20 at RCDC073118.

[31] *Id.* at RCDC073119.

[32] *Id.*

[33] APCO, "Ritz-Carlton Destination Club Member Study – Detailed Report" (August 2013), RCDC073182-201 at RCDC073185.

[34] *Id.*

[35] Deposition of Gerald Marsden ("Marsden Depo.") at 145:22-146:8 ("The members were concerned. The members didn't want to change what they had . . . They didn't want to be part of Marriott Vacation Club.").

[36] *See* APCO, "Ritz-Carlton Destination Club Research Report" (January 2014), RCDC073239-255 at RCDC073241 (stating that a key finding was that members "bought the Ritz-Carlton Destination Club because of the Ritz name and standards. . . . They choose RCDC because of the Ritz promise of service and high quality.").

[37] Marsden Depo. at 56:16-57:2 (stating that a concern among board members was "the potential blurring of the Ritz-Carlton and Marriott timeshare brands"); Neveloff Depo. at 124:18-125:8 (Q:

When Stephanie Sobeck, vice president of asset management for MVW, was questioned about her familiarity with the Ritz-Carlton brand during her deposition for this case, Ms. Sobeck admitted to knowing that the brand commanded a higher price for its known exclusivity, and was synonymous with excellent service.[38] Mary Lynn Clark, vice president of marketing and sales for MVW, stated in an April 2013 e-mail that "What's In It for [MVW]" was that it could "[l]everage Aspen as an option for points-based sales."[39] Ms. Clark knew that RCDC owners did not want any affiliation; she later wrote to an APCO representative that RCDC owners she spoke to "Basically don't want MVCI."[40]

40.     MVW commissioned APCO's member studies and knew of its detailed reports on members' concerns surrounding brand dilution *before* MVW (and other defendants) imposed the April 2014 affiliation with MVC on Ritz-Aspen members.[41] MVW had also commissioned an appraisal by Cushman & Wakefield in 2013 of fractional interests in the Ritz-Aspen to value some of its inventory.[42] In determining property values at the Ritz-Aspen, Cushman & Wakefield noted the consequences of any affiliation with MVC: "the conversion to a points system and the

_____

"Did you agree with him there, with that statement, co-branding with Marriott greatly devalued the ownership of the members?" A: "I would agree with it."); 8/5/2013 E-mail from Bill Dalbec of APCO to Stephanie Sobeck, RCDC073128-30 (stating that survey results showed RCDC owners "do not want to 'lessen the value of the Ritz Carlton Club by allowing Marriott people access to [their] properties.'").
[38] Deposition of Stephanie Sobeck ("Sobeck Depo.") at 170:7-20.
[39] RCDC004731.
[40] 1/24/2014 e-mail from Mary Lynn Clark to Bill Dalbec, APCO Exh. 3055.
[41] *See* APCO, Ritz-Carlton Destination Club Research Report (January 2014), RCDC073239-255; APCO, Ritz-Carlton Destination Club Member Study – Detailed Report" (August 2013), RCDC073182-201.
[42] *See* 12/2/2013 "Appraisal of Real Property" by Cushman & Wakefield Western, Inc., Cushman000191-266.

integration of the Marriott Vacation Club has had a negative impact on the market value of existing fractional interests in the Ritz Carlton Club."[43]

41.     Marriott had already decided and would continue implementing its co-branding and affiliation. *See, e.g.*, 7/18/2012 "Current Assumptions," RCDC016915-16 (listing multiple RCDC properties, including the Ritz-Aspen, that would be available to [MVC] Premier and Premier Plus members); 8/24/2012 Promotional Document, AHCA00018895-97 ("The Ritz-Carlton Destination Clubs and Marriott Vacations Worldwide are pleased to announce *our* newest offering . . . ." (emphasis added)); April 2014 Letter from Aspen Board to Members, AHCA00013867-69 at AHCA00013868 (announcing the MVC Destination Exchange Program available to Ritz-Aspen members). The 2014 affiliation between the Ritz-Aspen and MVC allowed MVC members' access to the club – and thus the halo and horn effects – to become permanent.[44]

42.     Co-branding the Marriott Vacation Club and Ritz-Carlton Destination Club brands has tarnished the Ritz-Carlton Destination Club brand and diminished its value. In a study of brand dilution, defined as "the lessening of the capacity of a famous mark to identify and distinguish good or services," researchers found that such dilution leads to loss of brand meaning and reduced economic value.[45]

---

[43] *Id.* at Cushman000222.

[44] *See, e.g*., "Job Aide – Lion & Crown and MVCD Affiliation – Frequently Asked Questions," RCHC008102-8112 at RCHC008102 ("Beginning Friday, December 5, 2014 Members of The Ritz-Carlton Club, Aspen Highlands, The Ritz-Carlton Club, St. Thomas and The Ritz-Carlton Club, Lake Tahoe will have the ability to exchange through the Marriott Vacation Club Destinations exchange program (MVCD)."; 7/30/2014 e-mail from Dinda Dee, RCDC073759 ("Sales is aware of the new reservation windows. We will need to make them aware of the affiliations, (maybe in their huddles) but since they are not permitted to discuss RCDC inventory until 5/15/15, we need to create scripting for them to address questions about RCDC inventory being available to MVC owners.")

[45] Pullig, Chris, Carolyn J. Simmons, and Richard G. Netemeyer (2006), "Brand Dilution: When Do New Brands Hurt Existing Brands?," *Journal of Marketing*, 70(2), pp. 52-66.

43.     Conversely, this co-branding has benefitted MVC by allowing it to enjoy a halo effect from its association with RCDC. *See, e.g.*, 4/12/13 E-mail from Mary Lynn Clark to Kent Jarrell and Caleb Weaver (stating that "What's In It for [MVW]" was that it could "[l]everage Aspen as an option for points-based sales") (RCDC004731); Sobeck Depo. at 227:24-228:9 (stating that MVC salesmen could tout buying MVC points as a means to stay at the Ritz-Aspen).

44.     In summary, it is my professional opinion that, as a consequence of the MVC-RCDC affiliation and co-branding, MVW benefitted from a halo or positive spillover effect. At the same time, in my opinion, the affiliation caused a horn or negative spillover effect to the Ritz-Carlton branded destination club at Aspen Highlands (and others) and was thus detrimental to those who purchased Ritz-Carlton Destination Club fractional units.

_____
Chekitan S. Dev

# EXHIBIT 1

**Curriculum Vitae of Cornell Professor Chekitan S. Dev**
**(email: chekitan.dev@cornell.edu)**

## EMPLOYMENT

| | |
|---|---|
| 1989 - Present | **Cornell University,** Johnson College of Business, School of Hotel Administration<br>Professor of Marketing: 2017-<br>Associate Professor of Marketing (tenured): 1995-2017<br>Assistant Professor of Marketing: 1989-1995 |
| Visiting appointments | **University of Denver**, **Florida International University**, **French Culinary Institute** (New York City), **Universidad Iberoamericana** (Mexico), **Universidad Nacional de Asunción** (Paraguay), **University of Buckingham** (UK), **Institut de Management Hotelier International** (France), **Insititutet for Foretagsledning** (Sweden), **Institut fur Hotelmanagement** (Germany), **Haaga Instituutin** (Finland), **Centre International de Glion** (Switzerland), **Athens Laboratory of Business Administration** (Greece), **Gordon Institute of Business Sciences** (South Africa), **Indian School of Business, National University of Singapore**. |
| 1985 – 1988 | **Virginia Tech,** Department of Hospitality and Tourism Management<br>Teaching Assistant: 1985-1988, Instructor: fall 1986, summer 1988 |
| 1988 | **Michael D. Olsen and Associates**, Hospitality Consulting, Blacksburg, Virginia<br>Senior Associate |
| 1986 summer | **Resort Property Management**, Beach Quarters Hotel, Virginia Beach, Virginia<br>Assistant to the President |
| 1984 – 1985 | **Hotel George V (a Trusthouse Forte Exclusive Hotel)**, Paris, France<br>Management Trainee: summer 1984, Marketing and Operations Analyst: 1984-1985 |
| 1979 – 1983 | **Oberoi Hotels & Resorts**, Delhi, India<br>Management Trainee: 1979-1981, Assistant Manager Marketing Planning: 1981-1983 |

## EDUCATION

| | |
|---|---|
| Certificate | **Northwestern University,** Kellogg School of Management, Evanston, Illinois<br>Brand Management, 2003 |
| Ph.D. | **Virginia Tech,** College of Human Resources, Blacksburg, Virginia<br>Major: Hospitality Management, Minors: Marketing and Strategy, 1985-1988 |
| Master | **ESSEC**, Institut de Management Hotelier International (IMHI), Paris, France<br>Major: Hotel Administration, Concentration: Marketing, 1983-1985 |
| Certificates | **United Nations World Tourism Organization:** Tourism Marketing, 1983<br>**Cornell University School of Hotel Administration:** Hotel Marketing, 1981 |
| Post-Graduate Diploma | **Oberoi School of Hotel Management**, Delhi, India<br>Hotel Management, 1979-1981 |
| B.A. (Honors) | **University of Delhi**, Hansraj College, Delhi, India<br>Major: Economics, Minors: Philosophy and History, 1976-1979 |

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## HONORS AND AWARDS

| | |
|---|---|
| 2018 | Finalist, Best Service Paper of 2017 Award from the American Marketing Association |
| 2018 | Appointed to Cornell University's Field of Management |
| 2017 | Promoted to Full Professor |
| 2016 | Academic Excellence Award from Cornell Hotel School Dean |
| 2016 | Industry Relevance Award from Cornell Center for Hospitality Research (CCHR) |
| 2015 | Highly Commended Paper Award from IJCHM Editors for Flow-Through paper |
| 2015 | Hilton Lecturer, Michigan State University School of Hospitality Business |
| 2014 | Runner Up, Best Paper Award at INFORMS Conference (Service Science Section) |
| 2014 | Branding book featured in <u>Cornell Research: Imaginative Scholarship and Creativity</u> |
| 2013 | Lerner Distinguished Lecturer, University of Delaware College of Business and Economics |
| 2010 | Named a Fellow of the Center for Hospitality Research for "exemplary contributions" |
| 2010 | Westin Case Study named a bestselling case by the European Case Clearing House (ECCH) |
| 2010 | Honorable Mention, Hospitality Research in Practice Award from CCHR |
| 2010 | Runner Up, Best Article Award from the Cornell Hospitality Quarterly |
| 2010 | Named Top 25 Most Extraordinary Minds in Hospitality, Travel and Tourism by HSMAI |
| 2010 | Inclusive Excellence Award from Ernst & Young for promoting diversity in my classes |
| 2009 | "Most Popular" (bestseller) rating for HBS case study on Rosewood |
| 2009 | Second Place, Best Paper Award for articles published in the Cornell Quarterly in 2009 |
| 2009 | Barron Hilton Distinguished Visiting Professor of Lodging Management at U of Denver |
| 2008 | Selected for Cornell University Faculty Institute for Diversity summer program |
| 2008 | "Most Popular" (bestseller) rating for HBS case study on Hilton |
| 2007 | Coca-Cola Distinguished Research Scholar and Visiting Professor at Florida International U |
| 2005 | Honorable Mention, Undergraduate Teacher of the Year Award, Cornell Hotel School |
| 2005 | Michael D. Olsen Research Achievement Award from University of Delaware |
| 2005 | Service Innovation paper selected for inclusion in Emerald Publishing's Reading ListAssist |
| 2004 | Undergraduate Teacher of the Year Award, Cornell University Hotel School |
| 2002 | John Wiley Research Award for "lifetime contribution to hospitality and tourism research" |
| 2001 | W. Bradford Wiley Memorial Research Award for "a superior research publication" |
| 2001 | Second Prize, Faculty Research Award from Cornell University Hotel School |
| 2001 | A Best Article Award for Europe 1992 paper from <u>Cornell Quarterly</u> for 1990-2000 period |
| 1998 | Franchising paper included in <u>Cornell University's Research Highlights Annual Report</u> |
| 1996 | Outstanding Research Award from Cornell Hotel School Associate Dean |
| 1996 | Wincott Fellowship Award, University of Buckingham (UK), School of Business |
| 1995 | Promoted to Associate Professor with indefinite tenure |
| 1994 | Graduate Teacher of the Year Award, Cornell University Hotel School |
| 1992 | Van Nostrand Reinhold Research Award for "superior original published research" |
| 1988 | Graduate Student of the Year Award, Virginia Tech Department of Hospitality Management |
| 1988 | Statler Scholarship Award for Graduate Studies |
| 1988 | Inducted into Phi Upsilon Umicron Honor Society |
| 1988 | Inducted into Kappa Omicron Nu Honor Society |
| 1988 | Virginia Tech Graduate Research Development Scholarship Award |
| 1985 | Virginia Tech Division of Hospitality Management Tuition Award |
| 1985 | Achieved the highest grade point average in IMHI class of 1985 |
| 1984 | IMHI full tuition scholarship award for the 1984-1985 academic year |
| 1983 | IMHI full tuition scholarship award for the 1983-1984 academic year |
| 1981 | Ranked Second in Oberoi Hotel School class of 1981 |

Professor Chekitan S. Dev                          Curriculum Vitae as of 10/20/2018

## PUBLICATIONS (Total count: 132)

Dev, Chekitan S., Rebecca W. Hamilton, Roland T. Rust and Matthew Valenti (2018), "What Do Hotel Guests *Really* Want? Anticipated Versus Actual Use of Amenities, Cornell Hospitality Report, 18(8), 1-24.

Dev, Chekitan S. (2018), "The Wellness Tent: A Poverty Alleviation Tourism Project for Women in Developing Countries," in Strategic Management for Hospitality and Travel edited by Frederick J. DeMicco, Marvin J. Cetron and Owen Davies, Kendall-Hunt Publishing, forthcoming.

Avery, Jill, Chekitan S. Dev and Laure Mougeot Stroock (2018), "The Marriott-Starwood Merger: Navigating Brand Portfolio Strategy and Brand Architecture," Harvard Business School Case 518-081.

Dev, Chekitan S. (2018), "Prune the Brand Portfolio?" Harvard Business Review, March/April, 167-171. **Translated into Turkish, Chinese, German and French**.

Rust, Roland T., Rebecca W. Hamilton and Chekitan S. Dev (2017), "Assessing the Return on your Service Amenities," InnFocus, Fall, 24-26.

Dev, Chekitan S., Rebecca W. Hamilton and Roland T. Rust (2017), "Hotel Brand Standards: How to Pick the Right Amenities for your Property," Cornell Hospitality Report, 17(3), 3-7.

Hamilton, Rebecca W., Roland T. Rust, Michel Wedel and Chekitan S. Dev (2017), "Return on Service Amenities," Journal of Marketing Research, 54(1), 96-110. **Featured on research.cornell.edu. Finalist for Best Service Paper of 2017 Award from the American Marketing Association.**

Hamilton, Rebecca W., Roland T. Rust and Chekitan S. Dev (2017), "Which Features Increase Customer Retention?" MIT Sloan Management Review, 58(2), 79-84. **Featured on research.cornell.edu.**

Avery, Jill and Chekitan S. Dev (2017), "The Park Hotels: Revitalizing an Iconic Indian Brand," Harvard Business School Teaching Note 5-517-076.

Adamson, Allen and Chekitan S. Dev (2016). "Hospitality Branding in the Age of the Millennial", Boston Hospitality Review, 4(3) 1-9.

Dev, Chekitan S. and Peter O'Connor (2015), "Challenge the Middlemen?" Harvard Business Review, November/December, 119-123.

Tsai, Yi-Lin, Chekitan S. Dev, and Pradeep Chintagunta (2015), "What's In A Brand Name? Assessing the Impact of Rebranding in the Hospitality Industry," Journal of Marketing Research, 52(6), 865-878. **Featured in Chicago Booth Review and on research.cornell.edu.**

Dev, Chekitan S. (2015), "Hotel Brand Conversions: What Works and What Doesn't," Cornell Hospitality Report, 15(21), 3-11. **Received a 2016 Industry Relevance Award from Cornell Center for Hospitality Research. Featured on research.cornell.edu.**

Singh, Amrik and Chekitan S. Dev (2015), "Winners and Losers during the Great Recession: The Positive Impact of Marketing Expenditures," Cornell Hospitality Quarterly, 56(4), 383-396.

Professor Chekitan S. Dev                         Curriculum Vitae as of 10/20/2018

## PUBLICATIONS (continued)

Dev, Chekitan S. and Don E. Schultz (2015), "From the Four Ps to the Four 'Why's'," <u>Marketing News</u>, September, 40-47.

Dev, Chekitan S. Pradeep Chintagunta and Yi-Lin Tsai (2015), "Do Hotel Brand Names Really Matter?" <u>Hotel Online</u>, <u>https://www.hotel-online.com/do-brand-names-really-matter</u>

Avery, Jill, Chekitan S. Dev, and Peter O'Connor (2015), "Accor: Strengthening the Brand with Digital Marketing," <u>Harvard Business School Teaching Note 316-103</u>.

Avery, Jill, Chekitan S. Dev, and Peter O'Connor (2015), "Accor: Strengthening the Brand with Digital Marketing," <u>Harvard Business School Case 315-138</u>.

Dev, Chekitan S., H. G. Parsa, Rahul A. Parsa & Milos Bujisic (2015), "Assessing Faculty Productivity by Research Impact: Introducing Dp2 Index," <u>Journal of Teaching in Travel & Tourism</u>, 15(2), 93-124.

Applegate, Lynda, Chekitan S. Dev and Gabriele Piccoli (2014), "Atlantis Paradise Island Resort and Casino (B): Improving Performance with New Core Values," <u>Harvard Business School Case 815-073</u>.

Dev, Chekitan S. and Kevin Lane Keller (2014), "Brand Revitalization," <u>Cornell Hospitality Quarterly</u>, 55(4), 334-341.

Dev, Chekitan S. (2014), "Strategies for Successfully Managing Brand-Hotel Relationships," <u>Cornell Hospitality Report</u>, 14(14), July, 8 pages.

Avery, Jill and Chekitan S. Dev (2014), "The Park Hotels: Revitalizing an Iconic Indian Brand," <u>Harvard Business School Case 314-114</u>.

Dev, Chekitan S. (2014), "The Power of Branding," <u>Hotelier</u>, January-February, 11-15.

Dev, Chekitan S. (2014), "Hospitality Marketing and Branding Research: Insights From a Specific Service Context," in <u>Handbook of Service Marketing Research</u> edited by Roland Rust and Ming-Hui Huang, Edward Elgar Publishing, 527-556.

Applegate, Lynda, Chekitan S. Dev, Gabriele Piccoli and Arnold B. Peinado (2014), "Experience! The Finger Lakes: The Groupon Partnership Decision (B)," <u>Harvard Business School Case 814-078</u>.

Singh, Amrik, Chekitan S. Dev, Robert Mandelbaum (2014), "A Flow-Through Analysis of the U.S. Lodging Industry During the Great Recession," <u>International Journal of Contemporary Hospitality Management</u>, 26(2), 205-224. **Received Highly Commended Paper Award from IJCHM editors.**

Brown, James R., Anjala S. Kishen and Chekitan S. Dev (2014), "The Role of Ownership in Managing Interfirm Opportunism: A Dyadic Study," <u>Journal of Marketing Channels</u>, 21, 31-42.

O'Neill, John W., Chekitan S. Dev and Hiromi Yaganisawa (2013), "Hotel Assets: An Analysis of Brand Attributes, Franchise Fees, Hotel Age and Performance," <u>International Journal of the Built Environment and Asset Management</u>, 1(2), 139-164.

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**PUBLICATIONS (continued)**

Bogan, Vicki L., David R. Just and Chekitan S. Dev (2013), "Team Gender Diversity and Investment Decision Making Behavior," <u>Review of Behavioral Finance</u>, 5(2), 134-152.

Kimes, Sheryl E. and Chekitan S. Dev, (2013), "Hotel Daily Deals: Insights from Asian Consumers," <u>Cornell Hospitality Report</u>, 13(9), September, 15 pages.

Applegate, Lynda, Chekitan S. Dev, Gabriele Piccoli and Arnold B. Peinado (2013), "Experience! The Finger Lakes: The Groupon Partnership Decision," <u>Harvard Business School Case 814-010</u>.

Dev, Chekitan S. (2013), "Challenges in Contemporary Hospitality Branding," <u>Cornell Hospitality Proceedings</u>, 5(6), 14 pages.

Dev, Chekitan S. (2013), "Defining the New Luxury: Perspectives from Industry Leaders," <u>Boston Hospitality Review</u>, 1(3), 22-25.

Adamson, Allen and Chekitan S Dev (2013), "Can Carnival Recover From Damage To Its Brand?" <u>Marketing Daily</u>, April 12, New York: MediaPost.com.

Dev, Chekitan S. (2012), <u>Hospitality Branding</u>, Ithaca, London: Cornell University Press, 192 pages. **Featured in <u>Cornell Research: Imaginative Scholarship and Creativity</u>, January 2014**.

Piccoli, Gabriel and Chekitan S. Dev (2012), "Emerging Marketing Channels in Hospitality: A Global Study of Internet-Enabled Flash Sales and Private Sales," <u>Cornell Hospitality Report</u>, 12(5), 15 pages.

Dev, Chekitan S. and Glenn Withiam (2012), "Branding Hospitality: Challenges, Opportunities and Best Practices," <u>Cornell Hospitality Proceedings</u>, 4(5), June.

Schultz, Don E. and Chekitan Dev (2012), "Revisiting the Marketing Mix: The Apple Store experience typifies a new vision for marketing," <u>Marketing Management</u>, 21(2), 45-47.

Dev, Chekitan S., Laura Winter Falk, and Laure Mougeot Stroock (2011), "To Groupon or Not To Groupon: A Tour Operator's Dilemma," <u>Cornell Hospitality Report</u>, 11(19), 15 pages.

Dev, Chekitan S., Stephan Grzeskowiak, and James R. Brown (2011), "Opportunism in Brand Partnerships: Effects of Coercion and Relational Norms," <u>Cornell Hospitality Quarterly</u>, 52(4), 377-387.

Dev, Chekitan S. and Glenn Withiam (2011), "Fresh Thinking About the Box," <u>Cornell Hospitality Proceedings</u>, 3(6), June.

Sengupta, Aveek and Chekitan S. Dev (2011), "Service Innovation: Applying the 7-I Model to Improve Brand Positioning at the Taj Holiday Village Goa, India," <u>Cornell Hospitality Quarterly</u>, 52(1), 11-19. **Hospitality Research in Practice Award (Honorable Mention), Cornell Hospitality Research Summit, October 2010.**

Dev, Chekitan S., John R. Bowen and John Buschman (2010), "Hospitality Marketing: A Retrospective Analysis (1960-2010) and Predictions (2010-2020)," <u>Cornell Hospitality Quarterly</u>, 51(4), 459-469.

Professor Chekitan S. Dev                      Curriculum Vitae as of 10/20/2018

**PUBLICATIONS (continued)**

Dev, Chekitan S., John H. Thomas, John Buschman and Eric Anderson (2010), "Brand Rights and Hotel Management Agreements: Lessons from Ritz-Carlton Bali's Lawsuit Against The Ritz-Carlton Hotel Company," Cornell Hospitality Quarterly, 51(2), 215-230.

Dev, Chekitan S., James R. Brown and Jody L. Crosno (2010), "Brand-Specific Investments, Intra-Brand Relationships and Performance in Hotel Firms," Cornell Hospitality Research Brief, 2(1), February, 3 pages.

Dev, Chekitan S. (2009), "Branding Hotels," Cayuga Hospitality Review, 1(1).

Zhou, Kevin Zheng, James R. Brown and Chekitan S. Dev (2009), "Balancing Market Orientation, Competitive Advantage, and Performance: A Demand-Based Perspective," Journal of Business Research, 62(11), 1063-1070.

Brown, James R., Jody L. Crosno and Chekitan S. Dev (2009), "The Effects of Transaction-Specific Investments in Marketing Channels: The Moderating Role of Relational Norms," Journal of Marketing Theory and Practice, 17(4), 317-333.

Dev Chekitan S. and William E. Barnett, (2009), "Marketing A Tourism Destination Brand in the Off Season on a Limited Budget," HSMAI Marketing Review, June, 28-33, 34.

Dev, Chekitan S. and Elizabeth Blau (2009), "Crisis Creates Common-Sense Opportunities for Operators," Nation's Restaurant News, p 21 & 27.  **Reprinted in Washington State's Restaurant Association Newsletter.**

Dev, Chekitan S., Kevin Zheng Zhou, James R. Brown and Sanjeev Agarwal (2009), "Customer Orientation or Competitor Orientation: Which Marketing Strategy Has A Higher Payoff For Hotel Brands?" Cornell Hospitality Quarterly, 50 (1), 19-28.  **Second Place, Best Paper Award for articles published in the Cornell Quarterly in 2009.  Reprinted in Cornell Hotel School's Handbook of Applied Hospitality Strategy.**

Brown, James R., Stephen Grzeskowiak and Chekitan S. Dev, (2009) "Using Influence Strategies to  Reduce Marketing Channel Opportunism: The Moderating Effect of  Relational Norms," Marketing Letters, 20 (2), 139-154.

Applegate, Lynda, Gabriele Piccoli and Chekitan Dev (2008), "Hilton Hotels: Brand Differentiation through Customer Relationship Management," Harvard Business School Case 809-029. **Rated a "Most Popular" (bestseller) case based on number of cases sold worldwide.**

Applegate, Lynda, Gabriele Piccoli and Chekitan Dev (2008), "Hilton Hotels: Brand Differentiation through Customer Relationship Management," Harvard Business School Teaching Note 809-030, Boston, MA: Harvard Business School Publishing.

Dev, Chekitan S. (2008), "The Corporate Brand: Help or Hindrance?" Harvard Business Review, February, 49-53.  **Translated into German and Spanish.**

Professor Chekitan S. Dev                     Curriculum Vitae as of 10/20/2018

**PUBLICATIONS (continued)**

Dev, Chekitan S., Sanjeev Agarwal and Krishna Erramilli (2008), "Market Driven Hotel Brands: Linking Market Orientation, Innovation and Performance," FIU Review, 26(1), 1-9. **Lead Article.**

Zhou, Kevin Zheng, Brown, James R., Chekitan S. Dev and Sanjeev Agarwal (2007), "The Effects of Customer and Competitor Orientations on Performance in Global Markets: A Contingency Analysis," Journal of International Business Studies 38, 308-319.

Brown, James R. and Chekitan S. Dev, (2007) "The Performance Effects of Close Relationships in Marketing Channels: Norms, Specific Investments, and Opportunism," in Flexible Marketing in an Unpredictable World, Proceedings of the 36th Conference of the European Marketing Academy, (Reykjavik, Iceland: Reykjavik University), p. 106.

Dev, Chekitan S. and Laure Mougeot Stroock (2007), "Rosewood Hotels and Resorts: Branding to Increase Customer Profitability and Lifetime Value," Harvard Business Review Case 2087. **Rated a "Most Popular" (bestseller) case based on number of cases sold worldwide.**

Dev, Chekitan S. and Laure Mougeot Stroock (2007), "Rosewood Hotels and Resorts: Branding to Increase Customer Profitability and Lifetime Value," Harvard Business School Teaching Note 2088, Boston, MA: Harvard Business School Publishing.

Frei, Frances, Chekitan S. Dev and Laure Mougeot Stroock (2007), "Westin Hotels and Resorts: Operations of a Lifestyle Experience," Harvard Business School Case 607-129. **Named a bestselling case by the European Case Clearing House in 2010.**

Dev, Chekitan S., James R. Brown and Kevin Zheng Zhou (2007), "Global Brand Expansion: How to Select a Market Entry Strategy," Cornell Quarterly, 48(1), 13-27.

Feickert, Julie, Rohit Verma, Gerhard Plaschka, and Chekitan S. Dev (2006), "Safeguarding Your Customers: The Guest's View of Hotel Security," Cornell Quarterly, 47(3), 224-244.

Dev, Chekitan S. (2006), "Carnival Cruise Lines: Charting A New Brand Course," Cornell Quarterly, 47(3), 1-8. **Reprinted on Entrepreneur.com**.

Victorino, Liana, Rohit Verma, Gerhard Plaschka and Chekitan Dev (2005), "Service Innovation and Customer Choices in the Hospitality Industry, Managing Service Quality, 15(6), 555-576. **Selected for inclusion in Emerald Publishing's Reading ListAssist.**

Dev, Chekitan S. and Don E. Schultz (2005), "In the Mix," Marketing Management, 14(1), 18-24. **Reprinted in Market Leader (UK), summer 2005, pp.18-22.**

Dev, Chekitan S. and Don E. Schultz (2005), "Simply SIVA," Marketing Management, 14(2), 36-41.

Brown, James R., Stephen Grzeskowiak and Chekitan S. Dev, (2005) "The Safeguarding Role of Influence in Marketing Channels: The Moderating Effect of Relational Norms." Proceedings of the World Marketing Conference, Muenster, Germany.

Professor Chekitan S. Dev                                  Curriculum Vitae as of 10/20/2018

**PUBLICATIONS (continued)**

Akerhielm, Peter, Chekitan S. Dev and Malcolm A. Noden (2003) Brand Europe: European Integration and Tourism Development," <u>Cornell Quarterly</u>, 44 (5&6): 88-93.

Brown, James R., Chekitan S. Dev and Zheng Zhou (2003) "Broadening the Foreign Market Entry Mode Decision: Separating Ownership and Control," <u>Journal of International Business Studies</u> 34(5): 473.

Agarwal, Sanjeev, M. Krishna Erramilli and Chekitan S. Dev (2003), "Market Orientation and Performance in Service Firms: Role of Innovation," <u>Journal of Services Marketing</u>, 17(1), 68-82.

Salas, Tania and Chekitan S. Dev (2003), "Brands That Do Good Also Do Well," <u>HSMAI Marketing Review</u>, 20(3), 40-43.

Susskind, Alex M., Mark A. Bonn and Chekitan S. Dev (2003), "To Look or Book: An Examination of Consumer's Apprehension Toward Internet Use," <u>Journal of Travel Research</u>, 41 (3), 256-264.

Dev, Chekitan S., M. Krishna Erramilli and Sanjeev Agarwal (2002), "Brands Across Borders: Choosing Between Franchising and Management Contracts for Entering International Markets," <u>Cornell Quarterly</u>, 43(6): 91-104. **Selected for inclusion in <u>Multinational Enterprise Theory</u> edited by John Daniels and Jeffrey Krug, 2007.**

Verma, Rohit, Gerhard Plaschka, Chekitan S. Dev and Amita Verma (2002), "What Today's Travelers Want When They Select a Hotel," <u>HSMAI Marketing Review</u>, Fall, 20-23.

Jiang, Weizhong, Chekitan S. Dev and Vithala R. Rao (2002), "Brand Extension and Customer Loyalty: Evidence from the Lodging Industry," <u>Cornell Quarterly</u>, 43 (4): 5-16.

Erramilli, M. Krishna, Sanjeev Agarwal and Chekitan S. Dev (2002), "Choice Between Non-Equity Entry Modes: An Organizational Capability Perspective," <u>Journal of International Business Studies</u>, 33 (2): 223-242.

Prasad, Keshav, and Chekitan S. Dev (2002), "Model Estimates Financial Impact of Guest Satisfaction," <u>Hotel & Motel Management</u>, August, 23.

Sinha, Praveen, Chekitan S. Dev and Tania Salas (2002), "The Relationship Between Corporate Social Responsibility and Profitability of Hospitality Firms: Do Firms That Do Good Also Do Well?" <u>Cornell Center for Hospitality Research Working Paper</u>, January.

Gruner, Axel, and Chekitan S. Dev (2000), "Globale Marketing Trends und seine Auswirkungen auf die Hotellerie (Global Marketing Trends and their Influence on the Hospitality Industry)," <u>Tourismus Jahrbuch</u> (Yearbook of Tourism), Munich: FBV Medien-Verlags GmbH, 140-153.

Dev, Chekitan S., James R. Brown and Dong-Jin Lee (2000), "Managing Marketing Relationships: Making Sure Everyone Plays on the Team," <u>Cornell Quarterly</u>, 41(4), 10-20.

Prasad, Keshav and Chekitan S. Dev (2000) "Managing Hotel Brand Equity: A Customer-centric Framework for Assessing Performance," <u>Cornell Quarterly</u>, 41(3), 22-31.

Professor Chekitan S. Dev                          Curriculum Vitae as of 10/20/2018

## PUBLICATIONS (continued)

Dev, Chekitan S. (2000), "Cyberbranding," Business 2.0, August, 131.

Dev, Chekitan and Michael D. Olsen (2000) "Marketing the Caribbean in the 21st Century: A Stakeholder Study," HSMAI Marketing Review, 17(1), 46-49.

Brown, James B., Chekitan S. Dev and Zheng Zhou (2000), "Foreign Market Entry Modes in the Hotel Industry: Toward a Deeper Understanding," in Jaqueline Pels and David W. Stewart (eds.), Marketing in a Global Economy, Chicago: American Marketing Association, 116-117.

Brown, James R. and Chekitan S. Dev (2000), "Improving Productivity in a Service Business: Evidence from the Hotel Industry," Journal of Service Research, 2(4), 339-354.

Brown, James R., Chekitan S. Dev and Dong-Jin Lee (2000), "Managing Marketing Channel Opportunism: The Efficacy of Alternative Governance Mechanisms," Journal of Marketing, 64(2), 51-65. **Received the 2001 Cornell Hotel School Faculty Research Award (2nd prize) and the 2001 W. Bradford Wiley Memorial Research Award from CHRIE.**

Dev, Chekitan and Michael D. Olsen (2000) "Marketing Challenges in the Next Decade," Cornell Quarterly, 41(1), 41-47.  **Reprinted in Hotel & Restaurant (South Africa), June 2000, 3-9.**

Brown, James R. and Chekitan S. Dev (1999) "Looking Beyond RevPAR: Productivity Consequences of Hotel Strategies," Cornell Quarterly, 40(2), 23-33.  **Reprinted in Cornell Hotel School's Handbook of Applied Hospitality Strategy.**

Dev, Chekitan (1998), "The Revolution in Marketing Rules: From Mass Marketing to One-to-One," IH & RA Annual World Congress Report, Paris, France: The International Hotel & Restaurant Association.

Brown, James R., and Chekitan S. Dev, (1997), "The Franchisor-Franchisee Relationship: A Key to Franchise Performance," Cornell Quarterly, 38(6), 30-38. **Selected for inclusion in Cornell University Research Highlights Annual Report 1997-1998.**

Klein, Saul and Chekitan S. Dev (1997), "Partner Selection in Market-Driven Strategic Alliances," South African Journal of Business Management, 28(3), 97-104.

Li, Mingfang and Chekitan S. Dev (1997), "Organization-Environment Relations: A Multidisciplinary Integration and Some Propositions," International Journal of Management, 14(1), 3-12.

Dev, Chekitan S., Saul Klein and Reed A. Fisher, (1996), "A Market-Based Approach for Partner Selection in Marketing Alliances," Journal of Travel Research, 35(1), 11-17.

Brown, James R., Chekitan S. Dev, John R. O'Malley and Dong-Jin Lee (1996), "Strategic Orientation: Its Impact on Relational Exchange in a Service Channel," Marketing Theory and Applications, Volume 7, Edward A. Blair and Wagner A. Kamakura (eds.), American Marketing Association: Chicago, IL, 333-339.

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## PUBLICATIONS (continued)

Dev, Chekitan S., and James R. Brown (1995), "Measuring Environmental Uncertainty," International Review of Retail, Distribution and Consumer Research, 5(2), 219-247.

Dev, Chekitan S., Michael S. Morgan and Stowe Shoemaker (1995), "A Positioning Analysis of Hotel Brands Based on Travel Manager Perceptions," Cornell Quarterly, 36(6), 48-55. **Selected for inclusion in T. Baum and R. Mudambi (eds.), Economic and Management Methods for Tourism and Hospitality Research, (1999) London: John Wiley, 85-97.**

Dev, Chekitan S. and Saul Klein (1995), "Partner Selection in Market-Driven Strategic Alliances," Enhancing Knowledge Development in Marketing, Volume 6, Barbara B. Stern and George M. Zinkhan (eds.), American Marketing Association: Chicago, IL, 561-562.

Brown, James R. and Chekitan S. Dev (1994), "Power and conflict in strategic marketing alliances: the moderating impact of relational norms and dependence," Cornell Center for Hospitality Research, Working Paper A94-019.

Morgan, Michael S., and Chekitan S. Dev (1994b), "An Empirical Study of Brand Switching for a Retail Service," Journal of Retailing, 70(3), 267-282.

Morgan, Michael S., and Chekitan S. Dev (1994a), "Defining Competitive Sets of Hotel Brands Through Analysis of Customer Brand Switching," Journal of Hospitality and Leisure Marketing, 2(2), 57-91.

Dev, Chekitan S., and Saul Klein (1993), "Strategic Alliances in the Hotel Industry," Cornell Quarterly, 34(1), 42-45.

Dev, Chekitan S. (1993), "Diez Principios de Mercadotecnia Hotelera (Ten Principles of Hotel Marketing)," Alta Hoteleria (Mexico), 3(13), 16-19.

Ross, Barbara-Jean, Chekitan S. Dev and Kathleen M. Dennison (1993), "Carnival Cruise Lines," in Strategic Management Cases, D.W. Grigsby and M.J. Stahl (eds.), Boston, MA: PWS-Kent Publishing, 251-267. With Teaching Note.

Murthy, BVSAN and Chekitan S. Dev (1993), "Average Daily Rate," VNR's Encyclopedia of Hospitality and Tourism, Mahmood Khan, Michael Olsen and Turgut Var (eds.), New York:Van Nostrand Reinhold, 447-452.

Cunningham, Mark W., and Chekitan S. Dev (1992), "Strategic Marketing: A Lodging End Run," Cornell Quarterly, 33(4), 36-43. **Reprinted in Alimentos y Bebidas (Peru), 4(24), 1996, 34-39.**

Dev, Chekitan S. (1991), "Experimenting with Experiential Learning," Cornell Undergraduate Education, 4(1), 4-6.

Dev, Chekitan S., and James R. Brown (1991), "Franchising and Other Operating Arrangements in the Lodging Industry: A Strategic Comparison," Hospitality Research Journal, 14(3), 23-42. **Received the 1992 Van Nostrand Reinhold Research Award "in recognition of superior original published research in the hospitality field."**

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**PUBLICATIONS (continued)**

Dev, Chekitan S., and Bernard D. Ellis (1991), "Guest Histories: An Untapped Service Resource," Cornell Quarterly, 32 (2), 29-37. **Selected for inclusion in Information Systems for Managers, C.A. Dykman and C.R. Ruthstrom (eds.), St. Paul, MN: West Publishing, 1992, 67-71.**

Dev, Chekitan S., and Robert C. Lewis (1991), "Ten Steps for Marketing Hotel F&B Outlets," Cornell Quarterly, 32(2), 24-25.

Dev, Chekitan S., and James R. Brown (1990), "Marketing Strategy, Vertical Structure, and Performance in the Lodging Industry: A Contingency Approach," International Journal of Hospitality Management, 9(3), 269-282.

Dev, Chekitan S. (1990a), "Measuring the Value of Experiential Learning," Cornell Quarterly, 31(2), 105-107.

Dev, Chekitan S. (1990b), "Marketing Practices of Hotel Chains," Cornell Quarterly, 31(3), 54-63. **Selected for inclusion in Alta Hoteleria (Mexico), 3(17), 1994, 21-28; and Hotel Management Operations, D.G. Rutherford (ed.), NY: Van Nostrand Reinhold, 1994, 254-264.**

Dev, Chekitan S., and Al Glanzberg (1990), "Serving the Individual Traveler: 'Biki' Oberoi," Cornell Quarterly, 31(2), 15-18.

Dev, Chekitan S., Eliza C. Tse and Joseph J. West (Eds.) (1990), Strategic Management in the Hospitality Industry, a special issue of the International Journal of Hospitality Management, 9(3), 173-282.

Akerhielm, Peter, Chekitan S. Dev and Malcolm A. Noden (1990), "Europe 1992: Neglecting the Tourism Opportunity," Cornell Quarterly, 31(1), 104-111. **Selected as a best article published in the Cornell Quarterly for the 1990-2000 period.**

Stein, Timothy J., Chekitan S. Dev and Mary H. Tabacchi (1990), "Spas: Redefining the Market," Cornell Quarterly, 30(4), 46-52.

Chandrasekar, Venkat and Chekitan S. Dev, (1989), "A Framework for Analyzing Technology and Structure in the Lodging Industry," International Journal of Hospitality Management, (8)3, 237-245.

Dev, Chekitan S. (1989), "Operating Environment and Strategy: The Profitable Connection," Cornell Quarterly, 30(2), 9-13. **Reviewed by James L. Coen (1990) in National Productivity Review, 9(2), 239-240.**

Dev, Chekitan S. and Samir Kuckreja (1989), "Tourism in India: Growth and Opportunity," Cornell Quarterly, 30(2), 71-75.

Dev, Chekitan S. and James R. Brown (1989), "Franchising and Other Operating Arrangements in the Lodging Industry: A Strategic Comparison," in James R. Brown (ed.), Society of Franchising Conference Proceedings, Lincoln, NE: International Center for Franchise Studies, 78-111.

Dev, Chekitan S. and Janet E. Hubbard (1989), "A Strategic Analysis of the Lodging Industry," Cornell Quarterly, 30(1), 19-23.

Professor Chekitan S. Dev                          Curriculum Vitae as of 10/20/2018

## PUBLICATIONS (continued)

Dev, Chekitan S. and Michael D. Olsen (1989b), "Applying Role Theory in Developing a Framework for the Management of Customer Interactions in Hospitality Businesses," International Journal of Hospitality Management, 8(1), 19-33.

Dev, Chekitan S. and Michael D. Olsen (1989a), "Environmental Uncertainty, Business Strategy, and Financial Performance: An Empirical Study of the Lodging Industry," Hospitality Research Journal, 3(2), 171-186.

Kuckreja, Samir and Chekitan S. Dev (1989), "New Delhi's Luxury Hotels," Cornell Quarterly, 30(2), 76-80.

Lewis, Robert C., and Chekitan S. Dev (1989), Instructor's Manual for Cases in Hospitality Marketing and Management, New York, NY: John Wiley, 182 pages.

Dev, Chekitan S. and Larry D. Alexander (1988), "McDonald's Corporation," in Cases in Strategic Management, A.J. Strickland and A.A. Thompson (eds.), Plano, TX: Business Publications, 162-181. With Teaching Note.

Adu-Kwansa, Francis, Chekitan S. Dev, Nor Khomar Ishak, Mary Kay Meyer, Michael D. Olsen, Regina Robichaud, Nazimudeen Saleem and Joseph J. West (1986), "An Analysis of Major Trends and Their Impact Potential Affecting the Hospitality Industry as Identified by the Method of Content Analysis," CHRIE Annual Conference Proceedings, 168-190.

Dev, Chekitan S. (1986), "Major Trends in Marketing Management in the Hospitality Industry," in Virginia Hotel/Motel Facts and Figures Newsletter, Richmond, VA: Virginia Hotel and Motel Association.

Olsen, Michael D., and Chekitan S. Dev (1986), "Training for Service--A Conceptual Approach," Proceedings of the International Training and Personnel Conference for the Hotel and Catering Industry, London, UK, 59-68.

Professor Chekitan S. Dev                          Curriculum Vitae as of 10/20/2018

## PRESENTATIONS

"Brand Management: Analysis and Application," Cornell Hotel School General Managers Program, January 2018, June 2018.

"Consumer and Mega Trends," Ascend Hotel Collection Owners Meeting, Keynote Address, Detroit, MI, November 2017.

"Strategy," Hilton Leadership Experience, McLean, VA, November 2017.

"Strategic Hospitality Marketing," Sands China International Leadership Programme, Ithaca, NY, October 2017, October 2018.

"Brand Loyalty Program Management: Practical and Profitable Insights from New Research," Cornell Hospitality Research Summit, Ithaca, NY, October 2017. (with N. Brodsky and S. Sunder)

"Disruption: Lessons from Hospitality," American Seniors Housing Association Executive Board Meeting, Keynote Address, Chicago, IL, September 2017.

"The Loyalty Paradox," Taj Hotels US Advisory Board Meeting, San Francisco, CA, August 2017.

"Take Your Events to New Heights with Strategic Planning," Professional Convention Management Association, Educational Conference, New York, New York, June 2017.

"Teaching With Case Studies," Cornell Center for Teaching Excellence, 7th Annual Celebration of Teaching Excellence, Ithaca, NY, January 2017.

"Experience Branding," Cornell Center for Hospitality Research, Experience Design Roundtable, Panel Moderator, Ithaca, NY, October 2016.

"Global Hospitality Marketing Trends: Profit from Change," Greater Toronto Hotel Association, Leadership Development Program, Humber College, Toronto, Canada, April 2016, March 2017.

"Millennials: Who They Are, What They Want, and How to Win Them Over!" Morgans Hotel Group, General Managers Program, New York City, February 2016.

"Soft Brands: Brilliant or Bubble?" Independent Lodging Congress, panelist, New York City, October 2015.

"Taking a Project from Idea to Publication" and "Future of Branding Research in Hospitality," Virginia Tech Pamplin College of Business, Blacksburg, VA, September 2015.

"Global Hospitality Branding Research," Michigan State University School of Hospitality Business, Hilton Lecture Series XXV, Featured Presenter, East Lansing, MI, September 2014; Florida Gulf Coast University, Invited Faculty Seminar, Ft. Myers, FL, February 2015.

"Growing the Service Brand" Oxford University Said Business School, Corporate Reputation Symposium, September 2014 (presented by M. Huang); The Service Science Section of INFORMS, San Francisco, CA, November 2014 (presented by Ming-Hui Huang), **Best Paper Award (runner-up)**; Frontiers in Service Conference, San Jose, CA, July 2015 (presented by Ming-Hui Huang).

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## PRESENTATIONS (continued)

"What Is A Brand Worth? An Interdisciplinary Research Odyssey," 3rd Interdisciplinary Tourism Research Conference, Kadir Has University, Istanbul, Turkey, June 2014.

"Return on Service Amenities," University of Pennsylvania Wharton School, Marketing Faculty Research Seminar, Philadelphia, January 2013 (presented by R. Rust); Marketing Science Conference, Istanbul, Turkey, July 2013 (presented by R. Rust); INFORMS, Minneapolis, MN, October 2013 (presented by R. Rust); Society for Consumer Psychology, Miami, FL, March 2014 (presented by R. Hamilton); Frontiers in Service Conference, Miami, FL, June 2014 (presented by R. Rust).

"Challenges of Web Marketing for the Hospitality and Tourism Industries" (Keynote Address) and "Marketing Trends and Best Practices for the Hospitality and Tourism Industries," (Workshop), Be-Wizard Digital Marketing Conference, Rimini, Italy, March 2014.

"The 21st Century Guest: Who She Is, What She Wants and How To Win Her Over!" Keynote Speech, University of Antwerp, Hotel Marketing Conference, Antwerp, Belgium, March 2014.

"Tourism and Hospitality in India," Harvard India Conference, Panel Moderator, Harvard University, Cambridge, MA, February 2014.

"Strategic Planning," Veling Hospitality, Mauritius, January 2014.

"Global Hospitality Trends," "Global Hospitality Best Practices" and "Strategic Planning," LUX* Resorts, Mauritius, January 2014.

"Challenges in Contemporary Hospitality Branding," Unisource Strategic Branding Conference, Toronto, Canada, November 2013.

"Strategic Planning," Veling Aviation, Mauritius, July 2013.

"Building Brands With New Media," Keynote Address, 3rd Hoteliers' Conclave, Hotel Association of India, New Delhi, India, May 2013.

"Hospitality Marketing and Branding Research: Insights From a Specific Service Context," University of Delaware, Lerner Distinguished Lecture, Newark, Delaware, March 2013.

"Global Hospitality MegaTrends," MexHIC, HVS Hotel Investment Conference, Mexico City, February 2013.

"Marketing for Entrepreneurs" Entrepreneurship Bootcamp for Veterans with Disabilities, Cornell University, Ithaca, NY, October 2012, October 2013, October 2014, October 2015, October 2016.

"Global Trends and Best Practices," The Park Hotels, New Delhi, India, August 2011.

"Global Trends and Best Practices," Accor Hotels India, Gurgaon, India, August 2011.

"Strategic Action Planning," Oberoi Hotels & Resorts, Mumbai, India, August 2011.

Professor Chekitan S. Dev                                 Curriculum Vitae as of 10/20/2018

## PRESENTATIONS (continued)

"Brand Strategy" and "Global Trends and Best Practices," <u>Leela Palaces, Hotels and Resorts</u>, Mumbai, India, August 2011.

"Global Trends and Best Practices," <u>Taj Hotels, Resorts and Palaces</u>, Mumbai, India, July 2011.

"What Is A Brand Worth?" <u>Cornell Hospitality Brand Management Roundtable</u>, Ithaca, NY, May 2011.

"Brand Value Study," <u>Cornell Center for Hospitality Research</u>, Advisory Board Meeting, Ithaca, NY, April 2011.

"Global Hospitality Trends and Best Practices," <u>Rotana Hotels & Resorts</u>, Abu Dhabi, January 2011.

"Strategic Marketing," <u>Abu Dhabi Tourism Association</u>, Abu Dhabi, January 2011.

"Strategic Marketing," <u>International Tourism Association</u>, Zagreb, Croatia, December 2010.

"Global Hospitality Trends and Best Practices," <u>Oberoi Hotels & Resorts</u>, Gurgaon, India, November 2010.

"Total Brand Strategy," <u>The Park Hotels</u>, Hyderabad, India, November 2010.

"Brand Integrity: Enhancing Your Most Valuable Asset," <u>Quaker Steak & Lube Annual Franchise Conference</u>, Opening Address, Las Vegas, NV, October 2010.

"Brand Management: Practical and Profitable Insights From Two Decades of Research (1990-2010)," <u>Cornell Hospitality Research Summit</u>, Ithaca, NY, October 2010.

"Marketing Planning for Luxury Hotels and Resorts," <u>Leading Hotels of the World</u>, Global Webinar, September 2010, March-April 2015.

"Marketing Planning," <u>Finger Lakes Tourism Association</u>, Ithaca, NY, September 2009.

"Restaurant Trends: Insights from the Las Vegas Experience," <u>Hotel Ezra Cornell</u>, Panel Moderator, Ithaca, NY, April 2009.

"Global Hospitality Trends: Profit from Change," <u>European Hospitality Technology Conference</u>, Keynote Address, Amsterdam, Holland, February 2009.

Millennials: Who They Are, What They Want, and How To Win Them Over!" <u>European Hospitality Technology Conference</u>, Keynote Address, Amsterdam, Holland, February 2009.

"How Can Hospitals Take Advantage of Hospitality Best Practices to Improve Patient Satisfaction and Loyalty?" <u>Council on Hotel, Restaurant and Institutional Education</u> (CHRIE), Annual Graduate Research Conference, Las Vegas, NV, January 2009. (by N. Khairuddin, M. Yeo, J. Areas, J. Buschman, and J. West)

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**PRESENTATIONS (continued)**

"Can the Application of Hospitality Service Quality Practices Improve Client Retention Rates in Substance Abuse Outpatient Clinics?" Council on Hotel, Restaurant and Institutional Education (CHRIE), Annual Graduate Research Conference, Las Vegas, NV, January 2009. (by J. Buschman, J. West, E. Wagner, and B. Hayden)

"Global Hospitality Marketing Trends: Profit From Change," Cayuga Hospitality Associates Annual Conference, Williamsburg, Virginia, November 2008.

"Global Food & Beverage Trends," Latin American Food & Beverage Summit, Keynote Address, Mexico City, October 2008.

"Managing  Opportunism in Marketing Channels: The Role of Vertical Integration,"  Erin Anderson B2B Research Conference, University of Pennsylvania, Wharton School of Business, Philadelphia, PA, October 2008. (by J. R. Brown)

"Lodging Management Research: What I Have Learned And Why It Matters," Faculty Research Seminar, University of Denver, Daniels College of Business, Denver, CO, September 2008.

"Brand Management Research: What I Have Learned And Why It Matters," Cayuga Hospitality Associates, Annual Conference, Williamsburg, Virginia, November 2007.

"Global Food and Beverage Trends," Jumeirah Hotels & Resorts Global Food and Beverage Conference, Keynote Address, Dubai, UAE, September 2007.

 "Tourism MegaTrends," sponsored by Finger Lakes Tourism Alliance, Cornell Institute for European Studies, Tompkins County Convention and Visitors Bureau, and the EU Commission to the U.S.A., Ithaca, NY, May 2007.

"Global Hospitality Trends," Mövenpick Hotels & Resorts Global Annual Sales and Marketing Conference, Keynote Address, Amsterdam, Holland, January 2007.

"The Performance Effects of Close Relationships in Marketing Channels: Norms, Specific Investments, and Opportunism," 36th Conference of the European Marketing Academy, (Reykjavik: Reykjavik University, Iceland), 2007. (by James R. Brown)

 "Conducting Quality Research: In Search of Theory Building for Hospitality," Florida International University, Faculty Research Seminar, Miami, FL, October 2006.

"Tech-Innovations & Loyalty Programs in Hospitality Services: Do Customers Care?" Frontiers in Services Conference, Tempe, Arizona, October 2005. (by R. Verma, G. Plaschka and L. Victorino)

"Conducting Quality Research: In Search of Theory Building for Hospitality," CHRIE Conference, Las Vegas, NV, July 2005.

"Tourism MegaTrends" (Keynote Address) and "The 21st Century Tourist" (Presentation), Aruba Hospitality and Tourism Conference, Oranjestad, Aruba, April 2005.

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## PRESENTATIONS (continued)

"Global Restaurant Trends," InterContinental Hotels Group, F&B Council Meeting, Las Vegas, NV, March 2005.

"The Safeguarding Role of Influence in Marketing Channels: The Moderating Effect of Relational Norms," World Marketing Congress, Meunster, Germany, February 2005.  (by J. R. Brown and S. Grzeskowiak)

"Within-Informant Bias in Marketing Research," American Marketing Association Winter Educators Conference, San Antonio, TX, February 2005.  (by J. R. Brown, A. R. Kishen,  and P. Kachroo)

"Global Hospitality Trends: Profit From the Big Picture," Walt Disney World, Resort Leadership Team Meeting, Orlando, FL. January 2005.

"Understanding New Value Drivers for Hospitality Services," Academy of Management Annual Conference, Seattle, WA, August 2003. (by R. Verma, G. Plaschka, and A. Verma)

"Brand Integrity," International Association of Holiday Inns Owners Conferences, Atlanta, GA; Secaucus, NJ; Chicago, IL; San Francisco, CA; April-May, 2003.

"The 21st Century Resort Guest," Walt Disney World, Resort Leadership Team Meeting, Orlando, FL. January 2003.

"The Hotel Industry: Battle of the Brands," Harvard Business School, Marketing Faculty Research Seminar, Cambridge, MA, September 2002. (with K. Prasad)

"Trends in the Restaurant Industry: Profit from Change," Restaurant Summit, New York, September 2002.

"Industry Analysis and Marketing Fundamentals," Johnson Graduate School of Management, LEAD Summer Business Institute at Cornell University, Ithaca, NY, July 2002.

"Defining New Value Drivers in Hospitality Services," Frontiers in Services Conference, Maastricht, Netherlands, June 27-29, 2002. (by R. Verma, A. Verma and G. Plaschka)

"The 21st Century Visitor," Keynote Address, Tompkins County Tourism Summit, Ithaca, New York, 2001.

"Branding and the Vacation Ownership Industry," American Resort Development Association Research Conference, Session Moderator, Ithaca, NY, Fall 2000.

"Determinants of Performance in Service Firms: A Comparison of Hotels in MDCs and LDCs" American Marketing Association Conference, Chicago, IL, August 2000. (by S. Agarwal and M. K. Erramilli).

"Foreign Market Entry Modes in the Hotel Industry: Toward a Deeper Understanding," American Marketing Association International Conference, Buenos Aires, Argentina, July 2000. (by J.R. Brown and Z. Zhou)

"Guerilla Marketing for Hotels" and "Lifetime Value of the Customer," European Hotel Managers Association Conference, Frankfurt, Germany, November 1999.

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**PRESENTATIONS (continued)**

"The Growing Complexity of Customer Relationships," <u>Cornell Hotel Society</u>, Chapter Meeting, Washington D.C., November 1999.

"Strategies for the New Millenium," <u>International Hotel & Restaurant Association Annual Congress</u>, Durban, South Africa, October 1999. (by M. D. Olsen)

"Marketing the Caribbean in the 21st Century," <u>Caribbean Hotel Industry Conference</u>, Nassau, Bahamas, June 1999. (with M. D. Olsen)

"7 Marketing Strategies for Surviving and Succeeding in the New Millenium," <u>National Restaurant Association Conference</u>, Chicago, IL, May 1999.

"One to One: Marketing in the Interactive Age," <u>International Hotel & Restaurant Association Annual Congress</u>, Keynote Address, Manila, Philippines, October 1998.

"Creative Problem Solving," <u>Association of Greek Tourist Enterprises Conference</u>, Athens, Greece, February 1998. (with T. Simons)

"Visions of the Future," <u>Hospitality Sales & Marketing Association International Annual Conference</u>, Atlanta, GA, March 1997.

"Strategies For The Next Millennium," <u>Cornell Hospitality Strategy Conference</u>, Fort Lauderdale, FL, March 1997.

"Hospitality Partnering: Servicing Customers' Needs," <u>Cornell Hospitality Strategy Conference</u>, Fort Lauderdale, FL, March 1997 (with T. Storey).

"Marketing in the Year 2000 and Beyond," <u>International Hotel & Restaurant Association Annual Congress</u>, October 1996, Mexico City.

"Strategic Alliances," <u>University of Buckingham School of Business</u>, U.K., March 1996.

"Global Marketing Trends in Hospitality and Tourism," <u>Canisius College</u>, Statler Hotel Management Program, Buffalo, NY, November 1996, 1995.

"Strategy for Manpower Development in Tourism Sector," INVESTOUR '95, <u>Confederation of Indian Industry</u>, Jaipur, India, December 1995.

"Partner Selection in Market-Driven Strategic Alliances," <u>American Marketing Association Conference</u>, July 1995, Washington, D.C. (with S. Klein).

"Future of Hospitality Education," <u>World Tourism Congress</u>, Vienna, Austria, November 1994.

"Leading Scholarship on Hotel Management," <u>University of Surrey</u>, U.K., May 1994.

"Using Strategic Alliances for Business Development," <u>TIMS/ORSA Joint National Meeting</u>, April 1994, Boston, MA (with S. Klein).

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**PRESENTATIONS (continued)**

"Strategic Alliances in the Hospitality Industry," Cornell Hospitality Research Symposium, March 1993, Ithaca, New York (with S. Klein).

"Direction Versus Drift: The Market Positioning of Hotel Chains to Travel Agents and Travel Managers," CHRIE Annual Conference, July 1992, Orlando, Florida (with M.S. Morgan and S. Shoemaker).

"An Investigation of Brand Switching Covariates of Lodging Services," Services Marketing Conference, March 1992, Nashville, Tennessee (with M.S. Morgan).

"Organization-Environment Relations: A Multidisciplinary Integration," Western Academy of Management Meeting, March 1991, Santa Barbara, California (with M. Lee).

"Carnival Cruise Lines," North American Case Research Association Annual Meeting, November 1990, Orlando, Florida.

"An Empirical Investigation of the Marketing Planning Practices of America's Largest Hotel Chains," CHRIE Annual Conference, August 1990, Washington D.C.

"Environmental Uncertainty, Business Strategy, and Financial Performance: An Empirical Study of the U.S. Lodging Industry," CHRIE Annual Conference, August 1989, Las Vegas, Nevada (with M.D. Olsen).

"Franchising and Other Operating Arrangements in the Lodging Industry: A Strategic Comparison," Society of Franchising Annual Conference, January 1989, Bal Harbor, Florida (with J.R. Brown).

"The International Hospitality Industry: Global Strategy for the 1990's," Hospitality Trends Conference, May 1989, Blacksburg, Virginia.

"Hospitality Research Issues and Methodological Approaches," International Academy of Hospitality Research Annual Conference, November 1989, Blacksburg, Virginia (with R.C. Lewis)

"Environmental Uncertainty, Business Strategy and Financial Performance: An Exploratory Study of the Lodging Industry," Graduate Research Symposium, November 1987, Virginia Polytechnic Institute and State University, Blacksburg, Virginia.

"A Framework for the Analysis of Environmental Influences on Organizational Performance: Implications for Strategy and Policy Instruction in Hospitality Businesses," CHRIE Annual Conference, March 1987, Boston, Massachusetts.

"Toward a Framework for Analyzing Technology and Structure in the Lodging Industry," World Hospitality Congress, March 1987, Boston, Massachusetts (with V. Chandrasekar)

"Applying Role Theory in Developing A Framework for the Management of Customer Interactions in Hospitality Businesses," World Hospitality Congress, March 1987, Boston, Massachusetts (with M.D. Olsen).

Professor Chekitan S. Dev                                Curriculum Vitae as of 10/20/2018

## PRESENTATIONS (continued)

"An Analysis of Major Trends and Their Impact Potential Affecting the Hospitality Industry as Identified by the Method of Content Analysis," CHRIE Annual Conference, August 1986, Boston, Massachusetts (with F. Adu-Kwansa, N.K. Ishak, M.D. Olsen, R. Robichaud, N. Saleem, and J.J. West).

"Training for Service-A Conceptual Approach," International Training and Personnel Conference for the Hotel and Catering Industry, March 1986, London, UK (with M.D. Olsen).

## RESEARCH GRANTS

"A Study of Amenity Use in Hotels," Cornell Center for Hospitality Research Grant, 2017.

"Consumer Response to the 'Social Couponing' Phenomenon in the Hospitality Industry," Nanyang Technological University Institute on Asian Consumer Insight, 2012 (with S. Kimes)

"A Global Study of Emerging Marketing Channels in Hospitality: The 'Social Couponing' Phenomenon," Cornell Center for Hospitality Research Grant, 2011. (with G. Piccoli)

"Using Groupon As A Business Development Tool For Hospitality-Related Businesses: A Tour and Travel Case Study," Cornell Center for Hospitality Research Grant, 2011.

"Brand Value," Cornell Center for Hospitality Research Grant, 2010.

"Team Diversity and Financial Decision Making," Cornell Institute for Social Sciences, 2009. (with V. Bogan and D. Just)

"Rosewood Hotels & Resorts" Harvard Business School, Case Research Grant, 2007.

"Getting To Know Europe," European Union, Sponsored by Cornell Institute for European Studies, 2007, Advisor.

"Brand Management in the Lodging Industry," Cornell Hotel School, Competitive Summer Research Grants, 1998-2005, 2007.

"Brand Conversion Study," Asian American Hotel Owners Association, 2004.

"Defining Value Drivers," Competitive Research Grant, Hospitality Sales and Marketing Association International (HSMAI), 2001 (with R. Verma and G. Plaschka).

"Choice of Foreign-Market Entry Modes by Firms in the Lodging Industry: A Transaction-Cost Perspective," Competitive Summer Research Grants, Cornell Hotel School, 1996-7.

"Strategic Alliances In The Lodging Industry," Competitive Summer Research Grants, Cornell Hotel School, 1993-95.

"Applied Marketing Education," A Competitive Faculty Education Grant, Hatfield Fund, 1992.

Professor Chekitan S. Dev                     Curriculum Vitae as of 10/20/2018

**RESEARCH GRANTS (continued)**

"Sociodemographic, Usage, Attitudinal and Situational Covariates of Brand Switching and Repeat Purchase Behavior in the U.S. Lodging Industry," Competitive Summer Research Grant, Cornell Hotel School, 1992 (with M.S.Morgan).

"Using Consumer Purchase Data to Define Lodging Market Structure and Strategies," Cornell Hotel School, Competitive Summer Research Grant, 1991. (with M.S. Morgan)

"Marketing Opportunities and Customer Information Files: A Study of How Hotels Use Their Guest History Information," Cornell Hotel School, Competitive Summer Research Grant, 1990.

"Teaching Marketing Through A Community Service Oriented Experiential Approach," A Competitive Faculty Education Research Grant, Sears Roebuck Foundation, 1990.

An Equipment Grant to Support Teaching & Research, IBM, 1989.

"An Investigation Into the Marketing Planning Practices of Lodging Organizations," Cornell University School of Hotel Administration, Competitive Summer Research Grant, 1989.

"Environmental Uncertainty, Business Strategy, and Financial Performance: A Study of the Lodging Industry," Virginia Tech, Competitive Doctoral Research Grant, 1988.

"Pre-opening Investment Study," American Hotel & Motel Association, 1986. (with M.R. Evans.)

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## SERVICE

Service to Cornell University/SC Johnson College of Business/Hotel School (SHA):
Cornell University Faculty Advisory Committee on Tenure Appointments, 2009-2010, 2011-2012
Cornell University Committee on Academic Freedom and Professional Status of Faculty, 2009-2010
Cornell University Faculty Diversity Institute, Steering Committee, 2008
Cornell University Institute for European Studies, Steering Committee, 2006-2007, 2008-2010
Cornell University Faculty Senate, 2000-2002
Cornell University Faculty Advisor, Google Marketing Challenge (Team Burton Rudolf), 2015-2016
Cornell University Faculty Advisor, Bulgarian Students Association, 1993-1995
Cornell SC Johnson College of Business, Ithaca-New York City Integration Task Force, 2017
Cornell SC Johnson College of Business, Professor of the Practice Migration Ad Hoc Committee, 2017
Cornell SC Johnson College of Business, Vision Mission Values Task Force, 2016
Johnson Graduate School of Management, Marketing Symposium, Session Chair, 2006
Johnson Graduate School of Management, Promotion & Tenure Review Committee (Ad Hoc), 2000
SHA Undergraduate Curriculum Committee, 2017
SHA Graduate Committee, 1990-1993, 2017
SHA Faculty Policy Committee, 1993-1994, 2012-2020
SHA Tenure, Promotion and Reappointment Committees, 1996- (Chaired over a dozen committees)
SHA Models of Business Excellence Presentations, Feedback Provider, 2016
SHA Undergraduate Admissions Interview Team, 1990-1991, 1994, 1997-2002, 2003-2004, 2005-2006
SHA Faculty Advisor, Hotel Ezra Cornell, 1997-2001
SHA Faculty Retreat Subgroup on Learning Content and Methodologies, 1999-2000
SHA MMH Career Track in Marketing and Information Systems, Chair, 2005-2007
SHA Presenter, Career Services Office MMH Workshops, 1999, 2000, 2001, 2002, 2003, 2004
SHA Cornell Hospitality Conference Strategic Excellence Award Committee, 1997-2000
SHA Coordinator, MMH 2nd Semester Project, 1998-1999
SHA Research Committee, 1989-1995, 1996-1998
SHA Chair, Executive MMH Committee (Ad-Hoc), 1998
SHA Drown Prize Committee, 1996-1997
SHA Area Representative, Marketing and Tourism, 1996-1997
SHA Marketing Faculty Search Committee, 1989-1990, 1995, Chair 1996-97, 1997-2000, Chair 2001-2002
SHA MPS/MMH Admissions Committee, 1991-1992, 1995-1996, 2003-2005, 2008-2010
SHA Presenter, Freshman Orientation, 1990, 1993, 1994, 2008
SHA Society of Minority Hoteliers Conference, Presenter, 1992
SHA Faculty Advisor/Presenter, Cornell International Hoteliers Association, 1990-1992
SHA Academic Integrity Hearing Board, 1990-1991
SHA Management Intern Program Committee, 1989-1991
SHA Faculty Advisor, Hotel Sales and Marketing Association, 1989-1991
SHA Dean's Committee to Market the Cornell Quarterly (Ad-Hoc), 1989

Service to the Academy:

| | |
|---|---|
| Editorial Board: | Journal of Hospitality Marketing and Management, 1990-2008 |
| | Journal of Foodservice Business Research, 1990-2001 |
| | Journal of Vacation Marketing, 1994-2004 |
| | International Hospitality Review (formerly FIU Review), 1999-2011, 2017- |
| | Managing Service Quality, 2001-2014 |
| | Journal of Hospitality and Tourism Research (JHTR), 1993-2000 |
| | Cornell Quarterly, 1993-2000 |

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**SERVICE (continued)**

| | |
|---|---|
| Ad-Hoc Reviewer: | Cornell Center for Hospitality Research Reports |
| | Journal of Retailing |
| | Journal of Service Research |
| | Cornell Hospitality Quarterly |
| | International Journal of Hospitality Management |
| | Tourism Management |
| | CHRIE Annual Conference |
| | Van Nostrand Reinhold Publishers |
| | John Wiley and Sons Publishers |

| | |
|---|---|
| Publications Editor: | International Journal of Hospitality Management, 1989-1992 |
| Guest Editor: | International Journal of Hospitality Management, 1990 |
| Series Editor: | Cornell University Press, 2012-2018 |
| Session Chair: | CHRIE Annual Conference, 1994 |
| | International Seminars on Tourism Development, 1992 |
| CHRIE Committees: | JHTR, Best Paper Award Committee, 2000 |
| | CHRIE Strategic Planning Committee, Co-Chair, 1990-1992, Member, 1988-1992 |
| Tenure & Promotion: | University of Hawaii, University of Massachusetts Amherst, University of New Hampshire, Hong Kong Polytechnic University |
| Awards Committee: | University of Delaware Michael D. Olsen Research Award, 2006- |

Service to the community (pro bono):
Entrepreneurship Bootcamp for Veterans with Disabilities, 2012, 2013, 2014, 2015, 2016
Global Hospitality Conclave, Organizing Committee, 2013, 2014, 2016, 2017
Keynote Speaker/Workshop Leader, Finger Lakes Tourism Association, 1990, 2009, 2015
Session Facilitator, Ithaca/Tompkins County Convention & Visitors Bureau, 2006
American Hotel & Lodging Association Chairman's Blue Ribbon Task Force, 1999-2001
Keynote Speaker, Ithaca/Tompkins County Convention & Visitors Bureau, 2001
International Hotel and Restaurant Association, Research Advisory Group, 1997-2001
American Hotel & Motel Association, Marketing Committee, 1991-1995
Member, Tompkins Tourism Marketing Committee, 2009-2014
Co-chair Fundraising Committee, Ithaca Montessori School, 2003
Member Board of Directors, Ithaca Montessori School, 2001-2002
Small Business Resource, Tompkins County Chamber of Commerce, 1995-Present
Member Board of Directors, Student Agencies Inc., 1990-1995
Keynote Speaker, Rotary International Regional Meeting, 1992

**RESEARCH SUPERVISION**

Doctoral Dissertation: Yi-Lin Tsai (University of Chicago), Weizhong Jiang (Cornell Consumer Economics), Giriraj Jogaratnam (Virginia Tech), Reed A. Fisher, Chair (Hotel, ABD).

Monograph/Independent Study/Research:  Barbara Jean Ross, Kathleen Dennison, Sofi Choi, Jonah Goodheart, Diane Walton, Sean Smatt, Michael Davis, Irma Salas, Toshio Kobayashi, Alice Segovia, Bernard Ellis, Wilke See-Tho, David Taylor, Susan Aberman, Toni Knorr, Christina Mogan, Hiromi Yanagisawa, Jason Goldman, Aveek Sengupta.

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## HOSPITALITY INDUSTRY ENGAGEMENT

<u>North America and Caribbean</u>
ACCOR, North America
Alta Hoteleria, Mexico City
American Seniors Housing Association, Washington DC
Aruba Hospitality and Tourism Association
Atlantis Paradise Island, Bahamas
Breeden Capital Partners, Washington D.C.
Brighthouse Ideation Company, Atlanta, Georgia
Bryant Park Hotel, New York, NY/Lazer, Aptheker, Rosella and Yedid, New York, NY
Cambridge Beaches Resort and Spa, Bermuda
Caribbean Hotel Association, San Juan, Puerto Rico
Centro Empresarial Gastronómico Hotelero (CEGAHO), Mexico City
CheckedIn.club
Choice Hotel Group, Silver Springs, MD
Citizens for Responsibility and Ethics in Washington (CREW)/State of Maryland/District or Columbia
Club Managers Association of America
Congress Capacitacion Ejecutiva, Mexico City
Cornell Hotel School, General Managers Program
Cornell Hotel School, Professional Development Program, Ithaca, NY
Cornell Hotel School, Professional Development Program, New York, NY
Cornell School of Industrial and Labor Relations, Ithaca, NY/Pearson Publishing
Crystal Cruises, Los Angeles, CA
Deloitte Consulting
Deutsch Advertising, New York, NY
DiningFever.com
Dolce Conference Centers, Toronto, Canada
Doubletree Hotel Monterrey, CA/Custom House Hotel, Phoenix, AZ/Snell & Wilmer, Phoenix, AZ
Equinox Holdings/Related Companies/Kirkland Ellis, NY
Ernst & Young, Washington D.C.
Expedia/Jones Day, Dallas, TX
Fairmont Sonoma Mission Inn, CA/Sherman & Howard, Colorado Springs, CO
Fine Hotels, Boston, MA/Mette, Evans & Woodside, Harrisburg, PA
Fisher Hotels, New York, New York
Fortress Investment Group, New York, New York
French Culinary Institute, New York, New York
Glendorn Estates, Bradford, PA
Grand Canyon Skywalk Development., Las Vegas, NV/Greenberg Traurig
Grupo Posadas, Mexico
Hilton, McLean, VA
Hilton Hotels Corporation, Beverly Hills, CA/Latham & Watkins, Washington D.C.
Hilton San Francisco/Seyfarth & Shaw
Holiday Hospitality, Atlanta, GA/Hunton & Williams, Virginia Beach, VA
Hospitality Sales and Marketing Association International, Washington D.C.
Hospitality Finance and Technology Professionals (HFTP)
Hotel Information Systems, Washington, D.C.
Hotel Management Group, Orlando, FL
Hyatt Hotel Corporation, Chicago, IL/Willenken Wilson Loh & Lieb, LA/Crowell & Moring, DC

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**HOSPITALITY INDUSTRY ENGAGEMENT (continued)**

North America and Caribbean (continued)
IBM, USA
IBM, Mexico
Innisfree Hotels/Baron & Budd, Dallas, TX
Intercontinental Hotels Group, Atlanta, GA
International Association of Amusement Parks and Attractions, Washington D.C.
International Association of Assembly Managers
International Association of Holiday Inns, Atlanta, GA
Jamaica Promotions Corporation, Kingston, Jamaica
JP Morgan Chase/Morgan, Lewis & Bockius, Irvine, CA
Leading Hotels of the World, NY, NY
Loews Annapolis Hotel/Gagliardo & Zipin, Silver Spring, MD
Longwood Events, Boston, MA/Nystrom, Beckman & Paris, Boston, MA
Maritz Wolff/Four Seasons Aviara, San Diego, CA/Bickel & Brewer, Dallas, TX
Marriott International, Washington D.C./Crowell and Mooring, Washington DC
McDonald's USA/Jones Day, New York, NY
Mercer Consulting
MGM Resorts/Howrey/Jones Day/Greenberg Traurig, Las Vegas, NV
Michael D. Olsen and Associates, Blacksburg, VA
Morgans Hotel Group
MyPanini.com
National Business Travel Association, Washington, D.C.
National Restaurant Association, Chicago, IL
Northhighland, GA
Ohio State University, Hospitality Services Group, Columbus, OH
On Command Video/Morrison & Foerster, Palo Alto, CA
Orbitz/McDermott Will & Emery, Chicago, IL
Pinnacle Entertainment, Las Vegas, NV
Priceline/Skadden Arps Slate Meagher & Flom, Houston, TX
Professional Convention Management Association (PCMA), New York, NY
PURE Global, Pulaski, NY
Quaker Steak & Lube, Sharon, PA
Ritz-Carlton Destination Club Owners in Aspen, San Francisco and Lake Tahoe
Rosewood Hotels & Resorts, Dallas, TX
Select Restaurant Company, Cleveland, OH/Hillyer & Irwin, San Diego, CA
Sageview Capital, Palo Alto, CA
Silver Dollar City, Branson, MO
Spirit Cruises, USA
Starwood Hotels & Resorts, Stamford, CT
The Breakers Palm Beach, FL
The Carlyle Hotel, New York, NY
The Picerne Group (TPG)/McKool Smith, Los Angeles, CA
Thornfield Conference Center, Cazenovia, New York
Tishman Realty, Chicago, IL/ Morgan, Lewis & Bockius, New York, NY/Capital Legal, Washington DC
Travelocity/Kelly Hart & Hallman, Houston, TX
Ty Warner Hotels and Resorts/Four Seasons Hotel New York/Scandaglia Ryan, Chicago, IL
Universidad Iberoamericana, Mexico City, Mexico

Professor Chekitan S. Dev                         Curriculum Vitae as of 10/20/2018

## HOSPITALITY INDUSTRY ENGAGEMENT (continued)

North America and Caribbean (continued)
Vornado/Crowne Plaza Hotel New York/Pryor Cashman, New York, NY
Walt Disney World Resorts, Orlando, FL
Willis, Stein & Partners, Chicago, IL
Westin Hotels and Resorts, Seattle, WA
Westmont Hospitality Group, Toronto, Canada
World Trade Institute, New York, NY
Wyndham Hotel Group, Parsippany, NJ/Kirkland & Ellis, Washington DC/DLA Piper, NJ

South America
Brazil Hotel Association/SENAC, Sao Paulo, Brazil
ExpoGourmand, Santiago, Chile
InterHotel, Asuncion, Paraguay

Europe
AESP (Spanish Association of Amusement Parks and Attractions), Madrid, Spain
Association of Greek Tourist Enterprises, Athens, Greece
Athens Laboratory of Business Administration, Greece
Austrian Department of Tourism, Vienna, Austria
Bain & Co., Spain
Centre International de Glion, Bulle, Switzerland
Chandris Hotels, Athens, Greece
Cornell Hotel School, Professional Development Program, Brussels, Belgium
Cornell Hotel Society, European Chapter
DeVere Hotels and Resorts, UK
European Hotel Managers Association, Frankfurt, Germany
European Hospitality Technology Conference, Amsterdam, The Netherlands
Failte (Irish Hotel Association), Ireland
Fiera di Rimini, Rimini, Italy
Haaga Institute, Helsinki, Finland
Horwath Consulting, Vienna, Austria
Hoteles Turisticos Unidos (HOTUSA), Opporto, Portugal
International Hotel and Restaurant Association, Paris, France
Institut de Management Hotelier International, Cergy, France
Insititutet for Foretagsledning, Sigtuna, Sweden
Institut fur Hotelmanagement, Frankfurt, Germany
International Tourism Association, Zagreb, Croatia
Moevenpick Hotels & Resorts, Amsterdam, Netherlands
One&Only Resorts, London, UK
Park Hotel, Bremen, Germany
Parthenon Consulting Group, UK
Pestana Hotels & Resorts, Lisbon, Portugal
Planhotel Resorts & Hotels, Milan, Italy
Ritz Paris Hotel, Paris, France
THR Consulting, Barcelona, Spain
Titanka, San Marino, Italy
University of Antwerp, Belgium

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

## HOSPITALITY INDUSTRY ENGAGEMENT (continued)

<u>Europe</u> (continued)
Zatisi Group, Prague, Czech Republic

<u>Asia</u>
Accor Hotels India
China Hotel Association
Confederation of Indian Industry, New Delhi, India
Department of Tourism/Deloitte Consulting, Amman, Jordan
eHow Technologies, Guangzhou, China
Four Seasons Hotel Mumbai, Mumbai, India
Fairmont/Raffles/Swissotel Hotels and Resorts, Middle East/Africa/India Region, Dubai
Hirose International Hotel School, Japan
Indian School of Business, Hyderabad, India
Indian School of Hospitality, Delhi, India
InterContinental Hotels Group Asia Pacific, Singapore
InterGlobe, Delhi, India/King & Spalding, Singapore
Japan Travel Bureau
Jumeirah Hotels & Resorts, Dubai
Landor Associates, Mumbai
Leela Palaces & Resorts, Mumbai, India
National University of Singapore
NHV Hotels International, Nagasaki, Japan
Oberoi Hotels & Resorts, Delhi, India
Peninsula Hotels, Hong Kong
Ritz-Carlton Bali, Indonesia/Karang Mas Sehatera (KMS)/Bickel & Brewer, Dallas, TX
Rotana Hotels and Resorts, Abu Dhabi
Sands China, Macau, China
Sarovar Hotels and Resorts, New Delhi, India
Sathguru Management Consultants, Hyderabad, India
Shanghai New Asia Group, China
The Imperial Hotel, New Delhi, India
The Park Hotels, Kolkata, India
Taj Hotels, Palaces and Resorts, Mumbai, India
YUM Brands, Kuala Lumpur, Malaysia

<u>Africa</u>
Gordon Institute of Business Sciences, Johannesburg, South Africa
Sun International Resorts, Poste de Flacq, Mauritius
Veling Aviation, Mauritius
Veling Hospitality, Mauritius
LUX* Resorts, Mauritius

<u>Australasia</u>
Kawarau Falls Station, Queenstown, New Zealand/Blue Sky Capital/Meredith Connell

Professor Chekitan S. Dev                                   Curriculum Vitae as of 10/20/2018

## PROFESSIONAL ASSOCIATIONS

American Marketing Association
Hospitality Sales and Marketing Association International (HSMAI)
International Council on Hotel, Restaurant and Institutional Education (CHRIE)
Cornell Hotel Society (Lifetime member)
Global Hoteliers Club (Lifetime member)
International Society of Hospitality Consultants
Cayuga Hospitality Consultants

## MEDIA INTERVIEWS and QUOTES

A&E Television
ABC News
ABCTV.com
Advertising Age
AdWeek
AGENDA
Albany Times Union
AOL.com
ASTA Agency Management
Associated Press
Baltimore Sun
Bangkok (Thailand) Post
BBC.co.uk
Bloomberg
Boston Globe
Bradenton Herald
Business Mag (Mauritius)
BusinessWeek
CBS Radio
Celebrated Living Magazine (American Airlines)
Channel 7 TV, Ithaca, NY
Chicago Tribune
Cincinnati Enquirer
CJAD Radio (Canada)
CNBC.com
CNN.com
Conde Nast Traveler
Crain's Business
Cornell Magazine
Cornell Chronicle
Cornell Daily Sun
Cote Nord Magazine, Mauritius
Courier Post Binghamton
Dallas Morning News
Departures
Die Zeit (Germany)
Direct

Professor Chekitan S. Dev                          Curriculum Vitae as of 10/20/2018

**MEDIA INTERVIEWS and QUOTES (continued)**

Fast Company
Forbes
Forbes.com
Frankfurt (Germany) Newspaper
GO Magazine (AirTran Airways)
Hospitalitynet.org
Hotel Business
HOTELS
Hotelmanagement.net
HotelNewsNow.com
Hotels and Restaurants
Hoteres (Japan)
HSMAI Marketing Review
Indian Express (India)
Indianapolis Business Journal
International Herald Tribune
Investor's Business Daily
Ithaca Journal
Kansas City Star
KCBS Radio, San Francisco, CA
Kyushu (Japan) News
L'agenzia di Viaggi (Italy)
La Piazza Della Provincia, Rimini, Italy
Lider (Croatia)
Lodging
Los Angeles Times
MarketWatch.com
Master Meeting (Italy)
Miami Herald
msnbc.com
National Geographic Traveler
National Post (Canada)
National Public Radio
Nation's Restaurant News
NBC.com
NBC Nightly News
New York Times
Newsday
Newsweek
Paraguay National TV
Penn Business Journal
PEOPLE
Philadelphia Enquirer
Press and Sun Bulletin
Robb Report
San Diego Union Tribune
Selling to Seniors

Professor Chekitan S. Dev                    Curriculum Vitae as of 10/20/2018

**MEDIA INTERVIEWS and QUOTES (continued)**

Skift.com
SMTV, San Marino, Italy
Southern Tier Busienss Journal
Sun Sentinel
Talouselama (Finland)
Tennessean
The Economist
The Globe and Mail, Toronto, Canada
The Nerve Africa
The Press of Atlantic City, NJ
The Record, NJ
The Star, Bangkok, Thailand
The Star Ledger, NJ
TIME
Travel & Leisure
Travel Age West
Travel Weekly
TTG, Italy
USA Today
Wall Street Journal
Washington Business Journal
Washington Post
Yakima (Washington) Herald

Dr. Chekitan S. Dev: Litigation Testimony 2008-2017

1. Deposition: *Philips Bryant Park v. HFZ Capital Group*, Case no. 15-CV-2972, in United States District Court, New York, NY [ Plaintiff Client: Bryant Park Hotel, New York, New York]

2. Deposition: United States District Court, Central District of California, Case No. CV11-3428 PSG (PLAx)  [Defendant Client: JP Morgan Chase]

3. Deposition: *Orbitz et al., v. Broward County Florida and Florida Department of Revenue*, Case no. 2009 CA 000126. [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

4. Deposition: Maryland Tax Court v. Travelocity.com MTC No. 12-SU-OO-1184 [Defendant Client: Travelocity]

5. Deposition: *CityCenter Construction And Lien Master Litigation*, No: A-09605103-C; *Perini Subgroup*, Case No. A-10-612676-B (Nev. Dist. Ct. Clark County) [Plaintiff Client: MGM Resorts]

6. Deposition: *Orbitz, LLC v. Broward County, FL*, No. 2009-CA-126 (Fla. Cir. Ct. Leon County) [Defendant Client: Orbitz]

7. Deposition*: City of San Francisco v. Expedia, Inc., et al.*, No. JCCP 4472 (Cal. Sup. Ct.) [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

8. Deposition: *Montana DOR v. Priceline.com, Inc., et al.*, No. CDV-2010-1056 (Mont. Dist. Ct.) [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

9. Deposition: *Puerto Rico Tourism Company v. Priceline.com, Inc., et al.*, 3:14-cv-01318-JAF (D.P.R.) [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

10. Deposition: *Orange County, et al. v. Expedia, Inc., et al.*, Case no. 2006-CA-2104, Circuit Court of Orange County, Florida [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

11. Deposition: *Consolidated North Carolina Cases*, Master file no. 06-cvs-16256, General Court of Justice, Superior Court Division, Wake County, North Carolina [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

12. Deposition: *City of Chicago v. Expedia et al.*, Case no. 05-L-051003, Circuit Court of Cook County, Illinois [Defendant Clients: Expedia, Orbitz, Priceline, Travelocity]

13. Deposition: *Monroe County, Florida v. Expedia et al.*, Case no. 09-civ-10004, S.D. Fla. [Clients: Expedia, Orbitz, Priceline, Travelocity]

14. Deposition and arbitration testimony:  *BRCP HEF Hotel Tenant, LLC v. Four Seasons Ltd*, San Francisco, CA [Plaintiff Client: Maritz Wolff & Co]

Dr. Chekitan S. Dev: Litigation Testimony 2008-2017
Page 2

15. Deposition, trial testimony: *P.T. Karang Mas Sejahtera v. Ritz-Carlton Hotel Company*, Greenbelt, MD.  Civil Action No.:  8:05-cv-00787-PJM, United Stated District Court For The District Of Maryland. [Plaintiff Client; KMS/Ritz-Carlton Bali, Indonesia]

16. Deposition and arbitration testimony: *The Irvine Cos v. Hyatt Hotels*, Orange County, CA [Defendant Client: Hyatt Hotels & Resorts]

17. Deposition:  *Lake Wright Hospitality v. Holiday Hospitality (Holiday Inns)*, Norfolk, VA [Defendant Client: Holiday Inns]

# EXHIBIT 2
# DOCUMENTS AND TESTIMONY REVIEWED

**Deposition Transcripts**

- Deposition Transcript of Tyler Oliver
- Deposition Transcript of Stephanie Sobeck
- Deposition Transcript of Richard Hayward
- Deposition Transcript of Randal Mercer
- Deposition Transcript of Philip Gosch
- Deposition Transcript of Phil Scheider
- Deposition Transcript of Michael Marino
- Deposition Transcript of Michael C. Mullenix
- Deposition Transcript of Mary Lynn Clark
- Deposition Transcript of Lee Cunningham
- Deposition Transcript of Juan Cappello
- Deposition Transcript of Jay Neveloff
- Deposition Transcript of Gerald Marsden

- Deposition Transcript of Jack Zemer
- Deposition Transcript of Thomas Sullivan
- Deposition Transcript of John Schultz
- Deposition Transcript of Carol Hidalgo
- Deposition Transcript of Anthony Prinster
- Deposition Transcript of John McEvoy
- Deposition Transcript of Pat Lattorre
- Deposition Transcript of Jennifer Kaplan
- Deposition Transcript of Jacob Slevin
- Deposition Transcript of Ronald Glazer
- Deposition Transcript of Jennifer Colson
- Deposition Transcript of Paul Brunswick

**Reports**

- The Shared-Ownership Resort Real Estate Industry in North America: 2008
- The Shared-Ownership Resort Real Estate Industry in North America: 2009
- The Shared-Ownership Resort Real Estate Industry in North America: 2010
- The Shared-Ownership Resort Real Estate Industry in North America: 2011
- The Shared-Ownership Resort Real Estate Industry in North America: 2012
- The Shared-Ownership Resort Real Estate Industry in North America: 2013
- The Shared-Ownership Resort Real Estate Industry in North America: 2014
- The Shared-Ownership Resort Real Estate Industry in North America: 2015
- The Shared-Ownership Resort Real Estate Industry in North America: 2016
- The Shared-Ownership Resort Real Estate Industry in North America: 2017

**Documents Produced**

- Deposition Exhibit 1001
- Deposition Exhibit 1002
- Deposition Exhibit 1003
- Deposition Exhibit 1004
- Deposition Exhibit 1005
- Deposition Exhibit 1006
- Deposition Exhibit 1007

- Deposition Exhibit 1008
- Deposition Exhibit 1009
- Deposition Exhibit 1010
- Deposition Exhibit 1011
- Deposition Exhibit 1012
- Deposition Exhibit 1013
- Deposition Exhibit 1014

- Deposition Exhibit 1015
- Deposition Exhibit 1016
- Deposition Exhibit 1017
- Deposition Exhibit 1018
- Deposition Exhibit 1019
- Deposition Exhibit 1020
- Deposition Exhibit 1021
- Deposition Exhibit 1022
- Deposition Exhibit 1023
- Deposition Exhibit 1024
- Deposition Exhibit 1025
- Deposition Exhibit 1026
- Deposition Exhibit 1027
- Deposition Exhibit 1028
- Deposition Exhibit 1029
- Deposition Exhibit 1030
- Deposition Exhibit 1031
- Deposition Exhibit 1032
- Deposition Exhibit 1033
- Deposition Exhibit 1034
- Deposition Exhibit 1035
- Deposition Exhibit 1036
- Deposition Exhibit 1037
- Deposition Exhibit 1038
- Deposition Exhibit 1039
- Deposition Exhibit 1040
- Deposition Exhibit 1041
- Deposition Exhibit 1042
- Deposition Exhibit 1043
- Deposition Exhibit 1044
- Deposition Exhibit 1045
- Deposition Exhibit 1046
- Deposition Exhibit 1047
- Deposition Exhibit 1048
- Deposition Exhibit 1049
- Deposition Exhibit 1050
- Deposition Exhibit 1051
- Deposition Exhibit 1052
- Deposition Exhibit 1053
- Deposition Exhibit 1054
- Deposition Exhibit 1055
- Deposition Exhibit 1056
- Deposition Exhibit 1057
- Deposition Exhibit 1058
- Deposition Exhibit 1059
- Deposition Exhibit 1060
- Deposition Exhibit 1061
- Deposition Exhibit 1062
- Deposition Exhibit 1063
- Deposition Exhibit 1064
- Deposition Exhibit 1065
- Deposition Exhibit 1066
- Deposition Exhibit 1067
- Deposition Exhibit 1068
- Deposition Exhibit 1069
- Deposition Exhibit 1070
- Deposition Exhibit 1071
- Deposition Exhibit 1072
- Deposition Exhibit 1073
- Deposition Exhibit 1074
- Deposition Exhibit 1075
- Deposition Exhibit 1076
- Deposition Exhibit 1077
- Deposition Exhibit 1078
- Deposition Exhibit 1079
- Deposition Exhibit 1080
- Deposition Exhibit 1081
- Deposition Exhibit 1082
- Deposition Exhibit 1083
- Deposition Exhibit 1084
- Deposition Exhibit 1085
- Deposition Exhibit 1086
- Deposition Exhibit 1087
- Deposition Exhibit 1088
- Deposition Exhibit 1089
- Deposition Exhibit 1090
- Deposition Exhibit 1091
- Deposition Exhibit 1092
- Deposition Exhibit 1093
- Deposition Exhibit 1094
- Deposition Exhibit 1095
- Deposition Exhibit 1096
- Deposition Exhibit 1097
- Deposition Exhibit 1098
- Deposition Exhibit 1099
- Deposition Exhibit 1100
- Deposition Exhibit 1101
- Deposition Exhibit 1102

- Deposition Exhibit 1103
- Deposition Exhibit 1104
- Deposition Exhibit 1105
- Deposition Exhibit 1106
- Deposition Exhibit 1107
- Deposition Exhibit 1108
- Deposition Exhibit 1109
- Deposition Exhibit 1110
- Deposition Exhibit 1111
- Deposition Exhibit 1112
- Deposition Exhibit 1113
- Deposition Exhibit 1114
- Deposition Exhibit 1115
- Deposition Exhibit 1116
- Deposition Exhibit 1117
- Deposition Exhibit 1118
- Deposition Exhibit 1119
- Deposition Exhibit 1120
- Deposition Exhibit 1121
- Deposition Exhibit 1122
- Deposition Exhibit 1123
- Deposition Exhibit 1124
- Deposition Exhibit 1125
- Deposition Exhibit 1126
- Deposition Exhibit 1127
- Deposition Exhibit 1128
- Deposition Exhibit 1129
- Deposition Exhibit 1130
- Deposition Exhibit 1131
- Deposition Exhibit 1132
- Deposition Exhibit 1133
- Deposition Exhibit 1134
- Deposition Exhibit 1135
- Deposition Exhibit 1136
- Deposition Exhibit 1137
- Deposition Exhibit 1138
- Deposition Exhibit 1139
- Deposition Exhibit 1140
- Deposition Exhibit 1141
- Deposition Exhibit 1142
- Deposition Exhibit 1143
- Deposition Exhibit 1144
- Deposition Exhibit 1145
- Deposition Exhibit 1146
- Deposition Exhibit 1147
- Deposition Exhibit 1148
- Deposition Exhibit 1149
- Deposition Exhibit 1150
- Deposition Exhibit 1151
- Deposition Exhibit 1152
- Deposition Exhibit 1153
- Deposition Exhibit 1154
- Deposition Exhibit 1155
- Deposition Exhibit 1156
- Deposition Exhibit 1157
- Deposition Exhibit 1158
- Deposition Exhibit 1160
- Deposition Exhibit 1161
- Deposition Exhibit 1162
- Deposition Exhibit 1163
- Deposition Exhibit 1164
- Deposition Exhibit 1165
- Deposition Exhibit 1166
- Deposition Exhibit 1167
- Deposition Exhibit 1168
- Deposition Exhibit 1169
- Deposition Exhibit 1170
- Deposition Exhibit 1171
- Deposition Exhibit 1172
- Deposition Exhibit 1173
- Deposition Exhibit 1174
- Deposition Exhibit 1175
- Deposition Exhibit 1176
- Deposition Exhibit 1177
- Deposition Exhibit 1178
- Deposition Exhibit 1179
- Deposition Exhibit 1180
- Deposition Exhibit 1181
- Deposition Exhibit 1182
- Deposition Exhibit 1183
- Deposition Exhibit 1184
- Deposition Exhibit 1185
- Deposition Exhibit 1186
- Deposition Exhibit 1187
- Deposition Exhibit 1188
- Deposition Exhibit 1189
- Deposition Exhibit 1190
- Deposition Exhibit 1191

- Deposition Exhibit 1192
- Deposition Exhibit 1193
- Deposition Exhibit 1194
- Deposition Exhibit 1195
- Deposition Exhibit 1196
- Deposition Exhibit 1197
- Deposition Exhibit 1198
- Deposition Exhibit 1199
- Deposition Exhibit 1200
- Deposition Exhibit 1201
- Deposition Exhibit 1202
- Deposition Exhibit 1203
- Deposition Exhibit 1204
- Deposition Exhibit 1205
- Deposition Exhibit 1206
- Deposition Exhibit 1207
- Deposition Exhibit 1208
- Deposition Exhibit 1209
- Deposition Exhibit 1210
- Deposition Exhibit 1211
- Deposition Exhibit 1212
- Deposition Exhibit 1213
- Deposition Exhibit 1214
- Deposition Exhibit 1215
- Deposition Exhibit 1216
- Deposition Exhibit 1217
- Deposition Exhibit 1218
- Deposition Exhibit 1219
- Deposition Exhibit 1220
- Deposition Exhibit 1221
- Deposition Exhibit 1222
- Deposition Exhibit 1223
- Deposition Exhibit 1224
- Deposition Exhibit 1225
- Deposition Exhibit 1226
- Deposition Exhibit 1227
- Deposition Exhibit 1228
- Deposition Exhibit 1229
- Deposition Exhibit 1230
- Deposition Exhibit 1231
- Deposition Exhibit 1232
- Deposition Exhibit 1233
- Deposition Exhibit 1234
- Deposition Exhibit 1235
- Deposition Exhibit 1236
- Deposition Exhibit 1237
- Deposition Exhibit 1238
- Deposition Exhibit 1239
- Deposition Exhibit 1240
- Deposition Exhibit 1241
- Deposition Exhibit 1242
- Deposition Exhibit 1243
- Deposition Exhibit 1244
- Deposition Exhibit 1245
- Deposition Exhibit 1246
- Deposition Exhibit 1247
- Deposition Exhibit 1248
- Deposition Exhibit 1249
- Deposition Exhibit 1250
- Deposition Exhibit 1251
- Deposition Exhibit 1252
- Deposition Exhibit 1253
- Deposition Exhibit 1254
- Deposition Exhibit 1255
- Deposition Exhibit 1256
- Deposition Exhibit 1257
- Deposition Exhibit 1258
- Deposition Exhibit 1259
- Deposition Exhibit 1260
- Deposition Exhibit 1261
- Deposition Exhibit 1262
- Deposition Exhibit 1263
- Deposition Exhibit 1264
- Deposition Exhibit 1265
- Deposition Exhibit 1266
- Deposition Exhibit 1267
- Deposition Exhibit 1268
- Deposition Exhibit 1269
- Deposition Exhibit 1270
- Deposition Exhibit 1271
- Deposition Exhibit 1272
- Deposition Exhibit 1273
- Deposition Exhibit 1274
- Deposition Exhibit 1275
- Deposition Exhibit 1276
- Deposition Exhibit 1277
- Deposition Exhibit 1278
- Deposition Exhibit 1279

- Deposition Exhibit 1280
- Deposition Exhibit 1281
- Deposition Exhibit 1282
- Deposition Exhibit 1283
- Deposition Exhibit 1284
- Deposition Exhibit 1285
- Deposition Exhibit 1286
- Deposition Exhibit 1287
- Deposition Exhibit 1288
- Deposition Exhibit 1289
- Deposition Exhibit 1290
- Deposition Exhibit 1291
- Deposition Exhibit 1292
- Deposition Exhibit 1293
- Deposition Exhibit 1294
- Deposition Exhibit 1295
- Deposition Exhibit 1296
- Deposition Exhibit 1297
- Deposition Exhibit 1298
- Deposition Exhibit 1299
- Deposition Exhibit 1300
- Deposition Exhibit 1301
- Deposition Exhibit 1302
- Deposition Exhibit 1303
- Deposition Exhibit 1304
- Deposition Exhibit 1305
- Deposition Exhibit 1306
- Deposition Exhibit 1307
- Deposition Exhibit 1308
- Deposition Exhibit 1309
- Deposition Exhibit 1310
- Deposition Exhibit 1311
- Deposition Exhibit 1312
- Deposition Exhibit 1313
- Deposition Exhibit 1314
- Deposition Exhibit 1315
- Deposition Exhibit 1316
- Deposition Exhibit 1317
- Deposition Exhibit 1318
- Deposition Exhibit 1319
- Deposition Exhibit 1320
- Deposition Exhibit 1321
- Deposition Exhibit 1322
- Deposition Exhibit 1323
- Deposition Exhibit 1324
- Deposition Exhibit 1325
- Deposition Exhibit 1326
- Deposition Exhibit 1327
- Deposition Exhibit 1328
- Deposition Exhibit 1329
- Deposition Exhibit 1330
- Deposition Exhibit 1331
- Deposition Exhibit 1332
- Deposition Exhibit 1333
- Deposition Exhibit 1334
- Deposition Exhibit 1335
- Deposition Exhibit 1336
- Deposition Exhibit 1337
- Deposition Exhibit 1338
- Deposition Exhibit 1339
- Deposition Exhibit 1340
- Deposition Exhibit 1341
- Deposition Exhibit 1342
- Deposition Exhibit 1343
- Deposition Exhibit 1344
- Deposition Exhibit 1345
- Deposition Exhibit 1346
- Deposition Exhibit 1347
- Deposition Exhibit 1348
- Deposition Exhibit 1349
- Deposition Exhibit 1350
- Deposition Exhibit 1351
- Deposition Exhibit 1352
- Deposition Exhibit 1353
- Deposition Exhibit 1354
- Deposition Exhibit 1355
- Deposition Exhibit 1356
- Deposition Exhibit 1357
- Deposition Exhibit 1358
- Deposition Exhibit 1359
- Deposition Exhibit 1360
- Deposition Exhibit 1361
- Deposition Exhibit 1362
- Deposition Exhibit 1363
- Deposition Exhibit 1364
- Deposition Exhibit 1365
- Deposition Exhibit 1366
- Deposition Exhibit 1367

- Deposition Exhibit 1368
- Deposition Exhibit 1369
- Deposition Exhibit 1370
- Deposition Exhibit 1371
- Deposition Exhibit 1372
- Deposition Exhibit 1373
- Deposition Exhibit 1374
- Deposition Exhibit 1375
- Deposition Exhibit 1376
- Deposition Exhibit 1377
- Deposition Exhibit 1378
- Deposition Exhibit 1379
- Deposition Exhibit 1380
- Deposition Exhibit 1381
- Deposition Exhibit 1382
- Deposition Exhibit 1383
- Deposition Exhibit 1384
- Deposition Exhibit 1385
- Deposition Exhibit 1386
- Deposition Exhibit 1387
- Deposition Exhibit 1388
- Deposition Exhibit 1389
- Deposition Exhibit 1390
- Deposition Exhibit 1391
- Deposition Exhibit 1392
- Deposition Exhibit 1393
- Deposition Exhibit 1394
- Deposition Exhibit 1395
- Deposition Exhibit 1396
- Deposition Exhibit 1397
- Deposition Exhibit 1398
- Deposition Exhibit 1399
- Deposition Exhibit 1400
- Deposition Exhibit 1401
- Deposition Exhibit 1402
- Deposition Exhibit 1403
- Deposition Exhibit 1404
- Deposition Exhibit 1405
- Deposition Exhibit 1406
- Deposition Exhibit 1407
- Deposition Exhibit 1408
- Deposition Exhibit 1409
- Deposition Exhibit 1410
- Deposition Exhibit 1411
- Deposition Exhibit 1412
- Deposition Exhibit 1413
- Deposition Exhibit 1414
- Deposition Exhibit 1415
- Deposition Exhibit 1416
- Deposition Exhibit 1417
- Deposition Exhibit 1418
- Deposition Exhibit 1419
- Deposition Exhibit 1420
- Deposition Exhibit 1421
- Deposition Exhibit 1422
- Deposition Exhibit 1423
- Deposition Exhibit 1424
- Deposition Exhibit 1425
- Deposition Exhibit 1426
- Deposition Exhibit 1427
- Deposition Exhibit 1428
- Deposition Exhibit 1429
- Deposition Exhibit 1430
- Deposition Exhibit 1431
- Deposition Exhibit 1432
- Deposition Exhibit 1433
- Deposition Exhibit 1434
- Deposition Exhibit 1435
- Deposition Exhibit 1436
- Deposition Exhibit 1437
- Deposition Exhibit 1438
- Deposition Exhibit 1439
- Deposition Exhibit 1440
- Deposition Exhibit 1441
- Deposition Exhibit 1442
- Deposition Exhibit 1443
- Deposition Exhibit 1444
- Deposition Exhibit 1445
- Deposition Exhibit 1446
- Deposition Exhibit 1447
- Deposition Exhibit 1448
- Deposition Exhibit 1449
- Deposition Exhibit 1450
- Deposition Exhibit 1451
- Deposition Exhibit 1452
- Deposition Exhibit 1453
- Deposition Exhibit 1454
- Deposition Exhibit 1455

- Deposition Exhibit 1456
- Deposition Exhibit 1457
- Deposition Exhibit 1458
- Deposition Exhibit 1459
- Deposition Exhibit 1460
- Deposition Exhibit 1461
- Deposition Exhibit 1462
- Deposition Exhibit 1463
- Deposition Exhibit 1464
- Deposition Exhibit 1465
- Deposition Exhibit 1466
- Deposition Exhibit 1467
- Deposition Exhibit 1468
- Deposition Exhibit 1469
- Deposition Exhibit 1470
- Deposition Exhibit 1471
- Deposition Exhibit 1472
- Deposition Exhibit 1473
- Deposition Exhibit 1474
- Deposition Exhibit 1475
- Deposition Exhibit 1476
- Deposition Exhibit 1477
- Deposition Exhibit 1478
- Deposition Exhibit 1479
- Deposition Exhibit 1480
- Deposition Exhibit 1481
- Deposition Exhibit 1482
- Deposition Exhibit 1483
- Deposition Exhibit 1484
- Deposition Exhibit 1485
- Deposition Exhibit 1486
- Deposition Exhibit 1487
- Deposition Exhibit 1488
- Deposition Exhibit 1489
- Deposition Exhibit 1490
- Deposition Exhibit 1491
- Deposition Exhibit 1492
- Deposition Exhibit 1493
- Deposition Exhibit 1494
- Deposition Exhibit 1495
- Deposition Exhibit 1496
- Deposition Exhibit 1500
- Deposition Exhibit 1501
- Deposition Exhibit 1502
- Deposition Exhibit 1503
- Deposition Exhibit 1504
- Deposition Exhibit 1505
- Deposition Exhibit 1506
- Deposition Exhibit 1507
- Deposition Exhibit 1508
- Deposition Exhibit 1509
- Deposition Exhibit 1509(*)
- Deposition Exhibit 1510
- Deposition Exhibit 1510(*)
- Deposition Exhibit 1511
- Deposition Exhibit 1512
- Deposition Exhibit 1513
- Deposition Exhibit 1514
- Deposition Exhibit 1515
- Deposition Exhibit 1516
- Deposition Exhibit 1517
- Deposition Exhibit 1518
- Deposition Exhibit 1519
- Deposition Exhibit 1520
- Deposition Exhibit 1521
- Deposition Exhibit 1522
- Deposition Exhibit 1523
- Deposition Exhibit 1524
- Deposition Exhibit 1525
- Deposition Exhibit 1526
- Deposition Exhibit 1527
- Deposition Exhibit 1528
- Deposition Exhibit 1529
- Deposition Exhibit 1530
- Deposition Exhibit 1531
- Deposition Exhibit 1532
- Deposition Exhibit 1533
- Deposition Exhibit 1534
- Deposition Exhibit 1535
- Deposition Exhibit 1536
- Deposition Exhibit 1537
- Deposition Exhibit 1538
- Deposition Exhibit 1539
- Deposition Exhibit 1540
- Deposition Exhibit 1541
- Deposition Exhibit 1542
- Deposition Exhibit 1543
- Deposition Exhibit 1544

- Deposition Exhibit 1545
- Deposition Exhibit 1546
- Deposition Exhibit 1547
- Deposition Exhibit 1548
- Deposition Exhibit 1549
- Deposition Exhibit 1550
- Deposition Exhibit 1551
- Deposition Exhibit 1552
- Deposition Exhibit 1552
- Deposition Exhibit 1553
- Deposition Exhibit 1554
- Deposition Exhibit 1555
- Deposition Exhibit 1556
- Deposition Exhibit 1557
- Deposition Exhibit 1558
- Deposition Exhibit 1600
- Deposition Exhibit 1601
- AHCA00015533-37
- RCDC Sample09166-76
- Deposition Exhibit MVWC49
- Deposition Exhibit 1701
- RCDC004731
- RCHC008102-8112
- Deposition Exhibit 1800
- Deposition Exhibit 1801
- Deposition Exhibit 1802
- Deposition Exhibit 1803
- Deposition Exhibit 1804
- Deposition Exhibit 1805
- Deposition Exhibit 1806
- Deposition Exhibit 1807
- Deposition Exhibit 1808
- Deposition Exhibit 1809
- Deposition Exhibit 1810
- Deposition Exhibit 1811
- Deposition Exhibit 1812
- Deposition Exhibit 1813
- Deposition Exhibit 1814
- Deposition Exhibit 1905
- AHCA00018893-94
- RCDC073118-20
- RCDC073182-201
- RCDC073239-255
- Cushman000191-266

**Strategic Counsel Documents:**
- Strategic Counsel, January 18, 2018; RCDC068097-108
- Strategic Counsel, December 19, 2017; RCDC068086-096
- Strategic Counsel, November 27, 2017; RCDC068071-85
- Strategic Counsel, October 19, 2017; RCDC068066-070
- Strategic Counsel, September 21, 2017; RCDC068059-65
- Strategic Counsel, August 17, 2017; RCDC068049-58
- Strategic Counsel, July 20, 2017; RCDC068036-48
- Strategic Counsel, May 17, 2017; RCDC068022-35
- Strategic Counsel, April 20, 2017; RCDC068008-21
- Strategic Counsel, March 16, 2017; RCDC067994-68007
- Strategic Counsel, February 16, 2017; RCDC067978-93
- Strategic Counsel, January 19, 2017; RCDC067963-77
- Strategic Counsel, November 29, 2016; RCDC067949-62
- Strategic Counsel, October 27, 2016; RCDC067936-48
- Strategic Counsel, September 29, 2016; RDC067921-35
- Strategic Counsel, September 1, 2016; RCDC067905-20
- Strategic Counsel, July 7, 2016; RCDC067884-904
- Strategic Counsel, May 16, 2016; RCDC067864-83
- Strategic Counsel, April 18, 2016; RCDC067848-63
- Strategic Counsel, March 17, 2016; RCDC067833-47
- Strategic Counsel, February 16, 2016; RCDC067817-32
- Strategic Counsel, January 21, 2016; RCDC067803-16
- Strategic Counsel, December 22, 2015; RCDC067788-802
- Strategic Counsel, November 24, 2015; RCDC067773-87
- Strategic Counsel, October 29, 2015; RCDC067755-72
- Strategic Counsel, October 5, 2015; RCDC067737-54
- Strategic Counsel, July 9, 2015; RCDC067680-93
- Strategic Counsel, June 11, 2015; RCDC005175-87
- Strategic Counsel, April 23, 2015; RCDC Sample38341-52
- Strategic Counsel, October 2, 2014; RCDC067725-36
- Strategic Counsel, September 10, 2014; RCDC067666-79
- Strategic Counsel, August 14, 2014; RCDC067651-65
- Strategic Counsel, July 10, 2014; RCDC005829-43
- Strategic Counsel, June 12, 2014; RCDC005786-99
- Strategic Counsel, June 12, 2014; RCDC067637-50
- Strategic Counsel, May 15, 2014; RCDC067622-36
- Strategic Counsel, March 20, 2014; RCDC067611-21
- Strategic Counsel, February 20, 2014; RCDC005897-907
- Strategic Counsel, February 20, 2014; RCDC067599-610
- Strategic Counsel, December 19, 2013; RCDC005857-70
- Strategic Counsel, December 19, 2013; RCDC067586-98
- Strategic Counsel, November 21, 2013; RCDC067712-24

- Strategic Counsel, October 24, 2013; RCDC067700-11
- Strategic Counsel, August 29, 2013; RCDC067573-85
- Strategic Counsel, August 1, 2013; RCDC Sample56539-52
- Strategic Counsel, August 1, 2013; RCDC067560-72
- Strategic Counsel, June 10, 2013; RCDC067549-59
- Strategic Counsel, May 19, 2013; RCDC067538-48
- Strategic Counsel, March 14, 2013; RCDC067527-37
- Strategic Counsel, February 18, 2013; RCDC Sample56492-504
- Strategic Counsel, January 17, 2013; RCDC067521-26
- Strategic Counsel, October 22, 2012; RCDC067694-99
- Strategic Counsel, September 27, 2012; RCDC068365-70
- Strategic Counsel, August 30, 2012; RCDC068359-64
- Strategic Counsel, August 8, 2012; RCDC068353-58
- Strategic Counsel, July 9, 2012; RCDC068348-52

**Miscellaneous:**
- Corporate Growth Committee Memo; RCDC Sample40576-92
- Email from Stephanie Sobeck; Document Id: 14674.
- Wang and Krishna: *Timeshare Exchange Mechanisms*, Management Science, Volume 52, Issue 8, pp. 1223–1237, 2006 INFORMS.
- Sigall, Harold & Ostrove, Nancy. (1975). Beautiful but Dangerous: Effects of Offender Attractiveness and Nature of the Crime on Juridic Judgment. Journal of Personality and Social Psychology. 31. 410-414. 10.1037/h0076472.
- RCHC008102-12
- Email from Marriott Vacation Club; RCDC074030-32
- APCO WORLDWIDE000560-76
- Allan D. Shocker (1995),"Positive and Negative Effects of Brand Extension and Co-Branding", in NA - Advances in Consumer Research Volume 22, eds. Frank R. Kardes and Mita Sujan, Provo, UT : Association for Consumer Research, Pages: 432-434.
- Marriott Vacations Worldwide Press Release; Marriott International Announces Plan to Spin Off Timeshare Business and Reports Fourth Quarter 2010 Results (http://ir.marriottvacationsworldwide.com/news-releases/news-release-details/marriott-international-announces-plan-spin-timeshare-business)
- Marriott Vacation Club International 2015 Presentation.
- Marriott Vacation Club Collection 2012-2013 Vacation Club Points Charts.
- RCDC072212-21
- Email chain between Mary Lynn Clark and Bill Dalbec dated 1/23/2014 and 1/24/2014
- *RCFU, LLC, et al vs. Marriott Vacations Worldwide Corporation, et al* Civil Case No.: 16-01301 PAB; Class Action Complaint and Jury Demand; Filed December 31, 2015.
- June 2011 VAC Form 10-k
- Spreadsheet titled "ex 1700 excel ver RCDC004748_NAVx.xlsx"
- Plaintiff's Motion to Amend Scheduling Order to allow Plaintiffs to Amend Complaint to Add Exemplary Damages; and Motion to Amend Complaint; Document 185; filed 2/7/18.

- *RCFU, LLC, et al vs. Marriott Vacations Worldwide Corporation, et al* Civil Case No.: 16-01301 PAB; Class Action Fifth Amended Complaint and Jury Demand; Filed 3/31/2017.
- Miles J. Alexander & Michael K. Heilbronner, Dilution Under Section 43(c) of The Lanham Act, 59 *Law and Contemporary Problems* 93-130 (Spring 1996) Available at: https://scholarship.law.duke.edu/lcp/vol59/iss2/6.
- Dean Beaver and Laurie Beaver, husband and wife, et al v. Tarsadia Hotels, a California Corporation; Case No. 11-cv-01842-GPC-KSC, Declaration of Michael Reiser in Support of Class Counsel's Application for Attorneys' Fees Costs and Service Awards; Document 287-24; Filed 08/09/17.
- Judith H. Washburn, Brian D. Till, Randi Priluck, (2000) "Co-branding: brand equity and trial effects", Journal of Consumer Marketing, Vol. 17 Issue: 7, pp.591-604, (https://doi.org/10.1108/07363760010357796).
- Videotaped videoconference deposition of: CHRISTOPHER T. DONALDSON on May 23, 2018 in the matter of *RCFU, LLC, et al vs. Marriott Vacations Worldwide Corporation, et al,* Civil Case No.: 16-01301 PAB.
- Burton, S., Cook, L.A., Howlett, E. et al. J. of the Acad. Mark. Sci. (2015) 43: 240. (https://doi.org/10.1007/s11747-014-0378-5).
- Frank, Knight, Branded developments, The impact of branding on luxury residential developments, 2012 (https://content.knightfrank.com/research/481/documents/en/2012-1106.pdf).
- Lance Leuthesser Chiranjeev S. Kohli Katrin R. Harich, (1995),"Brand equity: the halo effect measure", European Journal of Marketing, Vol. 29 Iss 4 pp. 57 – 66. Permanent link to this document: (http://dx.doi.org/10.1108/03090569510086657).
- Bernard L. Simonin and Julie A. Ruth, Is a Company Known by the Company It Keeps? Assessing the Spillover Effects of Brand Alliances on Consumer Brand Attitudes, Journal of Marketing Research, Vol. 35, No. 1 (Feb., 1998), pp. 30-42, Published by: American Marketing Association, DOI: 10.2307/3151928. (https://www.jstor.org/stable/3151928).
- Kevin Lane Keller & Sanjay Sood, Brand Equity Dilution**,** *MIT Sloan Management Review, 45(1), Fall 2003, p. 12-15.*
- Chris Pullig, Carolyn J. Simmons, and Richard G. Netemeyer (2006) Brand Dilution: When Do New Brands Hurt Existing Brands?. Journal of Marketing: April 2006, Vol. 70, No. 2, pp. 52-66. (https://doi.org/10.1509/jmkg.70.2.52).
- RCDC068616-90
- Power Point Presentation titled "AIF Tool Kit", sponsored by the American Resort Development Association.
- Ritz-Carlton Destination Club Member Study Detailed Report, Marriott Vacations Worldwide, August 2013, Apco Insight.
- AHCA00021136
- Document titled "Enjoy your Enhanced Vacation Options", Marriott Vacation Club
- *RCFU, LLC, et al vs. Marriott Vacations Worldwide Corporation, et al* Civil Case No.: 16-01301 PAB; Order from Judge Phillip A. Brimmer; Filed 3/29/2018, Document 210.
- RCDC070217-22
- RCDC070210-16

- RCDC070205-9

**<u>Other Documents</u>:**

- License, Services and Development Agreement Between Marriott International, Inc. and Marriott Worldwide Corporation and Marriott Vacations Worldwide Corporation for Marriott Projects (http://files.shareholder.com/downloads/MAR/0x0xS1193125-11-317838/1048286/filing.pdf).

- Michelli, Joseph A. (2009), THE NEW GOLD STANDARD – 5 LEADERSHIP PRINCIPLES FOR CREATING A LEGENDARY CUSTOMER EXPERIENCE COURTESY OF THE RITZ-CARLTON HOTEL COMPANY, McGraw-Hill.