# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## NOTICE OF SETTLEMENT AND
## UNOPPOSED MOTION TO STAY ASSOCIATION'S DEADLINE

Plaintiffs and Defendant Aspen Highlands Condominium Association (the "Association") respectfully notify the Court that they have reached a settlement of the above-captioned matter with respect to all claims brought by all Plaintiffs against the Association. Pursuant to this Court's Minute Orders, Doc. 448 and 451, Plaintiffs and the Association hereby apprise the Court that they have agreed to all settlement terms and, as of August 15, 2019, that they have a fully executed Settlement Agreement. Among other things, the Settlement Agreement provides as follows:

1. Within thirty (30) days of the date of full execution (August 15, 2019), the Association shall pay to Plaintiffs the agreed-upon settlement amount;

2. Not later than five (5) days after payment of the settlement amount, Plaintiffs will file a stipulated motion to dismiss the claims against the Association with prejudice; and

3. Plaintiffs and the Association agree to jointly and promptly undertake good faith efforts

1

to obtain approval of the Settlement Agreement pursuant to C.R.S. § 13-50.5-105, either by order of the Court or following a hearing before the Court, and Plaintiffs and the Association consent to the jurisdiction of Magistrate Judge Gallagher to enter such order or hold such hearing.

Accordingly, Plaintiffs and the Association are promptly undertaking all steps, in accordance with the above timeline and provisions of the Settlement Agreement, to achieve full dismissal with prejudice of Plaintiffs' claims against the Association.  For the sake of completeness, Plaintiffs and the Association agree that upon dismissal with prejudice of the claims against the Association, the Association's Motion for Summary Judgment, Doc. No. 319, will become moot.

Additionally, in an abundance of caution and while such efforts are underway, the Association respectfully requests that the Court vacate its August 15, 2019 deadline to file its supplemental motion for summary judgment.  Pursuant to D.C.COLO.LCivR 7.1(a), the Association conferred with counsel for Plaintiffs and counsel for the Marriott Defendants, who all consent to the relief requested.

WHEREFORE, Plaintiffs and the Association respectfully (1) move the Court to vacate the Association's deadline of August 15, 2019 to file its supplemental motion for summary judgment and, (2) notify the Court that they are promptly undertaking all steps to achieve full dismissal with prejudice of all claims by all Plaintiffs against the Association.

Respectfully submitted this 15th day of August, 2019.

*/s/ Matthew C. Ferguson*
Matthew C. Ferguson, Esq.
THE MATTHEW C. FERGUSON LAW FIRM
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Fax: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com

*Attorneys for Plaintiffs*

*/s/ Jessica Black Livingston*
Jessica Black Livingston
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
Fax: (303) 899-7333
E-mail:jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 15th day of August, 2019, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO STAY ASSOCIATION'S DEADLINE** was filed and served via CM/ECF filing system upon following:

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                                                   */s/ Greg Apt*