**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

---

**ORDER GRANTING UNOPPOSED**
**MOTION TO STAY ASSOCIATION'S DEADLINES**

---

This Court having considered the Plaintiffs and Aspen Highland Condominium Association's ("Association") Notice of Settlement and the Association's Unopposed Motion to Stay Association's Deadlines, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Association's August 15, 2019 deadline to file its supplemental motion for summary judgment is vacated pending the dismissal with prejudice of all claims against the Association.

Dated this _____ day of _____, 2019

By: _____
Honorable Philip A. Brimmer, U.S.D.J.