IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## OMNIBUS DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' MOTIONS IN LIMINE, ECF #s 466 - 471

I, **Ian S. Marx**, declare and state:

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Omnibus Declaration based upon personal knowledge and in support of the following motions in limine to: (1) Preclude References to Discovery Disputes (ECF # 466); (2) Preclude References to "Merger" With Marriott Vacation Club Destinations (ECF # 467); (3) Preclude References to Other Lawsuits (ECF # 468); (4) Preclude Evidence of Non-Affiliation-Related Damages and Conduct (ECF # 469); (5) Bifurcate Trial and to Preclude References to Marriott Defendants' Profits During Earlier Phases Of Trial (ECF # 470); and (6) Preclude Testimony of Plaintiffs' Expert, Jonathan R. Simon, Due to Improper Ex Parte Meeting and Communications with Defendants' Employees (ECF # 471).

2. A true and correct copy of the Expert Report of Jon Simon, dated October 26, 2018, is attached as Exhibit A.

3. A true and correct copy of excerpts from the transcript of the November 20, 2018 hearing on various discovery motions is attached as Exhibit B.

4. A true and correct copy of the Amended Expert Report of R. Maurice Robinson, dated December 19, 2018, is attached as Exhibit C.

5. A true and correct copy of the Expert Report of Chekitan Dev, dated October 26, 2018, is attached as Exhibit D.

6. A true and correct copy of the Court's December 31, 2018 Decision and Order (ECF #330) is attached as Exhibit E.

7. A true and correct copy of the Plaintiff's Application for Additional Remedies to Remedy the Marriott Defendants' Substantially Unjustified Failure to Produce the 2013 Affiliation Agreement (ECF #338), dated January 14, 2019 is attached as Exhibit F.

8. A true and correct copy of the Plaintiff's Motion for Attorney's Fees and Costs Pursuant to Court's December 31, 2018 Sanctions Order (ECF #339), dated January 14, 2019 is attached as Exhibit G.

9. A true and correct copy of the Court's March 18, 2019 Decision and Order (ECF #368) is attached as Exhibit H.

10. A true and correct copy of the Court's April 7, 2019 Decision and Order (ECF #387) is attached as Exhibit I.

11. A true and correct copy of the July 24, 2019 email from Roger Kaplan regarding "Jon R. Simon – Notes of MVC sales presentation at the MVC Newport Coast Villas" is attached as Exhibit J.

12. A true and correct copy of the July 25, 2019 email from Michael Schrag regarding "Jon R. Simon – Notes of MVC sales presentation at the MVC Newport Coast Villas" is attached as Exhibit K.

13. A true and correct copy of the July 26, 2019 email from Michael Schrag regarding "Jon R. Simon – Notes of MVC sales presentation at the MVC Newport Coast Villas" is attached as Exhibit L.

14. A true and correct copy of the July 30, 2019 email from Roger Kaplan regarding "RHCFU v. Marriott – Meet and Confer Conference Call re Mr. Simon's Notes and Memorandum" is attached as Exhibit M.

15. A true and correct copy of the August 5, 2019 email from Michael Schrag regarding "RHCFU v. Marriott – Mr. Simon's Notes and Memorandum" is attached as Exhibit N.

16. A true and correct copy of excerpts from the transcript of the July 17, 2019 Deposition of Jon R. Simon is attached as Exhibit O.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of August, 2019, in Saratoga Spring, New York.

                                                             */s/ Ian S. Marx*
                                                             IAN S. MARX