# EXHIBIT C

## Maurice Robinson & Associates LLC

28 Dover Place
Manhattan Beach, CA 90266

December 19, 2018

Mr. Michael Reiser
Reiser Law P.C.
1475 N. Broadway, Suite 300
Walnut Creek, CA 94546

Re: Amended Summary of Economic Damages to the Fractional Unit Owners of the Ritz-Carlton Residence Club, Aspen Highlands from the Diminution of Value of their interests (RCHFU et al v. Marriott Vacations Worldwide Corp., et al; D. Colo. Case No. 16-cv-01301-PAB-GPG)

Dear Mr. Reiser:

## I.       Introduction

I, Maurice Robinson, CRE, ISHC, ASA, the President of Maurice Robinson & Associates LLC ("MR&A"), have been a financial consultant to the hospitality and real estate industry for forty years, including sixteen with Public Accounting firms. I have spoken over two dozen times at various industry conferences, written articles and textbook chapters, and for many years have lectured at an MBA program. I am a trained and experienced arbitrator, mediator, and licensed general real estate appraiser. My expertise includes advising clients on development planning, market feasibility, real estate valuation, deal structures, lost profits estimation, and financial issues related to hospitality development and investment. Additionally, since 2000 I have testified over 70 times in a range of venues, including jury trials in California, Illinois, Florida and Texas Courts, several AAA- and JAMS-sponsored arbitrations, Federal Bankruptcy Court, and mediations. I have also been the recipient of the top awards from my peers at the most prestigious hospitality and real estate professional organizations. My CV and testifying experience since 2014 are contained in Appendix A.

I have been retained by you to estimate the Diminution of Value damages ("DoV Damages") suffered by 234 fractional interest owners (the "Plaintiffs") of the Ritz-Carlton Residence Club, Aspen Highlands (the "Property"). The damages are alleged to have been caused by Marriott

Vacations Worldwide Corp. and the other named parties (collectively, the "Defendants") during the period from August 1, 2011 through October, 2018 (the "Damages Period").

The purpose of this amended report is to update my prior report, dated October 26, 2018; summarize my revised estimates of the DoV Damages; and provide an explanation of my approach and assumptions underlying these estimates. My calculations discussed herein are all contained in an MS Excel workbook with the file name *Ritz-Carlton Aspen Damages Analysis MR&A.xls* (the "Damages Model"), dated 12/19/2018. My analysis, conclusions of values, and this report have been prepared in the context of the litigation, and should not be considered to be an appraisal, as defined by USPAP. A list of documents that I have reviewed for this engagement is included in Appendix B.

## II.      Executive Summary of Findings

The following Table 1 summarizes my calculation of DoV Damages. The table shows total estimated DoV Damages of approximately $28.8 million, before adjustment for the time value of money (prejudgment interest).[1] I calculated these DoV damages by subtracting the actual or average sales price per square foot at the Property from the "But For" price per square foot (what the price would have been absent the challenged conduct, estimated from the analysis of comparable properties), and then multiplying that difference by the average square footage per unit, and then by the total number of Plaintiffs' units. The table also indicates total estimated DoV Damages of approximately $41.6 million after adjusting for interest on the estimated DoV damages through October 30, 2018.[2] The interest rate that I was instructed to use to adjust the DoV Damages for time is 8 percent (calculated as compound interest). For 29 of the 234 interests, the Plaintiffs actually sold them during the Damages Period, so I made separate estimates of the associated damages and interest utilizing the actual prices[3] at which those interests were sold, rather than using estimates of what they could have been sold for based on the average of all

---

[1] This is approximately $186,000 higher than my previous 10/26/18 estimate, as I corrected a small error in how my damages model pulled data from each year of the Damages Period.

[2] This number increased from my previous estimate because I corrected an error in my calculation of prejudgment interest. Specifically, in my prior report I estimated interest for each year/period of the Damages Period for a half rather than a full year/period, which should have only been the case for the first year and last partial year (January through October 2018). In other words, I now assume half a year of interest in the first year of the Damages Period; full years/periods of interest after that; and then half a period of interest for the truncated 2018 period.

[3] In my prior report I used the average price of sales during the same time period, but have since determined that using the actual sales price is a more accurate way to calculate damages for individuals who sold their interests.

interests sold in individual years during the Damages Period, as was done for the remaining 205 interests that have not yet been sold.

If asked to do so, I could readily calculate the damages amount with interest as of the date of trial, judgment or any other future date. I could also calculate damages and interest for different potential start dates of the Damage Period. Later in this report, I provide such estimates for three other potential start dates: 8/1/2012; 1/1/2013; and 1/1/2014.

**Table 1**

| Total DoV Damages as of Oct-30-18 | | | |
|---|---|---|---|
| | **Principal** | **Interest to Oct-30-18** | **Total Damages** |
| For 205 Plaintiff(s) who have not sold their interest | $25,720,128 | $11,233,593 | $36,953,721 |
| For 0 Plaintiff(s) who sold between Aug-2011 and Jul-2012 | $0 | $0 | $0 |
| For 1 Plaintiff(s) who sold between Aug-2012 and Jul-2013 | $81,551 | $51,430 | $132,981 |
| For 4 Plaintiff(s) who sold between Aug-2013 and Jul-2014 | $428,583 | $236,003 | $664,585 |
| For 11 Plaintiff(s) who sold between Aug-2014 and Jul-2015 | $1,264,419 | $659,772 | $1,924,191 |
| For 3 Plaintiff(s) who sold between Aug-2015 and Jul-2016 | $190,529 | $137,570 | $328,100 |
| For 8 Plaintiff(s) who sold between Aug-2016 and Jul-2017 | $834,459 | $415,090 | $1,249,548 |
| For 0 Plaintiff(s) who sold between Aug-2017 and Dec-2017 | $0 | $0 | $0 |
| For 2 Plaintiff(s) who sold between Jan-2018 and Oct-2018 | $235,308 | $90,790 | $326,098 |
| **Total Damages (w/Interest) as of Oct-30-18** | **$28,754,978** | **$12,824,247** | **$41,579,225** |

## III.     The Subject Property and its Competitive Set

### A.  The Property

The Ritz-Carlton Residence Club is located in the Aspen Highlands mixed-use development, which was built in 2001, and includes 36,000 square feet of retail space; 31 single-family homesites; 32 ski-in/ski-out townhomes; 112 community housing units; and 12,000 square feet of skiing facilities. The Property is in Pitkin County, about three miles west of the town of Aspen, Colorado, in an area known as West Aspen.

The Property consists of 73 units in a residential condominium-style format, and these have been sold as 1/12th-year fractional use interests (the "Interests"), which equate to 28 days of use per year. Individual residential units have either two or three bedrooms, and range in size from 1,172 to 2,015 square feet. The original sales prices realized for the units in 2007 averaged $277,471 per 1/12th Interest, while resale prices in 2018 have averaged $44,445. Annual maintenance fees average approximately $16,000 per year.

**B**.  **Competitive Properties in the Aspen Market**

Aspen is a very strong market for high-end fractional interest developments like the Property, and there are several competitive projects that have sold similar interests throughout the Damages Period, for which resales continue today. The list of these competing projects includes the St. Regis Residence Club, Dancing Bear, the Timbers Club at Snowmass, the Residences at Little Nell, and the Hyatt Grand Residence Club in Aspen. One other project is currently under construction—the Sky Residences at the W Hotel—and two others are in the planning phase--the Aspen Club Residences and one in the village of Snowmass near the Limelight Hotel.

For the purposes of selecting a set of comparables or comps (the "Comp Set"), it is my opinion that all five of the existing fractional projects in Aspen compete with the subject Property. The Sky Residences have not been included in the Comp Set, since they are still under construction, and unlike the other five comps, they do not have a history of sales during the Damages Period.

When examining market trends of projects selling luxury-level fractional interests in a given market, it is common for fractional industry analysts to look at local whole-ownership residential condominium projects as another source of comparable pricing and trends[4]. While the Aspen market has sufficient fractional comps for the purpose of my analysis, I also examined the average monthly sales prices for condominiums in West Aspen, compiled by Southeby's International Realty, as another indicator of trends in residential pricing in this market. While this set of condo sales isn't a fractional comp per se, it is an instructive proxy for the magnitude and direction of the pricing trends in this local West Aspen residential market, including its fractional market.

In summary, the Comp Set, for purposes of my analysis, consists of five high-end fractional projects, as described below:

- The St. Regis Residence Club has 25 units, started selling in 2003, and sells 1/11th interests (28 days of use per year). It is part of a complex that contains the luxury St. Regis Hotel.

---

[4] Per Ragatz Associates August 2015 report entitled <u>Comments on Pricing The Remaining Unsold Inventory At St. Regis Residence Club, New York and St. Regis Residence Club, Aspen</u>, pages 29-30; Bates DEF00057797 and DEF00057798.

- Dancing Bear has 20 units, started selling in 2006, and sells 1/8th interests (42 days of use per year). It is the second-highest-priced comp in the market.
- The Timbers Club at Snowmass has 36 units, opened in 2007, and sells 1/8th interests (42 days of use per year). It is part of the Snowmass development, but does not feature a luxury hotel on-site.
- The Residences at Little Nell have 26 units, started selling in 2005, and sells 1/8th interests (42 days of use per year). It is the highest-priced comp in the market, and is adjacent to the luxury Little Nell Hotel.
- The Hyatt Grand Residence Club in Aspen has 53 units, started selling in 2005, and sells 1/20th interests (about 17 days of use per year). Owners have access to Hyatt Hotels worldwide through the Hyatt "points" system.

Additionally, as a secondary indicator, I compiled sales data for the West Aspen whole-ownership condominium sales, of which there were 152 transactions in the period from 1/1/2011 through July of 2018.

## IV.   Discussion of DoV Damages Analysis

### A.   Alleged Actions by Defendants that led to the Diminution of Value at the Property

The Plaintiffs allege that a series of actions by the Defendants, beginning in 2011, caused a severe reduction in the sales prices (and thus, for the purposes of this analysis, diminution of value) of the fractional Interests at the subject Property, which continues today.

I also note that the Defendants' Appraisal firm, Cushman & Wakefield, in their December 16, 2013 appraisal of 65 of the Property's unsold fractional Interests[5], came to similar conclusions regarding the significant reduction in sales prices at the subject Property. Their opinion of value of the 65 unsold fractional Interests at the Property as of 12/3/2013 averaged $39,769, a reduction of about 86% from the original sales prices realized in 2007. Some of their appraisal report's conclusionary comments are noted below:

- "While providing greater flexibility to owners, the conversion to a points system has been perceived by existing fractional owners as diluting the exclusivity of the Ritz

---

[5] Appraisal of Real Property, dated 12/16/2013, by Cushman & Wakefield Western, Inc. Valuation & Advisory.

Carlton Club by opening specific resorts to the Marriott Vacation Club." (Cushman II 00233)

- "Overall, the conversion to a points system and the integration of the Marriott Vacation Club has had a negative impact on the market value of existing fractional interests in the Ritz Carlton Club." (Cushman II 00233)

I also note that industry expert, Ragatz Associates, in their August, 2015 report[6] on the pricing of unsold units at the competing St. Regis Residence Club in Aspen, made similar comments about the Property's fractional Interests, as noted below:

- While discussing the Aspen luxury fractionals market, Ragatz states: "The current average sales price per square foot in the five projects is $1,990. This ranges from only $326 at Ritz Carlton (which is desperately trying to sell off the few [23] remaining shares at extremely low prices) to …" (Def 00057804)
- "The current (market) average of $1,990 is 40.6 percent lower than the peak year. The main cause of the drop is Ritz Carlton, where current fire-sale prices at $326 per square foot pale in comparison with the $2,432 in 2007." (Def 00057804)
- "Hyatt and Ritz Carlton now almost resemble resort timeshare properties with very low prices (especially at Ritz Carlton). The Hyatt property is mediocre, although closer to the ski lifts. Amenities are nominal, as are services—no restaurant, small units, etc. Ritz Carlton is in Aspen Highlands, which has more or less become a poor step-sister to Aspen. Individual owners are slashing prices, and many two-bedroom 1/12th shares are on the market for less than $30,000. Neither project has a truly active marketing and sales effort, and seem to have been forgotten about by their parent corporations." (Def 00057818)

In rendering my opinions, I assume that Plaintiffs will establish liability, which I understand to be a breach of fiduciary duties, constructive fraud and other unlawful conduct, and that these breaches were substantial factors in causing the property values at the subject Property to be significantly lower than they would have been absent Defendants' unlawful actions. While it is the role of the other Plaintiff experts, such as Jon Simon and Dr. Chekitan Dev, to opine on

---

[6] Comments on Pricing the Remaining Unsold Inventory at St. Regis Residence Club in NY and Aspen, dated August of 2015, by Ragatz Associates.

whether these wrongful acts were a substantial factor in causing values as the Property to be lower than they otherwise would be, it is my task to use a reliable and well-accepted methodology to quantify the associated lost value of the Plaintiffs' Interests. For this purpose, I have undertaken a comparative analysis of the sales and resales of the Comp Set, as discussed in detail below.

### B.  Lost Value

To estimate the DoV Damages, I had to first estimate the sales prices that the fractional Interests of the subject Property would have achieved during the Damages Period in the absence of the alleged actions of the Defendants, but didn't, because of the results of these actions ("Lost Value"). The Lost Value during the Damages Period was calculated by taking the difference between: **A)** the estimated sales prices (on a per-square-foot basis) that the Interests would have sold for in each year of the Damages Period, assuming Defendants' actions never occurred (the "But For" Sales Prices); and **B)** the average of the actual sales prices (on a per-square-foot basis) of the Property Interests sold in each year of the Damages Period, given the Defendants' actions and associated damage to the prices of these Interests that did occur (the "Actual Sales Prices") [7].

These average amounts of Lost Value were then applied to the Interests owned by the Plaintiffs on an annual basis, to estimate their total estimated Diminution of Value, which equals the collective differences of the Actual Sales Prices from the But For Sales Prices for the Plaintiffs' Interests during the Damage Period.

The basis for the calculation of the But For Sales Prices is in my opinion that, absent the Defendants' actions, the Actual Sales Prices (on a per-square-foot basis) of the subject Interests would have moved in tandem with the prices for the rest of the luxury fractionals in the Aspen market during the Damages Period, as represented by the average of the observed changes in the actual sales prices of the Comp Set. Instead, the average annual sales price per square foot for the subject Property's Interests *declined* at an average annual rate of -13.9% since 2011 on a compound basis, when the impacts of the Defendants' actions effectively began. However, during this same period, the sales prices per square foot of the interests of the Comp Set, which were unaffected by Defendants' actions, *increased* by an average annual rate of 1.6% on a compound

---

[7] 29 of the 234 Plaintiffs did sell their interests during the Damages Period, and for those I used their actual sales prices, instead of the average sales prices for the year that they were sold.

basis. On the whole-ownership side, sales prices of condos and townhomes in West Aspen *increased* by an average rate of 1.7% per year since 2011. It is this disparity that forms the basis for the estimation of the subject Property's But For sales prices, and thus the DoV Damages, as discussed below.

### 1. Actual Sales Prices

The Actual Sales Prices and their corresponding prices per square foot for the fractional Interests in the Property were compiled from the records of the Ritz-Carlton Residence Club and from the Multiple Listing Service, a real estate industry source of completed sales transactions. There were data for 310 sales of these Interests from January 1, 2011 through October 16, 2018[8], which I compiled into annual average sales prices per square foot for these years. These annual averages formed the basis for the annual Actual Sales Prices per square foot of the fractional Interests in the subject Property immediately preceding and during the Damage Period.

For purposes of my analysis, I assumed that the Interests that sold were generally representative of the average Interests owned by the Plaintiffs, stated on a dollar-per-square-foot basis. In other words, for all of the Interests sold during the Damages Period, the average annual Actual Sales Prices per square foot are assumed to be representative of the average prices per square foot that the Plaintiffs' Interests would have achieved, had they been sold at the same time. Thus, even though the Plaintiffs may not have sold their Interests in any given year, the Actual Sales Prices per square foot realized by the Interests sold have been assumed to capture the market value of the Plaintiffs' Interests at those times.[9]

---

[8] Foreclosure sales and other identified non-arms-length transactions were excluded from the data.
[9] For the 29 Interests sold during the Damages Period, their actual sales prices were used instead of the average sales price in the years that they were sold.

Table 2 shows the annual average Actual Sales Prices per square foot for the Interests in the Ritz-Carlton Residence Club in Aspen that were sold during the Damages Period.

**Table 2**

| Period | Average Actual Sales Price |
|---|---|
| 2011 | $ 138,221 |
| 2012 | $ 106,184 |
| 2013 | $ 104,447 |
| 2014 | $ 49,627 |
| 2015 | $ 54,321 |
| 2016 | $ 56,532 |
| 2017 | $ 53,378 |
| 2018 thru 10/16 | $ 44,445 |

### 2. But For Sales Prices (i.e., Absent Defendants' Actions)

I calculated the average But For Sales Price per square foot for each year from 2010 through September of 2018 that the Plaintiffs' fractional Interests would have sold for during the Damages Period in the absence of the Defendants' actions, by applying the annual percentage change in the sales prices per square foot realized by the most comparable properties during those years. As noted earlier, the selected Competitive Set of properties includes the five other luxury fractional projects in Aspen.

It is my opinion that, in the absence of the impacts of Defendants' actions, the change in the sales prices per square foot of the subject Property's Interests in any given year during the Damages Period would have generally matched the percentage change in the average sales prices per square foot for the interests in the Competitive Set that were sold in that year. This became the baseline rate of change for the But For case. Thus, I multiplied the percentage change in the Comp Set's average sales price per square foot for the calendar year 2011, which was 5.0%, by the average Actual Sales Price per square foot for the subject's Interests for the calendar year 2010, which was $95.14/SF, to estimate the subject's But For Sales Price per square foot in 2011, which would have been $99.87/SF.

This process was repeated each year of the Damages Period to estimate the But For Sales Prices per square foot for the subject Property's Interests for the years 2011 through September of 2018. The differences each year between the average Actual Sales Prices per square foot for the subject Property's Interests, and their But For Sales Prices per square foot, represent the Lost Sales Prices per square foot for those years. Table 3 illustrates these annual percentage rates of change, and the But For Sales Prices, on a per-square-foot basis for the Ritz-Carlton Aspen.

**Table 3**

| Period | Ritz Actual Average $/sf | Comp Set Annual Change | Ritz But For Average $/sf |
|---|---|---|---|
| 2010 | $95.14 | | $95.14 |
| 2011 | $70.97 | 5.0% | $99.87 |
| 2012 | $69.95 | 1.4% | $97.80 |
| 2013 | $37.16 | -1.0% | $92.29 |
| 2014 | $31.85 | 0.0% | $95.23 |
| 2015 | $36.51 | -1.6% | $87.59 |
| 2016 | $36.19 | 1.4% | $103.49 |
| 2017 | $31.26 | 1.1% | $102.55 |
| 2018 thru 10/16 | $29.54 | 1.6% | $107.31 |
| | | | |
| Compound Change Comp Set | | 1.6% | |

## V.       DoV Damages and Prejudgment Interest

After estimating the Lost Value per square foot for each year of the Damages Period as described above, I multiplied them by the average square feet per unit for the Plaintiff's units, and then by the 205 Interests still owned by the Plaintiffs, to calculate the total amount of DoV damages for those who did not sell their fractional interests. For the 29 Interests that were sold during the Damages Period, the actual sales prices were utilized. These figures were used to calculate the total DoV Damages without adjustment for the passage of time. I then adjusted the annual DoV Damage estimates to current dollars by applying a prejudgment compound interest rate of 8%. While I understand that applying prejudgment interest is within the province of the Court, I went through the process of calculating prejudgment interest to show the Court a method that accords with Plaintiffs' diminution in value damages. Finally, I summed these time-adjusted annual estimates of lost value to calculate the value of the DoV Damages as of October 30, 2018, which is estimated at approximately $41.6 million, and represents the basis for the Plaintiffs' DoV claim.

Table 4 on the following pages sets forth the damages and prejudgement interest amounts for each of the 234 interests owned by the Plaintiffs.

Table 4

**DoV Damages for each Plaintiff Unit (by Square Footage of Units)**

| Last Name of Plaintiff | Unit Number | Square Footage of Unit | Damages per SF | Damages Per Unit | 8% Interest per SF | Interest per Unit | Damages with Interest | % of Total Damages and Interest |
|---|---|---|---|---|---|---|---|---|
| Grant | 8415-3 | 1,239 | $77.77 | $96,361 | $33.97 | $42,087 | $138,448 | 0.33% |
| Prose, MD | 2304 -Fixed | 1,457 | $77.77 | $113,315 | $33.97 | $49,492 | $162,807 | 0.39% |
| Robinson | 8410-12 | 1,706 | $77.77 | $132,681 | $33.97 | $57,950 | $190,631 | 0.46% |
| Colson | 2401- Fixed | 1,408 | $77.77 | $109,505 | $33.97 | $47,828 | $157,332 | 0.38% |
| Egidi | 2408- Fixed | 1,332 | $77.77 | $103,594 | $33.97 | $45,246 | $148,840 | 0.36% |
| Mullins | 8408-1 | 1,172 | $77.77 | $91,150 | $33.97 | $39,811 | $130,961 | 0.31% |
| Schaecter | 8402-24 | 1,319 | $77.77 | $102,583 | $33.97 | $44,804 | $147,387 | 0.35% |
| Casey | 8415-12 | 1,239 | $77.77 | $96,361 | $33.97 | $42,087 | $138,448 | 0.33% |
| Canner | 8402-13 | 1,319 | $77.77 | $102,583 | $33.97 | $44,804 | $147,387 | 0.35% |
| Koppelman | 8404-1 | 1,422 | $77.77 | $110,593 | $33.97 | $48,303 | $158,897 | 0.38% |
| Levy | 8409-8 | 1,354 | $77.77 | $105,305 | $33.97 | $45,993 | $151,298 | 0.36% |
| Bridewell | 8408-6 | 1,172 | $77.77 | $91,150 | $33.97 | $39,811 | $130,961 | 0.31% |
| Chavin | 8404-2 | 1,422 | $77.77 | $110,593 | $33.97 | $48,303 | $158,897 | 0.38% |
| Giudici | 8404-3 | 1,422 | $77.77 | $110,593 | $33.97 | $48,303 | $158,897 | 0.38% |
| Hirsch | 8404-5 | 1,422 | $77.77 | $110,593 | $33.97 | $48,303 | $158,897 | 0.38% |
| Hubbell | 8404-6 | 1,422 | $77.77 | $110,593 | $33.97 | $48,303 | $158,897 | 0.38% |
| Rudella | 8411-20 | 1,444 | $77.77 | $112,304 | $33.97 | $49,050 | $161,355 | 0.39% |
| Branoff | 8406-3 | 1,346 | $77.77 | $104,683 | $33.97 | $45,721 | $150,404 | 0.36% |
| Egle | 2302-7 | 1,328 | $77.77 | $103,283 | $33.97 | $45,110 | $148,393 | 0.36% |
| Pepkowitz | 8411-23 | 1,444 | $77.77 | $112,304 | $33.97 | $49,050 | $161,355 | 0.39% |
| Arnovitz | 2408 - Fixed | 1,332 | $77.77 | $103,594 | $33.97 | $45,246 | $148,840 | 0.36% |
| Schochet | 8409-1 | 1,354 | $77.77 | $105,305 | $33.97 | $45,993 | $151,298 | 0.36% |
| Hyland | 8403-11 | 1,308 | $77.77 | $101,727 | $33.97 | $44,431 | $146,158 | 0.35% |
| Lancashire/ Andrews | 8403-6 | 1,308 | $77.77 | $101,727 | $33.97 | $44,431 | $146,158 | 0.35% |
| Greico | 2305 - Fixed | 1,485 | $77.77 | $115,493 | $33.97 | $50,443 | $165,936 | 0.40% |
| Farquhar | 2302-5 | 1,328 | $77.77 | $103,283 | $33.97 | $45,110 | $148,393 | 0.36% |
| Cone | 8406-10 | 1,346 | $77.77 | $104,683 | $33.97 | $45,721 | $150,404 | 0.36% |
| Ennis | 8415-2 | 1,239 | $77.77 | $96,361 | $33.97 | $42,087 | $138,448 | 0.33% |
| Schofield | 2410 - Fixed | 1,474 | $77.77 | $114,638 | $33.97 | $50,069 | $164,707 | 0.40% |
| Albutt | 2406-3 | 1,463 | $77.77 | $113,782 | $33.97 | $49,696 | $163,478 | 0.39% |
| Blacher | 8415-9 | 1,239 | $77.77 | $96,361 | $33.97 | $42,087 | $138,448 | 0.33% |
| Branoff | 8410-3 | 1,706 | $77.77 | $132,681 | $33.97 | $57,950 | $190,631 | 0.46% |
| Cuntz | 8401-5 | 1,331 | $77.77 | $103,516 | $33.97 | $45,212 | $148,728 | 0.36% |
| Jones | 8415-8 | 1,239 | $77.77 | $96,361 | $33.97 | $42,087 | $138,448 | 0.33% |
| Nesbitt | 8401-3 | 1,331 | $77.77 | $103,516 | $33.97 | $45,212 | $148,728 | 0.36% |
| Zemer | 8405-11 | 1,246 | $77.77 | $96,905 | $33.97 | $42,325 | $139,230 | 0.33% |
| Lew | 8405-2 | 1,246 | $77.77 | $96,905 | $33.97 | $42,325 | $139,230 | 0.33% |
| Lackey | 2205-10 | 1,471 | $77.77 | $114,404 | $33.97 | $49,968 | $164,372 | 0.40% |
| Hinckley | 2405-8 | 1,558 | $77.77 | $121,171 | $33.97 | $52,923 | $174,093 | 0.42% |
| Stegner | 2408 - Fixed | 1,332 | $77.77 | $103,594 | $33.97 | $45,246 | $148,840 | 0.36% |
| Stasney | 2305 - Fixed | 1,485 | $77.77 | $115,493 | $33.97 | $50,443 | $165,936 | 0.40% |
| Egidi | 2401 - Fixed | 1,408 | $77.77 | $109,505 | $33.97 | $47,828 | $157,332 | 0.38% |
| Egidi | 8401-1 | 1,331 | $77.77 | $103,516 | $33.97 | $45,212 | $148,728 | 0.36% |
| Jackel | 2304 - Fixed | 1,457 | $77.77 | $113,315 | $33.97 | $49,492 | $162,807 | 0.39% |
| Nelson | 2305- Fixed | 1,485 | $77.77 | $115,493 | $33.97 | $50,443 | $165,936 | 0.40% |
| Trestman | 8410-1 | 1,706 | $77.77 | $132,681 | $33.97 | $57,950 | $190,631 | 0.46% |
| Glazer | 2405-2 | 1,558 | $77.77 | $121,171 | $33.97 | $52,923 | $174,093 | 0.42% |
| Chimerakis | 2405-5 | 1,558 | $77.77 | $121,171 | $33.97 | $52,923 | $174,093 | 0.42% |
| Egidi | 8410-6 | 1,706 | $77.77 | $132,681 | $33.97 | $57,950 | $190,631 | 0.46% |
| Keane | 2405-4 | 1,558 | $77.77 | $121,171 | $33.97 | $52,923 | $174,093 | 0.42% |
| Lemar | 2305- Fixed | 1,485 | $77.77 | $115,493 | $33.97 | $50,443 | $165,936 | 0.40% |
| Prose, MD | 2401- Fixed | 1,408 | $77.77 | $109,505 | $33.97 | $47,828 | $157,332 | 0.38% |
| Malakhova | 2305- Fixed | 1,485 | $77.77 | $115,493 | $33.97 | $50,443 | $165,936 | 0.40% |
| Prose, MD | 2401 - Fixed | 1,408 | $77.77 | $109,505 | $33.97 | $47,828 | $157,332 | 0.38% |

**DoV Damages for each Plaintiff Unit (by Square Footage of Units)**

| Last Name of Plaintiff | Unit Number | Square Footage of Unit | Damages per SF | Damages Per Unit | 8% Interest per SF | Interest per Unit | Damages with Interest | % of Total Damages and Interest |
|---|---|---|---|---|---|---|---|---|
| Baronne | 2305- Fixed | 1,485 | $77.77 | $115,493 | $33.97 | $50,443 | $165,936 | 0.40% |
| Anda | 2401- Fixed | 1,408 | $77.77 | $109,505 | $33.97 | $47,828 | $157,332 | 0.38% |
| Capasso | 2410- Fixed | 1,474 | $77.77 | $114,638 | $33.97 | $50,069 | $164,707 | 0.40% |
| Sklar | 8204-10 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Kohler | 8215-12 | 1,680 | $77.77 | $130,659 | $33.97 | $57,067 | $187,726 | 0.45% |
| Lattore | 8212-11 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Simon | 8206-11 | 1,626 | $77.77 | $126,459 | $33.97 | $55,233 | $181,692 | 0.44% |
| Braha | 8211-9 | 1,789 | $77.77 | $139,136 | $33.97 | $60,769 | $199,906 | 0.48% |
| Moskowitz | 2208-10 | 1,615 | $77.77 | $125,604 | $33.97 | $54,859 | $180,463 | 0.43% |
| Hobin | 8208-11 | 1,741 | $77.77 | $135,403 | $33.97 | $59,139 | $194,542 | 0.47% |
| Franklin | 8307-9 | 1,832 | $77.77 | $142,480 | $33.97 | $62,230 | $204,711 | 0.49% |
| Weinkle | 2301-5 | 1,856 | $77.77 | $144,347 | $33.97 | $63,045 | $207,392 | 0.50% |
| Hobin | 8208-5 | 1,741 | $77.77 | $135,403 | $33.97 | $59,139 | $194,542 | 0.47% |
| Bayer | 8308-9 | 1,751 | $77.77 | $136,181 | $33.97 | $59,479 | $195,659 | 0.47% |
| Benrubi | 8308-8 | 1,751 | $77.77 | $136,181 | $33.97 | $59,479 | $195,659 | 0.47% |
| Hidalgo | 8304-12 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Lipton | 8311-7 | 1,788 | $77.77 | $139,058 | $33.97 | $60,736 | $199,794 | 0.48% |
| Adelman | 8404-7 | 1,422 | $77.77 | $110,593 | $33.97 | $48,303 | $158,897 | 0.38% |
| Israel | 2306-7 | 1,715 | $77.77 | $133,381 | $33.97 | $58,256 | $191,637 | 0.46% |
| Horwitz | 2303 -Fixed | 1,728 | $77.77 | $134,392 | $33.97 | $58,697 | $193,089 | 0.46% |
| Buchanan | 8304-3 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Hammer | 8202-9 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Crowley | 8104-5 | 1,622 | $77.77 | $126,148 | $33.97 | $55,097 | $181,245 | 0.44% |
| Friedman | 8215-8 | 1,680 | $77.77 | $130,659 | $33.97 | $57,067 | $187,726 | 0.45% |
| Friermood | 8202-7 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Reid | 8202-5 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Thames | 8302-5 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Bergstrom | 2202-7 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Cox | 2202-12 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Gottlob | 8106-8 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Nowell | 8106-10 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Arnovitz | 8202-1 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Busansky | 8314-12 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Cramer | 8214-4 | 1,614 | $77.77 | $125,526 | $33.97 | $54,825 | $180,351 | 0.43% |
| Bachmann | 8302-4 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Jacobson | 8314-1 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Palm | 8311-8 | 1,788 | $77.77 | $139,058 | $33.97 | $60,736 | $199,794 | 0.48% |
| Rogers | 8106-4 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Safi | 8106-1 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Brown | 8314-8 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Bindler | 2202-4 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Castleman | 8314-10 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Dupre | 8202-3 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Lancashire | 8105-4 | 1,674 | $77.77 | $130,192 | $33.97 | $56,863 | $187,055 | 0.45% |
| Sherman | 8206-10 | 1,626 | $77.77 | $126,459 | $33.97 | $55,233 | $181,692 | 0.44% |
| Tengelsen | 2202-2 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Youngblood | 8205-8 | 1,677 | $77.77 | $130,426 | $33.97 | $56,965 | $187,391 | 0.45% |
| Meyerson | 8302-12 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Segal | 8304-2 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Eichstaedt III | 2204-7 | 1,729 | $77.77 | $134,470 | $33.97 | $58,731 | $193,201 | 0.46% |
| Capps | 8206-1 | 1,626 | $77.77 | $126,459 | $33.97 | $55,233 | $181,692 | 0.44% |
| Dembs | 2308-7 | 1,762 | $77.77 | $137,036 | $33.97 | $59,852 | $196,889 | 0.47% |
| Kaufmann | 2204-8 | 1,729 | $77.77 | $134,470 | $33.97 | $58,731 | $193,201 | 0.46% |
| Palazzolo | 8311-6 | 1,788 | $77.77 | $139,058 | $33.97 | $60,736 | $199,794 | 0.48% |

**DoV Damages for each Plaintiff Unit (by Square Footage of Units)**

| Last Name of Plaintiff | Unit Number | Square Footage of Unit | Damages per SF | Damages Per Unit | 8% Interest per SF | Interest per Unit | Damages with Interest | % of Total Damages and Interest |
|---|---|---|---|---|---|---|---|---|
| Wilkey | 8311-2 | 1,788 | $77.77 | $139,058 | $33.97 | $60,736 | $199,794 | 0.48% |
| Zalk | 8209-5 | 1,748 | $77.77 | $135,947 | $33.97 | $59,377 | $195,324 | 0.47% |
| Klein | 8212-6 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Friedman | 8304-5 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Taylor | 8312-6 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Barkan | 8308-3 | 1,751 | $77.77 | $136,181 | $33.97 | $59,479 | $195,659 | 0.47% |
| Benko | 8314-5 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Berns | 2308-4 | 1,762 | $77.77 | $137,036 | $33.97 | $59,852 | $196,889 | 0.47% |
| Brunswick | 8314-2 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Fryzer | 8216-6 | 1,766 | $77.77 | $137,347 | $33.97 | $59,988 | $197,336 | 0.47% |
| Hoversten | 8314-4 | 1,616 | $77.77 | $125,681 | $33.97 | $54,893 | $180,574 | 0.43% |
| Isroff | 2208-12 | 1,615 | $77.77 | $125,604 | $33.97 | $54,859 | $180,463 | 0.43% |
| Littman | 2206-12 | 1,612 | $77.77 | $125,370 | $33.97 | $54,757 | $180,127 | 0.43% |
| Lowell | 2204-9 | 1,729 | $77.77 | $134,470 | $33.97 | $58,731 | $193,201 | 0.46% |
| Robinson | 8306-12 | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Rubin | 8208-8 | 1,741 | $77.77 | $135,403 | $33.97 | $59,139 | $194,542 | 0.47% |
| Sacher | 8209-3 | 1,748 | $77.77 | $135,947 | $33.97 | $59,377 | $195,324 | 0.47% |
| Waxman | 2208-8 | 1,615 | $77.77 | $125,604 | $33.97 | $54,859 | $180,463 | 0.43% |
| White | 8215-4 | 1,680 | $77.77 | $130,659 | $33.97 | $57,067 | $187,726 | 0.45% |
| Nagel | 8210-5 | 1,918 | $77.77 | $149,169 | $33.97 | $65,151 | $214,320 | 0.52% |
| McCluer | 2306-8 | 1,715 | $77.77 | $133,381 | $33.97 | $58,256 | $191,637 | 0.46% |
| Bradley | 8209-12 | 1,748 | $77.77 | $135,947 | $33.97 | $59,377 | $195,324 | 0.47% |
| Mahoney | 8216-10 | 1,766 | $77.77 | $137,347 | $33.97 | $59,988 | $197,336 | 0.47% |
| Babcock | 8214-2 | 1,614 | $77.77 | $125,526 | $33.97 | $54,825 | $180,351 | 0.43% |
| Farber | 2204-3 | 1,729 | $77.77 | $134,470 | $33.97 | $58,731 | $193,201 | 0.46% |
| Kadison | 8208-7 | 1,741 | $77.77 | $135,403 | $33.97 | $59,139 | $194,542 | 0.47% |
| Motolla | 2204-6 | 1,729 | $77.77 | $134,470 | $33.97 | $58,731 | $193,201 | 0.46% |
| Petrie | 8306-4 | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Wackeen | 2206-10 | 1,612 | $77.77 | $125,370 | $33.97 | $54,757 | $180,127 | 0.43% |
| Clare | 2206-5 | 1,612 | $77.77 | $125,370 | $33.97 | $54,757 | $180,127 | 0.43% |
| Friedman | 8315-7 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Lew | 8305-7 | 1,673 | $77.77 | $130,114 | $33.97 | $56,829 | $186,944 | 0.45% |
| Oddo | 8315-8 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Prinster | 8301-11 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Silverstein | 8212-2 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Singer/ Gross | 8208-12 | 1,741 | $77.77 | $135,403 | $33.97 | $59,139 | $194,542 | 0.47% |
| Taylor | 8315-9 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Thames | 8305-10 | 1,673 | $77.77 | $130,114 | $33.97 | $56,829 | $186,944 | 0.45% |
| Bernstein | 8106-5 | 1,619 | $77.77 | $125,915 | $33.97 | $54,995 | $180,910 | 0.44% |
| Gable | 8105-1 | 1,674 | $77.77 | $130,192 | $33.97 | $56,863 | $187,055 | 0.45% |
| Tompkins | 8308-4 | 1,751 | $77.77 | $136,181 | $33.97 | $59,479 | $195,659 | 0.47% |
| Mark | 2303 - Fixed | 1,728 | $77.77 | $134,392 | $33.97 | $58,697 | $193,089 | 0.46% |
| Berg | 8310-12 | 1,922 | $77.77 | $149,480 | $33.97 | $65,287 | $214,767 | 0.52% |
| Flaum | 8305-5 | 1,673 | $77.77 | $130,114 | $33.97 | $56,829 | $186,944 | 0.45% |
| Zamora | 2206-4 | 1,612 | $77.77 | $125,370 | $33.97 | $54,757 | $180,127 | 0.43% |
| Brown | 8211-6 | 1,789 | $77.77 | $139,136 | $33.97 | $60,769 | $199,906 | 0.48% |
| Sacks-Albert | 8315-11 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Bradley | 8209-6 | 1,748 | $77.77 | $135,947 | $33.97 | $59,377 | $195,324 | 0.47% |
| Cushman | 8305-8 | 1,673 | $77.77 | $130,114 | $33.97 | $56,829 | $186,944 | 0.45% |
| Davis | 8105-10 | 1,674 | $77.77 | $130,192 | $33.97 | $56,863 | $187,055 | 0.45% |
| Gradinger | 8315-10 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Randic | 8206-2 | 1,626 | $77.77 | $126,459 | $33.97 | $55,233 | $181,692 | 0.44% |
| Shoff | 8215-12 | 1,680 | $77.77 | $130,659 | $33.97 | $57,067 | $187,726 | 0.45% |
| Koppelman | 8305-2 | 1,673 | $77.77 | $130,114 | $33.97 | $56,829 | $186,944 | 0.45% |

**DoV Damages for each Plaintiff Unit (by Square Footage of Units)**

| Last Name of Plaintiff | Unit Number | Square Footage of Unit | Damages per SF | Damages Per Unit | 8% Interest per SF | Interest per Unit | Damages with Interest | % of Total Damages and Interest |
|---|---|---|---|---|---|---|---|---|
| Epstein | 8203-8 | 1,620 | $77.77 | $125,993 | $33.97 | $55,029 | $181,021 | 0.44% |
| Hawkins | 8315-3 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Hoffman | 8203-10 | 1,620 | $77.77 | $125,993 | $33.97 | $55,029 | $181,021 | 0.44% |
| Stasney | 8205-11 | 1,677 | $77.77 | $130,426 | $33.97 | $56,965 | $187,391 | 0.45% |
| Zamarin | 2208-5 | 1,615 | $77.77 | $125,604 | $33.97 | $54,859 | $180,463 | 0.43% |
| Zelnick | 8315-1 | 1,675 | $77.77 | $130,270 | $33.97 | $56,897 | $187,167 | 0.45% |
| Cannon | 8103-2 | 1,719 | $77.77 | $133,692 | $33.97 | $58,392 | $192,084 | 0.46% |
| Hurwitz | 8303-2 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Koppelman | 8205-6 | 1,677 | $77.77 | $130,426 | $33.97 | $56,965 | $187,391 | 0.45% |
| Lerner/Brown | 8210-1 | 1,918 | $77.77 | $149,169 | $33.97 | $65,151 | $214,320 | 0.52% |
| Franklin | 8303-12 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Haligowski | 8303-9 | 1,617 | $77.77 | $125,759 | $33.97 | $54,927 | $180,686 | 0.43% |
| Mountain | 2208-1 | 1,615 | $77.77 | $125,604 | $33.97 | $54,859 | $180,463 | 0.43% |
| Buzzetti | 8203-4 | 1,620 | $77.77 | $125,993 | $33.97 | $55,029 | $181,021 | 0.44% |
| Jurkowitz | 2203-12 | 1,840 | $77.77 | $143,103 | $33.97 | $62,502 | $205,604 | 0.49% |
| Hyland | 8301-10 | 1,618 | $77.77 | $125,837 | $33.97 | $54,961 | $180,798 | 0.43% |
| Brown | 2301-6 | 1,856 | $77.77 | $144,347 | $33.97 | $63,045 | $207,392 | 0.50% |
| Gottsch | 2301-7 | 1,856 | $77.77 | $144,347 | $33.97 | $63,045 | $207,392 | 0.50% |
| Jackel | 2203-3 | 1,840 | $77.77 | $143,103 | $33.97 | $62,502 | $205,604 | 0.49% |
| Schultz | 2301-1 | 1,856 | $77.77 | $144,347 | $33.97 | $63,045 | $207,392 | 0.50% |
| Vogl | 2203-6 | 1,840 | $77.77 | $143,103 | $33.97 | $62,502 | $205,604 | 0.49% |
| Wrubel | 2301-3 | 1,856 | $77.77 | $144,347 | $33.97 | $63,045 | $207,392 | 0.50% |
| Daniel | 8203-5 | 1,620 | $77.77 | $125,993 | $33.97 | $55,029 | $181,021 | 0.44% |
| Landes | 8105-6 | 1,674 | $77.77 | $130,192 | $33.97 | $56,863 | $187,055 | 0.45% |
| Kurz | 2407-10 | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Mountain | 2407-9 | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Slevin | 2312- Fixed | 1,737 | $77.77 | $135,092 | $33.97 | $59,003 | $194,095 | 0.47% |
| Benz | 2301-12 | 1,856 | $77.77 | $144,347 | $33.97 | $63,045 | $207,392 | 0.50% |
| Campanella | 2203-1 | 1,840 | $77.77 | $143,103 | $33.97 | $62,502 | $205,604 | 0.49% |
| Long/Holbrook | 2309-2 | 1,721 | $77.77 | $133,848 | $33.97 | $58,460 | $192,307 | 0.46% |
| McGee | 4302-5 | 1,819 | $77.77 | $141,469 | $33.97 | $61,789 | $203,258 | 0.49% |
| McGee | 4302-11 | 1,819 | $77.77 | $141,469 | $33.97 | $61,789 | $203,258 | 0.49% |
| Bornstein | 2312- Fixed | 1,737 | $77.77 | $135,092 | $33.97 | $59,003 | $194,095 | 0.47% |
| Rabinowitz | 8210-2 | 1,918 | $77.77 | $149,169 | $33.97 | $65,151 | $214,320 | 0.52% |
| Torchon | 8307-7 | 1,832 | $77.77 | $142,480 | $33.97 | $62,230 | $204,711 | 0.49% |
| Levengood | 2407-1 | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Hassan | 4301-8 | 2,015 | $77.77 | $156,713 | $33.97 | $68,446 | $225,159 | 0.54% |
| Jackel | 2207- Fixed | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Franklin | 8307-3 | 1,832 | $77.77 | $142,480 | $33.97 | $62,230 | $204,711 | 0.49% |
| Lowey | 8207-5 | 1,830 | $77.77 | $142,325 | $33.97 | $62,162 | $204,487 | 0.49% |
| Figliulo | 8307-3 | 1,832 | $77.77 | $142,480 | $33.97 | $62,230 | $204,711 | 0.49% |
| Baronne | 2207- Fixed | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Cohen | 2207- Fixed | 1,609 | $77.77 | $125,137 | $33.97 | $54,655 | $179,792 | 0.43% |
| Total or Average | 205 | 1,613 | $77.77 | $25,720,128 | $33.97 | $11,233,593 | $36,953,721 | 88.88% |

| Last Name of Plaintiff | Unit Number | Square Footage of Unit | Damages per SF | Damages Per Unit | 8% Interest per SF | Interest per Unit | Damages with Interest | % of Total Damages and Interest |
|---|---|---|---|---|---|---|---|---|
| **Sold Units** | | | | | | | | |
| Cowan (1) | 2304- Fixed | 1,457 | $84.94 | $123,755 | $41.32 | $60,207 | $183,962 | 0.44% |
| Rosenthal | 8307-11 | 1,832 | $54.90 | $100,585 | $31.70 | $58,070 | $158,655 | 0.38% |
| Wexler | 8403-12 | 1,308 | $75.20 | $98,359 | $34.66 | $45,338 | $143,696 | 0.35% |
| Pacin | 2408- Fixed | 1,332 | $82.54 | $109,942 | $34.16 | $45,503 | $155,445 | 0.37% |
| Rosenthal | 8410-9 | 1,706 | $77.34 | $131,943 | $41.14 | $70,183 | $202,126 | 0.49% |
| Adelman | 8404-7 | 1,422 | $81.87 | $116,422 | $40.29 | $57,292 | $173,715 | 0.42% |
| Gurland | 8404-10 | 1,422 | $75.36 | $107,156 | $34.68 | $49,322 | $156,478 | 0.38% |
| Likover, M.D. | 8202-12 | 1,617 | $79.77 | $128,993 | $39.58 | $64,006 | $192,998 | 0.46% |
| Kimball | 8104-10 | 1,622 | $78.82 | $127,853 | $35.19 | $57,081 | $184,934 | 0.44% |
| Bloom | 8412-5 | 1,365 | $75.65 | $103,257 | $34.73 | $47,403 | $150,660 | 0.36% |
| Miller | 8403-4 | 1,308 | $95.85 | $125,366 | $34.62 | $45,287 | $170,654 | 0.41% |
| Weinstein | 8314-11 | 1,616 | $50.46 | $81,551 | $31.83 | $51,430 | $132,981 | 0.32% |
| Rosen | 8212-3 | 1,619 | $63.88 | $103,414 | $35.16 | $56,931 | $160,345 | 0.39% |
| Rosenthal | 8308-12 | 1,751 | $57.23 | $100,203 | $32.04 | $56,096 | $156,299 | 0.38% |
| Guenther | 8202-6 | 1,617 | $47.40 | $76,639 | $30.26 | $48,934 | $125,573 | 0.30% |
| Kalcheim | 8306-3 | 1,609 | $64.16 | $103,231 | $34.32 | $55,228 | $158,459 | 0.38% |
| Bermant | 8308-2 | 1,751 | $65.22 | $114,203 | $33.20 | $58,141 | $172,344 | 0.41% |
| Woods | 8104-3 | 1,622 | $44.44 | $72,077 | $29.56 | $47,944 | $120,021 | 0.29% |
| Lockyer | 8204-11 | 1,617 | $78.54 | $126,993 | $39.17 | $63,332 | $190,325 | 0.46% |
| Patinkin | 8210-9 | 1,918 | $58.74 | $112,658 | $32.50 | $62,332 | $174,990 | 0.42% |
| Patinkin | 8210-12 | 1,918 | $52.74 | $101,158 | $30.48 | $58,459 | $159,617 | 0.38% |
| Malakhova | 2205-5 | 1,471 | $74.84 | $110,089 | $37.92 | $55,782 | $165,871 | 0.40% |
| Youngblood | 8201-21 | 1,619 | $25.83 | $41,814 | $25.13 | $40,692 | $82,506 | 0.20% |
| Jacoby | 8310-6 | 1,922 | $53.61 | $103,039 | $30.77 | $59,144 | $162,183 | 0.39% |
| Wright | 8305-1 | 1,673 | $47.46 | $79,398 | $27.88 | $46,642 | $126,040 | 0.30% |
| McEvoy | 2309-12 | 1,721 | $66.14 | $113,828 | $36.17 | $62,247 | $176,074 | 0.42% |
| Spizizen | 8207-2 | 1,830 | $56.98 | $104,278 | $31.91 | $58,391 | $162,668 | 0.39% |
| Blanchard | 2208-11 | 1,615 | $82.85 | $133,802 | $40.62 | $65,600 | $199,402 | 0.48% |
| Pacin | 2408 - Fixed | 1,332 | $62.19 | $82,842 | $32.76 | $43,639 | $126,482 | 0.30% |
| Total or Average | 29 | 1,607 | $65.11 | $3,034,849 | $32.76 | $1,590,654 | $4,625,504 | 11.12% |

| Grand Total or Average | 234 | 1,612 | $76.21 | $28,754,978 | $33.99 | $12,824,247 | $41,579,225 | 100.00% |

1. The date of sale for Cowan (Unit 2304, fixed week) is not confirmed. A placeholder date of 7/1/2015 has been used.

### V.    DoV Damages for Alternative Start Dates for the Damages Period

I am informed that Plaintiffs may present alternative damages period starting dates to the jury or trier of fact. I have thus calculated the damages and interest that would be due to the Plaintiffs based on three alternative start dates to the Damages Period: 8/1/2012; 1/1/2013; and 1/1/2014. My damages estimates for each of these alternative start dates use the same methodology as described above and are presented in the tables below. The calculations supporting these estimates are contained in my Excel workbook entitled *Ritz-Carlton Aspen Damages Analysis MR&A.xls* (my "Damages Model"), dated 12/19/2018.

Alternative Start Date A: 8/1/2012: **Table 1A**

| Total DoV Damages as of Oct-30-18 | | | |
|---|---|---|---|
| | **Principal** | **Interest to Oct-30-18** | **Total Damages** |
| For 205 Plaintiff(s) who have not sold their interest | $15,516,395 | $5,041,956 | $20,558,352 |
| For 1 Plaintiff(s) who sold between Aug-2012 and Jul-2013 | $38,377 | $21,461 | $59,838 |
| For 4 Plaintiff(s) who sold between Aug-2013 and Jul-2014 | $254,754 | $113,919 | $368,673 |
| For 11 Plaintiff(s) who sold between Aug-2014 and Jul-2015 | $764,769 | $317,529 | $1,082,299 |
| For 3 Plaintiff(s) who sold between Aug-2015 and Jul-2016 | $68,959 | $49,658 | $118,618 |
| For 8 Plaintiff(s) who sold between Aug-2016 and Jul-2017 | $467,614 | $182,682 | $650,296 |
| For 0 Plaintiff(s) who sold between Aug-2017 and Dec-2017 | $0 | $0 | $0 |
| For 2 Plaintiff(s) who sold between Jan-2018 and Oct-2018 | $153,853 | $41,291 | $195,144 |
| **Total Damages (w/Interest) as of Oct-30-18** | **$17,264,722** | **$5,768,497** | **$23,033,218** |

Alternative Start Date B: 1/1/2013: **Table 1B**

| Total DoV Damages as of Oct-30-18 | | | |
|---|---|---|---|
| | **Principal** | **Interest to Oct-30-18** | **Total Damages** |
| For 205 Plaintiff(s) who have not sold their interest | $17,732,887 | $4,791,338 | $22,524,224 |
| For 1 Plaintiff(s) who sold between Jan-2013 and Dec-2013 | $32,206 | $15,318 | $47,524 |
| For 11 Plaintiff(s) who sold between Jan-2014 and Dec-2014 | $841,435 | $318,474 | $1,159,909 |
| For 5 Plaintiff(s) who sold between Jan-2015 and Dec-2015 | $249,329 | $106,131 | $355,460 |
| For 6 Plaintiff(s) who sold between Jan-2016 and Dec-2016 | $321,135 | $129,191 | $450,325 |
| For 4 Plaintiff(s) who sold between Jan-2017 and Dec-2017 | $213,771 | $84,673 | $298,443 |
| For 2 Plaintiff(s) who sold between Jan-2018 and Oct-2018 | $172,704 | $39,330 | $212,034 |
| **Total Damages (w/Interest) as of Oct-30-18** | **$19,563,466** | **$5,484,454** | **$25,047,920** |

Alternative Start Date C: 1/1/2014: **Table 1C**

| Total DoV Damages as of Oct-30-18 | | | |
|---|---|---|---|
| | Principal | Interest to Oct-30-18 | Total Damages |
| For 205 Plaintiff(s) who have not sold their interest | $16,317,813 | $4,679,623 | $20,997,435 |
| For 11 Plaintiff(s) who sold between Jan-2014 and Dec-2014 | $796,877 | $324,914 | $1,121,791 |
| For 5 Plaintiff(s) who sold between Jan-2015 and Dec-2015 | $226,467 | $102,852 | $329,319 |
| For 6 Plaintiff(s) who sold between Jan-2016 and Dec-2016 | $286,341 | $125,336 | $411,678 |
| For 4 Plaintiff(s) who sold between Jan-2017 and Dec-2017 | $188,817 | $81,961 | $270,778 |
| For 2 Plaintiff(s) who sold between Jan-2018 and Oct-2018 | $160,251 | $38,398 | $198,649 |
| **Total Damages (w/Interest) as of Oct-30-18** | **$17,976,565** | **$5,353,085** | **$23,329,650** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This concludes the summary of my DoV Damages analysis at this time. If additional information becomes available, I reserve the right to revise my analysis accordingly. If you have any questions or comments about my work, please contact me at (310) 640-9656 or Maurice@MauriceRobinson.com.

Sincerely,

Maurice Robinson & Associates LLC,

By its President,

R. Maurice Robinson, ISHC, CRE, ASA

# Appendix A

# CV of R. Maurice Robinson, ISHC, CRE, ASA

I am an expert in the field of hospitality and real estate consulting. I have been providing litigation support services, conducting damage analyses, economic and financial analyses, market feasibility studies, and appraising hotels, restaurants, vacation ownership, resorts and other hospitality-related real estate for forty years. My expertise includes dispute resolution, expert witness testimony and advising clients on development planning, deal structuring, and financial issues related to hospitality development and investment.

## Representative Accomplishments

My accomplishments include providing property valuation, market demand assessment, investment analysis, economic benefit analyses, market repositioning, and acquisition and development advisory services to hundreds of clients. I have also been involved in resolving disputes, restructuring loans and other agreements, and working out troubled assets, including hotels, restaurants, vacation ownership, master-planned residential communities, and theme parks.

I have testified as an expert witness in venues including jury trials in California, Illinois, Florida and Texas Courts, several AAA- and JAMS-sponsored arbitration panels, Federal Bankruptcy Court, and mediations. My valuation expertise includes many unique assignments, such as one involving appraising the Grand Canyon, for which I was awarded the James Felt Creative Counseling Award by my peers in the Counselors of Real Estate. My experience as a hotel industry expert in disputes in recent years involves more than 150 hotels, 20,000 hotel rooms, hundreds of vacation ownership units, five National Parks, and $2 billion of hotel assets.

Additionally, I have provided assistance to hospitality owners and landowners in the areas of negotiating ground leases, franchise agreements, management contracts, development agreements, financing arrangements, design-build agreements, tax-exempt bond financings and partnership agreements.

As Principal with KPMG, I was the primary resource in the western U.S. for hospitality development and financing issues, particularly full-service urban and resort properties, including timeshare and fractional interval ownership, golf courses, spas and gaming.

I have conducted appraisals, workouts and/or market feasibility studies on hundreds of hospitality properties over the past forty years, totaling over $15 billion in assets.

I have co-authored an article entitled "How to Value Commercial Improvements in a National Park" in the Winter 2000/Spring 2001 edition of <u>Real Estate Issues</u>; a chapter entitled "Alternative Dispute Resolution in the Hospitality Industry" in the textbook <u>Hotel Investments: Issues and Perspectives</u>, 4th edition (2006); a chapter entitled "Converting Existing Historic Buildings into Hotels" in the textbook <u>Hotel Sustainable Development: Principals and Best Practices,</u> 1st edition (2011); and an article entitled "Issue Review Boards™ – The Next Wave of Alternative Dispute Resolution for the Hospitality Industry".

My billing rate is $600 per hour, including trials and depositions. The billing rates of my Associates are $200 to $400 per hour.

## Background

I am President of Maurice Robinson & Associates LLC, providing advisory services to investors and developers in the Hospitality and Real Estate industries. Prior to founding Maurice Robinson & Associates LLC in 1999, I was a Principal with KPMG Peat Marwick LLP, leading their western region Hospitality and Real Estate consulting practice for twelve years (1986-1998). Prior to KPMG, I was a Senior Consultant and Manager in the real estate and hospitality consulting practice of Pannell Kerr Forster (now CBRE Hotels) for five years (1982-1986). My previous work experience also includes three years as senior economist with the real estate consulting firm of Williams-Kuebelbeck and Associates (1979-1982), and a year as an independent consultant (1978).

I hold a General Real Estate Appraisal certificate from the State of California; a Master of Public Administration degree from the University of Southern California; a Bachelor of Arts degree in economics from Macalester College in St. Paul, Minnesota; a certificate of environmental management with a specialty in public/private partnerships from the Environmental Management Institute in Los Angeles; and a professional designation in financial planning from UCLA.

I have completed training in arbitration, both as a panel member and chairperson, with the Financial Industry National Regulatory Authority (FINRA), as well as with the Institute of Conflict Management (ICM), and have been selected to serve as an Arbitrator for FINRA, ICM and the American Arbitration Association (AAA). In ten of my arbitrations, I served as the Chairperson of the three-member panels. I am also a trained and experienced Mediator, having completed Mediation Training courses by the L. A. County Bar Association's Dispute Resolution Services and ICM, and successfully mediated numerous hospitality and real estate-related cases.

I am a frequent lecturer at various real estate and hospitality industry-related seminars and conferences across the United States, and have spoken more than two dozen times at national and local hospitality industry conferences. I was the editor of KPMG's Hospitality Update newsletter in the mid-1990s, and served on the Program Planning Committee of the annual UCLA Hotel Industry Investment Conference (now ALIS) for six years. I am also an occasional Guest Lecturer at UC Berkeley's MBA program's Haas School of Real Estate.

## Affiliations

I am a member of the International Society of Hospitality Consultants (ISHC), where I was the Chairman of the Professional Conduct Committee and served on the Board of Directors for nine years. Other professional memberships include the Counselors of Real Estate (CRE), the American Society of Appraisers (ASA), and the Forensic Expert Witness Association (FEWA). I am also a member of the Board of Arbitrators for the Financial Industry National Regulatory Authority (FINRA) Dispute Resolution.

The offices of Maurice Robinson & Associates LLC are located at 28 Dover Place, Manhattan Beach, CA 90266.   Telephone: 310-640-9656.   Fax: 310-640-9276.   Cell: 310-713-3220; E-mail: Maurice@MauriceRobinson.com. Web site: www.MauriceRobinson.com.

### Experience of R. Maurice Robinson as an Expert Witness, 2014-present

**Trials:**
Testified in Douglas County Superior Court in Omaha, Nebraska in 2014 on behalf of the former owners (plaintiff) of a Howard Johnsons hotel in Omaha against their former General Partner. Attorney Contact: Rod Vincent; Vincent Law Offices, Lincoln, NE; Tel: 402-467-4282

Testified in Los Angeles Superior Court in 2014 on behalf of the developer of a mixed-use hotel/retail center in Rancho Cucamonga (plaintiff) against their lender relating to a foreclosure action. Attorney Contact: Justin Karczag; Karczag & Associates; Los Angeles, CA; Tel: 213-559-7395

Testified in Santa Barbara Superior Court in 2014 on behalf of the syndicator and property manager of a portfolio of commercial properties in CA, OR and FL (defendant) against a limited partner. Attorney Contact: Pete Bezek; Foley, Bezek; Santa Barbara, CA; Tel: 805-962-9495

Testified in Los Angeles Superior Court in 2015 on behalf of the former owner of a Hilton hotel in Valencia, CA (plaintiff) against his partner and management company relating to mismanagement of the property. Attorney Contact: Gary Lincenberg; Bird, Marella; Century City, CA; Tel: 310-201-2100

Testified in Los Angeles Superior Court in 2018 on behalf of a general contractor (plaintiff) in a medical malpractice matter involving lost profits from his real estate construction company in Los Angeles, CA. Attorney Contact: Barry King; Beverly Hills, CA. Tel: 310-277-0420

**Arbitrations:**
Testified in an AAA-sponsored arbitration in Chicago in 2016 on behalf of a hotel owner (plaintiff) in a dispute with their franchisor Hyatt Hotels relating to Liquidated Damages as a result of an early termination of a full-service hotel in downtown Los Angeles, CA. Attorney Contact: Mr. Bruce Cohen; Cohen-Lord, Los Angeles, CA; Tel: 310-691-2200

Testified in an AAA arbitration in Los Angeles in 2018 on behalf of a hotel owner (plaintiff) in a dispute with their general contractor relating to delays in the completion of renovations of two full-service hotels in Los Angeles, CA. Attorney Contact: Mr. Bruce Cohen; Cohen-Lord, Los Angeles, CA; Tel: 310-691-2200

**Depositions:**
Provided deposition testimony in 2014 in Suffolk Superior Court in Massachusetts on behalf of 9 subcontractors (defendants) against a hotel owner relating to construction defects for the Westin Waterfront Hotel in Boston, MA. Attorney Contact: Bill Fidurko; Zizik, Powers, O'Connell, Spaulding & Lamontagne, Boston, MA; Tel: 781-320-5400

Provided deposition testimony in 2014 in Riverside Superior Court on behalf of the Riverside County Transportation Commission (plaintiff), who was acquiring, via eminent domain, a hotel property in Corona. Attorney Contact: Mark Easter; Best Best & Krieger, Riverside, CA; Tel: 951-686-1450

Provided deposition testimony in 2015 in Orange Superior Court on behalf of an investor of a commercial condominium in Costa Mesa (plaintiff), who sued his former partner. Attorney Contact: Peter Bezek; Foley, Bezek; Santa Barbara, CA; Tel: 805-962-9495

Provided deposition testimony in 2016 in Sacramento Superior Court on behalf of a general contractor (defendant) in a construction defects matter relating to two select-service hotels in Sacramento, CA. Attorney Contact: Ms. Terri Crawford; Clapp, Mahoney, Vucinich, Beeman & Scheley; Pleasanton, CA; Tel: 925-734-0990

Provided deposition testimony in 2016 in San Diego Superior Court on behalf of the owner (plaintiff) of the Hyatt Place hotel in Roseville, CA in a construction defects matter. Attorney Contact: Zach Rowland; Balestreri, Potocki & Holmes; San Diego, CA. Tel: 619-686-1930

Provided deposition testimony in 2016 in No Cal Federal Court on behalf of an employee/member (plaintiff) of a real estate investment/development company in a breach of contract matter involving the Hotel Diva and Hotel Union Square, as well as high street retail and an adjacent development site in San Francisco, CA. Attorney Contact: Teresa Michaud; Baker & McKenzie; San Francisco, CA. Tel: 415-576-3028

Provided deposition testimony in 2017 and 2018 in San Diego Superior Court on behalf of the owner (plaintiff) of the San Diego Hard Rock Hotel in a construction defects lawsuit. Attorney Contact: Mr. Ed Quigley; Cox, Castle, Nicholson; Century City, CA. Tel: 310-871-8594

Provided deposition testimony in 2018 in US District Court in Nevada on behalf of the US Government (plaintiff) in an eminent domain case involving the acquisition of private land adjacent to an Air Force base in Southern Nevada. Attorney Contact: Ms. Georgia Garthwaite; US Department of Justice; Washington, DC. Tel: 202-616-3129

# Appendix B

**List of documents reviewed:**

- Fifth Amended Complaint, filed 3/13/2017, civil action 1:16-cv-01301-PAB-CBG filed in Colorado
- Ragatz Associates report dated 8/2015: Comments on pricing the remaining unsold inventory at St. Regis Residence Club, New York and St. Regis Residence Club, Aspen (DEF 00057766)
- Ragatz Associates report dated 4/2017: The shared-ownership resort real estate industry in North America: 2017
- Transcript of Richard Ragatz deposition testimony, dated 7/10/2018, and exhibits
- Cushman Wakefield appraisal dated 12/16/2013 of 65 fractional interests in the Ritz-Carlton Aspen
- Transcript of Christopher Donaldson deposition testimony, dated 5/23/2018, and exhibits
- Marriott Corporate Growth Committee memos dated 4/27/1999, 12/10/2003, 7/6/2007, 5/24/2012, 6/4/2013, 10/21/2013 and 8/19/2014
- Marriott annual Vacation Club Points Charts, 2012-13, 2014-15, 2015-16, 2017-18 and 2018-19
- Ritz-Carlton Management Agreement dated 1/12/2001 with Aspen Highlands Condominium Association
- Offering Memorandum dated 6/2010 of the Ritz-Carlton Destination Club