# EXHIBIT J

## Kaplan, Roger (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Kaplan, Roger (Shld-NJ-LT) |
| **Sent:** | Wednesday, July 24, 2019 3:43 PM |
| **To:** | Michael Schrag (mls@classlawgroup.com) |
| **Cc:** | Michael J. Reiser - REISER LAW, P.C. (Business Fax); Matthew C. Ferguson (matt@matthewfergusonlaw.com); `Linda Lam (lpl@classlawgroup.com); Tyler Meade (tyler@meadefirm.com); Sellinger, Philip R. (Shld-NJ-LT); Marx, Ian (Shld-NJ-LT) |
| **Subject:** | Jon R. Simon - Notes of MVC sales presentation at the MVC Newport Coast Villas |

Mike:

During the deposition of Jon Simon, I asked for the production of Mr. Simon's notes that he took at the MVC sales presentation that he attended at the MVC Newport Coast Villas (Simon Tr. at 52: 24 - 53:4). We request that you promptly provide a copy of those notes.

Thank you.

**Roger Kaplan**
Shareholder
Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.360.7957   |   F +1 973.295.1257   |   C +1 201.841.8285
KaplanR@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT GreenbergTraurig**

1