# EXHIBIT K

## Kaplan, Roger (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Michael Schrag <mls@classlawgroup.com> |
| **Sent:** | Thursday, July 25, 2019 1:45 PM |
| **To:** | Kaplan, Roger (Shld-NJ-LT) |
| **Cc:** | matt@matthewfergusonlaw.com; Linda Lam; tyler@meadefirm.com; Sellinger, Philip R. (Shld-NJ-LT); Marx, Ian (Shld-NJ-LT) |
| **Subject:** | RE: Jon R. Simon - Notes of MVC sales presentation at the MVC Newport Coast Villas |

**\*EXTERNAL OF GT\***

Roger: We are discussing your request and will get back to you by tomorrow.
Best,
Michael

Michael Schrag | Attorney
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Fax: (510) 350-9701
www.classlawgroup.com

This message is intended only for the addressee, and may contain information that is privileged or confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited; and you are asked to notify us immediately by return email, or by telephone at (510) 350-9700. Thank you.

**From:** KaplanR@gtlaw.com [mailto:KaplanR@gtlaw.com]
**Sent:** Wednesday, July 24, 2019 12:43 PM
**To:** Michael Schrag <mls@classlawgroup.com>
**Cc:** IMCEAFAX-Michael+20J+2E+20Reiser+40+28925+29+20476-0304@gtlaw.com; matt@matthewfergusonlaw.com; Linda Lam <lpl@classlawgroup.com>; tyler@meadefirm.com; SellingerP@gtlaw.com; MarxI@gtlaw.com
**Subject:** Jon R. Simon - Notes of MVC sales presentation at the MVC Newport Coast Villas

Mike:

During the deposition of Jon Simon, I asked for the production of Mr. Simon's notes that he took at the MVC sales presentation that he attended at the MVC Newport Coast Villas (Simon Tr. at 52: 24 - 53:4). We request that you promptly provide a copy of those notes.

Thank you.

Roger Kaplan
Shareholder

1

Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.360.7957   |   F +1 973.295.1257   |   C +1 201.841.8285
KaplanR@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

2