# EXHIBIT L

## Kaplan, Roger (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Michael Schrag <mls@classlawgroup.com> |
| **Sent:** | Friday, July 26, 2019 9:19 PM |
| **To:** | Kaplan, Roger (Shld-NJ-LT) |
| **Cc:** | matt@matthewfergusonlaw.com; Linda Lam; tyler@meadefirm.com; Sellinger, Philip R. (Shld-NJ-LT); Marx, Ian (Shld-NJ-LT); Mike Reiser |
| **Subject:** | Re: Jon R. Simon - Notes of MVC sales presentation at the MVC Newport Coast Villas |

I'm free any time on Tuesday

Sent from my iPhone

On Jul 26, 2019, at 12:14 PM, "KaplanR@gtlaw.com" <KaplanR@gtlaw.com> wrote:

> Yes. Time?
>
>> On Jul 26, 2019, at 3:11 PM, Matthew Ferguson <matt@matthewfergusonlaw.com> wrote:
>>
>> Can we do Tuesday –as Monday is a deadline day?
>>
>> <IMAGE003.JPG>
>> Matthew C. Ferguson
>> **The Matthew C. Ferguson Law Firm, P.C.**
>> 119 South Spring Street
>> Suite 201
>> Aspen, Colorado 81611
>> Tel (970) 925-6288
>> Fax (970) 925-2273
>> matt@matthewfergusonlaw.com
>> www.matthewfergusonlaw.com
>>
>> <image004.png>
>> * If you are a client of Matthew C. Ferguson and this electronic mail message is directed to you, please DO NOT FORWARD this transmission to anybody. Strict confidentiality is necessary in order to maintain confidentiality.
>>
>>
>>
>> From: KaplanR@gtlaw.com <KaplanR@gtlaw.com>
>> Sent: Friday, July 26, 2019 12:39 PM
>> To: mls@classlawgroup.com
>> Cc: Matthew Ferguson <matt@matthewfergusonlaw.com>; lpl@classlawgroup.com; tyler@meadefirm.com; SellingerP@gtlaw.com; MarxI@gtlaw.com
>> Subject: Re: Jon R. Simon - Notes of MVC sales presentation at the MVC Newport Coast Villas
>>
>> Yes. Let me know what time works and I will send out a calendar invite with dial-in numbers.
>>
>> Roger B. Kaplan

1

GREENBERG TRAURIG LLP
500 Campus Drive, Suite 400
Florham Park, NJ  07932-0677
T: (973) 360-7957
F: (973) 295-1257
C: (201) 841-8285
kaplanr@gtlaw.com

On Jul 26, 2019, at 2:01 PM, Michael Schrag <mls@classlawgroup.com> wrote:

**EXTERNAL OF GT**

Roger: are you available to meet and confer with us on this topic on Monday morning?

**From:** KaplanR@gtlaw.com <KaplanR@gtlaw.com>
**Sent:** Wednesday, July 24, 2019 12:43 PM
**To:** Michael Schrag <mls@classlawgroup.com>
**Cc:** IMCEAFAX-Michael+20J+2E+20Reiser+40+28925+29+20476-0304@gtlaw.com; matt@matthewfergusonlaw.com; Linda Lam <lpl@classlawgroup.com>; tyler@meadefirm.com; SellingerP@gtlaw.com; MarxI@gtlaw.com
**Subject:** Jon R. Simon - Notes of MVC sales presentation at the MVC Newport Coast Villas

Mike:

During the deposition of Jon Simon, I asked for the production of Mr. Simon's notes that he took at the MVC sales presentation that he attended at the MVC Newport Coast Villas (Simon Tr. at 52: 24 - 53:4). We request that you promptly provide a copy of those notes.

Thank you.

**Roger Kaplan**
Shareholder
Greenberg Traurig, LLP
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.360.7957  |  F +1 973.295.1257  |  C +1 201.841.8285
KaplanR@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

<image001.png>

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.
<Matthew C Ferguson Esq .vcf>

2