IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**SUPPLEMENTAL RESTRICTED OMNIBUS DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' MOTIONS IN LIMINE, ECF #s 466-471**

    I, **Ian S. Marx**, declare and state:

    1.    I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Omnibus Declaration based upon personal knowledge and in support of the following motions in limine to: (1) Preclude References to Discovery Disputes (ECF # 466); (2) Preclude References to "Merger" With Marriott Vacation Club Destinations (ECF # 467); (3) Preclude References to Other Lawsuits (ECF # 468); (4) Preclude Evidence of Non-Affiliation-Related Damages and Conduct (ECF # 469); (5) Bifurcate Trial and to Preclude References to Marriott Defendants' Profits During Earlier Phases Of Trial (ECF # 470); and (6) Preclude Testimony of Plaintiffs' Expert, Jonathan R. Simon, Due to Improper Ex Parte Meeting and Communications with Defendants' Employees (ECF # 471).

2. I submit this supplemental Declaration on a Restricted basis because it attaches Confidential documents produced in discovery in this case and exhibits that have been filed on a Restricted basis.

3. A true and correct copy of the Supplemental Expert Report of Jonathan Simon, dated June 7, 2019 is attached as Exhibit 1.

4. A true and correct copy of the Plaintiffs' Motion For Sanctions and a Default Judgment Against Certain Marriott Defendants Based on APCO Documents; and Motion to Consolidate (ECF #282), dated July 3, 2018 is attached as Exhibit 2.

5. A true and correct copy of the Supplemental Expert Report of Chekitan S. Dev dated April 12, 2019 is attached as Exhibit 3.

6. A true and correct copy of Jon Simon's September 24, 2018 Confidential Memorandum, produced by Plaintiffs' on August 7, 2019, and Bates Stamped SimonJ000042-45, is attached as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of August, 2019, in Saratoga Springs, New York.

/s/ Ian S. Marx
IAN S. MARX