IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE CUSHMAN & WAKEFIELD APPRAISAL**

I, **Ian S. Marx**, declare and state:

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Declaration based upon personal knowledge and in support of Marriott Defendants' Motion In Limine To Exclude The Cushman & Wakefield Appraisal.

2. A true and correct copy of the July 17, 2012 Letter from Eveleen Babich, which was produced in discovery by the Marriott Defendants and bates stamped RCDC001782-83, is attached as Exhibit A.

3. A true and correct copy of excerpts from the transcript of the deposition of Jay Neveloff is attached as Exhibit B.

4. A true and correct copy of excerpts from the transcript of the deposition of Mary Lynn Clark is attached as Exhibit C.

4. A true and correct copy of the November 20, 2014 Email from RCDC Member Communications, which was produced in discovery by the Marriott Defendants and bates stamped RCDC000111 is attached as Exhibit D.

5. A true and correct copy of the April 2014 Letter from the Aspen Highlands Condominium Association, which was produced in discovery by the Aspen Highlands Condominium Association and bates stamped AHCA00003114-17, is attached as Exhibit E.

6. A true and correct copy of excerpts from the transcript of the May 23, 2018 deposition of Christopher T. Donaldson is attached as Exhibit F.

7. A true and correct copy of excerpts from the transcript of the June 25, 2018 deposition of Christopher T. Donaldson is attached as Exhibit G.

8. A true and correct copy of Exhibit 2610 from the Deposition of Daniel Hicks is attached as Exhibit H.

9. A true and correct copy of excerpts from the transcript of the deposition of Daniel Hicks is attached as Exhibit I.

10. A true and correct copy of excerpts from the transcript of the May 15, 2018 deposition of Stephanie Sobeck is attached as Exhibit J.

11. A true and correct copy of excerpts from the transcript of the November 16, 2017 deposition of Stephanie Sobeck is attached as Exhibit K.

12. A true and correct copy of the October 26, 2018 Expert Report of Mark S. Dunec is attached as Exhibit L.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August, 2019, in Saratoga Springs, New York.

*/s/ Ian S. Marx*
IAN S. MARX