# EXHIBIT B

Jay Neveloff - 10/4/2017

```
 1            UNITED STATES DISTRICT COURT

 2               DISTRICT OF COLORADO

 3       Civil Action No. 1:16-cv-01301-PAB-GPG

 4

 5    ------------------------------------x

 6    RCHFU, LLC, et al.,

 7             Plaintiffs,

 8         - against -

 9    MARRIOTT VACATIONS WORLDWIDE

10    CORPORATION, et al.,

11             Defendants.

12    ------------------------------------x

13

14

15       Videotaped Deposition of JAY NEVELOFF,

16       taken at 1177 Avenue of the Americas,

17       New York, New York, commencing at 9:15 a.m.,

18       Wednesday, October 4, 2017, before

19       Todd DeSimone, a Registered Professional

20       Reporter and Notary Public of the State

21       of New York.

22

23

24    JOB No. 2707170

25    PAGES 1 - 248
```

Page 1

Jay Neveloff - 10/4/2017

### Page 14

 1  deed for one unit and then maybe exchanged   09:21:27AM
 2  it for another one?                           09:21:29AM
 3     A.    Correct.                             09:21:30AM
 4     Q.    When did you first become a          09:21:31AM
 5  member of the board of directors?             09:21:39AM
 6     A.    My guess is about ten years          09:21:43AM
 7  ago.                                          09:21:47AM
 8     Q.    And what were the -- do you          09:21:47AM
 9  know how it happened that you ran for the     09:21:52AM
10  board in Aspen?  Did anybody ask you to,      09:21:53AM
11  for instance, or did you take it upon         09:21:58AM
12  yourself to run?                              09:21:59AM
13     A.    I wanted to do it.  I thought        09:22:00AM
14  it would be interesting.  It was a property   09:22:01AM
15  that I really enjoy going to, and I thought   09:22:07AM
16  I could be helpful.                           09:22:09AM
17     Q.    And had you ever been on a           09:22:10AM
18  board of directors for any other condo        09:22:13AM
19  associations prior to this one?               09:22:15AM
20     A.    Not that I recall, no.               09:22:21AM
21     Q.    Did anybody at Marriott ask you      09:22:23AM
22  to run for the board?                         09:22:27AM
23     A.    No.                                  09:22:28AM
24     Q.    Your board tenure ended in           09:22:28AM
25  October of 2012 when it looks like you were   09:22:38AM

### Page 15

 1  replaced either by Randy Mercer or Tyler      09:22:44AM
 2  Oliver.                                       09:22:47AM
 3          How many terms on the board did       09:22:48AM
 4  you serve?                                    09:22:49AM
 5     A.    Two.                                 09:22:50AM
 6     Q.    So two three-year terms?             09:22:50AM
 7     A.    Correct.                             09:22:52AM
 8     Q.    So is it true, then, that you        09:22:52AM
 9  joined the board in around 2006?              09:22:55AM
10     A.    That's what the math turned out      09:22:59AM
11  to be.                                        09:23:01AM
12     Q.    And do you remember who was on       09:23:01AM
13  the board with you at that time?              09:23:04AM
14     A.    Randy Mercer, John Sternfield        09:23:08AM
15  and Sal Cutrona.                              09:23:12AM
16     Q.    Did you ever hold the                09:23:16AM
17  presidency during the first term?             09:23:19AM
18     A.    No.                                  09:23:21AM
19     Q.    Do you remember who it was?          09:23:22AM
20     A.    John Sternfield.                     09:23:25AM
21     Q.    During the entire time?              09:23:27AM
22     A.    Yes.  The entire time of my          09:23:29AM
23  first term.                                   09:23:39AM
24     Q.    Yeah.  And the second term,          09:23:40AM
25  were you the president during that entire     09:23:42AM

### Page 16

 1  time?                                         09:23:43AM
 2     A.    The last year only.                  09:23:44AM
 3     Q.    Do you remember who the              09:23:45AM
 4  president was before you?                     09:23:47AM
 5     A.    I believe it was John                09:23:49AM
 6  Sternfield.                                   09:23:50AM
 7     Q.    So in 2010-2011 you think it         09:23:54AM
 8  was John Sternfield?                          09:24:00AM
 9     A.    Yes.                                 09:24:01AM
10     Q.    And Sal Cutrona was on the           09:24:02AM
11  board this whole time?                        09:24:05AM
12     A.    Yes.                                 09:24:06AM
13     Q.    Was he also on the board of any     09:24:06AM
14  other --                                      09:24:10AM
15     A.    I don't recall when Sal -- I         09:24:11AM
16  think Sal was on the board.  Sal was on the   09:24:17AM
17  board the whole time, yes.                    09:24:18AM
18     Q.    Do you know if he was on the         09:24:19AM
19  board of any other Ritz clubs?                09:24:21AM
20     A.    St. Thomas.                          09:24:23AM
21     Q.    The time that I'm primarily          09:24:24AM
22  going to be asking you about today is going   09:24:29AM
23  to be from around July of 2012 until          09:24:31AM
24  February 2014.  So I'm going to try to get    09:24:35AM
25  you to focus during that time period.         09:24:38AM

### Page 17

 1          Before I jump to there, I just        09:24:40AM
 2  want to ask a little bit about your first     09:24:42AM
 3  tenure.                                       09:24:44AM
 4          I'm wondering, did you have           09:24:44AM
 5  anything -- were there -- was there any       09:24:46AM
 6  requirement of the board during your first    09:24:49AM
 7  term in relation to the implementation of     09:24:52AM
 8  the Ritz portfolio product that predated      09:24:56AM
 9  this Marriott Vacation Club affiliation?      09:24:59AM
10     A.    I don't understand your              09:25:03AM
11  question.                                     09:25:04AM
12     Q.    Do you remember that there was       09:25:04AM
13  an initial Ritz portfolio program where       09:25:06AM
14  there was points sold in the Ritz-Carlton     09:25:09AM
15  Destination Club only?                        09:25:12AM
16     A.    I remember that came up, but I       09:25:14AM
17  couldn't give you a time sequence when that   09:25:18AM
18  came up.                                      09:25:22AM
19     Q.    And I'm just going to represent      09:25:23AM
20  that it was around 2009 that that program     09:25:24AM
21  was implemented by Ritz, and you were on      09:25:27AM
22  the board, and I'm just wondering, was        09:25:30AM
23  there any vote of the board or anything to,   09:25:31AM
24  you know, authorize that portfolio program,   09:25:33AM
25  if you recall?                                09:25:38AM

5 (Pages 14 - 17)

Jay Neveloff - 10/4/2017

### Page 18

```
 1   A.   I don't recall.                      09:25:39AM
 2   Q.   Do you remember that Randy           09:25:40AM
 3  Mercer was on the board from roughly 2005  09:25:51AM
 4  to 2011 and then he got reelected again in 09:25:56AM
 5  2012?                                      09:26:03AM
 6   A.   I can't tell you the year            09:26:04AM
 7  specifically, but I know that Randy had    09:26:08AM
 8  termed off and then he came back on.       09:26:10AM
 9   Q.   Was there any term limits            09:26:13AM
10  involved in this?                          09:26:14AM
11   A.   Yes.                                 09:26:16AM
12   Q.   So what were the term limits?        09:26:16AM
13   A.   I think it was two terms, but I      09:26:18AM
14  think it started from -- it was two terms  09:26:25AM
15  starting from when the term limits were    09:26:27AM
16  implemented.                               09:26:29AM
17   Q.   Because it seemed to me that         09:26:33AM
18  if -- I just found out right now that there 09:26:37AM
19  was a potential term limit for the board   09:26:40AM
20  membership, and it appears that Randy      09:26:41AM
21  Mercer was actually serving a third term at 09:26:43AM
22  the time these events happened.            09:26:46AM
23   A.   My recollection is that the          09:26:49AM
24  term limits were consecutive terms, that   09:26:50AM
25  they allowed somebody who had previously   09:26:55AM
```

### Page 19

```
 1  been on the board, but was thereafter      09:26:57AM
 2  termed out, to take time off of the board  09:27:00AM
 3  and then go back on.                       09:27:02AM
 4   Q.   Do you remember Randy Mercer         09:27:04AM
 5  serving as a commercial director at any    09:27:10AM
 6  time?                                      09:27:13AM
 7   A.   No.                                  09:27:14AM
 8   Q.   Do you know who John Hearns is?      09:27:16AM
 9   A.   Yes.                                 09:27:20AM
10   Q.   Can you describe who he is?          09:27:20AM
11   A.   I don't know his exact role,         09:27:22AM
12  but I believe he was the person that the GM 09:27:25AM
13  of the Ritz -- of the Aspen property       09:27:29AM
14  reported to.                               09:27:31AM
15   Q.   And was it your understanding        09:27:32AM
16  that he worked for the Ritz-Carlton Hotel  09:27:33AM
17  Company as opposed to the Marriott Vacation 09:27:36AM
18  Worldwide?                                 09:27:38AM
19   A.   Yes, that was my understanding.      09:27:39AM
20   Q.   And what was your understanding      09:27:40AM
21  of the Ritz-Carlton Hotel Company's role in 09:27:42AM
22  the Destination Club?                      09:27:45AM
23   A.   From memory, this may not be         09:27:47AM
24  totally accurate, but the Vacation Club,   09:27:56AM
25  which I sometimes call it MVCI, had the    09:27:59AM
```

### Page 20

```
 1  management agreement for the property, and 09:28:03AM
 2  it had a sub-management agreement to       09:28:05AM
 3  Ritz-Carlton Hotels, so the Hotels -- the  09:28:07AM
 4  property was effectively managed by the    09:28:11AM
 5  Hotel Company.                             09:28:15AM
 6   Q.   So the day-to-day operations,        09:28:16AM
 7  you know, the folks at the front desk and  09:28:19AM
 8  stuff, are Ritz-Carlton Hotel Company      09:28:21AM
 9  employees?                                 09:28:24AM
10   A.   I don't know what employees          09:28:25AM
11  they were. I don't recall. But my guess    09:28:26AM
12  is they were Hotel employees, because they 09:28:29AM
13  were supervised by the Hotel Company.      09:28:31AM
14        (Exhibit 1021 marked for             09:28:31AM
15  identification.)                           09:28:34AM
16   Q.   So the first exhibit I'm going       09:28:34AM
17  to show you is Exhibit 1021. We have       09:28:35AM
18  premarked a bunch of exhibits. I have      09:28:40AM
19  pulled out the ones that pertain to you.   09:28:43AM
20  We might skip around a little bit.         09:28:45AM
21        What I'm going to do is give         09:28:47AM
22  you a copy. I think it also might be       09:28:48AM
23  coming up on your screen.                  09:28:52AM
24   A.   I would rather look at a hard        09:28:52AM
25  copy.                                      09:28:54AM
```

### Page 21

```
 1   Q.   So there is your hard copy.          09:28:54AM
 2  This is the reporter's copy with the yellow 09:28:55AM
 3  original sticker on it. Take a sec, if you 09:28:58AM
 4  would, to read Exhibit 1021. It is a short 09:29:08AM
 5  e-mail. This is an e-mail from John Hearns 09:29:11AM
 6  to Stephanie Sobeck.                       09:29:16AM
 7        Can you tell me who Stephanie        09:29:18AM
 8  Sobeck is, for the record?                 09:29:20AM
 9   A.   She was effectively a point          09:29:21AM
10  person for MVCI. She was -- I don't know   09:29:22AM
11  how to call it, I don't know or recall     09:29:30AM
12  their corporate structure, but she was the 09:29:32AM
13  person that we had to interact with from   09:29:34AM
14  MVCI, or MVW.                              09:29:39AM
15   Q.   So was she your primary contact      09:29:41AM
16  at MV?                                     09:29:44AM
17   A.   Yes.                                 09:29:45AM
18   Q.   What about Lee Cunningham, how       09:29:45AM
19  often would you deal with him? I mean      09:29:48AM
20  prior to the affiliation issue coming up,  09:29:51AM
21  did you deal with him at all, really?      09:29:53AM
22   A.   I believe there was a time when      09:29:55AM
23  the presidents, or I think maybe board     09:30:01AM
24  members of the other fractional clubs,     09:30:04AM
25  would meet to talk about common interests, 09:30:06AM
```

6 (Pages 18 - 21)