# EXHIBIT C

```
 1              IN THE UNITED STATES DISTRICT COURT
                      DISTRICT OF COLORADO
 2           Civil Action No. 1:16-cv-01301-PAB-GPG
 3
 4    RCHFU, LLC, et al.,
                   Plaintiffs,
 5
           vs.
 6
      MARRIOTT VACATIONS
 7    WORLDWIDE CORPORATIONS,
 8    et al.,
                   Defendants.
 9   _____
                  SUPERIOR COURT OF CALIFORNIA
10          IN AND FOR THE COUNTY OF SAN FRANCISCO
                     CASE NO. CGC-15-545987
11
      WILLIAM P. PETRICK, et al.,
12                 Plaintiffs,
13
           vs.
14
      MARRIOTT VACATIONS
15    WORLDWIDE CORPORATIONS,
      et al.,
16                 Defendants.
17   _____
18
19              VIDEOTAPED DEPOSITION OF:
20                   MARY LYNN CLARK
21                  December 6, 2017
22
23
24    Job No. 2733693
25    Pages 1 - 281
```

Page 1

Veritext Legal Solutions
866 299-5127

Clark - Reiser

**Page 30**

1  A.  We're not that far off.
2  Q.  Okay. All right. So you -- at any
3  rate, you reported to Peter Watzka; correct?
4  A.  That is correct.
5  Q.  Okay. And how did -- how did you, as
6  the person charged with getting previews to the
7  different sales centers of Ritz-Carlton, go about
8  doing that?
9  A.  It was marketing, so you'd have to
10 define who your customer is. Obviously with
11 Ritz-Carlton, you know what your demographics are.
12 We had different campaigns that we went out with,
13 going after a targeted market. We would solicit
14 them to come stay with us.
15 Q.  All right. And was there a separate
16 person who did the -- the tours for the Marriott
17 Vacation Club?
18 A.  Yes. But I don't know who it was.
19 Q.  And that was a different demographic --
20 A.  Correct.
21 Q.  -- that was targeted for those sales?
22 A.  Yes.
23 Q.  And how would you describe the
24 Ritz-Carlton demographic?
25 A.  I don't have all the income numbers and

**Page 31**

1  things like that, but it was pretty easy because we
2  utilized, if you were a Ritz-Carlton Affinity
3  person, that would be the first one that you would
4  want to talk to; right?
5  Q.  Does that mean a person who stays at
6  hotels and has their card?
7  A.  Correct.
8  Q.  All right. How else would you target?
9  Like the Wall Street Journal would be an
10 advertisement channel, probably? What else? I
11 mean, if you could just maybe give me --
12 A.  Well, you've got to remember this was
13 2010, so the world was in a really different spot.
14 So, in order to be the most efficient, the majority
15 of what I did was really going to the Ritz-Carlton
16 Hotel database, that had a loyalty and affinity with
17 them, is how I would -- that was the initial
18 marketing.
19     And then we did partnerships with
20 some -- like, Frontgate was a partner that I worked
21 with in different --
22 Q.  What was Frontgate?
23 A.  Frontgate is a -- it's a retail outlet
24 for homes.
25 Q.  So like realtors?

**Page 32**

1  A.  No. No. No. Products for your home.
2  Q.  Okay.
3  A.  They have really nice bathrobes and
4  towels and things like that.
5  Q.  Okay.
6  A.  So we would look at what our
7  demographic numbers were and then find affiliate --
8  and people would come to us and want partnerships.
9  Q.  All right. So the initial contact
10 with -- with these -- with the marketing of the
11 Ritz-Carlton Destination Club in 2010, how was the
12 initial contact with a potential purchaser of a Ritz
13 fractional be contacted?
14 A.  Multiple ways. We would either E-mail
15 you. We would direct mail you. Or we would
16 advertise with a partner.
17 Q.  In 2010, when you got back from
18 Singapore, was Marriott Vacation Club International
19 still selling fractional product at the Ritz?
20 A.  Let me make sure that I understand your
21 question.
22     So was Ritz-Carlton Destination Club
23 selling fractional product, like Home Club.
24 Q.  Correct.
25 A.  Yes.

**Page 33**

1  Q.  All right. And were they also selling
2  portfolio points product?
3  A.  Yes. I don't know exactly when that
4  was sold, but, yes, I remember that.
5  Q.  So do you remember, during the year
6  2010 and 2011, what the -- you know, just the
7  numbers were in terms of how many Home Club
8  memberships were sold versus portfolio?
9  A.  Oh, dear lord, no.
10 Q.  Do you have any estimate for me? Was
11 it --
12 A.  I've got no clue. I'm sorry. It's a
13 long time ago. I'm old.
14 Q.  No problem. I know you're no longer
15 working for Marriott; right?
16 A.  That is correct.
17 Q.  And when did you leave again?
18 A.  2014, September.
19 Q.  And what's your current position
20 with --
21 A.  I'm the president of Wyndham Vacation
22 Rentals.
23 Q.  Is that different from the timeshare?
24 A.  That is correct.
25 Q.  Where -- where --what are Wyndham

9 (Pages 30 - 33)

Veritext Legal Solutions
866 299-5127