# EXHIBIT E

EXHIBIT RC 9

## ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.

Tourist Accommodation Directors representing The Ritz-Carlton, Aspen Highlands Club Members
75 Prospector Road, Aspen, Colorado 81611
E-mail:   AHCABOARD@GMAIL.COM

*PRESIDENT:*            *Randy Mercer*
*VICE PRESIDENT:*       *Philip Schneider*
*TREASURER:*            *Robert Harris*
*SECRETARY:*            *Tyler Oliver*

*COMMERCIAL DIRECTOR:*         *Joel Alper*
\* Aspen Highlands Condominium Association Director who is a Ritz-Carlton Club Member

April 2014

Dear Fellow Member,

In the ongoing effort to keep you informed of your Board of Directors' efforts on your behalf regarding your second home in Aspen - The Ritz-Carlton Destination Club in Aspen Highlands - we wanted to share some recent actions, update you on continuing programs and provide you with our perspective on the progress of our current programs, while providing you an update on our current year financials.

### Willow Creek

It's our pleasure to report that **for the first time ever**, Willow Creek Bistro has been profitable in the first quarter. In addition, sales in Caffe Siena have almost doubled in the first quarter compared to first quarter 2013. With your continued support, we can make this the most successful year to date for Willow Creek Bistro.

The Willow Creek Bistro refurbishment is a success with new chairs, tables, carpet, new paint, and lighting features. During the off-season, the Board will be looking into redesigning the condiment station to be in design alignment with Willow Creek and more aesthetically appealing.

The menu at Willow Creek Bistro will be updated for the summer season to reflect local seasonal produce, meats, and cheeses. Summer favorites such as kale and beet salad, peach walnut salad, seasonal soups, salmon burgers, buffalo flank steak, flatbreads freshly prepared in the pizza oven and of course some of the current Member favorites, will be gracing the menu this summer.

Prime Time bites menu will be available for that late afternoon after a great day of outdoor experiences. Tacos, salads, calamari and of course the Club's famous lamb lollipops are some of the favorites. Pair our bites with an excellent glass of wine or beverage for a great way to ease into the evening. **Also this summer, Willow Creek Bistro will feature the pool menu seven days a week with afternoon food and drink specials.**

AHCA00003114

Kudos to the fantastic Willow Creek team who continue to deliver great food experiences. Our deepest thanks to all of the Members who have been supportive of Willow Creek Bistro and Caffe Siena. We couldn't do it without all of you.

### Member Re-Sale and Rental Service Center

In response to Member desires, the Board has been developing a plan to open a Member Re-Sale and Rental Service Center office specializing specifically in Member re-sales and possible Member rentals. With proper regulatory approvals, the office would be located in what is currently the business center off the lobby. Our own Ivan Skoric has expressed a keen interest in leading this operation. More details to come soon.

### Aspen Club Business

Property highlights for 2014 included the refurbishment of all of the exterior wooden beams on Trail Head Lodge, and the installation of new kitchen and bedroom phones in every Residence. These new phones have many updated features including an alarm clock, iPhone charger, weather updates and more. A big 21st Century improvement.

This summer, the management team will be working on converting both Elkhorn and White River Lodge pools to salt water, exterior & interior painting, the installation of new Trail head Lodge railings, updating pool furniture and replacing the exterior lights with energy efficient bulbs which will save on electric consumption.

We have completely finished installing a new humidification system in each Residence. The humidity is set to 35%, helping you to better acclimate to the altitude and dry weather, along with preserving the hard wood furniture and floors. This system has replaced the individual humidifiers that were located in the bedrooms. Please note that once the balcony door or window is opened, the humidification system will automatically shut off. The Members love it.

The Board supported the program to give an end-of-season gift to each of the hourly Ladies and Gentlemen, and to date the Members have donated $35,000. We would like to express our heartfelt thanks to the Members who have contributed to the "Thanks" Giving Program. Our on-site team deserves all of our support.

The financial position of the Aspen Club remains very strong. The 2013 year ended with a surplus. PricewaterhouseCoopers provided a stellar opinion for the 2013 fiscal year audit. **Currently, the Club is best in class with the least amount of delinquent Members**. The Board would like to thank you for your continued support. Creating value for your dollars is always at the forefront of every decision.

### Optional Exchange Program(s)

A Member survey regarding additional exchange desires was distributed to all Aspen Members earlier this year. As suspected, the majority of those Members responding requested additional opportunities. After all, that was our original objective and why many of us purchased our units.

AHCA00003115

<u>Marriott Vacation Club Destination Exchange Program</u>: So in response to the Members' wishes - both past and present, the Board has crafted a very unique program which would allow Aspen Highland Members to exchange a week of their reserved allocated time for points within the Marriott Vacation Club Destinations exchange program. You will be getting more information in the coming weeks about this voluntary opportunity.

The highlights of this exchange opportunity are:

1. This opportunity is totally optional & voluntary. You can try it and if you enjoy it – do it again. If not, you have no obligation to repeat.

2. This voluntary affiliation program is a positive addition to the Ritz-Carlton Destination Club platform and we believe it should be viewed as a no cost benefit, as is the Exclusive Resorts program.

3. If you choose to exchange one of your allocated weeks, a Marriott Vacation Club Member may exchange into your week. You exchange out and someone can exchange in - an even trade.

4. Because of this one out – one in concept, there will be no additional visitors to the Aspen Highlands Club.

5. There will be absolutely no additional burden to the Members, the Club budget or availability of our local Members to access per diem time It is no different than if you come to the Club yourself, give your allocated week to friends & family or rent your week.

3RD <u>Home Affiliation</u>: 3RD Home Affiliation is another voluntary exchange opportunity created for RCDC Members. This new affiliation provides you, as a Ritz-Carlton Destination Club Member, the opportunity, for a limited time, to expand your travel options by using your Reserved Allocation to exchange within the 3RD HOME system. Unfortunately, the Board was not invited to this discussion nor had any input in the implementation of this program. <u>Because of this, we have no endorsement or opinion as to the quality or impact of the program.</u> If you participate, please forward your thoughts.

<u>Ritz-Carlton Destination Club at Jupiter</u>: We have been told The Eagle Tree Condominium Owners Association Board in Jupiter, Florida has decided to seek a vote of the Members of the Association to terminate the current management agreement with The Ritz-Carlton Management Company, LLC. This is obviously another challenging moment for all of the RCDC Members – a moment that will create a significant amount of dialogue. We are not sure how this will play out, but we will stay proactive in maneuvering through it. The only specific positive thought at this time is that Aspen Highlands Members were very low users of this Club, averaging just over 300 nights per year for the past five years. Regardless, we will continue to monitor this development as it evolves and keep you informed.

AHCA00003116

<u>Association Governance</u>: Shortly, you will be receiving additional information from the Association Governance team. The Aspen Highlands Condominium Association has one Tourist Accommodation Director Position open beginning in Q4 2014 after the annual meeting. Any Owner desiring to become a candidate for election to the Board of Directors must complete and submit a Volunteer Form to the Association no later than June 9, 2014. This position will be officially elected at the October 11, 2014 Annual Meeting. If you have any questions about serving as a Board Director, please contact the current Board of Directors at AHCABoard@gmail.com.

The Board would like to thank all of the owners who took the time to fill out the Owners Satisfaction Surveys after your stay. Your comments help the Club make vital improvements to our services and Member experiences. The 2013 surveys trended in a very positive direction and we are proud to announce that the 2014 scores are at record levels with new high watermarks achieved every month. Our AH Members love our Club and it shows.

Thanks also for the many Member communications received this year. While this is a voluntary position and we all have "day jobs" we strive to respond to everyone in a timely manner, flawed electronics permitting.

We look forward to additional conversations.

AHCA00003117