# EXHIBIT H

| Year | Site | Days RCCR (COD Submitted; No Rental Finalized) | Days RCCRF (COD Submitted & Rental Finalized) |
|---|---|---|---|
| 2017 | Aspen | 709 | 1803 |
|  | Lake Tahoe | 0 | 18 |
|  | San Francisco | 0 | 7 |
| 2016 | Aspen | 674 | 2090 |
|  | Lake Tahoe | 0 | 36 |
|  | San Francisco | 0 | 20 |
| 2015 | Aspen | 440 | 1589 |
|  | Lake Tahoe | 0 | 28 |
|  | San Francisco | 0 | 23 |
| 2014 | Aspen | 639 | 1133 |
|  | Lake Tahoe | 0 | 14 |
|  | San Francisco | 0 | 44 |
|  | Vail | 13 | 17 |
| 2013 | Aspen | 821 | 734 |
|  | Lake Tahoe | 0 | 14 |
|  | San Francisco | 0 | 38 |
| 2012 | Aspen | 648 | 1020 |
|  | St. Thomas | 173 | 1038 |
|  | San Francisco | 0 | 8 |
| 2011 | Aspen | 566 | 722 |
|  | Lake Tahoe | 0 | 25 |
|  | San Francisco | 0 | 4 |


EXHIBIT
HICKS
2610
7-6-18