# EXHIBIT I

```
 1                UNITED STATES DISTRICT COURT
                     DISTRICT OF COLORADO
 2

     RCHFU, LLC, et al.,
 3        Plaintiffs,
 4   -vs-                         No. 1:16-cv-01301-PAB-GPG
 5   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 6        Defendants,
     _____
 7   REISER, et al.,
          Plaintiffs,             Eastern District of California
 8   -vs-                         No.  2:16-cv-00237-MCE-CKD
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al.,
10             Defendants,
     _____
11   PETRICK, et al.,
              Plaintiffs,    San Francisco County
12   -vs-                         No.  CGC-15-54897
     MARRIOTT VACATIONS WORLDWIDE
13   CORPORATION, et al.,
              Defendants.
14   _____
15
16   DEPOSITION OF:      DANIEL HICKS
17   DATE TAKEN:         Friday, July 6, 2018
18   TIME:               10:22 a.m. - 2:23 p.m.
19   PLACE:              450 South Orange Avenue, Suite 650
20                       Orlando, Florida
21
22   REPORTED BY:
     Carmen Thomas, Registered
23   Professional Reporter and
     Notary Public
24   Job No. 2959337A
25   Pages 1 - 100

                                                       Page 1
```

1  May 10th there were several transmittal letters
2  with documents relating to the subjects of the
3  May 10th letter.
4      MR. SCHRAG: All right. Let's go off the
5  record for five minutes, try to track those
6  documents. If you want to give me some Bates
7  numbers.
8      (A recess was taken.)
9      MR. SCHRAG: We're going back on the record.
10 Sorry for the delay.
11     MR. SELLINGER: If your version isn't Bates
12 numbered, maybe it wasn't Bates numbered when it
13 came which is why --
14     MR. SCHRAG: It's sent as a live cell
15 spreadsheet. So the cell is computerized. It does
16 have Bates numbers. We'll put that on the record
17 but the document itself doesn't.
18     So let's start with RCDC70245 and -- or 44
19 and 45.
20     (Exhibit 2609 was marked for identification.)
21 BY MR. SCHRAG:
22  Q   Mr. Hicks, it says "Certificate of
23 Designation"?
24  A   Yes.
25  Q   These were documents that were produced in

Page 86

1  conjunction with documents you may have some knowledge
2  about.
3      Do you deal with these certificate of
4  designations in your work?
5   A   Yes.
6   Q   And what is that?
7   A   So going back to what we were talking about,
8  the rental process, the -- if a member is going to
9  authorize an external group to rent their time or to
10 give us a guest name for that time, the member sends
11 this form to us. So the member would send this to
12 member services saying, I authorize Frias Properties, as
13 it says here, or whoever that representative might be,
14 to access this time frame and then it lists the dates
15 that they want to rent.
16  Q   And these are just for individual rentals,
17 correct?
18  A   Yes. Correct.
19  Q   Not part of any commercial rental program?
20  A   We don't -- we don't have any information
21 about any commercial rental program. This is
22 specifically just a member wanting to rent their time.
23 They contact us with that form.
24  Q   Okay. What do you do with this form? Do you
25 compile that in terms of keeping track of number of

Page 87

1  nights and all that?
2   A   Not -- not specifically for number of nights.
3  This just allows us to know that then the rental company
4  can contact us to do a name change when they do have a
5  renter. So we track them as far as -- in the system,
6  we'll put in a code saying, the member is trying to rent
7  this time or this member has authorized this party to
8  rent it.
9   Q   And you can then track the number of rentals.
10 Is this the raw data from which you track the number of
11 rentals, these certificate of designation forms?
12  A   This would be for how we track the members
13 who have contacted us authorizing a rental party to rent
14 their time for them.
15  Q   Do you track the number of nights rented
16 through these forms?
17  A   No. The -- the number of nights rented is --
18 once the rental company has finalized that, they let us
19 know if another person is coming on that reservation and
20 that's how we track the finalized nights that are
21 rented.
22  Q   And how do they let you know that?
23  A   They contact -- there's a team in Salt Lake
24 City -- it's not my team, but we work with them -- who
25 will just process it in the system. So the rental

Page 88

1  company contacts them by e-mail and says, we have this
2  renter's name, and they'll go through and put it in the
3  system as a finalized rental at that point.
4   Q   So 2609 is just the designation that allows
5  the rental to happen and then you get additional
6  confirmation that the rental, in fact, occurred?
7   A   Yes.
8       MR. SELLINGER: Objection to form.
9       THE WITNESS: So the -- this rental form says
10     that a member is trying to rent it and they
11     authorize that company and then if the -- if the
12     rental company contacts us, then we know we have a
13     rental, but this does not actually say that
14     anything has been rented.
15 BY MR. SCHRAG:
16  Q   I understand. Okay.
17     MR. SCHRAG: Could you hand Mr. Hicks the
18     next exhibit, the summary spreadsheet. Mark that
19     as 2610.
20     (Exhibit 2610 was marked for identification.)
21 BY MR. SCHRAG:
22  Q   This was a spreadsheet produced to us with
23 Bates number RCDC73100.
24     Do you recognize this document, Mr. Hicks?
25  A   Yes, I do.

Page 89

23 (Pages 86 - 89)

Veritext Legal Solutions
866 299-5127

### Page 90

1  Q    Did you create it?
2  A    I did not. This -- this is what I had
3  referred to earlier. We have reporting that we can pull
4  this information. This is what would come from that.
5  But I didn't create this specifically, no.
6  Q    Okay. This was a tab on a much larger
7  spreadsheet with rental information.
8      Are you familiar with that larger
9  spreadsheet?
10 A    Yes. I've seen the data that goes into this,
11 yes.
12 Q    And is that data from the reporting system
13 you told me about?
14 A    Yes. So this comes from Universe and based
15 on the codes that are in that system, that will give us
16 those columns shown.
17 Q    And did you request that this report be
18 generated?
19 A    I did not request this specifically -- or I
20 don't recall if I requested this. I -- from what I
21 understand, this was requested through Mike Paisley in
22 our corporate offices who does some of the reporting for
23 us, but I don't recall who actually requested this.
24 Q    What's Mike Paisley's position?
25 A    I'm not sure what his title is. I just know

### Page 91

1  that he handles a lot of reporting.
2  Q    Okay. Did you review this in preparation for
3  your deposition?
4  A    Yes, I did.
5  Q    Are there any other spreadsheets relating to
6  rentals that you reviewed in preparation for your
7  deposition?
8  A    Relate -- I'm sorry?
9  Q    Were there any other spreadsheets regarding
10 rentals that you reviewed in preparation for your
11 deposition?
12 A    No. Just this spreadsheet showing the totals
13 here and, as you mentioned, the other tabs give that
14 data.
15 Q    And this spreadsheet summarizes the data
16 that's in those other tabs, correct?
17 A    I believe so, yes.
18 Q    And let's go through these columns.
19     We see the year and the site. What about the
20 "Days RCCR," what is that?
21 A    So the Days RCCR, as you'll see here, it also
22 says "COD Submitted." So once we receive this
23 certificate of designation that we spoke about, then in
24 the system there will be a code entered saying that the
25 member is trying to rent that time and has authorized

### Page 92

1  another party to add a renter to that reservation. So
2  that's what that column would be is -- there is not a
3  rental yet, but we know that the member is authorizing
4  someone to rent it.
5  Q    So "COD" refers to the significant
6  designation that we looked at an example of 2609?
7  A    Yes. That's correct.
8  Q    And the days -- what does the "RCCR" stand
9  for?
10 A    That's just a contingency code we put in
11 Universe. My understanding of it would be Ritz-Carlton
12 club rental. But that's, again, not that it's finalized
13 yet. It's just Ritz-Carlton rental authorization.
14 Q    So there's -- for 2017, there was 709 COD
15 submitted with no rental finalized and 1,803 where the
16 rental was finalized?
17 A    I see that, yes.
18     (There was an interruption in the deposition
19     and an off-the-record discussion.)
20     MR. SCHRAG: Back on the record. I think I
21     muted Matt.
22     Can you read back the last question, Carmen?
23     (The requested question and answer were
24     read.)
25 BY MR. SCHRAG:

### Page 93

1  Q    Okay. And those are -- I'm just trying to
2  understand. These are cumulative. So there were a
3  total of 2,500 COD submitted and of those, 709 were not
4  finalized and 1803 were finalized; is that what this
5  means?
6  A    Well, it's, I guess, a little different than
7  that. Only just that when a finalized rental happens,
8  we then take off the code that says "RCCR." So it is
9  cumulative in that sense, but this just means that many
10 people have tried to rent; this many are finalized of
11 total.
12     What I'm trying to say is, it doesn't mean
13 that there's always an RCCR first, because we may
14 receive the certificate of designation at the same time
15 as a finalized rental. So I can't say that it's always
16 going to correlate exactly, but in the typical process,
17 yes, it would be a COD Submitted. The rental is
18 processed as finalized once we know that it's final.
19 Q    Okay. In any event, the final column are the
20 number of nights rented for each of the years listed,
21 correct?
22 A    Those are the numbers of nights rented that
23 we are aware of members who have gone through this
24 process, yes.
25 Q    And for what purpose do you use that