# EXHIBIT K

```
 1    RCHFU, LLC,  et al.,
 2         Plaintiffs,      United States District Court
                            District of Colorado
 3    v.                    No.  1:16-cv-09390
 4
      MARRIOTT VACATIONS WORLDWIDE
 5    CORPORATION, et al.,
           Defendants,
 6    _____/
      REISER, et al.,
 7         Plaintiffs,
                                 Eastern District of California
 8    v.                         No. 2:16-cv-00237-MCE-CKD
 9
      MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al,
           Defendants,
11    _____/
      PETRICK, et al.,
12         Plaintiffs,
13                               San Francisco County
      vs.                        No. CGC-15-54897
14
      MARRIOTT VACATION WORLDWIDE
15    CORPORATION, et al.,
16         Defendants.
      _____/
17
18        VIDEOTAPED DEPOSITION OF STEPHANIE SOBECK
19        taken at 450 South Orange Avenue, Suite 650,
          Orlando, Florida, commencing between 9:11 a.m.
20        - 6:20 p.m. on Thursday November 16, 2017
21        before Lisa Gerlach, Court Reporter, Notary
22        Public in and for the State of Florida at Large.
23
24    Job No. 2733702
25    Pages 1 - 374
```

Page 1

1    A.  MORI.

2    Q.  Has that been the case since you started with

3  Marriott?

4    A.  Yes.  I think in New Jersey -- I think it may

5  have gone to another entity, but it's always been --

6  since I've been in Orlando, it's always been MORI.

7    Q.  And MORI is the parent company for the

8  Ritz-Carlton Development Company.  True?

9    A.  Yes.

10    Q.  And is MORI also the parent company for the

11  Ritz-Carlton Management Company?

12    A.  Yes.

13    Q.  That's true?

14    A.  Yes.

15    Q.  Is MORI the parent company for Cobalt?

16    A.  Yes.

17    Q.  Is MORI the parent company for Lion & Crown?

18    A.  You're saying parent company.  I'm saying, my

19  understanding of the structure is, yes, that MORI --

20  all of those entities are part of MORI.

21    Q.  Including Cobalt?

22    A.  Yes.

23    Q.  What about Lion & Crown?

24    A.  Lion & Crown is affiliated specifically with

25  Cobalt.

Page 22

1    Q.  What is that affiliation between Lion & Crown

2  and Cobalt?

3    A.  I don't understand your question.

4    Q.  Well, it's your words.  You just said that

5  Lion & Crown and Cobalt are affiliated.  What is your

6  understanding of that affiliation?

7    A.  I think there is an agreement between the

8  two.  And if there is -- I mean, in essence, Cobalt

9  is -- the Cobalt Travel Company is affiliated

10  specifically with each of the associations; and then

11  Lion & Crown is actually affiliated or related

12  specifically with Cobalt, not directly with the

13  associations.

14    Q.  Who owns Lion & Crown?

15    A.  MORI.

16    Q.  When was Lion & Crown formed?

17    A.  I don't know the exact date.

18    Q.  I'm not looking for the exact date.  Can you

19  give me the year?

20    A.  No.  I'm sorry.  I really can't.  It's more

21  of a legal question.

22    Q.  When was the first time you heard of Lion &

23  Crown?

24    A.  When we were initially working -- I guess it

25  was probably, like, Abercrombie & Kent -- that

Page 23

1  timeframe -- which would've been -- I'm guessing, but

2  maybe 2009-2010 timeframe.

3    Q.  So Lion & Crown -- strike that.  What was

4  your position in the company at the time you first

5  heard of Lion & Crown?

6    A.  I would've been in asset management.

7    Q.  What was your understanding of why Lion &

8  Crown was formed?

9    A.  It was to do affiliations with other

10  entities; bring in opportunities for the members,

11  vacation opportunities.

12    Q.  And the first one they did was Abercrombie &

13  Kent.  True?

14    A.  I believe that was -- yeah -- that's the

15  first one.  I remember ER was right around the same

16  time too, I believe.

17    Q.  Is that Executive Resorts or --

18    A.  Exclusive Resorts.

19    Q.  Are either of those two affiliations still

20  around?

21    A.  Exclusive Resorts is.  Abercrombie & Kent is

22  not.

23    Q.  Why did that one drop out of the affiliation?

24    A.  It ended up not being a beneficial

25  relationship for one side or the other.

Page 24

1    Q.  It wasn't very beneficial for Abercrombie.

2  True?

3    A.  Excuse me?

4    Q.  It wasn't very beneficial for Abercrombie?

5    A.  Yeah.  I believe it was a supply-and-demand

6  issue that existed.  We had too much demand and they

7  did not have enough supply.

8    Q.  Because that was a very small club with few

9  members.  True?

10    A.  Abercrombie & Kent?

11    Q.  Yes.

12    A.  Yeah -- I don't know how many members they

13  had, but it was smaller than we were.

14    Q.  Do you remember how many properties they had?

15    A.  No.

16    Q.  Can you give me an order of magnitude on the

17  properties?

18    A.  I really can't.

19    Q.  Was it 50, was it 10?  You don't know?

20    A.  I don't know.

21    Q.  You didn't have anything to do with that

22  affiliation?

23    A.  I knew it was out there, but, no, I didn't

24  have anything to do with it.

25    Q.  And you say you went into asset management in

Page 25

7 (Pages 22 - 25)