IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

---

**ORDER GRANTING DEFENDANT THE RITZ-CARLTON MANAGEMENT COMPANY, LLC'S UNOPPOSED MOTION TO GROUP TOGETHER PARAGRAPHS OF RESPONSE TO STATEMENT OF UNDISPUTED MATERIAL FACTS, OR IN THE ALTERNATIVE, TO EXCEED PAGE LIMITATION**

---

      This Court, having considered Defendant The Ritz-Carlton Management Company, LLC ("RC Management")'s Unopposed Motion to Group Together Paragraphs of Response to Statement of Undisputed Material Facts, or in the Alternative, to Exceed Page Limitation, finds the Motion is supported by good cause and should therefore be granted.

      IT IS THEREFORE ORDERED that RC Management shall be permitted to respond to Plaintiffs' Statement of Undisputed Material Facts in their motion for partial summary judgment (the "PSJ Motion," ECF #452) by identifying in one sentence at the outset of its Response to the Statement of Undisputed Material Facts the facts that RC Management does not dispute for purposes of the PSJ Motion.

Dated this ___ day of August, 2019       By:_____
                                                                               Hon. Philip A. Brimmer