IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

  Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

  Defendants.

---

**DECLARATION OF IAN S. MARX IN SUPPORT OF DEFENDANT THE RITZ-CARLTON MANAGEMENT COMPANY, L.L.C.'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

  I, **Ian S. Marx**, declare and state:

  1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendant The Ritz-Carlton Management Company, L.L.C. ("RC Management") in this action. I submit this Declaration based upon my personal knowledge and in connection with RC Management's opposition to Plaintiffs' motion for partial summary judgment.

  2. A true and correct copy of the Declaration of Condominium for Aspen Highlands Condominiums (without its exhibits), dated January 10, 2001, bearing bates numbers RC003894-983, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 1**.

  3. A true and correct copy of The Ritz-Carlton Club Membership Program Affiliation Agreement between The Ritz-Carlton Travel Company, L.L.C., The Ritz-Carlton Development Company, Inc., Aspen Highlands Condominium Association, Inc. ("AHCA"), and

RC Management, bearing bates numbers RC004009-29, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 2**.

4. A true and correct copy of the Second Amended and Restated Reservation Procedures for The Ritz-Carlton Club Membership Program, bearing bates numbers RC004582-97, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 3**.

5. A true and correct copy of the Management Agreement, dated January 12, 2001, between RC Management and AHCA, bearing bates numbers RC004524-41, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 4**.

6. A true and correct copy of Plaintiff Jeffrey A. Bayer's Purchase Contract, dated May 31, 2000, for Residence 8308, Residence Interest 9 at The Ritz-Carlton Club, Aspen Highlands ("RC Club Aspen"), bearing bates numbers Bayer000328-339, which was produced by Mr. Bayer in discovery, is attached hereto as **Exhibit 5**. Mr. Bayer's Purchase Contract is substantially the same as all Plaintiffs' purchase contracts for their respective fractional interests at RC Club Aspen.

7. A true and correct copy of excerpts from the transcript of the May 15, 2018 deposition of Stephanie Sobeck is attached hereto as **Exhibit 6**.

8. A true and correct copy of excerpts from the transcript of the November 10, 2017 deposition of Lee Cunningham is attached hereto as **Exhibit 7**.

9. A true and correct copy of excerpts from the transcript of the March 28, 2018 deposition of Craig Ouelette is attached hereto as **Exhibit 8**.

10. A true and correct copy of a July 17, 2012 letter sent by The Cobalt Travel Company, LLC ("Cobalt") to the Members of The Ritz-Carlton Destination Club, bearing bates

2

numbers RCDC003561-62, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 9**.

11. A true and correct copy of excerpts from the transcript of the November 16, 2017 deposition of Stephanie Sobeck is attached hereto as **Exhibit 10**.

12. A true and correct copy of excerpts from the transcript of the October 24, 2017 deposition of Randal Mercer is attached hereto as **Exhibit 11**.

13. A true and correct copy of an April 12, 2013 e-mail from Stephanie Sobeck to Lee Cunningham and Mary Lynn Clark, bearing bates number RCDC008301, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 12**.

14. A true and correct copy of excerpts from the transcript of the May 17, 2018 deposition of Stephen Weisz is attached hereto as **Exhibit 13**.

15. A true and correct copy of a November 20, 2013 e-mail from Kim Frates-Mazzilli to Ben Pierce (and related e-mail chain), bearing bates numbers RCDC070093-94, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 14**.

16. A true and correct copy of excerpts from the transcript of the October 9, 2018 deposition of Benjamin Pierce is attached hereto as **Exhibit 15**.

17. A true and correct copy of excerpts from the transcript of the May 23, 2018 deposition of Christopher Donaldson is attached hereto as **Exhibit 16**.

18. A true and correct copy of the minutes from the November 20, 2013 meeting of the Bleu Florida Land Trust Association, Inc. Board of Directors, bearing bates numbers RCDC069748-49, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 17**.

3

19. A true and correct copy of excerpts from the transcript of the November 15, 2017 deposition of Lee Cunningham is attached hereto as **Exhibit 18**.

20. A true and correct copy of a November 19, 2013 letter sent by The Ritz-Carlton Destination Club and AHCA to all of the RC Club Aspen Members, bearing bates numbers AHCA00001357-60, which was produced by AHCA in discovery, is attached hereto as **Exhibit 19**.

21. A true and correct copy of a December 4, 2013 e-mail and attached Frequently Asked Questions sent by The Ritz-Carlton Destination Club to all of the RC Club Aspen Members, bearing bates numbers SpencerYoungblood000001-5, which was produced by Plaintiff Youngblood in discovery, is attached hereto as **Exhibit 20**.

22. A true and correct copy of "Frequently Asked Questions Regarding Affiliation with [the MVCD Program]," which was sent to all of the RC Club Aspen Members in December 2013, bearing bates numbers RCDC005008-11, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 21**.

23. A true and correct copy of a December 6, 2013 letter sent by AHCA to all of the RC Club Aspen Members, bearing bates numbers RCDC007487-88, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 22**.

24. A true and correct copy of a December 6, 2013 e-mail chain, between Stephanie Sobeck, Lee Cunningham, Randy Mercer, and Dee Dinda, bearing bates numbers RCDC009724-26, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 23**.

25. A true and correct copy of a printout of the Affiliation Survey that was made accessible through e-mail and the internet to all of the RC Club Aspen Members in December 2013, bearing bates numbers RCDC064702-11, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 24**.

26. A true and correct copy of an April 2014 letter that was sent by AHCA to all of the RC Club Aspen Members, bearing bates numbers ACHA00013867-69, which was produced by AHCA in discovery, is attached hereto as **Exhibit 25**.

27. A true and correct copy of a November 20, 2014 e-mail sent by The Lion & Crown Travel Co., LLC ("Lion & Crown") to all of the RC Club Aspen Members, bearing bates number RCDC000111, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 26**.

28. A true and correct copy of the Affiliation Agreement, dated November 14, 2013, between Marriott Resorts, Travel Company, Inc. and Lion & Crown, bearing bates numbers RCDC067469-520, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 27**.

29. A true and correct copy of the Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., dated April 24, 2014, bearing bates numbers RC004136-39, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 28**.

30. A true and correct copy of the Articles of Incorporation of Aspen Highlands Condominium Association, Inc., bearing bates numbers RC 003887-93, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 29**.

31. A true and correct copy of the City of Aspen Disclosure Statement for The Ritz-Carlton Club, Aspen Highlands, Pitkin County, Colorado, dated January 4, 2001, bearing bates numbers RC003996-4007, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 30**.

32. A true and correct copy of The Ritz-Carlton Travel Company, L.L.C. Disclosure Statement for The Ritz-Carlton Membership Program, bearing bates numbers RC004614-21, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 31**.

33. A true and correct copy of The Lion & Crown Travel Co., LLC Affiliation Agreement, dated August 8, 2010, between L&C and Cobalt, bearing bates numbers RC003825-61, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 32**.

34. A true and correct copy of a May 14, 2013 e-mail sent by The Ritz-Carlton Destination Club to all of the RC Club Aspen Members (and related e-mail chain) bearing bates numbers RCDC009732-33, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit 33**.

35. A true and correct copy of the Expert Report of Alan Tantleff, dated as of October 26, 2018, is attached hereto as **Exhibit 34**.

36. A true and correct copy of excerpts from the transcript of the July 6, 2018 deposition of Daniel Hicks ("Hicks Deposition") is attached hereto as **Exhibit 35**.

37. A true and correct copy of Exhibit 2610 from the Hicks Deposition is attached hereto as **Exhibit 36**.

38. A true and correct copy of excerpts from the transcript of the September 13, 2018 deposition of Randal Mercer is attached hereto as **Exhibit 37**.

39. A true and correct copy of excerpts from the transcript of the October 5, 2017 deposition of Gerald Marsden is attached hereto as **Exhibit 38**.

40. A true and correct copy of a January 14, 2014 e-mail sent by Nicole Verrechia, on behalf of Morrow & Co., LLC ("Morrow") to Dee Dinda and Stephanie Sobeck, which Morrow produced pursuant to subpoena, is attached hereto as **Exhibit 39**.

41. A true and correct copy of an April 5, 2013 e-mail from AHCA to all RC Club Aspen Members, bearing bates number AHCA00002598, which was produced by AHCA in discovery, is attached hereto as **Exhibit 40**.

42. A true and correct copy of excerpts from the transcript of the April 26, 2018 deposition of Plaintiff Toby Cone is attached hereto as **Exhibit 41**.

43. A true and correct copy of excerpts from the transcript of the January 30, 2018 deposition of Plaintiff Ronald Glazer is attached hereto as **Exhibit 42**.

44. A true and correct copy of excerpts from the transcript of the March 21, 2018 deposition of Plaintiff Frank Greico is attached hereto as **Exhibit 43**.

45. A true and correct copy of excerpts from the transcript of the February 2, 2018 deposition of Plaintiff Jennifer Kaplan is attached hereto as **Exhibit 44**.

46. A true and correct copy of excerpts from the transcript of the January 22, 2018 deposition of Plaintiff John Schultz is attached hereto as **Exhibit 45**.

47. A true and correct copy of excerpts from the transcript of the February 26, 2018 deposition of Plaintiff Thomas Prose is attached hereto as **Exhibit 46**.

48. A true and correct copy of excerpts from the transcript of the March 23, 2018 deposition of Plaintiff John Rubin is attached hereto as **Exhibit 47**.

49. A true and correct copy of excerpts from the transcript of the January 11, 2018 deposition of Plaintiff Jacob Slevin is attached hereto as **Exhibit 48**.

50. A true and correct copy of excerpts from the transcript of the December 6, 2017 deposition of Mary Lynn Clark is attached hereto as **Exhibit 49**.

51. A true and correct copy of a letter sent by the Great Bay Condominium Owners Association, Inc. to the members of The Ritz-Carlton Club, St. Thomas, which was produced by AHCA in discovery, is attached hereto as **Exhibit 50**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August, 2019, in Florham Park, New Jersey.

*/s/ Ian S. Marx*
IAN S. MARX