# EXHIBIT 7

Lee Cunningham - November 10, 2017

```
 1   RCHFU, LLC,  et al.,
         Plaintiffs,
 2                               United States District Court
     v.                          District of Colorado
 3                               No.  1:16-cv-09390
     MARRIOTT VACATIONS WORLDWIDE
 4   CORPORATION, et al.,
         Defendants,
 5   _____/
 6   REISER, et al.,
         Plaintiffs,         Eastern District of California
 7   v.                      No.  2:16-cv-00237-MCE-CKD
 8
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al,
         Defendants,
10   _____/
11   PETRICK, et al.,
         Plaintiffs,
12                               San Francisco County
13   vs.                         No. CGC-15-54897
     MARRIOTT VACATION WORLDWIDE
14   CORPORATION, et al.,
15       Defendants.
16   _____/
17
18           VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
19       VOLUME I, commencing between 9:03 a.m.-5:05 p.m.,
20       on Friday, November 10, 2017 Taken on Behalf of
         the Plaintiffs before Lisa Gerlach, Court Reporter,
21       Notary Public in and for the State of Florida at
22       Large, pursuant to Plaintiffs' Notice of Taking
23       Deposition in the above cause.
24
     Job No. 2733753
25   PAGES 1 - 269
```

Page 1

Lee Cunningham - November 10, 2017

```
 1   various locations around the United States; correct?
 2              MR. SELLINGER:  Objection to form.
 3        A.   That's -- yes.  I mean, we owned unsold
 4   inventory in a number of clubs that had been
 5   developed.
 6   BY MR. FERGUSON:
 7        Q.   And as part of MVW's business, at least --
 8   let's call it 2012, '13, '14 -- was part of its
 9   business to manage these clubs?
10        A.   Yes.
11        Q.   What entities managed the clubs; do you
12   recall the name of the entities?
13        A.   Ritz-Carlton Management Company.
14        Q.   Are you an officer of that company?
15        A.   Yes.
16        Q.   Are you an officer of the Development
17   Company?
18        A.   Yes.
19        Q.   Does the Ritz-Carlton Development Company
20   today own any inventory in any of the Ritz-Carlton
21   Destination Clubs?
22        A.   Yes.
23        Q.   From foreclosures and whatnot?
24        A.   I'm trying to think.  We definitely own one
25   or two units at a couple of clubs.  We owned a
```

Page 25

Lee Cunningham - November 10, 2017

```
 1    Ritz-Carlton?
 2         A.   True.
 3         Q.   And the brands under MVW are the Marriott
 4    Vacation Club -- that's one?
 5         A.   Marriott Vacation Club.
 6         Q.   And the Ritz-Carlton Destination Club?
 7         A.   Yes.
 8         Q.   And the Grand Residences by Marriott?
 9         A.   That's true, yes.
10         Q.   In terms of the Marriott Vacation Club, is
11    that the entity that has the 50 or 55 resorts that MVW
12    points people can visit?
13         A.   I'm sorry?
14         Q.   Does it have about 55 resorts?
15         A.   It has more than that.
16         Q.   It does?  When your company was talking to --
17    for example, Mr. Mercer is talking about 51 clubs --
18    has that -- I believe it was 51 -- has that number of
19    clubs grown or is it because there's different types
20    of clubs that you're counting?
21              MR. SELLINGER:  Objection to form;
22       compound.
23         A.   The clubs have grown -- the number of clubs
24    has grown because more of the properties participate,
25    mostly International.
```

Page 27

Lee Cunningham - November 10, 2017

1  survey.
2       Q.  But you were not looking for a majority vote?
3       A.  We were looking for an affirmative vote or
4  affirmative feedback from the owners or members from
5  the survey.
6       Q.  And Ms. Babich, here in Exhibit 1447, is
7  e-mailing a Mitchell Bunn, Daniel Hicks, Fanny Ramirez
8  and Mary Umney.
9           Do you know any of those folks, or were they
10 kind of line personnel?
11      A.  I know the name Daniel Hicks; but other than
12 that, I don't know the other names.
13      Q.  It says in the middle paragraph -- you can
14 look at that -- of the first e-mail, "The survey is
15 similar to Aspen in that we're looking for a
16 majority -- we are not looking for majority vote."
17          Is that what you mean when you were looking
18 for -- does that mean they were looking for a
19 sentiment?
20      A.  Yeah.  We were looking for a -- it wasn't a
21 vote.  It was a survey, and we were trying to
22 understand the -- what percentage of the -- those who
23 replied to the survey were positive toward affiliation
24 and which ones were against affiliation.
25      Q.  Were you looking for a majority of the people

Page 31

Lee Cunningham - November 10, 2017

```
 1    that owned units in Aspen?
 2         A.   No.  A majority of the ones that responded to
 3    the survey or a -- I was looking at it to understand
 4    their sentiment, their -- as a whole -- based on those
 5    that responded.
 6         Q.   Have you reviewed any of the testimony of
 7    Randy Mercer before today?
 8         A.   No.
 9         Q.   She went on to say to her team members there,
10    "It's merely a mechanism to get feedback and the
11    affiliation is expected to occur regardless."
12              So does that mean, if you got a sentiment
13    that was negative, it was going to happen anyway?
14              MR. SELLINGER:  Hold on a minute.  My
15         problem with the way you're asking questions
16         is -- I have no problem with you asking
17         Mr. Cunningham the substance of what was
18         going on.  You can certainly show him the
19         document.  But when you read something and
20         ask him what that meant, he's not the author
21         of the document.  He's not even copied on
22         this document.
23              MR. FERGUSON:  So, objection to form.  I
24         got it.
25              MR. SELLINGER:  Yeah.
```

Page 32

Lee Cunningham - November 10, 2017

```
 1   officer of that entity?
 2        A.   I think the official title in most of our
 3   entities is vice president.
 4        Q.   Is Lion & Crown a separate corporation
 5   incorporated in a state like Delaware?
 6        A.   I don't recall.
 7        Q.   You don't recall.  All right.
 8             So what is your position at Cobalt?
 9        A.   It would be similar to Lion & Crown.
10        Q.   Vice president?
11        A.   Yes.
12        Q.   And what is your position at the Ritz-Carlton
13   Destination Club?
14        A.   Ritz-Carlton Destination Club is a -- is
15   really the -- as I thought about it, is doing business
16   as -- the DBA -- of the Ritz-Carlton Development
17   Corporation.
18        Q.   So there's no Ritz-Carlton Destination Club
19   entity.  You would agree with that now after further
20   reflecting on it?
21        A.   There's not a separate entity.  It's a brand
22   name, a doing business name as, for Ritz-Carlton
23   Development Company.
24        Q.   So you would agree then that the letter you
25   signed as COO and vice president of Ritz-Carlton
```

Page 132

Lee Cunningham - November 10, 2017

```
 1       Q.  Okay.  I mean, I understand your position on
 2   that, but I just want to be clear that you were also
 3   the COO of Marriott Vacation Club at the time you
 4   wrote the letter; right?
 5       A.  That's correct.
 6       Q.  You could have easily put down there that you
 7   were the vice president and COO of Marriott Vacation
 8   Club in signing that letter?
 9           MR. SELLINGER:  Objection to form.  I
10       think you're mixing apples and oranges.
11           MR. REISER:  Form is okay, Phil.
12       Otherwise, I consider it kind of coaching.
13       I'm not going to accuse you of that, but
14       that's why I'm asking you to just to state
15       "object to form."  Okay?
16       A.  I'm sorry.  Can you rephrase your question or
17   restate your question?
18   BY MR. REISER:
19       Q.  I'm just establishing, at the time you wrote
20   the letter in August of 2012 as the COO of
21   Ritz-Carlton Destination Club, there was no entity
22   called Ritz-Carlton Destination Club.  True?
23       A.  There wasn't a separate entity.  It was the
24   brand name associated with the Ritz-Carlton
25   Development Company.
```

Page 134

Lee Cunningham - November 10, 2017

```
 1        A.   Of Marriott Vacations Worldwide.
 2        Q.   Worldwide.  What about the Ritz-Carlton
 3   Management Company, were you also an officer and
 4   director of the Ritz-Carlton Management Company?
 5        A.   I would have to go back and research that.  I
 6   believe that I'm listed as an officer there, but I may
 7   not -- I am not sure.
 8        Q.   What about today, are you an officer of the
 9   Ritz-Carlton --
10        A.   I'd have to go back and check.
11        Q.   Are there any employees of Ritz-Carlton
12   Destination Club that are not also employees of
13   Marriott Vacation Club or Worldwide?
14        A.   No.  I don't believe so.
15        Q.   So there's no independence whatsoever between
16   Marriott Vacation Club Worldwide and Ritz-Carlton
17   Development Company.  True?
18             MR. SELLINGER:  Objection to the form.
19        A.   Can you restate your question?  There's no
20   independence?
21   BY MR. REISER:
22        Q.   So let me ask you this.  Are there any
23   employees of Cobalt that are not also -- strike that.
24   Are there any independent employees of Cobalt that are
25   also employed by Marriott Vacation Club Worldwide?
```

Page 137

Lee Cunningham - November 10, 2017

```
 1            MR. SELLINGER:  Same objection.
 2        A.  I think every -- you know -- all associates
 3   with -- are employed probably by Marriott Ownership
 4   Resorts International, which is -- but I don't --
 5   there's not a separate list of employees that are
 6   only -- that are employed by Cobalt.  There are people
 7   who only have -- their jobs are only focused on the
 8   business of Cobalt.
 9        Q.  Let me ask it another way.  Prior to the 2011
10   spinoff, there were employees of the division --
11   strike that.
12            Before the spinoff -- you mentioned Watzka.
13   His only job was related to Ritz-Carlton Destination
14   Club.  True?
15        A.  He was an executive officer with Marriott
16   Vacation Club International, and he was the chief
17   operating officer for the -- for Ritz-Carlton Club.
18        Q.  So maybe I already asked this, and I
19   apologize, but I'm just going to try to end this here
20   and just kind of sum it up here.
21            Are there any -- is there anybody that works
22   only for any of The Ritz-Carlton Destination Club
23   entities, such as Ritz-Carlton Management Company,
24   Ritz-Carlton Development Company?
25        A.  There's people that that's their only duties
```

Page 138

Lee Cunningham - November 10, 2017

```
 1   are to that, are they -- is their employer of record
 2   Cobalt Travel?  No.
 3           The people in member services -- all the
 4   employees of member services -- work and they're --
 5   all they do is work related to Cobalt Travel for
 6   Ritz-Carlton Destination Club.
 7        Q.  Okay.  But I'm not even talking about Cobalt
 8   right now.  I just want to separate --
 9        A.  I'm just using that as an example.
10        Q.  I got you.  Let's start -- I'm just going to
11   go through the Ritz-Carlton entities that I'm aware
12   of.
13           There's Ritz-Carlton Management Company.
14   Let's start with that.
15           Are you aware of anybody that works for
16   Ritz-Carlton Management Company that's not employed by
17   Marriott Vacation Club Worldwide?
18        A.  No.
19        Q.  Are you aware of anybody that's employed by
20   Ritz-Carlton Development Company that's not employed
21   in actuality by Marriott Vacation Worldwide
22   Corporation?
23        A.  No.
24        Q.  Is there anybody employed at Cobalt Travel
25   that's not also employed by Marriott Vacation Club
```

Page 139

Lee Cunningham - November 10, 2017

```
 1   Worldwide?
 2        A.   No.
 3        Q.   Is there anybody employed by Lion & Crown
 4   Travel Service that is not --
 5        A.   No.
 6        Q.   -- is not employed by Marriott Vacation Club
 7   Worldwide?
 8        A.   No.
 9        Q.   So as the COO of the Marriott Vacation Club
10   Worldwide, you would be aware if there were any
11   employees that just worked for the Ritz-Carlton
12   entities that I just described.  True?
13        A.   As I said, there are people that are
14   employees that are only focused on those businesses,
15   but their employer of record is Marriott Vacations
16   Worldwide.
17        Q.   All right.  So prior to the spinoff, there
18   was -- the member services was not operated out of
19   Salt Lake City, was it?
20        A.   We moved from -- I don't remember the timing
21   of when we moved it from Orlando to Salt Lake City.
22        Q.   Prior to moving it to Salt Lake City, folks
23   who were members of The Ritz-Carlton Destination Club
24   could call up member services and they would have
25   somebody -- they would reach somebody in Orlando.
```

Page 140

Lee Cunningham - November 10, 2017

```
 1            MR. REISER:  Can you read it back to me
 2       and see if it was bad?
 3            (The reporter read back the last
 4       question.)
 5            THE WITNESS:  What we did consider was
 6       Cobalt Travel's ability to affiliate.
 7  BY MR. REISER:
 8       Q.   How did you separate the interests of the
 9  Ritz-Carlton Management Company's interest, given that
10  you were also the COO of Ritz-Carlton Management
11  Company?
12       A.   Because it wasn't a Management
13  Company-related decision.  Affiliation is related to
14  Cobalt Travel.  It's related to that component of the
15  business, which is all about the use of the product
16  and the movement of the product.
17       Q.   Same question for Ritz-Carlton Development
18  Company.  How did you separate the interests of the
19  Ritz-Carlton Development Company in a potential
20  affiliation, given that you were the COO of the
21  Ritz-Carlton Development Company as well?
22       A.   Right.  Same answer.  The -- Cobalt Travel
23  was part of the business that was responsible for
24  affiliation.  That was the lens through which we
25  looked at the ability to affiliate.
```

Page 147

Lee Cunningham - November 10, 2017

```
 1        A.   Yes.
 2        Q.   Mike Marino?
 3        A.   That's correct.
 4        Q.   Who else?
 5        A.   Stephanie Sobeck and myself.  I don't know
 6   that there was anyone else.
 7        Q.   Okay.  Tell me about the discussions during
 8   that meeting about a vote of the membership regarding
 9   affiliation.
10        A.   There was a discussion about getting a
11   sentiment of the members.  Could have used the word
12   "vote," but to get the understanding of how the
13   members felt about the affiliation.
14        Q.   So prior to this meeting, there had been a
15   promise made to Bachelor Gulch, not to -- at least to
16   delay the affiliation for a while.  Correct?
17             MR. SELLINGER:  Objection to form.
18        A.   Prior to which --
19   BY MR. REISER:
20        Q.   Prior to April 5, 2013.
21        A.   Yes.  There was -- after the evolution letter
22   and a discussion with Mr. Mullenix, we had agreed to
23   postpone an affiliation communication with the members
24   at Bachelor Gulch.
25        Q.   Okay.  Did you promise the Bachelor Gulch
```

Page 228

Lee Cunningham - November 10, 2017

```
 1         Q.  Okay.  Does this influence at all -- or do
 2   you want to change your response at all to the meaning
 3   of the April 5th letter that was sent out to the Aspen
 4   membership that promised a vote?  Would you agree that
 5   that was the correct -- hold on -- that was the
 6   correct -- the correct outcome of the meeting in
 7   Aspen, that the decision was made to give the members
 8   of the Aspen Club a vote as to whether to affiliate
 9   with the Marriott Vacation Club?
10              MR. SELLINGER:  Objection to form.
11         A.  I'm not sure whether that was the outcome of
12   that meeting.  The part that I -- the primary part
13   that I would object to would've been the majority of
14   the members component.
15   BY MR. REISER:
16         Q.  Okay.  So you take issue with the April 5th
17   vote that there had to be a majority of the
18   membership?
19         A.  That is correct.
20         Q.  But you would agree that there would have to
21   be an affirmative vote of each club's membership
22   before there would be an affiliation?
23         A.  At that point in time, that is what we felt
24   was the right thing.
25         Q.  And earlier this morning -- or earlier this
```

Page 234