# EXHIBIT 8

```
 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
 2
                    Case No. 2:16-cv-00237-MCE-CKD
 3
 4    THOMAS F. REISER, JR., and
      LINDA T. REISER, et al.,
 5
            Plaintiffs,
 6    v.
 7    MARRIOTT VACATIONS WORLDWIDE
      CORPORATION, et al,
 8
            Defendants,
 9    _____/
              SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                 FOR THE COUNTY OF SAN FRANCISCO
11                     Case No. CGC 15-545987
12
      WILLIAM P. PETRICK, and
13    SHARON F. PETRICK, et al.,
14          Plaintiffs
15    v.
16    MARRIOTT VACATIONS WORLDWIDE
      CORPORATION, et al.,
17
            Defendants.
18    _____/
19
20                              Greenberg Traurig
                                450 South Orange Avenue
21                              Suite 650
                                Orlando, Florida
22                              Wednesday, 1:47 p.m.-2:40 p.m.
                                March 28, 2018
23
24
              VIDEOTAPED DEPOSITION OF CRAIG OUELETTE
25
```

Page 1

```
 1    follows:
 2              THE WITNESS:  I do.
 3                  DIRECT EXAMINATION.
 4    BY MR. REISER:
 5         Q.   Will you state your full name?
 6         A.   Craig Andrew Ouelette.
 7         Q.   Have you ever given a depo before -- a
 8    deposition?
 9         A.   No.
10         Q.   Can you state your position at Marriott
11    currently?
12         A.   I am director of payroll.
13         Q.   For who; which entity?
14         A.   I work for Marriott Ownership Resorts,
15    Incorporated.
16         Q.   Is there any payroll -- strike that.  So you
17    would be the person who would write checks for all the
18    Marriott Vacation Worldwide entities -- payroll
19    checks?
20           MR. MARX:  Object to the form of the
21      question.
22    BY MR. REISER:
23         Q.   Not write them personally.  But you are the
24    one who is in charge of payroll for all the Marriott
25    Vacation Worldwide Corp. entities?
```

Page 7

```
 1    trying to get an idea of the year that there was an
 2    employee there last that got a paycheck.
 3         A.   I don't know the exact year.
 4         Q.   Can you give me an estimate?
 5         A.   2014.
 6         Q.   Do you remember any employees from the
 7    Ritz-Carlton Management Company?
 8         A.   There was one.
 9         Q.   Who was that?
10         A.   I can't recall her name, but she was a broker
11    in Hawaii.
12         Q.   Was this a salesperson?
13         A.   No.
14         Q.   What kind of broker was she?
15         A.   A broker for the management company.  It's
16    required in Hawaii.
17         Q.   Okay.  Was that the only employee in the
18    Ritz-Carlton Management Company since the spinoff that
19    you're aware of?
20         A.   That I know of.
21         Q.   Is there anybody on the payroll of Cobalt
22    Travel Company, LLC?
23         A.   Yes.
24         Q.   Who is on the payroll on that?
25         A.   We have people in Salt Lake City who are
```

```
 1     owner services for Ritz-Carlton.
 2          Q.   How many people are on the payroll of Cobalt?
 3          A.   I don't know exactly.
 4          Q.   What's your best estimate?
 5          A.   25.
 6          Q.   Those are all Salt Lake City member services
 7     personnel?
 8          A.   No.  They're all dedicated Ritz-Carlton owner
 9     services in Salt Lake City.
10          Q.   So their paycheck literally says on it
11     "Cobalt Travel Company, LLC" as the employer?
12          A.   Yes.
13          Q.   And how about Lion & Crown; are there any
14     employees of Lion & Crown?
15          A.   No.
16          Q.   Do you provide any payroll services for
17     anybody at the Ritz-Carlton Hotel Company that's
18     involved in the Ritz Clubs, like John Hearns or
19     anybody like that?
20          A.   No.
21          Q.   That all comes from Marriott International,
22     as far as you're aware?
23               MR. MARX:  Object to the form of the
24     question.
25          A.   I don't know that.
```

Page 11