# EXHIBIT 10

```
 1    RCHFU, LLC,  et al.,
 2         Plaintiffs,        United States District Court
                              District of Colorado
 3    v.                      No.  1:16-cv-09390
 4
      MARRIOTT VACATIONS WORLDWIDE
 5    CORPORATION, et al.,
           Defendants,
 6    _____/
      REISER, et al.,
 7         Plaintiffs,
                              Eastern District of California
 8    v.                      No.  2:16-cv-00237-MCE-CKD
 9
      MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al,
           Defendants,
11    _____/
      PETRICK, et al.,
12         Plaintiffs,
13                            San Francisco County
      vs.                     No. CGC-15-54897
14
      MARRIOTT VACATION WORLDWIDE
15    CORPORATION, et al.,
16         Defendants.
      _____/
17
18         VIDEOTAPED DEPOSITION OF STEPHANIE SOBECK
19         taken at 450 South Orange Avenue, Suite 650,
           Orlando, Florida, commencing between 9:11 a.m.
20         - 6:20 p.m. on Thursday November 16, 2017
21         before Lisa Gerlach, Court Reporter, Notary
22         Public in and for the State of Florida at Large.
23
24    Job No. 2733702
25    Pages 1 - 374
```

```
 1     consultant or --
 2         A.   We dedicate time -- no -- it's a part of
 3     MORI, so it's -- I work for MORI, and that's one of
 4     the things -- one of the entities that I work on --
 5     dedicate time to.
 6         Q.   When you say you represent the Ritz-Carlton
 7     Management Company to the associations, what does that
 8     mean?
 9         A.   So the Ritz-Carlton Management Company is
10     actually the management company that holds the
11     agreement with the associations.  So we are the ones
12     at board meetings and so on who represent the
13     Management Company to those associations.  It's a
14     different structure than in the Marriott.
15         Q.   But you don't have any, like -- any
16     responsibilities to the associations in your role, do
17     you?
18         A.   Sure.
19         Q.   What are they?
20         A.   Ritz-Carlton Management Company is
21     responsible for billing and collecting.
22         Q.   I'm not talking about Ritz-Carlton Management
23     Company.  I'm talking about you as the asset manager,
24     if you wouldn't mind.  I'm just asking, like, what
25     your role as the asset manager would be --
```

```
 1          A.   I represent the Ritz-Carlton Management
 2     Company for the association.  I'm sorry.  I don't...
 3          Q.   So when you say you represent the
 4     Ritz-Carlton Management Company, what do you
 5     personally do, if anything, involving the Ritz-Carlton
 6     Management Company and their interactions with the
 7     homeowners associations?
 8          A.   So, as an example, at the board meetings,
 9     we -- I, because I'm the representative there -- get
10     the billing and collections timelines approved, work
11     through the bills with the onsite team, get them
12     approved.  We work through member services with the
13     program manager.  If there's things going on that the
14     association's interested in understanding more about,
15     we get the information from the program manager.
16     Those type of things.
17          Q.   So you personally, as an executive, you
18     handle the billing and collection matters?
19          A.   No, but I'm the one sitting there with the
20     board --
21          Q.   I understand you're listening to the board at
22     the board meetings.  I'm trying to say, who at the
23     Ritz-Carlton Management Company physically does the
24     billing and collections?
25          A.   We have an outside company called Concord who
```

Page 29

```
 1    affiliation decision, yes.
 2         Q.   And he wasn't entitled to participate and/or
 3    consent.  True?
 4         A.   He wouldn't have been able to make the
 5    decision to affiliate or not, yes.
 6         Q.   So your interpretation of participate or
 7    consent is to make the decision?
 8         A.   To make the decision to affiliate, yes.
 9         Q.   And you would agree that the club manager,
10    Ritz-Carlton Management Company, did not have the
11    ability to -- or was not entitled to either
12    participate in or consent to the Cobalt decision to
13    affiliate.  True?
14         A.   Correct.  It was only Cobalt.
15         Q.   Okay.  What is your understanding of the
16    reason for that sentence, "Neither the developer,
17    members association, or club manager shall be entitled
18    to participate in or consent to program manager's
19    decision in regard to the affiliation"?
20         A.   That it was only --
21              MR. SELLINGER:  Objection to form.
22         A.   It was only Cobalt.  Cobalt had the ultimate
23    decision of determining who was going to be
24    affiliated, and these other entities or groups did
25    not.
```

```
 1    members by the end of the day."  Right?
 2            Lee was involved in preparing the e-mail.
 3    True?
 4        A.  No --
 5            MR. SELLINGER:  Objection to the form.
 6        A.  It was written by the board.
 7    BY MR. REISER:
 8        Q.  Okay.  On April 5th, the third e-mail chain
 9    in this -- and it's on the second page -- it says --
10    it's from you to the same folks.  It says, "All,
11    please find the letter attached that the Aspen board
12    would like to send out today.  It has been approved by
13    Lee and myself.  Please format accordingly.  Also,
14    please send out via mail to all members that do not
15    have e-mail addresses on file.  Thank you."  And you
16    have several exclamation points after that.
17        A.  I do that sometimes.
18        Q.  Does that refresh your recollection as to
19    whether you and Lee approved the April 5th letter that
20    went out to the members?
21            MR. SELLINGER:  Objection to form.
22        A.  Yes.  We saw the letter.  The boards, though,
23    just to be clear -- the boards can send communication
24    out to their members at any time.  It's very common
25    for them.  They send communication.  They want to talk
```

Page 114

```
 1    to their members.
 2            So it's our practice -- we will look at it
 3    for something -- a glaring issue or a fact that's not
 4    correct -- but we try not to get in the way of
 5    changing letters from boards to their members.  That's
 6    not really the --
 7    BY MR. REISER:
 8         Q.   That's not what you do?
 9         A.   It's not really -- I mean...
10         Q.   You don't have any history of changing
11    letters that the board wrote?  You, personally, don't
12    have any experience in doing that?
13         A.   No.  We go through -- that's what I said.  We
14    go through and look at letters.  We make suggestions
15    to letters.  But the board, very commonly,
16    communicates to their members.  They need the ability
17    to be able to communicate to their members.
18            We may go in and make suggestions to letters
19    and suggest changes to letters.  But, at the end of
20    the day, if the board wants to communicate something
21    out, they have the ability to do that.
22         Q.   I'm not talking generally.  I'm talking
23    specifically on this April 5th letter.  This April 5th
24    letter, while you were in Aspen, was approved by you
25    and Lee Cunningham.  True?
```

Page 115

```
 1    effect -- the voting process was in effect?
 2         A.   I do.
 3         Q.   Do you recall that that upset Mr. Mullenix
 4    and his board, that you were all communicating with
 5    his members?
 6         A.   Yes.
 7         Q.   Did he tell you to stand down from doing
 8    that?
 9         A.   Yes.
10         Q.   Why were you doing that?
11         A.   Because we didn't feel like all of the facts
12    were being shared accurately with the membership.
13         Q.   Whose idea was it to communicate with the
14    Bachelor Gulch members during the voting process that
15    had been approved by its board?
16         A.   I would say, it was a group decision.
17         Q.   And did the communication go out from RCDC
18    membership services?  Was there, like, a blast of a
19    letter that went out?
20         A.   How did it go out?
21         Q.   That's generally how things go out from --
22         A.   Yeah.  It would go out from Ritz-Carlton, the
23    member services e-mail, correct.
24         Q.   Let me show you what's been marked as 1249.
25    This is a -- I think someone talked about this today
```

Page 329

```
 1            A.   The board's.  Not his alone.
 2            Q.   So he sent out, two days after the vote
 3    started, a communique that says, "We're in favor of
 4    voluntary" -- in the first bullet point.  And it says
 5    in the third bullet point, "We are in favor of
 6    affiliation programs that are voluntary."  And the
 7    third bullet point, it says, "We are in favor of
 8    voluntary affiliation programs."  The fifth bullet
 9    point, "We are in favor of this offering."
10            He was -- and the last one -- "We do this
11    voluntary affiliation program as a benefit to our
12    members."
13            That was in keeping with what you all
14    thought, right -- it was voluntary and it should be a
15    good option for people to sign up for?
16            A.   It was a good option.  Yeah, it was a good
17    option for the members.  But these are his words, not
18    mine.
19            Q.   I understand.  Do the words come at all from
20    all of you in terms of conceptual words -- I mean,
21    voluntary, benefit, optional, not mandatory.  Isn't
22    that the type of wording that you had all developed?
23    When I say all of you -- Marriott Vacation Club,
24    Marriott Vacation Worldwide -- had developed over the
25    summer?
```

Page 356

```
 1    December 9th, "The final date of this survey is
 2    scheduled for January 3rd.  Aspen is ready to conduct
 3    their survey now, but the board is looking for a
 4    majority of members to positively vote for affiliation
 5    to move forward.  They simply want to understand their
 6    members' interest level and plan to offer it to all
 7    members since it is completely voluntary."
 8            What you're saying there is, really, the
 9    decision had been made to affiliate no matter what.
10    It didn't matter what the vote was going to be.
11        A.  We wanted to see what the members -- if the
12    membership would have come back and it would've been
13    zero for, 100 against, it would've been a different
14    topic.  But we knew at that point that it was going to
15    be positive.
16        Q.  You knew that.  How did you know that?
17        A.  The board was -- the board was supporting it.
18    It was moving in that direction.  The vote was
19    already -- by this time, which was the 9th, the vote
20    had already been out a few days.  I was getting daily
21    vote reports.
22        Q.  Who at Marriott Vacation Worldwide and at the
23    board in this timeframe -- from the timeframe we saw
24    you used The Agency internally to get "yes" votes,
25    until the time we see Mr. Mercer sending out a letter
```

Page 358