# EXHIBIT 11

Randal Mercer - October 24, 2017

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF COLORADO
 3             Civil Action No. 1:16-cv-01301-PAB-GPG
 4
 5     RCHFU, LLC, et al.,
                  Plaintiffs,
 6     vs.
 7     MARRIOTT VACATIONS WORLDWIDE
 8     CORPORATION, et al.,
 9                Defendants.
10     _____/
11
12                 VIDEOTAPED DEPOSITION OF
13                      RANDAL MERCER
14              Tuesday, October 24, 2017
15                 9:02 a.m. - 5:32 p.m.
16                    CRE Consultants
17         12140 Carissa Commerce Court, Suite 103
18               Fort Myers, Florida  33966
19
20     Reported By:
21     Yvonne Corrigan, RPR, CRR
22     Notary Public, State of Florida
23     Job No. 2728895
24
25     Pages 1 - 335
```

Page 1

Randal Mercer - October 24, 2017

```
 1    glimpse as to what the people wanted.
 2           Q.   Really?  So it's your testimony --
 3                MR. SHEA:  Objection.  Sarcastic remark that
 4        isn't warranted.
 5    BY MR. FERGUSON:
 6           Q.   Is that really what you're saying?
 7                MR. SHEA:  That's not the way you treat a
 8        witness.
 9    BY MR. FERGUSON:
10           Q.   Is that really what you're saying, that based on
11    74 or so people responding to a survey, that based upon
12    that, you believe you had a green light to go forward with
13    this affiliation?
14           A.   I believe that the survey gave us a glimpse into
15    what the members wanted.
16           Q.   And what type of studies, analysis, did you look
17    at that, you know, less than 10 percent of the people or
18    the members of the RCDC Aspen Highlands, what did you look
19    at that said those 74 people are actually projecting a
20    glimpse of what everybody else wants?
21           A.   There are very few members that respond to
22    anything, annual meetings, proxies, things like -- the
23    number of people who responded were always very, very low.
24           Q.   Right.  But Mr. Mullenix was able to pull off an
25    election, was he not?
```

Page 89

Randal Mercer - October 24, 2017

```
 1    to ask you.
 2             It says above the words "RCDC Executive
 3    Leadership and the board.  Based on some member and board
 4    feedback, it is clear that there are concerns" -- and we
 5    saw that in the prior draft of this.
 6             It says, "The Ritz-Carlton Club -- opening the
 7    Ritz-Carlton Club to Marriott Vacation Club owners, which
 8    is why we believe a vote of the members is the best way to
 9    determine if the Ritz-Carlton Club, Aspen and its members
10    will be affiliated in any way with the Marriott Vacation
11    Club system," right?
12        A.   The word "vote" is in there.  Again, it was
13    interchangeable for.
14        Q.   And during the next few weeks, you were talking
15    about the frequently asked questions that would go out
16    with this letter, --
17        A.   Mm-hmm.
18        Q.   -- and you were working with the details of what
19    was going to be communicated to your membership, right?
20        A.   Yes.
21             (Exhibit 1251 previously marked for
22        identification produced to the witness.)
23    BY MR. FERGUSON:
24        Q.   Exhibit 1251 (handing).  So this is an email you
25    sent to Mercer -- I'm sorry, Mercer sent to Neveloff --
```