# EXHIBIT 13

```
 1   RCHFU, LLC,  et al.,
 2        Plaintiffs,        United States District Court
                             District of Colorado:
 3   v.                      No.  1:16-cv-01301 PAB-GPG
 4   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 5
          Defendants,
 6   _____/
     REISER, et al.,
 7
          Plaintiffs,        Eastern District of California
 8   v.                      No. 2:16-cv-00237-MCE-CKD
 9   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al,
10
          Defendants,
11   _____/
     PETRICK, et al.,
12
          Plaintiffs,
13                           San Francisco County
     vs.                     No. CGC-15-54897
14
     MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16        Defendants.
     _____/
17
18
              VIDEOTAPED DEPOSITION OF STEPHEN WEISZ
19
                             Greenberg Traurig
20                           450 South Orange Avenue
                             Suite 650
21                           Orlando, Florida
22                           Thursday, 9:11 a.m.-2:25 p.m.
23                           May 17, 2018
24
25   PAGES 1 - 190
```

Page 1

```
 1    the strategic council."
 2         Q.   All right.  So can you tell me what the
 3    purpose of the strategic council is?
 4         A.   Sure.  We meet once a month to talk about
 5    issues we think are of strategic importance to the
 6    company, and make sure that everyone around the table
 7    is aware of the things that are going on, provide
 8    input and guidance as to where we want to go.  And
 9    that's the purpose of the group.
10         Q.   Okay.  So it doesn't make any decisions.
11    True?
12         A.   I wouldn't say that.  There are decisions
13    that we make.  Some as seemingly mundane as whether or
14    not we're going to close early the day before a
15    holiday in our corporate offices so people can enjoy a
16    longer weekend.
17              Others of which are things of -- when we want
18    to make a recommendation that we review -- that are
19    worthy of some further discussion.  It runs the broad
20    gamut.
21         Q.   But are there votes that happen on the
22    council?
23         A.   I can recall maybe once or twice when we've
24    looked for an indication of interest or support, but
25    we don't take formal votes.
```

Page 32

```
 1          Q.   Okay.  Fair enough.  You just mentioned Lee
 2     Cunningham would've been the one reporting on the
 3     luxury segment update.
 4               You agree with Lani Kane-Hanan that he was
 5     the point person from the executive team that was
 6     handling this reengineering project?
 7          A.   He had the responsibility for the
 8     Ritz-Carlton Club, yes.
 9          Q.   Including the reengineering of the club?
10          A.   The reengineering of the club had many facets
11     to it; some of which were legal, some of which were
12     financial, et cetera, but he would've been the
13     quarterback, so to speak.
14          Q.   Okay.  The first box under "Luxury segment
15     reengineering," the second bullet point there reads,
16     "The communication related to the evolution of the
17     RCDC product has not been well-received by many of the
18     members.  Several boards have made their concerns
19     known to us."
20               This same language tends to carry over to
21     subsequent luxury segment updates that you'll see.  I
22     just want to ask you -- do you remember discussion at
23     any of these strategic councils, starting as early as
24     August 2012, where Mr. Cunningham was describing at
25     the strategic council the reaction from both the
```

Page 89

Veritext Legal Solutions
866 299-5127

```
 1   members and the boards to the evolution proposal?
 2        A.   Again, it was in the document.  Whether there
 3   was specific discussion at this meeting about it, I
 4   can't recall.
 5        Q.   Generally, though, without trying to pin you
 6   to a certain meeting -- again, just to give you an
 7   example, if you want, we can show you also, at the
 8   same time, Exhibit 2145, which is the strategic
 9   council of the next month on September 27th, 2012.
10             If you can just look at the box on that --
11   that luxury segment update?  Under "Luxury segment
12   reengineering," you'll see that the same language
13   appears in that one.  "The communication relating to
14   the evolution of the RCDC has not been well-received
15   by many of the members.  Several of the boards have
16   made their concerns known to us."
17             So that's what I meant in terms of this
18   language keeps carrying over.  So I don't want to try
19   to pin you into, like, what meeting this was
20   discussed.  But do you generally remember, at these
21   strategic council meetings in the fall or so -- late
22   summer or fall of 2012, following the evolution
23   letter -- that there was discussions at the strategic
24   council that the evolution had not been well-received
25   by many of the members and that the RCDC boards also
```

```
 1   were making concerns known?
 2        A.  Again, as it says here, yes, we were aware of
 3   it.  Whether there were specific discussion at this
 4   strategic council meeting on this particular issue on
 5   this particular date, I can't speak to.
 6            It is not uncommon in these updates to see
 7   things be carried over, so you see the same words and
 8   the same sentences and everything else.  The fact that
 9   it would appear once in August and once in September,
10   is nothing more than just a continuation of a dialogue
11   about this.
12        Q.  Okay.  Thanks.  Keeping with the
13   September 27th -- actually, going -- sorry -- going
14   back to Exhibit 2143, which is the August 8th
15   document.  Just in terms of structure of the meetings,
16   is it true that, at the strategic council meetings,
17   there would be discussion of the luxury segment
18   reengineering project as a whole, as evidenced by the
19   first box in these memos; and then at each club, would
20   there be a discussion as to any significant happenings
21   at each club?
22            MR. SELLINGER:  Just read the question
23        back to me, please.
24            THE REPORTER:  "Keeping with the
25        September 27th -- actually, going -- sorry --
```

Page 91

```
 1            going back to Exhibit 2143, which is the
 2            August 8th document.  Just in terms of
 3            structure of the meetings, is it true that,
 4            at the strategic council meetings, there
 5            would be discussion of the luxury segment
 6            reengineering project as a whole, as
 7            evidenced by the first box in these memos;
 8            and then at each club, there would there be a
 9            discussion as to any significant happenings
10            at each club?"
11                 MR. SELLINGER:  Objection to form.
12            A.   Again, this is a recap of things that are
13     issued or things that are being addressed at each one.
14     Whether there was a specific discussion at a specific
15     meeting about any one of these points, I can't speak
16     to.
17     BY MR. REISER:
18            Q.   Okay.  But at any rate, these documents were
19     sent to the strategic council prior to the meeting as
20     a pre-read.  So, although there may not have been
21     discussion on each one of these, each member of the
22     strategic council had an opportunity to read any of
23     this prior to the meeting.  True?
24            A.   Presumably, yes.
25            Q.   On August 8th -- returning to the last page
```

Page 92

```
 1    of the memo on page six -- there is a discussion of
 2    the Northstar project.  And the first point says,
 3    "Continuing to work through the JMA transition."
 4           The second bullet point says, "JMA is
 5    delinquent in paying their maintenance fees.  The
 6    board of directors has informed JMA of their intent to
 7    lien their units if they do not come current on their
 8    obligation.  Working with the board of directors to
 9    determine ways to mitigate cash flow shortfall in
10    period ten, while continuing to put pressure on JMA."
11           Do you remember that issue coming up, that
12    JMA, shortly after they closed on the project, became
13    delinquent on maintenance fee obligations?
14        A.  I became aware of it, yes.
15        Q.  Do you remember any discussion at the
16    strategic council level of the use of reserve funds at
17    the Tahoe club to cover any shortfall in maintenance
18    fees that were created by the failure for JMA to pay
19    their fees?
20        A.  In preparation for this deposition, I saw
21    that referenced in one of these updates, but that's
22    the extent of it.
23        Q.  You don't remember anything contemporaneous
24    with when it was discussed.  You just saw it --
25        A.  I don't.  By the way, you should know that
```

```
 1   I've met him.
 2        Q.   Have you ever heard anything about his law
 3   practice?
 4        A.   Not really.
 5        Q.   Do you know the firm, Kramer Levin, in
 6   New York?
 7        A.   I do not.
 8        Q.   So getting back to the halo affect we
 9   discussed right before the break, would you agree that
10   the Marriott Vacation Club is benefiting from the halo
11   effect of the Ritz-Carlton Destination Club
12   post-reengineering of the clubs?
13             MR. SELLINGER:  Objection to form.
14        A.   I don't consider that in the context as
15   you've represented it.  I think the fact that our
16   members have the opportunity, after spending a
17   considerable amount of points, to get to a
18   Ritz-Carlton Club -- those that want to go there -- I
19   think they certainly enjoy the accommodations and the
20   service levels.  But I don't think it's, per se, a
21   halo effect to the Marriott Vacation Club standard
22   timeshare product.
23   BY MR. REISER:
24        Q.   But do you think that it actually helps the
25   Marriott Vacation Club sales folks sell more product
```

Page 108

```
 1    by being able to tell potential purchasers that they
 2    have access to the Ritz-Carlton Clubs through the
 3    Marriott Vacation Club?
 4         A.   I certainly think there's some members that
 5    probably value that and would buy more points as a
 6    result of it.
 7         Q.   Okay.  I mean, regardless of whether we call
 8    that a halo effect or not, you would agree that it was
 9    beneficial to the Marriott Vacation Club sales efforts
10    to be able to represent to potential purchasers that
11    they would have access to the Ritz Clubs.  True?
12              MR. SELLINGER:  Objection to form.
13         A.   Again, I think you're making more of it than
14    I would in terms of the benefit to doing it.  Again --
15    and I'll give you another example.
16              When we announce a new resort in a new
17    location, that provides a benefit to our existing
18    owners, and they get excited about it and they want to
19    go buy more points.
20              Again, I don't think there's a dramatic
21    effect by having Ritz-Carlton Club inventory in the
22    North American Trust that causes us to see a huge
23    incremental value to it.
24    BY MR. REISER:
25         Q.   Prior to the reengineering of the
```