# EXHIBIT 14

| | |
|---|---|
| **From:** | Pierce, Ben |
| **Sent:** | Wednesday, November 20, 2013 05:55:14 PM |
| **To:** | Spillman, John |
| **Subject:** | FW: Preliminary Value Conclusions |
| **Attachments:** | Schedule A Preliminary Values 11-20-13.xlsx; ATT1295603.txt |

FYI...

**Ben Pierce**
Vice President, Feasibility & Trust Provisioning
Marriott Vacations Worldwide Corporation
6649 Westwood Boulevard, Suite 500
Orlando, FL 32821
407-206-6494 (W)
407-810-8235 (C)
407-206-6262 (F)
ben.pierce@mvwc.com

This communication contains information from Marriott Vacations Worldwide Corporation that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Frates-Mazzilli, Kim
**Sent:** Wednesday, November 20, 2013 4:58 PM
**To:** Pierce, Ben
**Cc:** Sobeck, Stephanie
**Subject:** FW: Preliminary Value Conclusions

Ben:

Here is the preliminary appraisal for the BFLT inventory. Please note there have been some changes since the board meeting this afternoon.

Please let me know if you have any questions?

Kim

Kim Frates-Mazzilli
Senior Director, Planning & Analysis
The Ritz-Carlton Destination Club
6649 Westwood Blvd
Orlando, Florida 32821
Phone: 407-206-6348
Fax: 407-206-6062
kimberly.frates-mazzilli@ritzcarltonclub.com


EXHIBIT 5002  10/9/18

SF, AH, LT

RCDC070093

*Privileged and/or Confidential: This communication contains information from The Ritz-Carlton Development Company that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.*

**From:** John Vaughan [mailto:John.Vaughan@cushwake.com]
**Sent:** Wednesday, November 20, 2013 3:40 PM
**To:** Frates-Mazzilli, Kim
**Subject:** RE: Preliminary Value Conclusions

Please find our preliminary value conclusions attached above.

Thank you,

John

**John C. Vaughan**
Senior Director
Valuation and Advisory
1888 Kalakaua Avenue Suite C-312
Honolulu, HI 96815

1 (808) 748-1925 mobile
1 (808) 791-7872 office

John.Vaughan@cushwake.com


**CUSHMAN & WAKEFIELD.**

Cushman & Wakefield Western, Inc.
1888 Kalakaua Avenue, Suite C - 302, Honolulu, HI, 96815

Perspective: C&W's 2012/2013 Annual Review now available online

This transmittal is confidential and may be protected by the attorney-client privilege or attorney work product. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error and any review, dissemination, distribution or copying of this transmittal or any attachments to this transmittal is strictly prohibited. If you have received this in error, please notify the sender by return e-mail and then delete it.

SF, AH, LT

RCDC070094