# EXHIBIT 15

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF COLORADO
 2

              CIVIL CASE NO. 1:16-cv-01301 PAB-GPG
 3

 4    RCHFU, LLC, et al.,
 5          Plaintiffs,
 6    MARRIOTT VACATIONS WORLDWIDE
      CORPORATION, et al.,
 7
            Defendants,
 8    _____/
 9
10
                              Greenberg Traurig
11                            450 South Orange Avenue
                              Suite 650
12                            Orlando, Florida
                              Tuesday, 9:22 a.m.-10:52 a.m.
13                            October 9, 2018
14
15
16         VIDEOTAPED DEPOSITION OF BENJAMIN PIERCE
17
18         Taken on Behalf of the Plaintiffs before
19      Lisa Gerlach, Court Reporter, Notary Public
20      in and for the State of Florida at Large,
21      pursuant to Plaintiffs' Notice of Taking
22      Deposition in the above cause.
23
24
25    Pages 1- 54

                                                  Page 1
```

```
 1        said, "the management company"?
 2              THE REPORTER:  Question:  Was it your
 3        decision to hire Cushman & Wakefield?
 4              Answer:  No.
 5              Question:  Do you know whose it was?
 6              Answer:  It was the management company's.
 7   BY MR. REISER:
 8        Q.   How do you know it was the management
 9   company's decision to hire Cushman & Wakefield?
10        A.   Because they went out and engaged Cushman &
11   Wakefield.
12        Q.   Who did?
13        A.   The management company.
14        Q.   How do you know that?
15        A.   We asked them to engage, to do an appraisal.
16        Q.   Who did?  You did?
17        A.   As Bleu Florida Land Trust.
18        Q.   When you say, "we," who are you talking
19   about?
20        A.   The board.
21        Q.   So, as you recollect, Mr. Pierce, the board
22   asked the management company to retain Cushman &
23   Wakefield to get appraisals?
24        A.   No.
25        Q.   What's inaccurate about what he just said?
```

Page 36