# EXHIBIT 16

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3
    RCHFU, LLC, et al.,              )
 4                                   )
         Plaintiffs,                 )
 5                                   )
    vs.                              )
 6                                   )
    MARRIOTT VACATIONS               )
 7  WORLDWIDE CORPORATION, et        )
    al.,                             ) Civil Case No.:
 8                                   ) 16-01301 PAB
         Defendants.                 )
 9
10        Videotaped videoconference deposition of:
11                 CHRISTOPHER T. DONALDSON
12
13                May 23, 2018 * 9:37 a.m.
14
15              Location:  Holland & Hart
16           222 South Main Street, Suite 2200
17               Salt Lake City, Utah 84101
18
19
20
21         Reporter:  Kelly Fine-Jensen, RPR
22      Notary Public in and for the State of Utah
23
24         Videographer:  Ryan Reverman, CLVS
25  PAGES 1 - 323
```

Page 1

```
 1    opportunity."
 2              And then if you go two lines down it says,
 3    "As we anticipate sending an announcement to members
 4    by close of business on Thursday, November 20th,
 5    2014, regarding the open -- of the exchange -- on
 6    December 5th, 2014."
 7              Do you see that language?
 8         A.   Yes.  I do.  Sorry.  You were cutting out
 9    a little bit.  But, yes, I do see that.  It was kind
10    of garbled.
11         Q.   Yeah.  I don't know where that -- where
12    that noise was coming from.
13              But in any event -- so -- so here, the
14    Ritz members and the Marriott members are able to
15    exchange on December 5th, 2014, that's for the Aspen
16    Club, and Exhibit 2273 is for the Lake Tahoe Club,
17    and 2274 is for the San Francisco Club.
18              So these exchanges, the affiliation
19    program, those all took place after -- after your
20    appraisal; correct?
21         A.   Those dates are after our effective date
22    of valuation.
23              MR. REISER:  Object to form.
24         Q.   (By Mr. Sellinger)  And -- and, obviously,
25    whatever impact, if any, that the affiliation and
```

Page 229

```
 1    those exchanges had, had no impact on your appraisal,
 2    which is the end of the prior year; correct?
 3              MR. FERGUSON:  Objection to the form.
 4              MR. REISER:  Object to form.
 5              THE WITNESS:  Well, theoretically, if this
 6    has not occurred until after the date, then it hadn't
 7    occurred.  And I don't know what kind of anticipation
 8    or communication there was before these letters in
 9    terms of -- and -- and I'm talking -- I'm talking
10    just about perception, market perception.
11         Q.   (By Mr. Sellinger)  Are you aware of the
12    fact that there were affiliation agreements that
13    allowed this exchange opportunity in -- to become
14    effective in December of 2014?
15              MR. FERGUSON:  Objection.  Form.
16              MR. REISER:  Object to form.
17              THE WITNESS:  No.
18         Q.   (By Mr. Sellinger)  And your report
19    doesn't talk about -- anywhere -- perception of
20    events that were going to happen in the future,
21    doesn't say anything about a future affiliation;
22    correct?
23         A.   No, sir.  Not that I saw.
24         Q.   Okay.  And -- and we just went over the
25    USPAP regulations which say that you've got to
```