# EXHIBIT 17

## Bleu Florida Land Trust Association, Inc.

**Board of Directors Meeting**                                                               **November 20, 2013**

A meeting of the Bleu Florida Land Trust Association, Inc., Board of Directors was held on Wednesday, November 20, 2013, at Marriott Vacations Worldwide® Corporate Offices, Meeting Room W2-5D, 6649 Westwood Boulevard, Orlando, Florida 32821.

**Present from the Board of Directors were:** Ben Pierce, President; Darla Everitt, Vice President; and Barbara Ryan, Secretary/Treasurer

**Present from the Ritz-Carlton Development Company were:** Stephanie Sobeck, Vice President, Asset Management (via conference call)

**Present from the Ritz-Carlton Management Company were:** Becky Bagwell, Association Governance Manager; Nathan Guikema, Senior Director of Finance Analysis and Business Support; Judy Hill, Director of Finance Analysis and Business Support; Cindy Hodge, Senior Director of Association Governance; Ronni Nassar, Senior Manager of Finance Analysis and Business Support, and Julie Kennedy-Rick, Association Governance Fulfillment Processor, acting as Recording Secretary

### CALL TO ORDER
Ben Pierce called the meeting to order at 3:05 p.m., Eastern time.

### ESTABLISHMENT OF QUORUM
Mr. Pierce announced quorum was met with all members of the Board of Directors being present.

### APPOINTMENT OF RECORDING SECRETARY
Mr. Pierce appointed Julie Kennedy-Rick to serve as Recording Secretary.

### NOTICE OF BOARD OF DIRECTORS MEETING
Notice of the Annual Meeting was mailed to all Owners of record on November 1, 2013, and was posted as required. An Affidavit of Mailing was filed with the Association records.

### APPROVAL OF AGENDA
**A motion was made by Barbara Ryan to amend the agenda by adding approval of the October 31, 2013 Board of Directors Meeting minutes. The motion was seconded by Darla Everitt and unanimously carried.**

### APPROVAL OF BOARD OF DIRECTORS MEETING MINUTES
**A motion was made by Barbara Ryan to approve the October 31, 2013 Board of Directors Meeting Minutes and the October 15, 2013 Annual Meeting Minutes as presented, and to approve the September 23, 2013 Board of Directors Meeting Minutes with the following amendment:**

**"A motion was made by Barbara Ryan for the Bleu Florida Land Trust Association, Inc., to hire ~~Florida~~ counsel to advise the Board of Directors on the steps required to terminate the Association and the Trust Agreement, in an amount not to exceed $50,000.00. The motion was seconded by Darla Everitt and unanimously carried."**

**The motion was seconded by Darla Everitt and unanimously carried.**

### FINANCIAL REPORT
Nathan Guikema provided an update on Accounts Receivables, Current Financials, and presented the 2014 Proposed Budget.

**A motion was made by Barbara Ryan to approve the 2014 Operating Budget, including reserves as follows: Operating Fee of $1.75 per point, including Reserves Fee of $0.12 per point and Property Tax**

RCDC069748

Fee of $0.08 per point; plus $1,000 per beneficial interest Member Services Fee for a total budget of $4,146,225, as presented and attached to the minutes. The motion was seconded by Darla Everitt and unanimously carried.

A motion was made by Barbara Ryan to amend the agenda to include a New Business item regarding the status of the appraisal of the Trust. The motion was seconded by Darla Everitt and unanimously carried.

NEW BUSINESS
Stephanie Sobeck provided an update on the status of the preliminary appraisal of the Trust. Highlights included:
- A draft appraisal in the amount of $10 million was received back for all the inventory in the Trust
- There are two Owners in the Trust that own beneficial interests
- Based on the preliminary appraisal, the amount owed to one Owner is approximately $28,000.00; the amount owed to the other Owner is approximately $9,970,000.00

The Ritz-Carlton Management Company requested direction for the Board on final process to be used to dissolve the Trust. Board agreed to discuss with outside counsel and provide final process shortly.

ADJOURNMENT
There being no further business to come before the Board, a motion was made by Barbara Ryan to adjourn the meeting at 3:22 p.m. The motion was seconded by Darla Everitt and unanimously carried.

These minutes are subject to approval at the next Board of Directors Meeting.

11.20.13 Board of Directors Meeting

RCDC069749