# EXHIBIT 18

Lee Cunningham - 11/15/2017

```
 1    RCHFU, LLC, et al.,      United States District Court
 2         Plaintiffs,          District of Colorado:
 3    v.                        No.  1:16-cv-09390
 4    MARRIOTT VACATIONS WORLDWIDE
 5    CORPORATION, et al.,
           Defendants,
 6    _____/
      REISER, et al.,
 7         Plaintiffs,           Eastern District of California
 8    v.                         No.  2:16-cv-00237-MCE-CKD
 9    MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al,
           Defendants,
11    _____/
12    PETRICK, et al.,
13         Plaintiffs,           San Francisco County
      vs.                        No. CGC-15-54897
14    MARRIOTT VACATION WORLDWIDE
15    CORPORATION, et al.,
16         Defendants.
      _____/
17         CONTINUED VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
18    VOLUME II, taken at 450 South Orange Avenue, Suite 650,
19    Orlando, Florida, commencing between 2:06 p.m.-7:27 p.m.,
20    Wednesday, November 15, 2017, before Lisa Gerlach, Court
21    Reporter, Notary Public in and for the State of Florida
22    at Large.
23
24    JOB No. 2733762
25    PAGES 270-479
```

Page 270

Lee Cunningham - 11/15/2017

```
 1        A.   No.
 2        Q.   Has anybody studied the impacts of being able
 3   to advertise The Ritz-Carlton Destination Club's
 4   impact on sales of Marriott Vacation Club points?
 5             MR. SELLINGER:  Objection to form.
 6        A.   No.  I don't know of any studies or any
 7   attempt to try and measure that.
 8   BY MR. FERGUSON:
 9        Q.   I take it you do -- you would agree that you
10   do target the upper echelon, at least Premier and
11   Platinum -- you do try to sell points to people based
12   upon the fact that they get into an RCDC property?
13             MR. SELLINGER:  Objection to form.
14        A.   We tell -- we try to sell everybody as many
15   points as we can, as much ownership as they are
16   interested in having.  And we highlight all the
17   inventory and the advantages of owning more points,
18   including access or the ability -- or having enough
19   points to go stay at a Ritz-Carlton Club property.
20   BY MR. FERGUSON:
21        Q.   Did you ever hear the -- do you recall the
22   situation where some of your sales force was literally
23   laughing at people about owning the fractional
24   interest at Ritz Aspen?
25        A.   No, I'm not aware of that.
```

Veritext Legal Solutions
866 299-5127