# EXHIBIT 20

Case No. 1:16-cv-01301-PAB-GPG   Document 482-20   filed 08/26/19   USDC Colorado   pg 2 of 6

2/7/2018                Fwd: The Ritz-Carlton Club, Aspen Highlands Affiliation Survey - ritzaspenlitigation@reiserlaw.com - Reiser Law Mail

-------- Original message --------
Subject: The Ritz-Carlton Club, Aspen Highlands Affiliation Survey
From: "The Ritz-Carlton Club, Bachelor Gulch"
To: Kristen Townsend
CC:



December 4, 2013

Dear Mr. & Mrs. Spencer Youngblood,

As promised earlier this year, The Ritz-Carlton Club, Aspen Highlands ("Aspen") Members are being surveyed regarding their interest in a potential optional exchange affiliation with the Marriott Vacation Club Destinations ("MVCD") program.  We have worked collaboratively with your Board of Directors on this potential opportunity, and you should have received a series of letters on April 5, 2013 and November 19, 2013 regarding this Member survey.  We are writing today to provide you with additional information and instructions on how to take the survey.

We want you to know that we remain committed to providing Members of The Ritz-Carlton Destination Club voluntary access to unique, luxury vacation experiences built upon The Ritz-Carlton's legendary, world-class, personalized services and amenities.  We continue to evaluate other opportunities with luxury vacation partners, much like the current optional exchange opportunity with Exclusive Resorts.  These exchange opportunities with luxury vacation partners are not related to or affected by this survey.

The sole purpose of this survey is to understand whether the Aspen Highlands Members would like the opportunity to voluntarily exchange a week of their allocated time for points within the MVCD exchange program.  The MVCD exchange program is just that - an optional exchange program.  **If an Aspen Highlands Member decides to exchange one of their weeks of allocated time for points within the MVCD exchange program, then a MVCD member could reserve a stay in the allocated week that was exchanged using the points that they own**.  The Board would like to understand the Members' interest in this voluntary exchange opportunity through the MVCD program.  We encourage each Member to participate in the survey.  The survey will close on 1/13/14, so please take the opportunity to fill out the survey at your earliest convenience.

**Please click on RCC-Survey.com/RCCAspen to view more details of your options and to complete the survey.**

**Your personal Control Number is 76864244**

If you have any questions about the survey or you would like to receive a paper copy of the survey, please contact ritzcarltonclub.info@morrowco.com.  If you have any questions about The Ritz-Carlton Destination Club and the Marriott Vacation Club Destinations exchange opportunity, please email RCDCcommunications@ritzcarltonclub.com.

Best regards,

*Lee Cunningham*

Lee Cunningham
Executive Vice President & Chief Operating Officer
The Ritz-Carlton Destination Club

# The Ritz-Carlton Club, Aspen Highlands

**Frequently Asked Questions**
**Regarding Affiliation with Marriott Vacation Club Destinations Exchange Program**

**December 2013**

Question 1:  What will be available to me, as an Aspen Highlands Member, through enrollment in The Lion & Crown Exchange Program, if the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program?

- The following would be available to all Aspen Highlands Members who enroll in The Lion & Crown Exchange Program if the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program:

  - Secure time at any of the Marriott Vacation Club Resorts available worldwide, which currently includes over 50 resorts in the United States, the Caribbean, Europe and Asia.
  - Bank unused points into the following year.
  - Borrow points from the coming year.
  - Book experiences in the Explorer Collection, which currently includes over 100 experiences to enjoy.  The Explorer Collection offers fully escorted tours, safaris, upscale cruises, special events and packages.

  Use of this program or any of the benefits listed above is completely optional and each Member can make the decision to use any or none of the benefits above.  Please see the applicable exchange program documents for more information and applicable terms and conditions.

Question 2:  Would I be required to deposit my Home Club Reserved Allocation each year for Marriott Vacation Club Destinations exchange?

Members who enroll in The Lion & Crown Exchange Program are not required to deposit any of their Home Club Reserved Allocation.  Members have the ability to make a decision on an annual basis as to whether they wish to deposit any of their Home Club Reserved Allocation for the upcoming year.

Question 3:  Is the Marriott Vacation Club Destinations exchange program different than The Ritz-Carlton Destination Club points program?

Yes, the Marriott Vacation Club Destinations exchange program is a separate and distinct exchange program, governed and operated according to its own rules.

Question 4:  What are the advantages of exchange with the Marriott Vacation Club Destinations exchange program?

- The exchange program affords a number of new benefits, while still maintaining the legendary world-class experiences of The Ritz-Carlton Destination Club that Members already enjoy.
- Exchange would provide potential access to all destinations participating in the Marriott Vacation Club Destinations exchange program.

Spencer Youngblood000002

- ❖ The Premier Plus level of membership in the Marriott Vacation Club Destinations program (the level in which most Aspen Highlands Members are expected to enroll) offers additional membership benefits.
- ❖ Some examples of current benefits associated with the Marriott Vacation Club Destinations exchange program include:
    - o Access to the Marriott Vacation Club Destinations Explorer Collection, which currently includes:
        - **Ocean Explorer – Cruises**
            - Oceania, Cunard, Windstar, Viking River Cruise, Seabourn, Paul Gauguin, SilverSea, Regent
            - Carnival, Royal Caribbean, Holland America
        - **Epic Explorer – Up to 5 Star Accommodations**
        - **Exclusive "Members Only" Tours**
            - Treasures of Tuscany, Provence & Monaco
            - Taste of Italy, Costa Rica Adventure, Treasures of Italy, Ireland, Africa and Australia
        - **Group Tours – 50 non-exclusive tours**
        - **City Explorer – Hotel Stays**
            - Special Member packages at over 70 Hotels and Resorts, including in select Autograph Hotels – Prague, Venice, Rome, Scrub Island (private island with private villas), Cosmopolitan – Las Vegas, Carlton – New York
    - o Access to select Marriott hotels
    - o Access to currently over 50 Marriott Vacation Club destinations

Please see the applicable exchange program documents for more information and applicable terms and conditions.

Question 5:   If the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program, am I required to participate?

- ❖ No, Members will not be required to participate in the Marriott Vacation Club Destinations exchange program.  The survey will only determine whether Members want to have the option to participate.  Those Aspen Highlands Members who choose to participate in the Marriott Vacation Club Destinations exchange program would be able to exchange a portion of their Home Club Reserved Allocation for other vacation experiences.  Aspen Highlands Members would still retain the exclusive benefits associated with their Aspen Highlands Membership through The Cobalt Travel Company, LLC, which currently include The Hotel Reservation Service, Sister Club Exchange and access to Per Diem inventory.

Question 6:  When would Aspen Highlands Members have access to the new experiences available through the Marriott Vacation Club Destinations exchange program?

- ❖ The survey is being conducted in November.  If the Aspen Highlands Members surveyed express a desire to participate in the Marriott Vacation Club Destinations exchange program, Aspen Highlands Members will be given an opportunity to enroll in The Lion & Crown Exchange Program as soon as an exchange affiliation agreement is put in place with The Ritz-Carlton Club, Aspen Highlands Board following the survey.  Members who enroll in The Lion

Spencer Youngblood000003

& Crown Exchange Program would then be able to elect to participate in the Marriott Vacation Club Destinations exchange program.

Question 7:  Will there be a cost to deposit my Home Club Reserved Allocation into The Lion & Crown Exchange Program for use in the Marriott Vacation Club Destinations exchange program?

- ❖ There is currently no cost to enroll in The Lion & Crown Exchange Program.  The potential exchange opportunity with the Marriott Vacation Club Destinations exchange program is completely optional for each Member.  Each Member can decide if they would like to use the benefits of the exchange program or not.

Marriott Vacation Club Destinations Members

We understand that some Aspen Highlands Members have questioned whether Marriott Vacation Club Destinations members will have access to The Ritz-Carlton Destination Club locations.  As you may be aware, Marriott Vacation Club Destinations members with Premier or Premier Plus status in the Marriott Vacation Club Destinations program already have access to certain inventory at other The Ritz-Carlton Destination Club locations, including at Aspen Highlands.

Marriott Vacation Club Destinations members will have access to inventory at The Ritz-Carlton Club, Aspen Highlands owned by Aspen Highlands Members **only** when Aspen Highlands Members voluntarily deposit a portion of their Home Club Reserved Allocation for exchange in the Marriott Vacation Club Destinations exchange program.  Aspen Highlands Members who enroll in the Marriott Vacation Club Destinations exchange program would be able to elect on an annual basis whether to deposit a portion of their Home Club Reserved Allocation for exchange.

Question 8:  What point values will Marriott Vacation Club Destinations members need to have in order to utilize The Ritz-Carlton Club, Aspen Highlands?

- ❖ Point values will vary depending upon residence type, demand and dates of travel.  In the near future, The Ritz-Carlton Destination Club will be sending details about enrollment and point values necessary for occupancy at The Ritz-Carlton Club, Aspen Highlands.

Question 9:  How will The Ritz-Carlton Destination Club preserve the on-site experience at The Ritz-Carlton Destination Club locations, including The Ritz-Carlton Club, Aspen Highlands?

- ❖ The Ritz-Carlton Destination Club properties will continue to be managed on-site by The Ritz-Carlton Hotel Company, LLC, and Members can continue to expect The Ritz-Carlton's legendary, world-class, personalized services and amenities.

Question 10:  Would there be differences between The Ritz-Carlton Club, Aspen Highlands Member experiences and those of Marriott Vacation Club Destinations members who could stay at The Ritz-Carlton Club, Aspen Highlands?

- ❖ The Ritz-Carlton Club, Aspen Highlands Members would retain a number of exclusive privileges through The Cobalt Travel Company, LLC that would not be available to Marriott Vacation Club Destinations members.  These currently include:

- Guaranteed allocation of 21 nights and 7 floating nights at The Ritz-Carlton Club, Aspen Highlands (compared to a Marriott Vacation Club Destinations member who is allowed to request reservations based on availability with no guarantee of annual occupancy or of a specified number of nights at The Ritz-Carlton Club, Aspen Highlands).
- Access to per diem nights at The Ritz-Carlton Club, Aspen Highlands and sister The Ritz-Carlton Club destinations.
- Access to the Hotel Reservation Service (HRS).
- Access to The Ritz-Carlton Club Sister Club exchange program.
- Ability to exchange allocated time for stays at Exclusive Resorts (through enrollment in The Lion & Crown Exchange Program).
- Enhanced level of service through The Ritz-Carlton Club Member Services.

Please see the applicable program documents for more information and applicable terms and conditions.

Spencer Youngblood000005