# EXHIBIT 24



# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS AFFILIATION SURVEY

As a Member of The Ritz-Carlton Club, Aspen Highlands Members ("Aspen"), you are being surveyed on your preference regarding affiliation with the Marriott Vacation Club Destinations ("MVCD") exchange program. You should have received a letter on November 19, 2013 and December 4, 2013 regarding this survey.

We want you to know we remain committed to providing Members of The Ritz-Carlton Destination Club access to unique, luxury vacation experiences built upon the legendary and personalized services and amenities for which The Ritz-Carlton is renowned. We continue to look for other luxury vacation partners, such as the current exchange opportunity with Exclusive Resorts. These exchange opportunities with luxury vacation partners will in no way be affected by this survey.

**This survey is solely to understand whether the Aspen Highlands Members are interested in having the opportunity to voluntarily exchange a week of their allocation for points to use through the MVCD exchange program. We want to hear from the Aspen Highlands Members on whether to allow Aspen Highlands Members to participate in the MVCD exchange program.**

Enter your personal 8-digit control number: [        ]

Click Here To Vote





# THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS AFFILIATION

| NO AFFILIATION<br>**The Ritz-Carlton Club System*** | AFFILIATION<br>**with the Marriott Vacation Club Destinations Exchange Program*** |
|---|---|
| • Deeded Reserved Allocation<br>• Home Club & Club System Exchange<br>• The Hotel Reservation Service<br>• Waitlist<br>• Per Diem<br>• Exclusive Resorts Affiliation<br>• Other Potential Future Luxury travel affiliations | • Deeded Reserved Allocation<br>• Home Club & Club System Exchange<br>• The Hotel Reservation Service<br>• Waitlist<br>• Per Diem<br>• Exclusive Resorts Affiliation<br>• Other Potential Future Luxury travel affiliations<br><br>**PLUS**<br>Click HERE for more information about the following<br><br>• Ability to bank and borrow time from year to year<br>• Access to The Ritz-Carlton Club residences that are part of the points-based reservation system<br>• Access to more than 50 Marriott Vacation Club Resorts<br>• Access to the "Explorer Collection" including, among other experiences, luxury cruises, safaris, wine tours, several Ritz-Carlton Hotels and Marriott Hotels and Resorts and more |

*Affiliations, access to resorts and exchange experiences are subject to modification, deletion or replacement from time to time.

**VOTE:**
◯ **I want the opportunity for The Ritz-Carlton Club, Aspen Highlands Members to participate in the Marriott Vacation Club Destinations exchange program**
◯ **I do not want the opportunity for The Ritz-Carlton Club, Aspen Highlands Members to participate in the Marriott Vacation Club Destinations exchange program**

If you have questions or wish to schedule a follow-up call with one of our Ladies and Gentlemen, please contact us at RCDCcommunications@ritzcarltonclub.com.

The Ritz-Carlton Destination Club is also seeking your feedback on any other issues that are important to your membership at The Ritz-Carlton Club, Aspen Highlands. We encourage you to make your feedback known and share comments below.

We appreciate you as a Ritz-Carlton Destination Club Member and look forward to continuing to create luxury travel experiences and cherished memories for you and your loved ones.

**Feedback and Suggestions:**

Click Here To Register Your Vote

BACK

# Expanded Vacation Options

Enjoy a growing world of vacation options through this voluntary exchange opportunity with Marriott Vacation Club Destinations.



Rome • Italy

AH

RCDC064705



## City Explorer Packages

Explore the world's most unforgettable cities. Choose from Ritz-Carlton® and Marriott® hotels in premier destinations, from Shanghai to Naples to the heart of Times Square. Or discover Autograph Collection® Hotels in Europe and around the world — independent luxury hotels with bold character.



Prague • *Czech Republic*

*2*

RCDC064706



## Tours

Immerse yourself in your choice of guided group tours in amazing destinations around the globe. Discover rich culture, history and cuisine in Tuscany. Journey the fabled Galápagos Islands and the lost city of Machu Picchu. Or explore the wild plains of Africa on a Kenya Wildlife Safari. And that's just the beginning.



Machu Picchu • *Peru*

*3*

AH                                                                                          RCDC064707





## Luxury Cruises

Relax, and let fabulous destinations come to you. Premium cruise lines include Seabourn, Cunard and Viking River Cruises, with exotic itineraries in Alaska, China, Southeast Asia and Europe. Many sailings offer spacious suites and concierge staterooms.

*4*



## VIP Experiences

Take advantage of special Fashion Week packages, golf getaways to storied venues, Broadway shows, cast-member parties and more in exhilarating cities such as New York, Miami and Chicago. Exclusive VIP experiences feature lavish accommodations, dinner reservations at signature restaurants, world-class entertainment and other perks to make your experience truly memorable.



*5*

AH                                                                                                      RCDC064709





## Marriott Vacation Club Resorts

From the So-Cal Coast at Marriott's Newport Coast® Villas to the Hawaiian sands of Marriott's Ko Olina Beach Club in the gated community of Ko Olina Resort... From exotic Marbella on Spain's Costa del Sol to relaxing Marco Island on Florida's Gulf shore... Or the unique townhomes of Marriott's Lakeshore Reserve at Grande Lakes Orlando, a discerning oasis amid all the fun of America's favorite family destination. More than 50 unforgettable Marriott Vacation Club® resorts await your discovery.

Frequently Asked Questions   |   Sample Itineraries

*6*

NEWPORT COAST® is a registered trademark of The Irvine Company and is used herein with permission. Marriott's Newport Coast® Villas is not affiliated or associated with The Irvine Company.

Marriott Vacation Club Destinations Exchange Program's ability to confirm a specific exchange request is dependent upon the timeshare interests and use periods available or as provided by the provider of accommodations or services. Therefore, Marriott Vacation Club Destinations Exchange Program cannot guarantee specific resort choices, dates of travel, or types or sizes of accommodations. The earlier an exchange is requested, the better the possibility that a specific request may be confirmed.

Marriott Vacation Club International and the programs and products provided under the Marriott Vacation Club brand are not owned, developed, or sold by Marriott International, Inc. Marriott Vacation Club International uses the Marriott marks under license from Marriott International, Inc. and its affiliates.

© 2013 by Marriott Vacation Club International. All rights reserved.

RA-13-002/13-2542