# EXHIBIT 31

# THE RITZ-CARLTON TRAVEL COMPANY, L.L.C.

## DISCLOSURE STATEMENT

## FOR

## THE RITZ-CARLTON CLUB MEMBERSHIP PROGRAM

THIS DISCLOSURE STATEMENT CONTAINS IMPORTANT INFORMATION REGARDING THE EXCHANGE PROGRAM OWNED AND OPERATED BY THE RITZ-CARLTON TRAVEL COMPANY, L.L.C. IN ACCORDANCE WITH STATE LAW.

RC 004614

RC 004615

# I. Definitions

Certain terms used in this Disclosure Statement have a specialized meaning. Terms not defined herein are defined in The Ritz-Carlton Club Memberhsip Program Reservation Procedures. These important terms are defined as follows:

1. <u>Affiliation Agreement</u> shall mean The Ritz-Carlton Club Membership Program Affiliation Agreement. An Affiliation Agreement is a contract between Program Manager and a developer and/or the Club Manager of a Ritz-Carlton Club pursuant to which the accommodations and facilities of a Ritz-Carlton Club are included as a part of the Membership Program, and the owners of Residence Interests in a Ritz-Carlton Club become Members as a condition of their ownership.

2. <u>Calendar</u> means the annual calendar(s) promulgated by the Program Manager or Members Association and made available to all Members which defines Seasons, the Reserved Allocation and other pertinent information for each specific Club in a given year.

3. <u>Club Manager</u> shall mean The Ritz-Carlton Club Management Company, L.L.C., a Delaware limited liability company engaged by the Developer, or as applicable, the Members Association, with responsibility for the management and operation of a particular Club.

4. <u>Club</u> or <u>Ritz-Carlton Club</u> shall mean the Residences and common areas of a particular location in which Members have Residence Interests and are affiliated with the Membership Program on a mandatory basis by virtue of their Residence Interest.

5. <u>Club System Confirmation Period</u> shall mean the period of time that begins the second Tuesday in March of each calendar year for the Summer Season of such calendar year and the third Tuesday in August for the immediately following Winter Season. The Club System Confirmation Period shall end on the last day of the applicable Season. Program Manager may develop additional dates for the Club System Confirmation Period for any additional Season(s) created other than the Summer Season and the Winter Season.

6. <u>Developer</u> means the person who has developed and created a plan for the shared usage by Members of Residences and common facilities at a particular Home Club and is selling or has sold Residence Interests therein directly or through others.

7. <u>Home Club</u> shall mean the Club in which a Member owns a Residence Interest.

1

RC 004616

8. <u>Member</u> shall mean the owner of record of a Residence Interest at any Club.

9. <u>Members Association</u> means all of the Members, including the Developer as the owner of unsold Residence Interests, who have Residence Interests at a particular Club and who are part of an association of Members, whether such association is incorporated or unincorporated.

10. <u>Membership Program Dues</u> means the cost and expenses of the Membership Program that are assessable to the Members Association each calendar year and are included in the Club Dues and become an obligation of each Member.

11. <u>Membership Program</u> or <u>The Ritz-Carlton Club Membership Program</u> shall mean the service name given to the variety of exchange and reservation services and vacation and travel benefits currently offered and the restrictions currently imposed through Program Manager. These services provided by Program Manager include the operation of the exchange program and reservation system through which Members reserve the use of the accommodations at a Club pursuant to the priorities, restrictions and limitations set forth in Membership Program Documents.

12. <u>Membership Program Documents</u> means the Affiliation Agreement and the Reservation Procedures and any other documents relating thereto as they may be amended from time to time.

13. <u>Program Manager</u> means The Ritz-Carlton Travel Company, L.L.C., a Delaware limited liability company.

14. <u>Reservation Procedures</u> shall mean the rules for The Ritz-Carlton Membership Program governing the reservation and use of Residences in the Home Club and the residences and facilities at other locations affiliated with the Membership Program that have been adopted, promulgated and/or amended from time to time by Program Manager in its sole discretion in accordance with the terms and conditions set forth herein and in the Program Documents.

15. <u>Reserved Allocation</u> shall mean the portion of the Allocation as established in the Residence Documents, for which a Member is assigned exclusive use and possession of a specific Residence or a specific type of Residence during a specific period or periods of time each year pursuant to the Calendar for a given Home Club.

16. <u>Residence</u> shall mean an apartment, villa, unit or other separate lodging accommodations available for occupancy at a Club as defined in the Residence Documents.

RC 004617

17. <u>Residence Documents</u> means those documents governing the use of Residences at a particular Home Club pursuant to which the Developer has created Residence Interests owned or to be owned by Members.

18. <u>Residence Interest</u> shall mean the legal right by whatever means legally evidenced (e.g., deed, lease, license, contract, etc.) and however defined (e.g., timeshare estate, timeshare license, or other ownership interest) which is owned or otherwise acquired by a Member which grants such Member the right to use accommodations and facilities at a Club in accordance with the Program Documents.

## II. Information about Program Manager

The Ritz-Carlton Travel Company, L.L.C. ("Program Manager") is a Delaware limited liability company with principal offices located at:

6649 Westwood Boulevard, Suite 500
Orlando, FL  32821

The directors and the principal officers of the Program Manager are set forth on Schedule 1 attached to this Disclosure Statement.

The Program Manager is a wholly owned subsidiary of The Ritz-Carlton Development Company, Inc. ("RCDC"), a Delaware corporation.  All Clubs were either developed by RCDC or one of its subsidiaries or affiliates and/or are managed by The Ritz-Carlton Management Company, L.L.C., a Delaware limited liability company and a wholly owned subsidiary of RCDC, or one of its subsidiaries or affiliates.

## III. Membership in the Club

A purchaser of a Residence Interest in a Ritz-Carlton Club is automatically enrolled in the Membership Program as a Member at the time that he acquires his Residence Interest.  There is no Membership Program contract with purchaser separate and distinct from the purchaser's contract with the Developer for the acquisition of a Residence Interest at a Club.  Membership in the Membership Program is an appurtenance to all Residence Interests at Clubs and is required of all purchasers.  The purchaser's decision to participate in the Membership Program's exchange program and reservation system by making a reservation for accommodations at a Club, other than a reservation for use of a Residence at the Member's Home Club for his or her Reserved and Unreserved Allocation, is voluntary.  In the event that the Member no longer owns a Residence Interest at a Club, he or she will no longer be a Member and the new owner of that Residence Interest will automatically become a Member. Participation in the Membership Program is also dependent upon the continued affiliation with the Membership Program of the Club where the Member owns his or her Residence Interest.

RC 004618

## IV. Club Procedures and Obligations

The procedures for utilizing the Membership Program's reservation system are set forth in the Reservation Procedures attached to this Disclosure Statement as Exhibit "A." **THE TERMS AND CONDITIONS OF THIS DISCLOSURE STATEMENT AND THE RESERVATION PROCEDURES ARE SUBJECT TO CHANGE BY PROGRAM MANAGER WITHOUT ADVANCE NOTICE, INCLUDING, BUT NOT LIMITED TO, FEES, BENEFITS AND RESERVATION PROCEDURES.**

Members will be required to pay all Membership Dues assessed against them in accordance with the Membership Program Documents and the Residence Documents for the Club where the Member owns his or her Residence Interest. The Program Manager will assess each Club the total amount of Membership Dues attributable to Members owning Residence Interests at such Club, and the Club Manager for the Club shall be responsible for collecting the Membership Dues from Members in accordance with the Affiliation Agreement and the Residence Documents which govern the Club. Currently, Membership Dues are approximately $150.00 per Member. In addition to Membership Dues and transaction fees currently described in the Reservation Procedures, the Program Manager reserves the right to charge Members other reasonable fees as may be determined by Program Manager from time to time.

## V. Clubs

Members are entitled to make reservations, in accordance with the Reservation Procedures, for any Club that is affiliated with the Membership Program from time to time by the Program Manager. At this time, those Clubs listed herein below are the only locations where membership in the Membership Program has been extended to owners of Residence Interests. However, the Program Manager retains the ability to extend membership in the Membership Program to owners of Residence Interests at other Clubs to be added, in its sole and unfettered discretion, on a voluntary basis in accordance with such terms and conditions as may be determined by the Program Manager from time to time. The names and addresses of all currently participating Clubs are as follows:

4

RC 004619

THE RITZ-CARLTON CLUB, ASPEN HIGHLANDS[1]
0075 and 0133 Prospector Road
0039 Boomerang Road
Aspen, CO  81611
(Occupancy Date of Phase 1 – 02/01)

THE RITZ-CARLTON CLUB, ST. THOMAS[1]
6900 Great Bay
St. Thomas, US Virgin Islands  00802
(Estimated Occupancy Date of Phase 1 – 05/02)

THE RITZ-CARLTON CLUB, BACHELOR GULCH[1]
100 Bachelor Ridge Trail
Avon, Colorado  81620
(Estimated Occupancy Date – Spring 2003)

THE RITZ-CARLTON CLUB, JUPITER[1]
103 Bears Club Drive
Jupiter, Florida  33477
(Estimated Occupancy Date of Phase 1 – 11/03)

| | |
|---|---|
| 1 | 1-100 Owners |
| 2 | 101-249 Owners |
| 3 | 250-499 Owners |
| 4 | 500-999 Owners |
| 5 | 1000 and over Owners |

In compliance with State law, an independent audit of Club operations will be performed and reported through the period ending December 31, 2001.

\\Mvci-mcovcbdc01\orl535-legal\Legal Shared\JUPITER\Florida - situs state\RCTC Disclosure Statement\RCTC Disclosure Statement 8-17-01 cln.doc

5

RC 004620

In compliance with State law, an independent audit of Club operations will be performed and reported through the period ending December 31, 2001.

RC 004621