# EXHIBIT 33

| | |
|---|---|
| From: | Randy Mercer [randal.mercer@creconsultants.com] |
| Sent: | Tuesday, May 14, 2013 11:36:37 PM |
| To: | Cunningham, Lee; Sobeck, Stephanie |
| Subject: | Fwd: Update on Lion & Crown Enrollment |

Nice. Thanks.

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966


T 239 481 3800 | F 239 482 3228


randal.mercer@creconsultants.com


www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

Begin forwarded message:

**From:** RCDC Member Communications <RCDCCommunications@RitzCarltonClub.com>
**Date:** May 14, 2013, 9:20:26 PM EDT
**To:** <randal.mercer@creconsultants.com>
**Subject: Update on Lion & Crown Enrollment**
**Reply-To:** <RCDCCommunications@RitzCarltonClub.com>





May 14, 2013

**Dear Mr. Randal Mercer**,

It has come to our attention that some Members have questions regarding language within the Lion & Crown enrollment package. We appreciate Members letting us know about

AH

RCDC009732

their concerns, and want to clearly address those issues.

First, we are modifying the language that has been questioned (Section 1e) to more clearly define the intention of the provision. Additionally, in the amended enrollment package, we are providing you a termination provision that allows you the ultimate flexibility with the Exchange Program. You will be able to terminate your enrollment at any time if you so desire. Any reservation that you have within the system at the time of termination will be honored. For those Members that have already enrolled, you will receive an email in the next two days enabling you to accept these modifications.

Second, regarding other potential affiliations, we want to assure you that a Ritz-Carlton Club affiliation with Marriott Vacation Club Destinations will not take place unless there is an affirmative vote of each Club's Membership. We also continue our efforts to expand Member experiences through additional affiliated luxury travel opportunities.

Since 2001, we have been honored to provide The Ritz-Carlton Club Members with world-class experiences and personalized services. We look forward to continuing to serve you and your families for many more years to come.

We encourage you to contact us directly at RCDCcommunications@ritzcarltonclub.com if you have questions or wish to schedule a follow-up call with one of our Ladies and Gentlemen.

Sincerely,



**Lee Cunningham**
Executive Vice President and Chief Operating Officer
The Ritz-Carlton Destination Club

