# EXHIBIT 34

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG
RCHFU, LLC, a Colorado limited liability company,
et al,

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation,
et al,

Defendants.

EXPERT REPORT OF ALAN TANTLEFF

Dated as of October 26, 2018

Table of Contents                                                                                        <u>Page No.</u>

I.      Scope of Retention and Compensation..........................................................................2

II.     Summary of My Experience and Qualifications ............................................................4

III.    General Case Background ..............................................................................................7

IV.     Summary of Opinions.....................................................................................................9

V.      Conclusion.....................................................................................................................31

Appendix A: Documents Considered

Appendix B: Curriculum Vitae

## I.    <u>Scope of Retention and Compensation</u>

I have prepared this report ("Report") at the request of Greenberg Traurig LLP

("Counsel") with regard to Counsel's representation of Defendants Marriott Vacations

Worldwide Corporation, Marriott Ownership Resorts, Inc., D/B/A Marriott Vacation Club

International ("MVC"), The Ritz-Carlton Management Company, L.L.C. ("Ritz-Carlton

Management"), The Cobalt Travel Company, LLC ("Cobalt"), and The Lion & Crown Travel

Co., LLC ("Lion & Crown") (these five defendants collectively, the "MVW Defendants").

I was retained to provide my expert consulting services and testimonial opinions

concerning The Ritz-Carlton Club, Aspen Highlands located in Aspen Highlands, Colorado.

The opinions and conclusions expressed in this Report are based on my review of the

documents as detailed in Appendix A. I was supported in the analysis of this matter and

preparation of this report by a team of FTI real estate professionals whom I have supervised as

part of this engagement.

Along with my colleague, Mark S. Dunec, I completed a site inspection and a tour of the

Aspen and Snowmass markets from July 23 through July 25, 2018. Additionally, I met with

Mr. Sasha Jaramasz, Director of Operations of The Ritz-Carlton Club, Aspen Highlands and

Mr. Ivan Skoric, a broker for Sotheby's International Real Estate, Aspen Snowmass.

My opinions and conclusions are further based on my 30-year career as a real estate and

finance professional, and my knowledge of the hospitality, travel, and leisure industry, including

the fractional and timeshare industry.

FTI Consulting is being compensated for my time based on an hourly rate of $914 and

others working on this assignment at my direction at lesser rates. This compensation is not

contingent upon any of my findings or the outcome of this case.

I reserve the right to update and supplement this Report as additional materials and information are provided or otherwise made available to me.

II.   **Summary of My Experience and Qualifications**

I am a Senior Managing Director in the Corporate Finance/Restructuring Practice of FTI Consulting, Inc. and the leader of the Hospitality, Gaming and Leisure Practice.

I joined FTI in September 2010 and prior to that was a Managing Director at Hotel Asset Value Enhancement, a boutique asset management and advisory practice dedicated to the hospitality industry. Before that, I worked at BlackRock Financial Services, leading the efforts in hospitality workouts and restructurings of the financial manager's $6 billion sub-debt portfolio. I have also previously held senior management positions at Jones Lang LaSalle Hotels, Granite Partners (Savilles), The Prudential Insurance Company of America, and Sands Casino Hotel in Atlantic City.

While at Prudential, I was responsible for the ownership, including the acquisition, investment management, and disposition, of more than 50 hotels and resorts. While at Jones Lang LaSalle Hotels, I was responsible for the sale and/or financing of hotels throughout North America, including resorts that had timeshare, residential, or fractional components. I also oversaw the Jones Lang LaSalle's asset management and consulting practices, providing operational oversight and investment management to numerous third-party owners of hotels, resorts and boutique hotels.

I received my bachelor's degree in Hotel Management from the School of Hotel Administration, Cornell University in 1987, and my Master of Science in Real Estate and Investment and Development from New York University in 1992. I am a Certified Part 36 Judiciary Receiver in the state of New York and a Certified Insolvency and Restructuring Advisor ("CIRA"). I have received the designation of Turnaround Professional from the Turnaround Management Association and am a licensed real estate broker in the state of New York.

During my approximately 30-year career, I have served in numerous capacities as a financial advisor and expert both in bankruptcy-related and disputes related to hospitality and real estate assets. I have advised boards of directors, lenders, borrowers, special servicers, and other stakeholders on numerous high-profile hospitality disputes, restructuring matters, operational realignments, hotel management agreement negotiations, and litigation matters. I have provided expert testimony in a wide variety of disputes related to issues relevant in the hospitality industry, including the feasibility of projections, lost profit, valuation, sale processes, interest rate appropriateness, and management fees. I have been engaged to consult on hotel projects throughout the United States, Caribbean, Asia, Europe, and Russia.

Throughout my career, I have been involved in financially troubled hotels, and resorts, particularly as it relates to luxury or five-star hotels, resorts, timeshares and resort residential developments.

I am affiliated with numerous real estate, hospitality and financial restructuring related associations and groups, both as a member and in leadership positions, including the Cornell Hotel Society; the Cornell Real Estate Council; the Lodging Industry Investment Council and the New York University Real Estate Institute Alumni Organization.

I have earned numerous awards and accolades throughout my career, including Real Estate New York's Top "40 under 40" influential people in New York real estate, RealShare New York's "Commercial Broker All-Stars," and "Exit Strategy Guru" in an article about the timely disposition of hotel assets by National Real Estate Investor. I most recently spoke as an expert on the following panels, Cornell Real Estate Conference "How We Work, Live, and Play…in 2028" on October 19, 2018; CRE Finance Council "High Yield on the West Coast: What's Next?" on May 8-9, 2018; and ALIS LAW: "Legal and Business Issues in Real Estate

Finance" on January 22, 2018. Attached as Appendix B of this Report is my curriculum vitae and list of publications and prior testimony.

### III.   General Case Background*

This dispute concerns the sale and use of fractional ownership interests in 73 residential units ("Fractional Units") of The Ritz-Carlton Club, Aspen Highlands (the "Property" or "RCC, Aspen"), which was completed in 2001 and is located in Aspen Highlands Village, Colorado.[1]

The Ritz-Carlton Development Company, the developer, marketed 1/12th fractional ownership interests ("Fractional Interests") to the Plaintiffs and other parties (collectively, "Members" or "Owners"). A Fractional Interest entitled owners to 4 weeks of use per year.[2]

In January 2001, the homeowners' association, Aspen Highlands Condominium Association (the "Association"), appointed Ritz-Carlton Management as "The Club Manager." The Club Manager entered into an affiliation agreement with Cobalt to serve as the Program Manager of the Ritz-Carlton membership program. Cobalt operates the reservation system by which the members access the Property and other inventory available through The Ritz-Carlton Destination Club ("RCDC") and has the authority to affiliate with other locations.[3]

Cobalt entered into an agreement with Lion & Crown, affiliating The Lion & Crown Exchange Program with The Ritz-Carlton Club Membership Program, which provided Members with additional vacation options.[4] These options were further expanded on November 14, 2013, when the Lion & Crown affiliated with the Marriott Vacation Club Destinations Exchange Program ("MVCD Exchange Program").[5]  This affiliation with the MVCD Exchange Program (the "MVC Affiliation") allowed Members the opportunity to elect to exchange their allocated

---

*While the opinions contained in this Report are my own, I received assistance drafting this section of the Report from Mark Dunec. Thus, much of the text may be similar to the Report he has submitted or will submit in this proceeding.

1 https://www.hines.com/properties/aspen-highlands-village-aspen

2 Fifth Amended Complaint, March 31, 2017, 11.

3 Fifth Amended Complaint, March 31, 2017, 69-73.

4 Fifth Amended Complaint, March 31, 2017, 77

5  Acknowledgement and Joinder to AA LC and MRTC

weeks at RCC, Aspen for points in the MVCD Exchange Program ("MVC Points") they could use to book, among other things, visits to MVC properties or cruises, or to obtain tickets to unique experiences such as the Kentucky Derby or the World Series.[6]

Plaintiffs allege that various actions by the MVW Defendants, notably the MVC Affiliation, and increases in annual fees, reduced the value of Plaintiffs' Fractional Interests. Plaintiffs' claim that the MVC Affiliation resulted in an alleged loss of "exclusivity."

---

6 Fifth Amended Complaint, March 31, 2017, 90; Purchase Contract, 3; https://www.marriottvacationclub.com/destinations/

## IV.    Summary of Opinions

Interest in Shared-Ownership** has declined significantly over the last ten years, as evidenced by sales volume and the amount of new construction of Shared-Ownership projects.[7] Shared-Ownership sales increased each year from 2000 through 2007, escalating from $329 million to $2.3 billion.[8] The industry peaked in 2007, and sales began an extended decline starting in the Fall of 2008, in part due to a deep and prolonged economic recession, known as the Great Recession.[9] From 2007 to 2017, fractional/PRC sales declined 89.6% to $175 million. In 2017, the combined sales volume of fractional interests and PRCs declined to the lowest level since the Great Recession.[10]

Factors arising from or related to the Great Recession that contributed to the decline in sales since 2007 include: (1) economic conditions including market uncertainty, loss of

---

** The "Shared-Ownership" industry encompasses several distinct business models, including destination clubs, fractional interest resorts and Private Residence Clubs ("PRCs").

"The Shared-Ownership Resort Real Estate Industry in North America: 2018," 2018, 2-3,12-13,25

7 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America: 2018," 2018, 12-13,25.

8 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America: 2018," 2018, 14.

9 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America: 2018," 2018, 15. Congressional Research Service,

"The 2007-2009 Recession: Similarities to and Differences from the Past," Marc Labonte, October 6, 2010, summary.
The Great Recession was the longest and deepest in post-World War II U.S. history, and lasted 18 months, from December 2007 to June 2009, compared to a median of 9.5 months for the ten prior post-war recessions. In October 2009, the unemployment rate reached 10.1%, almost double the peak rate of the preceding expansion. It was only the second time the unemployment rate exceeded 10% in the post-war period.

Congressional Research Service, "The 2007-2009 Recession: Similarities to and Differences from the Past," Marc Labonte, October 6, 2010, summary.

Throughout 2008, the economy deteriorated dramatically. On December 1, 2008, the Dow Jones Industrial Average "DJIA" declined 680 points, or 7.7%. The losses within the financial sector were more pronounced as financial stocks declined 17% – the largest such decline in at least twenty years.

The New York Times, "Cheer Fades as Stocks Plunge 9%," December 1, 2008.

During 2008, the DJIA lost 33.8%, the third largest annual decline since its creation in 1896. MarketWatch, "2008 by the Numbers," December 31, 2008.

Overall, from December 2007 through June 2009, GDP declined 4.1%, and consumption and private fixed investment spending saw its most significant decline in the post-war era, as investment decreased 23.4%. Congressional Research Service. "The 2007-2009 Recession: Similarities to and Differences from the Past," Marc Labonte, October 6, 2010, 2

The ensuing recovery was weak as economic growth averaged just 2.2% per year over the next eight years and at approximately half the rate of growth in the early 1980's. The New York Times, "Why Some Scars From the Recession May Never Vanish," October 5, 2017.

10 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 12-13.

household wealth, and financing issues; and (2) consumers' increased preference to rent rather than own, in part due to both the increased ease and reduced risk/responsibility of renting.

Furthermore, during the last decade, changing consumer tastes favoring more vacation flexibility and improved technology have contributed to an expansion of available vacation options beyond those offered under a traditional ownership or Shared-Ownership model, including:

- the rapid-escalation of home-sharing websites; and

- increased supply and ease of booking of vacation rental properties.

Those improvements in technology and changing consumer tastes have contributed to lessened sales in Shared-Ownership products.

Plaintiffs attribute a diminution in value in their Fractional Interests to the "plan to affiliate with the MVC"; however, the multiple external factors noted above, including the Great Recession, the expansion of online options and changing consumer preferences, all of which were beyond the control of the MVW Defendants, have had substantial negative impact on sales, and ultimately the value, of PRC/fractional products. There is no way to apportion that loss in value to any of one these factors or to apportion what loss in value, if any, might be attributable to the MVC Affiliation.

Moreover, the Plaintiffs' claim that the MVC Affiliation diminished the value of their interests ignores that: 1) many of the purchasers acquired their interests pre-Great Recession, when prices were unsustainably high; 2) all Shared-Ownership products behave like luxury goods in that the value depreciates immediately after purchase; 3) this lawsuit and the surrounding publicity reduced interest and negatively impacted value; and 4) Plaintiffs have received value from the product to the extent that they have continued to use their Fractional

Interests, as well as the benefits of the MVC Affiliation. I discuss each of these issues in this Report.

Plaintiffs have decried the negative impact of the loss of "exclusivity" on the value of the Fractional Interests. There is no official industry term "exclusive," and I see no evidence that the experience of the Owners has been in any way compromised by the MVC Affiliation. The Property experience continues to be of extremely high quality and consistent with Ritz-Carlton standards.

**Bases of Opinions**

***Opinion 1: The majority of Plaintiffs purchased the Fractional Units during a Real Estate "Bubble" – i.e., a time when many consider prices inflated or not economically sustainable.***

In the period leading up to 2007, real estate investments were generally performing well, with an abundance of debt capital, low interest rates, increasing occupancy rates and values for most real estate asset classes. Mortgage debt increased from 46% of gross domestic product in the 1990's to 75% in 2006-2007.[11] These trends and the resulting consumer confidence, especially among the affluent, contributed significantly to the increased sales volume of fractional interests and other luxury items. The Shared-Ownership industry was a chief beneficiary of this Bubble, as sales volume grew from $1.5 to $2.3 billion, or 49% in the brief period of 2004 through 2007.[12]

The majority of the Fractional Units at the Property were acquired in 2001 to 2005,[13] prior to the Great Recession,[14] during a period in which the Shared-Ownership industry has been characterized as "over-priced" and "overheated beyond rationality."[15]

***Opinion 2: As a result of the Great Recession's negative impact on the financial markets, the affluent changed their spending habits, and fractional interest/PRC sales declined. Multiple Shared-Ownership companies declared bankruptcy.***

The Shared-Ownership industry began unraveling in 2007. That unraveling accelerated in 2008, but entered a free fall in the days and months following the Lehman bankruptcy filing. The hospitality and tourism industry took a large hit as the housing market crashed; families of all

---

11 CNN Money, "The $4 trillion housing headache," May 27, 2009.

12 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2008," 13-14.

13 Fifth Amended Complaint, March 31, 2017, 14-65

14 See footnote 9 for discussion of Great Recession.

15 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2017," 40.

socioeconomic statuses were forced to decrease their spending, which eliminated or curtailed the family's travel plans. Resort residential products faced unprecedented financial distress between the years of 2007 and 2011, with many forced to either restructure or declare bankruptcy. Resorts with a large residential components fared poorly in the downturn. Multiple luxury resort residential projects followed Ultimate Escapes into court. The Yellowstone Club in Montana filed bankruptcy on its 13,400-acre property on November 10, 2008, declaring $399 million in debts.[16] On July 9, 2009, Consolidated Resorts filed for bankruptcy. Consolidated Resorts operated 14 properties in Las Vegas, Hawaii, and Florida.[17] On October 25, 2009 Pacific Monarch Resorts filed bankruptcy.[18] Pacific Monarch catered to more than 100,000 guest arrivals each year in nine resorts and had aggregate sales in excess of $725 million.[19] Sea Island Resorts in Georgia filed in August 2010,[20] and was followed by ILX, which filed for bankruptcy on March 3, 2009, due to "plunging timeshare sales and a surge in buyers' loan delinquencies."[21] Viceroy Hotels Resorts and Residences in Anguilla declared on March 17, 2011.[22]

The Great Recession had a significant adverse impact on real estate values generally.[23] By the first quarter of 2009, national home prices, as measured by the Standard & Poor's/Case-Shiller Index, declined 26.7% from the peak in the second quarter of 2006.[24] A significant portion of this decline is attributable to decreased spending by the affluent. Prior to the Great Recession, a 2005 Citigroup study suggested: "Feeling wealthier, the rich decide to consume a part of their capital gains right away. In other words, they save less from their

16 World Property Journal. "Bankrupt Yellowstone Club Gets Short-Term Loan Approval". Scott Kauffman. November 19, 2008
17 Las Vegas Sun. "Vegas timeshare operator files for bankruptcy". Steve Green. July 8, 2009
18 Reuters. "Pacific Monarch Resorts Files for Bankruptcy". October 25, 2011
19 Reuters. "Pacific Monarch Resorts Files for Bankruptcy". October 25, 2011
20 Bloomberg. "Synovus Sea Island Settlements Bars Board Loan Approvals" David Beasley. January 14, 2013
21 Azcentral.com. "Resort Operator ILX Inc. files for bankruptcy" Dawn Gilbertson. March 3, 2009
22 Philly Inquirer. "Lubert-Adler Caribbean Project Bankrupt" Joseph N Distefano. March 18, 2011
23 CNN Money . "America's Lost Trillions". Chris Isidore. June 9, 2011.
24 CNN Money," Home prices in record drop," March 6, 2009.

income, the well-known wealth effect. The key point though is that this new lower savings rate is applied to their newer massive income."[25] During the Great Recession, this spending by the wealthiest 10.0% of the U.S. population declined by 7.5%, as the wealthy sought to save more to restore a portion of their "buffer" wealth.[26]

More specifically, the Great Recession contributed to a dramatic reversal in the Shared-Ownership industry. Shared-Ownership sales volumes declined from 2007 through 2017, dropping from $2.3 billion to $480 million. The extreme gyrations are most evident from 2003 through 2011, when sales volume increased from $513 million to $2.3 billion in 2007, before declining to $552 million by 2011.[27]

The decline in fractional interest/PRC sales was more pronounced, declining every year from 2007 through 2015, before increasing modestly in 2016 and declining again in 2017. Total sales dropped from $1.7 billion in 2007 to $175 million in 2017, a decrease of 89.6%. From 2012 through 2017, fractional interest/PRC sales averaged just $217.8 million per year, and in 2017, sales volume declined to the lowest level since the Great Recession.[28]

Table 1 details the annual sales volume in fractional interests and PRCs from 2004 through 2017.

Table 1[29]

---

25 IMF Working Paper, "The Rich and the Great Recession," Bas B. Bakker and Joshua Felman, December 2014, 30.

26 Stanford University, "Consumption And The Great Recession: An Analysis Of Trends, Perceptions, And Distributional Effects An Update Using Revised Nipa Data," Ivaylo Petev, Luigi Pistaferri, and Itay Saporta Eksten, August 2011, 23-24.

27 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 13.

28 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 11-13.

29 Ragatz Associates, (2007-2017)"The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 12-13, and (2004-2006) Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2007," 2007, 13 Note: For 2007-2018 data includes fractional interest + PRC. For 2004-2006, data includes fractional interest, PRC, Pre-sales and resales

| | | | Sales Volume<br>Fractional and PRC (millions) | | |
|---|---|---|---|---|---|
| Year | Fractional Interests | PRC Inerests | Sales Volume | Change in Sales Volume | Percent Change |
| 2004 | NA | NA | $1,093 | -- | -- |
| 2005 | NA | NA | $1,242 | $149 | 13.7% |
| 2006 | $476 | $1,070 | $1,546 | $304 | 24.5% |
| 2007 | $485 | $1,202 | $1,687 | $141 | 9.1% |
| 2008 | $263 | $912 | $1,175 | -$512 | -30.3% |
| 2009 | $150 | $515 | $665 | -$510 | -43.4% |
| 2010 | $107 | $242 | $349 | -$316 | -47.5% |
| 2011 | $103 | $228 | $331 | -$18 | -5.2% |
| 2012 | $71 | $196 | $267 | -$64 | -19.3% |
| 2013 | $80 | $181 | $261 | -$6 | -2.2% |
| 2014 | $71 | $126 | $197 | -$64 | -24.5% |
| 2015 | $61 | $129 | $190 | -$7 | -3.6% |
| 2016 | $75 | $142 | $217 | $27 | 14.2% |
| 2017 | $43 | $132 | $175 | -$42 | -19.4% |
| Total | | | | | -84.0% |

*Units are defined as traditional, HFI (high-end fractional units), and PRC. Within this chart, HFI and traditional units were combined. Fractional interest/PRC breakdown is unavailable for 2005/2006.

**Opinion 3: As a result of the declining interest in PRC/fractional interests, the population of active new developments declined, and a number of properties ceased sales.**

In 2007, at the industry's apex, there were 153 active fractional interest resorts/PRC developments in the United States, but by 2017 there were only 51[30]. From 2007 to 2017, the number of active fractional interest/PRC's in the United States declined 66.7%; however, the drop was most rapid in the five years following the Great Recession (2008-2012), when the number of active projects in the United States declined from 153 to 80, or 47.7%.[31] Table 2 shows the annual change in active projects, while Table 3 categorizes the cause for additions/reductions in active properties by year.

---

30 Ragatz Associates, (2017),"The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 23, and (2007) Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2008," 2008, 2.

31 Ragatz Associates, (20017),"The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 23, (2007) Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2008," 2008, 21, (2013) Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2013," 2013, 22.

Table 2[32]

| Number of Active Fractional Interest Projects | | | | |
|---|---|---|---|---|
| Year | Fractional Interest | PRC | Active Projects | Increase/ Decrease |
| 2006 | 78 | 57 | 135 | |
| 2007 | 85 | 68 | 153 | 18 |
| 2008 | 77 | 61 | 138 | -15 |
| 2009 | 82 | 43 | 125 | -13 |
| 2010 | 66 | 38 | 104 | -21 |
| 2011 | 66 | 32 | 98 | -6 |
| 2012 | 52 | 28 | 80 | -18 |
| 2013 | 54 | 21 | 75 | -5 |
| 2014 | 46 | 16 | 62 | -13 |
| 2015 | 44 | 18 | 62 | 0 |
| 2016 | 40 | 17 | 57 | -5 |
| 2017 | 32 | 19 | 51 | -6 |

The decline in demand for PRC/fractional interests led to a decline in the supply of active properties and a high number of properties that ceased sales. Developers dramatically reduced the pricing of unsold inventory, in order to address this reduced demand. It is not uncommon to close sales offices, as a cost savings measure, as projects cease selling units or sales decline significantly.

---

32 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2007," 2007, 21. Ragatz Associates Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2008," 2008, 21. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2009," 2009, 22. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2010," 2010, 23. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2011," 2011, 22. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2012," 2012, 26. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2013," 2013, 22. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2014," 2014, 23. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2015," 2015, 22. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2016," 2016, 22. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2017," 2017, 23. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 23.

Table 3[33]

| | | | | | Converted to | Converted to | Converted to | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | New Projects | Restarted Projects | Sell-out | Ceased Sales | Converted to Other Uses | Whole Ownership | Destination Club | Resort Timeshare | Increase/ (Decrease) | Percent |
| 2006 | | | | Detail Unavailable | | | | | 0 | |
| 2007 | | | | Detail Unavailable | | | | | 0 | 13.3% |
| 2008 | 26 | 0 | -8 | -33 | 0 | 0 | 0 | 0 | -15 | -9.8% |
| 2009 | 18 | 0 | 0 | -31 | 0 | 0 | 0 | 0 | -13 | -9.4% |
| 2010 | 9 | 0 | 0 | -30 | 0 | 0 | 0 | 0 | -21 | -16.8% |
| 2011 | 12 | 5 | -5 | -18 | 0 | 0 | 0 | 0 | -6 | -5.8% |
| 2012 | 4 | 4 | -1 | -16 | 0 | -3 | -6 | 0 | -18 | -18.4% |
| 2013 | 2 | 6 | -1 | -7 | 0 | -1 | 0 | -4 | -5 | -6.3% |
| 2014 | 3 | 4 | -7 | -7 | 0 | -1 | -5 | 0 | -13 | -17.3% |
| 2015 | 3 | 8 | -2 | -4 | 0 | -5 | 0 | 0 | 0 | 0.0% |
| 2016 | 5 | 4 | -5 | -7 | -2 | 0 | 0 | 0 | -5 | -8.1% |
| 2017 | 2 | 3 | -8 | -3 | 0 | 0 | 0 | 0 | -6 | -10.5% |
| Total | 84 | 34 | -37 | -156 | -2 | -10 | -11 | -4 | -102 | |

Number of Active Fractional Interest/PRC Projects

***Opinion 4: The growth and market acceptance of 1) home sharing sites, 2) online travel agents, and 3) a secondary market for the sale of fractional units have all converged to undermine demand for and value of fractional interests.***

Consumers have adapted to a variant of "sharing economy," in which an individual no longer needs to own an asset to be able to use it. Technological advances have spawned new service providers in a variety of consumer niches that invite sharing – from apartment or office sharing services to bike sharing services.[34] Technology has made sharing assets feasible, cheaper, and easier, and, therefore, possible on a larger scale.[35]

As related to Shared-Ownership vacation residences, according to a study by the International Society of Hospitality Consultants, 69% of the 230 respondents stated that the

---

33 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2009," 2009, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2010," 2010, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2011," 2011, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2012," 2012, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2013," 2013, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2014," 2014, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2015," 2015, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2016," 2016, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2017," 2017, 2. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 2.

34 Forbes, "The Sharing Economy - What It Is, Examples, and How Big Data, Platforms and Algorithms Fuel It," October 21, 2016

35 CNBC, "Hotel Apps Make Your Phone a Virtual Concierge," June 28, 2013.

17

appeal of such properties was diminishing because of the availability of online home-sharing
services.[36] The marked preference for what these on-line sites offer has reduced the potential
pool of buyers who might have previously considered Shared-Ownership, encouraged the rapid
growth of the web-based model and provided incentives for developers to provide potential
customers with more varied products and services.[37]

Moreover, though fractional interest/PRCs have historically differentiated themselves in
part due to an enhanced level of service when compared to traditional hospitality offerings, many
of the new home-sharing web-based providers make these luxury services (including, but not
limited to: enhanced virtual concierge services, remote check-in/check-out, remote spa bookings,
refrigerator stocking, and remote room temperature control) widely available via smartphone
apps.[38] In addition, home-sharing sites, such as THIRD HOME, Airbnb, and HomeAway, offer
an alternative to the fractional ownership model, by allowing individuals to access luxury
inventory for shorter-term use. These sites offer transparency (i.e., the ability to price-shop) and
improved market access to a more extensive array of vacation housing alternatives than were
previously available.

Of these, Airbnb has the most visibility and financial heft. In March 2017, Airbnb was
valued at about $31 billion, which is roughly the same as Marriott International's value after its
acquisition of Starwood Hotels and Resorts Worldwide. [39] One of the ways that Airbnb has
succeeded is due to increased smartphone penetration, which has made it easier for consumers to

---

36 ISHC Worldview," ISHC Worldview: Sharing Economy and the appeal of timeshare," June 7, 2018.

37 Boston Consulting Group, "Learning to Love (or Live With) the Sharing Economy," September 5, 2017, p. 5.

38 CNBC, "Hotel Apps Make Your Phone a Virtual Concierge," June 28, 2013.

39 Boston Consulting Group, "Hopping Aboard the Sharing Economy," August 22, 2017, p. 2.

find the sharing services.[40] Smartphones also provide consumers a way to reduce the "hassle" involved with renting.[41]

THIRDHOME, which was founded in 2010, markets itself as "Airbnb for millionaires and billionaires." The site enables members to make their homes available to other members in exchange for the ability to rent someone else's home in the program. The weekly booking fee is less than $1,000, and the membership initiation fee is $2,500. As of August 2017, THIRDHOME properties were reportedly located in 74 countries, and its average home value is $3.0 million. [42]

Websites such as Timeshare Users Group and Redweek also provide an online marketplace for flexible rentals by individual owners (these sites offer fractional interests in conjunction with lower priced timeshare units), as well as individuals' resales of shared-ownership inventory that otherwise may have been resold through a developer or real estate broker. With respect to the later, these sites charge a small listing fee, and the total cost is typically less expensive than purchasing from a developer. [43] *Consumer Reports* told its readers that it is often cheaper to rent a unit from an owner or purchase it "used" or through an exchange such as Redweek. [44]

On-line Travel Agents (OTAs), such as Expedia and hotels.com, also now compete with the home-sharing brands by accepting apartment and residence listings for inclusion in their own service offerings. One example of this trend is Expedia's 2015 acquisition of the home-sharing site HomeAway, which provides Expedia an additional outlet as HomeAway now offers Expedia

---

40 Boston Consulting Group, "What's Next for the Sharing Economy?" October 4, 2017, p. 2.

41 Boston Consulting Group, "Hopping Aboard the Sharing Economy," August 22, 2017, p. 3.

42 Forbes, "Inside 3RD HOME: The Airbnb For Millionaires and Billionaires,", January 15, 2016, Tripsavvy, "THIRDHOME: Luxury Vacation Club for Owners of Second Homes," August 28, 2017.

43 Marketwatch, "6 things to know before you buy a timeshare," October 31, 2016.

44 https://www.consumerreports.org/travel/consider-a-secondhand-timeshare-for-sale

vacation rentals. [45] A second OTA, The Priceline Group, owns Booking.com, which as of December 2017 offered approximately 1,190,000 homes, apartments and other unique offerings.[46]

This increased acceptance of home sharing sites and OTAs has contributed to a decline in the fractional interest/PRC industry specifically.

### Opinion 5: Fractional ownership interests are luxury goods that depreciate immediately after sale.

Because Shared-Ownership interests are generally not a sought-after product, like new cars or consumer electronics, developers expend significant amounts for marketing. A notable portion of a developer's sales price for Shared-Ownership interests are attributable to development and marketing fees. Average sales and marketing costs are in excess of 40% of the revenues of Marriott Vacations Worldwide Corporation[47]. This expense is generally supported by a) a 2008 research paper titled, "An economic analysis of a timeshare ownership," which estimated that marketing costs account for 43% of the contract price, [48] and b) a presentation by HVS Global Hospitality Services, which states that marketing costs may be as high as 55%.[49] Other than comparatively modest standard brokerage fees, resale prices do not reflect development or marketing costs. [50] For this reason, fractional interests/PRC prices depreciate immediately after sale.[51] Because fractional interests behave like luxury goods, price comparison

---

45 Expedia, Inc, 2017 Annual Report, 3, 40-41.

46 The Priceline Group, 2017 Annual Report, 3.

47 2017 Marriott Vacations Worldwide Corporation 10K

48 Journal of Retail & Leisure Property, "An economic analysis of a timeshare ownership," October 11, 2007, 75.

49 HVS, "An Introduction to Shared Ownership," September 2010, 13.

50 Journal of Retail & Leisure Property, "Timeshare and Vacation Ownership Executives' Analysis of the Industry and the Future", Betsy B. Stringam, April 20, 2009, 44.

51 Accordingly, fractional interests are not typically, nor should they be, purchased for investment.
Discussing fractional ownership interests, Reed Anderson, director of sales for Orchard at Carneros Inn, a PRC in California's wine country stated, "People don't buy this as an investment; they buy it as a lifestyle purchase." SF Gate, "A slice of the Good Life / Fractional ownership is the preferred name for a pricey but increasingly popular way to take a few weeks and enjoy…", July 22, 2007. This sentiment was echoed by

between new, developer sold units, and resales are not particularly meaningful. Other luxury goods that depreciate markedly after sale include cars, boats, designer handbags and shoes, etc.

**Opinion 6: Plaintiffs' actions (renting their unused weeks to non-Ritz-Carlton Club owners, publicly disparaging the Property by filing this lawsuit, and undercutting sales prices) have negatively impacted the values of their Fractional Interests**

To the extent access by non-members may have impacted perceptions of exclusivity, Plaintiffs own actions have served to give rise to this perception. The Owners always had the right to rent their units to unrelated third parties, to allow guests or other invitees (such as their gardener or others) to use their units, or to put them up for auction at charity events. From the inception of the Project, long before the MVC Affiliation, Owners did all three of these to use weeks they would not occupy, in effect permitting exactly the same sort of third party access they complain was introduced by the MVC Affiliation. Under the theory proffered by the Plaintiffs, the Owners' pre-affiliation grant of access to renters and guests decreased the Property's "exclusivity" prior to the MVC Affiliation; and Owners continued to provide such access to third parties after the MVC Affiliation. In addition, members of the MVCD Exchange Program accessed the Property prior to the affiliation, as early as 2010, through the Marriott Explorer Program.

---

Jamie Cheng, co-founder of San Francisco's Helium Report, an online fractional ownership resource. "Our recommendation is to consider this not as a real estate investment, but as a long-term lifestyle investment. You pay fairly premium annual dues, but you get a significant amount of luxury services back." SF Gate, "A slice of the Good Life / Fractional ownership is the preferred name for a pricey but increasingly popular way to take a few weeks and enjoy…", July 22, 2007.

Howard Nusbaum, the president of American Resort Development Association, a trade association representing the vacation ownership and resort development industries, cautioned – "Timeshares should never be thought of as financial investments. Instead, the only investment timeshare owners are making, is good vacation memories." Marketwatch, "6 things to know before you buy a timeshare," October 31, 2016.

Indeed, the generic Ritz Carlton Aspen purchase contract form ("Purchase Contract") states that the Seller made n representations concerning the Property's investment value: "Purchaser acknowledges that neither Seller nor any of its agents or employees has made, or is authorized to make, any warranties or representations upon which Purchaser has relied concerning the investment value, the possibility or probability of profit or loss, or the tax consequences, which may result from the purchase of the Residence Interest." Purchase Contract, Aspen Highlands Condominium, 4

Indeed, as shown in Table 4, from 2013-2015 the number of nights used by MVC members (through developer inventory, and later through exchange) was roughly equivalent to the nights rented to third parties by Owners (a number which does not include alternative use by Owners who otherwise gifted access to third parties); and, in both 2016 and 2017, rental nights exceeded nights used by MVCD Exchange Program by over 1,000 nights. Accordingly, as Plaintiffs and other Owners provided significant numbers of non-Owners access to the Property, it would be impossible to attribute any negative impact to price arising from the MVC Affiliation's alleged effect on exclusivity.

Table 4[52]

| Comparison of Exchange Nights Usage and Rental At the Property | | | |
|---|---|---|---|
| Year | Nights Used by MVC Members | Nights Rented by Members to Third Parties | Variance |
| 2013 | 846 | 734 | 112 |
| 2014 | 1,300 | 1,133 | 167 |
| 2015 | 1,897 | 1,589 | 308 |
| 2016 | 1,022 | 2,090 | (1,068) |
| 2017 | 773 | 1,803 | (1,030) |

Plaintiffs further allege that following the MVC Affiliation, MVC members could access the Property at a greatly reduced price, which contributed to the decline in prices. I have seen no evidence of this assertion, and it is my understanding that the Plaintiffs' average purchase price is similar to the amount that typical MVC members would be required to spend in order to access a similar week at the Property.[53] Furthermore, the Owners would retain superior rights of access to the Property. I have seen no evidence that MVC points owners received the same benefits as the Plaintiffs at a substantially discounted price.

---

52 RCDC072222-223 Confidential and RCDC073100 Confidential
53 Aspen Charts and Graphs, 1-2.

In addition, oftentimes, Owners sold their interests without regard to sales proceeds. Indeed, sellers often tried to lower their prices to undercut others, thereby reducing prices in a "downward spiral." Many Owners sold their interests by undercutting prices asked by other members. In his deposition in this matter, Mr. Ivan Skoric (a broker at Sotheby's International Real estate, Aspen Snowmass, who worked at the Property from 2002 to 2012 as a broker and sales manager, and who still maintains an office there) discussed a Fractional Unit that was listed at 66% of the price Mr. Skoric recommended because the owner said, "I just want to get out …I don't care." He went on to discuss additional members who marketed their units several weeks later. These members "looked at the outside market and said what's the lowest listing and matched it. So, it took two years to go from 40 to 80. It took two weeks to go back down to 50. Now, why would someone do that? I don't know why they would take less than they need to. And his answer was, I just want to get out."[54]

In addition, the Plaintiffs' lawsuit and the surrounding publicity likely reduced interest in the Property. Mr. Skoric also discussed this issue during his deposition, "when people are in town reading about a lawsuit, it may stop anyone coming in that might…have been looking."[55] According to Mr. Skoric's testimony, at least one prospective purchaser listed the lawsuit as the reason for terminating its contract. Mr. Skoric also mentioned that he had discussions with at least one additional local broker who mentioned "someone else who didn't move forward because of the lawsuit."[56]

The Plaintiff's counsel, Matthew Ferguson, has disparaged the Property through his public comments, stating in a 2016 article in the <u>Aspen Times</u>, "They (the Ritz-Carlton members) paid for a better product," Ferguson said. "If you make a reservation for the Four

---

54 Deposition of Ivan Skoric, April 27, 2018, 222-223.
55 Deposition of Ivan Skoric, April 27, 2018, 314
56 Deposition of Ivan Skoric, April 27, 2018, 314-316

Seasons and they put you in a Holiday Inn, that's what's happening here."[57] Comments comparing the Property to a Holiday Inn harm the marketability and resale value of the Fractional Interests.

### Opinion 7: The MVC Affiliation offered the Plaintiffs greater flexibility to exchange their interests for access to other properties.

Plaintiffs contend that the MVC Affiliation was a factor that "eliminate[d] the very features for which Plaintiffs and other Owners paid premium prices, thereby destroying the value of the Fractional Units sold to Plaintiffs and other Owners."[58] As discussed above, evidence indicates that the de-valuation began long before with the onset of the Great Recession. Instead of devaluing the asset, the MVC Affiliation increased value by providing greater utility for the Plaintiffs to exchange, at their sole option, into another MVC Property, or to take advantage of external options such as cruises and safaris.[59] Additionally, the members of the MVCD Exchange Program are only able to utilize nights made available by Owners who elect to utilize the MVC Affiliation in that given year. The MVC Affiliation's appeal is supported by the fact that from 2015 through 2017, approximately 50% of the Owners enrolled in the MVCD Exchange Program and elected to exchange almost 3,000 room nights for MVC Points.[60]

---

57 Aspen lawsuit: Marriott affiliation dilutes Ritz-Carlton brand, January 5, 2016.

58 Fifth Amended Complaint, March 31, 2017, 13.

59 Due to the challenging economic conditions surrounding the Great Recession, Ritz-Carlton's management of three fractional projects (Kapalua Bay, Bachelor Gulch and Jupiter), all of which were completed subsequent to the Property, was terminated. See Fifth Amended Complaint, Mar. 21, 2017, 76. See Marriott Vacations Worldwide, 2012 Annual Report, 50.

Although these three properties are no longer in the program, the Plaintiffs maintained access to The Ritz-Carlton Club, Aspen Highlands, and The Ritz Carlton Club, Vail, which are both located in Colorado, as well as The Ritz-Carlton, San Francisco, The Ritz-Carlton, Tahoe, and The Ritz-Carlton, St. Thomas. See Marriott Vacations Worldwide, 2012 Annual Report, 13.

As a result of the affiliation with MVC, the Plaintiffs have expanded access to 4 properties in Colorado, 14 properties in Florida, and 7 properties in Hawaii. In total the Plaintiffs now have access to over 65 resorts worldwide, including properties in Europe, Asia, locations which were previously unavailable. See Marriott Vacations Worldwide, 2017 Annual Report, 12-14.

The affiliation with the MVCD exchange program provided more resorts and greater exchange opportunities, resulting in greater optionality for existing RCDC members.

60 RCDC072222-223

Although the Plaintiffs argue that the MVC Affiliation impacted value, no evidence was provided correlating the events or isolating the impact of the MVC Affiliation. These claims are made without an acknowledgement that many factors, as discussed throughout this Report, drove sales, and consequently prices, down. In fact, during 2015 and 2016 only 4% of the total net available room nights were available through MVC Affiliation exchanges, confirming the unlikelihood that negligible use of exchange nights undermined value.[61] Furthermore, the MVC Affiliation provides the Plaintiffs the opportunity to access additional properties and locations, a benefit to many.

Affiliation of fractional interest/PRCs with external exchange companies is not uncommon. Table 5 calculates the percentage of fractional interest/PRCs with external affiliations from 2006 through 2017. As shown, affiliation exceeded 50% in every year from 2006 through 2017, and the percentage of affiliated properties increased from 56.8% to 76.5% over that period.[62] During 2016 and 2017, Owners enrolled 47.3% and 56.9%, respectively, of all of the Property's available room nights in the MVCD Exchange Program (enrolled room nights have the opportunity to be exchanged for points within the MVCD Exchange Program).[63] This high enrollment figure indicate that many Owners value the increased flexibility offered by the MVCD Exchange Program.

---

61 Aspen Charts and Graphs, 4

62 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America: 2018," 2018, 34.

63 RCDC072222-223

TABLE 5[64]

| Trends in Proportion of Fractional Interest Projects Affiliated with an External Exchange Company, 2006-2017 | |
| --- | --- |
| Year | Fractional Interest/PRC |
| 2006 | 56.8% |
| 2007 | 59.8% |
| 2008 | 65.9% |
| 2009 | 70.7% |
| 2010 | 70.2% |
| 2011 | 73.1% |
| 2012 | 71.2% |
| 2013 | 72.4% |
| 2014 | 54.4% |
| 2015 | 74.0% |
| 2016 | 80.1% |
| 2017 | 76.5% |

***Opinion 8: There is no industry defined term for "exclusive" or "exclusivity."***

Plaintiffs' maintain that they suffered a loss of "exclusivity" through the MVC Affiliation. They provided no support correlating the perceived loss in exclusivity, if there was any, and the impact to the price of their Fractional Interests.

There is no industry definition of "exclusive" or "exclusivity." It has become a marketing term, like "first-class," "luxury" or "private." If there is any industry widespread understanding, it generally refers to quality levels or service.

A "hotel" may be exclusive in that it is only available to the people who can afford to pay for the accommodations. As a place of public accommodation, hotels cannot discriminate, but

---

64 Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2008," 2008, 33. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2009," 2009, 33. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2010," 2010, 35. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2011," 2011, 33. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2012," 2012, 37. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2013," 2013, 33. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2014," 2014, 33. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2015," 2015, 32. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2016," 2016, 32. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2017," 2017, 34. Ragatz Associates, "The Shared-Ownership Resort Real Estate Industry in North America:2018," 2018, 34.

they can remain "exclusive." The first-class section of an airplane might be exclusive, but still open to customers who pay, customers who redeem points, the pilot who needs to rest on an overseas flight, employees, customers who were upgraded for free, customers who were inconvenienced on an earlier flight, and a whole host of passengers. This democratization of the first-class cabin does not lessen the experience, which is focused on service, attention and quality. First-class hotels generally have high standards of service and finish, and they are oftentimes described as luxurious or exclusive.

A recent article by CNN listed the world's most "exclusive" hotels. Each of them is open to the public. The theme that unites them is quality and service. The largest is the Marina Bay Sands in Singapore, which has 2,500 guest rooms, a casino, multiple restaurants and a public garden. The Marina Bay Sands hosts millions of visitors each year.[65] The property has been prominently featured in the recent popular movie "Crazy Rich Asians." If there is any industry widespread understanding, it generally refers to quality levels or service.

The Plaintiffs do not define the term "exclusive." To the extent that they mean luxury, based on my inspection, units are highly desirable luxury units, and the MVC Affiliation did not impact the Property's exclusive quality. The Property continues to be managed by Ritz-Carlton Management to the high Ritz-Carlton standards. To the extent they mean that only Owners have access, that is contradicted by the facts - Owners have always had the right to rent their units or give them away. To the extent they mean "not available to the public," that, too, is contradicted by the facts. Owners have rented their units to the public or advertised them widely on home-sharing sites or through brokers.

**Opinion 9: Fractional ownership interests are luxury goods that are purchased for status, use, enjoyment and lifestyle rather than for investment purposes.**

[65] CNN, "Quest's World of Wonder," May 17, 2018.

27

The Plaintiffs' purchase agreements expressly state that Seller has made no representations concerning the Project's investment value:

> **"Purchaser acknowledges that neither Seller nor any of its agents or employees has made, or is authorized to make, any warranties or representations upon which Purchaser has relied concerning the investment value, the possibility or probability of profit or loss, or the tax consequences, which may result from the purchase of the Residence Interest."[66]**

This representation comports with my opinion that fractional interests are not, nor should they, be purchased for investment purposes. Rather, fractional interest ownership is intended as a commitment to and purchase of future vacations and not as a real estate investment. This fundamental concept is reiterated in the purchase agreement, and further endorsed by the American Resort Development Association ("ARDA"), a trade association representing the vacation ownership and resort development industries [67]

As stated by Howard Nusbaum, the president of ARDA, "'Timeshares should never be thought of as financial investments. Instead, the only investment timeshare owners are making, is good vacation memories."[68]

---

[66] Purchase Contract, 4

[67] http://www.arda.org/arda/news-information/default.aspx?id=2824

[68] Marketwatch, "6 things to know before you buy a timeshare," October 31, 2016.

28

*Opinion 10: Changes in annual assessments are consistent with rising costs in Aspen and inflation.*

The Plaintiffs claim that the Plaintiffs have had to pay, in the form of inflated annual maintenance fees, for the increased use and wear and tear resulting from the opening of the Property to MVCD Exchange Program members.[69] This statement is not consistent with the facts.

In 2008 the average unit's annual assessment was $12,864 per year, which has subsequently increased to $15,410 in 2017.[70] This equates to a total increase of $2,546, or $283 per year, or $10 per night (based on 28 days of use). Table 6 depicts a year-by year analysis of the Property's assessment history. This increase equates to a compounded annual increase of 2.03% per year. At the same time, the consumer price index for Denver-Boulder-Greeley, CO rose at a 2.3% compounded annual rate.[71]

The rate of increase in the Project's assessment was outpaced by the rate of increase in the CPI-U. I consider the increases in the assessment to be reasonable and generally consistent with general real estate trends. Furthermore, it is my opinion that the neither the rate of increase, nor the amount of the increase, would appear to be an impediment to sale nor have a material impact on value, utility or enjoyment.

---

69 Fifth Amended Complaint, March 31, 2017, 92.

70 Aspen Charts and Graphs, 3.

71 Legislative Council Staff, "Consumer Price Index, All Items (CPI-U) All U.S. Urban Area and Denver-Boulder Greenly, undated; News Release Bureau of Labor Statistics, "Consumer Price Index, Denver-Boulder-Greeley – Second Half 2017", January 12, 2018.

Table 6[72]

| Average Annual Maintenance Fees At The Property | | |
|---|---|---|
| Year | Annual Dues | Percentage Increase |
| 2008 | $12,864 | NA |
| 2009 | $13,242 | 2.9% |
| 2010 | $13,229 | -0.1% |
| 2011 | $13,297 | 0.5% |
| 2012 | $13,665 | 2.8% |
| 2013 | $14,366 | 5.1% |
| 2014 | $14,285 | -0.6% |
| 2015 | $14,604 | 2.2% |
| 2016 | $14,950 | 2.4% |
| 2017 | $15,410 | 3.1% |
| Increase 2008-2017 | | 2.03% |

Moreover, Plaintiffs knew the annual dues at purchase, and should have known that these dues were subject to increase, which is commonplace in HOAs. See, for e.g., the Quality Assurance Checklist, appended to the standard The Ritz-Carlton Club, Aspen Highlands, Purchase Agreement, ("I understand that I am responsible for the assessments on each Residence Interest owned…., [and that] Assessments and Membership Program Dues are subject to change.")

An MVC member could access the Property for a lesser maintenance fee than the average Owner. However, the Owners receive multiple additional rights and benefits not granted to MVC members including: guaranteed access for allotted weeks, the ability to reserve additional nights at reduced rates, and exchange with other RCDC clubs through Cobalt Travel.[73]

---

72 RCC Aspen Maintenance Chart
73 Purchase Contract, 3

V.    <u>Conclusion</u>

The rapid decline in the fractional interest industry began with the onset of the Great Recession. A variety of market forces – all of which were beyond the control of the MVW Defendants -- -- combined to change the economics of the Plaintiffs' purchases, including: The Great Recession, the rapid escalation of home-sharing websites, actions taken by the Plaintiffs, and the numerous other issues I cite in this report.

Plaintiffs received the fractional units that they purchased, which they continue to use and enjoy. The utility, location size, quality and level of amenities remain the same, and the experience has not strayed from the original intentions of the developer. In addition, the Plaintiffs may now access a greater array of vacation options through the MVC Affiliation. Indeed, a majority of the Owners have elected to avail themselves of these alternative opportunities.

The Plaintiffs argue that the MVC Affiliation with MVC negatively impacted value; no evidence was provided correlating the events or isolating the impact, if any, of the MVC Affiliation. To many, the MVC Affiliation would be a benefit, in that it allowed Plaintiffs to exchange their units for units at other locations.

Notwithstanding, because there are so many factors that have contributed to a change in the value of the Plaintiff's interests, it is impossible to apportion these changes to the individual market factors. More specifically, Plaintiffs have engaged in disparaging comments in the press comparing the Property to a Holiday Inn. Similarly, this lawsuit has been cited by Aspen brokers as a reason prospective buyers have shied away from purchasing interests in the Property. One cannot apportion the value to these and other factors.

The Plaintiffs claim that they pay "inflated annual maintenance fees" for the increased use and wear and tear resulting from the opening of the Ritz Carlton Club, Aspen Highlands to

31

Marriott Vacation Club Members. Annual increases in the fees appear consistent with inflation. I see no evidence to support this assertion.

* * *

The opinions, analyses, and calculations contained in this Report are based on the information available to me as of October 26, 2018. I reserve the right to modify or supplement this Report if new or different information is made available to me.

Respectfully submitted,

Alan Tantleff

October 26, 2018