# EXHIBIT 35

```
 1                  UNITED STATES DISTRICT COURT
                       DISTRICT OF COLORADO
 2

     RCHFU, LLC, et al.,
 3         Plaintiffs,
 4   -vs-                            No. 1:16-cv-01301-PAB-GPG
 5   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 6         Defendants,

 7   REISER, et al.,
           Plaintiffs,            Eastern District of California
 8   -vs-                            No.  2:16-cv-00237-MCE-CKD
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al.,
10           Defendants,

11   PETRICK, et al.,
             Plaintiffs,         San Francisco County
12   -vs-                            No.  CGC-15-54897
     MARRIOTT VACATIONS WORLDWIDE
13   CORPORATION, et al.,
             Defendants.
14
15
16   DEPOSITION OF:       DANIEL HICKS
17   DATE TAKEN:          Friday, July 6, 2018
18   TIME:                10:22 a.m. - 2:23 p.m.
19   PLACE:               450 South Orange Avenue, Suite 650
20                        Orlando, Florida
21
22   REPORTED BY:
     Carmen Thomas, Registered
23   Professional Reporter and
     Notary Public
24   Job No. 2959337A
25   Pages 1 - 100
```

Page 1

```
 1      company contacts them by e-mail and says, we have this
 2      renter's name, and they'll go through and put it in the
 3      system as a finalized rental at that point.
 4           Q    So 2609 is just the designation that allows
 5      the rental to happen and then you get additional
 6      confirmation that the rental, in fact, occurred?
 7           A    Yes.
 8                MR. SELLINGER:  Objection to form.
 9                THE WITNESS:  So the -- this rental form says
10           that a member is trying to rent it and they
11           authorize that company and then if the -- if the
12           rental company contacts us, then we know we have a
13           rental, but this does not actually say that
14           anything has been rented.
15      BY MR. SCHRAG:
16           Q    I understand.  Okay.
17                MR. SCHRAG:  Could you hand Mr. Hicks the
18           next exhibit, the summary spreadsheet.  Mark that
19           as 2610.
20                (Exhibit 2610 was marked for identification.)
21      BY MR. SCHRAG:
22           Q    This was a spreadsheet produced to us with
23      Bates number RCDC73100.
24                Do you recognize this document, Mr. Hicks?
25           A    Yes, I do.
```

Page 89

```
 1        Q    Did you create it?
 2        A    I did not.  This -- this is what I had
 3   referred to earlier.  We have reporting that we can pull
 4   this information.  This is what would come from that.
 5   But I didn't create this specifically, no.
 6        Q    Okay.  This was a tab on a much larger
 7   spreadsheet with rental information.
 8             Are you familiar with that larger
 9   spreadsheet?
10        A    Yes.  I've seen the data that goes into this,
11   yes.
12        Q    And is that data from the reporting system
13   you told me about?
14        A    Yes.  So this comes from Universe and based
15   on the codes that are in that system, that will give us
16   those columns shown.
17        Q    And did you request that this report be
18   generated?
19        A    I did not request this specifically -- or I
20   don't recall if I requested this.  I -- from what I
21   understand, this was requested through Mike Paisley in
22   our corporate offices who does some of the reporting for
23   us, but I don't recall who actually requested this.
24        Q    What's Mike Paisley's position?
25        A    I'm not sure what his title is.  I just know
```

Page 90

```
 1      that he handles a lot of reporting.
 2          Q    Okay.  Did you review this in preparation for
 3      your deposition?
 4          A    Yes, I did.
 5          Q    Are there any other spreadsheets relating to
 6      rentals that you reviewed in preparation for your
 7      deposition?
 8          A    Relate -- I'm sorry?
 9          Q    Were there any other spreadsheets regarding
10      rentals that you reviewed in preparation for your
11      deposition?
12          A    No.  Just this spreadsheet showing the totals
13      here and, as you mentioned, the other tabs give that
14      data.
15          Q    And this spreadsheet summarizes the data
16      that's in those other tabs, correct?
17          A    I believe so, yes.
18          Q    And let's go through these columns.
19               We see the year and the site.  What about the
20      "Days RCCR," what is that?
21          A    So the Days RCCR, as you'll see here, it also
22      says "COD Submitted."  So once we receive this
23      certificate of designation that we spoke about, then in
24      the system there will be a code entered saying that the
25      member is trying to rent that time and has authorized
```

Page 91

```
 1      another party to add a renter to that reservation.  So
 2      that's what that column would be is -- there is not a
 3      rental yet, but we know that the member is authorizing
 4      someone to rent it.
 5           Q     So "COD" refers to the significant
 6      designation that we looked at an example of 2609?
 7           A     Yes.  That's correct.
 8           Q     And the days -- what does the "RCCR" stand
 9      for?
10           A     That's just a contingency code we put in
11      Universe.  My understanding of it would be Ritz-Carlton
12      club rental.  But that's, again, not that it's finalized
13      yet.  It's just Ritz-Carlton rental authorization.
14           Q     So there's -- for 2017, there was 709 COD
15      submitted with no rental finalized and 1,803 where the
16      rental was finalized?
17           A     I see that, yes.
18                 (There was an interruption in the deposition
19           and an off-the-record discussion.)
20                 MR. SCHRAG:  Back on the record.  I think I
21           muted Matt.
22                 Can you read back the last question, Carmen?
23                 (The requested question and answer were
24           read.)
25      BY MR. SCHRAG:
```

Page 92

```
 1        Q    Okay.  And those are -- I'm just trying to
 2   understand.  These are cumulative.  So there were a
 3   total of 2,500 COD submitted and of those, 709 were not
 4   finalized and 1803 were finalized; is that what this
 5   means?
 6        A    Well, it's, I guess, a little different than
 7   that.  Only just that when a finalized rental happens,
 8   we then take off the code that says "RCCR."  So it is
 9   cumulative in that sense, but this just means that many
10   people have tried to rent; this many are finalized of
11   total.
12             What I'm trying to say is, it doesn't mean
13   that there's always an RCCR first, because we may
14   receive the certificate of designation at the same time
15   as a finalized rental.  So I can't say that it's always
16   going to correlate exactly, but in the typical process,
17   yes, it would be a COD Submitted.  The rental is
18   processed as finalized once we know that it's final.
19        Q    Okay.  In any event, the final column are the
20   number of nights rented for each of the years listed,
21   correct?
22        A    Those are the numbers of nights rented that
23   we are aware of members who have gone through this
24   process, yes.
25        Q    And for what purpose do you use that
```

Page 93