EXHIBIT 37




IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

RCHFU, LLC et al.,

    Plaintiff,

vs.                                    Case No.
                                         1:16-cv-01301-RAB-GPG

MARRIOTT VACATIONS WORLDWIDE
CORPORATION, et al.,

    Defendants.

VIDEOTAPED DEPOSITION OF

RANDY MERCER

TAKEN ON
WEDNESDAY, SEPTEMBER 13, 2018
9:04 A.M.

RITZ-CARLTON CLUB, ASPEN HIGHLANDS
0075 PROSPECTOR ROAD
ASPEN, COLORADO 81611

**Page 6**

```
 1         VIDEOTAPED DEPOSITION OF
 2              RANDY MERCER
 3                TAKEN ON
 4         WEDNESDAY, SEPTEMBER 13, 2018
 5                9:04 A.M.
 6
 7         THE VIDEOGRAPHER: We are on the record.
 8  The time is 9:04. The date is September 13, 2018.
 9  This is the beginning of the deposition of Randy
10  Mercer. The case caption is RCHFU, LLC versus
11  Marriott Vacations Worldwide Corporation.
12         Will counsel please introduce yourselves
13  and state whom you represent.
14         MR. FERGUSON: Yes. Matthew Ferguson for
15  the plaintiffs in this case.
16         MR. REISER: Michael Reiser, appearing by
17  phone, for the plaintiffs.
18         MR. REISER: Matthew Reiser, appearing by
19  phone, for the plaintiffs.
20         MR. SHEA: Daniel Shea, with Hogan Lovells
21  in Denver, appearing for Defendant Association and
22  the witness.
23         MS. LIVINGSTON: Jessica Livingston, with
24  Hogan Lovells, for the witness.
25         MR. MARX: Finally you have Ian Marx, I-a-
```

**Page 7**

```
 1  n M-a-r-x, from Greenberg Traurig, appearing by
 2  telephone on behalf of the Marriott Defendant.
 3         THE VIDEOGRAPHER: All right. The court
 4  reporter will now swear in the witness.
 5  RANDY MERCER, having been first duly sworn or
 6  affirmed, was examined, and testified as follows:
 7         THE VIDEOGRAPHER: All right. You may
 8  proceed.
 9  EXAMINATION
10  BY MR. FERGUSON:
11     Q. Thank you. Good morning, Mr. Mercer. I'm
12  here for your continued deposition. Thanks for
13  appearing here today.
14     A. You're welcome.
15         (Whereupon, Deposition Exhibit 3100 was
16  marked for identification.)
17     Q. I'm going to show you what's been marked
18  as Exhibit 3100. This is titled Acknowledgment of
19  and Joinder of Affiliation Agreement between Lion
20  and Crown Travel Company LLC and Marriott Resorts
21  Travel Company, Inc. It's dated April 24th, 2014.
22  Is this your signature on the last page or -- yeah,
23  it's the last page, page four?
24     A. Yes.
25     Q. And you signed that on or about -- in or
```

**Page 8**

```
 1  around April 2014?
 2     A. Yes.
 3     Q. At the time -- would you look at the first
 4  paragraph. I know it's kind of hard, but if you
 5  look where I'm pointing here, capitalized terms, it
 6  says "Capitalized terms used in this acknowledgment
 7  and not defined herein shall be ascribed the
 8  meanings set forth in that certain affiliation
 9  agreement between MRTC, which is defined as Marriott
10  Resort Travel Company, and Lion and Crown dated
11  November 14th, 2013."
12         I'm not going to read the parentheticals.
13  It says "This acknowledgment shall be effective as
14  of the date set forth in the written notice provided
15  by Lion and Crown to the association."
16         When you signed this agreement, had you
17  seen the affiliation agreement as defined in this
18  first paragraph, sir?
19     A. No, sir.
20     Q. Had you asked for it?
21     A. No, sir.
22     Q. Did you sign an acknowledgment -- did you
23  sign this Acknowledgment and Joinder to the
24  Affiliation Agreement, between these two entities,
25  without having reviewed it at all?
```

**Page 9**

```
 1     A. That is correct.
 2     Q. Would that be, to your knowledge -- best
 3  of your knowledge, the case for Mr. Moreno, do you
 4  know if he saw it or not?
 5     A. I do not know.
 6         MR. MARX: Object to the form of the
 7  question.
 8  BY MR. FERGUSON:
 9     Q. Do you know?
10     A. I'm sorry?
11     Q. Do you know whether Mr. Moreno saw it?
12     A. I do not know if he saw it.
13     Q. Is there a reason why you didn't ask for
14  this agreement when you signed this acknowledgment
15  and joinder?
16     A. I had counsel representing me, so I did
17  not feel the need.
18     Q. And isn't it a fact that it was you, sir,
19  who negotiated the terms of the memorandum of
20  understanding with Ms. Sobeck?
21     A. I was one of the board members who was
22  involved, but I was a primary point of contact.
23     Q. Because I asked Mr. Moreno, I said, "In
24  connection with what was put into the memorandum of
25  understanding, the business points and whatnot, were
```

**70**

1  Date:    October 5, 2018        Assignment #: 27769-1
2  Attorney: Daniel F. Shea, Esquire
3  Deponent: Randy Mercer
4  Case:    RCFU, LLC vs. Marriott Vacations
5
6  ATTORNEY - TRANSCRIPT ENCLOSED: Signature of your client
7  is required. Please have your client make any corrections
8  necessary. Sign the Correction Sheet where indicated.
9  Forward a COPY of the executed Correction Sheet directly
10 to the attorney(s) listed below. (The Address(es) can be
11 found on the Appearance page of the deposition.) Also,
12 send a COPY of the executed Correction Sheet to our
13 corporation.
14
15
16
17
18
19 CC: Naegeli Deposition & Trial
20    Matthew C. Ferguson, Esquire
21    Jan S. Marx, Esquire
22    Jessica B. Livingston, Esquire
23
24
25

**71**

1        CORRECTION SHEET
2  Deposition of: Randy Mercer        Date: 09/13/18
3  Regarding:    RCFU, LLC vs. Marriott Vacations
4  Reporter:    Laur
5  _____
6  Please make all corrections, changes or clarifications
7  to your testimony on this sheet, showing page and line
8  number. If there are no changes, write "none" across
9  the page. Sign this sheet on the line provided.
10 Page  Line  Reason for Change
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24      Signature_____
25            Randy Mercer

**72**

1            DECLARATION
2  Deposition of: Randy Mercer        Date: 09/13/18
3  Regarding:    RCFU, LLC vs. Marriott Vacations
4  Reporter:    Laur
5  _____
6
7  I declare under penalty of perjury the following to
8  be true:
9
10 I have read the transcript and the same is true and
11 accurate save and except for any corrections as made
12 by me on the Correction Page herein.
13
14 Signed at _____, _____
15 on the _____ day of _____, 2018.
16
17
18
19
20
21
22
23
24      Signature_____
25            Randy Mercer