# EXHIBIT 38

Gerald Marsden, 10/5/2017

```
 1    IN THE UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO
 2    Civil Action No. 1.16-cv-01301-PAB-GPG
 3    RCHFU, LLC, et al.,
 4                            Plaintiffs,
 5              -against-
 6    MARRIOTT VACATIONS WORLDWIDE CORPORATION,
      et al.,
 7
                              Defendants.
 8
      ------------------------------------------
 9
10                     October 5, 2017
                       9:35 a.m.
11
12
13
14     VIDEOTAPED DEPOSITION of GERALD MARSDEN,
15    taken by Plaintiffs, pursuant to
16    Notice, held at the offices of HOGAN
17    LOVELLS US LLP, 875 Third Avenue, New
18    York, New York before Wayne Hock, a
19    Notary Public of the State of New York.
20
21
22
23
24
25   Pages 1 - 307
```

Page 1

Gerald Marsden, 10/5/2017

| | | |
|---|---|---|
| 1 | THE WITNESS: And it's my | 01:47:33 |
| 2 | recollection soon after this Lee | 01:47:35 |
| 3 | Cunningham signed an agreement | 01:47:42 |
| 4 | stating that. | 01:47:46 |
| 5 | Q.   And so when it talks about | 01:47:46 |
| 6 | having a vote -- that unless a majority | 01:47:48 |
| 7 | of Aspen Highlands members -- | 01:47:53 |
| 8 | A.   Not including the shares held | 01:47:58 |
| 9 | by Marriott wanted it, he would drop | 01:48:00 |
| 10 | the idea. | 01:48:04 |
| 11 | Q.   And how many members of the | 01:48:04 |
| 12 | Aspen Highlands were there at that | 01:48:16 |
| 13 | time? | 01:48:19 |
| 14 | A.   Six hundred and change. | 01:48:19 |
| 15 | Q.   Does the number eight hundred | 01:48:20 |
| 16 | ring a bell? | 01:48:22 |
| 17 | A.   No, eight hundred's the total | 01:48:22 |
| 18 | including Marriott. | 01:48:22 |
| 19 | Q.   So six hundred and change. | 01:48:23 |
| 20 | So you'd have to have over | 01:48:23 |
| 21 | approximately three hundred members | 01:48:26 |
| 22 | vote in favor of the merger? | 01:48:28 |
| 23 | A.   That's correct. | 01:48:32 |
| 24 | Q.   And if they did not -- if | 01:48:34 |
| 25 | less than the majority voted in | 01:48:37 |

Page 159