# EXHIBIT 39

DocumentId : 105727

| | |
|---|---|
| **From:** | Verrechia, Nicole |
| **Sent:** | Tuesday, January 14, 2014 02:13:46 PM |
| **To:** | Dinda, Dee; Sobeck, Stephanie |
| **Subject:** | RE: Aspen Vote Update |

Good Afternoon,

*No change in the numbers from yesterday.

The final vote count by interest:
**FOR: 74**
**AGAINST: 67**

The final vote count by number of owners:
There are **66** owners who voted FOR and **58** owners who voted AGAINST.

**The survey closed yesterday 1/13/14 at midnight.**
Thanks,
Nicole


_____
Nicole Verrechia
Morrow & Co., LLC
470 West Avenue
Stamford, CT 06902
Phone: 845.440.3018
Fax: 845.765.0568
Email: nverrechia@morrowco.com