# EXHIBIT 41

Page 1

```
 2    UNITED STATES DISTRICT COURT
 3    DISTRICT OF COLORADO
 4    Civil Action No. 1:16-cv-01301-PAB-GPG
 5    ------------------------------------x
      RCHFU, LLC, et al.,
 6
                Plaintiffs,
 7
 8
           - against -
 9
10
      MARRIOTT VACATIONS WORLDWIDE CORPORATION,
11    et al.,
12              Defendants.
      ------------------------------------x
13                  April 26, 2018
                    10:05 a.m.
14
15
16         Deposition of TOBY CONE, taken by
17    Defendants, pursuant to Notice, held at the
18    offices of Greenberg Traurig LLP, 200 Park
19    Avenue, New York, New York, before Todd
20    DeSimone, a Registered Professional
21    Reporter and Notary Public of the State of
22    New York.
23
24
25       Job No. NJ2900826
```

Page 110

1              T. CONE
2  Marriott Vacation Club through an e-mail
3  from a man named Cunningham that talked
4  about a survey, were you referring to this
5  e-mail or to something else, or you are not
6  quite sure what?
7       A.    I believe it was something
8  else.
9       Q.    Were you later made aware of
10 the contents of RC 6?
11      A.    I don't believe I've read this,
12 no.
13      Q.    And reading it today, you
14 understand that this e-mail is discussing a
15 survey, correct?
16      A.    Correct.
17      Q.    The e-mail is not discussing a
18 vote, right?
19      A.    Correct.
20      Q.    Nothing entitled you to a vote,
21 did it?
22            MR. MEADE:  Objection,
23 argumentative.
24      Q.    You can answer.
25      A.    Nothing entitled me to a vote?

Page 111

1           T. CONE
2      Q.    On the question of whether
3  there should be an affiliation with the
4  Marriott Vacation Club.
5           MR. MEADE:  Also objection,
6  calls for a legal conclusion.
7      A.    I never heard about a vote, no.
8      Q.    Is there anything that you
9  believe entitled you to vote on a question
10 of that nature?
11     A.    Absolutely.
12     Q.    What document did that?
13     A.    What document did that?
14           MR. MEADE:  Objection, lack of
15 foundation.
16     Q.    Actually, let me ask another
17 question.
18           Why do you believe that you, as
19 a member of the Aspen Highlands Resort,
20 were entitled to vote on the question of
21 whether there would be an affiliation
22 between the Ritz-Carlton Aspen Highlands
23 Resort and the Marriott Vacation Club?
24     A.    I think the reason is we have
25 an equity-based timeshare/fractional