# EXHIBIT 42

Page 1

1                    UNITED STATES DISTRICT COURT

2                       DISTRICT OF COLORADO

3

4    RCHFU, LLC, ET AL.,

5            PLAINTIFFS,

6        vs.                        NO. 1:16-CV-01301-PAB-GPG

7    MARRIOTT VACATIONS WORLDWIDE

8    CORPORATION, A DELAWARE

9    CORPORATION, ET AL.,

10           DEFENDANTS.

11    _____

12

13                  DEPOSITION OF RONALD GLAZER

14                   SAN FRANCISCO, CALIFORNIA

15                  TUESDAY, JANUARY 30, 2018

16                         VOLUME I

17

18

19

20

21

22    REPORTED BY:

23    MEGAN F. ALVAREZ, RPR, CSR No. 12470

24

25    Job No. NJ2802687

1          MR. SCHLEIFSTEIN:  Mark this RC-3.

2          (Whereupon Exhibit RC-3 was marked for

3            identification.)

4    BY MR. SCHLEIFSTEIN:

5        Q.    Okay.  Mr. Glazer, the court reporter has

6    handed you what we've just marked as RC-3, a designation

7    we've used at other depositions in this case.

8          Please take whatever time you need to

9    familiarize yourself with it.

10          (Witness reviewing document.)

11          THE WITNESS:  Okay.

12    BY MR. SCHLEIFSTEIN:

13        Q.    For the record, Mr. Glazer, RC-3 is an

14    April 5, 2013 e-mail from the Aspen Highlands board of

15    directors to the members of the Ritz-Carlton Aspen

16    Highlands resort.  This particular document is addressed

17    to the Alpers, but I'll represent to you that an

18    identical version went to all members of the Aspen

19    Highlands resort.

20          Do you recall receiving this e-mail in or

21    around April of 2013?

22        A.    I don't recall.

23        Q.    Okay.  You could set it aside now.  I'm not

24    going to ask you about something you haven't seen.

25          We'll mark this RC-4.

Page 96

1              (Whereupon Exhibit RC-4 was marked for

2                 identification.)

3    BY MR. SCHLEIFSTEIN:

4       Q.   Mr. Glazer, the court reporter has just handed

5    you what we've marked RC-Exhibit 4, a designation we've

6    used at other depositions in this matter.

7              Please take whatever time you need to

8    familiarize yourself with it.

9              (Witness reviewing document.)

10             THE WITNESS:   Okay.

11   BY MR. SCHLEIFSTEIN:

12      Q.   Mr. Glazer, for the record, RC-4 is a May 14,

13   2013 e-mail from RCDC member communications to the

14   members of the Ritz-Carlton Destination Club.   This

15   particular document is addressed to Mr. Oliver, but I'll

16   represent to you that an identical version went to all

17   Ritz-Carlton Destination Club members.

18             Do you recall receiving this e-mail in or

19   around May of 2013?

20      A.   I don't recall.

21      Q.   Okay.  You could set that aside, too, then.

22             We'll mark this as RC-5.

23             (Whereupon Exhibit RC-5 was marked for

24                identification.)

25   ///