EXHIBIT 43

```
                                                    Page 1

  1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
  2

       RCHFU, LLC, et al.,          )
  3                                 )
                     PLAINTIFFS,    )
  4                                 )
       VS.                          )
  5                                 ) CIVIL ACTION NO.:
                                    ) 1:16-cv-01301-PAB-GPG
  6    MARRIOTT VACATIONS           )
       WORLDWIDE CORPORATION, et    )
  7    al.,                         )
                                    )
  8                  DEFENDANTS.    )
  9    ----------------------------------------
 10                   ORAL DEPOSITION OF
 11                      FRANK GREICO
 12                     March 21, 2018
 13                        Volume 1
 14    ----------------------------------------
 15         ORAL DEPOSITION OF FRANK GREICO, produced as a
 16    witness at the instance of the DEFENDANT MARRIOTT
 17    VACATIONS WORLDWIDE CORPORATION, and duly sworn, was
 18    taken in the above-styled and numbered cause on the 21st
 19    day of March, 2018, from 11:22 a.m. to 1:33 p.m., before
 20    Caroline Massa, RPR, CSR in and for the State of Texas,
 21    reported by machine shorthand, at the law offices of
 22    Greenberg Traurig, LLP, 2200 Ross Avenue, Suite 5200,
 23    Dallas, Texas, pursuant to the Federal Rules of Civil
 24    Procedure and the provisions stated on the record or
 25    attached hereto.
       Job No. NJ2850303
```

Page 83

1           (Ms. Lam leaves.)
2      Q.   (BY MR. SCHLEIFSTEIN)  So before we had our
3  technical problem with the phone, Mr. Greico, I was
4  reading you a sentence in RC-2.  And it said, We've
5  scheduled a webinar for members of the Ritz-Carlton
6  Destination Club with myself and the president and chief
7  executive officer of Marriott Vacations Worldwide on
8  August 28, at 4 o'clock p.m. Eastern Standard Time to
9  help address questions we have received from our
10 members.
11           Do you recall participating in or
12 listening to a webinar in August of 2012 regarding this?
13     A.   No, I didn't.
14     Q.   Okay.  You can set that document aside now.
15           I'm gonna show you what we previously
16 marked as RC-3.
17           Mr. Greico, the court reporter has just
18 handed you what we previously marked as RC-3.  While you
19 look it over, I'll identify it for the record as an
20 April 5, 2013 e-mail from the Aspen Highlands Tourist
21 Accomodation board of directors to the members of the
22 Ritz-Carlton Aspen Highlands Resort.  This particular
23 document is addressed to the Alpers, but I'll represent
24 to you that an identical version went to all
25 Ritz-Carlton Aspen Highlands members.  So let me know

```
                                                        Page 84

 1    when you're ready.
 2         A.    (Reviews document.)  I'm ready.
 3         Q.    Okay.
 4         A.    I have a question.  Is Lee Cunningham
 5    executive vice president or in this memo is he COO?
 6         Q.    Well, I can't answer your questions.
 7         A.    Which one is he?
 8         Q.    I can't answer your questions in light of the
 9    format of what we're doing.
10         A.    Okay.
11         Q.    My question, Mr. Greico, is:  Do you recall
12    receiving this e-mail in or around April of 2013?
13         A.    I don't recall.
14         Q.    Okay.  Were you later made aware of the letter
15    or its contents outside of the context of this lawsuit?
16         A.    Before the lawsuit?
17         Q.    Before the lawsuit.
18         A.    No.
19         Q.    Okay.  You can set that aside then.
20               I'm gonna next show you what we've marked
21    as RC-4.
22               Okay.  Mr. Greico, the court reporter has
23    just handed you what we previously marked as RC-4.
24    While you look it over, I'll identify it for the record
25    as a May 14, 2013 e-mail from Mr. Cunningham to the
```

Page 85

```
 1    members of the Ritz-Carlton Destination Club.  This
 2    particular e-mail went to Mr. Oliver, but I'll represent
 3    to you that an identical version went to all members of
 4    the Ritz-Carlton Destination Club.  Let me know when
 5    you're ready.
 6         A.   (Reviews document.)  I'm ready.
 7         Q.   Do you recall receiving this e-mail in or
 8    around May of 2013?
 9         A.   I don't recall.
10         Q.   Were you later made aware of the e-mail or its
11    contents before the litigation?
12         A.   I don't think so.
13         Q.   Okay.  You can set that aside then.
14              I'll move on to RC-5.
15              Okay.  Mr. Greico, the court reporter has
16    handed you what we previously marked as RC-5.  While you
17    look it over, I'll identify it for the record as a
18    November 19, 2013 e-mail from Mr. Cunningham and from
19    the Aspen Highlands Tourist Accommodation board of
20    directors to the members of the Aspen Highlands Resort.
21    This e-mail was also addressed to Mr. Oliver, and I'll
22    again, represent to you that an identical version went
23    to all members of the Ritz-Carlton Aspen Highlands
24    Resort.  So just let me know when you're ready for this
25    one.
```