EXHIBIT 44

```
                                                            Page 1

 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF COLORADO

 3

 4    RCHFU, LLC, ET AL.,

 5        PLAINTIFFS,

 6      vs.                         NO. 1:16-CV-01301-PAB-GPG

 7    MARRIOTT VACATIONS WORLDWIDE

 8    CORPORATION, A DELAWARE

 9    CORPORATION, ET AL.,

10        DEFENDANTS.

11    _____

12

13             DEPOSITION OF JENNIFER KAPLAN

14               SAN FRANCISCO, CALIFORNIA

15               FRIDAY, FEBRUARY 2, 2018

16                       VOLUME I

17

18

19    REPORTED BY:

20    MEGAN F. ALVAREZ, RPR, CSR No. 12470

21

22

23

24

25    Job No. NJ2802712
```

Veritext Legal Solutions
800-227-8440                                    973-410-4040

Page 131

```
 1        A.   No.
 2        Q.   Do you have any recollection of any issues
 3   relating to a vote of The Ritz-Carlton Club members
 4   concerning a proposed affiliation between The
 5   Ritz-Carlton Club and the Marriott Vacation Club?
 6        A.   I don't recall ever being asked to vote on
 7   that.
 8        Q.   Do you recall ever being aware of any
 9   discussion regarding a vote?
10        A.   No.
11        Q.   Do you recall whether anybody from
12   Ritz-Carlton or Marriott had made any promises with
13   respect to any vote concerning the subject of an
14   affiliation between The Ritz-Carlton Destination Club
15   and the Marriott Vacation Club?
16             MS. MARTINEZ:  Objection to form.
17             THE WITNESS:  I don't know.
18   BY MR. MARX:
19        Q.   Could I show you what's been marked as
20   Exhibit 13.
21             (Whereupon Exhibit 13 was marked for
22             identification.)
23   BY MR. MARX:
24        Q.   Exhibit 13 is an April 5th, 2013, letter that
25   was sent by e-mail by the Aspen Highlands board of
```

Page 132

```
 1    directors to all members of the Aspen Highlands Ritz.
 2             Do you recall receiving this letter?
 3       A.   No.
 4       Q.   Does looking at that letter refresh your
 5    recollection about any of the issues discussed in the
 6    letter?
 7       A.   No.
 8       Q.   I'm going to show you what's been marked as
 9    Exhibit 14.
10             (Whereupon Exhibit 14 was marked for
11              identification.)
12    BY MR. MARX:
13       Q.   Exhibit 14 is a May 14th, 2013, letter that
14    was sent by The Ritz-Carlton Destination Club by
15    e-mail --
16             MS. MARTINEZ:  Sorry.  Do you have a copy for
17    me?
18             MR. MARX:  Oh, I'm sorry.
19    BY MR. MARX:
20       Q.   -- by e-mail to all Ritz-Carlton club members.
21             Have you ever seen Exhibit 14?
22       A.   No.
23       Q.   Does looking at Exhibit 14 refresh your
24    recollection about any of the issues discussed in it?
25       A.   No.
```