# EXHIBIT 45

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF COLORADO
 3    Civil Action No. 1:16-cv-01301-PAB-GPG

 4
      DEPOSITION OF JOHN SCHULTZ
 5    January 22, 2018

 6
      RCHFU, LLC, a Colorado limited liability
 7    Company, et al.,
 8    Plaintiffs,
 9    v.
10    MARRIOTT VACATIONS WORLDWIDE CORPORATION,
      A Delaware corporation, et al.,
11
      Defendants.
12
13    APPEARANCES:
14        THE MATTHEW C. FERGUSON LAW FIRM, P.C.
              By Matthew C. Ferguson, Esq.
15                119 South Spring
                  Suite 210
16                Aspen, Colorado 81611
                  970.925.6288
17                Matt@matthewfergusonlaw.com
                  Appearing on behalf of Plaintiffs
18
19        GREENBERG TRAURIG, LLP
              By Ian S. Marx, Esq.
20                500 Campus Drive
                  Suite 400
21                Florham Park, New Jersey
                  07932-0677
22                793.360.7951
                  marxi@gtlaw.com
23                Appearing on behalf of the
                  Marriott Defendants
24
25    Job No. NJ2795307
```

```
                                                          Page 118

1      documents were sent by email to all the Aspen
2      Highlands owners.
3              My question is, do you recall receiving
4      the email that's reflected in Exhibit 4 on or about
5      December 4th, 2013?
6           A    No.
7           Q    Do you recall receiving the Frequently
8      Asked Questions that's reflected in Exhibit 5?
9           A    No.
10          Q    Do you recall seeing the website pages
11     that are reflected in Exhibit 6?
12          A    No.
13          Q    Setting aside your recollection of having
14     received or not received the documents, were you ever
15     aware that there was a survey that was conducted in
16     or about December 2013 relating to the subject
17     matters described in these documents?
18          A    No.
19          Q    You never became aware of that at any
20     time?
21          A    Not that I recall.
22          Q    Next I'm going to show you what we marked
23     as Exhibit Schultz 7.
24               MR. MARX:  Here you go, Matt.
25               MR. FERGUSON:  Thank you.
```

Page 121

1    won't be humored by the situation.

2             So, yeah.  I mean, as long as we don't
3    have the drama in your questions, I'm okay with not
4    reacting to it.  It just was a reaction to the way
5    you read the question, the way you quoted it.  So I
6    think I'm done.

7       Q    (BY MR. MARX)  Mr. Schultz, do you
8    remember being informed by the board in 2014 about
9    the results of an affiliation survey?

10      A    I don't think so.

11      Q    Have you ever -- have you ever heard that
12   there was a survey of the Aspen members relating to
13   the subject of the Marriott Vacation Club
14   affiliation?

15      A    Ever?

16           MR. FERGUSON:  Object to form.

17      Q    (BY MR. MARX)  Yes, ever.

18      A    I heard it from counsel.

19      Q    Other than from counsel, have you heard --
20   do you recall --

21      A    No.

22      Q    Okay.

23      A    Never spoke with anybody about a survey.

24      Q    And that includes the fact of the survey
25   and the results of the survey, correct?

Page 122

```
 1        A     Correct.
 2        Q     You recall hearing about the proposed
 3   affiliation --
 4        A     Uh-huh.
 5        Q     -- in 2012, correct?
 6        A     Yeah.
 7        Q     Okay.  Do you know when the affiliation
 8   was implemented, if at all?
 9        A     I know that it was implemented.  I don't
10   know exactly when it was implemented.  I think
11   sometime in 2013 or 2014.
12        Q     And do you know the basis for that belief?
13   Why do you think that?
14        A     I remember getting evidence of the
15   relationship with Marriott Vacation Club in terms of
16   opportunity for people to trade their weeks.
17        Q     So as -- as an Aspen Highlands fractional
18   owner, you received a communication saying that you
19   could now trade your weeks for points; is that
20   correct?
21        A     I believe so, yes.
22        Q     And you believe that was the first time
23   you learned that the affiliation had been
24   implemented?
25        A     I think so.
```

```
                                                    Page 123

 1        Q    Okay.  So whenever the date of that was,
 2   that document was, that's when you learned about it?
 3        A    I think so.
 4        Q    Okay.  And what did you do after you
 5   learned that the affiliation had been implemented?
 6        A    Nothing.
 7        Q    Did you -- did you complain to the board
 8   of directors?
 9        A    No, I did not.
10        Q    Did you complain to anybody at Marriott or
11   Ritz?
12        A    No.
13        Q    Did you review any of the drafts of the
14   complaint in this matter before it was filed?
15        A    Drafts of the complaint.
16        Q    Yes.
17        A    I don't think so.
18        Q    Do you participate in a group of
19   fractional owners that makes decisions regarding the
20   lawsuit?
21        A    No, I do not.
22        Q    Have you contributed funds towards the
23   litigation of this case?
24        A    Yes.
25        Q    How much?
```