# EXHIBIT 46



**CAPRI COURT REPORTING, INC.**
*Certified Court Reporters*
0035 Bobcat Court
Carbondale, Colorado 81623
(970) 510-5131

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

Defendants.

DEPOSITION OF

**THOMAS PROSE**

February 26, 2018

1:38 P.M.

      Deposition taken pursuant to the Federal Rules of Civil Procedure, before Kelly Capri, Certified Court Reporter, Registered Professional Reporter, and Notary Public in and for the County of Pitkin, State of Colorado, taken at The Matthew C. Ferguson Law Firm, P.C., 119 South Spring Street, Suite 201, Aspen, Colorado.

Page 137

1  sell off the additional ownership from the
2  vacation trust to the points people."
3     Q.  On that last point, do you have an
4  understanding of the extent to which there was
5  unsold developer inventory at the Aspen Club in
6  the 2014 time frame?
7     A.  My understanding, there's about
8  100 units.
9     Q.  And do you know what happened to that
10 100 units?
11    A.  I believe they either dumped it on the
12 market at a reduced price or put it in the
13 Marriott Vacation Club program.
14    Q.  Do you have an understanding one way or
15 the other?
16    A.  If I did, I would tell you.  I am not
17 100 percent sure which.  It may have been a
18 blend of both.  They may have put some into the
19 vacation club program; they may have sold some
20 off and just dumped it on the market.
21    Q.  Okay.  Sitting here today, have you
22 told me everything you know concerning the
23 disposition of that unsold developer inventory?
24    A.  Yeah.  I mean, it's -- I'd like to
25 know.  Maybe after my dep, you can tell me.

Page 138

1         MR. FERGUSON:  I'll be gone.
2         THE DEPONENT:  Huh?
3         MR. FERGUSON:  I'll be gone.
4         THE DEPONENT:  Okay.
5  BY MR. MARX:
6     Q.  So when you received Exhibit 15, did
7  you pay attention to these provisions regarding
8  the Marriott Vacation Club program on the second
9  and third pages?
10    A.  Did I read it, yes.  Did I study it,
11 no, because I have no interest in doing a
12 timeshare.  This didn't interest me at all.
13 This was exactly what I didn't want.
14    Q.  Did you realize at the time that the
15 proposed affiliation that had been discussed and
16 that was the subject of the survey was now going
17 forward?
18    A.  Yeah.  I think if you read it, it's
19 pretty doggone clear, you know.  And the
20 self-serving language in this, "As suspected,
21 the majority members responded."  Look at this.
22 How many responded, 100 out of 600?  What is
23 that, 15 percent?  I can't ask you a question.
24 But the answer, it's, like, give me a break.
25    Q.  And after you received this April 2014

Page 139

1  letter from the board of directors, did you
2  complain to anybody from Ritz and Marriott about
3  the proposed affiliation going forward, despite
4  the fact that there hadn't been a vote?
5     A.  Probably not, because given every
6  complaint that I've done thus far on this
7  particular topic accomplished nothing.
8     Q.  And did you complain to anybody from
9  the board of directors about the proposed
10 affiliation going forward, despite the fact that
11 there hadn't been a vote?
12    A.  My answer is the same:  Probably not,
13 because the complaints that I had already
14 submitted were ignored.
15    Q.  Is there any difference in the upkeep
16 and physical plant at the Aspen property from
17 the time you started going in 2007 until today?
18    A.  I miss my bear.
19    Q.  I can understand that.
20    A.  Somebody took the members' bear.  I
21 want my bear back.
22    Q.  Okay.
23    A.  It's not my bear.  The club members'
24 bear, I want that bear back.
25    Q.  Does the bear have a name?

Page 140

1     A.  It doesn't.  But it was really cool.
2     Q.  And other than the absence of the bear,
3  is there any difference in the physical
4  composition, the upkeep and maintenance of the
5  property?
6     A.  No, I think they do a good job of
7  maintaining the property; albeit, as you look at
8  the finances, it's costing them more to do it.
9  And we talked about that earlier.
10    Q.  Right.  We talked a little bit about
11 the reservation process regarding your allocated
12 nights at the Aspen resort.  I believe we talked
13 about switching your fixed weeks.  I'm not sure
14 we talked about how you used your unallocated
15 time, your float week at the Aspen property.
16    A.  Your question indicates you don't
17 really understand the reservation system.  If
18 you want me to explain it to you and tell you
19 how I use it, I will.  But essentially, you move
20 weeks around to achieve a schedule that works.
21 But you have to understand how the system works.
22    Q.  Okay.  And we talked before about how
23 you attempted to move your fixed weeks around,
24 correct?
25    A.  Uh-huh.