EXHIBIT 47

```
                                                          Page 1

 1                IN THE UNITED STATES DISTRICT COURT
                       DISTRICT OF COLORADO
 2
     RCHFU, LLC, et al.,           § Civil Action No.
 3                                 § 1:16-cv-01301-PAB-GPG
                    Plaintiffs,    §
 4                                 §
     VS.                           §
 5                                 §
     MARRIOTT VACATIONS            §
 6   WORLDWIDE CORPORATION, et     §
     al.,                          §
 7                                 §
                    Defendants.    §
 8
 9   ------------------------------------------
10                   ORAL DEPOSITION OF
11                       JOHN RUBIN
12                     MARCH 23, 2018
13                     VOLUME 1 OF 1
14   ------------------------------------------
15        ORAL DEPOSITION OF JOHN RUBIN, produced as a
16   witness at the instance of the DEFENDANTS, and duly
17   sworn, was taken in the above-styled and numbered cause
18   on March 23, 2018, from 8:44 a.m. to 11:39 p.m., before
19   Delanie Schreiber, CSR No. 9375 in the State of Texas,
20   reported by stenographic method, at the offices of
21   Greenberg Traurig, 2200n Ross Avenue, Suite 5200,
22   Dallas, Texas, 75201, pursuant to the Federal Rules of
23   Civil Procedure and the provisions stated on the record
24   or attached hereto.
25   Job No. 2845360
```

Page 101

1            MR. SCHLEIFSTEIN:  I think it's one
2   continuous paragraph, actually, but I can break it up
3   for him if you want, Matt.  I don't want to be compound.
4            MR. FERGUSON:  Yeah, break it up.  I'm not
5   sure what you're asking.
6            MR. SCHLEIFSTEIN:  Well, he said he was
7   generally made aware of the subject matter of this
8   paragraph and I want to learn which parts of the
9   paragraph or the two paragraphs because it's long he was
10  made aware of.
11           THE WITNESS:  The member survey I was made
12  aware of.  I was -- I did not know that a majority of
13  those -- I did not know the vote of the majority of the
14  members or the tally of the majority of the members.
15       Q.   (BY MR. SCHLEIFSTEIN)  Okay.  Did you know in
16  or around April of 2014 that the affiliation would, in
17  fact, be going forward?
18       A.   That's what I learned.
19       Q.   Okay.  Upon learning that, what, if anything,
20  did you do?
21       A.   Got upset.  Watched my property value
22  deteriorate.
23       Q.   Did you contact anyone upon learning that
24  information and express the fact that you were upset?
25       A.   Just when we visited Aspen, we talked to the

Page 102

1    manager or whatever position Ivan was in.
2         Q.  Okay.  Since this communication was coming from
3    the homeowner's association Board, did you reach out to
4    anyone on the homeowner's association Board and indicate
5    that you were upset to hear this?
6         A.  I did not.
7         Q.  Okay.  And nothing prevented you from doing
8    that, did it?
9              MR. FERGUSON:  Objection:  form.
10             THE WITNESS:  I guess that's correct.
11        Q.  (BY MR. SCHLEIFSTEIN)  Okay.  If you could take
12   a look at the next paragraph on that third page, it
13   says, "The highlights of this exchange opportunity are:"
14   and then there's a list of five things.  I'm going to
15   skip down to No. 3 and it says, "If you choose to
16   exchange one of your allocated weeks, a Marriott
17   Vacation Club member may exchange into your week.  You
18   exchange out and someone can exchange in, an even
19   trade."
20             And then No. 4 says, "Because of this one
21   out - one in concept, there will be no additional
22   visitors to the Aspen Highlands Club."
23             Were you aware of those two statements in
24   our around April 2014?
25        A.  No.