# EXHIBIT 48

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO

2    _____

3    RCHFU, LLC, et al.,

4                         Plaintiffs,

5             -against-

6    MARRIOTT VACATIONS WORLDWIDE CORPORATION,
     et al.,

7

                         Defendants.

8

     _____

9

10                       January 11, 2018
                         9:12 a.m.

11

12

13

14            DEPOSITION of JACOB SLEVIN,

15   taken by Defendants, pursuant to

16   Notice, held at the offices of

17   GREENBERG TRAURIG LLP, 200 Park Avenue,

18   New York, New York before Wayne Hock, a

19   Notary Public of the State of New York.

20

21

22

23

24

25   Job No. NJ2789135

1    provision when you read the letter?

2        A.    Yeah.  I mean, I remember

3    seeing this letter so I would have read

4    this one.

5        Q.    What did you understand the

6    paragraph that I just read you to mean?

7        A.    I think I was initially kind

8    of confused and assumed that the

9    members had voted and this was, you

10   know, something that just -- that the

11   members wanted this and this is what

12   was happening.

13       Q.    Did you do anything in

14   response to being advised that the MVC

15   affiliation would be going forward?

16       A.    No, other than starting to

17   put my antennas up and pay much closer

18   attention to everything that was going

19   on.

20       Q.    If you had these concerns and

21   the issues about it that you had

22   described to me earlier, why didn't you

23   speak up or do anything at this point?

24       A.    Well, I didn't really -- at

25   this point I think this came out before

1    the board meeting I went to.  The first
2    thing is I don't really know any of
3    these people.  To start, I've never
4    spoken to any of these people and
5    didn't really feel like I had a voice
6    that was relevant here if what is being
7    detailed here is true.
8        Q.    Why did you feel that way?
9        A.    Well, looking at the wording
10   it says member survey regarding
11   additional -- what you just read.  It
12   says the majority of those members
13   responding requested additional
14   opportunities.  So in that instance, if
15   this is true then there's not much I
16   can say to the board; right?  It sounds
17   like this is what the members wanted
18   and this is what's going to happen.
19       Q.    If you look at the next
20   paragraph of the letter, it lists five
21   highlights of this exchange
22   opportunity, and I'm quoting there.
23            I want you to skip down to
24   numbers three and four.  It reads, "if
25   you choose to exchange one of your

EXHIBIT 49

```
 1              IN THE UNITED STATES DISTRICT COURT
                    DISTRICT OF COLORADO
 2            Civil Action No. 1:16-cv-01301-PAB-GPG
 3
 4    RCHFU, LLC, et al.,
                    Plaintiffs,
 5
          vs.
 6
    MARRIOTT VACATIONS
 7  WORLDWIDE CORPORATIONS,
 8  et al.,
                    Defendants.
 9  _____
                SUPERIOR COURT OF CALIFORNIA
10        IN AND FOR THE COUNTY OF SAN FRANCISCO
                  CASE NO. CGC-15-545987
11
    WILLIAM P. PETRICK, et al.,
12                  Plaintiffs,
13
          vs.
14
    MARRIOTT VACATIONS
15  WORLDWIDE CORPORATIONS,
    et al.,
16                  Defendants.
17  _____
18
19            VIDEOTAPED DEPOSITION OF:
20                 MARY LYNN CLARK
21               December 6, 2017
22
23
24  Job No. 2733693
25  Pages 1 - 281
```

Page 1

Clark - Reiser

1    you understood it?

2         A.     Okay.  As we talked about before, my

3    goal was to make sure that members were happy, that

4    we were executing upon the product that they

5    received, and that we were presenting more options

6    for them.

7              They -- we did the A&K, and I don't

8    remember the dates of when we did that affiliation.

9    The feedback from members was very positive.  They

10   liked it, they wanted more of it.  So we -- part of

11   our reengineering was, how do we get more options

12   for our members to do other things besides what they

13   wanted.

14             Now, very similar on the fractional

15   side, as well as, you know, the timeshare side,

16   everybody bought that dated week and that's all they

17   wanted to do.  Well, people had changed and evolved

18   over time where they wanted more than just going

19   back to that same place day after day after -- you

20   know, week after week.

21             So this was an avenue, working with

22   other partners and affiliates to be able to give

23   them more choices.  So, you know, A&K was one,

24   Exclusive Resorts, Third Home, Elite Alliance.  So I

25   was just presenting options for our members.  That's

Page 171

Clark - Reiser

```
 1    presence in Vail, and the mem -- as I told you
 2    before, the people that we would bring in were
 3    Ritz-Carlton loyalists, and I think you saw the list
 4    on the marketing side of who we went after.  So
 5    we're bringing people in that wanted to be able to
 6    utilize the Ritz-Carlton product.  So this was a way
 7    to say, hey, you love to ski in Vail, we also have a
 8    new destination over here.
 9              And the same thing when I did, like,
10    Exclusive Resorts or A&K or Third Home.  I would
11    look at new exciting dots on the map for our members
12    to show the expansion of our product.
13        Q.    Okay.  So let me see if I can summarize
14    that.
15              Like Abercrombie & Kent or -- strike
16    that.
17              Abercrombie & Kent affiliated, I'll
18    tell you, in 2010.
19        A.    Um-hum.
20        Q.    And do you know why that affiliation
21    ended?
22        A.    Yes.
23        Q.    Why?
24        A.    We -- there were more Ritz-Carlton
25    members than there were A&K members, so the
```

Page 184

Clark - Marx

1          So, you know, if it was St. Thomas, our

2    members would go to our St. Thomas, but A&K had

3    different dots on the map.

4          So after every stay, there would be a

5    survey, and the survey would come back, and we would

6    look at it and see how it was.  Our members were

7    very happy, their members were happy.  But

8    unfortunately, and I said this to Michael earlier,

9    after a year, A&K called and they're like, hey, you

10   guys are using way more than we are, so from an

11   inventory exchange, we were out of balance.  So they

12   chose not to re-up with us, and we looked at -- I

13   looked at many other fractional or options for

14   vacationing for our members.

15          Sorry.  Were you asking a question?

16   Q.     Well, so you mentioned 47 Park, you

17   mentioned Abercrombie & Kent.

18          Were there others that you were

19   involved with?

20   A.     Yes.

21   Q.     Please tell us about them.

22   A.     Exclusive Resorts, had many

23   conversations with them, and we did do a deal with

24   Exclusive Resorts.

25          Third Home was another one that we did

Clark - Marx

1    a deal with.

2              Inspirato actually called us, which was

3    interesting.  That was a little bit of a

4    different -- it was a membership, but they wanted to

5    have some of our inventory and get some of their --

6    let our members go to their inventory.

7              They actually wanted Ritz-Carlton

8    inventory, but they also wanted some select Marriott

9    Vacation Club inventory.  We talked about Marbella,

10   we talked about Lake Shore, we talked about Newport

11   Coast.  They selected which ones.  We got a lot of

12   way through the conversations; but, at that time, we

13   did not move forward with that one, and part of that

14   was -- is, you know, I had conversations with the

15   Laura Burton collection, I had Elite Alliance, Elite

16   Destination.  I think I had an initial conversation

17   with Quintess.  So there were a lot of these

18   conversations, but it was very strategic on, okay,

19   we can't go at them all today, and let's put -- make

20   sure that they work.  Because with Ritz-Carlton

21   members, you know, you want to make sure that the

22   service level was where we want it to, and all those

23   type of things, and we didn't commit to something

24   that we could not fulfill.

25              Q.    So just to summarize, the ones that you

Page 269

Clark - Marx

1    did go forward with were 47 Park, Abercrombie &

2    Kent, Exclusive Resorts and Third Home?

3            A.      Correct.  I -- I don't know if they've

4    done more since I left, but at that -- because I had

5    a whole potential list of places, but those are the

6    ones while I was still there.

7            Q.      And -- and before the Ritz-Carlton

8    Destination Club members were able to access those

9    other networks through an affiliation, were they

10   surveyed, or did it take votes in connection with

11   whether they wanted to pursue that affiliation?

12           A.      No.  It was -- once again, it was just

13   a choice and an option for them, as an alternative

14   to travel.

15               Now, we did take the feedback because

16   once they stayed there, then we understood if it was

17   good or bad, and trust me, I did get the calls when

18   people weren't happy with one of the products that

19   they stayed in.  So that would -- that would help us

20   determine if we move forward and continue that

21   partnership -- or affiliation.  Sorry.  I use those

22   words interchanged, just so you know.

23           Q.      Thank you.

24               Now, I want to -- I want to change

25   subjects slightly from the concept of these other

Page 270

Clark - Marx

1    setting the right expectation, because when you

2    went -- I'm going to use Third Home as an example,

3    when we did that affiliation, we were very clear

4    with the members that you could be staying in a

5    beautiful home, but you're not going to have a

6    butler, okay, and -- and you're going to get the key

7    underneath the flower pot.  That was part of that

8    product.

9           So with any affiliation, it was making

10   sure we set the right expectation of what they were

11   getting into, versus thinking you're going to get

12   exactly a Ritz-Carlton, because none of the

13   affiliations were a Ritz-Carlton.  They didn't use

14   the same lexicon, they didn't have the same ladies

15   and gentlemen.

16        Q.    Understood.  I'm going to change

17   subjects ever so slightly --

18        A.    Okay.

19        Q.    -- and bring up a subject that we

20   talked about earlier this morning, or at least you

21   and Mr. Reiser talked about it, and it concerns the

22   sale of fractional interests at the Ritz-Carlton

23   clubs in 2012.

24           Now, I believe, and correct me if I'm

25   wrong, that you -- you talked about the fact that

Page 275