EXHIBIT 49

```
 1                IN THE UNITED STATES DISTRICT COURT
                         DISTRICT OF COLORADO
 2              Civil Action No. 1:16-cv-01301-PAB-GPG
 3
 4      RCHFU, LLC, et al.,
                    Plaintiffs,
 5
             vs.
 6
        MARRIOTT VACATIONS
 7      WORLDWIDE CORPORATIONS,
 8      et al.,
                    Defendants.
 9      ---------------------------------------------------
                     SUPERIOR COURT OF CALIFORNIA
10             IN AND FOR THE COUNTY OF SAN FRANCISCO
                     CASE NO. CGC-15-545987
11
        WILLIAM P. PETRICK, et al.,
12                  Plaintiffs,
13
             vs.
14
        MARRIOTT VACATIONS
15      WORLDWIDE CORPORATIONS,
        et al.,
16                  Defendants.
17      ---------------------------------------------------
18
19                  VIDEOTAPED DEPOSITION OF:
20                       MARY LYNN CLARK
21                       December 6, 2017
22
23
24      Job No. 2733693
25      Pages 1 - 281
```

Page 1

Clark - Reiser

1  you understood it?
2        A.    Okay.  As we talked about before, my
3  goal was to make sure that members were happy, that
4  we were executing upon the product that they
5  received, and that we were presenting more options
6  for them.
7              They -- we did the A&K, and I don't
8  remember the dates of when we did that affiliation.
9  The feedback from members was very positive.  They
10 liked it, they wanted more of it.  So we -- part of
11 our reengineering was, how do we get more options
12 for our members to do other things besides what they
13 wanted.
14             Now, very similar on the fractional
15 side, as well as, you know, the timeshare side,
16 everybody bought that dated week and that's all they
17 wanted to do.  Well, people had changed and evolved
18 over time where they wanted more than just going
19 back to that same place day after day after -- you
20 know, week after week.
21             So this was an avenue, working with
22 other partners and affiliates to be able to give
23 them more choices.  So, you know, A&K was one,
24 Exclusive Resorts, Third Home, Elite Alliance.  So I
25 was just presenting options for our members.  That's

Clark - Reiser

1   presence in Vail, and the mem -- as I told you
2   before, the people that we would bring in were
3   Ritz-Carlton loyalists, and I think you saw the list
4   on the marketing side of who we went after.  So
5   we're bringing people in that wanted to be able to
6   utilize the Ritz-Carlton product.  So this was a way
7   to say, hey, you love to ski in Vail, we also have a
8   new destination over here.
9           And the same thing when I did, like,
10  Exclusive Resorts or A&K or Third Home.  I would
11  look at new exciting dots on the map for our members
12  to show the expansion of our product.
13      Q.   Okay.  So let me see if I can summarize
14  that.
15           Like Abercrombie & Kent or -- strike
16  that.
17           Abercrombie & Kent affiliated, I'll
18  tell you, in 2010.
19      A.   Um-hum.
20      Q.   And do you know why that affiliation
21  ended?
22      A.   Yes.
23      Q.   Why?
24      A.   We -- there were more Ritz-Carlton
25  members than there were A&K members, so the

Page 184

Clark - Marx

1           So, you know, if it was St. Thomas, our
2   members would go to our St. Thomas, but A&K had
3   different dots on the map.
4           So after every stay, there would be a
5   survey, and the survey would come back, and we would
6   look at it and see how it was.  Our members were
7   very happy, their members were happy.  But
8   unfortunately, and I said this to Michael earlier,
9   after a year, A&K called and they're like, hey, you
10  guys are using way more than we are, so from an
11  inventory exchange, we were out of balance.  So they
12  chose not to re-up with us, and we looked at -- I
13  looked at many other fractional or options for
14  vacationing for our members.
15          Sorry.  Were you asking a question?
16     Q.    Well, so you mentioned 47 Park, you
17  mentioned Abercrombie & Kent.
18          Were there others that you were
19  involved with?
20     A.    Yes.
21     Q.    Please tell us about them.
22     A.    Exclusive Resorts, had many
23  conversations with them, and we did do a deal with
24  Exclusive Resorts.
25          Third Home was another one that we did

Page 268

Veritext Legal Solutions
866 299-5127

Clark - Marx

```
 1                So, you know, if it was St. Thomas, our
 2      members would go to our St. Thomas, but A&K had
 3      different dots on the map.
 4                So after every stay, there would be a
 5      survey, and the survey would come back, and we would
 6      look at it and see how it was.  Our members were
 7      very happy, their members were happy.  But
 8      unfortunately, and I said this to Michael earlier,
 9      after a year, A&K called and they're like, hey, you
10      guys are using way more than we are, so from an
11      inventory exchange, we were out of balance.  So they
12      chose not to re-up with us, and we looked at -- I
13      looked at many other fractional or options for
14      vacationing for our members.
15                Sorry.  Were you asking a question?
16          Q.    Well, so you mentioned 47 Park, you
17      mentioned Abercrombie & Kent.
18                Were there others that you were
19      involved with?
20          A.    Yes.
21          Q.    Please tell us about them.
22          A.    Exclusive Resorts, had many
23      conversations with them, and we did do a deal with
24      Exclusive Resorts.
25                Third Home was another one that we did
```

Page 268

Clark - Marx

```
 1    a deal with.
 2              Inspirato actually called us, which was
 3    interesting.  That was a little bit of a
 4    different -- it was a membership, but they wanted to
 5    have some of our inventory and get some of their --
 6    let our members go to their inventory.
 7              They actually wanted Ritz-Carlton
 8    inventory, but they also wanted some select Marriott
 9    Vacation Club inventory.  We talked about Marbella,
10    we talked about Lake Shore, we talked about Newport
11    Coast.  They selected which ones.  We got a lot of
12    way through the conversations; but, at that time, we
13    did not move forward with that one, and part of that
14    was -- is, you know, I had conversations with the
15    Laura Burton collection, I had Elite Alliance, Elite
16    Destination.  I think I had an initial conversation
17    with Quintess.  So there were a lot of these
18    conversations, but it was very strategic on, okay,
19    we can't go at them all today, and let's put -- make
20    sure that they work.  Because with Ritz-Carlton
21    members, you know, you want to make sure that the
22    service level was where we want it to, and all those
23    type of things, and we didn't commit to something
24    that we could not fulfill.
25         Q.    So just to summarize, the ones that you
```

Page 269

Clark - Marx

```
 1    did go forward with were 47 Park, Abercrombie &
 2    Kent, Exclusive Resorts and Third Home?
 3         A.   Correct.  I -- I don't know if they've
 4    done more since I left, but at that -- because I had
 5    a whole potential list of places, but those are the
 6    ones while I was still there.
 7         Q.   And -- and before the Ritz-Carlton
 8    Destination Club members were able to access those
 9    other networks through an affiliation, were they
10    surveyed, or did it take votes in connection with
11    whether they wanted to pursue that affiliation?
12         A.   No.  It was -- once again, it was just
13    a choice and an option for them, as an alternative
14    to travel.
15              Now, we did take the feedback because
16    once they stayed there, then we understood if it was
17    good or bad, and trust me, I did get the calls when
18    people weren't happy with one of the products that
19    they stayed in.  So that would -- that would help us
20    determine if we move forward and continue that
21    partnership -- or affiliation.  Sorry.  I use those
22    words interchanged, just so you know.
23         Q.   Thank you.
24              Now, I want to -- I want to change
25    subjects slightly from the concept of these other
```

Page 270

Clark - Marx

1   setting the right expectation, because when you
2   went -- I'm going to use Third Home as an example,
3   when we did that affiliation, we were very clear
4   with the members that you could be staying in a
5   beautiful home, but you're not going to have a
6   butler, okay, and -- and you're going to get the key
7   underneath the flower pot.  That was part of that
8   product.
9            So with any affiliation, it was making
10  sure we set the right expectation of what they were
11  getting into, versus thinking you're going to get
12  exactly a Ritz-Carlton, because none of the
13  affiliations were a Ritz-Carlton.  They didn't use
14  the same lexicon, they didn't have the same ladies
15  and gentlemen.
16       Q.   Understood.  I'm going to change
17  subjects ever so slightly --
18       A.   Okay.
19       Q.   -- and bring up a subject that we
20  talked about earlier this morning, or at least you
21  and Mr. Reiser talked about it, and it concerns the
22  sale of fractional interests at the Ritz-Carlton
23  clubs in 2012.
24            Now, I believe, and correct me if I'm
25  wrong, that you -- you talked about the fact that

Page 275