IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-GPG

RCHFU, LLC, a Colorado limited liability company, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on the Notice of Settlement and Unopposed Motion to Stay Association's Deadline [Docket No. 465] of plaintiffs and defendant Aspen Highlands Condominium Association ("the Association").  On July 29, 2019, the Association filed a notice of settlement in principle and motion to stay its deadlines [Docket No. 440] in which it indicated that it had reached a settlement with plaintiffs in this matter.  Docket No. 440 at 1.  The Association requested that the Court stay its deadlines to file its supplemental motion for summary judgment, its *Daubert* motions, and its motions *in limine*.  *Id.* at 1-2.  The Court granted the Association's motion in part, extending its deadline to file its supplemental motion for summary judgment until August 15, 2019, at which time the Association was to file either its supplemental motion or settlement papers.  Docket No. 448.

    On August 15, 2019, plaintiffs and the Association filed the instant notice and motion.  Docket No. 465.  The notice indicates that, within 30 days of August 15, 2019, the Association shall pay to plaintiffs the agreed-upon settlement amount.  *Id.* at 1.  The notice also states that, within five days of the payment of the settlement amount, plaintiffs will file a motion to dismiss the claims against the Association with prejudice.  *Id.*  The Association requests that the Court vacate its August 15, 2019 deadline to file its supplemental motion for summary judgment.  *Id.* at 2.

    There is an outstanding motion for summary judgment [Docket No. 319] filed by the Association.  If the Association withdraws that motion (without prejudice to its ability to re-file the motion should the settlement fall through), the Court will grant the Association's motion to vacate the August 15 deadline to file its supplemental motion for summary judgment.  If the Association does not withdraw its motion, the Court will

extend the Association's deadline to file its supplemental motion for summary judgment until September 20, 2019.  The deadlines will not be extended further.  Wherefore, it is

**ORDERED** that, within five days of this order, the Association may file a motion to withdraw its motion for summary judgment [Docket No. 319].

DATED August 27, 2019.