# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## NOTICE OF WITHDRAWAL OF ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 319)

Pursuant to the Court's Minute Order of August 27, 2019 (Docket No. 486), Defendant Aspen Highlands Condominium Association (the "Association") respectfully notifies the Court that it hereby withdraws its pending Motion for Summary Judgment, Docket No. 319. As noted in the Court's Minute Order, this withdrawal is without prejudice to the Association's ability to re-file the Motion for Summary Judgment should the settlement between the Association and Plaintiffs fall through.

Respectfully submitted this 29th day of August, 2019.

*/s/ Jessica Black Livingston*
Jessica Black Livingston
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
Fax: (303) 899-7333
E-mail:jessica.livingston@hoganlovells.com

*Attorneys for Defendant Aspen Highlands Condominium Association*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 29th day of August, 2019, a true and accurate copy of the foregoing **NOTICE OF WITHDRAWAL OF ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 319)** was filed and served via CM/ECF filing system upon following:

Matthew C. Ferguson, Esq.
The Matthew C. Ferguson Law Firm
119 South Spring, Suite 201
Aspen, Colorado 81611

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

/s/  Greg Apt