IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-GPG

RCHFU, LLC, a Colorado limited liability company, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a Delaware corporation, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on defendant Aspen Highlands Condominium Association ("the Association")'s Notice of Withdrawal of Association's Motion for Summary Judgment [Docket No. 488]. On August 15, 2019, the Association and plaintiffs filed a Notice of Settlement and Unopposed Motion to Stay Association's Deadline [Docket No. 465], notifying the Court that these parties had reached a settlement and requesting that the Court stay the Association's deadline to file its supplemental motion for summary judgment. Docket No. 465 at 1-2. On August 27, 2019, the Court entered a minute order indicating that, should the Association withdraw its pending motion for summary judgment (without prejudice to its ability to re-file the motion should the settlement fall through), the Court would grant the Association's motion to vacate its deadline to file its supplemental motion for summary judgment. Docket No. 486 at 1. On August 29, 2019, the Association filed the instant notice, indicating that it withdraws its pending Motion for Summary Judgment [Docket No. 319] without prejudice. Wherefore, it is

    **ORDERED** that the Association's Motion for Summary Judgment [Docket No. 319] is **WITHDRAWN**. It is further

    **ORDERED** that the Unopposed Motion to Stay Association's Deadline [Docket No. 465] is **GRANTED**. It is further

    **ORDERED** that the Association's August 15, 2019 deadline to file its supplemental motion for summary judgment is **VACATED**.

    DATED August 30, 2019.