IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

### DECLARATION OF IAN S. MARX IN SUPPORT OF THE MARRIOTT DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF #441)

---

I, **Ian S. Marx**, declare and state:

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, L.L.C. ("RC Management"), The Cobalt Travel Company, LLC ("Cobalt"), and The Lion & Crown Travel Company, LLC (collectively, "Marriott Defendants") in this action. I submit this Declaration based upon my personal knowledge and in connection with the Marriott Defendants' reply in further support of their motion for partial summary judgment (ECF #441).

2. A true and correct copy of excerpts from the transcript of the August 2, 2019 deposition of Robert Harris is attached hereto as **Exhibit A**.

3. A true and correct copy of the Fourth Amended Complaint in *Petrick v. Marriott Vacations Worldwide Corp.*, Case No. CGC 15-545987 (Super. Ct., San Francisco Cnty., Cal.), is attached hereto as **Exhibit B**.

4. A true and correct copy of the Second Amended Complaint in *Reiser v. Marriott Vacations Worldwide Corp.*, Docket No. 2:16-CV-00237-MCE-CKD (E.D. Cal.), is attached hereto as **Exhibit C**.

5. A true and correct copy of a printout of a page on Plaintiffs' counsel's (Matthew C. Ferguson Law Firm) website (https://matthewfergusonlaw.com/plaintiffs-ritz-carlton-aspen-case-top-200/), which advertises this litigation and describes Plaintiffs' claims as "contend[ing] that Marriott and Ritz companies breached their fiduciary duties to Ritz Carlton Aspen owners, including when the Ritz Club in Aspen affiliated with the Marriott Vacation Club," is attached hereto as **Exhibit D**.

6. A true and correct copy of a December 28, 2016 article from The Aspen Times titled, "More than 200 plaintiffs join Ritz-Carlton Club at Aspen Highlands lawsuit" (https://www.aspentimes.com/news/more-than-200-plaintiffs-join-ritz-carlton-club-at-aspen-highlands-lawsuit/), in which Plaintiffs' counsel (Gibbs Law Group LLP) is quoted as describing this litigation as concerning the affiliation between The Ritz-Carlton Club, Aspen Highlands and the Marriott Vacation Club Destinations Exchange Program, is attached hereto as **Exhibit E**.

7. A true and correct copy of a July 17, 2012 letter sent by Cobalt to the Members of The Ritz-Carlton Destination Club, bearing bates numbers RCDC003561-62, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit F**.

8. A true and correct copy of an excerpt from the transcript of the October 4, 2017 deposition of Jay Neveloff is attached hereto as **Exhibit G**.

9. A true and correct copy of an excerpt from the transcript of the November 10, 2017 deposition of Lee Cunningham is attached hereto as **Exhibit H**.

10. A true and correct copy of The Ritz-Carlton Club Membership Program Affiliation Agreement between The Ritz-Carlton Travel Company, L.L.C., The Ritz-Carlton Development Company, Inc., Aspen Highlands Condominium Association, Inc., and RC Management, bearing bates numbers RC004009-29, which was produced by the Marriott Defendants in discovery, is attached hereto as **Exhibit I**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of September, 2019, in Florham Park, New Jersey.

*/s/ Ian S. Marx*
IAN S. MARX