# EXHIBIT D



(https://matthewfergusonlaw.com) (https://www.facebook.com/ (https://twitter.com/ Matthew- ferguson/52 C- Ferguson- Law- Firm/139661806198780)

HOME (HTTPS://MATTHEWFERGUSONLAW.COM/)    THE FIRM

ATTORNEYS (HTTPS://MATTHEWFERGUSONLAW.COM/ATTORNEYS-ALT/)

EXPERTISE (HTTPS://MATTHEWFERGUSONLAW.COM/EXPERTISE/)    NEWS & RESOURCES

CONTACT (HTTPS://MATTHEWFERGUSONLAW.COM/CONTACT/)

# PLAINTIFFS TOP 200 IN RITZ-CARLTON CASE HANDLED BY MATTHEW C FERGUSON LAW FIRM

Please contact Matt Ferguson at the Matthew Ferguson Law Firm in Aspen for information about the Ritz-Carlton Aspen Highlands Litigation. The Ritz Litigation is being handled by the Attorneys at the Matthew Ferguson Law Firm and experienced co-counsel. It continues to increase in the number of Plaintiffs. As of January 6, 2016, many Plaintiffs owning approximately 180 units have already become part of the Ritz Aspen Litigation and are suing to recover damages for the diminished values of their 1/12 Fractional Ownership Units. The data show that sales are occurring at 80-90% less than the original sales prices. Original sales prices were between $200,000 and well over $500,000. Other High End Fractional ownership projects in Aspen have experienced both recovery and appreciation in value. The Ritz Aspen case is against Marriott, Ritz and related companies, and contends that Marriott and Ritz companies breached their fiduciary duties to Ritz Carlton Aspen owners, including when the Ritz Club in Aspen affiliated with the Marriott Vacation Club. The number of Plaintiffs continues to grow in the Ritz Aspen Lawsuit. The Aspen Times recently published an article about Aspen Ritz Legal Action reporting on the case.

Click here to read Rick Carroll's report on the Ritz Lawsuit and the lawyers Matt Ferguson, Michael Reiser, Tyler Meade and Michael Schrag (http://www.aspentimes.com/news/more-than-200-plaintiffs-join-ritz-carlton-club-at-aspen-highlands-lawsuit/).

Click here to review A COPY OF THE RITZ COMPLAINT (https://matthewfergusonlaw.com/wp-content/uploads/2017/01/Doc-79-Corrected-Third-Amended-and-Supplemental-Complaint-and-Jury-Demand.pdf)

0 (https://matthewfergusonlaw.com/plaintiffs-ritz-carlton-aspen-case-top-200/#comments)