# EXHIBIT G

Jay Neveloff - 10/4/2017

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF COLORADO
 3        Civil Action No. 1:16-cv-01301-PAB-GPG
 4
 5    ------------------------------------x
 6    RCHFU, LLC, et al.,
 7           Plaintiffs,
 8        - against -
 9    MARRIOTT VACATIONS WORLDWIDE
10    CORPORATION, et al.,
11           Defendants.
12    ------------------------------------x
13
14
15        Videotaped Deposition of JAY NEVELOFF,
16        taken at 1177 Avenue of the Americas,
17        New York, New York, commencing at 9:15 a.m.,
18        Wednesday, October 4, 2017, before
19        Todd DeSimone, a Registered Professional
20        Reporter and Notary Public of the State
21        of New York.
22
23
24    JOB No. 2707170
25    PAGES 1 - 248
```

Page 1

Jay Neveloff - 10/4/2017

| | | |
|---|---|---|
| 1 | Q.      You are talking about the | 10:41:16AM |
| 2 | spinoff entity, Marriott Vacation | 10:41:17AM |
| 3 | Worldwide? | 10:41:19AM |
| 4 | A.      Yeah, even when they were part | 10:41:20AM |
| 5 | of Marriott, they just drove me crazy. | 10:41:21AM |
| 6 |         Aside from that, if I'm renting | 10:41:25AM |
| 7 | my unit, if I can't use it, or if I donate | 10:41:27AM |
| 8 | my unit, is that qualitatively different | 10:41:30AM |
| 9 | than my getting X points in the Marriott | 10:41:35AM |
| 10 | program and going on, you know, I don't | 10:41:39AM |
| 11 | know, going somewhere for three nights? | 10:41:41AM |
| 12 |         I didn't -- I didn't like the | 10:41:45AM |
| 13 | in and out, the minimum stays, but, you | 10:41:47AM |
| 14 | know, that's around the edges. My biggest | 10:41:52AM |
| 15 | problem with this whole thing is not this | 10:41:54AM |
| 16 | affiliation, other than I was appalled by | 10:41:58AM |
| 17 | the agreements that Marriott or Ritz tried | 10:42:01AM |
| 18 | to get, and I don't know how that wound up, | 10:42:05AM |
| 19 | I have no idea, but the biggest issue to me | 10:42:07AM |
| 20 | is the issue that we stopped, which was | 10:42:13AM |
| 21 | having Marriott use their unsold inventory | 10:42:18AM |
| 22 | and open up the program. | 10:42:21AM |
| 23 | Q.      Thank you for that. | 10:42:24AM |
| 24 |         I'm going to turn to the next | 10:42:24AM |
| 25 | exhibit, 1036. | 10:42:26AM |

Page 71