# EXHIBIT H

Lee Cunningham - November 10, 2017

```
 1   RCHFU, LLC, et al.,
         Plaintiffs,
 2                                United States District Court
     v.                           District of Colorado
 3                                No.  1:16-cv-09390
     MARRIOTT VACATIONS WORLDWIDE
 4   CORPORATION, et al.,
         Defendants,
 5   _____/
 6   REISER, et al.,
         Plaintiffs,              Eastern District of California
 7   v.                           No. 2:16-cv-00237-MCE-CKD
 8
     MARRIOTT VACATIONS WORLDWIDE
 9   CORPORATION, et al,
         Defendants,
10   _____/
11   PETRICK, et al.,
         Plaintiffs,
12                                San Francisco County
13   vs.                          No. CGC-15-54897
     MARRIOTT VACATION WORLDWIDE
14   CORPORATION, et al.,
15       Defendants.
16   _____/
17
18           VIDEOTAPED DEPOSITION OF LEE CUNNINGHAM
19       VOLUME I, commencing between 9:03 a.m.-5:05 p.m.,
20       on Friday, November 10, 2017 Taken on Behalf of
         the Plaintiffs before Lisa Gerlach, Court Reporter,
21       Notary Public in and for the State of Florida at
22       Large, pursuant to Plaintiffs' Notice of Taking
23       Deposition in the above cause.
24
     Job No. 2733753
25   PAGES 1 - 269
```

Page 1

Lee Cunningham - November 10, 2017

1         At this time, counsel will state their
2    appearances and affiliations for the record.
3         MR. FERGUSON:  Matthew Ferguson,
4    co-counsel, attorney for the plaintiff.
5         MR. REISER:  Michael Reiser, Reiser Law.
6    I'm here for the plaintiff in Aspen, as well
7    as the plaintiff in the Tahoe case, and the
8    plaintiffs in the San Francisco case.  All of
9    those three cases are combined for purposes
10   of this deposition, Mr. Cunningham, so I
11   thought I'd put that on the record.
12        With me is Isabella Martinez, with my
13   office, and Matthew Reiser, with my office.
14        MS. LIVINGSTON:  Jessica Livingston of
15   Hogan Lovells for the defendant in the Aspen
16   Highlands case.
17        MR. MARX:  Ian Marx from Greenberg
18   Traurig for the Marriott defendants.
19        MR. SELLINGER:  Philip Sellinger from
20   Greenberg Traurig, also for the Marriott
21   defendants.
22        And, Mike, thank you for putting that on
23   the record, because I think we do need to
24   correct the statement of the videographer,
25   that this deposition is being taken in all

Page 6

Lee Cunningham - November 10, 2017

```
 1    three cases simultaneously -- RCHFU vs.
 2    Marriott, Reiser vs. Marriott, and the
 3    Petrick vs. Marriott, regardless of the case
 4    in which the deposition notice is issued.
 5         And, of course, under those
 6    circumstances, any objection with respect to
 7    relevance or materiality or any other
 8    evidentiary objection, of course, would be
 9    preserved, notwithstanding that the
10    depositions are taken simultaneously.
11         MR. REISER: Absolutely. Thank you,
12    Philip.
13         Just one more thing. So, of course, each
14    depo -- this depo can be used across all
15    three cases. That's probably obvious from
16    what you said, but I just want to make that
17    clear.
18         MR. SELLINGER: Yes, subject to any
19    objection based on any ground, including
20    relevance, materiality to a particular case.
21    There may be aspects of the deposition that
22    are germane to one case, but not to the
23    others. So all objections, including those,
24    are preserved.
25         MR. REISER: Fair enough.
```

Page 7