IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

_____

Plaintiffs respectfully seek leave to exceed the page limitation set forth in Rule III(A) of this Court's Practice Standards with respect to Plaintiffs' response to Marriott's Motion to Exclude Expert Testimony of Chekitan Dev, Jonathan Simon and R. Maurice Robinson under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) ("*Daubert* Motion"), Dkt. No. 460.

Certificate Under Local Rule 7.1(a)

1. Plaintiffs' counsel conferred with Marriott's counsel on July 23, 2019. Plaintiffs agreed to Marriott's submission of a 35-page *Daubert* Motion, since Marriott consented to Plaintiffs filing a 35-page response. *See* Dkt. No. 454-1 (proposed order noting that Plaintiffs should also be allowed to file a consolidated 35-page response to the *Daubert* Motion).

2. Marriott then filed its motion for excess pages (Dkt. No. 454), and noted its consent to Plaintiffs filing a consolidated 35-page response to the *Daubert* Motion.

1

Relevant Background

3. On August 6, 2019, Marriott filed a motion for leave to file a 35-page consolidated motion to exclude all three of Plaintiffs' experts. Dkt. No. 454. Marriott proposed this consolidated motion, instead of filing three separate 15-page *Daubert* motions. Dkt. No. 454 at ¶ 3.

4. The Court granted Marriott's motion to file a consolidated *Daubert* motion, not to exceed 35 pages. Dkt. No. 455.

5. On September 3, 2019, Plaintiffs filed a 35-page response to the *Daubert* Motion. Dkt. No. 494.

6. The Court subsequently ordered that Plaintiffs' response be stricken, since Plaintiffs failed to comply with Rule III(A) of the Court's Practice Standards, which states that all responses shall not exceed 15 pages. Dkt. No. 496. The Court gave Plaintiffs permission to file a motion for leave to file excess pages by September 6, 2019. *Id.*

7. Plaintiffs therefore respectfully request permission to re-file their 35-page response to Marriott's *Daubert* Motion. Plaintiffs request this number of pages because they need to adequately respond to Marriott's motion regarding all three of their experts. This includes responding to Marriott's characterization of each expert's opinions (including each expert's experience, underlying data, and methodology), why each expert's opinions are admissible under Rule 702 and *Daubert* (as well as the substantive law), and explaining why Marriott's arguments lack merit.

Dated: September 5, 2019                                  Respectfully submitted,

                                                          */s/ Linda Lam*
                                                          Linda Lam (CA State Bar # 301461)

GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
E-mail: lpl@classlawgroup.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 5, 2019, I electronically filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser**<br>Reiser Law, P.C.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>michael@reiserlaw.com<br><br>**Matthew C. Ferguson**<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>matt@matthewfergusonlaw.com<br><br>**Tyler R. Meade**<br>The Meade Firm P.C.<br>12 Funston Avenue, Suite A<br>San Francisco, CA 94129<br>tyler@meadefirm.com<br><br>*Attorneys for Plaintiffs* | **Andrew Nussbaum, Esq.**<br>**Jessica Black Livingston, Esq.**<br>Hogan Lovells US LLP<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Telephone: (303) 899-7300<br>Fax: (303) 899-7333<br>dan.shea@hoganlovells.com<br>jessica.livingston@hoganlovells.com<br>*Attorneys for Defendant Aspen Highlands Condominium Association*<br><br>**Naomi G. Beer**<br>**Ian S. Marx, Esq.**<br>**Philip R. Sellinger, Esq.**<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Phone: (303) 572-6500<br>Fax: (303) 572-6540<br>BeerN@gtlaw.com<br>SellingerP@gtlaw.com<br>MarxI@gtlaw.com<br>*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC* |

*/s/ Linda Lam*

3