IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

     Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

     Defendants.

---

**MARRIOTT DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION
IN CONNECTION WITH ITS REPLY IN FURTHER SUPPORT OF MOTION
TO EXCLUDE EXPERT TESTIMONY (ECF # 460)**

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully seek leave to exceed the page limitation set forth in Rule III(A) of this Court's Practice Standards by no more than ten pages with respect to their forthcoming reply brief in further support of their motion to exclude certain expert testimony pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) (the "*Daubert* Motion"). In support of this motion, the Marriott Defendants state as follows:

<u>Certificate Under Local Rule 7.1(a)</u>

1.    Counsel for the Marriott Defendants has conferred with counsel for Plaintiffs, who agreed to an enlargement of 5 pages for a total of 15 pages, but not to an enlargement of 10 pages for a total of 20 pages.

<u>Certificate Under Local Rule 6.1</u>

2.      A copy of this motion has been provided to all counsel of record.

3.      On August 12, 2019, the Marriott Defendants moved to preclude any expert testimony from three witnesses proffered by Plaintiffs: Chekitan Dev, Jonathan Simon and R. Maurice Robinson.  ECF #460.  Rather than submit three separate 15-page *Daubert* Motions (for a total of 45 pages), this Court granted the Marriott Defendants leave to present their arguments in a single, consolidated *Daubert* Motion limited to 35 pages.  ECF #455.

4.      As part of their Motion to File Excess Pages in support of their *Daubert* Motion, the Marriott Defendants consented to Plaintiffs also receiving 35 pages for a single opposition brief.  ECF #454.

5.      On September 3, 2019, Plaintiffs filed a 35-page opposition to the Marriott Defendants' *Daubert* Motion.  ECF #494.  Although the Court initially entered an order striking this opposition as overlong, on September 6, 2019, the Court entered a Minute Order, which granted Plaintiffs leave to re-file their 35-page response.

6.      Whereas Rule III(A) of the Court's Practice Standards would normally allow the Marriott Defendants to submit three, 10-page reply briefs in support of three separate motions to exclude (for a total of 30 pages), the Marriott Defendants now seek leave to submit a single reply brief of 20 pages in length, in conformity with treating the three *Daubert* Motions as one in the interest of efficiency.

7.      Despite the Marriott Defendants' best efforts in drafting a reply brief under 15 pages, it is apparent that 20 pages will be necessary.  This number of pages is requested because of the Marriott Defendants' need to adequately respond to the arguments set forth in Plaintiffs'

consolidated, 35-page opposition brief, which requires a response to and analysis of several technical or industry-specific issues that underlie the reasons why the expert testimony should be excluded. The complexity of the motion, and its inclusion of the opinions of three separate experts, necessitates a longer submission than that likely contemplated by the Court's Practice Standard.

8.    Typically, under Rule III(A) of this Court's Practice Standards, a reply brief is approximately 67% the length of an opposition brief (10-page reply divided by 15-page opposition brief). Under Plaintiffs' proposal of a 15-page reply brief, the Marriott Defendants would only receive 43% of the length of Plaintiffs' opposition brief (15-page proposed reply divided by 35-page opposition brief). The 20-page reply brief that the Marriott Defendants are seeking to file would be only 57% the length of Plaintiffs' opposition brief (20-page requested reply divided by 35-page opposition brief) and thus, proportionally shorter than the typical reply brief.

WHEREFORE, the Marriott Defendants respectfully request that this Court allow them to submit a consolidated reply brief in support of their *Daubert* Motion of no more than 20 pages.

Dated:  September 6, 2019

Respectfully submitted,
GREENBERG TRAURIG, LLP

By:  _s/ Ian S. Marx_
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of September, 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Defendant*
*Aspen Highlands Condominium Association, Inc.*

*s/ Jaclyn DeMais*
Jaclyn DeMais
