# EXHIBIT A

| | |
|---|---|
| From: | natbenko@aol.com |
| Sent: | Wednesday, January 30, 2013 1:32 PM |
| To: | AHCABOARD@gmail.com |
| Subject: | MVW |

Dear Board Members,

We would like to thank you for the updates concerning MVW possible merger.

My husband and I are very concerned about this matter and do not agree with the terms of this merger.

We are part of the Ritz Group and expect our high level of excellence to continue. The Marriott group

does not have the same high standards as the Ritz. We recently stayed a one of their better properties and were

very disappointed with the experience!

We are in complete agreement with your decisions as a board to keep our Ritz program the way it is, without

joining with the Marriott Group.

Thank you,

John & Natalie Benko