# EXHIBIT B

| | |
|---|---|
| **From:** | Raseyeguy <raseyeguy@aol.com> |
| **Sent:** | Saturday, May 11, 2013 11:49 AM |
| **To:** | ahcaboard@gmail.com |
| **Subject:** | Re: Advice sought |

I won't sign.
Unfortunately, I think many others may, which could limit the ability to bring any further claims against MVM. Does the board plan to notify the members?

Bob


Sent from my iPhone

On May 11, 2013, at 11:33 AM, ahcaboard@gmail.com wrote:

> Nice idea but the documents are flawed as you noticed. MVW was put on notice this morning that revisions were needed and they agreed. Please don't sign what you have.
> Sent via BlackBerry by AT&T
>
> **From:** raseyeguy@aol.com
> **Date:** Sat, 11 May 2013 11:30:50 -0400 (EDT)
> **To:** <ahcaboard@gmail.com>
> **Subject:** Advice sought
>
> Hi Randy-
>
> What is the board's opinion on the new "Exclusive Destinations" offering?
> I read thru the agreement, and it seems that by accepting the agreement, you pretty much waive any rights you may have againsts any further program changes the Ritz may choose to develop.
> I'm not an attorney, but it appears to me that if I had signed this agreement, I would have no claim against the Ritz deciding to merge with Marrirot Vacation Club.
> It would be nice to know if the board sees this in a positive or negative light.
>
> Thank you,
>
> Bob Sklar

AHCA00019354