# EXHIBIT C

| | |
|---|---|
| **From:** | Unspecified Sender |
| **Sent:** | Tuesday, October 21, 2014 3:06 PM |
| **To:** | Maribel Alvarez <maribel@altimacclub.com> |
| **Cc:** | Jack D. Zemer <jdz@alor.com>; ROY LEVIT <1bakodi@gmail.com>; Engel, Bob. <engelb@cobank.com>; Jacob Slevin <jacob@designerpages.com>; Pat Lattore <plattore@aol.com>; Randy Mercer <randal.mercer@creconsultants.com>; reelteam@yahoo.com; maury.slevin@gmail.com; dberns@ndximaging.com; granitegroup@yahoo.com; tnosan@nosan.net; todd.guenther@citi.com; phoran65@aol.com; dlowey@brownstone.com; mjcarron@gmail.com; Hal@beachviewvacationrentals.com; eric@foxlease.com; susiebitar@me.com; theodoremdavis@yahoo.com; dsrmax@gmail.com; donnacurry71@comcast.net; tevans@qslwm.com; dwh@wolffcompanies.com; shoffman@hoffmanpartners.com; rcabillot@farnamstreet.com; emambrose@comcast.net; cynthia.c.cox@gmail.com; Traderpy@gmail.com; david@engelburman.com; reillymc@mac.com; hipsrus@bellsouth.net; missionoralsurg@gmail.com; leeniebird@gmail.com; tpicard@thepicardgroup.com; jillburks@aol.com; ewelsh@adcoonline.com; khomer@hpath.net; scott@plantowsky.com; kennethjcooney@gmail.com; bendell@aol.com; krfaller@aol.com; Jeff@armonkadvisors.com; Mitchell Felton <mfelton@optonline.net>; jed.guenther@wellsfargo.com; Sharam--work Honari <shonari@blackgoldcap.com> |
| **Subject:** | Re: Fellow Aspen Highlands owners |

I agree with all recent comments. I think part of the problem is that most of us who have exchanged comments share similar feelings but we are all so busy with our day to day lives that this takes a back seat. I'm currently on a plane heading to a very intense 6 day convention or I would try to organize some type of group conference call. Can someone take the responsibility of reaching out to Randy or someone else on the board. Can we have a group conference call on Sunday night at 9pm EST (or sooner if someone else organizes it). WE can use 'freeconferencecall.com' bridge (i can send out a number) and have someone from the board give us an update and we can all review potential options. I can organize the questions/suggestions so it doesn't turn into a mess of a call. Does anyone on this list have knowledge as to what our power is? even as it relates to possibly turning over our board if we feel our rights are not being properly represented. I have no clue what is involved in any of this… I'm sure there are several attorneys among us. We are probably the newest members having just bought in right before the merger with Marriott. I do however know this is not what we bought into it and what makes matters worse is lack of communication from anyone on the board - that has truthfully been the most disheartening part. Has ANYONE on this list had any calls or communication with anyone on the board? Has anyone tried to reach out? I have not…
we do need to organize before this next bill is due.
Laura Kall Felton
laurakall@me.com
203.858.9916


On Oct 21, 2014, at 2:53 PM, Maribel Alvarez <maribel@altimacclub.com> wrote:

> This is extremely depressing… I wish we could have an interactive platform so we don't lose people along the way. I don't know how you guys feel, but having paid $230,000 and now if I sell I get $25,000 is very discouraging. Maintenance bill is due next month, and frankly I feel like defaulting and writing out a loss.. what can we do????
>
> Maribel Alvarez
> Altima International