# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

### EXPERT REPORT OF JON SIMON

October 26, 2018

Page 104

1    hypothetical example in saying, hey, this is how much a
2    point costs basically at retail.
3            All right.  If you multiplied that retail
4    price by the number of weeks and what it requires for a
5    week's stay, depending on which time of year, it's more
6    money.  But that's not the reality.  It's a completely
7    contrived hypothetical.
8       Q    My question was:  Did you do an analysis of
9    what it would cost to buy a sufficient number of points?
10      A    We looked at Cunningham's example and we
11   don't have a problem with the contrived hypothetical.
12   But it's a contrived hypothetical, nonetheless.
13      Q    In your opinion?
14      A    No.  It's a contrived hypothetical.
15      Q    Is there any industry source that indicates
16   that the degree to which access, meaning the degree to
17   which access by non-owner would be required before
18   valuation would be affected?
19           MR. SCHRAG:  Objection.
20           THE WITNESS:  Again, I think I testified to
21   this.  All right?  You keep hitting on access a
22   fulfillment argument.  That's irrelevant in my mind.  In
23   my opinion, it's completely irrelevant.
24           Didn't matter if one room night was fulfilled
25   or 10,000 were fulfilled there.  The very fact that

Page 105

1    you're advertising now the merger of the two systems and
2    the ability for timeshare members who pay a lower price
3    to access the property is what destroys the values.
4    BY MR. KAPLAN:
5        Q    Did you compare the extent of rental access
6    to access using MVC points?
7        A    Whose rental access?
8        Q    Rentals by owners?
9        A    Which owners?
10       Q    Owners at Ritz Aspen?
11       A    Are you separating owners from Ritz Aspen
12   from Marriott's developer ownership inventory or the
13   individual owners?
14       Q    No.  The owners.  The individual owners.
15            Did you look at that?
16       A    Okay.  The individual owners, the people who
17   bought from the developer?
18       Q    Yes.
19            Did you look at the relative degree of rental
20   access versus access by MVC points?
21       A    I'll stick with my previous answers.  Again,
22   it's irrelevant.
23       Q    The answer is "no"?
24       A    The answer is not no.  "It's irrelevant" is
25   the answer.