## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, *et al.*,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.

### DECLARATION OF MICHAEL J. REISER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MARRIOTT DEFENDANTS' MOTION IN LIMINE TO PRECLUDE REFERENCES TO "MERGER" WITH MARRIOTT VACATION CLUB DESTINATIONS

I, Michael J. Reiser, declare:

1.  I am an attorney and the shareholder of Reiser Law P.C., co-counsel for Plaintiffs in the above-captioned action. I am a member in good standing of the California and Colorado Bars. Except as to those matters stated on information and belief, I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so. As to those matters stated on information and belief, I am informed and believe them to be true.

2.  Attached hereto as Exhibit A is a true and correct copy of an email from John and Natalie Benko to the Aspen Highlands Condominium Association Board dated January 30, 2013. This document bears the bates stamp AHCA00019239.

3.  Attached hereto as Exhibit B is a true and correct copy of an email from Bob Sklar to the Aspen Highlands Condominium Association Board dated May 11th, 2013. This document bears the bates stamp AHCA00019354.

4.  Attached hereto as Exhibit C is a true and correct copy of an email between Laura

Felton and various Ritz Carlton Destination Club Owners and Board Members. This document bears the bates stamp AHCA00020267.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt of Plaintiffs' expert Jon Simon's deposition.

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on September 9th, 2019 in Walnut Creek, California.

/s/  *Michael J. Reiser*
Michael J. Reiser