IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**DECLARATION OF LINDA LAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MARRIOTT DEFENDANTS' MOTION TO PRECLUDE TESTIMONY OF PLAINTIFFS' EXPERT, JONATHAN R. SIMON, DUE TO IMPROPER EX PARTE MEETING AND COMMUNICATIONS WITH MARRIOTT DEFENDANTS' EMPLOYEES**

---

I, Linda Lam, declare and state:

1. I am an attorney at Gibbs Law Group LLP, co-counsel for Plaintiffs in the above-captioned action. I am a competent witness and can testify as to the facts set forth herein. I am a member of the Colorado bar and of this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to the Marriott Defendants' Motion to Preclude Testimony of Plaintiffs' Expert, Jonathan R. Simon, Due to Improper Ex Parte Meeting and Communications with Marriott Defendants' Employees.

3. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the deposition of Jonathan Simon.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2019 in Oakland, CA.

*/s/ Linda Lam*
Linda Lam
