# EXHIBIT A

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4
 5     RCHFU, LLC, ET AL.,              )
                                        )
 6           PLAINTIFFS,                )
                                        )
 7       vs.                            )   No.
                                        )   1:16-CV-01301-
 8     MARRIOTT VACATIONS WORLDWIDE     )   PAB-GPG
       CORPORATION,                     )
 9                                      )
             DEFENDANTS.                )
10     _____)
11
12
13
14            EXPERT DEPOSITION OF JON ROBERT SIMON
15                  WEDNESDAY, JULY 17, 2019
16
17
18
19
20
21     REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
22
23
24
25
```

Page 48

1  Q  So were you attending that presentation as a
2  potential purchaser?
3  A  I regularly attend different presentations to
4  get a feel and a beat and the pulse of what's going on
5  in the industry.  Sometimes clients retain me to see if
6  the salesmen are doing anything improper.
7     So I do it constantly and provide feedback.
8  I've done it for most of the major brands.
9  Q  But you're not there looking to purchase an
10 interest?
11    MR. SCHRAG:  Object to form.
12    THE WITNESS:  I might have.  I mean, in all
13 candor, I go to these presentations and they're really
14 good sales guys.  And it probably wouldn't be my
15 preference to buy it unless there was something
16 exceptional in there, but I didn't go for the specific
17 purpose to buy.
18 BY MR. KAPLAN:
19 Q  In fact, your sentence says, "as part of the
20 due diligence for the subject litigation"?
21 A  That's correct.
22 Q  So you did it specifically in this case
23 because you were retained as an expert by plaintiffs?
24 A  That's correct.
25 Q  Was this a one-on-one presentation?

Page 50

```
 1   BY MR. KAPLAN:
 2        Q    You say -- do you recall who made the
 3   presentation?
 4        A    I just reviewed this and I know Dave -- a guy
 5   named Dave was the sales manager.  I want to say a guy
 6   named Mark, but I could be off on that.
 7        Q    And do you know who the manager was?
 8        A    I think it was Dave.
 9        Q    That was Dave?
10        A    Yeah.
11        Q    And the sales executive?
12        A    Walter, maybe.  I think it's Walter.  He was
13   an African-American gentleman.
14        Q    During the presentation did you ask
15   questions?
16        A    I did.
17        Q    Did you ask questions about Ritz-Carlton
18   Destination Club?
19        A    Well, he proposed access to Ritz-Carlton
20   Destination Clubs and I asked follow-up questions.
21        Q    And what did he say about the Ritz-Carlton
22   Destination Club?
23             MR. SCHRAG:  Object to form.
24             THE WITNESS:  Well, he goes into all the
25   multi -- the benefits of being a member of MVCI,
```

Page 51

1   discussed -- they have an area in their sales gallery
2   that's kind of like a wall of credibility and a wall
3   that shows you the product.  As you walkthrough there,
4   there will be big pictures of different resorts that are
5   in the MVCI program, there will be pictures of
6   Ritz-Carltons.
7            There was especially heavy emphasis during
8   that sales about the ILG merger and that we're going to
9   be merging the -- we've merged the Ritz-Carlton system
10  and now we're going to be merging Hyatt, Westin,
11  Sheraton and St. Regis into the MVCI program.  So your
12  opportunities abound.
13  BY MR. KAPLAN:
14       Q    Is that it?
15       A    That's the sum.  Sum.
16       Q    Was there a -- either a map or interactive TV
17  showing all the locations on a wall?
18       A    Yes.
19       Q    And there were 40 or 50 MVC locations?
20       A    Probably about 50.
21       Q    50.
22            There were also other locations?
23       A    Right.
24       Q    Ritz-Carlton was part of that?
25       A    Yes.

Page 52

1   Q   So they were shown as part of the locations
2   that the Marriott Vacation Club was shown at?
3   A   I don't recollect whether or not they were
4   specifically on the map.  They were certainly in the
5   sales gallery and certainly -- he has a computer he
6   comes into the room with and kind of shows things and
7   tries to show you how easy it is to book.
8   Q   Did you ask him about booking to get
9   Ritz-Carlton Destination Club reservations?
10  A   It was discussed.
11  Q   Did you ask him questions?
12  A   Yes.  Because he wrote -- he brought the
13  concept up of being able to stay at Ritz-Carltons.
14  Q   Did he say that purchasing an MVC membership,
15  the principle benefit was gaining access to Ritz-Carlton
16  Destination Club?
17  A   It was one of the principle benefits.
18  Q   And he said that, "it's a principle benefit"?
19  A   Well, I don't know if he used the term
20  "principle benefits," but when he designed a vacation
21  plan for me, two out of the five vacation years were at
22  Ritz-Carltons.  So that's 40 percent of the stays over
23  five years would have been at Ritz-Carlton properties.
24  Q   Did you take notes of this meeting?
25  A   Yes.

Page 55

1              (Whereupon, a recess was held
2              from 10:37 a.m. to 10:48 a.m.)
3              MR. KAPLAN:  Back on the record.
4    BY MR. KAPLAN:
5        Q    Just to follow up, Mr. Simon, on one or two
6    questions.
7              With respect to that meeting at the
8    Newport Coast, that sales presentation, it's mentioned
9    in your report, are you relying upon what occurred at
10   that meeting?
11       A    To form my opinion?
12       Q    Yeah.
13       A    No.
14       Q    And are your notes listed among the documents
15   that were considered or relied upon at the end of your
16   report?
17       A    No.  I listed the documents that I relied
18   upon.
19       Q    So let me turn -- you have in your report at
20   beginning of page 21 --
21       A    Of the original report?
22       Q    Yes, of the original report.
23            You have a Section 8, "Diluting Exclusivity
24   Damages, a Private Residence Club."  And it goes from
25   paragraphs 32 to 36.

Page 262

1   STATE OF CALIFORNIA    )
2   COUNTY OF LOS ANGELES ) ss.
3
4            I, D'Anne Moungey, C.S.R. No. 7872 in and for the
5   State of California, do hereby certify:
6            That prior to being examined, the witness named
7   in the foregoing deposition was by me duly sworn to
8   testify to the truth, the whole truth, and nothing but the
9   truth;
10           That said deposition was taken down by me in
11  shorthand at the time and place therein named and
12  thereafter reduced to typewriting under my direction, and
13  the same is a true, correct, and complete transcript of
14  said proceedings;
15           That if the foregoing pertains to the original
16  transcript of a deposition in a Federal Case, before
17  completion of the proceedings, review of the transcript
18  { } was { } was not required.
19           I further certify that I am not interested in the
20  event of the action.
21           Witness my hand this 20th day of July, 2019.
22
23
24                              Certified Shorthand Reporter
                                For the State of California
25