IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**PLAINTIFFS' MOTION TO WITHDRAW DUPLICATE DOCKET ENTRY
(DKT. NO. 512)**

---

Plaintiffs RCHFU, LLC et al. file this request to withdraw Dkt. No. 512 (Plaintiffs' Opposition to Marriott Defendants' Motion *In Limine* to Bifurcate Trial and to Preclude References to Marriott Defendants' Profits During Earlier Phases of Trial), as Dkt. No. 512 is duplicative of Dkt. No. 508. Dkt. No. 512 was filed in error.

Dated: September 10, 2019                      Respectfully submitted,

                                               */s/ Linda Lam*
                                               Linda Lam (CA State Bar # 301461)
                                               GIBBS LAW GROUP LLP
                                               505 14th Street, Suite 1110
                                               Oakland, CA 94612
                                               Telephone: (510) 350-9700
                                               E-mail: lpl@classlawgroup.com

                                               *Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 10, 2019, I electronically filed the foregoing **PLAINTIFFS' MOTION TO WITHDRAW DUPLICATE DOCKET ENTRY (DKT. NO. 512)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Michael J. Reiser**<br>Reiser Law, P.C.<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>michael@reiserlaw.com<br><br>**Matthew C. Ferguson**<br>The Matthew C. Ferguson Law Firm, P.C.<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>matt@matthewfergusonlaw.com<br><br>**Tyler R. Meade**<br>The Meade Firm P.C.<br>12 Funston Avenue, Suite A<br>San Francisco, CA 94129<br>tyler@meadefirm.com<br><br>*Attorneys for Plaintiffs* | **Naomi G. Beer**<br>**Ian S. Marx, Esq.**<br>**Philip R. Sellinger, Esq.**<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Phone: (303) 572-6500<br>Fax: (303) 572-6540<br>BeerN@gtlaw.com<br>SellingerP@gtlaw.com<br>MarxI@gtlaw.com<br>*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC* |

*/s/ Linda Lam*