IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**JOINT SUBMISSION BY THE MARRIOTT DEFENDANTS AND PLAINTIFFS CONCERNING THE FILING OF RESTRICTED DOCUMENTS**

---

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants"), and Plaintiffs, respectfully submit this Joint Submission, in response to the instructions embodied in the Court's Order of August 30, 2019 (ECF #489), and state as follows:

1. As instructed, the parties have consulted with each other regarding documents that have been the subject of motions to restrict filed by the Marriott Defendants concerning certain briefs, declarations, and exhibits that have been filed in connection with motions in this case.

2. By way of summary, since July 29, 2019, there have been approximately 116 documents filed by both parties as "Restricted – Level 1." 109 of these documents are currently the subject of pending motions to restrict filed by the Marriott Defendants (ECF #458, 484, 493, and 502). Seven additional documents have recently been filed by Plaintiffs on a Restricted –

Level 1 basis (ECF #511, filed on September 9, 2019). The Marriott Defendants intended to move to restrict these documents as well by September 23, 2019, under Local Civil Rule 7.2.

3. Following the meet and confer process, the parties have agreed that 81 of these documents should no longer be restricted. These documents are:

| Original ECF # | Document Description | Motion to Restrict ECF # |
|---|---|---|
| 442 | Restricted Supplemental Declaration of Ian S. Marx in Support of Marriott Defendants' Motion for Partial Summary Judgment | 458 |
| 443 | Plaintiffs' Partial Summary Judgment Motion (Brief) | 458 |
| 444 | Restricted Declaration of Michael J. Reiser in support of Plaintiffs' Partial Summary Judgment ("PSJ") Motion | 458 |
| 444-1 | Aspen Declaration of Condominium (Exhibit 1 to Plaintiffs' PSJ Motion) | 458 |
| 444-2 | Management Agreement (Exhibit 2 to Plaintiffs' PSJ Motion) | 458 |
| 444-3 | The 5.5.18 Sobeck Deposition (Exhibit 3 to Plaintiffs' PSJ Motion) | 458 |
| 444-4 | Cobalt Affiliation Agreement (Exhibit 4 to Plaintiffs' PSJ Motion) | 458 |
| 444-5 | The 11.16.17 Sobeck Deposition (Exhibit 5 to Plaintiffs' PSJ Motion) | 458 |
| 444-6 | The 11.15.17 Cunningham Deposition Vol II (Exhibit 6 to Plaintiffs' PSJ Motion) | 458 |
| 444-7 | 11.10.17 Cunnigham Deposition Vol I (Exhibit 7 to Plaintiffs' PSJ Motion) | 458 |
| 444-8 | 5.18.18 Cunningham Deposition (Exhibit 8 to Plaintiffs' PSJ Motion) | 458 |
| 444-9 | 7.17.12 Letter from E. Babich (Exhibit 9 to Plaintiffs' PSJ Motion) | 458 |
| 444-10 | 10.24.117 Mercer Deposition (Exhibit 10 to Plaintiffs' PSJ Motion) | 458 |
| 444-12 | 8.17.12 Aspen Board Letter (Exhibit 12 to Plaintiffs' PSJ Motion) | 458 |
| 444-13 | 10.4.17 Neveloff Deposition (Exhibit 13 to Plaintiffs' PSJ Motion) | 458 |
| 444-14 | 8.20.12 Cunningham Letter (Exhibit 14 to Plaintiffs' PSJ Motion) | 458 |
| 444-15 | 8.27.12 Cappello Letter (Exhibit 15 to Plaintiffs' PSJ Motion) | 458 |
| 444-16 | 10.26.17 Cappello Letter (Exhibit 16 to Plaintiffs' PSJ Motion) | 458 |
| 444-17 | 8.26.12 Neveloff Email (Exhibit 17 to Plaintiffs' PSJ Motion) | 458 |
| 444-18 | 11.21.12 Gosch Letter (Exhibit 18 to Plaintiffs' PSJ Motion) | 458 |
| 444-20 | 12.22.12 Aspen Board Letter (Exhibit 20 to Plaintiffs' PSJ Motion) | 458 |
| 444-21 | 4.5.13 Aspen Board Letter | 458 |

|  |  |  |
|---|---|---|
|  | (Exhibit 21 to Plaintiffs' PSJ Motion) |  |
| 444-22 | Marsden Deposition<br>(Exhibit 22 to Plaintiffs' PSJ Motion) | 458 |
| 444-29 | 5.14.13 Cunningham Letter<br>(Exhibit 29 to Plaintiffs' PSJ Motion) | 458 |
| 445 | Restricted Declaration of Michael J. Reiser in support of Plaintiffs' Partial Summary Judgment Motion | 458 |
| 445-1 | 6.4.13 Mardsen Email<br>(Exhibit 30 to Plaintiffs' PSJ Motion) | 458 |
| 445-2 | July 2013 email chain re: Bachelor Gulch Result<br>(Exhibit 31 to Plaintiffs' PSJ Motion) | 458 |
| 445-5 | 11.20.13 Sobeck Email<br>(Exhibit 34 to Plaintiffs' PSJ Motion) | 458 |
| 445-6 | Pierce Deposition<br>(Exhibit 35 to Plaintiffs' PSJ Motion) | 458 |
| 445-8 | 11.20.13 Blue Florida Land Trust Association Meeting Minutes<br>(Exhibit 37 to Plaintiffs' PSJ Motion) | 458 |
| 445-10 | M.L. Clark Deposition<br>(Exhibit 39 to Plaintiffs' PSJ Motion) | 458 |
| 445-13 | Cunningham and Board Letter to Members<br>(Exhibit 42 to Plaintiffs' PSJ Motion) | 458 |
| 445-14 | 12.4.13 Cunningham Survey email<br>(Exhibit 43 to Plaintiffs' PSJ Motion) | 458 |
| 445-15 | Survey Webpage<br>(Exhibit 44 to Plaintiffs' PSJ Motion) | 458 |
| 445-16 | Survey FAQs<br>(Exhibit 45 to Plaintiffs' PSJ Motion) | 458 |
| 445-17 | 12.6.13 Board Email attaching Letter re: Survey<br>(Exhibit 46 to Plaintiffs' PSJ Motion) | 458 |
| 445-18 | 12.6.13 Board Letter re: Survey<br>(Exhibit 47 to Plaintiffs' PSJ Motion) | 458 |
| 445-19 | Oliver Deposition<br>(Exhibit 48 to Plaintiffs' PSJ Motion) | 458 |
| 445-20 | Sobeck 12.6.13 Email re: Proposed Edits to Board Letter<br>(Exhibit 49 to Plaintiffs' PSJ Motion) | 458 |
| 445-21 | December 2013 Neveloff email with R. Mercer re: Board Letter<br>(Exhibit 50 to Plaintiffs' PSJ Motion) | 458 |
| 445-22 | 1.30.18 Neveloff Deposition<br>(Exhibit 51 to Plaintiffs' PSJ Motion) | 458 |
| 445-23 | February 2014 Email Chain re: Affiliation Acknowledgment<br>(Exhibit 52 to Plaintiffs' PSJ Motion) | 458 |
| 445-24 | April 2014 Association Letter<br>(Exhibit 53 to Plaintiffs' PSJ Motion) | 458 |
| 445-25 | 2010 Affiliation Agreement<br>(Exhibit 54 to Plaintiffs' PSJ Motion) | 458 |
| 445-26 | 2013 Affiliation Agreement<br>(Exhibit 55 to Plaintiffs' PSJ Motion) | 458 |
| 445-27 | Acknowledgment and Joinder<br>(Exhibit 56 to Plaintiffs' PSJ Motion) | 458 |
| 445-28 | 9.13.18 Mercer Deposition<br>(Exhibit 57 to Plaintiffs' PSJ Motion) | 458 |
| 445-29 | Aspen Highlands Condominium Associations' Objections and Responses to Plaintiffs' Second Set of Interrogatories and First Set of Requests for Admission<br>(Exhibit 58 to Plaintiffs' PSJ Motion) | 458 |

| | | |
|---|---|---|
| 452 | Plaintiffs' Refiled/Corrected Partial Summary Judgment Motion | 458 |
| 452-1 | Plaintiffs' Refiled/Corrected Declaration of Michael J. Reiser | 458 |
| 462 | Restricted Supplemental Declaration of Ian S. Marx in Support of their Motion to Exclude Expert Testimony of Chekitan Dev, Jonathan Simon, and R. Maurice Robinson | 484 |
| 474 | Supplemental Restricted Omnibus Declaration of Ian S. Marx in support of Motions *in Limine* | 493 |
| 472 | Plaintiffs' Opposition to Marriott Defendants' ("MD") Motion for Partial Summary Judgment (Brief) | 493 |
| 472-1 | Declaration of Robert Harris (to Plaintiffs' Opposition to MD Motion for PSJ) | 493 |
| 472-2 | Declaration of Randal Mercer (to Plaintiffs' Opposition to MD Motion for PSJ) | 493 |
| 472-3 | Declaration of Tyler Oliver (to Plaintiffs' Opposition to MD Motion for PSJ) | 493 |
| 472-4 | Declaration of Philip Schneider (to Plaintiffs' Opposition to MD Motion for PSJ) | 493 |
| 472-5 | Declaration of Tyler Meade ISO Plaintiffs Opposition to Defendants Motion for Summary Judgement | 493 |
| 472-6 | Aspen Highlands Condominium Association Restated Articles of Incorporation (Exhibit 1 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-7 | Plaintiffs' First Set of Requests for Production to Marriott Defendants (Exhibit 2 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-8 | Plaintiffs' Third Set of Requests for Production to Marriott Defendants (Exhibit 3 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-9 | Marriott Defendants' Responses and Objections to Plaintiffs' Third Requests for Production (Exhibit 4 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-10 | 11.15.17 Cunningham Deposition Excerpts (Exhibit 5 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-11 | 5.15.18 Sobeck Deposition Excerpts (Exhibit 6 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-12 | 11.10.17 Cunningham Deposition Excerpts (Exhibit 7 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-14 | 12.1.17 Gosch Deposition (Exhibit 9 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-15 | 10.4.17 Neveloff Deposition (Exhibit 10 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-16 | 10.26.17 Cappello Deposition (Exhibit 11 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-17 | 4.18.17 Email from M. Reiser re: Meet and Confer (Exhibit 12 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |

| | | |
|---|---|---|
| 472-18 | 4.18.17 Letter from I. Marx re: Meet and Confer (Exhibit 13 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-19 | 12.17.17 Letter from T. Meade re: Meet and Confer (Exhibit 14 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ ) | 493 |
| 472-20 | 5.10.18 Marriott Defendants' Supplemental Disclosure (Exhibit 15 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 472-21 | 2.9.18 Joint Discovery Chart (Exhibit 16 to Plaintiffs' Opposition to Marriott Defendants' Motion for PSJ) | 493 |
| 477 | Supplemental Restricted Declaration of Ian S. Marx in Support of Marriott Defendants' *Motion in Limine* to Exclude the Cushman & Wakefield Appraisal | 493 |
| 483 | Confidential Declaration of Ian S. Marx in Support of Defendant The Ritz-Carlton Management Company, L.L.C.'s Opposition to Plaintiffs' Motion for Partial Summary Judgment | 502 |
| 511 | Plaintiffs' Reply ISO Motion for Partial Summary Judgment | Not yet filed |
| 511-1 | Declaration of Tyler Meade In Support of Plaintiffs' Reply ISO Motion for Partial Summary Judgment | Not yet filed |
| 511-2 | Excerpts from November 16, 2017 Sobeck Deposition (Exhibit 1 to Plaintiffs' Reply ISO Motion for PSJ) | Not yet filed |
| 511-3 | Excerpts from Craig Oulette Deposition (Exhibit 2 to Plaintiffs' Reply ISO Motion for PSJ) | Not yet filed |
| 511-4 | Email from Patrick Forth to Eveleen Babich (Exhibit 3 to Plaintiffs' Reply ISO Motion for PSJ) | Not yet filed |
| 511-5 | Excerpts from the March 7, 2018 deposition of Eveleen Babich (Exhibit 4 to Plaintiffs' Reply ISO Motion for PSJ) | Not yet filed |

4. The parties will submit an Unopposed Motion to Unrestrict the documents listed above.

5. Despite the parties' negotiations during the meet and confer process, the parties remain at this time in disagreement with respect to 35[1] documents; as to which the Marriott Defendants (for the reasons set forth in their Motions to Restrict) believe should remain restricted and as to which the Plaintiffs, for reasons they have set forth in writing, disagree.

6. The documents that are "at issue" as to which the parties currently disagree are:

| Original ECF # | Document Description | Motion to Restrict ECF # |
|---|---|---|
| 442-1 | Plaintiffs' Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants Based on APCO Documents; and | 458 |

---

[1] Seven of these documents are duplicates or near duplicates.

5

|  | Motion to Consolidate (ECF #282)<br>(Exhibit A to MD's Summary Judgment Motion) |  |
|---|---|---|
| 442-2 | Plaintiffs' Reply in Support of Motion for Sanctions and a Default Judgment Against Certain Marriott Defendants Based on APCO Documents (ECF #297)<br>(Exhibit B to MD's Summary Judgment Motion) | 458 |
| 442-3 | Expert Rebuttal Report of Mark Israel, dated December 28, 2018<br>(Exhibit C to MD's Summary Judgment Motion) | 458 |
| 442-4 | Supplemental Expert Report of Jon Simon, dated June 7, 2019<br>(Exhibit D to MD's Summary Judgment Motion) | 458 |
| 444-11 | May 24, 2012 CGC Memo<br>(Exhibit 11 to Plaintiffs' PSJ Motion) | 458 |
| 444-19 | Weisz Deposition<br>(Exhibit 19 to Plaintiffs' PSJ Motion) | 458 |
| 444-23 | Member Comments<br>(Exhibit 23 to Plaintiffs' PSJ Motion) | 458 |
| 444-24 | 4.12.13 Sobeck Email attaching Member comments<br>(Exhibit 24 to Plaintiffs' PSJ Motion) | 458 |
| 444-25 | August 8, 2012 Strategic Council Update<br>(Exhibit 25 to Plaintiffs' PSJ Motion) | 458 |
| 444-26 | September 27, 2012 Strategic Council Update<br> (Exhibit 26 to Plaintiffs' PSJ Motion) | 458 |
| 444-27 | October 25, 2012 Strategic Council Update<br>(Exhibit 27 to Plaintiffs' PSJ Motion) | 458 |
| 444-28 | January 17, 2013 Strategic Council Update<br>(Exhibit 28 to Plaintiffs' PSJ Motion) | 458 |
| 445-3 | July 10, 2014 Strategic Council Update<br>(Exhibit 32 to Plaintiffs' PSJ Motion) | 458 |
| 445-4 | APCO Member Study Detailed Report<br>(Exhibit 33 to Plaintiffs' PSJ Motion) | 458 |
| 445-7 | Draft Aspen Cushman & Wakefield Appraisal<br>(Exhibit 36 to Plaintiffs' PSJ Motion) | 458 |
| 445-9 | Final San Francisco Cushman & Wakefield Appraisal<br>(Exhibit 38 to Plaintiffs' PSJ Motion) | 458 |
| 445-11 | December 2013 Email Chain between S. Sobeck, L. Cunningham, and J. Doyle<br>(Exhibit 40 to Plaintiffs' PSJ Motion) | 458 |
| 445-12 | 11.4.14 E. Babich Email<br>(Exhibit 41 to Plaintiffs' PSJ Motion) | 458 |
| 462-1 | King Rebuttal Expert Report<br>(Exhibit A to Motion to Exclude Expert Testimony of C. Dev, J. Simon and R. M. Robinson) | 484 |
| 462-2 | Dev Supplemental Expert Report<br>(Exhibit B to Motion to Exclude Expert Testimony of C. Dev, J.Simon and RM. Robinson) | 484 |
| 462-3 | King Rebuttal Expert Report<br>(Exhibit C to Motion to Exclude Expert Testimony of C. Dev, J.Simon and RM. Robinson) | 484 |
| 462-4 (duplicate of 442-3) | Mark Israel Expert Report<br>(Exhibit D to Motion to Exclude Expert Testimony of C. Dev, J. Simon and R. M. Robinson) | 484 |
| 474-1 (duplicate of 442-4 minus | Supplemental Expert Report of Jon Simon, dated June 7, 2019<br>(Exhibit A to Supplemental Restricted Omnibus Declaration of Ian S. Marx) | 493 |

6

| | | |
|---|---|---|
| exhibit) | | |
| 474-2 (duplicate of 474-2 minus exhibits) | Motion for Sanctions and Default Judgment Based on APCO Documents (ECF #282) (Exhibit B to Supplemental Restricted Omnibus Declaration of Ian S. Marx) | 493 |
| 474-3 (duplicate of 462-2) | Supplemental Expert Report of Chekitan S. Dev, dated April 12, 2019 (Exhibit C to Supplemental Restricted Omnibus Declaration of Ian S. Marx) | 493 |
| 474-4 | Jon Simon Confidential Memorandum (Exhibit D to Supplemental Restricted Omnibus Declaration of Ian S. Marx) | 493 |
| 472-13 | 7.6.18 Hayward Deposition (Exhibit 8 to Plaintiffs' Opposition to Marriott Defendants' Motion for Partial Summary Judgment) | 493 |
| 477-1 | Aspen Cushman & Wakefield Appraisal Report (Exhibit 1 of Supplemental Restricted Declaration of Ian S. Marx in Support of Marriott Defendants' Motion *in Limine* to Exclude the Cushman & Wakefield Appraisal) | 493 |
| 483-1 (duplicate of 444-11) | May 24, 2012 CGC Memo (Exhibit 1 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) | 502 |
| 483-2 | 5.17.2013 Bachelor Gulch Association Letter (Exhibit 2 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) | 502 |
| 483-3 (Near duplicate of 445-4) | APCO Survey Results (Exhibit 3 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) | 502 |
| 483-4 | December 2013 Email Chain between S. Sobeck, L. Cunningham, and J. Doyle (Exhibit 4 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) | 502 |
| 483-5 (duplicate of 445-12) | 11.04.2014 Email Chain from E. Babich (Exhibit 5 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) | 502 |
| 483-6 | Presentation titled "Update on access to Ritz-Carlton Club locations via Premier, Premier Plus" (Exhibit 6 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) | 502 |
| 511-6 | Unredacted May 24, 2012 CGC Memo (Exhibit 5 to Plaintiffs' Reply ISO Motion for PSJ) | Not yet filed |

7. With respect to the 35 at-issue documents listed above, the parties will continue to meet and confer concerning potential redactions and plan to conclude that process and report back to the Court by September 27, 2019.

7

Dated:  September 13, 2019

Respectfully submitted,

| GIBBS LAW GROUP LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By:  *s/ Linda Pham Lam*<br>     Linda Pham Lam<br>     Michael Schrag<br>     505 14th Street, Suite 1100<br>     Oakland, CA 94612<br>     Email: lpl@classlawgroup.com<br><br>*Counsel for Plaintiffs* | By:  *s/ Ian S. Marx*<br>     Philip R. Sellinger<br>     Ian S. Marx<br>     500 Campus Drive, Suite 400<br>     Florham Park, New Jersey 07932<br>     Tel: 973.360.7900 / Fax: 973.301.8410<br>     Email:  SellingerP@gtlaw.com,<br>     MarxI@gtlaw.com<br><br>*Attorneys for the Marriott Defendants* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of September, 2019, a true and accurate copy of the foregoing **JOINT SUBMISSION BY THE MARRIOTT DEFENDANTS AND PLAINTIFFS CONCERNING THE FILING OF RESTRICTED DOCUMENTS** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Defendant*
*Aspen Highlands Condominium Association, Inc.*

                                                *s/ Jaclyn DeMais*
                                                  Jaclyn DeMais