IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**REPLY DECLARATION OF IAN S. MARX IN FURTHER SUPPORT OF MARRIOTT DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF CHEKITAN DEV, JONATHAN SIMON AND R. MAURICE ROBINSON**

---

I, **Ian S. Marx**, declare and state:

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Reply Declaration based upon personal knowledge and in further support of the Marriott Defendants' motion to preclude Plaintiffs' experts Chekitan Dev, Jonathan Simon and R. Maurice Robinson from offering expert testimony at trial.

2. True and correct excerpts from the transcript of the deposition of Chekitan Dev, taken on June 24, 2019, are attached as Exhibit 1.

3. True and correct excerpts from the transcript of the deposition of Jon Simon, taken on July 17, 2019, are attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2019, in Florham Park, New Jersey.

_____
IAN S. MARX