# EXHIBIT 1

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2        DISTRICT OF COLORADO

3        CIVIL ACTION NO. 1:16-cv-01301-PAB-GPG

4  RCHFU, LLC, a Colorado limited

5  liability company, et al.,

6     Plaintiffs,

7                      TRANSCRIPT OF:

     vs.                  CHEKITAN DEV, Ph.D.

8

9  MARRIOTT VACATIONS WORLDWIDE

10  CORPORATION, et al.,

11     Defendants.

12  - - - - - - - - - - - - - - - - -

13

14       TRANSCRIPT of the stenographic notes of

15  the proceedings in the above-entitled matter as

16  taken by and before RUTHANNE UNGERLEIDER, a

17  Certified Court Reporter and Notary Public of the

18  State of New Jersey, held at the office of GREENBERG

19  TRAURIG, LLP, 500 Campus Drive, Florham Park, New

20  Jersey, on Monday, June 24, 2019, commencing at

21  approximately 9:35 in the forenoon.

22

23

24

25

**Page 2**

1 A P P E A R A N C E S :
2
3 THE MEADE FIRM, P.C.
   12 Funston Avenue, Ste. A
4 San Francisco, California 94129
       BY: TYLER MEADE, ESQ.
5        ANNIE DECKER, ESQ.
   Attorneys for Plaintiffs
6
7 REISER LAW
   1475 N. Broadway, Ste. 300
8 Walnut Creek, California 94596
       BY: MICHAEL REISER, ESQ.
9 Attorneys for Plaintiffs
10
11 GREENBERG TRAURIG, LLP
   500 Campus Drive
12 Florham Park, New Jersey 07932
       BY: PHILIP R. SELLINGER, ESQ.
13    IAN MARX, ESQ.
       ROGER B. KAPLAN, ESQ.
14 Attorneys for Marriott Defendants
15
16 HOGAN LOVELLS US LLP
   1601 Wewatta Street, Ste. 900
17 Denver, Colorado 80202
       BY: ANDREW NUSSBAUM, ESQ.
18    JESSICA BLACK LIVINGSTON, ESQ.
   Attorneys for The Association
19
20
21
22
23 ALSO PRESENT:
24 KIMBERLY GRAY, ESQ., In-House Marriott Counsel
25

**Page 3**

1        I N D E X
2
3   CHEKITAN DEV, Ph.D.   PAGE
   By: Mr. Sellinger   4
4   By: Mr. Nussbaum   266
5
6        E X H I B I T S
7 NUMBER   DESCRIPTION        PAGE
8
9 Dev-1   Expert Report        5
   Dev-2   Article        7
10 Dev-3   Hamilton/Rust/Dev Article    9
   Dev-4   Article entitled, "Service   38
11 Innovation and Customer Choices in the
   Hospitality Industry"
12 Dev-5   Article entitled, "Hotel Brand  65
   Standards: How to Pick the Right Amenities
13 for Your Property"
   Dev-6   Article entitled, "A Flow-Through 74
14 Analysis of the U.S. Lodging Industry During
   the Great Recession"
15 Dev-7   Article entitled, "Brand equity: 81
   The halo effect measure"
16 Dev-8   Article entitled, "Is a Company 92
   Known by the Company It Keeps? Assessing the
17 Spillover Effects of Brand Alliances on Consumer
   Brand Attitudes"
18 Dev-9   Supplemental Expert Report  161
   Dev-10   SMS Survey Chart   184
19 Dev-11   SMS Survey Chart   184
   Dev-12   SMS Survey Chart   184
20 Dev-13   SMS Survey Chart   185
   Dev-14   SMS Summary Responses  197
21 Dev-15   SMS Summary Responses  197
   Dev-16   SMS Summary Responses  197
22 Dev-17   SMS Summary Responses  197
   Dev-18   SMS Survey Questions  243
23
24
25

**Page 4**

1 CHEKITAN DEV, Ph.D., 106 Lusa Place, Ithaca, New
2 York 14850, sworn.
3 DIRECT EXAMINATION BY MR. SELLINGER:
4    Q    Do you prefer doctor or professor?
5    A    Either or.  You pick.
6    Q    We met before.  My name is Philip
7 Sellinger.
8        You've been deposed before many times,
9 correct?
10   A    We met before.
11   Q    No, just this morning.
12   A    Oh, I'm sorry.  Yes, yes, of course, I
13 have.
14   Q    I'm not going to go through all of the
15 rules because you're familiar with the drill.  I'll
16 just remind you from my perspective of the key issue,
17 is that the reporter is taking down everything.
18       You understand that, right?
19   A    I do.
20   Q    So when I ask a question I'm going to
21 assume that you understood it and are answering fully
22 unless you tell me you would like me to clarify or
23 restate or something like that.
24       Okay?
25   A    I do.

**Page 5**

1        MR. SELLINGER:  Will you show Professor
2 Dev a copy of his initial report?
3        MR. MARX:  Sure.
4        We'll mark that as Dev 1.
5        (Whereupon Expert Report is received and
6 marked as Dev 1 for identification.)
7    Q    Professor, you cite several articles and
8 treatises in the October 26, 2018 report you filed in
9 this case, correct?
10   A    I'm just making sure of the dates.
11   Q    First page.
12   A    Got it.
13       Yes, correct.
14   Q    And are the articles and treatises that
15 you cited authoritative and recognized in the field?
16       MR. MEADE:  Objection, vague.
17   A    Well, some of them are and some of them
18 aren't.
19   Q    So let's look at paragraph 20 -- excuse
20 me, footnote 20.
21       It's page 12.
22       You cite an article by Leuthesser,
23 Lance, Kohli, and others, entitled, quote, Brand
24 Equity:  The Halo Effect Measure, unquote.
25       Is that an authoritative recognized

Page 10

1 retention, we were looking at which amenities drove
2 repeat business or retention.
3    Q    And on page 81 of this report -- this
4 article, excuse me -- on the -- you on that page?
5    A    I am.
6    Q    On page 81, in the right-hand column, do
7 you see the paragraph that begins, "Thus, different
8 research methods are required to measure the effects
9 of features on customer retention than are used to
10 measure their effects on attracting the customers"?
11    A    Yes, I see it.
12    Q    Okay.
13        And the next sentence says, "Surveys and
14 conjoint analysis, which ask customers to self report
15 the effects of features on their preferences, are
16 helpful in predicting which features will attract
17 customers."
18        Do you see that?
19    A    I do.
20    Q    Do you agree with that statement?
21    A    I do.
22    Q    And what surveys and conjoint analyses
23 were done in this study?
24    A    In the study represented in this paper?
25    Q    Yes.

Page 11

1    A    So we did two things, we did a survey of
2 customers before and after their arrival at a hotel
3 in cooperation with an international hotel company,
4 and we also gave the people responding to these
5 surveys, or hotel guests, different options, as in
6 different combinations of amenities, to see which
7 ones would be more likely or less likely to encourage
8 them to try the hotel for the first time and to bring
9 them back.
10    Q    I take it the name of the hotel company
11 is confidential?
12    A    Yes.
13    Q    Okay.
14        So if -- so you're not able to disclose
15 that, I take it?
16    A    Correct.
17    Q    Okay.
18        And I take it then, not only you're not
19 able to disclose it today, but you wouldn't be
20 disclosing it if you're testifying at trial either,
21 correct?
22    A    Correct.
23    Q    So, you mentioned that in this study
24 that you did that's referenced in the MITSloan
25 Management Review in 2017 you were surveying

Page 12

1 customers before and after their arrival at the
2 hotel, correct?
3    A    Correct.
4    Q    And what was the purpose of surveying
5 them both before and after their arrival?
6    A    So, the purpose of surveying them was to
7 determine what amenities did they anticipate using
8 before they arrive at the hotel, and the focus on the
9 post-stay survey was to determine which amenities
10 they actually used to see the difference between the
11 two.
12    Q    All right.
13        And you say that you gave the customers
14 who were surveyed different options in terms of the
15 combination of amenities to see which would drive
16 them to the hotel for the first time and also to
17 bring them back, correct?
18    A    Correct.
19    Q    And why was it important to you in this
20 survey of which features increased customer retention
21 to determine among different amenities which drove
22 them to the hotel in the first instance and which
23 brought them back?
24    A    Hotel owners and managers invest a lot
25 of time and resources in providing amenities to their

Page 13

1 guests, and what we wanted to find out was, of all
2 the amenities that were on offer, which ones were
3 going to be really useful and helpful in driving
4 initial purchase and repeat purchase, so they could
5 make the right investment in the right amenity for
6 the right reason.
7    Q    Understood.
8        So if you didn't do the determination of
9 which amenities drove the purchase or their
10 retention, then you wouldn't know whether a single
11 feature was driving their decision or not, is that
12 right?
13        MR. MEADE:  Objection, vague.
14    A    That is not true.  There are many ways
15 of knowing this, and there are many ways that owners
16 and operators use to find this out.  This was just
17 one other more rigorous way for us to determine this.
18 It hadn't been done before.
19    Q    And it was important to you in
20 performing the study to determine of the many
21 features that were surveyed which actually drove
22 customers' decisions to -- to visit the hotel in the
23 first instance?
24    A    That was one of the key objectives of
25 the study, yes.

4 (Pages 10 - 13)

Page 18

1 drove a decision to purchase or to be retained?
2          MR. MEADE:  Same objection.
3      A      So just so I'm clear, the survey was
4 done specifically or administered to those that are
5 already -- already had a reservation that intended to
6 purchase, it was just a pre-arrival survey.  So we
7 knew that the people that were completing the survey
8 were already going to check into the hotel.
9      Q      Okay.  Got it.
10      A      If we didn't have the conjoint study,
11 what we would do was to administer the survey to a
12 broader population, the ones that had the reservation
13 and ones that didn't, or ones that were likely to
14 purchase and then ones that weren't, and use the
15 survey itself to see, those that picked certain
16 amenities, if they, in fact, decided to purchase, was
17 there any systematic differences between that group
18 and the ones that didn't purchase to see if there was
19 any difference in amenity choice, and in that way we
20 could have determined that outcome.
21      Q      Okay.
22           What would that analysis have looked
23 like?
24      A      It would have been the same survey, it
25 would have just included people that did not have a

Page 19

1 reservation.  So it would be a general population of
2 hotel guests planning a trip, and we would then
3 determine of those that planned a trip, did they stay
4 at this particular hotel based on amenities and those
5 that didn't.
6      Q      Continuing in your article Dev 3, the
7 next paragraph talks about computing a return on
8 investment, correct?
9      A      Correct.
10      Q      And you -- can you summarize for us what
11 that -- what was done in that aspect of the study?
12      A      Certainly.
13           So in the next part of the study, we
14 took three common amenities, commonly used and
15 offered amenities, free Internet access, free bottle
16 of water, and free use of the fitness center in the
17 hotel, and we decided we would look at just these
18 three of the 50 to determine to what extent do these
19 three either drive initial purchase or repeat
20 purchase.  And in the case of bottled water, we
21 actually had a field experiment or -- I take that
22 back -- we had an initiative that the company engaged
23 in where they had offered bottled water free to
24 certain hotels and not at others.  So we had a quasi
25 field experiment or proxy for a field experiment to

Page 20

1 see in that particular instance, for that third
2 amenity, can we compare the ones that had bottled
3 water and the ones that didn't, and controlling for
4 some differences between the two sub groups, was
5 there any difference in either initial purchase or
6 repeat purchase.
7      Q      And when you say you conducted the field
8 experiment, what does that mean?
9      A      I may have misspoken.  I didn't conduct
10 a field experiment.  What we were trying to do was to
11 validate the information you see by the survey in the
12 conjoint analysis for these three amenities to see if
13 there was any other way of determining or anyway of
14 corroborating our finding with work that had been
15 done by the company.  We subsequently found out that
16 what the company had done is they were always in the
17 mode of testing various amenities, and so they said,
18 oh, for this particular amenity, it just so happens,
19 we've rolled it out to some hotels, more of a random
20 rollout, and we haven't to others.  And we asked the
21 question, well, that is very interesting.  Can you
22 give us data on both the hotels that had the amenity
23 offered and the ones that didn't?  So can we as a
24 form of field experiment test to see if there were
25 any differences between the ones that were offered

Page 21

1 the amenity and the ones that weren't, any
2 differences in customer behavior.
3      Q      And that form of field experiment was
4 intended to corroborate the expectation about the
5 importance of a particular feature driving a decision
6 to visit the hotel or visit again?
7      A      The highest quality peer-reviewed report
8 journals love it when academics like myself can
9 provide what they sometimes refer to as real
10 information, that is information from the field.  And
11 we always try to see if we can, in addition to all of
12 the analytical calisthenics we do with various
13 surveys and contract analysis, is to bring in some
14 actual field data that either supports or refutes our
15 finding.  And in this case we were able to find
16 something that corroborated our original analysis.
17      Q      And the real information from the field
18 in this instance that you used to corroborate the
19 analysis was testing whether the particular feature
20 of bottled water was actually driving performance
21 versus many of the other features that were tested?
22      A      Not exactly.  We weren't comparing the
23 bottled water in the field experiment with the other
24 features, we were just looking at the bottled water
25 and looking at offered or not offered, so the two

6 (Pages 18 - 21)

Page 30

1       Do you recall that?
2    A    I do.
3    Q    And what does that mean?
4    A    What that meant was we looked at the --
5 when we were first offered the data on the field
6 experiment, or I shouldn't call it that, is the
7 initiative that the company engaged in is offering
8 bottled water to certain hotels and not to others, we
9 want to make sure, first of all, that the bottled
10 water experiment, that we were calling the
11 experiment, was with the same brand.
12       So if you were to compare hotels that
13 had bottled water offered and hotels that didn't, we
14 didn't want to look at multiple brands, because that
15 would confuse the issue.
16       So we were able to find -- we wrote a
17 control for the brand and looked at bottled water
18 offered at a particular brand, at some hotels, and
19 not offered at other hotels. That was one control we
20 made sure to control for.
21    Q    And were there other issues that you
22 sought to control for?
23    A    Other than the fact that they were the
24 same brand. That was the one we were concerned with
25 the most.

Page 31

1    Q    And why do you want to control for
2 difference?
3    A    Without giving away the names, I'm going
4 to take an example.
5       Let's say the bottled water initiative
6 was done at a luxury hotel brand and the company
7 decided to do this bottled water offer at luxury
8 brands, economy brands, and mid-scale brands.
9       Because people's choice processes vary
10 based on the hotel tier, we want to make sure that by
11 keeping it the same brand we were not getting a set
12 of luxury customers and a set of economy customers
13 all mingled in together. So they were likely to be a
14 subset. So customers of a particular brand altered
15 their behavior in a certain way. Across brands it
16 gets very noisy.
17    Q    So when you're generally doing testing
18 and trying to measure the impact of various items,
19 controlling for differences is a good practice to
20 help the data be more reliable and scientific?
21      MR. MEADE: Objection, compound, vague.
22    A    The way I would say it is that when
23 you're doing these kinds of studies, trying to
24 eliminate alternative explanations for outcomes is
25 always a good idea, to the extent you can.

Page 32

1    Q    And if you look at the next page of your
2 article, "Which Features Increase Customer
3 Retention," you have a section entitled, "Features
4 That Retain Customers."
5       Do you see that?
6    A    I do.
7    Q    And it starts, "Next we contacted guests
8 by e-mail before and after they stayed at one of the
9 hotel company's properties and asked them to
10 participate in the survey," right?
11    A    Right.
12    Q    And that is what you testified to
13 before, you wanted to measure before and after in
14 order to test whether the data that was provided in
15 the initial survey actually held up after they had
16 done a visit and would make the decision as to
17 whether to visit again?
18      MR. MEADE: Objection, argumentative.
19    A    Not exactly.
20       What we had done was to determine if the
21 patterns of anticipation and the patterns of actual
22 use affected initial purchase, repeat purchase, and
23 how that was reflected in the revenues attributed to
24 that customer or customer group.
25    Q    And later on in this paragraph it says,

Page 33

1 "To estimate the parameters, we used a hierarchal
2 Bayesian model."
3       Do you see that?
4    A    Yes.
5    Q    Can you tell us what that was?
6    A    So, again, I'm going to invoke my
7 co-authors in answering the question. Michelle Wedel
8 is the expert on Bayesian models, and I am not, so
9 this is kind of not my direct expertise, but in very
10 general terms what we were trying to find was, to
11 what extent does the use of these three amenities, we
12 focused on the three out of the 50, to what extent do
13 the use of these three amenities specifically affect
14 the initial purchase, to sort of tease that effect
15 out, and specifically effect repeat purchase. And so
16 the Bayesian model is a way to take these three
17 attributes and then assign values to whether they
18 affect the initial purchase or repeat purchase.
19    Q    And doing your best to explain to
20 somebody who is a lot less familiar with this than
21 you, just tell me what the Bayesian model is, how it
22 does that.
23    A    Just exactly as I just described it,
24 that is the best I can do.
25    Q    And you also said you used regression

9 (Pages 30 - 33)

Page 34

1 models.
2     A     Yes.
3     Q     And explain that, if you would?
4     A     Are you referring to any particular
5 section here, just so I know in what context?
6     Q     Yes, the same paragraph, it says, "but
7 we found very similar results using simple regression
8 models."
9     A     So the other -- Bayesian is kind of a
10 technical model, and most reviewers expect you at
11 this journal to have done that, what it also does is
12 validates, as we say in the paper, simple regression
13 as in attributing the change in the dependent
14 variable by making changes in the independent
15 variable.  So in this case change in use of bottled
16 water, change in use of the free Internet or fitness
17 center, and their affects on initial purchase, repeat
18 purchase, and then looking at the revenue streams
19 from those two activities.
20     Q     And how did the regression model work,
21 how does it measure that?
22     A     It essentially links the use of the
23 amenity with the decision you make.
24     Q     You take a bunch of data points and you
25 put them on the chart and try to determine if there

Page 35

1 are correlations or not?
2     A     Simply said.  That would be one way to
3 think about it, yeah.
4     Q     Okay.
5         And did you say that most reviewers
6 would expect you to use a Bayesian model at this
7 point?
8     A     At this particulars peer-reviewed
9 refereed journal, which is the highest quality
10 journal there is in the field, you're expected to use
11 what is specific to that journal, in that field,
12 whatever the state of the art methodology is.  And
13 Michelle and Rebecca determined that we needed to do
14 that in order to overcome the reviewer's objections
15 to us having used the state of the art analysis to
16 meet a scientific test appropriate for that journal.
17     Q     A Bayesian model is state of the art,
18 that is what they concluded?
19     A     We were very successful in getting
20 published, so we assumed that it passed muster, yes.
21     Q     And did the peer reviewers also expect
22 you to use a regression model?
23     A     What the peer reviewers like to see is
24 the use of multi-method approach, and so what we're
25 try to talk about here, we presented a much more

Page 36

1 detailed technical way in the original paper, was
2 that we did both, and they tend to corroborate one
3 another.
4     Q     And why do the reviewers like a
5 multi-method approach?
6         MR. MEADE:  Objection, calls for
7 speculation.
8     A     Sometimes they worry about a method
9 effect.  So that there is a particular result
10 obtained from a study based on the method being used.
11 And so when we use a multi-method approach what it
12 does is satisfies them to the extent that having
13 looked at it multiple ways, you're getting the same
14 outcome.  A little more reliable and valid than
15 otherwise.
16     Q     A method effect could suggest an outcome
17 that upon further testing might not be valid?
18         MR. MEADE:  Objection, vague.
19     A     As it says, the method effect is, given
20 the particulars of a certain method, you may not get
21 a certain outcome or as robust an outcome as you
22 would in using something that is a little bit more
23 refined, a little bit more technically strong as a
24 method.
25     Q     Is it possible that a method effect

Page 37

1 could lead to an erroneous outcome?
2     A     Method bias is a construct in the field,
3 and so clearly there is always concern that using a
4 certain method has its -- every method has its pros
5 and cons, there is no error free method, and so we
6 have to account for that.
7     Q     What is the definition of method bias?
8     A     Just as it says, a bias introduced in
9 the finding as a result of the method being used.
10     Q     And to the extent you can avoid method
11 bias, that is something that a scientist or a tester
12 would want to accomplish?
13     A     It depends on the requirement.
14         So, for example, in the -- in Sloan
15 Management Review, that is not as much as an issue
16 with the reviewers and the editor in this case as,
17 say, Journal of Marketing Research.  So every
18 journal, or every publication, or every place of
19 output for work, has its own standards, and depending
20 on the standards needed for that, you need to do more
21 or less regarding method bias.
22         MR. MEADE:  Philip, I can't remember
23 whether we started at 9:25 or 9:35, but in general I
24 would love to take a five-minute break every hour.
25         MR. MARX:  We have been going for 48

10 (Pages 34 - 37)

A The way I would say it is that the analytics for the second paper were much more technical in their sophistication than the first paper.
Q And thus more rigorous?
MR. MEADE: Objection, argumentative.
A Yes, fair.
Q Okay.
So on page -- I don't think the pages are numbered, but if you go in about eight pages there is a section that says, "Research Methodology."
And it says that in this study you used a probabilistic discrete choice analysis, correct?
A Correct.
Q And can you tell us what that is?
A Very similar to the subsequent study, which we discussed previously, and that is to give -- essentially what that means is, as it says in the title, it's giving people different sets of choices to see how they respond to these choices and then determine the reaction to different choice bundles, if you will.
In a sense a very similar methodology.
Q So you're not -- when you're doing a probabilistic discrete choice analysis, when you say

you're giving them different sets of choices, just explain what that means.
A So earlier I referred to this idea of choice bundles, that you have combination of choices to people, so certain kind of room, certain price, certain location, and you might vary those bundles and give people different choices of bundles to see how they react to choice A, versus B, versus C.
Q Understood.
And you point out in this paragraph that probabilistic discrete choice analysis has been used to model choice decisions in a variety of different disciplines, correct?
A Correct.
Q And then in the next paragraph you refer to statistical models developed from a DCA study, linking service attributes to customer preferences.
Do you see that?
A I do.
Q And is that what's called here multinomial logic models and nested logic models?
A Correct.
Q And as simply as you can, can you tell us what those models were that you used in this study?

A I'll try.
Again, this is -- my lead author in the study was the technical expert on this paper, and so she is the one who conducted a lot of these experiments. This is kind of her field.
What I can tell you is that it's a much more sophisticated way of connecting independent variables with dependent variables, much more sophisticated way of knowing to what extent does a driver in a certain choice affect a certain outcome that the customer is making.
Q And, again, as simply as possible, how do these models that you used in this 2000 study determine in a sophisticated way what the -- to use your language -- the drivers of the customer choices are?
A What we were doing in this study was looking at what features or combination of features appeal to different market segments. So at this point we don't have any revenue data or cost data, which is why the second study was done. In this study we were just looking at business travelers versus leisure travelers. What choice of amenities, or combination of bundles, are the most attractive for which kinds of travelers.

Q And you did statistical analyses to make those decisions, or your co-authors did?
A Yes, my co-authors did.
Q On the next page, it says, "Discrete choice experiments involve, in this case, a specific hotel and choice sets, a number of service alternatives, in which two or more service alternatives are offered to decision-makers and they are asked to evaluate the options and choose one or none."
And then it goes on to say, "Each subject in the DCA experiment typically receives several choice sets to evaluate, eight to 32 sets, with two or more hypothetical services to choose from in each set," is that right?
A Correct.
MR. MEADE: I just want to note in the last question there was a clause left out, it wasn't verbatim.
MR. SELLINGER: Yeah, I mean, he has got the document, I was just looking to speed things along, but I agree.
Q Okay, so as I understand it here, in this study, how many different service amenities were you looking at, do you remember?

1 customer and preferences.
2    Q    And on the next page, just to follow
3 that up, at the end of the first paragraph, you say
4 that -- on the fourth line -- "experimental variables
5 can be effects coded to accurately estimate the
6 relative impact on respondents' choices," unquote.
7        Do you see that?
8    A    I do.
9    Q    And that is what you did in this study,
10 you took the experimental variables, the choices that
11 you were measuring, and you coded them with their
12 effects to determine their relative impact on the
13 customers' choices, correct?
14   A    Because this was the domain of one of my
15 co-authors, and because this is from 14 years ago, I
16 don't remember exactly what we did there, so I can't
17 answer your question looking at it now.
18   Q    Well, what do you think it means when
19 the article writes, quote, experimental variables can
20 be effects coded to accurately estimate the relative
21 impact on respondents' choices?
22   A    Right, the reason I don't know what we
23 did at that time was because it says "can be coded,"
24 it didn't say "was coded," so I'm not sure whether we
25 did or didn't.

1    Q    Fair.
2        And you're being careful, and I
3 appreciate that.
4        And let me see if this helps.  If you
5 jump ahead two pages to Table 4.
6    A    Okay.
7    Q    There you list the various attributes
8 and then the levels within the attributes, correct?
9    A    Correct.
10   Q    And then you have rows -- excuse me,
11 then you have columns for the business traveler and
12 the leisure travel, correct?
13   A    Correct.
14   Q    And for each of the business traveler
15 and the leisure traveler, you measure and reflect the
16 relative impact, correct?
17   A    Correct.
18   Q    And you got a, you know, a calculation
19 of what that relative impact is, correct?
20   A    Correct.
21   Q    And then in the next column it's got the
22 main effect, right?
23   A    Right.
24   Q    And there it has got a calculation of
25 what the main effect is, right?

1    A    Right.
2    Q    So does that help refresh your
3 recollection of the question I asked two page
4 earlier, that you're essentially coding the
5 different variables to estimate the impact that each
6 of them had on the respondents' choices?
7    A    It doesn't reflect my recollection -- it
8 doesn't help my recollection in terms of what we
9 actually did, whether we did or we didn't.
10   Q    Well, if Table 4 says relevant impact
11 and relative main effects and it lists each of these
12 various attributes and levels and you're reporting on
13 that here, that doesn't help you?
14        MR. MEADE:  Objection, argumentative.
15   A    It doesn't help me whether we did it or
16 didn't, I'm assuming we did, but I can't say for
17 sure.
18   Q    Okay.
19        And just one other sentence to see if
20 this helps.
21        It says, "Table 4 shows the relative
22 impact of each experimental attribute on" --
23   A    You lost me.  Where you reading from?
24   Q    We're on the same page we were reading
25 from before.

1        You on that page?
2    A    I am.
3    Q    The first full paragraph says, "Table 4
4 shows the relative impact of each experimental
5 attribute on hotel choice decisions."
6    A    I see that.
7    Q    Does that help you tell me what Table 4
8 is?
9    A    Yes, I can tell you what Table 4 is, I
10 just can't tell you whether the variables were
11 effects coded or not, because it says "can be" as
12 opposed to "was."
13   Q    Okay.
14        But -- let me try and make it simpler.
15        In this study, in Table 4, you took each
16 of the customer choices that you were looking to test
17 and did the model of the relative impact of that
18 amenity, correct?
19   A    Relative impact of the level, right.
20   Q    And you also measured and presented the
21 main effect --
22   A    -- of the attribute.
23   Q    -- of the attribute?
24   A    Right.
25   Q    And you did that through some sort of

Page 58

1 computer modeling, correct?
2     A     Right.  Correct.
3     Q     Okay.
4           And if you go back to the page on top of
5 Table 2, in the middle of that paragraph, the fourth
6 sentence says, quote, By transforming the data
7 linearly, it is easy to compare and contrast the
8 impacts of each attribute to one another, unquote.
9           Do you see that?
10     A     I do.
11     Q     And so what does that mean?
12     A     That is something you would have to ask
13 my co-author.
14     Q     And then the next -- but do you assume
15 that it's accurate, that by transforming the data
16 linearly it was easy to compare and contrast the
17 impacts of each attribute to one another?
18     A     Because this was a peer-reviewed
19 refereed publication you can assume that everything
20 in here has been stress tested for correctness, yeah.
21     Q     So it's accurate?
22     A     Yes.
23     Q     And then the last sentence in that
24 paragraph, quote, The main effects allows us to
25 compare the overall impact of changing the levels of

Page 59

1 innovative attributes in hotel choice against each
2 other, unquote.
3           Do you see that?
4     A     I do.
5     Q     And essentially what that means is, if
6 you look at -- withdrawn.
7           Essentially what that mean is, the
8 modeling that you did here allows a comparison of the
9 impact of various attributes on decision making?
10     A     Impact of the different levels.  So
11 remember it says changing levels of the innovative
12 attribute.  So what you're doing is you're varying
13 two things, you're varying the attribute, and you're
14 varying the level within the attribute.
15     Q     And so to -- to make sure I understand
16 the distinction between levels and attributes is,
17 looking at Table 4, in technology, that would be the
18 attribute, and the different levels would be Internet
19 access, or a business center, or Internet
20 reservations?
21     A     If I'm looking at Table 4, it says the
22 attribute is Internet access, and the levels are not
23 available, $10 a day, $5 a day, available for free.
24 Those would be the levels, yeah.
25     Q     Thanks.

Page 60

1           And if you jump ahead to the page after
2 Table 4, do you see Figure 2, the relative main
3 effects on constructs and determinant attributes?
4     A     I do.
5     Q     And that chart is taking kitchen,
6 childcare, room customization, flexible check in, pet
7 policy, Internet reservation, business center,
8 Internet access in room, upscale hotel, midrange
9 hotel, economy hotel, and it's measuring the impact
10 of that on customer decision making?
11     A     It's actually indicating the level of
12 preference indicated by the length of the bars for
13 the two types of travelers, business traveler and
14 leisure traveler.  So, for instance, when you look at
15 kitchen in a room, clearly far fewer business
16 travelers desire that amenity, as do leisure
17 travelers.
18     Q     And why is it important to determine as
19 to an amenity if far fewer people are choosing that
20 than choosing one of the other attributes?
21     A     So one important decision that a hotel
22 owner operator makes is something referred to as the
23 market mix, and that is the mix of business in their
24 hotel, business versus leisure, and the amenity
25 profile in that hotel should mirror the actual or

Page 61

1 desired mix of business that they want.
2           So if the hotel has 90 percent business
3 travelers, but most of their amenities are geared
4 towards leisure travelers, then there is a mix match.
5           So you want to make sure there is a
6 match between the desired profile of customers in a
7 hotel proportions and the investments made in
8 amenities that might appeal to one or the other.
9     Q     In Figure 2, what this presents is a
10 comparison of the importance of customer preferences
11 relative to each other for various kitchen,
12 childcare, room customization, check in, pet policy,
13 et cetera, correct?
14     A     That is a fair way of saying it, yes.
15     Q     And that was an important comparison to
16 make in this study, correct?
17     A     Correct.
18     Q     And then the bottom of that page, it
19 says, quote, The relative main effects for the
20 technology attributes are shown in Figure 4.  For
21 business travelers, providing Internet access has the
22 largest impact on hotel choice while for the leisure
23 traveler it is the availability of a business center.
24           Do you see that?
25     A     I do.

16 (Pages 58 - 61)

Page 62

1    Q    And then if you jump ahead two pages,
2  that is Figure 4, and that is trying to measure
3  exactly that, the impact on hotel choice of these
4  technology options for the leisure traveler?
5    A    Correct.
6    Q    And then turning to the next page, on
7  the first line, it says, "first, recall that these
8  reported" --
9         MR. MEADE:  Where are you?
10        MR. MARX:  On the text above.
11        MR. SELLINGER:  Figure 3.
12        MR. MARX:  Figure 3.
13        MR. MEADE:  So prior page, okay, got it.
14   Q    It says, "first" -- the very top of the
15 page -- "first, recall that these reported main
16 effects are relative comparisons to one another,"
17 unquote.
18        Do you see that?
19   A    I do.
20   Q    So the study that you were involved and
21 compared the effect of kitchen, childcare, room
22 customization, pet policy, Internet, et cetera,
23 versus each other relative?
24   A    Right, relative preference for each of
25 those attributes by business travelers and leisure

Page 63

1  travelers.
2    Q    Right.
3         And the next sentence says, "A business
4  center may be the most preferred technological
5  option, but when compared to the other innovations,
6  such as childcare and in-room kitchen amenities, it
7  no longer has the largest impact," right?
8    A    Right.
9    Q    So what this is doing is it's analyzing
10 the impact of one amenity versus another?
11   A    So just to keep with the language of the
12 study, it's looking at attributes, and it's looking
13 at attributes in two ways, it's looking at attributes
14 across different customer types, it's also looking at
15 the relative importance of attributes within a set.
16 So what you just read said, if you take it within a
17 set, an otherwise important attribute is lower in
18 preference, lower in importance, than some of the
19 others.
20   Q    And in the study that you performed,
21 the -- and just to make clear, looking back at Table
22 4, which we looked at before, several pages earlier,
23 for a moment.
24        It's earlier, not later.
25   A    Oh, earlier?

Page 64

1    Q    Yeah, earlier.
2    A    Here we go, Table 4.
3    Q    So the attributes that are being
4  measured include Internet access, pet policy,
5  flexible check in, childcare, kitchen, et cetera,
6  correct?
7    A    Correct.
8    Q    Okay.
9         And we were a moment ago looking at the
10 page with Figure 3.
11        This one.
12   A    Figure 3, I'm there.
13   Q    If you turn to the next page, it says,
14 "Figure 5 shows the main effects for the
15 customization attributes.  Across all hotel and
16 traveler types, available childcare facilities,
17 in-room kitchen facilities, and pet policies have the
18 largest impact on hotel choice," correct?
19   A    That is what it says, yes.
20   Q    So what this Figure 5 is doing is it is
21 looking at what's called customization attributes,
22 pet policy, flexible check in, room customization,
23 childcare, and kitchen, and measuring which of those
24 have the largest impact on customer choice?
25   A    Customer preference, right.

Page 65

1    Q    Okay.
2         MR. SELLINGER:  Off the record.
3         MR. MEADE:  I just want to say, I didn't
4  want to interrupt your flow of questioning, I would
5  like in the future if we could endeavor to take a
6  break every hour or so as opposed to every
7  hour-and-a-half or so.  Real quick.
8         (Brief recess taken.)
9         (Whereupon Article entitled, "Hotel
10 Brand Standards:  How to Pick the Right Amenities for
11 Your Property," is received and marked as Dev 5 for
12 identification.)
13   Q    Professor, I show you what has been
14 marked as Exhibit 5, a 2017 article by yourself,
15 Ms. Hamilton, Mr. Rust, entitled, "Hotel Brand
16 Standards:  How to Pick the Right Amenities for Your
17 Property."
18        This is part of the same study we were
19 discussing before?
20   A    Correct.
21   Q    I think we can go over this one a lot
22 quicker.
23        Just briefly, what does this article do
24 versus the one we just -- not the one we just
25 reviewed, but versus the Which Features Increase

17 (Pages 62 - 65)

Page 74

1   visit, that was Y.  Only a subset of these were in
2   both samples, which is Z.  So a subset of the
3   pre-arrival and the subset of the post-departure
4   matched up, but there was a bigger sample.
5      Q      The clause that says, quote, To test the
6   effects of amenities on repeat purchase, unquote,
7   what does that mean?
8      A      So when we look at the incidence of
9   repeat purchase behavior and we look at the amenities
10  that they used prior to their repeat purchase
11  behavior, what lead to their repeat purchase
12  behavior, we're trying to connect specific patterns
13  of amenity use with repeat purchase to determine
14  which amenities actually contributed more to repeat
15  purchase versus all the others.
16     Q      So you were looking at specific patterns
17  of amenity use to determine whether that drove them
18  to become repeat purchasers?
19     A      Correct.
20            MR. MARX:  This is going to be Exhibit
21  6.
22            (Whereupon Article entitled, "A
23  Flow-Through Analysis of the U.S. Lodging Industry
24  During the Great Recession," is received and marked
25  as Dev 6 for identification.)

Page 75

1      Q      Professor, I show you what has been
2   marked as Exhibit 6, an article entitled, "A
3   Flow-Through Analysis of the U.S. Lodging Industry
4   During the Great Recession," authored by you,
5   Mandelbaum and Singh.
6            You recall this study?
7      A      I do.
8      Q      And you used the multiple regression
9   analysis in this study to examine the relationship
10  between top and bottom line financial numbers and to
11  derive flow-through ratios, correct?
12     A      Yes.
13     Q      And is it fair to say that the
14  regression analysis that you used here controlled for
15  the effects of other factors, that that was part of
16  the purpose of that?
17     A      That's fair to say, yes.
18     Q      And isolating the effect of one
19  particular aspect of conduct requires accounting for
20  other factors?
21            MR. MEADE:  Objection, vague,
22  argumentative.
23     A      Yes.
24     Q      Is a common method to isolate the effect
25  of a particular factor on whatever it is you're

Page 76

1   measuring a multi-variant regression analysis?
2      A      I'm sorry, you have to repeat the
3   question.  I didn't understand the question.
4            (Whereupon, the requested portion is
5   read back by the reporter:
6            "QUESTION:  Is a common method to
7   isolate the effect of a particular factor on whatever
8   it is you're measuring a multi-variant regression
9   analysis?")
10     A      So what a multi-variant regression does
11  is looks at the effect of, as the term says, multiple
12  variables.  And so the unit regression.  And so what
13  you have to do is look at the effect of each of the
14  variables independently and sometimes collectively,
15  as in pairs of twos and sets of threes.
16     Q      So a multi-variant regression analysis
17  would look to, among other things, isolate the effect
18  of one particular factor?
19     A      Correct.
20     Q      And that multi-variant regression
21  analysis is used widely in your profession?
22     A      I thought I heard you say multi-variant.
23     Q      Yeah.
24     A      Just to clarify.
25            So it's a multivariate, multivariate

Page 77

1   regression, yes.  If that is what you mean.
2      Q      I'm sorry, I missed the distinction
3   you're making.
4      A      I thought I heard you said multi-variant
5   regression.
6      Q      And I mispronounced it.
7      A      Multivariate regression, as in just
8   indicating the presence of multiple independent
9   variables.
10     Q      Okay.
11            And you've used multivariate regression
12  analysis many times in your work, correct?
13     A      Correct.
14     Q      And in this case that was used to
15  examine the relationship between top and bottom line
16  financial numbers and flow-through ratios?
17     A      In this case what we were trying to do
18  was determine what differentiated, we're calling them
19  winners and losers, as in what differentiated the
20  high performers from low performers in a particular
21  market given their activities with respect to where
22  they were spending or not spending their money.
23     Q      So, actually here, you were looking to
24  determine whether -- or the relationship among
25  average daily rate in occupancy, among other factors,

20 (Pages 74 - 77)

Page 78

1 on the hotel's bottom line profitability, correct?
2    A   That is one of the things we looked at,
3 yes.
4    Q   And you used the multivariate regression
5 analysis to study the relative contribution of
6 average daily rates in occupancy to the hotel's
7 bottom line financial performance, its net operating
8 income, correct?
9    A   Correct.
10    Q   And in that analysis you wouldn't get an
11 accurate estimate of the effect of the average daily
12 rate on a hotel's net operating income if you didn't
13 control for other factors, such as occupancy,
14 correct?
15    A   Correct.
16    Q   And your article also points out that an
17 adequate control for hotel size was important to
18 accurately measure average daily rates in occupancy,
19 correct?
20    A   That is one standard control in the
21 hotel business, yes.
22    Q   And if you turn to page 220 of the
23 article.
24       MR. MARX:  Your pagination is different.
25       Page 17.

Page 79

1    Q   The last sentence on the top paragraph
2 on page 17 says, "Based on this preliminary finding,
3 we make the important observation that the negative
4 correlation between ADR, average daily rate, and NOI,
5 net operating income, percent appears to be induced
6 by a failure to adequately control for hotel size in
7 the dependent variable (net operating income percent)
8 and implies that the number of rooms may be a
9 redundant variable," unquote.
10       Do you see that?
11    A   I do.
12    Q   And what does that mean?
13    A   So, again, this was -- the analysis part
14 of this paper was done by the lead author, my
15 co-author, Professor Amrik Singh, and so as best I
16 can tell you from looking at this, and this would
17 have been something that he would have written,
18 negative correlation between ADR, which is average
19 daily rate, and NOI, which is net operating income,
20 appears to be induced by a failure to adequately
21 control for hotel size.
22       I think what he's saying there is -- I'm
23 almost sure, but I'm not remembering the exact
24 formulation -- is that there is typically a direct
25 correlation between average daily rate and net

Page 80

1 operating income.  As in the higher the rate the
2 hotel gets for its rooms, the higher the net
3 operating income, as a flow-through, if there is a
4 flow-through.
5       And so what he is finding here is that
6 in the data not controlling for hotel size results in
7 a negative correlation between the two.
8       And then he also goes onto say -- I have
9 to go back and refresh my memory on the exact
10 formulation -- but he also says the number of rooms
11 may be a redundant variable, and when you write that
12 means essentially it's not really required, it's
13 extra.
14    Q   Is it accurate in looking at the
15 sentence about the net correlation that not
16 controlling for a factor hotel size could lead to
17 misleading analysis of the data, is that his main
18 point?
19    A   I think his main point is that not
20 controlling for something that might explain a
21 certain relationship, as I mentioned earlier, might
22 lead to a different result.
23    Q   Okay.  Got it.  Got it.
24       Okay.
25       So you would agree that if multiple

Page 81

1 factors could affect an outcome, that the
2 multivariate approach is one way to isolate the
3 effect of one factor?
4    A   It could be.  Again, it depends on -- to
5 use a term loosely -- how noisy the data is.
6       If it's a relationship between two
7 variables that has a lot of potential explanations,
8 then you need something like this.  If the
9 relationship is fairly straightforward and it's a
10 very tightly-controlled sample, you may not need to
11 go this far.
12    Q   But you would agree that when multiple
13 factors can affect an outcome, a multivariate
14 regression analysis is one way to isolate the effect
15 of a particular factor on the outcome?
16    A   Yes.
17       MR. MARX:  This is going to be Exhibit 7
18 please.
19       (Whereupon Article entitled, "Brand
20 equity:  The halo effect measure," is received and
21 marked as Dev 7 for identification.)
22    Q   I show you what's been marked as Exhibit
23 7.  This is one of the articles cited in your
24 footnote 20 and 21, entitled, quote, Brand equity:
25 The halo effect measure, unquote, by Leuthesser,

21 (Pages 78 - 81)

Page 82

1  Kohli and Harich, and you're familiar with that
2  article, right?
3      A    I am.
4      Q    And it discusses testing methods
5  involving consumer data, correct?
6      A    It actually discusses the halo effect
7  and uses various methods to explain or explicate the
8  halo effect, yeah.
9      Q    Fair enough.
10         And what methods does the article talk
11  about to measure a halo effect?
12     A    Just to be clear, my use of this article
13  as a footnote in my report was as a source about the
14  halo effect as in the construct of halo effect, I
15  wasn't looking at methodology, but if you'd like, I'm
16  happy to go to the article and examine that aspect on
17  it. I haven't commented on his methodology and
18  haven't used his methodology as a basis for my
19  opinion.
20     Q    Understood, and I appreciate that, but,
21  yes, I would like you to tell me what method of
22  measuring the halo effect the authors of "Brand
23  equity: The halo effect measure" use?
24     A    On page 58 of the article, in the second
25  full paragraph, he talks about to make the discussion

Page 83

1  more concrete consider the multi-attribute attitude
2  model, the multi-attribute attitude model is
3  typically stated as follows, and then he goes onto
4  the explain the multi-attribute attitude model. And
5  then if I remember correctly, to test it based on
6  some data.
7      Q    And the multi-attribute attitude model
8  that Leuthesser and the others were using in this
9  article is, and I'll butcher it, but it's a complex
10  formula that is reflected on page 58, Ajk equals EIB,
11  is that right?
12     A    Yes, correct, that is the model.
13     Q    Okay.
14         And would you call the methodology --
15  withdrawn.
16         Would you call the multi-attribute
17  attitude model that Leuthesser and the others use in
18  the article "Brand equity: The halo effect measure"
19  a rigorous empirical methodology?
20     A    For purposes of the standards by which
21  this journal holds its authors, this is clearly an
22  appropriate methodology for them to use.
23     Q    Would you call it a rigorous
24  methodology?
25     A    I would call it a rigorous methodology,

Page 84

1  yes.
2      Q    And if you turn to page 59, do you see
3  the paragraph that begins "It is important to note"?
4      A    I do.
5      Q    Okay.
6         So the sentence -- the last sentence in
7  the paragraph before that says, quote, In our efforts
8  to measure brand equity, we wish to isolate the
9  influence of that consistent set of brand
10  associations, unquote.
11         Do you see that?
12     A    I do.
13     Q    Do you understand what that means?
14     A    Roughly, yes.
15     Q    And what is that?
16     A    So, again, I didn't vigorously and
17  rigorously examine his methodology or double check it
18  or test it because that wasn't what I was using this
19  article for.
20         He is saying when you are trying to
21  associate a brand with an attribute, you want to do
22  fairly rigorous analysis to figure out which
23  attributes associate uniquely with which brand.
24     Q    Okay.
25         And then if you go down two paragraphs,

Page 85

1  it reads, quote, In our approach to measuring brand
2  equity, it is important that halo effects are not
3  artificially induced in the measurement process.
4  There are a number of factors which can lead to
5  artificially high inter-attribute correlations,
6  referred to as halo-like effects, unquote.
7         Do you see that?
8      A    I do.
9      Q    Do you know what that means beyond what
10  it says?
11     A    No, I think it's pretty straightforward.
12     Q    Do you agree with that proposition that
13  a number of factors can lead to artificially high
14  inter-attribute correlations, halo-like effects?
15     A    That could always happen, yes, or may
16  happen.
17     Q    And one of the things that the model
18  that Leuthesser is using in this article is to try
19  and account for that, correct?
20     A    I did not examine his model to that
21  level of specificity, so I can't comment specifically
22  on that.
23     Q    Okay.
24         If you turn to the bottom of page 61,
25  the end of the last paragraph, the last sentence

22 (Pages 82 - 85)

Page 90

1 you had a narrow brand and the ratings weren't that
2 variable, it may not be as big of a deal, or may not
3 be as important.
4 Q So whether the ratings impact the
5 consumer's evaluation of the brand depends on whether
6 there is a wider and narrow gap in the ratings of the
7 product?
8 A That could confound the outcome,
9 correct. If there is a wide variety of ratings, then
10 that plays a role.
11 Q Got it.
12 If you look at the next paragraph, the
13 bottom of the paragraph, it says, quote, Precisely.
14 Do you see that sentence?
15 A I do.
16 Q Quote, Precisely, because the overall
17 rating, and value, of a brand is not necessarily
18 elevated by high brand awareness and consistent brand
19 associations, it is important for managers to have a
20 means to measure these effects. Without such means,
21 managers have little on which to judge the likely
22 effectiveness of future resource commitments to the
23 brand, unquote.
24 Do you agree with that as a general
25 proposition?

Page 91

1 A I agree with the general proposition
2 that the researcher or managers have to be aware of
3 the ratings of individual brands in order to do a
4 full analysis of the halo effect.
5 Q Okay, fair enough.
6 Turn to page 65, the conclusion, second
7 sentence from the bottom of the bottom paragraph, it
8 says, quote, Because no single measure of brand
9 equity is likely to capture all the important aspects
10 of such a complex notion, indirect measures of equity
11 such as the halo measure should be linked to
12 objective measures of consumer choice wherever
13 possible, unquote.
14 Do you agree with that proposition?
15 A Without specifically to this article, in
16 general, yes, I do.
17 Q Okay.
18 MR. MEADE: The witness has asked that
19 we take the next rest break on the hour, so that
20 would be at about 12:20, thereabouts, just so you can
21 plan your questioning.
22 About 20 minutes away.
23 MR. SELLINGER: Yeah.
24 MR. MARX: This is Exhibit 8.
25 MR. SELLINGER: I'm happy to accommodate

Page 92

1 whatever works for you, I would just prefer not to do
2 it in the middle of a document if we can, other than
3 that one long one.
4 (Whereupon Article entitled, "Is a
5 Company Known by the Company It Keeps? Assessing the
6 Spillover Effects of Brand Alliances on Consumer
7 Brand Attitudes," is received and marked as Exhibit 8
8 for identification.)
9 Q This is Exhibit 8, an article by Simonin
10 and Ruth entitled, "Is a Company Known by the Company
11 It Keeps? Assessing the Spillover Effects of Brand
12 Alliances on Consumer Brand Attitudes," one of the
13 articles you cite to in your report, correct?
14 A Correct.
15 Q And here they conduct a control study in
16 which they gather responses from subjects regarding
17 the familiarity and attitudes towards two brands,
18 correct?
19 A Correct.
20 Just again to clarify, I didn't use the
21 article, I wasn't using it in terms of its
22 methodology or the findings, just as conceptual
23 support for the concept of halo effect, or positive
24 spillover, negative spillover.
25 Q But the article does a control study,

Page 93

1 gathers responses from subjects, regarding the
2 familiarity and attitudes with two brands, correct?
3 A If you say so. What I'm saying is, I
4 didn't examine the methodology in the study, just the
5 way they were setting it up.
6 Q All right, so let's just look at it
7 quickly.
8 On page 31, the bottom of the first
9 column, second to last sentence says, quote, The
10 findings show that, as hypothesized, brand alliance
11 evaluations have spillover effects on attitudes
12 toward each partner's brand and that the strength of
13 these effects is moderated by brand familiarity,
14 unquote.
15 Do you see that?
16 A I do.
17 Q As a general proposition, do you agree
18 with that statement, that brand alliance evaluations
19 can have spillover effects on attitudes towards a
20 partner's brand and that the strength of those
21 effects is moderated by brand familiarity?
22 A Not to split hairs, but my sense here is
23 that this is a finding, not a general proposition,
24 this is a specific finding of a specific study, but
25 having said that, I think that it's perfectly

24 (Pages 90 - 93)

Page 94

1  reasonable.
2      Q    The proposition is reasonable?
3      A    Is reasonable, yes.
4      Q    On page 34, at the very top, it says, In
5  general, we expect that the spillover impact of the
6  alliance on a low familiarity brand will be
7  relatively strong, unquote.
8          Do you see that?
9      A    I do.
10     Q    Do you agree as a general proposition
11  that the spillover impact of an alliance on a low
12  familiarity brand will be relatively strong?
13     A    It depends.  It really does.
14     Q    It could be strong?
15     A    They're not specifying when it says "low
16  familiarity brand," is it familiarity across the
17  entire population, is it familiarity across a subset?
18          Brand familiarity is a construct that's
19  most useful at the market, sub-market level, as in
20  people may not be generally familiar with a brand,
21  but if they're in that marketplace they might be more
22  familiar with it.
23          So I don't know if I could say that.
24          I don't know if I would say the same
25  thing.

Page 95

1      Q    So am I correct that you would say that
2  the spillover effect of an alliance on a low
3  familiarity brand may be relatively strong?
4      A    No.  What I would say is that, as I said
5  earlier, that the -- that familiarity and spillover
6  might be related in certain instances.
7      Q    In what way would they be related?
8      A    So if there is a -- as I said in the
9  earlier case, if there was two brands, and there was
10  an equal degree of familiarity between the two, and
11  there was a difference in spillover between one or
12  the other, that would be one scenario.  If there was
13  one brand that was more familiar than the others, the
14  spillover might be asymmetric, as in the spillover
15  from one brand to the other might not be the same as
16  the second brand to the first brand.
17     Q    So in your hypothetical where you have
18  two brands with similar familiarity, what are you
19  saying as a general rule the impact would be?
20     A    What I'm saying is in that case all you
21  have to worry about is the spillover, because
22  familiarity is constant, whereas if there was two
23  brands with which people are less or more familiar,
24  there may be an asymmetrical effect of the spillover,
25  as in the less familiar, more familiar brand might

Page 96

1  have a higher or lower spillover.
2      Q    And when you're referring to
3  "spillover," what are you referring to?
4      A    It's the effect of one brand's equity on
5  the other brand's equity, positive or negative.
6      Q    Could be either way?
7      A    Either way, correct.
8      Q    In that same paragraph, it says, quote,
9  Conversely, primarily because of the extensiveness of
10  the associations and strength of affect that a
11  familiar brand already holds, attitudes toward a
12  familiar brand will be more resistant to change,
13  unquote.
14          Do you see that?
15     A    I do.
16     Q    Do you agree with that proposition?
17     A    As I say, I haven't examined this
18  article to this level of detail, so the way they set
19  up their propositions and the literature that they
20  refer to, I wasn't examining it with that level of
21  specificity, so I have to really think about this to
22  give you a thoughtful answer.
23     Q    I'm not really though asking you about
24  this study at all.  They go on to test it.  This I
25  guess is their hypothesis.

Page 97

1          My question is, do you agree as a
2  general proposition that because of the extensiveness
3  of associations and strength of affect that a
4  familiar brand holds, attitudes toward a familiar
5  brand will be more resistant to change?
6      A    It's hard to say that unequivocally,
7  only because it really depends on the extent of the
8  shock.
9          So I think what they're trying to say
10  is, if a brand is widely known for something, or as
11  something, the perception of those brands are likely
12  to stick in people's minds, compared to another brand
13  that isn't as well-known, but if you assume that the
14  shock of the widely known brand is bigger than the
15  shock of the lesser known brand, it might overcome
16  the familiarity and have more of a spillover.
17     Q    Do you agree with the general
18  proposition that as the familiarity with a brand is
19  strong, that the attitude towards that brand will be
20  more resistant to change than if it wasn't strong?
21     A    That's hard to say.  I would not put it
22  in those words if I was writing this article.
23     Q    What words would you use for that
24  concept?
25     A    So, there's familiarity with the brand,

25 (Pages 94 - 97)

Page 98

1 which in plain reading of the word means to what
2 extent are people familiar with or they know about
3 the brand, it doesn't say anything about what they
4 think about the brand.
5         So if a brand -- if you're familiar with
6 a brand and the brand has a negative association or
7 negative position in the market, lower or upper
8 position, it really would depend on, you know, how
9 that changes -- what brings about that change.
10        Sometimes you have very familiar brands
11 that are changed quite dramatically in people's
12 perceptions despite the fact of high familiarity.
13    Q    Well, I understand that, but all I'm
14 asking you is, does high familiarity of a brand make
15 that brand perception more resistant to change than
16 low familiarity?
17    A    Not always.
18    Q    But it can?
19    A    It can and it cannot.  Again, depends on
20 the type of brand.
21        This is the other thing to think about
22 when reading these articles, is many of these
23 articles use goods brands, dish washing liquid,
24 washing powder.  Services, on the other hand, are a
25 different animal, as I explained in my report.  And

Page 99

1 so because tangible goods tend to be more defined,
2 people's familiarity with them correspond with what
3 they actually are.  People's familiarity with service
4 experiences, tend to be a little bit more fungible,
5 and it could be more effective.  So I'm not trying to
6 be difficult, to try to answer your question, to say
7 I wouldn't apply this across all domains.  Maybe
8 within the domain of this context that they're
9 studying, these brands, it might be entirely
10 appropriate.
11    Q    Let me ask you this:  Would you agree
12 that as a general proposition that brand familiarity
13 plays a role in evaluating the spillover effects of
14 alliances?
15    A    It could.
16    Q    Exhibit 2.
17        MR. MARX:  The Burton, Cook and Howlett
18 article.
19    Q    So I show you Exhibit 2 again, "Broken
20 halos and shattered horns:  Overcoming the biasing
21 effects of prior expectations through objective
22 information disclosure."
23        This is one of the other articles that
24 you cite in your report, correct?
25    A    Correct.

Page 100

1    Q    And without getting into all the details
2 here again, but it does conduct a series of
3 experiments with survey information from a pool of
4 subjects and using statistical analyses to test
5 hypotheses regarding halo effects?
6    A    Your summary sounds entirely reasonable,
7 so I'll agree with it.
8    Q    And just from taking a look, having
9 cited it before, but taking a quick look at the
10 study, would you say that the methodology used here
11 is rigorous?
12    A    I have not been a reviewer for this
13 article, neither have I examined the methodology with
14 that question in mind, so I couldn't answer your
15 question one way or the other.
16    Q    If you turn to page -- what looks like
17 the third page, there is a section entitled "Theory
18 and Hypothesis."
19    A    I'm there.
20    Q    Okay.
21        In the first column, at the very bottom,
22 the last sentence says, Expectations influence
23 product evaluations and initial purchase decisions,
24 as well as subsequent purchase behavior, unquote.
25        Do you agree with that proposition?

Page 101

1    A    I do.
2    Q    Okay.
3        And if you turn to two pages further,
4 under the section entitled "Sample and Procedure," it
5 says, "Participants were 255 adult American consumers
6 obtained using Amazon's Mechanical Turk."
7        Do you see that?
8    A    I do.
9    Q    Are you familiar with Amazon's
10 Mechanical Turk?
11    A    Somewhat.
12    Q    Briefly, what is it?
13    A    It's, basically, a panel of people who
14 have offered to respond to surveys in exchange for
15 consideration.
16    Q    And is there a methodology that is used
17 in those surveys, in those panels?
18        MR. MEADE:  Objection, vague.
19    A    It just asks for volunteers and they
20 offer them up.  It's a resource that people can use
21 when they do surveys like this.
22    Q    And in that paragraph it says, Cell
23 sizes were 129 to 126 for the between-subjects
24 factor.  Participants were randomly assigned to one
25 of the nutrition disclosure experimental conditions,

26 (Pages 98 - 101)

Page 102

1 unquote.
2      Do you see that?
3   A   I do.
4   Q   And when you're doing surveys, what is
5 the importance of random assignment?
6   A   So the importance of random assignment,
7 as I mentioned previously, is that every subject has
8 an equal chance of being selected, so that the
9 results are then representative of the population
10 from which the sample is drawn.
11  Q   And scientifically valid surveys use
12 random assignments like that?
13      MR. MEADE:  Objection, argumentative.
14  A   A scientifically -- could you repeat
15 your question please?
16  Q   Yeah.
17      Do scientifically valid surveys utilize
18 the kind of random assignments that you described for
19 and that are described in this Burton article?
20  A   It depends on the purpose of the survey.
21 If the intent of the survey is to extrapolate beyond
22 the respondent sample to the population, then any
23 claims you make about the population have to assume
24 that the respondents either were randomly drawn or
25 there is no significant differences between the

Page 103

1 sample and the population.
2   Q   Okay.
3      Turning to -- when was the last time you
4 looked at this article, just out of curiosity?
5   A   Only just before I finalized my report.
6      MR. SELLINGER:  Off the record.
7      (Brief recess taken.)
8   Q   Professor, turning to your report, Dev
9 Exhibit 1, in paragraph four, you state, "The halo
10 effect is the positive impact that commingling a less
11 prestigious brand with a more prestigious brand can
12 have on the former," correct?
13  A   Correct.
14  Q   You're not saying that the impact -- the
15 positive impact of the halo effect will always follow
16 the commingling of two brands, are you?
17  A   I'm not.
18      What I'm saying is, when there is
19 commingling of two brands that are positioned at
20 different levels of the marketplace, as in this case,
21 that this will happen.
22  Q   Are you saying that when you have the
23 commingling of a more prestigious brand with a less
24 prestigious brand that a halo effect will always
25 occur?

Page 104

1   A   What I'm saying is when there is a
2 commingling of a more prestigious brand with a less
3 prestigious brand, typically the halo effect accrues
4 to the less prestigious brand.
5   Q   Typically?
6   A   Typically.
7   Q   Okay.
8      So you can have instances where a more
9 prestigious brand can be commingled with a less
10 prestigious brand and there would not be a halo
11 effect, right?
12  A   I'm just hedging my bet by saying
13 typically.  I can't think of an example where I could
14 readily off the top of my head tell you that were the
15 case.
16  Q   So it could be or it couldn't be in your
17 best estimate?
18  A   In my 40 years of being a student of
19 brand management and all the research and teaching
20 and work that I have done in the field, whenever
21 there is a commingling or co-branding of a more
22 prestigious brand with a less prestigious brand,
23 there is almost always -- again, I'm thinking there
24 might be one random example out there -- where the
25 less prestigious brand benefits from the halo of the

Page 105

1 more prestigious brand.
2   Q   Can you point me to any literature that
3 would support the proposition that there always would
4 be a halo effect from commingling a more prestigious
5 brand with a less prestigious brand?
6   A   First of all, I didn't say the word
7 "always," because I'm thinking there may be an
8 example out there.
9   Q   No, I know, but that is why I'm asking
10 always.
11      I understand you're saying typically.
12  A   Right.
13  Q   But I'm really trying to ask you a
14 different question.
15      So can you point to any literature that
16 says when you commingle a more prestigious brand with
17 a less prestigious brand that there would always be a
18 halo effect?
19  A   As I sit here today, I imagine there are
20 some references to that effect in some of the
21 articles I've quoted.  I couldn't point you to an
22 exact source, but if you give me some time to dig
23 through it, I'll be happy to provide a source to that
24 effect.
25  Q   In paragraph five of your report, in the

27 (Pages 102 - 105)

Page 106

1 second sentence, you say, I have not measured or
2 estimated the dollar impacts of these effects,
3 unquote.
4        Do you see that?
5    A    I do.
6    Q    And when you say "I have not measured,"
7 what are you referring to there?
8    A    Just as it says. I have not performed
9 any independent measurements to determine the
10 extent -- the presence or extent of the halo effects.
11    Q    You didn't conduct any research
12 experiments yourself?
13    A    I did not conduct any experiments, no.
14    Q    You didn't conduct any surveys yourself?
15    A    Correct.
16    Q    You didn't do any pre and post-surveys
17 at different points in time, as in some of the
18 articles we've talked about, yourself?
19    A    I, myself, did not conduct any surveys
20 of any kind.
21    Q    And you did not perform a discrete
22 choice -- let's talk -- just to make it easier, I'm
23 going to talk first about the original report, and
24 then subsequently I'll come back to your supplemental
25 report.

Page 107

1        So for the moment I'm going to be
2 talking about Dev Exhibit 1, your initial report,
3 okay?
4    A    Okay.
5    Q    So when you rendered your -- Dev Exhibit
6 1 and the opinions in this report, you didn't do any
7 discrete choice experiment along the lines of what we
8 discussed in your "Which Features Increase Customer
9 Retention" article, correct?
10    A    I did not do any discrete choice
11 analysis pertaining to this matter.
12    Q    And you didn't perform any regression
13 analysis, correct?
14    A    I did not perform any regression
15 analysis specific to this matter, no.
16    Q    And you didn't do any scientific
17 methodological examination specific to the Dev report
18 1, correct?
19        MR. MEADE: Objection, vague.
20    A    Well, it would depend what you mean by
21 "scientific method."
22    Q    All right, I'll ask it differently.
23        Did you -- there was no regression
24 analysis, correct?
25    A    No regression analysis, correct.

Page 108

1    Q    No statistical analysis, correct?
2    A    Statistical analysis in either report or
3 just limiting myself to the first?
4    Q    Right now we're just talking about the
5 first report.
6    A    When I rendered my opinion in the first
7 report, I did not do any statistical analysis,
8 correct.
9    Q    And when you rendered your opinion in
10 the first report there was no statistical analysis of
11 any kind, correct?
12    A    Well, there was statistics provided to
13 me by the firm, by the attorneys, representing the
14 Plaintiffs in this case, and I refer to those and I
15 cite those in my report.
16    Q    And which statistics are those?
17    A    So the two that come to mind right away,
18 and I'd have to go through in detail to give you the
19 full list, but I would say the APCO survey and the
20 statistics associated with that and the Cushman &
21 Wakefield appraisal and the statistics in that
22 report.
23    Q    Well, I'll come back to both APCO and
24 Cushman.
25        You did no statistical analysis in the

Page 109

1 first report, correct?
2    A    I did no independent statistical
3 analysis in the first report, correct.
4    Q    Of any kind.
5    A    Of any kind.
6    Q    Okay.
7        And --
8    A    I'm sorry, I don't mean to be difficult.
9        When I say "analysis," if I'm looking at
10 the report that you said you will come back to later,
11 to me, interpreting some of those reports,
12 understanding those, and then citing them, is sort of
13 an analysis in that loosely referred lower case A,
14 but not collecting data or crunching numbers on my
15 own.
16    Q    When you prepared your first report you
17 did not do the kind of statistical analysis that
18 would be accepted by any of the journals that we've
19 talked about, correct?
20        MR. MEADE: Objection, vague,
21 argumentative.
22    Q    Yourself.
23    A    When I -- so, again, we talked about a
24 lot of journals. We talked about all the different
25 Journal of Marketing Research through the Cornell

28 (Pages 106 - 109)

Page 110

1 Hospitality reports.
2        Now, this kind of work that I presented
3 in this opinion would be acceptable, for example, in
4 the report, which doesn't provide a lot of
5 statistical analysis, it's mostly key findings, you
6 know, opinions, my assessment of the situation,
7 whereas in the Journal of Marketing Research article
8 with discrete choice, multinomial logic, that is a
9 different animal.
10       So in some of the journals, depending on
11 the scientific standard that is required, you have to
12 do it, and others you don't have to do it.
13 Q    Okay.
14       So let's go through.
15       So for your first report, you did not do
16 the kind of statistical analysis required by the
17 Journal of Marketing Research, correct?
18 A    Correct.
19 Q    In your first report, you didn't do the
20 kind of statistical analysis yourself required by
21 Cornell University Scholarly Commons, School of Hotel
22 Administration?
23 A    I think that is just where you got the
24 publication.  If you go back to the next page, I
25 think the publication itself, Managing Service

Page 111

1 Quality, that is where that appeared.
2 Q    Is it fair that you did not do the kind
3 of statistical analysis in your first report that
4 Managing Service Quality would refer to in terms of
5 regression analyses and the like?
6 A    So Managing Service Quality accepts
7 publications of a variety of analytical techniques,
8 presence and absence of, it's a much wider variation
9 in terms of the type of article.  In the Journal of
10 Marketing Research, I didn't do the kind of work that
11 they would expect for an article to be published
12 there.  Managing Service Quality, I could do more of
13 what I call an opinion, general fact-finding piece,
14 without any statistics, and get published.
15 Q    Understood.  And I'm not quarreling with
16 you, but what I asked is about statistical analysis.
17       So you didn't do in your first report
18 the kind of statistical analysis that would be
19 required by Managing Service Quality, correct?
20 A    Managing Service Quality does not
21 require statistical analysis in every paper, as does
22 the Journal of Marketing Research.
23 Q    But the point that I'm making, and let
24 me just ask it again, to the extent that statistical
25 analysis is used by Managing Service Quality, you did

Page 112

1 not do that kind of statistical analysis in your
2 initial report, correct?
3        MR. MEADE:  Objection, vague,
4 argumentative.
5 A    I will rephrase that somewhat to say, to
6 the extent that a paper submitted to the journal of
7 Managing Service Quality requires original
8 statistical analysis, that's not the kind of work I
9 did in my first report, correct.
10 Q    And who published Hotel Brand Standards?
11 A    That is the Center for -- Cornell Center
12 for Hospitality Research.
13 Q    And to the extent that statistical
14 analysis is required or used in an article for the
15 Center for Hospitality Research, you did not do that
16 kind of statistical analysis originally in your
17 initial report?
18       MR. MEADE:  Objection, vague,
19 argumentative.
20 Q    Correct?
21 A    I did not do any statistics that would
22 be required for what we call a CHR report, correct.
23 Q    And we looked at the Flow-Through
24 Analysis of the U.S. Lodging Industry During the
25 Great Recession.

Page 113

1        You didn't do the kind of statistical
2 analysis that was used there, correct?
3        MR. MEADE:  Same objection?
4 A    I did not do the kind of analysis that
5 we presented in the flow-through paper, correct.
6 Q    And to the extent that statistical
7 analysis is used in a publication of the
8 International Journal of Contemporary Hospitality
9 Management, you didn't do that kind of statistical
10 analysis in your original report, correct?
11       MR. MEADE:  Objection, vague and
12 argumentative.
13 A    To the extent that the International
14 Journal of Contemporary Hospitality Management
15 requires statistics to support the findings of a
16 paper submitted to them, that is not the kind of work
17 I did for my opinion, the first one.
18 Q    And to the extent statistics are used by
19 the European Journal of Marketing, your first report
20 didn't use the kind of statistics that the European
21 Journal of Marketing would require, correct?
22       MR. MEADE:  Objection, vague, compound
23 and argumentative.
24 A    So the kind of statistics required by
25 the European Journal of Marketing to support findings

29 (Pages 110 - 113)

Page 114

1 of a study, original statistical analysis, that is
2 not the kind of work I did for my first opinion.
3     Q     And to the extent that statistics are
4 used in an article published in the Journal of the
5 Academy of Marketing Science, you did not do that
6 kind of statistical analysis in your original report,
7 correct?
8         MR. MEADE:  Objection, vague.
9     A     Correct.
10     Q     And to the extent that statistics are
11 used -- we talked about the Journal of Marketing
12 Research already.
13     A     Uh-huh.
14     Q     And in your first report you did not do
15 a discrete choice experiment, correct?
16     A     Correct.
17     Q     And you didn't do any before and after
18 tests of respondents in your first report, correct?
19         MR. MEADE:  Objection, asked and
20 answered already.
21     A     In my first report I did not do any
22 independent statistical analysis or surveys of
23 respondents in any form.
24     Q     And you had no data in your first report
25 measuring whether guests expected to use a feature

Page 115

1 and then ultimately used a feature with Marriott
2 points, correct?
3     A     I'm not sure I understood the question.
4     Q     In your first report was there any
5 analysis comparing guests' expectation about using
6 any particular feature that was being offered to
7 point holders versus what features they actually
8 used when they joined Marriott points program?
9         MR. MEADE:  Objection, vague.
10     A     When you first asked the question you
11 used the word "data," was there any data used to
12 support your first report, and so there was quite a
13 bit of data on customers' use or perceptions of
14 different brands, yes.
15     Q     Let's try my question.
16     A     Okay.
17     Q     When you performed your first report,
18 was there any analysis of purchasers' expectations of
19 using various features in the Marriott points program
20 and comparing that to features that they actually
21 used in the Marriott points program?
22         MR. MEADE:  Objection, vague.
23     A     So in all the documents provided to me
24 by the Plaintiffs in this case, there was quite a bit
25 of information, quite a bit of data, some analysis,

Page 116

1 about -- and I cite some of those as footnotes to my
2 report -- that talked about surveys of individual
3 owners and their perceptions of Ritz-Carlton and
4 perceptions of Marriott, and some of them actually
5 used Marriott.  And so there was quite a bit of that
6 that I cite in my report.
7     Q     Now, let me try again.  I appreciate you
8 trying, but that wasn't the question I was asking.
9         Actually, why don't you try reading it
10 back and -- I'm aware of what you're saying, but I
11 want you to do your best to answer the specific
12 question, if you would.
13         (Whereupon, the requested portion is
14 read back by the reporter.
15         "QUESTION:  When you performed your
16 first report, was there any analysis of purchasers'
17 expectations of using various features in the
18 Marriott points program and comparing that to
19 features that they actually used in the Marriott
20 points program?")
21     A     I thought I answered your question
22 precisely as you asked it, but if you want to ask it
23 again, I'll try again.
24     Q     Okay.
25         I want to focus on the conclusion in

Page 117

1 your original report that there was a halo effect by
2 the -- to use your language -- the commingling of
3 Marriott and Ritz on Marriott.
4         Okay?
5     A     Okay.
6     Q     And I'm looking at the Marriott points
7 owners.  So people who purchase Marriott points.
8         All right?
9     A     Okay.
10     Q     Was there any analysis done in your
11 first report of the -- of whether the Marriott
12 purchasers of points who -- whether they expected to
13 use access to Ritz-Carlton and analysis after they
14 were points purchases as to whether they expected to
15 use access to Ritz-Carlton?
16         MR. MEADE:  Objection, vague.
17     A     You totally lost me with that question,
18 and let me tell you why.
19         So first of all, clarification, when you
20 said Marriott points purchasers, so these are points
21 purchasers prior to the commingling, post the
22 commingling?  And then I have not really talked
23 about -- that is not something I'm opining on -- is
24 the value or measure of --
25     Q     Understood.

30 (Pages 114 - 117)

Page 118

1        So tell me, what is the halo effect that
2  you are opining on by virtue of the commingling to
3  which you refer?
4        A      So based on all my education in the
5  hospitality field over 40 years, across three
6  continents, based on all my experience actually
7  working in the field, consulting, teaching, it is my
8  carefully considered opinion that by commingling
9  Ritz-Carlton and Marriott, essentially what you're
10  doing is you're creating a halo effect for the
11  Marriott brand, benefiting the Marriott brand, by
12  bringing Ritz-Carlton as a co-branded partner and
13  hurting Ritz-Carlton by bringing Marriott into the
14  mix.
15      Q      Okay.
16        So what I want to focus on for now is
17  the halo aspect of that opinion.
18        So I understand your opinion is that the
19  commingling created a halo effect.
20        What is that -- what is the result of
21  that halo effect?
22      A      So when you take two brands, one less
23  prestigious than the other, there is a halo or
24  sometimes referred to as a positive spillover effect
25  from the more prestigious brand to the less

Page 119

1  prestigious brand.
2        Take an example like Lexus and Toyota,
3  for example.  In the Pantheon of car brands, Lexus is
4  considered a more prestigious brand, Toyota is
5  considered a less prestigious brand.
6        If those two brands from the very
7  beginning were commingled, it would make Toyota look
8  better because of the fact that they have kind of
9  Lexus as part of that choice offering, and it might
10  be to the detriment of Lexus because even though
11  Toyota is considered a reliable brand, a
12  well-accepted brand, a familiar brand, it's lower on
13  the level of positioning in the marketplace.
14        Similarly with Ritz-Carlton Marriott.
15  Ritz-Carlton is a brand that has its own cache, its
16  own perceived value.  Marriott is more of a luxurious
17  brand.  By Marriott's own admission, Marriott is more
18  of an upscale brand.  And so when you commingle the
19  two, you create a halo to the benefit of Marriott.
20      Q      I understand that opinion.
21        So what was the impact of that halo on
22  Marriott?
23      A      It makes the Marriott brand more
24  attractive, and so -- I know you want to talk about
25  the report too, but when we get to it I'll show you

Page 120

1  how --
2      Q      We'll get there.
3      A      When you say "impact," clearly that
4  is --
5      Q      So in your first report, what is the
6  impact of the halo effect from the commingling?
7        MR. MEADE:  I just ask that you not
8  interrupt the witness in the middle of an answer.  I
9  think he is trying to answer.
10        Go ahead.
11      A      So the reason I brought up the second
12  report is because I discuss the impact in the second
13  report.  In the first report all I talk about is the
14  presence of the halo effect and what it can do to
15  different brands.
16      Q      Okay.
17        So in the first report you don't talk
18  about the impact at all of the halo effect on
19  Marriott?
20      A      I do in the sense that I do talk about a
21  positive impact and negative impact, but I don't
22  quantify the impact.  I don't measure the impact.
23      Q      And you didn't in the first report
24  measure the impact of the halo effect at all,
25  correct?

Page 121

1      A      Correct.
2      Q      Okay.
3        And you certainly didn't quantify it?
4      A      Correct.
5      Q      Okay.
6        And while I know this isn't what your
7  analysis was, but in your first report there was no
8  analysis of Marriott purchasers of points, whether
9  they intended to access Ritz-Carlton or not, correct?
10      A      So in my first report I cite several
11  reports or documents provided to me by the Plaintiffs
12  in this case and within those reports are contained
13  sentiments of Ritz-Carlton fractional buyers and
14  Marriott point buyers, and to the extent that those
15  sentiments informed my opinion I cite them both in
16  the body of the report and also as footnotes.
17      Q      Well, I saw the reference to comments
18  from Ritz-Carlton buyers and the studies of those.
19        My question is different.
20        There was no analysis of Marriott buyers
21  as to whether or not they intended to use
22  Ritz-Carlton access or the importance of that in your
23  original report, correct?
24        MR. MEADE:  Objection, vague,
25  argumentative, compound.

31 (Pages 118 - 121)

Page 130

1 various other factors that might of impacted their
2 decision to purchase points?
3     A     I'm not sure I understood the question.
4 Would you please repeat?
5     Q     When you prepared your first report, did
6 you do anything to measure the impact on purchasers
7 of Ritz-Carlton access versus any other factor that
8 might have impacted the decision to purchase points?
9     A     No.
10     Q     Now, you would agree with me, I take it,
11 that Ritz-Carlton access is not the only factor that
12 would impact a potential buyer's decision to purchase
13 points, correct?
14     A     I would agree with you that the decision
15 to purchase Marriott Vacation points rests on many
16 factors, with Ritz-Carlton Destination Club maybe
17 being one of them.
18     Q     Okay.
19         And you didn't quantify or account for
20 Ritz-Carlton versus the others in that analysis, you
21 just didn't do that measurement in the first report,
22 right?
23         MR. MEADE:  Objection, vague.
24     A     I actually cite data from documents I
25 was given about Ritz-Carlton, the value of the

Page 131

1 Ritz-Carlton Destination Club access to the points
2 buyer.
3     Q     You didn't do any quantification or
4 measurement in your first report about the comparison
5 of the importance of Ritz-Carlton access versus any
6 other factor that motivated a points purchaser?
7         MR. MEADE:  Objection, argumentative,
8 asked and answered.
9     A     The two reports are sort of blurry in my
10 head here, so let me just make sure.
11     Q     Okay.
12     A     In my first report I did not quantify
13 the importance of the Ritz-Carlton Destination Club
14 access to Marriott points buyers.
15     Q     Nor did you isolate or control for any
16 other factors that might have impacted the purchaser,
17 correct?
18     A     I do make reference to documents that
19 describe both parties, they describe the points
20 buyers and also the fractional owners, and how they
21 would perceive -- or the importance of this
22 Ritz-Carlton Destination Club access, how they would
23 perceive that feature in terms of the value of their
24 purchase.  So I do talk about that.
25     Q     You didn't make any effort in your first

Page 132

1 report to isolate the access of Ritz-Carlton versus
2 any other factor that might have impacted a
3 purchaser's decision, correct?
4     A     I did not isolate the Ritz-Carlton
5 Destination Club access feature in my first report,
6 correct.
7     Q     Okay.
8         And in the article A Flow-Through
9 Analysis of the U.S. Lodging Industry During the
10 Great Recession, we talked about the multiple
11 regression analysis that was used in that study,
12 correct?
13     A     Correct.
14     Q     You didn't do any kind of analysis
15 similar to what you did in -- excuse me, what was
16 done in that article, correct?
17         MR. MEADE:  Objection, vague.
18     A     I did not use any multiple regression
19 analysis in my first report, no.
20     Q     Okay.
21         Now, in your first report, paragraph 37,
22 this references the APCO surveys that -- and 38 is
23 that you looked at, that you were testifying to
24 earlier, correct?
25     A     Correct.

Page 133

1     Q     These are surveys of Ritz-Carlton
2 company owners, correct?
3     A     I believe so, yes.
4     Q     And these surveys of Ritz-Carlton
5 company owners, focusing on the halo effect, don't
6 tell you anything about what Marriott owners perceive
7 in terms of Ritz-Carlton, correct?
8     A     My understanding is that the APCO survey
9 was specifically designed to assess the sentiments of
10 the Ritz-Carlton Destination Club fractional owners.
11     Q     So the APCO survey and those sentiments
12 that you were looking at in connection with your
13 first report don't tell you anything about how
14 Marriott potential purchasers view Ritz-Carlton
15 access, correct?
16     A     I don't remember every word of the APCO
17 survey, and I couldn't sit saying here that they
18 don't have any mention of the Marriott Vacation Club
19 owners' perceptions of this merger, so I couldn't
20 answer your question one way or the other.
21     Q     But as you sit here today, you remember
22 that it's a survey of Ritz-Carlton owners, correct?
23     A     My recollection is that the principle
24 purpose of the APCO survey was to collect the
25 sentiments of the Ritz-Carlton Destination Club

34 (Pages 130 - 133)

Page 138

1 multinominal logic analysis and regression analyses
2 and the DCA studies that were discussed in the
3 various articles we looked at?
4     A    Well, first of all, in order for me to
5 render my opinion I didn't need to do that.
6     Q    No, I understand.  I'm not quarreling
7 with your opinion.  I'm asking a different question.
8     A    Had I needed to quantify the impact --
9     Q    Had you been asked to quantify the
10 impact of the commingling, would you have done the
11 multinominal logic analysis, the regression analysis,
12 the discrete purchase assessment analysis that you
13 talked about in the various studies earlier?
14     A    So I may have.  And the reason I say
15 "may" is because, first of all, there is two things,
16 one is the appropriateness of the methodology to this
17 particular research question.  I haven't examined
18 that.  I haven't thought about it.  What might be the
19 right tool to use to tease it out.  And the second
20 thing I would ask my attorneys is what is it that is
21 required in order for me to substantiate my report.
22 If I was to make a claim about impact, what kind of
23 analysis, I would consider those two, and then I
24 would choose which one, if any, to use to determine
25 impact.

Page 139

1     Q    But today, I'm asking you, if you wanted
2 to do a scientifically valid quantification of impact
3 in your first report, would you have done a
4 multinominal logic analysis, regression analysis,
5 discrete customer analysis, as you talked about in
6 those articles?
7         MR. MEADE:  Objection, vague, compound.
8     A    For purposes of an expert report or for
9 purposes of a publication in the Journal of Marketing
10 Research?
11     Q    For purposes of a scientifically valid
12 analysis.
13         So let's start with for purposes of a
14 publication.
15         MR. MEADE:  Same objection.
16     A    If I was trying to estimate the impact
17 of the commingling and to quantify the halo and horn
18 effect for the Journal of Marketing Research, I might
19 do one or several of the analytical methods that you
20 cited.  For the purposes of an expert report, I'm not
21 aware, I'm not a lawyer, so I don't know what is
22 required in order to pass the hurdle of being
23 sufficient for something like that, and I would do
24 whatever was required.
25     Q    Fair enough.

Page 140

1     Fair enough.
2         MR. SELLINGER:  Let's take a break.
3         (Brief recess taken.)
4     Q    Doctor, in paragraph four of your
5 report, we looked at this before, you define the halo
6 effect as the positive impact that commingling a less
7 prestigious brand with a more prestigious brand can
8 have on the former.
9         What is your definition of "prestigious"
10 within this definition of halo effect?
11     A    Typically, prestigious is measured by
12 position or price point.  So if you think about
13 Marriott, for example, they have a luxury tier, an
14 upscale tier, a mid-market tier.  And so it's the
15 positioning of the brand in a marketplace.
16     Q    And price point you would align with the
17 positioning, they go together?
18     A    Often, yes.
19     Q    And how do you measure prestige in terms
20 of position?
21     A    Multiple ways.  I actually pre-answered
22 your question earlier.  Price is one.  People's
23 perception of the brands.  The way the brand
24 manifests itself in terms of, if you think about the
25 hotel business, for example, it's what we call fit

Page 141

1 and finish.  It's just better amenities, better
2 services, better quality product.
3         So you take all of these together, it
4 creates a perception of the brands and where they're
5 positioned in a marketplace.
6     Q    Are there any objective standards for
7 measuring prestige?
8     A    Several.
9         So you can take, just thinking of some
10 off the top of my head here, so there are ratings,
11 Trip Advisor, Consumer Reports, you know, Business
12 Travel News.  People that are in the business of
13 aggregating customer responses or independent raters.
14 A star system.  The diamond system.  Five star, four
15 star, three star.
16         Those are examples.
17     Q    And the raters that you've described,
18 they are -- they provide an objective measure of
19 prestige in your view?
20     A    Yes.
21         And there are different kinds of raters.
22 There are what I call the professional raters, such
23 as people that work for Good Housekeeping or Consumer
24 Reports, and then the users, user ratings, like Trip
25 Advisor, people who actually stayed at these resorts

Page 146

1 say, "I'm going to make my week available to Marriott
2 points owners," and points owners could then access
3 those particular weeks that Ritz-Carlton club members
4 chose to enroll and exchange for Marriott points.
5      Are you aware of that?
6      A    Specifically, I don't recall, but it
7 might be in one of the documents.  I'll take your
8 word for it.
9      Q    And I'll represent to you that that's
10 what we refer to in this case as the affiliation.
11 And that occurred at the end of 2014.
12      So Ritz members starting in January 1 of
13 '15 could take their Ritz week at the Ritz Aspen and
14 say, "A Marriott owner can come here, and I want
15 Marriott points," okay?
16      A    Just so we're clear, my report is not
17 predicated on a particular start date.
18      Q    Understand.  Understand.
19      You, and to that point, you didn't
20 measure the halo effect as of any particular start
21 date, other than commingling occurred in 2011?
22      MR. MEADE:  Objection, vague.
23      A    Yes, my report deals with the fact that
24 there is commingling, and to describe it and talk
25 about the consequences of that commingling.

Page 147

1      Q    And you don't, as you just said, you
2 have no start date of when the consequences of the
3 commingling began in your report?
4      MR. MEADE:  Objection, argumentative.
5      A    No, I did mention a date in my report.
6 What I'm saying is that my opinion is independent of
7 any particular start date.
8      Q    You don't measure the halo effect as of
9 different dates, correct?
10      MR. MEADE:  Objection, asked and
11 answered.
12      A    I don't specifically measure the halo
13 effect in my initial report at all.
14      Q    Okay.
15      So you couldn't tell us whether the halo
16 effect increased from January 2011 to January 2012,
17 for example, is that fair, or changed?
18      A    I cannot specifically say to what extent
19 the quantum of halo effect changed.  All I can say to
20 you is that it follows from my opinion in the
21 original report that the longer the halo effect
22 persists, the longer its impact is.  I mean, the more
23 pronounced its impact is.
24      Q    But you're not able to tell us what
25 difference, if any, there was between 2011 and 2012

Page 148

1 in the halo effect, correct?
2      MR. MEADE:  Objection, asked and
3 answered, argumentative.
4      A    I cannot tell you that, no.
5      Q    And you can't tell us the change in any
6 halo effect between 2012 and 2013?
7      MR. MEADE:  Objection, asked and
8 answered, argumentative?
9      A    Correct.
10      Q    And you can't tell us the change of
11 impact, if any, between 2011 and 2014, correct?
12      MR. MEADE:  Same objection.
13      A    I cannot specify the quantum of the halo
14 effect between any two periods.
15      Q    And you can't tell us the change in the
16 impact of the halo effect between 2011 and 2015,
17 correct?
18      MR. MEADE:  Same objection.
19      A    As I mentioned, I can't quantify the
20 halo effect between any two time periods.
21      Q    You weren't asked to do that in this
22 case?
23      A    I was not.
24      Q    Okay.
25      Now, in your initial report you also

Page 149

1 opine with respect to the horn effect, correct?
2      A    Correct.
3      Q    Did you do any independent research
4 relative to measuring a horn effect?
5      A    The research that I did do pertained to
6 my reviewing reports and documents and statistics
7 provided by the Plaintiffs in this case about the
8 horn effect.
9      Q    Okay.
10      So you did no independent experiment
11 relating to the horn effect in preparing your report,
12 correct?
13      A    I did no experiment to support the horn
14 effect, correct.
15      Q    And you did no survey of your own to
16 support a horn effect, correct?
17      A    I surveyed the files, but I didn't do
18 any -- I didn't collect any quantitative data to
19 substantiate the horn effect in my initial report,
20 correct.
21      Q    Experts in the field like you, if you
22 want to conduct a survey yourself, you get a group of
23 subjects and you go through methodologies and you
24 survey them pursuant to a set of standards, right?
25      A    If required.  If necessary for the job,

38 (Pages 146 - 149)

Page 150

1 yes.
2    Q    And you didn't do that here?
3    A    I did --
4    Q    I'm not quarreling with you.
5    A    I didn't because I wasn't asked to, and
6 I didn't think it was necessary.
7    Q    You weren't asked to do such a survey?
8    A    I was not.
9        And, also, I didn't think it necessary.
10 Because even though sometimes I'm not asked, if I'm
11 not asked, I will sometimes do it if I feel I need to
12 do it for purposes of rendering my opinion.
13    Q    And in considering the horn effect --
14 actually, you didn't measure the impact of the horn
15 effect either, just as you did not for the halo
16 effect, correct?
17    A    I did not quantify the horn effect, no.
18    Q    And you didn't measure whether other
19 factors may have also contributed to the horn effect,
20 correct?
21        MR. MEADE:  Objection, vague.
22    A    I considered the horn effect within the
23 scope of my report just by looking at the co-branding
24 of the two brands, and all of the documents and all
25 the factors provided to me within those documents

Page 151

1 about, you know, what was causing it, what were
2 people feeling, how was it manifesting itself, I did
3 consider the horn effect in its entirety within the
4 scope of the documents I was given.
5    Q    You don't disagree, do you, that other
6 factors other than the commingling could have
7 contributed to the property values of the
8 Ritz-Carlton Aspen shares, correct?
9    A    Incorrect.
10       Two things.  One, I'm not opining on
11 property values.
12    Q    I understand.
13    A    And the other thing is, when you say
14 other factors for horn effect, could you give me an
15 example?
16    Q    Well, before we get to that, let me just
17 take it two steps.
18       I understand you're not opining as to
19 property value here, right?
20    A    Correct.
21    Q    So your opinion as to horn effect has
22 nothing to do with property value, right?
23        MR. MEADE:  Objection?
24    A    I wouldn't go as far as to say that.
25       My opinion about the horn effect is to

Page 152

1 me, in my mind, a predicate to some other expert than
2 quantifying the horn effect in terms of its impact on
3 property values.  So it's connected.
4    Q    But you're not giving any opinion as to
5 what impact on property values, if any, the horn
6 effect had, that is for somebody else to do?
7        MR. MEADE:  Objection, argumentative.
8    A    I'm not specifying the impact of the
9 horn effect in terms of specifically on property
10 values, no, I'm not doing that.
11    Q    And while that's not within your
12 bailiwick, would you agree that a host of factors
13 other than the commingling could have contributed to
14 property values?
15        MR. MEADE:  Objection, vague.
16    A    First of all, you keep saying "property
17 values" and I'm talking about the horn effect and the
18 negative effect on the brand.  So to the extent I'm
19 talking about the horn effect, to me -- for me, for
20 my purposes, I have the information I need to opine
21 on the horn effect.  I don't need to consider any
22 other extraordinary factors because for me that may
23 not be pertinent to this case.  Unless you can point
24 to something specifically you want me to talk about.
25    Q    So you're telling me, I guess, that in

Page 153

1 your opinion the horn effect had a negative impact on
2 the brand, right?
3    A    My opinion is the horn effect has a
4 negative impact on the Ritz-Carlton Destination Club
5 brand, yes.
6    Q    And your opinion is not going beyond
7 that relative to the impact on the brand?
8    A    In my initial report, my opinion is the
9 fact that there is a horn effect and it negatively
10 affects the brand Ritz-Carlton, and in that sense the
11 Ritz-Carlton Destination Club owners have been
12 harmed, and that is where my opinion stops.
13    Q    You stop there.  No quantification
14 whatsoever?
15    A    No quantification, correct.
16    Q    And no consideration, and, again, I'm
17 not faulting you, but you don't give consideration to
18 whether other factors other than the commingling
19 affected the property values that the Ritz-Carlton
20 owners experienced?
21    A    I'm not dealing with property values at
22 all.  Just to make it easy.  Your question has
23 property values in it.  So I can't answer the
24 question because I'm not dealing with property
25 values.  But to the extent I need to opine on the

39 (Pages 150 - 153)

Page 154

1 horn effect, for me, the way I look at all the
2 information presented, it's ample evidence to support
3 my opinion that a horn effect has occurred.
4     Q    Yeah, I understand.  Again, I'm not
5 quarreling with you, I'm just trying to define the
6 parameters of what you're opining on and what you're
7 not opining on.
8          So let me just try it a different way.
9          You're not opining in any way as to the
10 impact of the horn effect versus any other factor on
11 property value, you're just not getting into that
12 issue, correct?
13     A    Correct.
14     Q    Okay.
15          Going back to the halo effect --
16 actually, hold on a moment.
17          I'm still on horn effect, so I don't
18 want to confuse you.
19     A    Okay.
20     Q    Can a preexisting association or link in
21 the brands, in the mind of a consumer, play a role in
22 a horn effect?
23          MR. MEADE:  Objection, vague.
24     A    You have to be more specific than that.
25 I'm not sure I understand what you're asking.

Page 155

1     Q    In this case, for example, in 2011 you
2 described a commingling of the Ritz-Carlton and the
3 Marriott brands, correct?
4     A    Correct.
5     Q    You told us you can't quantify the
6 impact of that in changes in particular years,
7 correct?
8     A    Correct.
9     Q    Okay.
10          Can the commingling of the Marriott
11 brand and the Ritz-Carlton brand in the minds of a
12 consumer play a role in the impact of the affiliation
13 in 2015 on the horn effect?
14          MR. MEADE:  Objection, vague.
15     A    I don't understand the question.
16     Q    Can the commingling of Ritz and Marriott
17 brands in 2011 to 2014 affect the horn effect, if
18 any, from an affiliation of Ritz-Carlton Club Aspen
19 with Marriott in 2015?
20          MR. MEADE:  Objection, vague.
21     A    So if the commingling did, in fact,
22 start in 2011, and if I understand your question
23 correctly, you're asking me, does the '11, '12, '13,
24 '14, so the four years of commingling, from '11 to
25 '14, have any effect on the affect in '15?

Page 156

1     Q    On whether the affiliation of the
2 Ritz-Carlton and Aspen in 2015 had its own separate
3 horn effect.
4     A    Well, as I testified earlier, I hadn't
5 looked at it at that granular level.  What I can say
6 to you is that as long as the horn effect persists,
7 the longer it persists, the more damage it does.  And
8 I can state that with a reasonable degree of
9 certainty.
10     Q    And that would be true even with no
11 affiliation, if the commingling had started in 2011,
12 continued in 2015 and beyond, your point is that
13 damage continues irrespective of the affiliation?
14          MR. MEADE:  Objection, vague.
15     A    When you say "affiliation," you're
16 specifically referring to just Aspen and MVCI?
17     Q    Yes.
18     A    And when you say "commingling," you're
19 talking about the two brands themselves?
20     Q    Correct.
21     A    Okay.
22          So if the commingling happened, again,
23 to use those terms, or co-branding, as I refer to in
24 my report, happened in 2011, and then in 2015 -- if
25 there was no agreement between Aspen and MVCI,

Page 157

1 absolutely, it's present, the commingling is present,
2 the horn effect is present, and that continues as
3 long as it exists, unless things change.
4     Q    So just to make sure I understand, I
5 think I understood what you just said, whether or not
6 the affiliation in 2015 of Ritz-Carlton Aspen
7 occurred, the commingling from 2011, that damage
8 would have continued and increased over time?
9          MR. MEADE:  Objection, vague.
10     A    Now I think I understand your question.
11 Tell me if I do in my answer.  And that is, so -- and
12 I don't remember all the details about the Aspen and
13 MVCI link because that wasn't the level of detail I
14 was dealing with in my report, but if, in fact, the
15 commingling that started in 2011 in some case became
16 either more apparent or clearer or deeper in 2015,
17 that can exacerbate the horn or the halo effect
18 because then sort of the spillover both ways is much
19 more pronounced than if it's kind of a looser
20 co-branding as opposed to, you have your points, you
21 can use my rooms, and so on, back and forth.
22     Q    Have you done any measurement in this
23 case whether the horn effect from the commingling
24 that started in 2011 and would have continued over
25 time got any worse after 2015 as a result of the

40 (Pages 154 - 157)

Page 166

1 would actually implement that?
2     A    I could or I could do a trained
3 experimenter to do it, either one.
4     Q    And there are experimenters who perform
5 those kind of -- that kind of work for people like
6 you?
7     A    Correct.
8     Q    And are you familiar with a lot of those
9 experimenters?
10    A    More on the academic side than the
11 litigation side. I know a lot of experimenters that
12 do work like this for publication in refereed
13 journals. I can't think of anybody offhand that has
14 discussed from, say, a litigation consulting firm the
15 need to do field experiments for legal matters.
16    Q    Of all these experimenters you're aware
17 of, you have not heard of any of them doing such an
18 experiment in a litigation manner?
19        MR. MEADE: Objection, asked and
20 answered.
21    A    I have not. Mostly they have been for
22 academic journal publications.
23    Q    You could have done the field --
24 withdrawn.
25        You were not asked to do the field

Page 167

1 experiment that you described in paragraph two of
2 your report in this case, correct?
3     A    Correct.
4     Q    You could have done that field
5 experiment had you been asked to, correct?
6     A    Certainly.
7     Q    Now, when did you first see the SMS
8 survey data, do you recall?
9     A    I don't recall.
10    Q    Best estimate.
11    A    I got the foggiest idea. I couldn't
12 tell you a date or a month.
13        As soon as it came out. As soon as the
14 attorneys had it, I imagine.
15    Q    You had it for some time before you
16 prepared your report, I take it?
17    A    Oh, yes.
18        Yes.
19    Q    And you, obviously, looked at that data,
20 right?
21    A    I did.
22    Q    And you've told us in -- actually, let
23 me just come back to this for a moment.
24        When were you first retained in this
25 case, to your best recollection?

Page 168

1     A    Best recollection is sometime in 2016.
2     Q    And who actually retained you?
3     A    I believe I talked to all four principal
4 attorneys dealing with this matter.
5     Q    Had you ever worked with any of them
6 before?
7     A    No.
8     Q    The SMS survey, there were a bunch of
9 people who responded to survey questions for
10 Marriott, correct?
11    A    Correct.
12    Q    And as you recall, some of them answered
13 a question that they were satisfied with the
14 response -- they were satisfied with the presentation
15 of the Ritz-Carlton access issue and others indicated
16 that they didn't recall seeing a presentation, is
17 that right?
18    A    So picking up on a previous question,
19 you asked, were you asked to conduct this type of
20 experiment for this report, but the reason it became
21 apparent to me, when I saw the SMS data. So as soon
22 as I saw the SMS data it became clear to me that I
23 believe everybody responded to that question, but
24 they responded with 11 possible response options,
25 there was a one to ten, or 99. So they had 11

Page 169

1 choices in picking the right number for that rating
2 for that question.
3     Q    And the question was a question about
4 satisfaction with the presentation of the
5 Ritz-Carlton company access, correct?
6     A    No.
7     Q    I'm going to get to the specifics of it,
8 I just want you to identify the question you're
9 talking about.
10    A    It wasn't to do with the presentation.
11    Q    Tell me the question you're referring
12 to.
13    A    Very fair.
14        Let me read it for you. It says, "Next,
15 for each feature that is important to you, please
16 indicate how satisfied you are with Marriott Vacation
17 Club for that particular feature."
18    Q    Okay.
19        And you -- you're reading from footnote
20 three?
21    A    I am.
22    Q    Okay.
23        And you indicate on the bottom paragraph
24 on page three that the survey results report data
25 from two groups, correct?

43 (Pages 166 - 169)

Page 174

1  the presentation because they were really interested
2  in buying points or they were getting a free lunch or
3  some other gift that was being offered for taking the
4  survey?
5      A    It's possible.
6      Q    Are you familiar with the term
7  "selection bias"?
8      A    I am.
9      Q    And what does that term mean?
10     A    In plain language, it means that there
11 is a bias in terms of how you select one group and
12 another group based on some criterion or criteria
13 that might bias the outcomes.
14     Q    And in the field of -- withdrawn.
15     A    Marketing.
16     Q    Is that what you call it, marketing?
17     A    Marketing or branding.
18          Marketing or branding.
19     Q    I probably should have asked that
20 question three hours ago.
21     A    That is okay.
22     Q    In the field of marketing or branding,
23 what does one do to eliminate selection bias?
24     A    Fair question.
25          So going back to an earlier discussion

Page 175

1  we had this morning about the bottled water study, I
2  can tell you that having published work in the best
3  marketing research journal in the world, and having
4  submitted the bottled water study, which is very akin
5  to this study in sort of a scary way, that this was,
6  A, a gift for me in terms of being able to really get
7  a handle on this matter and become as close as I
8  could to a field experiment.
9          Here is what I mean by that.
10         So you have a very tightly controlled
11 set of parameters.  You have a prospective Marriott
12 Vacation Club points buyer, that is a small subset.
13 We also have what we call a blessing of large sample
14 sizes, large numbers.  And so if I was comparing four
15 people with four people, you could make an argument
16 that it rained that day so two of the four people
17 were in a bad mood, but because we have thousands of
18 people in the sample, some of these minor differences
19 that might affect outcomes tend to get washed away.
20         And so reviewers accept results like
21 this one, like the bottled water study, as empirical
22 proof that there is, in fact, an effect.
23     Q    When you're doing an empirical study for
24 reviewers, what do you do to account for selection
25 bias?

Page 176

1      A    Fair question.
2          So let me go back to the bottled water
3  study.
4          So one of the questions asked my
5  reviewers was, so you have this quasi field
6  experiment where the company decided to roll out
7  bottled water, and you claim that some hotels had
8  bottled water and some hotels didn't, how do you
9  claim there is a selection bias?
10         And the way we showed that is we said,
11 we're going to limit ourselves to studying only those
12 customers of a particular brand, and we're going to
13 also study comparisons.  We got to make match
14 comparisons say between business hotel and business
15 hotel, business hotel with bottled water and business
16 hotel without bottled water, leisure hotel with
17 bottled water and leisure hotel without bottled
18 water.
19         So by using the brand as a control we
20 were able to contain selection bias.
21         In this instance, it is because it's a
22 Marriott Vacation Club points buyer, not an average
23 buyer, an average lodging consumer.  It takes care of
24 a lot of that other noise.  That these are fairly
25 defined population of people, and the only difference

Page 177

1  between the subgroups, as far as we know, I don't
2  have information beyond that, that the only
3  difference is one group recalled the feature and the
4  other group didn't.
5      Q    And the SMS survey actually measured 28
6  different amenities, correct?
7      A    I believe the SMS survey had 28
8  attributes, features, however you want to call them,
9  using these terms interchangeably, that the
10 respondents are asked to rate, yes.
11     Q    And you, again, I'm not quarreling with
12 you or criticizing you, but you didn't do anything
13 to -- well, let me step back.
14         You agree that a Marriott points
15 purchaser's decision to buy points is dependent on
16 many factors, correct?
17     A    Correct.
18     Q    And you would agree that the Marriott
19 point purchasers were not purchasing solely because
20 of Ritz-Carlton access, correct?
21     A    Now, that is harder to say.  There may
22 be a subset that actually -- that was either the or
23 the primary motivator.  And the reason I say that is,
24 and I'm not making this stuff up, is because there is
25 a certain percentage of people that actually listed

45 (Pages 174 - 177)

1 that as the top five. Now, they didn't ask for top
2 one, and I'm not privy to whether it was one or four,
3 but because it was in the top five it was considered
4 kind of a superordinate attribute for them to
5 consider when buying.
6        So I can imagine there are some people
7 that decided to cross the threshold from not buying
8 to buying just by looking at that. That is possible.
9    Q    And that was actually a pretty small
10 percentage, between three and seven percent?
11   A    Something like that, correct.
12   Q    Okay.
13       So you're saying it's possible that some
14 subset of that three to seven percent may have
15 purchased solely because of Ritz-Carlton access?
16   A    Correct.
17       And think of the gradation. So there
18 are those that purchased just by looking at that,
19 those that purchased because it was considered in
20 part of the set, and those that considered it kind of
21 an added benefit to have that.
22   Q    And you've certainly not done an
23 analysis as to what percentage of those three to
24 seven percent who listed Ritz-Carlton access as one
25 of their top five features may have purchased just

1 because of that, correct?
2    A    Well --
3    Q    Just try to answer that question.
4    A    Yes and no.
5        So there are two parts to this, one is
6 the -- so the company revealed that the seven percent
7 rated them -- three to seven percent, I think I chose
8 the ones that were prior owners, or whatever that
9 subset was, X percent, let's say five, that said that
10 the Ritz-Carlton Destination Club feature was a top
11 five for them.
12       You also have to remember that several
13 thousand people rated the feature -- rated the
14 satisfaction with that feature eight, nine or ten.
15       Now, if you use the word satisfaction,
16 happiness, people were happy it was there, satisfied
17 with it, that's, to me, the core group that probably
18 were drawn to the purchase because of the feature
19 being present.
20       So I would put the eight, nine and ten
21 group as being the ones that were probably keying
22 into that a lot more than, say, the one, two and
23 three group, that probably couldn't care less.
24   Q    So you can't tell us what percentage of
25 the three to seven percent who considered

1 Ritz-Carlton in their top five figures purchased just
2 because of that, you just didn't measure that, right?
3        MR. MEADE: Objection, asked and
4 answered.
5    A    Correct.
6    Q    You can't tell us what part of that
7 three to seven percent considered Ritz-Carlton access
8 as part of the set of criteria that really drove them
9 to purchase, correct?
10       MR. MEADE: Objection, asked and
11 answered.
12   A    What I can tell you is that if you
13 combine the two data points, which are actually
14 different cuts of the data, one is that seven percent
15 rated the Ritz-Carlton Destination feature, the one I
16 refer in my report as top five, and that several
17 thousand people, I don't remember the exact number,
18 rated that satisfaction with the feature an eight,
19 nine or ten. Within those groups are people that
20 probably either purchased the points solely,
21 primarily, mostly, because of the availability of the
22 Ritz-Carlton Destination Club as a feature of the
23 bundle.
24   Q    You're aware there were about 300,000
25 subjects, is that right?

1    A    I don't remember the exact number, to be
2 very honest.
3        MR. REISER: I thought it was more like
4 a hundred 76,000.
5    A    I don't know if I actually mentioned a
6 number in my report, and if I didn't, it would be
7 hard for me to remember.
8        I zeroed in on the 27,800 that were in
9 the eight, nine, ten or 99 group, but I don't offhand
10 remember the exact number of total respondents.
11       MR. MEADE: Just for the record, in case
12 there is any missing data, I just ask that if there
13 really were 300,000 respondents, I think we didn't
14 get all of the documents.
15       I'm not saying that is the case.
16       MR. SELLINGER: I'm sort of remembering
17 that number, but I can't tell you where from.
18   Q    Your recollection is there is some --
19 respondents is in the low hundreds of thousands,
20 you're not sure exactly what?
21   A    I think the 175, 76 number rings more of
22 a bell than your 300,000 number, so either way, I
23 don't remember exactly how many there were, but there
24 were a lot.
25   Q    And of the, say, a hundred 75,000

46 (Pages 178 - 181)

Page 182

1 members, if the number is right, you're saying that
2 27,000 listed the response to the question in
3 footnote three as an eight, nine or ten, and some
4 subset of them also looking at those who rated the
5 features one of their top five may have been driven
6 to purchase points based on RCC access?
7 A   Not exactly. I want to be careful that
8 the seven percent is not a subset of the eight, nine
9 or ten group, they may be separate. There may be
10 some overlap between the two.
11 So somebody could have rated a feature a
12 top five and not given it an eight, nine or ten, and
13 somebody could have rated the feature an eight, nine
14 or ten and not been in the top five. So they're
15 overlapping.
16 Q   And you just haven't done that
17 measurement, so you don't know?
18 A   Correct.
19 Q   Okay.
20 And access to cruise, access to hotels,
21 access to the resort, the other features mentioned
22 would have driven a number of purchasers to buy
23 points as well?
24 MR. MEADE:  Objection, to the extent it
25 calls for speculation.

Page 183

1 A   I can reasonably assume that the 28
2 items that Marriott included in the survey over what
3 I believe is a six-year period seems reasonable that
4 they would know that those are 28 drivers to
5 purchase, some being more important than others.
6 MR. MEADE:  Philip, you don't have to
7 stop now, but we are coming up on an hour, so maybe
8 find a convenient point.
9 MR. SELLINGER:  Okay.
10 Q   And the SMS survey was not a discrete
11 choice experiment as was conducted with bottled
12 water, correct, it wasn't done in that way?
13 A   I'm not privy to all the details of the
14 survey, and I don't have the raw data, and I wasn't
15 given the methodology, but my understanding is, from
16 what I read, there was a straightforward survey and
17 not a discrete choice analysis. In other words, they
18 weren't given combinations of options. As we
19 discussed earlier, if you had taken the 28 and
20 subdivided them into sets of four and mixed and
21 matched them, that would have been more akin to a
22 discrete choice experiment than a straightforward
23 survey with 28 items.
24 Q   There is no suggestion that the people
25 who were tested in the SMS set of surveys were given

Page 184

1 any sets of -- different sets of features, they were
2 given a list of 28?
3 A   I did not see any of the others, yes,
4 just the 28.
5 Q   Okay.
6 And the SMS survey doesn't use any kind
7 of regression analysis, correct?
8 MR. MEADE:  Objection, calls for
9 speculation, and vague.
10 A   The survey itself doesn't use any
11 statistical techniques to collect the survey,
12 essentially, it's just options, and you give people a
13 chance to respond.
14 Was the survey subjected to any
15 regression? That I don't know, if it was or not.
16 Q   You just don't know?
17 A   Correct.
18 Q   Okay.
19 MR. SELLINGER:  Off the record.
20 (Brief recess taken.)
21 (Whereupon SMS Survey Chart is received
22 and marked as Dev 10 for identification.)
23 (Whereupon SMS Survey Chart is received
24 and marked as Dev 11 for identification.)
25 (Whereupon SMS Survey Chart is received

Page 185

1 and marked as Dev 12 for identification.)
2 (Whereupon SMS Survey Chart is received
3 and marked as Dev 13 for identification.)
4 Q   Professor, I'm showing you Dev Exhibits
5 10, 11, 12 and 13, and these are the SMS survey
6 charts showing the range of features in the purchase
7 decision ranking in the top five of 28 that are
8 included in the report.
9 A   Are you referring to all four or just
10 the first one?
11 Q   The first four. One is owners that
12 purchased, one is owners that did not purchase, one
13 is non-owners that purchased, and 13 is non-owners
14 that did not purchase.
15 And you have seen these before, correct?
16 A   I have.
17 When you say "top five," you're only
18 referring to the top five, you mean the first five
19 rows with numbers in them?
20 Q   No.
21 If you look at the note at the bottom of
22 the document, it says, "Only responses that rank in
23 the top five of a total of 28 are included in the
24 report."
25 A   Correct.

47 (Pages 182 - 185)

Page 190

1    A    Correct.
2    Q    Sixty-one percent list that, correct?
3    A    Correct.
4    Q    "Variety of MVC resort locations" is
5    next, correct?
6    A    Correct.
7    Q    Thirty-eight percent list that, correct?
8    A    Right.
9    Q    "Ability to stay at Marriott hotels and
10   resorts" is next, correct?
11   A    Correct.
12        And just to make sure I explain earlier
13   point, that is the point I was making, is you see
14   that --
15   Q    Just that --
16   A    I need to finish my answer.
17   Q    I know, but you're not answering my
18   question.
19        What I'm asking is about this report.
20   A    Correct.
21   Q    Mr. Meade can come back and follow up on
22   what you mean.
23        All I'm asking you is, looking at this
24   exhibit, the third item is "ability to stay at
25   Marriott hotels and resorts," correct?

Page 191

1    A    The reason I was trying to explain my
2    answer is, it's --
3    Q    I really don't want to hear the
4    explanation.  And I don't mean any disrespect.  I'm
5    just trying to get an answer to my question.
6        MR. MEADE:  I'm sorry, Counsel, I need
7    to interject.  The prior time you asked the question
8    the witness answered and proceeded into an
9    explanation, you got the answer you wanted to, and he
10   was giving you an explanation.  I would ask that you
11   allow the witness to explain his answer.  You now cut
12   him off twice mid-sentence, which is not appropriate.
13   But you got your answer.
14        MR. SELLINGER:  I'm trying to deal with
15   these charts.
16   Q    The next item is "choosing the number of
17   nights," correct?
18   A    No, it's "ability to check in."
19   Q    "Ability to check in any day of the
20   week," right?
21   A    That is the next item.
22   Q    And 33.4 percent say that's in their top
23   five, correct?
24   A    Correct.
25   Q    Next is "choosing the number of nights,"

Page 192

1    and 27.8 percent say that is in their top five,
2    correct?
3    A    No.
4        Just a qualification.
5        You're only doing first quarter of 2013?
6    Did you mean to do that or did you want to do the
7    average for 2013?
8    A    We can do the grand total if you would
9    like.  That is fine.  That is fair.
10       So choosing the number of nights is
11   number five, and that is 26.6 percent as a grand
12   total for the five years, correct?
13   A    That's what it says.
14   Q    "Ability to bank" is next at 26 percent
15   listing in the top five, correct?
16   A    That's what it says.
17   Q    Next is "flexibility to access the
18   resort at any time of year," and it's 23.4 percent
19   chose that in the top five, correct?
20   A    I see that yes.
21   Q    Next is "choosing the number of
22   bedrooms," and 21.8 percent listed that in the top
23   five, correct?
24   A    Correct.
25   Q    Next, "having a kitchen in the villa,"

Page 193

1    21.7 percent listed that in the top five, correct?
2    A    Correct.
3    Q    Next is "villa that sleeps four or more
4    comfortably," and 20.8 percent listed that as being
5    in the top five, correct?
6    A    Correct.
7    Q    And next is "availability of
8    accommodations when and where I desire," 18.7 percent
9    listed that as in the top five?
10   A    That's what it says, yes.
11   Q    "Ability to borrow," 15.7 percent listed
12   that in the top five?
13   A    That's what it says, yes.
14   Q    "Ease of booking a vacation," 15 percent
15   listed that as the top five?
16   A    That's what it says, yes.
17   Q    And this exhibit then goes down through
18   a number of other items from top to bottom, and the
19   bottom factor listed on this SMS survey is "use of
20   points to attend events, e.g., Super Bowl," and
21   .6 percent listed that as being in their top five
22   features, correct?
23   A    That's what it says.
24   Q    So of the percentage of people who
25   responded to this survey with the list of 28

49 (Pages 190 - 193)

Page 198

1  Q    So Exhibits 14, 15, 16 and 17 are the
2  SMS summary responses to the general question of the
3  importance of the same 28 features in the purchase
4  decision.
5        You have seen these before as well,
6  correct?
7    A    I believe so, yes.
8    Q    And similar to the prior set of
9  exhibits, the use of points to stay at Ritz-Carlton
10  Club listed on this exhibit is number 22 of number
11  28, correct?
12        MR. MEADE:  Objection, compound, vague.
13    A    That appears to be the case, yes.
14    Q    And it shows the grand total for listing
15  the use of points at Ritz-Carlton Club as one of the
16  28 features of importance, 34 percent, 34.7 percent,
17  over the five-year period, listed that as one of the
18  28 important features, correct?
19    A    Correct.
20    Q    And the 34 percent who listed use of
21  points to stay at Ritz-Carlton Club, that is the
22  twenty-second of 28 in terms of the total percentage
23  who responded to each of the features listed on this
24  report, correct?
25        MR. MEADE:  Objection, asked and

Page 199

1  answered.
2    A    You lost me.  I thought that was your
3  previous question.
4        Were there two different questions?
5        Could you please ask that question
6  again?
7    Q    Yeah.
8        The 34.7 percent as a grand total for
9  use of points to stay at Ritz-Carlton Club is the
10  twenty-second largest of the 28 features listed in
11  that column, correct?
12    A    That's correct.
13    Q    And I take it your answer here is the
14  same as -- withdrawn.
15        The SMS data -- withdrawn.
16        MR. SELLINGER:  Off the record.
17        (Brief recess taken.)
18    Q    So looking at Exhibits 10, 11, 12 and
19  13, which is the responses that -- the features that
20  are in the top five of importance, would you agree
21  with me that if the use of points to stay at a
22  Ritz-Carlton Club is number 22 of 28 in terms of
23  percentages who selected that feature, that it's
24  among the less important features to the buyers?
25    A    I'm going to disagree with you.

Page 200

1        Let me explain.
2        So you earlier talked about this idea of
3  scientific studies and to what extent you need to do
4  methodological rigorous studies.
5        I will tell you as a preamble, this
6  survey we have would have a very hard time making it
7  into a top refereed journal because there are a lot
8  of confounds in the survey.  There are a lot of
9  double-loaded questions, questions within questions.
10        So, as I mentioned earlier, if you look
11  at the first two items on the list, it says "MVC
12  resort locations and destinations I'm interested in,"
13  well, clearly, those resort locations subsume both
14  Marriott branded resorts and Ritz-Carlton branded
15  resorts.
16        The same thing with question two,
17  "variety of MVC resort locations," subsumes Marriott
18  branded resorts and MVC branded.
19        Most notably, if you look at item three,
20  if you look at the grand total, only 32 percent of
21  people in the survey said they would like to stay at
22  a Marriott hotel in their top five.
23        Now, this is a Marriott survey, by
24  Marriott people, selling Marriott points, and only
25  32 percent of people have indicated that is of top

Page 201

1  five importance to them.
2        So I worry about, as I said in my
3  report, top five, who determined five was the magic
4  number.  Is there a methodological logic to doing
5  that.
6        That is one.
7        Marriott determined they were all
8  important.
9        So can I parse -- when you say 22 to 28,
10  if the percentage difference is small, or the values
11  are small, or they're commingled, does that indicate
12  any kind of order of importance.
13        I would hesitate to do that.
14        And if I submitted this as a proxy for
15  the order of importance in an academic peer-reviewed
16  journal, I would get thrown out of the room for doing
17  that.
18    Q    So just list for me the reasons why this
19  would not be accepted in a journal and you would get
20  thrown out of the room.  I want to make sure I
21  understand.
22    A    Surely.
23        Let me take it one at a time.
24        So one of the ways -- one of the
25  challenges to the survey would be the way the

51 (Pages 198 - 201)

Page 218

1 closest thing that I could get to a field experiment
2 I found that if you, in fact, make the feature
3 present, two, two-and-a-half times the number of
4 people exposed to the feature buy points.
5         Again, that would be submittable as
6 evidence in the Journal of Marketing Research.
7         I don't know the standards for expert
8 reports, I'm not a lawyer, so I don't know that, but
9 I will tell you that as evidence to really know that,
10 answer that question, I answered that question to my
11 satisfaction.
12    Q    We're going to get to question three in
13 a moment, I'll probably get there as soon as I finish
14 this.
15         Exhibits 10 through 18, which ask about
16 the importance of features in the purchase decision
17 and the rank of features in the purchase decision,
18 this data, with all these rankings alone, wouldn't
19 get you the what is driving the purchasing decision,
20 right?
21    A    It provides some useful clues.
22    Q    Clues only?
23    A    Yes.
24    Q    Okay.
25         So let's move onto question 13.

Page 219

1         MR. MEADE:  Now that the witness has
2 answered, I just want to point out you said Exhibits
3 10 through 18.  I think you meant to say 10 through
4 16.
5         And I think the witness understood it as
6 such.
7         THE WITNESS:  Seventeen.
8         MR. MARX:  Seventeen.
9         MR. SELLINGER:  Agreed.
10         Thank you for the correction.
11         MR. SELLINGER:  Off the record.
12         (Brief recess taken.)
13    Q    So talking about the question that is
14 referenced in your footnote three of your
15 supplemental report.  You were testifying about that
16 before.  You testified earlier that to do a field
17 experiment you would give the identical survey or
18 presentation to two different groups of customers
19 with the only difference being that a customer
20 feature would be measured and presented in one
21 presentation and not in the other, correct?
22    A    A product feature.
23    Q    Yeah.
24    A    Service feature, right.
25    Q    And that would be technically a field

Page 220

1 experiment as used in the scientific sense?
2    A    Correct.
3    Q    Okay.
4         And in that instance the presentation
5 actually would be identical, I mean strictly
6 identical, other than the one feature being mentioned
7 in one and not in the other, correct?
8    A    Correct.
9         Most likely scripted.
10    Q    Scripted.
11         And you're aware here that Marriott
12 points purchasers are going into sales offices and
13 resorts around the world and that that's where
14 they're getting their sales presentations, correct?
15    A    That is my understanding, correct.
16    Q    That is the way it oftentimes works in
17 the industry, this is not unique, right?
18    A    Correct.
19    Q    And in the fractional interest, or
20 timeshare industry in particular, these surveys are
21 oftentimes used -- are oftentimes --
22    A    Did you mean to say "surveys" or did you
23 mean "presentations"?
24    Q    Presentations.
25         Let me rephrase that.

Page 221

1         In the timeshare and fractional interest
2 world, respondents are oftentimes induced to come to
3 a presentation by offering free points or a gift or
4 some cash equivalent, correct?
5    A    I couldn't tell you what percentage, but
6 that is a fairly common practice, yes.
7    Q    Okay.
8         And is it also a common practice that
9 during those presentations that the company that is
10 trying to sell points is encouraged to engage in a
11 dialogue with the respondent, find out what interests
12 them, what doesn't, get a sense of who they are?
13    A    Well, there is two parts typically.
14 There is definitely a scripted, quote unquote, canned
15 presentation, they're all supposed to follow a
16 certain order, and then they can be sometime for Q
17 and A or conversation, yes.
18    Q    And it's common in the industry that, as
19 a sales technique, that somebody who is giving a
20 presentation will try and find out what people are
21 interested in so they can incorporate that
22 information to try and make a sale?
23    A    It depends on the size of the group.  If
24 you're making a presentation to five people, you can
25 have a little conversation before your official

56 (Pages 218 - 221)

Page 226

1    A    So by my estimation, out of the hundred
2  75,000 respondents, or hundred 75,000 prospects,
3  according to Marriott's own data, 2,205 prospects did
4  not remember the feature being mentioned during the
5  presentation.
6    Q    And you told us earlier that of those
7  2,000 prospects who didn't remember the feature that
8  some of them may have either not been engaged in the
9  presentation or may not really have been interested
10  in a purchase at all and were just simply getting the
11  benefit of whatever the gift was for attending,
12  correct?
13        MR. MEADE:  Objection, asked and
14  answered.
15    A    As could be true of the other groups as
16  well.
17        So if I'm going in, for instance, and
18  I'm very interested in the RCDC feature, I might even
19  just zone out, because I'm there, I know that's
20  important to me, I'm going to rate it highly, and I
21  might buy the points.
22        So people that are not paying attention,
23  there is no reason to presume that the people that
24  didn't buy were more or less attentive than people
25  who bought.  I can't assume one way or the other.

Page 227

1    Q    Do you think as a general rule that if
2  somebody goes into a presentation with a serious
3  interest in buying points and somebody else goes into
4  a presentation with no interest and just having an
5  interest in the gift, that they would normally have
6  the same degree of engagement in the presentation?
7    A    Perhaps I misheard your earlier
8  question.  I thought you meant interest in the RCDC
9  feature.
10        What you're saying is -- I can't argue
11  with that -- is if somebody is predisposed and is
12  interested, they're more likely engaged than those
13  that aren't.
14        You know, these are prospective buyers
15  of points at a very high level, it's hard for me to
16  imagine too many of them going in without having some
17  level of interest in spending whatever, hour, two,
18  three hours in a session and not engaging, just sort
19  of sitting there.  Maybe one or two, a few, but not
20  that many.
21    Q    You're not aware of a phenomena of
22  people of all different economic categories looking
23  to get a couple hundred dollar gift value by sitting
24  through an hour-and-a-half presentation?
25        MR. MEADE:  Objection.

Page 228

1    Q    Is that a phenomena you're familiar
2  with?
3    A    Yes.
4        That is not what I said.
5    Q    Well, answer that first.
6    A    Yes.
7        People I have known and I'd say maybe in
8  one instance I can admit that even I went into a
9  presentation for a timeshare knowing that that
10  particular location I wasn't really that interested
11  in, but going for the dinner, and just to listen in
12  because I wanted to study how they did that
13  presentation.  I was there for a different reason,
14  but I wasn't there to buy points, so I wouldn't have
15  bought anyway.
16    Q    Let's break it down.
17        So you're generally familiar that there
18  are plenty of people who go into these timeshare
19  presentations for the gift and not with a serious
20  interest in buying, correct?
21        MR. MEADE:  Objection, assumes facts not
22  in evidence, argumentative.
23    A    I don't know if I would agree with
24  "plenty of people," I don't have anyway to quantify
25  that, but are there some people that go just for the

Page 229

1  gift?  Absolutely.  I couldn't disagree with that.
2    Q    Okay.
3        And you agree that somebody who is
4  predisposed to purchase, or interested in purchase,
5  is more likely to engage in the presentation than
6  someone who is not?
7        MR. MEADE:  Objection, asked and
8  answered.
9    A    Not necessarily.
10        So, again, I'm not trying to be
11  difficult, if somebody is predisposed to purchase,
12  depending on how much homework they have done, to me
13  it's more likely that the people at the presentation
14  are going to engage and pay close attention are the
15  ones that really need the information.
16        So to give an example, owners, in using
17  your logic, are less likely to engage than, say,
18  non-owners, only because owners being owners already
19  know the story, they know about the brand, they just
20  want to see if there is anything new, so on the
21  periphery they might double task, and non-owner, who
22  is brand new in the meeting, might pay more attention
23  because they're there to get information.
24        So, again, it depends on the profiles of
25  the individual prospects.

58 (Pages 226 - 229)

Page 230

1    Q    So let's break that down.
2         So a non-owner who has not purchased
3    before, if they're seriously interested in
4    purchasing, are more likely to engage than somebody
5    who is going in with no interest at all, is that
6    fair?
7    A    Yes, with one qualification, and that
8    is, and I'm thinking about it having been in this
9    situation several times, is if for whatever reason a
10   non-owner who was engaged and interested happened to
11   get distracted when the RCDC feature came up, you
12   know, it is one of 22 to 28 points that they're
13   trying to present, they might miss that. If they
14   missed that, they might not remember it being
15   discussed.
16   Q    Other than an instance of a particular
17   individual being distracted, non-owners who are
18   seriously interested in purchasing timeshare are more
19   likely to engage than somebody who is just coming for
20   the gift and has no interest, correct?
21        MR. MEADE: Objection, asked and
22   answered.
23   A    Likely a reasonable hypothesis. I don't
24   have any empirical data to support that, but it
25   sounds reasonable, something to test.

Page 231

1    Q    You down quarrel with it?
2    A    I do not, no.
3    Q    By the way, how would you test it?
4    A    So what you would do is you would then
5    look at what we would subdivide, we would take this
6    data, we would take the raw data that apparently
7    Marriott -- obviously Marriott has, and you would
8    further subdivide this analysis into these
9    percentages, divided by owners and non-owners, and
10   look for any patterns. And I would say either the
11   null hypothesis would be that there are no difference
12   between owners and non-owners, or previous owners and
13   non-owners, between the ones that bought and didn't
14   buy based on the presence or absence of a feature.
15        So you would have a third dimension to
16   the chart that would include owners and non-owners,
17   you would further subdivide the sample that way. You
18   could do that.
19   Q    And the chart that you set out on page
20   four indicating the percentage of prospects who
21   purchased their points, as you said earlier, it's
22   possible that some of those folks who indicated 99
23   that they didn't recall the feature had no interest
24   in purchasing points when they went to the
25   presentation, correct?

Page 232

1    A    As could the others. They also could
2    have equally likely gone there just for the gift.
3    Q    So just to break it down, so of those
4    who indicated that they didn't recall the RCDC access
5    as being a feature, it's possible that some number of
6    them had no interest in buying when they went to the
7    presentation?
8         MR. MEADE: Objection, asked and
9    answered.
10   A    That is true of all the categories from
11   one through 99. Every single rating, the people in
12   that group, we can assume that there is a certain
13   percentage that went there for the gift. How much, I
14   couldn't tell you.
15   Q    How would you measure -- so you got some
16   number of folks in different categories who might
17   have a bias against purchasing when they went in,
18   right?
19   A    Correct.
20   Q    Okay.
21        How would you measure what percentage of
22   purchasers had that bias against purchasing when they
23   went in?
24   A    That they didn't intend to purchase in
25   the first place?

Page 233

1    Q    Yeah.
2    A    So there are two or three possible
3    conditions, and let me see if I can broaden your
4    question just a little bit, so you're talking about
5    those people that had no intention to purchase and
6    didn't purchase, the ones that had intention to
7    purchase and purchased, those that had no intention
8    of purchasing and purchased because of the
9    presentation, and then had no intention of purchasing
10   -- had intention of purchasing and didn't purchase
11   because they got turned off.
12        So those to me would be the four types
13   of people looking at -- and you could use the data --
14   well, I don't think the survey has -- I guess you
15   could use -- one of the items we're talking about,
16   using your Ritz-Carlton -- using your Marriott points
17   to stay at a Ritz-Carlton Destination resort. Even
18   though the average, what we looked at, top five or
19   seven percent, if you could take out that group and
20   say that that group, you could use it as a proxy for
21   more interested -- those that rated that feature
22   highly, the seven percent or the 37 percent that
23   rated it in the top, if you assume that they're more
24   interested in buying the points because they value
25   that feature, which is now available, that those

59 (Pages 230 - 233)