IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

## NOTICE OF CHANGE OF ADDRESS

Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC in the above entitled action, hereby gives notice to this Court and all counsel of the change of address for NAOMI BEER ONLY, effective immediately.  All telephone, facsimile and email addresses will remain the same.

**NEW ADDRESS**

**Greenberg Traurig, LLP**
**1144 Fifteenth Street**
**Suite 3300**
**Denver, Colorado  80202**

Respectfully submitted this 20th day of September, 2019.

By:    *s/ Naomi G. Beer*
Naomi G. Beer
GREENBERG TRAURIG, LLP
1144 Fifteenth Street, Suite 3300
Denver, Colorado 80202
Tel:    303.572.6500
Fax:    303.572.6540
Email:    BeerN@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, a true and accurate copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed and served with the Clerk of the Court via CM/ECF filing system, which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

                                          */s/ Cindy Knowles*
                                          Cindy Knowles