IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**REPLY IN FURTHER SUPPORT OF MARRIOTT DEFENDANTS'
MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO OTHER LITIGATIONS**

---

The Marriott Defendants respectfully submit this reply in further support of their motion *in limine* for an order precluding Plaintiffs (including their expert witnesses and counsel) from mentioning or introducing any evidence at trial regarding Other Litigations[1], including the claims asserted and any settlements reached in those cases.

## ARGUMENT

In response to the Marriott Defendants' motion, Plaintiffs represent that they will "seek permission from the Court before referring to, or offering evidence of, any other lawsuit." Pl. Br. (ECF #505) at 2. With one specific exception discussed immediately below, this proposal is acceptable to the Marriott Defendants, ***provided that*** (1) Plaintiffs' counsel make no reference of any nature to Other Litigations in an opening statement, and (2) any Plaintiffs who testify make no reference to Other Litigations in their testimony.

---

[1] Terms used in this reply are as defined in the Marriott Defendants' moving brief.

ACTIVE 45745725v1

2

Notwithstanding Plaintiffs' complaint that the Marriott Defendants do "not specify any evidence that [they] seek to exclude," *id.*, the Marriott Defendants made clear in their motion that evidence concerning the fact of, or amounts received pursuant to, settlements reached in *Reiser* and *Petrick* are inadmissible pursuant to Fed. R. Evid. 403, 404(b) and 408(a). *See* D. Br. (ECF #468) at 3, 6, 8-10. Plaintiffs offer no response to those arguments. Not only is this request more than specific enough to merit an immediate ruling precluding evidence regarding, or any references to, such settlements, but the risk is particularly acute in the case of any Plaintiffs here who also were plaintiffs in the Other Litigations, such as (by way of example), the principals of Plaintiff RCHFU, LLC (who were also plaintiffs in *Reiser*) and Plaintiffs Danny and Nancy Lackey (who were also plaintiffs in *Petrick*), and who presumably received money pursuant to those settlements.

## CONCLUSION

For all the foregoing reasons, together with those previously set forth in their motion, the Marriott Defendants respectfully request that the Court enter an order (1) precluding Plaintiffs (including their expert witnesses and counsel) from referring to, or introducing evidence at trial regarding, the settlements in *Petrick* and *Reiser*; and (2) requiring Plaintiffs to seek permission from the Court before referring at trial in any manner to any of the Other Litigations, including in

2

an opening statement and in the testimony of any individual Plaintiff.

Dated: September 23, 2019

Respectfully submitted,

By: *s/ Philip R. Sellinger*
Philip R. Sellinger
Ian S. Marx
GREENBERG TRAURIG, LLP
1144 Fifteenth Street, Suite 3300
Denver, Colorado 80202
Tel: 303.572.6500
Fax: 303.572.6540
Email: BeerN@gtlaw.com
SellingerP@gtlaw.com
MarxI@gtlaw.com

*Attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC*

3

ACTIVE 45745725v1

# CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2019, a true and accurate copy of the foregoing **REPLY IN FURTHER SUPPORT OF MARRIOTT DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO OTHER LITIGATIONS** was filed and served with the Clerk of the Court via CM/ECF filing system, which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade

The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*
Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

*s/ Julie Eaton*
Julie Eaton

*(Original on file at offices of Greenberg Traurig, LLP, pursuant to C.R.C.P. 121, § 1-26)*

4