IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAG-GPG

RCHFU, LLC, et al

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al,

    Defendants.

## AMENDED MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Attorney Rule 5(b), David L. Masters moves to withdraw as counsel for: Marriott Vacations Worldwide Corporation; Marriott Ownership Resorts, Inc.; Ritz-Carlton Management Company, LLC; Cobalt Travel Company, LLC; and Lion & Crown Travel Company, LLC (the Marriott Defendants).

I am currently counsel for the Marriott Defendants along with Naomi G. Beer (Greenberg Traurig, LLP), Jaclyn DeMais (Greenberg Traurig, LLP), Ian S. Marx (Greenberg Traurig, LLP), Todd L. Schleifstein (Greenberg Traurig, LLP), Philip R. Sellinger (Greenberg Traurig, LLP), and Roger B. Kaplan (Robins Kaplan LLP). The foregoing will remain as counsel for the Marriott Defendants.

The Marriott Defendants no longer need my services.

As required by Local Attorney Rule 5(b), I have informed the Marriott Defendants of my intention to withdraw as their counsel.

I believe that withdrawal is appropriate under Local Attorney Rule 5(b) and Colorado Rule of Professional Conduct 1.16(b)(1).  Local Attorney Rule 5(b) provides that "An attorney who has filed an Entry of Appearance … may seek to withdraw on motion showing good cause."  Colorado Rule of Professional Conduct 1.16(b)(1) states that "a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client."

My withdrawal can be accomplished in this case without material adverse effect on the interests of the Marriott Defendants because they will continue to be represented in this case by counsel identified in the second paragraph of this motion.

For these reasons, I respectfully request that the Court enter an order withdrawing me as counsel of record for the Marriott Defendants.

DATED: September 23, 2019.

                                     MASTERS & VINER, P.C.

                                     /s David L. Masters
                                     David L. Masters
                                     Masters & Viner, P.C.
                                     152 Colorado Avenue
                                     Montrose, Colorado 81401
                                     970-249-2622
                                     dlm@mastersviner.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2019, I electronically filed the foregoing with the Clerk of the Court and served counsel of record using the CM/ECF system.

                                     /s David L. Masters
                                     David L. Masters