IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**REPLY DECLARATION OF IAN S. MARX IN FURTHER SUPPORT OF MARRIOTT DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO CUSHMAN & WAKEFIELD APPRAISAL**

I, **Ian S. Marx**, declare and state:

1. I am a shareholder of Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in this action. I submit this Declaration based upon personal knowledge and in further support of the Marriott Defendants' Motion *In Limine* to Exclude the Cushman & Wakefield Appraisal.

2. A true and correct copy of excerpts from the transcript of the July 6, 2018 deposition of Kim Frates-Mazzilli is attached as Exhibit A.

3. A true and correct copy of excerpts from the transcript of the May 15, 2018 deposition of Stephanie Sobeck is attached as Exhibit B.

2

4. A true and correct copy of excerpts from the transcript of the December 6, 2017 deposition of Mary Lynn Clark is attached as Exhibit C.

5. A true and correct copy of excerpts from the transcript of the May 23, 2018 deposition of Christopher T. Donaldson is attached as Exhibit D.

6. A true and correct copy of excerpts from the transcript of the October 9, 2018 deposition of Benjamin Pierce is attached as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 23, 2019, in Florham Park, New Jersey.

/s/ Ian S. Marx
IAN S. MARX