# EXHIBIT A

```
 1                 UNITED STATES DISTRICT COURT
                     DISTRICT OF COLORADO
 2

     RCHFU, LLC, et al.,
 3        Plaintiffs,
     -vs-                          No. 1:16-cv-01301-PAB-GPG
 4   MARRIOTT VACATIONS WORLDWIDE
 5   CORPORATION, et al.,
          Defendants,
 6   _____
     REISER, et al.,
 7       Plaintiffs,              Eastern District of California
     -vs-                         No.  2:16-cv-00237-MCE-CKD
 8   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 9           Defendants,
10   _____
     PETRICK, et al.,
11           Plaintiffs,    San Francisco County
     -vs-                   No.  CGC-15-54897
12   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
13           Defendants.
     _____
14
15   DEPOSITION OF:     KIM FRATES-MAZZILLI
16   DATE TAKEN:        Friday, July 6, 2018
17   TIME:              2:45 p.m. - 4:50 p.m.
18   PLACE:             450 South Orange Avenue, Suite 650
19                      Orlando, Florida
20
21   REPORTED BY:
22   Carmen Thomas, Registered
23   Professional Reporter and
     Notary Public
24   Job No. 2959337B
25   Pages 1 - 78

                                                        Page 1
```

```
 1   Q   Okay.  This sentence goes on and says, "I
 2  shared a second file with John."  Which, I guess, if I
 3  look at the top, it says, "Historical Sales Comparison"
 4  at 9/25/13.  And you said, "obviously not the first file
 5  with current pricing."
 6        What does that mean?
 7   A   That means that the file had our current
 8  pricing for those developer owned fractions and I took
 9  them out of the document prior to sending them to John.
10   Q   Okay.  And was there a reason that
11  information was taken out?
12   A   We don't share our pricing with external
13  parties.
14   Q   Okay.  And is that pricing of points or what
15  is the --
16   A   I don't remember.  I don't remember if it was
17  pricing -- what it was priced as, so.
18   Q   I mean, because these are interests in a
19  trust.  So you think it was current pricing for
20  inventory to be sold to the general public for, like, an
21  interest, if someone wanted to buy a Ritz Aspen unit, is
22  that what you were referring to?
23        MR. SELLINGER:  Objection to form.
24        THE WITNESS:  I don't -- I don't remember.  I
25    can read what's in front of me, which says here are
                                                   Page 66
```

```
 1      MR. FERGUSON:  Yeah.
 2  BY MR. FERGUSON:
 3   Q   Which ones did you see today?  Because those
 4  are the easiest ones to ask you questions about.
 5   A   Yesterday I saw, I believe, San Francisco and
 6  Tahoe.
 7   Q   Let me have -- can you go to -- there's a
 8  report December 2, 2013, towards the back of the stack.
 9  There's two real thick ones.
10        This is a draft report for Bleu Florida Land
11  Trust Aspen Holdings and I'm the lawyer in the Aspen
12  case -- one of the lawyers.
13        Did you look at -- did you look at either the
14  final or a draft report for Aspen in preparation for
15  depositions in the last couple days?
16   A   I don't believe so.  I think I looked at San
17  Francisco and Tahoe.
18   Q   Okay.  If you go to -- I'm struggling with
19  the various versions of these.  So I'm going to use 2265
20  which is in front of you.  Go to page 11 of that
21  document.
22   A   Okay.
23   Q   I'm sure you looked at this part of it or
24  something similar.  It says -- the bottom sentence of
25  this -- two sentences of this paragraph regarding Aspen
                                                   Page 68
```

```
 1    all the resales in those markets.  So that would
 2    have had any resales of fractions we sold in those
 3    markets, not necessarily as Bleu Florida.
 4  BY MR. FERGUSON:
 5   Q   Okay.  Do you -- do you recall ever speaking
 6  to Mr. Vaughan about a litigation that had started in
 7  the middle of 2013 called Hoyt, H-o-y-t, versus Marriott
 8  Vacations Worldwide?
 9   A   No.
10   Q   Were you aware that there was litigation in
11  that time frame?
12   A   Yes, I would have been aware.
13   Q   Okay.  Do you have a general recollection
14  that Mr. Vaughan referenced litigation in his appraisal
15  reports?
16        MR. SELLINGER:  Objection to form.
17        THE WITNESS:  In my review during my prep,
18    I've seen that language.  Otherwise I don't recall.
19  BY MR. FERGUSON:
20   Q   And did you have any recollection having seen
21  that report today or -- did you see the Aspen report?
22  Which reports did you see?
23        MR. SELLINGER:  Just so the question's clear,
24    you're talking about the preparation for her
25    deposition, right?
                                                   Page 67
```

```
 1  Highlands, it says that the -- "Subsequent to the sell
 2  out of this development, the Ritz-Carlton Club was
 3  converted to a points system, discussed in the following
 4  paragraph."  It says, this negative -- "This conversion
 5  has had a severely negative impact on demand for
 6  fractional interests at Ritz-Carlton Club properties and
 7  the subject development in particular."
 8        Do you recall receiving this document in
 9  draft format before it was sent to you final?
10   A   I -- I've seen the e-mail where it was sent
11  to me.  I don't recall reading it.
12   Q   Okay.  And the next page is a section called
13  "Repercussions of the Conversion Point System."  The
14  last sentence -- I'm sorry -- the third paragraph of
15  that repercussions section, there's -- "Overall, the
16  conversion to a points system and the integration of the
17  Marriott Vacation Club has had a negative impact on the
18  market value of existing fractional interests at the
19  Ritz-Carlton Club."
20        Do you recall having any discussions with
21  Mr. Pierce or anybody at Marriott Vacations Worldwide,
22  Ms. Sobeck, about this language in this report?
23   A   No.
24   Q   Do you recall anyone at Marriott Vacations
25  Worldwide or the Ritz-Carlton segment that you were
                                                   Page 69
```

18 (Pages 66 - 69)

**Page 74**

1 Ms. Sobeck and Ms. Verrechia in connection with the
2 survey vote?
3    A   Yes.
4    Q   And what was your involvement in connection
5 with this letter in front of you, if anything?
6    A   I don't recall the facts. In my support role
7 for Stephanie, oftentimes she writes things and I am her
8 second set of eyes and I will review them for content,
9 grammar and punctuation. Likely the case here.
10   Q   Okay. And this is obviously written for
11 Mr. Cunningham's signature. Ms. Sobeck was an asset
12 manager in charge of Aspen Highlands at that time.
13       Did you, now seeing this document
14 December 3rd, and at least having seen the draft John
15 Vaughan, Cushman & Wakefield report for Aspen Highlands,
16 having seen this, do you have any recollection that you
17 might have told Stephanie Sobeck that the appraisers
18 were expressing an impact on value of the Bleu Florida
19 Land Trust inventory as a result of a conversion to a
20 point system?
21       MR. SELLINGER: Objection to form.
22       THE WITNESS: I don't believe that I spoke
23    with Stephanie with regards to the language in the
24    appraisals about the impact value on the fractional
25    properties.

**Page 75**

1 BY MR. FERGUSON:
2    Q   Okay. You're kind of going out.
3       MR. FERGUSON: So that's all I have. It's
4    5:00 there in Orlando and it's a long weekend. Can
5    you hear me?
6       THE WITNESS: Yes. Can you hear us?
7       MR. FERGUSON: It's hard to hear you all. I
8    can hear you now. Before you were getting garbled.
9       MR. SELLINGER: I have nothing. You take
10   care.
11      (The deposition concluded at 4:50 p.m.)

**Page 76**

1 Under penalty of perjury, I declare that I have read my
2 deposition and that it is true and correct subject to
3 any changes in form or substance entered here.
4
5
6 SIGNATURE OF DEPONENT: _____
7
8
9 DATE: _____

**Page 77**

1           CERTIFICATE OF OATH
2
3 STATE OF FLORIDA
4 COUNTY OF BROWARD
5
6    I, Carmen J. Thomas, Registered Professional
7 Reporter, Notary Public, State of Florida, certify that
8 witness, KIM FRATES-MAZZILLI, personally appeared before
9 me on the 6th day of July, 2018 and was duly sworn.
10     WITNESS my hand and official seal this 12th day of
11 July, 2018.
12
13
14
15
16     *Carmen J. Thomas*
17     Carmen J. Thomas,
18     Registered Professional Reporter
19     Notary Public, State of Florida
20     MY COMMISSION #GG 125902
21     EXPIRES November 16, 2021

20 (Pages 74 - 77)

Veritext Legal Solutions
866 299-5127