# EXHIBIT D

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3
    RCHFU, LLC, et al.,              )
 4                                   )
         Plaintiffs,                 )
 5                                   )
    vs.                              )
 6                                   )
    MARRIOTT VACATIONS               )
 7  WORLDWIDE CORPORATION, et        )
    al.,                             ) Civil Case No.:
 8                                   ) 16-01301 PAB
         Defendants.                 )
 9
10        Videotaped videoconference deposition of:
11               CHRISTOPHER T. DONALDSON
12
13               May 23, 2018 * 9:37 a.m.
14
15                Location:  Holland & Hart
16             222 South Main Street, Suite 2200
17               Salt Lake City, Utah 84101
18
19
20
21          Reporter:  Kelly Fine-Jensen, RPR
22      Notary Public in and for the State of Utah
23
24           Videographer:  Ryan Reverman, CLVS
25  PAGES 1 - 323
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1  comparison approach.
 2     Q.  Okay.  So you ruled out the income
 3  approach?
 4     A.  Yes.
 5     Q.  And you ruled out -- what's the other one?
 6     A.  Cost approach.
 7     Q.  Cost approach.  I said that already.
 8     A.  Right.
 9     Q.  I notice that you used all three of those
10  in the Dancing Bear engagement.  Why -- why was that?
11  Or why would that have been?
12     A.  I was appraising the entire project.
13     Q.  Okay.
14     A.  These are just condominium units in a much
15  larger building.  And to apply any kind of a cost
16  approach figure to a singular unit within a
17  condominium project is not -- is not feasible or not
18  appropriate.
19     Q.  Okay.  Thank you.
20         Would you go to page 11 of Exhibit 2265.
21     A.  Yes, sir.
22     Q.  Thank you.
23         This particular section of the draft
24  summary appraisal report, there is a chart again of
25  what's being appraised.  But there's a section
                                               Page 110
```

```
 1  written about the Ritz Carlton Club Aspen Highlands.
 2         Do you see that?
 3     A.  Yes.
 4     Q.  Okay.  So that's specific to this
 5  particular assignment?  Obviously, the San Francisco
 6  and Tahoe appraisal reports do not have that?
 7     A.  Yes, sir.
 8     Q.  Okay.  And on the second paragraph down,
 9  you went through the -- the history of the current
10  Aspen Highlands Village there and how Hines -- Hines
11  entities and Skico built that out?
12     A.  Yes.
13     Q.  Okay.  Now, there is something in here
14  about how great the Highlands Bowl is.
15     A.  Right.
16     Q.  Yeah.  So the bottom of that page 11, on
17  2265 says, "Subsequent to the sell out of this
18  development, the Ritz Carlton Club was converted to a
19  points system, discussed in the following paragraph.
20  This conversion has had a severely negative impact on
21  demand for fractional interests at Ritz Carlton Club
22  properties and the subject development in
23  particular."
24         What do you recall about any input that
25  you received to write that sentence to the intended
                                               Page 111
```

```
 1  user, Bleu Florida Land Trust?
 2     A.  Well --
 3         MR. SELLINGER:  Objection to form.
 4         THE WITNESS:  -- I believe that, you know,
 5  Mr. Vaughan did most of the writing --
 6     Q.  (By Mr. Ferguson)  Okay.
 7     A.  -- here.
 8     Q.  Okay.
 9     A.  Obviously I read it.  And I believe his
10  research was based on discussions, again, with
11  listing agents, selling agents that were actively
12  marketing these shares.  And -- and probably other
13  market participants, if you will.
14     Q.  Do you recall whether or not you knew at
15  the time you signed this report and -- and supported
16  the quality control, and signed it in that capacity,
17  and also as a signatory, do you recall whether or not
18  -- whether or not Ritz-Carlton Development Company or
19  Marriott Vacations Worldwide were actively selling
20  fractional interests at Aspen Highlands?
21     A.  That I do not recall.
22     Q.  Okay.  Do you have any recollection that
23  anyone told you that they had stopped selling or
24  marketing fractional units at Aspen Highlands?
25     A.  I -- I don't have that recollection.  But
                                               Page 112
```

```
 1  I would assume I had discussions related to how that
 2  was going with Mr. Vaughan.
 3     Q.  Yeah.  And you've done about a thousand
 4  appraisals since 2013?
 5     A.  Yeah.  A lot of them.
 6     Q.  Okay.  All right.  And then you'll see on
 7  the next page, page 12, of Exhibit 2265 -- I won't
 8  make you look at every single word in the
 9  Repercussions of Conversion to Points System, but
10  does that appear to be the same paragraph relative to
11  the Ritz-Carlton Aspen Highlands summary appraisal
12  report?
13     A.  Yes.  It does.
14         MR. SELLINGER:  Objection to form.
15     Q.  (By Mr. Ferguson)  And do you recall
16  whether or not anyone at Bleu Florida Land Trust,
17  Mr. Pierce, or any of those people we saw on that
18  letter, or any lawyers or anybody, responded and
19  objected to this section of the summary appraisal
20  report, here in draft form of course?
21     A.  No.  I do not.
22     Q.  Okay.
23         MR. FERGUSON:  Here you go, Kelly, Ian.
24         (EXHIBIT 2266 WAS MARKED.)
25         MR. MARX:  226 -- I'm sorry.  2266 is --
                                               Page 113
```