IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**MARRIOTT DEFENDANTS' MEMORANDUM IN SUPPORT OF
THEIR MOTION TO RESTRICT ACCESS TO AN EXHIBIT (ECF #511-6) TO
PLAINTIFFS' REPLY ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT, DKT. 453**

---

Pursuant to Local Civil Rule 7.2(c), Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Motion to Restrict Access regarding one exhibit (ECF #511-6) to Plaintiffs' Reply ISO Motion for Partial Summary Judgment, DKT. 453 (511) ("Plaintiffs' PSJ Reply"). The exhibit that the Marriott Defendants seek to restrict is an unredacted, excerpted version of the May 24, 2012 Strategic Plan Memorandum ("CGC Memo"), which has already been Restricted per an Order of this Court: the Marriott Defendants filed a copy of the unredacted CGC Memo (ECF #246) on a restricted basis at the Court's direction (ECF #245) in the course of litigating a Motion Compel filed by Plaintiffs (ECF #239). The Court ruled: "Pursuant to operation of the protective order (ECF #100), a timely designation

by Defendants of the confidential status, ***ECF #246 will remain restricted and shall be treated as confidential through the pendency of this action*** and in accordance with the protective order." ECF #265 at 9 (emphasis added).  The Marriott Defendants thereafter filed a Motion for Leave to Restrict the unredacted CGC Memo, which the Court granted, ordering that the unredacted CGC Memo remain at a Level 2 restriction while the parties litigated Plaintiffs' motion to compel.  *See* ECF # 272.

Although the CGC Memo is already subject to restriction per Order of this Court, the Marriott Defendants herein move out of an abundance of caution for an Order maintaining the Level 1 Restriction of the version of the unredacted CGC Memo (ECF #511-6) that was filed in connection with Plaintiffs' PSJ Reply (ECF #511).

## CONCLUSION

For the foregoing reasons, the Marriott Defendants respectfully request that this Court grant their Motion to Restrict Access and maintain the Level 1 restriction for the unredacted CGC Memo filed at ECF #511-6.

Dated:  September 23, 2019            Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  s/ Ian S. Marx
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,  MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

# CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of September, 2019, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO RESTRICT ACCESS TO AN EXHIBIT (ECF #511-6) TO PLAINTIFFS' REPLY ISP MOTION FOR PARTIAL SUMMARY JUDGMENT, DKT. 453** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Defendant
Aspen Highlands Condominium Association, Inc.*

                *s/ Gregory Scavelli*
                 Gregory Scavelli

3