# EXHIBIT  2

*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS

This SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS ("Agreement") is entered into as of the 30th day of July, 2019, by and between the Plaintiffs in the corrected Seventh Amended Complaint in the Action defined below (collectively, "Plaintiffs") and the Aspen Highlands Condominium Association, Inc., ("Association"). Each of the aforementioned parties is individually referred to herein as a "Party" and collectively referred to as the "Parties." The Effective Date of this Agreement is the date on which the Agreement has been signed by the Association and all Plaintiffs.

### RECITALS

**WHEREAS**, Plaintiffs have filed certain litigation styled *RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*, which is pending in the United States District Court for the District of Colorado, Case No. 1:16-cv-01301-PAB-GPG ("Action");

**WHEREAS**, in connection with disputes between Plaintiffs, on the one side, and the Association and the Marriott Defendants,[1] on the other side, Plaintiffs made certain legal claims in the Action against the Association, as set forth in the Seventh Amended Complaint (corrected) (the "Claims"), and the Association raised certain defenses and requested an award of attorneys' fees and costs (the "Defenses");

**WHEREAS**, Plaintiffs and the Association engaged James M. Lyons of Lewis Roca Rothgerber Christie LLP to mediate the Claims, Defenses, and underlying disputes in the Action as between the Association and Plaintiffs, and the Parties reached a settlement in principle, the terms of which were set forth in a Memorandum of Terms of Settlement ("Term Sheet") dated July 26, 2019;

**WHEREAS**, the Parties required that said terms in the Term Sheet were to be made part of this Agreement in order to effectuate the settlement of the Claims and Defenses and to achieve dismissal of the Action as against the Association only;

**WHEREAS**, the Parties, to avoid the costs of further litigation, have now agreed to settle and resolve any and all disputes and the Claims and Defenses; and

**NOW, THEREFORE**, in consideration of the mutual agreements, promises, covenants, and releases set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby conclusively acknowledged, the Parties agree as follows:

---

[1] Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, the Lion & Crown Travel Co., LLC.



1.     **Incorporation of Recitals**. The above recitals are material to this Agreement and are incorporated herein by this reference.

2.     **Settlement Consideration**. This Agreement is in consideration of and conditioned upon the signing of this Agreement by all of the Parties, specifically all individual Plaintiffs and the Association; the fulfillment of Parties' obligations; and the mutual promises and releases all contained in this Agreement.

3.     **Settlement Amount**. The Association agrees to pay Plaintiffs the total sum of Two Million, Six Hundred Thirty-Seven Thousand and Five Hundred dollars ($2,637,500.00) ("Settlement Amount") within thirty (30) business days after the Effective Date of this Agreement. The Settlement Amount will be made *via* check or wire transfer to the Aspen Highlands Condominium Association, Inc., Litigation COLTAF account of The Matthew C. Ferguson Law Firm, P.C. Wire instructions are attached hereto as **EXHIBIT "1"**. Checks shall be made payable to "The Matthew C. Ferguson Law Firm, P.C. Aspen Highlands Condominium Association, Inc., Litigation COLTAF Account" and delivered to:

> The Matthew C. Ferguson Law Firm, P.C.
> Attention: Matthew C. Ferguson
> 119 S. Spring Street
> Suite 201
> Aspen, CO 81611

The Settlement Amount is to be allocated only towards attorneys' fees and costs incurred by Plaintiffs to prosecute the Claims and defend against the Defenses, as well as for the reimbursement of amounts advanced by Plaintiffs to Plaintiffs' counsel or amounts advanced by Plaintiffs' counsel. Plaintiffs and Plaintiffs' counsel may be promptly reimbursed all costs advanced to date, and any outstanding litigation costs or expenses can be paid. The remainder of the Settlement Amount will be held by Plaintiffs' counsel in "The Matthew C. Ferguson Law Firm, P.C. Aspen Highlands Condominium Association, Inc., Litigation COLTAF Account" for future litigation costs and expenses and, upon ultimate termination of the Action and all related disputes—including as between Plaintiffs and the Marriott Defendants—the remainder of the Settlement Amount will then be distributed in accordance with Plaintiffs' Counsels' "Contingent Fee Agreement for Litigation" as entered into for all Plaintiffs. No amount paid under this Settlement Agreement is for punitive or exemplary damages.

4.     **Association's Former Directors' Declarations**. Former Association Board of Directors Randal L. Mercer, Philip Schneider, Tyler Oliver, and Robert Harris ("Former Directors") shall each provide sworn declarations (the "Declarations") providing the testimony as set forth in each of said Declarations which are attached hereto as **EXHIBITS "2", "3", "4" and "5"**. The Declarations will be delivered within 24 hours of the Effective Date of this Agreement. Plaintiffs may use the Declarations in support of any motion, court filing, and for any other purpose allowed by applicable law.

5.     **Former Director's Testimony at Trial.** The Former Directors each agree to and will appear at trial in Denver, Colorado and testify consistent with their respective declarations,



as well as on all other matters that they may be questioned on. Plaintiffs and the Association will
share reasonable travel costs equally for the former directors to testify at trial. Plaintiffs in their
sole discretion may choose to call fewer than all four of the Former Directors to testify live at
trial and can choose who to call to testify. The Association and Former Directors stipulate and
agree to waive the 100-mile jurisdictional limit on the District Court's trial subpoena power. The
stipulation will also be made an order of the court upon the joint request of the Parties. The
Association and Former Directors will stipulate and agree to "trial depositions" in the event any
of these former board members are unable to appear at trial because they meet the criteria set
forth in Fed. R. Civ. P. 45.

6.  **Court Approval.** The Settlement Agreement must be approved pursuant to
C.R.S. § 13-50.5-105, either by order of the Court or following a hearing before the Court.
Plaintiffs and the Association consent to the jurisdiction of Magistrate Judge Gallagher to enter
such order or hold such hearing. Plaintiffs and the Association agree to jointly and promptly
undertake good faith efforts to obtain this approval following the Effective Date of this
Agreement and following the exchange of the Declarations identified in provision 4, above.

7.  **Plaintiffs' Release of the Association.** Upon receipt of an executed copy of this
Agreement and the payment of the Settlement Amount, and except as to the obligations to be
performed under this Agreement with respect to appearance at trial, Plaintiffs and all of their
parents, subsidiaries, affiliates, predecessors, successors, assigns, trustees, directors, officers,
members, managers, employees, partners, agents, counsel, executors, administrators, and
representatives ("Plaintiff Release Parties") hereby fully release, discharge, and acquit the
Association, and its directors, officers, agents, predecessors, successors, assigns, insurers,
members, managers, parents, subsidiaries, affiliates, trustees, employees, partners, counsel,
executors, administrators, and representatives ("Association Release Parties") from the Claims
and all causes of action in the Action, and any claims that Plaintiffs now have, may have, may
have had, or claim to have had, whether directly or indirectly, whether accrued in the past,
present, or future, whether known or unknown, whether for damages or equitable relief of any
sort including, without limitation, economic damages, lost profits, exemplary damages, treble
damages, consequential damages, costs and attorneys' fees, in any way arising from the Action.
This release does not release or discharge any Party from the rights or obligations created by this
Agreement.

8.  **Association's Release of Plaintiffs.** Upon receipt of an executed copy of this
Agreement and the payment of the Settlement Amount, and except as to the obligations to be
performed under this Agreement with respect to appearance at trial, the Association Release
Parties hereby fully release, discharge, and acquit the Plaintiff Release Parties from the Defenses
in the Action, and any claims that Association now has, may have, may have had, or claim to
have had, whether directly or indirectly, whether accrued in the past, present, or future, whether
known or unknown, whether for damages or equitable relief of any sort including, without
limitation, economic damages, lost profits, exemplary damages, treble damages, consequential
damages, costs and attorneys' fees, in any way arising from the Action. This release does not
release or discharge any Party from the rights or obligations created by this Agreement.



**9.**     **Marriott Defendants Not Released.** Notwithstanding any other provision of this Agreement, the Marriott Defendants are not released or discharged by this Agreement and the Parties specifically reserve and do not waive any of their claims, rights, or causes of action as against the Marriott Defendants. Plaintiffs continue to pursue all the claims, prayers, causes of action and damages asserted against the Marriott Defendants in the Action, and nothing contained in this Agreement is meant to waive any rights Plaintiffs have or assert against the Marriott Defendants.

**10.**     **Dismissal of Lawsuit.** Not later than five (5) days after the Execution Date of this Agreement and payment of the Settlement Amount, counsel for Plaintiffs will cause to be filed in the Action a Stipulated Joint Motion for Order of Dismissal, With Prejudice, substantially in the form of **EXHIBIT "6"** attached hereto, and an accompanying proposed Order, substantially in the form of **Exhibit "7"** attached hereto, for the dismissal, with prejudice, of the Action as to the Association only, and all Claims and Defenses that each of the Parties has asserted therein.

**11.**     **Authority to Enter Agreement.** Each person executing this Agreement warrants that he/she/it is such person/entity and that he/she/it is fully and legally empowered to execute and deliver this Agreement. The Parties represent and warrant to each other that he/she/it has not assigned, subrogated, sold, conveyed or transferred voluntarily or by operation of law, to any person or entity any claim, suit, right or interest herein released.

**12.**     **Voluntary Agreement.** The Parties agree and understand that this Agreement has been freely and voluntarily entered into and that no representations or promises of any kind other than those contained in this Agreement have been made by any Party to induce any other Party to enter into this Agreement. The Parties have read and understand this Agreement in its entirety. The Parties acknowledge that each of them has been, or has had the opportunity to be, represented by counsel in connection with the negotiation, drafting, and execution of this Agreement.

**13.**     **Execution/Counterparts.** This Agreement may be executed in counterparts and, as executed shall constitute one Agreement binding on all of the parties hereto notwithstanding that all said parties are not signatory to the original or same counterpart. An electronic document, pdf, facsimile, telecopy or other reproduction of this Agreement may be executed by the parties and shall be considered valid, binding and effective for all purposes. At the request of any party, the parties agree to execute an original of this Agreement as well as any facsimile, electronic document, telecopy or other reproduction.

**14.**     **Entire Agreement.** This Agreement, together with its exhibits, is a fully integrated document containing the entire understanding among the Parties and supersedes and integrates any prior understandings or written or oral agreements among the Parties respecting the subject matter of the Agreement, including the Term Sheet. The Parties acknowledge and agree that there are no contracts, understandings, warranties or representations among the Parties, except as set forth in this Agreement. All prior oral or written agreements, including

Page 4 of 31



the Term Sheet and any others, are expressly superseded hereby and are of no further force and effect.

**15.     Modifications and Amendments.** No provision of this Agreement may be amended, modified, supplemented, changed, waived, discharged or terminated, except by an instrument in writing signed by the Party against whom enforcement of the amendment, modification, supplementation, change, waiver, discharge or termination is sought. This provision concerning amendments or modifications cannot be waived or otherwise made unenforceable except by a written document signed by all Parties to this Agreement that expressly states that it is an amendment to this Agreement.

**16.     Governing Law, Jurisdiction and Venue.** This Agreement shall be governed and construed in accordance with the laws of the State of Colorado. Jurisdiction and venue for any action arising out of this Agreement shall rest exclusively with the state courts in Pitkin County, Colorado.

**17.     Effective Date.** The Effective Date of this Agreement shall be the date that the last Party hereto executes this Agreement.

**18.     Binding Effect; Third-Party Beneficiaries.** This Agreement is binding upon and inures to the benefit of the Parties and their respective officers, directors, successors, heirs, trustees, receivers, partners, and agents. Except as provided for herein, the Parties expressly acknowledge and agree that there are no third-party beneficiaries to this Agreement.

**19.     Enforcement; Attorneys' Fees to Prevailing Party.** Should any lawsuit be commenced between the Parties concerning the terms of this Agreement or the rights and duties of the Parties hereto, the prevailing Party or Parties in such proceeding shall be entitled, in addition to such other relief as may be granted, to payment of all of their costs, expenses (including, but not limited to, expert fees), and reasonable attorneys' fees incurred in connection therewith.

**20.     Severability.** If any provision or any part of any provision of this Agreement shall, for any reason, be held to be invalid, unenforceable or contrary to public policy or any law, then the remainder of this Agreement shall not be affected thereby and shall remain in full force and effect.

**21.     Construction of this Agreement.** Each Party acknowledges and agrees that this Agreement shall not be deemed prepared or drafted by any one Party. In the event of any dispute between the Parties concerning this Agreement, the Parties agree that any rule or theory of construction, to the effect that any ambiguity in the language of the Agreement is to be resolved against the drafting Party, shall not apply. Where context requires, the singular



includes the plural (and vice versa), the disjunctive includes the conjunctive (and vice versa), and the masculine, feminine, and indeterminate gender pronouns are inclusive rather than exclusive.

      **23.**    **Reviewed Agreement.** Each Party acknowledges, represents and warrants: (a) that he/she/it has carefully reviewed this Agreement, that he/she/it has entered into this Agreement freely and voluntarily and without reliance on any promises not expressly contained herein, that it has been afforded an adequate time to review carefully the terms hereof, and that this Agreement shall not be deemed void or voidable by claims of duress, deception, mistake of fact or otherwise; (b) that he/she/it has consulted with counsel of his/her/its choice in connection with this Agreement.

      **24.**    **Headings.** The headings used in this Agreement are not intended by the parties to have independent meaning or to modify in any way the terms of this Agreement. Paragraph headings in the Agreement appear for the convenience of the Parties only and shall not be used in the interpretation of the Agreement.

      **25.**    **Taxes.** Each Party shall be solely responsible for the payment of any taxes due by such Party in connection with this Agreement, and except as otherwise and expressly provided herein, each Party shall be responsible for its costs, including, without limitation, court costs, expenses, and attorneys' fees, in connection with this Agreement. No Party shall have any withholding obligations with respect to any other Party.

      **26.**    **Non-Disparagement.** Except as is (a) lawfully required by any governmental agency; (b) otherwise required to be disclosed by law (including but not limited to legally required financial reporting, properly issued subpoena or discovery request) and/or court order; or (c) as necessary in any legal proceeding in order to enforce any provision of this Agreement, each Party agrees that he/she/it will not make any negative or disparaging statements about, or directly or indirectly take, support, encourage, or participate in any action or attempted action that in any way would damage the reputation of any other Party.  Each Party agrees not to publicize the terms or contents of the Agreement. Nothing contained in this provision shall be deemed to waive a Party's right to participate fully in the governance of the Association or to pursue legal action for matters unrelated to the Action, Claims, and Defenses released herein. Nothing contained in this provision shall in anyway limit Plaintiffs' rights in the Action, including in the pursuit of discovery and presentation of their evidence and legal arguments. Plaintiffs specifically reserve all rights to present admissible evidence and arguments in the Action, which may include matters that are adversarial in the context of the Action, or be deemed negative.

      **IN WITNESS WHEREOF**, the Parties have executed this Settlement Agreement and Mutual Release of Claims on the dates written below.

      [SIGNATURE PAGES FOLLOW]



ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.

BY: _____*Smcutrona*_____

    Salvatore M. Cutrona, Sr.,   President

DATED: _____*August 15, 2019*_____

| | |
|---|---|
| RCHFU, LLC, a Colorado limited liability company<br><br>*Jennifer Kaplan*<br><br>By: _____ Jennifer Kaplan _____<br>Its: _____<br>Date: _____ August 6, 2019 _____ | _____<br>**JEFFREY A. BAYER, an individual**<br>Date: _____<br><br>_____<br>**GAIL L. BAYER, an individual**<br>Date: _____ |
| _____<br>**ROBERT BUZZETTI, an individual**<br>Date: _____ | To<br>xl _____<br>**JULIE C. CANNER, an individual**<br>Date: _____ |
| _____<br>**LEE JAMES CHIMERAKIS, an individual**<br>Date: _____<br><br>_____<br>**THERESA ANN CHIMERAKIS, an individual**<br>Date: _____ | _____<br>**KEVIN THOMAS CLARE, an individual**<br>Date: _____ |
| _____<br>**NANCY LYNNE SHUTE, an individual**<br>Date: _____ | _____<br>**RICHARD DAVIS, an individual**<br>Date: _____<br><br>_____<br>**SHIRLEY J. DAVIS, an individual**<br>Date: _____ |
| **TOBY L. CONE TRUST**<br><br>By: _____<br>**TOBY L. CONE, Trustee of the Toby L. Cone Trust**<br>Date: _____ | _____<br>**CARL EICHSTAEDT III, an individual**<br>Date: _____ |

| | |
|---|---|
| RCHFU, LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | JEFFREY A. BAYER, an individual<br>Date: _____<br><br>GAIL L. BAYER, an individual<br>Date: _____ |
| ROBERT BUZZETTI, an individual<br>Date: _8-3-2019_ | JULIE C. CANNER, an individual<br>Date: _____ |
| LEE JAMES CHIMERAKIS, an individual<br>Date: _____<br><br>THERESA ANN CHIMERAKIS, an individual<br>Date: _____ | KEVIN THOMAS CLARE, an individual<br>Date: _____ |
| NANCY LYNNE SHUTE, an individual<br>Date: _____ | RICHARD DAVIS, an individual<br>Date: _____<br><br>SHIRLEY J. DAVIS, an individual<br>Date: _____ |
| TOBY L. CONE TRUST<br><br>By: _____<br>TOBY L. CONE, Trustee of the Toby L. Cone Trust<br>Date: _____ | CARL EICHSTAEDT III, an individual<br>Date: _____ |

| RCHFU, LLC, a Colorado limited liability company | |
|---|---|
| | JEFFREY A. BAYER, an individual<br>Date: _____ |
| By: _____<br>Its: _____<br>Date: _____ | GAIL L. BAYER, an individual<br>Date: _____ |
| ROBERT BUZZETTI, an individual<br>Date: _____ | JULIE C. CANNER, an individual<br>Date: _____ |
| LEE JAMES CHIMERAKIS, an individual<br>Date: _8/1/19_ <br><br>THERESA ANN CHIMERAKIS, an individual<br>Date: _8/1/19_ | KEVIN THOMAS CLARE, an individual<br>Date: _____ |
| NANCY LYNNE SHUTE, an individual<br>Date: _____ | RICHARD DAVIS, an individual<br>Date: _____ |
| | SHIRLEY J. DAVIS, an individual<br>Date: _____ |
| TOBY L. CONE TRUST<br><br>By: _____<br>TOBY L. CONE, Trustee of the Toby L. Cone Trust<br>Date: _____ | CARL EICHSTAEDT III, an individual<br>Date: _____ |

| | |
|---|---|
| **RCHFU, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JEFFREY A. BAYER, an individual**<br>Date: _____<br><br>_____<br>**GAIL L. BAYER, an individual**<br>Date: _____ |
| _____<br>**ROBERT BUZZETTI, an individual**<br>Date: _____ | _____<br>**JULIE C. CANNER, an individual**<br>Date: _____ |
| _____<br>**LEE JAMES CHIMERAKIS, an individual**<br>Date: _____<br><br>_____<br>**THERESA ANN CHIMERAKIS, an individual**<br>Date: _____ | _____<br>**KEVIN THOMAS CLARE, an individual**<br>Date:  $8-2-2019$ <br><br>*Kevin P. Clare* |
| _____<br>**NANCY LYNNE SHUTE, an individual**<br>Date:  $8-1-2019$ <br><br>*Nancy L. Shute*<br><br>**TOBY L. CONE TRUST**<br><br>By: _____<br>**TOBY L. CONE, Trustee of the Toby L. Cone Trust**<br>Date: _____ | _____<br>**RICHARD DAVIS, an individual**<br>Date: _____<br><br>_____<br>**SHIRLEY J. DAVIS, an individual**<br>Date: _____<br><br><br>_____<br>**CARL EICHSTAEDT III, an individual**<br>Date: _____ |

Page 8 of 31

| | |
|---|---|
| **RCHFU, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JEFFREY A. BAYER, an individual**<br>Date: _____<br><br>_____<br>**GAIL L. BAYER, an individual**<br>Date: _____ |
| _____<br>**ROBERT BUZZETTI, an individual**<br>Date: _____ | _____<br>**JULIE C. CANNER, an individual**<br>Date: _____ |
| _____<br>**LEE JAMES CHIMERAKIS, an individual**<br>Date: _____<br><br>_____<br>**THERESA ANN CHIMERAKIS, an individual**<br>Date: _____ | _____<br>**KEVIN THOMAS CLARE, an individual**<br>Date: _____ |
| _____<br>**NANCY LYNNE SHUTE, an individual**<br>Date: _____ | _____<br>**RICHARD DAVIS, an individual**<br>Date: _____<br><br>_____<br>**SHIRLEY J. DAVIS, an individual**<br>Date: _____ |
| **TOBY L. CONE TRUST**<br><br>By: _Toby L Cone_<br>**TOBY L. CONE, Trustee of the Toby L. Cone Trust**<br>Date: _August 1, 2019_ | _____<br>**CARL EICHSTAEDT III, an individual**<br>Date: _____ |

| RCHFU, LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _Jeffrey Bayer (signature)_<br>_____<br>JEFFREY A. BAYER, an individual<br>Date: 8/7/19<br>_Gail L. Bayer (signature)_<br>_____<br>GAIL L. BAYER, an individual<br>Date: 8/7/19 |
| --- | --- |
| _____<br>ROBERT BUZZETTI, an individual<br>Date: _____ | _____<br>JULIE C. CANNER, an individual<br>Date: _____ |
| _____<br>LEE JAMES CHIMERAKIS, an individual<br>Date: _____<br><br>_____<br>THERESA ANN CHIMERAKIS, an individual<br>Date: _____ | _____<br>KEVIN THOMAS CLARE, an individual<br>Date: _____ |
| _____<br>NANCY LYNNE SHUTE, an individual<br>Date: _____ | _____<br>RICHARD DAVIS, an individual<br>Date: _____<br><br>_____<br>SHIRLEY J. DAVIS, an individual<br>Date: _____ |
| TOBY L. CONE TRUST<br><br>By: _____<br>TOBY L. CONE, Trustee of the Toby L. Cone Trust<br>Date: _____ | _____<br>CARL EICHSTAEDT III, an individual<br>Date: _____ |

| RCHFU, LLC, a Colorado limited liability company | JEFFREY A. BAYER, an individual |
|---|---|
| | Date: _____ |
| By: _____ | |
| Its: _____ | GAIL L. BAYER, an individual |
| Date: _____ | Date: _____ |
| _____ | _____ |
| ROBERT BUZZETTI, an individual | JULIE C. CANNER, an individual |
| Date: _____ | Date: 8 1 19 |
| _____ | _____ |
| LEE JAMES CHIMERAKIS, an individual | KEVIN THOMAS CLARE, an individual |
| Date: _____ | Date: _____ |
| _____ | |
| THERESA ANN CHIMERAKIS, an individual | |
| Date: _____ | |
| _____ | _____ |
| NANCY LYNNE SHUTE, an individual | RICHARD DAVIS, an individual |
| Date: _____ | Date: _____ |
| | _____ |
| | SHIRLEY J. DAVIS, an individual |
| | Date: _____ |
| TOBY L. CONE TRUST | |
| By: _____ | _____ |
| TOBY L. CONE, Trustee of the Toby L. Cone Trust | CARL EICHSTAEDT III, an individual |
| Date: _____ | Date: _____ |

| | |
|---|---|
| **RCHFU, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JEFFREY A. BAYER, an individual**<br>Date: _____<br><br>**GAIL L. BAYER, an individual**<br>Date: _____ |
| **ROBERT BUZZETTI, an individual**<br>Date: _____ | **JULIE C. CANNER, an individual**<br>Date: _____ |
| **LEE JAMES CHIMERAKIS, an individual**<br>Date: _____<br><br>**THERESA ANN CHIMERAKIS, an individual**<br>Date: _____ | **KEVIN THOMAS CLARE, an individual**<br>Date:  $8-2-2019$ <br><br>*Ken P. Clare* |
| **NANCY LYNNE SHUTE, an individual**<br>Date:  $8-1-2019$ <br><br>*Nancy L. Shute* | **RICHARD DAVIS, an individual**<br>Date: _____<br><br>**SHIRLEY J. DAVIS, an individual**<br>Date: _____ |
| **TOBY L. CONE TRUST**<br><br>By: _____<br>**TOBY L. CONE, Trustee of the Toby L. Cone Trust**<br>Date: _____ | **CARL EICHSTAEDT III, an individual**<br>Date: _____ |

Page 8 of 31

| | |
|---|---|
| **RCHFU, LLC, a Colorado limited liability company**<br><br><br>By: _____<br>Its: _____<br>Date: _____ | **JEFFREY A. BAYER, an individual**<br>Date: _____<br><br>**GAIL L. BAYER, an individual**<br>Date: _____ |
| **ROBERT BUZZETTI, an individual**<br>Date: _____ | **JULIE C. CANNER, an individual**<br>Date: _____ |
| **LEE JAMES CHIMERAKIS, an individual**<br>Date: _____<br><br>**THERESA ANN CHIMERAKIS, an individual**<br>Date: _____ | **KEVIN THOMAS CLARE, an individual**<br>Date: _____ |
| **NANCY LYNNE SHUTE, an individual**<br>Date: _____ | **RICHARD DAVIS, an individual**<br>Date: _8 - 1 - 19_<br><br>**SHIRLEY J. DAVIS, an individual**<br>Date: _8 -1 - 2019_ |
| **TOBY L. CONE TRUST**<br><br>By: _____<br>**TOBY L. CONE, Trustee of the Toby L. Cone Trust**<br>Date: _____ | **CARL EICHSTAEDT III, an individual**<br>Date: _____ |

**RCHFU, LLC, a Colorado limited liability company**

By: _____

Its: _____

Date: _____

**JEFFREY A. BAYER, an individual**
Date: _____

**GAIL L. BAYER, an individual**
Date: _____

**ROBERT BUZZETTI, an individual**
Date: _____

**JULIE C. CANNER, an individual**
Date: _____

**LEE JAMES CHIMERAKIS, an individual**
Date: _____

**KEVIN THOMAS CLARE, an individual**
Date: _____

**THERESA ANN CHIMERAKIS, an individual**
Date: _____

**NANCY LYNNE SHUTE, an individual**
Date: _____

**RICHARD DAVIS, an individual**
Date: _____

**SHIRLEY J. DAVIS, an individual**
Date: _____

**TOBY L. CONE TRUST**

By: _____
TOBY L. CONE, Trustee of the Toby L. Cone Trust
Date: _____

**CARL EICHSTAEDT III, an individual**
Date: 07/31/2019

**KOPPELMAN FAMILY TRUST**

By: _____
LARRY KOPPELMAN, Trustee of the
Koppelman Family Trust
Date: _____ 8/6/19 _____

_____
JAMES RICHARD FARQUHAR, an
individual
Date: _____

_____
JENNIFER LUCILLE FARQUHAR, an
individual
Date: _____

_____
DAVID LANCASHIRE, an individual
Date: _____

_____
STEPHEN ANDREWS, an individual
Date: _____

_____
BONNIE LIKOVER, an individual
Date: _____

_____
CRAIG LIPTON, an individual
Date: _____

_____
JEREMY LOWELL, D.D.S., an individual
Date: _____

_____
EDWARD P. MEYERSON, an individual
Date: _____

_____
LORI LOWELL., an individual
Date: _____

_____
ANDREA C. MEYERSON, an individual
Date: _____

**JERRY M. NOWELL TRUST**

By: _____
JERRY M. NOWELL, Trustee of the Jerry
M. Nowell Trust
Date: _____

**DEE ANN DAVIS NOWELL TRUST**

By: _____
DEE ANN DAVIS NOWELL, Trustee of the
Dee Ann Davis Nowell Trust
Date: _____

**KOPPELMAN FAMILY TRUST**

By: _____
LARRY KOPPELMAN, Trustee of the
Koppelman Family Trust
Date: _____

JAMES RICHARD FARQUHAR, an
individual
Date: _____

JENNIFER LUCILLE FARQUHAR, an
individual
Date: _____

_____
DAVID LANCASHIRE, an individual
Date: _____

STEPHEN ANDREWS, an individual
Date: _____

BONNIE LIKOVER, an individual
Date: _____

CRAIG LIPTON, an individual
Date: _____

JEREMY LOWELL, D.D.S., an individual
Date: _____

EDWARD P. MEYERSON, an individual
Date: _____

LORI LOWELL, an individual
Date: _____

ANDREA C. MEYERSON, an individual
Date: _____

**JERRY M. NOWELL TRUST**

By: _____
JERRY M. NOWELL, Trustee of the Jerry
M. Nowell Trust
Date: _____

**DEE ANN DAVIS NOWELL TRUST**

By: _____
DEE ANN DAVIS NOWELL, Trustee of the
Dee Ann Davis Nowell Trust
Date: _____

KOPPELMAN FAMILY TRUST

By:
LARRY KOPPELMAN, Trustee of the
Koppelman Family Trust
Date:

JAMES RICHARD FARQUHAR, an
individual
Date:

JENNIFER LUCILLE FARQUHAR, an
individual
Date:

BRYCE LOULDER, an individual
Date:

NICHOLAS LYNELYN, an individual
Date:

BONNIE LISOVER, an individual
Date:

CRAIG LIPTON, an individual
Date:

JEREMY LOWELL, D.D.S., an individual
Date:

EDWARD P. MEYERSON, an individual
Date:

_____, an individual
Date:

ANDREA C. MEYERSON, an individual
Date:

JERRY M. NOWELL TRUST

By:
JERRY M. NOWELL, Trustee of the Jerry
M. Nowell Trust
Date:

DEE ANN DAVIS NOWELL TRUST

By:
DEE ANN DAVIS NOWELL, Trustee of the
Dee Ann Davis Nowell Trust
Date:

| | |
|---|---|
| **KOPPELMAN FAMILY TRUST**<br><br>By: _____<br>**LARRY KOPPELMAN, Trustee of the Koppelman Family Trust**<br>Date: _____ | **JAMES RICHARD FARQUHAR, an individual**<br>Date: _____<br><br><br>**JENNIFER LUCILLE FARQUHAR, an individual**<br>Date: _____ |
| **DAVID LANCASHIRE, an individual**<br>Date: _____ | **STEPHEN ANDREWS, an individual**<br>Date: _____ |
| **BONNIE LIKOVER, an individual**<br>Date: _____ | **CRAIG LIPTON, an individual**<br>Date: _____ |
| **JEREMY LOWELL, D.D.S., an individual**<br>Date: _8/1/19_<br>_farm owner Jagoda Longevity, LLC_<br><br>**LORI LOWELL., an individual**<br>Date: _8/1/19_<br>_owner Jagoda Longevity, LLC_ | **EDWARD P. MEYERSON, an individual**<br>Date: _____<br><br><br>**ANDREA C. MEYERSON, an individual**<br>Date: _____ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry M. Nowell Trust**<br>Date: _____ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _____<br>**DEE ANN DAVIS NOWELL, Trustee of the Dee Ann Davis Nowell Trust**<br>Date: _____ |
| | |

| | |
|---|---|
| **KOPPELMAN FAMILY TRUST**<br><br>By: _____<br>**LARRY KOPPELMAN, Trustee of the Koppelman Family Trust**<br>Date: _____ | _____<br>**JAMES RICHARD FARQUHAR, an individual**<br>Date: _____<br><br><br>_____<br>**JENNIFER LUCILLE FARQUHAR, an individual**<br>Date: _____ |
| _____<br>**DAVID LANCASHIRE, an individual**<br>Date: _____ | _____<br>**STEPHEN ANDREWS, an individual**<br>Date: _____ |
| _____<br>**BONNIE LIKOVER, an individual**<br>Date: _____ | _____<br>**CRAIG LIPTON, an individual**<br>Date: _____ |
| _____<br>**JEREMY LOWELL, D.D.S., an individual**<br>Date: _____<br><br>_____<br>**LORI LOWELL., an individual**<br>Date: _____ | _____<br>**EDWARD P. MEYERSON, an individual**<br>Date: _____<br><br><br>_____<br>**ANDREA C. MEYERSON, an individual**<br>Date: _____ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry M. Nowell Trust**<br>Date: _8/4/19_ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _____<br>**DEE ANN DAVIS NOWELL, Trustee of the Dee Ann Davis Nowell Trust**<br>Date: _8 - 1 - 2019_ |
| | |

Page 9 of 31

| | |
|---|---|
| **KOPPELMAN FAMILY TRUST**<br><br>By: _____<br>**LARRY KOPPELMAN, Trustee of the Koppelman Family Trust**<br>Date: _____ | _____<br>**JAMES RICHARD FARQUHAR, an individual**<br>Date: _____ 6 AUG 2019<br><br>_____<br>**JENNIFER LUCILLE FARQUHAR, an individual**<br>Date: _____ 6 Aug 2019 |
| _____<br>**DAVID LANCASHIRE, an individual**<br>Date: _____ | _____<br>**STEPHEN ANDREWS, an individual**<br>Date: _____ |
| _____<br>**BONNIE LIKOVER, an individual**<br>Date: _____ | _____<br>**CRAIG LIPTON, an individual**<br>Date: _____ |
| _____<br>**JEREMY LOWELL, D.D.S., an individual**<br>Date: _____<br><br>_____<br>**LORI LOWELL., an individual**<br>Date: _____ | _____<br>**EDWARD P. MEYERSON, an individual**<br>Date: _____<br><br>_____<br>**ANDREA C. MEYERSON, an individual**<br>Date: _____ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry M. Nowell Trust**<br>Date: _____ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _____<br>**DEE ANN DAVIS NOWELL, Trustee of the Dee Ann Davis Nowell Trust**<br>Date: _____ |
| | |

Page 9 of 31

DocuSign Envelope ID: 9BF0D62E-8BE4-4B20-8F64-465BB963AA69

| | |
|---|---|
| **KOPPELMAN FAMILY TRUST**<br><br>By: _____<br>**LARRY KOPPELMAN, Trustee of the Koppelman Family Trust**<br>Date: _____ | _____<br>**JAMES RICHARD FARQUHAR, an individual**<br>Date: _____<br><br>_____<br>**JENNIFER LUCILLE FARQUHAR, an individual**<br>Date: _____ |
| _____<br>**DAVID LANCASHIRE, an individual**<br>Date: _____ | *Stephen Andrews*<br>DocuSigned by:<br>**STEPHEN ANDREWS, an individual**<br>Date: 8/13/2019 |
| _____<br>**BONNIE LIKOVER, an individual**<br>Date: _____ | _____<br>**CRAIG LIPTON, an individual**<br>Date: _____ |
| _____<br>**JEREMY LOWELL, D.D.S., an individual**<br>Date: _____<br><br>_____<br>**LORI LOWELL., an individual**<br>Date: _____ | _____<br>**EDWARD P. MEYERSON, an individual**<br>Date: _____<br><br>_____<br>**ANDREA C. MEYERSON, an individual**<br>Date: _____ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry M. Nowell Trust**<br>Date: _____ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _____<br>**DEE ANN DAVIS NOWELL, Trustee of the Dee Ann Davis Nowell Trust**<br>Date: _____ |
| | |

| | |
|---|---|
| **KOPPELMAN FAMILY TRUST**<br><br>By: _____<br>**LARRY KOPPELMAN, Trustee of the Koppelman Family Trust**<br>Date: _____ | _____<br>**JAMES RICHARD FARQUHAR, an individual**<br>Date: _____<br><br>_____<br>**JENNIFER LUCILLE FARQUHAR, an individual**<br>Date: _____ |
| _____<br>**DAVID LANCASHIRE, an individual**<br>Date: _____ | _____<br>**STEPHEN ANDREWS, an individual**<br>Date: _____ |
| _____<br>**BONNIE LIKOVER, an individual**<br>Date: _____ | *craig lipton*<br>_____<br>**CRAIG LIPTON, an individual**<br>Date: _____7.31.19 |
| _____<br>**JEREMY LOWELL, D.D.S., an individual**<br>Date: _____<br><br>_____<br>**LORI LOWELL., an individual**<br>Date: _____ | _____<br>**EDWARD P. MEYERSON, an individual**<br>Date: _____<br><br>_____<br>**ANDREA C. MEYERSON, an individual**<br>Date: _____ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry M. Nowell Trust**<br>Date: _____ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _____<br>**DEE ANN DAVIS NOWELL, Trustee of the Dee Ann Davis Nowell Trust**<br>Date: _____ |
| | |

| KOPPELMAN FAMILY TRUST | |
|---|---|
| By: _____<br>**LARRY KOPPELMAN, Trustee of the Koppelman Family Trust**<br>Date: _____ | _____<br>**JAMES RICHARD FARQUHAR, an individual**<br>Date: _____<br><br>_____<br>**JENNIFER LUCILLE FARQUHAR, an individual**<br>Date: _____ |
| _____<br>**DAVID LANCASHIRE, an individual**<br>Date: _____ | _____<br>**STEPHEN ANDREWS, an individual**<br>Date: _____ |
| _____<br>**BONNIE LIKOVER, an individual**<br>Date: _____ | _____<br>**CRAIG LIPTON, an individual**<br>Date: _____ |
| _____<br>**JEREMY LOWELL, D.D.S., an individual**<br>Date: _____<br><br>_____<br>**LORI LOWELL., an individual**<br>Date: _____ | _____<br>**EDWARD P. MEYERSON, an individual**<br>Date: _9-1-19_<br><br>_Andrea Meyerson_<br>**ANDREA C. MEYERSON, an individual**<br>Date: _9-1-19_ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry M. Nowell Trust**<br>Date: _____ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _____<br>**DEE ANN DAVIS NOWELL, Trustee of the Dee Ann Davis Nowell Trust**<br>Date: _____ |
| | |

| | |
|---|---|
| **KOPPELMAN FAMILY TRUST**<br><br>By: _____<br>**LARRY KOPPELMAN, Trustee of the**<br>**Koppelman Family Trust**<br>Date: _____ | _____<br>**JAMES RICHARD FARQUHAR, an**<br>**individual**<br>Date: _____<br><br><br>_____<br>**JENNIFER LUCILLE FARQUHAR, an**<br>**individual**<br>Date: _____ |
| _____<br>**DAVID LANCASHIRE, an individual**<br>Date: _____ | _____<br>**STEPHEN ANDREWS, an individual**<br>Date: _____ |
| _____<br>**BONNIE LIKOVER, an individual**<br>Date: _____ | _____<br>**CRAIG LIPTON, an individual**<br>Date: _____ |
| _____<br>**JEREMY LOWELL, D.D.S., an individual**<br>Date: _____<br><br>_____<br>**LORI LOWELL., an individual**<br>Date: _____ | _____<br>**EDWARD P. MEYERSON, an individual**<br>Date: _____<br><br><br>_____<br>**ANDREA C. MEYERSON, an individual**<br>Date: _____ |
| **JERRY M. NOWELL TRUST**<br><br>By: _____<br>**JERRY M. NOWELL, Trustee of the Jerry**<br>**M. Nowell Trust**<br>Date: _____ | **DEE ANN DAVIS NOWELL TRUST**<br><br>By: _Dee Ann Davis Nowell, Ttee_<br>**DEE ANN DAVIS NOWELL, Trustee of the**<br>**Dee Ann Davis Nowell Trust**<br>Date: _8-1-2019_ |
| | |

Page 9 of 31

| THOMAS M. PROSE REVOCABLE LIVING TRUST<br><br>By: _____<br>THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust<br>Date: __8/7/19__ | _____<br>CASEY M. ROGERS, an individual<br>Date: _____<br><br>_____<br>COURTNEY S. ROGERS, an individual<br>Date: _____ |
| _____<br>MICHAEL P. PACIN, an individual<br>Date: _____ | _____<br>C. RICHARD STASNEY, M.D, an individual<br>Date: _____<br><br>_____<br>SUSAN P. STASNEY, an individual<br>Date: _____ |
| _____<br>STEPHEN WEINSTEIN, an individual<br>Date: _____<br><br>_____<br>BRENDA WEINSTEIN, an individual<br>Date: _____ | _____<br>JACK ZEMER, an individual<br>Date: _____ |
| _____<br>JEFFREY L. BERNSTEIN, an individual<br>Date: _____<br><br>_____<br>AMY S. BERNSTEIN, an individual<br>Date: _____ | _____<br>CHRISTOPHER BRANOFF, an individual<br>Date: _____<br><br>_____<br>KIMBERLEY BRANOFF, an individual<br>Date: _____ |
| _____<br>RICHARD LOUISE LEVENGOOD, an individual<br>Date: _____<br><br>_____<br>LYNDA OVERLY LEVENGOOD, an individual<br>Date: _____ | _____<br>FRED H. FRIEDMAN, an individual<br>Date: _____<br><br>_____<br>BRENDA C. FRIEDMAN, an individual<br>Date: _____ |

| | |
|---|---|
| THOMAS M. PROSE REVOCABLE LIVING TRUST<br><br>By: _____<br>THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust<br>Date: _____ | _____<br>CASEY M. ROGERS, an individual<br>Date: _____<br><br>_____<br>COURTNEY S. ROGERS, an individual<br>Date: _____ |
| _____<br>MICHAEL P. PACIN, an individual<br>Date: _____8/r/19_____ | _____<br>C. RICHARD STASNEY, M.D, an individual<br>Date: _____<br><br>_____<br>SUSAN P. STASNEY, an individual<br>Date: _____ |
| _____<br>STEPHEN WEINSTEIN, an individual<br>Date: _____<br><br>_____<br>BRENDA WEINSTEIN, an individual<br>Date: _____ | _____<br>JACK ZEMER, an individual<br>Date: _____ |
| _____<br>JEFFREY L. BERNSTEIN, an individual<br>Date: _____<br><br>_____<br>AMY S. BERNSTEIN, an individual<br>Date: _____ | _____<br>CHRISTOPHER BRANOFF, an individual<br>Date: _____<br><br>_____<br>KIMBERLEY BRANOFF, an individual<br>Date: _____ |
| _____<br>RICHARD LOUISE LEVENGOOD, an individual<br>Date: _____<br><br>_____<br>LYNDA OVERLY LEVENGOOD, an individual<br>Date: _____ | _____<br>FRED H. FRIEDMAN, an individual<br>Date: _____<br><br>_____<br>BRENDA C. FRIEDMAN, an individual<br>Date: _____ |

| | |
|---|---|
| **THOMAS M. PROSE REVOCABLE LIVING TRUST**<br><br>By: _____<br>**THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust**<br>Date: _____ | **CASEY M. ROGERS, an individual**<br>Date: _____<br><br><br>**COURTNEY S. ROGERS, an individual**<br>Date: _____ |
| **MICHAEL P. PACIN, an individual**<br>Date: _____ | **C. RICHARD STASNEY, M.D, an individual**<br>Date: _____<br><br>**SUSAN P. STASNEY, an individual**<br>Date: _____ |
| **STEPHEN WEINSTEIN, an individual**<br>Date: _8/5/2019_<br><br>**BRENDA WEINSTEIN, an individual**<br>Date: _8/5/2019_ | **JACK ZEMER, an individual**<br>Date: _____ |
| **JEFFREY L. BERNSTEIN, an individual**<br>Date: _____<br><br>**AMY S. BERNSTEIN, an individual**<br>Date: _____ | **CHRISTOPHER BRANOFF, an individual**<br>Date: _____<br><br>**KIMBERLEY BRANOFF, an individual**<br>Date: _____ |
| **RICHARD LOUISE LEVENGOOD, an individual**<br>Date: _____<br><br>**LYNDA OVERLY LEVENGOOD, an individual**<br>Date: _____ | **FRED H. FRIEDMAN, an individual**<br>Date: _____<br><br>**BRENDA C. FRIEDMAN, an individual**<br>Date: _____ |

)

| | |
|---|---|
| **THOMAS M. PROSE REVOCABLE LIVING TRUST**<br><br>By: _____<br>**THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust**<br>Date: _____ | _____<br>**CASEY M. ROGERS, an individual**<br>Date: _____<br><br>_____<br>**COURTNEY S.  ROGERS, an individual**<br>Date: _____ |
| _____<br>**MICHAEL P. PACIN, an individual**<br>Date: _____ | _____<br>**C. RICHARD STASNEY, M.D, an individual**<br>Date: _____<br><br>_____<br>**SUSAN P. STASNEY, an individual**<br>Date: _____ |
| _____<br>**STEPHEN WEINSTEIN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA WEINSTEIN, an individual**<br>Date: _____ | _____<br>**JACK ZEMER, an individual**<br>Date: _____ |
| _____<br>**JEFFREY L. BERNSTEIN, an individual**<br>Date: August 1, 2019<br><br>_____<br>**AMY S. BERNSTEIN, an individual**<br>Date: August 1, 2019 | _____<br>**CHRISTOPHER BRANOFF, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLEY BRANOFF, an individual**<br>Date: _____ |
| _____<br>**RICHARD LOUISE LEVENGOOD, an individual**<br>Date: _____<br><br>_____<br>**LYNDA OVERLY LEVENGOOD, an individual**<br>Date: _____ | _____<br>**FRED H. FRIEDMAN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA C. FRIEDMAN, an individual**<br>Date: _____ |

DocuSign Envelope ID: 67E7A7C9-BF0B-4497-9AAB-5BF78359AA74

| | |
|---|---|
| **THOMAS M. PROSE REVOCABLE LIVING TRUST**<br><br>By: _____<br>**THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust**<br>Date: _____ | _____<br>**CASEY M. ROGERS, an individual**<br>Date: _____<br><br>_____<br>**COURTNEY S. ROGERS, an individual**<br>Date: _____ |
| _____<br>**MICHAEL P. PACIN, an individual**<br>Date: _____ | _____<br>**C. RICHARD STASNEY, M.D, an individual**<br>Date: _____<br><br>_____<br>**SUSAN P. STASNEY, an individual**<br>Date: _____ |
| _____<br>**STEPHEN WEINSTEIN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA WEINSTEIN, an individual**<br>Date: _____ | _____<br>**JACK ZEMER, an individual**<br>Date: _____ |
| _____<br>**JEFFREY L. BERNSTEIN, an individual**<br>Date: _____<br><br>_____<br>**AMY S. BERNSTEIN, an individual**<br>Date: _____ | _____<br>**CHRISTOPHER BRANOFF, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLEY BRANOFF, an individual**<br>Date: _____ |
| _____<br>**RICHARD LOUISE LEVENGOOD, an individual** Richard Levengood<br>Date: 8/7/2019<br><br>_____<br>**LYNDA OVERLY LEVENGOOD, an individual** Lynda Overly Levengood<br>Date: —52B571AC013C4A5... | _____<br>**FRED H. FRIEDMAN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA C. FRIEDMAN, an individual**<br>Date: _____ |

| | |
|---|---|
| **THOMAS M. PROSE REVOCABLE LIVING TRUST**<br><br>By: _____<br>**THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust**<br>Date: _____ | _____<br>**CASEY M. ROGERS, an individual**<br>Date: _____ 8-3-19<br><br>_____<br>**COURTNEY S. ROGERS, an individual**<br>Date: 8/3/19 |
| _____<br>**MICHAEL P. PACIN, an individual**<br>Date: _____ | _____<br>**C. RICHARD STASNEY, M.D, an individual**<br>Date: _____<br><br>_____<br>**SUSAN P. STASNEY, an individual**<br>Date: _____ |
| _____<br>**STEPHEN WEINSTEIN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA WEINSTEIN, an individual**<br>Date: _____ | _____<br>**JACK ZEMER, an individual**<br>Date: _____ |
| _____<br>**JEFFREY L. BERNSTEIN, an individual**<br>Date: _____<br><br>_____<br>**AMY S. BERNSTEIN, an individual**<br>Date: _____ | _____<br>**CHRISTOPHER BRANOFF, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLEY BRANOFF, an individual**<br>Date: _____ |
| _____<br>**RICHARD LOUISE LEVENGOOD, an individual**<br>Date: _____<br><br>_____<br>**LYNDA OVERLY LEVENGOOD, an individual**<br>Date: _____ | _____<br>**FRED H. FRIEDMAN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA C. FRIEDMAN, an individual**<br>Date: _____ |

| | |
|---|---|
| **THOMAS M. PROSE REVOCABLE LIVING TRUST**<br><br>By: _____<br>**THOMAS M. PROSE, M.D., Trustee of the**<br>**Thomas M. Prose Revocable Living Trust**<br>Date: _____ | _____<br>**CASEY M. ROGERS, an individual**<br>Date: _____<br><br>_____<br>**COURTNEY S. ROGERS, an individual**<br>Date: |
| <br><br>_____<br>**MICHAEL P. PACIN, an individual**<br>Date: _____ | **C. RICHARD STASNEY, M.D., an individual**<br>Date: 8 7 19<br><br>X _____<br>**SUSAN P. STASNEY, an individual**<br>Date: 8 7 19 |
| _____<br>**STEPHEN WEINSTEIN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA WEINSTEIN, an individual**<br>Date: _____ | _____<br>**JACK ZEMER, an individual**<br>Date: _____ |
| _____<br>**JEFFREY L. BERNSTEIN, an individual**<br>Date: _____<br><br>_____<br>**AMY S. BERNSTEIN, an individual**<br>Date: _____ | _____<br>**CHRISTOPHER BRANOFF, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLEY BRANOFF, an individual**<br>Date: _____ |
| _____<br>**RICHARD LOUISE LEVENGOOD, an individual**<br>Date: _____<br><br>_____<br>**LYNDA OVERLY LEVENGOOD, an individual**<br>Date: _____ | _____<br>**FRED H. FRIEDMAN, an individual**<br>Date: _____<br><br>_____<br>**BRENDA C. FRIEDMAN, an individual**<br>Date: _____ |

| THOMAS M. PROSE REVOCABLE LIVING TRUST<br><br>By: _____<br>THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust<br>Date: _____ | _____<br>CASEY M. ROGERS, an individual<br>Date: _____<br><br>_____<br>COURTNEY S. ROGERS, an individual<br>Date: _____ |
| _____<br>MICHAEL P. PACIN, an individual<br>Date: _____ | _____<br>C. RICHARD STASNEY, M.D, an individual<br>Date: _____<br><br>_____<br>SUSAN P. STASNEY, an individual<br>Date: _____ |
| _____<br>STEPHEN WEINSTEIN, an individual<br>Date: _____<br><br>_____<br>BRENDA WEINSTEIN, an individual<br>Date: _____ | *Jack Zemer*<br>JACK ZEMER, an individual<br>Date: Aug. 12, 2019 _____ |
| _____<br>JEFFREY L. BERNSTEIN, an individual<br>Date: _____<br><br>_____<br>AMY S. BERNSTEIN, an individual<br>Date: _____ | _____<br>CHRISTOPHER BRANOFF, an individual<br>Date: _____<br><br>_____<br>KIMBERLEY BRANOFF, an individual<br>Date: _____ |
| _____<br>RICHARD LOUISE LEVENGOOD, an individual<br>Date: _____<br><br>_____<br>LYNDA OVERLY LEVENGOOD, an individual<br>Date: _____ | _____<br>FRED H. FRIEDMAN, an individual<br>Date: _____<br><br>_____<br>BRENDA C. FRIEDMAN, an individual<br>Date: _____ |

| THOMAS M. PROSE REVOCABLE LIVING TRUST<br><br>By: _____<br>THOMAS M. PROSE, M.D., Trustee of the Thomas M. Prose Revocable Living Trust<br>Date: _____ | _____<br>CASEY M. ROGERS, an individual<br>Date: _____<br><br>_____<br>COURTNEY S. ROGERS, an individual<br>Date: _____ |
| _____<br>MICHAEL P. PACIN, an individual<br>Date: _____ | _____<br>C. RICHARD STASNEY, M.D, an individual<br>Date: _____<br><br>_____<br>SUSAN P. STASNEY, an individual<br>Date: _____ |
| _____<br>STEPHEN WEINSTEIN, an individual<br>Date: _____<br><br>_____<br>BRENDA WEINSTEIN, an individual<br>Date: _____ | _____<br>JACK ZEMER, an individual<br>Date: _____ |
| _____<br>JEFFREY L. BERNSTEIN, an individual<br>Date: _____<br><br>_____<br>AMY S. BERNSTEIN, an individual<br>Date: _____ | _____<br>CHRISTOPHER BRANOFF, an individual<br>Date: 8 - 1 - 2019<br><br>_____<br>KIMBERLEY BRANOFF, an individual<br>Date: 8 - 1 - 2019 |
| _____<br>RICHARD LOUISE LEVENGOOD, an individual<br>Date: _____<br><br>_____<br>LYNDA OVERLY LEVENGOOD, an individual<br>Date: _____ | _____<br>FRED H. FRIEDMAN, an individual<br>Date: _____<br><br>_____<br>BRENDA C. FRIEDMAN, an individual<br>Date: _____ |

a individual

CHRISTOPHER BRANOFF, an individual

Date: _____

vidual

KIMBERLEY BRANOFF, an individual

Date: _____

GOOD, an

FRED H. FRIEDMAN, an individual

Date: $8 - 1 - 2019$

OOD, an

BRENDA C. FRIEDMAN, an individual

Date: $8/5/19$

Page 10 of 31

08/06/2019  17:05    8177324718        BENGE DANIEL                No. 0060   P. 1        PAGE  01
Aug  6. 2019  2:03PM

| | |
|---|---|
| BENJE R. DANIEL, JR., DDS, MS, PA, an individual<br>Date: 8 - 6 - 2019<br><br>*Benge R. Daniel Jr*<br>*Jackie D Daniel* | R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST<br>By: _____<br>R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust<br>Date: _____<br><br>By: _____<br>CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust<br>Date: _____ |
| LILY ANN FRIEDMAN, an individual<br>Date: _____ | 831 701 ONTARIO LIMITED, a Canadian Corporation<br><br>Date: _____<br>By: _____<br>Its: _____ |
| GARRY R. KIMBALL, an individual<br>Date: _____<br><br>CATHERINE G.C. KIMBALL, an individual<br>Date: _____ | DAVID FRIEDMAN, an individual<br>Date: _____ |
| MICHAEL G. ROBINSON, an individual<br>Date: _____<br><br>CAROLINE ROBINSON, an individual<br>Date: _____ | |

| | |
|---|---|
| _____<br>**BENJE R. DANIEL, JR., DDS, MS, PA, an individual**<br>Date: _____ | **R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST**<br>By: _____<br>**R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____<br><br>By: _____<br>**CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____ |
| _____<br>**LILY ANN FRIEDMAN, an individual**<br>Date: ___8/7/19___<br>_Lily Fried_ | **831 701 ONTARIO LIMITED, a Canadian Corporation**<br><br>Date: _____<br>By: _____<br>Its: _____ |
| _____<br>**GARRY R. KIMBALL, an individual**<br>Date: _____<br><br>_____<br>**CATHERINE G.C. KIMBALL, an individual**<br>Date: _____ | _____<br>**DAVID FRIEDMAN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL G. ROBINSON, an individual**<br>Date: _____<br><br>_____<br>**CAROLINE ROBINSON, an individual**<br>Date: _____ | |

| | |
|---|---|
| _____<br>BENJE R. DANIEL, JR., DDS, MS, PA, an individual<br>Date: _____ | R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST<br>By: _____<br>R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust<br>Date: _____<br><br>By: _____<br>CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust<br>Date: _____ |
| _____<br>LILY ANN FRIEDMAN, an individual<br>Date: _____ | 831 701 ONTARIO LIMITED, a Canadian Corporation<br><br>Date: _____<br>By: _____<br>Its: _____ |
| _____<br>GARRY R. KIMBALL, an individual<br>Date: 8/1/19<br>_(signature)_<br>CATHERINE G.C. KIMBALL, an individual<br>Date: 8/1/19 _(signature)_ | _____<br>DAVID FRIEDMAN, an individual<br>Date: _____ |
| _____<br>MICHAEL G. ROBINSON, an individual<br>Date: _____<br><br>_____<br>CAROLINE ROBINSON, an individual<br>Date: _____ | |

| | |
|---|---|
| _____<br>**BENJE R. DANIEL, JR., DDS, MS, PA, an individual**<br>Date: _____ | **R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST**<br>By: _____<br>**R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____<br><br>By: _____<br>**CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____ |
| _____<br>**LILY ANN FRIEDMAN, an individual**<br>Date: _____ | **831 701 ONTARIO LIMITED, a Canadian Corporation**<br><br>Date: _____<br>By: _____<br>Its: _____ |
| _____<br>**GARRY R. KIMBALL, an individual**<br>Date: _____<br><br>_____<br>**CATHERINE G.C. KIMBALL, an individual**<br>Date: _____ | _____<br>**DAVID FRIEDMAN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL G. ROBINSON, an individual**<br>Date: 8 - 5 - 19<br><br>_____<br>**CAROLINE ROBINSON, an individual**<br>Date: 8 - 5 - 19 | |

DocuSign Envelope ID: B34A6A47-94D3-4E3B-93A8-B197E2121250

| | R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST |
|---|---|
| _____<br>**BENJE R. DANIEL, JR., DDS, MS, PA, an individual**<br>Date: _____ | By: *Cheryl M. Jones*<br>**R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: 8/14/2019 _____<br><br>By: *Cheryl M. Jones*<br>**CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____ |
| _____<br>**LILY ANN FRIEDMAN, an individual**<br>Date: _____ | **831 701 ONTARIO LIMITED, a Canadian Corporation**<br><br>Date: _____<br>By: _____<br>Its: _____ |
| _____<br>**GARRY R. KIMBALL, an individual**<br>Date: _____<br><br>_____<br>**CATHERINE G.C. KIMBALL, an individual**<br>Date: _____ | _____<br>**DAVID FRIEDMAN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL G. ROBINSON, an individual**<br>Date: _____<br><br>_____<br>**CAROLINE ROBINSON, an individual**<br>Date: _____ | |

| | |
|---|---|
| _____<br>**BENJE R. DANIEL, JR., DDS, MS, PA, an individual**<br>Date: _____ | **R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST**<br>By: _____<br>**R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____<br><br>By: _____<br>**CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust**<br>Date: _____ |
| _____<br>**LILY ANN FRIEDMAN, an individual**<br>Date: _____ | **831 701 ONTARIO LIMITED, a Canadian Corporation**<br><br>Date: _AUGUST 2, 2019_<br>  By: _RONALD KINNIS_<br>  Its: _PRESIDENT_ |
| _____<br>**GARRY R. KIMBALL, an individual**<br>Date: _____<br><br>_____<br>**CATHERINE G.C. KIMBALL, an individual**<br>Date: _____ | _____<br>**DAVID FRIEDMAN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL G. ROBINSON, an individual**<br>Date: _____<br><br>_____<br>**CAROLINE ROBINSON, an individual**<br>Date: _____ | |

|  | R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST |
|---|---|
| _____ BENJE R. DANIEL, JR., DDS, MS, PA, an individual Date: _____ | By: _____ R. DAVID JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust Date: _____ <br><br> By: _____ CHERYL M. JONES, Trustee of the R. David & Cheryl M. Jones Revocable Living Trust Date: _____ |
| _____ LILY ANN FRIEDMAN, an individual Date: _____ | 831 701 ONTARIO LIMITED, a Canadian Corporation <br> Date: _____ By: _____ Its: _____ |
| _____ GARRY R. KIMBALL, an individual Date: _____ _____ CATHERINE G.C. KIMBALL, an individual Date: _____ | _____ DAVID FRIEDMAN, an individual Date: 8-7-19 |
| _____ MICHAEL G. ROBINSON, an individual Date: _____ _____ CAROLINE ROBINSON, an individual Date: _____ |  |

HAMMER FAMILY LIMITED
PARTNERSHIP
By: _____
Its: _____
Date: _____

By: _____
Its: _____
Date: _____

By: _____
Its: _____
Date: _____

By: _____
Its: _____
Date: _____

8282 RCC ASPEN HIGHLANDS, LLC, a
Texas limited liability company

By: _____
Its: _____
Date: _____

CARL ANDREW RUDELLA, an individual
Date: _____

TAMMIEJO RUDELLA, an individual
Date: _____

DAVID S. ISRAEL TRUST

By: _____
DAVID S. ISRAEL, Trustee of the David S.
Israel Trust
Date: _____

ROBERT KAUFMANN, an individual
Date: _____

J & B WOODS FAMILY ASSOCIATES,
LLC
By: _____
Its: _____
Date: _____

KEVIN E. GRANT, an individual
Date: _____

|  | HAMMER FAMILY LIMITED PARTNERSHIP<br><br>By: _____<br>Its: _____<br>Date: _____<br><br>By: _____<br>Its: _____<br>Date: _____<br><br>By: _____<br>Its: _____<br>Date: _____<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **8202 RCC ASPEN HIGHLANDS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**CARL ANDREW RUDELLA, an individual**<br>Date: _____<br><br>_____<br>**TAMMIEJO RUDELLA, an individual**<br>Date: _____ |
| X _Mm_____<br>**ROBERT KAUFMANN, an individual**<br>Date: _8·2·19_____ | **DAVID S. ISRAEL TRUST**<br><br>By: _____<br>**DAVID S. ISRAEL, Trustee of the David S. Israel Trust**<br>Date: _____ |
| **J & B WOODS FAMILY ASSOCIATES, LLC**<br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**KEVIN E. GRANT, an individual**<br>Date: _____ |

**PARTNERSHIP**

By: _____
Its: _____
Date: _____

By: _____
Its: _____
Date: _____

By: _____
Its: _____
Date: _____

By: _____
Its: _____
Date: _____

**8202 RCC ASPEN HIGHLANDS, LLC, a Texas limited liability company**

By: _____
Its: _____
Date: _____

**CARL ANDREW RUDELLA, an individual**
Date: _____

**TAMMIEJO RUDELLA, an individual**
Date: _____

**DAVID S. ISRAEL TRUST**

**ROBERT KAUFMANN, an individual**
Date: _____

By: _____
**DAVID S. ISRAEL, Trustee of the David S. Israel Trust**
Date: _____

**J & B WOODS FAMILY ASSOCIATES, LLC**
By: _James E. Woods_
Its: _Managing Partner_
Date: _Aug 1, 2019_

**KEVIN E. GRANT, an individual**
Date: _____



**HAMMER FAMILY LIMITED PARTNERSHIP**

By: _Robert Hammer_
Its: _General Partner_
Date: _8/5/19_

By: _Renee Hammer_
Its: _General Partner_
Date: _8-5-19_

By: _____
Its: _____
Date: _____

By: _____
Its: _____

|  | **HAMMER FAMILY LIMITED PARTNERSHIP** |
|---|---|
|  | By: _____ <br> Its: _____ <br> Date: _____ |
|  | By: _____ <br> Its: _____ <br> Date: _____ |
|  | By: _____ <br> Its: _____ <br> Date: _____ |
|  | By: _____ <br> Its: _____ <br> Date: _____ |

| **8202 RCC ASPEN HIGHLANDS, LLC, a Texas limited liability company** <br><br> By: _____ <br> Its: _____ <br> Date: _____ | *Carl Andrew Rudella* <br> **CARL ANDREW RUDELLA, an individual** <br> Date: 8-8-19 <br><br> *Tammiejo Rudella* <br> **TAMMIEJO RUDELLA, an individual** <br> Date: 8·8·19 |
|---|---|

| _____ <br> **ROBERT KAUFMANN, an individual** <br> Date: _____ | **DAVID S. ISRAEL TRUST** <br><br> By: _____ <br> **DAVID S. ISRAEL, Trustee of the David S. Israel Trust** <br> Date: _____ |
|---|---|

| **J & B WOODS FAMILY ASSOCIATES, LLC** <br> By: _____ <br> Its: _____ <br> Date: _____ | _____ <br> **KEVIN E. GRANT, an individual** <br> Date: _____ |
|---|---|

|  | HAMMER FAMILY LIMITED PARTNERSHIP<br><br>By: _____<br>Its: _____<br>Date: _____<br><br>By: _____<br>Its: _____<br>Date: _____<br><br>By: _____<br>Its: _____<br>Date: _____<br><br>By: _____<br>Its: _____<br>Date: _____ |
| --- | --- |
| **8202 RCC ASPEN HIGHLANDS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**CARL ANDREW RUDELLA, an individual**<br>Date: _____<br><br>_____<br>**TAMMIEJO RUDELLA, an individual**<br>Date: _____ |
| _____<br>**ROBERT KAUFMANN, an individual**<br>Date: _____ | **DAVID S. ISRAEL TRUST**<br><br>By: _____<br>**DAVID S. ISRAEL, Trustee of the David S. Israel Trust**<br>Date: ____8/1/19_____ |
| **J & B WOODS FAMILY ASSOCIATES, LLC**<br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**KEVIN E. GRANT, an individual**<br>Date: _____ |

Grant,Kevin.pdf                          Open with

**HAMMER FAMILY LIMITED PARTNERSHIP**

By _____
Its _____
Date: _____

By _____
Its _____
Date _____

By _____
Its _____
Date: _____

By _____
Its _____
Date _____

**8202 RCC ASPEN HIGHLANDS, LLC, a Texas limited liability company**

By _____
Its _____
Date _____

**CARL ANDREW RUDELLA, an individual**
Date _____

**TAMMIEJO RUDELLA, an individual**
Date _____

**DAVID S. ISRAEL TRUST**

By: _____
**DAVID S. ISRAEL**, Trustee of the David S Israel Trust
Date _____

**ROBERT KAUFMANN, an individual**
Date _____

**J & R WOODS FAMILY ASSOCIATES, LLC**
By _____
Its _____
Date _____

**KEVIN E. GRANT, an individual**
Date 3-1-2015

Page 12 of 31

Page

| | |
|---|---|
| AMY D. RONNER, an individual<br>Date: 8/2/2019 | BRUCE E. REID, an individual<br>Date: _____<br><br>ROSEMARY W. REID, an individual<br>Date: _____ |
| CHARLES F.A. MCCLUER, III, P.A., a **Texas corporation**<br>By: _____<br>Its: _____<br>Date: _____ | FRANK R. VOGL, an individual<br>Date: _____<br><br>EMILY VOGL, an individual<br>Date: _____ |
| **LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership**<br>By: _____<br>Its: _____<br>Date: _____ | DRE, INC., an Illinois corporation<br>By: _____<br>Its: _____<br>Date: _____ |
| **ROBERT C. HUBBELL, an individual**<br>Date: _____<br><br>**JAN H. HUBBELL, an individual**<br>Date: _____ | VLADIMIR MALAKHOVA, an individual<br>Date: _____<br><br>LUDMILA MALAKHOVA, an individual<br>Date: _ |
| **DAVID SCHAECTER, an individual**<br>Date: _____ | EL PASO MANAGEMENT, LLC, an **Alaska limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| | |

08/01/2019  08:18    8177312661           CHARLES MCCLUER DDS                    PAGE  01

| | BRUCE E. REID, an individual<br>Date: _____ |
|---|---|
| AMY D. RONNER, an individual<br>Date: _____ | ROSEMARY W. REID, an individual<br>Date: _____ |
| CHARLES F.A. MCCLUER, III, P.A., a Texas corporation<br>By: _Charles F.A. McCluer III PA_<br>Its: _President_<br>Date: _8 - 1 - 19_ | FRANK R. VOGL, an individual<br>Date: _____ |
| | EMILY VOGL, an individual<br>Date: _____ |
| LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership<br>By: _____<br>Its: _____<br>Date: _____ | DRE, INC., an Illinois corporation<br>By: _____<br>Its: _____<br>Date: _____ |
| ROBERT C. HUBBELL, an individual<br>Date: _____ | VLADIMIR MALAKHOVA, an individual<br>Date: _____ |
| JAN H. HUBBELL, an individual<br>Date: _____ | LUDMILA MALAKHOVA, an individual<br>Date: _____ |
| DAVID SCHAECTER, an individual<br>Date: _____ | EL PASO MANAGEMENT, LLC, an Alaska limited liability company<br>By: _____<br>Its: _____<br>Date: _____ |
| | |

Levy Elliot.pdf                                    Open with

AMY D. RONNER, an individual
Date: _____

CHARLES E.A. McCLUER, III, P.A., a
Texas corporation
By: _____
Its: _____
Date: _____

LEVY VENTURES LIMITED
PARTNERSHIP, a Florida partnership
By: _Elliot R. Levy_____
Its: _Managing Member_
Date: _8-18-19_

ROBERT C. HUBBELL, an individual
Date: _____

JAN H. HUBBELL, an individual
Date: _____

DAVID SCHAECTER, an individual
Date: _____

BRUCE E. REID, an individual
Date: _____

ROSEMARY W. REID, an individual
Date: _____

FRANK R. VOGL, an individual
Date: _____

EMILY VOGL, an individual
Date: _____

DRE, INC., an Illinois corporation
By: _____
Its: _____
Date: _____

VLADIMIR MALAKHOVA, an individual
Date: _____

LUDMILA MALAKHOVA, an individual
Date: _____

EL PASO MANAGEMENT, LLC, an
Alaska limited liability company
By: _____
Its: _____
Date: _____

Page 13 of 33

| | |
|---|---|
| _____<br>**AMY D. RONNER, an individual**<br>Date: _____ | **BRUCE E. REID, an individual**<br>Date: _____<br><br>_____<br>**ROSEMARY W. REID, an individual**<br>Date: _____ |
| **CHARLES F.A. MCCLUER, III, P.A., a Texas corporation**<br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**FRANK R. VOGL, an individual**<br>Date: _____<br><br>_____<br>**EMILY VOGL, an individual**<br>Date: _____ |
| **LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership**<br>By: _____<br>Its: _____<br>Date: _____ | **DRE, INC., an Illinois corporation**<br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**ROBERT C. HUBBELL, an individual**<br>Date: _8/1/19_<br><br>_(signature)_<br>**JAN H. HUBBELL, an individual**<br>Date: _(signature)_<br>_8/1/19_ | _____<br>**VLADIMIR MALAKHOVA, an individual**<br>Date: _____<br><br>_____<br>**LUDMILA MALAKHOVA, an individual**<br>Date: ___ |
| _____<br>**DAVID SCHAECTER, an individual**<br>Date: _____ | **EL PASO MANAGEMENT, LLC, an Alaska limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| | |

Page 13 of 31

| | |
|---|---|
| _____<br>AMY D. RONNER, an individual<br>Date: _____ | _____<br>BRUCE E. REID, an individual<br>Date: _____<br><br>_____<br>ROSEMARY W. REID, an individual<br>Date: _____ |
| CHARLES F.A. MCCLUER, III, P.A., a<br>Texas corporation<br>By: _____<br>Its: _____<br>Date: _____ | _____<br>FRANK R. VOGL, an individual<br>Date: _____<br><br>_____<br>EMILY VOGL, an individual<br>Date: _____ |
| LEVY VENTURES LIMITED<br>PARTNERSHIP, a Florida partnership<br>By: _____<br>Its: _____<br>Date: _____ | DRE, INC., an Illinois corporation<br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>ROBERT C. HUBBELL, an individual<br>Date: _____<br><br>_____<br>JAN H. HUBBELL, an individual<br>Date: _____ | _____<br>VLADIMIR MALAKHOVA, an individual<br>Date: _____<br><br>_____<br>LUDMILA MALAKHOVA, an individual<br>Date: _ |
| _____<br>DAVID SCHAECTER, an individual<br>Date: July 31, 2019 | EL PASO MANAGEMENT, LLC, an<br>Alaska limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

Page 13 of 31

| | |
|---|---|
| _____<br>**AMY D. RONNER, an individual**<br>Date: _____ | **BRUCE E. REID, an individual**<br>Date: _____<br><br>_____<br>**ROSEMARY W. REID, an individual**<br>Date: _____ |
| **CHARLES F.A. MCCLUER, III, P.A.,** a<br>**Texas corporation**<br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**FRANK R. VOGL, an individual**<br>Date: _____<br><br>_____<br>**EMILY VOGL, an individual**<br>Date: _____ |
| **LEVY VENTURES LIMITED**<br>**PARTNERSHIP, a Florida partnership**<br>By: _____<br>Its: _____<br>Date: _____ | **DRE, INC., an Illinois corporation**<br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**ROBERT C. HUBBELL, an individual**<br>Date: _____<br><br>_____<br>**JAN H. HUBBELL, an individual**<br>Date: _____ | _____<br>**VLADIMIR MALAKHOVA, an individual**<br>Date: _____<br><br>_____<br>**LUDMILA MALAKHOVA, an individual**<br>Date: __ |
| _____<br>**DAVID SCHAECTER, an individual**<br>Date: _____ | **EL PASO MANAGEMENT, LLC, an**<br>**Alaska limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| | |

AMY D. RONNER, an individual
Date: _____

CHARLES F.A. MCCLUER, III, P.A., a Texas corporation
By: _____
Its: _____
Date: _____

LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership
By: _____
Its: _____
Date: _____

ROBERT C. HUBBELL, an individual
Date: _____

JAN H. HUBBELL, an individual
Date: _____

DAVID SCHAECTER, an individual
Date: _____

BRUCE E. REID, an individual
Date: _____

ROSEMARY W. REID, an individual
Date: _____

FRANK R. VOGL, an individual
Date: 08/01/2019

EMILY VOGL, an individual
Date: 08/01/2019

DRE, INC., an Illinois corporation
By: _____
Its: _____
Date: _____

VLADIMIR MALAKHOVA, an individual
Date: _____

LUDMILA MALAKHOVA, an individual
Date: _____

EL PASO MANAGEMENT, LLC, an Alaska limited liability company
By: _____
Its: _____
Date: _____

| | |
|---|---|
| _____<br>**AMY D. RONNER, an individual**<br>Date: _____ | **BRUCE E. REID, an individual**<br>Date: _____<br><br>_____<br>**ROSEMARY W. REID, an individual**<br>Date: _____ |
| **CHARLES F.A. MCCLUER, III, P.A., a Texas corporation**<br>By: _____<br>Its: _____<br>Date: _____ | **FRANK R. VOGL, an individual**<br>Date: _____<br><br>**EMILY VOGL, an individual**<br>Date: _____ |
| **LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership**<br>By: _____<br>Its: _____<br>Date: _____ | **DRE, INC., an Illinois corporation**<br>By: _Dennie R Ged_<br>Its: _PRESIDENT_<br>Date: _8-01-2019_ |
| _____<br>**ROBERT C. HUBBELL, an individual**<br>Date: _____<br><br>_____<br>**JAN H. HUBBELL, an individual**<br>Date: _____ | **VLADIMIR MALAKHOVA, an individual**<br>Date: _____<br><br>_____<br>**LUDMILA MALAKHOVA, an individual**<br>Date: _ |
| _____<br>**DAVID SCHAECTER, an individual**<br>Date: _____ | **EL PASO MANAGEMENT, LLC, an Alaska limited liability company**<br>By: _____<br>Its: _____<br>Date: _____ |
| | |

BRUCE E. REID, an individual
Date: _____

AMY D. RONNER, an individual
Date: _____

ROSEMARY W. REID, an individual
Date: _____

CHARLES F.A. MCCLUER, III, P.A., a
Texas corporation
By: _____
Its: _____
Date: _____

FRANK R. VOGL, an individual
Date: _____

EMILY VOGL, an individual
Date: _____

LEVY VENTURES LIMITED
PARTNERSHIP, a Florida partnership
By: _____
Its: _____
Date: _____

DRE, INC., an Illinois corporation
By: _____
Its: _____
Date: _____

ROBERT C. HUBBELL, an individual
Date: _____

VLADIMIR MALAKHOV, an individual
Date: 1/8/19

JAN K. HUBBELL, an individual
Date: _____

LUDMILA MALAKHOVA, an individual
Date: _____

01/8/19

DAVID SCHAECTER, an individual
Date: _____

EL PASO MANAGEMENT, LLC, an
Alaska limited liability company
By: _____
Its: _____
Date: _____

| | |
|---|---|
| _____<br>AMY D. RONNER, an individual<br>Date: _____ | BRUCE E. REID, an individual<br>Date: _____<br><br>_____<br>ROSEMARY W. REID, an individual<br>Date: _____ |
| CHARLES F.A. MCCLUER, III, P.A., a Texas corporation<br>By: _____<br>Its: _____<br>Date: _____ | _____<br>FRANK R. VOGL, an individual<br>Date: _____<br><br>_____<br>EMILY VOGL, an individual<br>Date: _____ |
| LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership<br>By: _____<br>Its: _____<br>Date: _____ | DRE, INC., an Illinois corporation<br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>ROBERT C. HUBBELL, an individual<br>Date: _____<br><br>_____<br>JAN H. HUBBELL, an individual<br>Date: _____ | _____<br>VLADIMIR MALAKHOVA, an individual<br>Date: _____<br><br>_____<br>LUDMILA MALAKHOVA, an individual<br>Date: _ |
| _____<br>DAVID SCHAECTER, an individual<br>Date: _____ | EL PASO MANAGEMENT, LLC, an Alaska limited liability company<br>By: _BRUCE BRINGWE_<br>Its: _MANAGER_<br>Date: _8/4/2019_ |
| | |

| | |
|---|---|
| **JH CAPITAL CORPORATION, a Florida corporation**<br><br>By: _~Raph Ha~_<br>Its: _President_<br>Date: _August 1st, 2019_ | **PEPKOWITZ TRUST**<br><br>By: _____<br>**SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust**<br>Date: _____<br><br>By: _____<br>**ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust**<br>Date: _____ |
| _____<br>**BRYAN J. HAWKINS, an individual**<br>Date: _____<br><br>_____<br>**LAURA A. HAWKINS, an individual**<br>Date: _____ | _____<br>**DAVID S. BLACHER, an individual**<br>Date: _____<br><br>_____<br>**CONSTANCE H. BLACHER, an individual**<br>Date: _____ |
| **LE BEFANA TRUST**<br><br>By: _____<br>**MONICA M. CAMPANELLA, Trustee of the Le Befana Trust**<br>Date: _____ | **BRUCE M. NESBITT REVOCABLE TRUST**<br><br>By: _____<br>**BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust**<br>Date: _____ |
| _____<br>**ANTHONY F. PRINSTER, an individual**<br>Date: _____<br><br>_____<br>**SALLY L. PRINSTER, an individual**<br>Date: _____ | **REETA G. CASEY REVOCABLE LIVING TRUST**<br><br>By: _____<br>**REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust**<br>Date: _____ |
| _____<br>**GILBERT P. GRADINGER, an individual**<br>Date: _____ | _____<br>**JEFFREY RAPPIN an individual**<br>Date: _____ |

| | |
|---|---|
| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| *[signature]*<br>BRYAN J. HAWKINS, an individual<br>Date: 8/1/19 | _____<br>DAVID S. BLACHER, an individual<br>Date: _____ |
| *[signature]*<br>LAURA A. HAWKINS, an individual<br>Date: 8/1/19 | _____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____ |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| GILBERT P. GRADINGER, an individual<br>Date: | JEFFREY RAPPIN an individual<br>Date: |

Date _____ Trust _____ Trustee of the

By: _____
ROBERTA A. PEPKOWITZ, Trustee of the
Pepkowitz Trust
Date _____

BRYAN J. HAWKINS, an individual
Date _____

DAVID S. BLACHER, an individual
Date _____

LAURA A. HAWKINN, an individual
Date _____

CONSTANCE H. BLACHER, an individual
Date _____

LE BEFANA TRUST

By: _____
MONICA M. CAMPANELLA, Trustee of
the Le Befana Trust
Date _August 2, 2017_

_Monica M Campanella_

BRUCE M. NESBITT REVOCABLE
TRUST

By: _____
BRUCE M. NESBITT, Trustee of the Bruce
M. Nesbitt Revocable Trust
Date _____

ANTHONY F. PRINSTER, an individual
Date _____

REETA G. CASEY REVOCABLE LIVING
TRUST

By: _____
REETA G. CASEY, Trustee of the Reeta G.
Casey Revocable Living Trust
Date _____

SALLY L. PRINSTER, an individual
Date _____

GILBERT P. GRADINGER, an individual
Date _____

JEFFREY RAPPIN an individual
Date _____

| | |
|---|---|
| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| ‒<br><br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br><br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: _____<br><br>_____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____<br><br><br>ANTHONY F. PRINSTER, an individual<br>Date: 8 - 1 -- 2019<br><br>SALLY L. PRINSTER, an individual<br>Date: 8 / 1 / 2019 | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____<br><br>REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| _____<br>GILBERT P. GRADINGER, an individual<br>Date: _____ | _____<br>JEFFREY RAPPIN an individual<br>Date: _____ |

| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| _____<br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br>_____<br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: _____<br><br>_____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____ |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| *Gilbert Gradinger*<br>GILBERT P. GRADINGER, an individual<br>Date: 2 / 13 /19 | _____<br>JEFFREY RAPPIN an individual<br>Date: _____ |

*by attorney in fact*

Page 14 of 31

| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _Samuel H Pepkowitz_<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _07/31/2019_<br><br>By: _Roberta A Pepkowitz_<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _07/31/2019_ |
| _____<br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br>_____<br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: _____<br><br>_____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____ |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| _____<br>GILBERT P. GRADINGER, an individual<br>Date: | _____<br>JEFFREY RAPPIN an individual<br>Date: _____ |

| | |
|---|---|
| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| _____<br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br><br>_____<br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: 08/01/19<br><br>_David S. Blacher_<br>CONSTANCE H. BLACHER, an individual<br>Date: August 1, 2089<br><br>_Constance H. Blacher_ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____ |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| _____<br>GILBERT P. GRADINGER, an individual<br>Date: _____ | _____<br>JEFFREY RAPPIN an individual<br>Date: _____ |

| | |
|---|---|
| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| _____<br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br><br>_____<br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: _____<br><br><br>_____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By _____  8/5/19<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____  8-5-19 |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| _____<br>GILBERT P. GRADINGER, an individual<br>Date: _____ | _____<br>JEFFREY RAPPIN an individual<br>Date: _____ |

| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| _____<br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br>_____<br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: _____<br><br>_____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____ |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _Reeta G Casey_<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _August 11-2019_ |
| _____<br>GILBERT P. GRADINGER, an individual<br>Date: _____ | _____<br>JEFFREY RAPPIN an individual<br>Date: _____ |

| JH CAPITAL CORPORATION, a Florida corporation<br><br>By: _____<br>Its: _____<br>Date: _____ | PEPKOWITZ TRUST<br><br>By: _____<br>SAMUEL H. PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____<br><br>By: _____<br>ROBERTA A PEPKOWITZ, Trustee of the Pepkowitz Trust<br>Date: _____ |
| ___<br><br>_____<br>BRYAN J. HAWKINS, an individual<br>Date: _____<br><br>_____<br>LAURA A. HAWKINS, an individual<br>Date: _____ | _____<br>DAVID S. BLACHER, an individual<br>Date: _____<br><br>_____<br>CONSTANCE H. BLACHER, an individual<br>Date: _____ |
| LE BEFANA TRUST<br><br>By: _____<br>MONICA M. CAMPANELLA, Trustee of the Le Befana Trust<br>Date: _____ | BRUCE M. NESBITT REVOCABLE TRUST<br><br>By: _____<br>BRUCE M. NESBITT, Trustee of the Bruce M. Nesbitt Revocable Trust<br>Date: _____ |
| _____<br>ANTHONY F. PRINSTER, an individual<br>Date: _____<br><br>_____<br>SALLY L. PRINSTER, an individual<br>Date: _____ | REETA G. CASEY REVOCABLE LIVING TRUST<br><br>By: _____<br>REETA G. CASEY, Trustee of the Reeta G. Casey Revocable Living Trust<br>Date: _____ |
| _____<br>GILBERT P. GRADINGER, an individual<br>Date: _____ | _____<br>JEFFREY RAPPIN, an individual<br>Date:  8/1/17 |

SALLY A. GRADINGER, an individual
Date: 8 / 13 / 19

| MILAN RANDIC TRUST | MIRIJANA RANDIC TRUST |
|---|---|
| By: _____<br>MILAN RANDIC, Trustee of the Milan Randic Trust<br>Date: _____ | By: _____<br>MIRIJANA RANDIC, Trustee of the Mirijana Randic Trust<br>Date: _____ |
| _____<br>CHARLES B. BUCHANAN, an individual<br>Date: _____<br><br>_____<br>CHARLOTTE S. BUCHANAN, an individual<br>Date: _____ | ANNETTE KALCHEIM TRUST<br><br>By: _____<br>ANNETTE KALCHEIM, Trustee of the Annette Kalcheim Trust<br>Date: _____ |
| MINDY R. WEXLER REVOCABLE TRUST<br><br>By: _____<br>MINDY R. WEXLER, Trustee of the Mindy R. Wexler Revocable Trust<br>Date: _____ | _____<br>JOHN BERGSTROM, an individual<br>Date: _____ |
| _____<br>NORMAN C. CREECH, an individual<br>Date: _____<br><br>_____<br>SUSAN S. CREECH, an individual<br>Date: _____<br><br>_____<br>LOUISE B. HOVERSTEN, an individual<br>Date: _____ | _____<br>JOHN E. BLANCHARD, an individual<br>Date: _____<br><br>_____<br>JENNIFER BLANCHARD, an individual<br>Date: _____<br><br>_____<br>ROBERT BLANCHARD, an individual<br>Date: _____ |

| | |
|---|---|
| **SALLY A. GRADINGER, an individual**<br>Date: _____ | |
| **MILAN RANDIC TRUST**<br><br>By: _____<br>**MILAN RANDIC, Trustee of the Milan Randic Trust**<br>Date: *August 9, 2019* | **MIRIJANA RANDIC TRUST**<br><br>By: _____<br>**MIRIJANA RANDIC, Trustee of the Mirijana Randic Trust**<br>Date: *August 9, 2019*<br>*As Attorney in fact* |
| **CHARLES B. BUCHANAN, an individual**<br>Date: _____<br><br>**CHARLOTTE S. BUCHANAN, an individual**<br>Date: _____ | **ANNETTE KALCHEIM TRUST**<br><br>By: _____<br>**ANNETTE KALCHEIM, Trustee of the Annette Kalcheim Trust**<br>Date: _____ |
| **MINDY R. WEXLER REVOCABLE TRUST**<br><br>By: _____<br>**MINDY R. WEXLER, Trustee of the Mindy R. Wexler Revocable Trust**<br>Date: _____ | **JOHN BERGSTROM, an individual**<br>Date: _____ |
| **NORMAN C. CREECH, an individual**<br>Date: _____ | **JOHN E. BLANCHARD, an individual**<br>Date: _____ |
| **SUSAN S. CREECH, an individual**<br>Date: _____ | **JENNIFER BLANCHARD, an individual**<br>Date: _____ |
| **LOUISE E. HOVERSTEN, an individual**<br>Date: _____ | **ROBERT BLANCHARD, an individual**<br>Date: _____ |

| | |
|---|---|
| SALLY A. GRADINGER, an individual<br>Date: _____ | |
| MILAN RANDIC TRUST<br><br>By: _____<br>MILAN RANDIC, Trustee of the Milan<br>Randic Trust<br>Date: _____ | MIRIJANA RANDIC TRUST<br><br>By: _____<br>MIRIJANA RANDIC, Trustee of the<br>Mirijana Randic Trust<br>Date: _____ |
| CHARLES B. BUCHANAN, an individual<br>Date: _Aug 8 2019_<br><br>_Chrles BBuchan_<br>CHARLOTTE S. BUCHANAN, an<br>individual<br>Date: _Aug. 8, 2019_<br>_Charlotte S. Buchanan_ | ANNETTE KALCHEIM TRUST<br><br>By: _____<br>ANNETTE KALCHEIM, Trustee of the<br>Annette Kalcheim Trust<br>Date: _____ |
| MINDY R. WEXLER REVOCABLE<br>TRUST<br><br>By: _____<br>MINDY R. WEXLER, Trustee of the Mindy<br>R. Wexler Revocable Trust<br>Date: _____ | JOHN BERGSTROM, an individual<br>Date: _____ |
| NORMAN C. CREECH, an individual<br>Date: _____ | JOHN E. BLANCHARD, an individual<br>Date: _____ |
| SUSAN S. CREECH, an individual<br>Date: _____ | JENNIFER BLANCHARD, an individual<br>Date: _____ |
| LOUISE B. HOVERSTEN, an individual<br>Date: | ROBERT BLANCHARD, an individual<br>Date: |

SALLY A. GRADINGER, an individual
Date: _____

MILAN RANDIC TRUST

By: _____
MILAN RANDIC, Trustee of the Milan
Randic Trust
Date: _____

MIRIJANA RANDIC TRUST

By: _____
MIRIJANA RANDIC, Trustee of the
Mirijana Randic Trust
Date: _____

CHARLES B. BUCHANAN, an individual
Date: _____

ANNETTE KALCHEIM TRUST

By: _____
ANNETTE KALCHEIM, Trustee of the
Annette Kalcheim Trust
Date: _____

CHARLOTTE S. BUCHANAN, an
individual
Date: _____

MINDY R. WEXLER REVOCABLE
TRUST

By: _Mindy Wexler Trustee_
MINDY R. WEXLER, Trustee of the Mindy
R. Wexler Revocable Trust
Date: 8/2/19

JOHN BERGSTROM, an individual
Date: _____

NORMAN C. CREECH, an individual
Date: _____

JOHN E. BLANCHARD, an individual
Date: _____

SUSAN S. CREECH, an individual
Date: _____

JENNIFER BLANCHARD, an individual
Date: _____

LOUISE B. HOVERSTEN, an individual
Date: _____

ROBERT BLANCHARD, an individual
Date: _____

| | |
|---|---|
| **SALLY A. GRADINGER,** an individual<br>Date: _____ | |
| **MILAN RANDIC TRUST**<br><br>By: _____<br>**MILAN RANDIC,** Trustee of the Milan Randic Trust<br>Date: _____ | **MIRIJANA RANDIC TRUST**<br><br>By: _____<br>**MIRIJANA RANDIC,** Trustee of the Mirijana Randic Trust<br>Date: _____ |
| **CHARLES B. BUCHANAN,** an individual<br>Date: _____<br><br>**CHARLOTTE S. BUCHANAN,** an individual<br>Date: _____ | **ANNETTE KALCHEIM TRUST**<br><br>By: _____<br>**ANNETTE KALCHEIM,** Trustee of the **Annette Kalcheim Trust**<br>Date: _____ |
| **MINDY R. WEXLER REVOCABLE TRUST**<br><br>By: _____<br>**MINDY R. WEXLER,** Trustee of the Mindy R. Wexler Revocable Trust<br>Date: _____ | **JOHN BERGSTROM,** an individual<br>Date: _____ |
| *[signature]*<br>**NORMAN C. CREECH,** an individual<br>Date: Aug. 1, 2019<br><br>*[signature]*<br>**SUSAN S. CREECH,** an individual<br>Date: Aug 1, 2019<br><br>**LOUISE B. HOVERSTEN,** an individual<br>Date: | **JOHN E. BLANCHARD,** an individual<br>Date: _____<br><br>**JENNIFER BLANCHARD,** an individual<br>Date: _____<br><br>**ROBERT BLANCHARD,** an individual<br>Date: |

| | |
|---|---|
| **SALLY A. GRADINGER**, an individual<br>Date: _____ | |
| **MILAN RANDIC TRUST**<br><br>By: _____<br>**MILAN RANDIC**, Trustee of the Milan Randic Trust<br>Date: _____ | **MIRIJANA RANDIC TRUST**<br><br>By: _____<br>**MIRIJANA RANDIC**, Trustee of the Mirijana Randic Trust<br>Date: _____ |
| **CHARLES B. BUCHANAN**, an individual<br>Date: _____<br><br>**CHARLOTTE S. BUCHANAN**, an individual<br>Date: _____ | **ANNETTE KALCHEIM TRUST**<br><br>By: _____<br>**ANNETTE KALCHEIM**, Trustee of the Annette Kalcheim Trust<br>Date: _____ |
| **MINDY R. WEXLER REVOCABLE TRUST**<br><br>By: _____<br>**MINDY R. WEXLER**, Trustee of the Mindy R. Wexler Revocable Trust<br>Date: _____ | **JOHN BERGSTROM**, an individual<br>Date: _____ |
| **NORMAN C. CREECH**, an individual<br>Date: _____<br><br>**SUSAN S. CREECH**, an individual<br>Date: _____<br><br>**LOUISE B. HOVERSTEN**, an individual<br>Date: 7/3i/19 | **JOHN E. BLANCHARD**, an individual<br>Date: _____<br><br>**JENNIFER BLANCHARD**, an individual<br>Date: _____<br><br>**ROBERT BLANCHARD**, an individual<br>Date: _____ |

| | |
|---|---|
| SALLY A. GRADINGER, an individual<br>Date: _____ | PENNY BROWN, an individual<br>Date: ___8/1/19_____ |
| MILAN RANDIC TRUST<br><br>By: _____<br>MILAN RANDIC, Trustee of the Milan<br>Randic Trust<br>Date: _____ | MIRIJANA RANDIC TRUST<br><br>By: _____<br>MIRIJANA RANDIC, Trustee of the<br>Mirijana Randic Trust<br>Date: _____ |
| CHARLES B. BUCHANAN, an individual<br>Date: _____<br><br>CHARLOTTE S. BUCHANAN, an<br>individual<br>Date: _____ | ANNETTE KALCHEIM TRUST<br><br>By: _____<br>ANNETTE KALCHEIM, Trustee of the<br>Annette Kalcheim Trust<br>Date: _____ |
| MINDY R. WEXLER REVOCABLE<br>TRUST<br><br>By: _____<br>MINDY R. WEXLER, Trustee of the Mindy<br>R. Wexler Revocable Trust<br>Date: _____ | JOHN BERGSTROM, an individual<br>Date: _____ |
| NORMAN C. CREECH, an individual<br>Date: _____<br><br>SUSAN S. CREECH, an individual<br>Date: _____<br><br>LOUISE B. HOVERSTEN, an individual<br>Date: _____ | JOHN E. BLANCHARD, an individual<br>Date: _____<br><br>JENNIFER BLANCHARD, an individual<br>Date: _____<br><br>ROBERT BLANCHARD, an individual<br>Date: _____ |

SALLY A. GRADINGER, an individual
Date: _____

MILAN RANDIC TRUST

By: _____
MILAN RANDIC, Trustee of the Milan
Randic Trust
Date: August 9, 2019

MIRIJANA RANDIC TRUST

By: _____
MIRIJANA RANDIC, Trustee of the
Mirijana Randic Trust
Date: August 9, 2019
As Attorney in fact

CHARLES B. BUCHANAN, an individual
Date: _____

CHARLOTTE S. BUCHANAN, an
individual
Date: _____

ANNETTE KALCHEIM TRUST

By: _____
ANNETTE KALCHEIM, Trustee of the
Annette Kalcheim Trust
Date: _____

MINDY R. WEXLER REVOCABLE
TRUST

By: _____
MINDY R. WEXLER, Trustee of the Mindy
R. Wexler Revocable Trust
Date: _____

JOHN BERGSTROM, an individual
Date: _____

NORMAN C. CREECH, an individual
Date: _____

JOHN E. BLANCHARD, an individual
Date: _____

SUSAN S. CREECH, an individual
Date: _____

JENNIFER BLANCHARD, an individual
Date: _____

LOUISE E. HOVERSTEN, an individual
Date: _____

ROBERT BLANCHARD, an individual
Date: _____

SALLY A. GRADINGER, an individual
Date: _____

---

MILAN RANDIC TRUST

By: _____
MILAN RANDIC, Trustee of the Milan
Randic Trust
Date: _____

MIRIJANA RANDIC TRUST

By: _____
MIRIJANA RANDIC, Trustee of the
Mirijana Randic Trust
Date: _____

---

CHARLES B. BUCHANAN, an individual
Date: _____

ANNETTE KALCHEIM TRUST

By: _Annette Kalcheim_
ANNETTE KALCHEIM, Trustee of the
Annette Kalcheim Trust
Date: _5/1/19_

CHARLOTTE S. BUCHANAN, an
individual
Date: _____

---

MINDY R. WEXLER REVOCABLE
TRUST

By: _____
MINDY R. WEXLER, Trustee of the Mindy
R. Wexler Revocable Trust
Date: _____

JOHN BERGSTROM, an individual
Date: _____

---

NORMAN C. CREECH, an individual
Date: _____

JOHN E. BLANCHARD, an individual
Date: _____

SUSAN S. CREECH, an individual
Date: _____

JENNIFER BLANCHARD, an individual
Date: _____

LOUISE B. HOVERSTEN, an individual
Date: _____

ROBERT BLANCHARD, an individual
Date: _____

| | |
|---|---|
| _____<br>SALLY A. GRADINGER, an individual<br>Date: _____ | |
| **MILAN RANDIC TRUST**<br><br>By: _____<br>MILAN RANDIC, Trustee of the Milan<br>Randic Trust<br>Date: _____ | **MIRIJANA RANDIC TRUST**<br><br>By: _____<br>MIRIJANA RANDIC, Trustee of the<br>Mirijana Randic Trust<br>Date: _____ |
| _____<br>CHARLES B. BUCHANAN, an individual<br>Date: _____<br><br>_____<br>CHARLOTTE S. BUCHANAN, an<br>individual<br>Date: _____ | **ANNETTE KALCHEIM TRUST**<br><br>By: _____<br>ANNETTE KALCHEIM, Trustee of the<br>Annette Kalcheim Trust<br>Date: _____ |
| **MINDY R. WEXLER REVOCABLE TRUST**<br><br>By: _____<br>MINDY R. WEXLER, Trustee of the Mindy<br>R. Wexler Revocable Trust<br>Date: _____ | _____<br>JOHN BERGSTROM, an individual<br>Date: 8/3/19 |
| _____<br>NORMAN C. CREECH, an individual<br>Date: _____<br><br>_____<br>SUSAN S. CREECH, an individual<br>Date: _____<br><br>_____<br>LOUISE B. HOVERSTEN, an individual<br>Date: _____ | _____<br>JOHN E. BLANCHARD, an individual<br>Date: _____<br><br>_____<br>JENNIFER BLANCHARD, an individual<br>Date: _____<br><br>_____<br>ROBERT BLANCHARD, an individual<br>Date: _____ |

| | |
|---|---|
| **SALLY A. GRADINGER, an individual**<br>Date: _____ | |
| **MILAN RANDIC TRUST**<br><br>By: _____<br>**MILAN RANDIC,** Trustee of the Milan Randic Trust<br>Date: _____ | **MIRIJANA RANDIC TRUST**<br><br><br>By: _____<br>**MIRIJANA RANDIC,** Trustee of the Mirijana Randic Trust<br>Date: _____ |
| _____<br>**CHARLES B. BUCHANAN,  an individual**<br>Date: _____<br><br>_____<br>**CHARLOTTE S. BUCHANAN, an individual**<br>Date: _____ | **ANNETTE KALCHEIM TRUST**<br><br>By: _____<br>**ANNETTE KALCHEIM,** Trustee of the **Annette Kalcheim Trust**<br>Date: _____ |
| **MINDY R. WEXLER REVOCABLE TRUST**<br><br>By: _____<br>**MINDY R. WEXLER, Trustee of the Mindy R. Wexler Revocable Trust**<br>Date: _____ | _____<br>**JOHN BERGSTROM, an individual**<br>Date: _____ |
| _____<br>**NORMAN C. CREECH, an individual**<br>Date: _____<br><br>_____<br>**SUSAN S. CREECH, an individual**<br>Date: _____<br><br>_____<br>**LOUISE B. HOVERSTEN, an individual**<br>Date: _____ | _____<br>**JOHN E. BLANCHARD, an individual**<br>Date: 8/1/19<br><br>_____<br>**JENNIFER BLANCHARD, an individual**<br>Date: 8/1/19<br><br>_____<br>**ROBERT BLANCHARD, an individual**<br>Date: _____ |

SALLY A. GRADINGER, an individual
Date: _____

| | |
|---|---|
| MILAN RANDIC TRUST<br><br>By: _____<br>MILAN RANDIC, Trustee of the Milan Randic Trust<br>Date: _____ | MIRIJANA RANDIC TRUST<br><br>By: _____<br>MIRIJANA RANDIC, Trustee of the Mirijana Randic Trust<br>Date: _____ |
| CHARLES B. BUCHANAN, an individual<br>Date: _____<br><br>CHARLOTTE S. BUCHANAN, an individual<br>Date: _____ | ANNETTE KALCHEIM TRUST<br><br>By: _____<br>ANNETTE KALCHEIM, Trustee of the Annette Kalcheim Trust<br>Date: _____ |
| MINDY R. WEXLER REVOCABLE TRUST<br><br>By: _____<br>MINDY R. WEXLER, Trustee of the Mindy R. Wexler Revocable Trust<br>Date: _____ | JOHN BERGSTROM, an individual<br>Date: _____ |
| NORMAN C. CREECH, an individual<br>Date: _____<br><br>SUSAN S. CREECH, an individual<br>Date: _____<br><br>LOUISE B. HOVERSTEN, an individual<br>Date: _____ | JOHN E. BLANCHARD, an individual<br>Date: _____<br><br>JENNIFER BLANCHARD, an individual<br>Date: _____<br><br>ROBERT BLANCHARD, an individual<br>Date: 8/1/19 |

|  | ELLEN BLANCHARD, an individual<br>Date: _____ |
|---|---|
| *May S Chavin*<br>**GARY S. CHAVIN**, an individual<br>Date: 8/2/2019<br>*Pat A. Chavin*<br>**PAT A. CHAVIN**, an individual<br>Date: August 2, 2019 | **HOWARD A. SIMON**, an individual<br>Date: _____<br><br>**ELIZABETH M SIMON**, an individual<br>Date: _____ |
| **JOSEPH FRYZER**, an individual<br>Date: _____ | **DOUGLAS KADISON**, an individual<br>Date: _____<br><br>**CAROL KADISON**, an individual<br>Date: _____ |
| **NANCY L. LACKEY LIVING TRUST**<br><br>By: _____<br>**NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust**<br>Date: _____ | **DANNY V. LACKEY LIVING TRUST**<br><br>By: _____<br>**DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust**<br>Date: _____ |
| **PAUL C. ROSENTHAL an individual**<br>Date: _____<br><br>**CARLA P. ROSENTHAL an individual**<br>Date: _____ | **H.M. PALM, an individual**<br>Date: _____<br><br>**MARGARET PALM, an individual**<br>Date: _____ |
|  |  |

| | |
|---|---|
| | ELLEN BLANCHARD, an individual<br>Date: _____ |
| GARY S. CHAVIN, an individual<br>Date: _____ | HOWARD A. SIMON, an individual<br>Date: _____ |
| PAT A. CHAVIN, an individual<br>Date: _____ | ELIZABETH M SIMON, an individual<br>Date: _____ |
| JOSEPH FRYZER, an individual<br>Date: 8/12/19<br>*Joseph Fryzer by Dawnne Linda Fryzer*<br>*as Attorney in Fact.* | DOUGLAS KADISON, an individual<br>Date: _____<br><br>CAROL KADISON, an individual<br>Date: _____ |
| NANCY L. LACKEY LIVING TRUST<br><br>By: _____<br>NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust<br>Date: _____ | DANNY V. LACKEY LIVING TRUST<br><br>By: _____<br>DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust<br>Date: _____ |
| PAUL C. ROSENTHAL an individual<br>Date: _____ | H.M. PALM, an individual<br>Date: _____ |
| CARLA P. ROSENTHAL an individual<br>Date: _____ | MARGARET PALM, an individual<br>Date: _____ |
| | |

Page 16 of 31

| | ELLEN BLANCHARD, an individual<br>Date: _____ |
|---|---|
| GARY S. CHAVIN, an individual<br>Date: _____<br><br>PAT A. CHAVIN, an individual<br>Date: _____ | HOWARD A. SIMON, an individual<br>Date: _____<br><br>ELIZABETH M SIMON, an individual<br>Date: _____ |
| JOSEPH FRYZER, an individual<br>Date: _____ | DOUGLAS KADISON, an individual<br>Date: _____<br><br>CAROL KADISON, an individual<br>Date: _____ |
| NANCY L. LACKEY LIVING TRUST<br><br>By: _____<br>NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust<br>Date: _____ 8-5-2019 | DANNY V. LACKEY LIVING TRUST<br><br>By: _____<br>DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust<br>Date: _____ AUG 5, 2019 |
| PAUL C. ROSENTHAL an individual<br>Date: _____<br><br>CARLA P. ROSENTHAL an individual<br>Date: _____ | H.M. PALM, an individual<br>Date: _____<br><br>MARGARET PALM, an individual<br>Date: _____ |
| | |

|  | ELLEN BLANCHARD, an individual<br>Date: _____ |
|---|---|
| GARY S. CHAVIN, an individual<br>Date: _____<br><br>PAT A. CHAVIN, an individual<br>Date: _____ | HOWARD A. SIMON, an individual<br>Date: _____<br><br>ELIZABETH M SIMON, an individual<br>Date: _____ |
| JOSEPH FRYZER, an individual<br>Date: _____ | DOUGLAS KADISON, an individual<br>Date: _____<br><br>CAROL KADISON, an individual<br>Date: _____ |
| NANCY L. LACKEY LIVING TRUST<br><br>By: _____<br>NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust<br>Date: _____ | DANNY V. LACKEY LIVING TRUST<br><br>By: _____<br>DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust<br>Date: _____ |
| *Paul Rosenthal*<br>PAUL C. ROSENTHAL an individual<br>Date: Aug. 2, 2019<br><br>*Carla Rosenthal*<br>CARLA P. ROSENTHAL an individual<br>Date: Aug. 2 2019 | H.M. PALM, an individual<br>Date: _____<br><br>MARGARET PALM, an individual<br>Date: _____ |
|  |  |

*Ellen Blanchard*
ELLEN BLANCHARD, an individual
Date: 8/1/2019

GARY S. CHAVIN, an individual
Date: _____

HOWARD A. SIMON, an individual
Date: _____

PAT A. CHAVIN, an individual
Date: _____

ELIZABETH M SIMON, an individual
Date: _____

JOSEPH FRYZER, an individual
Date: _____

DOUGLAS KADISON, an individual
Date: _____

CAROL KADISON, an individual
Date: _____

NANCY L. LACKEY LIVING TRUST

By: _____
NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust
Date: _____

DANNY V. LACKEY LIVING TRUST

By: _____
DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust
Date: _____

PAUL C. ROSENTHAL, an individual
Date: _____

H.M. PALM, an individual
Date: _____

CARLA P. ROSENTHAL an individual
Date: _____

MARGARET PALM, an individual
Date: _____

|  | ELLEN BLANCHARD, an individual<br>Date: _____ |
| GARY S. CHAVIN, an individual<br>Date: _____ | HOWARD A. SIMON, an individual<br>Date: _____ |
| PAT A. CHAVIN, an individual<br>Date: _____ | ELIZABETH M SIMON, an individual<br>Date: _____ |
| JOSEPH FRYZER, an individual<br>Date: _____ | DOUGLAS KADISON, an individual<br>Date: _____ |
|  | CAROL KADISON, an individual<br>Date: _____ |
| NANCY L. LACKEY LIVING TRUST<br><br>By: _____<br>NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust<br>Date: _____ | DANNY V. LACKEY LIVING TRUST<br><br>By: _____<br>DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust<br>Date: _____ |
| PAUL C. ROSENTHAL an individual<br>Date: _____ | H.M. PALM, an individual<br>Date: _____ |
| CARLA P. ROSENTHAL an individual<br>Date: _____ | MARGARET PALM, an individual<br>Date: _____ |
|  |  |

|  | ELLEN BLANCHARD, an individual<br>Date: _____ |
|---|---|
| GARY S. CHAVIN, an individual<br>Date: _____<br><br>PAT A. CHAVIN, an individual<br>Date: _____ | HOWARD A. SIMON, an individual<br>Date: _____<br><br>ELIZABETH M SIMON, an individual<br>Date: _____ |
| JOSEPH FRYZER, an individual<br>Date: _____ | *Douglas Kadison*<br>DOUGLAS KADISON, an individual<br>Date: _____8/2/19_____<br>*Carol C Kadison*<br>CAROL KADISON, an individual<br>Date: _____AUG 2 1 19_____ |
| NANCY L. LACKEY LIVING TRUST<br><br>By: _____<br>NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust<br>Date: _____ | DANNY V. LACKEY LIVING TRUST<br><br>By: _____<br>DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust<br>Date: _____ |
| PAUL C. ROSENTHAL an individual<br>Date: _____<br><br>CARLA P. ROSENTHAL an individual<br>Date: _____ | H.M. PALM, an individual<br>Date: _____<br><br>MARGARET PALM, an individual<br>Date: _____ |
|  |  |

Page 16 of 31

|  | **ELLEN BLANCHARD**, an individual<br>Date: _____ |
|---|---|
| **GARY S. CHAVIN**, an individual<br>Date: _____<br><br>**PAT A. CHAVIN**, an individual<br>Date: _____ | **HOWARD A. SIMON**, an individual<br>Date: _____<br><br>**ELIZABETH M SIMON**, an individual<br>Date: _____ |
| **JOSEPH FRYZER**, an individual<br>Date: _____ | **DOUGLAS KADISON**, an individual<br>Date: _____<br><br>**CAROL KADISON**, an individual<br>Date: _____ |
| **NANCY L. LACKEY LIVING TRUST**<br><br>By: _____<br>NANCY L. LACKEY, Trustee of the Nancy<br>L. Lackey Living Trust<br>Date: _____ 8-5-2019 _____ | **DANNY V. LACKEY LIVING TRUST**<br><br>By: _____<br>DANNY V. LACKEY, Trustee of the Danny<br>V. Lackey Living Trust<br>Date: _____ AUG 5, 2019 _____ |
| **PAUL C. ROSENTHAL** an individual<br>Date: _____<br><br>**CARLA P. ROSENTHAL** an individual<br>Date: _____ | **H.M. PALM**, an individual<br>Date: _____<br><br>**MARGARET PALM**, an individual<br>Date: _____ |
|  |  |

|  | **ELLEN BLANCHARD, an individual**<br>Date: _____ |
|---|---|
| **GARY S. CHAVIN, an individual**<br>Date: _____<br><br>**PAT A. CHAVIN, an individual**<br>Date: _____ | **HOWARD A. SIMON, an individual**<br>Date: _____<br><br>**ELIZABETH M SIMON, an individual**<br>Date: _____ |
| **JOSEPH FRYZER, an individual**<br>Date: _____ | **DOUGLAS KADISON, an individual**<br>Date: _____<br><br>**CAROL KADISON, an individual**<br>Date: _____ |
| **NANCY L. LACKEY LIVING TRUST**<br><br>By: _____<br>**NANCY L. LACKEY, Trustee of the Nancy L. Lackey Living Trust**<br>Date: _____ | **DANNY V. LACKEY LIVING TRUST**<br><br>By: _____<br>**DANNY V. LACKEY, Trustee of the Danny V. Lackey Living Trust**<br>Date: _____ |
| **PAUL C. ROSENTHAL an individual**<br>Date: _____<br><br>**CARLA P. ROSENTHAL an individual**<br>Date: _____ | **H.M. PALM, an individual**<br>Date: 8-5-19<br><br>**MARGARET PALM, an individual**<br>Date: 8-14-19 |

WALTER H. PETRIE, an individual
Date: 8/6/2019

NANCY A. PETRIE, an individual
Date: N/A

THE DAVID & LESA FIGLIULO
FAMILY REVOCABLE LIVING TRUST

By: _____
DAVID A. FIGLIULO, Trustee of the David
& Lesa Figliulo Family Revocable Living
Trust
Date: _____

By: _____
LESA A. FIGLIULO, Trustee of the David
& Lesa Figliulo Family Revocable Living
Trust
Date: _____

KENNETH TOMPKINS, an individual
Date: _____

KIMBERLY TOMPKINS, an individual
Date: _____

BARBARA L. PALAZZOLO
REVOCABLE TRUST

By: _____
BARBARA L. PALAZZOLO, Trustee of
the Barbara L. Palazzolo Revocable Trust
Date: _____

DANA JAMES WEINKLE, an individual
Date: _____

SUSAN HOLLOWAY WEINKLE, an
individual
Date: _____

AMI RABINOWITZ TRUST

By: _____
AMI RABINOWITZ, Trustee of the Ami
Rabinowitz Trust
Date: _____

By: _____
EVAN RABINOWITZ, Trustee of the Ami
Rabinowitz Trust
Date: _____

KONA, LTD., a Texas limited partnership

By: _____
Its: _____
Date: _____

Page 17 of 31

_____

**WALTER H. PETRIE,** an individual
Date: _____

_____

**NANCY A. PETRIE,** an individual
Date: _____

**THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST**

By: _____
**DAVID A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust**
Date: _____

By: _____
**LESA A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust**
Date: _____

_____

**KENNETH TOMPKINS,** an individual
Date: _____

_____

**KIMBERLY TOMPKINS,** an individual
Date: _____

**BARBARA L. PALAZZOLO REVOCABLE TRUST**

By: _____
**BARBARA L. PALAZZOLO, Trustee of the Barbara L. Palazzolo Revocable Trust**
Date: _____

_____

**DANA JAMES WEINKLE,** an individual
Date: _____

_____

**SUSAN HOLLOWAY WEINKLE,** an individual
Date: _____

**AMI RABINOWITZ TRUST**

By: _____
**AMI RABINOWITZ, Trustee of the Ami Rabinowitz Trust**
Date: _____

By: _____
**EVAN RABINOWITZ, Trustee of the Ami Rabinowitz Trust**
Date: _____

**KONA, LTD., a Texas limited partnership**

By: _____
Its: _____
Date: _____

Page 17 of 31

WALTER H. PETRIE, an individual
Date: _____

NANCY A. PETRIE, an individual
Date: _____

**THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST**

By: _____
DAVID A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust
Date: _____

By: _____
LESA A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust
Date: _____

KENNETH TOMPKINS, an individual
Date: _____

KIMBERLY TOMPKINS, an individual
Date: _____

**BARBARA L. PALAZZOLO REVOCABLE TRUST**

By: *Barbara L Palazzolo*
BARBARA L. PALAZZOLO, Trustee of the Barbara L. Palazzolo Revocable Trust
Date: 8/2/19

DANA JAMES WEINKLE, an individual
Date: _____

SUSAN HOLLOWAY WEINKLE, an individual
Date: _____

**AMI RABINOWITZ TRUST**

By: _____
AMI RABINOWITZ, Trustee of the Ami Rabinowitz Trust
Date: _____

By: _____
EVAN RABINOWITZ, Trustee of the Ami Rabinowitz Trust
Date: _____

KONA, LTD., a Texas limited partnership

By: _____
Its: _____
Date: _____

Page 17 of 31

| | THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST |
|---|---|
| _____<br>WALTER H. PETRIE, an individual<br>Date: _____<br><br>_____<br>NANCY A. PETRIE, an individual<br>Date: _____ | By: _____<br>DAVID A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____<br><br>By: _____<br>LESA A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____ |
| _____<br>KENNETH TOMPKINS, an individual<br>Date: _____ | _____<br>KIMBERLY TOMPKINS, an individual<br>Date: _____ |
| BARBARA L. PALAZZOLO REVOCABLE TRUST<br><br>By: _____<br>BARBARA L. PALAZZOLO, Trustee of the Barbara L. Palazzolo Revocable Trust<br>Date: _____ | _____<br>DANA JAMES WEINKLE, an individual<br>Date: _____<br><br>_____<br>SUSAN HOLLOWAY WEINKLE, an individual<br>Date: _____ |
| AMI RABINOWITZ TRUST<br><br>By: _Ami Rabinowitz_<br>AMI RABINOWITZ, Trustee of the Ami Rabinowitz Trust<br>Date: _7.31.19_<br><br>By: _____<br>EVAN RABINOWITZ, Trustee of the Ami Rabinowitz Trust<br>Date: _7.31.19_ | KONA, LTD., a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |

Page 17 of 31

|  | **THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST** |
|---|---|
| **WALTER H. PETRIE**, an individual<br>Date: _____ | By: _____<br>**DAVID A. FIGLIULO**, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____ |
| **NANCY A. PETRIE**, an individual<br>Date: _____ | By: _____<br>**LESA A. FIGLIULO**, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _8·1·19_____ |
| **KENNETH TOMPKINS**, an individual<br>Date: _____ | **KIMBERLY TOMPKINS**, an individual<br>Date: _____ |
| **BARBARA L. PALAZZOLO REVOCABLE TRUST**<br><br>By: _____<br>**BARBARA L. PALAZZOLO**, Trustee of the Barbara L. Palazzolo Revocable Trust<br>Date: _____ | **DANA JAMES WEINKLE**, an individual<br>Date: _____<br><br>**SUSAN HOLLOWAY WEINKLE**, an individual<br>Date: _____ |
| **AMI RABINOWITZ TRUST**<br><br>By: _____<br>**AMI RABINOWITZ**, Trustee of the Ami Rabinowitz Trust<br>Date: _____<br><br>By: _____<br>**EVAN RABINOWITZ**, Trustee of the Ami Rabinowitz Trust<br>Date: _____ | **KONA, LTD.**, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |

|  | THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST |
|---|---|
| _____ **WALTER H. PETRIE,** an individual Date: _____ _____ **NANCY A. PETRIE,** an individual Date: _____ | By: _____ **DAVID A. FIGLIULO,** Trustee of the David & Lesa Figliulo Family Revocable Living Trust Date: _____ By: _____ **LESA A. FIGLIULO,** Trustee of the David & Lesa Figliulo Family Revocable Living Trust Date: _____ |
| _____ KENNETH TOMPKINS, an individual Date: | _____ KIMBERLY TOMPKINS, an individual Date: |
| **BARBARA L. PALAZZOLO REVOCABLE TRUST** By: _____ **BARBARA L. PALAZZOLO,** Trustee of the Barbara L. Palazzolo Revocable Trust Date: _____ | _____ **DANA JAMES WEINKLE,** an individual Date: _____ _____ **SUSAN HOLLOWAY WEINKLE,** an individual Date: _____ |
| AMI RABINOWITZ TRUST By: _____ AMI RABINOWITZ, Trustee of the Ami Rabinowitz Trust Date: _____ By: _____ EVAN RABINOWITZ, Trustee of the Ami Rabinowitz Trust Date: _____ | KONA, LTD., a Texas limited partnership By: _____ Its: _____ Date: _____ |

|  |  |
|---|---|
| **WALTER H. PETRIE**, an individual<br>Date: _____ | **THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST**<br><br>By: _____<br>**DAVID A. FIGLIULO**, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____ |
| **NANCY A. PETRIE**, an individual<br>Date: _____ | By: _____<br>**LESA A. FIGLIULO**, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____ |
| **KENNETH TOMPKINS**, an individual<br>Date: _____ | **KIMBERLY TOMPKINS**, an individual<br>Date: _____ |
| **BARBARA L. PALAZZOLO REVOCABLE TRUST**<br><br>By: _____<br>**BARBARA L. PALAZZOLO**, Trustee of the Barbara L. Palazzolo Revocable Trust<br>Date: _____ | _____<br>**DANA JAMES WEINKLE**, an individual<br>Date: 8/11/19<br><br>_____<br>**SUSAN HOLLOWAY WEINKLE**, an individual<br>Date: 8/11/19 |
| **AMI RABINOWITZ TRUST**<br><br>By: _____<br>**AMI RABINOWITZ**, Trustee of the Ami Rabinowitz Trust<br>Date: _____<br><br>By: _____<br>**EVAN RABINOWITZ**, Trustee of the Ami Rabinowitz Trust<br>Date: _____ | **KONA, LTD.**, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |

Youngblood.Ryan.pdf                          Open with

|  | THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST |
|---|---|
| WALTER H. PETRIE, an individual<br>Date: _____ | By: _____<br>DAVID A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____ |
| NANCY A. PETRIE, an individual<br>Date: _____ | By: _____<br>LESA A. FIGLIULO, Trustee of the David & Lesa Figliulo Family Revocable Living Trust<br>Date: _____ |
| KENNETH TOMPKINS, an individual<br>Date: _____ | KIMBERLY TOMPKINS, an individual<br>Date: _____ |
| BARBARA L. PALAZZOLO REVOCABLE TRUST<br><br>By: _____<br>BARBARA L. PALAZZOLO, Trustee of the Barbara L. Palazzolo Revocable Trust<br>Date: _____ | DANA JAMES WEINKLE, an individual<br>Date: _____<br><br>SUSAN HOLLOWAY WEINKLE, an individual<br>Date: _____ |
| AMI RABINOWITZ TRUST<br><br>By: _____<br>AMI RABINOWITZ, Trustee of the Ami Rabinowitz Trust<br>Date: _____<br><br>By: _____<br>EVAN RABINOWITZ, Trustee of the Ami Rabinowitz Trust<br>Date: _____ | KONA, LTD., a Texas limited partnership<br>By: _____<br>Its: Ryan Youngblood, Mgr. GP<br>Date: 8/1/19 |

Page 17 of 31

Gurland.Steve and Caroline.pdf                    Open with

| | |
|---|---|
| STEVE V. GURLAND, an individual<br>Date: 8/1/18<br><br>CAROLINE I. GURLAND, an individual<br>Date: 8/1/19 | SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| KENNETH D. CUSHMAN, an individual<br>Date: _____<br><br>CAROL A. CUSHMAN, an individual<br>Date: _____ | DAN MOSKOWITZ, an individual<br>Date: _____<br><br>WENDY MOSKOWITZ, an individual<br>Date: _____ |
| GARY SHELDON KOHLER, an individual<br>Date: _____<br><br>DEBORAH JOY KOHLER, an individual<br>Date: _____ | LEWIS J. HIRSCH, an individual<br>Date: _____<br><br>GAYLE HIRSCH, an individual<br>Date: _____ |
| BRADLY PROPERTIES, LLC, an Alabama limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | ANNA P. ZALK, an individual<br>Date: _____ |
| MOUNTAIN DRIVE TRUST<br><br>By: _____<br>DAVID JACKEL, Trustee of the Mountain Drive Trust<br>Date: _____ | WILLIAM M. WAXMAN, an individual<br>Date: _____ |

Page 18 of 31

|  |  |
|---|---|
| STEVE V. GURLAND, an individual<br>Date: _____ | SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| CAROLINE I. GURLAND, an individual<br>Date: _____ |  |
| KENNETH D. CUSHMAN, an individual<br>Date: _Aug 1, 2019_ | DAN MOSKOWITZ, an individual<br>Date: _____ |
| CAROL A. CUSHMAN, an individual<br>Date: _Carol a Cushman_<br>_8-1-2019_ | WENDY MOSKOWITZ, an individual<br>Date: _____ |
| GARY SHELDON KOHLER, an individual<br>Date: _____ | LEWIS J. HIRSCH, an individual<br>Date: _____ |
| DEBORAH JOY KOHLER, an individual<br>Date: _____ | GAYLE HIRSCH, an individual<br>Date: _____ |
| BRADLY PROPERTIES, LLC, an Alabama limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | ANNA P. ZALK, an individual<br>Date: _____ |
| MOUNTAIN DRIVE TRUST<br><br>By: _____<br>DAVID JACKEL, Trustee of the Mountain Drive Trust<br>Date: _____ | WILLIAM M. WAXMAN, an individual<br>Date: _____ |

_____
**STEVE V. GURLAND, an individual**
Date: _____

_____
**CAROLINE I. GURLAND, an individual**
Date: _____

**SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership**

By: _____
Its: _____
Date: _____

_____
**KENNETH D. CUSHMAN, an individual**
Date: _____

_____
**CAROL A. CUSHMAN, an individual**
Date: _____

_____
**DAN MOSKOWITZ, an individual**
Date: _____

_____
**WENDY MOSKOWITZ, an individual**
Date: _____

_____
**GARY SHELDON KOHLER, an individual**
Date: 8-2-2019

_____
**DEBORAH JOY KOHLER, an individual**
Date: AUGUST 2, 2019

_____
**LEWIS J. HIRSCH, an individual**
Date: _____

_____
**GAYLE HIRSCH, an individual**
Date: _____

**BRADLY PROPERTIES, LLC, an Alabama limited liability company**

By: _____
Its: _____
Date: _____

_____
**ANNA P. ZALK, an individual**
Date: _____

**MOUNTAIN DRIVE TRUST**

By: _____
**DAVID JACKEL, Trustee of the Mountain Drive Trust**
Date: _____

_____
**WILLIAM M. WAXMAN, an individual**
Date: _____

| | |
|---|---|
| _____<br>**STEVE V. GURLAND**, an individual<br>Date: _____<br><br>_____<br>**CAROLINE I. GURLAND**, an individual<br>Date: _____ | **SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD**, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**KENNETH D. CUSHMAN**, an individual<br>Date: _____<br><br>_____<br>**CAROL A. CUSHMAN**, an individual<br>Date: _____ | _____<br>**DAN MOSKOWITZ**, an individual<br>Date: _____<br><br>_____<br>**WENDY MOSKOWITZ**, an individual<br>Date: _____ |
| _____<br>**GARY SHELDON KOHLER**, an individual<br>Date: _____<br><br>_____<br>**DEBORAH JOY KOHLER**, an individual<br>Date: _____ | _____<br>**LEWIS J. HIRSCH**, an individual<br>Date: _____<br><br>_____<br>**GAYLE HIRSCH**, an individual<br>Date: _____ |
| **BRADLY PROPERTIES, LLC**, an Alabama limited liability company<br><br>By: *Merrill M. Bradley, Jr.*<br>Its: *Manager*<br>Date: *01 August 2019* | _____<br>**ANNA P. ZALK**, an individual<br>Date: _____ |
| **MOUNTAIN DRIVE TRUST**<br><br>By: _____<br>**DAVID JACKEL**, Trustee of the Mountain Drive Trust<br>Date: _____ | _____<br>**WILLIAM M. WAXMAN**, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**STEVE V. GURLAND, an individual**<br>Date: _____<br><br>_____<br>**CAROLINE I. GURLAND, an individual**<br>Date: _____ | **SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**KENNETH D. CUSHMAN, an individual**<br>Date: _____<br><br>_____<br>**CAROL A. CUSHMAN, an individual**<br>Date: _____ | _____<br>**DAN MOSKOWITZ, an individual**<br>Date: _____<br><br>_____<br>**WENDY MOSKOWITZ, an individual**<br>Date: _____ |
| _____<br>**GARY SHELDON KOHLER, an individual**<br>Date: _____<br><br>_____<br>**DEBORAH JOY KOHLER, an individual**<br>Date: _____ | _____<br>**LEWIS J. HIRSCH, an individual**<br>Date: _____<br><br>_____<br>**GAYLE HIRSCH, an individual**<br>Date: _____ |
| **BRADLY PROPERTIES, LLC, an Alabama limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**ANNA P. ZALK, an individual**<br>Date: _____ |
| **MOUNTAIN DRIVE TRUST**<br><br>By: _____<br>**DAVID JACKEL, Trustee of the Mountain Drive Trust**<br>Date: _____ | _____<br>**WILLIAM M. WAXMAN, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**STEVE V. GURLAND**, an individual<br>Date: _____<br><br>_____<br>**CAROLINE I. GURLAND**, an individual<br>Date: _____ | **SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD**, a Texas limited partnership<br><br>By: _Spencer L. Youngblood_<br>Its: _member/Manager_<br>Date: _August 1, 2019_ |
| _____<br>**KENNETH D. CUSHMAN**, an individual<br>Date: _____<br><br>_____<br>**CAROL A. CUSHMAN**, an individual<br>Date: _____ | _____<br>**DAN MOSKOWITZ**, an individual<br>Date: _____<br><br>_____<br>**WENDY MOSKOWITZ**, an individual<br>Date: _____ |
| _____<br>**GARY SHELDON KOHLER**, an individual<br>Date: _____<br><br>_____<br>**DEBORAH JOY KOHLER**, an individual<br>Date: _____ | _____<br>**LEWIS J. HIRSCH**, an individual<br>Date: _____<br><br>_____<br>**GAYLE HIRSCH**, an individual<br>Date: _____ |
| **BRADLY PROPERTIES, LLC**, an Alabama limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**ANNA P. ZALK**, an individual<br>Date: _____ |
| **MOUNTAIN DRIVE TRUST**<br><br>By: _____<br>**DAVID JACKEL**, Trustee of the Mountain Drive Trust<br>Date: _____ | _____<br>**WILLIAM M. WAXMAN**, an individual<br>Date: _____ |

| | |
|---|---|
| **STEVE V. GURLAND, an individual** Date:_____ | **SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership** By:_____ Its:_____ Date:_____ |
| **CAROLINE I. GURLAND, an individual** Date:_____ | |
| **KENNETH D. CUSHMAN, an individual** Date:_____ | **DAN MOSKOWITZ, an individual** Date: 8/6/19 |
| **CAROL A. CUSHMAN, an individual** Date:_____ | **WENDY MOSKOWITZ, an individual** Date: 8/6/19 |
| **GARY SHELDON KOHLER, an individual** Date:_____ | **LEWIS J. HIRSCH, an individual** Date:_____ |
| **DEBORAH JOY KOHLER, an individual** Date:_____ | **GAYLE HIRSCH, an individual** Date:_____ |
| **BRADLY PROPERTIES, LLC, an Alabama limited liability company** By:_____ Its:_____ Date:_____ | **ANNA P. ZALK, an individual** Date:_____ |
| **MOUNTAIN DRIVE TRUST** By:_____ **DAVID JACKEL, Trustee of the Mountain Drive Trust** Date:_____ | **WILLIAM M. WAXMAN, an individual** Date:_____ |

Page 18 of 31

| | |
|---|---|
| STEVE V. GURLAND, an individual<br>Date: _____<br><br><br>CAROLINE I. GURLAND, an individual<br>Date: _____ | SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| KENNETH D. CUSHMAN, an individual<br>Date: _____<br><br><br>CAROL A. CUSHMAN, an individual<br>Date: _____ | DAN MOSKOWITZ, an individual<br>Date: _____<br><br><br>WENDY MOSKOWITZ, an individual<br>Date: _____ |
| GARY SHELDON KOHLER, an individual<br>Date: _____<br><br><br>DEBORAH JOY KOHLER, an individual<br>Date: _____ | LEWIS J. HIRSCH, an individual<br>Date: 8/2/2019<br>*Lewis J Hirsch*<br>GAYLE HIRSCH, an individual<br>Date: 8/2/2019<br>*Gayle Hirsch* |
| BRADLY PROPERTIES, LLC, an Alabama limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | ANNA P. ZALK, an individual<br>Date: _____ |
| MOUNTAIN DRIVE TRUST<br><br>By: _____<br>DAVID JACKEL, Trustee of the Mountain Drive Trust<br>Date: _____ | WILLIAM M. WAXMAN, an individual<br>Date: _____ |

_____
**STEVE V. GURLAND, an individual**

_____
**CAROLINE I. GURLAND, an individual**
Date: _____

**SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD, a Texas limited partnership**

By: _____
Its: _____
Date: _____

_____
**KENNETH D. CUSHMAN, an individual**
Date: _____

_____
**CAROL A. CUSHMAN, an individual**
Date: _____

_____
**DAN MOSKOWITZ, an individual**
Date: _____

_____
**WENDY MOSKOWITZ, an individual**
Date: _____

_____
**GARY SHELDON KOHLER, an individual**
Date: _____

_____
**DEBORAH JOY KOHLER, an individual**
Date: _____

_____
**LEWIS J. HIRSCH, an individual**
Date: _____

_____
**GAYLE HIRSCH, an individual**
Date: _____

BRADY PROPERTIES LLC an Alabama limited liability company

By: _____
Its: _____
Date: _____

_____
**ANNA P. ZALK, an individual**
Date: 8/1/19

**MOUNTAIN DRIVE TRUST**

By: _____
DAVID JACKEL, Trustee of the Mountain Drive Trust
Date: _____

_____
**WILLIAM M. WAXMAN, an individual**
Date: _____

|  |  |
|---|---|
| _____<br>**STEVE V. GURLAND**, an individual<br>Date: _____<br><br>_____<br>**CAROLINE I. GURLAND**, an individual<br>Date: _____ | **SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD**, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**KENNETH D. CUSHMAN**, an individual<br>Date: _____<br><br>_____<br>**CAROL A. CUSHMAN**, an individual<br>Date: _____ | _____<br>**DAN MOSKOWITZ**, an individual<br>Date: _____<br><br>_____<br>**WENDY MOSKOWITZ**, an individual<br>Date: _____ |
| _____<br>**GARY SHELDON KOHLER**, an individual<br>Date: _____<br><br>_____<br>**DEBORAH JOY KOHLER**, an individual<br>Date: _____ | _____<br>**LEWIS J. HIRSCH**, an individual<br>Date: _____<br><br>_____<br>**GAYLE HIRSCH**, an individual<br>Date: _____ |
| **BRADLY PROPERTIES, LLC**, an Alabama limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**ANNA P. ZALK**, an individual<br>Date: _____ |
| **MOUNTAIN DRIVE TRUST**<br><br>By: _____<br>**DAVID JACKEL, Trustee of the Mountain Drive Trust**<br>Date: _____ | *William M. Waxman*<br>**WILLIAM M. WAXMAN**, an individual<br>Date: _8/2/19_____ |

| | ALAN S. WAXMAN, an individual<br>Date: _____ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>TIMOTHY J. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: ___7/31/19___<br><br>By: _____<br>NATALIE B. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: ___7/31/19___ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>NEIL SPIZIZEN, Trustee of the Neil Spizizen Trust<br>Date: _____ |
| _____<br>D.L. WILKEY, an individual<br>Date: _____<br><br>_____<br>JULIE JANICEK-WILKEY, an individual<br>Date: _____ | _____<br>CASS FRANKLIN, an individual<br>Date: _____<br><br>_____<br>VERA STEWART FRANKLIN, an individual<br>Date: _____ |
| _____<br>DARYL CRAMER, an individual<br>Date: _____<br><br>_____<br>HEATHER CRAMER, an individual<br>Date: _____ | _____<br>HOPE S. BARKAN, an individual<br>Date: _____ |
| _____<br>JACOB LOUIS SLEVIN, an individual<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>RONALD LAWRENCE GLAZER, Trustee of the Ronald Lawrence Glazer Trust<br>Date: _____ |

Page 19 of 31

| | ALAN S. WAXMAN, an individual<br>Date: _____ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>TIMOTHY J. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: _____<br><br>By: _____<br>NATALIE B. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>NEIL SPIZIZEN, Trustee of the Neil Spizizen Trust<br>Date: _____ |
| D.L. WILKEY, an individual<br>Date: _31 July 2019_<br><br>JULIE JANICEK-WILKEY, an individual<br>Date: _8/1/2019_ | CASS FRANKLIN, an individual<br>Date: _____<br><br>VERA STEWART FRANKLIN, an individual<br>Date: _____ |
| DARYL CRAMER, an individual<br>Date: _____<br><br>HEATHER CRAMER, an individual<br>Date: _____ | HOPE S. BARKAN, an individual<br>Date: _____ |
| JACOB LOUIS SLEVIN, an individual<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>RONALD LAWRENCE GLAZER, Trustee of the Ronald Lawrence Glazer Trust<br>Date: _____ |

|  | ALAN S. WAXMAN, an individual<br>Date: _____ _____ |
| --- | --- |
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>**TIMOTHY J. HYLAND, Trustee of the Hyland Revocable Living Trust**<br>Date: _____<br><br>By: _____<br>**NATALIE B. HYLAND, Trustee of the Hyland Revocable Living Trust**<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>**NEIL SPIZIZEN, Trustee of the Neil Spizizen Trust**<br>Date: _____ |
| _____<br>**D.L. WILKEY, an individual**<br>Date: _____ | _____<br>**CASS FRANKLIN, an individual**<br>Date: _____ |
| _____<br>**JULIE JANICEK-WILKEY, an individual**<br>Date: _____ | _____<br>**VERA STEWART FRANKLIN, an individual**<br>Date: _____ |
| _____<br>**DARYL CRAMER, an individual**<br>Date: __8/7/1___<br><br>_____<br>**HEATHER CRAMER, an individual**<br>Date: __8/7/19___ | _____<br>**HOPE S. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JACOB LOUIS SLEVIN, an individual**<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>**RONALD LAWRENCE GLAZER, Trustee of the Ronald Lawrence Glazer Trust**<br>Date: _____ |

| | ALAN S. WAXMAN, an individual<br>Date: _____ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>**TIMOTHY J. HYLAND**, Trustee of the Hyland Revocable Living Trust<br>Date: _____<br><br>By: _____<br>**NATALIE B. HYLAND**, Trustee of the Hyland Revocable Living Trust<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>**NEIL SPIZIZEN**, Trustee of the Neil Spizizen Trust<br>Date: _____ |
| _____<br>**D.L. WILKEY**, an individual<br>Date: _____<br><br>_____<br>**JULIE JANICEK-WILKEY**, an individual<br>Date: _____ | _____<br>**CASS FRANKLIN**, an individual<br>Date: _____<br><br>_____<br>**VERA STEWART FRANKLIN**, an individual<br>Date: _____ |
| _____<br>**DARYL CRAMER**, an individual<br>Date: _____<br><br>_____<br>**HEATHER CRAMER**, an individual<br>Date: _____ | _____<br>**HOPE S. BARKAN**, an individual<br>Date: _____ |
| _____<br>**JACOB LOUIS SLEVIN**, an individual<br>Date: ___ Aug 7, 2019 ___ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>**RONALD LAWRENCE GLAZER**, Trustee of the Ronald Lawrence Glazer Trust<br>Date: _____ |

Page 19 of 31

| | ALAN S. WAXMAN, an individual<br>Date: _8/2/19_ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>TIMOTHY J. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: _____<br><br>By: _____<br>NATALIE B. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>NEIL SPIZIZEN, Trustee of the Neil Spizizen Trust<br>Date: _____ |
| _____<br>D.L. WILKEY, an individual<br>Date: _____<br><br>_____<br>JULIE JANICEK-WILKEY, an individual<br>Date: _____ | _____<br>CASS FRANKLIN, an individual<br>Date: _____<br><br>_____<br>VERA STEWART FRANKLIN, an individual<br>Date: _____ |
| _____<br>DARYL CRAMER, an individual<br>Date: _____<br><br>_____<br>HEATHER CRAMER, an individual<br>Date: _____ | _____<br>HOPE S. BARKAN, an individual<br>Date: _____ |
| _____<br>JACOB LOUIS SLEVIN, an individual<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>RONALD LAWRENCE GLAZER, Trustee of the Ronald Lawrence Glazer Trust<br>Date: _____ |

| | ALAN S. WAXMAN, an individual<br>Date: _____ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>TIMOTHY J. HYLAND, Trustee of the<br>Hyland Revocable Living Trust<br>Date: _____<br><br>By: _____<br>NATALIE B. HYLAND, Trustee of the<br>Hyland Revocable Living Trust<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>NEIL SPIZIZEN, Trustee of the Neil<br>Spizizen Trust<br>Date: Aug 2, 2019 |
| _____<br>D.L. WILKEY, an individual<br>Date: _____<br><br>_____<br>JULIE JANICEK-WILKEY, an individual<br>Date: _____ | _____<br>CASS FRANKLIN, an individual<br>Date: _____<br><br>_____<br>VERA STEWART FRANKLIN, an<br>individual<br>Date: _____ |
| _____<br>DARYL CRAMER, an individual<br>Date: _____<br><br>_____<br>HEATHER CRAMER, an individual<br>Date: _____ | _____<br>HOPE S. BARKAN, an individual<br>Date: _____ |
| _____<br>JACOB LOUIS SLEVIN, an individual<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>RONALD LAWRENCE GLAZER, Trustee<br>of the Ronald Lawrence Glazer Trust<br>Date: _____ |

ALAN S. WAXMAN, an individual
Date:

**HYLAND REVOCABLE LIVING TRUST**

By:
TIMOTHY J. HYLAND, Trustee of the
Hyland Revocable Living Trust
Date:

By:
NATALIE B. HYLAND, Trustee of the
Hyland Revocable Living Trust
Date:

**NEIL SPIZIZEN TRUST**

By:
NEIL SPIZIZEN, Trustee of the Neil
Spizizen Trust
Date:

D.L. WILKEY, an individual
Date:

JULIE JANICEK-WILKEY, an individual
Date:

CASS FRANKLIN, an individual
Date: 8/6/19

VERA STEWART FRANKLIN, an
individual
Date: 8/5/19

DARYL CRAMER, an individual
Date:

EATHER CRAMER, an individual
Date:

HOPE S. BARKAN, an individual
Date:

COB LOUIS SLEVIN, an individual
te:

**RONALD LAWRENCE GLAZER TRUST**

By:
RONALD LAWRENCE GLAZER, Trustee
of the Ronald Lawrence Glazer Trust
Date:

|  | ALAN S. WAXMAN, an individual<br>Date: _____ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>TIMOTHY J. HYLAND, Trustee of the<br>Hyland Revocable Living Trust<br>Date: _____<br><br>By: _____<br>NATALIE B. HYLAND, Trustee of the<br>Hyland Revocable Living Trust<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>NEIL SPIZIZEN, Trustee of the Neil<br>Spizizen Trust<br>Date: _____ |
| _____<br>D.L. WILKEY, an individual<br>Date: _____<br><br>_____<br>JULIE JANICEK-WILKEY, an individual<br>Date: _____ | _____<br>CASS FRANKLIN, an individual<br>Date: _____<br><br>_____<br>VERA STEWART FRANKLIN, an<br>individual<br>Date: _____ |
| _____<br>DARYL CRAMER, an individual<br>Date: _____<br><br>_____<br>HEATHER CRAMER, an individual<br>Date: _____ | _____<br>HOPE S. BARKAN, an individual<br>Date: _____<br>AUG 2, 2019 |
| _____<br>JACOB LOUIS SLEVIN, an individual<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: _____<br>RONALD LAWRENCE GLAZER, Trustee<br>of the Ronald Lawrence Glazer Trust<br>Date: _____ |

| | ALAN S. WAXMAN, an individual<br>Date: _____ |
|---|---|
| **HYLAND REVOCABLE LIVING TRUST**<br><br>By: _____<br>TIMOTHY J. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: _____<br><br>By: _____<br>NATALIE B. HYLAND, Trustee of the Hyland Revocable Living Trust<br>Date: _____ | **NEIL SPIZIZEN TRUST**<br><br>By: _____<br>NEIL SPIZIZEN, Trustee of the Neil Spizizen Trust<br>Date: _____ |
| _____<br>**D.L. WILKEY, an individual**<br>Date: _____<br><br>_____<br>**JULIE JANICEK-WILKEY, an individual**<br>Date: _____ | _____<br>**CASS FRANKLIN, an individual**<br>Date: _____<br><br>_____<br>**VERA STEWART FRANKLIN, an individual**<br>Date: _____ |
| _____<br>**DARYL CRAMER, an individual**<br>Date: _____<br><br>_____<br>**HEATHER CRAMER, an individual**<br>Date: _____ | _____<br>**HOPE S. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JACOB LOUIS SLEVIN, an individual**<br>Date: _____ | **RONALD LAWRENCE GLAZER TRUST**<br><br>By: ~~_Ronald Lawrence Glazer_~~<br>RONALD LAWRENCE GLAZER, Trustee of the Ronald Lawrence Glazer Trust<br>Date: _August 1, 2019_ |

CHRISTIANE NICOLINI GLAZER
TRUST

By: _____
CHRISTIANE NICOLINI GLAZER,
Trustee of the Christiane Nicolini Glazer
Trust
Date: AUGUST 14ᵗʰ 2019

ERICH TENGELSEN, an individual
Date: _____

CHARLES A. GOTTLOB, an individual
Date: _____

LUCY D. ANDA, an individual
Date: _____

CYNTHIA G. GOTTLOB, an individual
Date: _____

NEIL G. ARNOVITZ, an individual
Date: _____

PETER CHARLES CROWLEY TRUST

By: _____
MELISSA T. CROWLEY, Trustee of the
Peter Charles Crowley Trust
Date: _____

PATRICK A. LATTORE, an individual
Date: _____

ROCKY J. MOUNTAIN, an individual
Date: _____

DEE P. LATTORE, an individual
Date: _____

JANET M. MOUNTAIN, an individual
Date: _____

PHYLLIS SCHOFIELD, an individual
Date: _____

MARK L. HORWITZ, an individual
Date: _____

WILLIAM F. SCHOFIELD, JR., an
individual
Date: _____

SUSAN J. HORWITZ, an individual
Date: _____

Page 26 of 34

| | |
|---|---|
| **CHRISTIANE NICOLINI GLAZER TRUST**<br><br>By: _____<br>**CHRISTIANE NICOLINI GLAZER, Trustee of the Christiane Nicolini Glazer Trust**<br>Date: _____ | **ERICH TENGELSEN, an individual**<br>Date: _____ |
| **CHARLES A. GOTTLOB, an individual**<br>Date: 8/8/19<br><br>**CYNTHIA G. GOTTLOB, an individual**<br>Date: 8/8/19 | **LUCY D. ANDA, an individual**<br>Date: _____ |
| **NEIL G. ARNOVITZ, an individual**<br>Date: _____ | **PETER CHARLES CROWLEY TRUST**<br><br>By: _____<br>**MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust**<br>Date: _____ |
| **PATRICK A. LATTORE, an individual**<br>Date: _____<br><br>**DEE P. LATTORE, an individual**<br>Date: _____ | **ROCKY J. MOUNTAIN, an individual**<br>Date: _____<br><br>**JANET M. MOUNTAIN, an individual**<br>Date: _____ |
| **PHYLLIS SCHOFIELD, an individual**<br>Date: _____<br><br>**WILLIAM F. SCHOFIELD, JR., an individual**<br>Date: _____ | **MARK L. HORWITZ, an individual**<br>Date: _____<br><br>**SUSAN J. HORWITZ, an individual**<br>Date: _____ |

CHRISTIANE NICOLINI GLAZER
TRUST

By: _____
CHRISTIANE NICOLINI GLAZER,
Trustee of the Christiane Nicolini Glazer
Trust
Date: _____

ERICH TENGELSEN, an individual
Date: _____

CHARLES A. GOTTLOB, an individual
Date: _____

CYNTHIA G. GOTTLOB, an individual
Date: _____

LUCY D. ANDA, an individual
Date: _____

NEIL G. ARNOVITZ, an individual
Date: August 27, 2019

PETER CHARLES CROWLEY TRUST

By: _____
MELISSA T. CROWLEY, Trustee of the
Peter Charles Crowley Trust
Date: _____

PATRICK A. LATTORE, an individual
Date: _____

DEE P. LATTORE, an individual
Date: _____

ROCKY J. MOUNTAIN, an individual
Date: _____

JANET M. MOUNTAIN, an individual
Date: _____

PHYLLIS SCHOFIELD, an individual
Date: _____

WILLIAM F. SCHOFIELD, JR., an
individual
Date: _____

MARK L. HORWITZ, an individual
Date: _____

SUSAN J. HORWITZ, an individual
Date: _____

CHRISTIANE NICOLINI GLAZER TRUST

By: _____
CHRISTIANE NICOLINI GLAZER, Trustee of the Christiane Nicolini Glazer Trust
Date: _____

ERICH TENGELSEN, an individual
Date: _____

CHARLES A. GOTTLOB, an individual
Date: _____

CYNTHIA G. GOTTLOB, an individual
Date: _____

LUCY D. ANDA, an individual
Date: _____

NEIL G. ARNOVITZ, an individual
Date: _____

PETER CHARLES CROWLEY TRUST

By: _____
MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust
Date: _____

PATRICK A. LATTORE, an individual
Date: 8/3/19

DEE P. LATTORE, an individual
Date: 08.3.19

ROCKY J. MOUNTAIN, an individual
Date: _____

JANET M. MOUNTAIN, an individual
Date: _____

PHYLLIS SCHOFIELD, an individual
Date: _____

WILLIAM F. SCHOFIELD, JR., an individual
Date: _____

MARK L. HORWITZ, an individual
Date: _____

SUSAN J. HORWITZ, an individual
Date: _____

| | |
|---|---|
| **CHRISTIANE NICOLINI GLAZER TRUST**<br><br>By: _____<br>**CHRISTIANE NICOLINI GLAZER, Trustee of the Christiane Nicolini Glazer Trust**<br>Date: _____ | _____<br>**ERICH TENGELSEN, an individual**<br>Date: _____ |
| _____<br>**CHARLES A. GOTTLOB, an individual**<br>Date: _____ | _____<br>**LUCY D. ANDA, an individual**<br>Date: _____ |
| _____<br>**CYNTHIA G. GOTTLOB, an individual**<br>Date: _____ | |
| _____<br>**NEIL G. ARNOVITZ, an individual**<br>Date: _____ | **PETER CHARLES CROWLEY TRUST**<br><br>By: _____<br>**MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust**<br>Date: _____ |
| _____<br>**PATRICK A. LATTORE, an individual**<br>Date: _____ | _____<br>**ROCKY J. MOUNTAIN, an individual**<br>Date: _____ |
| _____<br>**DEE P. LATTORE, an individual**<br>Date: _____ | _____<br>**JANET M. MOUNTAIN, an individual**<br>Date: _____ |
| *Phyllis Schofield*<br>_____<br>**PHYLLIS SCHOFIELD, an individual**<br>Date: 8·1·19<br><br>*signature*<br>_____<br>**WILLIAM F. SCHOFIELD, JR., an individual**<br>Date: 8·1·19 | _____<br>**MARK L. HORWITZ, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. HORWITZ, an individual**<br>Date: _____ |

AUG. 12. 2019  3:13PM   THE UPS STORE #5284   NO. 110   P. 1

| CHRISTIANE NICOLINI GLAZER TRUST<br><br>By: _____<br>CHRISTIANE NICOLINI GLAZER, Trustee of the Christiane Nicolini Glazer Trust<br>Date: _____ | _____<br>ERICH TENGELSEN, an individual<br>Date: 8·11·19 _____ |
| CHARLES A. GOTTLOB, an individual<br>Date: _____<br><br>CYNTHIA G. GOTTLOB, an individual<br>Date: _____ | LUCY D. ANDA, an individual<br>Date: _____ |
| NEIL G. ARNOVITZ, an individual<br>Date: _____ | PETER CHARLES CROWLEY TRUST<br><br>By: _____<br>MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust<br>Date: _____ |
| PATRICK A. LATTORE, an individual<br>Date: _____<br><br>DEE P. LATTORE, an individual<br>Date: _____ | ROCKY J. MOUNTAIN, an individual<br>Date: _____<br><br>JANET M. MOUNTAIN, an individual<br>Date: _____ |
| PHYLLIS SCHOFIELD, an individual<br>Date: _____<br><br>WILLIAM F. SCHOFIELD, JR., an individual<br>Date: _____ | MARK L. HORWITZ, an individual<br>Date: _____<br><br>SUSAN J. HORWITZ, an individual<br>Date: _____ |

TRUST

By: _____
CHRISTIANE NICOLINI GLAZER,
Trustee of the Christiane Nicolini Glazer
Trust
Date: _____

ERICH TENGELSEN, an individual
Date: _____

CHARLES A. GOTTLOB, an individual
Date: _____

LUCY D. ANDA, an individual
Date: _8/1/19_

CYNTHIA G. GOTTLOB, an individual
Date: _____

NEIL G. ARNOVITZ, an individual
Date: _____

PETER CHARLES CROWLEY TRUST

By: _____
MELISSA T. CROWLEY, Trustee of the
Peter Charles Crowley Trust
Date: _____

PATRICK A. LATTORE, an individual
Date: _____

ROCKY J. MOUNTAIN, an individual
Date: _____

DEE P. LATTORE, an individual
Date: _____

JANET M. MOUNTAIN, an individual
Date: _____

PHYLLIS SCHOFIELD, an individual
Date: _____

MARK L. HORWITZ, an individual
Date: _____

WILLIAM F. SCHOFIELD, JR., an
individual
Date: _____

SUSAN J. HORWITZ, an individual
Date: _____

| | |
|---|---|
| **CHRISTIANE NICOLINI GLAZER TRUST**<br><br>By: _____<br>**CHRISTIANE NICOLINI GLAZER,**<br>**Trustee of the Christiane Nicolini Glazer Trust**<br>Date: _____ | **ERICH TENGELSEN, an individual**<br>Date: _____ |
| **CHARLES A. GOTTLOB, an individual**<br>Date: _____<br><br>**CYNTHIA G. GOTTLOB, an individual**<br>Date: _____ | **LUCY D. ANDA, an individual**<br>Date: _____ |
| **NEIL G. ARNOVITZ, an individual**<br>Date: _____ | **PETER CHARLES CROWLEY TRUST**<br><br>By: _Melissa Crowley_<br>**MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust**<br>Date: _8/1/19_ |
| **PATRICK A. LATTORE, an individual**<br>Date: _____<br><br>**DEE P. LATTORE, an individual**<br>Date: _____ | **ROCKY J. MOUNTAIN, an individual**<br>Date: _____<br><br>**JANET M. MOUNTAIN, an individual**<br>Date: _____ |
| **PHYLLIS SCHOFIELD, an individual**<br>Date: _____<br><br>**WILLIAM F. SCHOFIELD, JR., an individual**<br>Date: _____ | **MARK L. HORWITZ, an individual**<br>Date: _____<br><br>**SUSAN J. HORWITZ, an individual**<br>Date: _____ |

| | |
|---|---|
| **CHRISTIANE NICOLINI GLAZER TRUST**<br><br>By: _____<br>**CHRISTIANE NICOLINI GLAZER, Trustee of the Christiane Nicolini Glazer Trust**<br>Date: _____ | _____<br>**ERICH TENGELSEN, an individual**<br>Date: _____ |
| _____<br>**CHARLES A. GOTTLOB, an individual**<br>Date: _____<br><br>_____<br>**CYNTHIA G. GOTTLOB, an individual**<br>Date: _____ | _____<br>**LUCY D. ANDA, an individual**<br>Date: _____ |
| _____<br>**NEIL G. ARNOVITZ, an individual**<br>Date: _____ | **PETER CHARLES CROWLEY TRUST**<br><br>By: _____<br>**MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust**<br>Date: _____ |
| _____<br>**PATRICK A. LATTORE, an individual**<br>Date: _____<br><br>_____<br>**DEE P. LATTORE, an individual**<br>Date: _____ | _____<br>**ROCKY J. MOUNTAIN, an individual**<br>Date: 8-5-19<br><br>_____<br>**JANET M. MOUNTAIN, an individual**<br>Date: 8.5.19 |
| _____<br>**PHYLLIS SCHOFIELD, an individual**<br>Date: _____<br><br>_____<br>**WILLIAM F. SCHOFIELD, JR., an individual**<br>Date: _____ | _____<br>**MARK L. HORWITZ, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. HORWITZ, an individual**<br>Date: _____ |

**CHRISTIANE NICOLINI GLAZER TRUST**

By: _____
**CHRISTIANE NICOLINI GLAZER,**
**Trustee of the Christiane Nicolini Glazer Trust**
Date: _____

_____
**ERICH TENGELSEN, an individual**
Date: _____

_____
**CHARLES A. GOTTLOB, an individual**
Date: _____

_____
**LUCY D. ANDA, an individual**
Date: _____

_____
**CYNTHIA G. GOTTLOB, an individual**
Date: _____

_____
**NEIL G. ARNOVITZ, an individual**
Date: _____

**PETER CHARLES CROWLEY TRUST**

By: _____
**MELISSA T. CROWLEY, Trustee of the Peter Charles Crowley Trust**
Date: _____

_____
**PATRICK A. LATTORE, an individual**
Date: _____

_____
**ROCKY J. MOUNTAIN, an individual**
Date: _____

_____
**DEE P. LATTORE, an individual**
Date: _____

_____
**JANET M. MOUNTAIN, an individual**
Date: _____

_____
**PHYLLIS SCHOFIELD, an individual**
Date: _____

_____
**MARK L. HORWITZ, an individual**
Date: _8/1/2019_

_____
**WILLIAM F. SCHOFIELD, JR., an individual**
Date: _____

_____
**SUSAN J. HORWITZ, an individual**
Date: _8/1/2019_

Sacher, Joel Fwd 8-2-19.pdf                    Open with

09/02/2019  10:02   19882732582            KEMPAK INDUSTRIES                    PAGE  01

JOEL SACHER, an individual
Date:

X
SUSAN J. SACHER, an individual
Date:

LISA MOTTOLA TRUST

By:
LISA MOTTOLA, Trustee of the Lisa
Mottola Trust
Date:

JOHN PATRICK MCEVOY, an individual
Date:

MARIA GOMEZ MCEVOY, an individual
Date:

CLAIR F. WHITE, an individual
Date:

LINDA GAGE-WHITE, an individual
Date:

JOHN EGLE, an individual
Date:

MICHAEL A. CAPASSO, an individual
Date:

C & N ASSETS, LTD., a Texas limited
partnership

By:
Its:
Date:

MEL A. BARKAN, an individual
Date:

GREICO FAMILY LIMITED
PARTNERSHIP, a Texas limited
partnership

By:
Its:
Date:

JAWSFW, LLC, a Georgia limited liability
company

By:
Its:
Date:

DARRYL ROSEN, an individual
Date:

JEFFREY C. BERMANT, an individual
Date:

Page 21 of 31

|  |  |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **LISA MOTTOLA TRUST**<br><br>By: *Lisa Mottola*<br>LISA MOTTOLA, Trustee of the Lisa Mottola Trust<br>Date: *August 1, 2019* | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____<br><br>_____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____<br><br>_____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

Page 21 of 31

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____<br><br><br>_____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: 8\|5\|19<br><br>_____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: 8\|5\|19 | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____<br><br>_____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

| | |
|---|---|
| JOEL SACHER, an individual<br>Date: _____ <br><br>SUSAN J. SACHER, an individual<br>Date: _____ | C & N ASSETS, LTD., a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| LISA MOTTOLA TRUST<br><br>By: _____<br>LISA MOTTOLA, Trustee of the Lisa Mottola Trust<br>Date: _____ | MEL A. BARKAN, an individual<br>Date: _____ |
| JOHN PATRICK MCEVOY, an individual<br>Date: _____ <br><br>MARIA GOMEZ MCEVOY, an individual<br>Date: _____ | GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| CLAIR F. WHITE, an individual<br>Date: Aug 1, 2019<br><br>LINDA GAGE-WHITE, an individual<br>Date: Aug 1, 2019 | JAWSFW, LLC, a Georgia limited liability company<br><br>By: _____ Clair F. White<br>Its: manager<br>Date: Aug 1, 2019 |
| JOHN EGLE, an individual<br>Date: _____ | DARRYL ROSEN, an individual<br>Date: _____ |
| MICHAEL A. CAPASSO, an individual<br>Date: _____ | JEFFREY C. BERMANT, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | |
| _____<br>**JOHN EGLE, an individual**<br>Date: 8/7/2019 | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

Page 21 of 31

| | |
|---|---|
| _____<br>JOEL SACHER, an individual<br>Date: _____ | C & N ASSETS, LTD., a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>SUSAN J. SACHER, an individual<br>Date: _____ | |
| LISA MOTTOLA TRUST<br><br>By: _____<br>LISA MOTTOLA, Trustee of the Lisa Mottola Trust<br>Date: _____ | _____<br>MEL A. BARKAN, an individual<br>Date: _____ |
| _____<br>JOHN PATRICK MCEVOY, an individual<br>Date: _____ | GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>MARIA GOMEZ MCEVOY, an individual<br>Date: _____ | |
| _____<br>CLAIR F. WHITE, an individual<br>Date: _____ | JAWSFW, LLC, a Georgia limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>LINDA GAGE-WHITE, an individual<br>Date: _____ | |
| _____<br>JOHN EGLE, an individual<br>Date: _____ | _____<br>DARRYL ROSEN, an individual<br>Date: _____ |
| _____<br>MICHAEL A. CAPASSO, an individual<br>Date: _____ | _____<br>JEFFREY C. BERMANT, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>JOEL SACHER, an individual<br>Date: _____ | C & N ASSETS, LTD., a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>SUSAN J. SACHER, an individual<br>Date: _____ | |
| LISA MOTTOLA TRUST<br><br>By: _____<br>LISA MOTTOLA, Trustee of the Lisa Mottola Trust<br>Date: _____ | _____<br>MEL A. BARKADY, an individual<br>Date: _____<br>AUG 2, 2019 |
| _____<br>JOHN PATRICK MCEVOY, an individual<br>Date: _____ | GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>MARIA GOMEZ MCEVOY, an individual<br>Date: _____ | |
| _____<br>CLAIR F. WHITE, an individual<br>Date: _____ | JAWSFW, LLC, a Georgia limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>LINDA GAGE-WHITE, an individual<br>Date: _____ | |
| _____<br>JOHN EGLE, an individual<br>Date: _____ | _____<br>DARRYL ROSEN, an individual<br>Date: _____ |
| _____<br>MICHAEL A. CAPASSO, an individual<br>Date: _____ | _____<br>JEFFREY C. BERMANT, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____<br><br>_____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership.**<br>By: _____ (FRANK GREICO)<br>Its: PRESIDENT<br>Date: 8/01/19 |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____<br><br>_____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____<br><br>_____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: Aug 1, 2019<br><br>_____<br>**LINDA GAGE-WHITE, an individual**<br>Date: Aug 1, 2019 | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____ Clair F. White<br>Its: manager<br>Date: Aug 1, 2019 |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____<br><br>_____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____<br><br>_____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ _8/2/19_ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**JOEL SACHER, an individual**<br>Date: _____<br><br>_____<br>**SUSAN J. SACHER, an individual**<br>Date: _____ | **C & N ASSETS, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **LISA MOTTOLA TRUST**<br><br>By: _____<br>**LISA MOTTOLA, Trustee of the Lisa Mottola Trust**<br>Date: _____ | _____<br>**MEL A. BARKAN, an individual**<br>Date: _____ |
| _____<br>**JOHN PATRICK MCEVOY, an individual**<br>Date: _____<br><br>_____<br>**MARIA GOMEZ MCEVOY, an individual**<br>Date: _____ | **GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**CLAIR F. WHITE, an individual**<br>Date: _____<br><br>_____<br>**LINDA GAGE-WHITE, an individual**<br>Date: _____ | **JAWSFW, LLC, a Georgia limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**JOHN EGLE, an individual**<br>Date: _____ | _____<br>**DARRYL ROSEN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL A. CAPASSO, an individual**<br>Date: _____ | _____<br>**JEFFREY C. BERMANT, an individual**<br>Date: 8/1/19 |

| | |
|---|---|
| ROCK PILE, LLC, a Minnesota limited liability company,<br><br>By: _____<br>Its: _____<br>Date: _____ 8/10/19 | MARY GLANCY HOBIN TRUST<br><br>By: _____<br>MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust<br>Date: _____ |
| _____<br>PATRICIA TRAVERS, an individual<br>Date: _____ | _____<br>MICHAEL HOBIN, an individual<br>Date: _____ |
| _____<br>MARK D. DEMBS, an individual<br>Date: _____<br><br>_____<br>MONA L. DEMBS, an individual<br>Date: _____ | _____<br>MORTON EUGENE SHERMAN, an individual<br>Date: _____<br><br>_____<br>SUSAN ANN SHERMAN, an individual<br>Date: _____ |
| _____<br>JOHN H. THAMES, JR., an individual<br>Date: _____ | _____<br>THOMAS R. WRIGHT, an individual<br>Date: _____<br><br>_____<br>MAUREEN D. WRIGHT, an individual<br>Date: _____ |
| _____<br>BRENDA ZELNICK, an individual<br>Date: _____ | CORPORATE RETREATS, LLC, a South Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>RICHARD F. WACKEEN, an individual<br>Date: _____ | |

| ROCK PILE, LLC, a Minnesota limited liability company | MARY GLANCY HOBIN TRUST |
|---|---|
| By: _____<br>Its: _____<br>Date: _____ | By: _Mary Glancy Hobin_<br>MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust<br>Date: _3/5/19_ |
| _signature_<br>PATRICIA TRAVERS, an individual<br>Date: _____ | _signature_<br>MICHAEL HOBIN, an individual<br>Date: _3.5.19_ |
| MARK D. DEMUS, an individual<br>Date: _____<br><br>MONA L. DEMUS, an individual<br>Date: _____ | MORTON EUGENE SHERMAN, an individual<br>Date: _____<br><br>SUSAN ANN SHERMAN, an individual<br>Date: _____ |
| JOHN H. THAMES, JR., an individual<br>Date: _____ | THOMAS R. WRIGHT, an individual<br>Date: _____<br><br>MAUREEN B. WRIGHT, an individual<br>Date: _____ |
| BRENDA ZELNICK, an individual<br>Date: _____ | CORPORATE RETREATS, LLC, a South Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| RICHARD F. WACKEEN, an individual<br>Date: _____ | |

| ROCK PILE, LLC, a Minnesota limited liability company | MARY GLANCY HOBIN TRUST |
|---|---|
| By: _____ <br> Its: _____ <br> Date: _____ | By: _____ <br> MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust <br> Date: _____ |
| _____ <br> PATRICIA TRAVERS, an individual <br> Date: _____ | _____ <br> MICHAEL HOBIN, an individual <br> Date: _____ |
| _____ <br> MARK D. DEMBS, an individual <br> Date: _8/1/19_ <br><br> _____ <br> MONA L. DEMBS, an individual <br> Date: _8/1/19_ | _____ <br> MORTON EUGENE SHERMAN, an individual <br> Date: _____ <br><br> _____ <br> SUSAN ANN SHERMAN, an individual <br> Date: _____ |
| _____ <br> JOHN H. THAMES, JR., an individual <br> Date: _____ | _____ <br> THOMAS R. WRIGHT, an individual <br> Date: _____ <br><br> _____ <br> MAUREEN D. WRIGHT, an individual <br> Date: _____ |
| _____ <br> BRENDA ZELNICK, an individual <br> Date: _____ | CORPORATE RETREATS, LLC, a South Carolina limited liability company <br><br> By: _____ <br> Its: _____ <br> Date: _____ |
| _____ <br> RICHARD F. WACKEEN, an individual <br> Date: _____ | |

Page 22 of 31

ROCK PILE, LLC, a Minnesota limited liability company

By: _____
Its: _____
Date: _____

MARY GLANCY HOBIN TRUST

By: _____
MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust
Date: _____

_____
PATRICIA TRAVERS, an individual
Date: _____

_____
MICHAEL HOBIN, an individual
Date: _____

_____
MARK D. DEMBS, an individual
Date: _____

_____
MORTON EUGENE SHERMAN, an individual
Date: _____

_____
MONA L. DEMBS, an individual
Date: _____

_____
SUSAN ANN SHERMAN, an individual
Date: _____

_____
JOHN H. THAMES, JR., an individual
Date: _8-1-2019_

_J. H. March_

_____
THOMAS R. WRIGHT, an individual
Date: _____

_____
MAUREEN D. WRIGHT, an individual
Date: _____

_____
BRENDA ZELNICK, an individual
Date: _____

CORPORATE RETREATS, LLC, a South Carolina limited liability company

By: _____
Its: _____
Date: _____

_____
RICHARD F. WACKEEN, an individual
Date: _____

| | |
|---|---|
| ROCK PILE, LLC, a Minnesota limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | MARY GLANCY HOBIN TRUST<br><br>By: _____<br>MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust<br>Date: _____ |
| PATRICIA TRAVERS, an individual<br>Date: _____ | MICHAEL HOBIN, an individual<br>Date: _____ |
| MARK D. DEMBS, an individual<br>Date: _____<br><br>MONA L. DEMBS, an individual<br>Date: _____ | MORTON EUGENE SHERMAN, an individual<br>Date: _____<br><br>SUSAN ANN SHERMAN, an individual<br>Date: _____ |
| JOHN H. THAMES, JR., an individual<br>Date: _____ | THOMAS R. WRIGHT, an individual<br>Date: _____<br><br>MAUREEN D. WRIGHT, an individual<br>Date: _____ |
| BRENDA ZELNICK, an individual<br>Date: 7/31/19<br><br>*Brenda Zelnick* | CORPORATE RETREATS, LLC, a South Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| RICHARD F. WACKEEN, an individual<br>Date: _____ | |

| ROCK PILE, LLC, a Minnesota limited liability company | MARY GLANCY HOBIN TRUST |
|---|---|
| By: _____<br>Its: _____<br>Date: _____ | By: _____<br>MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust<br>Date: _____ |
| _____<br>PATRICIA TRAVERS, an individual<br>Date: _____ | _____<br>MICHAEL HOBIN, an individual<br>Date: _____ |
| _____<br>MARK D. DEMBS, an individual<br>Date: _____<br><br>_____<br>MONA L. DEMBS, an individual<br>Date: _____ | _____<br>MORTON EUGENE SHERMAN, an individual<br>Date: _____<br><br>_____<br>SUSAN ANN SHERMAN, an individual<br>Date: _____ |
| _____<br>JOHN H. THAMES, JR., an individual<br>Date: _____ | _____<br>THOMAS R. WRIGHT, an individual<br>Date: _____<br><br>_____<br>MAUREEN D. WRIGHT, an individual<br>Date: _____ |
| _____<br>BRENDA ZELNICK, an individual<br>Date: _____ | CORPORATE RETREATS, LLC, a South Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>RICHARD E. WACKEEN, an individual<br>Date: _____ | |

| ROCK PILE, LLC, a Minnesota limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | MARY GLANCY HOBIN TRUST<br><br>By: *Mary Glancy Hobin*<br>MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust<br>Date: 8/5/19 |
|---|---|
| *signature*<br>PATRICIA TRAVERS, an individual<br>Date: 8/5/19 | *signature*<br>MICHAEL HOBIN, an individual<br>Date: 8.5.19 |
| MARK D. DEMBS, an individual<br>Date: _____<br><br>MONA L. DEMBS, an individual<br>Date: _____ | MORTON EUGENE SHERMAN, an individual<br>Date: _____<br><br>SUSAN ANN SHERMAN, an individual<br>Date: _____ |
| JOHN H. THAMES, JR., an individual<br>Date: _____ | THOMAS R. WRIGHT, an individual<br>Date: _____<br><br>MAUREEN D. WRIGHT, an individual<br>Date: _____ |
| BRENDA ZELNICK, an individual<br>Date: _____ | CORPORATE RETREATS, LLC, a South Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| RICHARD F. WACKEEN, an individual<br>Date: _____ | |

Page 22 of 31

Reiser Law Mail - Sherman

| | |
|---|---|
| **ROCK PILE, LLC, a Minnesota limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MARY GLANCY HOBIN TRUST**<br><br>By: _____<br>**MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust**<br>Date: _____ |
| _____<br>**PATRICIA TRAVERS, an individual**<br>Date: _____ | _____<br>**MICHAEL HOBIN, an individual**<br>Date: _____ |
| _____<br>**MARK D. DEMBS, an individual**<br>Date: _____<br><br>_____<br>**MONA L. DEMBS, an individual**<br>Date: _____ | _~~signature~~_<br>**MORTON EUGENE SHERMAN, an individual**<br>Date: 8/4/2019<br><br>_~~Susan Ann Sherman~~_<br>**SUSAN ANN SHERMAN, an individual**<br>Date: 8/4/2019 |
| _____<br>**JOHN H. THAMES, JR., an individual**<br>Date: _____ | _____<br>**THOMAS R. WRIGHT, an individual**<br>Date: _____<br><br>_____<br>**MAUREEN D. WRIGHT, an individual**<br>Date: _____ |
| _____<br>**BRENDA ZELNICK, an individual**<br>Date: _____ | **CORPORATE RETREATS, LLC, a South Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**RICHARD F. WACKEEN, an individual**<br>Date: _____ | |

Page 22 of 31

On Aug 7, 2019, at 2:57 PM, Matthew Ferguson <mait@matthewfergusonlaw.com> wrote:

| | |
|---|---|
| **ROCK PILE, LLC, a Minnesota limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MARY GLANCY HOBIN TRUST**<br><br>By: _____<br>**MARY GLANCY HOBIN, Trustee of the Mary Glancy Hobin Trust**<br>Date: _____ |
| _____<br>**PATRICIA TRAVERS, an individual**<br>Date: _____ | _____<br>**MICHAEL HOBIN, an individual**<br>Date: _____ |
| _____<br>**MARK D. DEMBS, an individual**<br>Date: _____<br><br>_____<br>**MONA L. DEMBS, an individual**<br>Date: _____ | _____<br>**MORTON EUGENE SHERMAN, an individual**<br>Date: _____<br><br>_____<br>**SUSAN ANN SHERMAN, an individual**<br>Date: _____ |
| _____<br>**JOHN H. THAMES, JR., an individual**<br>Date: _____ | _____<br>**THOMAS R. WRIGHT, an individual**<br>Date: 8/1/19<br><br>_____<br>**MAUREEN D. WRIGHT, an individual**<br>Date: 8/1/19 |
| _____<br>**BRENDA ZELNICK, an individual**<br>Date: _____ | **CORPORATE RETREATS, LLC, a South Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**RICHARD F. WACKEEN, an individual**<br>Date: _____ | |

| | |
|---|---|
| **ROCK PILE, LLC**, a Minnesota limited liability company<br><br>By: _____<br>Its: _____<br>Date:_____ | **MARY GLANCY HOBIN TRUST**<br><br>By: _____<br>**MARY GLANCY HOBIN**, Trustee of the Mary Glancy Hobin Trust<br>Date: _____ |
| _____<br>**PATRICIA TRAVERS**, an individual<br>Date: _____ | _____<br>**MICHAEL HOBIN**, an individual<br>Date: _____ |
| _____<br>**MARK D. DEMBS**, an individual<br>Date: _____<br><br>_____<br>**MONA L. DEMBS**, an individual<br>Date: _____ | _____<br>**MORTON EUGENE SHERMAN**, an individual<br>Date: _____<br><br>_____<br>**SUSAN ANN SHERMAN**, an individual<br>Date: _____ |
| _____<br>**JOHN H. THAMES, JR.**, an individual<br>Date: _____ | _____<br>**THOMAS R. WRIGHT**, an individual<br>Date: _____<br><br>_____<br>**MAUREEN D. WRIGHT**, an individual<br>Date: _____ |
| _____<br>**BRENDA ZELNICK**, an individual<br>Date: _____ | **CORPORATE RETREATS, LLC**, a South Carolina limited liability company<br><br>By: _~~Edd Voft~~_<br>Its: _Member_<br>Date: _8/14/2019_ |
| _____<br>**RICHARD F. WACKEEN**, an individual<br>Date: _____ | |

| | |
|---|---|
| _____<br>SHARON R. WACKEEN, an individual<br>Date: _Sharon R Wackeen_ | **JURKOWITZ 1996 FAMILY TRUST**<br><br>By: _____<br>MORRIS M. JURKOWITZ, Trustee of the<br>Jurkowitz 1996 Family Trust<br>Date: _____<br><br><br>By: _____<br>IRMA JURKOWITZ, Trustee of the<br>Jurkowitz 1996 Family Trust<br>Date: _____ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>RICK M. ODDO, Trustee of the Rick M.<br>Oddo Trust<br>Date: _____ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>JEFFREY B. ODDO, Trustee of the Jeffrey<br>B. Oddo Trust<br>Date: _____ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>BRADFORD T. ODDO, Trustee of the<br>Bradford T. Oddo Trust<br>Date: _____ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>NICOLA H. ALBUTT, Trustee of the<br>Graham J. Albutt Trust<br>Date: _____<br><br>By: _____<br>MARK E. HARANZO, Trustee of the<br>Graham J. Albutt Trust<br>Date: _____ |
| _____<br>THOMAS G. FRIERMOOD, an individual<br>Date: _____<br><br>KAY K. FRIERMOOD, an individual<br>Date: _____ | _____<br>RICHARD N. MARK, an individual<br>Date: _____ |
| _____<br>STUART A. EPSTEIN, an individual<br>Date: _____<br><br>_____<br>JUDY EPSTEIN, an individual<br>Date: _____ | _____<br>JOHN M. KEANE, an individual<br>Date: _____ |

Page 23 of 31

| | JURKOWITZ 1996 FAMILY TRUST |
|---|---|
| _____<br>**SHARON R. WACKEEN, an individual**<br>Date: _____ | By: _____<br>**MORRIS M. JURKOWITZ, Trustee of the**<br>**Jurkowitz 1996 Family Trust**<br>Date: _____<br><br><br>By: _____<br>**IRMA JURKOWITZ, Trustee of the**<br>**Jurkowitz 1996 Family Trust**<br>Date: _____ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>**RICK M. ODDO, Trustee of the Rick M.**<br>**Oddo Trust**<br>Date: _____8-6-19_____ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>**JEFFREY B. ODDO, Trustee of the Jeffrey**<br>**B. Oddo Trust**<br>Date: ___8/6/19___ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>**BRADFORD T. ODDO, Trustee of the**<br>**Bradford T. Oddo Trust**<br>Date: _____8-6 19_____ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>**NICOLA H. ALBUTT, Trustee of the**<br>**Graham J. Albutt Trust**<br>Date: _____<br><br>By: _____<br>**MARK E. HARANZO, Trustee of the**<br>**Graham J. Albutt Trust**<br>Date: _____ |
| _____<br>**THOMAS G. FRIERMOOD, an individual**<br>Date: _____<br><br>**KAY K. FRIERMOOD, an individual**<br>Date: _____ | _____<br>**RICHARD N. MARK, an individual**<br>Date: _____ |
| _____<br>**STUART A. EPSTEIN, an individual**<br>Date: _____<br><br>_____<br>**JUDY EPSTEIN, an individual**<br>Date: _____ | _____<br>**JOHN M. KEANE, an individual**<br>Date: _____ |

Page 23 of 31

| | |
|---|---|
| **SHARON R. WACKEEN, an individual**<br>Date: _____ | **JURKOWITZ 1996 FAMILY TRUST**<br><br>By: _____<br>**MORRIS M. JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust**<br>Date: _____<br><br><br>By: _____<br>**IRMA JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust**<br>Date: _____ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>**RICK M. ODDO, Trustee of the Rick M. Oddo Trust**<br>Date: _____ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>**JEFFREY B. ODDO, Trustee of the Jeffrey B. Oddo Trust**<br>Date: _____ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>**BRADFORD T. ODDO, Trustee of the Bradford T. Oddo Trust**<br>Date: _____ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>**NICOLA H. ALBUTT, Trustee of the Graham J. Albutt Trust**<br>Date: _____<br><br>By: _____<br>**MARK E. HARANZO, Trustee of the Graham J. Albutt Trust**<br>Date: _____ |
| **THOMAS G. FRIERMOOD, an individual**<br>Date: _____ 8/1/19<br><br>**KAY K. FRIERMOOD, an individual**<br>Date: _____ 7/1/19 | **RICHARD N. MARK, an individual**<br>Date: _____ |
| **STUART A. EPSTEIN, an individual**<br>Date: _____<br><br>**JUDY EPSTEIN, an individual**<br>Date: _____ | **JOHN M. KEANE, an individual**<br>Date: _____ |

Page 23 of 31

| | |
|---|---|
| _____<br>**SHARON R. WACKEEN, an individual**<br>Date:_____ | **JURKOWITZ 1996 FAMILY TRUST**<br><br>By: _____<br>**MORRIS M. JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust**<br>Date: _____<br><br><br>By: _____<br>**IRMA JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust**<br>Date: _____ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>**RICK M. ODDO, Trustee of the Rick M. Oddo Trust**<br>Date: _____ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>**JEFFREY B. ODDO, Trustee of the Jeffrey B. Oddo Trust**<br>Date: _____ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>**BRADFORD T. ODDO, Trustee of the Bradford T. Oddo Trust**<br>Date: _____ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>**NICOLA H. ALBUTT, Trustee of the Graham J. Albutt Trust**<br>Date: _____<br><br>By: _____<br>**MARK E. HARANZO, Trustee of the Graham J. Albutt Trust**<br>Date: _____ |
| _____<br>**THOMAS G. FRIERMOOD, an individual**<br>Date: _____<br><br>**KAY K. FRIERMOOD, an individual**<br>Date: _____ | _____<br>**RICHARD N. MARK, an individual**<br>Date: _____ |
| _____<br>**STUART A. EPSTEIN, an individual**<br>Date: 8/8/19<br><br>_____<br>**JUDY EPSTEIN, an individual**<br>Date: 8/8/19 | _____<br>**JOHN M. KEANE, an individual**<br>Date: _____ |

| | |
|---|---|
| **SHARON R. WACKEEN, an individual**<br>Date: _____ | **JURKOWITZ 1996 FAMILY TRUST**<br><br>By: _____<br>MORRIS M. JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust<br>Date: _8/6/19_<br><br><br>By: _____<br>IRMA JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust<br>Date: _8/6/19_ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>RICK M. ODDO, Trustee of the Rick M. Oddo Trust<br>Date: _____ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>JEFFREY B. ODDO, Trustee of the Jeffrey B. Oddo Trust<br>Date: _____ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>BRADFORD T. ODDO, Trustee of the Bradford T. Oddo Trust<br>Date: _____ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>NICOLA H. ALBUTT, Trustee of the Graham J. Albutt Trust<br>Date: _____<br><br>By: _____<br>MARK E. HARANZO, Trustee of the Graham J. Albutt Trust<br>Date: _____ |
| **THOMAS G. FRIERMOOD, an individual**<br>Date: _____<br><br>**KAY K. FRIERMOOD, an individual**<br>Date: _____ | **RICHARD N. MARK, an individual**<br>Date: _____ |
| **STUART A. EPSTEIN, an individual**<br>Date: _____<br><br><br>**JUDY EPSTEIN, an individual**<br>Date: _____ | **JOHN M. KEANE, an individual**<br>Date: _____ |

Page 23 of 31

| | |
|---|---|
| _____<br>**SHARON R. WACKEEN, an individual**<br>Date: _____ | **JURKOWITZ 1996 FAMILY TRUST**<br><br>By: _____<br>**MORRIS M. JURKOWITZ, Trustee of the**<br>**Jurkowitz 1996 Family Trust**<br>Date: _____<br><br><br>By: _____<br>**IRMA JURKOWITZ, Trustee of the**<br>**Jurkowitz 1996 Family Trust**<br>Date: _____ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>**RICK M. ODDO, Trustee of the Rick M.**<br>**Oddo Trust**<br>Date: _8-6-19_ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>**JEFFREY B. ODDO, Trustee of the Jeffrey**<br>**B. Oddo Trust**<br>Date: _8/6/19_ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>**BRADFORD T. ODDO, Trustee of the**<br>**Bradford T. Oddo Trust**<br>Date: _8-6-19_ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>**NICOLA H. ALBUTT, Trustee of the**<br>**Graham J. Albutt Trust**<br>Date: _____<br><br>By: _____<br>**MARK E. HARANZO, Trustee of the**<br>**Graham J. Albutt Trust**<br>Date: _____ |
| _____<br>**THOMAS G. FRIERMOOD, an individual**<br>Date: _____<br><br>**KAY K. FRIERMOOD, an individual**<br>Date: _____ | _____<br>**RICHARD N. MARK, an individual**<br>Date: _____ |
| _____<br>**STUART A. EPSTEIN, an individual**<br>Date: _____<br><br>_____<br>**JUDY EPSTEIN, an individual**<br>Date: _____ | _____<br>**JOHN M. KEANE, an individual**<br>Date: _____ |

| | |
|---|---|
| SHARON R. WACKEEN, an individual<br>Date: _____ | JURKOWITZ 1996 FAMILY TRUST<br><br>By: _____<br>MORRIS M. JURKOWITZ, Trustee of the<br>Jurkowitz 1996 Family Trust<br>Date: _____<br><br><br>By: _____<br>IRMA JURKOWITZ, Trustee of the<br>Jurkowitz 1996 Family Trust<br>Date: _____ |
| RICK M. ODDO TRUST<br><br>By: _____<br>RICK M. ODDO, Trustee of the Rick M.<br>Oddo Trust<br>Date: _____ | JEFFREY B. ODDO TRUST<br><br>By: _____<br>JEFFREY B. ODDO, Trustee of the Jeffrey<br>B. Oddo Trust<br>Date: _____ |
| BRADFORD T. ODDO TRUST<br><br>By: _____<br>BRADFORD T. ODDO, Trustee of the<br>Bradford T. Oddo Trust<br>Date: _____ | GRAHAM J. ALBUTT TRUST<br><br>By: Nicola Albutt<br>NICOLA H. ALBUTT, Trustee of the<br>Graham J. Albutt Trust<br>Date: _____<br><br>By: _____<br>MARK E. HARANZO, Trustee of the<br>Graham J. Albutt Trust<br>Date: 8/8/19 |
| THOMAS G. FRIERMOOD, an individual<br>Date: _____<br><br>KAY K. FRIERMOOD, an individual<br>Date: _____ | RICHARD N. MARK, an individual<br>Date: _____ |
| STUART A. EPSTEIN, an individual<br>Date: _____<br><br>JUDY EPSTEIN, an individual<br>Date: _____ | JOHN M. KEANE, an individual<br>Date: _____ |

| | |
|---|---|
| **SHARON R. WACKEEN, an individual**<br>Date: _____ | **JURKOWITZ 1996 FAMILY TRUST**<br><br>By: _____<br>**MORRIS M. JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust**<br>Date: _____<br><br><br>By: _____<br>**IRMA JURKOWITZ, Trustee of the Jurkowitz 1996 Family Trust**<br>Date: _____ |
| **RICK M. ODDO TRUST**<br><br>By: _____<br>**RICK M. ODDO, Trustee of the Rick M. Oddo Trust**<br>Date: _____ | **JEFFREY B. ODDO TRUST**<br><br>By: _____<br>**JEFFREY B. ODDO, Trustee of the Jeffrey B. Oddo Trust**<br>Date: _____ |
| **BRADFORD T. ODDO TRUST**<br><br>By: _____<br>**BRADFORD T. ODDO, Trustee of the Bradford T. Oddo Trust**<br>Date: _____ | **GRAHAM J. ALBUTT TRUST**<br><br>By: _____<br>**NICOLA H. ALBUTT, Trustee of the Graham J. Albutt Trust**<br>Date: _____<br><br>By: _____<br>**MARK E. HARANZO, Trustee of the Graham J. Albutt Trust**<br>Date: _____ |
| **THOMAS G. FRIERMOOD, an individual**<br>Date: _____<br><br>**KAY K. FRIERMOOD, an individual**<br>Date: _____ | **RICHARD N. MARK, an individual**<br>Date: 8-1-19 |
| **STUART A. EPSTEIN, an individual**<br>Date: _____<br><br>**JUDY EPSTEIN, an individual**<br>Date: _____ | **JOHN M. KEANE, an individual**<br>Date: _____ |

| | JURKOWITZ 1996 FAMILY TRUST |
|---|---|
| SHARON R. WACKEEN, an individual<br>Date: _____ | By: _____<br>MORRIS M. JURKOWITZ, Trustee of the<br>Jurkowitz 1996 Family Trust<br>Date: _____<br><br><br>By: _____<br>IRMA JURKOWITZ, Trustee of the<br>Jurkowitz 1996 Family Trust<br>Date: _____ |
| RICK M. ODDO TRUST<br><br>By: _____<br>RICK M. ODDO, Trustee of the Rick M.<br>Oddo Trust<br>Date: _____ | JEFFREY B. ODDO TRUST<br><br>By: _____<br>JEFFREY B. ODDO, Trustee of the Jeffrey<br>B. Oddo Trust<br>Date: _____ |
| BRADFORD T. ODDO TRUST<br><br>By: _____<br>BRADFORD T. ODDO, Trustee of the<br>Bradford T. Oddo Trust<br>Date: _____ | GRAHAM J. ALBUTT TRUST<br><br>By: _____<br>NICOLA H. ALBUTT, Trustee of the<br>Graham J. Albutt Trust<br>Date: _____<br><br>By: _____<br>MARK E. HARANZO, Trustee of the<br>Graham J. Albutt Trust<br>Date: _____ |
| THOMAS G. FRIERMOOD, an individual<br>Date: _____<br><br>KAY K. FRIERMOOD, an individual<br>Date: _____ | RICHARD N. MARK, an individual<br>Date: _____ |
| STUART A. EPSTEIN, an individual<br>Date: _____<br><br><br>JUDY EPSTEIN, an individual<br>Date: _____ | *[signature]*<br>JOHN M. KEANE, an individual<br>Date: 1 August 2019 |

| | |
|---|---|
| **RICHARD B. BINDLER, an individual**<br>Date: _8/1/19_<br><br>**GENE M. BINDLER, an individual**<br>Date: _8/1/19_ | **ALLEN D. MCGEE, an individual**<br>Date: _____<br><br>**J. HOLTON MCGEE, an individual**<br>Date: _____ |
| **8207 DEL, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JENNIFER COLSON, an individual**<br>Date: _____<br><br>**ERIC C. COLSON, an individual**<br>Date: _____ |
| **JUDY L. PECKLER, an individual**<br>Date: _____ | **BARRY K. SCHOCHET, an individual**<br>Date: _____ |
| **GAYLE WEISS, an individual**<br>Date. _____ | **BRAIN D. ISROFF, an individual**<br>Date: _____<br><br>**LOUISE A. ISROFF, an individual**<br>Date: _____ |
| **RONALD F. LEMAR, an individual**<br>Date: _____ | **WILLIAM N. SHOFF, an individual**<br>Date: _____ |
| **OLGA A. SELIVANOVA, an individual**<br>Date: _____ | **HAZIM SAFI, an individual**<br>Date: _____<br><br>**DEBORAH CAVAZOS SAFI, an individual**<br>Date: |

| | |
|---|---|
| **RICHARD B. BINDLER, an individual**<br>Date: _____ | **ALLEN D. MCGEE, an individual**<br>Date: _____ |
| **GENE M. BINDLER, an individual**<br>Date: _____ | **J. HOLTON MCGEE, an individual**<br>Date: _____ |
| **8207 DEL, LLC, a Colorado limited liability company**<br>By: _____<br>Its: Douglas B Lowey, Managing Member<br>Date: 08/05/2019 | **JENNIFER COLSON, an individual**<br>Date: _____<br><br>**ERIC C. COLSON, an individual**<br>Date: _____ |
| **JUDY L. PECKLER, an individual**<br>Date: _____ | **BARRY K. SCHOCHET, an individual**<br>Date: _____ |
| **GAYLE WEISS, an individual**<br>Date: _____ | **BRAIN D. ISROFF, an individual**<br>Date: _____<br><br>**LOUISE A. ISROFF, an individual**<br>Date: _____ |
| **RONALD F. LEMAR, an individual**<br>Date: _____ | **WILLIAM N. SHOFF, an individual**<br>Date: _____ |
| **OLGA A. SELIVANOVA, an individual**<br>Date: _____ | **HAZIM SAFI, an individual**<br>Date: _____<br><br>**DEBORAH CAVAZOS SAFI, an individual**<br>Date: _____ |

Page 24 of 31

| | |
|---|---|
| _____<br>**RICHARD B. BINDLER, an individual**<br>Date: _____ | _____<br>**ALLEN D. MCGEE, an individual**<br>Date: _____ |
| _____<br>**GENE M. BINDLER, an individual**<br>Date: _____ | _____<br>**J. HOLTON MCGEE, an individual**<br>Date: _____ |
| **8207 DEL, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JENNIFER COLSON, an individual**<br>Date: 8 1 19<br><br>_____<br>**ERIC C. COLSON, an individual**<br>Date: 08.01.2019 |
| _____<br>**JUDY L. PECKLER, an individual**<br>Date: 08 / 01 / 2019 | _____<br>**BARRY K. SCHOCHET, an individual**<br>Date: _____ |
| _____<br>**GAYLE WEISS, an individual**<br>Date: _____ | _____<br>**BRAIN D. ISROFF, an individual**<br>Date: _____<br><br>_____<br>**LOUISE A. ISROFF, an individual**<br>Date: _____ |
| _____<br>**RONALD F. LEMAR, an individual**<br>Date: _____ | _____<br>**WILLIAM N. SHOFF, an individual**<br>Date: _____ |
| _____<br>**OLGA A. SELIVANOVA, an individual**<br>Date: _____ | _____<br>**HAZIM SAFI, an individual**<br>Date: _____<br><br>_____<br>**DEBORAH CAVAZOS SAFI, an individual**<br>Date: _____ |

RICHARD B. BINDLER, an individual
Date: _____

ALLEN D. MCGEE, an individual
Date: _____

GENE M. BINDLER, an individual
Date: _____

J. HOLTON MCGEE, an individual
Date: _____

8207 DEL, LLC, a Colorado limited liability company

By: _____
Its: _____
Date: _____

JENNIFER COLSON, an individual
Date: _____

ERIC C. COLSON, an individual
Date: _____

JUDY L. PECKLER, an individual
Date: _____

BARRY K. SCHOCHET, an individual
Date: _____
8/5/19

GAYLE WEISS, an individual
Date: 8/5/19

BRAIN D. ISROFF, an individual
Date: _____

LOUISE A. ISROFF, an individual
Date: _____

RONALD F. LEMAR, an individual
Date: _____

WILLIAM N. SHOFF, an individual
Date: _____

OLGA A. SELIVANOVA, an individual
Date: _____

HAZIM SAFI, an individual
Date: _____

DEBORAH CAVAZOS SAFI, an individual
Date: _____

Lemar.Ron.pdf                                Open with

| | |
|---|---|
| RICHARD B. BINDLER, an individual<br>Date: _____ | ALLEN D. MCGEE, an individual<br>Date: _____ |
| GENE M. BINDLER, an individual<br>Date: _____ | J. HOLTON MCGEE, an individual<br>Date: _____ |
| 8207 DEL, LLC, a Colorado limited liability<br>company<br><br>By: _____<br>Its: _____<br>Date: _____ | JENNIFER COLSON, an individual<br>Date: _____<br><br>ERIC C. COLSON, an individual<br>Date: _____ |
| JUDY L. PECKLER, an individual<br>Date: _____ | BARRY K. SCHOCHET, an individual<br>Date: _____ |
| GAYLE WEISS, an individual<br>Date: _____ | BRAIN D. ISROFF, an individual<br>Date: _____<br><br>LOUISE A. ISROFF, an individual<br>Date: _____ |
| RONALD F. LEMAR, an individual<br>Date: 8-2-19 | WILLIAM N. SHOFF, an individual<br>Date: _____ |
| OLGA A. SELIVANOVA, an individual<br>Date: _____ | HAZIM SAFI, an individual<br>Date: _____<br><br>DEBORAH CAVAZOS SAFI, an individual<br>Date: _____ |

Page 24 of 31

| | |
|---|---|
| **RICHARD B. BINDLER, an individual**<br>Date: _____ | **ALLEN D. MCGEE, an individual**<br>Date: _____ |
| **GENE M. BINDLER, an individual**<br>Date: _____ | **J. HOLTON MCGEE, an individual**<br>Date: _____ |
| **8207 DEL, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JENNIFER COLSON, an individual**<br>Date: _____<br><br>**ERIC C. COLSON, an individual**<br>Date: _____ |
| **JUDY L. PECKLER, an individual**<br>Date: _____ | **BARRY K. SCHOCHET, an individual**<br>Date: _____ |
| **GAYLE WEISS, an individual**<br>Date: _____ | **BRAIN D. ISROFF, an individual**<br>Date: _____<br><br>**LOUISE A. ISROFF, an individual**<br>Date: _____ |
| **RONALD F. LEMAR, an individual**<br>Date: _____ | _hn Shell_<br>**WILLIAM N. SHORE, an individual**<br>Date: AUG 2, 2019 |
| _Selivanova_<br>**OLGA A. SELIVANOVA, an individual**<br>Date: Aug 2, 2019 | **HAZIM SAFI, an individual**<br>Date: _____<br><br>**DEBORAH CAVAZOS SAFI, an individual**<br>Date: _____ |



_Helen D. Meyer_

**ALLEN D. MCGEE, an individual**

Date: _EX - 01 - 1 9_

**J. HOLTON MCGEE, an individual**

Date: _88 - 14 - 1 9_

**JENNIFER COLSON, an individual**

Date: _____

**ERIC C. COLSON, an individual**

Date: _____

**_____ , an individual**

**_____ F, an indi_**

**_____ ISROFF, an individual**

| | |
|---|---|
| _____<br>RICHARD B. BINDLER, an individual<br>Date: _____ | _____<br>ALLEN D. MCGEE, an individual<br>Date: _____ |
| _____<br>GENE M. BINDLER, an individual<br>Date: _____ | _____<br>J. HOLTON MCGEE, an individual<br>Date: _____ |
| 8207 DEL, LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | *[signature]*<br>JENNIFER COLSON, an individual<br>Date: 8/1/19<br><br>*[signature]*<br>ERIC C. COLSON, an individual<br>Date: 08.01.2019 |
| *[signature]*<br>JUDY L. PECKLER, an individual<br>Date: 08/01/2019 | _____<br>BARRY K. SCHOCHET, an individual<br>Date: _____ |
| _____<br>GAYLE WEISS, an individual<br>Date: _____ | _____<br>BRAIN D. ISROFF, an individual<br>Date: _____<br><br>_____<br>LOUISE A. ISROFF, an individual<br>Date: _____ |
| _____<br>RONALD F. LEMAR, an individual<br>Date: _____ | _____<br>WILLIAM N. SHOFF, an individual<br>Date: _____ |
| _____<br>OLGA A. SELIVANOVA, an individual<br>Date: _____ | _____<br>HAZIM SAFI, an individual<br>Date: _____<br><br>_____<br>DEBORAH CAVAZOS SAFI, an individual<br>Date: _____ |

RICHARD B. BINDLER, an individual
Date: _____

GENE M. BINDLER, an individual
Date: _____

ALLEN D. MCGEE, an individual
Date: _____

J. HOLTON MCGEE, an individual
Date: _____

8207 DEL, LLC, a Colorado limited liability company

By: _____
Its: _____
Date: _____

JENNIFER COLSON, an individual
Date: _____

ERIC C. COLSON, an individual
Date: _____

JUDY L. PECKLER, an individual
Date: _____

BARRY K. SCHOCHET, an individual
Date: _____
8/5/19

GAYLE WEISS, an individual
Date: 8/5/19

BRAIN D. ISROFF, an individual
Date: _____

LOUISE A. ISROFF, an individual
Date: _____

RONALD F. LEMAR, an individual
Date: _____

WILLIAM N. SHOFF, an individual
Date: _____

OLGA A. SELIVANOVA, an individual
Date: _____

HAZIM SAFI, an individual
Date: _____

DEBORAH CAVAZOS SAFI, an individual
Date: _____

| | |
|---|---|
| **RICHARD B. BINDLER, an individual**<br>Date: _____ | **ALLEN D. MCGEE, an individual**<br>Date: _____ |
| **GENE M. BINDLER, an individual**<br>Date: _____ | **J. HOLTON MCGEE, an individual**<br>Date: _____ |
| **8207 DEL, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JENNIFER COLSON, an individual**<br>Date: _____<br><br>**ERIC C. COLSON, an individual**<br>Date: _____ |
| **JUDY L. PECKLER, an individual**<br>Date: _____ | **BARRY K. SCHOCHET, an individual**<br>Date: _____ |
| **GAYLE WEISS, an individual**<br>Date: _____ | **BRIAN D. ISROFF, an individual**<br>Date: 8-1-19<br><br>**LOUISE A. ISROFF, an individual**<br>Date: 8-1-19 |
| **RONALD F. LEMAR, an individual**<br>Date: _____ | **WILLIAM N. SHOFF, an individual**<br>Date: _____ |
| **OLGA A. SELIVANOVA, an individual**<br>Date: _____ | **HAZIM SAFI, an individual**<br>Date: _____<br><br>**DEBORAH CAVAZOS SAFI, an individual**<br>Date: _____ |

| | |
|---|---|
| **RICHARD B. BINDLER, an individual**<br>Date: _____ | **ALLEN D. MCGEE, an individual**<br>Date: _____ |
| **GENE M. BINDLER, an individual**<br>Date: _____ | **J. HOLTON MCGEE, an individual**<br>Date: _____ |
| **8207 DEL, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JENNIFER COLSON, an individual**<br>Date: _____<br><br>**ERIC C. COLSON, an individual**<br>Date: _____ |
| **JUDY L. PECKLER, an individual**<br>Date: _____ | **BARRY K. SCHOCHET, an individual**<br>Date: _____ |
| **GAYLE WEISS, an individual**<br>Date: _____ | **BRAIN D. ISROFF, an individual**<br>Date: _____<br><br>**LOUISE A. ISROFF, an individual**<br>Date: _____ |
| **RONALD F. LEMAR, an individual**<br>Date: _____ | **WILLIAM N. SHORE, an individual**<br>Date: AUG 2, 2019 |
| **OLGA A. SELIVANOVA, an individual**<br>Date: Aug 2, 2019 | **HAZIM SAFI, an individual**<br>Date: _____<br><br>**DEBORAH CAVAZOS SAFI, an individual**<br>Date: _____ |

Safi Hazim and Deborah.pdf                          Open with

| | |
|---|---|
| RICHARD B. BINDLER, an individual<br>Date: _____ | ALLEN D. MCGEE, an individual<br>Date: _____ |
| GENE M. BINDLER, an individual<br>Date: _____ | J. HOLTON MCGEE, an individual<br>Date: _____ |
| 8207 DEL, LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | JENNIFER COLSON, an individual<br>Date: _____<br><br>ERIC C. COLSON, an individual<br>Date: _____ |
| JUDY L. PECKLER, an individual<br>Date: _____ | BARRY K. SCHOCHET, an individual<br>Date: _____ |
| GAYLE WEISS, an individual<br>Date: _____ | BRAIN D. ISROFF, an individual<br>Date: _____<br><br>LOUISE A. ISROFF, an individual<br>Date: _____ |
| RONALD F. LEMAR, an individual<br>Date: _____ | WILLIAM N. SHOFF, an individual<br>Date: _____ |
| OLGA A. SELIVANOVA, an individual<br>Date: _____ | HAZIM SAFI, an individual<br>Date: AUGUST 1, 2019<br><br>DEBORAH CAVAZOS SAFI, an individual<br>Date: |

Page 24 of 31

Lockyer Gail.pdf                              Open with

**GAIL LOCKYER, an individual**
Date: Aug 1/19

_Gail Lockyer_

**SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**

By:
Its:
Date:

**JOHN BENKO, an individual**
Date:

**NATALIE BENKO, an individual**
Date:

**GUENTHERS PARTNERS I LLC, a Colorado limited liability company**

By:
Its:
Date:

**D&J PROPERTIRES, LLC, a Florida limited liability company**

By:
Its:
Date:

---

**ZAMALT, LLC, a Pennsylvania limited liability company**

By:
Its:
Date:

**LILIAN BABCOCK, an individual**
Date:

**MARIA P. GIUDICI TRUST**

By:
**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**
Date:

By:
**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**
Date:

**MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**

By:
Its:
Date:

**BRUCE T. ADELMAN, an individual**
Date:

**SUSAN ADELMAN, an individual**
Date:

Page 25 of 31

| | |
|---|---|
| _____<br>**GAIL LOCKYER, an individual**<br>Date: _____ | **ZAMALT, LLC, a Pennsylvania limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**<br>By: _(signature)_<br>Its: Owner / Manager<br>Date: Aug 1, 2019 | _____<br>**LILIAN BABCOCK, an individual**<br>Date: _____ |
| _____<br>**JOHN BENKO, an individual**<br>Date: _____<br><br>_____<br>**NATALIE BENKO, an individual**<br>Date: _____ | **MARIA P. GIUDICI TRUST**<br><br>By: _____<br>**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____<br><br>By: _____<br>**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____ |
| **GUENTHERS PARTNERS I LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **D&J PROPERTIRES, LLC, a Florida limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**BRUCE T. ADELMAN, an individual**<br>Date: _____<br><br>_____<br>**SUSAN ADELMAN, an individual**<br>Date: _____ |

---

**GAIL LOCKYER, an individual**
Date: _____

**SIP SCOTCH INVESTMENTS. LLC. a Texas limited liability company**

By: _____
Its: _____
Date: _____

**JOHN BENKO, an individual**
Date: 8-5-19

*[signature]*

**NATALIE BENKO, an individual**
Date: 8-5-19

*[signature: Natalie Benko]*

**GUENTHERS PARTNERS I LLC. a Colorado limited liability company**

By: _____
Its: _____
Date: _____

**D&J PROPERTIRES. LLC. a Florida limited liability company**

By: _____
Its: _____
Date: _____

---

**ZAMALT, LLC, a Pennsylvania limited liability company**

By: _____
Its: _____
Date: _____

**LILIAN BABCOCK, an individual**
Date: _____

**MARIA P. GIUDICI TRUST**

By: _____
**GERALD L. GIUDICI. Trustee of the Maria P. Giudici Trust**
Date: _____

By: _____
**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**
Date: _____

**MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**

By: _____
Its: _____
Date: _____

**BRUCE T. ADELMAN, an individual**
Date: _____

**SUSAN ADELMAN, an individual**
Date: _____

| | |
|---|---|
| _____<br>**GAIL LOCKYER, an individual**<br>Date: _____ | **ZAMALT, LLC, a Pennsylvania limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**LILIAN BABCOCK, an individual**<br>Date: _____ |
| _____<br>**JOHN BENKO, an individual**<br>Date: _____<br><br>_____<br>**NATALIE BENKO, an individual**<br>Date: _____ | **MARIA P. GIUDICI TRUST**<br><br>By: _____<br>**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____<br><br>By: _____<br>**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____ |
| **GUENTHERS PARTNERS I, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _Member_<br>Date: _8/6/19_ | **MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **D&J PROPERTIRES, LLC, a Florida limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**BRUCE T. ADELMAN, an individual**<br>Date: _____<br><br>_____<br>**SUSAN ADELMAN, an individual**<br>Date: _____ |

Lew.David.D & J Properties.pdf          Open with

| | |
|---|---|
| _____<br>GAIL LOCKYER, an individual<br>Date: _____ | ZAMALT, LLC, a Pennsylvania limited<br>liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| SIP SCOTCH INVESTMENTS, LLC, a<br>Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>LILIAN BABCOCK, an individual<br>Date: _____ |
| _____<br>JOHN BENKO, an individual<br>Date: _____<br><br>_____<br>NATALIE BENKO, an individual<br>Date: _____ | MARIA P. GIUDICI TRUST<br><br>By: _____<br>GERALD L. GIUDICI, Trustee of the<br>Maria P. Giudici Trust<br>Date: _____<br><br>By: _____<br>MARIA P. GIUDICI, Trustee of the Maria<br>P. Giudici Trust<br>Date: _____ |
| GUENTHERS PARTNERS I LLC, a<br>Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | MAAZB FAMILY LIMITED<br>PARTNERSHIP, a Texas limited<br>partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| D&J PROPERTIES, LLC, a Florida<br>limited liability company<br><br>By: _Daidf_____<br>Its: _Owner_____<br>Date: _8/6/19_ | _____<br>BRUCE T. ADELMAN, an individual<br>Date: _____<br><br>_____<br>SUSAN ADELMAN, an individual<br>Date: _____ |

Page 25 of 31

| | ZAMALT, LLC, a Pennsylvania limited liability company |
|---|---|
| **GAIL LOCKYER, an individual**<br>Date: _____ | By: _____<br>Its: _____ President<br>Date: ___8\|1\|19___ |
| **SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **LILIAN BABCOCK, an individual**<br>Date: _____ |
| **JOHN BENKO, an individual**<br>Date: _____<br><br>**NATALIE BENKO, an individual**<br>Date: _____ | **MARIA P. GIUDICI TRUST**<br><br>By: _____<br>**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____<br><br>By: _____<br>**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____ |
| **GUENTHERS PARTNERS I LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **D&J PROPERTIRES, LLC, a Florida limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **BRUCE T. ADELMAN, an individual**<br>Date: _____<br><br>**SUSAN ADELMAN, an individual**<br>Date: _____ |

|  | ZAMALT, LLC, a Pennsylvania limited liability company |
| --- | --- |
| _____<br>**GAIL LOCKYER, an individual**<br>Date: _____ | By: _____<br>Its: _____<br>Date: _____ |
| **SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**LILIAN BABCOCK, an individual**<br>Date: _Aug 1, 2019_<br>_Lilian L. Babcock_ |
| _____<br>**JOHN BENKO, an individual**<br>Date: _____<br><br>_____<br>**NATALIE BENKO, an individual**<br>Date: _____ | **MARIA P. GIUDICI TRUST**<br><br>By: _____<br>**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____<br><br>By: _____<br>**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____ |
| **GUENTHERS PARTNERS I LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **D&J PROPERTIRES, LLC, a Florida limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**BRUCE T. ADELMAN, an individual**<br>Date: _____<br><br>_____<br>**SUSAN ADELMAN, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>GAIL LOCKYER, an individual<br>Date: _____ | ZAMALT, LLC, a Pennsylvania limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>LILIAN BABCOCK, an individual<br>Date: _____ |
| _____<br>JOHN BENKO, an individual<br>Date: _____<br><br>_____<br>NATALIE BENKO, an individual<br>Date: _____ | MARIA P. GIUDICI TRUST<br><br>By: _Giudici_<br>GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust<br>Date: _August 1, 2019_<br><br>By: _Maria P Giudici_<br>MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust<br>Date: _aug 1, 2019_ |
| GUENTHERS PARTNERS I LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |
| D&J PROPERTIRES, LLC, a Florida limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>BRUCE T. ADELMAN, an individual<br>Date: _____<br><br>_____<br>SUSAN ADELMAN, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**GAIL LOCKYER, an individual**<br>Date: _____ | **ZAMALT, LLC, a Pennsylvania limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**LILIAN BABCOCK, an individual**<br>Date: _____ |
| _____<br>**JOHN BENKO, an individual**<br>Date: _____<br><br>_____<br>**NATALIE BENKO, an individual**<br>Date: _____ | **MARIA P. GIUDICI TRUST**<br><br>By: _____<br>**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____<br><br>By: _____<br>**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____ |
| **GUENTHERS PARTNERS I LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _[signature]_<br>Its: owner<br>Date: 8/2/19 |
| **D&J PROPERTIRES, LLC, a Florida limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**BRUCE T. ADELMAN, an individual**<br>Date: _____<br><br>_____<br>**SUSAN ADELMAN, an individual**<br>Date: _____ |

|  |  |
|---|---|
| _____<br>**GAIL LOCKYER, an individual**<br>Date: _____ | **ZAMALT, LLC, a Pennsylvania limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**LILIAN BABCOCK, an individual**<br>Date: _____ |
| _____<br>**JOHN BENKO, an individual**<br>Date: _____<br><br>_____<br>**NATALIE BENKO, an individual**<br>Date: _____ | **MARIA P. GIUDICI TRUST**<br><br>By: _____<br>**GERALD L. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____<br><br>By: _____<br>**MARIA P. GIUDICI, Trustee of the Maria P. Giudici Trust**<br>Date: _____ |
| **GUENTHERS PARTNERS I LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **D&J PROPERTIRES, LLC, a Florida limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **BRUCE T. ADELMAN, an individual**<br>Date: 8-1-2019<br><br>**SUSAN ADELMAN, an individual**<br>Date: 8-1-2019 |

_____   _____
**MARTIN KOLSKY, an individual**   **BARBARA WRUBEL, an individual**
Date: 8/1/19   Date: 08-01-19

_____
**CAROLE KOLSKY, an individual**
Date: 8/1/19

_____   _____
**LYNDA DUPRE, an individual**   **SIDNEY BROWN, an individual**
Date: _____   Date: _____

_____   _____
**LOIS DUPRE-SHUSTER, an individual**   **SANDRA H. BROWN, an individual**
Date: _____   Date: _____

**HUDSON NEWS DISTRIBUTORS, LLC, a**
**New Jersey limited liability company**   _____
   **CAROL ANNE CANNON, an individual**
By: _____   Date: _____
Its: _____
Date: _____

**JOHN J. SCHULTZ III TRUST**   **DONALD A. KURZ TRUST**

By: _____   By: _____
**JOHN J. SCHULTZ III, Trustee of the**   **DONALD A. KURZ, Trustee of the Donald**
**John J. Schultz III Trust**   **A. Kurz Trust**
Date: _____   Date: _____

_____   _____
**BRETT A. GOTTSCH, an individual**   **BETTE ANN SACKS ALBERT, an**
Date: _____   **individual**
   Date: _____

**J&M ZAMORA FAMILY LP, a Texas**
**limited partnership**   _____
   **WILLIAM S. BLOOM, an individual**
By: _____   Date: _____
Its: _____
Date: _____
   _____
   **BEVERLY S. BLOOM, an individual**
   Date: _____

| | |
|---|---|
| MARTIN KOLSKY, an individual<br>Date: _____<br><br><br>CAROLE KOLSKY, an individual<br>Date: _____ | BARBARA WRUBEL, an individual<br>Date: _____ |
| LYNDA DUPRE, an individual<br>Date: _____<br><br>LOIS DUPRE-SHUSTER, an individual<br>Date: _____ | SIDNEY BROWN, an individual<br>Date: _____<br><br>SANDRA H. BROWN, an individual<br>Date: _____ |
| HUDSON NEWS DISTRIBUTORS, LLC, a<br>New Jersey limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | CAROL ANNE CANNON, an individual<br>Date: _____ |
| JOHN J. SCHULTZ III TRUST<br><br>By: _____<br>JOHN J. SCHULTZ III, Trustee of the<br>John J. Schultz III Trust<br>Date: _____ | DONALD A. KURZ TRUST<br><br>By: _____<br>DONALD A. KURZ, Trustee of the Donald<br>A. Kurz Trust<br>Date: _____ |
| BRETT A. GOTTSCH, an individual<br>Date: _____ | BETTE ANN SACKS ALBERT, an<br>individual<br>Date: _____ |
| J&M ZAMORA FAMILY LP, a Texas<br>limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | WILLIAM S. BLOOM, an individual<br>Date: _____<br><br>BEVERLY S. BLOOM, an individual<br>Date: _____ |

| | |
|---|---|
| **MARTIN KOLSKY, an individual**<br>Date: _____<br><br>**CAROLE KOLSKY, an individual**<br>Date: _____ | **BARBARA WRUBEL, an individual**<br>Date: _____ |
| **LYNDA DUPRE, an individual**<br>Date: _____<br><br>**LOIS DUPRE- SHUSTER, an individual**<br>Date: _____ | **SIDNEY BROWN, an individual**<br>Date: _____<br><br>**SANDRA H. BROWN, an individual**<br>Date: _____ |
| **HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company**<br><br>By: _____<br>Its: _Chairman and CEO_<br>Date: _August 13, 2019_ | **CAROL ANNE CANNON, an individual**<br>Date: _____ |
| **JOHN J. SCHULTZ III TRUST**<br><br>By: _____<br>**JOHN J. SCHULTZ III, Trustee of the John J. Schultz III Trust**<br>Date: _____ | **DONALD A. KURZ TRUST**<br><br>By: _____<br>**DONALD A. KURZ, Trustee of the Donald A. Kurz Trust**<br>Date: _____ |
| **BRETT A. GOTTSCH, an individual**<br>Date: _____ | **BETTE ANN SACKS ALBERT, an individual**<br>Date: _____ |
| **J&M ZAMORA FAMILY LP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | **WILLIAM S. BLOOM, an individual**<br>Date: _____<br><br>**BEVERLY S. BLOOM, an individual**<br>Date: _____ |

MARTIN KOLSKY, an individual
Date: _____

CAROLE KOLSKY, an individual
Date: _____

BARBARA WRUBEL, an individual
Date: _____

LYNDA DUPRE, an individual
Date: _____

LOIS DUPRE- SHUSTER, an individual
Date: _____

SIDNEY BROWN, an individual
Date: _____

SANDRA H. BROWN, an individual
Date: _____

HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company

By: _____
Its: _____
Date: _____

CAROL ANNE CANNON, an individual
Date: _____

JOHN J. SCHULTZ III TRUST

By: _John J. Schultz III TTE_
JOHN J. SCHULTZ III, Trustee of the John J. Schultz III Trust
Date: _AUGUST 1, 2019_

DONALD A. KURZ TRUST

By: _____
DONALD A. KURZ, Trustee of the Donald A. Kurz Trust
Date: _____

BRETT A. GOTTSCH, an individual
Date: _____

BETTE ANN SACKS ALBERT, an individual
Date: _____

J&M ZAMORA FAMILY LP, a Texas limited partnership

By: _____
Its: _____
Date: _____

WILLIAM S. BLOOM, an individual
Date: _____

BEVERLY S. BLOOM, an individual
Date: _____

| | |
|---|---|
| _____<br>MARTIN KOLSKY, an individual<br>Date: _____ | _____<br>BARBARA WRUBEL, an individual<br>Date: _____ |
| _____<br>CAROLE KOLSKY, an individual<br>Date: _____ | |
| _____<br>LYNDA DUPRE, an individual<br>Date: _____ | _____<br>SIDNEY BROWN, an individual<br>Date: _____ |
| _____<br>LOIS DUPRE- SHUSTER, an individual<br>Date: _____ | _____<br>SANDRA H. BROWN, an individual<br>Date: _____ |
| HUDSON NEWS DISTRIBUTORS, LLC, a<br>New Jersey limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>CAROL ANNE CANNON, an individual<br>Date: _____ |
| JOHN J. SCHULTZ III TRUST<br><br>By: _____<br>JOHN J. SCHULTZ III, Trustee of the<br>John J. Schultz III Trust<br>Date: _____ | DONALD A. KURZ TRUST<br><br>By: _____<br>DONALD A. KURZ, Trustee of the Donald<br>A. Kurz Trust<br>Date: _____ |
| _____<br>BRETT A. GOTTSCH, an individual<br>Date: 8-7-19 | _____<br>BETTE ANN SACKS ALBERT, an<br>individual<br>Date: _____ |
| J&M ZAMORA FAMILY LP, a Texas<br>limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>WILLIAM S. BLOOM, an individual<br>Date: _____ |
| | _____<br>BEVERLY S. BLOOM, an individual<br>Date: _____ |

MARTIN KOLSKY, an individual
Date: _____

CAROLE KOLSKY, an individual
Date: _____

LYNDA DUPRE, an individual
Date: _____

LOIS DUPRE- SHUSTER, an individual
Date: _____

HUDSON NEWS DISTRIBUTORS, LLC, a
New Jersey limited liability company

By: _____
Its: _____
Date: _____

JOHN J. SCHULTZ III TRUST

By: _____
JOHN J. SCHULTZ III, Trustee of the
John J. Schultz III Trust
Date: _____

BRETT A. GOTTSCH, an individual
Date: _____

J&M ZAMORA FAMILY LP, a Texas
limited partnership

By: _____
Its: PRESIDENT
Date: 8/15/2019

BARBARA WRUBEL, an individual
Date: _____

SIDNEY BROWN, an individual
Date: _____

SANDRA H. BROWN, an individual
Date: _____

CAROL ANNE CANNON, an individual
Date: _____

DONALD A. KURZ TRUST

By: _____
DONALD A. KURZ, Trustee of the Donald
A. Kurz Trust
Date: _____

BETTE ANN SACKS ALBERT, an
individual
Date: _____

WILLIAM S. BLOOM, an individual
Date: _____

BEVERLY S. BLOOM, an individual
Date: _____

MARTIN KOLSKY, an individual
Date: 8/1/19

CAROLE KOLSKY, an individual
Date: 8/1/19

BARBARA WRUBEL, an individual
Date: 08-01-19

LYNDA DUPRE, an individual
Date: _____

SIDNEY BROWN, an individual
Date: _____

LOIS DUPRE-SHUSTER, an individual
Date: _____

SANDRA H. BROWN, an individual
Date: _____

HUDSON NEWS DISTRIBUTORS, LLC, a
New Jersey limited liability company

By: _____
Its: _____
Date: _____

CAROL ANNE CANNON, an individual
Date: _____

JOHN J. SCHULTZ III TRUST

By: _____
JOHN J. SCHULTZ III, Trustee of the
John J. Schultz III Trust
Date: _____

DONALD A. KURZ TRUST

By: _____
DONALD A. KURZ, Trustee of the Donald
A. Kurz Trust
Date: _____

BRETT A. GOTTSCH, an individual
Date: _____

BETTE ANN SACKS ALBERT, an
individual
Date: _____

J&M ZAMORA FAMILY LP, a Texas
limited partnership

By: _____
Its: _____
Date: _____

WILLIAM S. BLOOM, an individual
Date: _____

BEVERLY S. BLOOM, an individual
Date: _____

| | |
|---|---|
| **MARTIN KOLSKY, an individual**<br>Date: _____<br><br><br>**CAROLE KOLSKY, an individual**<br>Date: _____ | **BARBARA WRUBEL, an individual**<br>Date: _____ |
| **LYNDA DUPRE, an individual**<br>Date: _____<br><br><br>**LOIS DUPRE- SHUSTER, an individual**<br>Date: _____ | **SIDNEY BROWN, an individual**<br>Date: _____ 8\|1\|9<br><br>**SANDRA H. BROWN, an individual**<br>Date: 8\|1\|9 |
| **HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **CAROL ANNE CANNON, an individual**<br>Date: _____ |
| **JOHN J. SCHULTZ III TRUST**<br><br>By: _____<br>**JOHN J. SCHULTZ III, Trustee of the John J. Schultz III Trust**<br>Date: _____ | **DONALD A. KURZ TRUST**<br><br>By: _____<br>**DONALD A. KURZ, Trustee of the Donald A. Kurz Trust**<br>Date: _____ |
| **BRETT A. GOTTSCH, an individual**<br>Date: _____ | **BETTE ANN SACKS ALBERT, an individual**<br>Date: _____ |
| **J&M ZAMORA FAMILY LP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | **WILLIAM S. BLOOM, an individual**<br>Date: _____<br><br><br>**BEVERLY S. BLOOM, an individual**<br>Date: _____ |

MARTIN KOLSKY, an individual
Date: _____

CAROLE KOLSKY, an individual
Date: _____

BARBARA WRUBEL, an individual
Date: _____

LYNDA DUPRE, an individual
Date: _____

LOIS DUPRE- SHUSTER, an individual
Date: _____

SIDNEY BROWN, an individual
Date: _____

SANDRA H. BROWN, an individual
Date: _____

HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company

By: _____
Its: _____
Date: _____

CAROL ANNE CANNON, an individual
Date: _____08/01/19_____

JOHN J. SCHULTZ III TRUST

By: _____
JOHN J. SCHULTZ III, Trustee of the John J. Schultz III Trust
Date: _____

DONALD A. KURZ TRUST

By: _____
DONALD A. KURZ, Trustee of the Donald A. Kurz Trust
Date: _____

BRETT A. GOTTSCH, an individual
Date: _____

BETTE ANN SACKS ALBERT, an individual
Date: _____

J&M ZAMORA FAMILY LP, a Texas limited partnership

By: _____
Its: _____
Date: _____

WILLIAM S. BLOOM, an individual
Date: _____

BEVERLY S. BLOOM, an individual
Date: _____

| | |
|---|---|
| _____<br>**MARTIN KOLSKY, an individual**<br>Date: _____<br><br>_____<br>**CAROLE KOLSKY, an individual**<br>Date: _____ | _____<br>**BARBARA WRUBEL, an individual**<br>Date: _____ |
| _____<br>**LYNDA DUPRE, an individual**<br>Date: _____<br><br>_____<br>**LOIS DUPRE- SHUSTER, an individual**<br>Date: _____ | _____<br>**SIDNEY BROWN, an individual**<br>Date: _____<br><br>_____<br>**SANDRA H. BROWN, an individual**<br>Date: _____ |
| **HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**CAROL ANNE CANNON, an individual**<br>Date: _____ |
| **JOHN J. SCHULTZ III TRUST**<br><br>By: _____<br>**JOHN J. SCHULTZ III, Trustee of the John J. Schultz III Trust**<br>Date: _____ | **DONALD A. KURZ TRUST**<br><br>By: _____<br>**DONALD A. KURZ, Trustee of the Donald A. Kurz Trust**<br>Date: _August 1, 2019_ |
| _____<br>**BRETT A. GOTTSCH, an individual**<br>Date: _____ | _____<br>**BETTE ANN SACKS ALBERT, an individual**<br>Date: _____ |
| **J&M ZAMORA FAMILY LP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**WILLIAM S. BLOOM, an individual**<br>Date: _____<br><br>_____<br>**BEVERLY S. BLOOM, an individual**<br>Date: _____ |

MARTIN KOLSKY, an individual
Date: _____

CAROLE KOLSKY, an individual
Date: _____

BARBARA WRUBEL, an individual
Date: _____

LYNDA DUPRE, an individual
Date: _____

LOIS DUPRE- SHUSTER, an individual
Date: _____

SIDNEY BROWN, an individual
Date: _____

SANDRA H. BROWN, an individual
Date: _____

HUDSON NEWS DISTRIBUTORS, LLC, a
New Jersey limited liability company

By: _____
Its: _____
Date: _____

CAROL ANNE CANNON, an individual
Date: _____

JOHN J. SCHULTZ III TRUST

By: _____
JOHN J. SCHULTZ III, Trustee of the
John J. Schultz III Trust
Date: _____

DONALD A. KURZ TRUST

By: _____
DONALD A. KURZ, Trustee of the Donald
A. Kurz Trust
Date: _____

BRETT A. GOTTSCH, an individual
Date: _____

*Bette Ann Sacks Albert*
BETTE ANN SACKS ALBERT, an
individual
Date: *august 7, 2019*

J&M ZAMORA FAMILY LP, a Texas
limited partnership

By: _____
Its: _____
Date: _____

WILLIAM S. BLOOM, an individual
Date: _____

BEVERLY S. BLOOM, an individual
Date: _____

| | |
|---|---|
| **MARTIN KOLSKY, an individual**<br>Date: _____ | **BARBARA WRUBEL, an individual**<br>Date: _____ |
| **CAROLE KOLSKY, an individual**<br>Date: _____ | |
| **LYNDA DUPRE, an individual**<br>Date: _____ | **SIDNEY BROWN, an individual**<br>Date: _____ |
| **LOIS DUPRE- SHUSTER, an individual**<br>Date: _____ | **SANDRA H. BROWN, an individual**<br>Date: _____ |
| **HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **CAROL ANNE CANNON, an individual**<br>Date: _____ |
| **JOHN J. SCHULTZ III TRUST**<br><br>By: _____<br>**JOHN J. SCHULTZ III, Trustee of the John J. Schultz III Trust**<br>Date: _____ | **DONALD A. KURZ TRUST**<br><br>By: _____<br>**DONALD A. KURZ, Trustee of the Donald A. Kurz Trust**<br>Date: _____ |
| **BRETT A. GOTTSCH, an individual**<br>Date: _____ | **BETTE ANN SACKS ALBERT, an individual**<br>Date: _____ |
| **J&M ZAMORA FAMILY LP, a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | *William Bloom*<br>**WILLIAM S. BLOOM, an individual**<br>Date: 8-1-19<br><br>*Beverly S. Bloom*<br>**BEVERLY S. BLOOM, an individual**<br>Date: 8/1/19 |

| ALLAN C. SILVERSTEIN TRUST | BENZ LIVING TRUST |
|---|---|
| By: _[signature]_<br>ALLAN C. SILVERSTEIN, Trustee of the Allan C. Silverstein Trust<br>Date: _Aug 1 2019_ | By: _____<br>WILLIAM R. BENZ, Trustee of the Benz Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the Benz Living Trust<br>Date: _____ |
| DERBY CITY INVESTMENTS, LLC, a Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | NELSON TRUST<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED PARTNERSHIP, a Michigan limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | B & B HIGHLANDS, LLC, an Illinois limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>KYLE NAGEL, an individual<br>Date: _____ | _____<br>CAROL J. HIDALGO, an individual<br>Date: _____ |
| _____<br>KATHERINE F. CUNTZ, an individual<br>Date: _____ | LANDES ASPEN, LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

Gable Dennis Derby City Investments LLCpdf.pdf          Open with

| ALLAN C. SILVERSTEIN TRUST | BENZ LIVING TRUST |
|---|---|
| By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the<br>Allan C. Silverstein Trust<br>Date: _____ | By: _____<br>WILLIAM R. BENZ, Trustee of the Benz<br>Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the<br>Benz Living Trust<br>Date: _____ |
| DERBY CITY INVESTMENTS, LLC, a<br>Texas limited liability company<br><br>By: _____<br>Its: Officer / Trustee<br>Date: August 2, 2019 | NELSON TRUST<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson<br>Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the<br>Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED<br>PARTNERSHIP, a Michigan limited<br>partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | B & B HIGHLANDS, LLC, an Illinois<br>limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| KYLE NAGEL, an individual<br>Date: _____ | CAROL J. HIDALGO, an individual<br>Date: _____ |
| KATHERINE F. CUNTZ, an individual<br>Date: _____ | LANDES ASPEN, LLC, a Colorado limited<br>liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

Page 27 of 31

Page  1  /  1

| ALLAN C. SILVERSTEIN TRUST | BENZ LIVING TRUST |
|---|---|
| By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the<br>Allan C. Silverstein Trust<br>Date: _____ | By: _____<br>WILLIAM R. BENZ, Trustee of the Benz<br>Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the<br>Benz Living Trust<br>Date: _____ |
| DERBY CITY INVESTMENTS, LLC, a<br>Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | NELSON TRUST<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson<br>Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the<br>Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED<br>PARTNERSHIP, a Michigan limited<br>partnership<br><br>By: _BRIAN ADELMAN_<br>Its: _____<br>Date: _2/31/19_ | B & B HIGHLANDS, LLC, an Illinois<br>limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>KYLE NAGEL, an individual<br>Date: _____ | _____<br>CAROL J. HIDALGO, an individual<br>Date: _____ |
| _____<br>KATHERINE F. CUNTZ, an individual<br>Date: _____ | LANDES ASPEN, LLC, a Colorado limited<br>liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

| | |
|---|---|
| **ALLAN C. SILVERSTEIN TRUST**<br><br>By: _____<br>**ALLAN C. SILVERSTEIN, Trustee of the Allan C. Silverstein Trust**<br>Date: _____ | **BENZ LIVING TRUST**<br><br>By: _____<br>**WILLIAM R. BENZ, Trustee of the Benz Living Trust**<br>Date: _____<br><br>By: _____<br>**KATHERINE M. BENZ, Trustee of the Benz Living Trust**<br>Date: _____ |
| **DERBY CITY INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **NELSON TRUST**<br><br>By: _____<br>**BRUCE E. NELSON, Trustee of the Nelson Trust**<br>Date: _____<br><br>By: _____<br>**MARRIANNE MAGNUSON, Trustee of the Nelson Trust**<br>Date: _____ |
| **ADELMAN FAMILY LIMITED PARTNERSHIP, a Michigan limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | **B & B HIGHLANDS, LLC, an illinois limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **KYLE NAGEL, an individual**<br>Date: _Aug 9th 2015_<br><br>_____<br>**KATHERINE F. CUNTZ, an individual**<br>Date: _____ | **CAROL J. HIDALGO, an individual**<br>Date: _____<br><br>**LANDES ASPEN, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |

Page 27 of 31

| ALLAN C. SILVERSTEIN TRUST | BENZ LIVING TRUST |
|---|---|
| By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the Allan C. Silverstein Trust<br>Date: _____ | By: _____<br>WILLIAM R. BENZ, Trustee of the Benz Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the Benz Living Trust<br>Date: _____ |
| DERBY CITY INVESTMENTS, LLC, a Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | NELSON TRUST<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED PARTNERSHIP, a Michigan limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | B & B HIGHLANDS, LLC, an Illinois limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| KYLE NAGEL, an individual<br>Date: _____ | CAROL J. HIDALGO, an individual<br>Date: _____ |
| _Katherine F. Cuntz_<br>KATHERINE F. CUNTZ, an individual<br>Date: 5 7 19 | LANDES ASPEN, LLC, a Colorado limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

| ALLAN C. SILVERSTEIN TRUST<br><br>By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the<br>Allan C. Silverstein Trust<br>Date: _____ | BENZ LIVING TRUST<br><br>By: _____<br>WILLIAM R. BENZ, Trustee of the Benz<br>Living Trust<br>Date: _____ Aug 1, 2019 _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the<br>Benz Living Trust<br>Date: Aug 1, 2019 |
| DERBY CITY INVESTMENTS, LLC, a<br>Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | NELSON TRUST<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson<br>Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the<br>Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED<br>PARTNERSHIP, a Michigan limited<br>partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | B & B HIGHLANDS, LLC, an Illinois<br>limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>KYLE NAGEL, an individual<br>Date: _____ | _____<br>CAROL J. HIDALGO, an individual<br>Date: _____ |
| _____<br>KATHERINE F. CUNTZ, an individual<br>Date: _____ | LANDES ASPEN, LLC, a Colorado limited<br>liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

| | |
|---|---|
| **ALLAN C. SILVERSTEIN TRUST**<br><br>By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the Allan C. Silverstein Trust<br>Date: _____ | **BENZ LIVING TRUST**<br><br>By: _____<br>WILLIAM R. BENZ, Trustee of the Benz Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the Benz Living Trust<br>Date: _____ |
| **DERBY CITY INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **NELSON TRUST**<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson Trust<br>Date: 8 - 2 - 19<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the Nelson Trust<br>Date: 8 - 15 - 19 |
| **ADELMAN FAMILY LIMITED PARTNERSHIP, a Michigan limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | **B & B HIGHLANDS, LLC, an Illinois limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**KYLE NAGEL, an individual**<br>Date: _____ | _____<br>**CAROL J. HIDALGO, an individual**<br>Date: _____ |
| _____<br>**KATHERINE F. CUNTZ, an individual**<br>Date: _____ | **LANDES ASPEN, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |

| ALLAN C. SILVERSTEIN TRUST | BENZ LIVING TRUST |
|---|---|
| By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the<br>Allan C. Silverstein Trust<br>Date: _____ | By: _____<br>WILLIAM R. BENZ, Trustee of the Benz<br>Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the<br>Benz Living Trust<br>Date: _____ |
| DERBY CITY INVESTMENTS, LLC, a<br>Texas limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | NELSON TRUST<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson<br>Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the<br>Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED<br>PARTNERSHIP, a Michigan limited<br>partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | B & B HIGHLANDS, LLC, an Illinois<br>limited liability company<br><br>By: _____<br>Its: Member<br>Date: August 1, 2019 |
| _____<br>KYLE NAGEL, an individual<br>Date: _____ | _____<br>CAROL J. HIDALGO, an individual<br>Date: _____ |
| _____<br>KATHERINE F. CUNTZ, an individual<br>Date: _____ | LANDES ASPEN, LLC, a Colorado limited<br>liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |

| | |
|---|---|
| **ALLAN C. SILVERSTEIN TRUST**<br><br>By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the Allan C. Silverstein Trust<br>Date: _____ | **BENZ LIVING TRUST**<br><br>By: _____<br>WILLIAM R. BENZ, Trustee of the Benz Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the Benz Living Trust<br>Date: _____ |
| **DERBY CITY INVESTMENTS, LLC, a Texas limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **NELSON TRUST**<br><br>By: _____<br>BRUCE E. NELSON, Trustee of the Nelson Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the Nelson Trust<br>Date: _____ |
| **ADELMAN FAMILY LIMITED PARTNERSHIP, a Michigan limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | **B & B HIGHLANDS, LLC, an Illinois limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>KYLE NAGEL, an individual<br>Date: _____ | *Carol J Hidalgo*<br>CAROL J. HIDALGO, an individual<br>Date: *Aug 1 2019* |
| _____<br>KATHERINE F. CUNTZ, an individual<br>Date: _____ | **LANDES ASPEN, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |

| ALLAN C. SILVERSTEIN TRUST | BENZ LIVING TRUST |
|---|---|
| By: _____<br>ALLAN C. SILVERSTEIN, Trustee of the<br>Allan C. Silverstein Trust<br>Date: _____ | By: _____<br>WILLIAM R. BENZ, Trustee of the Benz<br>Living Trust<br>Date: _____<br><br>By: _____<br>KATHERINE M. BENZ, Trustee of the<br>Benz Living Trust<br>Date: _____ |
| DERBY CITY INVESTMENTS, LLC, a<br>Texas limited liability company | NELSON TRUST |
| By: _____<br>Its: _____<br>Date: _____ | By: _____<br>BRUCE E. NELSON, Trustee of the Nelson<br>Trust<br>Date: _____<br><br>By: _____<br>MARRIANNE MAGNUSON, Trustee of the<br>Nelson Trust<br>Date: _____ |
| ADELMAN FAMILY LIMITED<br>PARTNERSHIP, a Michigan limited<br>partnership | B & B HIGHLANDS, LLC, an Illinois<br>limited liability company |
| By: _____<br>Its: _____<br>Date: _____ | By: _____<br>Its: _____<br>Date: _____ |
| _____<br>KYLE NAGEL, an individual<br>Date: _____ | _____<br>CAROL J. HIDALGO, an individual<br>Date: _____ |
| _____<br>KATHERINE F. CUNTZ, an individual<br>Date: _____ | LANDES ASPEN, LLC, a Colorado limited<br>liability company<br><br>By: _____<br>Its: _____ President<br>Date: _____ 8/8/19 |

| | |
|---|---|
| PERRY COX, an individual<br>Date: 8/1/19 | THOMAS N. LITTMAN, an individual<br>Date: _____<br><br>KIMBERLY A. LITTMAN, an individual<br>Date: _____ |
| STEPHEN J. HOFFMAN, an individual<br>Date: _____<br><br>DALE HOFFMAN, an individual<br>Date: _____ | DEBORAH STEGNER, an individual<br>Date: _____ |
| MARC BRAHA, an individual<br>Date: _____ | FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability<br><br>By: _____<br>Its: _____<br>Date: _____ |
| BR4 REHOBOTH, LTD., a Texas limited liability<br><br>By: _____<br>Its: _____<br>Date: _____ | SCOTT DANIEL SEGAL, an individual<br>Date: _____<br><br>JOANNA F. SEGAL, an individual<br>Date: _____ |
| LON M. BARONNE, an individual<br>Date: _____<br><br>KAREN G. BARONNE, an individual<br>Date: _____ | DOUGLAS M. PATINKIN, an individual<br>Date: _____<br><br>JENNY R. PATINKIN, an individual<br>Date: _____ |
| MICHAEL B. GROSS, an individual<br>Date: _____ | SHELLEY R. SINGER, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>PERRY COX, an individual<br>Date: _____ | _____<br>THOMAS N. LITTMAN, an individual<br>Date: _____<br><br>_____<br>KIMBERLY A. LITTMAN, an individual<br>Date: _____ |
| _____<br>STEPHEN J. HOFFMAN, an individual<br>Date: _____8/2/19_____<br><br>_~signature~_____<br>DALE HOFFMAN, an individual<br>Date: 8/2/19<br>_~signature~_____ | _____<br>DEBORAH STEGNER, an individual<br>Date: _____ |
| _____<br>MARC BRAHA, an individual<br>Date: _____ | FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability<br><br>By: _____<br>Its: _____<br>Date: _____ |
| BR4 REHOBOTH, LTD., a Texas limited liability<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>SCOTT DANIEL SEGAL, an individual<br>Date: _____<br><br>JOANNA F. SEGAL, an individual<br>Date: _____ |
| _____<br>LON M. BARONNE, an individual<br>Date: _____<br><br>_____<br>KAREN G. BARONNE, an individual<br>Date: _____ | _____<br>DOUGLAS M. PATINKIN, an individual<br>Date: _____<br><br>_____<br>JENNY R. PATINKIN, an individual<br>Date: _____ |
| _____<br>MICHAEL B. GROSS, an individual<br>Date: _____ | _____<br>SHELLEY R. SINGER, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>PERRY COX, an individual<br>Date: _____ | _____<br>THOMAS N. LITTMAN, an individual<br>Date: _____<br><br>_____<br>KIMBERLY A. LITTMAN, an individual<br>Date: _____ |
| _____<br>STEPHEN J. HOFFMAN, an individual<br>Date: _____<br><br>_____<br>DALE HOFFMAN, an individual<br>Date: _____ | _____<br>DEBORAH STEGNER, an individual<br>Date: _____ |
| _____<br>MARC BRAHA, an individual<br>Date: 8/1/2019 | FRANKLIN FAMILY INVESTMENTS,<br>LTD., a Texas limited liability<br><br>By: _____<br>Its: _____<br>Date: _____ |
| BR4 REHOBOTH, LTD., a Texas limited<br>liability<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>SCOTT DANIEL SEGAL, an individual<br>Date: _____<br><br>JOANNA F. SEGAL, an individual<br>Date: _____ |
| _____<br>LON M. BARONNE, an individual<br>Date: _____<br><br>_____<br>KAREN G. BARONNE, an individual<br>Date: _____ | _____<br>DOUGLAS M. PATINKIN, an individual<br>Date: _____<br><br>_____<br>JENNY R. PATINKIN, an individual<br>Date: _____ |
| _____<br>MICHAEL B. GROSS, an individual<br>Date: _____ | _____<br>SHELLEY R. SINGER, an individual<br>Date: _____ |

| | |
|---|---|
| PERRY COX, an individual<br>Date: _____ | THOMAS N. LITTMAN, an individual<br>Date: _____<br><br>KIMBERLY A. LITTMAN, an individual<br>Date: _____ |
| STEPHEN J. HOFFMAN, an individual<br>Date: _____<br><br>DALE HOFFMAN, an individual<br>Date: _____ | DEBORAH STEGNER, an individual<br>Date: _____ |
| MARC BRAHA, an individual<br>Date: _____ | FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability<br><br>By: _____<br>Its: President<br>Date: August 7, 2019 |
| BR4 REHOBOTH, LTD., a Texas limited liability<br><br>By: _____<br>Its: President<br>Date: August 7, 2019 | SCOTT DANIEL SEGAL, an individual<br>Date: _____<br><br>JOANNA F. SEGAL, an individual<br>Date: _____ |
| LON M. BARONNE, an individual<br>Date: _____<br><br>KAREN G. BARONNE, an individual<br>Date: _____ | DOUGLAS M. PATINKIN, an individual<br>Date: _____<br><br>JENNY R. PATINKIN, an individual<br>Date: _____ |
| MICHAEL B. GROSS, an individual<br>Date: _____ | SHELLEY R. SINGER, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**PERRY COX, an individual**<br>Date: _____ | _____<br>**THOMAS N. LITTMAN, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _____ |
| _____<br>**STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br><br>_____<br>**DALE HOFFMAN, an individual**<br>Date: _____ | _____<br>**DEBORAH STEGNER, an individual**<br>Date: _____ |
| _____<br>**MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| _____<br>**LON M. BARONNE, an individual**<br>Date: 8-5-19<br><br>_____<br>**KAREN G. BARONNE, an individual**<br>Date: 8.5.19 | _____<br>**DOUGLAS M. PATINKIN, an individual**<br>Date: _____<br><br>_____<br>**JENNY R. PATINKIN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL B. GROSS, an individual**<br>Date: _____ | _____<br>**SHELLEY R. SINGER, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**PERRY COX, an individual**<br>Date: _____ | _____<br>**THOMAS N. LITTMAN, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _____ |
| _____<br>**STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br>_____<br>**DALE HOFFMAN, an individual**<br>Date: _____ | _____<br>**DEBORAH STEGNER, an individual**<br>Date: _____ |
| _____<br>**MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>_____<br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| _____<br>**LON M. BARONNE, an individual**<br>Date: _____<br><br>_____<br>**KAREN G. BARONNE, an individual**<br>Date: _____ | _____<br>**DOUGLAS M. PATINKIN, an individual**<br>Date: _____<br><br>_____<br>**JENNY R. PATINKIN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL B. GROSS, an individual**<br>Date: 8/1/19 | _Shelley R. Singer_<br>**SHELLEY R. SINGER, an individual**<br>Date: 8/1/19 |

Page 28 of 31

| | |
|---|---|
| _____<br>**PERRY COX, an individual**<br>Date: _____ | _Thomas Litt_<br>**THOMAS N. LITTMAN, an individual**<br>Date: _8/4/19_<br>_Kimberly A. Litt_<br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _8/3/19_ |
| _____<br>**STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br>_____<br>**DALE HOFFMAN, an individual**<br>Date: _____ | _____<br>**DEBORAH STEGNER, an individual**<br>Date: _____ |
| _____<br>**MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| _____<br>**LON M. BARONNE, an individual**<br>Date: _____<br><br>_____<br>**KAREN G. BARONNE, an individual**<br>Date: _____ | _____<br>**DOUGLAS M. PATINKIN, an individual**<br>Date: _____<br><br>_____<br>**JENNY R. PATINKIN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL B. GROSS, an individual**<br>Date: _____ | _____<br>**SHELLEY R. SINGER, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**PERRY COX, an individual**<br>Date: _____ | _____<br>**THOMAS N. LITTMAN, an individual**<br>Date: _____<br>_____<br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _____ |
| _____<br>**STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br>_____<br>**DALE HOFFMAN, an individual**<br>Date: _____ | _____<br>**DEBORAH STEGNER, an individual**<br>Date: _8/3/2019_ |
| _____<br>**MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| _____<br>**LON M. BARONNE, an individual**<br>Date: _____<br><br>_____<br>**KAREN G. BARONNE, an individual**<br>Date: _____ | _____<br>**DOUGLAS M. PATINKIN, an individual**<br>Date: _____<br><br>_____<br>**JENNY R. PATINKIN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL B. GROSS, an individual**<br>Date: _____ | _____<br>**SHELLEY R. SINGER, an individual**<br>Date: _____ |

| | |
|---|---|
| **PERRY COX, an individual**<br>Date: _____ | **THOMAS N. LITTMAN, an individual**<br>Date: _____<br><br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _____ |
| **STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br>**DALE HOFFMAN, an individual**<br>Date: _____ | **DEBORAH STEGNER, an individual**<br>Date: _____ |
| **MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br>By: _____<br>Its: President<br>Date: August 7, 2019 |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br>By: _____<br>Its: President<br>Date: August 7, 2019 | **SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| **LON M. BARONNE, an individual**<br>Date: _____<br><br>**KAREN G. BARONNE, an individual**<br>Date: _____ | **DOUGLAS M. PATINKIN, an individual**<br>Date: _____<br><br>**JENNY R. PATINKIN, an individual**<br>Date: _____ |
| **MICHAEL B. GROSS, an individual**<br>Date: _____ | **SHELLEY R. SINGER, an individual**<br>Date: _____ |

PERRY COX, an individual
Date: _____

STEPHEN J. HOFFMAN, an individual
Date: _____

DALE HOFFMAN, an individual
Date: _____

MARC BRAHA, an individual
Date: _____

BR4 REHOBOTH, LTD., a Texas limited liability

By: _____
Its: _____
Date: _____

LON M. BARONNE, an individual
Date: _____

KAREN G. BARONNE, an individual
Date: _____

MICHAEL B. GROSS, an individual
Date: _____

THOMAS N. LITTMAN, an individual
Date: _____

KIMBERLY A. LITTMAN, an individual
Date: _____

DEBORAH STEGNER, an individual
Date: _____

FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability

By: _____
Its: _____
Date: _____

SCOTT DANIEL SEGAL, an individual
Date: _____ 8/8/19

JOANNA F. SEGAL, an individual
Date: _____ 8/8/2019

DOUGLAS M. PATINKIN, an individual
Date: _____

JENNY R. PATINKIN, an individual
Date: _____

SHELLEY R. SINGER, an individual
Date: _____

| | |
|---|---|
| _____<br>**PERRY COX, an individual**<br>Date: _____ | _____<br>**THOMAS N. LITTMAN, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _____ |
| _____<br>**STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br>_____<br>**DALE HOFFMAN, an individual**<br>Date: _____ | _____<br>**DEBORAH STEGNER, an individual**<br>Date: _____ |
| _____<br>**MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| _____<br>**LON M. BARONNE, an individual**<br>Date: _____<br><br>_____<br>**KAREN G. BARONNE, an individual**<br>Date: _____ | _____<br>**DOUGLAS M. PATINKIN, an individual**<br>Date: 8-7-19<br><br>_____<br>**JENNY R. PATINKIN, an individual**<br>Date: 8.7.19 |
| _____<br>**MICHAEL B. GROSS, an individual**<br>Date: _____ | _____<br>**SHELLEY R. SINGER, an individual**<br>Date: _____ |

| | |
|---|---|
| _____<br>**PERRY COX, an individual**<br>Date: _____ | **THOMAS N. LITTMAN, an individual**<br>Date: _____<br><br>_____<br>**KIMBERLY A. LITTMAN, an individual**<br>Date: _____ |
| _____<br>**STEPHEN J. HOFFMAN, an individual**<br>Date: _____<br><br>_____<br>**DALE HOFFMAN, an individual**<br>Date: _____ | _____<br>**DEBORAH STEGNER, an individual**<br>Date: _____ |
| _____<br>**MARC BRAHA, an individual**<br>Date: _____ | **FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BR4 REHOBOTH, LTD., a Texas limited liability**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**SCOTT DANIEL SEGAL, an individual**<br>Date: _____<br><br>**JOANNA F. SEGAL, an individual**<br>Date: _____ |
| _____<br>**LON M. BARONNE, an individual**<br>Date: _____<br><br>_____<br>**KAREN G. BARONNE, an individual**<br>Date: _____ | _____<br>**DOUGLAS M. PATINKIN, an individual**<br>Date: _____<br><br>_____<br>**JENNY R. PATINKIN, an individual**<br>Date: _____ |
| _____<br>**MICHAEL B. GROSS, an individual**<br>Date: 8/1/19 | _____<br>**SHELLEY R. SINGER, an individual**<br>Date: 8/1/19 |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: ‾Timothy Capps‾‾‾Member & Manager‾<br>Date: ‾7/31/2019‾‾‾‾‾‾‾‾‾‾‾ | _____<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**MERLE J. SCHNEIDER, an individual**<br>Date: _____ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: 8 - 5 - 1 9 _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**MERLE J. SCHNEIDER, an individual**<br>Date: _____ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: 8/5/19 _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _Geelk Sdnjn_<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____<br><br>$8 - 5 - 19$ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _Merle J. Schneider_<br>**MERLE J. SCHNEIDER, an individual**<br>Date: ___8/5/19___ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

970-925 2273

KAREN LAMAR

| | |
|---|---|
| ASPEN HIGHLANDS, LLC, a North Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>JOEL A. SCHNEIDER, an individual<br>Date: _____ |
| _____<br>KAREN SCHNEIDER BENRUBI, an individual<br>Date: _____ | _____<br>ALAN B. SCHNEIDER, an individual<br>Date: _____ |
| _____<br>MERLE J. SCHNEIDER, an individual<br>Date: _____ | _____<br>RICHARD BENRUBI, an individual<br>Date: _____ |
| _____<br>PAUL BRUNSWICK, an individual<br>Date: 8-5-19<br><br>_____<br>SUSAN M. ALLEN, an individual<br>Date: _____ | _____<br>LISA M. MILLER, an individual<br>Date: _____<br><br>KRAYNDEL FARBER TRUST<br><br>By: _____<br>KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust<br>Date: _____<br><br>By: _____<br>EDWARD R. FARBER, Trustee of the Krayndel Farber Trust<br>Date: _____ |
| _____<br>GEORGE W. HALIGOWSKI, an individual<br>Date: _____ | _____<br>EVAN F. TRESTMAN, an individual<br>Date: _____ |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| **KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | **ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| **MERLE J. SCHNEIDER, an individual**<br>Date: _____ | **RICHARD BENRUBI, an individual**<br>Date: _____ |
| **PAUL BRUNSWICK, an individual**<br>Date: _____<br><br>_Susan Allen_<br>**SUSAN M. ALLEN, an individual**<br>Date: 9/9/19 | **LISA M. MILLER, an individual**<br>Date: _____<br><br>**KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| **GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | **EVAN F. TRESTMAN, an individual**<br>Date: _____ |

| ASPEN HIGHLANDS, LLC, a North Carolina limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>JOEL A. SCHNEIDER, an individual<br>Date: _____ |
| KAREN SCHNEIDER BENRUBI, an individual<br>Date: _____ | ALAN B. SCHNEIDER, an individual<br>Date: _____ |
| MERLE J. SCHNEIDER, an individual<br>Date: _____ | RICHARD BENRUBI, an individual<br>Date: _____ |
| PAUL BRUNSWICK, an individual<br>Date: _____ | LISA M. MILLER, an individual<br>Date: _____ |
| SUSAN M. ALLEN, an individual<br>Date: _____ | KRAYNDEL FARBER TRUST<br><br>By: _____<br>KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust<br>Date: _____<br><br>By: _____<br>EDWARD R. FARBER, Trustee of the Krayndel Farber Trust<br>Date: _____ |
| GEORGE W. HALIGOWSKI, an individual<br>Date: Aug. 2 2019 | EVAN F. TRESTMAN, an individual<br>Date: _____ |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____<br><br>$6 - 5 - 19$ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _Merle J. Schneider_<br>**MERLE J. SCHNEIDER, an individual**<br>Date: _____8/5/19_____ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: AuG 1, 2019 |
| _____<br>**MERLE J. SCHNEIDER, an individual**<br>Date: _____ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: 8 - 5 - 19 | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**MERLE J. SCHNEIDER, an individual**<br>Date: _____ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: 8/5/19 |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _____<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _____<br>**MERLE J. SCHNEIDER, an individual**<br>Date: _____ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | *Lisa M. Miller*<br>**LISA M. MILLER, an individual**<br>Date: 8/11/19 |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _____<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | **JOEL A. SCHNEIDER, an individual**<br>Date: _____ |
| **KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | **ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| **MERLE J. SCHNEIDER, an individual**<br>Date: _____ | **RICHARD BENRUBI, an individual**<br>Date: _____ |
| **PAUL BRUNSWICK, an individual**<br>Date: _____ | **LISA M. MILLER, an individual**<br>Date: _____ |
| **SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _Krayndel Farber_<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _8/11/2019_<br><br>By: _Edward R. Farber_<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _8/11/2019_ |
| **GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | **EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

FAX TO 970 925 2273
MATHEW
FERGUSON LAW

| | |
|---|---|
| **ASPEN HIGHLANDS, LLC, a North Carolina limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ | _Geolt Schnjr_<br>**JOEL A. SCHNEIDER, an individual**<br>Date: _____<br><br>$8 - 5 - 19$ |
| _____<br>**KAREN SCHNEIDER BENRUBI, an individual**<br>Date: _____ | _____<br>**ALAN B. SCHNEIDER, an individual**<br>Date: _____ |
| _Merle J. Schneider_<br>**MERLE J. SCHNEIDER, an individual**<br>Date: ___8/5/19___ | _____<br>**RICHARD BENRUBI, an individual**<br>Date: _____ |
| _____<br>**PAUL BRUNSWICK, an individual**<br>Date: _____ | _____<br>**LISA M. MILLER, an individual**<br>Date: _____ |
| _____<br>**SUSAN M. ALLEN, an individual**<br>Date: _____ | **KRAYNDEL FARBER TRUST**<br><br>By: _____<br>**KRAYNDEL FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____<br><br>By: _____<br>**EDWARD R. FARBER, Trustee of the Krayndel Farber Trust**<br>Date: _____ |
| _____<br>**GEORGE W. HALIGOWSKI, an individual**<br>Date: _____ | _Evan F. Trestman_<br>**EVAN F. TRESTMAN, an individual**<br>Date: _____ |
| | |

| | |
|---|---|
| _DAVID M. FLAUM, an individual_<br>Date: _8/14/19_<br>_Ilene L. Flaum_<br>**ILENE L. FLAUM, an individual**<br>Date: _8/14/19_ | **WIVIOTT FAMILY TRUST,**<br><br>By: _____<br>**JEFFREY RICHTER, Trustee of the**<br>**Wiviott Family Trust**<br>Date: _____<br><br>By: _____<br>**STACEY TORCHON, Trustee of the**<br>**Wiviott Family Trust**<br>Date: _____ |
| _____<br>**MICHAEL S. CASTLEMAN, an individual**<br>Date: _____<br><br>_____<br>**MARGARET A. CASTLEMAN, an**<br>**individual**<br>Date: _____ | _____<br>**JONATHAN LERNER, an individual**<br>Date: _____ |
| _____<br>**ROBIN BROWN, an individual**<br>Date: _____ | _____<br>**ALEXA LERNER, an individual**<br>Date: _____ |
| _____<br>**LAWERENCE BROWN, an individual**<br>Date: _____ | **TRIP COLORADO, LLC, a Colorado**<br>**limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**BRAD J. BACHMANN, an individual**<br>Date: _____ | _____<br>**MICHELLE STERN, an individual**<br>Date: _____ |
| _____<br>**HAL S. MULLINS, an individual**<br>Date: _____ | _____<br>**MARK A. JACOBY, an individual**<br>Date: _____ |

Castleman Michael and Margaret.pdf          Open with

| | WIVIOTT FAMILY TRUST, |
|---|---|
| DAVID M. FLAUM, an individual<br>Date: _____ | By: _____<br>JEFFREY RICHTER, Trustee of the<br>Wiviott Family Trust<br>Date: _____ |
| ILENE L. FLAUM, an individual<br>Date: _____ | By: _____<br>STACEY TORCHON, Trustee of the<br>Wiviott Family Trust<br>Date: _____ |
| MICHAEL S. CASTLEMAN, an individual<br>Date: _8 -1 - 2019_<br><br>MARGARET A. CASTLEMAN, an<br>individual<br>Date: _Aug 1, 2019_ | JONATHAN LERNER, an individual<br>Date: _____ |
| ROBIN BROWN, an individual<br>Date: _____ | ALEXA LERNER, an individual<br>Date: _____ |
| LAWERENCE BROWN, an individual<br>Date: _____ | TRIP COLORADO, LLC, a Colorado<br>limited liability company<br>By: _____<br>Its: _____<br>Date: _____ |
| BRAD J. BACHMANN, an individual<br>Date: _____ | MICHELLE STERN, an individual<br>Date: _____ |
| HAL S. MULLINS, an individual<br>Date: _____ | MARK A. JACOBY, an individual<br>Date: _____ |

Page 30 of 31

|  | WIVIOTT FAMILY TRUST, |
|---|---|
| _____<br>DAVID M. FLAUM, an individual<br>Date: _____<br><br>ILENE L. FLAUM, an individual<br>Date: _____ | By: _____<br>JEFFREY RICHTER, Trustee of the<br>Wiviott Family Trust<br>Date: _____<br><br>By: _____<br>STACEY TORCHON, Trustee of the<br>Wiviott Family Trust<br>Date: _____ |
| _____<br>MICHAEL S. CASTLEMAN, an individual<br>Date: _____<br><br>_____<br>MARGARET A. CASTLEMAN, an<br>individual<br>Date: _____ | _____<br>JONATHAN LERNER, an individual<br>Date: _____ |
| _____<br>ROBIN BROWN, an individual<br>Date: 3/1/19 | _____<br>ALEXA LERNER, an individual<br>Date: _____ |
| _____<br>LAWERENCE BROWN, an individual<br>Date: 3/1/19 | TRIP COLORADO, LLC, a Colorado<br>limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>BRAD J. BACHMANN, an individual<br>Date: _____ | _____<br>MICHELLE STERN, an individual<br>Date: _____ |
| _____<br>HAL S. MULLINS, an individual<br>Date: _____ | _____<br>MARK A. JACOBY, an individual<br>Date: _____ |

_____
DAVID M. FLAUM, an individual
Date: _____

ILENE L. FLAUM, an individual
Date: _____

WIVIOTT FAMILY TRUST,

By: _____
JEFFREY RICHTER, Trustee of the
Wiviott Family Trust
Date: _____

By: _____
STACEY TORCHON, Trustee of the
Wiviott Family Trust
Date: _____

_____
MICHAEL S. CASTLEMAN, an individual
Date: _____

_____
MARGARET A. CASTLEMAN, an
individual
Date: _____

_____
JONATHAN LERNER, an individual
Date: _____

_____
ROBIN BROWN, an individual
Date: _____

_____
ALEXA LERNER, an individual
Date: _____

_____
LAWERENCE BROWN, an individual
Date: _____

TRIP COLORADO, LLC, a Colorado
limited liability company

By: _____
Its: _____
Date: _____

_____
BRAD J. BACHMANN, an individual
Date: 3/7/17

_____
MICHELLE STERN, an individual
Date: 5/7/17

_____
HAL S. MULLINS, an individual
Date: _____

_____
MARK A. JACOBY, an individual
Date: _____

Page 30 of 31

|  |  |
|---|---|
| _____<br>DAVID M. FLAUM, an individual<br>Date: _____<br><br>ILENE L. FLAUM, an individual<br>Date: _____ | WIVIOTT FAMILY TRUST,<br><br>By: _____<br>JEFFREY RICHTER, Trustee of the<br>Wiviott Family Trust<br>Date: _____<br><br>By: _____<br>STACEY TORCHON, Trustee of the<br>Wiviott Family Trust<br>Date: _____ |
| _____<br>MICHAEL S. CASTLEMAN, an individual<br>Date: _____<br><br>_____<br>MARGARET A. CASTLEMAN, an<br>individual<br>Date: _____ | _____<br>JONATHAN LERNER, an individual<br>Date: _____ |
| _____<br>ROBIN BROWN, an individual<br>Date: _____ | _____<br>ALEXA LERNER, an individual<br>Date: _____ |
| _____<br>LAWERENCE BROWN, an individual<br>Date: _____ | TRIP COLORADO, LLC, a Colorado<br>limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>BRAD J. BACHMANN, an individual<br>Date: _____<br><br>_____<br>HAL S. MULLINS, an individual<br>Date: _8/7/19_ | _____<br>MICHELLE STERN, an individual<br>Date: _____<br><br>_____<br>MARK A. JACOBY, an individual<br>Date: _____ |

| | |
|---|---|
| _____<br>**DAVID M. FLAUM, an individual**<br>Date: _____<br><br>**ILENE L. FLAUM, an individual**<br>Date: _____ | **WIVIOTT FAMILY TRUST,**<br><br>By _____<br>**JEFFREY RICHTER, Trustee of the Wiviott Family Trust**<br>Date: 8/12/19<br><br>By: _____<br>**STACEY TORCHON, Trustee of the Wiviott Family Trust**<br>Date: _____ |
| _____<br>**MICHAEL S. CASTLEMAN, an individual**<br>Date: _____<br><br>_____<br>**MARGARET A. CASTLEMAN, an individual**<br>Date: _____ | _____<br>**JONATHAN LERNER, an individual**<br>Date: _____ |
| _____<br>**ROBIN BROWN, an individual**<br>Date: _____ | _____<br>**ALEXA LERNER, an individual**<br>Date: _____ |
| _____<br>**LAWERENCE BROWN, an individual**<br>Date: _____ | **TRIP COLORADO, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**BRAD J. BACHMANN, an individual**<br>Date: _____ | _____<br>**MICHELLE STERN, an individual**<br>Date: _____ |
| _____<br>**HAL S. MULLINS, an individual**<br>Date: _____ | _____<br>**MARK A. JACOBY, an individual**<br>Date: _____ |

| | WIVIOTT FAMILY TRUST, |
|---|---|
| DAVID M. FLAUM, an individual<br>Date: _____ <br><br>ILENE L. FLAUM, an individual<br>Date: _____ | By: _____<br>JEFFREY RICHTER, Trustee of the<br>Wiviott Family Trust<br>Date: _____<br><br>By: _____<br>STACEY TORCHON, Trustee of the<br>Wiviott Family Trust<br>Date: 8|8|19 |
| MICHAEL S. CASTLEMAN, an individual<br>Date: _____ <br><br>MARGARET A. CASTLEMAN, an<br>individual<br>Date: _____ | JONATHAN LERNER, an individual<br>Date: _____ |
| ROBIN BROWN, an individual<br>Date: _____ | ALEXA LERNER, an individual<br>Date: _____ |
| LAWERENCE BROWN, an individual<br>Date: _____ | TRIP COLORADO, LLC, a Colorado<br>limited liability company<br><br>By: _____<br>Its: _____<br>Date: _____ |
| BRAD J. BACHMANN, an individual<br>Date: _____ | MICHELLE STERN, an individual<br>Date: _____ |
| HAL S. MULLINS, an individual<br>Date: _____ | MARK A. JACOBY, an individual<br>Date: _____ |

| | |
|---|---|
| **DAVID M. FLAUM, an individual**<br>Date: _____<br><br>**ILENE L. FLAUM, an individual**<br>Date: _____ | **WIVIOTT FAMILY TRUST,**<br><br>By: _____<br>**JEFFREY RICHTER, Trustee of the Wiviott Family Trust**<br>Date: _____<br><br>By: _____<br>**STACEY TORCHON, Trustee of the Wiviott Family Trust**<br>Date: _____ |
| **MICHAEL S. CASTLEMAN, an individual**<br>Date: _____<br><br>**MARGARET A. CASTLEMAN, an individual**<br>Date: _____ | **JONATHAN LERNER, an individual**<br>Date: 8/1/19 |
| **ROBIN BROWN, an individual**<br>Date: _____ | **ALEXA LERNER, an individual**<br>Date: 8/1/19 |
| **LAWERENCE BROWN, an individual**<br>Date: _____ | **TRIP COLORADO, LLC, a Colorado limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| **BRAD J. BACHMANN, an individual**<br>Date: _____ | **MICHELLE STERN, an individual**<br>Date: _____ |
| **HAL S. MULLINS, an individual**<br>Date: _____ | **MARK A. JACOBY, an individual**<br>Date: _____ |

Page 30 of 31

| | WIVIOTT FAMILY TRUST, |
|---|---|
| _____<br>DAVID M. FLAUM, an individual<br>Date: _____<br><br>ILENE L. FLAUM, an individual<br>Date: _____ | By: _____<br>JEFFREY RICHTER, Trustee of the<br>Wiviott Family Trust<br>Date: _____<br><br>By: _____<br>STACEY TORCHON, Trustee of the<br>Wiviott Family Trust<br>Date: _____ |
| _____<br>MICHAEL S. CASTLEMAN, an individual<br>Date: _____<br><br>MARGARET A. CASTLEMAN, an<br>individual<br>Date: _____ | _____<br>JONATHAN LERNER, an individual<br>Date: _____ |
| _____<br>ROBIN BROWN, an individual<br>Date: _____ | _____<br>ALEXA LERNER, an individual<br>Date: _____ |
| _____<br>LAWERENCE BROWN, an individual<br>Date: _____ | TRIP COLORADO, LLC, a Colorado<br>limited liability company<br>By: _____<br>Its: _____<br>Date: Au 9 2019 |
| _____<br>BRAD J. BACHMANN, an individual<br>Date: _____ | _____<br>MICHELLE STERN, an individual<br>Date: _____ |
| _____<br>HAL S. MULLINS, an individual<br>Date: _____ | _____<br>MARK A. JACOBY, an individual<br>Date: _____ |

Page 30 of 31

| | WIVIOTT FAMILY TRUST, |
|---|---|
| **DAVID M. FLAUM, an individual**<br>Date: _____ | By: _____<br>**JEFFREY RICHTER, Trustee of the Wiviott Family Trust**<br>Date: _____ |
| **ILENE L. FLAUM, an individual**<br>Date: _____ | By: _____<br>**STACEY TORCHON, Trustee of the Wiviott Family Trust**<br>Date: _____ |
| **MICHAEL S. CASTLEMAN, an individual**<br>Date: _____ | **JONATHAN LERNER, an individual**<br>Date: _____ |
| **MARGARET A. CASTLEMAN, an individual**<br>Date: _____ | |
| **ROBIN BROWN, an individual**<br>Date: _____ | **ALEXA LERNER, an individual**<br>Date: _____ |
| **LAWERENCE BROWN, an individual**<br>Date: _____ | **TRIP COLORADO, LLC, a Colorado limited liability company**<br>By: _____<br>Its: _____<br>Date: _____ |
| **BRAD J. BACHMANN, an individual**<br>Date: 3/7/19 | **MICHELLE STERN, an individual**<br>Date: 8/7/19 |
| **HAL S. MULLINS, an individual**<br>Date: _____ | **MARK A. JACOBY, an individual**<br>Date: _____ |

|  |  |
|---|---|
| _____<br>DAVID M. FLAUM, an individual<br>Date: _____<br><br>**ILENE L. FLAUM, an individual**<br>Date: _____ | **WIVIOTT FAMILY TRUST,**<br><br>By: _____<br>**JEFFREY RICHTER, Trustee of the<br>Wiviott Family Trust**<br>Date: _____<br><br>By: _____<br>**STACEY TORCHON, Trustee of the<br>Wiviott Family Trust**<br>Date: _____ |
| _____<br>**MICHAEL S. CASTLEMAN, an individual**<br>Date: _____<br><br>_____<br>**MARGARET A. CASTLEMAN, an<br>individual**<br>Date: _____ | _____<br>**JONATHAN LERNER, an individual**<br>Date: _____ |
| _____<br>**ROBIN BROWN, an individual**<br>Date: _____ | _____<br>**ALEXA LERNER, an individual**<br>Date: _____ |
| _____<br>**LAWERENCE BROWN, an individual**<br>Date: _____ | **TRIP COLORADO, LLC, a Colorado<br>limited liability company**<br><br>By: _____<br>Its: _____<br>Date: _____ |
| _____<br>**BRAD J. BACHMANN, an individual**<br>Date: _____ | _____<br>**MICHELLE STERN, an individual**<br>Date: _____ |
| _____<br>**HAL S. MULLINS, an individual**<br>Date: _____ | _____<br>**MARK A. JACOBY, an individual**<br>Date: 8/4/19 |

Page 30 of 31

|  | DEBORAH J. JACOBY, an individual<br>Date: _____ |
|---|---|
| MICHAEL B. HURWITZ, an individual<br>Date: 2019-08-13 _____<br><br><br>BRANDI M. HURWITZ, an individual<br>Date: _____ | KEVIN AND MARCIE TAYLOR TRUST<br><br>By: _____<br>KEVIN TAYLOR, Trustee of the Kevin and Marcie Taylor Trust<br>Date: _____<br><br>By: _____<br>MARCIE TAYLOR, Trustee of the Kevin and Marcie Taylor Trust<br>Date: _____ |
| NINA DEVELOPMENT, LTD., a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | WINSTON & LADY, LP, a Delaware limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ |

4846-1712-6558, v. 1

|  | DEBORAH J. JACOBY, an individual<br>Date: _____ |
|---|---|
| **MICHAEL B. HURWITZ, an individual**<br>Date: _____<br><br>**BRANDI M. HURWITZ, an individual**<br>Date: 8/12/19<br><br>*Brandi Hurwitz* | **KEVIN AND MARCIE TAYLOR TRUST**<br><br>By: _____<br>**KEVIN TAYLOR, Trustee of the Kevin and Marcie Taylor Trust**<br>Date: _____<br><br>By: _____<br>**MARCIE TAYLOR, Trustee of the Kevin and Marcie Taylor Trust**<br>Date: _____ |
| **NINA DEVELOPMENT, LTD., a Texas limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ | **WINSTON & LADY, LP, a Delaware limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |

4846-1712-6558, v. 1

Mahoney Scott Nina Development settlement.pdf          Open with

|  | DEBORAH J. JACOBY, an individual<br>Date: _____ |
|  | **KEVIN AND MARCIE TAYLOR TRUST**<br><br>By: _____<br>KEVIN TAYLOR, Trustee of the Kevin and Marcie Taylor Trust<br>Date: _____<br><br>By: _____<br>MARCIE TAYLOR, Trustee of the Kevin and Marcie Taylor Trust<br>Date: _____ |
| MICHAEL B. HURWITZ, an individual<br>Date: _____<br><br>BRANDI M. HURWITZ, an individual<br>Date: _____ |  |
| **NINA DEVELOPMENT, LTD., a Texas limited partnership**<br><br>By: _SCOTT MAHONEY_<br>Its: _PRES ENTRUST ADVISOR ITS_<br>Date: _8.5.19_ _GENERAL PARTNER_ | **WINSTON & LADY, LP, a Delaware limited partnership**<br><br>By: _____<br>Its: _____<br>Date: _____ |

4846-1712-6558, v. 1

Page 31 of 31

|  | *Deborah Jacoby* (signature) |
|---|---|
|  | **DEBORAH J. JACOBY, an individual** <br> Date: 8/7/19 |
| _____ <br> **MICHAEL B. HURWITZ, an individual** <br> Date: _____ <br><br> _____ <br> **BRANDI M. HURWITZ, an individual** <br> Date: _____ | **KEVIN AND MARCIE TAYLOR TRUST** <br><br> By: _____ <br> **KEVIN TAYLOR, Trustee of the Kevin and Marcie Taylor Trust** <br> Date: _____ <br><br> By: _____ <br> **MARCIE TAYLOR, Trustee of the Kevin and Marcie Taylor Trust** <br> Date: _____ |
| **NINA DEVELOPMENT, LTD., a Texas limited partnership** <br><br> By: _____ <br> Its: _____ <br> Date: _____ | **WINSTON & LADY, LP, a Delaware limited partnership** <br><br> By: _____ <br> Its: _____ <br> Date: _____ |

4846-1712-6558, v. 1

| | DEBORAH J. JACOBY, an individual |
|---|---|
| | Date: _____ |
| | **KEVIN AND MARCIE TAYLOR TRUST** |
| MICHAEL B. HURWITZ, an individual | By: _____ |
| Date: _____ | KEVIN TAYLOR, Trustee of the Kevin and Marcie Taylor Trust |
| | Date: _____ |
| BRANDI M. HURWITZ, an individual | By: _____ |
| Date: _____ | MARCIE TAYLOR, Trustee of the Kevin and Marcie Taylor Trust |
| | Date: 8/8/19 |
| **NINA DEVELOPMENT, LTD., a Texas limited partnership** | **WINSTON & LADY, LP, a Delaware limited partnership** |
| By: _____ | By: _____ |
| Its: _____ | Its: _____ |
| Date: _____ | Date: _____ |

4846-1712-6558, v. 1

Page 31 of 31

| | DEBORAH J. JACOBY, an individual<br>Date: _____ |
|---|---|
| _____<br>MICHAEL B. HURWITZ, an individual<br>Date: _____<br><br>_____<br>BRANDI M. HURWITZ, an individual<br>Date: _____ | KEVIN AND MARCIE TAYLOR TRUST<br><br>By: _____<br>KEVIN TAYLOR, Trustee of the Kevin and Marcie Taylor Trust<br>Date: _____<br><br>By: _____<br>MARCIE TAYLOR, Trustee of the Kevin and Marcie Taylor Trust<br>Date: _____ |
| NINA DEVELOPMENT, LTD., a Texas limited partnership<br><br>By: _____<br>Its: _____<br>Date: _____ | WINSTON & LADY, LP, a Delaware limited partnership<br><br>By: _____<br>Its: _____<br>Date: 8/12/2019 |

4846-1712-6558, v. 1

*RCHFU, LLC, et al. v. Marriott Vacations Worldwide Corporation, et al.*

## NOTICE REGARDING

## SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS

This NOTICE REGARDING SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS concerns the SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS ("Agreement") entered into as of the 30th day of July, 2019, by and between the Plaintiffs in the corrected Seventh Amended Complaint in the Action (collectively, "Plaintiffs") and the Aspen Highlands Condominium Association, Inc., ("Association"). All capitalized terms herein have the definitions ascribed to them in the Agreement.

Upon execution of the Agreement, the Parties and their counsel identified a clerical or scrivener's error in the Agreement: in the numbering of the provisions of the Agreement, paragraph 22 was unintentionally omitted. For the avoidance of any doubt, no provision 22 ever existed in any draft or final version of the Agreement. Counsel for the Parties hereby attest that the full and complete version of the Agreement does not contain a provision numbered 22.

FOR ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.

BY: _____

Jessica Black Livingston
Hogan Lovells US LLP
Counsel for the Aspen Highlands Condominium Association, Inc.

DATED: August 15, 2019

FOR PLAINTIFFS

BY: _____

Matthew Ferguson
The Matthew C. Ferguson Law Firm, P.C.
Counsel for Plaintiffs

DATED: August 16, 2019

Page 1 of 1

# EXHIBIT  1

**Black Livingston, Jessica**

| | |
|---|---|
| **From:** | Virginia O'Keeffe <virginia@matthewfergusonlaw.com> |
| **Sent:** | Tuesday, August 20, 2019 5:08 PM |
| **To:** | Black Livingston, Jessica |
| **Cc:** | Matthew Ferguson; Lucie Riviere; Karin LaMar |
| **Subject:** | RE: Ritz Settlement-wire instructions |

Jessica:
In case you need it, the address for the Aspen branch of Alpine Bank (where the account was physically opened) is:

Alpine Bank
600 East Hopkins Avenue, Suite 1
Aspen, CO 81611

Thanks again,
V

**From:** Black Livingston, Jessica <jessica.livingston@hoganlovells.com>
**Sent:** Tuesday, August 20, 2019 4:59 PM
**To:** Virginia O'Keeffe <virginia@matthewfergusonlaw.com>
**Cc:** Matthew Ferguson <matt@matthewfergusonlaw.com>; Lucie Riviere <lucie@matthewfergusonlaw.com>; Karin LaMar <karin@matthewfergusonlaw.com>
**Subject:** RE: Ritz Settlement-wire instructions

Thank you.

**From:** Virginia O'Keeffe [mailto:virginia@matthewfergusonlaw.com]
**Sent:** Tuesday, August 20, 2019 4:56 PM
**To:** Black Livingston, Jessica
**Cc:** Matthew Ferguson; Lucie Riviere; Karin LaMar
**Subject:** Ritz Settlement-wire instructions

Jessica:

Below are the wire transfer instructions for the Alpine Bank account set up today:

Account Name: The Matthew C. Ferguson Law Firm, P.C. Aspen Highlands Condo Association Litigation COLTAF Account
Routing Number: ▉▉▉▉▉▉
Account No.: ▉▉▉▉▉▉
City/State:  Glenwood Springs, Colorado

Thank you, and please contact me with any questions.

Regards,
Virginia



Virginia O'Keeffe, Paralegal
virginia@matthewfergusonlaw.com
A Professional Corporation  |  Attorney at Law
119 S. Spring Street, Suite 201
Aspen, Colorado 81611
970.925.6288 office  |  970.925.2273 fax

---

**About Hogan Lovells**

Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## DECLARATION OF RANDAL MERCER

I, **RANDAL MERCER**, declare, under penalty of perjury:

1.      I am a former member of the Board of Directors of the Aspen Highlands Tourist Accommodation Board ("Board"), having served on the Board as its President from October 2012 to January 2019.

2.      Between January and April, 2014, the Marriott Defendants requested that the Board agree, on behalf of the owners and members of the Ritz Carlton Destination Club at Aspen Highlands, to enter into an Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., (the "Joinder"), which would effectuate the affiliation of the Aspen Highlands Ritz Club with the Marriott Vacation Club.

3.      Neither RCMC, Cobalt Travel Company, nor Lion & Crown ever provided me, or the Board, with a copy of the Affiliation Agreement Between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., dated November 14, 2013 (the "Affiliation Agreement") prior to obtaining my signature, as President of the Board, on the Joinder.

4. Because I was never provided with a copy of the Affiliation Agreement prior to signing the Joinder on April 24, 2014, I was not aware of the following terms in the Affiliation Agreement:

    a) Paragraph 3.3(b): "Lion & Crown hereby acknowledges … In the event MVCD affiliates the MVCD Program with an Affiliate Program in accordance with Article VIII below, the Exchange Members in such Affiliate Program may reserve, subject to availability and the Exchange Procedures, through participation in the MVCD Program, any L&C Accommodations that are available through the MVCD Program during certain Reservation Windows."

    b) Paragraph 3.3(e): "Lion & Crown hereby acknowledges … Participating L&C Members will not have access to Marriott Rewards®, Interval International exchange program (or any other external exchange program), or certain Special Benefits."

    c) Paragraph 6.3: "MVCD shall have the right to adopt and amend those portions of the Exchange Company Documents which MVCD, in its sole and absolute discretion, determines are necessary or desirable to amend from time to time in order to operate and manage the MVCD Program. Lion & Crown agrees that each Participating L&C Member's participation in the MVCD Program shall be governed by the provisions of the Exchange Company Documents as adopted and amended from time to time by MVCD; however, with the exception of L&C Accommodations reserved through the MVCD Program, a Participating L&C Member's reservation and use of L&C Destinations shall

be governed by the L&C Program's reservation system and L&C Exchange Company Documents."

d) Paragraph 6.5: "Lion & Crown agrees that MVCD shall have the right, subject to the Exchange Procedures, to reserve any unreserved use of Accommodations in the MVCD Program for its own promotional use, or any other purpose as MVCD determines in its sole and absolute discretion. MVCD agrees that Lion & Crown shall have the right, subject to the L&C Exchange Company Documents, to reserve any unreserved use of Accommodations in the L&C Program for its own promotional use, or any other purpose as L&C determines in its sole and absolute discretion."

e) Paragraph 6.10: "The Parties agree and acknowledge that upon renewal of this Agreement, any and all claims against the other Party are waived by the claiming Party, and the offending Party is released from all liability, if any, arising out of this Agreement that occurred prior to the renewal of same."

f) Paragraph 7.1: "Currently, MVCD does not charge Participating L&C Members Exchange Company Dues or charge renewal fees or exchange fees; however, MVCD reserves the right to charge exchange fees and renewal fees and impose Exchange Company Dues on Participating L&C Members in the future. In the event that MVCD begins to charge Participating L&C Members Exchange Company Dues, renewal fees, or exchange fees, MVCD will notify such Participating L&C Members at least thirty (30) days prior to the imposition of Exchange Company Dues, renewal fees, or exchange fees. Exchange Company Dues may include the Participating L&C Member's share

3

of the costs and expenses incurred by MVCD in connection with the operation of the MVCD Program and the delivery of other MVCD Program services and benefits. Exchange Company Dues, exchange fees, and renewal fees will be assessed by MVCD directly to the Participating L&C Member. In this regard, MVCD reserves the right to establish the Exchange Company Dues, renewal fees, or exchange fees as determined by MVCD, in its sole and absolute discretion, and based on those factors that MVCD determines to be reasonable, as determined in the sole and absolute discretion of MVCD. MVCD may, in MVCD's sole and absolute discretion, utilize a method of varying the Exchange Company Dues, renewal fees, or exchange fees among different Affiliate Programs or Participating L&C Members. In addition, the Exchange Company Dues, renewal fees, or exchange fees may contain a reasonable profit factor. Any extraordinary or special costs and expenses incurred by MVCD with respect to a given Participating L&C Member or group of Participating L&C Members, may be assessed by MVCD only to the affected L&C Member or group of L&C Members, or in addition to their Exchange Company Dues; provided; however, Lion & Crown will not be assessed any Exchange Company Dues, renewal fees, or exchange fees or charges by MVCD. Except as provided in this Agreement, Lion & Crown is not entitled to approve increases in Exchange Company Dues, renewal fees, or exchange fees. Lion & Crown agrees that Lion & Crown will not charge MVCD or the MVCD Members any dues in connection with this Agreement."

4



g)  Paragraph 7.6: "Lion and Crown acknowledges and agrees that MVCD is entitled to retain for MVCD's benefit all amounts collected from Participating L&C Members in connection with (i) any Exchange Points that MVCD receives from Participating L&C Member in exchange for Special Benefits provided by MVCD; (ii) Single Use Points; (iii) fees or charges related to Special Benefits; (iv) daily fees; (v) cancellation fees; and (vi) administrative fees, if any. Lion & Crown acknowledges and agrees that during the Open Reservation Period (as pertains to the MVCD Program), MVCD has the right to reserve available Use Periods for the reasonable purposes of customer relations, public relations, employee relations, and marketing and sales of Interests, vacation ownership interests at other resort condominiums or club resorts, or such other vacation ownership or multisite vacation ownership or membership plans developed or marketed by MVCD or its affiliates from time to time.  Any amounts collected by MVCD in connection with the rights reserved in this paragraph shall belong to MVCD.  Notwithstanding anything in this Agreement to the contrary, MVCD will not make Single Use Points available to Participating L&C Members. The rights reserved to MVCD in this paragraph may be assigned by MVCD."

h)  Paragraph 7.7: "Lion & Crown acknowledges and agrees that MVCD has the exclusive right to utilize L&C Accommodations provided by Lion & Crown or Participating L&C Members to the MVCD Program for any purpose, including, without limitation, in MVCD's sole and absolute discretion, any purpose related to marketing, selling, or promoting the MVCD Program or

5



other timeshare or fractional projects developed, marketed, or offered by MVCD's affiliates, extending rights for purposes of employee, customer or public relations or utilizing Use Periods or Lion & Crown Exchange Points in manners which will enhance or expand the MVCD Program."

i) Paragraph 7.8: "Lion & Crown acknowledges and agrees that MVCD has the right to charge an increased or decreased number of Exchange Points to make reservations during certain portions of the Reservation Window, in the event MVCD, in its sole and absolute discretion, deems such markups or discounts beneficial."

j) Paragraph 8.1(a): "The Parties agree that the Parties shall have the following rights with respect to the addition of locations: Either MVCD or Lion & Crown may, in its sole and absolute discretion, elect to affiliate other accommodations with the MVCD Program or L&C Program, respectively, from time to time. Neither Party shall be entitled to participate in or consent to the other Party's decision in this regard. The Parties acknowledge and understand that in the event other accommodations are affiliated with the MVCD Program or L&C Program, respectively, the addition of such accommodations will result in the addition of new MVCD Members (and may result in the addition of new L&C Members), who will also reserve, subject to availability, the use of MVCD Accommodations and L&C Accommodations (that have been made available by Lion & Crown or Participating L&C Members)."

6



k) Paragraph 10.1: "This Agreement shall have a term commencing on the Effective Date (as defined in Article XI) and shall continue until ten (10) years after the Effective Date. Notwithstanding the foregoing, this Agreement may otherwise be terminated as provided for below in this Article X."

l) Paragraph 10.4: "This Agreement will automatically be renewed for additional five (5) year terms unless either Party provides notice to the other Party of its desire not to renew this Agreement at least one hundred twenty (120) days prior to the end of the then-current term."

5. If I had been aware of the Affiliation Agreement's above terms collectively, I would not have signed the Joinder when it was presented to me.

\* \* \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2019.

Randal Mercer

# EXHIBIT  3

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

---

## DECLARATION OF PHILIP SCHNEIDER

---

I, **PHILIP SCHNEIDER**, declare, under penalty of perjury:

1.      I am a former member of the Board of Directors of the Aspen Highlands Tourist Accommodation Board ("Board"), having served on the Board from August 2012 to July 2014.

2.      Between January and April, 2014, the Marriott Defendants requested that the Board agree, on behalf of the owners and members of the Ritz Carlton Destination Club at Aspen Highlands, to enter into an Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., (the "Joinder"), which would effectuate the affiliation of the Aspen Highlands Ritz Club with the Marriott Vacation Club.

3.      Neither RCMC, Cobalt Travel Company, nor Lion & Crown ever provided me, or the Board, with a copy of the Affiliation Agreement Between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., dated November 14, 2013 (the "Affiliation Agreement") prior to the Board's approval of the Joinder.

1

_7-17-19_

4.     Because I was never provided with a copy of the Affiliation Agreement prior to voting to approve the Joinder in April 2014, I was not aware of the following terms in the Affiliation Agreement:

a) Paragraph 3.3(b): "Lion & Crown hereby acknowledges … In the event MVCD affiliates the MVCD Program with an Affiliate Program in accordance with Article VIII below, the Exchange Members in such Affiliate Program may reserve, subject to availability and the Exchange Procedures, through participation in the MVCD Program, any L&C Accommodations that are available through the MVCD Program during certain Reservation Windows."

b) Paragraph 3.3(e):  "Lion & Crown hereby acknowledges … Participating L&C Members will not have access to Marriott Rewards®, Interval International exchange program (or any other external exchange program), or certain Special Benefits."

c) Paragraph 6.3: "MVCD shall have the right to adopt and amend those portions of the Exchange Company Documents which MVCD, in its sole and absolute discretion, determines are necessary or desirable to amend from time to time in order to operate and manage the MVCD Program. Lion & Crown agrees that each Participating L&C Member's participation in the MVCD Program shall be governed by the provisions of the Exchange Company Documents as adopted and amended from time to time by MVCD; however, with the exception of L&C Accommodations reserved through the MVCD Program, a Participating L&C Member's reservation and use of L&C Destinations shall

7-17-19

be governed by the L&C Program's reservation system and L&C Exchange Company Documents."

d) Paragraph 6.5: "Lion & Crown agrees that MVCD shall have the right, subject to the Exchange Procedures, to reserve any unreserved use of Accommodations in the MVCD Program for its own promotional use, or any other purpose as MVCD determines in its sole and absolute discretion. MVCD agrees that Lion & Crown shall have the right, subject to the L&C Exchange Company Documents, to reserve any unreserved use of Accommodations in the L&C Program for its own promotional use, or any other purpose as L&C determines in its sole and absolute discretion."

e) Paragraph 6.10: "The Parties agree and acknowledge that upon renewal of this Agreement, any and all claims against the other Party are waived by the claiming Party, and the offending Party is released from all liability, if any, arising out of this Agreement that occurred prior to the renewal of same."

f) Paragraph 7.1: "Currently, MVCD does not charge Participating L&C Members Exchange Company Dues or charge renewal fees or exchange fees; however, MVCD reserves the right to charge exchange fees and renewal fees and impose Exchange Company Dues on Participating L&C Members in the future. In the event that MVCD begins to charge Participating L&C Members Exchange Company Dues, renewal fees, or exchange fees, MVCD will notify such Participating L&C Members at least thirty (30) days prior to the imposition of Exchange Company Dues, renewal fees, or exchange fees. Exchange Company Dues may include the Participating L&C Member's share

of the costs and expenses incurred by MVCD in connection with the operation of the MVCD Program and the delivery of other MVCD Program services and benefits. Exchange Company Dues, exchange fees, and renewal fees will be assessed by MVCD directly to the Participating L&C Member. In this regard, MVCD reserves the right to establish the Exchange Company Dues, renewal fees, or exchange fees as determined by MVCD, in its sole and absolute discretion, and based on those factors that MVCD determines to be reasonable, as determined in the sole and absolute discretion of MVCD. MVCD may, in MVCD's sole and absolute discretion, utilize a method of varying the Exchange Company Dues, renewal fees, or exchange fees among different Affiliate Programs or Participating L&C Members. In addition, the Exchange Company Dues, renewal fees, or exchange fees may contain a reasonable profit factor. Any extraordinary or special costs and expenses incurred by MVCD with respect to a given Participating L&C Member or group of Participating L&C Members, may be assessed by MVCD only to the affected L&C Member or group of L&C Members, or in addition to their Exchange Company Dues; provided; however, Lion & Crown will not be assessed any Exchange Company Dues, renewal fees, or exchange fees or charges by MVCD. Except as provided in this Agreement, Lion & Crown is not entitled to approve increases in Exchange Company Dues, renewal fees, or exchange fees. Lion & Crown agrees that Lion & Crown will not charge MVCD or the MVCD Members any dues in connection with this Agreement."

g) Paragraph 7.6: "Lion and Crown acknowledges and agrees that MVCD is entitled to retain for MVCD's benefit all amounts collected from Participating L&C Members in connection with (i) any Exchange Points that MVCD receives from Participating L&C Member in exchange for Special Benefits provided by MVCD; (ii) Single Use Points; (iii) fees or charges related to Special Benefits; (iv) daily fees; (v) cancellation fees; and (vi) administrative fees, if any. Lion & Crown acknowledges and agrees that during the Open Reservation Period (as pertains to the MVCD Program), MVCD has the right to reserve available Use Periods for the reasonable purposes of customer relations, public relations, employee relations, and marketing and sales of Interests, vacation ownership interests at other resort condominiums or club resorts, or such other vacation ownership or multisite vacation ownership or membership plans developed or marketed by MVCD or its affiliates from time to time. Any amounts collected by MVCD in connection with the rights reserved in this paragraph shall belong to MVCD. Notwithstanding anything in this Agreement to the contrary, MVCD will not make Single Use Points available to Participating L&C Members. The rights reserved to MVCD in this paragraph may be assigned by MVCD."

h) Paragraph 7.7: "Lion & Crown acknowledges and agrees that MVCD has the exclusive right to utilize L&C Accommodations provided by Lion & Crown or Participating L&C Members to the MVCD Program for any purpose, including, without limitation, in MVCD's sole and absolute discretion, any purpose related to marketing, selling, or promoting the MVCD Program or

5

7-17-19

other timeshare or fractional projects developed, marketed, or offered by MVCD's affiliates, extending rights for purposes of employee, customer or public relations or utilizing Use Periods or Lion & Crown Exchange Points in manners which will enhance or expand the MVCD Program."

i)   Paragraph 7.8: "Lion & Crown acknowledges and agrees that MVCD has the right to charge an increased or decreased number of Exchange Points to make reservations during certain portions of the Reservation Window, in the event MVCD, in its sole and absolute discretion, deems such markups or discounts beneficial."

j)   Paragraph 8.1(a): "The Parties agree that the Parties shall have the following rights with respect to the addition of locations: Either MVCD or Lion & Crown may, in its sole and absolute discretion, elect to affiliate other accommodations with the MVCD Program or L&C Program, respectively, from time to time. Neither Party shall be entitled to participate in or consent to the other Party's decision in this regard. The Parties acknowledge and understand that in the event other accommodations are affiliated with the MVCD Program or L&C Program, respectively, the addition of such accommodations will result in the addition of new MVCD Members (and may result in the addition of new L&C Members), who will also reserve, subject to availability, the use of MVCD Accommodations and L&C Accommodations (that have been made available by Lion & Crown or Participating L&C Members)."

k)  Paragraph 10.1: "This Agreement shall have a term commencing on the Effective Date (as defined in Article XI) and shall continue until ten (10) years after the Effective Date. Notwithstanding the foregoing, this Agreement may otherwise be terminated as provided for below in this Article X."

l)  Paragraph 10.4: "This Agreement will automatically be renewed for additional five (5) year terms unless either Party provides notice to the other Party of its desire not to renew this Agreement at least one hundred twenty (120) days prior to the end of the then-current term."

5.  If I had been aware of the Affiliation Agreement's above terms collectively, I would not have voted to execute the Joinder at the time of the Board's vote.

\*        \*        \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2019.

Phillip Schneider

# EXHIBIT  4

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

---

## DECLARATION OF TYLER OLIVER

---

I, **TYLER OLIVER**, declare, under penalty of perjury:

1.      I am a former member of the Board of Directors of the Aspen Highlands Tourist Accommodation Board ("Board"), having served on the Board from August 2012 to October 2015.

2.      Between January and April, 2014, the Marriott Defendants requested that the Board agree, on behalf of the owners and members of the Ritz Carlton Destination Club at Aspen Highlands, to enter into an Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., (the "Joinder"), which would effectuate the affiliation of the Aspen Highlands Ritz Club with the Marriott Vacation Club.

3.      Neither RCMC, Cobalt Travel Company, nor Lion & Crown ever provided me, or the Board, with a copy of the Affiliation Agreement Between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., dated November 14, 2013 (the "Affiliation Agreement") prior to the Board's approval of the Joinder.

4.      Because I was never provided with a copy of the Affiliation Agreement prior to voting to approve the Joinder in April 2014, I was not aware of the following terms in the Affiliation Agreement:

a)  Paragraph 3.3(b): "Lion & Crown hereby acknowledges … In the event MVCD affiliates the MVCD Program with an Affiliate Program in accordance with Article VIII below, the Exchange Members in such Affiliate Program may reserve, subject to availability and the Exchange Procedures, through participation in the MVCD Program, any L&C Accommodations that are available through the MVCD Program during certain Reservation Windows."

b)  Paragraph 3.3(e):   "Lion & Crown hereby acknowledges … Participating L&C Members will not have access to Marriott Rewards®, Interval International exchange program (or any other external exchange program), or certain Special Benefits."

c)  Paragraph 6.3: "MVCD shall have the right to adopt and amend those portions of the Exchange Company Documents which MVCD, in its sole and absolute discretion, determines are necessary or desirable to amend from time to time in order to operate and manage the MVCD Program. Lion & Crown agrees that each Participating L&C Member's participation in the MVCD Program shall be governed by the provisions of the Exchange Company Documents as adopted and amended from time to time by MVCD; however, with the exception of L&C Accommodations reserved through the MVCD Program, a Participating L&C Member's reservation and use of L&C Destinations shall



be governed by the L&C Program's reservation system and L&C Exchange Company Documents."

d) Paragraph 6.5: "Lion & Crown agrees that MVCD shall have the right, subject to the Exchange Procedures, to reserve any unreserved use of Accommodations in the MVCD Program for its own promotional use, or any other purpose as MVCD determines in its sole and absolute discretion. MVCD agrees that Lion & Crown shall have the right, subject to the L&C Exchange Company Documents, to reserve any unreserved use of Accommodations in the L&C Program for its own promotional use, or any other purpose as L&C determines in its sole and absolute discretion."

e) Paragraph 6.10: "The Parties agree and acknowledge that upon renewal of this Agreement, any and all claims against the other Party are waived by the claiming Party, and the offending Party is released from all liability, if any, arising out of this Agreement that occurred prior to the renewal of same."

f) Paragraph 7.1: "Currently, MVCD does not charge Participating L&C Members Exchange Company Dues or charge renewal fees or exchange fees; however, MVCD reserves the right to charge exchange fees and renewal fees and impose Exchange Company Dues on Participating L&C Members in the future. In the event that MVCD begins to charge Participating L&C Members Exchange Company Dues, renewal fees, or exchange fees, MVCD will notify such Participating L&C Members at least thirty (30) days prior to the imposition of Exchange Company Dues, renewal fees, or exchange fees. Exchange Company Dues may include the Participating L&C Member's share

of the costs and expenses incurred by MVCD in connection with the operation of the MVCD Program and the delivery of other MVCD Program services and benefits. Exchange Company Dues, exchange fees, and renewal fees will be assessed by MVCD directly to the Participating L&C Member. In this regard, MVCD reserves the right to establish the Exchange Company Dues, renewal fees, or exchange fees as determined by MVCD, in its sole and absolute discretion, and based on those factors that MVCD determines to be reasonable, as determined in the sole and absolute discretion of MVCD. MVCD may, in MVCD's sole and absolute discretion, utilize a method of varying the Exchange Company Dues, renewal fees, or exchange fees among different Affiliate Programs or Participating L&C Members. In addition, the Exchange Company Dues, renewal fees, or exchange fees may contain a reasonable profit factor. Any extraordinary or special costs and expenses incurred by MVCD with respect to a given Participating L&C Member or group of Participating L&C Members, may be assessed by MVCD only to the affected L&C Member or group of L&C Members, or in addition to their Exchange Company Dues; provided; however, Lion & Crown will not be assessed any Exchange Company Dues, renewal fees, or exchange fees or charges by MVCD. Except as provided in this Agreement, Lion & Crown is not entitled to approve increases in Exchange Company Dues, renewal fees, or exchange fees. Lion & Crown agrees that Lion & Crown will not charge MVCD or the MVCD Members any dues in connection with this Agreement."



g) Paragraph 7.6: "Lion and Crown acknowledges and agrees that MVCD is entitled to retain for MVCD's benefit all amounts collected from Participating L&C Members in connection with (i) any Exchange Points that MVCD receives from Participating L&C Member in exchange for Special Benefits provided by MVCD; (ii) Single Use Points; (iii) fees or charges related to Special Benefits; (iv) daily fees; (v) cancellation fees; and (vi) administrative fees, if any. Lion & Crown acknowledges and agrees that during the Open Reservation Period (as pertains to the MVCD Program), MVCD has the right to reserve available Use Periods for the reasonable purposes of customer relations, public relations, employee relations, and marketing and sales of Interests, vacation ownership interests at other resort condominiums or club resorts, or such other vacation ownership or multisite vacation ownership or membership plans developed or marketed by MVCD or its affiliates from time to time. Any amounts collected by MVCD in connection with the rights reserved in this paragraph shall belong to MVCD. Notwithstanding anything in this Agreement to the contrary, MVCD will not make Single Use Points available to Participating L&C Members. The rights reserved to MVCD in this paragraph may be assigned by MVCD."

h) Paragraph 7.7: "Lion & Crown acknowledges and agrees that MVCD has the exclusive right to utilize L&C Accommodations provided by Lion & Crown or Participating L&C Members to the MVCD Program for any purpose, including, without limitation, in MVCD's sole and absolute discretion, any purpose related to marketing, selling, or promoting the MVCD Program or

other timeshare or fractional projects developed, marketed, or offered by MVCD's affiliates, extending rights for purposes of employee, customer or public relations or utilizing Use Periods or Lion & Crown Exchange Points in manners which will enhance or expand the MVCD Program."

i) Paragraph 7.8: "Lion & Crown acknowledges and agrees that MVCD has the right to charge an increased or decreased number of Exchange Points to make reservations during certain portions of the Reservation Window, in the event MVCD, in its sole and absolute discretion, deems such markups or discounts beneficial."

j) Paragraph 8.1(a): "The Parties agree that the Parties shall have the following rights with respect to the addition of locations: Either MVCD or Lion & Crown may, in its sole and absolute discretion, elect to affiliate other accommodations with the MVCD Program or L&C Program, respectively, from time to time. Neither Party shall be entitled to participate in or consent to the other Party's decision in this regard. The Parties acknowledge and understand that in the event other accommodations are affiliated with the MVCD Program or L&C Program, respectively, the addition of such accommodations will result in the addition of new MVCD Members (and may result in the addition of new L&C Members), who will also reserve, subject to availability, the use of MVCD Accommodations and L&C Accommodations (that have been made available by Lion & Crown or Participating L&C Members)."

k) Paragraph 10.1: "This Agreement shall have a term commencing on the Effective Date (as defined in Article XI) and shall continue until ten (10) years after the Effective Date. Notwithstanding the foregoing, this Agreement may otherwise be terminated as provided for below in this Article X."

l) Paragraph 10.4: "This Agreement will automatically be renewed for additional five (5) year terms unless either Party provides notice to the other Party of its desire not to renew this Agreement at least one hundred twenty (120) days prior to the end of the then-current term."

5.  If I had been aware of the Affiliation Agreement's above terms collectively, I would not have voted to execute the Joinder at the time of the Board's vote.


\*       \*       \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2019.

Tyler Oliver

7



# EXHIBIT  5

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, et al.,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.,

Defendants.

## DECLARATION OF ROBERT HARRIS

I, **ROBERT HARRIS**, declare, under penalty of perjury:

1. I am a former member of the Board of Directors of the Aspen Highlands Tourist Accommodation Board ("Board"), having served on the Board from October 2013 to January 2019.

2. Between January and April, 2014, the Marriott Defendants requested that the Board agree, on behalf of the owners and members of the Ritz Carlton Destination Club at Aspen Highlands, to enter into an Acknowledgment of and Joinder to Affiliation Agreement Between The Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., (the "Joinder"), which would effectuate the affiliation of the Aspen Highlands Ritz Club with the Marriott Vacation Club.

3. Neither RCMC, Cobalt Travel Company, nor Lion & Crown ever provided me, or the Board, with a copy of the Affiliation Agreement Between Lion & Crown Travel Co., LLC and Marriott Resorts, Travel Company, Inc., dated November 14, 2013 (the "Affiliation Agreement") prior to the Board's approval of the Joinder.

4. Because I was never provided with a copy of the Affiliation Agreement prior to voting to approve the Joinder in April 2014, I was not aware of the following terms in the Affiliation Agreement:

a) Paragraph 3.3(b): "Lion & Crown hereby acknowledges ... In the event MVCD affiliates the MVCD Program with an Affiliate Program in accordance with Article VIII below, the Exchange Members in such Affiliate Program may reserve, subject to availability and the Exchange Procedures, through participation in the MVCD Program, any L&C Accommodations that are available through the MVCD Program during certain Reservation Windows."

b) Paragraph 3.3(e): "Lion & Crown hereby acknowledges ... Participating L&C Members will not have access to Marriott Rewards®, Interval International exchange program (or any other external exchange program), or certain Special Benefits."

c) Paragraph 6.3: "MVCD shall have the right to adopt and amend those portions of the Exchange Company Documents which MVCD, in its sole and absolute discretion, determines are necessary or desirable to amend from time to time in order to operate and manage the MVCD Program. Lion & Crown agrees that each Participating L&C Member's participation in the MVCD Program shall be governed by the provisions of the Exchange Company Documents as adopted and amended from time to time by MVCD; however, with the exception of L&C Accommodations reserved through the MVCD Program, a Participating L&C Member's reservation and use of L&C Destinations shall be governed by the L&C Program's reservation system and L&C Exchange

d) Paragraph 6.5: "Lion & Crown agrees that MVCD shall have the right, subject to the Exchange Procedures, to reserve any unreserved use of Accommodations in the MVCD Program for its own promotional use, or any other purpose as MVCD determines in its sole and absolute discretion. MVCD agrees that Lion & Crown shall have the right, subject to the L&C Exchange Company Documents, to reserve any unreserved use of Accommodations in the L&C Program for its own promotional use, or any other purpose as L&C determines in its sole and absolute discretion."

e) Paragraph 6.10: "The Parties agree and acknowledge that upon renewal of this Agreement, any and all claims against the other Party are waived by the claiming Party, and the offending Party is released from all liability, if any, arising out of this Agreement that occurred prior to the renewal of same."

f) Paragraph 7.1: "Currently, MVCD does not charge Participating L&C Members Exchange Company Dues or charge renewal fees or exchange fees; however, MVCD reserves the right to charge exchange fees and renewal fees and impose Exchange Company Dues on Participating L&C Members in the future. In the event that MVCD begins to charge Participating L&C Members Exchange Company Dues, renewal fees, or exchange fees, MVCD will notify such Participating L&C Members at least thirty (30) days prior to the imposition of Exchange Company Dues, renewal fees, or exchange fees. Exchange Company Dues may include the Participating L&C Member's share of the costs and expenses incurred by MVCD in connection with the operation of the MVCD Program and the delivery of other MVCD Program services and benefits. Exchange Company Dues, exchange fees, and renewal fees will be assessed by MVCD directly to the Participating L&C Member. In this regard, MVCD reserves the right to establish the Exchange Company Dues, renewal fees, or exchange fees as determined by MVCD, in its sole and absolute discretion, and based on those factors that MVCD determines to be reasonable, as determined in the sole and absolute discretion of MVCD. MVCD may, in MVCD's sole and absolute discretion, utilize a method of varying the Exchange Company Dues, renewal fees, or exchange fees among different Affiliate Programs or Participating L&C Members. In addition, the Exchange Company Dues, renewal fees, or exchange fees may contain a reasonable profit factor. Any extraordinary or special costs and expenses incurred by MVCD with respect to a given Participating L&C Member or group of Participating L&C Members, may be assessed by MVCD only to the affected L&C Member or group of L&C Members, or in addition to their Exchange Company Dues; provided; however, Lion & Crown will not be assessed any Exchange Company Dues, renewal fees, or exchange fees or charges by MVCD. Except as provided in this Agreement, Lion & Crown is not entitled to approve increases in Exchange Company Dues, renewal fees, or exchange fees. Lion & Crown agrees that Lion & Crown will not charge MVCD or the MVCD Members any dues in connection with this Agreement."

g) Paragraph 7.6: "Lion and Crown acknowledges and agrees that MVCD is entitled to retain for MVCD's benefit all amounts collected from Participating L&C Members in connection with (i) any Exchange Points that MVCD receives from Participating L&C Member in exchange for Special Benefits provided by MVCD; (ii) Single Use Points; (iii) fees or charges related to Special Benefits; (iv) daily fees; (v) cancellation fees; and (vi) administrative fees, if any. Lion & Crown acknowledges and agrees that during the Open Reservation Period (as pertains to the MVCD Program), MVCD has the right to reserve available Use Periods for the reasonable purposes of customer relations, public relations, employee relations, and marketing and sales of Interests, vacation ownership interests at other resort condominiums or club resorts, or such other vacation ownership or multisite vacation ownership or membership plans developed or marketed by MVCD or its affiliates from time to time. Any amounts collected by MVCD in connection with the rights reserved in this paragraph shall belong to MVCD. Notwithstanding anything in this Agreement to the contrary, MVCD will not make Single Use Points available to Participating L&C Members. The rights reserved to MVCD in this paragraph may be assigned by MVCD."

h) Paragraph 7.7: "Lion & Crown acknowledges and agrees that MVCD has the exclusive right to utilize L&C Accommodations provided by Lion & Crown or Participating L&C Members to the MVCD Program for any purpose, including, without limitation, in MVCD's sole and absolute discretion, any

purpose related to marketing, selling, or promoting the MVCD Program or other timeshare or fractional projects developed, marketed, or offered by MVCD's affiliates, extending rights for purposes of employee, customer or public relations or utilizing Use Periods or Lion & Crown Exchange Points in manners which will enhance or expand the MVCD Program."

i) Paragraph 7.8: "Lion & Crown acknowledges and agrees that MVCD has the right to charge an increased or decreased number of Exchange Points to make reservations during certain portions of the Reservation Window, in the event MVCD, in its sole and absolute discretion, deems such markups or discounts beneficial."

j) Paragraph 8.1(a): "The Parties agree that the Parties shall have the following rights with respect to the addition of locations: Either MVCD or Lion & Crown may, in its sole and absolute discretion, elect to affiliate other accommodations with the MVCD Program or L&C Program, respectively, from time to time. Neither Party shall be entitled to participate in or consent to the other Party's decision in this regard. The Parties acknowledge and understand that in the event other accommodations are affiliated with the MVCD Program or L&C Program, respectively, the addition of such accommodations will result in the addition of new MVCD Members (and may result in the addition of new L&C Members), who will also reserve, subject to availability, the use of MVCD Accommodations and L&C Accommodations (that have been made available by Lion & Crown or Participating L&C Members)."

k) Paragraph 10.1: "This Agreement shall have a term commencing on the Effective Date (as defined in Article XI) and shall continue until ten (10) years after the Effective Date. Notwithstanding the foregoing, this Agreement may otherwise be terminated as provided for below in this Article X."

l) Paragraph 10.4: "This Agreement will automatically be renewed for additional five (5) year terms unless either Party provides notice to the other Party of its desire not to renew this Agreement at least one hundred twenty (120) days prior to the end of the then-current term."

5. If I had been aware of the Affiliation Agreement's above terms collectively, I would not have voted to execute the Joinder at the time of the Board's vote.

\*       \*       \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2019.

Robert Harris

# EXHIBIT  6

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.
_____

### FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("AHCA") WITH PREJUDICE
_____

Plaintiffs, RCHFU, LLC *et al.*, and Defendant Aspen Highlands Condominium Association ("AHCA") have reached an agreement to settle the above-captioned matter as to all claims against AHCA only.

Therefore, Plaintiffs and Defendants, by and through their respective counsel and pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiffs' claims against AHCA, with each party to bear his/its own costs and fees.

Dated: _____, 2019.

REISER LAW, P.C.

___ /s/ Michael J. Reiser _____
Michael J. Reiser, # 16161
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 256-0400
E-mail: michael@reiserlaw.com
*Attorney for Plaintiffs*

GIBBS LAW GROUP, LLP

___ /s/ Michael Schrag _____
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9718
Facsimile: (510) 350-9701
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com
*Attorney for Plaintiffs*

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

___ /s/ Matthew C. Ferguson _____
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@matthewfergusonlaw.com
*Attorney for Plaintiffs*

THE MEADE LAW FIRM, P.C.

___ /s/ Tyler Meade _____
Tyler Meade (CA State Bar # 160838)
1816 Fifth Street
Berkeley, CA 94710
Telephone: 510-843-3670
E-mail: tyler@meadefirm.com
*Attorney for Plaintiffs*

HOGAN LOVELLS US LLP

*/s/ Jessica Black Livingston* __
Jessica Black Livingston
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202
Phone:303-899-7300
Facsimile: (303) 899-7301
Email:*Jessica.livingston@hoganlovells.com*
*Attorneys for Defendant Association*

2

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on this __ day of _____ 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF filing system upon following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Andrew Nussbaum, Esq.
*andrew.nussbaum@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

  /s/ Lucie Riviere
      Lucie Riviere

3

# EXHIBIT  7

**N/A**