IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

**STATUS REPORT BY THE MARRIOTT DEFENDANTS CONCERNING THE FILING OF RESTRICTED DOCUMENTS**

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants"), respectfully submit this Status Report, by way of follow up to the parties' Joint Status Report (ECF#517), and state that, the Marriott Defendants took longer than expected to provide Plaintiffs with proposed redactions concerning the "at-issue" documents identified in the parties' Joint Status Report, thus, the process has not yet been concluded. The parties will continue to meet and confer concerning potential redactions and plan to conclude that process and report back to the Court when it is done.

Dated: September 27, 2019

                                            Respectfully submitted,

                                            GREENBERG TRAURIG, LLP

                                            By:   *s/ Ian S. Marx*
                                                        Philip R. Sellinger

Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email:  SellingerP@gtlaw.com,
MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of September, 2019, a true and accurate copy of the foregoing **SUBMISSION BY THE MARRIOTT DEFENDANTS CONCERNING THE FILING OF RESTRICTED DOCUMENTS** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

Jessica Black Livingston
Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
*Counsel for Defendant*
*Aspen Highlands Condominium Association, Inc.*

*s/ Jaclyn DeMais*
Jaclyn DeMais

3