# EXHIBIT A

# Marx, Ian (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Black Livingston, Jessica <jessica.livingston@hoganlovells.com> |
| **Sent:** | Thursday, August 22, 2019 2:18 PM |
| **To:** | Marx, Ian (Shld-NJ-LT) |
| **Cc:** | Matthew Ferguson (matt@matthewfergusonlaw.com); Michael Schrag (mls@classlawgroup.com); Michael Reiser (michael@reiserlaw.com); Tyler Meade (tyler@meadefirm.com); Sellinger, Philip R. (Shld-NJ-LT); Scavelli, Greg (Para-NJ-LT); Nussbaum, Andrew |
| **Subject:** | Aspen Settlement - Court Approval |
| **Attachments:** | Settlement Agreement - Plaintiffs and Association.zip |

**\*EXTERNAL TO GT\***


Hi Ian,

I'm reaching out regarding the Plaintiffs and the Association's settlement. As you likely saw in our Notice of Settlement (ECF No. 465), part of the Settlement Agreement requires the Plaintiffs and the Association to submit the settlement to the Court for approval under C.R.S. § 13-50.5-105. Accordingly, we will be moving the Court for an order approving that the settlement was reached in good faith. Will Marriott consent to that motion, or does Marriott intend to contest that the settlement meets the requirements under the statute? Attached is a copy of the Settlement Agreement for your review. If you could please let us know Marriott's position by the end of the day tomorrow, 8/23, we would appreciate it.

Thanks,
Jess




**Jessica Black Livingston**
Counsel

**Hogan Lovells US LLP**
1601 Wewatta Street, Suite 900
Denver, CO 80202

| | |
|---|---|
| Tel: | +1 303 899 7300 |
| Direct: | +1 303 454 2433 |
| Fax: | +1 303 899 7333 |
| Email: | jessica.livingston@hoganlovells.com |
| | www.hoganlovells.com |

*Please consider the environment before printing this e-mail.*

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.