# EXHIBIT B

# Marx, Ian (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Marx, Ian (Shld-NJ-LT) |
| **Sent:** | Thursday, August 22, 2019 2:41 PM |
| **To:** | 'Black Livingston, Jessica' |
| **Cc:** | Matthew Ferguson (matt@matthewfergusonlaw.com); Michael Schrag (mls@classlawgroup.com); Michael Reiser (michael@reiserlaw.com); Tyler Meade (tyler@meadefirm.com); Sellinger, Philip R. (Shld-NJ-LT); Scavelli, Greg (Para-NJ-LT); Nussbaum, Andrew |
| **Subject:** | RE: Aspen Settlement - Court Approval |

Jess:

Thanks for your email. We will forward it to and confer with our clients and will endeavor to get back to you as soon as possible concerning our clients' position. However, I am not certain that we will be able to do so by the end of the day tomorrow (although we will try).

Thanks,
Ian

**Ian S. Marx, Esq.**
Shareholder
**Greenberg Traurig, LLP**
500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
T +1 973.360.7951   |   F +1 973.295.1307   |   C +1 917.969.1845
MarxI@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

