# EXHIBIT E

**From:** Cunningham, Lee
**Sent:** Thursday, September 12, 2019 1:21 PM
**To:** Salvatore M. Cutrona, Sr. <salcut@comcast.net>
**Subject:** RE: Aspen Settlement - Court Approval

Sal,

I too hope this email finds you well.

1

I hope you understand that our attorneys in the *RCHFU* case are not objecting at this time to the agreement between Plaintiffs and the AHCA. Rather, they were asked by your lawyers what our position will be on a motion for court approval of the settlement. That is to say, they asked whether we will consent to the motion, meaning that we agree that the agreement between AHCA and the Plaintiffs was reached in good faith, or oppose it, on the basis that the agreement was collusive. Our lawyers merely responded that unless and until they were provided with further information about certain aspects of the settlement, they were not able to take a position either way, although they pointed to provisions in the agreement that could lead one to conclude that there was at least the appearance of collusion.

We appreciate the time and effort that you have expended in an effort to protect the AHCA. We also appreciate your offer to come to Orlando for a meeting in an attempt to move the ball forward. However, at this point, it would be most productive if our lawyers could simply receive the documents and information they requested two weeks ago in their email of August 29 (to which the AHCA's counsel has not responded). It is our hope and expectation that the matter can be swiftly resolved once those documents and that information is fully provided, at which time we can also determine whether a meeting would be necessary or productive.

Regards,

**Lee Cunningham**

Executive Vice President & Chief Operating Officer
Global Vacation Ownership

Marriott Vacations Worldwide Corporation
6649 Westwood Boulevard, Suite 500
Orlando, Florida  32821
Phone: (407) 206-6306
Fax:  (407) 206-6013
Email:  lee.cunningham@mvwc.com

*This communication contains information from Marriott Vacations Worldwide Corporation that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.*