# EXHIBIT F

**From:** Salvatore M. Cutrona, Sr. <salcut@comcast.net>
**Sent:** Thursday, September 12, 2019 3:44 PM
**To:** Cunningham, Lee <lee.cunningham@mvwc.com>
**Cc:** Salvatore Cutrona <salcut@comcast.net>
**Subject:** Re: Aspen Settlement - Court Approval

Lee:

Thanks, Lee for your prompt response.

I have issued the following email to our attorneys and would expect prompt action on it, as we are not talking about a lot of correspondence back and forth. Most all of the terms of the Settlement Agreement, including the drafting of the Declarations for the prior Board members to execute, was done during mediation in Denver, which I was present throughout.

I will keep you posted.

Sincerely,

Sal Cutrona


    Begin forwarded message:

    **From:** "Salvatore M. Cutrona, Sr. " <salcut@comcast.net>
    **Subject: Fwd: Aspen Settlement - Court Approval Dispute with Marriott**
    **Date:** September 12, 2019 at 3:34:34 PM EDT
    **To:** "Black Livingston, Jessica" <jessica.livingston@hoganlovells.com>
    **Cc:** "Bradley A. Levin, Esq." <bal@levinsitcoff.com>, Salvatore Cutrona <salcut@comcast.net>, Joel Alper <satcomjoel1@yahoo.com>, Greg Jacobson <greg@bcleecorp.com>, Robert Sklar <raseyeguy@aol.com>, Bonnie Brunner <bonnie.j.macleod@icloud.com>

    Jess:
    I am in receipt of Mr. Cunningham's response to my email re: the Court's approval of our Settlement Agreement under CO law.
    I suggest that we do what Marriott is asking for at your earliest possible convenience and that is to **provide them what they asked for immediately**.
    More specially, I ask that you, working with Plaintiff's attorneys as necessary, make the following available with copy to me on behalf of AHCA as soon as possible:

    1. All communications between Plaintiffs' counsel and the AHCA's counsel concerning, relating or pertaining to:

        a. the Settlement Agreement and/or
        b. the Declarations.

    2. All drafts of:
        a. the Settlem

2

|  |  |  |
|---|---|---|
|  |  | ent Agreement |
|  | b. | the Declarations. |

All of the above are in your possession and should be made available as soon as possible.

As to the third request, I am not sure under CO law that this is possible under the Court's review of the Agreement. We will look to your direction in this regard, sooner rather than later.

> 3. The Marriott Defendants would reserve the right to seek depositions of the Former Directors concerning the Settlement Agreement and Declarations, following the production of documents.
>
> Given that we will be unable to adequately assess the good faith of the settlement without this information, we cannot advise you of our position at this time and, given the significance of this requested information to the good faith inquiry, we will request it from the Court in the event it is not provided.

Thank you!
All my best!

Salvatore M. Cutrona, Sr.
salcut@comcast.net
Mobile: 917-543-8529
Office: 610-796-8855


All my best!

Salvatore M. Cutrona, Sr.
salcut@comcast.net
Mobile: 917-543-8529
Office: 610-796-8855

3