# EXHIBIT G

# Marx, Ian (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Black Livingston, Jessica <jessica.livingston@hoganlovells.com> |
| **Sent:** | Saturday, September 21, 2019 2:21 PM |
| **To:** | Marx, Ian (Shld-NJ-LT) |
| **Cc:** | mls@classlawgroup.com; michael@reiserlaw.com; tyler@meadefirm.com; Sellinger, Philip R. (Shld-NJ-LT); Scavelli, Greg (Para-NJ-LT); Nussbaum, Andrew; matt@matthewfergusonlaw.com; 'bal@levinsitcoff.com' (bal@levinsitcoff.com) |
| **Subject:** | RE: Aspen Settlement - Court Approval |

Hi Ian,

I write to follow up on the two phone conversations you had (one with Brad and one with me) regarding the below. As we mentioned in both calls, Plaintiffs and the Association do not believe that the Marriott Defendants are entitled to the production of the confidential settlement communications and drafts that you request in your email below. After further internal conferral, we have not identified any documents that we agree the Marriott Defendants are entitled to review through this process.

As we noted during our phone calls, there was no collusion between the Plaintiffs and the AHCA during the settlement negotiations or in connection with the finalization of and ultimate agreement to the terms of the Settlement Agreement. We therefore continue to believe that the Marriott Defendants have no basis to oppose or to contest that the settlement was entered into in good faith.

We intend to move the court for a determination of good faith on Monday, September 23, 2019. Unless we hear from you otherwise by 3:00pm MT on Monday the 23rd, we will report regarding our conferral that the Marriott Defendants are unable to advise on their position, and we will include your statement below that you request the documents and information you list in your email.

Jess