# EXHIBIT H

## Marx, Ian (Shld-NJ-LT)

| | |
|---|---|
| **From:** | Marx, Ian (Shld-NJ-LT) |
| **Sent:** | Monday, September 23, 2019 4:56 PM |
| **To:** | Black Livingston, Jessica |
| **Cc:** | mls@classlawgroup.com; michael@reiserlaw.com; tyler@meadefirm.com; Sellinger, Philip R. (Shld-NJ-LT); Scavelli, Greg (Para-NJ-LT); Nussbaum, Andrew; matt@matthewfergusonlaw.com; 'bal@levinsitcoff.com' (bal@levinsitcoff.com) |
| **Subject:** | Re: Aspen Settlement - Court Approval |

Jessica:

We are disappointed that you have decided to withhold from us the limited discovery (documents and information) we requested that you provide in order to enable us to assess whether your settlement was the result of good faith. Given your position, we ask that you advise the Court as follows in the statement of conferral that will accompany your motion.

\*\*\*

The Marriott Defendants do not agree to the relief sought in the motion. The settlement required certain of the AHCA's Former Directors to sign and deliver certain Declarations, and to appear at trial and provide testimony consistent with those Declarations, which are inconsistent with the Former Directors' deposition testimony. The Marriott Defendants believe that the procurement of this questionable and inconsistent testimony in exchange for the release of claims against the AHCA creates the appearance of collusion, to the detriment of the Marriott Defendants. The Marriott Defendants requested a limited scope of documents and information concerning the settlement, to ascertain whether it was the product of collusion and it is being withheld. Thus, the Marriott Defendants: (a) cannot agree to the relief sought; and (b) will be cross-moving to adjourn the motion for a determination of good faith and to request that the AHCA and Plaintiffs provide the Marriott Defendants with: (1) All communications between Plaintiffs' counsel and the AHCA's counsel concerning, relating or pertaining to: (a) the Settlement Agreement and/or (b) the Declarations; and (2) All drafts of: (a) the Settlement Agreement; and (b) the Declarations.

\*\*\*

We are available to discuss.

Thanks,

Ian

**Ian S. Marx, Esq.**
Shareholder
Greenberg Traurig, LLP | 500 Campus Drive, Suite 400 | Florham Park, NJ 07932-0677
Tel 973.360.7951 | Fax 973.295.1307 | Cell 917.969.1845
MarxI@gtlaw.com | www.gtlaw.com

1