# EXHIBIT J

| | |
|---|---|
| **From:** | Randy Mercer <randal.mercer@creconsultants.com> |
| **Sent:** | Friday, December 6, 2013 5:35 AM |
| **To:** | Robert Harris <Robert.Harris@rehmann.com> |
| **Cc:** | Tyler Oliver <tsoliver@henzlikoliver.com>; Joel Alper <SATCOMJOEL1@YAHOO.COM>; Phillip Schneider <pjschn2351@aol.com> |
| **Subject:** | RE: 2013-12-06 Member Memo about new Affiliation Program |

Pretty close.

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer



This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

**From:** Robert Harris [mailto:Robert.Harris@rehmann.com]
**Sent:** Friday, December 06, 2013 7:56 AM
**To:** Randy Mercer
**Cc:** Tyler Oliver; Joel Alper; Phillip Schneider
**Subject:** Re: 2013-12-06 Member Memo about new Affiliation Program

Randy the way I understood it was it is a points program it's not necessarily a week for week exchange. If I give up a summer week I would receive x points to be used at any number of the Marriott Vacation Resorts and certain other properties whenever I wish or also bank them for future use. I could use them for any number of nights. Like wise any number of Marriott people could use my given up week for 1 night or 7. I agree it is no different usage of our club than if I turn my week over for rental and it is rented to 7 different people durning the week.

Robert R. Harris CPA/CFF CGMA
AICPA Chairman 2009-2010

Sent from my iPad
rharris@aicpa.org
Robert.harris@cpa.com
Robert R. Harris, CPA/CFF CGMA
Principal


Rehmann Robson
5070 N A1A, Suite 250
Vero Beach, FL  32963
Phone: (772) 234-8484
Fax: (772) 234-8488
Email: Robert.Harris@Rehmann.com



DEPOSITION EXHIBIT 1001 Harris SB 8-2-19

AHCA00018366

PLEASE NOTE MY NEW EMAIL ADDRESS Robert.Harris@rehmann.com

Want More? We've got it.  Explore The Rehmann Experience at the all new Rehmann.com

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION:

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing, or recommending of any entity, investment plan, or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

_____

This e-mail and any attachments are intended for the sole use of the addressee listed. It may contain confidential, proprietary and/or legally privileged information. If you are not the intended recipient please notify the sender by return e-mail or call our corporate Information Technology Division at (989) 799-9580 and delete the e-mail. Unauthorized use, dissemination, distribution or copying of this e-mail or attachments, in whole or in part is strictly prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this e-mail are subject to the terms and conditions included in specific engagement letters or contracts. Please note that e-mails are susceptible to change and we shall not be responsible or liable for the proper and complete transmission of the information contained in this e-mail, any delay in its receipt or damage to your systems. We do not guarantee that the integrity of this e-mail has been maintained or that this e-mail is free of viruses, interception or interference.

On Dec 6, 2013, at 5:34 AM, "Randy Mercer" <randal.mercer@creconsultants.com> wrote:

> Will do.
>
> Regards,
>
> Randal L. Mercer | Founding Partner
> CRE Consultants | Brokerage Services
> 12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
> T 239 481 3800 | F 239 482 3228
> randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer
>
> 
>
> This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.
>
> On Dec 6, 2013, at 7:33 AM, "Tyler Oliver" <tsoliver@henzlikoliver.com> wrote:
>
>> Great letter and thanks for your efforts.  One suggestion would be to drop the last bullet regarding stabilizing values.  Not sure we should make that speculation.  I'm good either way.
>>
>> Tyler S. Oliver

AHCA00018367

Henzlik-Oliver
13356 Metcalf
Overland Park, KS 66213
913-438-9900
Tsoliver@henzlikoliver.com
www.henzlikoliver.com

On Dec 6, 2013, at 6:01 AM, "Randy Mercer" <randal.mercer@creconsultants.com> wrote:

> Here it is. Comments if any? The purpose it to state our thoughts in one page or less.
>
> <2013-12-06 Member Memo about new Affiliation Program.doc>

AHCA00018368