# EXHIBIT K

| | |
|---|---|
| From: | Tyler Oliver <tsoliver@henzlikoliver.com> |
| Sent: | Saturday, April 5, 2014 9:38 PM |
| To: | Randy Mercer <randal.mercer@creconsultants.com> |
| Subject: | Re: RCC-Aspen Highlands - MOU |

I like simple

Tyler S. Oliver
Henzlik-Oliver
13356 Metcalf
Overland Park, KS. 66213
913-438-9900 (O)
913-706-4745 (C)


On Apr 5, 2014, at 9:23 PM, "Randy Mercer" <randal.mercer@creconsultants.com> wrote:

We are not sure. Probably going back and that our plain English clause must be used. Its perfect so why not.
Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966
T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.


----- Original Message -----
From: Tyler Oliver [mailto:tsoliver@henzlikoliver.com]
Sent: Saturday, April 05, 2014 10:08 PM
To: Randy Mercer; 'robert.Harris@Rehmann.com' <robert.Harris@Rehmann.com>
Subject: RE: RCC-Aspen Highlands - MOU

I think that covers it. Shall we push one more time on our ability to terminate?



Tyler S. Oliver
13356 Metcalf
Overland Park, KS 66213
913-706-4745

-----Original Message-----
From: Randy Mercer [mailto:randal.mercer@creconsultants.com]
Sent: Saturday, April 05, 2014 9:03 PM
To: 'robert.Harris@Rehmann.com'; Tyler Oliver
Subject: Fw: RCC-Aspen Highlands - MOU



DEPOSITION EXHIBIT
1004 Harris
SB 8-2-19

AHCA00009175

Randal L. Mercer | Founding Partner
CRE Consultants | Brokerage Services
12140 Carissa Commerce Court, Suite 102, Fort Myers, FL 33966 T 239 481 3800 | F 239 482 3228
randal.mercer@creconsultants.com | www.creconsultants.com/go/randalmercer

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

----- Original Message -----
From: Sobeck, Stephanie [mailto:Stephanie.Sobeck@ritzcarltonclub.com]
Sent: Saturday, April 05, 2014 09:39 PM
To: Marino, Michael <MMarino@seyfarth.com>
Cc: Egolf, Barbara <Barbara.Egolf@mvwc.com>; Randy Mercer
Subject: Re: RCC-Aspen Highlands - MOU

We have no intention of a unilateral change. If we remove "currently" AND remove "weeks of" we are fine. MVC members have the opportunity to use less than a full week although only in the reserved allocation as stated below. Hope this works for you!

"Access by MVCD Members to Ritz-Carlton Club, Aspen Highlands Condominium through the Lion and Crown Exchange Program is limited to reserved allocated time exchanged by Association Members."

> On Apr 5, 2014, at 4:40 PM, "Marino, Michael" <MMarino@seyfarth.com> wrote:
>
> Board reviewed.
> We are still concerned regarding the use of "current"? We cannot accept the potential for unilateral change. If there is to be a change, we need a new Agreement at that time. Why does it need to be inserted?

> Termination is a corollary to the same concern.
>
> Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
> From: Sobeck, Stephanie
> Sent: Saturday, 5 April 2014 14:00
> To: Marino, Michael
> Cc: Egolf, Barbara; Randy Mercer
> Subject: RE: RCC-Aspen Highlands - MOU
>
>
> Mike,
> We are comfortable with the verbiage that you proposed (as we discussed on the call) with the addition of the word "currently" in front of "limited" as is stated below.

>
> "Access by MVCD Members to Ritz-Carlton Club, Aspen Highlands Condominium through the Lion and Crown Exchange Program is currently limited to weeks of reserved allocated time exchanged by Association Members."

>
> As far as the termination provision, this is a new concept that was not included in any prior drafts or discussed and therefore has not been vetted. We need to review the current documents to make sure it is a viable concept within the current affiliation construct. Is it the Board desire to be able to potentially remove this exchange option from Members in the future? Please note that by the nature of the exchange offering, expectations would be set for RCC Members and MVC Owners and reservations would be made 13+ months in advance and planning may occur even further in advance. While I understand your concerns about having the ability to terminate the agreement, Members have the ability to terminate their individual Lion & Crown agreements at any time. Unfortunately, if this is a required addition we will not be able to finalize the agreement this weekend. We would like to be able to bring this to close, as we know the Board desires as well, therefore I would suggest a call early in the week to discuss this if necessary.

>
> Thank you,
> Stephanie
>
> Stephanie E. Sobeck
> Vice President, Asset Management
> The Ritz-Carlton Destination Club
> 6649 Westwood Blvd. Suite 500
> Orlando, FL 32821
> Phone: (407)206-6017, Fax: (407)206-6013, Cellular: (407)341-2651
> stephanie.sobeck@ritzcarltonclub.com
>
> This communication contains information from The Ritz-Carlton Development Company that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

>
>
>
> _____
> Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

> (The foregoing legend has been affixed pursuant to U.S. Treasury
> Regulations governing tax practice.)
>
> The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

> _____
>
> -----Original Message-----
> From: Egolf, Barbara
> Sent: Saturday, April 05, 2014 2:17 PM
> To: Sobeck, Stephanie
> Cc: Wetmore, Trisha
> Subject: Fw: RCC-Aspen Highlands - MOU
>
> The change doesn't make a lot of sense technically, but put the word "currently" in front of the word "limited" and we could live with it.

>
> ----- Original Message -----
> From: Marino, Michael [mailto:MMarino@seyfarth.com]
> Sent: Saturday, April 05, 2014 09:34 AM
> To: Egolf, Barbara
> Cc: Marino, Michael <MMarino@seyfarth.com>
> Subject: Re: RCC-Aspen Highlands - MOU
>
> Barbara
> We would like the following first sentence in 7 C:
>
> Access by MVCD Members to Ritz. Carlton Aspen Highlands Condominium through the Lion and Crown Exchange Program is limited to weeks of reserved allocated time exchanged by Association Members.

> ......
> Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
> From: Egolf, Barbara
> Sent: Friday, 4 April 2014 13:32
> To: Marino, Michael
> Cc: Sobeck, Stephanie; Trisha.Wetmore@vacationclub.com
> Subject: RCC-Aspen Highlands - MOU
>
>
> Mike,
>
> I received your voicemail from this afternoon requesting a clarification to Section 7(c) of the Memorandum of Understanding. Based on your voicemail, attached is a revised draft of the Memorandum of Understanding that incorporates the clarification you requested in Section 7(c), as well as a few clean-up changes and further clarification of the arbitration provision based on the model clause recommended by AAA. For your convenience, I have also attached a redline which compares the version I sent to you yesterday against the attached revised version. Please let me know if you have any questions. Thanks.

>
> Barbara
>
> Barbara Egolf
> Vice President & Assistant General Counsel Marriott Vacations
> Worldwide Corporation
> 6649 Westwood Boulevard, Suite 300, Orlando, FL 32821-6090 Tel
> +1-407-206-6408 - Fax +1-407-206-6420 -
> barbara.egolf@mvwc.com<mailto:barbara.egolf@mvwc.com>
>
> NOTICE – This Marriott Vacations Worldwide Law Department communication may be confidential or privileged. Unauthorized copying, distribution, disclosure or use is prohibited. If sent to you in error, please advise me and then delete. Not intended to be an electronic signature under applicable law.

>
>
>
> _____
> Any tax information or written tax advice contained herein (including any attachments) is not intended to be and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

> (The foregoing legend has been affixed pursuant to U.S. Treasury
> Regulations governing tax practice.)
>
> The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

> _____

AHCA00009178