# EXHIBIT 1





# James M. Lyons

**Partner**
P 303.628.9546 / F 303.623.9222
jlyons@lrrc.com

**Denver** / 1200 Seventeenth Street, Suite 3000, Denver, CO 80202

---

"Retains his reputation as a go-to lawyer for a range of issues including insurance disputes, IP litigation and securities litigation. He is also noted for his arbitration practice and has handled a range of disputes including international commercial matters." - **Chambers USA**

Jim Lyons focuses his practice on complex business litigation mediation and arbitration of all types, including corporate, securities, and insurance law. He has more than 40 years of courtroom and jury trial experience in state and federal courts. Jim also has extensive government relations, and international trade and diplomatic experience from his work in Ireland and the United Kingdom as Special Advisor to the President, and Secretary of State for Economic Initiatives in Northern Ireland and the border counties of the Republic of Ireland.

## Distinctions

University of Ulster, Belfast, Northern Ireland - Honorary Doctorate of Law (LL.D.) - "In recognition of his service to peace & the people of Northern Ireland", 2002

The Best Lawyers in America - "Bet-the-Company Litigator of the Year" for Denver - Arbitration, Bet-the-Company Litigation, Commercial Litigation, Criminal Defense–White Collar, and Mediation, 2010, 2016-2017

St. Thomas More Award - Catholic Lawyers Guild of Colorado - Northern Ireland peace process, 1998

Learned Hand National Award - American Jewish Committee, 1998

Law Week Colorado - "Best Arbitrator", 2011 "Lawyer of the Decade", 2010-2011

Corporate INTL Magazine - "Alternative Dispute Resolution Attorney of the Year" in Colorado, 2014

Colorado Super Lawyers Cover - Featured cover story - "The Gold Standard - How Jim Lyons

### Bar Admissions
Colorado, 1971

### Court Admissions
Colorado Court of Appeals

Colorado Supreme Court

U.S. Court of Appeals, Federal Circuit

U.S. Court of Appeals, Seventh Circuit

U.S. Court of Appeals, Tenth Circuit

U.S. Court of Federal Claims

U.S. District Court, Colorado

U.S. Supreme Court

### Related Services
Alternative Dispute Resolution

Complex Litigation

Corporate Governance

International Trade & Investment

### Education
J.D., DePaul University College of Law, 1971

B.A., College of the Holy Cross, 1968



Helped Bring Peace to Northern Ireland.", 2007

Colorado Super Lawyers - Top Ten, 2006-2008, 2016; Top Vote Getter, 2012, 2006-2017

Chambers USA Annual Client's Guide to Business Lawyers - 2013 Top Band - Commercial Litigation, 2013-2016

Benchmark Litigation - "Local Litigation Star" in Colorado, 2016-2018

Archbishop Charles J. Chaput (Inaugural) Leadership Award, 2010

DePaul University College of Law - Outstanding Alumnus, 2011

## Representative Matters

## Arbitration and ADR Experience

In the past five years, Mr. Lyons has served as a sole arbitrator or arbitration panel chair or member in 35 major arbitrations, including international commercial disputes. These have included disputes over intellectual property, royalties, commissions, mergers, acquisitions, and distributions, as well as insurance coverages, shareholder rights and claims from real estate development interests. Mr. Lyons also has served as a court-appointed mediator and has been selected by the AAA and by counsel for private litigants in numerous cases facing imminent trial.

## Recent Litigation Experience

Recent clients include The Anschutz Corporation, the City and County of Denver, Fitzsimons Redevelopment Authority, HealthOne, Rocky Mountain Health Care (Blue Cross and Blue Shield of Colorado and New Mexico), STET, Qwest Communications, Tracinda Corporation.

- Lead trial counsel for a major Colorado school district in defense of statutory and constitutional challenges to its school voucher program. After an adverse 4-3 decision by the Colorado Supreme Court, the case was successfully appealed by the school district to the United States Supreme Court which granted certiorari, vacated the judgment of the Colorado Supreme Court and remanded the matter for further consideration in light of Trinity Lutheran. After a change in the composition of the elected school board, the case was then dismissed as moot.
- Served as independent counsel and lead litigation counsel to independent members of the Board of Directors of Qwest Communications in civil and regulatory matters and for the merger Qwest/Century Link.
- Served as independent counsel to the Board of Trustees of Colorado State University and as Acting General Counsel to Colorado State University.
- Lead counsel for the City and County of Denver in federal court litigation brought by the ACLU and organizations claiming infringement of First Amendment rights for parade routes, permits and public demonstration areas for the 2008 Democratic National Convention. Case was tried to judgment in favor of the City on all issues.
- Lead trial counsel for the principal defendant in one of the largest CERCLA/Superfund cases in the United States, *United States and State of Colorado v. Friedland et al.,* Civil Action No.



- 96-N-1213, United States District Court for the District of Colorado (Summitville Mine, Del Norte, Colorado). Case was favorably settled with the U.S. and Colorado state governments.
- Lead defense counsel for the City and County of Denver in multiple securities class actions involving the public issuance of more than $3 billion of Denver International Airport bonds (case dismissed).
- Representation, advice and strategic counseling to boards of directors, independent directors, and board committees of public companies in connection with securities litigation, class actions, and regulatory and compliance investigations. Also representation of hospital boards and non-profit health care insurance entities in connection with asset sales, conversion to for-profit status, and formation of foundations to receive proceeds. Related representations include matters involving D&O liability and D&O insurance carriers.
- Pro Bono co-lead counsel for a group of Colorado state prisoners with untreated hepatitis C. Federal court settlement resulted in a state of the art treatment protocol.

## Memberships & Affiliations

American College of Trial Lawyers, Fellow; Colorado State Chair, 2004-2006

International Academy of Trial Lawyers, Fellow

Litigation Counsel of America, Fellow

Ireland's Honorary Consul/Denver, 2009-present

Denver Metro Chamber of Commerce, Board of Directors, 2011-2012

Institute for the Advancement of the American Legal System IAALS University of Denver, Advisory Board

Colorado Denver and Illinois Bar Associations, Member

Member of the AAA and ICDR Roster of Neutrals, Panel of Arbitrators, and Panel of Mediators

Doyle's Inn Chapter of the American Inns of Court, Master Barrister

Board of Trustees, Regis University, 1999-2008; 2012-Present

Advisory Board, Institute for the Advancement of the American Legal System

Advisory Board, Center for Dependency Addiction and Recovery

## Presentations

Mr. Lyons is a frequent lecturer on the Northern Ireland peace process.

## Publications

- Co-Author, "A Call For Additional Federal Judges," *The Docket*, January 2016
- Author, "Peace Meets the Streets: On the Ground in Northern Ireland," (2014) [Amazon]
- "The Gold Standard, How Jim Lyons Helped Bring Peace To Ireland," *Colorado Super Lawyers*, 04/01/2007

