# EXHIBIT 2

1       A.    Yes, sir, I believe.

2       Q.    Let me show you an exhibit -- will you

3  mark this as the next exhibit?  It's Bates labeled

4  AHCA 25538.

5             (Whereupon, Deposition Exhibit 3103 was

6  marked for identification.)

7       Q.    This is an e-mail from Harris, to Oliver,

8  with a copy to you.  And it's now in January of

9  2016, a couple days after the case was actually

10 filed.  It's talking about the case.

11            It says it sounds ill-founded.  I want to

12 focus on that.  It says "If they had gotten our

13 agreement, they would see it's one-to-one.  Not sure

14 how they could prevail."

15            As you sit here today -- and I know you

16 testified at the deposition back in October 2017 --

17 as you sit here today, have you since learned

18 Marriott Vacation Club people can come in for less

19 than one week?

20      A.    No, sir.

21      Q.    As you sit here today, you're not aware

22 that if you put a -- or if one of your compatriots -

23 - I know you didn't join up for it -- if someone

24 here is signed up in the affiliation program, and

25 they put a week in, do you know, as you sit here

```
 1  today, that Marriott Vacation Club people can come

 2  in for that week, say two days, three days, and two

 3  days, different people?

 4          A.   As can I in my allocated time.

 5          Q.   I'm talking --

 6          A.   So help me out.

 7          Q.   Okay.  I'm sorry.  When Mr. Smith puts his

 8  week in of allocated time, that a Marriott Club

 9  person can come -- it's now in their inventory --

10  are you aware, as you sit here today, that that one

11  week can be used by three or four different people?

12          A.   No, sir.

13               MR. MARX:  Object to the form of the

14  question.

15               MR. SHEA:  So you said that one week can

16  be used by three or four different people.  You mean

17  that one week could be fractionally split up?

18               MR. FERGUSON:  Yes.

19               MR. SHEA:  And not reused?

20               MR. FERGUSON:  That's right.

21  BY MR. FERGUSON:

22          Q.    So week -- there's a week of inventory

23  that Mr. Smith, one of your fellow owners has.

24  Marriott Vacation Club now has that one week of

25  inventory.
```



```
 1            Are you aware that Marriott Vacation Club
 2   -- Jones can use it for two days over the weekend,
 3   Mr. Black can come in on Monday and use it for three
 4   days and move out, and another person can move in
 5   for the next weekend?
 6        A.   No, sir, and that was never the intent.
 7        Q.   I'll show you exhibit -- can you mark that
 8   as the next exhibit?
 9             (Whereupon, Deposition Exhibit 3104 was
10   marked for identification.)
11        Q.   This is an e-mail chain into 2017.  It's
12   something from Greg Jacobson, who we all know and
13   love, to the AHCA board.
14             And you said -- or the board -- yeah, you
15   said, on page one, April 5th, 2017, "Here is the
16   exact language from the document which we negotiated
17   with MVW.  This was an unbending negotiating point
18   for me as I did not want Marriott members coming
19   into the club unless a member voluntarily gave up a
20   week."
21             And then it talks about, at the top -- Mr.
22   Harris weighed in and said "I think that both
23   Marriott and Dan and Jessica did a great job showing
24   that the Fifth Amended Complaint was poorly done,
25   and how they individually had no fiduciary rights
```