# EXHIBIT 3

**From:** Sobeck, Stephanie <Stephanie.Sobeck@ritzcarltonclub.com>
**Sent:** Friday, December 6, 2013 1:14 PM
**To:** Randy Mercer <randal.mercer@creconsultants.com>
**Cc:** Dinda, Dee <dee.dinda@ritzcarltonclub.com>
**Subject:** Minor Edits - are you ok with them?

Randy,
Just a couple small changes in red below. Are you ok with these?
Stephanie

ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, INC.
Tourist Accommodation Directors representing the Ritz-Carlton Club Members
75 Prospector Road, Aspen, Colorado  81611
E-mail:    AHCABOARD.COM

| | |
|---|---|
| **PRESIDENT:** | **Randy Mercer** |
| **VICE PRESIDENT:** | **Phillip Schneider** |
| **TREASURER:** | **Robert Harris** |
| **SECRETARY:** | Tyler Oliver |

**COMMERCIAL DIRECTOR:**        **Joel Alper**
\* Aspen Highlands Condominium Association Director who is a Ritz-Carlton Club Member

December 6, 2013

Dear Aspen Highland Member,

You recently received a Member Survey and "Frequently Asked Questions" (FAQ) regarding affiliation with Marriott Vacation Club Destination Exchange Program. Your Tourist Accommodation Board of Directors would like you to know our thoughts.

- We are in favor of voluntary, affiliation programs which offer Members more destinations.

- We view this voluntary, affiliation program as a positive addition to The Ritz-Carlton Destination Club platform and believe it should be viewed as a no cost benefit, as is the Exclusive Resorts program.

- We are in favor of affiliation programs that are voluntary not mandatory. This specific offering is voluntary, as is the Exclusive Resorts Exchange program. **There is continued work to add additional luxury affiliation partners in the future as well.**

- We are in favor of voluntary, affiliation programs that can be used by our Members and if suited to their needs, continue on an annual basis. If a Member is happy with the program, they can participate again. If not, the Member can opt out.

- We are in favor of this offering because it will cause no additional burden on Member availability and ongoing operations of our property.

    1. A current Member gives up their allocated week in April, as an example, and a Marriott Member comes to Aspen Highlands on that specific week only. There will be no impact


EXHIBIT 1537
US D.Colo. 1:16-cv-01301

AHCA00012873

1537-0001

on your availability.

2. It is a specific week exchange. It's is no different from you as a Member renting or giving your allocated week to a friend, colleague or family member.

- We view this voluntary, affiliation program as a benefit to our Members. Many Members want additional optional destinations to visit, and this accomplishes that objective. It is a pure week swap that would allow members to use a week of their time in many different ways than they can today, and no complicated formulas to calculate.

Stephanie E. Sobeck
Vice President, Asset Management
The Ritz-Carlton Destination Club
6649 Westwood Blvd. Suite 500
Orlando, FL 32821
Phone: (407)206-6017, Fax: (407)206-6013, Cellular: (407)341-2651
stephanie.sobeck@ritzcarltonclub.com

This communication contains information from The Ritz-Carlton Development Company that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

AHCA00012874

1537-0002