# EXHIBIT 4

CONFIDENTIAL

| | |
|---|---|
| From: | Sobeck, Stephanie |
| Sent: | Monday, November 17, 2014 03:02:04 PM |
| To: | Hayward, Richard |
| Cc: | Jackson-Rauso, Stacey |
| Subject: | Re: San Fran Survey Vote Update |

Decision to affiliate? The Boards.

On Nov 17, 2014, at 2:46 PM, "Hayward, Richard" <Richard.Hayward@vacationclub.com> wrote:

Is the ultimate decision the boards or management company?

Rich

---

**From:** Sobeck, Stephanie
**Sent:** Monday, November 17, 2014 9:33 AM
**To:** Jackson-Rauso, Stacey; Hayward, Richard
**Subject:** FW: San Fran Survey Vote Update


Stephanie E. Sobeck
Vice President, Asset Management
6649 Westwood Blvd. Suite 500
Orlando, FL 32821
Phone: (407)206-6017, Fax: (407)206-6013, Cellular: (407)341-2651
stephanie.sobeck@ritzcarltonclub.com

This communication contains information from The Ritz-Carlton Development Company that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Rivas, Edson [mailto:erivas@morrowco.com]
**Sent:** Monday, November 17, 2014 12:25 PM
**To:** Mooney, Dee; Sobeck, Stephanie
**Cc:** Bozzuto, Jon; Verrechia, Nicole
**Subject:** San Fran Survey Vote Update

Good Afternoon,

Today our total count is: 10 votes FOR the Survey and 7 votes AGAINST the Survey.

Thank you,

Edson

EXHIBIT 2213
5/15/18

Exhibit 2213 - Page 1

SF

RCDC015683