# EXHIBIT 5

```
 1   RCHFU, LLC, et al.,
 2        Plaintiffs,           United States District Court
                                District of Colorado
 3   v.                         No.  1:16-cv-01301 PAB-GPG
 4   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 5
          Defendants,
 6   _____/
     REISER, et al.,
 7
          Plaintiffs,            Eastern District of California
 8   v.                          No. 2:16-cv-00237-MCE-CKD
 9   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al,
10
          Defendants,
11   _____/
     PETRICK, et al.,
12
          Plaintiffs,
13                               San Francisco County
     vs.                         No. CGC-15-54897
14
     MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16        Defendants.
     _____/
17
18        VIDEOTAPED DEPOSITION OF STEPHANIE SOBECK
19                    May 15, 2018
20              Tuesday, 9:25 a.m.-4:52 p.m.
21
22
23
24   Job No. 2911163
25   Pages 1 - 275
```

Page 1

```
 1        Q.  Is it a binding contract between Marriott
 2   Vacation Worldwide, or anybody, and the HOA?
 3            MR. SELLINGER:  Objection to form.
 4        A.  No.  I didn't know.  It was really -- the
 5   purpose of it was, they wanted to kind of memorialize
 6   the discussions and what we were offering.
 7   BY MR. FERGUSON:
 8        Q.  But the actual document that effectuated the
 9   ability of Aspen Highlands folks to voluntarily
10   participate in the Vacation opportunities you were
11   offering, that was going to be the acknowledgement and
12   joinder?
13        A.  Well, the affiliation was the Lion & Crown
14   affiliation, and then the members being able to
15   participate was the acknowledgement by the board.
16   Correct.
17        Q.  So the MOU didn't do anything like that?
18        A.  No.
19        Q.  It was a document they requested and you
20   agreed to and negotiated or discussed over the next
21   few weeks?
22        A.  Yes.
23        Q.  You said, "Nice.  Good setup," at the top of
24   page 1 of Exhibit 1364.  It says, "Remember, we are
25   the crown jewel in the platform from a cooperation
```

Page 107