**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, a Colorado limited liability company, *et al.*,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, *et al.*,

Defendants.

**ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S AND PLAINTIFFS' JOINT NOTICE TO THE COURT THAT THERE WILL BE NO APPEALS OF MAGISTRATE'S ORDER OR RECOMMENDATION REGARDING GOOD-FAITH DETERMINATION OF SETTLEMENT AND REQUEST FOR ORDER GRANTING THE MAGISTRATE'S RECOMMENDATION**

Plaintiffs and Defendant Aspen Highlands Condominium Association ("AHCA") respectfully submit this notice to the court that the Marriott Defendants have advised that there will be no appeal of Magistrate Judge Gordon P. Gallagher's "Recommendation regarding Aspen Highlands' and Plaintiffs' Joint Motion for Good-Faith Determination of Settlement" entered on October 21, 2019 ("Settlement Recommendation"). (Dkt. No. 553). ACHA and Plaintiffs also request that the Settlement Recommendation be made an order of the Court.

**RELEVANT PROCEDURAL HISTORY AND NOTICE OF NO APPEALS OF SETTLEMENT RECOMMENDATION**

On September 23, 2019, ACHA and Plaintiffs jointly moved for an order determining that Settlement Agreement and Mutual Release of Claims[1] reached between them was in good faith under Colo.Rev. Stat. § 13-50.5-105. (Dkt. No. 535.) On October 8, 2019, the Marriott

---
[1] Dkt 535, pp. 20-265, Exhibit "2" to Joint Motion.

1

Defendants, the only other parties in the lawsuit, filed a response to the settling parties' joint motion for the good-faith determination and cross moved seeking an order allowing certain discovery concerning the settlement process and agreement. On October 11, 2019, ACHA and Plaintiffs jointly replied in further support of the Joint Motion and opposed the cross- motion. (Dkt. No. 546).

On October 21, 2019, Judge Gallagher entered an "Order Regarding Marriott's Cross-Motion to Compel Discovery" denying Marriott's cross-motion. (Dkt. No. 550). Also, on October 21, 2019, Judge Gallagher issued his "Recommendation Regarding Aspen Highlands' and Plaintiffs' Joint Motion for Good-Faith Determination of Settlement". (Dkt. No. 553). Judge Gallagher wrote that he "carefully examined all the documents involved in this matter and the settlement agreement." Settlement Recommendation, p. 5. Judge Gallagher further found that "[t]he Court finds that the settlement agreement is in good faith" *id.*; and then "respectfully RECOMMENDED  that the motion for good faith determination of settlement be GRANTED". *Id.* (capitalization in original).

Subsequently, Plaintiffs' counsel conferred in good faith with the Marriott Defendants' counsel to determine whether the Marriott Defendants intended to appeal either Judge Gallagher's order denying the cross-motion for discovery or the Settlement Recommendation. Plaintiffs' counsel explained that the settlement approval process had taken more time than anticipated and that there were timing and administrative issues related to, among other things, delivering settlement funds to over 200 sets of plaintiffs. The Marriott Defendants' counsel kindly agreed to expedite their determination of whether there would be any appeal(s) and sent an email on October 28, 2019, confirming as follows: "This is to advise you that our clients will

not be filing objections to the Orders filed by Judge Gallagher on October 21 and 22." Plaintiffs' counsel thanked Marriott's counsel for their courtesy. As there will be no appeal, ACHA and Plaintiffs respectfully request Judge Gallagher's Settlement Recommendation be approved and be made an order of the Court.

## CONCLUSION AND REQUEST

For the above reasons and those set forth in Judge Gallagher's Settlement Recommendation, Plaintiffs and the AHCA respectfully request that the Court grant their joint motion for a determination that their Settlement Agreement was obtained in good faith pursuant to Colo. Rev. Stat. § 13-50.5-105.

Respectfully submitted this 31st day of October, 2019.

| | |
|---|---|
| */s/    Jessica Black Livingston* | */s/        Matthew C. Ferguson* |
| Jessica Black Livingston | Matthew C. Ferguson |
| HOGAN LOVELLS US LLP | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| 1601 Wewatta Street, Suite 900 | 119 South Spring, Suite 201 |
| Denver, Colorado 80202 | Aspen, Colorado 81611 |
| Telephone: (303) 899-7300 | Telephone: (970) 925-6288 |
| FAX: (303) 899-7333 | Fax: (970) 925-2273 |
| E-mail:jessica.livingston@hoganlovells.com | E-mail: matt@matthewfergusonlaw.com |
| *Attorneys for Defendant AHCA* | *Attorneys for Plaintiffs* |

3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 31st day of October, 2019, a true and accurate copy of the foregoing **ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION'S AND PLAINTIFFS'JOINT NOTICE TO THE COURT THAT THERE WILL BE NO APPEALS OF MAGISTRATE'S ORDER AND RECOMMENDATION REGARDING GOOD FAITH DETERMINATION OF SETTLEMENT AND REQUEST FOR ORDER GRANTING THE MAGISTRATE'S RECOMMENDATION** was filed and served via CM/ECF filing system upon following:

Michael J. Reiser, Esq.
Law Office of Michael J. Reiser
1475 N. Broadway, Suite 300
Walnut Creek, California 94596

Michael L. Schrag, Esq.
Linda Lam, Esq.
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Tyler R. Meade, Esq.
The Meade Firm P.C.
1816 Fifth Street
Berkeley, California 94710

Naomi G. Beer, Esq.
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
Todd Schleifstein
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                                              */s/  Lucie Riviere*
                                              Lucie Rivere

4818-7045-9307, v. 1