# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

### FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION ("AHCA") WITH PREJUDICE
_____

Plaintiffs, RCHFU, LLC *et al.*, and Defendant Aspen Highlands Condominium Association ("AHCA") have reached an agreement to settle the above-captioned matter as to all claims against AHCA only.

Therefore, Plaintiffs and Defendants, by and through their respective counsel and pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiffs' claims against AHCA, with each party to bear his/its own costs and fees.

By signing this stipulation of dismissal, (a) the Marriott Defendants do not waive but preserve their right at trial to seek, pursuant to C.R.S. § 13-50.5-105, a reduction of their liability to Plaintiffs, if any, through apportionment by the percentage of harm, if any, that is determined by the trier of fact to have been caused by AHCA, as the settling Defendant, if any; and (b) Plaintiffs do not waive and preserve the right to contest any such effort by the Marriott

Defendants to obtain a reduction by apportionment, to the applicability of apportionment as may be argued in law and/or under the facts, and to any such reduction.

Dated: December 4, 2019.

| | |
|---|---|
| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| ___/s/ Michael J. Reiser_____<br>Michael J. Reiser, # 16161<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94596<br>Telephone: (925) 256-0400<br>E-mail: michael@reiserlaw.com<br>*Attorney for Plaintiffs* | _____/s/ Matthew C. Ferguson_____<br>Matthew C. Ferguson, #25687<br>119 South Spring, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288<br>Facsimile: (970) 925-2273<br>E-mail: matt@matthewfergusonlaw.com<br>*Attorney for Plaintiffs* |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| ___/s/ Michael Schrag_____<br>Michael Schrag (CA State Bar # 185832)<br>Linda Lam (CA State Bar# 301461)<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Phone: (510) 350-9718<br>Facsimile: (510) 350-9701<br>E-mail: mls@classlawgroup.com<br>E-mail: lpl@classlawgroup.com<br>*Attorney for Plaintiffs* | ___/s/ Tyler Meade_____<br>Tyler Meade (CA State Bar # 160838)<br>1816 Fifth Street<br>Berkeley, CA 94710<br>Telephone: 510-843-3670<br>E-mail: tyler@meadefirm.com<br>*Attorney for Plaintiffs* |
| HOGAN LOVELLS US LLP | GREENBERG TRAURIG |
| */s/ Jessica Black Livingston*__<br>Jessica Black Livingston<br>1200 Seventeenth Street, Suite 1500<br>Denver, Colorado 80202<br>Phone:303-899-7300<br>Facsimile: (303) 899-7301<br>Email:*Jessica.livingston@hoganlovells.com*<br>*Attorneys for Defendant Association* | */s/ Ian Marx*_____<br>Philip R. Sellinger<br>Ian S. Marx<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Tel: 973.360.7900 / Fax: 973.301.8410<br>Email: SellingerP@gtlaw.com,<br>MarxI@gtlaw.com<br>*Attorneys for the Marriott Defendants* |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 4th day of December 2019, a true and accurate copy of the foregoing **FED. R. CIV. 41(a)(1)(A)(ii) STIPULATION FOR DISMISSAL WITH PREJUDICE** was served via CM/ECF filing system upon following:

    Jessica Black Livingston, Esq.
    *jessica.livingston@hoganlovells.com*
    Andrew Nussbaum, Esq.
    *andrew.nussbaum@hoganlovells.com*
    Hogan Lovells US LLP
    1200 Seventeenth Street, Suite 1500
    Denver, Colorado 80202

    Naomi G. Beer, Esq.
    *BeerN@gtlaw.com*
    Greenberg Traurig, LLP
    1200 17th Street, Suite 2400
    Denver, Colorado 80202

    Ian S. Marx, Esq.
    *MarxI@gtlaw.com*
    Philip R. Sellinger, Esq.
    *SellingerP@gtlaw.com*
    Greenberg Traurig, LLP
    500 Campus Drive, Suite 400
    Florham Park, New Jersey 07932

                                       */s/ Rachel Brisson*
                                         Rachel Brisson