IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-01301 PAB-MEH

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Roger B. Kaplan hereby enters his appearance in the above-captioned matter as counsel for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC.  I hereby certify that I am a member of good standing of the bar of this Court.

DATED:   January 13, 2020

        GREENBERG TRAURIG, LLP

        *s/ Roger B. Kaplan*_____
        Roger B. Kaplan
        500 Campus Drive, Suite 400
        Florham Park, New Jersey 07932
        Phone: (973) 360-7900
        Fax: (973) 301-8410
        Kaplanr@gtlaw.com

        *Attorneys for Defendants Marriott Vacations*
        *Worldwide Corporation, Marriott Ownership*

2

*Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*