IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-01301 PAB-MEH

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Ian S. Marx hereby enters his appearance in the above-captioned matter as counsel for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC, and Lion & Crown Travel Company, LLC.  I hereby certify that I am a member of good standing of the bar of this Court.

DATED:   January 28, 2020

                              GREENBERG TRAURIG, LLP *s/*

                              <u>Ian S. Marx</u>
                              Ian S. Marx
                              500 Campus Drive, Suite 400
                              Florham Park, New Jersey 07932
                              Phone: (973) 360-7951
                              Fax: (973) 301-8410
                              MarxI@gtlaw.com

                              *Attorneys for Defendants Marriott Vacations*
                              *Worldwide Corporation, Marriott Ownership*

2

*Resorts, Inc., Ritz-Carlton Management Company, LLC, Cobalt Travel Company, LLC and Lion & Crown Travel Company, LLC*

2