IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## MARRIOTT DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") respectfully submit this Unopposed Motion for an Extension of Time to respond to the Court's March 12, 2020 Order Denying in Part and Granting in Part the Marriott Defendants' Motions to Restrict Access (D. 458, 484, 493, 502, 534) (the "Order"), which gave the parties until March 26, 2019, to consult and file a new motion regarding the documents listed in D. 458, D. 484, D. 493, and D. 502. The Marriott Defendants are requesting the Court's permission to file their response to the Order up to and including April 9, 2020. As grounds therefore, the Marriott Defendants state as follows:

Certificate Under Local Rule 7.1(a)

1.    Counsel for the Marriott Defendants has conferred with counsel for Plaintiffs, Matthew Ferguson, who provided Plaintiffs' agreement to this enlargement of time.

<u>Certificate Under Local Rule 6.1</u>

2. A copy of this motion has been provided to all counsel of record.

3. An extension of the deadline is requested because the Marriott Defendants have experienced delays in preparing a response and consulting with Plaintiffs' counsel as directed in the Court's Order, stemming in large part from the disruptions caused by the current coronavirus pandemic.

4. This is the Marriott Defendants' first request for an extension to respond to the Order. No other deadlines will be impacted by this request for an extension of the deadline.

5. The request for an extension of the deadline is in the interest of justice and not made for purposes of delay.

6. Plaintiffs will not be prejudiced by this extension of time and, indeed, have consented hereto.

WHEREFORE, the Marriott Defendants respectfully request that this Court set April 9, 2020, as the deadline for the Marriott Defendants to file its response to the Order.

Dated:  March 25, 2020

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _s/ Ian S. Marx_
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email: MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2020, a true and accurate copy of the foregoing **MARRIOTT DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　*s/ Greg Scavelli*
　　　　　　　　　　　　　　　　　　　　　Greg Scavelli

3