IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Civil Action No. 16-cv-1301-PAB-GPG        Court Deputy: A. Barnes
Date: May 8, 2020                           Recorder: Grand Junction

RCHFU, LLC, et al.
Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et. al,
Defendants.

_____
Minutes-Final Pretrial Conference
_____

10:02 a.m.

Appearing by VTC or telephone: Attorneys for Plaintiffs, Matthew Ferguson, Michael Reiser, Michael Schrag, Tyler Meade, Sam Ferguson, Annie Decker, Isabella Martinez, and Michael Reiser, Jr.; Attorneys for Marriott Defendants, Ian Marx, Roger Kaplan, and Phillip Sellinger.

Discussion held regarding the topics set forth in the proposed Pretrial Order and especially exhibit numbering per Chief Judge Brimmer's Orders. Next discussion over further submission of exhibits, if any.

ORDER: Parties are to re-submit a proposed trial order contemplating that exhibits may be submitted up to a time 'no later than' ninety days prior to trial, but including fifteen days to consider designation.

ORDER: With regard to further depositions, the Court Orders that the parties wait and see what the trial date is and then confer on the remaining depositions locations and further Orders that the parties are to keep a level playing field as to how the depositions occur so that no party's attorney may be in-person unless the other parties' attorney is in-person.

ORDER: The parties are to re-submit the proposed Trial Order by May 13, 2020 to Gallagher Chambers after which Judge Gallagher will Order that Attorney Matthew Ferguson for Plaintiffs and Attorney Phillip Sellinger for Defendants may jointly contact Brimmer Chambers within one week of Judge Gallagher approving the re-submitted proposed Trial Order.

Hearing concluded at: 10:56 a.m.
Hearing duration: 54 minutes