IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

---

**JOINT SUBMISSION IN RESPONSE TO THE COURT'S MAY 20, 2020 ORDER (ECF #580) REGARDING THE MARRIOTT DEFENDANTS' MOTION TO RESTRICT (ECF #570)**

Pursuant to this Court's Minute Order dated May 20, 2020 (ECF #580), Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants") and Plaintiffs respectfully submit this joint response listing the documents that the Parties agree no longer merit restriction.[1]

Accordingly, listed below are the 14 discrete ECF filings as to which the Parties agree that the restrictions may be lifted:

---

[1] As a point of clarification, of the 32 documents remaining at issue, the Marriott Defendants asserted in their April 9, 2020 Motion to Restrict (ECF #570) that their renewed motion sought to maintain the restriction of 15 documents. Of these 15 documents, three of them have duplicates. Accordingly, the 15 documents exist in 18 ECF filings. In particular, the following documents are duplicates: (1) ECF #442-3 and #462-4; (2) ECF #445-4 and #483-3; and (3) ECF #444-11 and #483-1. Correspondingly, there are actually 14 ECF filings that the Parties agree no longer merit restriction.

| No. | ECF # | Document Description ("MD" = "Marriott Defendants") |
|---|---|---|
| 1. | 444-19 | Weisz Deposition (Exhibit 19 to Plaintiffs' Motion for Partial Summary Judgment ("PSJ")) |
| 2. | 472-13 | 7.6.18 Hayward Deposition (Exhibit 8 to Plaintiffs' Opposition to MD's Motion for Partial Summary Judgment) |
| 3. | 442-4 | Supplemental Expert Report of Jon Simon, dated June 7, 2019 (Exhibit D to MD's Summary Judgment Motion) |
| 4. | 445-12 | 11.4.14 E. Babich Email (Exhibit 41 to Plaintiffs' PSJ Motion) |
| 5. | 462-1 | King Rebuttal Expert Report (Exhibit A to Motion to Exclude Expert Testimony of C. Dev, J. Simon and R. M. Robinson) |
| 6. | 462-2 | Dev Supplemental Expert Report (Exhibit B to Motion to Exclude Expert Testimony of C. Dev, J.Simon and RM. Robinson) |
| 7. | 462-3 | King Rebuttal Expert Report (Exhibit C to Motion to Exclude Expert Testimony of C. Dev, J.Simon and RM. Robinson) |
| 8. | 474-1 (duplicate of 442-4 minus exhibit) | Supplemental Expert Report of Jon Simon, dated June 7, 2019 (Exhibit A to Supplemental Restricted Omnibus Declaration of Ian S. Marx) |
| 9. | 474-2 | Motion for Sanctions and Default Judgment Based on APCO Documents (ECF #282), without exhibits (Exhibit B to Supplemental Restricted Omnibus Declaration of Ian S. Marx) |
| 10. | 474-3 (duplicate of 462-2) | Supplemental Expert Report of Chekitan S. Dev, dated April 12, 2019 (Exhibit C to Supplemental Restricted Omnibus Declaration of Ian S. Marx) |
| 11. | 474-4 | Jon Simon Confidential Memorandum (Exhibit D to Supplemental Restricted Omnibus Declaration of Ian S. Marx) |
| 12. | 483-2 | 5.17.2013 Bachelor Gulch Association Letter (Exhibit 2 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) |
| 13. | 483-5 (duplicate of 445-12) | 11.04.2014 Email Chain from E. Babich (Exhibit 5 to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) |
| 14. | 483-6 | Presentation titled "Update on access to Ritz-Carlton Club locations via Premier, Premier Plus" (Exhibit 6 |

|  |  | to the Confidential Declaration of Ian S. Marx in Support of RCMC's Opposition to Plaintiffs' Motion for PSJ) |
|---|---|---|

Dated:  May 29, 2020

Respectfully submitted,

| REISER LAW, P.C. | GREENBERG TRAURIG, LLP |
|---|---|
| By: *s/ Michael J. Reiser*<br>Michael J. Reiser<br>1475 N. Broadway, Suite 300<br>Walnut Creek, CA 94597<br>Telephone (925) 256-0400<br>Email: Michael@reiserlaw.com<br><br>*Attorneys for the Plaintiffs* | By:      *s/ Ian S. Marx*<br>Philip R. Sellinger<br>Ian S. Marx<br>500 Campus Drive, Suite 400<br>Florham Park, New Jersey 07932<br>Tel: 973.360.7900 / Fax: 973.301.8410<br>Email:  SellingerP@gtlaw.com, MarxI@gtlaw.com<br><br>*Attorneys for the Marriott Defendants* |

3

CERTIFICATE OF SERVICE

 I hereby certify that on this 29th day of May, 2020, a true and accurate copy of the foregoing **JOINT SUBMISSION IN RESPONSE TO THE COURT'S MAY 20, 2020 ORDER (ECF #580) REGARDING THE MARRIOTT DEFENDANTS' MOTION TO RESTRICT (ECF #570)** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

                *s/ Greg Scavelli*
                 Greg Scavelli