IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

### DECLARATION OF IAN S. MARX IN SUPPORT OF MARRIOTT DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS FOR LACK OF CAUSATION

I, Ian S. Marx, declare and state:

      1.    I am an attorney licensed to practice law in the State of New Jersey and a Shareholder with the law firm Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC ("L&C") (collectively, "Marriott Defendants") in the above-captioned matter. I respectfully submit this Declaration in support of the Marriott Defendants' Motion for Leave to File Supplemental Motion for Summary Judgment Dismissing All Claims for Lack of Causation. I have full knowledge of and am competent to testify as to all matters stated herein.

      2.    Attached as Exhibit A is a true and correct copy of Maurice Robinson's expert report titled Corrected Amended Summary of Economic Damages to the Fractional Unit Owners

1

of the Ritz-Carlton Residence Club, Aspen Highlands from the Diminution of Value of their interests, dated June 17, 2019.

      3.    Attached as Exhibit B are true and correct pages from the June 18, 2019 Deposition of Maurice Robinson.

      4.    Attached as Exhibit C are true and correct pages from the July 17, 2019 Deposition of Jon Simon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2020 in Millburn, New Jersey.

                                      */s/ Ian S. Marx*
                                      IAN S. MARX