Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF COLORADO
3
4
5   RCHFU, LLC, ET AL.,              )
                                     )
6         PLAINTIFFS,                )
                                     )
7     vs.                            )  No.
                                     )  1:16-CV-01301-
8   MARRIOTT VACATIONS WORLDWIDE     )  PAB-GPG
    CORPORATION,                     )
9                                    )
          DEFENDANTS.                )
10  _____)
11
12
13
14        EXPERT DEPOSITION OF JON ROBERT SIMON
15              WEDNESDAY, JULY 17, 2019
16
17
18
19
20
21  REPORTED BY:  D'ANNE MOUNGEY, CSR 7872
22
23
24
25

Page 34

1   What was the methodology?
2       MR. SCHRAG: Object to form.
3       THE WITNESS: So when we look at the
4   fractional industry, we look at how that industry came
5   to be, what promises were made to the buyers of that
6   industry, what did the product represent, and how could
7   that product be tarnished by actions of one party to
8   those owners of those fractional interests.
9       So we went through that process. We looked
10  at substantial data out there and basically looking at
11  what was the core reasons for the diminution of value as
12  a result of another party's action.
13      In St. Regis, it was one thing. In this
14  case, it's another thing. Both of them diminished value
15  based upon the actions of a third party.
16      In St. Regis, it was something different. In
17  this specific case, it was the merging of a timeshare
18  platform with a fractional platform.
19  BY MR. KAPLAN:
20   Q   Are you done?
21   A   I'm done.
22   Q   All right. So you say, "In this case, it was
23  the merging of a timeshare platform to a fractional
24  platform"; correct?
25   A   It's actually the providing access and then

Page 35

1   finally providing the affiliation.
2    Q   That's your conclusion, that it -- that's --
3   that caused the diminution in value; correct?
4       MR. SCHRAG: Object to form.
5       THE WITNESS: That's correct.
6   BY MR. KAPLAN:
7    Q   But what was the methodology?
8       How did you scientifically, empirically go
9   about determining whether access, in fact, caused a
10  diminution in value?
11      What were the steps that you took --
12      MR. SCHRAG: Object to form.
13  BY MR. KAPLAN:
14   Q   -- that could be repeated by another expert
15  to determine whether they could come out with the same
16  result?
17      Explain the steps that were taken.
18   A   All right. So essentially, we look at the
19  original pricing of the fractional interest, how it
20  faired over time. We look at the specifics of
21  macroeconomic issues. We take those into consideration.
22  We then look for comparable properties that did not have
23  that similar pattern of conduct and then we measure
24  differences between the properties.
25      And we hopefully pick a large enough supply

Page 36

1   of -- we do pick a large enough supply of properties to
2   abstract from miscellaneous items. But a lot of it
3   depends on being an expert is understanding, reading the
4   tea leaves, looking at what's going on, understanding
5   what drives people to buy fractional interests.
6    Q   Now, comparing the prices for the Ritz at
7   Aspen and others -- you didn't do that; correct?
8    A   Maurice Robinson did most of that comparison,
9   with my consultation.
10   Q   Right.
11      But that assumed that there was causation --
12  he assumed that there was causation in making that
13  analysis; isn't that correct?
14   A   Maurice relied on my opinion on causation.
15   Q   So before you do the comparison, you have to
16  determine whether there's causation.
17      And what I'm trying to understand is, your --
18  none of that is mentioned in your report, isn't that
19  correct, what you just said?
20   A   Well, not specifically, but -- may I finish?
21   Q   Yeah. Sure.
22   A   Not specifically, but, of course, you create
23  the situation that causality does determine this
24  diminution of value. But we have a benchmark at the
25  front end of what do other projects sell for.

Page 37

1       So in coming to that causality, you do look
2   at what the other projects sold for. It's not
3   necessarily an output of -- other projects don't sell
4   for something because of the causality. The causality
5   is specific to a specific project.
6    Q   Okay. So going back to 16B, in the first
7   sentence, you have it in front of you, it says, "Based
8   upon my experience," and then the sentence goes on to
9   read.
10      And then in the second sentence, it says:
11      "My experience and commonsense indicate
12      that potential purchasers on the
13      secondary market would be far less
14      willing to pay a high entry price for
15      28 nights, plus annual maintenance fees
16      and taxes to own a fractional unit in a
17      purportedly private residence club, if
18      they could gain access to the same club
19      for a fraction of that price with
20      significantly lower purchase
21      requirements and maintenance."
22      Do you see that?
23   A   I do.
24   Q   So in that sentence, you're referring to "my
25  experience and commonsense"; correct?