**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**DECLARATION OF MICHAEL SCHRAG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

---

I, Michael Schrag, declare and state:

1. I am an attorney and a partner at Gibbs Law Group LLP, co-counsel for Plaintiffs in the above-captioned action. I am a competent witness and can testify as to the facts set forth herein. I am a member of the Colorado bar and of this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Leave to File a Supplemental Motion for Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy (except for any highlighting by Plaintiffs' counsel) of relevant excerpts from the deposition of Jacob Slevin.

4. Attached hereto as Exhibit 2 is a true and correct copy (except for any highlighting by Plaintiffs' counsel) of relevant excerpts from the deposition of Joel Schneider.

1

5. Attached hereto as Exhibit 3 is a true and correct copy (except for any highlighting by Plaintiffs' counsel) of relevant excerpts from the deposition of Juan Pablo Cappello.

6. Attached hereto as Exhibit 4 is a true and correct copy (except for any highlighting by Plaintiffs' counsel) of relevant excerpts from the deposition of Jay Neveloff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2020 in Oakland, CA.

*/s/ Michael Schrag*
Michael Schrag