# EXHIBIT 1

```
                                                        Page 1

 1    IN THE UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO
 2    ---------------------------------------------
 3    RCHFU, LLC, et al.,
 4                         Plaintiffs,
 5              -against-
 6    MARRIOTT VACATIONS WORLDWIDE CORPORATION,
      et al.,
 7
                           Defendants.
 8
      ---------------------------------------------
 9
10                         January 11, 2018
                           9:12 a.m.
11
12
13
14          DEPOSITION of JACOB SLEVIN,
15    taken by Defendants, pursuant to
16    Notice, held at the offices of
17    GREENBERG TRAURIG LLP, 200 Park Avenue,
18    New York, New York before Wayne Hock, a
19    Notary Public of the State of New York.
20
21
22
23
24
25      Job No. NJ2789135
```

```
                                                         Page 2

 1     A P P E A R A N C E S:
 2
           THE MEADE FIRM, P.C.
 3         Attorneys for Plaintiffs
                   1816 Fifth Street
 4                 Berkeley, California 94710
 5         BY:     TYLER MEADE, ESQ.
                   tyler@meadefirm.com
 6
 7
           GREENBERG TRAURIG LLP
 8         Attorneys for MARRIOTT DEFENDANTS
                   500 Campus Drive
 9                 Florham Park, New Jersey 07932
10         BY:     TODD L. SCHLEIFSTEIN, ESQ.
                   schleifsteint@gtlaw.com
11                 REBECCA GARIBOTT ZISEK, ESQ.
                   zisekr@gtlaw.com
12                 PHILIP R. SELLINGER, ESQ.
                   sellingerp@gtlaw.com
13                 (via teleconference)
14
           HOGAN LOVELLS US LLP
15         Attorneys for Defendant Association
                   1200 Seventeenth Street
16                 Denver, Colorado 80202
17         BY:     DANIEL F. SHEA, ESQ.
                   dan.shea@hoganlovells.com
18                 (via teleconference)
                   JESSICA BLACK LIVINGSTON, ESQ.
19                 jessica.livingston
                   @hoganlovells.com
20                 (via teleconference)
21
22                    *    *    *
23
24
25
```

```
                                                      Page 3
 1                    *      *       *

 2

 3                    I N D E X

 4    WITNESS          EXAMINED BY           PAGE

 5    J. Slevin        Mr. Schleifstein      4

 6                     Mr. Shea              228

 7

 8                    E X H I B I T S

 9    SLEVIN          DESCRIPTION                    PAGE

10    Exhibit         Document entitled

11                    Contract to Buy and Sell

12                    Real Estate                    39

13

14                    *      *      *

15

16

17

18

19

20

21

22

23

24

25
```

Page 108

1  thoughts on why I think it's gone down,
2  so yeah.
3      Q.   First, it's not my place to
4  tell you whether you're right or wrong.
5      A.   I'm sure somebody else can
6  tell me.
7      Q.   I won't do that.
8           Before I ask you for what
9  they are, when you say thoughts, you
10 mean these are your opinions; right?
11     A.   Yes.
12     Q.   So can you give me your
13 opinions as to why the values have gone
14 down?
15     A.   So I think, generally
16 speaking, the property, which I hold is
17 still a luxurious property, they
18 essentially opened up a back door to
19 access these properties at far less
20 money.  If you could go back in time
21 and all of a sudden you didn't have to
22 spend, in my instance, close to
23 $400,000 to buy in in a serious way and
24 you could deploy $50,000 or even less
25 than that -- I don't know what the

Page 109

1   exact points are -- but if you can go
2   back and spend a lot less money and
3   access this, you have more money to do
4   other things.  So I think that that
5   kind of highly marginalized the value
6   of the properties as a starting point.
7   Yeah, I think the brand has been
8   diluted.  If you're in the Aspen market
9   and you follow these things, you know
10  that the Ritz-Carlton isn't limited to
11  Ritz-Carlton guests anymore, it's, as I
12  said related to my sales experience in
13  Hilton Head, it's a luxurious part of
14  the Marriott Vacation Club which people
15  don't want to spends hundreds of
16  thousands of dollars to be a member of,
17  nor do they have to.
18           I think that's my position.
19      Q.    We talked about the recession
20  earlier today.
21           Was there a crash in the real
22  estate market that was part of that
23  2008/'09 recession?
24      A.    Yeah.  I mean, sure.
25      Q.    For how many years was the

```
                                                      Page 283

 1             CERTIFICATION BY REPORTER

 2

 3       I, Wayne Hock, a Notary Public of the
 4    State of New York, do hereby certify:
 5       That the testimony in the within
 6    proceeding was held before me at the
 7    aforesaid time and place;
 8       That said witness was duly sworn
 9    before the commencement of the testimony,
10    and that the testimony was taken
11    stenographically by me, then transcribed
12    under my supervision, and that the within
13    transcript is a true record of the
14    testimony of said witness.
15       I further certify that I am not
16    related to any of the parties to this
17    action by blood or marriage, that I am not
18    interested directly or indirectly in the
19    matter in controversy, nor am I in the
20    employ of any of the counsel.
21       IN WITNESS WHEREOF, I have hereunto
22    set my hand this      day of         ,
23    2018.              [signature: Wayne Hock]
24
25
```