# EXHIBIT 2

```
                                                           Page 1
 1          IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF COLORADO
 2

 3       CIVIL ACTION NO.: 1:16-cv-01301-PAB-GPG

 4

 5
     RCHFU, LLC, et al.,
 6

 7               Plaintiffs,

 8   vs.

 9   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
10

11
                 Defendants.
12   _____/

13

14              Greenberg Traurig
                333 Southeast 2nd Avenue, Suite 4400
15              Miami,  FL 33131
                Friday, March 16, 2018
16              9:11 a.m. - 10:35 a.m.

17

18          DEPOSITION OF JOEL SCHNEIDER

19

20

21   Taken before MARIA E. REEDER, RPR, FPR

22   and Notary Public for the State of Florida at

23   Large, pursuant to Notice of Taking Deposition filed

24   in the above cause.

25      Job No. NJ2839307
```

```
                                                              Page 2

 1   APPEARANCES:
 2   On behalf of the Plaintiffs:
 3   REISER LAW
     1475 North Broadway, Suite 300
 4   Walnut Creek, California 94596
     BY:   MATTHEW REISER, ESQ.
 5   matthew@reiserlaw.com
     BY:   ISABELLA MARTINEZ, ESQ.
 6   isabella@reiserlaw.com
 7
 8   On behalf of the Defendants:
 9   GREENBERG TRAURIG, LLP
     500 Campus Drive, Suite 400
10   Florham Park, New Jersey 18th Street
     BY:   IAN MARX, ESQ.
11   marxi@gtlaw.com
12
13   On behalf of the Defendants:
14   HOGAN LOVELLS US LLP
     1601 Wewatter Street, Suite 900
15   Denver, Colorado 80202
     BY:   JESSICA BLACK LIVINGSTON, ESQ.   (via telephone)
16   jessica.livingston@hoganlovells.com
17
18   ALSO PRESENT:
19   Rosenthal, Levy, Simon & Ryles
     Richard M. Benrubi, Esq.
20
21   REPORTED BY:
22   MARIA E. REEDER, RPR, FPR
     Veritext Florida Reporting
23   2 South Biscayne Boulevard, Suite 2250
     Miami, FL 33131
24
25
```

Page 3

1                    I N D E X

2    Joel Schneider                              Page

3    Direct by Mr. Marx                          04

4    Cross by Ms. Livingston                     66

5

6

7              E X H I B I T S   M A R K E D

8    Exhibit 1    RCDC029852 - RCDC029867        15

9    Exhibit 2    Schneider00022                 19

10   Exhibit 3    Schneider00014 - 00019         20

11   Exhibit 4    Not marked

12   Exhibit 5    RCDC001782 - RCDC001783        46

13   Exhibit 6    RCDC002661 - RCDC002663        47

14   Exhibit 7    AHCA00002598                   48

15   Exhibit 8    AHCA0000860 - AHA00000861      51

16   Exhibit 9    AHCA00001357 - AHCA00001360    52

17   Exhibit 10   AHCA00018319                   55

18   Exhibit 11   AHCA0018321                    55

19   Exhibit 12   RCDC064702 - RCDC064711        55

20   Exhibit 13   RC003819 - RC003821            55

21   Exhibit 14   AHCA0003114 - AHCA003117       63

22

23

24

25

Veritext Legal Solutions
800-227-8440                                       973-410-4040

Page 4

1   Thereupon:
2                    JOEL SCHNEIDER,
3      A witness named in the notice heretofore filed,
4   being of lawful age and having been first duly
5   sworn, testified on his oath as follows:
6           THE WITNESS:  Yes.
7                    DIRECT EXAMINATION
8   BY MR. MARX:
9      Q   Good morning, Dr. Schneider.  My name is Ian
10  Marx.  I'm a lawyer with a law firm called Greenberg
11  Traurig.  We represent the Marriott and Ritz-Carlton
12  defendants in connection with a case that has been
13  brought against them by you and a number of others in
14  the United States District Court for the District of
15  Colorado.
16          The case concerns fractional interest at
17  the Ritz-Carlton Club in Aspen Highlands.  We're
18  here today for the purpose of your deposition.
19          Is that your understanding of why we're
20  here today?
21      A   Yes.
22      Q   And have you ever had your deposition taken
23  before?
24      A   Yes.
25      Q   How many times?

Page 65

1   this proposed affiliation was now going forward?
2        A    No.
3        Q    Did you complain to anybody on the board
4   that sent you this letter?
5        A    No.
6        Q    Did you complain to anybody at Marriott or
7   Ritz?
8        A    No.
9        Q    And did you do anything --
10       A    No.
11       Q    -- in response?  Okay.
12            How do you believe that the actions of the
13  defendants here have harmed you and your fractional
14  interest ownership?
15            MR. REISER:  Objection to form.  Improper
16       contention question.  You can answer.
17       A    I can answer it.
18            Well, it seems pretty clear to me that
19  since the affiliation the value of my property has
20  plummeted, and there seems to be no other reason for
21  this decrease in value and that hurts me.  I mean, I
22  didn't expect to make money on this purchase, but I
23  expected it to be maintained and it's not and
24  everything that has happened since the affiliation.
25            Why is it that the other places in Aspen

Page 66

1    are maintaining or increasing value and we're not.
2    It's a wonderful property.  There is a reason for
3    it.  And I think the reason is the dilution from the
4    Marriott Vacation Club.  That's my feeling.
5    BY MR. MARX:
6         Q    Is there any other way that you've been
7    harmed other than the decline in value that you
8    attribute to the affiliation?
9              MR. REISER:  Same objection.
10        A    Not that I can think of.
11   BY MR. MARX:
12        Q    And your belief that it's the affiliation
13   that has caused the decline in value is based solely
14   on your subjective beliefs?
15        A    Exactly.
16             MR. MARX:  I have no further questions for
17        the witness.
18                    CROSS EXAMINATION
19   BY MS. LIVINGSTON:
20        Q    Dr. Schneider, this is Jessica Livingston.
21   As I mentioned very briefly earlier and Mr. Marx
22   mentioned, I am an attorney representing the Aspen
23   Highlands Condominium Association, which we've been
24   referring to as the board throughout your deposition.
25             I have one or two very brief questions for

Page 69

1           CERTIFICATE OF OATH
2
3
4    STATE OF FLORIDA   )
5    COUNTY OF MIAMI-DADE  )
6
7        I, the undersigned authority, certify that
8        JOEL SCHNEIDER, personally appeared before me
9        and was duly sworn.
10       WITNESS my hand and official seal this 27th day
11       of March 2018.
12
13       *[signature: Maria Reeder]*
14       _____
15            MARIA E. REEDER, RPR, FPR
              Notary Public, State of Florida
16            My Commission No. GG 073176
              Expires: 4/10/2021
17
18
19
20
21
22
23
24
25