# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF COLORADO
 3            Civil Action No. 1:16-cv-01301-PAB-GPG
 4
 5    RCHFU, LLR, et al,
 6                   Plaintiffs,
      vs.
 7    MARRIOTT VACATIONS WORLDWIDE
 8    CORPORATION, et al,
 9                   Defendants.
10    _____/
11
12               VIDEOTAPED DEPOSITION OF
13             JUAN PABLO CAPPELLO, ESQUIRE
14               Thursday, October 26, 2017
15                  11:00 a.m. - 2:10 p.m.
16           Law Office of Juan Pablo Cappello
17                   600 Brickell Avenue
18                      Miami, Florida
19
20    Reported By:
21    Kimberly Fontalvo, RPR,CLR
22    Realtime Systems Administrator
23    Job No. 2734400
24
25    Pages 1 - 147
```

Page 1

```
 1     APPEARANCES:
 2
 3     On behalf of Plaintiffs:
 4          REISER LAW, P.C.
 5          1475 Broadway, Suite 300
            Walnut Creek, CA  94596
 6          BY:  MICHAEL J. REISER, ESQ.
 7          mreiser@reiserlaw.com
 8
 9     On behalf of Defendant/Aspen Highlands Condominium
10     Association:
11          HOGAN LOVELLS US, LLP
12          1601 Wewatta Street, Suite 900
13          Denver, CO  80202
14          BY:  JESSICA BLACK LIVINGSTON, ESQ.
15          jessica.livingston@hoganlovells.com
16
17     On behalf of Defendant/Marriott:
18          GREENBERG TRAURIG, P.A.
19          500 Campus Drive, Suite 400
20          Florham Park, NY  07932
21          BY:  IAN S. MARX, ESQ.
22          marxi@gtlaw.com
23
24     ALSO PRESENT:  Sandra Solis, Videographer
25                    Chris Hanlon, Document Technician
```

Page 2

# INDEX

| Examination | | Page |
|---|---|---|
| Direct | By Mr. Reiser | 5 |
| Cross | By Mr. Marx | 61 |
| Cross | By Ms. Livingston | 120 |
| Redirect | By Mr. Reiser | 143 |

## DEPOSITION EXHIBITS

| No. | | Page |
|---|---|---|
| Exhibit A3 | Bates AHCA00011820-11821 | 134 |
| Exhibit A4 | Bates AHCA00003114-3317 | 139 |
| Exhibit 1501 | Bates RCDC001778-1780 | 13 |
| Exhibit 1502 | Bates RCDC001781 | 17 |
| Exhibit 1503 | Bates RCDC0072477250 | 22 |
| Exhibit 1504 | AHCA00015762-15764 | 38 |
| Exhibit 1505 | Bates AHCA00015774-15777 | 48 |
| Exhibit 1506 | AHCA00015778-15779 | 54 |
| Exhibit 1507 | Purchase contract - Aspen Highlands Condominium - Non-Bates | 62 |
| Exhibit 1508 | Receipt for documents - Ritz-Carlton Club, Aspen Highlands - Non-Bates | 62 |
| Exhibit 1509 | Quality Assurance Checklist - Ritz-Carlton, Aspen Highlands - Non-Bates | 62 |
| Exhibit 1510 | Handwritten document - Non-Bates | 101 |

Page 3

```
 1        Q.   What did Marriott do wrong to have the
 2   Abaco property leave the program?
 3        A.   I wouldn't -- I don't know the details of
 4   what happened at Abaco, what happened at Jupiter and
 5   what happened at Bachelor Gulch.
 6        Q.   What about Kapalua?  Do you know anything
 7   about that?
 8        A.   No.  I mean, when I say anything, I'm
 9   aware there were votes and the management contract
10   was canceled and those properties exited.  But I'm
11   not aware of the details as to what the discussions
12   were and I suspect that there were slightly
13   different discussions between, you know, the boards
14   and Marriott or the members and Marriott in each of
15   those properties.
16        Q.   So you believe that the decline in value
17   between 2011 and 2012 was caused by the deletion of
18   the Abaco and Kapalua properties and the announced
19   affiliation of the Ritz-Carlton and Marriott
20   Vacation Club programs?
21             MR. REISER:  Objection, misstates
22        testimony, asked and answered.
23     BY MR. MARX:
24        Q.   Did I misstate your testimony?
25        A.   Arguably, yes.
```

Page 105

```
 1          Q.   How so?  Because I didn't intend to do
 2     that.  I'm really trying to be succinct and
 3     summarize it.  So I got it wrong, I would appreciate
 4     if you would tell me the reasons you believe there
 5     was a decline in value between 2011 and 2012.
 6          A.   Because of the Marriott Vacation Club's
 7     inherent conflict of interest which led directly to
 8     the program becoming smaller, fewer properties in
 9     the program, as well as making the inventory of the
10     remaining properties accessible to people who
11     were -- who had paid a much lower price point to buy
12     their interest in the Marriott Vacation Club.
13          Q.   Any other reason?
14          A.   Perhaps there were other reasons.  I'm not
15     aware of other reasons.
16          Q.   And is this a theory that you've come up
17     on your own or is it something that you've heard
18     from someone else?
19          A.   Is this a theory --
20          Q.   Your explanation of the decline in value?
21          A.   Before values collapsed, I put Marriott on
22     notice that values were going to collapse because of
23     their actions and values collapsed.  I encourage you
24     to get an expert and you will see that that's what
25     demonstrated by the values.
```

Page 106

```
 1                  CERTIFICATE OF REPORTER

 2      STATE OF FLORIDA

 3      COUNTY OF BROWARD

 4

 5              I, KIMBERLY FONTALVO, Registered

 6      Professional Reporter, do hereby certify that I

 7      was authorized to and did stenographically report

 8      the foregoing videotaped deposition of JUAN PABLO

 9      CAPPELLO; pages 1 through 142; that a review of

10      the transcript was requested; and that the

11      transcript is a true record of my stenographic

12      notes.

13              I FURTHER CERTIFY that I am not a

14      relative, employee, attorney, or counsel of any

15      of the parties, nor am I a relative or employee

16      of any of the parties' attorneys or counsel

17      connected with the action, nor am I financially

18      interested in the action.

19              Dated this 31st day of October, 2017.

20

21

22

23

24

25          KIMBERLY FONTALVO, RPR, CLR
```

Page 147