# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT

 2                  DISTRICT OF COLORADO

 3        Civil Action No. 1:16-cv-01301-PAB-GPG

 4

 5   ------------------------------------x

 6   RCHFU, LLC, et al.,

 7            Plaintiffs,

 8       - against -

 9   MARRIOTT VACATIONS WORLDWIDE

10   CORPORATION, et al.,

11            Defendants.

12   ------------------------------------x

13

14

15       Videotaped Deposition of JAY NEVELOFF,

16       taken at 1177 Avenue of the Americas,

17       New York, New York, commencing at 9:15 a.m.,

18       Wednesday, October 4, 2017, before

19       Todd DeSimone, a Registered Professional

20       Reporter and Notary Public of the State

21       of New York.

22

23

24   JOB No. 2707170

25   PAGES 1 - 248
```

Page 1

Jay Neveloff - 10/4/2017

```
 1   A P P E A R A N C E S :

 2

 3   Attorneys for Plaintiffs

 4        REISER LAW

 5        BY:   MICHAEL J. REISER, SR., ESQ.

 6        1475 North Broadway

 7        Suite 300

 8        Walnut Creek, California 94596

 9        michael@reiserlaw.com

10

11   Attorneys for Plaintiffs

12        THE MEADE FIRM, P.C.

13        BY:   TYLER MEADE, ESQ.

14        1816 Fifth Street

15        Berkeley, California 94710

16        tyler@meadefirm.com

17

18   Attorneys for Plaintiffs

19        THE MATTHEW C. FERGUSON LAW FIRM, P.C

20        BY:   MATTHEW C. FERGUSON, ESQ.

21        119 South Spring, Suite 201

22        Aspen, Colorado 81611

23        matt@matthewfergusonlaw.com

24

25
```

Page 2

```
 1   A P P E A R A N C E S: (Continued)
 2
 3   Attorneys for Plaintiffs
 4        GIRARD GIBBS LLP
 5        BY:    MICHAEL SCHRAG, ESQ.
 6        505 14th Street, Suite 1110
 7        Oakland, California 94612
          mls@classlawgroup.com
 8
 9   Attorneys for Marriott Defendants
10        GREENBERG TRAURIG LLP
11        BY:    IAN S. MARX, ESQ.
12        500 Campus Drive, Suite 400
13        Florham Park, New Jersey 07932-0677
          marxi@gtlaw.com
14
15   Attorneys for Defendant Association and The Witness
16        HOGAN LOVELLS US LLP
17        BY:    DANIEL F. SHEA, ESQ.
18        1601 Wewatta St.
19        Suite 900
20        Denver, Colorado 80202
21        dan.shea@hoganlovells.com
22
23   ALSO PRESENT:
24        PETER COOPER, Videographer
25        CHRISTOPHER HANLON, Technician
```

Page 3

Jay Neveloff - 10/4/2017

```
 1                       I N D E X

 2

 3   WITNESS          EXAMINATION BY           PAGE

 4   NEVELOFF         REISER                     10

 5

 6

 7

 8   DIRECTIONS NOT TO ANSWER

 9   Page       Line

10       (NONE)

11

12

13   REQUESTS

14   Page       Line

15       (NONE)

16

17

18                 E X H I B I T S

19   EXHIBIT          DESCRIPTION              PAGE

20

21   Exhibit 1021 RCDC008528-008529              20

22   Exhibit 1022 RCDC003557-003558              27

23   Exhibit 1023 RCDC003561-003562              28

24   Exhibit 1024 RCDC003559-003560              28

25   Exhibit 1025 AHCA00000001                   28
```

Page 4

| | | |
|---|---|---|
| 1 | experience should be your focus.  I hope | 11:57:42AM |
| 2 | that this can be resolved and continue to | 11:57:43AM |
| 3 | add value to our purchase." | 11:57:46AM |
| 4 | That was clearly an indication | 11:57:47AM |
| 5 | to you at least Mr. Hawk was against the | 11:57:48AM |
| 6 | Marriott proposal, yes? | 11:57:52AM |
| 7 | A.   Well, it's an indication to me | 11:57:54AM |
| 8 | that he was opposed to and upset by the | 11:57:56AM |
| 9 | loss of Ritz Destination Clubs and the | 11:58:01AM |
| 10 | morphing towards Marriott, sure, and his | 11:58:08AM |
| 11 | frustration, I guess, in visiting some of | 11:58:12AM |
| 12 | the other properties, or at least one of | 11:58:14AM |
| 13 | the other properties. | 11:58:16AM |
| 14 | Q.   And then I'm going to show you | 11:58:18AM |
| 15 | next 1059. | 11:58:19AM |
| 16 | (Exhibit 1059 marked for | 11:58:21AM |
| 17 | identification.) | 11:58:22AM |
| 18 | Q.   Again, this is about three days | 11:58:38AM |
| 19 | after the letter that you wrote to the | 11:58:39AM |
| 20 | members, and you get another note from | 11:58:41AM |
| 21 | Allan Hurwitz stating that "I don't know | 11:58:45AM |
| 22 | how many of your fellow members have voiced | 11:58:46AM |
| 23 | their thanks for your continued attention | 11:58:46AM |
| 24 | to this issue.  It is extremely important | 11:58:51AM |
| 25 | and I deeply appreciate what you have done | 11:58:52AM |

Page 124

| | | |
|---|---|---|
| 1 | and your keeping us informed.  Co-branding | 11:58:54AM |
| 2 | us with Marriott greatly devalues our | 11:58:56AM |
| 3 | ownership." | 11:58:58AM |
| 4 | Did you agree with him there, | 11:58:59AM |
| 5 | with that statement, co-branding with | 11:59:01AM |
| 6 | Marriott greatly devalued the ownership of | 11:59:03AM |
| 7 | the members? | 11:59:07AM |
| 8 | A.     I would agree with it. | 11:59:07AM |
| 9 | Q.     Next is 1056. | 11:59:12AM |
| 10 | (Exhibit 1056 marked for | 11:59:13AM |
| 11 | identification.) | 11:59:15AM |
| 12 | Q.     I'm going to try to blow | 11:59:21AM |
| 13 | through some of these, because I've got | 11:59:23AM |
| 14 | some -- | 11:59:25AM |
| 15 | A.     Thank you. | 11:59:25AM |
| 16 | Q.     So, again, this is an e-mail | 11:59:38AM |
| 17 | that you received directly from a member by | 11:59:41AM |
| 18 | the name of David Wyndhamsmith, and he says | 11:59:45AM |
| 19 | "Thanks for the update," and he is | 11:59:49AM |
| 20 | referring to the August 17th letter, and he | 11:59:51AM |
| 21 | says "I remain concerned that these changes | 11:59:53AM |
| 22 | will dilute the value of the property.  I | 11:59:55AM |
| 23 | was surprised that the membership are not | 11:59:59AM |
| 24 | being sold, and it appears that they intend | 12:00:01PM |
| 25 | to convert the remaining time into their | 12:00:03PM |

Page 125

```
 1              CERTIFICATION
 2
 3     I, TODD DeSIMONE, a Notary Public for
 4   and within the State of New York, do hereby
 5   certify:
 6     That the witness whose testimony as
 7   herein set forth, was duly sworn by me; and
 8   that the within transcript is a true record
 9   of the testimony given by said witness.
10     I further certify that I am not related
11   to any of the parties to this action by
12   blood or marriage, and that I am in no way
13   interested in the outcome of this matter.
14      IN WITNESS WHEREOF, I have hereunto set
15   my hand this 10th day of October, 2017.
16
17           [Signature: Todd DeSimone]
18
19            TODD DESIMONE
20
21
22
23
24
25
```

Page 248