IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

    Defendants.

## DECLARATION OF ROGER B. KAPLAN IN SUPPORT OF MARRIOTT DEFENDANTS' REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION

I, Roger B. Kaplan, declare and state:

    1.    I am an attorney licensed to practice law in the State of New Jersey and a Shareholder with the law firm Greenberg Traurig, LLP, attorneys for Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Company, LLC (collectively, "Marriott Defendants") in the above-captioned matter. I respectfully submit this Declaration in support of the Marriott Defendants' Reply Brief in Further Support of Motion for Leave to File Supplemental Summary Judgment Motion. I have full knowledge of and am competent to testify as to all matters stated herein.

    2.    Attached as Exhibit A are true and correct excerpts from the deposition of Plaintiff Jacob Slevin.

1

3. Attached as Exhibit B are true and correct excerpts from the deposition of Plaintiff Joel Schneider.

4. Attached as Exhibit C are true and correct excerpts from the deposition of Plaintiff Carol Hidalgo.

5. Attached as Exhibit D are true and correct excerpts from the deposition of Plaintiff Tony Prinster.

6. Attached as Exhibit E are true and correct excerpts from the deposition of Plaintiff Dennis Egidi.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2020 in New Hope, Pennsylvania.

                                                              */s/ Roger B. Kaplan*
                                                              ROGER B. KAPLAN