# EXHIBIT A

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
2    _____
3    RCHFU, LLC, et al.,
4                         Plaintiffs,
5             -against-
6    MARRIOTT VACATIONS WORLDWIDE CORPORATION,
     et al.,
7
                         Defendants.
8
     _____
9
10                       January 11, 2018
                         9:12 a.m.
11
12
13
14          DEPOSITION of JACOB SLEVIN,
15   taken by Defendants, pursuant to
16   Notice, held at the offices of
17   GREENBERG TRAURIG LLP, 200 Park Avenue,
18   New York, New York before Wayne Hock, a
19   Notary Public of the State of New York.
20
21
22
23
24
25     Job No. NJ2789135

1   soft listing, as you described it, with

2   the sales office?

3       A.    I really don't recall.  My

4   guess is the sales office was going to

5   take us a bit less seriously since we

6   questioned just turned down what they

7   thought was a very good offer.  We have

8   not tried to sell it since then.

9       Q.    Why not?

10      A.    Well, clearly we weren't

11  going to sell it even for a lot of

12  money.  We just thought, after we

13  bought it right away and then in the

14  last few years, right, the values are

15  so highly depleted right now that we

16  just don't even see the point.  We can

17  hold it and use it and we don't see the

18  need to take a loss of hundreds of

19  thousands of dollars on it today.

20      Q.    Do you know why the values

21  have depleted?

22      A.    I have my own thoughts on

23  that.  I couldn't tell you -- I'm sure

24  you'll tell me that my thoughts are not

25  right.  Yeah, I think -- yeah, I have

Page 108

1    thoughts on why I think it's gone down,

2    so yeah.

3        Q.    First, it's not my place to

4    tell you whether you're right or wrong.

5        A.    I'm sure somebody else can

6    tell me.

7        Q.    I won't do that.

8              Before I ask you for what

9    they are, when you say thoughts, you

10   mean these are your opinions; right?

11       A.    Yes.

12       Q.    So can you give me your

13   opinions as to why the values have gone

14   down?

15       A.    So I think, generally

16   speaking, the property, which I hold is

17   still a luxurious property, they

18   essentially opened up a back door to

19   access these properties at far less

20   money.  If you could go back in time

21   and all of a sudden you didn't have to

22   spend, in my instance, close to

23   $400,000 to buy in in a serious way and

24   you could deploy $50,000 or even less

25   than that -- I don't know what the