# EXHIBIT B

Page 1

1    IN THE UNITED STATES DISTRICT COURT
          DISTRICT OF COLORADO
2
3      CIVIL ACTION NO.: 1:16-cv-01301-PAB-GPG
4
5
     RCHFU, LLC, et al.,
6
7              Plaintiffs,
8    vs.
9    MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
10
11
              Defendants.
12   _____/
13
14           Greenberg Traurig
             333 Southeast 2nd Avenue, Suite 4400
15           Miami, FL 33131
             Friday, March 16, 2018
16           9:11 a.m. - 10:35 a.m.
17
18       DEPOSITION OF JOEL SCHNEIDER
19
20
21   Taken before MARIA E. REEDER, RPR, FPR
22   and Notary Public for the State of Florida at
23   Large, pursuant to Notice of Taking Deposition filed
24   in the above cause.
25     Job No. NJ2839307

Page 66

1  are maintaining or increasing value and we're not.
2  It's a wonderful property.  There is a reason for
3  it.  And I think the reason is the dilution from the
4  Marriott Vacation Club.  That's my feeling.
5  BY MR. MARX:
6      Q   Is there any other way that you've been
7  harmed other than the decline in value that you
8  attribute to the affiliation?
9          MR. REISER:  Same objection.
10     A   Not that I can think of.
11 BY MR. MARX:
12     Q   And your belief that it's the affiliation
13 that has caused the decline in value is based solely
14 on your subjective beliefs?
15     A   Exactly.
16         MR. MARX:  I have no further questions for
17     the witness.
18                 CROSS EXAMINATION
19 BY MS. LIVINGSTON:
20     Q   Dr. Schneider, this is Jessica Livingston.
21 As I mentioned very briefly earlier and Mr. Marx
22 mentioned, I am an attorney representing the Aspen
23 Highlands Condominium Association, which we've been
24 referring to as the board throughout your deposition.
25         I have one or two very brief questions for