# EXHIBIT C

Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE DISTRICT OF COLORADO
 3      Civil Action No. 1:16-cv-01301-PAB-GPG
        _____
 4
        DEPOSITION OF CAROL HIDALGO
 5      January 24, 2018
        _____
 6
        RCHFU, LLC, a Colorado limited liability
 7      Company, et al.,
 8      Plaintiffs,
 9      v.
10      MARRIOTT VACATIONS WORLDWIDE CORPORATION,
        A Delaware corporation, et al.,
11
        Defendants.
12      _____
13      APPEARANCES:
14          THE MATTHEW C. FERGUSON LAW FIRM, P.C.
                By Matthew C. Ferguson, Esq.
15                  119 South Spring
                    Suite 210
16                  Aspen, Colorado 81611
                    970.925.6288
17                  Matt@matthewfergusonlaw.com
                    Appearing on behalf of Plaintiffs
18
            GREENBERG TRAURIG, LLP
19              By Todd Schleifstein, Esq.
                    500 Campus Drive
20                  Suite 400
                    Florham Park, New Jersey
21                  07932-0677
                    793.360.7951
22                  schleifsteint@gtlaw.com
                    Appearing on behalf of the
23                  Marriott Defendants
24
25      Job No. NJ2795318
```

Page 122

1    the fractional interests at the Aspen Highlands
2    resort?
3         A    No.
4         Q    You can't specify the particular monetary
5    impact that Marriott's actions or inactions, in this
6    case, had on the value of your fractional interest?
7         A    I can't speculate, no.
8         Q    All right.  That would be an opinion, and
9    it would be speculative, right?
10             MR. FERGUSON:  Objection, form.  That's
11   two questions.
12        Q    (BY MR. SCHLEIFSTEIN)  Let me break it up.
13   That would be your opinion, correct?
14             MR. FERGUSON:  You asked if that was an
15   opinion, not if it was her opinion.  She said she
16   didn't have an opinion.
17        A    Give me the question again, please.
18             MR. FERGUSON:  I think you're getting
19   tired.
20             MR. SCHLEIFSTEIN:  I think we're both
21   getting tired.  Could you read the question.
22        A    She's getting tired, poor thing.
23             (Requested record read.)
24             MR. FERGUSON:  Object.
25             MR. SCHLEIFSTEIN:  Okay.