# EXHIBIT D

```
                                                          Page 1

 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE DISTRICT OF COLORADO
 3      Civil Action No. 1:16-cv-01301-PAB-GPG
        _____
 4
        DEPOSITION OF ANTHONY PRINSTER
 5      January 24, 2018
        _____
 6
        RCHFU, LLC, a Colorado limited liability
 7      Company, et al.,
 8      Plaintiffs,
 9      v.
10      MARRIOTT VACATIONS WORLDWIDE CORPORATION,
        A Delaware corporation, et al.,
11
        Defendants.
12      _____
13      APPEARANCES:
14          THE MATTHEW C. FERGUSON LAW FIRM, P.C.
                By Matthew C. Ferguson, Esq.
15                  119 South Spring
                    Suite 210
16                  Aspen, Colorado 81611
                    970.925.6288
17                  Matt@matthewfergusonlaw.com
                    Appearing on behalf of Plaintiffs
18
            GREENBERG TRAURIG, LLP
19              By Todd Schleifstein, Esq.
                    500 Campus Drive
20                  Suite 400
                    Florham Park, New Jersey
21                  07932-0677
                    793.360.7951
22                  schleifsteint@gtlaw.com
                    Appearing on behalf of the
23                  Marriott Defendants
24
25      Job No. NJ2795318
```

```
                                                        Page 167

 1             You haven't done any of those things?
 2        A    As I told you earlier, what I've done is
 3   I've looked to see what the listings are like and
 4   what people are asking, more through brokers who had
 5   the listing.
 6        Q    Okay.  Anything beyond that would be
 7   speculation on your part?
 8        A    On my part, for sure.
 9        Q    Okay.  Are you also seeking a refund of
10   the purchase price of your fractional interest, your
11   past maintenance fee payments?
12        A    Well, I don't think we've asked for that.
13        Q    Okay.
14        A    I'm seeking damages is what I'm asking.
15        Q    Right.  I understand.
16             MR. SCHLEIFSTEIN:  Mr. Prinster, that's
17   all I have for you.  Ms. Black Livingston will have
18   some questions, I'm sure.
19             THE DEPONENT:  Okay.
20             MS. LIVINGSTON:  I do have a few
21   questions, Mr. Prinster, but I will do my best to be
22   quick.
23                         EXAMINATION
24   BY MS. LIVINGSTON:
25        Q    I want to start where we just left off
```