# EXHIBIT E

Page 1

1      IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF COLORADO
2
3      CIVIL ACTION NO.: 1:16-cv-01301-PAB-GPG
4
5
   RCHFU, LLC, et al.,
6
7              Plaintiffs,
8  vs.
9  MARRIOTT VACATIONS WORLDWIDE
   CORPORATION, et al.,
10
11
                Defendants.
12 _____/
13
14           Greenberg Traurig
             333 Southeast 2nd Avenue, Suite 4400
15           Miami, FL 33131
             Friday, March 16, 2018
16           2:24 p.m. - 5:23 p.m.
17
18           DEPOSITION OF DENNIS EGIDI
19
20
21 Taken before MARIA E. REEDER, RPR, FPR
22 and Notary Public for the State of Florida at
23 Large, pursuant to Notice of Taking Deposition filed
24 in the above cause.
25    Job No. NJ2839307

Page 37

1  location.  It's not in town but they have buses every
2  half hour into town and every 20 minutes in the
3  evening.
4           They have a great mountain right out the
5  back door, which is probably the least crowded of
6  any of the four mountains in Aspen.  And you have
7  transportation to Ajax and to -- free transportation
8  on the every half hour to Ajax and to Buttermilk,
9  which are two other mountains.  And there's
10 transportation available through the Highlands
11 itself to -- out to Snowmass.  So it's a skier's
12 paradise.
13      Q    Understood, but have you, yourself, done any
14 analysis that identifies the factors that makes the
15 Aspen Highlands Ritz-Carlton similar to or different
16 than the Dancing Bear, for example?
17      A    The only difference I can determine is
18 they're in town and we're not.
19      Q    Have you seen any analyses that apply that
20 difference in terms of the resale value of those
21 fractions?
22      A    No.
23      Q    Do you believe that factor is relevant to
24 the difference in resale value?
25           MR. REISER:  Objection to form.  Calls for

Page 38

1       expert testimony.
2       A    I would say no because we used to rent in
3   town.  We rented for years out at Snowmass and then we
4   rented for years in town.  And you do a lot of walking
5   if you're in town.  And the places in -- what's nice
6   about the Ritz is that it's kind of quiet there.  If
7   you wanted -- all the action you wanted was just a bus
8   ride away -- a five-minute bus ride away.  And if you
9   wanted peace and quiet, you had a perfect location.
10  BY MR. MARX:
11      Q    As far as you know the location has nothing
12  to do with the resale value?
13      A    I don't think so.
14      Q    And have you seen any analyses or studies
15  that document that fact?
16      A    No.
17      Q    And when's the last time you were at the
18  Aspen Highlands resort at the Ritz-Carlton?
19      A    March 3 to the 10.
20      Q    How was the snow?
21      A    Very good on top of the mountains.
22      Q    And how was the property, in terms of its
23  physical appearance, its upkeep, its maintenance, how
24  is the property today compared to how it was in 2005
25  when you first started going there?

Page 55

1    A    No, he didn't say anything.
2    Q    What did you think the reason for the resale
3  value being not what you would hope it would be in
4  2017 when you discussed potentially selling it?
5         MR. REISER:  Objection to form.
6         MR. MARX:  What's the basis for the
7     objection?  I'm asking the question what he
8     thought.
9         MR. REISER:  It calls for expert testimony.
10    Calls for a legal conclusion.
11        MS. MARTINEZ:  You're asking him to
12    speculate.
13        THE WITNESS:  Do you want to repeat the
14    question, please?
15  BY MR. MARX:
16    Q    Sure.  Do you know the reason why the resale
17  value you thought you could obtain in 2017 when you
18  discussed potentially selling it with Ivan Skoric
19  wasn't what you had hoped it had been -- it would be.
20        MR. REISER:  Same objection.
21    A    The units just weren't selling for those
22  prices anymore.  They were selling for $40,000 a unit.
23  I think I still have over $100,000 on a mortgage on
24  that unit.
25  BY MR. MARX:

Page 94

1  directors of the condominium association?
2       A    Yes.
3       Q    How often do you vote in those elections?
4       A    Generally every year.
5       Q    When's is the last time you voted?
6       A    Last year.
7       Q    Did you change -- did you base your vote on
8  anything having to do with the director's position as
9  it related to this Marriott affiliation?
10      A    No.
11      Q    How do you think the defendant actions here
12 have harmed your fractional interest in the Aspen
13 resort?
14           MR. REISER:  Objection to form.  Calls for
15      legal conclusion.  Calls for expert testimony.
16      Improper contention question.
17           You can answer.
18      A    Repeat the question.
19 BY MR. MARX:
20      Q    Sure.
21           How do you think the defendants here in
22 the lawsuit, like, how have they harmed your
23 interests here?
24           MR. REISER:  Same objection.
25      A    The defendants?