**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION TO CORRECT IDENTIFICATION OF
PLAINTIFF-OWNER OF FRACTIONAL INTEREST AND ADD PROPER PLAINTIFF-
OWNER TO COMPLAINT**

_____

## I.   CERTIFICATE OF COMPLIANCE WITH D.C. COLO. L. CIVR 7.1A

The undersigned certifies that they have conferred with counsel for the Marriott
Defendants, who do oppose this Motion and consent to the entry of a Stipulation and (Proposed)
Order filed herewith.

## I.   INTRODUCTION

This unopposed motion is for the entry of a Stipulation and (Proposed) Order allowing
Plaintiffs to correctly identify a plaintiff-owner of a fractional interest in the Ritz-Carlton Club,
Aspen Highlands and add that plaintiff-owner to the Complaint. The motion is one under
Fed.R.Civ.P. 15(a)(2) to an amendment of the complaint and Plaintiffs has the written consent
through the Stipulation as required.

## II.   RELEVANT FACTUAL BACKGROUND

All versions of Plaintiffs' Complaint have included three Fractional Interests, including a 1/12 interest in Unit 2304 owned by trusts entities associated with Thomas M. Prose, M.D. and Maria T. Prose.   The Proses have divorced after acquiring three fractional interests.   The complaints alleged as follows:

> u)   Plaintiff Thomas M. Prose, M.D. is a citizen of the State of Michigan and Trustee of the Thomas M. Prose Revocable Living Trust. Pursuant to a uniform Purchase Contract signed in 2008, the Prose Plaintiffs paid $369,000.00 to the seller Ritz Carlton Development Company, and obtained title to two undivided 1/12 interests in Residence No. 2401 of the Aspen Highlands Condominiums. The interests are described in weeks. Additionally, pursuant to a uniform Purchase Contract signed in 2009, the Prose Plaintiffs paid $120,650.00 to the seller Ritz Carlton Development Company, and obtained title to an undivided 1/12 interest in Residence No. 2304 of the Aspen Highlands Condominiums. The interest is described in weeks.

Thus, the "Prose Plaintiffs" have sued in connection with three fractional interests at the Ritz-Carlton Club, Aspen Highlands – two in Residence No. 2401 and one in Residence N., 2304.

Maria T. Prose through the "Maria T. Prose Revocable Living Trust, a Michigan Trust" ("Maria Trust") was the owner of 2401 and is now the correct owner of third listed 1/12 interest in Residence No. 2304. Specifically, the Maria Trust is the owner of weeks 13, 24 and 49 (plus a float week). The Maria Trust became the record owner of the 2304 Unit in connection with dissolution of marriage proceedings. The Thomas M. Prose Revocable Living Trust came to own the two interests in Residence No. 2401. Dr. Prose' trust was identified as the owner of all three fractional interests and that should be corrected to include the Maria Trust as the correct owner of the fractional interest in the 2304 Unit.

Damages have been calculated and disclosed for all three units.

## III.   ARGUMENT

Fed.R.Civ.P. 15(a)(2) permits an amendment of a pleading with the opposing party's written consent.  As set forth above in the conferral certificate, the Marriott Defendants do not oppose the motion to add The Maria Trust as the correct plaintiff-owner and have in fact allowed that their "written consent" come in the Stipulation and (Proposed) Order.

Plaintiffs and the Marriott Defendants agree and consent that paragraph 13(u) Seventh Amended Complaint be amended to allege that the Maria Trust is the owner of weeks 13, 24 and 49 (plus a float week) in the fractional interest in Unit 2304; and specifically that these words be added to said paragraph:  "Plaintiff the Maria T. Prose Revocable Living Trust, a Michigan Trust is the owner of the 1/12 interest in Unit 2304".

Additionally, the parties agree and consent that "Maria T. Prose Revocable Living Trust, a Michigan Trust" should be added as a named plaintiff to the caption and that it be added as a party to the case on the Court's Electronic Case Filing system.

The parties further agree that Marriott Defendants' current answer to the Seventh Amended Complaint be deemed to apply in all respects to the Maria Trust and that all their defenses in the answer shall be deemed to apply as against it. Moreover, all positions and arguments in any pending motion for each party shall be deemed to apply in full force and effect as to the Maria Trust. Moreover, the parties agree that all prior court orders entered in this case shall apply to the Maria Trust.

## IV.   CONCLUSION

Plaintiffs respectfully request that this unopposed motion be granted and that the Stipulation and (Proposed) Order submitted herewith be entered.

Dated: August 18, 2020

REISER LAW, P.C.

\_\_\_\_/s/ Michael J. Reiser_____
Michael J. Reiser, # 16161
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 256-0400
E-mail: michael@reiserlaw.com


GIBBS LAW GROUP, LLP

\_\_/s/ Michael Schrag_____
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9718
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com

Respectfully submitted,

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

_____/s/ Matthew C. Ferguson_____
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
E-mail: matt@matthewfergusonlaw.com


THE MEADE LAW FIRM, P.C.

\_\_\_/s/ Tyler Meade_____
Tyler Meade (CA State Bar # 160838)
12 Funston Avenue
Suite A
San Francisco, CA 94129
Telephone: 510-843-3670
E-mail: tyler@meadefirm.com
*Attorneys for Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that on this 18th day of August 2020, a true and correct copy of the foregoing **PLAINTIFFS' <u>UNOPPOSED</u> MOTION TO CORRECT IDENTIFICATION OF PLAINTIFF-OWNER OF FRACTIONAL INTEREST AND ADD PROPER PLAINTIFF -OWNER TO COMPLAINT** was served via ECF filing upon:

    Naomi G. Beer, Esq.
    BeerN@gtlaw.com
    Greenberg Traurig, LLP
    1200 17th Street, Suite 2400
    Denver, Colorado 80202

    Ian S. Marx, Esq.
    MarxI@gtlaw.com
    Philip R. Sellinger, Esq.
    SellingerP@gtlaw.com
    Greenberg Traurig, LLP
    500 Campus Drive, Suite 400
    Florham Park, New Jersey 07932

                                   */s/ Matthew C. Ferguson*
                                   Matthew C. Ferguson