**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG118300

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**STIPULATION AND (PROPOSED) ORDER TO CORRECT IDENTIFICATION OF PLAINTIFF-OWNER OF FRACTIONAL INTEREST AND ADD PROPER PLAINTIFF-OWNER TO COMPLAINT**

---

Plaintiffs, RCHFU, LLC, *et al.*, and Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants"), hereby stipulate and agree as follows:

Plaintiffs have filed an <u>Unopposed</u> Motion to Correct Identification of Plaintiff-Owner of Fractional Interest and Add Proper Plaintiff-Owner to Complaint.

In connection with said motion, Plaintiffs and the Marriott Defendants have agreed that this Stipulation and (Proposed) Order be submitted and that the Marriott Defendants signature be considered written consent under Fed.R.Civ.P. 15(a)(2) to an amendment of the complaint to properly identify and add the Maria T. Prose Revocable Living Trust , a Michigan

Trust ("Maria Trust") as a plaintiff, because it is the owner a certain 1/12 fractional interest in Unit 2304.

The parties agree and consent that paragraph 13 (u) Seventh Amended Complaint be amended to allege that the Maria Trust is the owner of weeks 13, 24 and 49 (plus a float week) in the fractional interest in Unit 2304; and specifically that these words be added to said paragraph: "Plaintiff the Maria T. Prose Revocable Living Trust, a Michigan Trust is the owner of the 1/12 interest in Unit 2304".

Additionally, the parties agree and consent that "Maria T. Prose Revocable Living Trust, a Michigan Trust" should be added as a named plaintiff to the caption and that it be added as a party to the case on the Court's Electronic Case Filing system.

The parties agree and consent that this Stipulation and (Proposed) Order, when entered, be deemed to act as a rider to the Seventh Amended Complaint adding the Maria Trust in the manner set forth above.

The parties further agree that Marriott Defendants' current answer to the Seventh Amended Complaint be deemed to apply in all respects to the Maria Trust and that all their defenses in the answer shall be deemed to apply as against it. Moreover, all positions and arguments in all pending motions for each party shall be deemed to apply in full force and effect as to the Maria Trust.

DATED at Grand Junction, Colorado, this ___day of _____, 2020.

                                      BY THE COURT:

                                      _____
                                      United States Magistrate Judge
                                      Gordon P. Gallagher

Dated: August 18, 2020

| | |
|---|---|
| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
| /s/ Michael J. Reiser | /s/ Matthew C. Ferguson |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | E-mail: matt@matthewfergusonlaw.com |
| | |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| /s/ Michael Schrag | /s/ Tyler Meade |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 12 Funston Avenue |
| 505 14th Street, Suite 1110 | Suite A |
| Oakland, CA 94612 | San Francisco, CA 94129 |
| Telephone: (510) 350-9718 | Telephone: 510-843-3670 |
| E-mail: mls@classlawgroup.com | E-mail: tyler@meadefirm.com |
| E-mail: lpl@classlawgroup.com | *Attorneys for Plaintiffs* |

GREENBERG TRAURIG, LLP

/s/ Ian Marx
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email: SellingerP@gtlaw.com,
MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

4824-5237-0098 v.2                                      3

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 18th day of August 2020, a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO CORRECT IDENTIFICATION OF PLAINTIFF-OWNER OF FRACTIONAL INTEREST AND ADD PROPER PLAINTIFF-OWNER TO COMPLAINT BY STIPULATION AND ORDER** was served via ECF filing upon:

    Naomi G. Beer, Esq.
    BeerN@gtlaw.com
    Greenberg Traurig, LLP
    1200 17th Street, Suite 2400
    Denver, Colorado 80202

    Ian S. Marx, Esq.
    MarxI@gtlaw.com
    Philip R. Sellinger, Esq.
    SellingerP@gtlaw.com
    Greenberg Traurig, LLP
    500 Campus Drive, Suite 400
    Florham Park, New Jersey 07932

                                               */s/ Matthew C. Ferguson*
                                                 Matthew C. Ferguson