IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG118300

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**ORDER APPROVING STIPULATION TO CORRECT IDENTIFICATION OF PLAINTIFF-OWNER OF FRACTIONAL INTEREST AND ADD PROPER PLAINTIFF-OWNER TO COMPLAINT**

---

Plaintiffs, RCHFU, LLC, *et al.*, and Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants"), hereby stipulate and agree as follows:

Plaintiffs have filed an Unopposed Motion to Correct Identification of Plaintiff-Owner of Fractional Interest and Add Proper Plaintiff-Owner to Complaint.

In connection with said motion, Plaintiffs and the Marriott Defendants have agreed that this Stipulation and (Proposed) Order be submitted and that the Marriott Defendants signature be considered written consent under Fed.R.Civ.P. 15(a)(2) to an amendment of the complaint to properly identify and add the Maria T. Prose Revocable Living Trust , a Michigan

Trust ("Maria Trust") as a plaintiff, because it is the owner a certain 1/12 fractional interest in Unit 2304.

The parties agree and consent that paragraph 13 (u) Seventh Amended Complaint be amended to allege that the Maria Trust is the owner of weeks 13, 24 and 49 (plus a float week) in the fractional interest in Unit 2304; and specifically that these words be added to said paragraph: "Plaintiff the Maria T. Prose Revocable Living Trust, a Michigan Trust is the owner of the 1/12 interest in Unit 2304".

Additionally, the parties agree and consent that "Maria T. Prose Revocable Living Trust, a Michigan Trust" should be added as a named plaintiff to the caption and that it be added as a party to the case on the Court's Electronic Case Filing system.

The parties agree and consent that this Stipulation and (Proposed) Order, when entered, be deemed to act as a rider to the Seventh Amended Complaint adding the Maria Trust in the manner set forth above.

The parties further agree that Marriott Defendants' current answer to the Seventh Amended Complaint be deemed to apply in all respects to the Maria Trust and that all their defenses in the answer shall be deemed to apply as against it. Moreover, all positions and arguments in all pending motions for each party shall be deemed to apply in full force and effect as to the Maria Trust.

DATED at Grand Junction, Colorado, this 19th day of August, 2020.

BY THE COURT:

_____
United States Magistrate Judge
Gordon P. Gallagher

Dated: August 18, 2020

REISER LAW, P.C.

___/s/ Michael J. Reiser_____
Michael J. Reiser, # 16161
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 256-0400
E-mail: michael@reiserlaw.com

GIBBS LAW GROUP, LLP

___/s/ Michael Schrag_____
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9718
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com

GREENBERG TRAURIG, LLP

*/s/ Ian Marx*_____
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email: SellingerP@gtlaw.com,
MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

THE MATTHEW C. FERGUSON LAW FIRM, P.C.

_____/s/ Matthew C. Ferguson_____
Matthew C. Ferguson, #25687
119 South Spring, Suite 201
Aspen, Colorado 81611
Telephone: (970) 925-6288
E-mail: matt@matthewfergusonlaw.com

THE MEADE LAW FIRM, P.C.

___/s/ Tyler Meade_____
Tyler Meade (CA State Bar # 160838)
12 Funston Avenue
Suite A
San Francisco, CA 94129
Telephone: 510-843-3670
E-mail: tyler@meadefirm.com
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 18th day of August 2020, a true and correct copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO CORRECT IDENTIFICATION OF PLAINTIFF-OWNER OF FRACTIONAL INTEREST AND ADD PROPER PLAINTIFF-OWNER TO COMPLAINT BY STIPULATION AND ORDER** was served via ECF filing upon:

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Matthew C. Ferguson*
Matthew C. Ferguson