# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC** et al.

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION** et al.

Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Anne Decker is no longer associated with The Meade Firm p.c. and should be removed from the Court's service list with respect to the above-referenced action. The Meade Firm, p.c. continues to serve as counsel for Plaintiffs and all future correspondence and papers in this action should continue to be directed to them.

Dated: August 27, 2020                                             Respectfully submitted,

By: */s/ Anne Decker*
Anne Decker, Esq. (admitted pro hac vice)
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Tel: (415) 724-9600
tyler@meadefirm.com

1

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on this 27th day of August 2020, a true and accurate copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was served via CM/ECF filing system upon the following:

Jessica Black Livingston, Esq.
*jessica.livingston@hoganlovells.com*
Hogan Lovells US LLP
1200 Seventeenth Street, Suite 1500
Denver, Colorado 80202

Naomi G. Beer, Esq.
*BeerN@gtlaw.com*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
*MarxI@gtlaw.com*
Philip R. Sellinger, Esq.
*SellingerP@gtlaw.com*
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

                */s/ Anne Decker*
                Anne Decker