IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC et al.

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.

Defendants.

**UNOPPOSED MOTION TO PERMIT WITHDRAWAL OF ANNE DECKER AS COUNSEL OF RECORD FOR PLAINTIFFS**

Plaintiffs file this unopposed motion to permit Anne Decker, formerly an associate at The Meade Firm p.c., to withdraw as counsel of record for Plaintiffs in this action. Tyler Meade, Sam Ferguson, and Seena Forouzan of the Meade Firm p.c. will remain counsel of record for Plaintiffs, along with the other attorneys for Plaintiffs at Reiser Law, p.c., Gibbs Law Group, LLP, and The Matthew C. Ferguson Law Firm, P.C.

**CERTIFICATE UNDER D.C.COLO.LCIVR 7.1(A)**

Counsel for Plaintiffs have conferred with counsel for Defendants who do not object to Ms. Decker's withdrawal.

**D.C.COLO.LATTYR 5(B)**

A copy of this Motion has been provided to all Plaintiffs.

## ARGUMENT

Ms. Decker entered an appearance for Plaintiffs in February 2019. ECF No. 348. This was shortly after Ms. Decker joined The Meade Firm, p.c. as an associated, and well after the action was first filed. Ms. Decker has moved on to another job and is no longer employed by The Meade Firm. Accordingly, Ms. Decker and The Meade Firm seek her withdrawal from this action pursuant to D.C.Colo.LAttyR 5(b).

Ms. Decker is just one of several attorneys who have entered appearances for Plaintiffs. ECF. Nos. 15, 32, 34, 39, 43, 70, 154, 155, 347, 432. Plaintiffs' other counsel (including Tyler Meade, Sam Ferguson, and Seena Forouzan of The Meade Firm, p.c.) will remain counsel of record for Plaintiffs.

WHEREFORE, Plaintiffs respectfully requests that Ms. Decker be permitted to withdraw as counsel of record for Plaintiffs.

Dated: September 25, 2020

Respectfully submitted,

By: */s/ Tyler Meade*
Tyler Meade, Esq.
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
Tel: (415) 724-9600
tyler@meadefirm.com

*Attorneys for Plaintiffs*

Agreed to by:

*/s/ Annie Decker*
Annie Decker

-3-

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 25 day of September, 2020, a true and accurate copy of the foregoing MOTION TO PERMIT WITHDRAWAL OF ANNE DECKER AS COUNSEL OF RECORD FOR PLAINTIFFS, will be filed and served via CM/ECF filing system upon following:

Philip R. Sellinger, Esq.
Ian S. Marx, Esq.
Roger B. Kaplan, Esq.
Jaclyn DeMais, Esq.
Todd Lawrence Schleifstein, Esq.
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, N|J 07932

Naomi G. Beer, Esc.
Greenberg Traurig LLP
1144 15th Street, Suite 3300
Denver, CO 80202

/s/ Tyler Meade

-3-