IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC et al.

Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION et al.

Defendants.

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF ANNE DECKER AS COUNSEL OF RECORD FOR PLAINTIFFS**

This Court, having considered Plaintiffs' motion to authorize Anne Decker to withdraw as counsel of record for Plaintiffs, hereby finds that the Motion should be granted. The withdrawal of Ms. Decker will have no material impact on Plaintiffs, Defendants, or the Court because she is just one of several lawyers who have entered appearances on Plaintiffs' behalf. Tyler Meade and Sam Ferguson of The Meade Firm p.c. will remain counsel of record for Plaintiffs, as will Plaintiffs' other counsel at the firms.

IT IS THEREFORE ORDERED that:

(1) Anne Decker is withdrawn as counsel of record for Plaintiffs; and

(2) The Clerk of this Court is directed to update the docket accordingly.

Dated this ___ day of _____, 2018.

By: _____
Honorable Philip A. Brimmer