IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

---

**RESPONSE TO THE COURT'S OCTOBER 1, 2020 ORDER GRANTING IN PART AND DENYING IN PART THE MARRIOTT DEFENDANTS' MOTION TO RESTRICT ACCESS**

Pursuant to this Court's Order dated October 1, 2020 (D. 595), granting in part and denying in part the Marriott Defendants' Motion to Restrict Access (D. 570), the Marriott Defendants respectfully submit redacted versions of the following documents per the Court's instructions: D. 442-3, D. 444-23, D. 444-24, and D. 462-4.

Dated: October 19, 2020

                                                  Respectfully submitted,

                                                  GREENBERG TRAURIG, LLP

                                                  By:    *s/ Ian S. Marx*
                                                          Ian S. Marx
                                                          500 Campus Drive, Suite 400
                                                          Florham Park, New Jersey 07932
                                                          Tel: 973.360.7900 / Fax: 973.301.8410
                                                          Email:  MarxI@gtlaw.com

                                                *Attorneys for the Marriott Defendants*

CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of October, 2020, a true and accurate copy of the foregoing **RESPONSE TO THE COURT'S OCTOBER 1, 2020 ORDER GRANTING IN PART AND DENYING IN PART THE MARRIOTT DEFENDANTS' MOTION TO RESTRICT ACCESS** was filed and served with the Clerk of the Court via CM/ECF filing system which will send notification to the following:

Michael J. Reiser
Law Office of Michael J. Reiser
1475 N Broadway, Suite 300
Walnut Creek, CA 94596
*Counsel for Plaintiffs*

Matthew C. Ferguson
The Matthew C. Ferguson Law Firm, P.C.
119 South Spring, Suite 201
Aspen, Colorado 81611
*Counsel for Plaintiffs*

Tyler R. Meade
The Meade Firm P.C.
1816 Fifth Street
Berkeley, CA 94710
*Counsel for Plaintiffs*

Linda Pham Lam
Michael Schrag
Gibbs Law Group LLP
505 14th Street, Suite 1100
Oakland, CA 94612
*Counsel for Plaintiffs*

                                                *s/ Greg Scavelli*
                                                    Greg Scavelli