### Aspen Board Letter Sent – Member Responses – 4/5/13

| Member Name | Member Number | Email | Comments/Questions |
|---|---|---|---|
| Bruce Adelman | 2454975 | [redacted] | Excellent! |
| Douglas Lowey | 4180112 | [redacted] | Can I get an update in total amount of unsold inventory held by Ritz/Marriott and if you have an understanding on if they have marked down their cost basis. Would they be open to a bulk sale, at a price? |
| Walter Petrie | 4180972 | [redacted] | Not sure what all this means based on the e mail. What is the ultimate solution for the owners? |
| Ed Meyerson | 4625782 | [redacted] | Thanks for representing our best interest...Candy and Ed Meyerson |
| Jennifer Coulson | 9087853 | [redacted] | Well done! This is great news. Thanks to all the board members for the time and energy this has taken. We are truly grateful for your efforts. |
| Wayne Hykan | 6115015 | [redacted] | Thank you to the board for achieving this favorable outcome. |
| Richard Tracy | 4003880 | [redacted] | Good work. Thank You. |
| Brian Enns | 4121562 | [redacted] | Thanks for the email. The real issue is that the Ritz/Marriott has destroyed the value of what they have originally marketed and sold all of us by continuously changing the direction of RCC (fractional, points, now MVC). At this point there is almost no chance of any future new Ritz clubs and the "Ritz Premium" that we paid is gone from the value of our fractional properties. It appears from resales (about 100k per unit or less) are trading for about the value of the real estate with no value assigned to the RCC. I guess my question to the board is what is the future of the whole Ritz Carlton Club? Is there opportunities to join other true fractional ownership clubs that are expanding and growing? The Marriott said they lost about $400 million, how much did the members of the RCC lose? |
| Barry Schochet | 2307578 | [redacted] | Thank you! |
| Fred Bohlander | 2636107 | [redacted] | Great job!! |
| Cary Rutland | 4026646 | [redacted] | We are in Aspen now. Glad to hear the news! Will this put an end to the class action lawsuit? |

EXHIBIT 1178
US D.Colo. 1:16-cv-01301
1178-0001
AHCA00000823

| Member Name | Member Number | Email | Comments/Questions |
|---|---|---|---|
| | | | |
| Ronald Glazer | 5555844 | ███████ | Excluding The Ritz Aspen from Marriot usage doesn't begin to solve the problem of lack of accessibility of the other Ritz Carlton Clubs due to Marriot usage. This certainly doesn't address the problem of no longer having Hawaii or Abaco in the mix. Do you really think this token will help improve the value of our investment. The only thing that will satisfy me ifs for Ritz/Marriott to buy back my interest. |
| Ronald Lemar | 5011268 | ███████ | Great Job men. That is good news. |
| Gary Kohler | 4743283 | ███████ | Kudos! |
| Mark Danner | 2374076 | ███████ | Good news! Thank you for your efforts on our behalf. Ann and Mark Danner |
| Dan Lackey | 5782067 | ███████ | Thanks for your good work on behalf of all the members. Perhaps the representatives of Marriott (or owners of the unsold interests) would consider their carrying costs for unsold interests and consider a greatly reduced price for those units, with the reduced price being offered only to current members (in good standing) of the Aspen Club? |
| Gilbert Gradinger | 3178176 | ███████ | Well done !!! Will we be asked to vote against the inclusion of Aspen Highlands in the exchange program ? |
| Christopher Branoff | 2141822 | ███████ | This is great news! Congratulations to all of you who worked so hard to make this happen. It will be very important to work out a plan regarding the Ritz/Marriott inventory as the value of our investments has already taken a significant hit. Thanks again for your communication and hard work! |
| Blair Fensterstock | 2717978 | ███████ | Excellent! |

Aspen Board Letter Sent – Member Responses – 4/5/13

### Aspen Board Letter Sent – Member Responses – 4/5/13

| Member Name | Member Number | Email | Comments/Questions |
|---|---|---|---|
| Barry Matza | 1610567 | [redacted] | Great Job gentelmen!! |
| Gail Richards | 2997514 | [redacted] | Congratulations on the way you handled this very important issue. Thank you, thank you. Gail Richards |
| Frank Speno | 6806321 | [redacted] | Great job!!! |
| Jennifer Colson | 9087853 | [redacted] | Highlands Board of Directors, Thank you for all your hard work! Hope you know how appreciative we are. Let us know if there is anything we can do to further support you! |
| Alexander Coxe | 3706310 | [redacted] | Sounds good to us. Colleen & Alec Coxe |
| Robert Hammer | 4543691 | [redacted] | Wonderful!!! |
|  | 4189613 | [redacted] | Congratulations for your effort to seek a good understanding with Marriot. We are still very concerned with the unsuitable manner that Marriot has acted in a way that would certainly harm our rights and honest our privileges. Onde again, thank you for your effort to protect our rights. |
| William Dockser | 3504896 | [redacted] | Seems like you are winning, not done but a start |
| Robert Goldberg | 3096063 | [redacted] | GOOD JOB....WE SHOULD NOT BE INCLUDED.....CONGRATULATIONS! |
| Howard Simon | 5625020 | [redacted] | I am not understanding how you consider this positive. We lost Hawaii, Abacco and get no benefit from other clubs they own? Although we are members in Aspen we do enjoy going to other places.' What would be good is the same kind of reduced club per diem rates in their hotel chain then we would would be preserving the Ritz quality vs. Marriott. |
| Toby Weston-Cone | 3882638 | [redacted] | Thank you! This is great news. Great job representing us all! |
| Norman Jones | 6801991 | [redacted] | **Good job in heading off a disaster!** |

1178-0003

AHCA00000825

| Aspen Board Letter Sent – Member Responses – 4/5/13 |
| Member Name | Member Number | Email | Comments/Questions |
| --- | --- | --- | --- |
| Douglas Kadison | 2973007 | [redacted] | Thank you |
| Micahel Robinson | 3635090 | [redacted] | That's great news! |
| Richard Davis | 1858736 | [redacted] | Hallelujah that is good news. Great job, let's hope it works |
| Gail Lockyer | 6174696 | [redacted] | To whom it may concern: How will this improve the current market for people who own units and wish to sell them? I purchased my unit for about $255,00, and have been trying to sell my unit for 4 years. I have had 4 different realtors. It is now listed in the low 70's and I have not had one offer in all those years. I am held hostage to about $15,000 annual payment a year. My circumstances have changed - I have not used my weeks for 2 years (sometimes let friends use it). I totally support a class action suit. The actions of the Marriott have resulted in a non existent market for the sale of these beautiful units. THE ONLY REAL SOLUTION IS FOR THE MARRIOTT TO BUY THE UNITS BACK! A very frustrated and upset Gail Lockyer |
| David Coury | 9141044 | [redacted] | Can someone from the board please call me. Bought in Aspen Highland last year and am concerned that what I bought when joining the Ritz destination club is now in jeopardy. I would appreciate that someone call me at 216-390-5830 so I can understand the direction the Board is taking. |
| Carol Hidalgo | 2466876 | [redacted] | I suppose that means that those of us who are Destination Club member will not be able to trade our time for Destination Club locations? |
| Robert Wiviott | 2687061 | [redacted] | That is very encouraging. Can you advise when that vote will be taken? |
| Roger Massey-Green | 7632842 | [redacted] | Randy and colleagues, Congratulations on a great outcome without direct litigation I may be interested in purchasing some Ritz inventory. Who should I contact? |
| Michael Hanson | 2625666 | [redacted] | But, will we as Aspen owners be able to participate in the program so that we can trade some of our Aspen weeks for points and use them at Marriott Vacation Club destinations? |

| Aspen Board Letter Sent – Member Responses – 4/5/13 ||||
|---|---|---|---|
| Member Name | Member Number | Email | Comments/Questions |
|  |  |  |  |
| James Briggs | 5326401 | ███ | Thanks, keep up the good work. |
| George Vos | 1526562 | ███ | Good outcome. What percentage of Highland units does Marriott own? |
| Steve Hoffman | 2984697 | ███ | Terrific news...thanks |
| Annette Kalcheim | 3547642 | ███ | When will this vote occur? I guess my problem with this outcome is that if a majority of the members vote no, we now have very few clubs in which to exchange. I understand the premiss that the point system of the Marriott diminishes the value of the Ritz, however, if we have only a few clubs to exchange, that also lowers the value. I bought with the understanding that the Ritz would be adding many more clubs. They did, at first, and now have taken two away, both in warm climates At this point, I do not know which way I am going to vote. It would be great to get some other feed back from other members. |
| Joshua Nemzoff | 9036907 | ███ | So are you saying that no one from the Aspen Highlands club will be able to use any of the Marriott club locations? Or no one from the Marriott club can use the Aspen Highlands location? Or both???? |
| Philippe Berenger | 8538770 | ███ | Great news.   Keep up the good discussions! |
| Margaret Palm | 3703263 | ███ | THANK YOU BOARD, WE ARE BEHIND YOU 100%. OUR VALUE AND OUR ENJOYMENT OF THE CLUB HAS BEEN SEVERLY DAMAGED BY THE AFFILIATION WITH THE MARRIOTT VACATION CLUB. BART AND MARGY PALM |
| Allen McGee | 2415175 | ███ | Dear Randy, I applaud the Board's action on recommending that our Highlands Club remain outside the scope of the new Marriott Exchange Program. I would urge the Board to make a claim that the diminishing reciprocity sites and forfeiture of reciprocity for sales transacted out of the Marriott Sales Structure have caused owner values to decrease and therefore Marriott must compensate owners for the |

| Member Name | Member Number | Email | Comments/Questions |
|---|---|---|---|
| | | | Aspen Board Letter Sent – Member Responses – 4/5/13 |
| | | | losses in value.  Allen D. McGee<br>our owner values to decrease |
| Fabian Oberfeld | 6816215 | [redacted] | Good news. Thank you for all your hard work and efforts to protect our property interests. |
| Eric Shapiro | 3415978 | [redacted] | Thank you for your hard and diligent work. |
| Alejandro Ruiz | 5068434 | [redacted] | Wow!!! Congratulations those are very good news for us!!!<br>We do not want Aspen Highlands in the Marriot Vacation Club<br>Any other option is better including for us purchasing more weeks |
| Thomas Friemore | 3832453 | [redacted] | I would like to have someone call me regarding this.  I would like to have some other choices of properties I could use other than what is left with the Ritz properties.  My cell number is 303-717-9996. |
| Bill Schaeffer | 5160002 | [redacted] | Dear Board of Directors,<br>Thank you very much for the email and the very good news!  We are delighted and congratulate you on your handling of the situation and the results.<br>We are interested in how the current inventory of Ritz/Marriott units will be sold.  We are on the fixed week program, and would seriously consider supplementing our time if we could get additional fixed weeks, preferably contiguous with the weeks we have.<br>We are not at all interested in the points system, nor floating weeks.<br>Again, thank you for the email and the information.  We truly believe this will raise the value of our fractional interests.  Please keep us informed! |
| Mark Gloger | 8746348 | [redacted] | Hi,<br>Could you please explain what this means to Highland owners.<br>Thank you. |
| Bonnie Likover | 7362758 | [redacted] | How many 3 bedroom condos or fractional interests in same are currently in the inventory of Aspen Highlands that Marriott would like to sell????? |
| Carter Terrell | 2684051 | [redacted] | Aspen Highlands Board Members:<br>To begin, I want to take this opportunity to thank you for all of your efforts on our behalf regarding this major fiasco with the Marriott Vacation Club, etc. All of your time and energy trying to put a stop to all of these troubling developments is greatly appreciated.<br>I just received the e-mail below from a MVC member and wanted to alert the board in |

| Aspen Board Letter Sent – Member Responses – 4/5/13 ||||
|---|---|---|---|
| Member Name | Member Number | Email | Comments/Questions |
| | | | case others may have the same problem. I have NO idea how our two profiles got connected in any way but it is definitely very concerning. Please "add this to the list" of issues with what is happening to our RCDC membership. |
| | | | |
| | | | |

1178-0007

Case 1:16-cv-01301-PAB-GPG   Document 444-23   Filed 07/29/19   USDC Colorado   Page 7 of 7

AHCA00000829