**CONFIDENTIAL**

| | |
|---|---|
| **From:** | Sobeck, Stephanie |
| **Sent:** | Friday, April 12, 2013 02:27:24 PM |
| **To:** | Cunningham, Lee; Clark, Mary Lynn |
| **Subject:** | FW: Aspen Board Letter - Member Responses |
| **Attachments:** | Aspen Board Letter sent on 4-5-2013.doc |
| **Categories:** | Red Category |

Interesting feedback from Aspen members regarding the letter sent out last week. Looks like from this letter that vote will be a "no" for affiliation. That being said, you never know when we educate them what will happen.
Steph

Stephanie E. Sobeck
Vice President, Asset Management
The Ritz-Carlton Destination Club
6649 Westwood Blvd. Suite 500
Orlando, FL 32821
Phone: (407)206-6017, Fax: (407)206-6013, Cellular: (407)341-2651
stephanie.sobeck@ritzcarltonclub.com

This communication contains information from The Ritz-Carlton Development Company that may be confidential. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

---

**From:** Babich, Eveleen
**Sent:** Friday, April 12, 2013 12:05 PM
**To:** Sobeck, Stephanie
**Subject:** Aspen Board Letter - Member Responses

Good Morning Steph –

Here are the Member responses that we received in our Communications Box.

Eveleen

AH

RCDC008301

EXHIBIT
1188
US D.Colo. 1:16-cv-01301

1188-0001

**CONFIDENTIAL**

## Mr. Croom Email Correspondence

| Date of Communication | Communication |
|---|---|
| March 15, 2013 | On Mar 15, 2013, at 10:33 AM, "Fisher, Karl (RCC)" <karl.fisher@ritzcarltonclub.com> wrote:<br><br>**Karl J. Fisher**<br>Regional Membership Executive<br>The Ritz-Carlton Destination Club<br>690 Market Street #701<br>San Francisco, CA 94104<br>415-247-1159 Main<br>407-903-6044 Fax<br>407-491-1234 Cell<br>karl.fisher@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com<br><br><Word Doc 1 - RCDC Hotel Promo Nights.doc><br>(There is an attached document that was sent to Mr. Croom that we do not have in our records) |
| March 15, 2013 | **From:** David Croom<br>**Sent:** Friday, March 15, 2013 10:27 AM<br>**To:** Fisher, Karl (RCC)<br>**Subject:** Re: Hotel<br>Karl could you tell us what the designation "MRP" means and could you do the calculation of the points that would be carried with 8207 interest 12. We discussed this in general terms prior but we would like to know the actual number for the above. Thanks David<br><br>Sent from my iPhone<br>David Croom |
| March 15, 2013 | On Mar 15, 2013, at 11:28 AM, "Fisher, Karl (RCC)" <karl.fisher@ritzcarltonclub.com> wrote:<br><br>The designation Is for Marriott Hotel Rewards which is also Ritz Carlton Hotel Rewards.<br>The final numbers of what each residence will be valued at has not been finalized, when we discussed it I was giving you approximate values and I was leaning on the low side so as to not over promise.<br>**Karl J. Fisher**<br>Tel 415 247 1159<br>Cell 407 491 1234<br>Fax 407 903 6044 |

AH

RCDC004398

1188-0002

**CONFIDENTIAL**

| | |
|---|---|
| March 15, 2013 | On Mar 15, 2013, at 13:55, "David Croom" ■■■■■■ wrote:<br><br>Ok could you then approximate the points for 8207 interest 12<br><br>Sent from my iPhone<br>David Croom<br>■■■■■■ |
| March 15, 2013 | **From:** Fisher, Karl (RCC) [mailto:karl.fisher@ritzcarltonclub.com]<br>**Sent:** Friday, March 15, 2013 2:11 PM<br>**To:** David Croom<br>**Subject:** Re: Hotel<br><br>David,<br><br>I just went and asked for confirmation and my quote is lower than the actual number of points.<br><br>Yours truly,<br><br>Karl J. Fisher<br>Ritz Carlton Club<br>407 491 1234<br>Please excuse any typos.<br>Sent from my iPhone 4S |
| March 15, 2013 | **From:** Fisher, Karl (RCC) [mailto:karl.fisher@ritzcarltonclub.com]<br>Sent: Friday, March 15, 2013 3:46 PM<br>To: David Croom<br>Subject: Explore Resort Destinations | Marriott Vacation Club<br><br>David,<br><br>Yes you are correct each year we will calculate what each of the four weeks you would own will be worth should you decide to convert them into Destination points. Destination Points can not be used at hotels and can only be used at resorts and for the explorer trips.<br><br>It's easier to simply say if you purchase from the resale market you will only have 7 Ritz Carlton Clubs that you can access and no matter what the maximum time you could use each year would always be the 4 weeks that you purchased.<br><br>If you decide to purchase with me thought the Ritz Carlton directly you will have the same 7 Ritz Carlton clubs plus 51 Marriott resorts at a minimum.<br><br>The link below show the Marriott destinations.<br><br>http://www.marriottvacationclub.com/vacation-resorts/index.shtml<br><br>Yours truly,<br>Karl J. Fisher<br>407 491 1234 |

AH

RCDC004399

1188-0003

CONFIDENTIAL

| | |
|---|---|
| | Please excuse any typos.<br>Sent from my iPad |
| November 5, 2013 | Tue 11/5/2013 3:15 PM<br>Mary, it was a pleasre to speak with you. Thank you for providing much needed and appreciated clarification. I am forwarding one of many e-mails sent by Karl Fisher prior to our contracting for our interest.I will forward two more which have his response to how many points we would be awarded were to to give up a week of our interest. I look forward to hearing from you. Best regards, David Croom<br><br>This is the email that Mr. Croom is referring to:<br>From: Fisher, Karl (RCC) [mailto:karl.fisher@ritzcarltonclub.com]<br>Sent: Friday, March 15, 2013 3:46 PM<br>To: David Croom<br>Subject: Explore Resort Destinations \| Marriott Vacation Club |
| November 5, 2013 | -----Original Message-----<br>From: Umney, Mary<br>Sent: Tuesday, November 05, 2013 6:23 PM<br>To: Clark, Mary Lynn; Dinda, Dee; Autiello, Nick<br>Cc: Ramirez, Fanny<br>Subject: FW: Explore Resort Destinations \| Marriott Vacation Club<br><br>Good Evening-<br><br>I Just spoke with Mr. Croom who purchased an Aspen residence back in May . This Member is upset because he was told prior to purchasing that we had already affiliated with Marriott. Is anyone familiar with an ME named Karl Fisher? Mr. Croom sent me the email below from Karl. How should I proceed with this issue?<br><br>Best Regards,<br><br>Mary Umney<br>Member Services Team Lead<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283008<br>Fax : 801.832.4342<br>Mary.umney@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com |

AH

RCDC004400

1188-0004

Case No. 1:16-cv-01301-PAB-GPG Document 597-3 filed 10/19/20 USDC Colorado pg 5 of 110
Case 1:16-cv-01301-PAB-GPG Document 14-2 Filed 07/29/19 USDC Colorado Page 5 of 10
CONFIDENTIAL

| | |
|---|---|
| November 5, 2013 | **Created By:** MAUMN726<br>**Activity Date:** 11/05/2013 16:24:39<br>**Last Updated:** 11/05/2013 16:24:39<br>**Activity Status:** Contact-Phone F/U<br>**Pending:** N<br>**Note:** Mr. Croom was transfered from Kahlil to discuss Affiliation - Advised Mr. C that we have not affiliated as of yet. Mr. Croom was upset because he purchased the residence on the basis that he would have this option Mr. Croom sent the attached emails from ME Karl Fisher that shows he was advised of the affiliation. sent the attached to corporate to see how to proceed with this …. |
| November 5, 2013 | -----Original Message-----<br>From: Clark, Mary Lynn<br>Sent: Tuesday, November 05, 2013 4:24 PM<br>To: Umney, Mary; Dinda, Dee; Autiello, Nick<br>Cc: Ramirez, Fanny<br>Subject: RE: Explore Resort Destinations \| Marriott Vacation Club<br><br>Nick,<br><br>Please jump in on this ……Thanks!<br>ML |
| November 6, 2013 | Wed 11/6/2013 5:54 PM<br>Good Evening -<br><br>Has there been any follow up on this? Mr. Croom just called this evening to check on what could be done.<br><br>He may be reached at ▮▮▮▮ or ▮▮▮▮<br><br>Please let me know if there is anything I can do to assist. Many Thanks!<br><br>Mary Umney<br>Member Services Team Lead<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283008<br>Fax : 801.832.4342<br>Mary.umney@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com<br><br>Mary sent this email to Mary Lynn Clark and Nick Autiello with a CC: to Fanny Ramirez |
| November 12, 2013 | -----Original Message-----<br>From: David Croom ▮▮▮▮<br>Sent: Tuesday, November 12, 2013 4:29 AM<br>To: Umney, Mary<br>Cc: David Croom<br>Subject: information requested<br><br>Mary, I had an informative conversation with Nick yesterday and it seems that Ritz Carlton Aspen Highlands will be incorporating the Marriott resort exchange in the first quarter 2014 |

**CONFIDENTIAL**

| | |
|---|---|
| | so that pretty much settles the issue I had with the misinformation I received from Karl Fisher.<br>I still have some questions and need some direction so I will list them in hopes that you can get me pointed in the right direction. They are:<br><br>I need to be assigned to a member services advisor need an enrollment agreement for the Exclusive Resort exchange program When we purchased our current interest through Karl ,we were awarded 650,000 Marriott Reward points but need a contact to understand how we use them.Will the Ritz member services advisor be able to assist with Marriott related questions and booking or do we need a Marriott person too<br><br>Thank you again for all your assistance. It has been a pleasure working with you. kindest regards David Croom |
| November 12, 2013 | Tue 11/12/2013 4:44 PM<br>Good Afternoon Mr. Croom -<br><br>I am so glad to hear that Nick was able to provide you with the updated information.<br><br>I am copying Rachel Parks on this email... I think Rachel would be an excellent fit as your Advisor. Prior to becoming an Advisor for the Ritz-Carlton Club, Rachel was an expert in points on the Marriott side. She will be able to assist you with your current allocation and go over future points options. Is there a good time to have Rachel reach out to you? She will be in the office tomorrow from 1-9 EST.<br><br>As always, please know that I am here if you should need any further assistance.<br><br>Best Regards,<br><br>Mary Umney<br>Member Services Team Lead<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283008<br>Fax : 801.832.4342<br>Mary.umney@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com |

| | |
|---|---|
| November 14, 2013 | On Jan 14, 2014, at 9:24 PM, Parks, Rachel wrote:<br>Dear Mr. Croom,<br><br>If you would like I can re-assign you to my book of business and be your Member Services Advisor. I think this is what we discussed a while back. Please let me know if you would like that. I hope you are well and that you have a lovely evening!<br><br>Warmest regards,<br><br>Rachel Parks<br>Member Services Advisor<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283012<br>Fax : 801.832.4342<br>rachel.parks@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com |
| November 14, 2013 | **From:** David Croom<br>**Sent:** Tuesday, January 14, 2014 4:48 PM<br>**To:** Parks, Rachel<br>**Subject:** Re: The Ritz-Carlton Destination Club - Exclusive Resorts<br><br>Rachel, you were quite helpful to me in my re orientation to the Ritz carlton club and new programs and exchange possibilities. You had arranged for me to have a Ritz Carlton advisor who could help get the Exclusive resort program activated as well as help us with the Marriott Reward Points we were granted when we re purchased from Ritz Carlton . My only question is that I do not seem to have a record of the person's contacts you had connected me with and I have searched my e-mails to no avail. between the Thanksgiving and Christmas holidays, I just put all this aside so that is why I am this late getting back in touch. If you could re direct me again, it would be most appreciated. Thanks, David Croom |
| November 19, 2013 | On Nov 19, 2013, at 6:43 PM, Parks, Rachel wrote:<br><br>Good afternoon Mr. & Mrs. Croom,<br><br>I have attached a list of the properties you have access to through Exclusive Resorts and their blackout dates.<br><br>Here is the link for Exclusive Resorts - http://www.exclusiveresorts.com/ where you can go to view the properties. Only the properties on our list are currently available to our Members.<br><br>Please keep the following guidelines in mind:<br>You must use a Reserved Allocated week to exchange with Exclusive Resorts.<br>•You must make your request greater than 60 days prior to the arrival date of the Reserved Allocated week that you are exchanging.<br>•You may request an exchange up to nine months in advance of your desired travel date.<br>•You may only exchange one week of Reserved Allocation per Use Year.<br>•The arrival date of the week you exchange must be in the same calendar year as your |

CONFIDENTIAL

| | |
|---|---|
| | desired travel date.<br>•Your reservation must be a Sunday to Sunday reservation until we are within 90 days of your desired check in.<br>•Ensure that the dates you are requesting do not fall within any of the blackout periods for the resort you are requesting.<br><br>Please feel free to contact me with any questions or concerns.<br><br>Warmest regards,<br><br>Rachel Parks<br>Member Services Advisor<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283012<br>Fax : 801.832.4342<br>rachel.parks@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com |
| January 15, 2014 | **From:** David Croom<br>**Sent:** Wednesday, January 15, 2014 4:14 AM<br>**To:** Parks, Rachel<br>**Subject:** Re: The Ritz-Carlton Destination Club - Exclusive Resorts<br><br>Rachel, that would be great if you became our advisor and we would look forward to working with you. Has the Aspen Highlands property been made a part of the Exclusive Resorts program yet?<br>We currently gave up our winter week and were put on waiting list for a week in March. Can you let me know where we stand on the list ? I probably need to speak with you regarding how we use the Marriott Destination Club points we were given when we bought our current unit. Can you give me an idea of what your work days and hours will be in the next few weeks. Thank you, David Croom |
| January 15, 2014 | Wed 1/15/2014 1:00 PM<br>Dear Mr. Croom,<br><br>I have requested that your account be added to my book of business. Going forward I will be your assigned Member Services Advisor.<br><br>You are not currently enrolled in our Exclusive Resorts program, however, I have requested that the enrollment e-mail be sent to you. You should receive it within 48 hours. To complete enrollment you will simply follow the instructions in the e-mail once you |

AH

RCDC004404

1188-0008

| | |
|---|---|
| | receive it.<br><br>You are currently top 20 on the waitlist for March 5th – 7th, 2014 and top 25 for March 8th – 15th, 2014.<br><br>I would be happy to spend some time discussing options on your bonus points. Did they give you Marriott Vacation Club points or Marriott Rewards points? Also, how many did they give you? I am in the office Thursday, Friday, and Saturday this week from 10:30 am – 7 pm Mountain Time. Please let me know when you would like to review with me.<br><br>Have a wonderful evening!<br><br>Warmest regards,<br><br>Rachel Parks<br>Member Services Advisor<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283012<br>Fax : 801.832.4342<br>rachel.parks@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com |
| January 18, 2014 | **Created By:** RSPAR881<br>**Activity Date:** 01/18/2014 13:20:51<br>**Last Updated:** 01/18/2014 13:20:51<br>**Activity Status:** I/C Owner Contact<br>**Pending:** N<br>**Note:** Mr. Croom called to ask some questions about ER (Exclusive Resorts) and MR (Marriott Rewards) points. |
| February 1, 2014 | **From:** David Croom [redacted]<br>**Sent:** Saturday, February 01, 2014 9:27 AM<br>**To:** Umney, Mary<br>**Subject:** Re: information requested<br><br>Mary, would you please provide me Nick's last name and his contacts. I would like to speak with or e-mail him. Thanks you David Croom |
| February 1, 2014 | **From:** Umney, Mary<br>**Sent:** Saturday, February 01, 2014 12:53 PM<br>**To:** 'David Croom'<br>**Subject:** RE: information requested<br><br>Good Afternoon Mr. Croom –<br><br>Below is the requested information:<br>Nikolay Tevekeliyski<br>Nikolay.Tevekeliyski@ritzcarlton.com |

AH

RCDC004405

1188-0009

**CONFIDENTIAL**

|  | 970-429-2345 |
|---|---|
|  | Please feel free to contact me if you should need any further information. |
|  | Have a wonderful weekend! |
|  | Mary Umney<br>Member Services Team Lead<br>The Ritz-Carlton Destination Club<br>310 Bearcat Drive<br>Salt Lake City, Utah 84115<br>Toll Free : 888.220.2084  Ext : 3283008<br>Fax : 801.832.4342<br>Mary.umney@ritzcarltonclub.com<br>www.ritzcarltondestinationclub.com |

AH

RCDC004406

1188-0010