# EXHIBIT 1

```
 1   RCHFU, LLC,  et al.,
 2        Plaintiffs,          United States District Court
                               District of Colorado:
 3   v.                        No.  1:16-cv-01301 PAB-GPG
 4   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 5
          Defendants,
 6   _____/
     REISER, et al.,
 7
          Plaintiffs,          Eastern District of California
 8   v.                        No. 2:16-cv-00237-MCE-CKD
 9   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al,
10
          Defendants,
11   _____/
     PETRICK, et al.,
12
          Plaintiffs,
13                             San Francisco County
     vs.                       No. CGC-15-54897
14
     MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16        Defendants.
     _____/
17
18
             VIDEOTAPED DEPOSITION OF STEPHEN WEISZ
19
                               Greenberg Traurig
20                             450 South Orange Avenue
                               Suite 650
21                             Orlando, Florida
22                             Thursday, 9:11 a.m.-2:25 p.m.
23                             May 17, 2018
24
25   PAGES 1 - 190
```

Page 1

```
 1    I've met him.
 2         Q.   Have you ever heard anything about his law
 3    practice?
 4         A.   Not really.
 5         Q.   Do you know the firm, Kramer Levin, in
 6    New York?
 7         A.   I do not.
 8         Q.   So getting back to the halo affect we
 9    discussed right before the break, would you agree that
10    the Marriott Vacation Club is benefiting from the halo
11    effect of the Ritz-Carlton Destination Club
12    post-reengineering of the clubs?
13              MR. SELLINGER:  Objection to form.
14         A.   I don't consider that in the context as
15    you've represented it.  I think the fact that our
16    members have the opportunity, after spending a
17    considerable amount of points, to get to a
18    Ritz-Carlton Club -- those that want to go there -- I
19    think they certainly enjoy the accommodations and the
20    service levels.  But I don't think it's, per se, a
21    halo effect to the Marriott Vacation Club standard
22    timeshare product.
23    BY MR. REISER:
24         Q.   But do you think that it actually helps the
25    Marriott Vacation Club sales folks sell more product
```

Page 108

```
 1   by being able to tell potential purchasers that they
 2   have access to the Ritz-Carlton Clubs through the
 3   Marriott Vacation Club?
 4        A.   I certainly think there's some members that
 5   probably value that and would buy more points as a
 6   result of it.
 7        Q.   Okay.  I mean, regardless of whether we call
 8   that a halo effect or not, you would agree that it was
 9   beneficial to the Marriott Vacation Club sales efforts
10   to be able to represent to potential purchasers that
11   they would have access to the Ritz Clubs.  True?
12             MR. SELLINGER:  Objection to form.
13        A.   Again, I think you're making more of it than
14   I would in terms of the benefit to doing it.  Again --
15   and I'll give you another example.
16             When we announce a new resort in a new
17   location, that provides a benefit to our existing
18   owners, and they get excited about it and they want to
19   go buy more points.
20             Again, I don't think there's a dramatic
21   effect by having Ritz-Carlton Club inventory in the
22   North American Trust that causes us to see a huge
23   incremental value to it.
24   BY MR. REISER:
25        Q.   Prior to the reengineering of the
```

Page 109

```
 1                CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA
 4    COUNTY OF ORANGE
 5
 6            I, Lisa Gerlach, Court Reporter, do hereby
 7    certify that I was authorized to and did
 8    stenographically report the foregoing deposition; and
 9    that the transcript is a true and correct
10    transcription of the testimony given by the witness.
11            I further certify that I am not a relative,
12    employee, attorney or counsel of any of the parties,
13    nor am I a relative or employee of any of the parties'
14    attorney or counsel connected with the action, nor am
15    I financially interested in the action.
16            Dated this 31st day of May, 2018.
17
18
19                    [signature: Lisa Gerlach]
20            Lisa Gerlach, Court Reporter
21
22    The foregoing certification of this transcript does
23    not apply to any reproduction of the same by any means
24    unless under the direct control and/or discretion of
25    the certifying reporter.
```

Page 190