# EXHIBIT 2

**Compilation Spreadsheet** 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **2014 (MVC 10-K; *see* RCDC066221)** | | | | | | |
| Total Gross Revenue from All Sources | | $ | 1,736,000,000.00 | | | |
| Revenue from Point Sales | | $ | 648,000,000.00 | | | |
| Less: Costs of Vacation Ownership Products | | $ | 197,000,000.00 | | | |
| Less: Marketing and Sales | | $ | 315,000,000.00 | | | |
| Net Profits from Point Sales | | $ | 136,000,000.00 | | | |
| | | | | **Access to Ritz Top 5 Reason to Purchase** | | |
| | **Urcil Peters Dep. Tr. 29:2-30:4** | | | **(SMS SURVEY; see Urcil Peters Dep. Exhibit 6006 and 6008)** | | |
| 2014 Net Profit from Existing Owners | 65.00% | $ | 88,400,000.00 | 7.40% | $ | 6,541,600.00 |
| 2014 Net Profit from New Owners | 35.00% | $ | 47,600,000.00 | 5.50% | $ | 2,618,000.00 |
| | | | | | $ | 9,159,600.00 |
| **2015 (MVC 10-K; *see* RCDC066409)** | | | | | | |
| Total Gross Revenue from All Sources | | $ | 1,830,463,000.00 | | | |
| Revenue from Point Sales | | $ | 675,329,000.00 | | | |
| Less: Costs of Vacation Ownership Products | | $ | 204,299,000.00 | | | |
| Less: Marketing and sales | | $ | 330,599,000.00 | | | |
| Net Profits from Point Sales | | $ | 140,431,000.00 | | | |
| | | | | | | |
| | | | | **Access to Ritz Top 5 Reason to Purchase** | | |
| | **Urcil Peters Dep. Tr. 29:2-30:4** | | | **(SMS SURVEY; see Urcil Peters Dep. Exhibit 6006 and 6008)** | | |
| 2015 Net Profit from Existing Owners | 65.00% | $ | 91,280,150.00 | 6.30% | $ | 5,750,649.45 |
| 2015 Net Profit from New Owners | 35.00% | $ | 49,150,850.00 | 5.40% | $ | 2,654,145.90 |
| | | | | | $ | 8,404,795.35 |
| **2016 (MVC 10-K; *see* RCDC066563)** | | | | | | |
| Total Gross Revenue from All Sources | | $ | 1,811,235,000.00 | | | |
| Revenue from Point Sales | | $ | 637,503,000.00 | | | |
| Less: Costs of Vacation Ownership Products | | $ | 155,093,000.00 | | | |
| Less: Marketing and sales | | $ | 363,295,000.00 | | | |
| Net Profits from Point Sales | | $ | 119,115,000.00 | | | |

**Compilation Spreadsheet** 2

| | | | | Access to Ritz Top 5 Reason to Purchase | | |
|---|---|---|---|---|---|---|
| | **Urcil Peters Dep. Tr. 29:2-30:4** | | | **(SMS SURVEY; see Urcil Peters Dep. Exhibit 6006 and 6008)** | | |
| 2016 Net Profit from Existing Owners | 65.00% | $ | 77,424,750.00 | 5.90% | $ | 4,568,060.25 |
| 2016 Net Profit from New Owners | 35.00% | $ | 41,690,250.00 | 5.90% | $ | 2,459,724.75 |
| | | | | | $ | 7,027,785.00 |
| **2017 (MVC 10-K; *see* pg 38)** | | | | | | |
| Total Gross Revenue from All Sources | | $ | 1,951,945,000.00 | | | |
|     Revenue from Point Sales | | $ | 727,940,000.00 | | | |
|     Less: Costs of Vacation Ownership Products | | $ | 177,813,000.00 | | | |
|     Less: Marketing and sales | | $ | 408,715,000.00 | | | |
| Net Profits from Point Sales | | $ | 141,412,000.00 | | | |
| | | | | | | |
| | | | | Access to Ritz Top 5 Reason to Purchase | | |
| | **Urcil Peters Dep. Tr. 29:2-30:4** | | | **(SMS SURVEY; see Urcil Peters Dep. Exhibit 6006 and 6008)** | | |
| 2017 Net Profit from Existing Owners | 65.00% | $ | 91,917,800.00 | 5.90% | $ | 5,423,150.20 |
| 2017 Net Profit from New Owners | 35.00% | $ | 49,494,200.00 | 5.30% | $ | 2,623,192.60 |
| | | | | | $ | 8,046,342.80 |
| **2018 (MVC 10-K; *see* pg 57)** | | | | | | |
| Total Gross Revenue from All Sources | | $ | 2,803,000,000.00 | | | |
|     Revenue from Point Sales | | $ | 990,000,000.00 | | | |
|     Less: Costs of Vacation Ownership Products | | $ | 260,000,000.00 | | | |
|     Less: Marketing and sales | | $ | 513,000,000.00 | | | |
| Net Profits from Point Sales | | $ | 217,000,000.00 | | | |
| | | | | Access to Ritz Top 5 Reason to Purchase | | |
| | **Urcil Peters Dep. Tr. 29:2-30:4** | | | **(SMS SURVEY; see Urcil Peters Dep. Exhibit 6006 and 6008)** | | |
| 2018 Net Profit from Existing Owners | 65.00% | $ | 141,050,000.00 | 4.70% | $ | 6,629,350.00 |
| 2018 Net Profit from New Owners | 35.00% | $ | 75,950,000.00 | 5.50% | $ | 4,177,250.00 |
| | | | | | $ | 10,806,600.00 |
| | | | | **TOTAL 2014-2018** | $ | 43,445,123.15 |