# EXHIBIT 5

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the Fiscal Year Ended December 30, 2016

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from _____ to _____

Commission File No. 001-35219

# MARRIOTT VACATIONS WORLDWIDE CORPORATION
(Exact name of registrant as specified in its charter)

| Delaware | 45-2598330 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| 6649 Westwood Blvd. Orlando, FL | 32821 |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code (407) 206-6000

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value (27,897,068 shares outstanding as of February 17, 2017) | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a small reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒    Accelerated filer ☐
Non-accelerated filer ☐ (Do not check if a smaller reporting company)    Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of shares of common stock held by non-affiliates at June 17, 2016, was $1,407,942,434.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Proxy Statement prepared for the 2017 Annual Meeting of Shareholders are incorporated by reference into Part III of this report.

**SF, AH, LT**


PLAINTIFF'S EXHIBIT 6011

RCDC066525

Table of Contents

**Consolidated Results**

The following discussion presents an analysis of our results of operations for 2016, 2015 and 2014.

| ($ in thousands) | Fiscal Years | | |
|---|---:|---:|---:|
| | 2016 | 2015 | 2014 |
| **REVENUES** | | | |
| Sale of vacation ownership products | $ 637,503 | $ 675,329 | $ 647,488 |
| Resort management and other services | 303,570 | 295,547 | 278,517 |
| Financing | 126,126 | 124,033 | 128,909 |
| Rental | 312,071 | 312,997 | 264,307 |
| Cost reimbursements | 431,965 | 405,875 | 396,795 |
| **TOTAL REVENUES** | 1,811,235 | 1,813,781 | 1,716,016 |
| **EXPENSES** | | | |
| Cost of vacation ownership products | 155,093 | 204,299 | 196,444 |
| Marketing and sales | 353,295 | 330,599 | 315,410 |
| Resort management and other services | 174,311 | 180,072 | 177,138 |
| Financing | 21,380 | 24,194 | 24,148 |
| Rental | 260,752 | 259,729 | 237,920 |
| General and administrative | 104,833 | 106,104 | 100,916 |
| Litigation settlement | (303) | (232) | 19,494 |
| Organizational and separation related | — | 1,174 | 3,438 |
| Consumer financing interest | 23,685 | 24,658 | 26,464 |
| Royalty fee | 60,953 | 58,982 | 59,970 |
| Impairment | — | 324 | 1,381 |
| Cost reimbursements | 431,965 | 405,875 | 396,795 |
| **TOTAL EXPENSES** | 1,585,964 | 1,595,778 | 1,559,518 |
| Gains and other income | 11,201 | 9,557 | 5,171 |
| Interest expense | (8,912) | (12,810) | (11,692) |
| Other | (4,632) | (8,253) | 614 |
| **INCOME BEFORE INCOME TAXES** | 222,928 | 206,497 | 150,591 |
| Provision for income taxes | (85,580) | (83,698) | (69,835) |
| **NET INCOME** | $ 137,348 | $ 122,799 | $ 80,756 |

**SF, AH, LT**

RCDC066563