# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended December 31, 2017

or

o **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File No. 001-35219

# Marriott Vacations Worldwide Corporation

**(Exact name of registrant as specified in its charter)**

| Delaware | 45-2598330 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| 6649 Westwood Blvd. Orlando, FL | 32821 |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code (407) 206-6000

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value (26,536,583 shares outstanding as of February 23, 2018) | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in rule 405 of the Securities Act.    Yes  ☒    No  o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes  o    No  ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes  ☒    No  o

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes  ☒    No  o

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | o |
| Non-accelerated filer | o  (Do not check if a smaller reporting company) | Smaller reporting company | o |
| | | Emerging growth company | o |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes  o    No  ☒

The aggregate market value of shares of common stock held by non-affiliates at June 30, 2017, was $2,811,247,091.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Proxy Statement prepared for the 2018 Annual Meeting of Shareholders are incorporated by reference into Part III of this report.

**Consolidated Results**

The following discussion presents an analysis of our results of operations.

|  | | Fiscal Years | | | | |
|---|---|---|---|---|---|---|
| *($ in thousands)* | | **2017** | | **2016** | | **2015** |
| **REVENUES** | | | | | | |
| Sale of vacation ownership products | $ | 727,940 | $ | 637,503 | $ | 675,329 |
| Resort management and other services | | 306,196 | | 300,821 | | 292,561 |
| Financing | | 134,906 | | 126,126 | | 124,033 |
| Rental | | 322,902 | | 312,071 | | 312,997 |
| Cost reimbursements | | 460,001 | | 431,965 | | 405,875 |
| **TOTAL REVENUES** | | 1,951,945 | | 1,808,486 | | 1,810,795 |
| **EXPENSES** | | | | | | |
| Cost of vacation ownership products | | 177,813 | | 155,093 | | 204,299 |
| Marketing and sales | | 408,715 | | 353,295 | | 330,599 |
| Resort management and other services | | 172,137 | | 174,311 | | 180,072 |
| Financing | | 17,951 | | 18,631 | | 21,208 |
| Rental | | 281,352 | | 260,752 | | 259,729 |
| General and administrative | | 110,225 | | 104,833 | | 106,104 |
| Litigation settlement | | 4,231 | | (303) | | (232) |
| Organizational and separation related | | — | | — | | 1,174 |
| Consumer financing interest | | 25,217 | | 23,685 | | 24,658 |
| Royalty fee | | 63,021 | | 60,953 | | 58,982 |
| Impairment | | — | | — | | 324 |
| Cost reimbursements | | 460,001 | | 431,965 | | 405,875 |
| **TOTAL EXPENSES** | | 1,720,663 | | 1,583,215 | | 1,592,792 |
| Gains and other income, net | | 5,772 | | 11,201 | | 9,557 |
| Interest expense | | (9,572) | | (8,912) | | (12,810) |
| Other | | (1,599) | | (4,632) | | (8,253) |
| **INCOME BEFORE INCOME TAXES** | | 225,883 | | 222,928 | | 206,497 |
| Benefit (provision) for income taxes | | 895 | | (85,580) | | (83,698) |
| **NET INCOME** | $ | 226,778 | $ | 137,348 | $ | 122,799 |

**Contract Sales**

*2017 Compared to 2016*

|  | | Fiscal Years | | | | | |
|---|---|---|---|---|---|---|---|
| *($ in thousands)* | | **2017** | | **2016** | | **Change** | **% Change** |
| Contract Sales | | | | | | | |
| Vacation ownership | | | | | | | |
| North America | $ | 728,712 | $ | 645,277 | $ | 83,435 | 13% |
| Asia Pacific | | 49,027 | | 47,183 | | 1,844 | 4% |
| Europe | | 25,151 | | 31,174 | | (6,023) | (19%) |
| Total contract sales | $ | 802,890 | $ | 723,634 | $ | 79,256 | 11% |

We estimate that the 2017 Hurricanes negatively impacted North America contract sales by $20.0 million in 2017 and Hurricane Matthew negatively impacted North America contract sales by $8.1 million in 2016. Adjusting for the impact of the 2017 Hurricanes only, total contract sales would have increased by 14 percent for the full year. Additionally, adjusting for the impact of hurricane activity in 2016 and 2017, total contract sales would have increased by 12 percent for the full year.