# EXHIBIT 10

## Rank of Features in Purchase Decision: Non-Owners That Purchase

| Features in Purchase Decision | 2013 1 | 2 | 3 | 4 | 2013 Total | 2014 1 | 2 | 3 | 4 | 2014 Total | 2015 1 | 2 | 3 | 4 | 2015 Total | 2016 1 | 2 | 3 | 4 | 2016 Total | 2017 1 | 2 | 3 | 4 | 2017 Total | 2018 1 | 2 | 3 | 2018 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MVC resort locations in destinations I'm interested | 67.5% | 65.0% | 65.2% | 66.8% | 66.1% | 71.4% | 67.5% | 62.7% | 68.6% | 67.6% | 59.9% | 67.2% | 62.9% | 65.6% | 63.9% | 65.4% | 71.7% | 61.6% | 62.0% | 65.3% | 62.4% | 65.0% | 65.9% | 65.7% | 64.9% | 67.9% | 65.8% | 64.9% | 65.2% | 65.5% |
| Variety of MVC resort locations | 47.2% | 39.4% | 41.2% | 38.6% | 41.6% | 42.3% | 37.2% | 36.1% | 36.3% | 38.1% | 43.6% | 44.7% | 37.1% | 40.3% | 41.5% | 40.3% | 38.1% | 42.6% | 38.3% | 39.9% | 42.6% | 38.8% | 40.5% | 38.1% | 39.9% | 44.3% | 38.2% | 41.9% | 40.5% | 40.3% |
| Ability to stay at Marriott hotels and resorts | 32.3% | 32.5% | 30.9% | 37.4% | 33.1% | 35.7% | 34.7% | 33.0% | 39.2% | 35.4% | 32.8% | 32.5% | 27.7% | 32.2% | 31.2% | 27.6% | 27.7% | 35.3% | 34.0% | 31.1% | 33.2% | 30.8% | 33.5% | 38.1% | 33.7% | 26.9% | 34.4% | 32.8% | 32.3% | 32.8% |
| Ability to bank | 30.1% | 34.5% | 27.4% | 27.6% | 30.0% | 25.5% | 32.5% | 27.9% | 27.3% | 28.6% | 31.2% | 28.7% | 28.3% | 28.9% | 29.2% | 33.7% | 30.7% | 30.2% | 27.3% | 30.5% | 28.9% | 29.0% | 28.6% | 29.9% | 29.1% | 30.3% | 27.9% | 24.5% | 28.2% | 29.3% |
| Flexibility to access the resort any time of year | 30.4% | 30.7% | 28.9% | 36.8% | 31.5% | 32.1% | 27.6% | 34.2% | 25.7% | 30.1% | 27.7% | 24.4% | 28.6% | 28.2% | 27.1% | 28.3% | 23.5% | 31.1% | 30.0% | 28.2% | 26.8% | 28.0% | 25.4% | 23.3% | 26.0% | 22.0% | 22.4% | 26.1% | 23.7% | 27.8% |
| Ability to check in any day of the week | 32.5% | 26.3% | 29.2% | 29.1% | 29.3% | 24.7% | 24.1% | 28.8% | 30.2% | 26.5% | 27.1% | 22.0% | 26.0% | 26.4% | 25.2% | 25.7% | 21.1% | 19.9% | 24.7% | 22.8% | 23.2% | 27.3% | 21.4% | 22.6% | 23.8% | 19.3% | 18.5% | 19.4% | 19.6% | 24.6% |
| Choosing the number of nights | 27.2% | 25.8% | 25.1% | 27.9% | 26.4% | 20.6% | 25.6% | 22.4% | 23.3% | 23.0% | 31.8% | 22.0% | 21.7% | 26.4% | 25.2% | 25.7% | 22.0% | 19.3% | 22.0% | 22.2% | 24.5% | 22.4% | 23.5% | 22.6% | 23.2% | 22.3% | 21.4% | 16.3% | 20.3% | 23.5% |
| Choose the number of bedrooms | 23.2% | 19.2% | 26.3% | 18.7% | 22.0% | 22.5% | 23.6% | 23.6% | 26.1% | 23.8% | 20.4% | 24.4% | 21.4% | 15.4% | 20.8% | 23.8% | 24.1% | 24.8% | 26.7% | 24.8% | 23.5% | 22.7% | 21.9% | 18.9% | 21.8% | 22.9% | 22.4% | 23.8% | 22.9% | 22.6% |
| Villa that sleeps 4 or more comfortably | 22.9% | 22.0% | 21.2% | 19.3% | 21.4% | 21.2% | 25.4% | 20.9% | 19.2% | 22.0% | 22.0% | 20.9% | 22.9% | 21.2% | 21.7% | 19.0% | 25.9% | 20.8% | 19.0% | 21.3% | 19.1% | 19.2% | 19.7% | 21.1% | 19.7% | 21.7% | 20.2% | 23.8% | 20.7% | 21.1% |
| Availability of accommodations when and where I desire | 18.7% | 17.1% | 22.0% | 22.8% | 20.1% | 21.7% | 17.7% | 15.8% | 20.0% | 18.7% | 22.3% | 19.2% | 19.7% | 21.6% | 20.6% | 21.0% | 16.1% | 15.7% | 17.3% | 17.5% | 20.1% | 19.6% | 20.8% | 18.6% | 19.8% | 20.5% | 18.7% | 19.6% | 19.7% | 19.4% |
| Ability to borrow | 19.2% | 20.2% | 19.9% | 17.8% | 19.3% | 14.8% | 23.6% | 19.4% | 16.7% | 19.0% | 16.6% | 16.8% | 19.4% | 20.1% | 18.1% | 20.0% | 22.0% | 18.4% | 16.3% | 19.3% | 20.1% | 19.6% | 17.6% | 19.2% | 19.1% | 21.1% | 19.5% | 16.8% | 18.4% | 18.9% |
| Having a kitchen in the villa | 14.4% | 18.7% | 17.1% | 13.1% | 15.9% | 18.4% | 13.5% | 14.5% | 15.9% | 15.5% | 13.7% | 20.1% | 17.1% | 14.3% | 16.5% | 18.1% | 17.9% | 14.8% | 14.0% | 16.2% | 16.8% | 16.1% | 16.2% | 18.2% | 16.8% | 17.1% | 15.5% | 18.6% | 16.0% | 16.2% |
| The ability to stay at non-MVC resorts | 14.4% | 13.3% | 13.3% | 13.4% | 13.6% | 12.6% | 12.6% | 14.2% | 15.1% | 13.5% | 13.7% | 11.9% | 16.0% | 12.5% | 13.6% | 12.7% | 15.2% | 13.0% | 13.3% | 13.6% | 13.1% | 15.2% | 12.4% | 14.8% | 13.9% | 12.2% | 14.5% | 14.5% | 13.6% | 13.6% |
| Ease of booking a vacation | 8.3% | 11.3% | 11.0% | 11.0% | 10.4% | 11.3% | 13.8% | 10.9% | 11.4% | 12.0% | 12.1% | 11.1% | 15.1% | 10.6% | 12.3% | 9.8% | 11.3% | 11.2% | 14.0% | 11.5% | 13.1% | 11.4% | 13.8% | 11.3% | 12.4% | 10.4% | 13.0% | 12.1% | 12.2% | 11.8% |
| The ability to use Vacation Club Points for cruises | 10.9% | 9.2% | 8.2% | 9.2% | 9.4% | 6.0% | 8.1% | 13.3% | 11.8% | 9.5% | 8.3% | 7.9% | 9.7% | 12.8% | 9.5% | 11.4% | 9.2% | 8.2% | 10.7% | 9.8% | 9.4% | 11.4% | 12.4% | 7.2% | 10.3% | 11.9% | 10.5% | 8.0% | 9.9% | 9.7% |
| Price of the Points | 6.7% | 11.5% | 8.4% | 8.0% | 8.7% | 9.3% | 11.8% | 10.0% | 9.8% | 10.3% | 6.7% | 13.0% | 8.9% | 6.6% | 9.0% | 10.8% | 9.2% | 10.6% | 11.3% | 10.5% | 7.7% | 8.9% | 10.0% | 8.8% | 8.9% | 6.1% | 9.2% | 9.6% | 8.8% | 9.3% |
| Use Points for city escapes in Marriott hotels | 8.3% | 8.7% | 8.7% | 8.6% | 8.6% | 11.8% | 7.6% | 12.1% | 9.4% | 10.2% | 12.1% | 7.6% | 10.3% | 6.6% | 9.2% | 9.2% | 7.7% | 8.2% | 7.0% | 8.0% | 4.0% | 9.6% | 7.8% | 11.0% | 8.3% | 9.5% | 10.2% | 9.8% | 9.9% | 9.0% |
| Reasonable maintenance fees | 6.4% | 8.2% | 6.1% | 7.7% | 7.1% | 11.3% | 7.9% | 8.5% | 7.3% | 8.8% | 4.8% | 10.0% | 8.9% | 9.5% | 8.3% | 6.7% | 7.4% | 10.0% | 7.3% | 7.9% | 6.7% | 8.2% | 9.2% | 8.5% | 8.2% | 9.5% | 11.2% | 9.0% | 10.8% | 8.5% |
| Going through MVC for all reservations except external exchanges | 5.3% | 5.6% | 6.9% | 5.0% | 5.8% | 7.7% | 7.6% | 6.7% | 7.8% | 7.4% | 6.4% | 4.6% | 8.9% | 11.0% | 7.5% | 8.9% | 8.6% | 10.0% | 11.0% | 9.6% | 6.4% | 8.4% | 8.4% | 6.6% | 7.6% | 10.1% | 8.0% | 10.3% | 9.4% | 7.8% |
| Washer/Dryer in the villa | 7.2% | 7.4% | 5.9% | 6.2% | 6.7% | 5.5% | 8.6% | 5.5% | 4.5% | 6.2% | 6.7% | 6.2% | 7.7% | 3.7% | 6.2% | 7.6% | 7.1% | 6.6% | 6.7% | 7.0% | 11.1% | 7.2% | 5.1% | 8.2% | 7.7% | 6.1% | 7.0% | 8.3% | 7.0% | 6.8% |
| Use Points for excursion | 4.0% | 6.1% | 3.6% | 7.4% | 5.2% | 6.3% | 7.1% | 11.5% | 5.3% | 7.7% | 5.4% | 4.1% | 3.7% | 4.4% | 4.4% | 6.7% | 6.0% | 6.0% | 6.3% | 6.2% | 4.4% | 6.1% | 7.3% | 6.3% | 6.1% | 6.1% | 6.7% | 5.4% | 6.3% | 6.0% |
| Ability to select your view type | 6.4% | 5.6% | 5.9% | 5.3% | 5.8% | 4.1% | 5.7% | 4.5% | 3.7% | 4.6% | 5.4% | 6.2% | 7.4% | 4.8% | 6.0% | 5.4% | 5.4% | 5.1% | 6.0% | 5.5% | 6.4% | 4.7% | 4.1% | 6.6% | 5.3% | 5.2% | 4.2% | 4.7% | 4.6% | 5.3% |
| Use Points to stay at a Ritz-Carlton Club | 4.5% | 2.6% | 4.6% | 4.2% | 3.9% | 6.3% | 5.7% | 5.8% | 3.7% | 5.5% | 6.1% | 5.4% | 5.1% | 4.8% | 5.4% | 5.4% | 5.1% | 5.4% | 7.7% | 5.9% | 5.4% | 5.1% | 4.1% | 6.9% | 5.3% | 7.0% | 7.2% | 4.4% | 5.5% | 5.2% |
| Attractive financing | 3.7% | 2.0% | 4.9% | 4.2% | 3.7% | 2.2% | 3.0% | 2.4% | 2.9% | 2.6% | 1.9% | 5.7% | 7.4% | 7.0% | 5.5% | 3.8% | 7.4% | 9.4% | 5.7% | 6.6% | 4.0% | 7.9% | 7.6% | 4.1% | 6.2% | 4.9% | 6.2% | 5.9% | 5.9% | 5.1% |
| Reservation window | 1.3% | 2.0% | 1.8% | 2.1% | 1.8% | 3.0% | 3.0% | 3.3% | 2.4% | 3.0% | 2.5% | 3.0% | 1.1% | 2.6% | 2.3% | 3.2% | 2.1% | 2.7% | 4.0% | 3.0% | 3.7% | 3.3% | 3.8% | 4.1% | 3.7% | 2.1% | 2.7% | 2.6% | 2.6% | 2.7% |
| Use Points for group tours | 1.6% | 1.5% | 1.3% | 2.4% | 1.7% | 1.9% | 2.2% | 1.5% | 2.4% | 2.0% | 2.9% | 2.7% | 2.0% | 2.2% | 2.5% | 1.9% | 3.0% | 1.5% | 3.0% | 2.3% | 1.7% | 2.6% | 1.4% | 2.5% | 2.1% | 2.4% | 2.2% | 2.3% | 2.5% | 2.2% |
| Consolidated Club Dues | 1.3% | 1.3% | 1.3% | 1.8% | 1.4% | 2.2% | 1.7% | 3.6% | 0.4% | 2.1% | 0.3% | 1.6% | 2.6% | 2.9% | 1.8% | 1.9% | 0.6% | 2.1% | 0.7% | 1.3% | 1.0% | 1.9% | 1.1% | 1.6% | 1.4% | 2.4% | 1.5% | 2.3% | 1.9% | 1.7% |
| Use Points to attend events (e.g. Super Bowl) | 0.5% | 1.0% | 1.3% | 1.2% | 1.0% | 0.5% | 1.2% | 1.2% | 0.8% | 1.0% | 1.0% | 0.8% | 1.7% | 1.1% | 1.1% | 1.3% | 1.8% | 1.5% | 2.0% | 1.6% | 1.3% | 0.9% | 2.4% | 1.9% | 1.6% | 1.2% | 1.2% | 1.3% | 1.1% | 1.2% |

Source: SMS Domestic Survey/CRMD Marketing Database
Note: Status of the Customer at Moment of Tour (Owner vs Non-Owner). Actual Purchase/No Purchase Decision has been appended to Survey Data. Survey responses are aggregated based on Transaction Date (Tour Date)
Only responses that rank in the Top 5 (of a total of 28) are included in the report.



EXHIBIT CG
6008
2/13/19

RCDC 075967