IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, *et al.*,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, a Delaware corporation, et al.

### DECLARATION OF MICHAEL J. REISER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

I, Michael J. Reiser, declare:

1. I am a member in good standing of the Colorado and California bars, and the principal of Reiser Law, p.c., co-counsel for Plaintiffs in this action. Except as to those matters stated on information and belief, I have personal knowledge of the matters stated herein and could and would competently testify thereto if called upon to do so. As to those matters stated on information and belief, I am informed and believe them to be true.

2. Attached hereto as Exhibit 1 are true and correct copies of relevant excerpts from the deposition of Stephen Weisz taken May 17, 2018.

3. Attached hereto as Exhibit 2 is a true and correct compilation prepared pursuant to Federal Rules of Evidence Rule 1006 based off the 2014 – 2018 MVC 10-K filings (Exs. 3-7), excerpts from the deposition of Urcil Peters taken February 13, 2019. (Ex. 8) and exhibits presented in the Urcil Peters' deposition (Exs. 9-10).

4. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the 2014 Marriott Vacations Worldwide Corporation Form 10-K filing. This document bears the

1

bates stamp RCDC066178 and RCDC066221.

5. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the 2015 Marriott Vacations Worldwide Corporation Form 10-K filing. This document bears the bates stamp RCDC066364 and RCDC066409.

6. Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of the 2016 Marriott Vacations Worldwide Corporation Form 10-K filing. This document bears the bates stamp RCDC066525 and RDC066563.

7. Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts of the 2017 Marriott Vacations Worldwide Corporation Form 10-K filing.

8. Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts of the 2018 Marriott Vacations Worldwide Corporation Form 10-K filing.

9. Attached hereto as Exhibit 8 are true and correct copies of relevant excerpts from the deposition of Urcil Peters taken February 13, 2019.

10. Attached hereto as Exhibit 9 is a true and correct copy of SMS Survey Results Exhibit 6006 from the Urcil Peters' deposition, taken February 13, 2019. This document bears the bates stamp RCDC075967.

11. Attached hereto as Exhibit 10 is a true and correct copy of SMS Survey Results Exhibit 6008 from the Urcil Peters' deposition, taken February 13, 2019. This document bears the bates stamp RCDC075967.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed on November 6, 2020 in Walnut Creek, California.

/s/   *Michael J. Reiser*
Michael J. Reiser

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 6th day of November 2020, a true and correct copy of the foregoing **DECLARATION OF MICHAEL J. REISER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** was served via ECF filing upon:

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Denise Kwan*
Denise Kwan