# EXHIBIT 1

```
 1   RCHFU, LLC,  et al.,
 2        Plaintiffs,      United States District Court
                           District of Colorado:
 3   v.                    No.  1:16-cv-01301 PAB-GPG
 4   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 5
          Defendants,
 6   _____/
     REISER, et al.,
 7
          Plaintiffs,      Eastern District of California
 8   v.                    No. 2:16-cv-00237-MCE-CKD
 9   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al,
10
          Defendants,
11   _____/
     PETRICK, et al.,
12
          Plaintiffs,
13                         San Francisco County
     vs.                   No. CGC-15-54897
14
     MARRIOTT VACATION WORLDWIDE
15   CORPORATION, et al.,
16        Defendants.
     _____/
17
18
              VIDEOTAPED DEPOSITION OF STEPHEN WEISZ
19
                           Greenberg Traurig
20                         450 South Orange Avenue
                           Suite 650
21                         Orlando, Florida
22                         Thursday, 9:11 a.m.-2:25 p.m.
23                         May 17, 2018
24
25   PAGES 1 - 190


                                              Page 1
```

1    I've met him.

2        Q.  Have you ever heard anything about his law

3    practice?

4        A.  Not really.

5        Q.  Do you know the firm, Kramer Levin, in

6    New York?

7        A.  I do not.

8        Q.  So getting back to the halo affect we

9    discussed right before the break, would you agree that

10   the Marriott Vacation Club is benefiting from the halo

11   effect of the Ritz-Carlton Destination Club

12   post-reengineering of the clubs?

13       MR. SELLINGER:  Objection to form.

14       A.  I don't consider that in the context as

15   you've represented it.  I think the fact that our

16   members have the opportunity, after spending a

17   considerable amount of points, to get to a

18   Ritz-Carlton Club -- those that want to go there -- I

19   think they certainly enjoy the accommodations and the

20   service levels.  But I don't think it's, per se, a

21   halo effect to the Marriott Vacation Club standard

22   timeshare product.

23   BY MR. REISER:

24       Q.  But do you think that it actually helps the

25   Marriott Vacation Club sales folks sell more product

Page 108

1    by being able to tell potential purchasers that they

2    have access to the Ritz-Carlton Clubs through the

3    Marriott Vacation Club?

4        A.   I certainly think there's some members that

5    probably value that and would buy more points as a

6    result of it.

7        Q.   Okay.  I mean, regardless of whether we call

8    that a halo effect or not, you would agree that it was

9    beneficial to the Marriott Vacation Club sales efforts

10   to be able to represent to potential purchasers that

11   they would have access to the Ritz Clubs.  True?

12           MR. SELLINGER:  Objection to form.

13       A.   Again, I think you're making more of it than

14   I would in terms of the benefit to doing it.  Again --

15   and I'll give you another example.

16           When we announce a new resort in a new

17   location, that provides a benefit to our existing

18   owners, and they get excited about it and they want to

19   go buy more points.

20           Again, I don't think there's a dramatic

21   effect by having Ritz-Carlton Club inventory in the

22   North American Trust that causes us to see a huge

23   incremental value to it.

24   BY MR. REISER:

25       Q.   Prior to the reengineering of the

Page 109

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF ORANGE

I, Lisa Gerlach, Court Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true and correct transcription of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 31st day of May, 2018.

*Lisa Gerlach*

Lisa Gerlach, Court Reporter

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or discretion of the certifying reporter.

Page 190