# EXHIBIT 7

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Fiscal Year Ended December 31, 2018

or

o **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File No. 001-35219

# Marriott Vacations Worldwide Corporation
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **45-2598330** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification No.) |
| **6649 Westwood Blvd.** **Orlando, FL** | **32821** |
| (Address of Principal Executive Offices) | (Zip Code) |

Registrant's Telephone Number, Including Area Code (407) 206-6000

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value (45,209,962 shares outstanding as of February 22, 2019) | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: NONE

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in rule 405 of the Securities Act.   Yes ☒   No o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes o   No ☒

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No o

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No o

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   o

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | o |
| Non-accelerated filer | o | Smaller reporting company | o |
| | | Emerging growth company | o |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes o   No ☒

The aggregate market value of shares of common stock held by non-affiliates at June 30, 2018, was $2,644,786,667.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Proxy Statement prepared for the 2019 Annual Meeting of Shareholders are incorporated by reference into Part III of this report.

## BUSINESS SEGMENTS

Our business is grouped into two reportable business segments: Vacation Ownership and Exchange & Third-Party Management. See Footnote 18 "Business Segments" to our Financial Statements for further information on our segments.

## VACATION OWNERSHIP

| | Fiscal Years | | |
|---|---|---|---|
| ($ in millions) | 2018 | 2017 | 2016 |
| **REVENUES** | | | |
| Sale of vacation ownership products | $ 990 | $ 757 | $ 623 |
| Resort management and other services | 359 | 279 | 278 |
| Rental | 352 | 262 | 252 |
| Financing | 182 | 135 | 127 |
| Cost reimbursements | 920 | 750 | 720 |
| TOTAL REVENUES | 2,803 | 2,183 | 2,000 |
| **EXPENSES** | | | |
| Cost of vacation ownership products | 260 | 194 | 163 |
| Marketing and sales | 513 | 388 | 334 |
| Resort management and other services | 190 | 147 | 149 |
| Rental | 277 | 221 | 210 |
| Financing | 64 | 43 | 43 |
| Depreciation and amortization | 37 | 17 | 16 |
| Litigation settlement | 46 | 4 | (1) |
| Royalty fee | 78 | 63 | 61 |
| Cost reimbursements | 920 | 750 | 720 |
| TOTAL EXPENSES | 2,385 | 1,827 | 1,695 |
| Gains and other income, net | 28 | 6 | 11 |
| Other | (4) | (1) | (4) |
| **SEGMENT RESULTS BEFORE NONCONTROLLING INTERESTS** | 442 | 361 | 312 |
| Net loss attributable to noncontrolling interests | 1 | — | — |
| **SEGMENT FINANCIAL RESULTS ATTRIBUTABLE TO COMMON SHAREHOLDERS** | $ 443 | $ 361 | $ 312 |

**Contract Sales**

*2018 Compared to 2017*

| | Fiscal Years | | | Change due to | | Change Excluding |
|---|---|---|---|---|---|---|
| ($ in millions) | 2018 | 2017 | Change | Legacy-ILG | | Legacy-ILG Impact |
| Legacy-MVW North America consolidated contract sales | $ 814 | $ 750 | $ 64 | $ — | $ 64 | 9% |
| Other consolidated contract sales | 259 | 76 | 183 | 171 | 12 | 17% |
| Total consolidated contract sales | 1,073 | 826 | 247 | 171 | 76 | 9% |
| Joint venture contract sales | 16 | — | 16 | 16 | — | —% |
| Total contract sales | $ 1,089 | $ 826 | $ 263 | $ 187 | $ 76 | 9% |

Total contract sales increased $263 million, driven in part by the inclusion of four months of results from the ILG Acquisition during the 2018 third quarter. Excluding the impact of the ILG Acquisition, total contract sales increased $76 million or 9 percent. We estimate the ongoing impact of the 2017 Hurricanes and the impact of the 2018 Hurricanes negatively affected Legacy-MVW contract sales by $17 million in the 2018 fiscal year. Excluding the impact of these hurricanes, we estimate that Legacy-MVW total contract sales would have increased 11 percent over the prior year period.