# EXHIBIT 8

```
 1            IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF COLORADO
 2
           CIVIL ACTION NO. 1:16-cv-01301-PAB-GPG
 3
 4   RCHFU, LLC, et al.,
 5        Plaintiffs,
 6   vs.
 7   MARRIOTT VACATIONS WORLDWIDE
     CORPORATION, et al.,
 8
          Defendants.
 9   _____/
10
11
                              Greenberg Traurig
12                            450 S. Orange Avenue
                              Suite 650
13                            Orlando, Florida
                              Wednesday, 10:00 a.m.-12:10 p.m.
14                            February 13, 2019
15
16            DEPOSITION OF URCIL PETERS
17
18        Taken on Behalf of the Plaintiffs before
19     Lisa Gerlach, Court Reporter, Notary Public
20     in and for the State of Florida at Large,
21     pursuant to Notice of Taking Deposition in
22     the above cause.
23
24
25   PAGES 1 - 90
```

Page 1

```
 1         Appearances:
 2             Counsel for the Plaintiffs:
 3             MICHAEL J. REISER, SR., ESQUIRE
               (by videoconference)
 4             Reiser Law
               1475 North Broadway
 5             Suite 300
               Walnut Creek, CA 94596
 6             925-256-0400
               michael@reiserlaw.com
 7
 8             Counsel for the Defendant Marriott:
 9             PHILIP R. SELLINGER, ESQUIRE
               IAN S. MARX, ESQUIRE
10             Greenberg Traurig
               500 Campus Drive
11             Suite 400
               Florham Park, NJ 07932
12             973-360-7900
               sellingerp@gtlaw.com
13             marxi@gtlaw.com
14             KIM NYUGEN GRAY, Corporate Counsel
15
               For the Defendant Aspen Highlands
16             Condominium Association, by speakerphone:
17             ANDREW NUSSBAUM, ESQUIRE
               (by video conference, audio only)
18             Hogan Lovells, US LLP
               1601 Wewatta Street
19             Suite 900
               Denver, CO 80202
20             303-454-2516
               andrew.nussbaum@hoganlovells.com
21
22
23
24
25
```

Page 2

1  described.
2      Q.  So is it true that, during the period 2013 to
3  2018, 65 percent of the folks who purchased points
4  were owners already?
5      A.  I believe there's a percentage of that in
6  public documents.  I don't know the overall average,
7  but a large share of our purchases have been from
8  current owners, yes.
9      Q.  I got that from a declaration you just signed
10  in November in the Lennen case.  I'm just being
11  upfront with you.  I got your declaration on that and
12  read it.
13          That comports with what you believe as you
14  sit here today?
15          MR. SELLINGER:  I don't quite understand
16      what the question is.  The certification is
17      not in front of Mr. Peters and it certainly
18      doesn't relate to the SMS survey that's the
19      subject of this deposition.
20  BY MR. REISER:
21      Q.  On page 4 of your declaration submitted in
22  the -- paragraph 11 of that declaration you submitted
23  in Lennen v. Marriott, you say, "As of August 2018,
24  MORI's records demonstrate that approximately 65
25  percent of BIs sold are purchased by existing owners."

Page 29

```
 1              Do you have any reason to quarrel with that
 2   statement as you sit here today?
 3              MR. SELLINGER:  Objection to form.
 4         A.   I have no objection to that declaration.
 5   BY MR. REISER:
 6         Q.   Okay.  So I note that non-owners had
 7   purchased -- let's look at Exhibit 6004, which is
 8   "Importance of features in purchase decision:
 9   Non-owners that purchase."
10              Just look at 2013, first quarter results of
11   this question.  It says, "30.5 percent of non-owners
12   that purchased circled 'Use points to stay at
13   Ritz-Carlton Club' as an important factor in the
14   purchase decision."  True?
15         A.   30 percent represents the number -- the
16   percentage of responders to that question -- they may
17   not have been all survey responders, but responders to
18   that question -- who identified "Use of points to stay
19   at the Ritz-Carlton Club" an important feature in
20   consideration -- an important product feature in their
21   consideration.
22              But this is why we ask three questions.
23   Importance is what people can identify.  And then, how
24   do they rank them?
25         Q.   It's true, is it not, that the findings have
```

Page 30

```
 1                    CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA
 4    COUNTY OF ORANGE
 5
 6              I, Lisa Gerlach, Court Reporter, do hereby
 7    certify that I was authorized to and did
 8    stenographically report the foregoing deposition; and
 9    that the transcript is a true and correct
10    transcription of the testimony given by the witness.
11              I further certify that I am not a relative,
12    employee, attorney or counsel of any of the parties,
13    nor am I a relative or employee of any of the parties'
14    attorney or counsel connected with the action, nor am
15    I financially interested in the action.
16              Dated this 23rd day of February, 2019.
17
18
19                    [signature: Lisa Gerlach]
20              Lisa Gerlach, Court Reporter
21
22    The foregoing certification of this transcript does
23    not apply to any reproduction of the same by any means
24    unless under the direct control and/or discretion of
25    the certifying reporter.
```