# EXHIBIT 9

## Rank of Features in Purchase Decision: Owners That Purchase

| Features in Purchase Decision | 2013 1 | 2 | 3 | 4 | 2013 Total | 2014 1 | 2 | 3 | 4 | 2014 Total | 2015 1 | 2 | 3 | 4 | 2015 Total | 2016 1 | 2 | 3 | 4 | 2016 Total | 2017 1 | 2 | 3 | 4 | 2017 Total | 2018 1 | 2 | 3 | 2018 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MVC resort locations in destinations I'm interested | 61.7% | 58.5% | 59.7% | 61.2% | 60.3% | 60.4% | 60.7% | 62.0% | 62.9% | 61.4% | 64.3% | 63.6% | 57.1% | 62.5% | 61.8% | 62.1% | 61.7% | 59.9% | 61.6% | 61.3% | 61.8% | 61.1% | 60.0% | 58.2% | 60.3% | 63.8% | 59.6% | 60.7% | 61.4% | 61.1% |
| Variety of MVC resort locations | 38.1% | 35.9% | 36.6% | 34.8% | 36.4% | 37.4% | 36.5% | 35.9% | 37.1% | 36.7% | 40.3% | 36.1% | 38.9% | 38.1% | 38.4% | 39.0% | 36.7% | 35.2% | 36.0% | 36.6% | 39.2% | 37.8% | 38.6% | 37.0% | 38.1% | 36.0% | 37.1% | 39.3% | 37.4% | 37.3% |
| Ability to stay at Marriott hotels and resorts | 34.5% | 32.2% | 34.0% | 38.5% | 34.8% | 32.4% | 33.8% | 32.2% | 31.8% | 32.6% | 29.0% | 27.0% | 30.2% | 31.1% | 29.3% | 27.3% | 30.8% | 31.2% | 32.8% | 30.6% | 33.2% | 29.3% | 32.8% | 32.6% | 31.9% | 28.4% | 31.0% | 28.0% | 30.2% | 31.7% |
| Ability to check in any day of the week | 33.4% | 32.5% | 34.6% | 30.0% | 32.6% | 30.1% | 31.6% | 31.3% | 33.5% | 31.5% | 28.5% | 32.4% | 29.7% | 32.7% | 30.8% | 31.9% | 29.4% | 29.5% | 30.4% | 30.2% | 31.8% | 28.1% | 32.2% | 31.2% | 30.8% | 29.1% | 30.4% | 27.0% | 29.3% | 30.9% |
| Choosing the number of nights | 27.8% | 27.6% | 26.9% | 26.4% | 27.2% | 28.7% | 27.2% | 24.1% | 28.1% | 27.0% | 26.1% | 29.0% | 25.3% | 26.3% | 26.7% | 25.6% | 24.8% | 24.4% | 28.4% | 25.7% | 29.3% | 25.4% | 25.5% | 27.0% | 26.7% | 27.4% | 26.8% | 23.9% | 26.0% | 26.6% |
| Ability to bank | 27.1% | 25.2% | 24.9% | 23.7% | 25.2% | 27.6% | 26.3% | 24.4% | 27.6% | 26.4% | 27.0% | 27.5% | 25.5% | 25.1% | 26.3% | 31.0% | 26.6% | 25.7% | 25.4% | 27.1% | 25.5% | 24.3% | 25.2% | 26.7% | 25.4% | 24.5% | 26.5% | 24.5% | 25.5% | 26.0% |
| Flexibility to access the resort any time of year | 22.2% | 25.6% | 26.3% | 25.6% | 24.9% | 24.5% | 25.5% | 24.1% | 23.9% | 24.5% | 25.7% | 22.3% | 22.3% | 23.7% | 23.5% | 20.4% | 18.8% | 24.4% | 22.8% | 21.6% | 21.2% | 24.6% | 26.3% | 21.1% | 23.3% | 24.4% | 22.4% | 21.2% | 22.1% | 23.4% |
| Choose the number of bedrooms | 19.2% | 23.8% | 21.5% | 20.8% | 21.3% | 20.4% | 21.5% | 22.5% | 24.8% | 22.2% | 20.8% | 18.9% | 19.9% | 21.8% | 20.3% | 24.0% | 21.4% | 21.3% | 21.6% | 22.0% | 21.3% | 24.5% | 22.7% | 22.5% | 22.8% | 22.3% | 22.8% | 22.3% | 22.4% | 21.8% |
| Having a kitchen in the villa | 22.3% | 19.7% | 21.2% | 21.0% | 21.0% | 20.7% | 22.7% | 21.8% | 20.8% | 21.5% | 21.6% | 22.8% | 20.7% | 20.4% | 21.4% | 19.2% | 20.3% | 22.6% | 22.2% | 21.1% | 23.0% | 22.5% | 22.7% | 21.2% | 22.3% | 20.8% | 22.5% | 23.2% | 22.6% | 21.7% |
| Villa that sleeps 4 or more comfortably | 19.8% | 23.1% | 22.3% | 20.2% | 21.3% | 21.6% | 22.7% | 20.9% | 18.4% | 21.0% | 18.9% | 21.8% | 23.5% | 22.0% | 21.5% | 20.4% | 21.2% | 20.1% | 16.6% | 19.6% | 18.5% | 22.2% | 20.2% | 20.7% | 20.5% | 18.8% | 22.4% | 20.6% | 20.5% | 20.8% |
| Availability of accommodations when and where I desire | 20.3% | 20.5% | 17.0% | 21.4% | 19.9% | 19.9% | 18.7% | 16.6% | 19.7% | 18.7% | 22.0% | 17.0% | 19.0% | 17.1% | 18.8% | 14.6% | 17.5% | 19.0% | 19.8% | 17.8% | 19.2% | 20.9% | 20.2% | 18.7% | 19.7% | 18.8% | 16.5% | 16.3% | 17.2% | 18.7% |
| Ability to borrow | 14.2% | 15.7% | 15.4% | 13.0% | 14.6% | 16.6% | 15.5% | 14.6% | 14.3% | 15.3% | 15.1% | 16.2% | 18.4% | 15.0% | 16.2% | 17.7% | 17.0% | 13.6% | 13.6% | 15.4% | 17.2% | 17.3% | 14.8% | 17.2% | 16.6% | 17.4% | 15.6% | 16.9% | 16.3% | 15.7% |
| Ease of booking a vacation | 15.3% | 13.7% | 14.3% | 16.1% | 14.9% | 12.9% | 14.9% | 13.5% | 16.2% | 14.3% | 14.8% | 14.9% | 15.3% | 15.8% | 15.1% | 12.1% | 16.2% | 16.8% | 14.4% | 15.0% | 15.8% | 17.9% | 14.7% | 12.6% | 15.3% | 15.6% | 16.4% | 15.2% | 15.3% | 15.0% |
| Going through MVC for all reservations except external exchanges | 15.3% | 16.0% | 12.5% | 16.0% | 15.0% | 16.3% | 11.4% | 12.0% | 11.6% | 12.9% | 13.1% | 12.1% | 16.4% | 14.2% | 14.0% | 14.4% | 13.0% | 12.5% | 12.0% | 12.9% | 14.8% | 12.8% | 14.2% | 12.2% | 13.5% | 14.7% | 12.4% | 12.2% | 12.6% | 13.5% |
| Washer/Dryer in the villa | 10.5% | 11.1% | 10.0% | 7.8% | 9.9% | 9.8% | 11.2% | 11.7% | 9.6% | 10.6% | 11.0% | 11.8% | 13.8% | 9.3% | 11.6% | 10.6% | 11.9% | 10.8% | 10.2% | 10.9% | 11.3% | 11.0% | 11.9% | 10.9% | 11.3% | 12.0% | 10.7% | 11.0% | 11.6% | 10.9% |
| The ability to use Vacation Club Points for cruises | 8.7% | 9.7% | 11.4% | 7.2% | 9.2% | 8.1% | 10.0% | 12.9% | 8.1% | 9.8% | 6.7% | 9.7% | 9.7% | 10.5% | 9.1% | 7.7% | 10.6% | 11.5% | 11.0% | 10.3% | 7.5% | 7.1% | 9.4% | 8.7% | 8.2% | 9.5% | 9.4% | 10.8% | 10.6% | 9.5% |
| Use Points for city escapes in Marriott hotels | 9.5% | 5.6% | 9.7% | 10.9% | 8.8% | 7.3% | 7.7% | 9.0% | 9.0% | 8.2% | 4.8% | 7.6% | 7.1% | 9.1% | 7.1% | 7.5% | 7.5% | 8.2% | 8.6% | 8.0% | 8.2% | 8.7% | 7.7% | 9.0% | 8.4% | 7.4% | 7.9% | 8.4% | 7.9% | 8.1% |
| Ability to select your view type | 6.3% | 7.1% | 11.4% | 8.3% | 8.2% | 6.5% | 7.4% | 6.4% | 9.0% | 7.3% | 8.7% | 10.0% | 7.6% | 8.0% | 8.6% | 6.9% | 9.3% | 10.8% | 8.4% | 9.0% | 10.7% | 7.5% | 6.4% | 6.4% | 7.7% | 6.3% | 8.0% | 7.8% | 7.4% | 8.0% |
| Use Points for excursion | 8.2% | 8.8% | 7.5% | 6.8% | 7.8% | 8.9% | 8.4% | 8.3% | 5.9% | 8.0% | 6.1% | 9.1% | 7.4% | 8.0% | 7.6% | 6.7% | 8.0% | 6.3% | 7.4% | 7.1% | 6.2% | 6.3% | 6.1% | 7.8% | 6.6% | 4.9% | 5.8% | 6.8% | 6.3% | 7.3% |
| Reservation window | 7.4% | 4.8% | 5.5% | 5.1% | 5.7% | 8.1% | 5.6% | 7.4% | 7.0% | 7.0% | 9.8% | 7.8% | 6.2% | 7.4% | 7.8% | 6.5% | 5.7% | 6.2% | 7.2% | 6.3% | 9.2% | 6.8% | 6.9% | 6.9% | 7.4% | 5.6% | 6.7% | 8.0% | 6.6% | 6.8% |
| Reasonable maintenance fees | 5.2% | 6.7% | 5.1% | 5.4% | 5.6% | 4.7% | 5.3% | 6.6% | 4.8% | 5.4% | 6.4% | 5.8% | 7.6% | 7.0% | 6.7% | 4.8% | 4.4% | 7.2% | 7.4% | 6.0% | 6.7% | 6.3% | 8.3% | 6.1% | 6.8% | 7.3% | 7.5% | 7.4% | 7.6% | 6.3% |
| Use Points to stay at a Ritz-Carlton Club | 7.4% | 6.3% | 6.9% | 9.0% | 7.4% | 6.5% | 8.2% | 6.7% | 8.3% | 7.4% | 5.7% | 6.1% | 6.6% | 6.8% | 6.3% | 7.7% | 6.4% | 4.1% | 5.6% | 5.9% | 6.8% | 6.8% | 6.7% | 3.4% | 5.9% | 4.2% | 3.7% | 6.2% | 4.7% | 6.3% |
| Price of the Points | 4.7% | 5.7% | 5.3% | 5.1% | 5.2% | 5.7% | 5.3% | 5.5% | 5.5% | 5.5% | 5.1% | 6.1% | 6.7% | 4.5% | 5.7% | 5.8% | 7.3% | 6.0% | 6.4% | 6.4% | 4.0% | 7.4% | 7.2% | 6.9% | 6.4% | 7.3% | 6.4% | 7.2% | 6.7% | 5.9% |
| The ability to stay at non-MVC resorts | 6.7% | 8.3% | 4.8% | 5.7% | 6.4% | 7.6% | 6.7% | 4.9% | 5.5% | 6.2% | 3.9% | 5.7% | 7.1% | 4.3% | 5.3% | 5.4% | 4.4% | 5.8% | 3.2% | 4.7% | 3.2% | 4.8% | 5.3% | 5.8% | 4.8% | 4.6% | 5.3% | 6.8% | 5.7% | 5.6% |
| Use Points for group tours | 4.7% | 4.3% | 5.1% | 3.5% | 4.4% | 4.1% | 4.3% | 4.0% | 3.1% | 3.9% | 3.8% | 4.0% | 4.4% | 3.3% | 3.9% | 4.6% | 4.2% | 1.9% | 4.4% | 3.7% | 3.0% | 4.8% | 4.5% | 3.6% | 4.0% | 6.4% | 4.5% | 3.8% | 5.0% | 4.2% |
| Consolidated Club Dues | 1.9% | 2.0% | 2.3% | 2.3% | 2.1% | 1.8% | 1.3% | 2.8% | 1.3% | 1.8% | 1.8% | 2.3% | 1.6% | 2.1% | 2.0% | 0.8% | 0.7% | 1.4% | 0.6% | 0.9% | 1.7% | 2.0% | 2.7% | 1.2% | 1.9% | 1.0% | 1.5% | 1.7% | 1.5% | 1.7% |
| Attractive financing | 0.9% | 0.7% | 0.9% | 1.4% | 1.0% | 0.7% | 1.7% | 1.4% | 1.3% | 1.3% | 0.7% | 1.8% | 2.1% | 2.3% | 1.7% | 1.0% | 0.9% | 1.4% | 1.8% | 1.3% | 1.5% | 3.3% | 2.5% | 1.2% | 2.2% | 2.2% | 2.6% | 3.8% | 2.7% | 1.7% |
| Use Points to attend events (e.g, Super Bowl) | 0.1% | 0.6% | 1.1% | 0.5% | 0.6% | 0.0% | 0.4% | 0.5% | 0.4% | 0.3% | 0.3% | 0.5% | 0.7% | 0.6% | 0.5% | 0.2% | 0.5% | 1.0% | 0.2% | 0.5% | 0.8% | 0.6% | 0.8% | 0.6% | 0.7% | 0.8% | 2.0% | 1.2% | 1.2% | 0.6% |

Source: SMS Domestic Survey/CRMD Marketing Database
Note: Status of the Customer at Moment of Tour (Owner vs Non-Owner). Actual Purchase/No Purchase Decision has been appended to Survey Data. Survey responses are aggregated based on Transaction Date (Tour Date)
Only responses that rank in the Top 5 (of a total of 28) are included in the report.



EXHIBIT CG
6006
2/13/19

RCDC 075967