IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-GPG

RCHFU, LLC, a Colorado limited liability company, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court *sua sponte*. An ten-day jury trial in this case is set to begin on January 19, 2021. Docket No. 579. On December 16, 2020, the Court issued General Order 2020-21. As relevant here, General Order 2020-21 has continued all trials set between January 11 and January 29, 2021. Accordingly, it is

    **ORDERED** that the trial preparation conference set for January 8, 2021 and the jury trial set to begin on January 19, 2021 are **VACATED**. It is further

    **ORDERED** that the parties shall jointly contact Chambers at (303) 335-2794 on or before **December 23, 2020** to set new dates for the trial preparation conference and jury trial.

    DATED December 17, 2020.