# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG118300

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

### STIPULATION AND (PROPOSED) ORDER TO EXTEND OBJECTIONS CONTEMPLATED BY FED. R. CIV. P. 26(a)(3)
_____

Plaintiffs, RCHFU, LLC, *et al.*, and Defendants Marriott Vacations Worldwide Corporation, Marriott Ownership Resorts, Inc., The Ritz-Carlton Management Company, LLC, The Cobalt Travel Company, LLC, and The Lion & Crown Travel Co., LLC (collectively, "Marriott Defendants"), hereby stipulate and agree to extend a deadline in the Final Pretrial Order as follows:

On December 16, 2020, the Court issued General Order 2020-21, which continued the 10-day jury trial set to commence on January 19, 2021. In the Court's Minute Order entered on December 17, 2020 (Dkt. 608), the January 8, 2021 trial preparation conference was vacated along with the jury trial. The parties are thus treating all trial related deadlines keyed off the trial preparation conference as vacated also.

One relevant deadline in the Pretrial Order (Dkt. 578) entered by Judge Gordon P. Gallagher on May 13, 2020 is in Section 8. It requires that the objections contemplated by Fed. R. Civ. P. 26(a)(3) to be filed with the clerk and served no later than 45 days after the exhibits are provided. The parties have exchanged marked exhibits as required. That objections deadline is currently December 21, 2020.

The parties agree that this Section 8 deadline be extended until 45 days before the first day of trial and respectfully request that this Stipulation and Order be entered.

DATED at Grand Junction, Colorado, this 21st day of December, 2020.

BY THE COURT:

_____
United States Magistrate Judge
Gordon P. Gallagher

Dated: December 21, 2020

| REISER LAW, P.C. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
|---|---|
| ___/s/ Michael J. Reiser_____ | _____/s/ Matthew C. Ferguson_____ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | E-mail: matt@matthewfergusonlaw.com |

| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
|---|---|
| ___/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 12 Funston Avenue |
| 505 14th Street, Suite 1110 | Suite A |
| Oakland, CA 94612 | San Francisco, CA 94129 |
| Telephone: (510) 350-9718 | Telephone: 510-843-3670 |
| E-mail: mls@classlawgroup.com | E-mail: tyler@meadefirm.com |
| E-mail: lpl@classlawgroup.com | *Attorneys for Plaintiffs* |

2

GREENBERG TAURIG, LLP

*/s/ Ian Marx*_____
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax: 973.301.8410
Email: SellingerP@gtlaw.com,
MarxI@gtlaw.com
*Attorneys for the Marriott Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of December 2020, a true and correct copy of the foregoing **STIPULATION AND (PROPOSED) ORDER TO EXTEND OBJECTIONSCONTEMPLATED BY FED. R. CIV. P. 26(a)(3)** was served via ECF filing upon:

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Matthew C. Ferguson*
Matthew C. Ferguson