IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**STIPULATION ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON AFFILIATION PROFITS**

---

Plaintiffs and Defendants Marriott Vacations Worldwide Corp. et al., by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Defendants filed a "motion in limine to exclude Plaintiffs' proposed Rule 1006 exhibit purporting to calculate profits allegedly derived from the MVC affiliation" on December 8, 2020 (Dkt. 604);

WHEREAS, under Local Rule 7.1(d), Plaintiffs' deadline to file an opposition to the motion would be December 29, 2020, and Defendants' deadline to file a reply in support of the motion would be January 12, 2021;

WHEREAS, given the Christmas holiday and the Court's order vacating the January 19, 2021 trial date (Dkt. 608), Plaintiffs and Defendants have met and conferred on a reasonable extension to the motion's current briefing schedule;

1

NOW, therefore, the parties agree and stipulate, subject to the Court's approval:

1. Plaintiffs' deadline to file an opposition to the motion will be January 19, 2021.

2. Defendants' deadline to file a reply in support of the motion will be February 9, 2021.

A proposed order accompanies this stipulation.

**IT IS SO STIPULATED.**

Dated: December 21, 2020                                Respectfully submitted,

*/s/ Linda Lam*
Michael Schrag (CA State Bar # 185832)
Linda Lam (CA State Bar# 301461)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com

*Attorney for Plaintiffs*

GREENBERG TRAURIG, LLP
*s/ Roger B. Kaplan*
Philip R. Sellinger
Roger B. Kaplan
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: (973) 360-7900 / Fax: (973) 301-8410
Email: SellingerP@gtlaw.com,
       KaplanR@gtlaw.com
       MarxI@gtlaw.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 21st day of December 2020, a true and correct copy of the foregoing **STIPULATION ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON AFFILIATION PROFITS** was served via ECF filing upon:

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

*/s/ Linda Lam*
Linda Lam