# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

___

**[PROPOSED] ORDER ON BRIEFING SCHEDULE FOR DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON AFFILIATION PROFITS**
___

This Court, having considered Plaintiffs' and Defendants' stipulation on a briefing schedule with respect to Defendants' motion in limine to exclude Plaintiffs' proposed Rule 1006 exhibit on affiliation profits (Dkt. 604), hereby grants the stipulated relief.

IT IS SO ORDERED that:

1. Plaintiffs' deadline to file an opposition to the motion will be January 19, 2021.

2. Defendants' deadline to file a reply in support of the motion will be February 9, 2021.


Dated this ___ day of _____, 2020.

By: _____<br>
Honorable Philip A. Brimmer