IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFFS' OPPOSITION TO MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON PROFITS ALLEGEDLY DERIVED FROM THE MVC AFFILIATION**

---

Plaintiffs, by and through their undersigned counsel, submit the following Unopposed Motion for An Enlargement of Time to File Plaintiffs' Opposition to Motion in Limine To Exclude Plaintiffs' Proposed Rule 1006 Exhibit on Profits Allegedly Derived from The MVC Affiliation.

On January 19, 2021, following a good faith conferral, Plaintiffs' counsel Matthew C. Ferguson and Marriott Defendants' counsel Roger Kaplan agreed to this request for an additional 7 days for Plaintiffs to file their Opposition to Motion in Limine To Exclude Plaintiffs' Proposed Rule 1006 Exhibit on Profits Allegedly Derived from the MVC Affiliation. Counsel also agreed that the Marriott Defendants' Reply to be enlarged by 7 days. Given the deadlines on other

filings and the continued trial dates, Plaintiffs move for an order allowing their response deadline to be extended until January 26, 2021, and the Marriott Defendants move for an order allowing their reply to be extended by one-week until February 16, 2021.

WHEREFORE, Plaintiffs hereby respectfully request that the Court enter an Order granting this motion for enlargements of time and extend the deadline for Plaintiffs to file their Opposition to Motion in Limine to Exclude Plaintiffs' Proposed Rule 1006 Exhibit on Profits Allegedly Derived from The MVC Affiliation up to and including January 26, 2021 and grant the Marriott Defendants' one-week more up to and including February 16, 2021 to file their reply.

DATED: January 19, 2021

Respectfully submitted,

| REISER LAW, p.c. | THE MATTHEW C. FERGUSON LAW FIRM, P.C. |
|---|---|
| ___/s/ Michael J. Reiser_____ | _____/s/ Matthew C. Ferguson_____ |
| Michael J. Reiser, # 16161 | Matthew C. Ferguson, #25687 |
| 1475 N. Broadway, Suite 300 | 119 South Spring, Suite 201 |
| Walnut Creek, CA 94596 | Aspen, Colorado 81611 |
| Telephone: (925) 256-0400 | Telephone: (970) 925-6288 |
| E-mail: michael@reiserlaw.com | E-mail: matt@matthewfergusonlaw.com |
| GIBBS LAW GROUP, LLP | THE MEADE LAW FIRM, P.C. |
| ___/s/ Michael Schrag_____ | ___/s/ Tyler Meade_____ |
| Michael Schrag (CA State Bar # 185832) | Tyler Meade (CA State Bar # 160838) |
| Linda Lam (CA State Bar# 301461) | 1816 Fifth Street |
| 505 14th Street, Suite 1110 | Berkeley, CA 94710 |
| Oakland, CA 94612 | Telephone: 510-843-3670 |
| Telephone: (510) 350-9718 | E-mail: tyler@meadefirm.com |
| E-mail: mls@classlawgroup.com | *Attorneys for Plaintiffs* |
| E-mail: lpl@classlawgroup.com | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 19th day of January, 2021, a true and accurate copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFFS' OPPOSITION TO MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON PROFITS ALLEGEDLY DERIVED FROM THE MVC AFFILIATION** was filed and served via CM/ECF filing system upon following:

>Naomi G. Beer, Esq.
>Greenberg Traurig, LLP
>1200 17th Street, Suite 2400
>Denver, Colorado 80202
>
>Ian S. Marx, Esq.
>Philip R. Sellinger, Esq.
>Roger Kaplan, Esq.
>Greenberg Traurig, LLP
>500 Campus Drive, Suite 400
>Florham Park, New Jersey 07932
>
>*/s/ Matthew C. Ferguson*
>Matthew C. Ferguson