**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

_____

**[PROPOSED] ORDER PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFFS' OPPOSITION TO MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON PROFITS ALLEGEDLY DERIVED FROM THE MVC AFFILIATION**
_____

This Court, having considered Plaintiffs' <u>Unopposed</u> Motion for An Enlargement Of Time to File Plaintiffs' Opposition To Motion In Limine To Exclude Plaintiffs' Proposed Rule 1006 Exhibit On Profits Allegedly Derived From The MVC Affiliation, hereby finds the Motion is supported by good cause and should therefore be granted.

IT IS THEREFORE ORDERED that Plaintiffs shall be permitted to file their Opposition To Motion In Limine To Exclude Plaintiffs' Proposed Rule 1006 Exhibit On Profits Allegedly Derived From The MVC Affiliation through up to and including January 26, 2021 and that the Marriott Defendants shall me permitted to file the reply through up to and including February 16, 2021.

Dated this ____ day of January, 2021

By: _____
Honorable Philip A. Brimmer
United States District Court Chief Judge