**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC,** *et al.*

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION,** *et al.*

Defendants.

---

**DECLARATION OF LINDA LAM IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' PROPOSED RULE 1006 EXHIBIT ON PROFITS ALLEGEDLY DERIVED FROM THE MVC AFFILIATION**

---

I, Linda Lam, declare and state:

1. I am an attorney and a partner at Gibbs Law Group LLP, co-counsel for Plaintiffs in the above-captioned action. I am a competent witness and can testify as to the facts set forth herein. I am a member of the Colorado bar and of this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion in Limine to Exclude Plaintiffs' Proposed Rule 1006 Exhibit on Profits Allegedly Derived from the MVC Affiliation.

3. Attached hereto as Exhibit A is a true and correct copy of Marriott's responses to Plaintiffs' requests for production, dated October 13, 2016.

4. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts from the deposition of Urcil Peters.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2021 in San Francisco, CA.

*/s/ Linda Lam*
Linda Lam
