# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
                     DISTRICT OF COLORADO
 2

              CIVIL ACTION NO. 1:16-cv-01301-PAB-GPG
 3

 4    RCHFU, LLC, et al.,

 5        Plaintiffs,

 6    vs.

 7    MARRIOTT VACATIONS WORLDWIDE
      CORPORATION, et al.,

 8
          Defendants.
 9    _____/

10

11
                                Greenberg Traurig
12                              450 S. Orange Avenue
                                Suite 650
13                              Orlando, Florida
                                Wednesday, 10:00 a.m.-12:10 p.m.
14                              February 13, 2019

15

16              DEPOSITION OF URCIL PETERS

17

18        Taken on Behalf of the Plaintiffs before

19     Lisa Gerlach, Court Reporter, Notary Public

20     in and for the State of Florida at Large,

21     pursuant to Notice of Taking Deposition in

22     the above cause.

23

24

25    PAGES 1 - 90

                                              Page 1
```

Veritext Legal Solutions
866 299-5127

```
 1   review it?
 2         A.  Normally through reports and presentations,
 3   such as the one you have in front of you.
 4         Q.  Okay.  So we've been trying to work with your
 5   counsel to get any reports that deal specifically with
 6   the product attributes discussed in those three
 7   questions related to the Ritz-Carlton Club and the
 8   access to it by Marriott Vacation Club members.
 9             Are you aware of any reports that analyze the
10   impact of the Ritz-Carlton Club access in the
11   purchasing decisions of Marriott Vacation Club
12   members?
13         A.  I'm not aware of any outside of this review
14   of these sets of questions.
15         Q.  Do you remember specifically who came up with
16   these three questions?  I'm referring to the folks you
17   consulted with on the features.  I know you discussed
18   it with your business partners, the points product
19   team, and marketing and sales, and whatnot.
20             Which of those folks who had input into these
21   new questions wanted the Ritz-Carlton questions?
22         A.  I don't recall anyone wanting the
23   Ritz-Carlton Club questions.  We were providing a list
24   of product features that were currently being provided
25   by the business as part of the points program.  I
```

Page 14

1  don't recall anyone specifically stating, "Let's have
2  that."
3          This is a list, again, of experiences that
4  were being offered as part of the new points
5  experience.
6      Q.  Okay.  So these experiences, these attributes
7  of the Marriott Vacation Club, were attributes of the
8  points side of things, not the legacy owner side of
9  things.  True?
10     A.  For the most part.  There were some
11 attributes that are related as well to legacy, such as
12 having a washer and dryer in the villa.  This is not
13 contingent on points purchase.  This has been part of
14 our product since the beginning.
15     Q.  So can we just go through the attributes on
16 the survey?  Start with that first question that deals
17 with the Ritz-Carlton Club, where it says, "Below is a
18 list of features associated with Marriott Club
19 ownership.  Please select the features that are
20 important to you in deciding whether to purchase."
21         Which of these features, if you could maybe
22 just go through the list --
23         THE REPORTER:  Mike, your papers are very
24     loud and we can't hear you.
25 BY MR. REISER:

Page 15

```
 1         Q.  Sorry.  Can you just go through these
 2   attributes and tell me which ones apply to the legacy
 3   members?  In other words, attributes that were always
 4   available to purchases of Marriott Vacation
 5   timeshares -- legacy owners?
 6         A.  The ability to stay at Marriott hotels and
 7   resorts, the ability to stay at non-Marriott Vacation
 8   Club resorts through exchange partners or Interval
 9   International, accommodations having a kitchen in the
10   villa, staying in a high-quality villa that sleeps
11   four or more comfortably, having a washer and dryer in
12   the villa, the ease of booking a vacation.  Some
13   owners may have had the ability to have an earlier
14   reservation window.
15              And the others, potentially, the availability
16   of accommodations when and where I desire.  This is
17   all based on availability.  It would be true in both
18   points and legacy.
19              Reasonable maintenance fees, attractive
20   financing options.  Those, I would say, would've been
21   part of our product.
22         Q.  Okay.  Did this survey -- has this survey
23   changed at all between 2013 and 2018?
24         A.  Not to my recollection.  There may have been
25   grammatical tweaks that are often made to surveys, but
```

Page 16

```
 1   nothing of this nature has changed.
 2        Q.  So it's true, is it not, that up until, say,
 3   2000 -- sometime in late 2014 or early 2015 -- only
 4   folks who had gone to the premier status were able to
 5   access Ritz Clubs, or is that not true?
 6        A.  That, I don't have directly in front of me,
 7   what the benefits were at premier status at that time
 8   going back to 2015.
 9        Q.  Not focusing on a particular date, but were
10   you aware that at some point during this survey period
11   that access to the Ritz Club was made more widely
12   available to all members; whereas, before it was just
13   made available to premier members?
14             MR. SELLINGER:  Mike, the deposition by
15        agreement of the parties is limited to the
16        SMS test survey that was included in the
17        expert report.  So I've certainly been
18        willing to give you leeway with respect to
19        that, but I don't think that the purpose of
20        the deposition is to get into business
21        practices that do not relate to this survey.
22        I think that's well beyond what the limited
23        scope of what the parties agreed to as an
24        exception to the court order ending
25        discovery.
```

Page 17

```
 1            MR. REISER:  I hear you.  I'm not trying
 2      to go too far astray.  I'm really just trying
 3      to delve in to refresh his recollection as to
 4      whether the survey may have changed when that
 5      change occurred in the program.  That's
 6      really what I'm doing.  I'm not going to get
 7      much further -- it is related to the survey.
 8            So I think it's related, but I'm not
 9      going to get too far astray.  Bear with me.
10      I'm not going to try to spill over too much.
11  BY MR. REISER:
12      Q.  But I'm just wondering if that change in the
13  accessibility to Ritz-Carlton Club ever precipitated
14  any changes to the survey?
15      A.  No additional changes were made to the sales
16  and marketing survey after this presentation in 2012.
17      Q.  Is the survey still being used?
18      A.  Yes, it's still being used.
19      Q.  Tell me who takes this survey.
20      A.  I can tell you who it's sent to.  So it's
21  sent to tour guests who complete a tour at our sales
22  galleries or our sales centers.
23      Q.  So if somebody toured the property, they're
24  given this survey afterwards?
25      A.  Yes.  If they complete a tour, they'll be
```

Page 18

```
 1   sent this survey.
 2        Q.   Okay.  If they go to a sales center and have
 3   a presentation at a sales center, rather than a stay
 4   at the property, they'll also get a survey?
 5        A.   I'm sorry.  You're mixing the two pieces.
 6             So we have sales centers at our properties
 7   where people stay for vacation.  We have sales
 8   galleries also at our properties.  The difference in
 9   the two is based on the size of the sales center
10   itself, that experience.
11             But anyone who takes -- completes a sales
12   tour in either type of sales center is sent a sales
13   and marketing survey sometime after they've completed
14   that tour, within about 14 days.
15        Q.   Okay.  How is that sent, via e-mail?
16        A.   Yes, it's sent via e-mail.
17        Q.   It's a survey that they take online?
18        A.   Yes, they take it online.
19        Q.   Do you have data for what the response rate
20   is for the survey over time?
21        A.   I know the number.  It ranges between 16 to
22   20 percent.
23        Q.   All right.  So I want to turn to the
24   spreadsheets that were prepared by you, I think, in
25   relation to the expert reports that were prepared by
```

Page 19

```
 1                CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA
 4    COUNTY OF ORANGE
 5
 6              I, Lisa Gerlach, Court Reporter, do hereby
 7    certify that I was authorized to and did
 8    stenographically report the foregoing deposition; and
 9    that the transcript is a true and correct
10    transcription of the testimony given by the witness.
11              I further certify that I am not a relative,
12    employee, attorney or counsel of any of the parties,
13    nor am I a relative or employee of any of the parties'
14    attorney or counsel connected with the action, nor am
15    I financially interested in the action.
16              Dated this 23rd day of February, 2019.
17
18
19                    [signature: Lisa Gerlach]
20              Lisa Gerlach, Court Reporter
21
22    The foregoing certification of this transcript does
23    not apply to any reproduction of the same by any means
24    unless under the direct control and/or discretion of
25    the certifying reporter.
```

Page 90