**IN THE UNITED STATE DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

Plaintiff(s),

v.

Marriott Vacations Worldwide Corporation, et al.

Defendant(s)

---

**NOTICE OF CHANGE OF FIRM CONTACT INFORMATION**

---

To the clerk of court and all parties of record:

Please take Notice that counsel for Plaintiffs, has changed the name of their law firm from THE MATTHEW C. FERGUSON LAW FIRM, P.C. to FERGUSON SCHINDLER LAW FIRM, P.C., effective immediately.

The firm email addresses have been changed from matt@matthewfergusonlaw.com to matt@fsaspenlaw.com, from michelle@matthewfergusonlaw.com to michelle@fsaspenlaw.com, and from ryan@matthewfergusonlaw.com to ryan@fsaspenlaw.com. The mailing, telephone, and facsimile information remain the same.

Dated this 27th day of April 2021.

FERGUSON SCHINDLER LAW FIRM, P.C.,

*s/Matthew C. Ferguson*
Matthew C. Ferguson, #25687
119 South Spring Street, Suite 201
Aspen, Colorado 81611

Telephone: (970) 925-6288
Facsimile: (970) 925-2273
E-mail: matt@fsaspenlaw.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 27th day of April 2021, a true and correct copy of the above and foregoing **NOTICE OF CHANGE OF FIRM CONTACT INFORMATION** was filed and served *via* CM/ECF upon the following:

THE MEADE FIRM, P.C.
Tyler Meade
12 Funston Avenue, Suite A
San Francisco, CA 94129
E-mail: tyler@meadefirm.com

REISER LAW, P.C.
Michael J. Reiser, #16161
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
E-mail: michael@reiserlaw.com

GIBBS LAW GROUP, LLP
Michael Schrag
Linda Lam
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9722
E-mail: mls@classlawgroup.com
E-mail: lpl@classlawgroup.com

GREENBERG TRAURIG, LLP
Naomi G. Beer, Esq.
1200 17th Street, Suite 2400
Denver, Colorado 80202
E-mail: BeerN@gtlaw.com

GREENBERG TRAURIG, LLP
Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932

E-mail: MarxI@gtlaw.com
E-mail: SellingerP@gtlaw.com

*s/Matthew C. Ferguson*
Matthew C. Ferguson