IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

RCHFU, LLC, et al.,

    Plaintiff(s),

v.

Marriott Vacations Worldwide Corporation, et al.

    Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    All Plaintiffs

DATED at Miami, Florida this 27th day of July, 2021.

        */s/ Isabella Martinez*
        Isabella Martinez (CA Bar 315299)
        REISER LAW, P.C.
        1475 N. Broadway, Suite 300
        Walnut Creek, CA 94596
        (925) 256-0400
        isabella@reiserlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

THE MATTHEW C. FERGUSON LAW FIRM, P.C.
Matthew C. Ferguson
119 South Spring, Suite 201
Aspen, CO 81611
E-mail: matt@matthewfergusonlaw.com

THE MEADE FIRM, P.C.
Tyler Meade
12 Funston Avenue, Suite A
San Francisco, CA 94129
E-mail: tyler@meadefirm.com

REISER LAW, P.C.
Michael J. Reiser, #16161
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
E-mail: michael@reiserlaw.com

GREENBERG TRAURIG, LLP
Naomi G. Beer, Esq.
1200 17th Street, Suite 2400
Denver, Colorado 80202
E-mail: BeerN@gtlaw.com

GREENBERG TRAURIG, LLP
Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
E-mail: MarxI@gtlaw.com
E-mail: SellingerP@gtlaw.com

/s/ Isabella Martinez

2