IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 16-01301 PAB

RCHFU, LLC, et al.

      Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.

      Defendants.

---

**STIPULATION AND JOINT MOTION TO EXTEND TIME
FOR DEFENDANTS TO FILE A BILL OF COSTS AND
MOTION FOR ATTORNEYS' FEES AND COSTS PENDING PLAINTIFFS' APPEAL**

Plaintiffs and Defendants Marriott Vacations Worldwide Corp. *et. al.* (the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, the Court entered a Final Judgment (DE 629) on September 21, 2021 (the "Judgment"), entering final judgment in favor of Defendants and against Plaintiffs; and

WHEREAS, unless otherwise ordered, Defendants are required to file a Bill of Costs under 28 U.S.C. § 1920, and any motion for attorneys' fees and costs (to which Defendants claim entitlement under relevant agreements and governing documents) pursuant to Fed.R.Civ.P. 54(d) and Local Rules 54.1 and 5.3, on or before October 5, 2021;

WHEREAS, Plaintiffs intend (and reserve all rights) to contest a Bill of Costs, and oppose any motion for attorneys' fees and costs; and

WHEREAS, Plaintiffs will be filing a Notice of Appeal of the Order and Judgment and, in connection with such Notice, would concurrently request that the Court defer consideration of the

Defendants' Bill of Costs and motion for attorneys' fees until after the Court of Appeals makes a final ruling on Plaintiffs' appeal; and

WHEREAS, given the foregoing, the Parties are desirous of agreeing to and presenting a case management approach that best preserves the resources of the Parties and the Court.

NOW, therefore, the Parties agree and stipulate to, and respectfully request that the Court order, the following:

Defendants' time in which to file a Bill of Costs and motion for attorneys' fees and costs shall be enlarged to fourteen days after the Court of Appeals issues its mandate to the District Court following Plaintiffs' forthcoming appeal of the Judgment (DE 629).

IT IS SO STIPULATED.

Dated:  October 5, 2021

Respectfully submitted,

GIBBS LAW GROUP LLP

By: */s/ Michael Schrag*
Michael Schrag
505 14th Street, Suite 1110
Oakland, CA 94117
Tel: 510-350-9718
Email: mls@classlawgroup.com

*Attorneys for the Plaintiffs*

GREENBERG TRAURIG, LLP

By:     *s/ Ian S. Marx*
Philip R. Sellinger
Ian S. Marx
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Tel: 973.360.7900 / Fax:
973.301.8410
Email:  SellingerP@gtlaw.com
MarxI@gtlaw.com

*Attorneys for the Marriott Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

THE MATTHEW C. FERGUSON LAW FIRM, P.C.
Matthew C. Ferguson
119 South Spring, Suite 201
Aspen, CO 81611
E-mail: matt@matthewfergusonlaw.com

THE MEADE FIRM, P.C.
Tyler Meade
12 Funston Avenue, Suite A
San Francisco, CA 94129
E-mail: tyler@meadefirm.com

REISER LAW, P.C.
Michael J. Reiser, #16161
1475 N. Broadway, Suite 300
Walnut Creek, CA 94596
E-mail: michael@reiserlaw.com

GREENBERG TRAURIG, LLP
Naomi G. Beer, Esq.
1200 17th Street, Suite 2400
Denver, Colorado 80202
E-mail: BeerN@gtlaw.com

GREENBERG TRAURIG, LLP
Ian S. Marx, Esq.
Philip R. Sellinger, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
E-mail: MarxI@gtlaw.com
E-mail: SellingerP@gtlaw.com

*/s/ Michael L. Schrag*