# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, *et al.*,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al.*

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-entitled matter, by and through the undersigned counsel, appeal to the United State Court of Appeals for the Tenth Circuit the Final Judgment entered in this action on September 21, 2021.

Dated: October 13, 2021

Respectfully submitted,

*/s/ Tyler Meade*
Tyler Meade
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA  94129
415-724-9600
tyler@meadefirm.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 13th day of October, a true and correct copy of the foregoing NOTICE OF APPEAL was served via ECF filing upon:

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO  80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ  07932

                                           */s/ Tyler Meade*
                                           Tyler Meade