IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01301-PAB-GPG

RCHFU, LLC, a Colorado limited liability company, et al.,

    Plaintiffs,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, et al.,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 628] of Chief United States District Judge Philip A. Brimmer, entered on September 20, 2021, it is

    ORDERED that Defendants' Supplemental Motion for Summary Judgment [Docket No. 598] is GRANTED. It is further

    ORDERED that judgment shall enter for defendants and against plaintiffs. It is further

    ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

    ORDERED that this case is closed.

Case 1:14-cv-03011-RAB-CBS Document 120 Filed 09/30/14 USDC Colorado Page 2 of 4

Dated: September 21, 2021.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
        Deputy Clerk

2

Case No. 1:16-cv-01301-PAB-GPG Document 682 Filed 10/13/21 USDC Colorado Page 1 of 2
Case 1:16-cv-01301-PAB-GPG Document 660-1 Filed 10/28/21 USDC Colorado Page 1 of 2
of 4

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01301-PAB-GPG

**RCHFU, LLC**, *et al.*,

Plaintiffs,

v.

**MARRIOTT VACATIONS WORLDWIDE CORPORATION**, *et al.*

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-entitled matter, by and through the undersigned counsel, appeal to the United State Court of Appeals for the Tenth Circuit the Final Judgment entered in this action on September 21, 2021.

Dated: October 13, 2021

Respectfully submitted,

*/s/ Tyler Meade*
Tyler Meade
THE MEADE FIRM p.c.
12 Funston Ave., Suite A
San Francisco, CA 94129
415-724-9600
tyler@meadefirm.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on this 13th day of October, a true and correct copy of the foregoing NOTICE OF APPEAL was served via ECF filing upon:

Naomi G. Beer, Esq.
BeerN@gtlaw.com
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO  80202

Ian S. Marx, Esq.
MarxI@gtlaw.com
Philip R. Sellinger, Esq.
SellingerP@gtlaw.com
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ  07932

                                          */s/ Tyler Meade*
                                          Tyler Meade