FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

February 16, 2022

Christopher M. Wolpert
Clerk of Court

RCHFU, LLC, a Colorado limited liability company; JEFFREY A. BAYER; GAIL L. BAYER; ROBERT BUZZETTI; JULIE C. CANNER; LEE JAMES CHIMERAKIS; THERESA ANN CHIMERAKIS; KEVIN THOMAS CLARE; NANCY LYNNE SHUTE; TOBY L. CONE TRUST; TOBY L. CONE; RICHARD DAVIS; SHIRLEY J. DAVIS; CARL EICHSTAEDT, III; JAMES RICHARD FARQUHAR; JENNIFER LUCILLE FARQUHAR; KOPPLEMAN FAMILY TRUST; LARRY KOPPLEMAN; DAVID LANCASHIRE; STEPHEN ANDREWS; BONNIE LIKOVER; CRAIG LIPTON; JEREMY LOWELL, D.D.S.; LORI LOWELL; EDWARD P. MEYERSON; ANDREA C. MEYERSON; JERRY M. NOWELL TRUST; JERRY M. NOWELL; DEE ANN DAVIS NOWELL; DEE ANN DAVIS NOWELL TRUST; THOMAS M. PROSE REVOCABLE LIVING TRUST; THOMAS M. PROSE, M.D.; CASEY M. ROGERS; COURTNEY S. ROGERS; ROBERT A. SKLAR TRUST; C. RICHARD STASNEY, M.D.; SUSAN P. STASNEY; TSE HOLDINGS, LLC, a Colorado limited liability company; STEPHEN WEINSTEIN; BRENDA WEINSTEIN; JACK ZEMER; DAVID S. ISRAEL; H. M. PALM; SUSAN HOLLOWAY WEINKLE; CHARLES B. BUCHANAN; DARYL CRAMER; CAROL KADISON; JOHN E. BLANCHARD; TAMMIEJO RUDELLA; MICHAEL A. CAPASSO; LUCY D. ANDA; BENJE R. DANIEL, JR., DDS, MS, PA; NEIL SPIZIZEN TRUST;

ROBERT BLANCHARD; RONALD LAWRENCE GLAZER TRUST; RICHARD LOUIS LEVENGOOD; EL PASO ASSET MANAGEMENT, LLC, an Alaska limited liability company; C&N ASSETS, LTD., a Texas limited partnership; ANNETTE KALCHEIM; ROCKY J. MOUNTAIN; WILLIAM M. WAXMAN; NORMAN C. CREECH; JEFFREY L. BERNSTEIN; PATRICK A. LATTORE; LEWIS J. HIRSCH; MINDY R. WEXLER REVOCABLE TRUST; CHARLES F.A. MCCLUER, III, P.A., a Texas corporation; KENNETH D. CUSHMAN; RENEE HAMMER, Partner of Hammer Family Limited Partnership; WALTER H. PETRIE; D. L. WILKEY; BARBARA L. PALAZZOLO; CONSTANCE H. BLACHER; NANCY L. LACKEY; GREICO FAMILY LIMITED PARTNERSHIP, a Texas limited partnership; CASS FRANKLIN; DAN MOSKOWITZ; ANNETTE KALCHEIM TRUST; CAROLINE ROBINSON; STEVE V. GURLAND; AMI RABINOWITZ; 831 701 ONTARIO LIMITED, a Canadian corporation; CHARLES A. GOTTLOB; CHERYL M. JONES; LISA MOTTOLA; MILAN RANDIC; PAUL C. ROSENTHAL; LILY ANN FRIEDMAN; JEFFREY RAPPIN; LE BEFANA TRUST; FRED H. FRIEDMAN; LINDA GAGE-WHITE; DAVID JACKEL; DAVID FRIEDMAN; JEFFREY HAMMER, Partner of Hammer Family Limited Partnership; MARK L. HORWITZ; EMILY VOGL; THE DAVID & LESA FIGLIULO FAMILY REVOCABLE LIVING TRUST; MICHAEL G. ROBINSON; JOEL SACHER; JOHN BERGSTROM; LISA MOTTOLA TRUST; GAYLE HIRSCH; DARRYL ROSEN; HOPE S. BARKAN;

SALLY L. PRINSTER; ROBERT KAUFMANN; ROBERTA A. PEPKOWITZ; GARY S. CHAVIN; KIMBERLY TOMPKINS; KENNETH TOMPKINS; PETER CHARLES CROWLEY TRUST; ROSEMARY W. REID; HAMMER FAMILY LIMITED PARTNERSHIP; MINDY R. WEXLER; ERICH TENGELSEN; GARY SHELDON KOHLER; DANNY V. LACKEY LIVING TRUST; HYLAND REVOCABLE LIVING TRUST; BRUCE NESBITT REVOCABLE TRUST; NEIL SPIZIZEN; 8202 RCC ASPEN HIGHLANDS, LLC, a Texas limited liability company; AMY D. RONNER; SPENCER L. YOUNGBLOOD FAMILY PARTNERSHIP LTD., a Texas limited partnership; MEL A. BARKAN; VERA STEWART FRANKLIN; WENDY MOSKOWITZ; RUSSELL S. PARKER; HEATHER CRAMER; DEE P. LATTORE; KONA, LTD., a Texas limited partnership; MIRJANA RANDIC; JANET M. MOUNTAIN; LEVY VENTURES LIMITED PARTNERSHIP, a Florida partnership; CHRISTIANE NICOLINI GLAZER TRUST; REETA G. CASEY; ALAN S. WAXMAN; J&B WOODS FAMILY ASSOCIATES, LLC, a New York limited liability company; KIMBERLEY BRANOFF; CARL ANDREW RUDELLA; NEIL G. ARNOVITZ; SALLY A. GRADINGER; MIRJANA RANDIC TRUST; BARRY HAMMER, Partner of Hammer Family Limited Partnership; BRADLEY PROPERTIES, LLC, an Alabama limited liability company; CHARLOTTE S. BUCHANAN; DRE, INC., an Illinois corporation; DANA JAMES WEINKLE; JAN H. HUBBELL; DAVID S. BLACHER; HOWARD A. SIMON; RONALD LAWRENCE GLAZER; AMY

3

S. BERNSTEIN; JULIE JANICEK-WILKEY; NATALIE B. HYLAND; DAVID S. ISRAEL TRUST; CYNTHIA G. GOTTLOB; BRYAN J. HAWKINS; CAROL A. CUSHMAN; LUDMILA MALAKHOVA; MONICA M. CAMPANELLA, Trustee of the La Befana Trust; DOUGLAS KADISON; BRUCE M. NESBITT; MARIA GOMEZ MCEVOY; EVAN RABINOWITZ, Trustee of the Ami Rabinowitz Trust; WILLIAM F. SCHOFIELD, JR.; R. DAVID & CHERYL M. JONES REVOCABLE LIVING TRUST; JACOB LOUIS SLEVIN; CARLA P. ROSENTHAL; JEANNE G. PARKER; CLAIR F. WHITE; R. DAVID JONES; PENNY BROWN; JEFFREY C. BERMANT; DAVID A. FIGLIULO; SUSAN J. HORWITZ; ROBERT HAMMER, Partner of Hammer Family Limited Partnership; SUSAN J. SACHER; PEPKOWITZ TRUST; ELLEN BLANCHARD; MOUNTAIN DRIVE TRUST; ELIZABETH M. SIMON; DANNY V. LACKEY; LESA A. FIGLIULO; VLADIMIR MALAKHOVA; MICHAEL P. PACIN; REETA G. CASEY REVOCABLE LIVING TRUST; ROBERT C. HUBBELL; SUSAN S. CREECH; DAVID SCHAECTER; FRANK R. VOGL; JOHN EGLE; KEVIN E. GRANT; SAMUEL H. PEPKOWITZ; MELISSA T. CROWLEY; PAT A. CHAVIN; ANTHONY F. PRINSTER; CATHERINE G.C. KIMBALL; JOHN PATRICK MCEVOY; CAROLINE I. GURLAND; PHYLLIS SCHOFIELD; JH CAPITAL CORPORATION, a voluntarily dissolved Florida corporation; GARRY R. KIMBALL; JENNIFER BLANCHARD; DEBORAH JOY KOHLER; LYNDA OVERLY LEVENGOOD; CHRISTOPHER BRANOFF; ANNA P.

4

ZALK; BARBARA L. PALAZZOLO REVOCABLE TRUST; MILAN RANDIC TRUST; LOUISE B. HOVERSTEN; CHRISTIANE NICOLINI GLAZER; LAURA A. HAWKINS; NANCY A. PETRIE; AMI RABINOWITZ TRUST; ROCK PILE, LLC, a Minnesota limited liability company; BRENDA C. FRIEDMAN; NANCY L. LACKEY LIVING TRUST; MARGARET PALM; JOSEPH FRYZER; TIMOTHY J. HYLAND, Trustee of the Hyland Revocable Living Trust; BRUCE E. REID; GILBERT P. GRADINGER; JAWSFW, LLC, a Georgia limited liability company; KAREN G. BARONNE; LON BARONNE; JOHN BENKO; NATALIE BENKO; KAREN SCHNEIDER BENRUBI; RICHARD BENRUBI; KATHERINE M. BENZ, Trustee of the Benz Living Trust; WILLIAM R. BENZ, Trustee of the Benz Living Trust; BENZ LIVING TRUST; GENE M. BINDLER; RICHARD B. BINDLER; BEVERLY S. BLOOM; WILLIAM S. BLOOM; BRADFORD T. ODDO TRUST; MARC BRAHA; LAWERENCE BROWN; ROBIN BROWN; SANDRA H. BROWN; SIDNEY BROWN; PAUL BRUNSWICK; CAROL ANNE CANNON; MARGARET A. CASTLEMAN; MICHAEL S. CASTLEMAN; ERIC C. COLSON; JENNIFER COLSON; CORPORATE RETREATS, LLC, a South Carolina limited liability company; PERRY NEWTON COX; KATHERINE F. CUNTZ; D&J PROPERTIES, LLC, a Florida limited liability company; MARK D. DEMBS; MONA L. DEMBS; DERBY CITY INVESTMENTS, LLC; DONALD A. KURZ TRUST; LYNDA DUPRE; LOIS DUPRE-SHUSTER; JUDY EPSTEIN; STUART A. EPSTEIN;

5

EDWARD R. FARBER; KRAYNDEL FARBER; DAVID M. FLAUM; ILENE L. FLAUM; FRANKLIN FAMILY INVESTMENTS, LTD., a Texas limited partnership; KAY K. FRIERMOOD; THOMAS G. FRIERMOOD; GERALD L. GIUDICI; MARIA P. GIUDICI; BRETT A. GOTTSCH; GRAHAM J. ALBUTT TRUST; MICHAEL B. GROSS; GUENTHER PARTNERS I, LLC, a North Carolina limited liability company; GEORGE W. HALIGOWSKI; MARK E. HARANZO; CAROL J. HIDALGO; MICHAEL HOBIN; MARY GLANCY HOBIN; DALE HOFFMAN; STEPHEN J. HOFFMAN; HUDSON NEWS DISTRIBUTORS, LLC, a New Jersey limited liability company; BRANDI M. HURWITZ; MICHAEL B. HURWITZ; BRIAN D. ISROFF; LOUISE A. ISROFF; J&M ZAMORA FAMILY LP, a Texas limited partnership; DEBORAH J. JACOBY; MARK A. JACOBY; JEFFREY B. ODDO TRUST; JOHN J. SCHULTZ III TRUST; IRMA JURKOWITZ; MORRIS M. JURKOWITZ; JURKOWITZ 1996 FAMILY TRUST; JOHN M. KEANE; KEVIN AND MARCIE TAYLOR TRUST; CAROLE KOLSKY; MARTIN KOLSKY; KRAYNDEL FARBER TRUST; DONALD A. KURZ; LANDES ASPEN, LLC, a Colorado limited liability company; RONALD F. LEMAR; ALEXA LERNER; JONATHAN LERNER; KIMBERLY A. LITTMAN; THOMAS N. LITTMAN; GAIL LOCKYER; MAAZB FAMILY LIMITED PARTNERSHIP, a Texas limited partnership; MARRIANNE MAGNUSON, Trustee of the Nelson Trust; MARIA P. GIUDICI TRUST; RICHARD N. MARK; MARY GLANCY HOBIN TRUST; ALLEN D. MCGEE; J. HOLTON MCGEE; LISA MILLER; HAL

6

S. MULLINS; KYLE NAGEL; BRUCE E. NELSON; NELSON TRUST; NINA DEVELOPMENT, LTD.; BRADFORD T. ODDO; JEFFREY B. ODDO; RICK M. ODDO; DOUGLAS M. PATINKIN; JENNY R. PATINKIN; JUDY L. PECKLER; JEFFREY RICHTER; RICK M. ODDO TRUST; SIP SCOTCH INVESTMENTS, LLC, a Texas limited liability company; DEBORAH CAVAZOS SAFI; HAZIM SAFI; ALAN B. SCHNEIDER; JOEL A. SCHNEIDER; MERLE J. SCHNEIDER; BARRY K. SCHOCHET; JOANNA F. SEGAL; SCOTT DANIEL SEGAL; OLGA A. SELIVANOVA; MORTON EUGENE SHERMAN; SUSAN ANN SHERMAN; WILLIAM N. SHOFF; JOHN J. SHULTZ, III; ALLAN C. SILVERSTEIN; SHELLEY R. SINGER; DEBORAH STEGNER; MICHELLE STERN; MARCIE TAYLOR; KEVIN TAYLOR; JOHN H. THAMES, JR.; STACEY TORCHON; PATRICIA TRAVERS; EVAN F. TRESTMAN; TRIP COLORADO, LLC, a Colorado limited liability company; RICHARD F. WACKEEN; SHARON R. WACKEEN; GAYLE WEISS; WINSTON & LADY, LP, a Delaware limited partnership; WIVIOTT FAMILY TRUST; MAUREEN D. WRIGHT; THOMAS R. WRIGHT; BARBARA WRUBEL; ZAMALT, LLC, a Pennsylvania limited liability company; BRENDA ZELNICK; MARIA T. PROSE REVOCABLE LIVING TRUST,

    Plaintiffs - Appellants,

v.

MARRIOTT VACATIONS WORLDWIDE CORPORATION, a

No. 21-1355
(D.C. No. 1:16-CV-01301-PAB-GPG)
(D. Colo.)

Delaware corporation; MARRIOTT OWNERSHIP RESORTS, INC., d/b/a Marriott Vacation Club International, a Delaware corporation; ASPEN HIGHLANDS CONDOMINIUM ASSOCIATION, a Colorado non-profit corporation; RITZ-CARLTON MANAGEMENT COMPANY, LLC, a Delaware limited liability company; COBALT TRAVEL COMPANY, LLC, INC., a Delaware limited liability company; THE LION & CROWN TRAVEL CO., LLC, a Delaware limited liability company,

      Defendants - Appellees.

_____

## ORDER

_____

This matter is before the court on the parties' *Stipulation to Dismiss*, which the court construes as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). Upon consideration, the motion, as construed, is granted. Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    By: Candice Manyak
        Counsel to the Clerk