UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

February 16, 2022

Ms. Naomi Beer
Mr. Ian Scott Marx
Greenberg Traurig
1144 15th Street, Suite 3300
Denver, CO 80202

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Matthew C. Ferguson
Ferguson Schindler Law Firm
119 South Spring Street, Suite 201
Aspen, CO 81611

Ms. Isabella Martinez
Reiser Law
1475 North Broadway, Suite 300
Walnut Creek, CA 94596

Mr. Tyler Roberts Meade
Meade Firm
12 Funston Avenue, Suite A
San Francisco, CA 94129

Mr. Philip Rabner Sellinger
Greenberg Traurig
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677

RE:   21-1355, RCHFU, et al v. Marriott Vacations Worldwide Corporation, et al
      Dist/Ag docket: 1:16-CV-01301-PAB-GPG

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/lg